SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05–44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


                        EXHIBIT D-3
            REORGANIZATION PLAN / PLAN SPONSORS
                      1,341.0 HOURS

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/06**
**Reorganization Plan / Plan Sponsors**                         **Bill Number: 1128095**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/01/06 | 0.40 | FOLLOW-UP ON APPALOOSA NDA MATTERS (0.3); EMAIL FROM D. RESNICK RE SAME (0.1). |
| BUTLER, JR. J | 06/02/06 | 0.30 | EMAIL FROM D. RESNICK RE APPALOOSA MATTERS AND FOLLOW-UP (0.2); EMAIL FROM/TO S. MILLER RE SAME (0.1). |
| BUTLER, JR. J | 06/04/06 | 0.20 | EMAIL FROM/TO T. LAURIA RE APPALOOSA MATTERS AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 06/05/06 | 0.70 | REVIEW AND COMMENT ON APPALOOSA NDA/STANDSTILL AGREEMENT (0.4); EMAILS FROM/TO T. LAURIA RE APPALOOSA MATTERS (0.3). |
| BUTLER, JR. J | 06/06/06 | 1.80 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.1) TELECONFERENCE WITH T. LAURIA RE: APPALOSSA MATTERS; MEETING WITH SENIOR MANAGEMENT AT COMPANY IN TROY RE: SAME (0.4). |
| BUTLER, JR. J | 06/07/06 | 0.60 | CONTINUE TO REVIEW AND REVISE APPALOOSA AGREEMENT AND RELATED MATTERS (0.4); EMAILS FROM/TO T. LAURIA RE: SAME AND PROPOSED MEETING SCHEDULE (0.2). |
| BUTLER, JR. J | 06/08/06 | 1.50 | PREPARE FOR (0.4) AND PARTICIPATE IN (0.8) WORKING GROUP MEETING WITH R. O'NEAL, J. SHEEHAN, S. CORCORAN, K. CRAFT, D. RESNICK, B. SHAW, R. EISENBERG AND OTHERS RE: REVISIONS TO APPALOOSA AGREEMENT AND RELATED MATTERS; EMAILS FROM/TO T. LAURIA RE: SAME AND JUNE 15TH MEETING IN NEW YORK CITY (0.3). |
| BUTLER, JR. J | 06/11/06 | 0.40 | EMAIL FROM T. LAURIA RE APPALOOSA MATTERS AND FOLLOW-UP ON NDA AGREEMENT, ATTRITION INFORMATION AND RELATED MATTERS (0.4). |
| BUTLER, JR. J | 06/12/06 | 1.40 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.3) TELECONFERENCE WITH T. LAURIA RE: APPALOOSA MATTERS; FOLLOW-UP ON APPALOOSA MATTERS INCLUDING NDA AGREEMENT, ATTRITION INFORMATION AND RELATED MATTERS (0.2); BEGIN TO PREPARE FOR JUNE 15TH MEETING IN NEW YORK CITY WITH APPALOOSA AND DELPHI REPRESENTATIVES WITH SENIOR MANAGEMENT TEAM AT COMPANY IN TROY (0.4); REVIEW APPALOOSA 13D FILING (0.3). |
| BUTLER, JR. J | 06/13/06 | 0.90 | CONTINUE TO PREPARE FOR JUNE 15TH MEETING IN NEW YORK CITY WITH APPALOOSA AND DELPHI REPRESENTATIVES WITH SENIOR MANAGEMENT TEAM AT COMPANY IN TROY (0.9). |

154

BUTLER, JR. J     06/14/06     1.10  CONTINUE TO PREPARE FOR JUNE 15TH
                                     MEETING IN NEW YORK CITY WITH APPALOOSA
                                     AND DELPHI REPRESENTITIVES WITH SENIOR
                                     MANAGEMENT TEAM AT COMPANY IN TROY
                                     (0.7); CONTINUE TO CONSIDER EQUITY
                                     COMMITTEE NOTICE ISSUES (0.2); EMAILS
                                     FROM/TO T. LAURIA AND D. RESNICK RE NDA
                                     MATTERS (0.2).

BUTLER, JR. J     06/15/06     3.90  PREPARE FOR (1.5) AND ATTEND (2.4)
                                     MEETING IN NEW YORK CITY WITH APPALOOSA
                                     AND DELPHI REPRESENTATIVES.

BUTLER, JR. J     06/16/06     0.30  FOLLOW-UP ON JUNE 15TH MEETING IN NEW
                                     YORK CITY WITH APPALOOSA AND DELPHI
                                     REPRESENTATIVES (0.3).

BUTLER, JR. J     06/19/06     0.70  FOLLOW-UP ON JUNE 15TH MEETING IN NEW
                                     YORK CITY WITH APPALOOSA AND DELPHI
                                     REPRESENTATIVES INCLUDING EMAIL FROM T.
                                     LAURIA (0.4); REVIEW REVISED APPALOOSA
                                     NDA (0.3).

BUTLER, JR. J     06/20/06     0.40  REVIEW AND REVISE NDA AGREEMENT (0.4).

BUTLER, JR. J     06/23/06     0.30  REVIEW FURTHER REVISED APPALOOSA NDA
                                     AGREEMENT (0.3).

BUTLER, JR. J     06/28/06     0.30  FOLLOW-UP ON APPALOOSA NDA ISSUES WITH
                                     J. SHEEHAN AND WORKING GROUP (0.3).

BUTLER, JR. J     06/29/06     0.40  REVIEW APPALOOSA NDA AND RELATED
                                     MATTERS (0.2); CONFERENCE WITH D.
                                     RESNICK RE: SAME (0.2).

BUTLER, JR. J     06/30/06     0.20  EMAILS FROM/TO T. LAURIA RE APPALOOSA
                                     MATTERS AND FOLLOW-UP RE SAME (0.2).

                              15.80

COCHRAN EL        06/06/06     3.40  TELECONFERENCE WITH J. BUTLER AND T.
                                     LAWRENCE RE: APPALOOSA ISSUES (0.8);
                                     REVISED CONFIDENTIALITY AGREEMENT FOR
                                     APPALOOSA (2.6).

COCHRAN EL        06/08/06     2.80  REVISED NDA FOR APPALOOSA (2.8).

COCHRAN EL        06/14/06     0.70  PREPARE FOR APPALOOSA MEETING (0.7).

COCHRAN EL        06/15/06     3.90  MEETING WITH APPALOOSA (INCLUDING B.
                                     DELLINGER, J. SHEEHAN, D. RESNICK)
                                     (3.9).

COCHRAN EL        06/16/06     0.80  REVISE APPALOOSA NOA (0.8).

COCHRAN EL        06/19/06     4.90  TELECONFERENCE ON APPALOOSA NDA WITH D.
                                     SHERBIN AND D. RESNICK (0.8); REDRAFT OF
                                     NDA (1.4); TELECONFERENCE WITH J.
                                     BUTLER AND J. SHERBIN ON NDA (0.3);
                                     REDRAFT OF NDA (2.4).

COCHRAN EL        06/20/06     4.40  REVISE APPALOOSA NDA RE: TRADING
                                     PROVISION (4.4).

COCHRAN EL        06/22/06     2.30  REVIEW OF APPALOOSA CONFIDENTIALITY
                                     AGREEMENT (2.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| COCHRAN EL | 06/23/06 | 2.30 | REVISED APPALOOSA NDA (2.3). |
| COCHRAN EL | 06/26/06 | 3.00 | TELECONFERENCE WITH S. CORCORAN, D. RESNICK, J. BUTLER RE: APPALOOSA NDC (1.1); REDRAFTED NDC AND SEND TO APPALOOSA (1.9). |
| COCHRAN EL | 06/28/06 | 2.70 | TELECONFERENCE WITH APPALOOSA ON NDA; REVIEW ISSUES (2.7). |
| COCHRAN EL | 06/29/06 | 3.20 | TELECONFERENCE WITH WHITE & CASE ON NDA (0.7); REVIEW NDA ISSUES (2.5). |
| COCHRAN EL | 06/30/06 | 1.80 | REVIEW NDA ISSUES WITH D. RESNICK (1.8). |
| | | **36.20** | |
| ~~GIBSON ML~~ | ~~06/06/06~~ | ~~1.30~~ | ~~MEETING/MULTIPLE TELECONFERENCES W/INTERNAL TEAM RE: CONFIDENTIALITY AGREEMENT AND REVIEW AND COMMENT ON MULTIPLE DRAFTS OF SAME (1.3).~~ |
| ~~GIBSON ML~~ | ~~06/08/06~~ | ~~0.10~~ | ~~TELECONFERENCES/CORRESPONDENCE RE: CONFIDENTIALITY ISSUE (0.1).~~ |
| | | ~~1.40~~ | |
| **Total Partner** | | **53.40** | |
| DIAZ LB* | 06/01/06 | 0.50 | EDIT EXCLUSIVITY MOTION (0.5). |
| DIAZ LB* | 06/05/06 | 1.90 | EDIT EXCLUSIVITY MOTION (1.9). |
| DIAZ LB* | 06/06/06 | 3.10 | REVISE AND EDIT EXCLUSIVITY MOTION IN ORDER TO INCLUDE RECENT CASE DEVELOPMENTS (3.1). |
| DIAZ LB* | 06/09/06 | 4.40 | COMPILE AND ANALYZE EXCLUSIVITY MOTIONS AND COORESPONDING OBJECTIONS AND REPLYS FILED IN OTHER CASES (4.4). |
| DIAZ LB* | 06/12/06 | 2.10 | PREPARE MATERIALS FOR UPCOMING OMNIBUS HEARING RE: EXCLUSIVITY (2.1). |
| DIAZ LB* | 06/13/06 | 3.40 | PREPARE MATERIALS FOR UPCOMING OMNIBUS HEARING RE: EXCLUSIVITY (3.4). |
| | | **15.40** | |
| MEISLER RE | 06/01/06 | 0.50 | REVIEW AND COMMENT ON EXCLUSIVITY MOTION (0.5). |
| MEISLER RE | 06/06/06 | 1.00 | REVIEW AND COMMENT ON MOTION TO EXTEND EXCLUSIVITY (1.0). |
| MEISLER RE | 06/11/06 | 0.50 | BEGIN PREPARING FOR POTENTIAL OBJECTIONS TO EXCLUSIVITY (0.5). |
| | | **2.00** | |
| ZAMBRANO K | 06/11/06 | 2.40 | RESEARCH ISSUES RELATED TO EXCLUSIVITY IN PREPARATION FOR A POTENTIAL OBJECTION (2.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ZAMBRANO K | 06/12/06 | 2.70 | RESEARCH ISSUES RELATED TO EXCLUSIVITY MOTION IN PREPARATION FOR POTENTIAL OBJECTION (2.7). |
|---|---|---|---|
| | | 5.10 | |
| **Total Associate/Law Clerk** | | **22.50** | |
| DEMMA J | 06/09/06 | 3.60 | PREPARE PRECEDENT RE: EXCLUSIVITY FOR ATTORNEY REVIEW (3.6). |
| | | 3.60 | |
| ~~ROSEN R~~ | ~~06/06/06~~ | ~~0.80~~ | ~~WORK WITH ATTORNEYS RE: PREPARATIONS FOR FILING 2ND EXCLUSIVITY MOTION (0.3); REVIEW WITH KCC RE: SERVICE OF SAME (0.5).~~ |
| ~~ROSEN R~~ | ~~06/13/06~~ | ~~0.40~~ | ~~COMPILE EXCLUSIVITY MOTION DOCUMENTS FOR DRAFT 6/19 HEARING BINDER (0.4).~~ |
| | | ~~1.20~~ | |
| **Total Legal Assistant** | | **4.80** | |
| **TOTAL TIME** | | **80.70** | |

* Law clerks are law school graduates who are not presently admitted
to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/06**
**Reorganization Plan / Plan Sponsors**              **Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/19/06 | Lyons JK | -252.00 |
| Air/Rail Travel - vendor feed | 05/24/06 | Lyons JK | -159.00 |
| Air/Rail Travel - vendor feed | 05/25/06 | Lyons JK | -277.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$-688.00** |
| | | **TOTAL MATTER** | **$-688.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 08/31/06
Reorganization Plan / Plan Sponsors                        Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/10/06 | 0.30 | REVIEW FURTHER REVISED APPALOOSA NDA (0.3). |
| BUTLER, JR. J | 07/11/06 | 0.40 | REVIEW WHITE & CASE COMMENTS ON REVISED APPALOOSA NDA AND NEXT STEPS (0.2); REVIEW AND COMMENT ON NDA (0.2). |
| BUTLER, JR. J | 07/12/06 | 0.90 | CONSIER CERBERUS NDA MATTERS WITH COMPANY IN TROY (0.3); PREPARE FOR (0.2) AND MEET (0.4) WITH J. SHEEHAN AND D. RESNICK AT COMPANY RE REVISED APPALOOSA NDA AND NEXT STEPS. |
| BUTLER, JR. J | 07/13/06 | 0.30 | REVIEW APPALOOSA COMMENTS TO REVISED APPALOOSA NDA (0.3). |
| BUTLER, JR. J | 07/14/06 | 0.20 | REVIEW ADDITIONAL APPALOOSA COMMENTS TO REVISED APPALOOSA NDA (0.2). |
| BUTLER, JR. J | 07/17/06 | 1.70 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.2) STRATEGIC DISCUSSION RE APPALOOSA AT COMPANY IN TROY WITH J. SHEEHAN AND OTHERS INCLUDING D. RESNICK; REVIEW REVISED APPALOOSA NDA (0.3). |
| BUTLER, JR. J | 07/18/06 | 0.20 | EMAILS FROM D. SHERBIN AND D. RESNICK RE APPALOOSA NDA (0.2). |
| BUTLER, JR. J | 07/21/06 | 0.40 | REVIEW STATUS OF APPALOOSA/HARBINGER NDA INCLUDING EMAIL FROM D. RESNICK (0.2); REVIEW STATUS OF CERBERUS NDA (0.2). |
| BUTLER, JR. J | 07/23/06 | 0.40 | REVIEW APPALOOSA COMMENTS TO REVISED APPALOOSA/HARBINGER NDA (0.3); REVIEW SIDE LETTER RE HOLDINGS (0.1). |
| BUTLER, JR. J | 07/26/06 | 2.30 | REVIEW DRAFT OF CERBERUS NDA AND NEXT STEPS (0.4); ATTEND DINNER MEETING WITH T. LAURIA IN NEW YORK CITY RE: APPALOOSA AND AD HOC COMMITTEE MATTERS (1.9). |
| BUTLER, JR. J | 07/27/06 | 0.50 | FOLLOW-UP ON JULY 26TH MEETING WITH T. LAURIA IN NEW YORK CITY RE APPALOOSA AND AD HOC COMMITTEE MATTERS (0.3); REVIEW DRAFT APPALOOSA 13D AND RELATED MATTETRS (0.2). |
| BUTLER, JR. J | 07/28/06 | 2.50 | DEVELOP APPROACH FOR POTENTIAL AUGUST 1-3 JOINT STAKEHOLDER MEETINGS WITH CREDITORS' COMMITTEE, EQUITY COMMITTEE AND AD HOC COMMITTEE IN NEW YORK CITY (0.6); PREPARE FOR (0.2) AND PARTICIPATE IN (0.5) TELECONFERENCE WITH S. MILLER, R. O'NEAL, D. SHERBIN, D. RESNICK AND OTHERS RE: SAME; BEGIN TO CONSIDER OUTLINE OF PRESENTATION MATERIALS TO BE DEVELOPED (0.4); TELECONFERENCES WITH B. ROSENBERG (0.3, 0.2, 0.1) EMAILS TO/FROM B. SCHELER AND T. LAURIA RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 07/29/06 | 1.20 | CONTINUE TO WORK ON STRATEGY AND AGENDA OUTLINE FOR AUGUST 1-3 JOINT STAKEHOLDER MEETINGS WITH CREDITORS' COMMITTEE, EQUITY COMMITTEE AND AD HOC COMMITTEE IN NEW YORK CITY INCLUDING OUTLINE OF PRESENTATION MATERIALS (0.4) AND TELECONFERENCE WITH WORKING GROUP RE: STRATEGY AND NEXT STEPS (0.8). |
| BUTLER, JR. J | 07/30/06 | 2.20 | TELECONFERENCE WITH AND EMAILS TO/FROM J. TANENBAUM RE: AUGUST 1-3 STAKEHOLDER MEETINGS AND AUGUST 3RD GM-STAKEHOLDERS MEETING IN NEW YORK CITY (0.3). |
| BUTLER, JR. J | 07/31/06 | 2.60 | PREPARE FOR AUGUST 1-3 JOINT STAKEHOLDER MEETINGS WITH CREDITORS' COMMITTEE, EQUITY COMMITTEE AND AD HOC COMMITTEE IN NEW YORK CITY INCLUDING PREPARATION OF PRESENTATION MATERIALS (1.2); TELECONFERENCE WITH D. RESNICK AND R. EISENBERG (0.4); MEETINGS WITH S. MILLER, D. SHERBIN AND OTHERS AT COMPANY IN TROY (0.4); TELECONFERENCES AND EMAILS WITH/TO/FROM B. ROSENBERG, B. SCHELER AND T. LAURIA (0.6). |
| | | 16.10 | |
| COCHRAN EL | 07/05/06 | 2.10 | REVIEW APPALOOSA NDA ISSUES (2.1). |
| COCHRAN EL | 07/07/06 | 4.80 | TELECONFERENCE WITH D. RESNICK RE: NDA (1.7); REVISE NDA (3.1). |
| COCHRAN EL | 07/10/06 | 3.50 | TELECONFERENCE WITH D. RESNICK RE: NDA (1.4); REVISED NDA (2.1). |
| COCHRAN EL | 07/11/06 | 4.80 | TELECONFERENCE WITH D. SHERBIN, D. RESNICK RE: NDA (1.5); REVISED NDA (1.9); TELECONFERENCE WITH J. REISS OF WHITE & CASE RE: NDA (1.4). |
| COCHRAN EL | 07/12/06 | 5.50 | REVISED NDA (3.5); TELECONFERENCE WITH D. RESNICK RE: NDA (0.8); TELECONFERENCE WITH WHITE & CASE RE: NDA (1.2). |
| COCHRAN EL | 07/13/06 | 5.70 | TELECONFERENCE WITH WHITE & CASE ON NDA (1.1); ISSUES RE: APPALOOSA NDA AND REVISIONS (3.2); TELECONFERENCE WITH D. RESNICK AND B. SHAW (1.4). |
| COCHRAN EL | 07/14/06 | 1.10 | REVIEW ADDITIONAL WHITE & CASE COMMENTS ON NDA (1.1). |
| COCHRAN EL | 07/17/06 | 3.00 | COMMENTS ON NDA WITH CLIENT (INCLUDING S. MILLER, R. O'NEIL, D. SHERBIN, J. SHEEHAN) (0.9); REVISED NDA (2.1). |
| COCHRAN EL | 07/18/06 | 2.00 | TELECONFERENCES WITH WHITE & CASE AND APPALOOSA RE: NDA (1.3); MEETING WITH D. SHERBIN AND J. SHEEHAN ON NDA (0.7). |
| COCHRAN EL | 07/19/06 | 0.60 | TELECONFERENCE WITH D. RESNICK, D. TEPPER ON NDA (0.6). |

116

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| COCHRAN EL | 07/20/06 | 1.40 | TELECONFERENCE WITH D. RESNICK ON APPALOOSA NDA (0.8); TELECONFERENCE WITH J. REISS OF WHITE & CASE ON NDA (0.6). |
|---|---|---|---|
| COCHRAN EL | 07/21/06 | 1.20 | REVIEW D. RESNICK EMAIL RE: APPALOOSA NDA (0.4); REVIEW WHITE & CASE REDRAFT OF NDA (0.8). |
| COCHRAN EL | 07/24/06 | 1.40 | REVIEW REVISED NDA SENT FROM WHITE & CASE (0.5); PREPARE REDRAFT (0.6); TELECONFERENCE WITH J. SHEEHAN (0.3). |
| COCHRAN EL | 07/25/06 | 0.80 | TELECONFERENCE WITH WHITE & CASE RE: NDA; REVIEW REVISED LANGUAGE (0.8). |
| COCHRAN EL | 07/26/06 | 1.40 | TELECONFERENCES WITH WHITE & CASE AND APPALOOSA RE: NDA (1.4). |
| COCHRAN EL | 07/27/06 | 4.10 | REVISED CERBERUS NDA (2.7); REVIEW ISSUES RE: APPALOOSA NDA (1.4). |
| COCHRAN EL | 07/28/06 | 1.30 | FINALIZED NDA WITH APPALOOSA AND HARDINGER (1.3). |
| COCHRAN EL | 07/31/06 | 3.90 | FINALIZED APPALOOSA/HARBINGER NDA AND SIDE LETTER (3.9). |
| | | **48.60** | |
| MARAFIOTI KA | 07/10/06 | 3.40 | WORK ON ISSUES RE: APPALOOSA NDA (0.9); ANALYZE ISSUES RE: SAME (1.1); TELECONFERENCE WITH RESNICK RE: SAME (1.4). |
| MARAFIOTI KA | 07/11/06 | 1.80 | TELECONFERENCE WITH D. SHERBIN AND D. RESNICK RE: APPALOOSA NDA (1.8). |
| MARAFIOTI KA | 07/13/06 | 0.60 | ANALYZE LEGAL ISSUES IN CONNECTION WITH APPALOOSA NDA (0.6). |
| MARAFIOTI KA | 07/18/06 | 0.80 | CORRESPONDENCE RE: APPALOOSA NDA (0.1); TELECONFERENCE WITH K. MAIM AND WHITE & CASE RE: NDA AND FOLLOWUP (0.4); SECOND TELECONFERENCE WITH J. REISS AT W&C AND FOLLOWUP RE: SAME (0.3). |
| MARAFIOTI KA | 07/20/06 | 0.30 | DISCUSS APPALOOSA NDA WITH CLIENT (0.3). |
| MARAFIOTI KA | 07/24/06 | 0.20 | REVIEW NDA SIDE LETTER WITH APPALOOSA (0.2). |
| | | **7.10** | |
| PANAGAKIS GN | 07/11/06 | 0.80 | ATTENTION TO CONSTRUCTION OF PLAN FRAMEWORK, INCLUDING DISCUSSIONS WITH FTI REPRESENTATIVES RE: SAME (0.8). |
| PANAGAKIS GN | 07/17/06 | 0.80 | CONSIDERATION TO DEVELOPMENT OF PLAN FRAMEWORK (0.8). |
| | | **1.60** | |
| **Total Partner** | | **73.40** | |
| MEISLER RE | 07/25/06 | 0.20 | RESPOND TO REQUEST FOR NDAS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 07/31/06 | 1.50 | PREPARE FOR JOINT COMMITTEE MEETING PRESENTATION (0.3); TELECONFERENCES WITH N. TORRACCO RE: SAME (0.1, 0.1); FOLLOW UP RE: SAME (1.0). |
| | | **1.70** | |
| OLASKY P | 07/14/06 | 1.30 | RESEARCHED PRECEDENT FOR RIGHTS PLAN AMENDMENTS (1.3). |
| OLASKY P | 07/17/06 | 3.40 | RESEARCHED 13D DISCLOSURE ISSUES (3.4). |
| OLASKY P | 07/26/06 | 2.10 | PREPARED AMENDMENT TO CONFIDENTIALITY AGREEMENT (2.1). |
| OLASKY P | 07/31/06 | 1.40 | PREPARED NOTICE LETTER TO APPALOOSA RE: REPRESENTATIONS IN CONFIDENTIALITY AGREEMENT (1.4). |
| | | **8.20** | |
| REESE RG | 07/31/06 | 4.20 | DRAFT PRESENTATION TO STATUTORY AND AD HOC COMMITTEES FOR AUG. 1-3 MEETINGS (4.2). |
| | | **4.20** | |
| **Total Associate** | | **14.10** | |
| **TOTAL TIME** | | **87.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Reorganization Plan / Plan Sponsors**

**Bill Date: 08/31/06**
**Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.38 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.50 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.10 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| | | **TOTAL MATTER** | **$1.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                              **Bill Date: 09/30/06**
**Reorganization Plan / Plan Sponsors**                   **Bill Number: 1128097**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/01/06 | 4.80 | PREPARE FOR (1.6) AND ATTEND (3.2) JOINT STAKEHOLDER MEETINGS WITH CREDITORS' COMMITTEE, EQUITY COMMITTEE AND AD HOC COMMITTEE IN NEW YORK CITY. |
| BUTLER, JR. J | 08/02/06 | 7.80 | PREPARE FOR (0.8) AND PARTICIPATE (7.0) JOINT STAKEHOLDER MEETINGS WITH CREDITORS' COMMITTEE, EQUITY COMMITTEE AND AD HOC COMMITTEE IN NEW YORK CITY RE: GM SETTLEMENT DISCUSSIONS. |
| BUTLER, JR. J | 08/03/06 | 11.20 | PREPARE FOR (WITH R. O'NEAL AND OTHER DELPHI SENIOR MANAGEMENT) (1.5) AND PARTICIPATE IN (9.0) JOINT STAKEHOLDER/GM MEETINGS WITH CREDITORS' COMMITTEE, EQUITY COMMITTEE AND AD HOC COMMITTEE IN NEW YORK CITY RE: GM SETTLEMENT DISCUSSIONS; PREPARE FOR (0.2) AND PARTICIPATE IN (0.5) WORKING GROUP TELECONFERENCE RE: SECTION 365 LITIGATION. |
| BUTLER, JR. J | 08/08/06 | 0.70 | CONSIDER CERBERUS NDA MATTERS (0.4); EMAILS FROM/TO T. LAURIA RE: FRAMEWORK DISCUSSIONS (0.3). |
| BUTLER, JR. J | 08/09/06 | 3.40 | PREPARE FOR AUGUST 10TH FRAMEWORK DISCUSSIONS WITH STAKEHOLDERS WITH SENIOR MANAGEMENT IN NEW YORK CITY (2.8) EMAILS FROM/TO AND TELECONFERENCES WITH T. LAURIA RE: SAME (0.4); EMAILS FROM/TO BIENENSTOCK AND R. ROSENBERG RE: SAME (0.2). |
| BUTLER, JR. J | 08/10/06 | 13.90 | PREPARE FOR (WITH S. MILLER, R. O'NEAL AND SENIOR MANAGEMENT TEAM) AND PARTICIPATE IN NEGOTIATION SESSIONS WITH DELPHI, GM AND CREDITORS' COMMITTEE BUSINESS, LEGAL AND FINANCIAL ADVISOR REPRESENTATIVES IN NEW YORK RE: CONSENSUAL GM PARTICIPATION IN DELPHI'S TRANSFORMATION PLAN (INCLUDING CAUCUSES, NEGOTIATION SESSIONS, DRAFTING OFFERS, REVIEW AND ANALYSIS OF COMPETING OFFERS AND RELATED MATTERS) (13.9). |
| BUTLER, JR. J | 08/11/06 | 0.90 | REVIEW AND EVALUATE GM/UCC INDICATIVE TERMSHEET (0.9). |
| BUTLER, JR. J | 08/13/06 | 1.10 | EMAILS FROM/TO J. TANENBAUM RE: GM/UCC INDICATIVE TERMSHEET (0.2); EMAILS TO COMPANY SENIOR MANAGEMENT RE: SAME (0.2); CONTINUE TO REVIEW AND EVALUATE TERMSHEET (0.3); REVIEW FRAMEWORK AGREEMENT OUTLINE (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    08/14/06    5.10   REVIEW AND CONSIDER FINANCIAL AND LEGAL
                                    ANALYSIS RE: BOND REINSTATEMENT AS
                                    POTENTIAL ELEMENT OF REORGANIZATION
                                    PLAN (0.6); EMAILS FROM/TO T. LAURIA RE:
                                    APPALOOSA DUE DILIGENCE (0.3); REVIEW
                                    LABOR COSTING PROPOSALS FORM DELPHI AND
                                    ROTHSCHILD (0.6); PREPARE FOR AUGUST
                                    15TH AND 16TH NEGOTIATION SESSIONS WITH
                                    DELPHI, GM AND CREDITORS' COMMITTEE
                                    BUSINESS, LEGAL AND FINANCIAL ADVISOR
                                    REPRESENTATIVES IN NEW YORK RE:
                                    CONSENSUAL GM PARTICIPATION IN DELPHI'S
                                    TRANSFORMATION PLAN (INCLUDING
                                    MANAGEMENT DISCUSSIONS AT COMPANY IN
                                    TROY) (3.6).

BUTLER, JR. J    08/15/06    12.90  REVIEW AND REVISE FRAMEWORK OUTLINE
                                    (1.6); EMAIL TO K. PAREKH RE: SAME
                                    (0.2); REVIEW AND CONSIDER DC CAPITAL
                                    (EQUITY COMMITTEE) LETTER (0.3);
                                    PREPARE FOR (WITH S. MILLER AND SENIOR
                                    MANAGEMENT TEAM) AND PARTICIPATE IN
                                    NEGOTIATION SESSIONS WITH DELPHI, GM
                                    AND CREDITORS' COMMITTEE BUSINESS,
                                    LEGAL AND FINANCIAL ADVISOR
                                    REPRESENTATIVES IN NEW YORK RE:
                                    CONSENSUAL GM PARTICIPATION IN DELPHI'S
                                    TRANSFORMATION PLAN (INCLUDING
                                    CAUCUSES, NEGOTIATION SESSIONS,
                                    DRAFTING OFFERS, REVIEW AND ANALYSIS OF
                                    COMPETING OFFERS AND RELATED MATTERS)
                                    (10.8).

BUTLER, JR. J    08/16/06    12.60  FOLLOW-UP ON APPALOOSA DUE DILIGENCE
                                    MATTERS INCLUDING CONFERENCE WITH S.
                                    CORCORAN (0.2); TELECONFERENCE WITH T.
                                    LAURIA RE: SAME AND RE: GM/UCC FRAMEWORK
                                    DISCUSSIONS (0.4); EMAILS FROM/TO D.
                                    SHERBIN AND J. PAPELIAN RE: APPALOOSA
                                    DUE DILIGENCE MATTERS (0.4); EMAILS AND
                                    TELECONFERENCES TO/FROM B. SCHELER AND
                                    T. LAURIA RE: FRAMEWORK DISCUSSIONS
                                    (0.3); PREPARE FOR (WITH S. MILLER AND
                                    SENIOR MANAGEMENT TEAM) AND PARTICIPATE
                                    IN NEGOTIATION SESSIONS WITH DELPHI, GM
                                    AND CREDITORS' COMMITTEE BUSINESS,
                                    LEGAL AND FINANCIAL ADVISORS
                                    REPRESENTATIVES IN NEW YORK RE:
                                    CONSENSUAL GM PARTICIPATION IN DELPHI'S
                                    TRANSFORMATION PLAN (INCLUDING
                                    CAUCUSES, NEGOTIATION SESSIONS,
                                    DRAFTING OFFERS, REVIEW AND ANALYSIS OF
                                    COMPETING OFFERS AND RELATED MATTERS
                                    (11.3).

BUTLER, JR. J    08/17/06    4.10   FOLLOW-UP ON AUGUST 15TH AND 16TH
                                    FRAMEWORK DISCUSSIONS INCLUDING EMAILS
                                    TO STAKEHOLDERS RE: TIMETABLE AND NEXT
                                    STEPS (0.8); REVIEW STATUS OF APPALOOSA
                                    DUE DILIGENCE MATTERS AND NEXT STEPS
                                    (0.4); WORK ON FRAMEWORK AGREEMENT
                                    OUTLINE AND RELATED MATTERS (2.9).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J     08/18/06     3.50   CONTINUE TO FOLLOW-UP ON APPALOOSA DUE
                                      DILIGENCE MATTERS AND NEXT STEPS
                                      INCLUDING EMAILS FROM/TO D. SHERBIN AND
                                      M. LOEB (0.3); CONTINUE TO WORK ON
                                      FRAMEWORK AGREEMENT REVISIONS AND
                                      RELATED MATTERS (2.3); REVIEW AND
                                      INCORPORATE R. EISENBERG RE: SAME
                                      (0.3); EMAILS TO/FROM R. ROSENBERG AND
                                      T. LAURIA RE: SAME (0.2); REVIEW AND
                                      CONSIDER CERBERUS NDA MODIFICATIONS
                                      (0.4).

BUTLER, JR. J     08/19/06     1.30   CONTINUE TO FOLLOW-UP ON APPALOOSA DUE
                                      DILIGENCE MATTERS AND NEXT STEPS (0.4);
                                      CONTINUE TO REVIEW AND EVALUATE
                                      FRAMEWORK AGREEMENT MATERIALS (0.9).

BUTLER, JR. J     08/20/06     1.20   CONTINUE TO REVIEW AND EVALUATE
                                      FRAMEWORK AGREEMENT MATERIALS AND
                                      PREPARE FOR AUGUST 21ST MEETINGS IN
                                      COMPANY RE: SAME (1.2).

BUTLER, JR. J     08/21/06     3.00   PREPARE FOR (0.4) AND PARTICIPATE IN
                                      (1.6) MEETINGS AT COMPANY IN TROY RE:
                                      FRAMEWORK AGREEMENT; PREPARE FOR (0.2)
                                      AND PARTICIPATE IN (0.4) MEETING WITH J.
                                      SHEEHAN RE: CERBERUS NDA MODIFICATION
                                      LETTER AND REVIEW SAME (0.4).

BUTLER, JR. J     08/22/06     3.60   CONTINUE TO REVIEW AND REVISE DRAFT
                                      FRAMEWORK AGREEMENT AND EMAILS TO
                                      STAKEHOLDERS RE: SAME (2.2); CONTINUE
                                      TO REVIEW AND EVALUATE CERBERUS NDA
                                      MODIFICATION LETTER ISSUES (0.3); DRAFT
                                      REVISED PROVISION (0.3); EMAILS AND
                                      TELECONFERENCES FROM/TO T. LAURIA RE:
                                      FRAMEWORK MATTERS (0.4); EMAILS TO/FROM
                                      J. TANENBAUM RE: GM ENVIRONMENTAL
                                      MATTERS AGREEMENT AND DISCLOSURE TO
                                      PROSPECTIVE PLAN INVESTORS (0.2);
                                      REVIEW AMENDED NDA PROPOSAL FOR
                                      APPALOOSA AND HARBINGER (0.2).

BUTLER, JR. J     08/23/06     1.60   TELECONFERENCE WITH T. LAURIA RE:
                                      FRAMEWORK AGREEMENT MATTERS AND
                                      APPALOOSA DUE DILIGENCE MATTERS (0.7);
                                      EMAIL FROM J. SHEEHAN RE: SAME AND
                                      AUGUST 30TH APPALOOSA DUE DILIGENCE
                                      MEETINGS IN TROY (0.2); CONTINUE TO
                                      REVIEW AND COMMENT ON CERBERUS NDA
                                      MODIFICATION LETTER ISSUES (0.3);
                                      REVIEW EMAIL FROM J. SHEEHAN TO D. DETHY
                                      RE: EQUITY COMMITTEE OVERVIEW AND
                                      FEEDBACK TO FRAMEWORK AGREEMENT (0.2) ;
                                      EMAILS FROM/TO B. STEINGART RE:
                                      FRAMEWORK DISTRIBUTION MATTERS (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    08/24/06    2.30    CONTINUE TO FOLLOW-UP ON FRAMEWORK
                                     AGREEMENT MATTERS AND APPALOOSA DUE
                                     DILIGENCE MATTERS (1.2); EMAILS FROM D.
                                     SHERBIN AND J. SHEEHAN RE: D. DETHY
                                     TELECONFERENCE (0.2); EMAILS FROM/TO B.
                                     STEINGART RE: FRAMEWORK MATTERS (0.3);
                                     FOLLOW-UP ON APPALOOSA/HARBINGER
                                     REVISED NDA LETTER (0.2); REVIEW
                                     RIPPLEWOOD NDA MODIFICATION LETTER
                                     (0.2); EMAILS FROM R. O'NEAL AND A.
                                     PASRICHA RE: FRAMEWORK DISCUSSIONS WITH
                                     GM (0.2).

BUTLER, JR. J    08/25/06    2.40    TELECONFERENCE WITH J. SHEEHAN AND S.
                                     CORCORAN RE: POTENTIAL PLAN INVESTORS
                                     AND NDA AGREEMENTS (0.4); PREPARE FOR
                                     (0.3) AND PARTICIPATE IN (1.3); WORKING
                                     GROUP TELECONFERENCE WITH DELPHI AND
                                     ROTHSCHILD REPRESENTATIVES (INCLUDING
                                     R. O'NEAL, J. BERTRAND, J. SHEEHAN, B.
                                     DELLINGER, S. CORCORAN, B. SHAW AND
                                     OTHERS) RE: FRAMEWORK AGREEMENT MATTERS
                                     AND NEXT STEPS; EMAIL FROM J. SHEEHAN
                                     RE: CAPITAL MARKETS REVIEW (0.2);
                                     REVIEW D. DETHY LETTER RE: INTERPLAY
                                     BETWEEN FRAMEWORK AGREEMENT AND GM
                                     CLAIMS (0.2).

BUTLER, JR. J    08/26/06    0.30    FOLLOW-UP ON APPALOOSA DUE DILIGENCE
                                     MATTERS (0.3).

BUTLER, JR. J    08/27/06    0.70    CONTINUE TO FOLLOW-UP ON APPALOOSA DUE
                                     DILIGENCE MATTERS (0.3); EMAILS FROM/TO
                                     J. TANENBAUM AND S. CORCORAN RE: GM
                                     ENVIRONMENTAL MATTERS AGREEMENT AND
                                     RELATED DUE DILIGENCE BY POTENTIAL PLAN
                                     INVESTORS (0.4).

BUTLER, JR. J    08/28/06    0.40    EMAILS FROM/TO J. SHEEHAN RE: CERBERUS
                                     DUE DILIGENCE MATTERS (0.2); EMAIL FROM
                                     J. SHEEHAN RE: TAX IMPLICATIONS OF
                                     FRAMEWORK AGREEMENT AND NEXT STEPS
                                     (0.2).

BUTLER, JR. J    08/29/06    1.00    EVALUATE INTRODUCTION OF CERBERUS AND
                                     RIPPLEWOOD INTO FRAMEWORK DISCUSSIONS
                                     (0.3); EMAILS FROM/TO J. SHEEHAN AND D.
                                     RESNICK RE: SAME (0.2); CONTINUE TO
                                     FOLLOW-UP ON APPALOOSA DUE DILIGENCE
                                     INCLUDING EMAILS FROM/TO T. LAURIA
                                     (0.3); EMAILS FROM/TO J. TANENBAUM RE:
                                     FRAMEWORK DISCUSSIONS ETC. (0.2).

BUTLER, JR. J    08/30/06    1.20    PREPARE FOR (0.2) AND PARTICIPATE IN
                                     (0.4) TELECONFERENCE WITH J. SHEEHAN
                                     AND D. RESNICK RE: APPALOOSA, CERBERUS
                                     AND RIPPLEWOOD MATTERS; REVIEW EMAILS
                                     RE: SAME (0.2); PREPARE FOR (0.2) AND
                                     PARTICIPATE IN (0.2) TELECONFERENCE
                                     WITH J. SHEEHAN AND D. RESNICK RE: GM
                                     FRAMEWORK DISCUSSIONS AND NEXT STEPS.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J     08/31/06     1.00    EMAILS TO/FROM STAKEHOLDERS AND COMPANY
                                       REPRESENTATIVES RE: SEPTEMBER 6TH
                                       FRAMEWORK DISCUSSIONS IN NEW YORK CITY
                                       (0.4); REVIEW AND CONTINUE TO CONSIDER
                                       RIPPLEWOOD NDA MODIFICATION ISSUES
                                       (0.2); EMAILS FROM/TO J. TANENBAUM RE:
                                       FRAMEWORK MATTERS (0.2); EMAILS FROM/TO
                                       M. BIENENSTOCK AND R. ROSENBERG RE:
                                       SEPTEMBER 6TH FRAMEWORK MEETING AGENDA
                                       ITEMS AND PARTICIPANTS (0.2).

                                102.00

COCHRAN EL       08/01/06     6.60    MEETING WITH UCC, EC, APPALOOSA RE:
                                       "LEVELING UP" (3.7); REVIEW NDA FOR
                                       HOULIHAN (2.9).

COCHRAN EL       08/02/06     8.90    MEETINGS WITH UCC (2.2), EQUITY
                                       COMMITTEE (0.7), APPALOOSA (1.1), AND
                                       GM (2.2); JOINT MEETING WITH UCC, EQUITY
                                       COMMITTEE AND APPALOOSA (0.4); REVIEW
                                       ISSUES WITH CLIENT (2.3).

COCHRAN EL       08/03/06     6.20    MEETINGS WITH UCC, EQUITY COMMITTEE,
                                       APPALOOSA, GM AND DELPHI RE: POSSIBLE
                                       COMPREHENSIVE AGREEMENT (6.2).

COCHRAN EL       08/08/06     0.60    REVIEW CEREBUS NDA COMMENT (0.6).

COCHRAN EL       08/10/06     9.00    PARTICIPATE IN UCC MEETING (0.7);
                                       EQUITY COMMITTEE (0.6); GM (2.1); AD HOC
                                       COMMITTEE (0.4); REVIEW ISSUES WITH
                                       CLIENT (5.2).

COCHRAN EL       08/11/06     6.30    PARTICIPATE IN MEETINGS WITH CLIENT RE:
                                       PLAN FOR PREPARING FRAMEWORK AGREEMENT
                                       (3.7); PREPARE OUTLINE OF FRAMEWORK
                                       AGREEMENT (2.6).

COCHRAN EL       08/12/06     2.90    REVIEW GM COMPREHENSIVE TERM SHEET FOR
                                       MATERIAL TO BE CONSIDERED IN FRAMEWORK
                                       AGREEMENT (2.9).

COCHRAN EL       08/13/06     6.10    PREPARE DRAFT FRAMEWORK AGREEMENT
                                       OUTLINE (2.1); TELECONFERENCE WITH
                                       CLIENT (A. PASRICHA) AND J. BUTLER, K.
                                       MARAFIOTI, A. HARDIN AND D. RESNICK RE:
                                       FRAMEWORK AGREEMENT (1.3); REVISE
                                       FRAMEWORK AGREEMENT OUTLINE (1.9);
                                       COMMUNICATIONS WITH W. GOTSHAL RE:
                                       FRAMEWORK AGREEMENT (0.8).

COCHRAN EL       08/14/06     6.90    PARTICIPATE IN TELECONFERENCE WITH
                                       CLIENT ON GM DISCUSSIONS (J. BERTRAND,
                                       J. SHEEHAN, S. CORCORAN, A. PASRICHA)
                                       (2.1); PARTICIPATE IN MEETING AT WEIL,
                                       GOTSHAL (J. TANNENBAUM, M. KESSLER, R.
                                       LEVINS) AND K. MARAFITOI AND A. HARDIN
                                       (1.2); REPORT TO CLIENT ON WEIL MEETING
                                       (0.8); REVISE FRAMEWORK AGREEMENT
                                       (2.8).

COCHRAN EL       08/15/06    13.50    PARTICIPATE IN NEGOTIATIONS WITH GM &
                                       UCC (13.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| COCHRAN EL | 08/16/06 | 13.60 | PARTICIPATED IN NEGOTIATING SESSIONS WITH GM, UCC (12.2); REVIEW ISSUES RE: REVISED APPALOOSA NDA (1.4). |
| COCHRAN EL | 08/17/06 | 7.40 | PREPARE REVISED VERSION OF THE TERM SHEET (7.4). |
| COCHRAN EL | 08/18/06 | 3.40 | TELECONFERENCES WITH CLIENT ON REVISED TERM SHEETS (1.3); REDRAFT TERM SHEET (2.1). |
| COCHRAN EL | 08/21/06 | 7.90 | REVIEW CERBERUS NDA ISSUES (1.4); REDRAFT NDA (1.8); TELECONFERENCES WITH CLIENT ON TERM SHEET ISSUES (2.6); REDRAFT TERM SHEET (2.1). |
| COCHRAN EL | 08/22/06 | 9.40 | TELECONFERENCES WITH CLIENT ON TERM SHEET (2.8); REDRAFT TERM SHEET (2.1); TELECONFERENCE WITH CLIENT ON NDA (1.3); TELECONFERENCES WITH CERBERUS REP. ON NDA (1.1); REDRAFT NDA (2.1). |
| COCHRAN EL | 08/23/06 | 3.60 | REVISE NDA WITH CERBERUS (2.2); TELECONFERENCES WITH CLIENT ON NDA (1.4). |
| COCHRAN EL | 08/24/06 | 2.20 | PREPARE SUPPLEMENTAL NDA (2.2). |
| COCHRAN EL | 08/25/06 | 0.40 | TELECONFERENCES ON NDA (0.4). |
| COCHRAN EL | 08/28/06 | 0.60 | REVIEW FRAMEWORK AGREEMENT WITH TAX (C. GROSS AND E. SENSENBRENNER) (0.6). |
| | | **115.50** | |
| MARAFIOTI KA | 08/01/06 | 4.20 | LEVELING UP MEETINGS WITH COMMITTEES (3.8); FOLLOWUP STRATEGY CONFERENCES (0.4). |
| MARAFIOTI KA | 08/02/06 | 7.00 | MEETING WITH CLIENT, ROTHSCHILD, AN FTI IN PREPARATION FOR MEETINGS WITH KEY CONSTITUENCIES (1.7); MEETING WITH CREDITORS' COMMITTEE AND ADVISORS (0.7) AND FOLLOWUP MEETING WITH CLIENT (0.3); MEETINGS WITH EQUITY COMMITTEE AND AD HOC EQUITY COMMITTEE AND FOLLOWUP WITH CLIENT (3.3); MEETING WITH ALL CONSTITUENCIES AND FOLLOWUP (1.0). |
| MARAFIOTI KA | 08/03/06 | 8.60 | MEETINGS WITH GM, STATUTORY COMMITTEES, AD HOC COMMITTEE, COMPANY, AND ALL ADVISORS RE: POSSIBLE FRAMEWORK (3.5); FOLLOWUP MEETING WITH CLIENT (0.9); ADDITIONAL MEETINGS WITH GM, STATUTORY COMMITTEES, AD HOC COMMITTEE, COMPANY, AND ALL ADVISORS (1.4); STRATEGY MEETING WITH CLIENT (1.5); FINAL MEETING WITH GM, STATUTORY COMMITTEES, AD HOC COMMITTEE E, COMPANY, AND ALL ADVISORS (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA    08/09/06    5.90    PREPARE WITH COMPANY FOR COMMITTEE
                                    MEETING (0.6); ATTEND EQUITY COMMITTEE
                                    MEETING WITH COMPANY AND ADVISORS
                                    (2.2); FOLLOWUP MEETING WITH CLIENT
                                    (0.3); ATTEND CREDITORS' COMMITTEE
                                    MEETING WITH COMPANY AND ADVISORS
                                    (1.7); FOLLOWUP MEETING WITH CLIENT
                                    (1.1).

MARAFIOTI KA    08/10/06    7.30    PREPARE WITH CLIENT FOR NEGOTIATING
                                    SESSIONS WITH KEY CONSTITUENCIES (1.0);
                                    OPENING MEETING WITH GM, APPALOOSA,
                                    COMPANY, ROTHSCHILD, FTI, AD HOC,
                                    EQUITY, AND CREDITORS' COMMITTEES
                                    (0.2); FOLLOWUP WITH COMPANY (0.1);
                                    SERIES OF NEGOTIATING MEETINGS WITH GM,
                                    COMMITTEES, COMPANY, AND ENTIRE GROUP
                                    (5.4); CORRESPONDENCE WITH KEY
                                    CONSTITUENCIES RE: NEGOTIATIONS (0.6).

MARAFIOTI KA    08/15/06    8.90    CONTINUE MEETING WITH CLIENT RE: GM
                                    ISSUES (1.4); MEETING WITH GM AND ITS
                                    ADVISORS, COMPANY, AND ROTHSCHILD RE:
                                    FRAMEWORK AGREEMENT (3.2); FOLLOWUP
                                    MEETING WITH CLIENT (2.5); RESEARCH GM
                                    ISSUES (0.6); ADDITIONAL MEETING WITH
                                    GM AND ADVISORS AND COMPANY AND ADVISORS
                                    (0.9); FINAL FOLLOWUP MEETING WITH
                                    COMPANY (0.3).

MARAFIOTI KA    08/16/06    9.70    MEETING WITH COMPANY RE: REVENUE PLAN
                                    (0.9) AND TERM SHEET (0.6); CONFERRED
                                    WITH B. DERROUGH RE: TERM SHEET (0.2);
                                    MEETING WITH GM RE: REVENUE PLAN (0.5);
                                    FOLLOWUP MEETING WITH CLIENT (0.9);
                                    SERIAL MEETINGS WITH KEY CONSTITUENCIES
                                    (3.9); FINAL FOLLOWUP MEETING WITH
                                    CLIENT (0.5); ANALYZE PLAN
                                    CLASSIFICATION AND IMPAIRMENT ISSUES
                                    (0.9); DIRECT RESEARCH RE:
                                    CLASSIFICATION, IMPAIRMENT, AND
                                    REINSTATEMENT (1.3).

MARAFIOTI KA    08/17/06    0.50    LEVELING UP MEETING WITH T. LAURIA AFTER
                                    COURT HEARING (0.5).

MARAFIOTI KA    08/22/06    4.40    ANALYZE FACTS IN CONNECTION WITH
                                    SUBSTANTIVE CONSOLIDATION ANALYSIS
                                    (1.4); TELECONFERENCE WITH FTI RE:
                                    SUBSTANTIVE CONSOLIDATION (0.5);
                                    TELECONFERENCE WITH J. SHEEHAN, FTI RE:
                                    SAME (0.9); REVIEW DRAFT MEMO RE: SAME
                                    (1.6).

MARAFIOTI KA    08/24/06    1.60    ANALYZE SUBSTANTIVE CONSOLIDATION,
                                    CLASSIFICATION, AND SUBORDINATION
                                    ISSUES (1.6).

MARAFIOTI KA    08/25/06    1.10    RESEARCH SUBSTANTIVE CONSOLIDATION AND
                                    RECHARACTERIZATION OF DEBT ISSUE (1.1).

B43E

MARAFIOTI KA    08/28/06    6.70  REVIEW MEMO RE: SUBSTANTIVE
CONSOLIDATION (0.7) REVIEW
ILLUSTRATIVE DIAGRAM OF DEBTOR
COMPANIES (0.4); REVIEW FTI WORK PLAN
RE: CONSOLIDATION (1.3); RESEARCH
SUBSTANTIVE CONSOLIDATION ISSUES
(1.6); REVIEW ADDITIONAL PRELIMINARY
MEMO APPLYING FACTS OF DEBTORS' CASES TO
SUBSTANTIVE CONSOLIDATION LAW (0.4);
TELECONFERENCE WITH FTI (FRANKUM,
KOSKEIWICZ,WILL) RE: SUBSTANTIVE
CONSOLIDATION ANALYSIS (1.4); RESEARCH
CLASSIFICATION AND SUBORDINATION
ISSUES (0.9).

MARAFIOTI KA    08/29/06    0.30  TELECONFERENCE WITH R. EISENBERG RE:
SUBSTANTIVE CONSOLIDATION ANALYSIS
(0.1) AND ANALYZE SAME (0.2).

MARAFIOTI KA    08/30/06    1.90  TELECONFERENCE WITH FTI AND COMPANY RE:
INTERCOMPANY CLAIMS AND SUBSTANTIVE
CONSOLIDATION ISSUES (1.3) AND FOLLOWUP
ANALYSIS RE: SAME (0.6).

                            68.10

PANAGAKIS GN    08/02/06    0.80  TELECONFERENCES RE: PRELIMINARY PLAN OF
REORGANIZATION CONSIDERATION (0.8).

PANAGAKIS GN    08/04/06    0.50  ATTENTION TO PRELIMINARY PLAN
CONSIDERATIONS (0.5).

PANAGAKIS GN    08/10/06    1.20  MEETINGS WITH MANAGEMENT RE: FRAMEWORK
AGREEMENT AND LEGAL ISSUES RE: SAME
(1.2).

PANAGAKIS GN    08/11/06    0.90  ATTENTION TO FRAMEWORK AGREEMENT ISSUES
(0.9).

PANAGAKIS GN    08/13/06    2.00  PARTICIPATE ON CALL WITH MANAGEMENT AND
OTHER ADVISORS RE: FRAMEWORK AGREEMENT
(1.4); REVIEW AND COMMENT ON SAME (0.6).

PANAGAKIS GN    08/14/06    1.00  PARTICIPATE ON WEEKLY CALL RE:
PRELIMINARY PLAN CONSIDERATION (1.0).

PANAGAKIS GN    08/15/06    2.80  PARTICIPATION IN MANAGEMENT MEETINGS
RE: FRAMEWORK AGREEMENT (1.0); REVIEW
AND COMMENT ON DRAFTS OF SAME (1.0);
MEETINGS WITH REPRESENTATIVES OF GM AND
CREDITORS COMMITTEE RE: SAME (0.8).

PANAGAKIS GN    08/16/06    8.50  PARTICIPATE IN VARIOUS MEETINGS WITH
COMPANY, GM AND COMMITTEE RE: FRAMEWORK
AGREEMENT (3.5); REVIEW DRAFTS OF SAME
AND RELATED DOCUMENTS (1.5); ATTENTION
TO VARIOUS LEGAL ISSUES IN CONNECTION
WITH FRAMEWORK ARRANGEMENT (2.0);
REVIEW LEGAL RESEARCH RE: SUBSTANTIVE
CONSOLIDATION AND OTHER PRELIMINARY
PLAN CONSIDERATIONS (1.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PANAGAKIS GN   08/17/06   3.80   REVIEW ISSUES RE: FRAMEWORK AGREEMENT
AND REVISED DRAFTS OF SAME (1.5);
TELECONFERENCE WITH MANAGEMENT RE: SAME
(0.8); REVIEW LEGAL ANALYSIS RE: ISSUES
IN CONNECTION WITH SAME (1.5).

PANAGAKIS GN   08/18/06   3.00   ATTENTION TO FRAMEWORK ISSUES (1.0);
PARTICIPATE ON TELECONFERENCES WITH
COMPANY AND ADVISORS RE: SAME (1.0);
REVIEW MEMO RE: LEGAL ISSUES RE: SAME
(0.5); REVIEW MATERIALS RE: UPCOMING
CALL RE: PRELIMINARY PLAN ISSUES (0.5).

PANAGAKIS GN   08/21/06   3.30   PREPARE FOR (0.8) AND PARTICIPATE ON
(1.0) WEEKLY CALL RE: PRELIMINARY PLAN
ISSUES; CONTINUE TO REVIEW RESEARCH
MATERIALS RE: VARIOUS LEGAL ISSUES IN
CONNECTION WITH FRAMEWORK AGREEMENT
(1.5).

PANAGAKIS GN   08/22/06   2.80   REVIEW RESEARCH FRAMEWORK AGREEMENT
(0.8); TELECONFERENCES WITH COMPANY AND
OTHER ADVISORS RE: SAME (1.0); REVIEW
RESEARCH MATERIALS RE: ISSUES IN
CONNECTION WITH SAME (1.0).

PANAGAKIS GN   08/23/06   2.50   REVIEW MEMOS RE: VARIOUS RESEARCH
ISSUES IN CONNECTION WITH FRAMEWORK
AGREEMENT (2.5).

PANAGAKIS GN   08/24/06   3.40   REVIEW UPDATES RE: FRAMEWORK AGREEMENT
STATUS AND PARTICIPATE ON CALLS RE: SAME
(1.5); TELECONFERENCES AND REVIEW OF
CORRESPONDENCE RE: PRELIMINARY PLAN
CONSIDERATIONS (1.9).

PANAGAKIS GN   08/25/06   1.80   REVIEW PRECEDENT BRIEFS RE: 1113
HEARING (0.8); PARTICIPATE ON CALL WITH
COMMENTS TO FRAMEWORK AGREEMENT AND
RELATED UPDATE DISCUSSION (1.0).

PANAGAKIS GN   08/27/06   0.70   REVIEW MEMO RE: PLAN ISSUES (0.7).

PANAGAKIS GN   08/28/06   2.90   PARTICIPATE ON CALL RE: PRELIMINARY
PLAN ISSUES (1.2); REVIEW
CORRESPONDENCE AND MEMOS RE: SAME
(0.7); ATTENTION TO FRAMEWORK ISSUES
(1.0).

PANAGAKIS GN   08/29/06   1.70   REVIEW RESEARCH MATERIALS RE: VARIOUS
PLAN ISSUES (1.0); REVIEW FTI MATERIALS
RE: SAME (0.7).

PANAGAKIS GN   08/30/06   2.20   TELECONFERENCE WITH MANAGEMENT AND FTI
RE: SUBSTANTIVE CONSOLIDATION (1.0);
REVIEW FOLLOW UP MEMOS RE: SAME (1.2).

PANAGAKIS GN   08/31/06   1.80   CORRESPONDENCE RE: POR WEEKLY CALLS
(0.2); REVIEW MEMOS RE: SAME (0.8);
REVIEW CORRESPONDENCE RE: FRAMEWORK
AGREEMENT (0.2); REVIEW MEMOS RE: LEGAL
ISSUES RE: SAME (0.6).

                              47.60

Total Partner                 333.20

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ            08/01/06        6.40    UPDATE TASK LIST AND OUTSTANDING
                                           MATTERS FOR AUGUST OMNIBUS HEARING,
                                           LABOR HEARINGS (0.4); PREPARATION RE:
                                           PRESENTATION TO UCC, ED AND AD HOC
                                           COMMITTEE AND MEETINGS RE: SAME (1.3);
                                           CORRESPONDENCE WITH LATHAM RE: MEETINGS
                                           (0.1); CORRESPONDENCE WITH WHITE AND
                                           CASE RE: MEETINGS (0.1); CORRESPONDENCE
                                           WITH F. FRANK RE: MEETINGS (0.1); ATTEND
                                           STRATEGY MEETING WITH UCC, EC AND AD HOC
                                           COMMITTEE FOR "LEVELING UP"
                                           PRESENTATION (3.3); DISCUSSIONS WITH B.
                                           SHAW AND D. HILTY RE: INFORMATION,
                                           DISCLOSURE (0.5); PREPARE FURTHER
                                           MATERIALS FOR STRATEGIC SESSIONS WITH
                                           COMMITTEES (0.6).

MATZ TJ            08/02/06        6.10    PREPARATION FOR BI-LATERAL STRATEGY
                                           MEETING WITH UCC, EQUITY COMMITTEE AND
                                           AD HOC COMMITTEE (1.0); ATTEND STRATEGY
                                           MEETING WITH UCC, D. RESKNIK, S.
                                           CORCORAN, D. SHERBIN, J. BERTRAM, R.
                                           ISENBERG AND SKADDEN TEAM (1.7); ATTEND
                                           STRATEGY MEETING WITH EQUITY COMMITTEE
                                           AND ROTHSCHILD, FTI, COMPANY AND
                                           SKADDEN TEAM (1.3); ATTEND STRATEGY
                                           MEETING WITH AD HOC COMMITTEE AND
                                           ROTHSCHILD, FTI AND SKADDEN TEAM (1.6);
                                           ATTEND WRAP-UP STRATEGY SESSION OF UCC,
                                           EQUITY COMMITTEE, AD HOC COMMITTEE,
                                           ROTHSCHILD, FTI, COMPANY AND SKADDEN
                                           REPRESENTATIVES (0.5).

MATZ TJ            08/03/06        8.20    DISCUSSIONS WITH REPRESENTATIVES OF
                                           DELPHI, B. RESNICK, W. SHAW OF
                                           ROTHSCHILD, R. EISENBERG OF FTI TO
                                           PREPARE FOR MEETINGS WITH UNSECURED
                                           CREDITORS' COMMITTEE, AD HOC COMMITTEE,
                                           GM AND EQUITY COMMITTEE (1.5); ATTEND
                                           MEETING WITH 3 COMMITTEES, GM AND DELPHI
                                           (1.8); REPORT AND UPDATE SESSIONS WITH
                                           UNSECURED CREDITORS' COMMITTEE, AD HOC
                                           COMMITTEE, GM, EQUITY COMMITTEE,
                                           ROTHSCHILD, FTI AND DELPHI (1.3);
                                           FOLLOW UP STRATEGIC DISCUSSIONS WITH J.
                                           BERTRAM, D. SHERBIN, ET AL. OF DELPHI
                                           (1.5); FINAL MAIN TABLE DISCUSSIONS
                                           WITH GM, UNSECURED CREDITORS'
                                           COMMITTEE, AD HOC COMMITTEE, EQUITY
                                           COMMITTEE, COMPANY AND ITS ADVISORS
                                           (1.3); FURTHER STRATEGIC DISCUSSIONS
                                           WITH J. BERTRAND AND D. SHERBIN, ET AL.
                                           (0.8).

B43E

| MATZ TJ | 08/10/06 | 3.70 | ATTEND PREPARATION SESSION (0.4); DISCUSSIONS WITH J. SHEEHAN, K. CRAFT, S. CORCORAN ET AL. RE: COMPREHENSIVE RESOLUTION AND MEETINGS (0.8); PARTICIPATE IN MAIN TABLE DISCUSSIONS (0.3); BI-LATERAL DISCUSSIONS WITH UNSECURED CREDITORS' COMMITTEE, AD HOC COMMITTEE, GM AND EQUITY COMMITTEE (1.3); ATTEND FURTHER MAIN TABLE DISCUSSIONS WITH REPRESENTATIVES OF UNSECURED CREDITORS' COMMITTEE, AD HOC COMMITTEE, GM, EQUITY COMMITTEE AND DELPHI (0.9). |
| MATZ TJ | 08/15/06 | 1.50 | ATTEND MEETINGS WITH D. RESNICK, N. TORACCO, S. CORCORAN, J. BERTRAM, ET AL. RE: GM, UCC, AND DELPHI TERM SHEETS IN GLOBAL DEAL (1.5). |
| MATZ TJ | 08/17/06 | 0.80 | MEETING WITH T. LAURIA RE: PLAN, OVERALL SETTLEMENT CONCEPTS (0.8). |
| MATZ TJ | 08/28/06 | 0.80 | REVIEW AND CONSIDER SUBSTANTIVE CONSOLIDATION MATTER (0.8). |
| MATZ TJ | 08/29/06 | 1.60 | CONTINUE REVIEWING AND ANALYSIS OF SUBSTANTIVE CONSOLIDATION MATERIALS (0.8); CONTINUE REVIEW OF SAME (0.8). |
| MATZ TJ | 08/30/06 | 0.70 | REVIEW AND FINALIZE APPALOOSA HARBINGER PROTECTIVE ORDER (0.2); REVIEW AND FINALIZE APPALOOSA-WEXFORD PROTECTIVE ORDER (0.2); FORWARD SAME TO CHAMBERS (0.1); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2). |
|  |  | **29.80** |  |
| RAMLO K | 08/16/06 | 2.30 | BEGIN RESEARCH RE: DISCRIMINATION, CLASSIFICATION, REINSTATEMENT, AND ABSOLUTE PRIORITY RULE AS TO SUBORDINATED DEBT (2.3). |
| RAMLO K | 08/17/06 | 1.30 | CONTINUE TO RESEARCH RE: CLASSIFICATION AND DISCRIMINATION ISSUES (1.3). |
| RAMLO K | 08/20/06 | 2.50 | FURTHER RESEARCH RE: ABSOLUTE PRIORITY RULE AND CONTRACTUAL SUBORDINATION (2.5). |
| RAMLO K | 08/21/06 | 7.40 | FURTHER RESEARCH RE: ABSOLUTE PRIORITY RULE AND SUBORDINATION, AND RE: CLASS VOTING, AND BEGIN DRAFTING MEMORANDUM RE: SAME (7.4). |
| RAMLO K | 08/22/06 | 11.60 | CONTINUE RESEARCH ON CONTRACTUAL SUBORDINATION, ABSOLUTE PRIORITY RULE AND ACCEPTING CLASS, CONTINUE DRAFTING MEMORANDUM RE: SAME (7.2); REVISE MEMORANDUM ON SEPARATE CLASSIFICATION, UNFAIR DISCRIMINATION AND REINSTATEMENT (4.4). |
| RAMLO K | 08/23/06 | 1.10 | CONTINUE DRAFTING MEMORANDUM ON ABSOLUTELY PRIORITY RULE AND CONTRACTUAL SUBORDINATION (1.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 08/24/06 | 4.00 | CONTINUE DRAFTING MEMORANDUM ON MODIFYING CONTRACTUAL SUBORDINATION UNDER PLAN (4.0). |
| RAMLO K | 08/25/06 | 2.50 | CONTINUE DRAFTING MEMORANDUM ON CONTRACTUAL SUBORDINATION, ABSOLUTE PRIORITY RULE, AND MODIFYING RIGHTS UNDER PLAN, AND CONDUCTING ADDITIONAL RESEARCH (2.5). |
| RAMLO K | 08/27/06 | 3.60 | CONTINUE RESEARCH AND DRAFTING MEMORANDUM ON CONTRACTUAL SUBORDINATION, ABSOLUTE PRIORITY RULE, AND PLAN MODIFICATIONS (3.6). |
| RAMLO K | 08/28/06 | 6.40 | CONTINUE DRAFTING MEMORANDUM ON CONTRACTUAL SUBORDINATION AND TREATMENT UNDER PLAN (6.4). |
| RAMLO K | 08/29/06 | 6.60 | CONTINUE DRAFTING MEMORANDUM RE: CONTRACTUAL ARBITRATION AND ABSOLUTE PRIORITY RULE AND CONDUCT RELATED RESEARCH (6.6). |
| RAMLO K | 08/30/06 | 2.20 | COMPLETE MEMORANDUM ON PLAN TREATMENT OF CONTRACTUAL SUBORDINATION (2.2). |
| | | 51.50 | |
| **Total Counsel** | | **81.30** | |
| DIAZ LB* | 08/15/06 | 3.20 | CONDUCT RESEARCH RE: DUE DILIGENCE (3.2). |
| DIAZ LB* | 08/17/06 | 3.70 | RESEARCH RE: DUE DILIGENCE (3.7). |
| DIAZ LB* | 08/18/06 | 3.80 | RESEARCH RE: DUE DILIGENCE (3.8). |
| DIAZ LB* | 08/22/06 | 11.80 | CONTINUE TO REVIEW MATERIALS RE: DUE DILIGENCE (11.8). |
| DIAZ LB* | 08/23/06 | 12.50 | MET WITH M. HESTER RE: DUE DILIGENCE (0.4); CONTINUE TO REVIEW MATERIALS RE: DUE DILIGENCE (12.1). |
| DIAZ LB* | 08/24/06 | 12.40 | CONTINUE TO REVIEW MATERIALS RE: DUE DILIGENCE (12.4). |
| DIAZ LB* | 08/25/06 | 8.60 | CONTINUE TO REVIEW DOCUMENTS RE: DUE DILIGENCE (8.6). |

B43E

DIAZ LB*        08/27/06        9.90   CONTINUE TO REVIEW DUE DILIGENCE
                                       MATERIALS (9.9).

DIAZ LB*        08/28/06       12.30   MET WITH M. HESTER TO DISCUSS DUE
                                       DILIGENCE (0.3); CONTINUE TO WORK ON
                                       ENVIRONMENTAL DUE DILIGENCE PROJECT
                                       (12.0).

DIAZ LB*        08/29/06        5.10   CONTINUE TO REVIEW DOCUMENTS RELATED TO
                                       DUE DILIGENCE (5.1).

DIAZ LB*        08/30/06        8.90   CONTINUE TO REVIEW DOCUMENTS AND
                                       COORDINATE DUE DILIGENCE (8.9).

DIAZ LB*        08/31/06       10.20   CONTINUE TO WORK ON MATERIAL FOR DUE
                                       DILIGENCE (10.2).

                              102.40

FERN BM         08/16/06        5.20   REVIEW ISSUES RE: DISCLOSURE OF
                                       INFORMATION TO APPALOOSA (0.6); DRAFT
                                       AMENDED STIPULATION AND PROTECTIVE
                                       ORDER (1.7); DRAFT AMENDED
                                       NONDISCLOSURE AGREEMENT (0.9);
                                       FORMULATE STRATEGY RE: REVISED NDA
                                       (0.7); REVISE AMENDED NDA (0.8);
                                       ADDITIONAL REVISIONS TO AMENDED NDA
                                       (0.5).

FERN BM         08/17/06        4.80   COMPARE NONDISCLOSURE AGREEMENT TO
                                       PROTECTIVE ORDER (0.7); ADDITIONAL
                                       REVISIONS TO NDA (0.9); FORMULATE
                                       STRATEGY RE: AMENDED NDA (1.1); REVISE
                                       AMENDED NDA (1.0); REVIEW TERMS OF
                                       AMENDED NDA (0.6); REVISE AMENDED NDA
                                       (0.5).

FERN BM         08/22/06        2.20   REVIEW AND ANALYZE PROPOSED CHANGES TO
                                       AMENDED NDA (0.5); TELECONFERENCE WITH
                                       J. ROTENTSTEIN RE: AMENDED NDA (0.2);
                                       RESEARCH RE: PROTECTIVE ORDERS (0.4);
                                       SUMMARIZED ISSUES RE: AMENDED NDA
                                       (0.3); REVISE AMENDED NDA (0.8).

FERN BM         08/23/06        7.90   FORMULATE STRATEGY RE: AMENDED NDA AND
                                       PROTECTIVE ORDER (0.3); DRAFT GLOBAL
                                       PROTECTIVE ORDER RE: APPALOOSA (2.8);
                                       DRAFT NDA RE: LITIGATION INFORMATION
                                       (0.9); REVISE AMENDED NDA (1.4); REVISE
                                       GLOBAL PROTECTIVE ORDERS (2.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM          08/24/06      7.70   REVIEW DOCUMENTS RE: SCOPE OF
                                      PROTECTIVE ORDERS (0.5); FORMULATE
                                      STRATEGY RE: APPALOOSA STIPULATION
                                      (0.7); REVIEW ISSUES RE: APPALOOSA
                                      STIPULATION (0.7); REVIEW AND REVISE
                                      STIPULATION AND PROTECTIVE ORDER (1.9);
                                      REVIEW AND REVISE AMENDED NDA (0.6);
                                      REVIEW AND REVISE LITIGATION NDA (0.4);
                                      DRAFT EMAIL TO F. EATON AND D. BAUMSTEIN
                                      RE: LITIGATION SUMMARY (0.3); REVIEW
                                      DOCUMENTS RE: DISCLOSURE OF LITIGATION
                                      MATERIAL (0.6); REVIEW DOCUMENTS FOR
                                      RELEVANCE FOR TRANSACTION DATA ROOM
                                      (0.9); EMAILS TO/FROM D. BAUMSTEIN RE:
                                      LITIGATION SUMMARY (0.4); REVIEW KECP
                                      DOCUMENTS FOR DATA ROOM (0.7).

FERN BM          08/25/06      4.60   REVISE AND ORGANIZE DOCUMENTS RE:
                                      AMENDED NDA (0.5); EMAILS TO/FROM J.
                                      SHEEHAN RE: AMENDED NDA (0.4); REVIEW
                                      DOCUMENTS RE: AMENDED NDA (0.4); EMAILS
                                      TO/FROM J. ROTENSTEIN RE: AMENDED NDA
                                      (0.2); REVIEW LITIGATION SUMMARY (1.4);
                                      STRATEGY MEETING RE: DUE DILIGENCE DATA
                                      ROOM (0.7); REVIEW AND CREATE
                                      PROCEDURES RE: DATA ROOM (1.0).

FERN BM          08/26/06      0.90   REVIEW DOCUMENTS RE: DELPHI DATA ROOM
                                      (0.6); REVIEW CONFIDENTIALITY
                                      AGREEMENTS (0.3).

FERN BM          08/28/06      3.20   REVIEW ISSUES RE: ESTABLISHING DATA
                                      ROOM (0.5); REVIEW DOCUMENTS RE: STATUS
                                      OF DATA ROOM ISSUES (0.4); ASSESS ISSUES
                                      RE: AMENDED NDA (0.7); TELECONFERENCE
                                      WITH J. ROTENSTEIN RE: AMENDED NDA
                                      (0.3); FORMULATE STRATEGY RE: AMENDED
                                      NDA (0.4); EMAIL TO J. ROTENSTEIN RE:
                                      AMENDED NDA (0.5); ADDITIONAL REVIEW OF
                                      DOCUMENTS RE: AMENDED NDA (0.4).

FERN BM          08/29/06      2.90   REVIEW DOCUMENTS RE: APPALOOSA
                                      STIPULATION (0.6); ASSESS ISSUES RE: GM
                                      STIPULATION AND PROTECTIVE ORDER (0.7);
                                      FORMULATE STRATEGY RE: SCOPE OF
                                      PROTECTIVE ORDERS (0.8); EMAIL TO J.
                                      ROTENTSTEIN RE: PROTECTIVE ORDERS
                                      (0.3); SUMMARIZE ISSUES RE: PROTECTIVE
                                      ORDERS (0.5).

FERN BM          08/30/06      4.30   PREPARE VARIOUS PROTECTIVE ORDERS FOR
                                      SUBMISSION TO COURT (0.8); ANALYZE
                                      ISSUES RE: PROTECTIVE ORDERS (0.3);
                                      DRAFT PROPOSED EMAIL TO COURT RE: SAME
                                      (0.4); REVIEW UPDATE RE: DILIGENCE DATA
                                      ROOM (0.2); REVIEW APPALOOSA 13-D
                                      (0.3); DRAFT STATEMENT RE: SAME (0.5);
                                      REVIEW APPALOOSA PLEADINGS RE:
                                      ALLEGATIONS AGAINST DELPHI (1.8).

B43E

| FERN BM | 08/31/06 | 1.70 | REVIEW APPALOOSA'S FORM 13-DS (0.5); EMAIL TO J. ROTENSTEIN RE: AMENDED NDA (0.3); REVIEW DOCUMENTS FROM J. ROTENTSTEIN RE: AMENDED NDA (0.3); REVIEW AND DISTRIBUTED PROTECTIVE ORDERS APPROVED BY THE COURT (0.6). |
|---|---|---|---|
| | | **45.40** | |
| GRANT K | 08/16/06 | 1.70 | TELECONFERENCES WITH K. RAMLO RE: CLASSIFICATION OF UNSECURED CLAIMS UNDER PLAN (0.6); RESEARCH RE: SAME (1.1). |
| GRANT K | 08/17/06 | 7.50 | CONTINUE RESEARCH RE: CLASSIFICATION OF SIMILAR CLAIMS AND DRAFTED MEMO RE: SAME (7.2); CONFERENCE WITH K. RAMLO RE: SAME (0.3). |
| GRANT K | 08/18/06 | 7.50 | CONTINUE RESEARCH RE: LEGITIMATE BUSINESS REASON FOR SEPARATE CLASSIFICATION OF CLAIMS AND MEMO RE: SAME (6.4); RESEARCH RE: DISCRIMINATION (1.1). |
| GRANT K | 08/21/06 | 5.20 | CONTINUE RESEARCH RE: REINSTATEMENT OF DEBT AND UNFAIR DISCRIMINATION (1.9); TELECONFERENCES WITH K. RAMLO RE: SAME (0.4); RESEARCH RE: BINDING NATURE OF DISTRICT COURT DECISION OF BANKRUPTCY COURTS IN THE SECOND CIRCUIT (2.9). |
| GRANT K | 08/22/06 | 5.80 | CONTINUE TO RESEARCH RE: PLAN ISSUES AND DRAFTED MEMORANDUM TO K. RAMLO RE: SAME (5.8). |
| | | **27.70** | |
| HARDIN AS | 08/15/06 | 13.10 | ATTEND FRAMEWORK CONFERENCES WITH GM AND CREDITORS COMMITTEE AND RELATED ACTIVITIES (13.1). |
| HARDIN AS | 08/16/06 | 7.80 | ATTEND FRAMEWORK CONFERENCES WITH DELPHI MANAGEMENT, GM, UNSECURED CREDITORS COMMITTEE RE: FRAMEWORK AGREEMENT AND RELATED ACTIVITIES (7.8). |
| HARDIN AS | 08/22/06 | 3.90 | RESEARCH RE: SUBORDINATION AND CLASSIFICATION (3.9). |
| HARDIN AS | 08/29/06 | 2.50 | TELECONFERENCE RE: FRAMEWORK AGREEMENT (2.5). |
| | | **27.30** | |
| HERRIOTT AV | 08/01/06 | 2.10 | REVIEW AND REVISE PRESENTATION FOR JOINT COMMITTEE MEETINGS TO BE HELD AUG 1-3 (2.1). |
| HERRIOTT AV | 08/04/06 | 0.60 | REVIEW PRECEDENT FOR MATERIALS PRESENTED IN PREPARATION OF PLAN OF REORGANIZATION (0.6). |
| HERRIOTT AV | 08/17/06 | 0.20 | RESPOND TO QUESTION RE: PLAN SOLICITATION (0.2). |

HERRIOTT AV      08/22/06      1.90   BEGIN ASSEMBLING MATERIALS FOR HUMAN
                                      CAPITAL SALARIED EMPLOYEE DATA ROOM IN
                                      RESPONSE TO REQUEST OF POTENTIAL PLAN
                                      SPONSOR (1.9).

HERRIOTT AV      08/23/06      3.20   CONTINUE GATHERING INFORMATION FOR
                                      HUMAN CAPITAL SALARIED EMPLOYEE DATA
                                      ROOM FOR POTENTIAL PLAN SPONSORS (3.2).

HERRIOTT AV      08/24/06      4.50   REVIEW INITIAL MATERIALS FOR HUMAN
                                      CAPITAL SALARIED EMPLOYEE DATA ROOM
                                      WITH F. KUPLICKI AND R. VANLEUVEN (1.8);
                                      CONTINUE TO REVIEW AND GATHER MATERIALS
                                      RE: SAME (1.4); DRAFT INDEX OF MATERIALS
                                      (1.3).

HERRIOTT AV      08/25/06      2.20   UPDATE DATA ROOM INDEX (1.8); CONDUCT
                                      FOLLOW UP RE: DATA ROOM MATERIALS (0.4).

HERRIOTT AV      08/27/06      0.70   CONTINUE GATHERING MATERIALS FOR DATA
                                      ROOM FOR PROSPECTIVE INVESTOR (0.7).

HERRIOTT AV      08/28/06      6.30   CONTINUE TO ASSEMBLE AND REVIEW
                                      MATERIALS FOR DATA ROOM RE: HUMAN
                                      CAPITAL - SALARIED EMPLOYEES (4.4)
                                      INCLUDING REVISING INDEX IN ACCORDANCE
                                      WITH SAME (1.9).

HERRIOTT AV      08/29/06      1.80   FINALIZE THE COLLECTION AND INDEXING OF
                                      DOCUMENTS FOR DATA ROOM (1.8).

HERRIOTT AV      08/30/06      1.50   CONDUCT FOLLOW UP RE: MATERIALS FOR DATA
                                      ROOM (1.5).

HERRIOTT AV      08/31/06      0.40   GATHER DOCUMENTS FOR LITIGATION DATA
                                      ROOM FOR POTENTIAL PLAN INVESTORS
                                      (0.4).

                              25.40

MEISLER RE       08/01/06      0.50   TELECONFERENCE WITH C. PICINNIN RE: :
                                      APPALOOSA SEC FILING (0.1) AND REVIEW
                                      SAME (0.2); DRAFT CORRESPONDENCE RE:
                                      NDA (0.2).

MEISLER RE       08/02/06      0.30   REVIEW FINAL JOINT COMMITTEE
                                      PRESENTATION (0.2); TELECONFERENCE
                                      WITH A. FRANKUM RE: POR PLANNING (0.1).

MEISLER RE       08/07/06      1.00   REVIEW AND ANALYZE PLAN ISSUES (1.0).

MEISLER RE       08/09/06      0.20   DRAFT INTERNAL CORRESPONDENCE RE: PLAN
                                      ISSUES (0.2).

MEISLER RE       08/10/06      0.20   REVIEW OF SUBSTANTIVE CONSOLIDATION
                                      ANALYSIS (0.2).

MEISLER RE       08/13/06      1.00   REVIEW AND ANALYZE PLAN ISSUES (1.0).

MEISLER RE       08/14/06      1.50   PREPARE FOR STRATEGY CALL RE: PLAN
                                      (0.2); PARTICIPATE ON CALL RE: SAME
                                      (1.0); FOLLOW UP RE: SAME (0.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE       08/16/06       4.80   TELECONFERENCE WITH T. LAURIA RE:
                                       DILIGENCE (0.7); REVIEW 1113 PROTECTIVE
                                       ORDER AND NDA RE: SAME (0.8); REVISE NDA
                                       AMENDING TO PREMIT USE OF LITIGATION
                                       MATERIAL FOR PERMITTED PURPOSES (1.9);
                                       TELECONFERENCE WITH M. HESTER RE:
                                       ENVIRONMENTAL DILIGENCE (0.4);
                                       TELECONFERENCE WITH J. PAPELIAN RE:
                                       SAME (0.2); NOTES TO FILE RE: SAME
                                       (0.1); TELECONFERENCE WITH A. FRANKUM,
                                       T. BEHNKE AND R. REESE RE: SUBSTANTIVE
                                       CONSOLIDATION (0.7).

MEISLER RE       08/17/06       5.10   PREPARE FOR DILIGENCE SESSIONS (1.4);
                                       DRAFT CORRESPONDENCE TO B. SAX RE: SAME
                                       (0.1); CONFERENCE WITH R. REESE RE: SAME
                                       (0.4); CONFERENCE WITH E. COCHRAN RE:
                                       AMENDED NDA (0.3); NOTES TO FILE (0.1);
                                       CONFERENCE WITH A. HOGAN RE: SAME (0.2);
                                       REVISE AMENDED NDA (1.0);
                                       TELECONFERENCE WITH P. MILMED AND M.
                                       HESTER RE: ENVIRONMENTAL DILIGENCE
                                       (1.0); FOLLOW UP WITH M. HESTER RE: SAME
                                       (0.2); DRAFT INTERNAL CORRESPONDENCE
                                       RE: SAME (0.4).

MEISLER RE       08/18/06       3.10   REVIEW COMMENTS TO AMENDED NDA (0.3);
                                       REVIEW AND COMMENT ON CHANGES TO
                                       AMENDED NDA (0.4); CONFERENCE WITH D.
                                       SHERBIN RE: SAME (0.2); DRAFT INTERNAL
                                       CORRESPONDENCE RE: SAME (0.2); DRAFT
                                       CORRESPONDENCE TO G. PRYOR RE: SAME
                                       (0.3); CONTINUE TO PREPARE FOR
                                       DILIGENCE VISITS (0.9); DRAFT
                                       CORRESPONDENCE TO B. SAX RE: SAME (0.2);
                                       CONFERENCE WITH M. HESTER RE: PREPARE
                                       FOR DILIGENCE SESSIONS (0.6).

MEISLER RE       08/19/06       1.90   CONTINUE TO PREPARE FOR DILIGENCE
                                       VISITS (1.4); DRAFT INTERNAL
                                       CORRESPONDENCE RE: SAME (0.5).

MEISLER RE       08/20/06       2.50   CONTINUE TO PREPARE FOR DILIGENCE
                                       VISITS (1.7); DRAFT INTERNAL
                                       CORRESPONDENCE (0.3, 0.1); DRAFT
                                       CORRESPONDENCE TO J. ROTENSTEIN RE:
                                       DILIGENCE CALLS (0.1); PREPARE FOR PLAN
                                       CALL (0.3).

MEISLER RE       08/21/06       3.80   PREPARE FOR PLAN CALL (0.5);
                                       PARTICIPATE ON TELECONFERENCE WITH G.
                                       PANAGAKIS, R. REESE AND A. FRANKUM TO
                                       STRATEGIZE RE: PLAN ISSUES (1.8);
                                       REVIEW AND ANALYSIS OF PRIVILEGE ISSUES
                                       RE: DILIGENCE (0.3); CONFERENCE WITH J.
                                       PAPELIAN RE: UPCOMING DILIGENCE (0.5);
                                       CONTINUE TO PREPARE FOR SAME (0.7).

B43E

MEISLER RE        08/22/06      7.70   DRAFT CORRESPONDENCE TO P. MILMED RE:
                                       DILIGENCE VISITS (0.2); PREPARE FOR
                                       DILIGENCE VISITS (1.5); REVIEW
                                       ENVIRONMENTAL DATA ROOM (0.5); PREPARE
                                       FOR LITIGATION CONFERENCE CALL (0.5);
                                       CONFERENCE WITH J. PAPELIAN RE: SAME
                                       (0.2); TELECONFERENCE WITH J. PAPELIAN,
                                       D. BAUMSTEIN, AND F. EATON RE: MATERIAL
                                       LITIGATION (1.6); PREPARE FOR HUMAN
                                       RESOURCES CONFERENCE CALL (0.5);
                                       CONFERENCE WITH B. SAX AND F. KUPLICKI
                                       RE: SAME (0.3); TELECONFERENCE WITH B.
                                       SAX, F. KUPLICKI, F. EATON, D.
                                       BAUMSTEIN, J. FRANKLIN, R. MCGEORGE,
                                       AND J. KIM RE: HUMAN RESOURCES DILIGENCE
                                       (1.3); DRAFT INTERNAL CORRESPONDENCE
                                       SUMMARIZING PROGRESS (0.5); REVIEW AND
                                       ANALYSIS OF WHITE & CASE COMMENTS TO
                                       DRAFT OF AMENDED NDA (0.3); PROVIDE
                                       COMMENTS ON SAME (0.3).

MEISLER RE        08/23/06      4.30   TELECONFERENCE WITH J. PAPELIAN AND D.
                                       BAUMSTEIN RE: FOLLOW UP TO MATERIAL
                                       LITIGATION CONFERENCE CALL (0.4); NOTES
                                       TO FILE RE: SAME (0.3); DRAFT
                                       CORRESPONDENCE TO D. BAUMSTEIN RE: CFO
                                       REPORT (0.2); DRAFT LETTER AGREEMENT
                                       RE: SAME (0.6); REVISE SAME (0.2);
                                       REVIEW AND REVISE AMENDED NDA (0.8);
                                       TELECONFERENCE WITH J. ROTENSTEIN RE:
                                       SAME (0.1); DRAFT INTERNAL
                                       CORRESPONDENCE SUMMARIZING PROGRESS
                                       (0.8); DRAFT CORRESPONDENCE TO S.
                                       CORCORAN RE: STATUS OF AMENDED NDA
                                       (0.2); REVISE NDA (0.4); DRAFT
                                       CORRESPONDENCE TO G. PRYOR RE: SAME
                                       (0.1); DRAFT CORRESPONDENCE TO WHITE &
                                       CASE TO ARRANGE FOR ON-SITE VISITS
                                       (0.2).

MEISLER RE        08/24/06      6.40   TELECONFERENCES WITH D. BAUMSTEIN RE:
                                       LITIGATION DILIGENCE (0.2, 0.1, 0.2);
                                       REVISE LETTER AGREEMENT PER D.
                                       BAUMSTEIN COMMENTS (0.2); REVIEW CFO
                                       REPORT (0.7); DRAFT MULTIPLE
                                       CORRESPONDENCE RE: SAME (0.1, 0.2,
                                       0.2., 0.2); TELECONFERENCES WITH J.
                                       PAPELIAN RE: SAME (0.1, 0.1); DRAFT
                                       CORRESPONDENCE TO J. SHEEHAN RE:
                                       DILIGENCE REQUESTS (0.2);
                                       TELECONFERENCE WITH J. SHEEHAN RE:
                                       DILIGENCE QUESTIONS (0.6); NOTES TO
                                       FILE RE: SAME (0.3); TELECONFERENCE
                                       WITH S. CORCORAN RE: STATUS OF DILIGENCE
                                       (0.2); TELECONFERENCE WITH D. SHERBIN
                                       RE: SAME AND AMENDED NDA (0.2); DRAFT
                                       CORRESPONDENCE TO B. SAX RE: HR DATA
                                       ROOM (0.2); DRAFT CORRESPONDENCE TO J.
                                       ROTENSTEIN RE: AMENDED NDA (0.2); DRAFT
                                       CORRESPONDENCE TO D. BAUMSTEIN RE:
                                       LOGISTICS (0.2); DRAFT INTERNAL
                                       CORRESPONDENCE RE: PROGRESS (0.5);
                                       REVIEW DOCUMENTS TO BE POPULATED INTO
                                       DATA ROOM (1.5).

B43E

| | | | |
|---|---|---|---|
| MEISLER RE | 08/25/06 | 3.30 | DRAFT CORRESPONDENCE TO J. ROTENSTEIN RE: HR DATA ROOM (0.2, 0.1); REVIEW AND COMMENT ON ENVIRONMENTAL DATA ROOM INDEX (1.2); DRAFT CORRESPONDENCE TO J. ROTENSTEIN RE: AMENDED NDA (0.1); CONTINUE TO PREPARE FOR DILIGENCE VISITS (1.7). |
| MEISLER RE | 08/26/06 | 1.80 | PREPARE FOR WHITE & CASE VISIT INCLUDING REVIEW DATA ROOM INDICES AND RESPONSIVE DOCUMENTS (1.3); REVIEW MEMOS AND OTHER DOCUMENTS TO PREPARE FOR PLAN CALL (0.5). |
| MEISLER RE | 08/28/06 | 5.70 | PREPARE FOR DATA ROOM VISITS (0.8); MEET WITH J. PAPELIAN AND B. FRANTANGELO RE: LITIGATION DATA ROOM (0.6); DRAFT CORRESPONDENCE TO J. PAPELIAN RE: SAME (0.2); REVIEW AND COMMENT ON INDEX FOR ENVIRONMENTAL DATA ROOM (0.3); REVIEW CERTAIN DOCUMENTS RE: SAME (0.7); DRAFT SUMMARY TO D. SHERBIN, RE: REPORT ON UPCOMING WHITE & CASE VISIT (0.4); REVIEW INFORMATION REQUEST FROM WHITE & CASE (0.3) AND REVIEW RESPONSIVE DOCUMENTS RE: HR (0.4); TELECONFERENCE WITH J. ROTENSTEIN RE: AMENDED NDA (0.1); DRAFT CORRESPONDENCE RE: SAME (0.2); PREPARE FOR PLAN CALL (0.5); PARTICIPATE ON SAME (1.2). |
| MEISLER RE | 08/29/06 | 6.70 | REVISE INSTRUCTIONS FOR DATA ROOM VISITS (0.4); REVIEW AND COMMENT ON INDEX (0.5) AND REVIEW CERTAIN DOCUMENTS RE: ENVIRONMENTAL DATA ROOM (0.7); CONFERENCE WITH P. TRIMARCHI AND M. HESTER RE: RULES AND INSTRUCTIONS (0.5); REVIEW DOCUMENTS REQUEST FROM J. RUE RE: LITIGATION (0.4); REVIEW STATUS OF PROTECTIVE ORDER TO BE FILED RE: AMENDED NDA (0.3); CONFERENCE WITH M. HESTER, K. JONES, AND P. TRIMARCHI RE: ENVIRONMENTAL QUESTIONS (0.5); FOLLOW UP RE: SAME (0.5); DRAFT SUMMARY TO D. SHERBIN, S. CORCORAN, J. PAPELIAN, M. HESTER, AND K. JONES RE: REPORT ON WHITE & CASE VISIT (0.4); PREPARE FOR VISIT TO HR DATA ROOM (1.0); MEET WITH J. WHITSON AND C. WU RE: DELCO MERGER (1.0); CONFERENCE WITH D. LI RE: RECHARACTERIZATION ANALYSIS (0.5). |

B43E

| MEISLER RE | 08/30/06 | 7.20 | PREPARE FOR J. KIM'S VISIT TO HR DATA ROOM (1.5); REVIEW TEMPORARY WORKER AND INDEPENDENT CONTRACTOR HEAD COUNT INFORMATION (0.2); MEET WITH B. SAX RE: SAME (0.3); MEET WITH F. KUPLICKI RE: SAME (0.2); MORNING MEETING WITH J. KIM (0.5); TELECONFERENCE WITH H. GROPPER, B. SAX AND F. KUPLICKI RE: PENDING AND THREATENED HR RELATED ACTIONS (0.6); FOLLOW UP INQUIRIES RE: SAME (0.4); CONFERENCE WITH J. KIM, B. SAX, AND F. KUPLICKI RE: HR QUESTIONS AND DOL AUDITS (1.0); FOLLOW UP WORK RE: SAME (0.5); BEGIN TO PREPARE FOR VISIT TO LITIGATION DATA ROOM (1.0); RESPOND TO S. CORCORAN CORRESPONDENCE RE: APPALOOSA DISCLOSURE (0.3); DRAFT CORRESPONDENCE TO D. SHERBIN, S. CORCORAN, J. PAPELIAN, M. HESTER, B. SAX, AND F. KUPLICKI RE: REPORT ON WHITE & CASE VISIT (0.4); REVIEW INTERCOMPANY AGREEMENT (0.2) AND DRAFT CORRESPONDENCE TO S. CORCORAN RE: SAME (0.1). |
|---|---|---|---|
| MEISLER RE | 08/31/06 | 7.40 | REVIEW ADVERSARY PROCEEDINGS TO PREPARE LITIGATION DATA ROOM (0.7); TELECONFERENCE WITH S. MCGRATH RE: SAME (0.1); REVIEW AND REVISE INSTRUCTION SHEET (0.2); MEET WITH D. BAUMSTEIN, F. EATON, J. RUE, AND J. PAPELIAN RE: LITIGATION DATA ROOM (1.5); REVIEW AND REVISE COVER LETTERS TO J. KIM, P. TRIMARCHI, AND J. RUE RE: DILIGENCE REQUEST (1.0); PARTICIPATE IN MEETING WITH J. PAPELIAN, B. TELGEN, D. BAUMSTEIN, F. EATON, AND J. RUE RE: INSURANCE QUESTIONS RE: LITIGATION DATA ROOM (0.5); PARTICIPATED IN MEETING WITH J. PAPELIAN, D. BAUMSTEIN, F. EATON, AND J. RUE RE: LITIGATION QUESTIONS (1.0); FOLLOW UP MEETINGS (1.5); DRAFT MULTIPLE CORRESPONDENCE TO D. SHERBIN RE: WHITE & CASE REQUEST FOR MEETING (0.4); DRAFT CORRESPONDENCE TO D. BAUMSTEIN RE: SAME (0.1); DRAFT CORRESPONDENCE TO B. POLOVOY FORWARD AMENDED NDA RE: REQUEST FOR TELECONFERENCE (0.1); WORK TO ARRANGE MEETING WITH WHITE & CASE AND J. SHEEHAN (0.3). |

**76.40**

| OGUNSANYA GO | 08/22/06 | 4.30 | DRAFT AND REVIEW OF CERTAIN NON-DISCLOSURE AGREEMENTS (4.3). |
|---|---|---|---|
| OGUNSANYA GO | 08/23/06 | 3.10 | FURTHER DRAFTING AND REVIEW OF CERTAIN NON-DISCLOSURE AGREEMENTS (3.1). |
| OGUNSANYA GO | 08/24/06 | 2.20 | FURTHER EDITS AND DRAFTING OF CERTAIN NON-DISCLOSURE AGREEMENTS (2.2). |

**9.60**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| REESE RG | 08/24/06 | 0.40 | RESPOND TO INQUIRIES RE: DATA ROOM (0.4). |
| REESE RG | 08/28/06 | 1.60 | TELECONFERENCE WITH FTI RE: PLAN ISSUES (1.6). |
| REESE RG | 08/30/06 | 0.30 | REVIEW AND RESPOND TO ISSUES RE: PLAN SPONSOR DATA ROOM (0.3). |
| | | **2.30** | |
| **Total Associate/Law Clerk** | | **316.50** | |
| DEMMA J | 08/22/06 | 1.60 | PREPARE PRECEDENT FOR ATTORNEY REVIEW (1.6). |
| | | **1.60** | |
| ~~SALAZAR AG~~ | ~~08/04/06~~ | ~~1.00~~ | ~~COMPILE LIST OF ATTENDEES OF JOINT STAKEHOLDERS DELPHI MEETING AND DISTRIBUTE (1.0).~~ |
| | | ~~1.00~~ | |
| **Total Legal Assistant** | | **2.60** | |
| **TOTAL TIME** | | **733.60** | |

\* Law clerks are law school graduates who are not presently admitted
to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/06**
**Reorganization Plan / Plan Sponsors**                         **Bill Number: 1128097**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/28/06 | Meisler RE | 204.05 |
| Air/Rail Travel - vendor feed | 08/28/06 | Herriott AV | 737.81 |
| Air/Rail Travel - vendor feed | 08/29/06 | Herriott AV | 118.07 |
| Air/Rail Travel - vendor feed | 08/31/06 | Meisler RE | 118.07 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,178.00** |
| In-house Reproduction | 08/04/06 | Copy Center, D | 8.37 |
| In-house Reproduction | 08/22/06 | Copy Center, D | 21.32 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 17.93 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 2.19 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 3.59 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$54.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 10.03 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 7.10 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.81 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.06 |
| | | **TOTAL TELEPHONE EXPENSE** | **$18.00** |
| Westlaw | 08/10/06 | Reese RG | 112.62 |
| Westlaw | 08/17/06 | Grant K | 684.97 |
| Westlaw | 08/18/06 | Grant K | 191.74 |
| Westlaw | 08/21/06 | Grant K | 279.55 |
| Westlaw | 08/21/06 | Ramlo K | 1,637.95 |
| Westlaw | 08/22/06 | Grant K | 83.93 |
| Westlaw | 08/22/06 | Ramlo K | 616.26 |
| Westlaw | 08/24/06 | Ramlo K | 195.15 |
| Westlaw | 08/25/06 | Ramlo K | 400.15 |
| Westlaw | 08/28/06 | Ramlo K | 109.48 |
| Westlaw | 08/28/06 | Ramlo K | 196.28 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/29/06 | Ramlo K | 184.86 |
| Westlaw | 08/29/06 | Ramlo K | 24.64 |
| Westlaw | 08/30/06 | Ramlo K | 88.42 |
| | | **TOTAL WESTLAW** | **$4,806.00** |
| Vendor Hosted Telecon-ferencing | 08/31/06 | Teleconferencing Services, LLC | 26.23 |
| Vendor Hosted Telecon-ferencing | 08/31/06 | Teleconferencing Services, LLC | 27.79 |
| Vendor Hosted Telecon-ferencing | 08/31/06 | Teleconferencing Services, LLC | 8.21 |
| Vendor Hosted Telecon-ferencing | 08/31/06 | Teleconferencing Services, LLC | 4.77 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$67.00** |
| Air/Rail Travel (external) | 08/01/06 | Butler, Jr. J | 344.90 |
| Air/Rail Travel (external) | 08/07/06 | Butler, Jr. J | 174.64 |
| Air/Rail Travel (external) | 08/13/06 | Butler, Jr. J | 85.15 |
| Air/Rail Travel (external) | 08/14/06 | Butler, Jr. J | 294.00 |
| Air/Rail Travel (external) | 08/23/06 | Butler, Jr. J | 359.31 |
| Air/Rail Travel (external) | 08/28/06 | Butler, Jr. J | 239.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$1,497.00** |
| Out-of-Town Travel | 08/01/06 | Butler, Jr. J | 23.50 |
| Out-of-Town Travel | 08/01/06 | Butler, Jr. J | 956.87 |
| Out-of-Town Travel | 08/01/06 | Butler, Jr. J | 15.50 |
| Out-of-Town Travel | 08/07/06 | Butler, Jr. J | 52.26 |
| Out-of-Town Travel | 08/07/06 | Butler, Jr. J | 8.53 |
| Out-of-Town Travel | 08/07/06 | Butler, Jr. J | 20.13 |
| Out-of-Town Travel | 08/07/06 | Butler, Jr. J | 113.42 |
| Out-of-Town Travel | 08/08/06 | Butler, Jr. J | 531.69 |
| Out-of-Town Travel | 08/08/06 | Butler, Jr. J | 14.50 |
| Out-of-Town Travel | 08/08/06 | Butler, Jr. J | 19.00 |
| Out-of-Town Travel | 08/09/06 | Herriott AV | 644.10 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 08/09/06 | Herriott AV | 35.00 |
| Out-of-Town Travel | 08/11/06 | Panagakis GN | 50.00 |
| Out-of-Town Travel | 08/11/06 | Panagakis GN | 444.55 |
| Out-of-Town Travel | 08/13/06 | Butler, Jr. J | 48.02 |
| Out-of-Town Travel | 08/13/06 | Butler, Jr. J | 108.14 |
| Out-of-Town Travel | 08/13/06 | Butler, Jr. J | 8.50 |
| Out-of-Town Travel | 08/14/06 | Butler, Jr. J | 19.50 |
| Out-of-Town Travel | 08/14/06 | Butler, Jr. J | 708.91 |
| Out-of-Town Travel | 08/14/06 | Butler, Jr. J | 19.50 |
| Out-of-Town Travel | 08/17/06 | Panagakis GN | 866.42 |
| Out-of-Town Travel | 08/17/06 | Panagakis GN | 66.00 |
| Out-of-Town Travel | 08/21/06 | Diaz LB | 95.00 |
| Out-of-Town Travel | 08/21/06 | Diaz LB | 38.00 |
| Out-of-Town Travel | 08/22/06 | Herriott AV | 40.00 |
| Out-of-Town Travel | 08/23/06 | Butler, Jr. J | 78.27 |
| Out-of-Town Travel | 08/23/06 | Butler, Jr. J | 12.00 |
| Out-of-Town Travel | 08/23/06 | Meisler RE | 310.10 |
| Out-of-Town Travel | 08/23/06 | Meisler RE | 154.15 |
| Out-of-Town Travel | 08/23/06 | Meisler RE | 19.05 |
| Out-of-Town Travel | 08/23/06 | Meisler RE | 35.00 |
| Out-of-Town Travel | 08/24/06 | Herriott AV | 242.68 |
| Out-of-Town Travel | 08/24/06 | Herriott AV | 55.00 |
| Out-of-Town Travel | 08/24/06 | Herriott AV | 404.56 |
| Out-of-Town Travel | 08/25/06 | Diaz LB | 262.11 |
| Out-of-Town Travel | 08/25/06 | Diaz LB | 39.00 |
| Out-of-Town Travel | 08/25/06 | Diaz LB | 819.67 |
| Out-of-Town Travel | 08/27/06 | Diaz LB | 39.00 |
| Out-of-Town Travel | 08/28/06 | Butler, Jr. J | 43.39 |
| Out-of-Town Travel | 08/28/06 | Butler, Jr. J | 6.00 |
| Out-of-Town Travel | 08/28/06 | Herriott AV | 40.00 |
| Out-of-Town Travel | 08/29/06 | Herriott AV | 35.00 |
| Out-of-Town Travel | 08/29/06 | Herriott AV | 224.88 |
| Out-of-Town Travel | 08/29/06 | Herriott AV | 170.84 |
| Out-of-Town Travel | 08/31/06 | Meisler RE | 111.26 |

**TOTAL OUT-OF-TOWN TRAVEL**      **$8,049.00**

B43E