SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
       In re                    :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05–44481 (RDD)
                                :
                     Debtors.   :    (Jointly Administered)
                                :
------------------------------- x

EXHIBIT D-4
CUSTOMER MATTERS (REVIEWS/INVESTIGATIONS)
1,590.0 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)                                          Bill Date: 07/31/06
Customer Matters (Reviews/Investigations)                         Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOGAN III AL | 06/05/06 | 1.70 | CONFERENCE WITH RESEARCH TEAM RE: STATUS OF INVESTIGATION CONCERNING GM LEGACY AND RELATED ISSUES; REVIEW TIMELINE AND RESEARCH OUTLINE IN CONNECTION WITH SAME (1.7). |
| HOGAN III AL | 06/06/06 | 2.30 | CONFERENCE WITH PROJECT TEAM CONCERNING LEGAL RESEARCH AND ANALYSIS OF CERTAIN GM LEGACY AND RELATED ISSUES (2.3). |
| HOGAN III AL | 06/07/06 | 1.40 | ANALYZE STATUS OF LEGAL RESEARCH, AND QUESTIONS CONCERNING GM LEGACY MATTERS AND RELATED ISSUES (0.8); TELECONFERENCE WITH IN HOUSE CLIENT COUNSEL CONCERNING FACTUAL INVESTIGATION OF CERTAIN GM LEGACY AND RELATED ISSUES (0.6). |
|  |  | **5.40** |  |
| PANAGAKIS GN | 06/01/06 | 2.50 | DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.5). |
| PANAGAKIS GN | 06/02/06 | 1.00 | DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.0). |
| PANAGAKIS GN | 06/06/06 | 3.90 | CONTINUE TO WORK ON DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.9). |
| PANAGAKIS GN | 06/07/06 | 1.00 | CONTINUE TO WORK ON DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.0). |
| PANAGAKIS GN | 06/08/06 | 1.80 | CONTINUE TO WORK ON DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.8). |
| PANAGAKIS GN | 06/12/06 | 1.00 | WORK ON DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.0). |
| PANAGAKIS GN | 06/13/06 | 0.50 | WORK ON DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (0.5). |
| PANAGAKIS GN | 06/14/06 | 1.30 | CONTINUE TO WORK ON DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.3). |
| PANAGAKIS GN | 06/20/06 | 1.40 | CONTINUE TO WORK ON DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.4). |
| PANAGAKIS GN | 06/21/06 | 2.00 | WORK ON DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.0). |
| PANAGAKIS GN | 06/22/06 | 1.80 | DUE DILIGENCE RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 06/23/06 | 1.80 | DUE DILIGENCE RE: GM LEGACY RELATIONSHIP AND RELATED ISSUES, INCLUDING REVIEW OF CASES AND OTHER MATERIALS RE: SAME (1.8). |
| PANAGAKIS GN | 06/26/06 | 1.20 | CONTINUE TO WORK ON DUE DILIGENCE PROJECT RE: GM LEGACY ISSUES AND RELATED MATTERS (1.2). |
| PANAGAKIS GN | 06/27/06 | 1.20 | WORK ON DILIGENCE PROJECT RE: GM LEGACY ISSUES AND RELATED MATTERS (1.2). |
| PANAGAKIS GN | 06/29/06 | 1.80 | CONTINUE TO WORK ON DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.8). |
| PANAGAKIS GN | 06/30/06 | 0.20 | WORK ON DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (0.2). |
| | | **24.40** | |
| **Total Partner** | | **29.80** | |
| GARNER LP | 06/01/06 | 7.60 | RESEARCH RE: DUE DILIGENCE PROJECT RELATING TO GM LEGACY RELATIONSHIP ISSUES (7.6). |
| GARNER LP | 06/05/06 | 6.20 | RESEARCH RE: GM LEGACY ISSUES (6.2). |
| GARNER LP | 06/06/06 | 6.80 | RESEARCH RE: DUE DILIGENCE RE: GM LEGACY RELATIONSHIP ISSUES (6.8). |
| GARNER LP | 06/07/06 | 7.80 | RESEARCH RE: GM LEGACY ISSUES (7.8). |
| GARNER LP | 06/08/06 | 4.30 | RESEARCH RE: GM LEGACY ISSUES (4.3). |
| GARNER LP | 06/09/06 | 4.70 | FACTUAL RESEARCH RE: DUE DILIGENCE RELATING TO GM LEGACY ISSUES (4.7). |
| GARNER LP | 06/12/06 | 5.70 | FACTUAL RESEARCH RE: DUE DILIGENCE RELATING TO GM LEGACY ISSUES (5.7). |
| GARNER LP | 06/13/06 | 5.70 | RESEARCH RE: GM LEGACY ISSUES (5.7). |
| GARNER LP | 06/14/06 | 7.10 | RESEARCH RE: GM LEGACY ISSUES (7.1). |
| GARNER LP | 06/15/06 | 2.50 | RESEARCH RE: GM LEGACY ISSUES (2.5). |
| GARNER LP | 06/16/06 | 6.30 | RESEARCH RE: GM LEGACY ISSUES (6.3). |
| GARNER LP | 06/19/06 | 5.50 | RESEARCH RE: GM LEGACY ISSUES (5.5). |
| GARNER LP | 06/20/06 | 7.60 | RESEARCH RE: GM LEGACY ISSUES (7.6). |
| GARNER LP | 06/21/06 | 6.80 | RESEARCH RE: GM LEGACY ISSUES (6.8). |
| GARNER LP | 06/22/06 | 2.30 | RESEARCH RE: GM LEGACY ISSUES (2.3). |
| GARNER LP | 06/26/06 | 4.20 | PREPARE MEMORANDUM SUMMARIZING RESEARCH RE: GM LEGACY ISSUES (4.2). |
| GARNER LP | 06/27/06 | 5.20 | LEGAL RESEARCH RE: GM LEGACY ISSUES (2.0); CONTINUE MEMORANDUM RE: SAME (3.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GARNER LP | 06/28/06 | 6.80 | EDIT RESEARCH MEMORANDUM RE: GM LEGACY ISSUES (2.0); LEGAL RESEARCH RE: COMMITTEE OBJECTION FOR REPLY BRIEF (4.8). |
| GARNER LP | 06/29/06 | 3.50 | EDIT MEMO RE: GM LEGACY CLAIMS (2.5); REVIEW DOCUMENTS RE: SAME (1.0). |
| GARNER LP | 06/30/06 | 1.20 | REVIEW DOCUMENTS RE: GM LEGACY ISSUES (1.2). |
| | | **107.80** | |
| **Total Counsel** | | **107.80** | |
| KREBS PE | 06/01/06 | 8.10 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (8.1). |
| KREBS PE | 06/02/06 | 7.60 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (7.6). |
| KREBS PE | 06/03/06 | 4.20 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (4.2). |
| KREBS PE | 06/04/06 | 2.30 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.3). |
| KREBS PE | 06/05/06 | 7.40 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (7.4). |
| KREBS PE | 06/06/06 | 8.40 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (8.4). |
| KREBS PE | 06/07/06 | 3.70 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.7). |
| KREBS PE | 06/08/06 | 3.40 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.4). |
| KREBS PE | 06/09/06 | 3.20 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.2). |
| KREBS PE | 06/12/06 | 7.60 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (7.6). |
| KREBS PE | 06/13/06 | 4.10 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (4.1). |
| KREBS PE | 06/14/06 | 6.80 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (6.8). |
| KREBS PE | 06/15/06 | 5.20 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (5.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KREBS PE | 06/16/06 | 5.30 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (5.3). |
| KREBS PE | 06/19/06 | 4.80 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (4.8). |
| KREBS PE | 06/20/06 | 6.40 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (6.4). |
| KREBS PE | 06/21/06 | 7.30 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (7.3). |
| KREBS PE | 06/22/06 | 3.60 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.6). |
| KREBS PE | 06/23/06 | 5.50 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (5.5). |
| KREBS PE | 06/26/06 | 3.70 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.7). |
| KREBS PE | 06/27/06 | 3.60 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.6). |
| KREBS PE | 06/28/06 | 6.80 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (6.8). |
| KREBS PE | 06/29/06 | 1.60 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.6). |
| | | **120.60** | |
| PEHLKE DR | 06/01/06 | 5.30 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (4.3); CONFERENCE CALL RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.0). |
| PEHLKE DR | 06/02/06 | 6.70 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (6.7). |
| PEHLKE DR | 06/05/06 | 6.50 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (6.5). |
| PEHLKE DR | 06/06/06 | 6.10 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (6.1). |
| PEHLKE DR | 06/07/06 | 2.60 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PEHLKE DR | 06/12/06 | 7.60 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (6.6); CONFERENCE RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.0). |
| PEHLKE DR | 06/13/06 | 4.70 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (4.7). |
| PEHLKE DR | 06/14/06 | 7.30 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (7.3). |
| PEHLKE DR | 06/15/06 | 0.40 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (0.4). |
| PEHLKE DR | 06/20/06 | 4.90 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (4.9). |
| PEHLKE DR | 06/21/06 | 3.00 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.0); TELECONFERENCE RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.0). |
| PEHLKE DR | 06/22/06 | 8.80 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.0); COMPOSE MEMORANDUM RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (6.8). |
| PEHLKE DR | 06/23/06 | 6.50 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (4.5) COMPOSE MEMO RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.0). |
| PEHLKE DR | 06/26/06 | 1.90 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.9). |
| PEHLKE DR | 06/27/06 | 6.20 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.4); COMPOSE MEMO RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.8). |
| PEHLKE DR | 06/28/06 | 3.50 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.5). |
| PEHLKE DR | 06/29/06 | 0.80 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (0.8). |
| | | **82.80** | |
| **Total Associate** | | **203.40** | |
| DEMMA J | 06/07/06 | 0.60 | ATTENTION TO DELPHI RELATIONSHIP WITH GENERAL MOTORS (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DEMMA J | 06/08/06 | 5.10 | ATTENTION TO DELPHI RELATIONSHIP WITH GENERAL MOTORS (5.1). |
| DEMMA J | 06/09/06 | 2.80 | ATTENTION TO RELATIONSHIP WITH DELPHI AND GENERAL MOTORS (2.8). |
| | | **8.50** | |
| JACOBSON SJ | 06/12/06 | 5.50 | ASSEMBLE BINDERS OF MATERIALS FOR DUE DILIGENCE PROJECT (5.5). |
| JACOBSON SJ | 06/13/06 | 7.00 | ASSEMBLE BINDERS OF DOCUMENTS FOR DUE DILIGENCE PROJECT (7.0). |
| JACOBSON SJ | 06/14/06 | 7.50 | ASSEMBLE BINDERS OF DOCUMENTS FOR DUE DILIGENCE PROJECT (7.5). |
| JACOBSON SJ | 06/15/06 | 9.50 | ASSEMBLE BINDERS OF DOCUMENTS FOR DUE DILIGENCE PROJECT (9.5). |
| JACOBSON SJ | 06/16/06 | 11.00 | ASSEMBLE BINDERS OF DOCUMENTS FOR DUE DILIGENCE PROJECT (11.0). |
| JACOBSON SJ | 06/19/06 | 10.50 | ASSEMBLE BINDERS OF DOCUMENTS FOR DUE DILIGENCE PROJECT (10.5). |
| JACOBSON SJ | 06/20/06 | 11.00 | ASSEMBLE BINDERS OF DUE DILIGENCE DOCUMENTS (11.0). |
| JACOBSON SJ | 06/21/06 | 12.50 | ASSEMBLE BINDERS OF DUE DILIGENCE DOCUMENTS (12.5). |
| JACOBSON SJ | 06/22/06 | 2.50 | ASSEMBLE BINDERS OF DUE DILIGENCE DOCUMENTS (2.5). |
| JACOBSON SJ | 06/23/06 | 9.50 | ASSEMBLE BINDERS OF DUE DILIGENCE DOCUMENTS (9.5). |
| JACOBSON SJ | 06/26/06 | 5.50 | ASSEMBLE BINDER UPDATES FOR DUE DILIGENCE GM LEGACY BINDER (5.5). |
| | | **92.00** | |
| **Total Legal Assistant** | | 100.50 | |
| **TOTAL TIME** | | **441.50** | |
| | | | |
| **CLIENT TOTAL** | | **7315.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  **Bill Date: 07/31/06**
**Customer Matters (Reviews/Investigations)**  **Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/04/06 | Hogan III AL | 120.10 |
| Air/Rail Travel - vendor feed | 06/04/06 | Hogan III AL | 117.90 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$238.00** |
| In-house Reproduction | 06/16/06 | Copy Center, D | 686.44 |
| In-house Reproduction | 06/20/06 | Copy Center, D | 303.32 |
| In-house Reproduction | 06/23/06 | Copy Center, D | 359.72 |
| In-house Reproduction | 06/27/06 | Copy Center, D | 345.52 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,695.00** |
| Lexis/Nexis | 06/02/06 | Krebs PE | 1,123.32 |
| Lexis/Nexis | 06/05/06 | Krebs PE | 320.33 |
| Lexis/Nexis | 06/06/06 | Krebs PE | 196.53 |
| Lexis/Nexis | 06/07/06 | Krebs PE | 247.19 |
| Lexis/Nexis | 06/12/06 | Krebs PE | 493.27 |
| Lexis/Nexis | 06/13/06 | Krebs PE | 73.51 |
| Lexis/Nexis | 06/14/06 | Krebs PE | 386.29 |
| Lexis/Nexis | 06/15/06 | Krebs PE | 198.91 |
| Lexis/Nexis | 06/19/06 | Krebs PE | 11.13 |
| Lexis/Nexis | 06/20/06 | Krebs PE | 195.12 |
| Lexis/Nexis | 06/21/06 | Krebs PE | 45.12 |
| Lexis/Nexis | 06/22/06 | Krebs PE | 144.68 |
| Lexis/Nexis | 06/23/06 | Krebs PE | 88.20 |
| Lexis/Nexis | 06/26/06 | Krebs PE | 137.91 |
| Lexis/Nexis | 06/27/06 | Krebs PE | 512.74 |
| Lexis/Nexis | 06/28/06 | Krebs PE | 39.75 |
| | | **TOTAL LEXIS/NEXIS** | **$4,214.00** |
| Westlaw | 06/02/06 | Pehlke DR | 241.83 |
| Westlaw | 06/05/06 | Pehlke DR | 23.43 |
| Westlaw | 06/06/06 | Garner LP | 127.86 |
| Westlaw | 06/12/06 | Pehlke DR | 9.59 |
| Westlaw | 06/13/06 | Garner LP | 97.65 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 06/13/06 | Stuart NL | 89.65 |
| Westlaw | 06/13/06 | Krebs PE | 31.95 |
| Westlaw | 06/14/06 | Stuart NL | 61.43 |
| Westlaw | 06/14/06 | Pehlke DR | 80.07 |
| Westlaw | 06/16/06 | Garner LP | 363.52 |
| Westlaw | 06/20/06 | Garner LP | 113.89 |
| Westlaw | 06/20/06 | Pehlke DR | 46.34 |
| Westlaw | 06/21/06 | Garner LP | 17.22 |
| Westlaw | 06/22/06 | Pehlke DR | 51.68 |
| Westlaw | 06/23/06 | Pehlke DR | 150.54 |
| Westlaw | 06/26/06 | Garner LP | 9.59 |
| Westlaw | 06/26/06 | Pehlke DR | 49.00 |
| Westlaw | 06/27/06 | Krebs PE | 18.29 |
| Westlaw | 06/28/06 | Garner LP | 185.55 |
| Westlaw | 06/28/06 | Krebs PE | 89.47 |
| Westlaw | 06/28/06 | Pehlke DR | 236.45 |
| | | **TOTAL WESTLAW** | **$2,095.00** |
| Out-of-Town Travel | 05/22/06 | Hogan III AL | 31.96 |
| Out-of-Town Travel | 05/22/06 | Hogan III AL | 202.04 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$234.00** |
| Out-of-Town Meals | 05/22/06 | Hogan III AL | 17.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$17.00** |
| | | **TOTAL MATTER** | **$8,493.00** |
| | | **TOTAL CLIENT** | **$390,350.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)                                    Bill Date: 08/31/06
Customer Matters (Reviews/Investigations)                   Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOGAN III AL | 07/11/06 | 2.10 | REVIEW LEGAL MEMORANDUM, AND ANALYZE ISSUES TO PRESENT IN CONNECTION WITH INVESTIGATION OF CERTAIN GM CLAIMS MATTERS (2.1). |
| HOGAN III AL | 07/12/06 | 3.50 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CONCERNING PROGRESS OF LEGAL AND FACTUAL RESEARCH IN CONNECTION WITH CERTAIN GM CLAIMS RELATED MATTERS (3.5). |
| HOGAN III AL | 07/13/06 | 1.50 | FOLLOW-UP ON LEGAL RESEARCH QUESTIONS CONCERNING GM CLAIMS (1.5). |
| HOGAN III AL | 07/27/06 | 2.50 | TELECONFERENCE WITH J. PAPELIAN AND B. CONNELY (L&W) CONCERNING CERTAIN FACTUAL QUESTIONS IN REGARDS TO UCC'S ASSESSMENT OF GM CLAIMS (2.5). |
|  |  | **9.60** |  |
| PANAGAKIS GN | 07/05/06 | 1.80 | WORK ON PRESENTATION TO COMPANY RE: GM DILIGENCE PROJECT (1.8). |
| PANAGAKIS GN | 07/06/06 | 1.80 | WORK ON PRESENTATION RE: COMMITTEE DEMAND LETTER (1.5), TELECONFERENCE WITH S. CORCORAN (0.3). |
| PANAGAKIS GN | 07/07/06 | 2.00 | CONTINUE TO WORK ON PRESENTATION RE: COMMITTEE DEMAND LETTER, INCLUDING REVIEW OF ADDITIONAL CASES RE: SAME (2.0). |
| PANAGAKIS GN | 07/10/06 | 2.60 | CONTINUE TO WORK ON DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.6). |
| PANAGAKIS GN | 07/11/06 | 4.50 | FINALIZE PRESENTATION RE: NEXT DAY MEETING WITH MANAGEMENT, INCLUDING REVIEW OF CASES AND LEGAL MEMO AND DISCUSSIONS WITH TEAM RE: SAME (4.5). |
| PANAGAKIS GN | 07/12/06 | 3.90 | PREPARE FOR (2.0) AND PARTICIPATE AT (1.5) MANAGEMENT PRESENTATION RE: COMMITTEE GM DILIGENCE PROJECT; MEET WITH J. PAPELIAN (0.2); TELECONFERENCE WITH B. ROSENBERG (0.2). |
| PANAGAKIS GN | 07/13/06 | 2.60 | REVIEW CASES AND ADDITIONAL MATERIALS RE: GM LEGACY PROJECT (2.0); TELECONFERENCES AND CORRESPONDENCE WITH J. PAPELIAN (0.6). |
| PANAGAKIS GN | 07/14/06 | 1.50 | CONTINUE TO REVIEW MATERIALS RE: GM LEGACY RELATIONSHIP (1.5). |
| PANAGAKIS GN | 07/17/06 | 2.40 | PREPARE FOR NEXT DAY MEETING WITH B. ROSENBERG RE: GM DUE DILIGENCE PROJECT (2.1); CORRESPONDENCE WITH J. PAPELIAN RE: SAME (0.3). |

169

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 07/18/06 | 4.50 | PREPARE FOR (1.5) AND ATTEND (3.0) MEETING WITH B. ROSENBERG RE: GM DILIGENCE PROJECT. |
| PANAGAKIS GN | 07/19/06 | 3.20 | PREPARE FOR AND MEET WITH J. PAPALEAN AND OTHERS RE: GM DILIGENCE PROJECT (3.2). |
| PANAGAKIS GN | 07/20/06 | 2.50 | CORRESPONDENCE WITH J. PAPELIAN RE: GM DILIGENCE PROJECT (0.3); CONTINUE REVIEW OF RESEARCH RE: GM DILIGENCE PROJECT (2.2). |
| PANAGAKIS GN | 07/21/06 | 2.80 | REVIEW CASES AND ADDITIONAL RESEARCH RE: GM DILIGENCE PROJECT (2.5); WORK ON REVISED PRESENTATION (0.3). |
| PANAGAKIS GN | 07/22/06 | 2.80 | REVIEW AND COMMENT ON REVISED PRESENTATION (1.0); TELECONFERENCE WITH WORKING GROUP RE: SAME (1.0); ATTEND TO FOLLOW-UP MATTERS RE: SAME (0.3); REVIEW ADDITIONAL CASES (0.5). |
| PANAGAKIS GN | 07/24/06 | 1.90 | WORK ON REVISED PRESENTATION, INCLUDING REVIEW OF CASE BINDER AND ADDITIONAL MATERIALS (1.9). |
| PANAGAKIS GN | 07/25/06 | 0.70 | REVIEW EMAIL AND OTHER CORRESPONDENCE IN CONNECTION WITH DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP (0.7). |
| | | 41.50 | |
| **Total Partner** | | **51.10** | |
| GARNER LP | 07/05/06 | 2.30 | LEGAL RESEARCH RE: GM DUE DILIGENCE ISSUES (2.3). |
| GARNER LP | 07/06/06 | 7.40 | REVIEW AND EDIT MEMORANDUM RE: SUMMARY OF ANALYSIS FOR GM DILIGENCE ISSUES (3.2); LEGAL RESEARCH RE: SAME (2.0); PLAN FOR PRESENTATION (1.3); BEGIN WORKING ON PRESENTATION RE: SAME (0.9). |
| GARNER LP | 07/07/06 | 1.80 | BEGIN PREPARING PRESENTATION RE: GM DILIGENCE ISSUES (1.8). |
| GARNER LP | 07/09/06 | 3.30 | REVIEW DOCUMENTS RE: GM DUE DILIGENCE ISSUES (3.3). |
| GARNER LP | 07/10/06 | 9.70 | PREPARE MANAGEMENT PRESENTATION RE: GM DILIGENCE ISSUES (9.7). |
| GARNER LP | 07/11/06 | 10.90 | PREPARE AND REVISE PRESENTATION RE: GM DUE DILIGENCE MATTER (4.1); REVIEW AND EDIT LEGAL MEMORANDUM RE: SAME (2.0); GATHER AND REVIEW DOCUMENTS AND MATERIALS FOR MEETING WITH DELPHI LEGAL DEPARTMENT RE: GM DILIGENCE PROJECT (1.6); ANALYZE STRATEGY RE: GM DILIGENCE PROJECT (3.2). |
| GARNER LP | 07/12/06 | 6.70 | EDIT PRESENTATION RE: GM DILIGENCE PROJECT (4.7); MEET WITH D. SHERBIN AND J. PAPELIAN RE: GM DILIGENCE PROJECT (2.0). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GARNER LP | 07/13/06 | 8.60 | LEGAL RESEARCH RE: COMMITTEE STANDING TO PURSUE DEBTORS' CAUSES OF ACTION (4.3); REVIEW AND EDIT MEMO RE: SAME (2.6); REVIEW TRANSCRIPT OF PROCEEDINGS FROM JUNE 29 RE: COMMITTEE STANDING (1.7). |
| GARNER LP | 07/14/06 | 7.00 | REVIEW AND EDIT MEMORANDUM RE: COMMITTEE STANDING TO PURSUE DEBTORS' CLAIMS (3.8); WORK ON ENGAGEMENT LETTER OF D. GOLDSWEIG (1.1); LEGAL RESEARCH RE: STANDING (1.3); REVIEW DOCUMENTS RE: GM DILIGENCE ISSUES (0.8). |
| GARNER LP | 07/17/06 | 7.20 | REVIEW DOCUMENTS FOR GM DILIGENCE PROJECT (2.2); REVIEW AND EDIT CONSENTING AGREEMENT (0.8); TELECONFERENCE WITH J. PAPELIAN AND D. GOLDSWEIG RE: SAME (0.2); LEGAL RESEARCH RE: GM DILIGENCE PROJECT (2.2); PREPARE FOR MEETING WITH CREDITORS' COMMITTEE COUNSEL (1.8). |
| GARNER LP | 07/18/06 | 7.80 | REVIEW DOCUMENTS RE: GM DILIGENCE PROJECT (1.8); PREPARE OUTLINE FOR CREDITORS' COMMITTEE MEETING (3.2); MEET WITH CREDITORS' COMMITTEE COUNSEL RE: GM DILIGENCE PROJECT (2.0); ANALYZE STRATEGY RE: GM PROJECT (0.8). |
| GARNER LP | 07/19/06 | 4.20 | MEETINGS WITH D. GOLDSWEIG, J. PAPELIAN RE: GM DILIGENCE PROJECT (4.2). |
| GARNER LP | 07/20/06 | 4.30 | LEGAL RESEARCH RE: GM DUE DILIGENCE ISSUES (2.8); BEGIN WORK ON BOARD PRESENTATION RE: SAME (1.5). |
| GARNER LP | 07/21/06 | 7.10 | PREPARE BOARD PRESENTATION RE: GM DILIGENCE ISSUES (2.2); LEGAL RESEARCH FOR BOARD PRESENTATION (2.7); FACTUAL RESEARCH/DOCUMENT REVIEW FOR BOARD PRESENTATION (2.2). |
| GARNER LP | 07/22/06 | 6.50 | PREPARE PRESENTATION FOR JULY 26 DELPHI BOARD MEETING RE: GM DUE DILIGENCE ISSUES (6.5). |
| GARNER LP | 07/23/06 | 1.00 | REVIEW DRAFT BOARD PRESENTATION RE: GM DILIGENCE ISSUES (1.0). |
| GARNER LP | 07/24/06 | 8.10 | REVIEW, EDIT AND FINALIZE PRESENTATION FOR DELPHI BOARD MEETING ON JULY 25 (8.1). |
| GARNER LP | 07/25/06 | 3.60 | LEGAL RESEARCH RE: GM DUE DILIGENCE ISSUES (3.6). |
| | | **107.50** | |
| MATZ TJ | 07/10/06 | 1.30 | REVIEW AND ANALYSIS RE: GM LEGACY ARGUMENTS AND BRIEFING OF SAME (1.3). |
| MATZ TJ | 07/13/06 | 0.90 | REVIEWING LEGACY AGREEMENT ANALYSIS, SUMMARIES AND COMMENTS RE: SAME (0.9). |

171

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 07/24/06 | 1.20 | REVIEW AND ANALYZE VARIOUS CONTRACT ISSUES (1.2). |
| MATZ TJ | 07/28/06 | 0.90 | CONTINUING ANALYSIS OF VARIOUS MATTERS RE: GM LEGACY AGREEMENTS (0.9). |
| MATZ TJ | 07/31/06 | 0.60 | ANALYZING GM LEGACY AGREEMENT AND MASTER LEASE MATTERS (0.6). |
| | | **4.90** | |
| ~~SHIVAKUMAR D~~ | ~~07/11/06~~ | ~~1.40~~ | ~~REVIEW AND COMMENT ON PROVISIONAL ANALYSIS OF GM CLAIMS ISSUES RAISED BY UCC (1.4).~~ |
| | | ~~1.40~~ | |
| **Total Counsel** | | **113.80** | |
| KREBS PE | 07/05/06 | 3.30 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.3). |
| KREBS PE | 07/06/06 | 2.30 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.3). |
| KREBS PE | 07/07/06 | 1.40 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.4). |
| KREBS PE | 07/10/06 | 1.60 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.6). |
| KREBS PE | 07/11/06 | 8.60 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (8.6). |
| KREBS PE | 07/12/06 | 4.20 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (4.2). |
| KREBS PE | 07/14/06 | 4.10 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (4.1). |
| KREBS PE | 07/17/06 | 3.80 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.8). |
| KREBS PE | 07/18/06 | 2.70 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.7). |
| KREBS PE | 07/19/06 | 7.20 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (7.2). |
| KREBS PE | 07/20/06 | 7.60 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (7.6). |
| KREBS PE | 07/21/06 | 7.30 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (7.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KREBS PE | 07/23/06 | 5.20 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (5.2). |
| KREBS PE | 07/24/06 | 10.30 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (10.3). |
| KREBS PE | 07/25/06 | 10.60 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (10.6). |
| KREBS PE | 07/26/06 | 11.60 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (11.6). |
| KREBS PE | 07/27/06 | 7.20 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (7.2). |
| KREBS PE | 07/28/06 | 8.90 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (8.9). |
| KREBS PE | 07/31/06 | 10.80 | CONTINUE RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (10.8). |
| | | **118.70** | |
| PEHLKE DR | 07/06/06 | 2.40 | REVIEW DOCUMENTS RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.4). |
| PEHLKE DR | 07/10/06 | 3.10 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.1). |
| PEHLKE DR | 07/11/06 | 5.30 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.0); DRAFT MEMO RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.3). |
| PEHLKE DR | 07/12/06 | 5.60 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (5.6). |
| PEHLKE DR | 07/13/06 | 8.70 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (8.7). |
| PEHLKE DR | 07/14/06 | 3.30 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.8); COMPOSE MEMO RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.5). |
| PEHLKE DR | 07/17/06 | 2.90 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.9). |
| PEHLKE DR | 07/19/06 | 5.70 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (5.7). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PEHLKE DR | 07/20/06 | 6.10 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (5.1); CONFERENCE RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.0). |
| PEHLKE DR | 07/21/06 | 3.00 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (0.7); DRAFT FILING RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.3). |
| PEHLKE DR | 07/24/06 | 2.90 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.9). |
| PEHLKE DR | 07/25/06 | 8.70 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.8); DRAFT FILING RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (5.9). |
| PEHLKE DR | 07/26/06 | 12.20 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.7); DRAFT FILING RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (8.5). |
| PEHLKE DR | 07/27/06 | 5.70 | DRAFT FILING RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (5.7). |
| PEHLKE DR | 07/31/06 | 1.70 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.7). |
| | | **77.30** | |
| PERL MW | 07/28/06 | 3.10 | REVIEW ALL UCC AND EQUITY COMMITTEE PRESENTATIONS AND COMPILE RELEVANT EXCERPTS FOR ANALYSIS (3.1). |
| | | **3.10** | |
| STUART NL | 07/13/06 | 8.40 | REVIEW LETTER FROM EQUITY COMMITTEE AND DRAFT MEMO ON CASE LAW CITED BY EC (4.4); ADDITIONAL RESEARCH ON "FIDUCIARY EXCEPTION" (3.2); RESEARCH ON COMMON INTEREST (0.8). |
| STUART NL | 07/19/06 | 2.30 | REVIEW UCC COMPLAINT AND RESEARCH RE: SAME (2.3). |
| STUART NL | 07/21/06 | 4.10 | REVIEW MEMO ON "FIDUCIARY EXCEPTION" (0.9); REVIEW CASE LAW ON SAME (1.3); REVISE EQUITY COMMITTEE JOINT INTEREST PLEADINGS (1.9). |
| STUART NL | 07/24/06 | 5.50 | DRAFT AND REVISE PRESENTATION TO BOARD RE: UCC MOTION AND DEMAND LETTER (5.5). |
| STUART NL | 07/28/06 | 3.20 | REVIEW UCC PRESENTATIONS FOR DOCUMENTATION OF GM CLAIMS, AND PREPARE BOOK OF SAME (3.2). |
| | | **23.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| **Total Associate** | | 222.60 | |
| DEMMA J | 07/11/06 | 1.60 | RESEARCH/PREPARE DOCUMENTS RE: GM BENEFIT GUARANTY FOR ATTORNEY REVIEW (1.6). |
| DEMMA J | 07/28/06 | 7.70 | REVIEW/PREPARE PRESENTATION MATERIALS FOR GENERAL MOTORS CLAIMS REFERENCE FOR ATTORNEY REVIEW (7.7). |
| DEMMA J | 07/29/06 | 5.00 | CONTINUE PREPARING INFORMATION RE: GM MATTERS FOR ATTORNEY REVIEW (5.0). |
| | | 14.30 | |
| ~~ROSEN R~~ | ~~07/24/06~~ | ~~1.50~~ | ~~RESEARCH, REVIEW SCHEDULES AND STATEMENTS OF FINANCIAL AFFIAIRS, COMPILE AND FORWARD INFORMATION TO REQUESTING TEAM ATTORNEYS RE: DELPHI CLAIMS AGAINST GM (0.6); INVESTIGATION, RESEARCH, COMPILE AND FORWARD CREDITORS' COMMITTEE GM 2004 MOTION, STIPULATIONS, ORDERS TO REQUESTING TEAM ATTORNEY (0.9).~~ |
| | | ~~1.50~~ | |
| ~~SALAZAR AG~~ | ~~07/12/06~~ | ~~1.70~~ | ~~RESPOND TO REQUEST FOR GM AGREEMENTS (0.2); REVIEW TRANSCRIPT AND PULL LANGUAGE ON THE RECORD AS REQUESTED (1.5).~~ |
| ~~SALAZAR AG~~ | ~~07/31/06~~ | ~~0.50~~ | ~~SEARCH FILES FOR GM MASTER AGREEMENT REQUESTED (0.5).~~ |
| | | ~~2.20~~ | |
| **Total Legal Assistant** | | 18.00 | |
| **TOTAL TIME** | | **405.50** | |
| | | | |
| **CLIENT TOTAL** | | **4737.30** | |

175

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 08/31/06**
**Customer Matters (Reviews/Investigations)**  **Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | --- |
| Air/Rail Travel - vendor feed | 07/11/06 | Panagakis GN | 635.72 |
| Air/Rail Travel - vendor feed | 07/11/06 | Garner LP | 728.73 |
| Air/Rail Travel - vendor feed | 07/18/06 | Garner LP | 718.12 |
| Air/Rail Travel - vendor feed | 07/18/06 | Panagakis GN | 392.07 |
| Air/Rail Travel - vendor feed | 07/19/06 | Garner LP | 751.91 |
| Air/Rail Travel - vendor feed | 07/19/06 | Panagakis GN | 759.34 |
| Air/Rail Travel - vendor feed | 07/19/06 | Panagakis GN | 665.83 |
| Air/Rail Travel - vendor feed | 07/19/06 | Panagakis GN | -620.83 |
| Air/Rail Travel - vendor feed | 07/25/06 | Hogan III AL | 910.41 |
| Air/Rail Travel - vendor feed | 07/27/06 | Hogan III AL | 432.70 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$5,374.00** |
| Lexis/Nexis | 07/10/06 | Krebs PE | 435.75 |
| Lexis/Nexis | 07/10/06 | Krebs PE | -43.57 |
| Lexis/Nexis | 07/11/06 | Pehlke DR | 227.05 |
| Lexis/Nexis | 07/11/06 | Pehlke DR | -22.70 |
| Lexis/Nexis | 07/12/06 | Pehlke DR | 159.45 |
| Lexis/Nexis | 07/12/06 | Pehlke DR | -15.95 |
| Lexis/Nexis | 07/19/06 | Krebs PE | 552.48 |
| Lexis/Nexis | 07/19/06 | Krebs PE | -55.23 |
| Lexis/Nexis | 07/20/06 | Krebs PE | 184.05 |
| Lexis/Nexis | 07/20/06 | Krebs PE | -18.40 |
| Lexis/Nexis | 07/25/06 | Krebs PE | 142.28 |
| Lexis/Nexis | 07/25/06 | Krebs PE | -14.21 |
| | | **TOTAL LEXIS/NEXIS** | **$1,531.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Westlaw | 07/06/06 | Garner LP | 39.01 |
| Westlaw | 07/10/06 | Garner LP | 42.06 |
| Westlaw | 07/10/06 | Krebs PE | 8.31 |
| Westlaw | 07/11/06 | Garner LP | 16.42 |
| Westlaw | 07/11/06 | Krebs PE | 67.42 |
| Westlaw | 07/12/06 | Pehlke DR | 47.15 |
| Westlaw | 07/13/06 | Garner LP | 248.60 |
| Westlaw | 07/13/06 | Pehlke DR | 338.67 |
| Westlaw | 07/14/06 | Pehlke DR | 167.21 |
| Westlaw | 07/17/06 | Garner LP | 57.10 |
| Westlaw | 07/17/06 | Pehlke DR | 64.11 |
| Westlaw | 07/19/06 | Krebs PE | 768.99 |
| Westlaw | 07/19/06 | Pehlke DR | 147.56 |
| Westlaw | 07/20/06 | Garner LP | 135.67 |
| Westlaw | 07/20/06 | Krebs PE | 479.26 |
| Westlaw | 07/20/06 | Pehlke DR | 197.91 |
| Westlaw | 07/21/06 | Panagakis GN | 638.39 |
| Westlaw | 07/21/06 | Garner LP | 319.05 |
| Westlaw | 07/21/06 | Krebs PE | 269.82 |
| Westlaw | 07/21/06 | Pehlke DR | 9.16 |
| Westlaw | 07/24/06 | Hogan III AL | 163.26 |
| Westlaw | 07/24/06 | Garner LP | 8.14 |
| Westlaw | 07/24/06 | Krebs PE | 1,509.86 |
| Westlaw | 07/24/06 | Pehlke DR | 8.31 |
| Westlaw | 07/25/06 | Garner LP | 338.50 |
| Westlaw | 07/25/06 | Krebs PE | 181.63 |
| Westlaw | 07/25/06 | Pehlke DR | 37.65 |
| Westlaw | 07/25/06 | Neuman SS | 109.55 |
| Westlaw | 07/26/06 | Garner LP | 16.45 |
| Westlaw | 07/26/06 | Pehlke DR | 78.36 |
| Westlaw | 07/26/06 | Neuman SS | 67.16 |
| Westlaw | 07/28/06 | Krebs PE | 63.26 |

**TOTAL WESTLAW**      **$6,644.00**

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---:|
| Telephone - Long Distance | 07/26/06 | Panagakis GN | 230.00 |
| | | **TOTAL TELEPHONE - LONG DISTANCE** | **$230.00** |
| Out-of-Town Travel | 07/11/06 | Garner LP | 87.01 |
| Out-of-Town Travel | 07/12/06 | Garner LP | 202.28 |
| Out-of-Town Travel | 07/12/06 | Garner LP | 42.00 |
| Out-of-Town Travel | 07/12/06 | Panagakis GN | 202.28 |
| Out-of-Town Travel | 07/12/06 | Panagakis GN | 40.00 |
| Out-of-Town Travel | 07/18/06 | Garner LP | 60.00 |
| Out-of-Town Travel | 07/19/06 | Garner LP | 37.00 |
| Out-of-Town Travel | 07/19/06 | Garner LP | 478.50 |
| Out-of-Town Travel | 07/19/06 | Panagakis GN | 455.92 |
| Out-of-Town Travel | 07/19/06 | Panagakis GN | 96.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,701.00** |
| Out-of-Town Meals | 07/11/06 | Panagakis GN | 25.59 |
| Out-of-Town Meals | 07/11/06 | Panagakis GN | 9.53 |
| Out-of-Town Meals | 07/11/06 | Garner LP | 9.99 |
| Out-of-Town Meals | 07/12/06 | Butler, Jr. J | 9.49 |
| Out-of-Town Meals | 07/18/06 | Garner LP | 6.46 |
| Out-of-Town Meals | 07/18/06 | Garner LP | 44.95 |
| Out-of-Town Meals | 07/19/06 | Garner LP | 4.33 |
| Out-of-Town Meals | 07/19/06 | Panagakis GN | 4.71 |
| Out-of-Town Meals | 07/19/06 | Panagakis GN | 44.95 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$160.00** |
| | | **TOTAL MATTER** | **$15,640.00** |
| | | **TOTAL CLIENT** | **$148,350.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  Bill Date: 09/30/06
Customer Matters (Reviews/Investigations)  Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 08/24/06 | 1.80 | REVIEW AND BEGIN TO EVALUATE FRIED FRANK (EQUITY COMMITTEE COUNSEL) LETTER RE: GM CLAIMS (1.8). |
| BUTLER, JR. J | 08/27/06 | 1.30 | CONTINUE TO REVIEW AND EVALUATE FRIED FRANK (EQUITY COMMITTEE COUNSEL) LETTER RE: GM CLAIMS (1.3). |
| BUTLER, JR. J | 08/28/06 | 0.20 | EMAILS FROM/TO D. SHERBIN RE: EQUITY COMMITTEE CLAIMS LETTER (0.2). |
| BUTLER, JR. J | 08/29/06 | 1.40 | CONTINUE TO ASSESS EQUITY COMMITTEE MATERIALS RE: GM CLAIMS (1.4). |
| BUTLER, JR. J | 08/30/06 | 1.30 | CONTINUE TO ASSESS EQUITY COMMITTEE MATERIALS RE: GM CLAIMS (0.4); PREPARE FOR (0.2) AND PARTICIPATE IN (0.7) TELECONFERENCE MEETING WITH D. SHERBIN, S. CORCORAN AND J. PAPELIAN RE: NEXT STEPS RE: SAME. |
| | | **6.00** | |
| HOGAN III AL | 08/29/06 | 2.50 | REVIEW EQUITY COMMITTEE CORRESPONDENCE CONCERNING POTENTIAL CLAIMS AGAINST GM (2.5). |
| HOGAN III AL | 08/30/06 | 5.30 | CONFERENCE WITH D. SHERBIN, J. BUTLER, AND IN-HOUSE LEGAL STAFF CONCERNING EQUITY COMMITTEE ASSERTION OF CLAIMS AGAINST GM, AND APPROACH FOR ANALYZING AND ADDRESSING SAME (0.7); REVIEW EQUITY COMMITTEE CLAIMS ASSERTION LETTER, AND RELEVANT FACTUAL CHRONOLOGY COMPILED IN CONNECTION WITH PRIOR ASSERTIONS OF CLAIMS AGAINST GM (4.6). |
| HOGAN III AL | 08/31/06 | 2.80 | CONTINUE REVIEW OF EQUITY COMMITTEE COMMUNICATION CONCERNING ASSERTION OF CLAIMS AGAINST GM, AND PLAN STRATEGY FOR ADDRESSING SAME (2.8). |
| | | **10.60** | |
| MARAFIOTI KA | 08/30/06 | 3.10 | REVIEW EQUITY COMMITTEE LETTER CONTAINING DEMANDS RE: GM (1.9) AND ANALYZE SAME (1.2). |
| | | **3.10** | |

B43E