Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 08/29/06 | 0.50 | ATTENTION TO EQUITY COMMITTEE LETTER (0.5). |
| PANAGAKIS GN | 08/30/06 | 1.80 | EQUITY COMMITTEE LETTER (1.0); REVIEW MEMO RE: COMMITTEE DEMAND LETTER (0.4); CALL WITH A. HOGAN (0.4). |
| PANAGAKIS GN | 08/31/06 | 1.20 | REVIEW LETTER FROM EQUITY COMMITTEE (1.2). |
| | | 3.50 | |
| **Total Partner** | | 23.20 | |
| GARNER LP | 08/30/06 | 1.20 | REVIEW AND ANALYZE EQUITY COMMITTEE LETTER RE: GM CLAIMS (1.2). |
| GARNER LP | 08/31/06 | 0.80 | REVIEW AND ANALYZE EQUITY COMMITTEE LETTER RE: GM CLAIMS (0.8). |
| | | 2.00 | |
| **Total Counsel** | | 2.00 | |
| DIAZ LB* | 08/03/06 | 2.90 | DRAFT DOCUMENT RE: CONTRACT INDEMNITY (2.9). |
| DIAZ LB* | 08/04/06 | 5.10 | ANALYZE AND DRAFT DOCUMENT RE: INDEMNITY AGREEMENTS (5.1). |
| DIAZ LB* | 08/07/06 | 0.90 | DRAFT ANALYSIS RE: INDEMNITY AGREEMENTS (0.9). |
| | | 8.90 | |
| GRANT K | 08/02/06 | 7.70 | REVIEW GENERAL CASE MATTERS AND DOCUMENTS (7.7). |
| GRANT K | 08/03/06 | 4.30 | CONTINUE REVIEW OF PLEADINGS, PRESENTATIONS AND SECURITIES FILINGS TO DATE (4.3). |
| GRANT K | 08/07/06 | 2.10 | REVIEW CREDITORS' COMMITTEE MOTION TO PROSECUTE CLAIMS AGAINST GENERAL MOTORS AND DEBTOR'S OBJECTION TO SAME (2.1). |
| GRANT K | 08/08/06 | 2.90 | BEGAN REVIEW OF MASTER SEPARATION AGREEMENT BETWEEN DELPHI AND GM (2.9). |
| | | 17.00 | |
| ~~JJINGO MJ~~ | ~~08/10/06~~ | ~~1.90~~ | ~~SEARCH FOR MATERIALS ON RICO (1.9).~~ |
| | | ~~1.90~~ | |
| PEHLKE DR | 08/01/06 | 2.70 | REVIEW DOCUMENTS RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.7). |
| PEHLKE DR | 08/03/06 | 0.70 | REVIEW DOCUMENTS RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (0.7). |
| PEHLKE DR | 08/04/06 | 3.20 | REVIEW DOCUMENTS RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PEHLKE DR | 08/07/06 | 0.60 | REVIEW DOCUMENTS RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (0.6). |
| PEHLKE DR | 08/08/06 | 0.60 | REVIEW DOCUMENTS RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (0.6). |
| | | 7.80 | |
| **Total Associate/Law Clerk** | | 35.60 | |
| SENNER J | 08/02/06 | 0.50 | OBTAIN INFORMATION RE: TABLE OF CONTENTS OF H-EXHIBITS OF THE GM SEPARATION BINDERS (0.5). |
| SENNER J | 08/04/06 | 7.50 | ASSEMBLE BINDERS OF GM SEPARATION DOCUMENTS (7.5). |
| SENNER J | 08/06/06 | 1.00 | PREPARE SETS OF THE GM SEPARATION BINDERS (1.0). |
| SENNER J | 08/07/06 | 10.40 | DRAFT CHARTS RE: H-EXHIBITS FOR SEPARATION DOCUMENTS FOR GM AND DELPHI (10.4). |
| SENNER J | 08/08/06 | 5.50 | ASSEMBLE INFORMATION FROM THE TABLES OF THE GM SEPARATION SUPPLEMENTAL AGREEMENTS (5.5). |
| SENNER J | 08/09/06 | 3.80 | DRAFT CHARTS RE: DRAFTED A CHART ACCORDING TO SPECIFIC INFORMATION REQUESTS THAT RELATED TO THE CHART WE HAD MADE FOR THE H-EXHIBITS OF THE GM SEPARATION DOCUMENTS (3.8). |
| SENNER J | 08/10/06 | 2.30 | DRAFT INFORMATION REQUEST DATA IN LIST FORM (2.3). |
| | | 31.00 | |
| **Total Legal Assistant** | | 31.00 | |
| **TOTAL TIME** | | <u>91.80</u> | |
| | | | |
| **CLIENT TOTAL** | | <u>5564.60</u> | |

\* Law clerks are law school graduates who are not presently admitted to practice.

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**  Bill Date: 09/30/06
**Customer Matters (Reviews/Investigations)**  Bill Number: 1128097

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Air/Rail Travel - vendor feed | 08/10/06 | Panagakis GN | 1,477.50 |
| Air/Rail Travel - vendor feed | 08/15/06 | Panagakis GN | 1,477.50 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,955.00** |
| In-house Reproduction | 08/08/06 | Copy Center, D | 652.51 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 32.20 |
| In-house Reproduction | 08/15/06 | Copy Center, D | 3.29 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$688.00** |
| | | **TOTAL MATTER** | **$3,643.00** |
| | | **TOTAL CLIENT** | **$181,570.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  Bill Date: 10/31/06
Customer Matters (Reviews/Investigations)  Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 09/05/06 | 1.70 | PREPARE FOR (0.4) AND PARTICIPATE IN (1.3) MEETING WITH S. CORCORAN AND J. PAPELIAN AND SKADDEN WORKING GROUP RE GM REVIEW/INVESTIGATION. |
| BUTLER, JR. J | 09/07/06 | 0.60 | CONTINUE TO OUTLINE PRELIMINARY RESPONSE TO EQUITY COMMITTEE RE GM ALLEGATIONS AND NEXT STEPS (0.6). |
| BUTLER, JR. J | 09/08/06 | 0.70 | CONTINUE TO OUTLINE PRELIMINARY RESPONSE TO EQUITY COMMITTEE RE GM ALLEGATIONS AND NEXT STEPS (0.4); FOLLOW-UP ON NEXT STEPS WITH WORKING GROUP AND PREPARE FOR SEPTEMBER 10TH MEETING AT COMPANY IN TROY RE SAME (0.3). |
| BUTLER, JR. J | 09/14/06 | 0.30 | RECEIVE AND BEGIN TO ANALYZE R. ROSENBERG (UCC) FEEDBACK RE: EQUITY COMMITTEE SUBMISSION CONCERNING GM (0.3). |
| BUTLER, JR. J | 09/15/06 | 0.30 | TELECONFERENCE WITH WORKING GROUP MEMBERS RE: GM ANALYSIS AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 09/17/06 | 0.80 | REVIEW GM WORK PLAN AND NEXT STEPS (0.8). |
| BUTLER, JR. J | 09/18/06 | 0.60 | REVIEW GM WORK PLAN AND MEETING AT COMPANY IN TROY RE: NEXT STEPS (0.4); CONFERENCE WITH D. SHERBIN RE: SAME (0.2). |
| BUTLER, JR. J | 09/19/06 | 0.20 | REVIEW STATUS OF GM REVIEW WITH K. KRAKAUR AT COMPANY IN TROY (0.2). |
| BUTLER, JR. J | 09/20/06 | 0.60 | REVIEW STATUS OF GM REVIEW WITH J. PAPELIAN AT COMPANY IN TROY (0.3); CONSIDER TIMETABLE AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 09/23/06 | 0.40 | REVIEW WORKING GROUP MEMO RE: GM REVIEW AND NEXT STEPS AS WELL AS UNDERLYING DOCUMENTS (0.4). |
| BUTLER, JR. J | 09/30/06 | 1.30 | PREPARE FOR (0.4) AND PARTICIPATE IN (0.9) TELECONFERENCE WITH WORKING GROUP RE: STATUS OF GM REVIEW AND RELATED MATTERS INCLUDING NEXT STEPS. |
| | | **7.50** | |
| GUNTHER CJ | 09/04/06 | 1.10 | TELECONFERENCE WITH WORKING GROUP RE: EQUITY COMMITTEE INQUIRY (1.1). |
| GUNTHER CJ | 09/05/06 | 0.60 | TELECONFERENCE WITH WORKING GROUP RE: EQUITY COMMITTEE INQUIRY AND REVIEWING DOCUMENTS RE: SAME (0.6). |

173

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GUNTHER CJ | 09/06/06 | 2.60 | REVIEW BACKGROUND DOCUMENTS RE: EQUITY COMMITTEE INQUIRY (2.6). |
| GUNTHER CJ | 09/12/06 | 1.40 | REVIEW MATERIALS RE: GM CLAIMS REVIEW (1.4). |
| GUNTHER CJ | 09/13/06 | 1.50 | REVIEW INTERVIEW SUMMARIES AND RELATED MATERIALS RE: GM CLAIMS INQUIRY (1.0); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.5). |
| GUNTHER CJ | 09/14/06 | 1.40 | REVIEW OUTLINE RE: GM CLAIMS INQUIRY (0.9); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.5). |
| GUNTHER CJ | 09/17/06 | 1.10 | REVIEW WORK PLAN DRAFT AND COMMENTARY RE: GM CLAIMS REVIEW (1.1). |
| GUNTHER CJ | 09/18/06 | 1.90 | REVIEWING CLIENT DOCUMENTS (1.9). |
| GUNTHER CJ | 09/19/06 | 6.80 | PARTICIPATE VIA TELECONFERENCE IN EMPLOYEE INTERVIEWS FOR GM CLAIMS REVIEW (6.1); REVIEW EMAILS ON LEGAL RESEARCH RE: SAME (0.7). |
| GUNTHER CJ | 09/20/06 | 3.90 | WORK WITH COMPANY RE GM CLAIMS REVIEW (3.9). |
| GUNTHER CJ | 09/21/06 | 7.90 | CONFERENCES WITH PAPELIAN AND EMPLOYEE INTERVIEWS IN TROY RE: GM CLAIMS REVIEW (7.9). |
| GUNTHER CJ | 09/22/06 | 1.50 | TELECONFERENCE WITH WORKING GROUP RE: GM CLAIMS REVIEW (1.5). |
| GUNTHER CJ | 09/25/06 | 0.40 | GM CLAIMS REVIEW (0.4). |
| GUNTHER CJ | 09/30/06 | 0.90 | REVIEW OF GM CLAIMS (0.9). |
| | | **33.00** | |
| HOGAN III AL | 09/04/06 | 2.70 | PREPARE FOR MEETING CONCERNING EQUITY COMMITTEE LETTER RE: GM CLAIMS, AND REVIEW OF PRIOR LEGAL RESEARCH, AND CREDITOR COMMITTEE MATERIALS IN CONNECTION WITH SAME (2.7). |
| HOGAN III AL | 09/05/06 | 2.20 | CONFERENCE WITH S. CORCORAN AND J. PAPELIAN RE: EQUITY COMMITTEE COMMUNICATION RE: CLAIMS AGAINST GM, AND STRATEGY AND ACTION STEPS FOR ADDRESSING SAME (2.2). |
| HOGAN III AL | 09/08/06 | 1.80 | CONFERENCE WITH WORKING GROUP RE: DEVELOPMENT OF LEGAL AND FACTUAL RESEARCH AND ANALYSIS WORKKPLAN TO ADDRESS EQUITY COMMITTEE CLAIMS ASSERTED AGAINST GM (1.8). |
| HOGAN III AL | 09/12/06 | 0.60 | REVIEW OUTLINE OF ISSUES IN CONNECTION WITH EQUITE COMMITTEE ASSERTIONS CONCERNING GM CLAIMS (0.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOGAN III AL | 09/14/06 | 2.20 | REVIEW PROPOSED LINES OF FACTUAL INQUIRY, AND CONSIDER PROCESS FOR CONDUCTING FACTUAL AND LEGAL RESEARCH IN CONNECTION WITH EQUITY COMMITTEE ASSERTIONS (2.2). |
| HOGAN III AL | 09/15/06 | 1.20 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY MEETING, INCLUDING UPDATE ON LEGAL AND FACTUAL ANALYSIS OF EQUITY COMMITTEE ASSERTIONS (1.2). |
| HOGAN III AL | 09/21/06 | 2.60 | REVIEW AND COMMENT ON RESEARCH OUTLINE CONCERNING LEGAL ANALYSIS OF EQUITY COMMITTEE ASSERTIONS OF GM CLAIMS (2.6). |
| HOGAN III AL | 09/22/06 | 2.90 | CONTINUE REVIEW OF LEGAL RESEARCH OUTLINE AND COMMENT ON SAME (0.4); REVIEW FACTUAL INVESTIGATION UPDATE AND MEMO IN CONNECTION WITH SAME (0.3); PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH FACTUAL INVESTIGATION TEAM RE: STATUS AND RESULTS FROM INVESTIGATION WORK TO DATE (2.2). |
| | | **16.20** | |
| KRAKAUR KD | 09/01/06 | 0.70 | TELECONFERENCE WITH J. BUTLER (0.3); TELECONFERENCE WITH C. GUNTHER (0.1); VARIOUS EMAILS WITH J. BUTLER AND RECEIPT OF RELEVANT LETTERS (0.3). |
| KRAKAUR KD | 09/02/06 | 0.70 | REV OF MATERIALS FROM FRIED FRANK ET AL (0.7). |
| KRAKAUR KD | 09/04/06 | 2.00 | PREPARE FOR CALL WITH G. PANAGAKIS, C. GUNTHER (0.7); TELECONFERENCE WITH SAME (1.1); EMAILS RE: SAME (0.2). |
| KRAKAUR KD | 09/05/06 | 3.10 | MEETING WITH CLIENT, J. BUTLER ET AL. (2.5); TELECONFERENCE WITH C. GUNTHER, K. WILLENKEN (0.5); EMAILS TO/FROM SAME (0.1). |
| KRAKAUR KD | 09/06/06 | 1.40 | MEETINGS WITH WORKING GROUP RE: INVESTIGATION (0.5); EMAILS RE: SAME (0.1); REV OF MATERIALS RE: INVESTIGATION (0.8). |
| KRAKAUR KD | 09/07/06 | 1.00 | REVIEW OF PLEADINGS RE: GM ISSUES (0.5); MEETINGS WITH WORKING GROUP RE: INVESTIGATION (0.5). |
| KRAKAUR KD | 09/08/06 | 3.40 | REVIEW OF COMMITTEE PLEADINGS RE: GM ISSUES (2.1); MEETINGS WITH WORKING GROUP RE: INVESTIGATION (1.3). |
| KRAKAUR KD | 09/11/06 | 1.60 | REVIEW OF PLEADINGS AND COMMITTEE ISSUES (1.6). |
| KRAKAUR KD | 09/12/06 | 0.50 | REVIEW OF OUTLINE RE: INVESTIGATION (0.5). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| KRAKAUR KD | 09/13/06 | 2.50 | REVIEW OF OUTLINE RE: INVESTIGATION (0.8); MEETING WITH WORKING GROUP RE: SAME (0.6); TELECONFERENCE WITH L GARNER RE: SAME (1.0); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.1). |
| KRAKAUR KD | 09/14/06 | 4.90 | PREPARE FOR TELECONFERENCE WITH J PAPELIAN RE: INVESTIGATION (3.3); PARTICIPATE IN WORKING GROUP CALL WITH J. PAPELIAN (1.0); MEETING WITH WORKING GROUP (0.6). |
| KRAKAUR KD | 09/15/06 | 2.10 | REVIEW OF PLEADINGS (0.8); MEETING WITH WORKING GROUP (1.3). |
| KRAKAUR KD | 09/16/06 | 1.10 | REVIEW AND COMMENT ON WORK PLAN AND EMAILS RE: SAME (1.1). |
| KRAKAUR KD | 09/17/06 | 0.80 | VARIOUS EMAILS AND REVIEW OF WORK PLAN (0.8). |
| KRAKAUR KD | 09/18/06 | 7.70 | EMAILS WITH WORKING GROUP RE: INVESTIGATION (0.3); REVIEW OF LETTERS AND BRIEFS RE: FACTUAL BACKGROUND (6.4); MEETING WITH WORKING GROUP RE: INVESTIGATION (1.0). |
| KRAKAUR KD | 09/19/06 | 11.70 | EMAILS RE: LEGAL RESEARCH (0.3); MEETINGS WITH VARIOUS EMPLOYEES AT COMPANY (9.9); MEETINGS WITH WORKING GROUP (1.1); MEETING WITH J. BUTLER (0.4). |
| KRAKAUR KD | 09/20/06 | 6.50 | MEETINGS AT DELPHI RE: INVESTIGATION (5.4); REVIEW OF DOCUMENTS (0.8); EMAILS RE: INVESTIGATION ISSUES (0.3). |
| KRAKAUR KD | 09/21/06 | 6.60 | INTERVIEWS RE: INVESTIGATION (4.2); TELECONFERENCE WITH J PAPELIAN ET AL. (0.2); EMAILS TO/FROM WORKING GROUP (0.5); REVIEW OF DOCUMENTS RE: INVESTIGATION (1.7). |
| KRAKAUR KD | 09/22/06 | 3.10 | VARIOUS EMAILS (0.6); TELECONFERENCE WITH WORKING GROUP (1.4); REVIEW OF COMPANY DOCUMENTS (1.1). |
| KRAKAUR KD | 09/25/06 | 4.50 | MEETING RE: INVESTIGATION (0.5); TELECONFERENCE WITH WITNESS ET AL. (1.0); PREPARE FOR TRIP TO TROY (0.4); REVIEW OF MATERIALS RE: INVESTIGATION (2.6). |
| KRAKAUR KD | 09/26/06 | 9.20 | REVIEW OF DOCUMENTS (5.4); INTERVIEWS AT DELPHI (3.8). |
| KRAKAUR KD | 09/27/06 | 9.00 | INTERVIEWS AND DOCUMENT REVIEW AT DELPHI (8.5); MEETING WITH WORKING GROUP (0.5). |
| KRAKAUR KD | 09/28/06 | 5.30 | INTERVIEWS AND DOCUMENTS REVIEW IN TROY (4.8); MEETINGS WITH J PAPELIAN (0.5). |
| KRAKAUR KD | 09/29/06 | 1.00 | EMAILS TO/FROM J. PAPELIAN (0.1); MEETING WITH WORKING GROUP (0.3); REVIEW OF COURT FILINGS (0.6). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KRAKAUR KD | 09/30/06 | 1.20 | PREPARE FOR TELECONFERENCE WITH J BUTLER (0.2); TELECONFERENCE WITH J BUTLER, ET AL. (1.0). |
| | | **91.60** | |
| PANAGAKIS GN | 09/01/06 | 1.50 | REVIEW COMMITTEE DEMAND LETTER (0.5); REVIEW PRIOR MATERIALS RE: SAME (0.5); TELECONFERENCE RE: APPROACH TO SAME (0.5). |
| PANAGAKIS GN | 09/02/06 | 1.00 | REVIEW MATERIALS AND DUE DILIGENCE RE: EQUITY COMMITTEE DEMAND LETTER (1.0). |
| PANAGAKIS GN | 09/04/06 | 2.20 | REVIEW EQUITY COMMITTEE DEMAND LETTER AND OUTLINE APPROACH IN RESPONSE IN CONNECTION WITH NEXT DAY MEETING WITH MANAGEMENT (1.0); TELECONFERENCE WITH WORKING GROUP RE: SAME (1.2). |
| PANAGAKIS GN | 09/05/06 | 3.30 | PREPARE FOR (0.9) AND MEET WITH (1.2) MANAGEMENT RE: EQUITY COMMITTEE DEMAND LETTER; FOLLOW UP DUE DILIGENCE RE: SAME (1.2). |
| PANAGAKIS GN | 09/06/06 | 1.50 | DUE DILIGENCE RE: EQUITY COMMITTEE DEMAND LETTER (1.5). |
| PANAGAKIS GN | 09/07/06 | 2.00 | DUE DILIGENCE RE: EQUITY COMMITTEE DEMAND LETTER (2.0). |
| PANAGAKIS GN | 09/08/06 | 1.50 | TELECONFERENCE WITH LITIGATION TEAM RE: ACTION PLAN FOR DILIGENCE IN CONNECTION WITH EQUITY COMMITTEE DEMAND LETTER (1.5). |
| PANAGAKIS GN | 09/09/06 | 1.20 | REVIEW COMMENTS TO GM FRAMEWORK AGREEMENT PROPOSAL (1.2). |
| PANAGAKIS GN | 09/11/06 | 2.00 | ANALYSIS OF ISSUES RAISED BY EQUITY COMMITTEE DEMAND LETTER (2.0). |
| PANAGAKIS GN | 09/12/06 | 1.70 | CONTINUE RESEARCH AND DILIGENCE RE: MATTERS RAISED IN EQUITY COMMITTEE DEMAND LETTER (1.7). |
| PANAGAKIS GN | 09/13/06 | 1.50 | DILIGENCE RE: EQUITY DEMAND LETTER (1.5). |
| PANAGAKIS GN | 09/14/06 | 1.50 | REVIEW INTERVIEW ISSUES (0.3); TELECONFERENCE WITH L. GARNER RE: NEXT STEPS (0.2); REVIEW RESEARCH MATERIALS RE: SAME (1.0). |
| PANAGAKIS GN | 09/15/06 | 2.80 | REVIEW INVESTIGATION OUTLINE (0.5); ATTENTION TO THRESHOLD LEGAL RESEARCH ITEMS (1.3); TEAM TELECONFERENCES RE: SAME AND PREPARATION OF BOARD MATERIALS (1.0). |
| PANAGAKIS GN | 09/16/06 | 0.60 | REVIEW AND COMMENT ON WORK PLAN (0.6). |
| PANAGAKIS GN | 09/17/06 | 0.40 | REVIEW AND COMMENT ON REVISED WORK PLAN (0.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 09/18/06 | 1.20 | TELECONFERENCES AND CORRESPONDENCE RE: EQUITY COMMITTEE DEMAND LETTER DUE DILIGENCE (1.2). |
| PANAGAKIS GN | 09/19/06 | 0.60 | WORK ON DILIGENCE ISSUES RE: EQUITY COMMITTEE DEMAND LETTER (0.6). |
| PANAGAKIS GN | 09/20/06 | 1.30 | REVIEW MATERIALS RE: STATUS OF DILIGENCE RE: EQUITY COMMITTEE DEMAND LETTER (1.3). |
| PANAGAKIS GN | 09/21/06 | 1.70 | REVIEW DILIGENCE MATERIALS RE: EQUITY COMMITTEE DEMAND LETTER (1.7). |
| PANAGAKIS GN | 09/22/06 | 2.40 | REVIEW MATERIALS AND PARTICIPATE ON CALLS WITH WORKING GROUP RE: STATUS OF DILIGENCE IN CONNECTION WITH EQUITY COMMITTEE DEMAND LETTER (2.4). |
| PANAGAKIS GN | 09/24/06 | 0.20 | REVIEW CORRESPONDENCE RE: STATUS OF INVESTIGATION (0.2). |
| PANAGAKIS GN | 09/25/06 | 0.90 | REVIEW CORRESPONDENCE AND OTHER MATERIALS IN CONNECTION WITH DILIGENCE INTO MATTERS RAISED BY EQUITY COMMITTEE (0.9). |
| PANAGAKIS GN | 09/27/06 | 1.30 | REVIEW MATERIALS RE: EQUITY COMMITTEE LETTER (1.3). |
| PANAGAKIS GN | 09/28/06 | 0.40 | ATTENTION TO REVIEW OF EQUITY COMMITTEE ASSERTIONS (0.4). |
| PANAGAKIS GN | 09/29/06 | 0.80 | ATTENTION TO STATUS OF REVIEW OF EQUITY COMMITTEE LETTER (0.8). |
| | | 35.50 | |
| **Total Partner** | | **183.80** | |
| GARNER LP | 09/01/06 | 3.60 | REVIEW AND ANALYZE EQUITY COMMITTEE ALLEGATIONS (3.6). |
| GARNER LP | 09/05/06 | 4.80 | REVIEW EQUITY COMMITTEE'S OBJECTION TO STN MOTION (1.0); GATHER AND REVIEW RELATED DOCUMENTS FOR INVESTIGATION (1.5); WORK ON OUTLINE OF CLAIMS (1.3); EDIT MEMORANDUM RE: CREDITORS' COMMITTEE CLAIMS (1.0). |
| GARNER LP | 09/06/06 | 3.30 | CONTINUE REVIEW AND ANALYSIS OF EQUITY COMMITTEE OBJECTION (1.5); GATHER AND REVIEW RELATED DOCUMENTS (1.8). |
| GARNER LP | 09/07/06 | 3.20 | WORK ON OUTLINE OF EQUITY ALLEGATIONS (1.2); REVIEW AND ANALYZE RELATED DOCUMENTS (2.0). |
| GARNER LP | 09/08/06 | 2.80 | TELECONFERENCE WITH WORKING GROUP RE: WORKPLAN FOR INVESTIGATION OF EQUITY COMMITTEE ALLEGATIONS (1.0); WORK ON OUTLINE (1.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GARNER LP | 09/11/06 | 8.80 | PREPARE OULTINE OF ISSUES FROM EQUITY COMMITTEE LETTER RE: GM CLAIMS (4.2); LEGAL RESEARCH RE: CLAIMS (1.8); REVIEW RELEVANT SEC DISCLOSURE DOCUMENTS (2.8). |
| GARNER LP | 09/12/06 | 9.40 | FINALIZE OUTLINE OF EQUITY CLAIMS AGAINST GM (5.5); LEGAL RESEARCH RE: SAME (1.2); REVIEW RELEVANT SEC DISCLOSURES AND COMPANY AFFIDAVITS (2.7). |
| GARNER LP | 09/13/06 | 6.40 | CONTINUE REVIEW OF RELEVANT DISCLOSURE DOCUMENTS AND COMPANY AFFIDAVITS (5.8); TELECONFERENCE WITH TEAM RE: INVESTIGATION PLAN (0.6). |
| GARNER LP | 09/14/06 | 6.20 | TELECONFERENCE WITH J. PAPELIAN RE: WORKPLAN AND IDENTIFICATION OF INTERVIEWEES (1.0); PREPARE OULTINE OF KEY INVESTIGATION ISSUES (1.8); PREPARE WITNESS LIST (0.4); CONTINUE REVIEW OF DOCUMENTS (3.0). |
| GARNER LP | 09/15/06 | 9.30 | LEGAL RESEARCH RE: EQUITY COMMITTEE CLAIMS (2.3); REVIEW AND COMMENT ON LEGAL RESEARCH OUTLINE (2.0); REVIEW CREDITORS' COMMITTEE STATEMENT OF POSITION (0.5); CONTINUE REVIEW OF RELEVANT DOCUMENTS (3.0); MODIFY/DISCUSS WORKPLAN (1.5). |
| GARNER LP | 09/16/06 | 3.80 | DRAFT WORKPLAN FOR INVESTIGATION OF EQUITY COMMITTEE CLAIMS (3.8). |
| GARNER LP | 09/17/06 | 2.70 | EDIT AND FINALIZE WORKPLAN FOR INVESTIGATION OF EQUITY COMMITTEE CLAIMS (2.7). |
| GARNER LP | 09/18/06 | 7.40 | REVIEW AND ANALYZE LEGAL RESEARCH OUTLINE RE: EQUITY COMMITTEE CLAIMS AGAINST GM (1.2); PREPARE FOR INTERVIEWS OF CURRENT AND FORMER EMPLOYEES RE: EQUITY COMMITTEE CLAIMS AGAINST GM (6.2). |
| GARNER LP | 09/19/06 | 11.30 | PREPARE FOR INTERVIEWS OF CURRENT AND FORMER EMPLOYEES RE: EQUITY COMMITTEE CLAIMS (3.8); INTERVIEW WITNESSES (7.5). |
| GARNER LP | 09/20/06 | 8.30 | PREPARE FOR INTERVIEWS OF CURRENT AND FORMER EMPLOYEES RE: EQUITY COMMITTEE CLAIMS (2.3); INTERVIEW WITNESSES (6.0). |
| GARNER LP | 09/21/06 | 3.60 | INTERVIEW WITNESSES (2.5); RESEARCH RE: CREDITORS' COMMITTEES CLAIMS AGAINST GM IN COLLINS & AIKMAN BANKRUPTCY (0.8); BRIEF REVIEW OF DOCUMENTS COLLECTED DURING INTERVIEWS (0.3). |

| | | | |
|---|---|---|---|
| GARNER LP | 09/22/06 | 5.30 | REVIEW DOCUMENTS (EARNINGS CALLS, SEC FILINGS, SEC TESTIMONY) RE: ISSUES RAISED BY EQUITY COMMITTEE (4.0); TELECONFERENCE WITH WORKING GROUP RE: INVESTIGATION WORKPLAN (1.3). |
| GARNER LP | 09/23/06 | 2.00 | REVIEW SEC TESTIMONY (2.0). |
| GARNER LP | 09/24/06 | 3.30 | CONTINUE REVIEW OF SEC TESTIMONY (3.3). |
| GARNER LP | 09/25/06 | 4.60 | TELECONFERENCE INTERVIEW WITH B. SCHWARTING RE: EQUITY COMMITTEE ALLEGATIONS (0.7); CONTINUE REVIEW OF RELATED DOCUMENTS AND TESTIMONY (3.2); PREPARE FOR INTERVIEW (0.6); REVIEW CORRESPONDENCE WITH CREDITORS' COMMITTEE (0.1). |
| GARNER LP | 09/26/06 | 0.60 | PREPARE FOR INTERVIEWS (0.6). |
| GARNER LP | 09/27/06 | 6.80 | INTERVIEWS RE: EQUITY COMMITTEE ALLEGATIONS (4.5); PREPARE FOR INTERVIEWS (0.5); REVIEW RELATED DOCUMENTS (1.8). |
| GARNER LP | 09/28/06 | 6.30 | PREPARE FOR INTERVIEWS (1.2); CONDUCT WITNESS INTERVIEWS (3.5); REVIEW RELATED DOCUMENTS (1.6). |
| GARNER LP | 09/29/06 | 3.30 | REVIEW EX PARTE MOTION BY EQUITY COMMITTEE (0.5); REVIEW DOCUMENTS COLLECTED DURING INTERVIEWS (2.8). |
| GARNER LP | 09/30/06 | 1.40 | TELECONFERENCE WITH WORKING GROUP RE: STATUS AND PLANS FOR INVESTIGATION OF EQUITY COMMITTEE ALLEGATIONS (1.0); REVIEW STATUS DOCUMENTS IN PREPARATION FOR CONFERENCE CALL (0.4). |
| | | **128.50** | |
| MATZ TJ | 09/19/06 | 5.00 | REVIEW GM PRODUCTION MATTERS AND PRIVILEGE ISSUES IN RESPECT THEREOF (5.0). |
| | | **5.00** | |
| **Total Counsel** | | **133.50** | |
| ~~JANKUNAS J~~ | ~~09/13/06~~ | ~~0.60~~ | ~~REVIEW BACKGROUND DOCUMENTS (0.6).~~ |
| ~~JANKUNAS J~~ | ~~09/15/06~~ | ~~5.90~~ | ~~RESEARCH HOBBS ACT ISSUES (5.9).~~ |
| | | ~~6.50~~ | |
| KREBS PE | 09/08/06 | 2.40 | DRAFT AND REVISE PROFFER FOR STN MOTION FOR SEPTEMBER OMNIBUS HEARING (1.1); REVIEW EQUITY COMMITTEE OBJECTION (1.3). |
| KREBS PE | 09/19/06 | 7.90 | REVIEW STATUS WORKPLAN (0.4); REVIEW EQUITY COMMITTEE CORRESPONDENCE (1.6); CONTINUE RESEARCH RE: EQUITY COMMITTEE OBJECTION TO CREDITORS' COMMITTEE STN MOTION (5.9). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KREBS PE | 09/20/06 | 2.10 | RESEARCH RE: EQUITY COMMITTEE REFERENCE TO EQUITABLE SUBORDINATION AND RECHARACTERIZATION (2.1). |
| KREBS PE | 09/21/06 | 0.90 | REVIEW INTERVIEW SUMMARIES (0.9). |
| KREBS PE | 09/25/06 | 1.80 | CONTINUE TO REVIEW EQUITY COMMITTEE OBJECTION (0.6); CONTINUE RESEARCH RE: RECHARACTERIZATION/EQUITABLE SUBORDINATION (1.2). |
| KREBS PE | 09/26/06 | 2.20 | CONTINUE TO DRAFT RESPONSE TO EQUITY COMMITTEE OBJECTION TO CREDITORS' COMMITTEE STN MOTION (2.2). |
| KREBS PE | 09/27/06 | 4.30 | CONTINUE TO DRAFT RESPONSE TO EQUITY COMMITTEE OBJECTION TO CREDITORS' COMMITTEE STN MOTION (4.3). |
| KREBS PE | 09/28/06 | 7.60 | CONTINUE TO REVIEW THE EQUITY COMMITTEE OBJECTION TO THE CREDITORS' COMMITTEE STN MOTION (1.1); RESEARCH RE: RECHARACTERIZATION, EQUITABLE SUBORDINATION ASSERTED IN THE EQUITY COMMITTEE'S OBJECTION TO THE CREDITORS' COMMITTEE STN MOTION (4.3); DRAFT PLEADING (2.2). |
| | | **29.20** | |
| MCDONALD TW | 09/08/06 | 0.30 | RESEARCH BANKRUPTCY ISSUES; PREPARE MEMO RE: SAME (0.3). |
| MCDONALD TW | 09/09/06 | 5.30 | RESEARCH BANKRUPTCY ISSUES; PREPARE MEMO RE: SAME (5.3). |
| MCDONALD TW | 09/10/06 | 6.80 | RESEARCH BANKRUPTCY ISSUES; PREPARE MEMO RE: SAME (6.8). |
| | | **12.40** | |
| PEHLKE DR | 09/06/06 | 3.40 | REVIEW DOCUMENTS RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.4); REVIEW COURT FILINGS RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.0). |
| PEHLKE DR | 09/07/06 | 6.20 | REVIEW DOCUMENTS AND FILINGS RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.0); RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.2). |
| PEHLKE DR | 09/08/06 | 5.30 | REVIEW DOCUMENTS RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.0); RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.3). |
| PEHLKE DR | 09/11/06 | 4.60 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (4.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PEHLKE DR | 09/12/06 | 5.90 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIPS AND RELATED MATTERS (5.9). |
| PEHLKE DR | 09/14/06 | 4.20 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIPS AND RELATED MATTERS (4.2). |
| PEHLKE DR | 09/15/06 | 1.00 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.0). |
| PEHLKE DR | 09/20/06 | 6.50 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS; COMPOSE MEMORANDUM RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (6.5). |
| PEHLKE DR | 09/21/06 | 5.60 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (3.2); COMPOSE MEMORANDUM RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (2.4). |
| PEHLKE DR | 09/25/06 | 1.00 | RESEARCH RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.0). |
| PEHLKE DR | 09/26/06 | 2.60 | COMPOSE MEMO RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND ELATED MATTERS (2.6). |
| PEHLKE DR | 09/29/06 | 1.00 | REVISE MEMO RE: DUE DILIGENCE PROJECT RE: GM LEGACY RELATIONSHIP AND RELATED MATTERS (1.0). |
| | | **47.30** | |
| SHIH JL* | 09/18/06 | 7.20 | REVIEW EQUITY COMMITTEE LETTER (2.6); RESEARCH RE: PSLRA BAR OF SECURITIES FRAUD PREDICATE ACTS IN CIVIL RICO ACTIONS (2.8); DRAFT MEMO (1.8). |
| SHIH JL* | 09/19/06 | 6.40 | RESEARCH RE: CIVIL RICO MATTERS (4.6); DRAFT MEMO RE: SAME (1.8). |
| SHIH JL* | 09/20/06 | 4.80 | REVIEW DOCUMENTS RE: CREDITOR COMMITTEE ANNOTATED COMPLAINT (4.8). |
| SHIH JL* | 09/21/06 | 12.30 | ATTEND INTERVIEWS (3.7); REVIEW DOCUMENTS RE: ANNOTATED CREDITOR COMMITTEE COMPLAINT (2.0); DRAFT MEMORANDUM RE: INTERVIEWS (6.6). |
| SHIH JL* | 09/22/06 | 8.30 | REVIEW DOCUMENTS RE: ANNOTATED CREDITOR COMMITTEE COMPLAINT (8.3). |
| SHIH JL* | 09/24/06 | 1.10 | REVIEW REVISIONS TO INTERVIEW MEMOS (0.8); REVISE LIST OF INTERVIEWED/MENTIONED INDIVIDUALS (0.3). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| SHIH JL* | 09/25/06 | 10.70 | COORDINATE ORGANIZATION OF DISCLOSURE DOCUMENTS (0.2); REVIEW DOCUMENTS RE: UCC COMPLAINT (5.0); COMPILE LIST OF DOCUMENTS MENTIONED IN INTERVIEWS (1.7); ATTEND INTERVIEW (1.0); DRAFT MEMO RE: INTERVIEW (2.8). |
| SHIH JL* | 09/26/06 | 10.10 | REVIEW EARNINGS CALLS TRANSCRIPTS (5.8); ATTEND INTERVIEW WITH DELPHI PERSONNEL (3.7); REVIEW AND COORDINATE CREATION OF DISCLOSURE BINDER (0.6). |
| SHIH JL* | 09/27/06 | 10.00 | COORDINATE CREATION AND REVIEW DISCLOSURE BINDER (1.8); REVIEW EARNINGS CALLS TRANSCRIPTS (5.0); DRAFT MEMORANDUM RE: INTERVIEW OF DELPHI PERSONNEL (3.2). |
| SHIH JL* | 09/28/06 | 10.30 | ATTEND INTERVIEW OF DELPHI PERSONNEL (1.6); DRAFT MEMORANDUM RE: INTERVIEWS OF DELPHI PERSONNEL (5.5); REVIEW AND ORGANIZE DISCLOSURE BINDER (3.2). |
| SHIH JL* | 09/29/06 | 9.30 | REVIEW AND ORGANIZE DISCLOSURE BINDER (4.0); COMPOSE MEMORANDUM RE: INTERVIEWS OF DELPHI PERSONNEL (4.5); REVIEW ANALYST REPORTS RE: DELPHI (0.8). |
| SHIH JL* | 09/30/06 | 3.80 | DRAFT MEMORANDUM RE: INTERVIEW OF DELPHI PERSONNEL (3.8). |
| | | **94.30** | |
| STUART NL | 09/18/06 | 2.90 | BEGIN RESEARCH RE: JOINT INTEREST ORDERS IN SIXTH CIRCUIT (2.9). |
| STUART NL | 09/19/06 | 5.70 | RESEARCH RE: SIXTH CIRCUIT OPINIONS ON JOINT INTEREST/COMMON INTEREST DOCTRINE (5.7). |
| | | **8.60** | |
| WILLENKEN KE | 09/01/06 | 3.80 | REVIEW LETTER FROM EQUITY COMMITTEE; OBTAIN AND REVIEW NEWS ARTICLES; REVIEW CREDITORS' COMMITTEE COMPLAINT (3.8). |
| WILLENKEN KE | 09/05/06 | 2.30 | REVIEW PLEADINGS AND BOARD PRESENTATION (1.9); TELECONFERENCE WITH WORKING GROUP (0.4). |
| WILLENKEN KE | 09/06/06 | 0.40 | EMAILS RE: PLANNING (0.4). |
| WILLENKEN KE | 09/08/06 | 1.70 | MEETING WITH WORKING GROUP RE: ACTION PLAN (1.4); REVIEW INDEMNITY LETTER (0.3). |
| WILLENKEN KE | 09/11/06 | 1.10 | TELECONFERENCE WITH L. GARNER RE: NEW CLAIMS, CHART PROGRESS AND CHRONOLOGY (0.2); REVIEW RESEARCH MEMORANDUM AND EQUITY HOLDERS' LETTER (0.9). |
| WILLENKEN KE | 09/12/06 | 1.10 | REVIEW ISSUES OUTLINE, CHRONOLGY, AND AMENDED COMPLAINT (0.7); DRAFT LIST OF ISSUES TO INVESTIGATE (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WILLENKEN KE | 09/13/06 | 1.60 | MEETING WITH WORKING GROUP TO ANALYZE ISSUES FOR FACTUAL INVESTIGATION (1.6). |
| WILLENKEN KE | 09/14/06 | 0.70 | TELECONFERENCE WITH J. PAPELIAN RE: WORK PLAN (0.3); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.4). |
| WILLENKEN KE | 09/15/06 | 1.70 | TELECONFERENCE WITH WORKING GROUP RE: INTERVIEW PLANS (0.5); REVIEW EQUITY HOLDERS' LETTER AND UCC COMPLAINT (0.7); EMAIL RE: LEGAL RESEARCH ON EXTORTION CLAIM (0.5). |
| WILLENKEN KE | 09/16/06 | 6.90 | REVIEW DRAFT WORK PLAN (0.3); REVIEW UCC RESPONSE TO EQUITY HOLDERS' LETTER (0.2); REVIEW ANNOTATED UCC COMPLAINT AND CITED DOCUMENTS WHILE MAKING LIST OF RELEVANT FACTS AND FOLLOW-UP POINTS (6.4). |
| WILLENKEN KE | 09/17/06 | 8.40 | REVIEW ANNOTATED COMPLAINT AND RELATED DOCUMENTS (7.8); EMAILS WITH TEAM RE: WORK PLAN (0.6). |
| WILLENKEN KE | 09/18/06 | 2.80 | PREPARE FOR SEPTEMBER 19 WITNESS INTERVIEWS (2.8). |
| WILLENKEN KE | 09/19/06 | 12.80 | PARTICIPATE IN INTERVIEWS WITH DELPHI EMPLOYEES (12.2); EMAIL RE: RESEARCH AND DOCUMENT REVIEW ASSIGNMENTS WITH SUMMARY OF INTERVIEWS (0.6). |
| WILLENKEN KE | 09/20/06 | 11.90 | CONDUCT INTERVIEWS AT DELPHI HEADQUARTERS (7.8); REVIEW DOCUMENTS AT DELPHI HEADQUARTERS (1.2); PREPARE SUMMARIES AND LISTS RE: SAME (2.3); EMAILS RE: UPCOMING INTERVIEWS AND DOCUMENT COLLECTION ISSUES (0.6). |
| WILLENKEN KE | 09/21/06 | 10.50 | INTERVIEW EMPLOYEES (7.2); REVIEW DOCUMENTS AND CONFERENCES WITH J. PAPELIAN (2.6); REVIEW INTERVIEW MEMORANDA (0.7). |
| WILLENKEN KE | 09/22/06 | 4.60 | REVIEW DOCUMENTS (3.3); STATUS CALL WITH WORKING GROUP (1.3). |
| WILLENKEN KE | 09/23/06 | 1.00 | DRAFT INTERVIEW MEMORANDUM (0.4); REVIEW AGREEMENTS (0.4); REVIEW AND CIRCULATE KICK-OFF PLAN DOCUMENTS (0.2). |
| WILLENKEN KE | 09/24/06 | 7.20 | DRAFT INTERVIEW MEMORANDA (6.1); REVISE MEMORANDA (1.1). |
| WILLENKEN KE | 09/25/06 | 4.20 | EMAILS RE: SCHEDULING (0.5); REVIEW AND EDIT INDEX OF DOCUMENTS COLLECTED (1.4); TELEPHONE INTERVIEW (1.2); EMAIL TO J. PAPELIAN RE: ANALYST REPORTS (0.1); REVIEW AND CIRCULATE SEC TESTIMONY (1.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WILLENKEN KE | 09/26/06 | 11.20 | REVIEW DOCUMENTS FROM SPIN-OFF TEAMS (2.6); ATTEND INTERVIEWS (4.9); MEETINGS RE: SAME WITH WORKING GROUP (2.8); MEETINGS WITH INVESTOR RELATIONS DEPT RE: ANALYSTS REPORTS (0.5); REVIEW INTERVIEW NOTES (0.4). |
| WILLENKEN KE | 09/27/06 | 10.90 | INTERVIEW WITNESS (3.2); MEETINGS WITH J. PAPELIAN (0.5); REVIEW DOCUMENTS (7.2). |
| WILLENKEN KE | 09/28/06 | 6.20 | CONDUCT WITNESS INTERVIEWS (3.9); REVIEW DOCUMENTS (0.7); MEETINGS WITH IR DEPT (0.5); MEETINGS WITH J. PAPELIAN RE: INTERVIEWS AND DOCUMENTS (1.1). |
| WILLENKEN KE | 09/29/06 | 0.70 | EMAILS WITH J. PAPELIAN AND REVIEW ATTACHMENTS (0.3); MEETING WITH WORKING GROUP (0.4). |
| WILLENKEN KE | 09/30/06 | 7.10 | STATUS CALL WITH WORKING GROUP (1.1); PREPARE FOR SAME AND WRITE WORK PLAN (0.8); REVIEW DISCLOSURE DOCUMENTS (5.2). |
| | | **120.80** | |
| **Total Associate/Law Clerk** | | **319.10** | |
| MILLICAN IS | 09/25/06 | 7.70 | ASSEMBLE FOR ATTORNEY REVIEW THE DISCLOSURE DOCUMENTS BY CREATING DELPHI DISCLOSURE BINDER (7.7). |
| MILLICAN IS | 09/26/06 | 5.90 | ASSEMBLE FOR ATTORNEY REVIEW THE DISCLOSURE BINDER (4.6); MAINTAIN FILES FOR CORRESPONDENCE BY STARTING CORRESPONDENCE INDEX AND FILING RECENT CORRESPONDENCES (1.3). |
| MILLICAN IS | 09/27/06 | 6.70 | ASSEMBLE FOR ATTORNEY REVIEW THE DISCLOSURE BINDER (6.7). |
| MILLICAN IS | 09/28/06 | 4.40 | ASSEMBLE THE FOOTNOTE BINDERS I, II, III, AND IV (4.4). |
| MILLICAN IS | 09/29/06 | 3.60 | ASSEMBLE FOR ATTORNEY REVIEW THE DISCLOSURE BINDERS (3.6). |
| | | **28.30** | |
| **Total Legal Assistant** | | **28.30** | |
| **TOTAL TIME** | | **664.70** | |
| | | | |
| **CLIENT TOTAL** | | **4473.30** | |

\* Law clerks are law school graduates who are not presently admitted
to practice.

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 10/31/06**
**Customer Matters (Reviews/Investigations)**  **Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/04/06 | Panagakis GN | 1,806.67 |
| Air/Rail Travel - vendor feed | 09/04/06 | Panagakis GN | -1,761.58 |
| Air/Rail Travel - vendor feed | 09/05/06 | Krakaur KD | 1,055.22 |
| Air/Rail Travel - vendor feed | 09/07/06 | Panagakis GN | 716.15 |
| Air/Rail Travel - vendor feed | 09/18/06 | Garner LP | 716.68 |
| Air/Rail Travel - vendor feed | 09/18/06 | Krakaur KD | 1,049.36 |
| Air/Rail Travel - vendor feed | 09/18/06 | Willenken KE | 1,043.55 |
| Air/Rail Travel - vendor feed | 09/20/06 | Gunther CJ | 904.56 |
| Air/Rail Travel - vendor feed | 09/21/06 | Gunther CJ | 603.06 |
| Air/Rail Travel - vendor feed | 09/26/06 | Willenken KE | 1,043.55 |
| Air/Rail Travel - vendor feed | 09/26/06 | Krakaur KD | 1,043.55 |
| Air/Rail Travel - vendor feed | 09/26/06 | Krakaur KD | 195.00 |
| Air/Rail Travel - vendor feed | 09/26/06 | Willenken KE | 195.00 |
| Air/Rail Travel - vendor feed | 09/26/06 | Garner LP | 415.38 |
| Air/Rail Travel - vendor feed | 09/28/06 | Willenken KE | 305.29 |
| Air/Rail Travel - vendor feed | 09/28/06 | Krakaur KD | 499.28 |
| Air/Rail Travel - vendor feed | 09/28/06 | Garner LP | 518.28 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$10,349.00** |
| In-house Reproduction | 09/19/06 | Copy Center, D | 249.20 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 77.60 |
| In-house Reproduction | 09/26/06 | Copy Center, D | 207.20 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 331.40 |

B43E

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/29/06 | Copy Center, D | 0.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$866.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 12.29 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 10.06 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.48 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 2.17 |
| | | **TOTAL TELEPHONE EXPENSE** | **$26.00** |
| Lexis/Nexis | 09/18/06 | Shih JL | 177.39 |
| Lexis/Nexis | 09/19/06 | Shih JL | 315.61 |
| | | **TOTAL LEXIS/NEXIS** | **$493.00** |
| Westlaw | 09/06/06 | Pehlke DR | 91.22 |
| Westlaw | 09/07/06 | Pehlke DR | 93.26 |
| Westlaw | 09/08/06 | Pehlke DR | 8.31 |
| Westlaw | 09/09/06 | McDonald TW | 221.10 |
| Westlaw | 09/10/06 | McDonald TW | 120.76 |
| Westlaw | 09/11/06 | Pehlke DR | 34.08 |
| Westlaw | 09/14/06 | Pehlke DR | 4.07 |
| Westlaw | 09/15/06 | Jankunas J | 578.03 |
| Westlaw | 09/20/06 | Pehlke DR | 69.17 |
| | | **TOTAL WESTLAW** | **$1,220.00** |
| Vendor Hosted Telecon-ferencing | 09/30/06 | Teleconferencing Services, LLC | 9.45 |
| Vendor Hosted Telecon-ferencing | 09/30/06 | Teleconferencing Services, LLC | 24.64 |
| Vendor Hosted Telecon-ferencing | 09/30/06 | Teleconferencing Services, LLC | 0.91 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$35.00** |
| Air/Rail Travel (external) | 09/04/06 | Butler, Jr. J | 120.00 |
| Air/Rail Travel (external) | 09/21/06 | Gunther CJ | 15.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$135.00** |
| Out-of-Town Travel | 09/05/06 | Krakaur KD | 91.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/05/06 | Krakaur KD | 89.00 |
| Out-of-Town Travel | 09/05/06 | Hogan III AL | 202.20 |
| Out-of-Town Travel | 09/05/06 | Hogan III AL | 116.80 |
| Out-of-Town Travel | 09/05/06 | Hogan III AL | 31.99 |
| Out-of-Town Travel | 09/05/06 | Panagakis GN | 202.26 |
| Out-of-Town Travel | 09/07/06 | Panagakis GN | 60.00 |
| Out-of-Town Travel | 09/07/06 | Panagakis GN | 1,133.62 |
| Out-of-Town Travel | 09/18/06 | Willenken KE | 942.39 |
| Out-of-Town Travel | 09/20/06 | Krakaur KD | 89.00 |
| Out-of-Town Travel | 09/20/06 | Krakaur KD | 15.00 |
| Out-of-Town Travel | 09/20/06 | Krakaur KD | 477.32 |
| Out-of-Town Travel | 09/20/06 | Gunther CJ | 259.36 |
| Out-of-Town Travel | 09/20/06 | Garner LP | 39.00 |
| Out-of-Town Travel | 09/20/06 | Garner LP | 425.62 |
| Out-of-Town Travel | 09/20/06 | Garner LP | 145.71 |
| Out-of-Town Travel | 09/20/06 | Garner LP | 6.18 |
| Out-of-Town Travel | 09/21/06 | Gunther CJ | 205.30 |
| Out-of-Town Travel | 09/21/06 | Gunther CJ | 73.00 |
| Out-of-Town Travel | 09/22/06 | Willenken KE | 55.00 |
| Out-of-Town Travel | 09/22/06 | Willenken KE | 4.00 |
| Out-of-Town Travel | 09/26/06 | Krakaur KD | 139.99 |
| Out-of-Town Travel | 09/26/06 | Garner LP | 136.11 |
| Out-of-Town Travel | 09/27/06 | Garner LP | 449.72 |
| Out-of-Town Travel | 09/28/06 | Krakaur KD | 520.52 |
| Out-of-Town Travel | 09/28/06 | Garner LP | 40.00 |
| Out-of-Town Travel | 09/28/06 | Garner LP | 8.33 |
| Out-of-Town Travel | 09/28/06 | Willenken KE | 35.00 |
| Out-of-Town Travel | 09/28/06 | Krakaur KD | 272.96 |
| Out-of-Town Travel | 09/28/06 | Willenken KE | 538.62 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$6,805.00** |
| Out-of-Town Meals | 09/05/06 | Hogan III AL | 18.00 |
| Out-of-Town Meals | 09/05/06 | Krakaur KD | 6.67 |
| Out-of-Town Meals | 09/06/06 | Panagakis GN | 28.22 |
| Out-of-Town Meals | 09/18/06 | Willenken KE | 126.90 |
| Out-of-Town Meals | 09/18/06 | Garner LP | 42.30 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 09/19/06 | Garner LP | 195.55 |
| Out-of-Town Meals | 09/19/06 | Krakaur KD | 6.47 |
| Out-of-Town Meals | 09/20/06 | Gunther CJ | 45.17 |
| Out-of-Town Meals | 09/20/06 | Garner LP | 10.26 |
| Out-of-Town Meals | 09/20/06 | Krakaur KD | 32.12 |
| Out-of-Town Meals | 09/21/06 | Gunther CJ | 15.26 |
| Out-of-Town Meals | 09/22/06 | Willenken KE | 5.00 |
| Out-of-Town Meals | 09/22/06 | Willenken KE | 12.00 |
| Out-of-Town Meals | 09/22/06 | Willenken KE | 8.00 |
| Out-of-Town Meals | 09/26/06 | Krakaur KD | 14.73 |
| Out-of-Town Meals | 09/26/06 | Garner LP | 18.70 |
| Out-of-Town Meals | 09/27/06 | Willenken KE | 3.66 |
| Out-of-Town Meals | 09/27/06 | Krakaur KD | 97.17 |
| Out-of-Town Meals | 09/28/06 | Willenken KE | 45.17 |
| Out-of-Town Meals | 09/28/06 | Willenken KE | 10.11 |
| Out-of-Town Meals | 09/28/06 | Krakaur KD | 49.30 |
| Out-of-Town Meals | 09/28/06 | Krakaur KD | 5.14 |
| Out-of-Town Meals | 09/28/06 | Garner LP | 3.13 |
| Out-of-Town Meals | 09/28/06 | Krakaur KD | 7.97 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$807.00** |
| Air Phone Charges | 09/21/06 | Gunther CJ | 10.00 |
| | | **TOTAL AIR PHONE CHARGES** | **$10.00** |
| Wireless - Mobile/Cellular/Pager | 09/08/06 | Willenken KE | 10.92 |
| Wireless - Mobile/Cellular/Pager | 09/10/06 | Krakaur KD | 17.40 |
| Wireless - Mobile/Cellular/Pager | 09/10/06 | Krakaur KD | 6.68 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$35.00** |
| | | **TOTAL MATTER** | **$20,781.00** |
| | | **TOTAL CLIENT** | **$127,962.00** |

B43E