SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 05/23/06 | Meisler RE | 3.65 |
| Out-of-Town Meals | 05/23/06 | Meisler RE | 5.11 |
| Out-of-Town Meals | 05/23/06 | Meisler RE | 45.01 |
| Out-of-Town Meals | 05/24/06 | Meisler RE | 15.97 |
| Out-of-Town Meals | 05/24/06 | Meisler RE | 3.50 |
| Out-of-Town Meals | 05/24/06 | Meisler RE | 8.34 |
| Out-of-Town Meals | 05/24/06 | Meisler RE | 6.88 |
| Out-of-Town Meals | 05/31/06 | Reese RG | 20.01 |
| Out-of-Town Meals | 05/31/06 | Reese RG | 12.40 |
| Out-of-Town Meals | 05/31/06 | Reese RG | 13.07 |
| Out-of-Town Meals | 06/01/06 | Reese RG | 1.80 |
| Out-of-Town Meals | 06/02/06 | Reese RG | 10.36 |
| Out-of-Town Meals | 06/02/06 | Reese RG | 11.63 |
| Out-of-Town Meals | 06/02/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 06/05/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 06/05/06 | Reese RG | 6.53 |
| Out-of-Town Meals | 06/06/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 06/06/06 | Reese RG | 7.48 |
| Out-of-Town Meals | 06/07/06 | Reese RG | 23.22 |
| Out-of-Town Meals | 06/07/06 | Reese RG | 34.41 |
| Out-of-Town Meals | 06/07/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 06/07/06 | Meisler RE | 3.84 |
| Out-of-Town Meals | 06/07/06 | Meisler RE | 5.45 |
| Out-of-Town Meals | 06/08/06 | Reese RG | 6.85 |
| Out-of-Town Meals | 06/08/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 06/08/06 | Reese RG | 155.66 |
| Out-of-Town Meals | 06/08/06 | Reese RG | 24.77 |
| Out-of-Town Meals | 06/11/06 | Reese RG | 4.07 |
| Out-of-Town Meals | 06/12/06 | Reese RG | 7.91 |
| Out-of-Town Meals | 06/12/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 06/12/06 | Reese RG | 25.29 |
| Out-of-Town Meals | 06/13/06 | Reese RG | 7.94 |
| Out-of-Town Meals | 06/13/06 | Reese RG | 6.35 |
| Out-of-Town Meals | 06/13/06 | Reese RG | 15.53 |
| Out-of-Town Meals | 06/14/06 | Reese RG | 7.84 |
| Out-of-Town Meals | 06/14/06 | Reese RG | 6.17 |
| Out-of-Town Meals | 06/14/06 | Reese RG | 3.87 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 06/14/06 | Meisler RE | 81.51 |
| Out-of-Town Meals | 06/14/06 | Meisler RE | 2.70 |
| Out-of-Town Meals | 06/15/06 | Reese RG | 8.46 |
| Out-of-Town Meals | 06/15/06 | Reese RG | 64.28 |
| Out-of-Town Meals | 06/15/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 06/15/06 | Reese RG | 2.36 |
| Out-of-Town Meals | 06/15/06 | Meisler RE | 15.97 |
| Out-of-Town Meals | 06/18/06 | Wharton JN | 7.24 |
| Out-of-Town Meals | 06/18/06 | Lange RJ | 35.77 |
| Out-of-Town Meals | 06/18/06 | Reese RG | 45.01 |
| Out-of-Town Meals | 06/18/06 | Reese RG | 2.44 |
| Out-of-Town Meals | 06/18/06 | Herriott AV | 7.04 |
| Out-of-Town Meals | 06/19/06 | Wharton JN | 6.93 |
| Out-of-Town Meals | 06/19/06 | Wharton JN | 32.48 |
| Out-of-Town Meals | 06/19/06 | Reese RG | 30.72 |
| Out-of-Town Meals | 06/19/06 | Reese RG | 38.12 |
| Out-of-Town Meals | 06/19/06 | Reese RG | 74.91 |
| Out-of-Town Meals | 06/19/06 | Herriott AV | 39.32 |
| Out-of-Town Meals | 06/20/06 | Reese RG | 78.89 |
| Out-of-Town Meals | 06/20/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 06/21/06 | Lyons JK | 90.02 |
| Out-of-Town Meals | 06/21/06 | Reese RG | 5.99 |
| Out-of-Town Meals | 06/22/06 | Reese RG | 10.01 |
| Out-of-Town Meals | 06/22/06 | Reese RG | 5.38 |
| Out-of-Town Meals | 06/22/06 | Lyons JK | 26.38 |
| Out-of-Town Meals | 06/26/06 | Meisler RE | 4.28 |
| Out-of-Town Meals | 06/26/06 | Meisler RE | 5.45 |
| Out-of-Town Meals | 06/27/06 | Lyons JK | 31.32 |
| Out-of-Town Meals | 06/28/06 | Lyons JK | 11.74 |

| | | |
|---|---|---|
| **TOTAL OUT-OF-TOWN MEALS** | | **$1,581.00** |
| Printing to paper from 06/19/06 TIF | Copy Center, D | 1,576.00 |

| | | |
|---|---|---|
| **TOTAL PRINTING TO PAPER FROM TIF** | | **$1,576.00** |
| Contracted Catering-NY 06/15/06 | Meisler RE | 705.08 |

B43E

| | | | |
|---|---|---|---|
| Contracted Catering-NY | 06/20/06 | Butler, Jr. J | 247.92 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$953.00** |
| Wireless - Mo-bile/Cellular/Pager | 05/15/06 | Meisler RE | 49.86 |
| Wireless - Mo-bile/Cellular/Pager | 06/15/06 | Meisler RE | 73.14 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$123.00** |
| | | **TOTAL MATTER** | **$21,642.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 08/31/06
Asset Dispositions (General)                               Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/18/06 | 2.40 | CONTINUE TO PREPARE FOR JULY 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CONTESTED MOBILEAREA SALE MOTION INCLUDING REVIEW AND ANALYSIS OF PURCHASER TERMINATION LETTER (0.4), CONFERENCES WITH CLIENT AND WORKING GROUP RE SAME AND BIDDER NEGOTIATIONS (0.8), REVIEW OF REVISED DEAL AND PREPARATION FOR HEARING (1.2). |
| BUTLER, JR. J | 07/19/06 | 0.80 | PREPARE FOR (0.4) AND PARTICIPATE IN (0.4) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CONTESTED MOBILEAREA SALE MOTION. |
| BUTLER, JR. J | 07/23/06 | 0.40 | REVIEW DOCUMENTS RE MOBILEAREA PURCHASER TERMINATION LETTER AND DISPUTE RE GOOD FAITH DEPOSIT (0.4). |
| | | **3.60** | |
| HIESTAND NL | 07/24/06 | 1.70 | TELECONFERENCE WITH BR, OTHERS RE: 363 SALES STRATEGY; REVIEW AND REVISE PENSION LANGUAGE (1.7). |
| | | **1.70** | |
| LYONS JK | 07/03/06 | 2.40 | REVIEW OF MOBILEARIA DOCUMENTS AND BIDDING PACKAGES AND PREPARATION FOR AUCTION (2.4). |
| LYONS JK | 07/05/06 | 4.60 | PREPARATION FOR MOBILEARIA AUCTION INCLUDING REVIEW OF BID MATERIALS AND PROCEDURES AND STRATEGIES RE: THE SAME (4.6). |
| LYONS JK | 07/06/06 | 13.50 | PARTICIPATION IN MOBILEARIA AUCTION INCLUDING NEGOTIATIONS OF BID ENHANCEMENTS AND CONDUCT OF AUCTION (13.5). |
| LYONS JK | 07/07/06 | 3.20 | POST-AUCTION WRAP UP AND FOLLOW UP ON CONFORMING MATTERS AND NOTICES (3.2). |
| LYONS JK | 07/10/06 | 10.60 | PREPARATION FOR AND PARTICIPATION IN PEGASUS DRAFTING/NEGOTIATION SESSION (10.6). |
| LYONS JK | 07/11/06 | 1.10 | REVIEW OF MOBILEARIA PRESS RELEASE ISSUES AND OTHER POST-AUCTION MATTERS (1.1). |
| LYONS JK | 07/12/06 | 1.50 | REVIEW OF MOBILEARIA NOTICES AND OTHER MATTERS (1.1) AND PROJECT RHODES CIM ISSUES (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LYONS JK | 07/14/06 | 3.60 | CONFERENCES RE: MOBILEARIA CLOSING ISSUES INCLUDING VERIZON AND OTHER MATTERS (2.2) AND CONFERENCE WITH PEGASUS BIDDER COUNSEL RE: BIDDING PROCEDURES AND OTHER ISSUES AND CONFERENCE WITH CLIENT (1.4). |
| LYONS JK | 07/18/06 | 13.60 | NEGOTIATIONS WITH VERIZON, MOBILEARIA, @ROAD AND WIRELESS MATRIX, REVISIONS TO AGREEMENT AND SALE ORDER, COORDINATION WITH BOARD, COMMITTEE AND OTHER CONSTITUENCIES, AND REVIEW OF HEARING MATERIALS (13.6). |
| LYONS JK | 07/19/06 | 1.10 | FOLLOW UP RE: MOBILEARIA CLOSING ISSUES (1.1). |
| LYONS JK | 07/20/06 | 6.60 | MOBILEARIA SALE ISSUES INCLUDING RESPONSE TO @ROAD TERMINATION, OTHER CLOSING ISSUES AND STRATEGIES RE: THE SAME (3.1) AND CONFERENCES WITH BOARD, MANAGEMENT AND OTHER CONSTITUENTS (3.5). |
| LYONS JK | 07/21/06 | 3.50 | REVIEW OF RESPONSE TO @ROAD TERMINATION AND REVIEW OF APA AND STRATEGIES RE: THE SAME (3.5). |
| LYONS JK | 07/24/06 | 2.10 | REVIEW AND REVISIONS TO RESPONSE TO @ROAD TERMINATION AND CONFERENCE WITH CLIENT (2.1). |
| LYONS JK | 07/27/06 | 3.80 | VARIOUS MOBILEARIA ISSUES AND BOARD CALL (3.4) AND PROJECT RHODES FOLLOW UP (0.4). |
| LYONS JK | 07/28/06 | 3.10 | ATTENTION TO MISCELLANEOUS MOBILEARIA CLOSING MATTERS INCLUDING IP ISSUES AND OTHER CLOSING ISSUES (3.1). |
| LYONS JK | 07/31/06 | 2.70 | FOLLOW UP RE: MOBILEARIA, JCI TRANSACTIONS AND MISCELLANEOUS TASKS (1.4) AND TELECONFERENCE AND DEVELOPED STRATEGIES RE: PROJECT RHODES (1.3). |
| | | **77.00** | |
| MARAFIOTI KA | 07/10/06 | 0.20 | ANALYSIS OF ORDINARY COURSE ASSET PURCHASE (0.2). |
| MARAFIOTI KA | 07/14/06 | 0.30 | CORRESPONDENCE AND COMMUNICATIONS FROM ORACLE RE: MOBILEARIA SALE (0.3). |
| MARAFIOTI KA | 07/28/06 | 0.60 | REVIEW AND REVISE MOBILEARIA MOTION (0.4) AND ORDER (0.2) TO ASSUME AND ASSIGN CONTRACTS. |
| MARAFIOTI KA | 07/30/06 | 1.20 | WORK ON RESPONSES TO MTI OBJECTION TO SECURED CLAIM (1.2). |
| MARAFIOTI KA | 07/31/06 | 0.30 | FINALIZE MTI RESPONSIVE PLEADINGS (0.3). |
| | | **2.60** | |
| **Total Partner** | | **84.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 07/06/06 | 0.30 | TELECONFERENCE WITH H. STEEL OF BP RE: MOBILE ARIA SALE (0.2); TELECONFERENCES WITH T. GAY OF CISCO RE: MOBILE ARIA SALE (0.1). |
| MATZ TJ | 07/07/06 | 1.40 | CONTINUE TO REVIEW OF ACQUISITION COMPANY/CALL OPTION QUESTION (0.7); REVIEW AND COMMENT ON CALL OPTION IN BANKRUPTCY MEMO AND FORWARD TO H. SARIMIDA (0.7). |
| MATZ TJ | 07/11/06 | 0.20 | REVIEW AND COMMENT ON A.T. KEARNEY REVISED ORDER AS PER UCC REQUEST (0.2). |
| MATZ TJ | 07/14/06 | 0.30 | TELECONFERENCE FROM TRAVELER'S RE: MOBILE ARIA SALE (0.2); FOLLOW UP TELECONFERENCE WITH R. REESE RE: SAME (0.1). |
| MATZ TJ | 07/20/06 | 0.40 | FOLLOW UP RE: MOBILE ARIA ORDER (0.2); TELECONFERENCE WITH CHAMBERS RE: MOBILE ARIA ORDER (0.2). |
| MATZ TJ | 07/21/06 | 0.90 | FOLLOW UP RE: STATUS OF MOBILE ARIA ORDER FOR ENTRY (0.4); TELECONFERENCE WITH CHAMBERS RE: MOBILE ARIA ORDER (0.3); CORRESPONDENCE TO CHAMBERS RE: SAME (0.2). |
| MATZ TJ | 07/24/06 | 0.20 | FURTHER REVIEW OF MATTERS RE: MOBILE ARIA (0.2). |
| MATZ TJ | 07/25/06 | 0.80 | REVIEWING MATTER OF CERTIFIED COPIES OF COURT ORDER FOR CLOSING (0.2); TWO TELECONFERENCES WITH CHAMBERS RE; SAME (0.3); REVIEWING REQUEST AND ARRANGEMENTS RE: SAME (0.3). |
| | | **4.50** | |
| RAMLO K | 07/21/06 | 1.30 | ANALYSIS RE: TRANSFER OF LLC INTERESTS (1.3). |
| RAMLO K | 07/26/06 | 0.20 | CONTINUE LLC DISPOSITION ANALYSIS (0.2). |
| RAMLO K | 07/27/06 | 3.30 | CONTINUE ANALYSIS OF LLC TRANSFER AND REVISIONS TO MEMORANDUM (3.3). |
| RAMLO K | 07/28/06 | 7.50 | REVIEW CASE LAW, REVIEW AND REVISE MEMORANDUM OF LLC INTERESTS (7.5). |
| RAMLO K | 07/30/06 | 2.60 | CONTINUE REVISING MEMO ON LLC TRANSFER (2.6). |
| RAMLO K | 07/31/06 | 4.30 | FINISH DRAFTING AND REVISING MEMORANDUM ON LLC INTERESTS (4.3). |
| | | **19.20** | |
| **Total Counsel** | | **23.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HERRIOTT AV | 07/05/06 | 3.60 | REVIEW AND REVISE MATERIALS IN PREPARATION OF MOBILEARIA AUCTION (3.4); CONFERENCE WITH C. BRANSON (0.1) AND B. ADRIAN (0.1) RE: SAME. |
| HERRIOTT AV | 07/06/06 | 0.50 | RESPOND TO VARIOUS MATTERS RELATING TO THE MOBILEARIA AUCTION (0.5). |
| HERRIOTT AV | 07/07/06 | 2.70 | CONDUCT FOLLOW UP FROM MOBILEARIA AUCTION (0.9); REVIEW AND PREPARE ASSUMPTION AND ASSIGNMENT NOTICES FOR FILING AND SERVICE (1.8). |
| HERRIOTT AV | 07/10/06 | 1.90 | CONDUCT FOLLOW UP ON VARIOUS MOBILEARIA NOTICE MATTERS AND ISSUES WITH VARIOUS MOBILEARIA SUPPLIERS (1.9). |
| HERRIOTT AV | 07/11/06 | 0.90 | CONTINUE CONDUCTING POST-AUCTION FOLLOW UP (0.5); RESEARCH PRECEDENT FOR NOTICE OF TRANSCRIPT FILING (0.4). |
| HERRIOTT AV | 07/12/06 | 0.20 | REVIEW AND RESPOND TO QUESTIONS RE: MOBILEARIA NOTICES (0.2). |
| HERRIOTT AV | 07/13/06 | 1.60 | REVIEW AND REVISE MOBILEARIA SCRIPT AND PROFFER (1.6). |
| | | **11.40** | |
| HOUSTON BM | 07/19/06 | 6.60 | ANALYZE LLC AGREEMENT (3.9); RESEARCH ISSUES RE: DELAWARE LLC ACT (2.7). |
| HOUSTON BM | 07/20/06 | 9.00 | CONTINUE RESEARCHING ISSUES RE: MEMBERSHIP INTEREST IN LLC AND 365 (3.0); CONTINUE RESEARCHING ISSUES RE: RIGHT OF FIRST REFUSAL (2.8); DRAFT MEMO RE: SAME (3.2). |
| HOUSTON BM | 07/21/06 | 8.90 | CONTINUE DRAFTING MEMO RE: LLC MEMBERSHIP INTEREST ISSUES (8.9). |
| HOUSTON BM | 07/22/06 | 2.10 | CONTINUE DRAFTING MEMO RE: LLC ISSUES (2.1). |
| HOUSTON BM | 07/23/06 | 4.20 | CONTINUE DRAFTING MEMO RE: LLC ISSUES (4.2). |
| HOUSTON BM | 07/24/06 | 7.80 | CONTINUE RESEARCHING ISSUES RE: LLC AND RIGHT OF FIRST REFUSAL (2.4); CONTINUE RESEARCHING ISSUES RE: LLC AND 365 (1.5); CONTINUE DRAFTING MEMO RE: SAME (3.9). |
| HOUSTON BM | 07/25/06 | 9.60 | CONTINUE DRAFTING MEMO RE: LLC ISSUES (4.8); CONTINUE RESEARCH RE: LLC ISSUES AND RIGHT OF FIRST REFUSAL (1.7); BEGIN REVISION OF MEMO (3.1). |
| HOUSTON BM | 07/27/06 | 3.90 | CONTINUE REVISION OF LLC MEMO (3.9). |
| HOUSTON BM | 07/28/06 | 3.20 | CONTINUE REVISING MEMO RE: LLC ISSUES (3.2). |
| HOUSTON BM | 07/31/06 | 1.70 | CONTINUE REVISION OF MEMO RE: LLC ISSUES (1.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**57.00**

| | | | |
|---|---|---|---|
| MEISLER RE | 07/14/06 | 0.20 | RESPOND TO INQUIRY RE: NEW BRUNSWICK TRANSACTION (0.2). |
| MEISLER RE | 07/17/06 | 0.90 | REVIEW STATUS OF MOBILEARIA SALE AND NEGOTIATIONS WITH VERIZON (0.5); TELECONFERENCE WITH S. CORCORAN RE: COOPERSVILLE (0.3); TELECONFERENCE WITH A. VANDENBERG RE: SALE OF SPARK PLUGS (0.1). |
| MEISLER RE | 07/18/06 | 2.90 | REVIEW AND ANALYZE VERIZON OBJECTION TO SALE OF MOBILEARIA (0.5); REVIEW AND COMMENT ON DRAFT RESPONSE RE: SAME (1.9); REVIEW HEARING PREP RE: SAME (0.5). |
| MEISLER RE | 07/20/06 | 0.30 | REVIEW STATUS OF REVISIONS TO MOBILEARIA SALE AGREEMENT (0.3). |
| MEISLER RE | 07/23/06 | 0.40 | DRAFT CORRESPONDENCE RE: COOPERSVILLE (0.4). |
| MEISLER RE | 07/24/06 | 1.00 | CONTINUED ANALYSIS OF POTENTIAL COOPERSVILLE TRANSACTION (1.0). |
| MEISLER RE | 07/26/06 | 0.30 | RESPOND TO INQUIRY RE: PEGASUS SALE (0.3). |
| MEISLER RE | 07/27/06 | 0.40 | REVIEW DLA INTERPLEADER (0.4). |
| MEISLER RE | 07/28/06 | 0.20 | ATTENTION TO TRANSFER OF DEED RE: NEW BRUNSWICK (0.2). |

**6.60**

| | | | |
|---|---|---|---|
| REESE RG | 07/01/06 | 0.20 | REVIEW AND RESPOND TO ISSUES RE: MOBILEARIA SALE (0.2). |
| REESE RG | 07/02/06 | 0.30 | REVIEW AND RESPOND TO ISSUES RE: MOBILEARIA SALE (0.3). |
| REESE RG | 07/03/06 | 0.20 | REVIEW AND RESPOND TO ISSUES RE: MOBILEARIA SALE (0.2). |
| REESE RG | 07/04/06 | 0.60 | REVIEW AND RESPOND TO ISSUES RE: MOBILEARIA SALE (0.6). |
| REESE RG | 07/05/06 | 5.30 | TELECONFERENCE WITH COUNSEL TO SUN MICROSYSTEMS RE: MOBILEARIA (0.2); PREPARATIONS FOR MOBILEARIA AUCTION (5.1). |
| REESE RG | 07/06/06 | 14.90 | PREPARE FOR AND PARTICIPATE AT MOBILEARIA AUCTION (12.3); PARTICIPATE IN BOARD OF DIRECTORS MEETING RE: SAME (1.2); DRAFT COMMUNICATIONS MATERIALS RE: SAME (1.4). |

B43E

REESE RG        07/07/06    7.70  PARTICIPATE IN CONFERENCE CALLS RE:
                                  MOBILEARIA TRANSACTION (1.6); REVISE
                                  ASSET PURCHASE AGREEMENT AND OTHER
                                  DOCUMENTS PER AUCTION RESULTS (2.8);
                                  REVIEW DOCUMENTS RE: SAME (0.8);
                                  COORDINATE ISSUES RE: NOTICE OF
                                  ASSIGNMENT TO @ROAD (0.5); RESPOND TO
                                  NUMEROUS OTHER ISSUES RELATED TO
                                  MOBILEARIA TRANSACTION (2.0).

REESE RG        07/08/06    2.20  REVIEW AND REVISE PURCHASE AGREEMENT
                                  WITH @ROAD (2.2).

REESE RG        07/10/06    7.90  RESPOND TO INQUIRIES RE: PEGASUS
                                  TRANSACTION (0.6); TELECONFERENCES
                                  WITH COUNSEL TO PURCHASER, COUNSEL TO
                                  CONTRACT COUNTERPARTIES, CLIENT AND
                                  CO-COUNSEL FOR MOBILEARIA TRANSACTION
                                  RE: MULTIPLE ISSUES RELATED THERETO
                                  (2.5); REVIEW AND REVISE DOCUMENTS RE:
                                  SAME (2.1); REVIEW AND RESPOND TO ISSUES
                                  RE: NOTICES TO CONTRACT PARTIES (0.8);
                                  REVIEW AND RESPOND TO NUMEROUS
                                  ANCILLARY ISSUES RE: MOBILEARIA SALE
                                  (1.9).

REESE RG        07/11/06    7.50  REVIEW AND RESPOND TO ISSUES RE: PROJECT
                                  RHODES (0.4); REVIEW AND RESPOND TO
                                  NUMEROUS ISSUES RE: MOBILEARIA SALE
                                  (2.0); REVIEW AND REVISE DOCUMENTS RE:
                                  SAME (3.2); TELECONFERENCES RE: SAME
                                  (1.9).

REESE RG        07/12/06    7.20  REVIEW PROJECT RHODES DOCUMENTS (0.9);
                                  REVIEW AND RESPOND TO ISSUES RE:
                                  MOBILEARIA SALE TRANSACTION (3.1);
                                  DRAFT AND REVISE DOCUMENTS RE:
                                  MOBILEARIA SALE (0.8); COORDINATION RE:
                                  FILING AND NOTICE RE: SAME (0.4);
                                  TELECONFERENCES RE: ABOVE (2.0).

REESE RG        07/13/06    8.30  TELECONFERENCE RE: MOBILEARIA (1.2);
                                  REVIEW AND RESPOND TO NUMEROUS ISSUES
                                  RE: MOBILEARIA SALE (3.5); REVISE
                                  DOCUMENTS RE: SAME (2.0); NUMEROUS
                                  TELECONFERENCES RE: SAME (1.6).

REESE RG        07/14/06    6.40  TELECONFERENCES RE: MOBILEARIA (1.8);
                                  REVIEW AND RESPOND TO NUMEROUS ISSUES
                                  RE: MOBILEARIA TRANSACTION (1.5); CALLS
                                  RE: SAME (3.1).

REESE RG        07/15/06    2.90  CALLS RE: MOBILEARIA SALE ISSUES (0.9);
                                  REVIEW AND RESPOND TO VARIOUS ISSUES RE:
                                  MOBILEARIA SALE (0.8); REVISE DOCUMENTS
                                  RE: SAME (1.2).

REESE RG        07/16/06    1.30  REVISE MOBILEARIA SALE ORDER (1.3).

REESE RG        07/17/06   10.60  NUMEROUS CALLS AND EMAILS RE:
                                  MOBILEARIA SALE AND SALE HEARING (4.9);
                                  REVIEW VERIZON OBJECTION (0.8);
                                  DRAFTING RESPONSE TO VERIZON OBJECTION
                                  (3.1); COMPLETE VARIOUS TASKS IN
                                  PREPARATION FOR SALE HEARING (1.8).

8                                                                    B43E

REESE RG        07/18/06    18.40   NUMEROUS TELECONFERENCES AND EMAILS RE:
                                    MOBILEARIA SALE AND SALE HEARING
                                    (12.7); CONTINUE DRAFTING RESPONSE TO
                                    VERIZON OBJECTION (1.1); COMPLETE
                                    VARIOUS TASKS IN PREPARATION FOR SALE
                                    HEARING (3.2); REVISE AND FINALIZE SALE
                                    ORDER AND SCHEDULES AND OTHER DOCUMENTS
                                    FOR HEARING (1.4).

REESE RG        07/19/06    11.90   MEETING WITH B. SCHUMACHER RE:
                                    MOBILEARIA HEARING (0.8); ATTEND
                                    HEARING RE: MOBILEARIA SALE (4.8);
                                    REVISE WIRELESS MATRIX APA (2.5);
                                    REVISE MOBILEARIA PRESENTATION FOR UCC
                                    (0.4); REVIEW ISSUES RE: PROLIFICX
                                    (0.5); REVIEW ISSUES RE: @ROAD
                                    PURPORTED TERMINATION (1.3); RESPOND TO
                                    NUMEROUS CALLS AND EMAILS RE:
                                    MOBILEARIA SALE ISSUES (1.6).

REESE RG        07/20/06    11.00   RESPOND TO ISSUES RELATED TO @ROAD
                                    PURPORTED TERMINATION (3.8); REVISE
                                    SALE ORDER, APA AND OTHER DOCUMENTS
                                    (0.9); NUMEROUS CALLS AND EMAILS RE:
                                    SAME (4.7); PARTICIPATE IN MOBILEARIA
                                    BOARD OF DIRECTORS MEETING (1.2);
                                    COMMUNICATIONS RE: ENTRY OF THE ORDER
                                    (0.4).

REESE RG        07/21/06     2.10   TELECONFERENCES AND DRAFTING RE: @ROAD
                                    PURPORTED TERMINATION (1.6);
                                    TELECONFERENCES AND FOLLOW UP RE: ENTRY
                                    OF MOBILEARIA SALE ORDER (0.5).

REESE RG        07/23/06     0.70   REVISE LETTER RE: MOBILEARIA/@ROAD
                                    (0.7).

REESE RG        07/24/06     4.70   REVIEW AND RESPOND TO NUMEROUS ISSUES
                                    RE: MOBILEARIA SALE AND CLOSING THEREOF
                                    (1.6); REVIEW DOCUMENTS RE: REJECTION
                                    OF REMAINING MOBILEARIA AGREEMENTS
                                    (0.3); TELECONFERENCES RE: ABOVE (2.8).

REESE RG        07/25/06     4.30   COORDINATE GETTING CERTIFIED COPIES OF
                                    BIDDING PROCEDURES AND SALE ORDERS PER
                                    SALE AGREEMENT (0.6); REVISE DOCUMENTS
                                    RE: REJECTION OF AGREEMENTS (1.0);
                                    REVIEW AND RESPOND TO MULTIPLE ISSUES
                                    RELATING TO MOBILEARIA SALE (1.4);
                                    TELECONFERENCES RE: SAME (1.3).

REESE RG        07/26/06     6.00   REVIEW AND RESPOND TO MULTIPLE ISSUES
                                    RE: MOBILEARIA SALE CLOSING (3.9);
                                    TELECONFERENCES AND EMAILS RE: SAME
                                    (1.5); REVIEW INTERPLEADER FILED BY DLA
                                    PIPER (0.6).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| REESE RG | 07/27/06 | 5.20 | TELECONFERENCE RE: MOBILEARIA ISSUES (1.1); REVISE MOTION TO REJECT AND ASSUME/ASSIGN REMAINING CONTRACTS OF MOBILEARIA (0.8); DRAFT ANCILLARY DOCUMENT RE: SAME (0.7); REVIEW AND RESPOND TO NUMEROUS OTHER ISSUES RELATED TO MOBILEARIA SALE CONSUMMATION (1.7); TELECONFERENCES AND EMAILS RE: SAME (0.9). |
| REESE RG | 07/28/06 | 4.80 | REVIEW AND RESPOND TO ISSUES RE: OPEN MOBILEARIA SALE TRANSACTION ISSUES (2.6); NUMEROUS CALLS AND EMAILS RE: SAME (1.5); FINALIZE MOTION TO REJECT AND ASSUME/ASSIGN REMAINING CONTRACTS (0.7). |
| REESE RG | 07/31/06 | 5.20 | REVIEW AND RESPOND TO CLOSING ISSUES RE: MOBILEARIA SALE (3.1); TELECONFERENCES RE: SAME (1.6); DRAFT LETTER RE: @ROAD (0.5). |
| | | **157.80** | |
| **Total Associate** | | **232.80** | |
| DEMMA J | 07/10/06 | 1.40 | PREPARE/DISTRIBUTE NOTICE OF CURE AMOUNT RE: ENTERPRISE INFORMATION SOLUTIONS (0.6); PREPARE AFFIDAVIT OF SERVICE RE: NOTICE OF CURE AMOUNT FOR ENTERPRISE INFORMATION SOLUTIONS (0.8). |
| DEMMA J | 07/11/06 | 0.60 | UPDATE AFFIDAVIT OF SERVICE RE: NOTICE OF CURE AMOUNT RE: ENTERPRISE INFORMATION SOLUTIONS (0.6). |
| DEMMA J | 07/12/06 | 0.60 | PREPARE EXHIBIT FOR MOBILARIA ORDER (0.6). |
| DEMMA J | 07/13/06 | 0.60 | UPDATE/FILE AFFIDAVIT OF SERVICE RE: CURE NOTICE FOR ENTERPRISE INFORMATION SOLUTIONS (0.6). |
| DEMMA J | 07/27/06 | 1.10 | PREPARE MATERIALS RE: MOBILARIA ADVERSARY COMPLAINT FOR ATTORNEY REVIEW (1.1). |
| | | **4.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ROSEN R          07/13/06       1.30   REVIEW, COMPILE MOBILEARIA PLEADINGS,
                                       SUPPORTING DOCUMENTS FOR 7/19 HEARING
                                       BINDER (1.3).

ROSEN R          07/18/06       1.60   INVESTIGATION, RESEARCH, COMPILE AND
                                       FORWARD MOBILEARIA SPECIAL PARTIES
                                       SERVICE LIST TO S. RATNER, TOGUT RE:
                                       RESPONSE TO MOBILEARIA OBJECTION (0.9);
                                       FORWARD, REVIEW WITH KCC RE: SAME (0.3);
                                       MONITOR CASE DOCKET, COMPILE AND REVIEW
                                       FILED RESPONSE TO VERIZON'S OBJECTION
                                       FOR CITATIONS RE: UPDATING 7/19 HEARING
                                       CASE LAW BINDER (0.4).

ROSEN R          07/21/06       1.40   REVIEW CASE DOCKET AND COMPILE
                                       MOBILEARIA ASSET SALE ORDER (0.4);
                                       REVIEW ENTRY STATUS, SERVICE OF SAME
                                       WITH TEAM ATTORNEY (0.2); COMPILE,
                                       FORWARD AND REVIEW SERVICE PREPARATION,
                                       COMPLETION STATUS RE: MOBILEARIA ASSET
                                       SALE ORDER WITH E. GERSHBEIN, KCC (0.8).

ROSEN R          07/24/06       0.70   REVIEW CASE DOCKET RE: HARBINGER FINAL
                                       TRADING ORDER (0.4); COMPILE, FORWARD
                                       AND REVIEW SERVICE PREPARATIONS   WITH
                                       KCC RE: SERVICE OF SAME (0.3).

ROSEN R          07/26/06       1.40   REVIEW CASE DOCKET, COMPILE AND FORWARD
                                       CORRECTED MOBILEARIA ORDER TO KCC
                                       (0.4); REVIEW MOBILEARIA AND HARBINGER
                                       ORDERS' SERVICE PREPARATIONS (0.4) AND
                                       MONITOR SERVICE COMPLETION STATUS WITH
                                       KCC RE: SAME (0.3); REVIEW CASE DOCKET,
                                       COMPILE AND FORWARD DLA PIPER
                                       (MOBILEARIA) INTERPLEADER COMPLAINT TO
                                       TEAM ATTORNEYS (0.3).

ROSEN R          07/27/06       0.40   FURTHER REVIEW DRAFT MOBILEARIA
                                       CONTRACT REJECTION LIST RE: PREPARATION
                                       FOR SERVICE OF UPCOMING MOTION (0.3);
                                       REVIEW STATUS WITH KCC RE: SAME (0.1).

ROSEN R          07/28/06       0.70   COMPILE, REVIEW, FORWARD INFORMATION
                                       RE: MOBILEARIA REJECTION CONTRACTS,
                                       DPAC TECHNOLOGIES, SPECIAL PARTIES TO
                                       KCC (0.3); REVIEW MOBILEARIA CONTRACT
                                       REJECTION/ASSUMPTION MOTION SERVICE,
                                       COMPLETION STATUS WITH KCC (0.4).

                                7.50

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SALAZAR AG | 07/05/06 | 1.00 | CONFIRM COURT REPORTER ATTENDANCE AT AUCTION (0.3); DISTRIBUTE AGREEMENTS REQUESTED (0.2); RESPOND TO REQUESTS FOR DOCUMENTS (0.5). |
| SALAZAR AG | 07/17/06 | 0.50 | PREPARE AUCTION TRANSCRIPT FOR CHAMBERS, AS REQUESTED (0.5). |
| | | 1.50 | |
| ZSOLDOS AF | 07/25/06 | 3.80 | RESEARCH PROCEDURES FOR OBTAINING A CERTIFIED COPY OF A COURT DOCUMENT AND PREPARING TO HEAD TO COURT (0.7); TRIP TO AND FROM COURT TO OBTAIN CERTIFIED COPIES OF MOBILEARIA BIDDING PROCEDURES ORDER AND ORDER APPROVING SALE (2.8); CORRESPONDENCE RE: MAILING OF THE ABOVE (0.3). |
| ZSOLDOS AF | 07/26/06 | 0.30 | DISTRIBUTE CERTIFIED ORDERS RE: BIDDING PROCEDURES AND APPROVAL OF SALE (0.3). |
| | | 4.10 | |

**Total Legal Assistant**          17.40

| | | | |
|---|---|---|---|
| WORSCHECK TM | 07/13/06 | 1.10 | UPDATE ASSIGNMENT/ASSUMPTION LIST (1.1). |
| | | 1.10 | |
| Total Legal Assistant Support | | 1.10 | |

**TOTAL TIME**          <u>359.90</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 08/31/06**
**Asset Dispositions (General)**                                **Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/05/06 | Reese RG | 746.44 |
| Air/Rail Travel - vendor feed | 07/05/06 | Lyons JK | 737.11 |
| Air/Rail Travel - vendor feed | 07/17/06 | Reese RG | 1,108.29 |
| Air/Rail Travel - vendor feed | 07/17/06 | Fern BM | 755.72 |
| Air/Rail Travel - vendor feed | 07/18/06 | Lyons JK | 549.24 |
| Air/Rail Travel - vendor feed | 07/19/06 | Lyons JK | 449.83 |
| Air/Rail Travel - vendor feed | 07/20/06 | Fern BM | 55.79 |
| Air/Rail Travel - vendor feed | 07/25/06 | Reese RG | 375.58 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$4,778.00** |
| In-house Reproduction | 07/07/06 | Copy Center, D | 372.89 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 4.51 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 17.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$395.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 8.52 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 11.94 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.50 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$23.00** |
| Westlaw | 07/16/06 | Reese RG | 69.34 |
| Westlaw | 07/20/06 | Reese RG | 18.31 |
| Westlaw | 07/24/06 | Houston BM | 19.85 |
| Westlaw | 07/27/06 | Ramlo K | 216.98 |
| Westlaw | 07/28/06 | Houston BM | 90.52 |
| | | **TOTAL WESTLAW** | **$415.00** |

B43E

| | | | |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 07/31/06 | Teleconferencing Services, LLC | 34.39 |
| Vendor Hosted Telecon-ferencing | 07/31/06 | Teleconferencing Services, LLC | 3.16 |
| Vendor Hosted Telecon-ferencing | 07/31/06 | Teleconferencing Services, LLC | 10.45 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$48.00** |
| Out-of-Town Travel | 07/06/06 | Reese RG | 285.79 |
| Out-of-Town Travel | 07/07/06 | Reese RG | 285.79 |
| Out-of-Town Travel | 07/07/06 | Reese RG | 78.00 |
| Out-of-Town Travel | 07/19/06 | Reese RG | 798.33 |
| Out-of-Town Travel | 07/21/06 | Reese RG | 185.79 |
| Out-of-Town Travel | 07/21/06 | Reese RG | 124.00 |
| Out-of-Town Travel | 07/21/06 | Reese RG | 425.63 |
| Out-of-Town Travel | 07/28/06 | Reese RG | 78.00 |
| Out-of-Town Travel | 07/28/06 | Reese RG | 301.99 |
| Out-of-Town Travel | 07/28/06 | Reese RG | 640.68 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$3,204.00** |
| Filing/Court Fees | 07/25/06 | Zsoldos AF | 50.00 |
| | | **TOTAL FILING/COURT FEES** | **$50.00** |
| Messengers/ Courier | 07/02/06 | Arrow Messenger Svc | 25.59 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 9.40 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 17.22 |
| Messengers/ Courier | 07/19/06 | Dist Serv/Mail/Page, D | 21.79 |
| | | **TOTAL MESSENGERS/ COURIER** | **$74.00** |
| Out-of-Town Meals | 07/05/06 | Reese RG | 7.71 |
| Out-of-Town Meals | 07/05/06 | Reese RG | 3.71 |
| Out-of-Town Meals | 07/05/06 | Reese RG | 6.26 |
| Out-of-Town Meals | 07/07/06 | Reese RG | 5.04 |
| Out-of-Town Meals | 07/17/06 | Reese RG | 12.34 |
| Out-of-Town Meals | 07/17/06 | Reese RG | 66.25 |
| Out-of-Town Meals | 07/18/06 | Meisler RE | 5.46 |
| Out-of-Town Meals | 07/18/06 | Reese RG | 180.17 |
| Out-of-Town Meals | 07/19/06 | Reese RG | 15.27 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 07/19/06 | Reese RG | 4.98 |
| Out-of-Town Meals | 07/20/06 | Reese RG | 7.07 |
| Out-of-Town Meals | 07/20/06 | Reese RG | 6.00 |
| Out-of-Town Meals | 07/21/06 | Reese RG | 7.85 |
| Out-of-Town Meals | 07/21/06 | Reese RG | 5.39 |
| Out-of-Town Meals | 07/25/06 | Reese RG | 27.56 |
| Out-of-Town Meals | 07/26/06 | Reese RG | 7.17 |
| Out-of-Town Meals | 07/26/06 | Reese RG | 6.00 |
| Out-of-Town Meals | 07/27/06 | Reese RG | 17.72 |
| Out-of-Town Meals | 07/28/06 | Reese RG | 7.15 |
| Out-of-Town Meals | 07/28/06 | Reese RG | 47.22 |
| Out-of-Town Meals | 07/28/06 | Reese RG | 5.68 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$452.00** |
| Court Reporting | 07/24/06 | Esquire Deposition Services LLC | 5,070.00 |
| | | **TOTAL COURT REPORTING** | **$5,070.00** |
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 8.79 |
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 45.97 |
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 0.24 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$55.00** |
| | | **TOTAL MATTER** | **$14,564.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Asset Dispositions (General)**

**Bill Date: 09/30/06**
**Bill Number: 1128097**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GIBSON ML | 08/13/06 | 1.80 | REVIEW AND COMMENT ON INFORMATION MEMO FOR COCKPITS AND INTERIOR SYSTEMS (1.8). |
| GIBSON ML | 08/14/06 | 0.20 | TELECONFERENCES WITH CLIENT AND INTERNALLY RE: ICS INFORMATION MEMO (0.2). |
| GIBSON ML | 08/15/06 | 1.10 | REVIEW AND COMMENT ON ICS INFORMATION MEMO (1.1). |
| | | **3.10** | |
| LYONS JK | 08/01/06 | 3.20 | DEVELOP MOBILEARIA AND JCI/NEW BRUNSWICK STRATEGIES AND ADVICE RE: @ROAD DEPOSIT ISSUE (3.2). |
| LYONS JK | 08/03/06 | 3.80 | REVIEW AND REVISIONS TO @ROAD LETTER AND CONFERENCE WITH CLIENT RE: STRATEGIES (2.1); REVIEW OF SETTLEMENT PROCEDURES RE: @ROAD SETTLEMENT AND CONFERENCE WITH COMMITTEE COUNSEL RE: THE SAME (1.7). |
| LYONS JK | 08/04/06 | 3.90 | REVIEW OF MOBILEARIA PROCEEDS ISSUES, DIP ORDER AND CASH MANAGEMENT ORDER AND CONFERENCE WITH CLIENT AND LATE DISCOVERED CONTRACT REJECTION ISSUES (3.9). |
| LYONS JK | 08/07/06 | 4.80 | REVIEW OF CLAIMS STRATEGIES INCLUDING POSSIBLE EXPEDITED STRATEGIES AND REVIEW OF @ROAD SETTLEMENT DOCUMENTS AND STIPULATION (4.8). |
| LYONS JK | 08/10/06 | 1.10 | REVIEW OF CIM (1.1). |
| LYONS JK | 08/11/06 | 1.20 | TELECONFERENCE RE: MOBILEARIA PROCEEDS AND NEXT STEPS (1.2). |
| LYONS JK | 08/16/06 | 3.10 | CONFERENCE WITH S. DANIELS AND OTHERS RE: DIVESTITURES PROCESS, CONTRACT ASSUMPTION AND OTHER MATTERS AND FOLLOW UP ON OTHER DIVESTITURES MATTERS (3.1). |
| LYONS JK | 08/22/06 | 1.60 | MEETING WITH CLIENT RE: DIVESTITURES UPDATE AND NEXT STEP (1.6). |
| LYONS JK | 08/28/06 | 5.40 | REVIEW OF FORM MSA AND COMMENTS RE: THE SAME (5.4). |
| LYONS JK | 08/30/06 | 3.20 | CONTINUE TO REVIEW AND MARK UP OF MSA AND CONFERENCE WITH M. FUKUDA RE: THE SAME (3.2). |
| LYONS JK | 08/31/06 | 2.10 | REVIEW OF ISSUES RE: ASHIMORI AND CONFERENCES WITH S. CORCORAN AND OTHERS (2.1). |
| | | **33.40** | |

4

B43E

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 08/10/06 | 0.90 | REVIEW AND REVISE MEMO RE: POSSIBLE SALE OF LLC INTEREST (0.9). |
| MARAFIOTI KA | 08/22/06 | 0.20 | REVIEW NOTICE OF DE MINIMIS ASSET AND EQUIPMENT SALE TO GREAT AMERICAN GROUP RE: FLINT, MICHIGAN FACILITY (0.2). |
| MARAFIOTI KA | 08/31/06 | 0.10 | CONSIDER ISSUES RE: ASHIMORI JOINT VENTURE (0.1). |
| | | **1.20** | |
| **Total Partner** | | **37.70** | |
| GRANT K | 08/03/06 | 2.70 | REVIEW INFORMATION RELATING TO PURCHASE/DISSOLUTION OF DELPHI AUTOMOTIVE SYSTEMS ASHINORI LLC AND RESEARCH RE: SAME; DRAFT TIMELINE IN CONNECTION WITH PURCHASE (2.7). |
| GRANT K | 08/04/06 | 0.40 | FINALIZE TIMELINE WITH RESPECT TO DISSOLUTION OF DELPHI AUTOMOTIVE SYSTEMS ASHINORI AND CONFERENCE WITH R. MEISLER RE: SAME (0.4). |
| GRANT K | 08/08/06 | 1.70 | REVIEW EMAIL INQUIRY FROM IKON RE: LEASED OFFICE EQUIPMENT AND ANALYSIS RE: SAME (0.9); TELECONFERENCE WITH IKON AND CLIENT RE: SAME (0.5); DRAFT MEMO TO R. MEISLER RE: SAME (0.3). |
| GRANT K | 08/21/06 | 1.10 | REVIEW DETAILS OF PROPOSED ACQUISITION OF ASHIMORI JOINT VENTURE AND DRAFT EMAIL/MEMO TO R. MEISLER RE: SAME (1.1). |
| GRANT K | 08/22/06 | 0.90 | DRAFT PRESENTATION MATERIALS FOR UCC MEETING RE: ASHIMORI ACQUISITION (0.9). |
| GRANT K | 08/31/06 | 0.10 | REVIEW EMAIL FROM R. MEISLER RE: ASHIMORI TRANSACTION (0.1). |
| | | **6.90** | |
| HOUSTON BM | 08/03/06 | 1.30 | REVIEW C&A SALE MOTION RE: LLC ISSUES (1.3). |
| HOUSTON BM | 08/16/06 | 1.30 | BEGIN REVISING MEMO RE: LLC ISSUES (1.3). |
| HOUSTON BM | 08/17/06 | 2.70 | CONTINUE REVISING MEMO RE: LLC ISSUES (1.2); CONTINUE ANALYSIS OF EXECUTORY CONTRACT ISSUES RE: SAME (1.5). |
| HOUSTON BM | 08/21/06 | 2.50 | CONTINUE ANALYSIS OF EXECUTORY CONTRACT ISSUES RE: LLC (2.5). |
| HOUSTON BM | 08/24/06 | 1.10 | CONTINUE REVISION OF LLC MEMO (1.1). |
| HOUSTON BM | 08/31/06 | 6.10 | CONTINUE RESEARCHING ISSUES RE: LLC MATTER (3.8); CONTINUE REVISING MEMO (2.3). |
| | | **15.00** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

JJINGO MJ         08/14/06      1.40  TELECONFERENCE WITH A. VANDERBERGH AT
                                      DELPHI RE: SECOND PART OF SPARK PLUGS
                                      SALE; BEGIN TO REVIEW AGREEMENT AND
                                      DRAFT NOTICE OF SALE (1.4).

JJINGO MJ         08/15/06      1.20  CONTINUE TO REVIEW GREAT AMERICAN SPARK
                                      PLUGS AGREEMENT AND DRAFT AND REVISE
                                      NOTICE OF SALER RE: THE SAME (1.2).

JJINGO MJ         08/18/06      0.60  CORRESPOND WITH A. VANDERBERGH RE:
                                      GREAT AMERICAN TRANSACTION AND REVIEW
                                      MATERIALS RE: THE SAM (0.6).

JJINGO MJ         08/21/06      2.10  TELECONFERENCE WITH A. VANDENBERGH AT
                                      DELPHI RE: GREAT AMERICAN TRANSACTION;
                                      REVIEW AGREEMENT RE: THE SAME (1.2);
                                      EVALUATE SAME (0.9).

JJINGO MJ         08/22/06      3.70  PREPARE, REVIEW AND REVISE GREAT
                                      AMERICAN SALE NOTICE (3.7).

JJINGO MJ         08/23/06      2.10  PREPARE GREAT AMERICAN NOTICE OF SALE
                                      FOR FILING AND SERVICE (2.1).

                               11.10

MEISLER RE        08/01/06      0.20  DRAFT CORRESPONDENCE TO B. SHAW RE:
                                      POTENTIAL PURCHASER (0.2).

MEISLER RE        08/02/06      0.10  REVIEW NEW BRUNSWICK PRESS RELEASE
                                      (0.1).

MEISLER RE        08/03/06      0.30  REVIEW CORRESPONDENCE RE: POTENTIAL
                                      ASHIMORI TRANSACTION (0.3).

MEISLER RE        08/04/06      0.10  DRAFT CORRESPONDENCE TO R. BERRY RE:
                                      POTENTIAL ASHIMORI TRANSACTION (0.1).

MEISLER RE        08/09/06      0.10  DRAFT INTERNAL CORRESPONDENCE RE:
                                      MOBILEARIA (0.1).

MEISLER RE        08/10/06      0.20  REVIEW SETTLEMENT RE: MOBILEARIA AND
                                      @ROADS (0.2).

MEISLER RE        08/15/06      0.20  HEARING PREPARATION RE: MOBILEARIA
                                      (0.2).

MEISLER RE        08/19/06      0.80  REVIEW SALE AGREEMENT RE: SPARK PLUGS
                                      (0.4); REVIEW NOTICE PRE DE MINIMIS
                                      ORDER RE: SAME (0.2); DRAFT INTERNAL
                                      CORRESPONDENCE RE: SAME (0.2).

MEISLER RE        08/21/06      0.50  REVIEW POTENTIAL TRANSACTION WITH JOINT
                                      VENTURE (0.5).

MEISLER RE        08/23/06      0.30  REVIEW NOTICE RE: SALE OF SPARK PLUGS
                                      (0.2); DRAFT CORRESPONDENCE RE: SAME
                                      (0.1).

MEISLER RE        08/25/06      0.30  DRAFT CORRESPONDENCE TO K. SIMON RE:
                                      SALE OF SPARK PLUGS (0.1); DRAFT
                                      CORRESPONDENCE TO E. GERSHBEIN RE: SAME
                                      (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE      08/31/06      0.50  CONFERENCE WITH S. CORCORAN RE:
                                    ASHIMORI TRANSACTION (0.2); DRAFT
                                    FOLLOW UP INTERNAL CORRESPONDENCE RE:
                                    SAME (0.3).

                              3.60

OLASKY P        08/14/06      2.90  REVIEW ICS CIM (2.9).

                              2.90

REESE RG        08/02/06      1.60  RESPOND TO ISSUES RE: MOBILEARIA SALE
                                    (1.2); REVIEW PRESENTATION MATERIALS
                                    RE: SAME (0.4).

REESE RG        08/04/06      2.80  TELECONFERENCES RE: MOBILEARIA
                                    CONTRACTS MOTION (2.3); REVIEW OF
                                    DOCUMENTS RE: SAME (0.5).

REESE RG        08/07/06      2.30  RESPOND TO ISSUES RE: MOBILEARIA
                                    CONTRACTS MOTION (1.4);
                                    TELECONFERENCES RE: SAME (0.9).

REESE RG        08/08/06      2.20  ADDRESS ISSUES RE: MOBILEARIA CONTRACTS
                                    MOTION (0.7); CORRESPONDENCE AND
                                    TELECONFERENCES RE: SAME (1.5).

REESE RG        08/09/06      0.60  DRAFT NOTICE RE: MOBILEARIA CONTRACTS
                                    MOTION (0.6).

REESE RG        08/10/06      1.10  RESPOND TO ISSUES RE: MOBILEARIA
                                    CONTRACTS MOTION (0.7); RESPOND TO
                                    ISSUES RE: MOBILEARIA INTERPLEADER
                                    (0.4).

REESE RG        08/11/06      1.40  TELECONFERENCE RE: PROCEEDS OF
                                    MOBILEARIA SALE (0.5); DRAFT DOCUMENTS
                                    RE: MOBILEARIA CONTRACTS MOTION (0.7);
                                    TELECONFERENCE WITH M. RIELA RE: SAME
                                    (0.2).

REESE RG        08/14/06      0.40  RESPOND TO INQUIRIES RE: MOBILEARIA
                                    CONTRACT MOTION (0.4).

REESE RG        08/16/06      0.40  REVISE AND FINALIZE ORDER RE:
                                    MOBILEARIA CONTRACTS MOTION (0.4).

REESE RG        08/22/06      0.30  REVIEW MOBILEARIA SHAREHOLDER NOTICE
                                    (0.3).

REESE RG        08/24/06      0.20  TELECONFERENCE WITH M. DENSMORE RE:
                                    PROJECT POLO (0.2).

REESE RG        08/28/06      0.20  RESPOND TO INQUIRIES RE: MOBILEARIA
                                    SALE (0.2).

REESE RG        08/29/06      1.80  REVISE FORM MASTER SALE AGREEMENT
                                    (1.8).

                             15.30

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| **Total Associate** | | **54.80** | |
|---|---|---|---|
| DEMMA J | 08/10/06 | 4.30 | PREPARE DOCUMENTS FOR CLOSING SET FOR MOBILEARIA, INC. (4.3). |
| DEMMA J | 08/11/06 | 1.10 | UPDATE MOBILEARIA CLOSING SET (1.1). |
| | | **5.40** | |
| **Total Legal Assistant** | | **5.40** | |
| **TOTAL TIME** | | **97.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                         Bill Date: 09/30/06
Asset Dispositions (General)                     Bill Number: 1128097

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/01/06 | Lyons JK | 640.43 |
| Air/Rail Travel - vendor feed | 08/01/06 | Lyons JK | 205.72 |
| Air/Rail Travel - vendor feed | 08/02/06 | Lyons JK | 159.12 |
| Air/Rail Travel - vendor feed | 08/03/06 | Lyons JK | 527.80 |
| Air/Rail Travel - vendor feed | 08/03/06 | Lyons JK | -482.80 |
| Air/Rail Travel - vendor feed | 08/15/06 | Lyons JK | 1,613.39 |
| Air/Rail Travel - vendor feed | 08/16/06 | Lyons JK | 487.46 |
| Air/Rail Travel - vendor feed | 08/22/06 | Lyons JK | 700.88 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,852.00** |
| In-house Reproduction | 08/04/06 | Copy Center, D | 1.50 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 1.20 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 08/15/06 | Copy Center, D | 31.52 |
| In-house Reproduction | 08/15/06 | Copy Center, D | 568.08 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 1.20 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 0.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$604.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 2.28 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.54 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.18 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Westlaw | 08/09/06 | Grant K | 0.98 |
| Westlaw | 08/21/06 | Grant K | 34.02 |
| | | **TOTAL WESTLAW** | **$35.00** |
| Out-of-Town Travel | 08/02/06 | Lyons JK | 226.85 |
| Out-of-Town Travel | 08/02/06 | Lyons JK | 40.01 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 08/02/06 | Lyons JK | 111.65 |
| Out-of-Town Travel | 08/16/06 | Lyons JK | 64.01 |
| Out-of-Town Travel | 08/16/06 | Lyons JK | 258.06 |
| Out-of-Town Travel | 08/23/06 | Lyons JK | 216.31 |
| Out-of-Town Travel | 08/23/06 | Lyons JK | 64.01 |
| Out-of-Town Travel | 08/23/06 | Lyons JK | 241.64 |
| Out-of-Town Travel | 08/30/06 | Lyons JK | 226.85 |
| Out-of-Town Travel | 08/30/06 | Lyons JK | 214.75 |
| Out-of-Town Travel | 08/30/06 | Lyons JK | 64.01 |
| Out-of-Town Travel | 08/30/06 | Lyons JK | 226.85 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,955.00** |
| Out-of-Town Meals | 08/01/06 | Neuman SS | 5.93 |
| Out-of-Town Meals | 08/01/06 | Lyons JK | 179.92 |
| Out-of-Town Meals | 08/15/06 | Lyons JK | 89.96 |
| Out-of-Town Meals | 08/16/06 | Lyons JK | 11.74 |
| Out-of-Town Meals | 08/22/06 | Lyons JK | 224.90 |
| Out-of-Town Meals | 08/30/06 | Lyons JK | 23.55 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$536.00** |
| Contracted Catering-NY | 08/09/06 | Butler, Jr. J | 1,448.57 |
| Contracted Catering-NY | 08/14/06 | Butler, Jr. J | 269.62 |
| Contracted Catering-NY | 08/18/06 | Butler, Jr. J | 134.81 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$1,853.00** |
| | | **TOTAL MATTER** | **$8,839.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                   **Bill Date: 10/31/06**
**Asset Dispositions (General)**                               **Bill Number: 1127729**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 09/01/06 | 2.20 | REVIEW OF MSA FORM OF APA (2.2). |
| LYONS JK | 09/05/06 | 2.10 | ANSWER VARIOUS DIVESTITURE QUESTIONS, REVIEW OF TIMELINES AND OTHER MATTERS (2.1). |
| LYONS JK | 09/13/06 | 1.20 | REVIEW OF FLEXNGATE NDA ISSUES AND OTHER DIVESTITURE ISSUES (1.2). |
| LYONS JK | 09/21/06 | 3.10 | REVIEW OF TERM SHEET AND COMMENTS RE: THE SAME AND OTHER DIVESTITURE MATTERS AND STRATEGY DEVELOPMENT (3.1). |
| LYONS JK | 09/22/06 | 2.30 | REVIEW OF CIS TERM SHEET AND CLOSURES TERM SHEET AND CONFERENCE WITH M. FUKUDA (2.3). |
| | | **10.90** | |
| **Total Partner** | | **10.90** | |
| GRANT K | 09/13/06 | 0.30 | EMAIL WITH D. BERRY RE: POTENTIAL PURCHASE OF SU INTEREST (0.3). |
| GRANT K | 09/21/06 | 0.40 | EMAIL WITH S. CORCORAN (0.2); TELECONFERENCE WITH COUNSEL FOR COMERICA RE: PURCHASE OF EQUIPMENT (0.2). |
| GRANT K | 09/27/06 | 0.20 | TELECONFERENCE WITH S. CORCORAN RE: POTENTIAL PURCHASE OF EQUIPMENT FROM COMERICA (0.2). |
| GRANT K | 09/29/06 | 0.20 | EMAIL WITH R. MCDOWELL RE: RESOLUTION OF COMERICA DISPUTE (0.2). |
| | | **1.10** | |
| HOUSTON BM | 09/01/06 | 2.20 | COMPLETE RESEARCH RE: LLC ISSUES (1.2); FINALIZE MEMO RE: SAME (1.0). |
| | | **2.20** | |
| REESE RG | 09/13/06 | 0.40 | RESPOND TO INQUIRIES RE: MOBILEARIA TRANSACTION (0.4). |
| REESE RG | 09/18/06 | 0.80 | TELECONFERENCES AND CORRESPONDENCE WITH D. LADDIN RE: MOBILEARIA ISSUES (0.8). |
| REESE RG | 09/19/06 | 0.60 | PARTICIPATE IN MEETING RE: ASSET DISPOSITIONS (0.6). |
| REESE RG | 09/27/06 | 0.40 | RESPOND TO INQUIRIES RE: RHODES TRANSACTION (0.4). |
| | | **2.20** | |
| **Total Associate** | | **5.50** | |
| **TOTAL TIME** | | **16.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Asset Dispositions (General)**

**Bill Date: 10/31/06**
**Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.52 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.31 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.12 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Westlaw | 09/11/06 | Reese RG | 39.00 |
| | | **TOTAL WESTLAW** | **$39.00** |
| Vendor Hosted Telecon-ferencing | 09/30/06 | Teleconferencing Services, LLC | 4.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$4.00** |
| | | **TOTAL MATTER** | **$44.00** |