SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

　　　- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
　　　　　　　　　　　　　　　　　:
　　　　In re　　　　　　　　　　 :　　Chapter 11
　　　　　　　　　　　　　　　　　:
DELPHI CORPORATION, et al.,　　　:　　Case No. 05–44481 (RDD)
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Debtors.　　　:　　(Jointly Administered)
　　　　　　　　　　　　　　　　　:
------------------------------- x


EXHIBIT D-8
AUTOMATIC STAY (RELIEF ACTIONS)
794.2 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/06**
**Automatic Stay (Relief Actions)**                            **Bill Number: 1128095**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/18/06 | 0.60 | CONTINUE TO PREPARE FOR JUNE 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE FOUR CONTESTED LIFT STAY MOTIONS AND CONTESTED LIFT STAY PROCEDURES MOTION (0.6). |
| BUTLER, JR. J | 06/19/06 | 1.90 | PREPARE FOR (0.8) AND ATTEND (1.1) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: FOUR CONTESTED LIFT STAY MOTIONS AND CONTESTED LIFT STAY PROCEDURES MOTION. |
| BUTLER, JR. J | 06/20/06 | 0.60 | FOLLOW-UP ON JUNE 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: REVISIONS OF PROPOSED ORDERS FOR CONTESTED LIFT STAY MOTIONS AND CONTESTED LIFT STAY PROCEDURES MOTION (0.6). |
| | | **3.10** | |
| HOGAN III AL | 06/12/06 | 2.20 | CONDUCT MEET AND CONFER CONFERENCE WITH COUNSEL TO O'NEILL CLAIMANTS CONCERNING DISCOVERY OF INSURANCE PROGRAM INFORMATION, AND CONFIDENTIALITY PROTECTIONS WITH RESPECT TO SAME (1.2); REVIEW STATUS OF CONTESTED MATTERS IN PREPARATION FOR OMNIBUS HEARING PREPARATION (1.0). |
| HOGAN III AL | 06/14/06 | 0.60 | REVIEW AND EDIT DRAFT RESPONSE TO O'NEILL CLAIMANTS LIFT STAY PLEADING (0.6). |
| | | **2.80** | |
| MARAFIOTI KA | 06/05/06 | 0.10 | CORRESPONDENCE RE: O'NEILL MOTION (0.1). |
| MARAFIOTI KA | 06/09/06 | 1.70 | WORK ON OBJECTION TO HE SERVICES CO. MOTION (0.9); WORK ON OBJECTION TO PALMER MOTION (0.8). |
| MARAFIOTI KA | 06/12/06 | 0.20 | CONSIDER POSSIBLE SUPPLEMENTAL MOTION AND DISCOVERY ISSUES (0.2). |
| MARAFIOTI KA | 06/13/06 | 0.30 | WORK ON OBJECTION TO ATI MOTION FOR RELIEF FROM STAY (0.2); WORK ON INSURANCE ISSUES IN CONNECTION WITH PALMER MOTION FOR RELIEF FROM THE STAY (0.1). |
| MARAFIOTI KA | 06/14/06 | 1.20 | ANALYZE ISSUES RE: PALMER MOTION FOR RELIEF FROM THE STAY (0.2) AND WORK ON CORRECTED OBJECTION (0.8); REVIEW AND REVISE ACE ORDER (0.2). |
| MARAFIOTI KA | 06/15/06 | 2.10 | WORK ON CORRECTED OBJECTION TO PALMER MOTION (1.5); REVIEW O'NEILL SUPPLEMENT TO MOTION FOR RELIEF FROM STAY (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 06/20/06 | 1.10 | REVIEW AND REVISE PALMER ORDER (0.4); REVIEW AND REVISE ATI ORDER (0.4); REVIEW AND REVISE STAY PROCEDURE ORDER (0.3). |
| | | **6.70** | |
| **Total Partner** | | **12.60** | |
| MATZ TJ | 06/12/06 | 0.30 | TELECONFERENCE WITH B. FERN RE: EXTENSION FOR A.C.E. RE: LIFT STAY PROCEDURES MOTION (0.2); TELECONFERENCE TO CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 06/13/06 | 0.80 | REVIEW AND REVISE PARKER SCRIPT (0.3); REVIEW AND REVISE H.E. SERVICES SCRIPT AND PROFFER (0.5). |
| MATZ TJ | 06/14/06 | 1.50 | REVIEW OF LETTER TO CHAMBERS AND SUPPORTING MATERIALS RE: O' NEILL DISCOVERY DISPUTE (0.3); PREPARE AND FORWARD SAME TO CHAMBERS (0.2); TELECONFERENCES WITH CHAMBERS RE: O' NEIL DISCOVERY DISPUTE (0.3); REVIEW AND REVISE ATI SCRIPT/PROFFER (0.5); REVISIONS TO UTE SCRIPT AS PER REPLY (0.2). |
| MATZ TJ | 06/16/06 | 1.80 | REVIEW AND REVISE ATI SCRIPT AND PROFFER (0.4); REVIEW FOR FILING O'NEIL RESPONSE (0.3); REVIEW FOR FILING LIST STAY PROCEDURES RESPONSE (0.3) REVIEW AND REVISE O'NEIL SCRIPT (0.3); PREPARATION OF O'NEIL REVISED SCRIPT (0.2); PREPARE H.E. SERVICES REVISED SCRIPT (0.2); PREPARE PALMER REVISED SCRIPT (0.1). |
| MATZ TJ | 06/20/06 | 0.90 | ANALYZE O'NEIL INSURANCE POLICY AS REQUESTED BY COURT 6/19 (0.5); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); FURTHER REVIEW AND REVISION OF ATI ORDER (0.2). |
| MATZ TJ | 06/21/06 | 1.20 | REVIEW 6/19 TRANSCRIPT RE: REVIEW, DRAFT AND REVISE PROPOSED H.E. SERVICES ORDER (0.4); REVIEW 6/19 TRANSCRIPT RE: REVIEW, DRAFT AND REVISE PROPOSED AUTOMOTIVE TECHNOLOGIES ORDER (0.3); REVIEW 6/19 TRANSCRIPT RE: REVIEW, DRAFT AND REVISE PROPOSED O' NEIL LIFT STAY ORDER (0.5). |
| MATZ TJ | 06/26/06 | 0.40 | TELECONFERENCE WITH CONTROLLER OF AVETA RE: PROCESS TO CLOSE CASE, FINAL DISTRIBUTION TO EQUITY AND CNA LETTER OF CREDIT MATTER (0.4). |
| | | **6.90** | |
| **Total Counsel** | | **6.90** | |
| DIAZ LB* | 06/01/06 | 3.60 | DRAFT OBJECTIONS FOR PALMER AND O'NEIL LIFT STAY MOTIONS (3.6). |

B43E

DIAZ LB*        06/02/06        0.90   REVISE LIFE STAY MOTION RE: H.E.
                                       SERVICES AND PALMER (0.9).

DIAZ LB*        06/05/06        1.40   EDIT OBJECTIONS TO LIFT STAY MOTIONS RE:
                                       H.E. SERVICES, PALMER (1.4).

                               5.90

FERN BM         06/01/06        2.80   ATTENTION TO ISSUES RE: LIFT STAY
                                       PROCEDURES (0.5); EMAIL FROM P. FUGEE
                                       RE: PARKER (0.2); TELECONFERENCE WITH
                                       T. COHEN RE: WHITNEY (0.2); REVIEW ATI'S
                                       LIFT STAY MOTION (0.3); REVIEW
                                       MATERIALS RE: STATUS OF ATI MEDIATION
                                       (0.4); TELECONFERENCE WITH W. COSNOWSKI
                                       RE: ATI MOTION (0.4); ANALYSIS OF ISSUES
                                       RE: SAME (0.8).

FERN BM         06/02/06        2.60   REVIEW VARIOUS CORRESPONDENCE RE:
                                       PARKER (0.4); REVISE LIFT-STAY
                                       PROCEDURES PER UCC COMMENTS (0.5);
                                       REVIEW AND REVISE PALMER AND HE SERVICES
                                       OBJECTIONS (0.7); ATTENTION TO
                                       MECHANICS OF LIFT STAY PROCEDURES
                                       (0.4); ADDITIONAL ATTENTION TO ISSUES
                                       RE: LIFT STAY PROCEDURES (0.6).

FERN BM         06/05/06        6.50   ATTENTION TO ISSUES IN PREPARATION FOR
                                       O'NEILL HEARING (0.3); TELECONFERENCE
                                       WITH J. DERIAN RE; FLEXTECH (0.4);
                                       TELECONFERENCE WITH P. NEWTON RE: GROCE
                                       (0.3); TELECONFERENCE WITH D. SCHAFER
                                       AND J. DERIAN RE: PARKER (0.5);
                                       TELECONFERENCE WITH P. FUGEE RE:
                                       FLEXTECH (0.2); ATTENTION TO ISSUES AND
                                       DOCUMENTED FILE RE: FLEXTECH (0.6);
                                       BEGIN DRAFTING OBJECTION TO PARKER
                                       MOTION (3.6); TELECONFERENCE WITH J.
                                       CROTTY RE: O'NEILL (0.3); UPDATED LIFT
                                       STAY PROCEDURE MOTION (0.3).

FERN BM         06/06/06        3.40   REVISE LIFT STAY PROCEDURE MOTION
                                       (1.7); FINAL REVISIONS TO LIFT STAY
                                       PROCEDURE MOTION AND ORDER AND PREPARED
                                       SAME FOR FILING (1.0); TELECONFERENCE
                                       WITH J. CROTTY RE: O'NEILL (0.2);
                                       ATTENTION TO ISSUES RE: PARKER LIFT STAY
                                       MOTION (0.5).

FERN BM         06/07/06        8.20   OUTLINE ISSUES RE: PARKER LIFT STAY
                                       MOTION (0.3); EMAIL TO C. BATTAGLIA RE:
                                       ATI (0.2); EMAIL TO/FROM J. DERIAN RE:
                                       PARKER (0.2); ANALYSIS OF ISSUES RE:
                                       FLEXTECH (0.9); CONTINUE DRAFTING
                                       PARKER OBJECTION (3.2); TELECONFERENCE
                                       WITH M. REED RE: LIFT STAY PROCEDURES
                                       MOTION (0.4); EMAILS TO/FROM M. REED RE:
                                       SAME (0.3); ADDITIONAL TELECONFERENCE
                                       WITH M. REED RE: SAME (0.4); REVIEW AND
                                       REVISE OBJECTION TO ATI MOTION (2.0);
                                       EMAIL TO J. CROTTY RE: O'NEILL (0.3).

B43E

FERN BM          06/08/06      8.00    EMAIL TO/FROM P. FUGEE RE: PARKER (0.2);
                                       TELECONFERENCE WITH W. COSNOWSKI RE:
                                       ATI (0.2); CONTINUE DRAFTING OBJECTION
                                       TO ATI MOTION (4.1); REVISE OBJECTION TO
                                       ATI MOTION (3.3); EMAIL TO J. PAPELIAN
                                       RE: PALMER AND HE SERVICES (0.2).

FERN BM          06/09/06      2.40    REVIEW AND ANALYZE CORRESPONDENCE FROM
                                       J. CROTTY RE: CONFIDENTIAL DESIGNATIONS
                                       (0.3); ANALYSIS OF ISSUES RE: O'NEILL
                                       MOTION (0.5); TELECONFERENCE WITH J.
                                       CROTTY RE: O'NEILL (0.5); EMAILS
                                       TO/FROM M. REED RE: LIFT STAY PROCEDURES
                                       (0.3); EMAILS TO/FROM J. CROTTY RE:
                                       O'NEILL DISCOVERY ISSUES (0.5);
                                       ATTENTION TO ISSUES RE: SAME (0.3).

FERN BM          06/10/06      0.90    FORMULATE STRATEGY RE: O'NEILL (0.7);
                                       EMAIL FROM J. CROTTY RE: SAME (0.2).

FERN BM          06/11/06      0.30    REVIEW RESEARCH RE: DISCOVERABLE
                                       INFORMATION (0.3).

FERN BM          06/12/06      5.20    EMAIL FROM B. TELGEN RE: O'NEILL
                                       DISCOVERY (0.2); EMAIL TO J. CROTTY RE:
                                       SAME (0.2); TELECONFERENCE WITH M. REED
                                       RE: LIFT STAY PROCEDURES (0.4); PREPARE
                                       FOR MEET AND CONFER RE: O'NEILL
                                       DISCOVERY ISSUES (0.6); MEET AND CONFER
                                       WITH J. CROTTY AND R. MENAKER RE:
                                       O'NEILL DISCOVERY (0.7); EMAIL TO J.
                                       CROTTY RE: FILING DEADLINE (0.5);
                                       ATTENTION TO NOTICE PROVISIONS OF LIFT
                                       STAY PROCEDURES (0.4); TELECONFERENCE
                                       WITH B. TELGEN RE: LIFT STAY PROCEDURES
                                       (0.6); BEGIN DRAFTING LETTER TO COURT
                                       RE: CONFIDENTIAL DESIGNATIONS (0.8);
                                       REVIEW REVISIONS TO ATI OBJECTION
                                       (0.4); CONTINUE DRAFTING LATTER TO
                                       COURT RE: CONFIDENTIAL DOCUMENTS (0.4).

FERN BM          06/13/06      6.80    UPDATE SCRIPT FOR O'NEILL HEARING
                                       (0.6); DRAFT SCRIPT FOR PARKER MOTION
                                       (0.4); COMPLETE DRAFT LETTER TO COURT
                                       RE: O'NEILL DISCOVERY (2.9);
                                       TELECONFERENCE WITH M. REED RE: LIFT
                                       STAY PROCEDURES (0.2); DRAFT RESPONSE
                                       TO O'NEILLS SUPPLEMENTAL MOTION (2.2);
                                       REVISE LETTER TO CHAMBERS RE: O'NEILL
                                       (0.5).

B43E

| FERN BM | 06/14/06 | 8.50 | TELECONFERENCE WITH B. TELGEN RE: PALMER AND O'NEILL (0.6); REVISE RESPONSE TO O'NEILL SUPPLEMENT (0.9); REVISE LETTER TO COURT RE: O'NEILL DISCOVERY (0.5); FURTHER REVISIONS TO RESPONSE TO O'NEILL SUPPLEMENT (2.0); ADDITIONAL REVISIONS TO LETTER TO COURT RE: O'NEILL DISCOVERY (1.4); STRATEGY CALL RE: PALMER MOTION WITH B. TELGEN AND W. EUSTACE (0.5); EMAILS TO/FROM J. CROTTY RE: O'NEILL (0.3); REVIEW CORRESPONDENCE FROM M. REED RE: LIFT STAY PROCEDURES (0.5); REVISE LIFT STAY PROCEDURE ORDER (0.6); REVISE RESPONSE TO O'NEILL SUPPLEMENT (1.2). |
|---|---|---|---|
| FERN BM | 06/15/06 | 8.70 | REVIEW ACE'S OBJECTION TO LIFT STAY PROCEDURE MOTION (0.4); DRAFT REPLY TO O'NEILL SUPPLEMENT (2.7); CHAMBERS CONFERENCE RE: CONFIDENTIALITY OF DOCUMENTS PRODUCED TO O'NEILL (0.2); BEGIN DRAFTING REPLY TO ACE'S OBJECTION (3.3); TELECONFERENCE WITH W. SIMKULAK RE: LIFT STAY PROCEDURES (0.4); REVIEW AND REVISE SCRIPT FOR O'NEILL HEARING (1.2); REVIEW AND REVISE RESPONSE TO LIFT STAY OBJECTION (0.5). |
| FERN BM | 06/16/06 | 6.00 | MULTIPLE TELECONFERENCES WITH W. SIMKULAK RE: LIFT STAY PROCEDURES (0.5); MULTIPLE TELECONFERENCES WITH W. TELGEN RE: LIFT STAY PROCEDURES (0.4); REVISE LIFT STAY PROCEDURE ORDER (1.2); REVISE LIFT STAY PROCEDURE RESPONSE (1.1) AND PREPARE FOR CONTESTED HEARING (0.9); REVISE RESPONSE TO O'NEILL SUPPLEMENT (1.2) AND PREPARE FOR CONTESTED HEARING (0.7). |
| FERN BM | 06/17/06 | 0.30 | REVISE LIFT STAY PROCEDURE ORDER (0.3). |
| FERN BM | 06/18/06 | 0.90 | REVIEW PLEADINGS RE: O'NEILL (0.5); REVIEW PLEADINGS RE: LIFT STAY PROCEDURES (0.4). |
| FERN BM | 06/19/06 | 3.00 | PREPARE FOR OMNIBUS HEARING RE: LIFT STAY PROCEDURES AN O'NEILL (2.4); REVISE LIFT STAY PROCEDURES ORDER (0.3); ATTENTION TO INSURANCE POLICIES RE: O'NEILL (0.3). |
| FERN BM | 06/20/06 | 2.00 | TELECONFERENCE WITH P. FUGEE RE: PARKER (0.3); REVISE LIFT STAY PROCEDURE ORDER (1.2); ADDITIONAL REVISIONS TO SAME (0.5). |
| FERN BM | 06/21/06 | 1.20 | FURTHER REVISIONS TO LIFT STAY PROCEDURES ORDER (0.6); EMAIL TO B. STEINGART AND M. REED RE: LIFT STAY PROCEDURES (0.2); EMAILS TO/FROM W. SIMKULAK RE: LIFT STAY PROCEDURES ORDER (0.4). |
| FERN BM | 06/22/06 | 0.50 | EMAILS TO/FROM W. SIMKULAK RE: LIFT STAY PROCEDURES ORDER (0.5). |

31                                                              B43E

| FERN BM | 06/23/06 | 0.20 | ATTENTION TO ISSUES RE: ORLICK LIFT STAY MOTION (0.2). |
| FERN BM | 06/26/06 | 0.20 | EMAILS FROM R. VANLEUVEN RE: WHITNEY (0.2). |
| | | **78.60** | |
| HOUSTON BM | 06/23/06 | 1.30 | BEGIN REVIEWING ORLICK MOTION (1.3). |
| HOUSTON BM | 06/24/06 | 2.30 | CONTINUE REVIEW OF ORLICK MOTION AND RELATED DOCS (1.3); BEGIN REVIEW OF ELMORE MOTION AND RELATED DOCS (1.0). |
| HOUSTON BM | 06/25/06 | 2.30 | BEGIN REVIEW OF GROCE MOTION AND RELATED DOCUMENTS (2.3). |
| HOUSTON BM | 06/26/06 | 8.20 | CONTINUE REVIEW OF GROCE MOTION AND RELATED DOCUMENTS (1.8); EVALUATE ORLIK MOTION (2.4); ANALYZE ISSUES RE: ELMORE MOTION (3.5); TELECONFERENCE WITH G. DICONZA RE: ORLIK MOTION (0.5). |
| HOUSTON BM | 06/27/06 | 7.60 | CONTINUE ANALYSIS OF ISSUES RE: ELMORE MOTION (2.5); TELECONFERENCE WITH F. KUPLICKI TO DISCUSS STRATEGY RE: ORLIK MOTION (0.7); BEGIN REVIEW OF ISSUES RE: LIFT STAY PROCEDURES AND GROCE MOTION (3.3); DRAFT CORRESPONDENCE TO B. SAX RE: GROCE AND ELMORE MOTIONS (0.3); BEGIN REVIEW OF ISSUES RE: AVAILABILITY OF INSURANCE (0.8). |
| HOUSTON BM | 06/28/06 | 6.20 | TELECONFERENCE WITH B. TELGEN RE: INSURANCE ISSUES RE: LIFT STAY MOTIONS (0.7); ANALYZE INSURANCE ISSUES RE: ORLIK MOTION (1.6); TELECONFERENCE WITH T. SPIRES RE: ELMORE (0.8); DRAFT CORRESPONDENCE TO G. DICONZA RE: CONTINUING ORLIK MOTION (0.3); STRATEGIZE RE: ELMORE MOTION (2.8). |
| HOUSTON BM | 06/29/06 | 6.90 | BEGIN DRAFTING OMNIBUS OBJ. TO LIFT STAY MOTIONS (3.2); TELECONFERENCE WITH T. SPIRES RE: ELMORE MOTION (0.7); STRATEGIZE RE: ELMORE MOTION (2.3); TELECONFERENCE WITH B. TELGEN RE: INSURANCE ISSUES RE: TO GROCE AND ELMORE MOTIONS (0.5); REVISE CORRESPONDENCE TO G. DICONZA RE: CONTINUING ORLIK MOTION (0.2). |
| HOUSTON BM | 06/30/06 | 7.40 | RESEARCH ISSUES RE: GROCE LIFT STAY MOTION (2.3); BEGIN DRAFTING OBJECTION TO SAME (2.5); TELECONFERENCE WITH L. MILLIKEN RE: GROCE MOTION (0.9); TELECONFERENCE WITH T. SPIRES RE: ELMORE MOTION (0.6); TELECONFERENCE WITH G. MOORE RE: ELMORE MOTION (0.9); DRAFT CORRESPONDENCE TO G. MOORE RE: CONTINUING ELMORE MOTION (0.2). |
| | | **42.20** | |
| MEISLER RE | 06/01/06 | 1.10 | REVIEW AND COMMENT ON LIFT STAY OBJECTION RE: H.E. SERVICES (1.1). |

B43E

| MEISLER RE | 06/02/06 | 0.20 | ATTENTION TO FLEX-TECH LIFT STAY (0.1); TELECONFERENCE WITH H. BAER RE: LIFT STAY MOTIONS (0.1). |

MEISLER RE      06/02/06      0.20  ATTENTION TO FLEX-TECH LIFT STAY (0.1);
                                    TELECONFERENCE WITH H. BAER RE: LIFT
                                    STAY MOTIONS (0.1).

MEISLER RE      06/06/06      1.70  REVIEW OBJECTION TO H.E. SERVICE LIFT
                                    STAY MOTION (0.6); REVIEW MOTION TO
                                    APPROVE LIFT STAY PROCEDURES (1.1).

MEISLER RE      06/07/06      0.40  REVIEW OBJECTION TO PALMER MOTION TO
                                    LIFT STAY (0.4).

MEISLER RE      06/09/06      1.30  CONTINUE REVIEW OF OBJECTION TO H.E.
                                    SERVICES LIFT STAY MOTION (0.5); REVIEW
                                    RESPONSES FROM O'NEILL'S COUNSEL RE:
                                    LIFT STAY MOTION AND CHALLENGE TO
                                    CONFIDENTIALITY DESIGNATION (0.3) AND
                                    ANALYZE SAME (0.5).

MEISLER RE      06/10/06      1.50  REVIEW AND ANALYZE CORRESPONDENCE FROM
                                    COUNSEL TO O'NEILL (0.7); REVIEW CASE
                                    LAW RE: SAME (0.8).

MEISLER RE      06/12/06      2.80  BEGIN TO PREPARE FOR CONTESTED HEARING
                                    RE: H.E. SERVICES LIFT STAY MOTION
                                    (0.5), PALMER LIFT STAY MOTION (0.4),
                                    ATI LIFT STAY MOTION (0.3), AND O'NEILL
                                    LIFT STAY MOTION (0.6); CONTINUED
                                    ATTENTION TO O'NEILL'S CHALLENGE TO
                                    CONFIDENTIALITY OF DOCUMENTS PRODUCED
                                    (0.3); REVIEW DEBTORS' OBJECTION TO ATI
                                    LIFT STAY MOTION (0.7).

MEISLER RE      06/13/06      0.90  CONTINUE PREPARING FOR CONTESTED
                                    HEARING RE: LIFT STAY PROCEDURES MOTION
                                    (0.4) AND O'NEILL MOTION TO LIFT STAY
                                    (0.5).

MEISLER RE      06/14/06      1.00  REVIEW RESPONSE TO OBJECTIONS RE: LIFT
                                    STAY PROCEDURES (0.4); REVIEW RESPONSE
                                    TO O'NEILL SUPPLEMENT (0.6).

MEISLER RE      06/15/06      0.80  REVIEW DEBTORS' CORRECTED OBJECTION RE:
                                    PALMER LIFT STAY MOTION (0.8).

MEISLER RE      06/16/06      0.90  REVIEW AND FINALIZE RESPONSE RE: LIFT
                                    STAY PROCEDURES (0.6); REVIEW OBJECTION
                                    FILED BY V. MASTOMARCO RE: CORRECTED
                                    OBJECTION TO PALMER LIFT STAY MOTION
                                    (0.3).

MEISLER RE      06/20/06      4.00  REVIEW ORDER RE: PRELIMINARY HEARING ON
                                    H.E. SERVICES ORDER (0.6); REVIEW
                                    TRANSCRIPT RE: SAME (0.4); CONFERENCE
                                    WITH K. ZAMBRANO RE: RESEARCH FOR BRIEF
                                    TO BE FILED FOR JULY OMNIBUS HEARING
                                    (0.3); REVIEW TRANSCRIPT RE: ATI'S LIFT
                                    STAY MOTION (0.3); COMMENT ON ORDER RE:
                                    ATI LIFT STAY MOTION (0.5); REVIEW
                                    TRANSCRIPT RE: PALMER LIFT STAY MOTION
                                    (0.3); REVIEW ORDER RE: SAME (0.3);
                                    REVIEW TRANSCRIPT RE: LIFT STAY
                                    PROCEDURES (0.3); REVIEW CHANGES TO
                                    ORDER RE: SAME (0.5); FURTHER REVISE
                                    LIFT STAY PROCEDURES ORDER (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 06/21/06 | 1.50 | FURTHER REVIEW AND MODIFY LIFT STAY PROCEDURES ORDER (0.4); FURTHER REVIEW AND MODIFY PLAMER LIFT STAY ORDER (0.3); FURTHER REVIEW AND MODIFY H.E. SERVICES ORDER RE: PRELIMINARY HEARING RE: LIFT STAY (0.5); FURTHER REVIEW COMMENTS TO ATI'S LIFT STAY ORDER (0.3). |
| MEISLER RE | 06/22/06 | 0.40 | REVIEW CORRESPONDENCE FROM COUNSEL TO ATI RE: COMMENTS TO ATI LIFT STAY ORDER (0.1); REVIEW COMMENTS TO LIFT STAY ORDERS (0.3). |
| MEISLER RE | 06/23/06 | 0.60 | REVIEW FINAL VERSION OF ORDER RE: LIFT STAY PROCEDURES (0.3); REVIEW LETTER TO CHAMBERS RE: SAME (0.3). |
| | | **19.10** | |
| ZAMBRANO K | 05/01/06 | 2.50 | REVISE STIPULATION RE: PALMER LIFT STAY MOTION (0.4); CONTACT DEBTORS' LOCAL COUNSEL FOR PALMER RE: SAME (0.2); REVIEW COMPLAINTS FILED AGAINST THE DEBTORS RE: PREPETITION CLAIMS AND DRAFT LETTERS RE: VIOLATION OF STAY RE: B. HERNANDEZ (0.5); SCHILL (0.6); MARK PYC (0.4); REVIEW COMPLAINT FILED AGAINST DEBTORS RE: PREPETITION CLAIMS RE: WORLDWIDE BATTERY (0.4). |
| ZAMBRANO K | 05/02/06 | 5.20 | REVISE LETTERS RE: VIOLATION OF STAY RE: B. HERNANDEZ (0.5); SCHILL (0.3); MARK PYC (0.3); RESEARCH CASE LAW RE: REQUIREMENTS TO LIFT THE STAY (0.8); REVISE OBJECTION RE: H.E. SERVICES (2.4); TELECONFERENCE WITH DEBTORS' LOCAL COUNSEL RE: PALMER (0.2); REVISE STIPULATION AND AGREED ORDER RE: PALMER (0.7). |
| ZAMBRANO K | 05/03/06 | 1.30 | REVIEW AND REVISE OBJECTION RE: H.E. SERVICES LIFT STAY MOTION (0.7); REVIEW COMMENTS TO O'NEILL STIPULATION BY O'NEILL'S ATTORNEY AND REVISE SAME (0.6). |
| ZAMBRANO K | 05/04/06 | 2.10 | TELECONFERENCE WITH M. SOBEIRAY RE: GROCE MOTION TO LIFT THE STAY (0.2); CONTACT O'NEILL ATTORNEY RE: HEARING DATE (0.2); CORRESPOND WITH V. MASTROMARCO RE: HEARING FOR H.E. SERVICES AND PALMER LIFT STAY MOTIONS (0.2); REVIEW AND REVISE O'NEILL STIPULATION RE: DISCOVERY (1.2); REVISE PROPOSED STIPULATION RE: PALMER LIFT STAY MOTION (0.3). |
| ZAMBRANO K | 05/09/06 | 0.40 | TELECONFERENCE WITH V. MASTROMARCO RE: PALMER STIPULATION (0.2); CORRESPOND WITH ATTORNEY FOR O'NEILL RE: DISCOVERY (0.2). |

B43E

| ZAMBRANO K | 05/10/06 | 3.70 | REVISE OBJECTION RE: H.E. SERVICES LIFT STAY MOTION (1.6); RESEARCH CASE LAW RE: AUTOMATIC STAY (0.4); REVIEW ISSUES RE: PALMER OBJECTION (0.4); DISCUSS STATUS OF H.E. SERVICES CASE WITH LOCAL COUNSEL (0.2); TELECONFERENCE ATTORNEY D. STAAB RE: ALFARO IN RESPONSE TO LETTER (0.2); CORRESPOND WITH J. DERIAN RE: O'NEILL DISCOVERY RE: LIFT STAY (0.2); MULTIPLE TELECONFERENCES WITH WITH J. CROTTY RE: SAME (0.4); AND DRAFT CORRESPONDENCE TO J. CROTTY RE: SAME (0.3). |

| ZAMBRANO K | 05/11/06 | 2.10 | CONTINUE REVISING OBJECTION TO H.E. SERVICES' LIFT STAY MOTION (1.4); AND CORRESPOND WITH B. TELGEN RE: SAME (0.2); CONTACT OFFICE OF G. MOORE RE: RE ELMORE LIFT STAY MOTION (0.2); AND FOLLOWUP RE: SAME (0.1); FOLLOWUP AGAIN WITH ATTORNEY D. STAAB IN RESPONSE TO LETTER RE: ALFARO LITIGATION (0.2). |

| ZAMBRANO K | 05/12/06 | 1.50 | REVIEW AND REVISE LETTERS RE: VIOLATIONS OF THE LIFT STAY MOTION RE: MARK PYC (0.4); B. HERNANDEZ (0.2); AND M. SCHILL (0.2); DISCUSS H.E. SERVICES AND PALMER LIFT STAY MOTIONS WITH V. MASTROMARCO (0.1); DRAFT LETTER TO SAME (0.3); REVIEW ISSUES RE: H.E. SERVICES OBJECTION (0.3). |

| ZAMBRANO K | 05/15/06 | 2.60 | REVISE OBJECTION TO C. PALMER LIFT STAY MOTION (1.1); ADDRESS ISSUES RE: O'NEILL LIFT STAY MOTION (0.3); REVIEW LIFT STAY MOTION AND RELATED DOCUMENTS RE: E. PARKER (1.0) AND TELECONFERENCE ATTORNEY RE: SAME (0.2). |

| ZAMBRANO K | 05/16/06 | 1.40 | REVIEW DOCUMENTS RELATED TO THE PARKER LIFT STAY MOTION, INCLUDING THE UNDERLYING PLEADINGS AND SETTLEMENT AGREEMENTS (0.8); MULTIPLE TELECONFERENCES WITH DELPHI'S LOCAL COUNSEL RE: SAME (0.6). |

| ZAMBRANO K | 06/07/06 | 0.30 | RESEARCH ISSUES RE: PARKER LIFT STAY MOTION (0.3). |

| ZAMBRANO K | 06/08/06 | 0.40 | TELECONFERENCE WITH J. DERIAN RE: OBJECTION TO H.E. SERVICES AND PALMER (0.1) AND DRAFT CORRESPONDENCE RE: SAME (0.2); CONTACT ATTORNEY FOR H.E. SERVICES AND PALMER RE: HEARING (0.1). |

| ZAMBRANO K | 06/12/06 | 4.80 | REVIEW AND REVISE OBJECTION TO ATI LIFT STAY MOTION (1.2); BEGIN DRAFTING SCRIPTS AND PROFFERS IN PREPARATION FOR THE OMNIBUS HEARING FOR (A) H.E. SERVICES' OBJECTION (1.7); AND PALMER'S OBJECTION (1.9). |

B43E

| ZAMBRANO K | 06/13/06 | 7.70 | DRAFT SCRIPT AND PROFFER FOR ATI OBJECTION IN PREPARATION FOR OMNIBUS HEARING (1.2); REVISE SAME (0.6); REVISE SCRIPTS AND PROFFERS FOR (A) H.E. SERVICES' OBJECTION (1.0) AND PALMER'S OBJECTION (1.0); AND O'NEILLS' OBJECTION (0.8); FINALIZE ATI OBJECTION TO BE FILED TODAY (1.1); MULTIPLE TELECONFERENCES AND CORRESPONDENCE WITH B. TELGEN RE: INSURANCE AND PALMER LIFT STAY OBECTION AND ADDRESS ISSUES RELATED TO SAME (0.9); BEGIN DRAFTING CORRECTED OBJECTION RE: SAME (1.1). |

| ZAMBRANO K | 06/14/06 | 6.60 | TELECONFERENCE WITH CLIENT AND MARSH RE: IMPLICATIONS OF INSURANCE COMPANY'S LIQUIDATION RE: ISSUES SURROUNDING PALMER'S LIFT STAY MOTION (0.6); MULTIPLE TELECONFERENCES WITH B. TELGEN RE: INSURANCE ISSUES RE: PALMER LIFT STAY MOTION (1.4); MULTIPLE TELECONFERENCES WITH C. BEATTY (DELPHI) AND CORRESPONDENCE RE: SAME (0.9); REVISE PALMER LIFT STAY CORRECTED OBJECTION (1.3); CONTINUE PREPARING FOR HEARING, INCLUDING REVISING LIFT STAY SCRIPTS, PROFFERS AND QUESTIONS AND ANSWERS (2.4). |

| ZAMBRANO K | 06/15/06 | 6.70 | REVISE SCRIPT RE: O'NEILLS LIFT STAY MOTION, INCLUDING DEBTOR'S RESPONSE TO O'NEILLS' SUPPLEMENT (1.1); REVIEW AND REVISE CORRECTED PALMER OBJECTION (1.2); CONFERENCE ALL WITH D. SCHAEFER (DELPHI LOCAL COUNSEL) RE: FLEXTECH ISSUES AND REVIEW DOCUMENTATION SENT IN RESPONSE TO SAME (1.6); UPDATE HE SERVICES PROFFER IN LIGHT OF RESPONSE FILED BY HE SERVICES (1.0); REVIEW AND REVISE ATI SCRIPT (0.7); REVIEW AND REVISE PALMER SCRIPT (0.6); ADDRESS ISSUES RE: POTENTIAL EXHIBTS RE: H.E. SERVICES (0.5). |

| ZAMBRANO K | 06/16/06 | 5.00 | CONTINUE REVIEWING ISSUES RE: EVIDENCE FOR H.E. SERVICES (0.7); REVIEW PROFFER RE: ATI PURSUANT TO CLIENT'S SUGGESTION (0.5); DRAFT PROPOSED ORDERS FOR (A) ATI (1.2); (B) H.E. SERVICES (0.7); AND (C) PALMER (0.8); MULTIPLE TELECONFERENCES WITH A. LIPPERT (LOCAL COUNSEL FOR H.E. SERVICES) RE: HEARING (0.4); TELECONFERENCE WITH J. SHEEHAN, J. DERIAN AND W. COSNOWSKI RE: LIFT STAY MATTERS AND FOLLOWUP WITH W. COSNOWSKI RE: SAME (0.7). |

| ZAMBRANO K | 06/20/06 | 5.50 | REVIEW AND REVISE PROPOSED ORDERS PURSUANT TO HEARING FOR (A) ATI (1.8); PALMER (0.4); AND H.E. SERVICES (1.2); CORRESPOND WITH ATI ATTORNEY RE: SAME (0.2); BEGIN RESEARCHING CASE LAW RE: DISCRIMINATION (1.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ZAMBRANO K        06/22/06        2.80    REVISE PROPOSED ORDER RE: ATI (0.3);
                                          RESEARCH CASE LAW RE: H.E. SERVICES 157
                                          ARGUMENT AND DRAFT OBJECTION RE: SAME
                                          (2.1); ADDRESS INSURANCE ISSUES RE:
                                          ORLIK LIFT STAY MOTION (0.4).

ZAMBRANO K        06/23/06        3.10    CONTINUE REVIEWING ISSUES RE: ORLIK
                                          LIFT STAY (1.1); CORRESPOND WITH W.
                                          COSNOWSKI RE: HEARING RE: ATI (0.3);
                                          MULTIPLE TELECONFERENCES WITH ATTORNEY
                                          FOR H.E. SERVICES AND PALMER RE:
                                          PROPOSED ORDER AND CORRESPONDENCE RE:
                                          SAME (1.2); DRAFT LETTER TO CHAMBERS RE:
                                          SAME (0.5).

ZAMBRANO K        06/26/06        1.20    REVIEW ISSUES RE: (I) ORLIK (0.4); (II)
                                          ELMORE (0.4); AND (III) GROCE (0.4) LIFT
                                          STAY MOTIONS.

ZAMBRANO K        06/27/06        1.20    REVIEW B. HERNANDEZ CASE (0.3);
                                          TELECONFERENCE WITH F. KUPLICKI ET AL.
                                          RE: ORLIK LIFT STAY MOTION AND SEND
                                          FOLLOWUP COMMUNICATION TO F. KUPLICKI
                                          RE: SAME (0.4); REVIEW INSURANCE AND
                                          SIMILAR ISSUES RELATED TO ORLIK (0.5).

ZAMBRANO K        06/29/06        5.10    ANALYZE ISSUES RE: INSURANCE ISSUES
                                          RELATED TO THE ORLIK LIFT STAY MOTION
                                          (0.5); REVIEW ISSUES RELATED TO
                                          INSURANCE AND INDEMNITY ISSUES RELATED
                                          TO ELMORE LIFT STAY MOTION (0.6); REVIEW
                                          POTENTIAL APPLICATION OF LIFT STAY
                                          PROCEDURES TO GROCE LIFT STAY MOTION
                                          (0.3); CONTINUE DRAFTING OBJECTION TO
                                          H.E. SERVICES LIFT STAY MOTION (3.7).

ZAMBRANO K        06/30/06        2.60    REVIEW ISSUES RELATED TO THE LIFT STAY
                                          MOTIONS OF (A) GROCE (0.8); (B) ELMORE
                                          (0.6); AND (C) ORLIK (0.8); STRATEGIZE
                                          RE: LIFT STAY OBJECTIONS GOING FORWARD
                                          (0.4).

                                 75.80

**Total Associate/Law Clerk**    221.60

ROSEN R           06/01/06        0.80    REVIEW UPCOMING 6/6 FILINGS AND WORK
                                          WITH TEAM ATTORNEYS RE: SECURING LIFT
                                          STAY SERVICE INFORMATION (0.8).

ROSEN R           06/05/06        0.80    REVIEW INFORMATION RECEIVED FROM TEAM
                                          ATTORNEY AND FORWARD LIFT STAY SERVICE
                                          PARTIES TO KCC (0.8).

ROSEN R           06/06/06        1.70    ASSIST ATTORNEYS WITH FILING, SERVICE
                                          PREPARATIONS RE: LIFT STAY, SETTLEMENT
                                          PROCEDURES MOTIONS (0.9); WORK WITH KCC
                                          RE: SERVICE OF SAME (0.8).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROSEN R | 06/12/06 | 3.70 | REVIEW DRAFT AGENDA, COMPILE AND PREPARE 6/19 HEARING DOCUMENTS RE: CONTINUED AND ATI, H.E. SERVICES, PALMER AND O'NEILL MATTERS (2.8); REVIEW, COMPILE AND PREPARE SPECIAL PARTIES LISTS FOR POTENTIAL USE RE: OBJECTIONS AND/OR RESPONSES TO SAME (0.9). |
|---|---|---|---|
| ROSEN R | 06/13/06 | 1.30 | COMPILE DEUTSCHE DAGAN, OFFSHORE GROUP, BORGWARNER, DANE SYSTEMS, PARKER, SPECMO, H.E. SERVICES, PALMER, O'NEILL, ATI, LIFT STAY PROCEDURES DOCUMENTS FOR DRAFT 6/19 HEARING BINDER (1.3). |
| ROSEN R | 06/14/06 | 1.30 | MONITOR CASE DOCKET RE: NEW OBJECTIONS, RESPONSES FILED AND UPDATE DRAFT HEARING BINDER RE: SAME (1.3). |
| ROSEN R | 06/15/06 | 2.70 | MONITOR CASE DOCKET RE: RESPONSES, OBJECTIONS FILED (0.9); REVIEW PLEADINGS AND PREPARE, UPDATE SPECIAL PARTIES SERVICE LISTS FOR USE RE: 6/16 FILINGS (1.8). |
| ROSEN R | 06/16/06 | 2.30 | MONITOR CASE DOCKET RE: LIFT STAY OBJECTIONS, RESPONSES (0.9); COMPILE AND UPDATE DRAFT 6/19 HEARING BINDER RE: SAME (1.4). |
| ROSEN R | 06/17/06 | 2.60 | UPDATE, REVISE DRAFT SCRIPTS (0.9); INVESTIGATION, RESEARCH RE: BARCLAYS' INTERIM ORDER, DOCUMENT SCHEDULE AND UPDATE HEARING BINDERS RE: SAME (0.6); RESPOND TO ATTORNEYS' REQUESTS FOR DOCUMENTS (0.5); ASSIST ATTORNEYS RE: PREPARING DRAFT ORDERS FOR 6/19 HEARING BINDERS (0.6). |
| ROSEN R | 06/20/06 | 1.10 | COMPILE, FORWARD PALMER, ATI, LIFT STAY ORDERS REVISED FROM 6/19 HEARING TO TEAM ATTORNEYS FOR REVIEW, COMMENTS (0.7); REVISE, UPDATE 6/19 PROFFERS/ORDERS CHART RE: SAME (0.4). |
| ROSEN R | 06/21/06 | 0.70 | COMPILE, FORWARD L&W ENGINEERING PLEADINGS, CASE DOCKET TO TEAM ATTORNEYS (0.7). |

                                           19.00

**Total Legal Assistant**          19.00

**TOTAL TIME**                     <u>260.10</u>


        * Law clerks are law school graduates who are not presently admitted
        to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/06**
**Automatic Stay (Relief Actions)**                             **Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 3.92 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 4.77 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.25 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.06 |
| | | **TOTAL TELEPHONE EXPENSE** | **$9.00** |
| Lexis/Nexis | 06/13/06 | Fern BM | 506.45 |
| Lexis/Nexis | 06/15/06 | Zambrano K | 236.65 |
| Lexis/Nexis | 06/20/06 | Zambrano K | 293.06 |
| Lexis/Nexis | 06/21/06 | Zambrano K | 10.54 |
| Lexis/Nexis | 06/28/06 | Zambrano K | 17.30 |
| | | **TOTAL LEXIS/NEXIS** | **$1,064.00** |
| Westlaw | 06/05/06 | Diaz LB | 17.37 |
| Westlaw | 06/08/06 | Diaz LB | 4.29 |
| Westlaw | 06/13/06 | Fern BM | 18.27 |
| Westlaw | 06/20/06 | Zambrano K | 13.07 |
| | | **TOTAL WESTLAW** | **$53.00** |
| Vendor Hosted Telecon-ferencing | 06/30/06 | Teleconferencing Services, LLC | 9.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$9.00** |
| Out-of-Town Travel | 05/29/06 | Fern BM | 35.00 |
| Out-of-Town Travel | 05/30/06 | Fern BM | 35.00 |
| Out-of-Town Travel | 05/30/06 | Fern BM | 285.77 |
| Out-of-Town Travel | 06/18/06 | Fern BM | 34.98 |
| Out-of-Town Travel | 06/19/06 | Fern BM | 315.25 |
| Out-of-Town Travel | 06/19/06 | Fern BM | 35.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$741.00** |
| Messengers/ Courier | 06/09/06 | Straightline Courier | 32.70 |
| Messengers/ Courier | 06/15/06 | Dist Serv/Mail/Page, D | 84.80 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Messengers/ Courier | 06/30/06 | Messenger Express | 72.50 |
| | | **TOTAL MESSENGERS/ COURIER** | **$190.00** |
| Out-of-Town Meals | 05/29/06 | Fern BM | 3.01 |
| Out-of-Town Meals | 05/29/06 | Fern BM | 7.56 |
| Out-of-Town Meals | 05/30/06 | Fern BM | 6.35 |
| Out-of-Town Meals | 06/19/06 | Fern BM | 7.08 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$24.00** |
| | | **TOTAL MATTER** | **$2,090.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Automatic Stay (Relief Actions)**

Bill Date: 08/31/06
Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/18/06 | 0.40 | CONTINUE TO PREPARE FOR JULY 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE NUTECH PLASTICS LIFT STAY CONTESTED HEARING (0.4). |
| BUTLER, JR. J | 07/19/06 | 1.00 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.7) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE NUTECH PLASTICS LIFT STAY CONTESTED HEARING AND O'NEIL LIFT STAY BENCH RULING. |
| | | **1.40** | |
| MARAFIOTI KA | 07/10/06 | 1.00 | ANALYZE PARKER/FLEX-TECH STAY RELIEF ISSUE (0.2); REVIEW STIPULATION (0.2) AND OBJECTION (0.6) RE: SAME. |
| MARAFIOTI KA | 07/11/06 | 1.90 | WORK ON SUPPLEMENTAL OBJECTION TO H.E. SERVICES MOTION (1.4); WORK ON OBJECTION TO GROCE MOTION FOR RELIEF FROM THE AUTOMATIC STAY (0.5). |
| MARAFIOTI KA | 07/12/06 | 0.30 | WORK ON OBJECTION TO MOTION FOR STAY RELIEF (0.2); CONSIDER ISSUES RE: NUTECH STAY PLEADINGS (0.1). |
| MARAFIOTI KA | 07/13/06 | 0.80 | OBJECTION TO NU-TECH MOTION FOR RELIEF FROM THE AUTOMATIC STAY (0.8). |
| MARAFIOTI KA | 07/14/06 | 0.20 | FINAL REVIEW OF NU-TECH OBJECTION AND CORRESPONDENCE RE: SAME (0.2). |
| MARAFIOTI KA | 07/17/06 | 0.10 | REVIEW AND REVISE NU-TECH ORDER (0.1). |
| MARAFIOTI KA | 07/18/06 | 0.20 | REVIEWED NU-TECH REPLY TO STAY RELIEF OBJECTION (0.2). |
| MARAFIOTI KA | 07/28/06 | 0.10 | REVIEW REVISED PARKER STIPULATION (0.1). |
| MARAFIOTI KA | 07/30/06 | 0.10 | REVIEWED AND REVISED H.E. SERVICES ORDER (0.1). |
| | | **4.70** | |
| **Total Partner** | | **6.10** | |

13

B43E

| MATZ TJ | 07/10/06 | 0.30 | FOLLOW UP RE: NUTECH MATTER, RESPONSE (0.3). |
|---------|----------|------|-----------------------------------------------|
| MATZ TJ | 07/11/06 | 2.90 | TELECONFERENCE FROM J. HOULIHAN RE: LIFT STAY RE: STATE COURT ACTION (0.3); CONTINUING REVIEW AND COMMENT ON H.E. SERVICES LIFT STAY OBJECTION (0.7); CONTINUING REVIEW AND COMMENT ON KELLY GROCE LIFT STAY OBJECTION (0.8); FOLLOW UP RE: PARKER LIFT STAY OBJECTION AND REVISIONS THERETO (0.4); CONTINUING REVIEW AND COMMENT ON NUTECH LIFT STAY (0.3); FOLLOW UP RE: BARCLAYS AND O' NEIL MATTERS (0.3); TELECONFERENCE TO CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 07/12/06 | 2.70 | REVIEW CORRESPONDENCE FROM CHAMBERS RE: O' NEIL LIFT STAY (0.1); FINAL REVIEW AND REVISIONS TO H.E. SERVICES LIFT STAY OBJECTION (0.8); FILE SAME (0.2); FURTHER REVIEW OF KELLEY GROCE OBJECTION RE: LIFT STAY (0.4); FOLLOW UP RE: OFF CALENDAR STATUS (0.3); TELECONFERENCE WITH CHAMBERS RE: STATUS OF KELLY GROCE OBJECTION (0.2); FOLLOW UP RE: RESOLUTION OF PARKER LIFT STAY (0.4); FOLLOW UP RE: RESOLUTION OF NUTECH OBJECTION TO LIFT STAY (0.3). |
| MATZ TJ | 07/13/06 | 0.70 | REVIEWING AND COMMENTING ON DRAFT OBJECTION TO NUTECH LIFT STAY MOTION (0.7). |
| MATZ TJ | 07/18/06 | 1.50 | TELECONFERENCE WITH COUNSEL TO O' NEIL'S RE: AGENDA, BENCH RULING (0.3); FOLLOW UP TELECONFERENCE WITH CHAMBERS RE: SAME (0.2); REVIEWING CORRESPONDENCE (0.6); REVIEW AND REVISE H.E. SERVICES HEARING SCRIPTS (0.4). |
| MATZ TJ | 07/24/06 | 0.20 | REVIEW JOINT MOR FOR FILING AND CORRESPONDENCE RE: SAME (0.2). |

8.30

14                                                                                    B43E

RAMLO K        07/05/06      1.00   REVIEW NU-TECH STAY RELIEF MOTION
                                    (0.6); REVIEW STATUS OF ALL PENDING
                                    STAY-RELIEF MATTERS (0.4).

RAMLO K        07/06/06      6.90   CONTINUE REVIEW AND ANALYSIS OF NUTECH
                                    STAY-RELIEF MOTION (0.6); REVIEW STATUS
                                    OF ALL PENDING MATTERS AND PRIOR RULINGS
                                    (4.2); REVIEW GROCE STAY-RELIEF MOTION
                                    AND PROOFS OF CLAIM AND REVISE DRAFT
                                    OBJECTION (1.2); RESEARCH RE: AUTOMATIC
                                    STAY AND PROCEEDINGS AGAINST NONDEBTORS
                                    (0.8); CORRESPONDENCE TO CLAIMS AGENT
                                    RE: NUTECH (0.1).

RAMLO K        07/07/06      1.00   REVIEW AND REVISE GROCE OBJECTION
                                    (0.3); TELECONFERENCES WITH B.
                                    FRANTANGELLO AND T. LIPPERT RE: H.E.
                                    SERVICES AND NUTECH (0.7).

RAMLO K        07/08/06      0.20   REVIEW GROCE OBJECTION (0.2).

RAMLO K        07/10/06      3.20   REVISE OBJECTION TO GROCE LIFT-STAY
                                    MOTION (0.8); TELECONFERENCE WITH J.
                                    PAPELIAN AND B. FRANTANGELO RE: NUTECH
                                    OBJECTION (0.1); REVIEW CORRESPONDENCE
                                    AND INDEMNIFICATION DOCUMENTS FROM B.
                                    FRANTANGELO, FURTHER ANALYZE NUTECH
                                    MOTION, RESEARCH RE: EFFECT OF ACTION
                                    AGAINST GM, AND REVISE NUTECH OBJECTION
                                    (2.3).

RAMLO K        07/11/06      7.60   DRAFT AND EXCHANGE CORRESPONDENCE TO J.
                                    PAPELIAN AND B. FRANTANGELO RE:
                                    OBJECTION TO NUTECH MOTION (1.4);
                                    FURTHER REVISE AND DRAFT OBJECTION TO
                                    NUTECH MOTION (6.2).

RAMLO K        07/12/06      2.40   SUPERVISE NEGOTIATIONS ON NUTECH AND
                                    GROCE STAY-RELIEF MOTIONS (0.3); REVIEW
                                    GROCE OBJECTION (0.2); FURTHER
                                    REVISIONS TO NUTECH OBJECTION (0.8);
                                    REVISE PROPOSED ORDERS FOR GROCE AND
                                    NUTECH MATTERS (0.3); REVISE PROFFER
                                    FOR NUTECH MATTER (0.8).

RAMLO K        07/13/06      3.10   REVIEW AND REVISE NUTECH OBJECTION,
                                    PROFFER AND PROPOSED ORDER (2.5);
                                    REVISE AFFIDAVIT AND CORRESPONDENCE TO
                                    T. LIPPERT RE: SAME (0.6).

RAMLO K        07/14/06      2.10   FURTHER REVISIONS TO NUTECH OBJECTION,
                                    PROFFER AND ORDER (2.1).

RAMLO K        07/17/06      1.30   TELECONFERENCES WITH S. KLENDT RE:
                                    CONDUCT OF NUTECH STAY-RELIEF HEARING,
                                    FURTHER REVIEW OF EVIDENCE IN SUPPORT OF
                                    MOTION, AND PREPARE EXCHANGE OF
                                    WITNESSES AND EXHIBITS (1.3).

15                                                         B43E

| RAMLO K | 07/18/06 | 5.70 | REVIEW UPDATED FIGURES FROM COMPANY IN SUPPORT OF NUTECH OBJECTION (0.3); CONFERENCE WITH J. BUTLER RE: HEARING ON NUTECH MOTION (0.5); RESEARCH AND PREPARE MEMORANDUM ON INTERACTION OF CLAIMS AND ISSUE PRECLUSION AND AUTOMATIC STAY (3.6); REVISE PROFFER FOR NUTECH HEARING (1.3). |
|---|---|---|---|
| RAMLO K | 07/21/06 | 0.90 | REVIEW TRANSCRIPT ON STAY-RELIEF RULINGS AND PREPARE NOTES ON FOLLOW-UP (0.9). |
| RAMLO K | 07/24/06 | 0.40 | ANALYSIS RE: FURTHER HANDLING OF NUTECH LITIGATION AND NEED FOR DEPOSITION (0.4). |
| | | **35.80** | |
| **Total Counsel** | | **44.10** | |
| FERN BM | 07/05/06 | 1.70 | EMAILS AND TELECONFERENCE WITH J. DERIAN RE: PARKER (0.3); DRAFT PROPOSED STIPULATION RE: PARKER (1.4). |
| FERN BM | 07/06/06 | 7.70 | EVALUATE SETTLEMENT STRATEGY RE: PARKER (0.5); REVISE PROPOSED PARKER STIPULATION (1.0); TELECONFERENCE WITH S. COOK RE: LIFT STAY PROCEDURES (0.2); REVIEW DOCUMENTS RE: LIFT STAY PLEADINGS (0.3); ADDITIONAL REVISIONS TO PARKER STIPULATION (2.3); DRAFT OBJECTION TO PARKER MOTION (3.4). |
| FERN BM | 07/07/06 | 4.80 | FORMULATE STRATEGY RE: PARKER STIPULATION (0.8); REVIEW WORKING PROCEDURES RE: LIFT STAY MOTIONS (0.4); TELECONFERENCE WITH J. MCDONALD RE: LIFT STAY MOTIONS (0.2); REVIEW AND REVISE PARKER STIPULATION (0.5); COMPLETE DRAFT OF OBJECTION TO PARKER MOTION (2.9). |
| FERN BM | 07/10/06 | 4.60 | ANALYZED ISSUES RE: PARKER LIFT STAY MOTION (0.4); REVIEWED GROCE OBJECTION (0.4); TELECONFERENCE AND EMAIL WITH D. MATTESON RE: LIFT STAY PROCEDURES (0.3); FORMULATE STRATEGY RE: PARKER MOTION (0.4); REVISED PARKER OBJECTION (1.0); REVISED PARKER STIPULATION (0.5); ADDITIONAL REVISIONS TO PARKER OBJECTION (1.1); RESEARCH RE: AUTOMATIC STAY (0.5). |
| FERN BM | 07/11/06 | 3.70 | ANALYSIS OF ISSUES RE: LIFT STAY MOTIONS (0.4); RESEARCH RE: DETERMINATION OF AUTOMATIC STAY (3.1); EMAIL TO P. FUGEE RE: PARKER (0.2). |
| FERN BM | 07/12/06 | 0.40 | REVIEW DOCUMENTS RE: GROCE MOTION (0.4). |
| FERN BM | 07/13/06 | 0.90 | EMAILS TO/FROM J. PAPELIAN RE: PARKER (0.2); DRAFTED SCRIPT RE: PARKER (0.4); EMAILS TO/FROM D. SCHAFER RE: PARKER (0.3). |

16

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM          07/14/06       0.20   REVIEWED REVISED STIPULATION RE: PARKER
                                       (0.2).

FERN BM          07/17/06       0.30   TELECONFERENCE WITH A. CHARDLE RE: LIFT
                                       STAY PROCEDURES (0.3).

FERN BM          07/20/06       0.20   TELECONFERENCE WITH B. CARBONE RE:
                                       COMPTROL (0.2).

FERN BM          07/21/06       0.90   REVIEWED 7/19 TRANSCRIPT RE: O'NEILL
                                       MOTION (0.2); EMAIL TO J. PAPELIAN AND
                                       J. DERIAN RE: O'NEILL RULING (0.7).

FERN BM          07/26/06       0.40   REVIEWED MECHANICS OF LIFT STAY
                                       PROCEDURES (0.4).

FERN BM          07/27/06       2.00   FORMULATE STRATEGY RE: PARKER (0.3);
                                       EMAILS TO/FROM J. DERIAN RE: SAME (0.3);
                                       EMAIL FROM D. SCHAEFER RE: PARKER (0.2);
                                       EMAIL TO P. FUGEE RE: PARKER (0.3);
                                       ANALYSIS OF ISSUES RE: PARKER LIFT STAY
                                       (0.9).

FERN BM          07/28/06       2.00   REVIEWED COMPTROL INTERPLEADER RE:
                                       FLEXTECH (0.3); EMAILS TO/FROM P. FUGEE
                                       RE: PARKER (0.3) AND REVISED PROPOSED
                                       STIPULATION (0.4); REVIEW MEMO RE:
                                       PARKER'S UNDERLYING LITIGATION (0.6);
                                       EMAIL TO P. FUGEE RE: PARKER (0.4).

                                29.80

HOUSTON BM       07/05/06       9.80   CONTINUE DRAFTING OBJ. TO GROCE MTN
                                       (5.6); CONTINUE STRATEGIZING RE: SAME
                                       (1.2); TELECONFERENCE WITH F. KUPLICKI
                                       RE: ORLIK MTN (0.2); STRATEGY MEETING
                                       WITH T. SPIRES RE: ELMORE MTN (0.4);
                                       BEGIN ANALYZING NUTECH MTN (2.4).

HOUSTON BM       07/06/06      11.40   CONTINUE ANALYZING ISSUES RE: GROCE MTN
                                       (2.4); CONTINUE ANALYZING NUTECH MTN
                                       (3.7); BEGIN RESEARCHING ISSUES RE:
                                       SAME (3.6); REVISE GROCE OBJ (1.7).

HOUSTON BM       07/07/06       7.70   BEGIN DRAFTING OBJ. TO NUTECH MTN (2.8);
                                       CONTINUE RESEARCHING ISSUES RE: SAME
                                       (2.5); EVALUATE LITIGATION
                                       STRATEGY(1.1); CONTINUE REVISING GROCE
                                       OBJ (1.3).

HOUSTON BM       07/08/06       2.80   CONTINUE DRAFTING OBJ TO NUTECH MTN
                                       (2.8).

HOUSTON BM       07/10/06      13.70   CONTINUE DRAFTING GROCE OBJ. (2.8);
                                       REVISE SAME (2.5); CONTINUE ANALYZING
                                       NUTECH MTN (3.6); CONTINUE DRAFTING
                                       OBJ. RE: SAME (4.8).

HOUSTON BM       07/11/06      11.90   DRAFT ORDER RE: GROCE MTN (0.8); REVISE
                                       OBJ RE: SAME (0.6); EVALUATE NUTECH MTN
                                       (3.8); CONFERENCE CALL WITH J. PAPELIAN
                                       AND B. FRANTAGELO TO DISCUSS SAME (0.3);
                                       CONTINUE RESEARCHING ISSUES RE: SAME
                                       (2.5); CONTINUE DRAFTING OBJ RE: SAME
                                       (3.9).

17                                                    B43E