SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOUSTON BM        07/12/06       9.80   CONTINUE DEVELOPING LITIGATION
                                        STRATEGY RE: NUTECH (2.4);
                                        TELECONFERENCE WITH S. KLENDA RE:
                                        NUTECH (0.2); CONTINUE RESEARCHING
                                        ISSUES RE: SAME (3.7); CONTINUE
                                        DRAFTING OBJ RE: SAME (3.5).

HOUSTON BM        07/13/06      10.40   TELECONFERENCE WITH G. MOORE RE: GROCE
                                        (0.3); TELECONFERENCE WITH T. SPIRES
                                        RE: ELMORE (0.2); TELECONFERENCE WITH
                                        T. LIPPERT RE: NUTECH, LETTER TO STATE
                                        COURT RE: NUTECH, AND AUTHENTICATING
                                        DECLARATION OF SUCH LETTER (0.4);
                                        CONTINUE STRATEGIZING RE: SAME (1.8);
                                        CONTINUE DRAFTING OBJ RE: NUTECH MTN
                                        (4.8); REVISE SAME (0.7); BEGIN
                                        DRAFTING PROPOSED ORDER RE: SAME (1.0);
                                        CONTINUE REVISING OBJ (1.0); REVISE
                                        ORDER (0.2).

HOUSTON BM        07/14/06       3.00   DRAFT DECLARATION RE: NUTECH (1.4);
                                        TELECONFERENCE WITH T. LIPPERT RE: SAME
                                        (0.2); MAKE FINAL REVISIONS TO OBJ
                                        (1.2); SUPERVISE FILING OF OBJ AND
                                        EXHIBIT (0.2).

HOUSTON BM        07/17/06       7.10   TELECONFERENCE WITH S. KLENDA RE:
                                        NUTECH AND JULY 19TH HEARING (0.5);
                                        TELECONFERENCE WITH K. RAMLO AND S.
                                        KLENDA RE: SAME (0.3); EVALUATE ISSUES
                                        RAISED BY S. KLENDA RE: JULY 19TH
                                        HEARING (5.8); REVISE PROPOSED ORDER
                                        RE: SAME (0.5).

HOUSTON BM        07/18/06       7.40   ANALYZE NUTECH REPLY (3.9); PREPARE FOR
                                        HEARING (2.7); PARTICIPATE IN WORKING
                                        GROUP RE: SAME (0.8).

HOUSTON BM        07/19/06       1.50   SUPERVISE TRACKING AND ANALYSIS OF ALL
                                        LIFT STAY MTNS, ANY OBJS, AND ALL
                                        RELATED ORDERS (1.5).

HOUSTON BM        07/24/06       0.60   TELECONFERENCE WITH P. NEWTON RE: GROCE
                                        PROGRESS (0.2); TELECONFERENCE WITH L.
                                        MILLIKEN TO DISCUSS STRATEGY RE: SAME
                                        (0.2); TELECONFERENCE WITH P. TOTTIS
                                        RE: ELMORE PROGRESS (0.2).

HOUSTON BM        07/26/06       6.30   BEGIN REVIEW OF BUTTITTA PLEADINGS
                                        (2.8); BEGIN ANALYSIS OF SAME (3.5).

HOUSTON BM        07/27/06       6.10   CONTINUE REVIEW OF BUTTITTA PLEADINGS
                                        (2.3); EVALUATE SAME (3.8).

HOUSTON BM        07/28/06       3.60   CONTINUE TO REVIEW AND EVALUATE
                                        BUTTITTA MATTER (3.4); TELECONFERENCE
                                        WITH R. MCGONIGLE RE: SAME (0.2).

B43E

| HOUSTON BM | 07/31/06 | 3.90 | CONTINUE TO REVIEW AND EVALUATE BUTTITTA MATTER (2.8); TELECONFERENCE WITH T. SPIRES RE: ELMORE MATTER (0.2); TELECONFERENCE WITH S. KLENDA RE: NUTECH MATTER (0.1); REVIEW JULY 19 TRANSCRIPT RE: SAME (0.6); TELECONFERENCE WITH J. TAYLOR RE: BALDWIN MATTER AND LIFT-STAY PROCEDURES (0.2). |
|---|---|---|---|

117.00

| MEISLER RE | 07/05/06 | 1.00 | CONFERENCE WITH K. RAMLO RE: LIFT STAY MATTERS UP ON JULY 19TH (0.2); CONFERENCE WITH B. HOUSTON RE: OBJECTION TO GROCE LIFT STAY MOTION (0.1), STATUS OF ORLIK LIFT STAY MOTION (0.1) AND STRATEGY RE: NUTECH LIFT STAY MOTION (0.1); REVIEW AND COMMENT ON STIP IN ATTEMPT TO RESOLVE FLEX TECH MOTION TO LIFT STAY (0.5). |
|---|---|---|---|
| MEISLER RE | 07/06/06 | 1.90 | REVIEW SUPPLEMENTAL OBJECTION TO H.E. SERVICES MOTION TO LIFT STAY (1.5); CONTINUED TO REVIEW AND REVISE STIPULATION IN AN ATTEMPT TO RESOLVE FLEX TECH MOTION TO LIFT STAY (0.4). |
| MEISLER RE | 07/07/06 | 2.90 | CONTINUED TO REVIEW AND REVISE OBJECTION TO H.E. SERVICES MOTION TO LIFT STAY (1.6);   CONFERENCE WITH K. ZAMBRANO RE: SAME (0.2); REVIEW OBJECTION TO GROCE MOTION TO LIFT STAY (0.9); CONFERENCE WITH B. FERN RE: FLEX TECH MOTION TO LIFT STAY (0.2). |
| MEISLER RE | 07/10/06 | 2.10 | REVIEWED REVISED OBJECTION TO GROCE LIFT STAY MOTION (0.6); CONTINUED ANALYSIS OF SAME (0.1); REVIEW AND ANALYZE PROPOSED STIPULATION SETTLING FLEX TECH MOTION TO LIFT STAY (0.6); CONTINUED ANALYSIS OF SAME (0.8). |
| MEISLER RE | 07/11/06 | 1.20 | TELECONFERENCE WITH J. PAPELIAN RE: NU TECH MOTION TO LIFT STAY (0.1); ANALYSIS OF SAME (0.8); FINAL REVIEW OF OBJECTION TO H.E. SERVICES MOTION TO LIFT THE STAY (0.3). |
| MEISLER RE | 07/12/06 | 0.60 | REVIEW CORRESPONDENCE RE: GROCE LIFT STAY AND AGREEMENT TO PUT MATTER OFF CALENDAR (0.2); REVIEW PROGRESS RE: NU TECH LIFT STAY MOTION (0.4). |
| MEISLER RE | 07/13/06 | 0.40 | CONTINUED ANALYSIS OF NU-TECH LIFT STAY MOTION AND REVIEW OBJECTION RE: SAME (0.4). |
| MEISLER RE | 07/14/06 | 0.10 | REVIEW STATUS OF NU TECH MOTION IN PREPARATION FOR JULY 19 HEARING (0.1). |
| MEISLER RE | 07/17/06 | 0.20 | REVIEW HEARING PREP RE: NU TECH LIFT STAY MOTION AND DEBTORS' OBJECTION THERETO (0.2). |

| MEISLER RE | 07/18/06 | 0.90 | CONTINUE TO PREPARE FOR HEARING RE: NU-TECH LIFT STAY (0.7); REVIEW AND REVISE SCRIPT RE: SAME (0.2). |
| MEISLER RE | 07/28/06 | 0.30 | REVIEW STIPULATION SETTLING PARKER/FLEX-TECH LIFT STAY MOTION (0.3). |

**11.60**

| NAGUIAT RM | 07/11/06 | 2.30 | REVIEW CORRESPONDENCE AND DOCUMENTS RELATING TO ORDERS AND HEARINGS ON GROCE AND NUTECH STAY RELIEF MOTIONS (0.5); DRAFT FORM OF ORDER DENYING GROCE STAY RELIEF MOTION (0.4); DRAFT FORM OF ORDER DENYING NUTECH STAY RELIEF MOTION (0.3); REVIEW DRAFT OBJECTIONS TO, AND BEGIN PREPARING NOTES FOR HEARINGS ON, GROCE AND NUTECH STAY RELIEF MOTIONS (1.1). |
| NAGUIAT RM | 07/12/06 | 6.90 | REVIEW OBJECTION GROCE STAY RELIEF MOTION AND DRAFT SCRIPT FOR HEARING THEREON (1.2); REVIEW OBJECTION TO NUTECH STAY RELIEF MOTION AND RELATED CORRESPONDENCE, AND DRAFT SCRIPT FOR HEARING THEREON (4.6); RESEARCH RE: DEPOSITION ISSUES IN CONNECTION WITH NUTECH STAY RELIEF MATTER (0.5); REVISIONS TO NUTECH STAY RELIEF ORDER AND CONFERENCES WITH B. HOUSTON RE: SAME (0.6). |
| NAGUIAT RM | 07/13/06 | 3.30 | DRAFT AND REVISE HEARING PREPARATION NOTES ON NUTECH STAY RELIEF (2.8); MULTIPLE WORKING GROUP CONFERENCES AND CORRESPONDENCE RE: NUTECH STAY RELIEF ISSUES (0.5). |
| NAGUIAT RM | 07/14/06 | 0.40 | REVIEW ADDITIONAL DEPOSITION/NOTICE ISSUES IN CONNECTION WITH NUTECH MATTER (0.2); REVISIONS TO DRAFT HEARING PREPARATION NOTES FOR NUTECH STAY RELIEF MATTER, (0.2). |

**12.90**

| ZAMBRANO K | 07/05/06 | 5.40 | RESEARCH AND CONTINUE DRAFTING OBJECTION RE: H.E. SERVICES (4.6); RESEARCH ISSUES RE: INSURANCE RE: ORLICK LIFT STAY (0.8). |
| ZAMBRANO K | 07/06/06 | 4.90 | ADDRESS ISSUES RELATED TO THE LIFT STAY MOTIONS RELATED TO (A) GROCE (0.3); (B) ELMORE (0.2); (C) ORLIK (0.2); AND (D) FLEXTRONICS (0.3); REVISE H.E. SERVICES SUPPLEMENTAL OBJECTION (2.1); AND RESEARCH ISSUES RELATED TO PERSONAL INJURY TORTS UNDER 28 USC 157(B) (1.8). |
| ZAMBRANO K | 07/07/06 | 3.70 | CONTINUE RESEARCHING ISSUES RE: H.E. SERVICES LIFT STAY MOTION AND REVISING SUPPLEMENTAL OBJECTION RE: SAME (3.7). |
| ZAMBRANO K | 07/09/06 | 0.60 | REVIEW AND REVISE OBJECTION TO H.E. SERVICES' MOTION (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZAMBRANO K | 07/10/06 | 0.60 | REVISE H.E. SERVICES' SUPPLEMENTAL OBJECTION (0.6). |
| ZAMBRANO K | 07/11/06 | 1.40 | REVIEW AND REVISE SUPPLEMENTAL OBJECTION TO H.E. SERVICES' MOTION (1.4). |
| ZAMBRANO K | 07/12/06 | 1.60 | DRAFT SCRIPT FOR JULY 19TH HEARING RE: H.E. SERVICES (1.6). |
| ZAMBRANO K | 07/13/06 | 1.30 | CONTINUE DRAFTING SCRIPT FOR JULY 19TH HEARING RE: H.E. SERVICES (1.2); REVIEW PROPOSED ORDER RE: SAME (0.1). |
| ZAMBRANO K | 07/19/06 | 5.40 | CONTINUE DRAFTING SKADDEN'S SECOND FEE APPLICATION (5.4). |
| ZAMBRANO K | 07/21/06 | 0.30 | DRAFT CORRESPONDENCE TO V. MASTROMARCO RE: H.E. SERVICES (0.3). |
| | | **25.20** | |
| **Total Associate** | | **196.50** | |
| ROSEN R | 07/07/06 | 0.30 | RESPOND TO TEAM ATTORNEY'S REQUEST FOR PRECEDENT DOCUMENTS (0.3). |
| ROSEN R | 07/13/06 | 1.20 | REVIEW, COMPILE H.E. SERVICES, OFFSHORE GROUP, L&W ENGINEERING AND NUTECH PLEADINGS FOR 7/19 HEARING BINDER (1.2). |
| ROSEN R | 07/18/06 | 0.40 | MONITOR CASE DOCKET, COMPILE AND REVIEW NUTECH'S REPLY RE: CITATIONS FOR 7/19 HEARING CASE LAW BINDER (0.4). |
| ROSEN R | 07/31/06 | 0.90 | TELECONFERENCES TO (3X), EMAILS AND FAX DRAFT H.E. SERVICES ORDER TO V. MASTROMARCO FOR COMMENTS (0.7); REVISE ORDER RE: SAME (0.1); FORWARD REVISED DRAFT ORDER TO TEAM ATTORNEYS FOR REVIEW, COMMENTS (0.1). |
| | | **2.80** | |
| ~~SALAZAR AG~~ | ~~07/07/06~~ | ~~2.60~~ | ~~PREPARE PACKET OF LIFT STAY DOCUMENTS AS REQUESTED (1.3); PREPARE AND SUBMIT DOCUMENTS FOR UPLOAD IN DATABASE (1.3).~~ |
| ~~SALAZAR AG~~ | ~~07/31/06~~ | ~~0.60~~ | ~~FOLLOW-UP ON HE SERVICES ORDER FOR SUBMISSION TO CHAMBERS (0.6).~~ |
| | | ~~3.20~~ | |
| **Total Legal Assistant** | | **6.00** | |
| **TOTAL TIME** | | **252.70** | |

B43E

Delphi Corporation (DIP)                                    Bill Date: 08/31/06
Automatic Stay (Relief Actions)                            Bill Number: 1122597

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/04/06 | Copy Center, D | 4.00 |
| In-house Reproduction | 07/07/06 | Copy Center, D | 0.50 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 31.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$36.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 7.43 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 10.38 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.31 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.88 |
| | | **TOTAL TELEPHONE EXPENSE** | **$20.00** |
| Lexis/Nexis | 07/05/06 | Zambrano K | 11.48 |
| Lexis/Nexis | 07/05/06 | Zambrano K | -1.15 |
| Lexis/Nexis | 07/06/06 | Zambrano K | 265.64 |
| Lexis/Nexis | 07/06/06 | Zambrano K | -26.56 |
| Lexis/Nexis | 07/07/06 | Zambrano K | 70.22 |
| Lexis/Nexis | 07/07/06 | Lange RJ | 21.31 |
| Lexis/Nexis | 07/07/06 | Zambrano K | -7.01 |
| Lexis/Nexis | 07/07/06 | Lange RJ | -2.12 |
| Lexis/Nexis | 07/09/06 | Zambrano K | 14.46 |
| Lexis/Nexis | 07/09/06 | Zambrano K | -1.45 |
| Lexis/Nexis | 07/10/06 | Fern BM | 86.03 |
| Lexis/Nexis | 07/10/06 | Lange RJ | 67.46 |
| Lexis/Nexis | 07/10/06 | Fern BM | -8.62 |
| Lexis/Nexis | 07/10/06 | Lange RJ | -6.75 |
| Lexis/Nexis | 07/11/06 | Fern BM | 39.31 |
| Lexis/Nexis | 07/11/06 | Zambrano K | 9.81 |
| Lexis/Nexis | 07/11/06 | Lange RJ | 240.64 |
| Lexis/Nexis | 07/11/06 | Fern BM | -3.94 |
| Lexis/Nexis | 07/11/06 | Zambrano K | -0.97 |
| Lexis/Nexis | 07/11/06 | Lange RJ | -24.07 |
| Lexis/Nexis | 07/12/06 | Lange RJ | 62.83 |
| Lexis/Nexis | 07/12/06 | Lange RJ | -6.28 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 07/27/06 | Lange RJ | 83.05 |
| Lexis/Nexis | 07/27/06 | Lange RJ | -8.32 |
| | | **TOTAL LEXIS/NEXIS** | **$875.00** |
| Westlaw | 07/05/06 | Ramlo K | 255.96 |
| Westlaw | 07/06/06 | Ramlo K | 194.48 |
| Westlaw | 07/07/06 | Houston BM | 154.09 |
| Westlaw | 07/10/06 | Ramlo K | 103.11 |
| Westlaw | 07/11/06 | Houston BM | 52.00 |
| Westlaw | 07/11/06 | Fern BM | 14.25 |
| Westlaw | 07/12/06 | Ramlo K | 53.10 |
| Westlaw | 07/18/06 | Ramlo K | 331.49 |
| Westlaw | 07/28/06 | Houston BM | 11.52 |
| | | **TOTAL WESTLAW** | **$1,170.00** |
| Air/Rail Travel (external) | 07/05/06 | Lyons JK | 450.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$450.00** |
| Out-of-Town Travel | 07/06/06 | Lyons JK | 359.30 |
| Out-of-Town Travel | 07/07/06 | Lyons JK | 51.98 |
| Out-of-Town Travel | 07/07/06 | Lyons JK | 359.31 |
| Out-of-Town Travel | 07/19/06 | Lyons JK | 212.74 |
| Out-of-Town Travel | 07/19/06 | Lyons JK | 162.69 |
| Out-of-Town Travel | 07/19/06 | Lyons JK | 47.98 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,194.00** |
| Messengers/ Courier | 07/24/06 | Dist Serv/Mail/Page, D | 16.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$16.00** |
| Out-of-Town Meals | 07/05/06 | Lyons JK | 134.74 |
| Out-of-Town Meals | 07/07/06 | Lyons JK | 89.82 |
| Out-of-Town Meals | 07/19/06 | Lyons JK | 10.44 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$235.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Outside Re-<br>search/Internet<br>Services | 07/06/06 | Pacer Service Center | 2.80 |
| Outside Re-<br>search/Internet<br>Services | 07/06/06 | Pacer Service Center | 35.01 |
| Outside Re-<br>search/Internet<br>Services | 07/06/06 | Pacer Service Center | 82.19 |
| | | **TOTAL OUTSIDE<br>RESEARCH/INTERNET SERVICES** | **$120.00** |
| Contracted Catering-NY | 07/06/06 | Reese RG | 1,483.96 |
| Contracted Catering-NY | 07/06/06 | Reese RG | 133.96 |
| Contracted Catering-NY | 07/06/06 | Reese RG | 108.17 |
| Contracted Catering-NY | 07/06/06 | Reese RG | 137.13 |
| Contracted Catering-NY | 07/28/06 | Matz TJ | 330.78 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$2,194.00** |
| Wireless - Mo-<br>bile/Cellular/Pager | 07/11/06 | Lyons JK | 273.00 |
| | | **TOTAL WIRELESS -<br>MOBILE/CELLULAR/PAGER** | **$273.00** |
| | | **TOTAL MATTER** | **$6,583.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/06**
**Automatic Stay (Relief Actions)**                            **Bill Number: 1128097**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/14/06 | 0.40 | BEGIN TO PREPARE FOR AUGUST 17TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: NUTECH PLASTICS LIFT STAY CONTESTED HEARING INCLUDING REVIEW OF DISPUTED ORDER RELATED MATTERS (0.4). |
| BUTLER, JR. J | 08/16/06 | 1.90 | CONTINUE TO PREPARE FOR AUGUST 17TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: NUTECH PLASTICS LIFT STAY CONTESTED HEARING (0.4); PREPARE FOR AND PARTICIPATE IN MEET AND CONFER CONFERENCE TO SETTLE PROPOSED ORDER (0.4); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.2); CONFERENCE WITH WORKING GROUP RE: SAME (0.3); PREPARE FOR (0.3) AND ATTEND (0.3) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: NUTECH PLASTICS LIFT STAY CONTESTED HEARING. |
| BUTLER, JR. J | 08/17/06 | 0.60 | PREPARE FOR (0.3) AND ATTEND (0.3) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: NU-TECH PLASTICS LIFT STAY CONTESTED HEARING. |
| | | **2.90** | |
| MARAFIOTI KA | 08/08/06 | 0.40 | REVIEW AND REVISE FLEX TECH/PARKER STIPULATION (0.2) AND CONSIDER ISSUES RE: SAME (0.1); REVIEW FORM OF ORDER FOR H.E.SERVICES (0.1). |
| MARAFIOTI KA | 08/15/06 | 0.10 | REVIEW DRAFT CORRESPONDENCE TO COURT RE: NUTECH (0.1). |
| MARAFIOTI KA | 08/16/06 | 1.40 | PREPARE FOR NUTECH HEARING IN LIGHT OF NEW FACTS (0.3); PARTICIPATE IN MEET-AND-CONFER WITH NUTECH COUNSEL (0.5); REVISE ORDER (0.5) AND CORRESPONDENCE RE: SAME (0.1). |
| MARAFIOTI KA | 08/29/06 | 0.10 | ANALYZE ISSUES RE: EXTENSION OF H.E. APPEAL PERIOD (0.1). |
| | | **2.00** | |
| **Total Partner** | | **4.90** | |
| MATZ TJ | 08/08/06 | 1.30 | REVIEW COMMENTS TO PARKER LIFT STAY STIPULATION (0.2); FINALIZE AND FORWARD SAME TO CHAMBERS (0.2); REVIEW AND COMMENT ON H. E. SERVICES LIFT STAY (0.4); FOLLOW UP RE: SAME (0.4); CORRESPONDENCE WITH CHAMBERS RE: FINAL AGREED ORDER (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          08/15/06      2.20    REVIEW AND ANALYZE NUTECH PLASTICS LIFT
                                       STAY ORDER DISPUTE (0.7); PREPARE AND
                                       REVISING LETTER TO CHAMBERS RE: NUTECH
                                       LIFT STAY (0.5); TELECONFERENCE TO
                                       CHAMBERS RE: NUTECH LIFT STAY ORDER
                                       (0.2); FORWARD SAME TO CHAMBERS (0.2);
                                       CONTINUE REVIEW OF NUTECH LIFT STAY
                                       ORDER DISPUTE, DEPOSITION REQUEST
                                       (0.6).

MATZ TJ          08/16/06      2.40    CORRESPONDENCE WITH K. RAMES & D.
                                       TISDALE RE: NUTECH ORDER, ISSUES (0.6);
                                       REVIEW AND COMMENT ON SAME (0.4); 2
                                       TELECONFERENCES WITH CHAMBERS RE:
                                       NUTECH APPEARANCE (0.5);
                                       TELECONFERENCE WITH D. TISDALE, J.
                                       BUTLER AND OTHERS RE: CHAMBERS CALL TO
                                       RESOLVE ORDER (0.5); REVIEW AGREED
                                       ORDER (0.2); FORWARD SAME TO CHAMBERS
                                       (0.1); TELECONFERENCE TO CHAMBERS RE:
                                       AGREED ORDER (0.1).

MATZ TJ          08/17/06      1.30    REVIEW CORRESPONDENCE FROM CHAMBERS RE:
                                       NUTECH ORDER, APPEARANCE (0.1);
                                       TELECONFERENCE WITH CHAMBERS RE: SAME
                                       (0.2); REVIEW STATUS OF EQUITY
                                       COMMITTEE JOINT INTEREST ORDER -
                                       AMENDMENT (0.2); FINAL PREPARATION FOR
                                       8/17 OMNIBUS HEARING AND REVIEW OF
                                       BINDER (0.8).

                              7.20

RAMLO K          08/01/06      0.50    REVIEW TRANSCRIPT AND REVISE PROPOSED
                                       ORDER FOR NUTECH MOTION (0.5).

RAMLO K          08/02/06      1.50    REVISE NUTECH PROPOSED ORDER AND
                                       ANALYZE NUTECH PROPOSAL (0.6); REVIEW
                                       H.E. SERVICES OBJECTION TO LANGUAGE IN
                                       ORDER AND CORRESPOND WITH V.
                                       MASTROMARCO RE: SAME (0.9).

RAMLO K          08/03/06      2.60    RESEARCH RE: RENEWING STAY RELIEF
                                       MOTIONS (0.4); CORRESPONDENCE TO V.
                                       MASTROMARCO RE: PROPOSED ORDER IN H.E.
                                       SERVICES (0.7); ANALYZE CORRESPONDENCE
                                       FROM T. LIPPERT RE: NUTECH MOTION (0.5);
                                       TELECONFERENCE WITH T. LIPPERT RE:
                                       NUTECH (0.3); WORK ON REPORT TO
                                       COMMITTEE RE: LIFT STAY PROCEDURES
                                       (0.2); ANALYZE CORRESPONDENCE FROM B.
                                       FRANTANGELO RE: S. BROWN ACTION (0.5).

RAMLO K          08/04/06      1.40    TELECONFERENCE WITH V. MASTROMARCO RE:
                                       H.E. SERVICES ORDER (0.2); REVIEW AND
                                       COMMENT ON REVISED ORDER (0.2); REVIEW
                                       STATUS OF WORK OF BUTTITTA MOTION (0.2);
                                       REVIEW MEDIATION PROPOSAL FROM S.
                                       KLENDA RE: NUTECH (0.4); WORK ON MONTHLY
                                       REPORT TO COMMITTEE FINANCIAL ADVISOR
                                       (0.4).

RAMLO K          08/07/06      0.20    REVIEW BATTITTA MATERIALS (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAMLO K          08/08/06       0.60   FURTHER ANALYSIS RE: NUTECH PROPOSAL
                                       (0.2); TELECONFERENCE WITH B.
                                       FRANTANGELO RE: BROWN SETTLEMENT (0.3);
                                       REVIEW DRAFT H.E. SERVICES ORDER (0.1).

RAMLO K          08/09/06       1.00   RESEARCH RE: NUTECH POSITION ON
                                       PROCEDURAL POSTURE (0.5); REVIEW
                                       PROPOSED ORDER AND REVISE
                                       CORRESPONDENCE TO J. PAPELIAN (0.5).

RAMLO K          08/11/06       1.90   EXCHANGE CORRESPONDENCE WITH S. KLENDA
                                       RE: PROPOSED ORDER, CONTINUED HEARING,
                                       AND MEDIATION/ARBITRATION PROPOSAL
                                       (0.8); REVIEW TRANSCRIPT AND REVISE
                                       SCRIPT FOR CONTINUED HEARING ON NUTECH
                                       MOTION (1.1).

RAMLO K          08/12/06       1.80   REVIEW, ANALYZE AND RESPOND TO
                                       CORRESPONDENCE, PROPOSED ORDER AND
                                       DRAFT NOTICE OF PRESENTMENT FROM S.
                                       KLENDA AND DRAFT RESPONSE, REVIEW JULY
                                       HEARING TRANSCRIPT (1.8).

RAMLO K          08/14/06       5.70   REVIEW SIGNED ORDER ON H.E. SERVICES
                                       MOTION (0.1); TELECONFERENCES WITH S.
                                       KLENDA RE: PROPOSED ORDER AND
                                       MEDIATION/ARBITRATION (0.8); RESEARCH
                                       RE: AUTOMATIC STAY TERMINATION (0.7);
                                       REVIEW, ANALYZE AND DRAFT STRATEGY ON
                                       NUTECH'S POSITION AND PROPOSED ORDER,
                                       REVISE DEBTORS' PROPOSED ORDER (2.6);
                                       CORRESPONDENCE TO S. KLENDA RE:
                                       PROPOSED ORDER (0.2); REVISE
                                       CORRESPONDENCE TO COURT RE: PROPOSED
                                       ORDER (0.6); REVISE SCRIPT FOR HEARING
                                       PREPARATION (0.7).

RAMLO K          08/15/06       6.40   CORRESPONDENCE AND TELECONFERENCES
                                       WITH S. KLENDA RE: PROPOSED ORDER (1.8);
                                       CORRESPONDENCE TO J. PAPELIAN RE:
                                       COMMUNICATIONS FROM NUTECH COUNSEL
                                       (0.3); FURTHER RESEARCH RE: AUTOMATIC
                                       STAY TERMINATION (0.8); REVISE
                                       CORRESPONDENCE AND ENCLOSURES TO COURT
                                       RE: PROPOSED ORDER (0.5); REVISE
                                       HEARING SCRIPT AND PREPARATION (2.4);
                                       CORRESPONDENCE WITH E. GEISHEN RE:
                                       CLAIMS RECONCILIATION (0.3); WORK ON
                                       IMPLEMENTATION STRATEGY OF LIFT STAY
                                       PROCEDURES (0.3).

B43E

RAMLO K        08/16/06      7.20   TELECONFERENCE WITH J. PAPELIAN RE:
                                    NUTECH PROPOSED ORDER,
                                    MEDIATION/ARBITRATION AND PROPOSED
                                    CONTINUANCE (0.4); TELECONFERENCE WITH
                                    T. LIPPERT RE: NUTECH
                                    MEDIATION/ARBITRATION (0.5); REVIEW
                                    CORRESPONDENCE, PROPOSED ORDER, NOTICE
                                    OF PRESENTMENT, AND AFFIDAVIT FROM S.
                                    KLENDA (0.6); TELECONFERENCE WITH J.
                                    PAPELIAN AND T. LIPPERT RE: SAME (0.9);
                                    TELECONFERENCES WITH S. KLENDA, D.
                                    TISDALE RE: PROPOSED ORDERS, COURT
                                    REQUEST FOR CONFERENCE ON SAME, AND
                                    DEPOSITION OF JOHN MAILEY, REVISE
                                    PROPOSED ORDER, AND REVISE HEARING
                                    SCRIPT AND PROFFER (4.7); REVIEW
                                    CORRESPONDENCE FROM J. GREEN RE: NUTECH
                                    HEARING (0.1).

RAMLO K        08/17/06      0.70   REVIEW CORRESPONDENCE FROM CHAMBERS RE:
                                    NUTECH MATTER (0.1); CONTINUE WORK ON
                                    IMPLEMENTATION OF LIFT STAY PROCEDURES
                                    (0.2); CONTINUE ANALYSIS OF NUTECH
                                    PROPOSAL ON MEDIATION/ARBITRATION
                                    (0.4).

RAMLO K        08/18/06      0.60   REVIEW MOTION TO EXTEND TIME TO APPEAL
                                    BY H.E. SERVICES (0.4); CORRESPONDENCE
                                    WITH T. LIPPERT RE: MAILEY DEPOSITION
                                    (0.2).

RAMLO K        08/21/06      4.30   REVIEW CORRESPONDENCE FROM S. KLENDA
                                    RE: NUTECH PROPOSED ORDER (0.1); WORK ON
                                    IMPLEMENTING LIFT STAY PROCEDURES
                                    (1.4); RESEARCH RE: APPEALABILITY OF
                                    STAY RELIEF DENIAL (1.2); FURTHER
                                    ANALYSIS OF H.E. SERVICES APPEAL
                                    EXTENSION MOTION AND INDEMNITY ISSUES
                                    (0.8); CORRESPONDENCE TO V. MASTROMARCO
                                    RE: SAME (0.2); FURTHER ANALYSIS OF
                                    NUTECH MEDIATION (0.6).

RAMLO K        08/23/06      4.50   TELECONFERENCE WITH R. BABCOCK RE: H.E.
                                    SERVICES MOTION TO EXTENT APPEAL
                                    DEADLINE (0.1); RESEARCH RE:
                                    APPEALABILITY OF STAY RELIEF DENIAL
                                    (0.5); CORRESPONDENCE WITH J. PAPELIAN
                                    AND T. LIPPERT RE: NUTECH STATE COURT
                                    LAWSUIT, EVIDENTIARY ISSUES, AND LIFT
                                    STAY RESULT (0.3); REVISE FORM
                                    SETTLEMENT AGREEMENT AND NOTICE OF
                                    PROPOSED SETTLEMENT, AND WORK ON
                                    IMPLEMENTING LIFT STAY PROCEDURES
                                    (3.6).

RAMLO K        08/24/06      0.50   REVISE SETTLEMENT AGREEMENT, NOTICE AND
                                    FORMS FOR LIFT STAY PROCEDURES (0.5).

RAMLO K        08/25/06      0.40   REVISE NOTICE NOTICE OF PROPOSED
                                    SETTLEMENT (0.1); REVIEW CLAIMS SUMMARY
                                    FOR LIFT STAY PROCEDURES (0.3).

RAMLO K           08/28/06     2.40   COMPLETE RESEARCH RE: EXTENDING APPEAL
                                      PERIOD (0.3); REVIEW TRANSCRIPTS OF
                                      H.E. SERVICES HEARINGS, CLAIMS, MOTION,
                                      ORDER, AND DRAFT MEMORANDUM RE: H.E.
                                      SERVICES MOTION (0.8); REVISE FORM
                                      SETTLEMENT AND NOTICE (1.3).

RAMLO K           08/29/06     1.80   REVIEW AND COMMENT ON LIFT STAY
                                      PROCEDURES FORMS (0.9); ANALYSIS RE:
                                      INSURANCE ISSUES UNDER LIFT STAY
                                      PROCEDURES (0.8); CORRESPONDENCE TO J.
                                      DERIAN RE: H.E. SERVICES MOTION (0.1).

RAMLO K           08/30/06     0.70   TELECONFERENCES WITH J. DERIAN AND H.
                                      BAER RE: H.E. SERVICES MOTION TO EXTEND
                                      APPEAL PERIOD (0.1); CORRESPONDENCE
                                      WITH J. PAPELIAN AND T. LIPPERT RE:
                                      NUTECH (0.3); REVISE FORM SETTLEMENT
                                      AGREEMENT (0.2); CORRESPONDENCE TO J.
                                      PAPELIAN RE: LIFT STAY PROCEDURES
                                      (0.1).

                              46.70

**Total Counsel**             53.90

FERN BM           08/07/06     0.40   REVIEW ISSUES RE: PARKER STIPULATION
                                      (0.4).

FERN BM           08/08/06     1.40   REVIEW MEMO RE: CONSTRUCTIVE TRUSTS
                                      (0.8); REVIEW ISSUES AND TERMS OF PARKER
                                      STIPULATION (0.6).

FERN BM           08/09/06     0.70   ANALYZE ISSUES RE: CONSTRUCTIVE TRUSTS
                                      (0.7).

FERN BM           08/10/06     1.10   DRAFT SCRIPT RE: PARKER MOTION (1.1).

FERN BM           08/11/06     1.10   EMAIL TO P. FUGEE RE: PARKER STIPULATION
                                      (0.2); REVISE SCRIPT FOR PARKER MOTION
                                      (0.9).

FERN BM           08/14/06     0.50   EMAIL TO P. FUGEE RE: PARKER (0.3); AND
                                      EMAIL TO J. DERIAN RE: SAME (0.2).

FERN BM           08/15/06     0.20   EMAIL TO D. SCHAEFER RE: PARKER (0.2).

FERN BM           08/16/06     1.60   REVIEW EMAIL FROM T. COHEN RE: WHITNEY
                                      (0.4); ANALYZE ISSUES RE: WHITNEY CLAIM
                                      (0.3); ADDITIONAL EMAILS TO/FROM T.
                                      COHEN RE: WHITNEY (0.4); SUMMARY OF
                                      ISSUES RE: WHITNEY (0.5).

FERN BM           08/18/06     0.70   EMAILS TO/FROM R. VANLEUVEN AND K.
                                      SCHAFER RE: WHITNEY (0.4);
                                      TELECONFERENCE WITH K. SCHAFER RE:
                                      WHITNEY (0.3).

FERN BM           08/24/06     0.60   REVISE DRAFT SETTLEMENT AGREEMENT FOR
                                      LIFT STAY PROCEDURES (0.6).

FERN BM          08/28/06     2.10  FORMULATE STRATEGY RE: SETTLEMENT
                                    AGREEMENT (0.6); REVIEW AND COMMENTED
                                    ON SETTLEMENT AGREEMENT (0.9); REVIEW
                                    CORRESPONDENCE FROM P. FUGEE RE: PARKER
                                    (0.2); REVIEW MEMO RE: PARKER'S CLAIM
                                    (0.4).

FERN BM          08/29/06     0.60  REVIEW MATERIAL RE: WHITNEY CLAIM
                                    (0.3); EMAIL TO T. COHEN RE: SAME (0.3).

                             11.00

HOUSTON BM       08/01/06     5.00  RE-REVIEW TRANSCRIPT RE: NUTECH MATTER
                                    (0.5); BEGIN DRAFTING PROPOSED ORDER
                                    RE: SAME (1.9); EVALUATE SAME (1.7);
                                    CONTINUE EVALUATE RE: BUTTITTA MATTER
                                    (0.9).

HOUSTON BM       08/02/06     6.50  BEGIN REVISING PROPOSED ORDER RE:
                                    NUTECH (0.4); CONTINUE STRATEGIZING RE:
                                    SAME (3.8); CONFERENCE CALL WITH S.
                                    KLENDA RE: SAME (0.3); CONTINUE
                                    REVISING PROPOSED ORDER RE: SAME (0.4);
                                    CONTINUE REVISING PROPOSED ORDER RE:
                                    H.E. SERVICES (0.3); REVIEW REPORTING
                                    REQUIREMENTS UNDER LIFT STAY PROCEDURES
                                    ORDER (0.2); ANALYZE SAME (0.5); BEGIN
                                    DRAFTING REPORT RE: SAME (0.4);
                                    CONTINUE REVISING PROPOSED ORDER RE:
                                    H.E. SERVICES (0.2).

HOUSTON BM       08/03/06     5.60  CONTINUE TO PREPARE FOR NUTECH HEARING
                                    (2.6); CONFERENCE CALL WITH S. KLENDA
                                    RE: SAME (0.2); CONTINUE STRATEGIZING
                                    RE: BUTTITTA MATTER (2.3); CONTINUE
                                    REVISING PROPOSED ORDER RE: H.E.
                                    SERVICES (0.2); CONTINUE STRATEGIZING
                                    RE: SAME (0.3).

HOUSTON BM       08/04/06     6.10  CONTINUE TO PREPARE FOR NUTECH HEARING
                                    (4.3); TELECONFERENCE WITH J. PAPELIAN
                                    AND P. TOTTIS RE: LIFT STAY PROCEDURES
                                    REPORTING REQUIREMENTS (0.2); CONTINUE
                                    REVISION OF PROPOSED ORDER RE: H.E.
                                    SERVICES (0.3); BEGIN REVIEWING SHAW
                                    MOTION AND RELATED DOCS (1.3).

HOUSTON BM       08/07/06     1.70  TELECONFERENCE WITH F. FRIESTEDT RE:
                                    BUTTITTA MATTER (0.2); CONTINUE
                                    STRATEGIZING RE: SAME (1.5).

HOUSTON BM       08/08/06     6.20  CONTINUE ANALYSIS OF REPORTING
                                    REQUIREMENTS UNDER LIFT STAY PROCEDURES
                                    (0.4); TELECONFERENCE WITH R.
                                    FLETEMEYER RE: SAME (0.2); REVISE DRAFT
                                    OF REPORT (0.6); REVISE PROPOSED ORDER
                                    RE: H.E. SERVICES (1.2); STRATEGIZE RE:
                                    SAME (1.1); REVISE PROPOSED ORDER RE:
                                    NUTECH (0.2); CONTINUE STRATEGIZING RE:
                                    SAME (2.5).

HOUSTON BM       08/09/06     6.30  CONTINUE TO PREPARE FOR NUTECH HEARING
                                    (5.8); REVISE ORDER RE: SAME (0.2);
                                    RE-REVIEW JULY 19 TRANSCRIPT RE: SAME
                                    (0.3).

16                                        B43E

HOUSTON BM    08/10/06    4.30   BEGIN DRAFTING LANGUAGE FOR POTENTIAL
                                 PROFFER (2.8); REVISE REPORT RE: LIFT
                                 STAY PROCEDURES (0.2); STRATEGIZE RE:
                                 SAME (1.3).

HOUSTON BM    08/11/06    6.90   CONTINUE TO PREPARE FOR NUTECH HEARING
                                 (4.3); REVISE PROPOSED ORDER RE: SAME
                                 (0.2); REVISE LANGUAGE FOR POTENTIAL
                                 PROFFER RE: SAME (1.2); CONTINUE
                                 STRATEGIZING RE: MONTHLY REPORT (1.2).

HOUSTON BM    08/14/06    8.80   CONTINUE STRATEGIZING RE: NUTECH ORDER
                                 (2.3); DRAFT LETTER TO COURT RE: SAME
                                 (1.5); BEGIN DRAFTING ALTERNATE LETTER
                                 TO COURT RE: SAME (3.6); STRATEGIZE RE:
                                 SAME (0.8); REVISE ALTERNATE LETTER
                                 (0.6).

HOUSTON BM    08/15/06    3.10   CONTINUE REVISING LANGUAGE FOR
                                 POTENTIAL PROFFER RE: NUTECH ORDER
                                 (3.1).

HOUSTON BM    08/16/06    5.60   CONTINUE REVISION OF LANGUAGE FOR
                                 POTENTIAL PROFFER RE: NUTECH ORDER
                                 (1.2); CONTINUE STRATEGIZING RE: SAME
                                 (2.4); REVIEW NUTECH NOTICE OF
                                 PRESENTMENT AND PROPOSED ORDER (1.0);
                                 ANALYZE ISSUES RE: SAME (1.0).

HOUSTON BM    08/17/06    1.60   REVISE REPORT TEMPLATE (1.3);
                                 TELECONFERENCE WITH J. MCDONALD RE:
                                 SAME (0.3).

HOUSTON BM    08/24/06    8.40   BEGIN DRAFTING FORM OF NOTICE RE:
                                 SETTLEMENTS UNDER LIFT STAY PROCEDURES
                                 (3.4); BEGIN DRAFTING FORM OF AGREEMENT
                                 UNDER SAME (3.8); BEGIN REVISING NOTICE
                                 (1.2).

HOUSTON BM    08/25/06    7.60   CONTINUE REVISION NOTICE (0.8);
                                 CONTINUE DRAFTING AGREEMENT (4.3);
                                 TELECONFERENCE WITH B. FRANTANGELO RE:
                                 SAME (0.2); STRATEGIZE RE: SAME (2.3).

HOUSTON BM    08/28/06    6.90   CONTINUE REVISING FORM AGREEMENT (4.8);
                                 REVISE REPORTING TEMPLATE (2.1).

HOUSTON BM    08/29/06    9.20   CONTINUE REVISING AGREEMENT (3.7);
                                 STRATEGIZE RE: SAME (1.4); CONTINUE
                                 REVISING REPORTING TEMPLATE (1.3);
                                 DRAFT ELIGIBILITY CHECKLIST (1.0);
                                 DRAFT REPORT INFO TRACKING FORM (1.8).

HOUSTON BM    08/30/06    8.80   CONTINUE REVISING FORM AGREEMENT (3.8);
                                 STRATEGIZE RE: SAME (1.0); CONTINUE
                                 REVISING INFO TRACKING FORM (1.5);
                                 CONTINUE REVISING REPORT FORM (2.5).

                         108.60

MEISLER RE    08/02/06    0.70   REVIEW TRANSCRIPT OF JULY OMNIBUS
                                 HEARING (0.5) AND REVIEW AND COMMENT ON
                                 NUTECH PROPOSED ORDER (0.2).

MEISLER RE    08/03/06    0.30   REVIEW STATUS OF ORDER DENYING H.E.
                                 SERVICES LIFT STAY MOTION (0.3).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 08/04/06 | 0.50 | CONTINUE REVIEW OF STATUS OF ORDER RE: DENIAL OF H.E. SERVICES LIFT STAY MOTION (0.2); REVIEW QUARTERLY REPORT RE: LIFT STAY PROCEDURES (0.3). |
| MEISLER RE | 08/08/06 | 0.50 | REVIEW NUTECH CORRESPONDENCE (0.1); TELECONFERENCE WITH J. DERIAN RE: H.E. SERVICES LIFT STAY MOTION (0.1); REVIEW ORDER RE: SAME (0.3). |
| MEISLER RE | 08/10/06 | 0.20 | REVIEW SCRIPT RE: NUTECH (0.2). |
| MEISLER RE | 08/11/06 | 0.60 | REVIEW AND COMMENT ON NUTECH SCRIPT (0.4); REVIEW AND COMMENT ON PARKER SCRIPT (0.2). |
| MEISLER RE | 08/14/06 | 2.00 | REVIEW AND ANALYZE CORRESPONDENCE RE: NUTECH (0.7); REVIEW AND REVISE SCRIPT RE: SAME (0.3); REVIEW AND COMMENT ON UPDATED SCRIPT RE: SAME (0.4); CONTINUE TO REVIEW OF STATUS RE: SAME (0.2); REVIEW STATUS OF PARKER LIFT STAY AND RESOLUTION TO SAME (0.1); REVIEW OF STATUS RE: LIFT STAY PROCEDURES (0.3). |
| MEISLER RE | 08/15/06 | 0.80 | HEARING PREPARATION RE: NUTECH (0.8). |
| MEISLER RE | 08/16/06 | 1.50 | HEARING PREPARATION RE: NUTECH LIFT STAY (1.5). |
| MEISLER RE | 08/18/06 | 0.50 | REVIEW H.E. SERVICES MOTION TO EXTEND TIME TO FILE APPEAL (0.4); REVIEW CORRESPONDENCE RE: INABILITY TO CONDUCT MAILEY DEPOSITION (0.1). |
| MEISLER RE | 08/21/06 | 0.70 | ANALYSIS OF H.E. SERVICES MOTION RE: EXTENSION OF TIME TO FILE APPEAL (0.4); ATTENTION TO LIFT STAY PROCEDURES (0.3). |
| MEISLER RE | 08/25/06 | 0.20 | CONTINUE ATTENTION TO H.E. SERVICES MOTION TO EXTEND TIME TO FILE APPEAL (0.2). |

**8.50**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| **Total Associate** | | **128.10** | |
|---------------------|----------|--------|---|
| ROSEN R | 08/02/06 | 0.20 | REVIEW STATUS OF H.E. SERVICES ORDER (0.1) AND NUTECH PLASTICS ENGINEERING (0.1) WITH TEAM ATTORNEY. |
| ROSEN R | 08/08/06 | 0.40 | INVESTIGATION, RESEARCH, COMPILE AND FORWARD CASE LAW TO REQUESTING TEAM ATTORNEY (0.4). |
| ROSEN R | 08/18/06 | 0.60 | REVIEW CASE DOCKET, COMPILE AND FORWARD H.E. SERVICES MOTION TO EXTEND TIME TO FILE APPEAL AND V. MASTROMARCO PRO HAC VICE MOTIONS, ORDERS TO REQUESTING TEAM ATTORNEY (0.6). |
| | | **1.20** | |
| **Total Legal Assistant** | | **1.20** | |
| **TOTAL TIME** | | **188.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                              **Bill Date: 09/30/06**
**Automatic Stay (Relief Actions)**                       **Bill Number: 1128097**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/22/06 | Copy Center, D | 9.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$9.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 5.63 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 3.90 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.44 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$10.00** |
| Westlaw | 08/02/06 | Diaz LB | 69.17 |
| Westlaw | 08/21/06 | Ramlo K | 140.06 |
| Westlaw | 08/28/06 | Ramlo K | 671.77 |
| | | **TOTAL WESTLAW** | **$881.00** |
| | | **TOTAL MATTER** | **$900.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 10/31/06**
**Automatic Stay (Relief Actions)**                     **Bill Number: 1127729**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 09/12/06 | 0.30 | ANALYZE NUTECH LIFT STAY ISSUES IN REPARATION FOR OMNIBUS HEARING (0.3). |
| HOGAN III AL | 09/25/06 | 0.40 | ANALYZE AUTOMATIC STAY AND DISCOVERY ISSUES IN CONNECTION WITH HERNANDEZ CASE (0.4). |
| HOGAN III AL | 09/27/06 | 0.50 | REVIEW HERNANDEZ LITIGATION DISCOVERY REQUESTS, AND ANALYZE AUTOMATIC STAY AND OTHER PROCEDURAL MECHANISMS FOR RESPONDING TO SAME (0.3); CONFERENCE WITH J. WHARTON RE: SAME (0.2). |
| | | 1.20 | |
| MARAFIOTI KA | 09/13/06 | 3.40 | REVIEW NUTECH PLEADINGS (2.4); TELECONFERENCE WITH S. CORCORAN AND J. PAPELIAN, T. LIPPERT (1.0) RE: NUTECH. |
| MARAFIOTI KA | 09/14/06 | 0.80 | CORRESPONDENCE RE: T. LIPPERT AFFIDAVIT (0.4); WORK ON DRAFT ORDER DENYING STAY RELIEF FOR NUTECH (0.3); CONFERENCE WITH TISDALE PRIOR TO HEARING (0.1). |
| MARAFIOTI KA | 09/18/06 | 0.20 | REVIEW NUTECH TRANSCRIPT IN CONNECTION WITH FINALIZING ORDER DENYING STAY RELIEF (0.2). |
| MARAFIOTI KA | 09/19/06 | 0.20 | REVIEW AND REVISE DRAFT NUTECH ORDER (0.2). |
| | | 4.60 | |
| **Total Partner** | | **5.80** | |
| MATZ TJ | 09/13/06 | 0.50 | FURTHER REVIEW AND PREPARATION RE: NUTECH MATTER (0.5). |
| MATZ TJ | 09/15/06 | 0.20 | REVIEW H.E. SERVICES ORDER AND FOLLOW UP WITH D. TISDALE RE: NUTECH ORDER (0.2). |
| MATZ TJ | 09/18/06 | 0.60 | UPDATE WEEKLY TASK CHART (0.4); REVIEW AND SIGN OFF ON H.E. SERVICES ORDER (0.2). |
| MATZ TJ | 09/22/06 | 0.20 | TELECONFERENCE FROM CHAMBERS RE: NUTECH AND SPEEDLINE ORDERS (0.2). |
| MATZ TJ | 09/25/06 | 0.50 | CONSIDER AND REVIEW DISCOVERY REQUEST IN HERNANDEZ LAWSUIT (0.5). |
| MATZ TJ | 09/26/06 | 0.20 | FORWARD NUTECH STAY RELIEF ORDER TO CHAMBERS (0.1); TELECONFERENCE FROM CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 09/27/06 | 1.20 | TELECONFERENCE WITH CHAMBERS RE: NUTECH ORDER (0.2); REVIEW CASE RELATED CORRESPONDENCE (0.4); REVIEW H.E. SERVICES, ROBERT BACKIE LEAVE TO APPEAL MOTIONS (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**3.40**

| | | | |
|---|---|---|---|
| RAMLO K | 09/02/06 | 0.10 | CORRESPONDENCE TO V. MASTROMARCO RE: MOTION TO EXTEND TIME (0.1). |
| RAMLO K | 09/05/06 | 2.60 | CORRESPONDENCE TO T. LIPPERT AND J. PAPELIAN RE: NUTECH STATE COURT HEARING (0.9); REVIEW AND COMMENT ON H.E. SERVICES HEARING SCRIPT (0.3); REVISE LIFT STAY PROCEDURE FORMS AND CORRESPONDENCE TO J. PAPELIAN RE: SAME (1.4). |
| RAMLO K | 09/06/06 | 2.10 | TELECONFERENCE WITH T. LIPPERT RE: NUTECH STATE-COURT MOTION (0.5); CORRESPONDENCE TO J. PAPELIAN RE: NUTECH ACTION AGAINST GENERAL MOTORS (0.2); CORRESPONDENCE WITH T. LIPPERT RE: SAME, STATE-COURT PROCEEDINGS, AND SCOPE OF REPRESENTATION (1.3); CORRESPONDENCE WITH J. PAPELIAN RE: LIFT STAY PROCEDURES REPORT (0.1). |
| RAMLO K | 09/07/06 | 6.50 | TELECONFERENCES WITH T. LIPPERT RE: STATE COURT PROPOSED ORDER (0.6); REVIEW DRAFT ORDER AND REVISED DRAFT ORDER (0.4); TELECONFERENCE WITH J. PAPELIAN RE: LIFT STAY PROCEDURES AND NUTECH STATE COURT PROCEEDING (0.2); REVISE FORM SETTLEMENT AGREEMENT (0.5); CORRESPONDENCE TO L. KOTLER RE: FORM SETTLEMENT AGREEMENT (0.2); CORRESPONDENCE TO J. PAPELIAN RE: LIFT STAY PROCEDURE FORMS (0.2); REVIEW GENERAL MOTORS PROOFS OF CLAIM (0.7); REVIEW AUGUST HEARING TRANSCRIPT (0.2); CORRESPONDENCE TO S. KLENDA RE: WITHDRAWING NUTECH MOTION (0.2); DRAFT PROPOSED ORDER, PREPARE EXHIBITS, AND DRAFT HEARING SCRIPT (3.3). |
| RAMLO K | 09/08/06 | 0.90 | CONFERENCE WITH J. PAPELIAN AND HIS LEGAL STAFF RE: LIFT STAY PROCEDURES (0.2); MEMO TO FILE RE: SAME (0.2); CORRESPONDENCE WITH T. LIPPERT RE: NUTECH PROPOSED ORDER (0.3); CORRESPONDENCE TO J. MCDONALD RE: LIFT STAY PROCEDURES (0.2). |
| RAMLO K | 09/09/06 | 0.10 | CORRESPONDENCE WITH J. PAPELIAN RE: NUTECH STATE COURT PROCEEDING (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAMLO K          09/11/06      3.60  TELECONFERENCE WITH R. ROSEN STATUS OF
                                     LIFT STAY PROCEDURES (0.1); REVIEW
                                     DRAFT LIFT STAY PROCEDURES REPORT FROM
                                     J. MCDONALD (0.1); CORRESPONDENCE WITH
                                     T. LIPPERT RE: STATUS OF NUTECH
                                     STATE-COURT PROCEEDING (0.2);
                                     SUPERVISE LIFT STAY PROCEDURES
                                     REPORTING AND IMPLEMENTATION (0.7);
                                     CORRESPONDENCE WITH R. FLETEMEYER RE:
                                     SAME (0.1); TELECONFERENCE WITH S.
                                     KLENDA RE: NUTECH HEARING (0.1);
                                     CORRESPONDENCE WITH M. REED RE: FORM
                                     SETTLEMENT AGREEMENT (0.2); REVIEW
                                     NUTECH MOTION PAPERS AND TRANSCRIPTS
                                     AND REVISE PROPOSED ORDER AND SCRIPT
                                     (2.1).

RAMLO K          09/12/06      1.80  CORRESPONDENCE WITH T. LIPPERT AND
                                     REVIEW NUTECH STATE-COURT ORDER (0.3);
                                     SUPERVISE IMPLEMENTATION OF LIFT STAY
                                     PROCEDURES (0.3); CORRESPONDENCE WITH
                                     S. KLENDA RE: WITNESSES AND DOCUMENTARY
                                     EVIDENCE AT HEARING (0.3); REVIEW AND
                                     ANALYZE NUTECH'S SUPPLEMENT, AFFIDAVIT
                                     AND EXHIBITS (0.9).

RAMLO K          09/13/06      4.10  WORK ON OBTAINING INSURER APPROVAL OF
                                     LIFT STAY PROCEDURES SETTLEMENT
                                     AGREEMENT (0.2); TELECONFERENCE WITH S.
                                     KLENDA RE: NUTECH HEARING (0.1);
                                     TELECONFERENCE WITH T. LIPPERT, S.
                                     CORCORAN, J. PAPELIAN, AND K. MARAFIOTI
                                     RE: NUTECH SUPPLEMENTAL PAPERS (0.7);
                                     REVISE PROPOSED ORDER, ANALYZE CASE LAW
                                     ON JUDICIAL ESTOPPEL, AND REVISE SCRIPT
                                     FOR HEARING (2.9); REVIEW EMAIL FROM S.
                                     KLENDA RE: EXHIBITS (0.2).

RAMLO K          09/14/06      1.00  REVIEW CORRESPONDENCE FROM T. LIPPERT
                                     RE: STATE COURT EXHIBIT AND DRAFT
                                     AFFIDAVIT (0.2); WORK ON INSURER
                                     CONSENT TO FORM SETTLEMENT AGREEMENT
                                     (0.1); ANALYSIS RE: DRAFTING PROPOSED
                                     ORDER DENYING NUTECH MOTION (0.7).

RAMLO K          09/15/06      0.50  CORRESPONDENCE TO J. PAPELIAN RE:
                                     NUTECH MOTION (0.2); TELECONFERENCE
                                     WITH T. LIPPERT RE: NUTECH MOTION AND
                                     STATE-COURT PROCEEDINGS (0.3).

RAMLO K          09/17/06      0.30  REVIEW DRAFT ORDER FROM R. BABCOCK RE:
                                     H.E. SERVICES MOTION (0.1); REVIEW AND
                                     COMMENT ON LIFT STAY PROCEDURES FORM
                                     SETTLEMENT AGREEMENT (0.2).

RAMLO K          09/18/06      1.10  REVIEW STATUS OF INSURER COMMENTS TO
                                     FORM SETTLEMENT AGREEMENT (0.1);
                                     CORRESPONDENCE TO R. BABCOCK RE:
                                     PROPOSED H.E. SERVICES ORDER (0.1);
                                     REVIEW HEARING TRANSCRIPT AND REVISE
                                     NUTECH PROPOSED ORDER (0.8); REVIEW
                                     ORDER GRANTING H.E. SERVICES ORDER
                                     (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| RAMLO K | 09/20/06 | 0.60 | REVIEW STATUS OF H.E. SERVICES MOTION (0.1); REVISE PROPOSED NUTECH ORDER AND CORRESPONDENCE WITH S. KLENDA RE: SAME (0.3); REVIEW STATUS OF INSURER COMMENTS TO FORM LIFT STAY FORMS (0.2). |
|---------|----------|------|---|
| RAMLO K | 09/21/06 | 0.70 | REVIEW AND COMMENT ON REVISIONS FROM INSURER RE: LIFT STAY PROCEDURES FORM (0.3); STRATEGY RE: MEDIATION OF ELMORE MATTER (0.3); REVIEW CORRESPONDENCE FROM G. KAMINSKI RE: SETOFF (0.1). |
| RAMLO K | 09/22/06 | 0.60 | REVIEW CORRESPONDENCE FROM J. PAPELIAN RE: NUTECH MOTION (0.1); FURTHER STRATEGY ON MEDIATION (0.2); CONFERENCE WITH B. HOUSTON RE: INSURER REVISIONS (0.1); CORRESPONDENCE TO S. KLENDA AND D. TISDALE RE: PROPOSED ORDER ON NUTECH MOTION (0.2). |
| RAMLO K | 09/25/06 | 0.60 | CORRESPONDENCE WITH T. LIPPERT RE: NUTECH HEARING (0.1); REVIEW AND ANALYSIS RE: RESPONSE TO DISCOVERY SERVED IN HERNANDEZ STATE-COURT ACTION (0.4); TELECONFERENCE WITH S. KLENDA RE: NUTECH PROPOSED ORDER (0.1). |
| RAMLO K | 09/26/06 | 0.40 | TELECONFERENCE WITH S. KLENDA RE: NUTECH PROPOSED ORDER AND MEDIATION (0.3); ARRANGE FOR LODGING OF PROPOSED ORDER (0.1). |
| RAMLO K | 09/27/06 | 0.50 | REVIEW CORRESPONDENCE AND MATERIALS FROM B. FRANTANGELO RE: HERNANDEZ LITIGATION AND DETERMINE RESPONSE (0.5). |
| RAMLO K | 09/28/06 | 3.70 | TELECONFERENCE WITH C. RIBAS RE: HERNANDEZ LITIGATION (0.1); CORRESPONDENCE TO D. WHITEFIELD RE: SAME (0.2); REVIEW AND ANALYZE H.E. SERVICES MOTION FOR LEAVE TO APPEAL AND SUPERVISE PREPARATION OF RESPONSE (2.6); REVISE FORM SETTLEMENT AGREEMENT AND DRAFT CORRESPONDENCE TO W. SIMKULAK RE: SAME (0.8). |
| RAMLO K | 09/29/06 | 0.70 | WORK ON WARRANTY CLAIM ISSUES (0.5); WORK ON GM SETOFF FEE ISSUE (0.2). |
| | | 32.50 | |
| **Total Counsel** | | **35.90** | |
| FERN BM | 09/05/06 | 1.50 | FORMULATE STRATEGY RE: LIFT STAY PROCEDURES (0.7); REVIEW HE SERVICES MOTION (0.2) AND DRAFT SCRIPT RE: SAME (0.3); REVISE HE SERVICES SCRIPT (0.3). |
| FERN BM | 09/06/06 | 0.30 | UPDATE HE SERVICES SCRIPT (0.3). |
| FERN BM | 09/12/06 | 0.70 | RESEARCH RE: EXTENDING AUTOMATIC STAY (0.7). |

B43E

| | | | |
|---|---|---|---|
| FERN BM | 09/27/06 | 0.80 | EMAILS WITH J. DERIAN RE: STATUS OF PARKER LITIGATION (0.2); REVIEW ORDER RE: FLEX-TECH LITIGATION (0.3); TELECONFERENCE WITH J. DERIAN RE: FLEX-TECH (0.3). |
| FERN BM | 09/28/06 | 0.90 | REVIEW APPELLATE PROCEDURES MATERIALS RE: HE SERVICES (0.9). |
| | | **4.20** | |
| GRANT K | 09/28/06 | 5.50 | REVIEW MOTIONS FOR LEAVE TO APPEAL OF H.E. SERVICES OF ROBERT BACKIE AND UNDERLYING DOCUMENTS AND TRANSCRIPTS (3.9); RESEARCH RE: SAME (1.2); DRAFT MEMO SUMMARIZING SAME (0.4). |
| GRANT K | 09/29/06 | 5.30 | RESEARCH RE: MOTION OF H.E. SERVICES FOR LEAVE TO APPEAL (1.2); DRAFT ANSWER RE: SAME (4.1). |
| | | **10.80** | |
| HOUSTON BM | 09/05/06 | 3.90 | REVISE REPORTING FORMS (2.5); STRATEGIZE RE: H.E. SERVICES MTN (1.4). |
| HOUSTON BM | 09/06/06 | 1.50 | FINALIZE REPORTING, TRACKING FORMS (1.5). |
| HOUSTON BM | 09/08/06 | 1.50 | TELECONFERENCE WITH J. MCDONALD RE: REPORTING FORMS (0.2); BEGIN ANALYZING ISSUES RE: SAME (1.3). |
| HOUSTON BM | 09/11/06 | 8.40 | ANALYZE ISSUES RE: REPORTING UNDER LIFT STAY PROCEDURES (3.4); EVALUATE SAME (2.8); ANALYZE WORK PRODUCT/CONFIDENTIALITY ISSUES RE: SAME (2.2). |
| HOUSTON BM | 09/12/06 | 7.30 | CONTINUE ANALYZING WORK PRODUCT/CONFIDENTIALITY ISSUES RE: REPORTING UNDER LIFT STAY PROCEDURES (2.3); RESEARCH ISSUES RE: LIEN RELEASES (2.0); DRAFT RELEASE LANGUAGE (1.3); REVISE FORM SETTLEMENT AGREEMENT (1.7). |
| HOUSTON BM | 09/13/06 | 7.50 | CONTINUE DRAFTING RELEASE LANGUAGE (1.0); CONTINUE REVISING FORM SETTLEMENT AGREEMENT (3.8); ANALYZE ISSUES RE: REPORTING UNDER LIFT STAY PROCEDURES (1.3); DRAFT GUIDELINES RE: SAME (1.4). |
| HOUSTON BM | 09/15/06 | 1.40 | CONTINUE ANALYZING ISSUE RE: REPORTING UNDER LIFT STAY PROCEDURES (1.2); TELECONFERENCE WITH J. MCDONALD AND K. SCHAFER RE: SAME (0.2). |
| HOUSTON BM | 09/18/06 | 2.20 | ANALYZE ISSUES RE: REPORTING UNDER LIFT STAY PROCEDURES (1.0); TELECONFERENCE WITH P. NEWTON RE: SAME (0.3); REVISE FORM SETTLEMENT AGREEMENT (0.2); REVIEW SAME (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOUSTON BM | 09/19/06 | 0.70 | REVISE LIFT STAY PROCEDURES (0.4); TELECONFERENCE WITH P. TOTTIS RE: SAME (0.3). |
| HOUSTON BM | 09/22/06 | 1.80 | REVISE FORM SETTLEMENT AGREEMENT (1.8). |
| | | **36.20** | |
| JJINGO MJ | 09/14/06 | 1.20 | BEGIN TO REVIEW MATERIALS RELATED TO NUTECH MATTER IN PREPARATION FOR DRAFTING ORDER (0.6); BEGIN TO DRAFT FINAL ORDER (0.6). |
| JJINGO MJ | 09/18/06 | 2.40 | REVIEW SEPTEMBER 14, 2006 TRANSCRIPT AS IT RELATES TO THE NUTECH MATTER AND DRAFT FINAL ORDER RE: THE SAME (1.8); REVISE ORDER BASED ON DISCUSSIONS (0.6). |
| | | **3.60** | |
| **Total Associate** | | **54.80** | |
| **TOTAL TIME** | | **96.50** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Automatic Stay (Relief Actions)**

**Bill Date: 10/31/06**
**Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.86 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.25 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 2.45 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.44 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Westlaw | 09/05/06 | Ramlo K | 3.21 |
| Westlaw | 09/07/06 | Rosen R | 47.36 |
| Westlaw | 09/13/06 | Houston BM | 158.39 |
| Westlaw | 09/28/06 | Grant K | 31.69 |
| Westlaw | 09/29/06 | Grant K | 63.35 |
| | | **TOTAL WESTLAW** | **$304.00** |
| Outside Re-search/Internet Services | 09/07/06 | Houston BM | 11.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$11.00** |
| | | **TOTAL MATTER** | **$320.00** |

B43E