SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
          In re                         :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05–44481 (RDD)
                                        :
                      Debtors.          :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-9
NONWORKING TRAVEL TIME
1,205.8 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  
Nonworking Travel Time

Bill Date: 07/31/06  
Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 06/27/06 | 5.20 | TO TROY FROM WASHINGTON, DC. (5.2). |
| | | **5.20** | |
| BUTLER, JR. J | 06/01/06 | 2.60 | TO NEW YORK FROM DETROIT (2.6). |
| BUTLER, JR. J | 06/02/06 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| BUTLER, JR. J | 06/04/06 | 2.10 | TO NEW YORK FROM DETROIT (2.1). |
| BUTLER, JR. J | 06/05/06 | 2.90 | TO DETROIT FROM NEW YORK (2.9). |
| BUTLER, JR. J | 06/07/06 | 6.30 | TO CHICAGO FROM DETROIT (2.9); TO NEW YORK FROM CHICAGO (3.4). |
| BUTLER, JR. J | 06/09/06 | 5.60 | TO TROY FROM NEW YORK (3.3); TO ALPENA FROM TROY (2.3). |
| BUTLER, JR. J | 06/11/06 | 3.30 | TO TROY FROM ALPENA (3.3). |
| BUTLER, JR. J | 06/12/06 | 2.80 | TO NEW YORK FROM DETROIT (2.8). |
| BUTLER, JR. J | 06/14/06 | 5.90 | TO DETROIT FROM NEW YORK (2.7); TO CHICAGO FROM DETROIT (3.2). |
| BUTLER, JR. J | 06/15/06 | 3.70 | TO NEW YORK FROM CHICAGO (3.7). |
| BUTLER, JR. J | 06/16/06 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| BUTLER, JR. J | 06/18/06 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| BUTLER, JR. J | 06/20/06 | 2.90 | TO TROY FROM NEW YORK (2.9). |
| BUTLER, JR. J | 06/21/06 | 3.90 | TO CHICAGO FROM DETROIT (3.9). |
| BUTLER, JR. J | 06/25/06 | 4.60 | TO DETROIT FROM CHICAGO (4.6). |
| BUTLER, JR. J | 06/27/06 | 4.40 | TO CHICAGO FROM DETROIT (4.4). |
| BUTLER, JR. J | 06/28/06 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| BUTLER, JR. J | 06/30/06 | 3.60 | TO CHICAGO FROM NEW YORK (3.6). |
| | | **72.40** | |
| HOGAN III AL | 06/02/06 | 2.70 | TO CHICAGO FROM TROY (2.7). |
| HOGAN III AL | 06/11/06 | 4.00 | TO NY FROM CHICAGO (4.0). |
| HOGAN III AL | 06/19/06 | 3.00 | TO CHICAGO FROM NEW YORK (3.0). |
| HOGAN III AL | 06/30/06 | 3.50 | TO CHICAGO FROM NEW YORK (3.5). |
| | | **13.20** | |
| LYONS JK | 06/01/06 | 3.40 | TO TROY FROM CHICAGO (3.4). |
| LYONS JK | 06/02/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| LYONS JK | 06/20/06 | 3.60 | TO TROY FROM CHICAGO (3.6). |
| LYONS JK | 06/22/06 | 4.40 | TO CHICAGO FROM TROY (4.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| LYONS JK | 06/27/06 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| LYONS JK | 06/28/06 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| | | **24.40** | |
| PANAGAKIS GN | 06/02/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| PANAGAKIS GN | 06/04/06 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| PANAGAKIS GN | 06/05/06 | 3.90 | TO CHICAGO FROM NEW YORK (3.9). |
| | | **13.10** | |
| WEXLER MP | 06/27/06 | 9.30 | TO TROY FROM CHICAGO (3.8); TO CHICAGO FROM TROY (8.5). |
| | | **9.30** | |
| **Total Partner** | | **137.60** | |
| SHIVAKUMAR D | 06/01/06 | 5.50 | TO TROY FROM NEW YORK (5.5). |
| SHIVAKUMAR D | 06/02/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| SHIVAKUMAR D | 06/04/06 | 7.10 | TO TROY FROM CHICAGO (3.6); TO CHICAGO FROM TROY (3.5). |
| SHIVAKUMAR D | 06/08/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| SHIVAKUMAR D | 06/09/06 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| SHIVAKUMAR D | 06/11/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| SHIVAKUMAR D | 06/12/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| SHIVAKUMAR D | 06/25/06 | 3.60 | TO TROY FROM CHICAGO (3.6). |
| SHIVAKUMAR D | 06/26/06 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| SHIVAKUMAR D | 06/28/06 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| SHIVAKUMAR D | 06/29/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| | | **53.50** | |
| **Total Counsel** | | **53.50** | |
| CAMPANARIO ND | 06/05/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **4.90** | |
| FERN BM | 06/18/06 | 3.70 | TO NEW YORK FROM CHICAGO (3.7). |
| FERN BM | 06/19/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **8.60** | |
| GUZZARDO J | 06/01/06 | 5.80 | TO NEW YORK FROM CHICAGO (5.8). |
| GUZZARDO J | 06/02/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| GUZZARDO J | 06/11/06 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| GUZZARDO J | 06/12/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| | | **21.00** | |
| HERRIOTT AV | 06/06/06 | 4.10 | TO DETROIT FROM CHICAGO (4.1). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HERRIOTT AV | 06/07/06 | 4.20 | TO NEW YORK FROM DETROIT (4.2). |
| HERRIOTT AV | 06/08/06 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| HERRIOTT AV | 06/18/06 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| HERRIOTT AV | 06/19/06 | 3.80 | TO DETROIT FROM NEW YORK (3.8). |
| HERRIOTT AV | 06/21/06 | 4.10 | TO CHICAGO FROM DETROIT (4.1). |
| | | **25.80** | |
| MACDONALD N | 06/01/06 | 5.40 | TO NEW YORK FROM CHICAGO (5.4). |
| MACDONALD N | 06/02/06 | 3.70 | TO CHICAGO FROM NEW YORK (3.7). |
| MACDONALD N | 06/04/06 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| MACDONALD N | 06/05/06 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| | | **17.50** | |
| MEISLER RE | 06/07/06 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| MEISLER RE | 06/08/06 | 4.00 | TO CHICAGO FROM NEW YORK (4.0). |
| MEISLER RE | 06/14/06 | 3.30 | TO TROY FROM CHICAGO (3.3). |
| MEISLER RE | 06/15/06 | 2.60 | TO NEW YORK FROM TROY (2.6). |
| MEISLER RE | 06/16/06 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| MEISLER RE | 06/18/06 | 2.50 | TO NEW YORK FROM CHICAGO (2.5). |
| MEISLER RE | 06/19/06 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| MEISLER RE | 06/26/06 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| MEISLER RE | 06/27/06 | 3.70 | TO CHICAGO FROM TROY (3.7). |
| | | **34.80** | |
| REESE RG | 06/02/06 | 3.90 | TO CHICAGO FROM TROY (3.9). |
| REESE RG | 06/04/06 | 3.70 | TO TROY FROM CHICAGO (3.7). |
| REESE RG | 06/08/06 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| REESE RG | 06/11/06 | 3.90 | TO TROY FROM CHICAGO (3.9). |
| REESE RG | 06/15/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| REESE RG | 06/18/06 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| REESE RG | 06/19/06 | 3.80 | TO TROY FROM NEW YORK (3.8). |
| REESE RG | 06/22/06 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| | | **32.70** | |
| STUART NL | 06/01/06 | 3.90 | TO TROY FROM NEW YORK (3.9). |
| STUART NL | 06/02/06 | 1.30 | TO ANN ARBOR FROM TROY (1.3). |
| STUART NL | 06/08/06 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| STUART NL | 06/09/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| | | **15.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| VANLONKHUYZEN CE | 06/01/06 | 5.10 | TO TROY FROM NEW YORK (5.1). |
| VANLONKHUYZEN CE | 06/02/06 | 5.90 | TO CHICAGO FROM TROY (5.9). |
| VANLONKHUYZEN CE | 06/08/06 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| VANLONKHUYZEN CE | 06/09/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| VANLONKHUYZEN CE | 06/11/06 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| VANLONKHUYZEN CE | 06/13/06 | 4.10 | TO CHICAGO FROM NEW YORK (4.1). |
| VANLONKHUYZEN CE | 06/27/06 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| VANLONKHUYZEN CE | 06/29/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **40.10** | |
| WHARTON JN | 06/18/06 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| WHARTON JN | 06/19/06 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| WHARTON JN | 06/21/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| WHARTON JN | 06/22/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| WHARTON JN | 06/27/06 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| WHARTON JN | 06/28/06 | 3.50 | TO CHICAGO FROM TROY, MICHIGAN (3.5). |
| | | **26.30** | |
| ZAMBRANO K | 06/18/06 | 3.40 | TO NEW YORK FROM CHICAGO (3.4). |
| ZAMBRANO K | 06/19/06 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| | | **7.70** | |
| **Total Associate** | | **234.90** | |
| **TOTAL TIME** | | **426.00** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)                                     Bill Date: 08/31/06
Nonworking Travel Time                                       Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERKE JS | 07/31/06 | 9.70 | TO TROY FROM NEW YORK (4.0); TO NEW YORK FROM TROY (5.7). |
|  |  | **9.70** |  |
| BUTLER, JR. J | 07/12/06 | 6.70 | TO DETROIT FROM ALPENA (3.1); TO CHICAGO FROM DETROIT (3.6). |
| BUTLER, JR. J | 07/16/06 | 3.60 | TO DETROIT FROM ALPENA (3.6). |
| BUTLER, JR. J | 07/18/06 | 2.40 | TO NEW YORK FROM DETROIT (2.4). |
| BUTLER, JR. J | 07/20/06 | 2.40 | TO DETROIT FROM NEW YORK (2.4). |
| BUTLER, JR. J | 07/21/06 | 3.80 | TO ALPENA FROM DETROIT (3.8). |
| BUTLER, JR. J | 07/23/06 | 3.60 | TO DETROIT FROM ALPENA (3.6). |
| BUTLER, JR. J | 07/24/06 | 3.40 | TO CHICAGO FROM DETROIT (3.4). |
| BUTLER, JR. J | 07/26/06 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| BUTLER, JR. J | 07/27/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| BUTLER, JR. J | 07/30/06 | 2.90 | TO DETROIT FROM ALPENA (2.9). |
|  |  | **38.00** |  |
| FURFARO JP | 07/31/06 | 5.50 | TO TROY FROM NEW YORK (5.5). |
|  |  | **5.50** |  |
| HOGAN III AL | 07/10/06 | 3.00 | TO TROY FROM CHICAGO (3.0). |
| HOGAN III AL | 07/12/06 | 2.20 | TO CHICAGO FROM TROY (2.2). |
| HOGAN III AL | 07/19/06 | 3.50 | TO CHICAGO FROM NEW YORK (3.3). |
| HOGAN III AL | 07/25/06 | 2.50 | TO NEW YORK FROM CHICAGO (2.5). |
|  |  | **11.20** |  |
| LYONS JK | 07/05/06 | 4.40 | TO NEW YORK FROM TROY (4.4). |
| LYONS JK | 07/07/06 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| LYONS JK | 07/18/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| LYONS JK | 07/19/06 | 4.10 | TO CHICAGO FROM TROY (4.1). |
|  |  | **17.40** |  |
| PANAGAKIS GN | 07/11/06 | 2.80 | TO TROY FROM CHICAGO (2.8). |
| PANAGAKIS GN | 07/12/06 | 3.00 | TO CHICAGO FROM TROY (3.0). |
| PANAGAKIS GN | 07/18/06 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| PANAGAKIS GN | 07/19/06 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
|  |  | **14.50** |  |
| **Total Partner** |  | **96.30** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| GARNER LP | 07/11/06 | 1.80 | TO TROY FROM CHICAGO (1.8). |
| GARNER LP | 07/12/06 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| GARNER LP | 07/18/06 | 3.50 | TO NEW YORK FROM CHICAGO (3.5). |
| GARNER LP | 07/19/06 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| | | **14.20** | |
| SHIVAKUMAR D | 07/12/06 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| SHIVAKUMAR D | 07/13/06 | 4.60 | TO CHICAGO FROM NEW YORK (4.6). |
| | | **8.90** | |
| **Total Counsel** | | **23.10** | |
| CAMPANARIO ND | 07/17/06 | 5.00 | FROM CHICAGO TO NEW YORK (5.0). |
| CAMPANARIO ND | 07/19/06 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| | | **9.40** | |
| FERN BM | 07/17/06 | 3.20 | TO NEW YORK FROM CHICAGO (3.2). |
| FERN BM | 07/19/06 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| | | **8.40** | |
| MEISLER RE | 07/10/06 | 2.80 | TO TROY FROM CHICAGO (2.8). |
| MEISLER RE | 07/11/06 | 2.80 | TO CHICAGO FROM TROY (2.8). |
| MEISLER RE | 07/18/06 | 5.60 | TO NEW YORK FROM CHICAGO (5.6). |
| MEISLER RE | 07/20/06 | 5.90 | TO CHICAGO FROM NEW YORK (5.9). |
| MEISLER RE | 07/25/06 | 3.00 | TO TROY FROM CHICAGO (3.0). |
| MEISLER RE | 07/27/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| | | **24.30** | |
| REESE RG | 07/05/06 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| REESE RG | 07/07/06 | 4.60 | TO CHICAGO FROM NEW YORK (4.6). |
| REESE RG | 07/17/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| REESE RG | 07/19/06 | 4.10 | TO TROY FROM NEW YORK (4.1). |
| REESE RG | 07/21/06 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| REESE RG | 07/25/06 | 3.90 | TO TROY FROM CHICAGO (3.9). |
| REESE RG | 07/28/06 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| | | **29.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 07/11/06 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| WHARTON JN | 07/13/06 | 3.70 | TO CHICAGO FROM TROY (3.7). |
| WHARTON JN | 07/18/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| WHARTON JN | 07/19/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| WHARTON JN | 07/25/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| WHARTON JN | 07/26/06 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| | | **24.90** | |
| ZAMBRANO K | 07/18/06 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| ZAMBRANO K | 07/20/06 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| | | **9.00** | |
| **Total Associate** | | **105.80** | |
| **TOTAL TIME** | | **225.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 09/30/06
Nonworking Travel Time                                        Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 08/01/06 | 4.70 | TO NEW YORK FROM DETROIT (4.7). |
| BUTLER, JR. J | 08/04/06 | 5.90 | TO ALPENA FROM NEW YORK (5.9). |
| BUTLER, JR. J | 08/07/06 | 3.60 | TO TROY FROM ALPENA (3.6). |
| BUTLER, JR. J | 08/08/06 | 4.60 | TO NEW YORK FROM DETROIT (4.6). |
| BUTLER, JR. J | 08/11/06 | 3.50 | TO ALPENA FROM NEW YORK (3.5). |
| BUTLER, JR. J | 08/13/06 | 4.80 | TO DETROIT FROM CHICAGO (4.8) . |
| BUTLER, JR. J | 08/14/06 | 3.00 | TO NEW YORK FROM DETROIT (3.0). |
| BUTLER, JR. J | 08/18/06 | 6.20 | TO ALPENA FROM NEW YORK (6.2). |
| BUTLER, JR. J | 08/21/06 | 7.90 | TO DETROIT FROM ALPENA (3.6); TO CHICAGO FROM DETROIT (4.3). |
| BUTLER, JR. J | 08/23/06 | 7.60 | TO DETROIT FROM CHICAGO (3.7); TO ALPENA FROM DETROIT (3.9). |
| BUTLER, JR. J | 08/28/06 | 6.60 | TO DETROIT FROM ALPENA (3.9); TO NEW YORK FROM DETROIT (2.7). |
| | | **58.40** | |
| HOGAN III AL | 08/16/06 | 3.00 | TO CHICAGO FROM NEW YORK (3.0). |
| | | **3.00** | |
| LYONS JK | 08/01/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| LYONS JK | 08/02/06 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| LYONS JK | 08/15/06 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| LYONS JK | 08/16/06 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| LYONS JK | 08/22/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| LYONS JK | 08/23/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| LYONS JK | 08/29/06 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| LYONS JK | 08/30/06 | 3.80 | TO CHICAGO FROM TROY (3.8). |
| | | **35.10** | |
| PANAGAKIS GN | 08/10/06 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| PANAGAKIS GN | 08/11/06 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| PANAGAKIS GN | 08/15/06 | 3.90 | TO NEW YORK FROM CHICAGO (3.9). |
| PANAGAKIS GN | 08/17/06 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| | | **16.30** | |
| **Total Partner** | | **112.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 08/10/06 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| CAMPANARIO ND | 08/11/06 | 4.60 | TO CHICAGO FROM NEW YORK (4.6). |
| CAMPANARIO ND | 08/16/06 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| CAMPANARIO ND | 08/17/06 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **19.60** | |
| DIAZ LB* | 08/21/06 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| DIAZ LB* | 08/25/06 | 5.30 | TO CHICAGO FROM TROY (5.3). |
| DIAZ LB* | 08/27/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| | | **14.60** | |
| HERRIOTT AV | 08/08/06 | 3.50 | TO NEW YORK FROM CHICAGO (3.5). |
| HERRIOTT AV | 08/09/06 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| HERRIOTT AV | 08/22/06 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| HERRIOTT AV | 08/24/06 | 5.10 | TO CHICAGO FROM TROY (5.1). |
| HERRIOTT AV | 08/28/06 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| HERRIOTT AV | 08/29/06 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| | | **27.30** | |
| MEISLER RE | 08/08/06 | 3.80 | TO NEW YORK FROM CHICAGO (3.8). |
| MEISLER RE | 08/10/06 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| MEISLER RE | 08/17/06 | 5.50 | TO TROY FROM CHICAGO (5.5). |
| MEISLER RE | 08/21/06 | 3.90 | TO TROY FROM CHICAGO (3.9). |
| MEISLER RE | 08/23/06 | 3.70 | TO CHICAGO FROM TROY (3.7). |
| MEISLER RE | 08/28/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| | | **26.40** | |
| REESE RG | 08/01/06 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| REESE RG | 08/03/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| REESE RG | 08/07/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| REESE RG | 08/11/06 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| REESE RG | 08/15/06 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| REESE RG | 08/17/06 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| REESE RG | 08/21/06 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| REESE RG | 08/24/06 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| | | **35.70** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 08/02/06 | 8.20 | TO TROY FROM NEW YORK (4.4); TO CHICAGO FROM TROY (3.8). |
| WHARTON JN | 08/15/06 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| WHARTON JN | 08/17/06 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| WHARTON JN | 08/22/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| WHARTON JN | 08/23/06 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| | | **25.80** | |

**Total Associate/Law Clerk**     149.40

**TOTAL TIME**     **262.20**

\* Law clerks are law school graduates who are not presently admitted to practice.

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
Nonworking Travel Time  
Bill Date: 10/31/06  
Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 09/19/06 | 4.10 | TO TROY FROM WASHINGTON DC AND RETURN (4.1). |
| | | **4.10** | |
| BUTLER, JR. J | 09/04/06 | 4.40 | TO DETROIT FROM CHICAGO (4.4). |
| BUTLER, JR. J | 09/05/06 | 2.90 | TO NEW YORK FROM DETROIT (2.9). |
| BUTLER, JR. J | 09/08/06 | 2.70 | TO CHICAGO FROM NEW YORK (2.7). |
| BUTLER, JR. J | 09/10/06 | 4.80 | TO DETROIT FROM CHICAGO (4.8). |
| BUTLER, JR. J | 09/11/06 | 2.80 | TO NEW YORK FROM DETROIT (2.8). |
| BUTLER, JR. J | 09/12/06 | 3.50 | TO CHICAGO FROM NEW YORK (3.5). |
| BUTLER, JR. J | 09/13/06 | 3.20 | TO NEW YORK FROM CHICAGO (3.2). |
| BUTLER, JR. J | 09/14/06 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| BUTLER, JR. J | 09/17/06 | 3.50 | TO DETROIT FROM CHICAGO (3.5). |
| BUTLER, JR. J | 09/18/06 | 5.00 | TO MORRISTOWN, NEW JERSEY FROM DETROIT (2.5); TO DETROIT FROM MORRISTOWN, NEW JERSEY (2.5). |
| BUTLER, JR. J | 09/22/06 | 3.80 | TO CHICAGO FROM DETROIT (3.8). |
| BUTLER, JR. J | 09/25/06 | 1.50 | TO NEW YORK FROM CHICAGO (1.5). |
| BUTLER, JR. J | 09/28/06 | 1.70 | TO CHICAGO FROM NEW YORK (1.7). |
| | | **44.10** | |
| GUNTHER CJ | 09/20/06 | 4.30 | TO TROY FROM NEW YORK (4.3). |
| GUNTHER CJ | 09/21/06 | 4.90 | TO NEW YORK FROM TROY (4.9). |
| | | **9.20** | |
| HOGAN III AL | 09/04/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| HOGAN III AL | 09/05/06 | 3.20 | TO CHICAGO FROM TROY (3.2). |
| | | **7.00** | |
| KRAKAUR KD | 09/05/06 | 8.60 | TRAVEL TO/FROM DETROIT (8.6). |
| KRAKAUR KD | 09/18/06 | 5.20 | TO TROY FROM NEW YORK (5.2). |
| KRAKAUR KD | 09/20/06 | 4.60 | TO NEW YORK FROM DETROIT (4.6). |
| KRAKAUR KD | 09/26/06 | 4.80 | TO TROY FROM NEW YORK (4.8). |
| KRAKAUR KD | 09/28/06 | 5.90 | TO NEW YORK FROM TROY (5.9). |
| | | **29.10** | |
| LYONS JK | 09/11/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| LYONS JK | 09/12/06 | 3.80 | TO CHICAGO FROM TROY (3.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LYONS JK | 09/20/06 | 3.60 | TO TROY FROM CHICAGO (3.6). |
| LYONS JK | 09/21/06 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| | | **15.70** | |
| PANAGAKIS GN | 09/04/06 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| PANAGAKIS GN | 09/05/06 | 3.20 | TO NEW YORK FROM DETROIT (3.2). |
| PANAGAKIS GN | 09/07/06 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| | | **10.80** | |
| **Total Partner** | | **120.00** | |
| GARNER LP | 09/18/06 | 3.60 | TO TROY FROM CHICAGO (3.6). |
| GARNER LP | 09/20/06 | 4.60 | TO CHICAGO FROM TROY (4.6). |
| GARNER LP | 09/26/06 | 4.80 | TO TROY FROM CHICAGO (4.8). |
| GARNER LP | 09/28/06 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| | | **17.70** | |
| **Total Counsel** | | **17.70** | |
| DIAZ LB* | 09/01/06 | 5.50 | TO CHICAGO FROM TROY (5.5). |
| DIAZ LB* | 09/11/06 | 5.10 | TO TROY FROM CHICAGO (5.1). |
| DIAZ LB* | 09/14/06 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| DIAZ LB* | 09/26/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| DIAZ LB* | 09/29/06 | 3.90 | TO CHICAGO FROM TROY (3.9). |
| | | **23.10** | |
| HERRIOTT AV | 09/06/06 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| HERRIOTT AV | 09/07/06 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| HERRIOTT AV | 09/11/06 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| HERRIOTT AV | 09/14/06 | 4.10 | TO CHICAGO FROM TROY (4.1). |
| HERRIOTT AV | 09/21/06 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| HERRIOTT AV | 09/22/06 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| HERRIOTT AV | 09/26/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| HERRIOTT AV | 09/29/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| | | **35.80** | |
| MEISLER RE | 09/01/06 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| MEISLER RE | 09/05/06 | 3.70 | TO NEW YORK FROM CHICAGO (3.7). |
| MEISLER RE | 09/07/06 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| MEISLER RE | 09/11/06 | 3.50 | TO TROY FROM CHICAGO (3.5). |
| MEISLER RE | 09/13/06 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| | | **20.90** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| REESE RG | 09/04/06 | 4.90 | TO TROY FROM CHICAGO (4.9). |
| REESE RG | 09/07/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| REESE RG | 09/11/06 | 5.10 | TO TROY FROM CHICAGO (5.1). |
| REESE RG | 09/15/06 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| REESE RG | 09/18/06 | 4.40 | TO TROY FROM CHICAGO (4.4). |
| REESE RG | 09/22/06 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| REESE RG | 09/25/06 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| REESE RG | 09/28/06 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| | | **37.40** | |
| WHARTON JN | 09/05/06 | 4.70 | TO TROY FROM CHICAGO (4.7). |
| WHARTON JN | 09/06/06 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| WHARTON JN | 09/12/06 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| WHARTON JN | 09/13/06 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| | | **18.10** | |
| WILLENKEN KE | 09/18/06 | 5.20 | TO TROY FROM NEW YORK (5.2). |
| WILLENKEN KE | 09/22/06 | 4.60 | TO NEW YORK FROM TROY (4.6). |
| WILLENKEN KE | 09/26/06 | 4.50 | TO TROY FROM NEW YORK (4.5). |
| WILLENKEN KE | 09/28/06 | 5.10 | TO NEW YORK FROM TROY (5.1). |
| | | **19.40** | |
| **Total Associate/Law Clerk** | | 154.70 | |
| **TOTAL TIME** | | <u>**292.40**</u> | |

\* Law clerks are law school graduates who are not presently admitted to practice.