SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------- x
                                   :
In re                              :      Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :      Case No. 05–44481 (RDD)
                                   :
             Debtors.              :      (Jointly Administered)
                                   :
--------------------------------- x


### EXHIBIT D-10
### CREDITOR MEETINGS / STATUTORY COMMITTEES
### 755.4 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                         Bill Date: 07/31/06
**Creditor Meetings/ Statutory Committees**                         Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/01/06 | 3.60 | PREPARE FOR (0.8) AND ATTEND (2.4) PROFESSIONALS MEETING WITH CREDITORS' COMMITTEE'S PROFESSIONALS AT LATHAM IN NEW YORK; REVIEW EQUITY COMMITTEE LETTERS RE DUE DILIGENCE REQUESTS AND CONSIDER RESPONSE TO SAME (0.4). |
| BUTLER, JR. J | 06/02/06 | 0.80 | EMAILS FROM/TO R. ROSENBERG RE UCC DILIGENCE REQUESTS RE PENDING MOTIONS (LIFT STAY, EXCLUSIVITY AND SETTLEMENT PROCEDURES MOTIONS) (0.2); FOLLOW-UP ON SAME (0.2); EMAILS FROM/TO R. ROSENBERG RE DELPHI-UCC LABOR SUBCOMMITTEE MEETING ON JUNE 5TH IN NEW YORK CITY (0.2); FOLLOW-UP WITH DELPHI RE SAME (0.2). |
| BUTLER, JR. J | 06/03/06 | 0.80 | BEGIN TO REVIEW AND COMMENT ON DRAFT STATUTORY COMMITTEE PRESENTATION MATERIALS (0.8). |
| BUTLER, JR. J | 06/05/06 | 1.90 | CONTINUE TO REVIEW AND COMMENT ON DRAFT STATUTORY COMMITTEE PRESENTATION MATERIALS (1.6); REVIEW EQUITY COMMITTEE LETTER TO JUDGE DRAIN (0.3). |
| BUTLER, JR. J | 06/06/06 | 1.10 | CONTINUE TO PREPARE FOR JUNE 8TH STATUTORY COMMITTEES MEETINGS IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (0.8); REVIEW EQUITY COMMITTEE INFORMATION SHARING MATTERS AND STATUS (0.3). |
| BUTLER, JR. J | 06/07/06 | 1.80 | CONTINUE TO PREPARE FOR JUNE 8TH STATUTORY COMMITTEES MEETINGS IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.8). |
| BUTLER, JR. J | 06/08/06 | 4.10 | PREPARE FOR (0.4) AND PARTICIPATE IN (1.9) CREDITORS' COMMITTEE MEETING IN NEW YORK CITY; PREPARE FOR (0.6) AND PARTICIPATE IN (1.2) EQUITY COMMITTEE MEETING IN NEW YORK CITY. |
| BUTLER, JR. J | 06/11/06 | 0.20 | EMAIL FROM R. EISENBERG RE AD HOC TRADE CREDITORS GROUP AND FOLLOW-UP ON SAME (0.2). |
| BUTLER, JR. J | 06/15/06 | 0.40 | CONTINUE TO FOLLOW-UP ON EQUITY COMMITTEE INFORMATION SHARING REQUESTS (0.4). |
| BUTLER, JR. J | 06/16/06 | 2.90 | DRAFT AND FINALIZE CHAMBERS LETTER RE: JUNE 5, 2006 EQUITY COMMITTEE SUBMISSION RE: INFORMATION SHARING DISPUTE (2.8); EMAIL TO V. MELWANI RE INFORMATION SHARING PROTOCOL (0.1). |

B43E

BUTLER, JR. J    06/26/06    0.80   PREPARE FOR (0.2) AND PARTICIPATE IN
                                    (0.4) CHAMBERS CONFERENCE BEFORE JUDGE
                                    DRAIN RE: EQUITY COMMITTEE INFORMATION
                                    SHARING MATTERS; REVIEW EMAIL FROM
                                    FRIED FRANK RE FOLLOW-UP AND NEXT STEPS
                                    (0.2).

BUTLER, JR. J    06/27/06    0.90   ATTEND MEETING WITH J. SHEEHAN AT
                                    COMPANY IN TROY RE: UPDATE ON CREDITORS
                                    COMMITTEE AND EQUITY COMMITTEE MATTERS
                                    (0.3); FOLLOW-UP IN EQUITY COMMITTEE
                                    INFORMATION SHARING MATTERS (0.3);
                                    EMAILS TO B. STEINGART RE: JUNE 29TH
                                    MEET AND CONFER RE: INFORMATION SHARING
                                    AND POTENTIAL FINANCIAL ADVISOR
                                    RETENTION (0.3).

BUTLER, JR. J    06/28/06    0.40   PREPARE FOR JUNE 29TH MEET AND CONFER
                                    WITH EQUITY COMMITTEE INCLUDING EMAILS
                                    FROM/TO J. SHEEHAN, B. STEINGART AND V.
                                    MELWANI RE VARIOUS EQUITY COMMITTEE
                                    MATTERS INCLUDING FINANCIAL ADVISOR
                                    RETENTION MOTION (0.4).

BUTLER, JR. J    06/29/06    2.70   PREPARE FOR (0.3) AND PARTICIPATE IN
                                    (2.4) MEET AND CONFER WITH EQUITY
                                    COMMITTEE AT FRIED FRANK IN NEW YORK.

BUTLER, JR. J    06/30/06    0.50   FOLLOW-UP ON JUNE 29TH MEET AND CONFER
                                    WITH EQUITY COMMITTEE AT FRIED FRANK IN
                                    NEW YORK (0.3); REVIEW EMAIL FROM V.
                                    MELWANI RE SAME (0.2).

                            22.90

MARAFIOTI KA    06/01/06    1.60   REVIEW AND REVISE COMMITTEE
                                   PROFESSIONALS' PRESENTATIONS (0.2);
                                   ATTEND PROFESSIONALS' MEETING AT LATHAM
                                   WITH MESIROW, JEFFERIES, FTI,
                                   ROTHSCHILD, D. SHERBIN, AND S. CORCORAN
                                   (1.4).

MARAFIOTI KA    06/04/06    1.50   REVIEW AND REVISE COMMITTEE
                                   PRESENTATION (1.5).

MARAFIOTI KA    06/05/06    3.70   CONFERENCES WITH B. STEINGART RE:
                                   DOCUMENTS TO BE PRODUCED AND CHAMBERS
                                   CONFERENCE TOPICS (0.3); ATTEND LABOR
                                   SUBCOMMITTEE MEETING OF CREDITORS'
                                   COMMITTEE, LATHAM, MESIROW,
                                   ROTHSCHILD, FTI, K. BUTLER (2.3);
                                   FOLLOWUP WITH CLIENT, ROTHSCHILD, AND
                                   FTI (0.2); TELECONFERENCE FROM V.
                                   MELWANI RE: COMMITTEE MEETING AND
                                   INFORMATION SHARING (0.3); REVIEW
                                   CORRESPONDENCE FROM CREDITORS'
                                   COMMITTEE RE: GM PLEADINGS (0.1);
                                   GATHER DOCUMENTS PRODUCED FOR EQUITY
                                   COMMITTEE (0.5).

MARAFIOTI KA    06/06/06    2.10   WORK ON SUMMARY OF INFORMATION SHARING
                                   WITH EQUITY COMMITTEE TO DATE (0.4);
                                   ANALYZE ISSUES RE: EQUITY COMMITTEE
                                   INFORMATION FLOW (1.6); TELECONFERENCE
                                   WITH V. MELWANI RE: FRIED FRANK
                                   RETENTION (0.1).

B43E

MARAFIOTI KA     06/07/06     3.30   DINNER MEETING WITH CREDITORS'
                                     COMMITTEE AND ADVISORS (3.3).

MARAFIOTI KA     06/08/06     6.00   PREPARE FOR CREDITORS' COMMITTEE
                                     MEETING (0.5); ATTEND CREDITORS'
                                     COMMITTEE MEETING (2.2); ATTEND EQUITY
                                     COMMITTEE MEETING (2.8); REVIEW LAW
                                     DEBENTURE PRESENTATION BOOK (0.3);
                                     CONFERRED WITH J. SHEEHAN AND SEAN
                                     CORCORAN RE: LAW DEBENTURES ISSUES
                                     (0.2).

MARAFIOTI KA     06/09/06     1.50   MEETING WITH R. STARK, P. HALY, P.
                                     ANTOSZYK, J. SHEEHAN, B. SHAW, S.
                                     CORCORAN, AND R. EISENBERG (1.5).

MARAFIOTI KA     06/12/06     1.70   CORRESPONDENCE RE: MEETING WITH EQUITY
                                     COMMITTEE (0.1) AND WORK ON ISSUES RE:
                                     SAME (0.2); PREPARATIONS FOR MEETING
                                     RE: ATTRITION PROGRAM (0.4); WORK ON
                                     CONFIDENTIALITY AGREEMENT (1.0).

MARAFIOTI KA     06/13/06     0.40   TELECONFERENCE FROM VIV MELWANI RE:
                                     INFORMATION FLOW (0.1); CORRESPONDENCE
                                     RE: SAME (0.1); FOLLOWUP WORK (0.2).

MARAFIOTI KA     06/14/06     1.40   TELECONFERENCE WITH EQUITY COMMITTEE,
                                     FTI, COMPANY (1.3); TELECONFERENCE FROM
                                     V. MELWANI RE: PROCEDURES MOTION AND
                                     CORRESPONDENCE RE: SAME (0.1).

MARAFIOTI KA     06/15/06     2.80   MEETING WITH LATHAM, DAVID SHERBIN, JOE
                                     PAPELIAN, DAVID WILSON (1.5); FOLLOWUP
                                     MEETING WITH SHERBIN AND PAPELIAN (0.5)
                                     MEETING WITH LATHAM, PAPELIAN, WILSON,
                                     AN COVINGTON AND BURLING (0.8).

MARAFIOTI KA     06/20/06     0.30   REVIEW EQUITY COMMITTEE DOCUMENT
                                     REQUESTS (0.3).

MARAFIOTI KA     06/21/06     0.80   REVIEW CORRESPONDENCE WITH AD HOC
                                     COMMITTEE COUNSEL RE: ATTRITION PLAN
                                     (0.2); REVIEW EQUITY COMMITTEE REQUESTS
                                     RE: OPEP (0.2) AND TELECONFERENCE WITH
                                     N. TORRACO RE: SAME (0.2); ADDITIONAL
                                     TELECONFERENCE TO TORRACO (0.1);
                                     CORESPONDENCE RE: EQUITY COMMITTEE
                                     REQUESTS (0.1).

MARAFIOTI KA     06/22/06     1.60   CORRESPONDENCE RE: EQUITY COMMITTEE
                                     INFORMATION SHARING RE: OPEB (0.2);
                                     TELECONFERENCE WITH N. TORRACO RE: SAME
                                     (0.1); TELECONFERENCE WITH S.
                                     CAMERON-CLARK & TORRACO RE: SAME (0.8);
                                     CORRESPONDENCE FROM L. HASEL RE: SAME
                                     (0.1); COMMUNICATIONS WITH V. MELWANI
                                     RE: NEW ATTRITION PLAN INFORMATION
                                     (0.2); TELECONFERENCE FROM ROTHSCHILD
                                     RE: ATTRITION PLAN (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA      06/23/06      3.40  TELECONFERENCE WITH D.C. CAPITAL,
                                      PANDUS, ROTHSCHILD, FRIED, FRANK, AND
                                      L. HASSEL RE: ATTRITION PLAN (1.8);
                                      FOLLOWUP CORRESPONDENCE (0.2);
                                      TELECONFERENCE WITH B. SAX, S. GEBBIA,
                                      F. KUPLICKI, AND F. FRANK RE: ATTRITION
                                      PROGRAMS (0.6); FOLLOWUP RE: SAME
                                      (0.5); ADDITIONAL RELATED
                                      CORRESPONDENCE (0.3).

MARAFIOTI KA      06/26/06      0.30  UPDATE RE: CHANGES CONFERENCE WITH
                                      EQUITY COMMITTEE COUNSEL (0.2);
                                      TELECONFERENCE FROM VIVI MELWANI (0.1).

MARAFIOTI KA      06/27/06      0.50  WORK ON SCHEDULING RE: MEET & CONFER
                                      WITH EQUITY COMMITTEE (0.1); ANALYZE
                                      ISUES RE: USW ATTRITION PLAN (0.2);
                                      REVIEW LIST OF MATERIAL DELIVERED TO
                                      CREDITORS' COMMITTEE COUNSEL (0.1);
                                      TELECONFERENCE FROM N. TORRACO RE:
                                      EQUITY COMMITTEE REQUEST (0.1).

MARAFIOTI KA      06/29/06      1.00  ATTEND MEET AND CONFER WITH B.
                                      STEINGART, V. MELWANI, R. EISENBERG RE:
                                      INFORMATION EXCHANGE (1.0).

                               33.90

WEXLER MP         06/01/06      0.30  REVIEW AND COMMENT ON REAL ESTATE
                                      MATTERS TO BE INCLUDED IN COMMITTEE
                                      PRESENTATIONS (0.3).

WEXLER MP         06/02/06      0.40  REVIEW AND COMMENT ON COMMITTEE
                                      PRESENTATION ON REAL ESTATE MATTERS
                                      (0.4).

WEXLER MP         06/05/06      0.60  REVIEW AND COMMENT ON REVISED DRAFTS OF
                                      SLIDES ON REAL ESTATE ISSUES FOR
                                      COMMITTEE BOOKS (0.6).

                                1.30

**Total Partner**              58.10

MATZ TJ           06/01/06      4.10  PREPARE AND REVISE AGENDA AND MATERIALS
                                      FOR MEETING WITH UCC PROFESSIONALS
                                      (1.2); ATTEND MEETING AT LATHAM AND
                                      WATKINS WITH UCC PROFESSIONALS, D.
                                      RESNICK & B. SHAW OF ROTHSCHILD, R.
                                      EISENBERG, D. SHERBIN, S. CORCORAN, ET
                                      AL. (2.9).

MATZ TJ           06/04/06      4.50  REVIEW DRAFT UCC PRESENTATION FOR JUNE
                                      8 MEETING (4.5).

MATZ TJ           06/05/06      1.70  REVIEW AND REVISE CHART RE: EQUITY
                                      COMMITTEE MATERIALS (0.7);
                                      TELECONFERENCE WITH N. TORRACO RE: SAME
                                      (0.2); 2 TELECONFERENCES WITH R.
                                      LEVINSKY RE: EQUITY COMMITTEE MEETING
                                      ON JUNE 8 (0.4); PREPARATION RE: UCC
                                      MEETING ON JUNE 8 (0.4).

MATZ TJ          06/06/06       5.00   CONTINUE ANALYSIS AND REVIEW OF
                                       INFORMATION REQUEST FROM EQUITY
                                       COMMITTEE (1.3); PREPARATION AND
                                       REVISIONS TO INFORMATION SHARING CHART
                                       AND RELATED DOCUMENTS (1.4); 2
                                       TELECONFERENCES WITH N. TORACCO RE:
                                       EQUITY COMMITTEE (0.2); TELECONFERENCE
                                       WITH N. TORACCO RE: INFORMATION REQUEST
                                       (0.4); ANALYZE SAME (0.3); FOLLOW UP RE:
                                       DISCLOSURE OF JOINT EXHIBIT 95 TO BOTH
                                       EQUITY COMMITTEE AND COMPASS (0.3);
                                       CONTINUE PREPARATION FOR UCC MEETING ON
                                       6/8 (0.4); CORRESPONDENCE WITH H. BAER
                                       RE: SAME (0.3); 2 TELECONFERENCES WITH
                                       R. LEVINSKY RE: 6/8 EQUITY COMMITTEE
                                       MEETING (0.4).

MATZ TJ          06/07/06       4.10   DINNER WITH UCC COMMITTEE (3.3);
                                       CONTINUE PREPARATION FOR 6/8 UCC
                                       MEETING (0.8).

MATZ TJ          06/08/06       8.30   FINAL PREPARATION FOR UCC AND COMPANY
                                       MEETING (1.3); PARTICIPATION IN MEETING
                                       WITH J. SHEEHAN, S. CORCORAN, K. CRAFT,
                                       R. O' NEAL, S. RESNICK, B. SHAW, R.
                                       ISENBERG, J. GUGLIELMO, ET AL. (2.0);
                                       FOLLOW UP DISCUSSIONS WITH COMPANY, FTI
                                       AND ROSCHILD RE: OUTSTANDING AND
                                       ONGOING MATTERS (1.0); TELECONFERENCE
                                       WITH L. HASSEL RE: PBGC INFORMATION
                                       REQUEST (0.2); MEETING WITH PBGC AND
                                       COMPASS RE: INFORMATION SHARING (0.5);
                                       FINAL PREPARATION FOR EQUITY COMMITTEE
                                       MEETING (0.3); ATTEND EQUITY COMMITTEE
                                       MEETING WITH R. O' NEAL, J. SHEEHAN, D.
                                       SHERBIN, S. CORCORAN, K. CRAFT OF
                                       COMPANY AND B. SHAW, N. TORACCO OF
                                       ROTHSCHILD (2.3); PREPARATION FOR LAW
                                       DEBENTURE MEETING ON 6/9 (0.3); FOLLOW
                                       UP REVIEW RE: EQUITY COMMITTEE MEETING
                                       REQUEST (0.4).

MATZ TJ          06/09/06       3.20   FINAL PREPARATION FOR MEETING (0.3);
                                       PARTICIPATE IN MEETING WITH J. SHEEHAN,
                                       B. SHAW, R. EISENBERG RE: MEETING WITH
                                       LAW DEBENTURE (0.3); PARTICIPATE IN
                                       MEETING WITH P. HEALY, R. STARK (1.3);
                                       PREPARE ONGOING MATTERS LIST RE: EQUITY
                                       COMMITTEE (0.6); FOLLOW UP PREPARATION
                                       RE: SAME (0.4); TELECONFERENCE FROM
                                       CHAMBERS RE: EQUITY COMMITTEE/DELPHI
                                       STIPULATION, PROTECTIVE ORDER, AND
                                       LETTER FROM FRIED FRANK (0.3).

MATZ TJ          06/14/06       2.10   REVIEW OF IUE-CWA AND USW ATTRITION
                                       PROGRAM FOR EQUITY COMMITTEE CALL
                                       (0.3); PARTICIPATE IN TELECONFERENCE
                                       WITH EQUITY COMMITTEE RE: ATTRITION
                                       PROGRAMS (1.3); FOLLOW UP ANALYSIS RE:
                                       SAME (0.2); TELECONFERENCE WITH
                                       CHAMBERS RE: RESPONSES TO EQUITY
                                       COMMITTEE TRANSFORMATION DISCOVERY
                                       REQUEST (0.2); FOLLOW UP RE: SAME (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          06/15/06       1.70   ANALYZIE AND CONSIDER EQUITY COMMITTEE
                                        REQUEST FOR NOTICE AND OBJECTION TO LIFT
                                        STAY SETTLEMENT PROCEDURES AND MOBILE
                                        ARIA SALE PROCEDURES MOTION (0.8);
                                        REVIEW AND REVISE DEBTORS' RESPONSE
                                        THERETO (0.9).

MATZ TJ          06/16/06       2.00   PREPARE INFORMATION PROTOCOL AND
                                        INFORMATION SUMMARY CHART RE: EQUITY
                                        COMMITTEE RESPONSE LETTER (0.4); REVIEW
                                        MATERIALS FOR EQUITY COMMITTEE LETTER
                                        (0.4); REVIEW AND COMMENT ON DRAFT
                                        EQUITY COMMITTEE LETTER TO CHAMBERS
                                        (0.5); FINALIZE SAME (0.4); FORWARD TO
                                        CHAMBERS (0.3).

MATZ TJ          06/21/06       0.40   TWO TELECONFERENCES WITH CHAMBERS RE:
                                        EQUITY COMMITTEE CHAMBERS CONFERENCE
                                        (0.2); FOLLOW UP SCHEDULING RE: SAME
                                        (0.2).

MATZ TJ          06/26/06       2.30   PREPARE FOR EQUITY COMMITTEE CHAMBERS
                                        CONFERENCE CALL WITH F.D FRANK AND
                                        UNSECURED CREDITORS' COMMITTEE (0.3);
                                        PARTICIPATE IN TELECONFERENCE (0.6);
                                        FOLLOW UP CORRESPONDENCE WITH FTI AND
                                        COMPANY RE: MATERIALS FOR EQUITY
                                        COMMITTEE (0.3); TELECONFERENCE WITH R.
                                        FLETMEYER RE: SAME (0.2); REVIEW AND
                                        ANALYZE MATERIAL FROM FTI RE: SAME
                                        (0.5); FURTHER ANALYSIS AND PREPARATION
                                        FOR MATERIALS FOR EQUITY COMMITTEE
                                        (0.4).

MATZ TJ          06/27/06       1.30   CONTINUE PREPARATION AND REVIEW OF
                                        SUMMARY OF MATERIALS PROVIDED TO UCC
                                        (0.8); REVIEW AND COMMENT ON AMENDED
                                        MATERIALS RE: EQUITY COMMITTEE,
                                        DISCLOSURE (0.5).

MATZ TJ          06/29/06       2.90   ATTEND MEET AND CONFER AT FRIED FRANK
                                        WITH B. STEINGART, V. MELWANI, R.
                                        ISSENBERG RE: INFORMATION SHARING WITH
                                        COMMITTEE, NOTICE RE: PRIOR ORDER, AND
                                        RETENTION OF FINANCIAL ADVISORS (2.6);
                                        TELECONFERENCE WITH CHAMBERS RE: EQUITY
                                        COMMITTEE MEET AND CONFER (0.2);
                                        CORRESPONDENCE RE: SAME (0.1).

MATZ TJ          06/30/06       1.00   FOLLOW UP RE: MATERIALS FOR EQUITY
                                        COMMITTEE (0.7); CORRESPONDENCE WITH
                                        FRIED FRANK RE: SAME (0.3).

                                44.60

Total Counsel                   44.60

DIAZ LB*         06/01/06       0.90   REVISE STATUTORY COMMITTEE
                                        PRESENTATION (0.9).

DIAZ LB*         06/02/06       1.30   REVISE STATUTORY COMMITTEE
                                        PRESENTATION (0.6); REVISE
                                        PROFESSIONAL FEES PRESENTATION (0.7).

                                2.20

B43E

| | | | |
|---|---|---|---|
| GUZZARDO J | 06/21/06 | 4.30 | DOCUMENT REVIEW OF BOD MATERIALS FOR PRODUCTION UNDER THE JOINT INTEREST AGREEMENT (4.3). |
| GUZZARDO J | 06/22/06 | 5.50 | CONTINUE AND COMPLETE DOCUMENT REVIEW AND COORDINATED FINAL PROCESSING (5.5). |
| GUZZARDO J | 06/29/06 | 0.20 | COORDINDATION RE: BOD MATERIAL PRODUCTION. (0.2). |
| GUZZARDO J | 06/30/06 | 0.10 | CONTINUED COORDINATION RE: BOD DOCUMENT PRODUCTION (0.1). |
| | | **10.10** | |
| HERRIOTT AV | 06/01/06 | 0.60 | CONTINUE DRAFT OF 9TH UNSECURED CREDITORS' COMMITTEE PRESENTATION (0.6). |
| HERRIOTT AV | 06/02/06 | 6.70 | CONTINUE INITIAL DRAFT OF 9TH UNSECURED CREDITORS' COMMITTEE PRESENTATION (6.7). |
| HERRIOTT AV | 06/04/06 | 0.80 | CONTINUE DRAFT OF 9TH UCC PRESENTATION (0.8). |
| HERRIOTT AV | 06/05/06 | 2.90 | CONTINUE TO REVIEW AND REVISE 9TH UNSECURED CREDITORS COMMITTEE PRESENTATION (2.9). |
| HERRIOTT AV | 06/06/06 | 6.00 | REVIEW AND REVISE 9TH UCC PRESENTATION (6.0). |
| HERRIOTT AV | 06/07/06 | 3.10 | CONTINUE TO REVIEW AND REVISE 9TH UCC PRESENTATION (2.8); FINALIZE AND SEND TO PRODUCTION EQUITY COMMITTEE PRESENTATION (0.3). |
| HERRIOTT AV | 06/08/06 | 7.80 | PREPARE FOR (0.9) AND ATTEND 9TH CREDITORS' COMMITTEE PRESENTATION (2.2); PREPARE FOR (1.0) AND ATTEND (2.7) SECOND EQUITY COMMITTEE MEETING AND CONDUCT FOLLOW UP (0.1); PREPARE MATERIALS (0.5) AND SPEAKER (0.4) FOR LAW DEBENTURE PRESENTATION. |
| HERRIOTT AV | 06/12/06 | 0.50 | UPDATE EQUITY COMMITTEE CONFIDENTIALITY AGREEMENT (0.2); FOLLOW UP RE: 9TH UCC (0.1); GATHER MATERIALS TO PROVIDE TO AD HOC EQUITY COMMITTEE (0.2). |
| HERRIOTT AV | 06/13/06 | 0.60 | REVIEW AND REVISE EQUITY COMMITTEE CONFIDENTIALITY AGREEMENT (0.6). |
| HERRIOTT AV | 06/20/06 | 0.80 | CONFERENCE WITH B. EICHENLAUB AND J. VITALE RE: PREPARATION FOR 10TH CREDITORS' COMMITTEE MEETING AND GO FORWARD MEETING PLANS (0.8). |
| HERRIOTT AV | 06/26/06 | 0.20 | BEGIN DRAFT OF 10TH UCC PRESENTATION (0.2). |
| HERRIOTT AV | 06/27/06 | 0.30 | CONTINUE DRAFT OF 10TH UCC PRESENTATION (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HERRIOTT AV | 06/30/06 | 0.60 | CONTINUE DRAFT OF 10TH UCC PRESENTATION (0.6). |
| | | **30.90** | |
| JJINGO MJ | 06/05/06 | 2.10 | REVISE BINDERS IN CONNECTION WITH POTENTIAL EQUITY COMMITTEE MEETING (2.1). |
| JJINGO MJ | 06/06/06 | 6.80 | RESEARCH CASE LAW RE: PREPETITION AGREEMENTS REQUIRING POSTPETITION PAYMENTS (6.3); REVIEW MATERIALS IN PREPARATION FOR POTENTIAL EQUITY COMMITTEE MEETING (0.5). |
| JJINGO MJ | 06/07/06 | 0.50 | ORGANIZE MATERIALS WITH REGARD TO POTENTIAL EQUITY COMMITEE MEETING (0.5). |
| | | **9.40** | |
| MEISLER RE | 06/01/06 | 1.00 | DRAFT CORRESPONDENCE TO M. BROUDE RE: REVIEW OF MOTIONS TO BE FILED ON 10 DAYS NOTICE (0.1); REVIEW PRESENTATION FOR UCC 6/8/06 MEETING (0.9). |
| MEISLER RE | 06/02/06 | 0.40 | DRAFT ADDITIONAL CORRESPONDENCE TO M. BROUDE RE: MOTIONS TO BE FILED ON 10 DAYS NOTICE (0.3); TELECONFERENCE WITH J. RODBURG RE: EQUITY COMMITTEE INFORMATION REQUEST (0.1). |
| MEISLER RE | 06/05/06 | 5.40 | REVIEW AND ANALYZE UCC COMMENTS TO MOTIONS RE: SETTLEMENT PROCEDURES, LIFT STAY PROCEDURES AND EXCLUSIVITY (0.5); TELECONFERENCE WITH M. BROUDE AND H. BAER RE: MOTIONS TO BE FILED ON 10 DAYS NOTICE (0.4); REVIEW AND COMMENT ON UCC PRESENTATION FOR 6/8/06 MEETING (4.5). |
| MEISLER RE | 06/06/06 | 0.30 | CONTINUED TO REVIEW AND REVISE UCC PRESENTATION (0.3). |
| MEISLER RE | 06/07/06 | 4.80 | CONTINUED REVIEW AND REVISION OF UCC PRESENTATION (1.5); ATTEND UCC DINNER (3.3). |
| MEISLER RE | 06/08/06 | 5.80 | PREPARE FOR UCC MEETING (1.5); ATTEND UCC MEETING (2.5); PREPARE FOR EQUITY COMMITTEE MEETING (1.0); ATTEND EQUITY COMMITTEE MEETING (0.8). |
| MEISLER RE | 06/16/06 | 0.40 | REVIEW RESPONSE TO EQUITY COMMITTEE OBJECTION (0.4). |
| MEISLER RE | 06/29/06 | 0.20 | RESPOND TO S. CORCORAN INQUIRY RE: UCC'S REQUEST TO OBJECT TO CLAIMS ON THE ESTATE'S BEHALF (0.2). |
| | | **18.30** | |
| **Total Associate/Law Clerk** | | **70.90** | |
| KLIMEK MV | 06/29/06 | 2.90 | ASSIST WITH REVIEWING BOARD OF DIRECTORS' DOCUMENTS FOR PRODUCTION TO THE CREDITOR'S COMMITTEE (2.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KLIMEK MV | 06/30/06 | 0.20 | EMAILS WITH J. GUZZARDO RE: PRODUCTION TO CREDITOR'S COMMITTEE (0.2). |
|---|---|---|---|
| | | **3.10** | |
| SALAZAR AG | 06/01/06 | 3.50 | PREPARE AND COORDINATE PRODUCTION OF MATERIALS FOR UCC MEETING (3.5). |
| SALAZAR AG | 06/07/06 | 1.50 | CREATE ATTENDANCE LIST FOR UCC MEETING (1.5). |
| SALAZAR AG | 06/08/06 | 2.60 | PREPARE FOR AND ASSIST WITH UCC, PREPETITION LENDERS MEETINGS (2.6). |
| SALAZAR AG | 06/09/06 | 2.00 | SET UP MEETING WITH LAW DEBENTURE (1.9); REVISE AGENDA (0.1). |
| | | **9.60** | |
| ZSOLDOS AF | 06/05/06 | 4.20 | GATHER MATERIALS PROVIDED TO EQUITY COMMITTEE AND PREPARE BINDER (2.3); CORRESPONDENCE W. J. GUGLIELMO RE: SAME (0.1); COMPILE CHART OF MATERIALS PROVIDED, DATE PROVIDED, PEOPLE INVOLVED, ETC. (1.8). |
| ZSOLDOS AF | 06/06/06 | 2.40 | UPDATE EQUITY COMMITTEE MATERIALS, INCLUDING INDICES, CHARTS, AND MATERIALS IN BINDER (2.4). |
| ZSOLDOS AF | 06/07/06 | 2.30 | COORDINATE UCC PRESENTATION (2.3). |
| ZSOLDOS AF | 06/14/06 | 0.70 | DISTRIBUTE EQUITY COMMITTEE, PREPETITION LENDERS, AND LAW DEBENTURE PRESENTATIONS AND ACCUTRAC COPIES FOR RECORDS (0.7). |
| ZSOLDOS AF | 06/16/06 | 1.90 | PREPARE MATERIALS RE: EQUITY COMMITTEE INFORMATION SHARING FOR LETTER TO CHAMBERS (1.3); UPDATE INFORMATION SHARING CHART (0.6). |
| ZSOLDOS AF | 06/23/06 | 1.80 | UPDATE EQUITY COMMITTEE INFORMATION SHARING CHART (1.8). |
| ZSOLDOS AF | 06/27/06 | 1.60 | DISTRIBUTE UCC PRESENTATION BOOKS AND UPDATE DISTRIBUTION LIST (1.6). |
| | | **14.90** | |
| **Total Legal Assistant** | | **27.60** | |
| **TOTAL TIME** | | **201.20** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 07/31/06**
**Creditor Meetings/ Statutory Committees**           **Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/06/06 | Herriott AV | 120.32 |
| Air/Rail Travel - vendor feed | 06/06/06 | Herriott AV | 118.12 |
| Air/Rail Travel - vendor feed | 06/06/06 | Herriott AV | -120.32 |
| Air/Rail Travel - vendor feed | 06/07/06 | Meisler RE | 865.53 |
| Air/Rail Travel - vendor feed | 06/07/06 | Herriott AV | 539.38 |
| Air/Rail Travel - vendor feed | 06/08/06 | Herriott AV | 658.97 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,182.00** |
| In-house Reproduction | 06/06/06 | Copy Center, D | 32.91 |
| In-house Reproduction | 06/09/06 | Copy Center, D | 8.43 |
| In-house Reproduction | 06/13/06 | Copy Center, D | 9.83 |
| In-house Reproduction | 06/16/06 | Copy Center, D | 2.61 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 7.22 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$61.00** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 4.65 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 5.98 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.30 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.07 |
| | | **TOTAL TELEPHONE EXPENSE** | **$11.00** |
| Non-standard/Outside Reproduction | 06/08/06 | Landmark Document Services | 824.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$824.00** |
| Lexis/Nexis | 06/05/06 | Jjingo MJ | 681.08 |
| Lexis/Nexis | 06/06/06 | Jjingo MJ | 1,069.93 |
| Lexis/Nexis | 06/07/06 | Jjingo MJ | 300.99 |
| | | **TOTAL LEXIS/NEXIS** | **$2,052.00** |
| Reproduction - color | 06/07/06 | Copy Center, D | 75.18 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 06/07/06 | Copy Center, D | 20.05 |
| Reproduction - color | 06/09/06 | Copy Center, D | 56.13 |
| Reproduction - color | 06/09/06 | Copy Center, D | 60.64 |
| | | **TOTAL REPRODUCTION - COLOR** | **$212.00** |
| Vendor Hosted Telecon-ferencing | 05/31/06 | Teleconferencing Services, LLC | 50.48 |
| Vendor Hosted Telecon-ferencing | 06/30/06 | Teleconferencing Services, LLC | 11.69 |
| Vendor Hosted Telecon-ferencing | 06/30/06 | Teleconferencing Services, LLC | 6.61 |
| Vendor Hosted Telecon-ferencing | 06/30/06 | Teleconferencing Services, LLC | 16.22 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$85.00** |
| Air/Rail Travel (external) | 06/07/06 | Butler, Jr. J | 371.28 |
| Air/Rail Travel (external) | 06/15/06 | Butler, Jr. J | 411.44 |
| Air/Rail Travel (external) | 06/25/06 | Butler, Jr. J | 371.28 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$1,154.00** |
| Out-of-Town Travel | 05/02/06 | Herriott AV | 5.40 |
| Out-of-Town Travel | 05/03/06 | Meisler RE | 7.80 |
| Out-of-Town Travel | 05/03/06 | Herriott AV | 35.00 |
| Out-of-Town Travel | 05/03/06 | Herriott AV | 501.22 |
| Out-of-Town Travel | 05/03/06 | Meisler RE | 444.53 |
| Out-of-Town Travel | 06/07/06 | Butler, Jr. J | 1,437.26 |
| Out-of-Town Travel | 06/07/06 | Butler, Jr. J | 28.00 |
| Out-of-Town Travel | 06/07/06 | Butler, Jr. J | 21.00 |
| Out-of-Town Travel | 06/07/06 | Herriott AV | 72.26 |
| Out-of-Town Travel | 06/07/06 | Herriott AV | 202.27 |
| Out-of-Town Travel | 06/08/06 | Herriott AV | 3.25 |
| Out-of-Town Travel | 06/08/06 | Herriott AV | 3.57 |
| Out-of-Town Travel | 06/08/06 | Meisler RE | 875.39 |
| Out-of-Town Travel | 06/08/06 | Herriott AV | 40.00 |
| Out-of-Town Travel | 06/08/06 | Herriott AV | 877.15 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 06/15/06 | Butler, Jr. J | 18.00 |
| Out-of-Town Travel | 06/15/06 | Butler, Jr. J | 550.07 |
| Out-of-Town Travel | 06/15/06 | Butler, Jr. J | 17.00 |
| Out-of-Town Travel | 06/28/06 | Butler, Jr. J | 14.50 |
| Out-of-Town Travel | 06/28/06 | Butler, Jr. J | 32.00 |
| Out-of-Town Travel | 06/28/06 | Butler, Jr. J | 412.33 |
| Out-of-Town Travel | 06/28/06 | Butler, Jr. J | 9.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$5,607.00** |
| Messengers/ Courier | 06/03/06 | Dist Serv/Mail/Page, D | 21.87 |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 134.26 |
| Messengers/ Courier | 06/07/06 | Dist Serv/Mail/Page, D | 48.72 |
| Messengers/ Courier | 06/08/06 | Dist Serv/Mail/Page, D | 123.99 |
| Messengers/ Courier | 06/08/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 06/09/06 | Straightline Courier | 32.70 |
| Messengers/ Courier | 06/09/06 | Straightline Courier | 34.88 |
| Messengers/ Courier | 06/09/06 | Straightline Courier | 32.70 |
| Messengers/ Courier | 06/20/06 | Dist Serv/Mail/Page, D | 68.31 |
| Messengers/ Courier | 06/20/06 | Dist Serv/Mail/Page, D | 22.49 |
| Messengers/ Courier | 06/20/06 | Dist Serv/Mail/Page, D | 17.09 |
| Messengers/ Courier | 06/20/06 | Dist Serv/Mail/Page, D | 10.80 |
| Messengers/ Courier | 06/27/06 | Dist Serv/Mail/Page, D | 66.46 |
| Messengers/ Courier | 06/27/06 | Dist Serv/Mail/Page, D | 35.98 |
| | | **TOTAL MESSENGERS/ COURIER** | **$662.00** |
| Out-of-Town Meals | 05/02/06 | Meisler RE | 32.99 |
| Out-of-Town Meals | 05/02/06 | Meisler RE | 19.77 |
| Out-of-Town Meals | 05/02/06 | Meisler RE | 4.63 |
| Out-of-Town Meals | 05/02/06 | Meisler RE | 19.77 |
| Out-of-Town Meals | 05/02/06 | Meisler RE | 5.58 |
| Out-of-Town Meals | 05/02/06 | Herriott AV | 11.11 |
| Out-of-Town Meals | 05/02/06 | Herriott AV | 28.64 |
| Out-of-Town Meals | 05/03/06 | Meisler RE | 110.96 |
| Out-of-Town Meals | 05/03/06 | Herriott AV | 22.81 |
| Out-of-Town Meals | 05/03/06 | Meisler RE | 26.79 |
| Out-of-Town Meals | 05/03/06 | Meisler RE | 157.61 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 05/03/06 | Herriott AV | 7.46 |
| Out-of-Town Meals | 06/06/06 | Herriott AV | 7.83 |
| Out-of-Town Meals | 06/07/06 | Butler, Jr. J | 30.99 |
| Out-of-Town Meals | 06/07/06 | Herriott AV | 18.25 |
| Out-of-Town Meals | 06/07/06 | Herriott AV | 13.63 |
| Out-of-Town Meals | 06/07/06 | Herriott AV | 1.80 |
| Out-of-Town Meals | 06/08/06 | Meisler RE | 16.67 |
| Out-of-Town Meals | 06/08/06 | Meisler RE | 3.73 |
| Out-of-Town Meals | 06/08/06 | Herriott AV | 20.99 |
| Out-of-Town Meals | 06/14/06 | Meisler RE | 3.50 |
| Out-of-Town Meals | 06/15/06 | Butler, Jr. J | 25.99 |
| Out-of-Town Meals | 06/28/06 | Butler, Jr. J | 9.50 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$601.00** |
| Contracted Catering-NY | 05/03/06 | Butler, Jr. J | 401.90 |
| Contracted Catering-NY | 05/03/06 | Butler, Jr. J | 2,918.70 |
| Contracted Catering-NY | 05/03/06 | Butler, Jr. J | 1,081.76 |
| Contracted Catering-NY | 05/03/06 | Butler, Jr. J | 407.44 |
| Contracted Catering-NY | 05/03/06 | Butler, Jr. J | 203.71 |
| Contracted Catering-NY | 05/08/06 | Butler, Jr. J | 1,838.89 |
| Contracted Catering-NY | 05/08/06 | Butler, Jr. J | 411.63 |
| Contracted Catering-NY | 05/08/06 | Butler, Jr. J | 422.61 |
| Contracted Catering-NY | 05/08/06 | Butler, Jr. J | 203.71 |
| Contracted Catering-NY | 06/08/06 | Butler, Jr. J | 203.71 |
| Contracted Catering-NY | 06/08/06 | Butler, Jr. J | 1,081.76 |
| Contracted Catering-NY | 06/08/06 | Butler, Jr. J | 613.04 |
| Contracted Catering-NY | 06/08/06 | Butler, Jr. J | 158.22 |
| Contracted Catering-NY | 06/08/06 | Butler, Jr. J | 401.90 |
| Contracted Catering-NY | 06/08/06 | Butler, Jr. J | 2,746.50 |
| Contracted Catering-NY | 06/09/06 | Marafioti KA | 226.52 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$13,322.00** |
| Wireless - Mo-bile/Cellular/Pager | 05/15/06 | Meisler RE | 8.98 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Wireless - Mo-          06/15/06   Meisler RE                           14.02
bile/Cellular/Pager

                                   TOTAL WIRELESS -                  $23.00
                                   MOBILE/CELLULAR/PAGER

                                   TOTAL MATTER                   $26,796.00

Delphi Corporation (DIP)                                     Bill Date: 08/31/06
Creditor Meetings/ Statutory Committees                      Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/11/06 | 0.20 | REVIEW AND EVALUATE DC CAPITAL LETTER TO S. MILLER (0.2). |
| BUTLER, JR. J | 07/12/06 | 1.00 | CONTINUE TO EVALUATE EQUITY COMMITTEE MATTERS INCLUDING FINANCIAL ADVISOR RETENTION PROTOCOL (0.4); BEGIN TO REVIEW PRESENTATION MATERIALS FOR JULY 20TH STATUTORY COMMITTEE MEETINGS (0.6). |
| BUTLER, JR. J | 07/13/06 | 0.40 | FOLLOW-UP ON EQUITY COMMITTEE MATTERS INCLUDING FINANCIAL ADVISOR RETENTION PROTOCOL WITH D. SHERBIN, S. CORCORAN AND J. SHEEHAN (0.4). |
| BUTLER, JR. J | 07/18/06 | 1.10 | CONTINUE TO PREPARE FOR JULY 20TH STATUTORY COMMITTEE MEETINGS INCLUDING REVIEW AND FINALIZE PRESENTATION MATERIALS (0.6); EMAILS FORM/TO B. STEINGART RE EQUITY COMMITTEE MATTERS (0.2); REVIEW DRAFT EQUITY COMMITTEE FINANCIAL ADVISOR PROTOCOL (0.3). |
| BUTLER, JR. J | 07/19/06 | 2.10 | CONTINUE TO PREPARE FOR JULY 20TH STATUTORY COMMITTEE MEETINGS (0.4); PREPARE FOR AND ATTEND CREDITORS' COMMITTEE DINNER IN NEW YORK CITY (1.0); REVIEW AND CONSIDER LETTERS FROM EQUITY COMMITTEE TO S. MILLER (0.4); EMAILS FROM / TO S. MILLER, D. SHERBIN AND J. SHEEHAN RE SAME AND EQUITY COMMITTEE FINANCIAL ADVISORS PROTOCOL (0.3). |
| BUTLER, JR. J | 07/20/06 | 5.60 | PREPARE FOR (0.8) AND PARTICIPATE IN (1.5) CREDITORS' COMMITTEE MEETING; PREPARE FOR (0.2) AND PARTICIPATE IN (2.7) EQUITY COMMITTEE MEETING. |
| BUTLER, JR. J | 07/25/06 | 0.70 | TELECONFERENCE WITH B. SCHELER RE: EQUITY COMMITTEE MATTERS (0.3); REVIEW AND COMMENT ON EQUITY COMMITTEE DRAFT OF REVISED CASE MANAGEMENT ORDER (0.2); REVIEW AND COMMENT ON EQUITY COMMITTEE FINANCIAL ADVISOR RETENTION PROTOCOL INCLUDING EMAILS FROM/TO R. EISENBERG (0.2). |
| BUTLER, JR. J | 07/26/06 | 0.50 | REVIEW AND CONSIDER EMAIL FROM B. SCHELER RE EQUITY COMMITTEE MATTERS (0.3); EMAILS FROM/TO D. SHERBIN RE SAME (0.2). |
| BUTLER, JR. J | 07/27/06 | 0.40 | REVIEW AND COMMENT ON DRAFT EQUITY COMMMITTEE FINANCIAL ADVISOR RETENTION PROTOCOL MOTION (0.4). |
| BUTLER, JR. J | 07/28/06 | 0.20 | REVIEW REVISED DRAFT EQUITY COMMITTEE FINANCIAL ADVISOR RETENTION PROTOCOL MOTION (0.2). |

B43E

BUTLER, JR. J    07/31/06    0.30    REVIEW AND COMMENT ON DRAFT EQUITY
                                     COMMITTEE MOTION FOR LEAVE TO FILE
                                     FINANCIAL ADVISOR RETENTION
                                     APPLICATION (0.3).

                        12.50

MARAFIOTI KA    07/12/06    1.40    TELECONFERENCE FROM B. STEINGART AND V.
                                    MELWANI RE: INFORMATION SHARING (0.2);
                                    CONSIDER EQUITY COMMITTEE ISSUES (0.4)
                                    AND DIRECT RESEARCH RE: SAME (0.2);
                                    REVIEW COMMITTEE PRESENTATIONS (0.6).

MARAFIOTI KA    07/13/06    1.40    REVIEWED CORRESPONDENCE FROM EQUITY
                                    COMMITTEE RE: INFORMATION SHARING
                                    (0.7); CONTINUED ANALYSIS OF EQUITY
                                    COMMITTEE REQUESTS (0.3); REVIEWED
                                    RELATED RELEVANT COURT TRANSCRIPTS
                                    (0.4).

MARAFIOTI KA    07/14/06    1.40    TELECONFERENCES WITH B. STEINGART AND
                                    V. MELWANI RE: EQUITY COMMITTEE
                                    INFORMATION SHARING (0.2); REVIEW DRAFT
                                    COMMITTEE PRESENTATION BOOK (1.2).

MARAFIOTI KA    07/17/06    0.40    CORRESPONDENCE RE: UPCOMING COMMITTEE
                                    MEETING (0.1); TELECONFERENCE WITH B.
                                    STEINGART RE: INFORMATION SHARING
                                    (0.1); BEGAN REVIEW OF MEMO RE: EQUITY
                                    COMMITTEE JOINT INTEREST (0.2).

MARAFIOTI KA    07/18/06    0.20    TELECONFERENCE WITH R. EISENBERG RE:
                                    EQUITY COMMITTEE FINANCIAL ADVISOR
                                    ISSUES (0.2).

MARAFIOTI KA    07/19/06    3.00    ATTEND CREDITORS' COMMITTEE DINNER
                                    MEETING (3.0).

MARAFIOTI KA    07/20/06    5.30    PREPARE WITH COMPANY FOR CREDITORS'
                                    COMMITTEE MEETING (0.5); ATTEND
                                    CREDITORS' COMMITTEE MEETING (1.4);
                                    PREPARE WITH COMPANY FOR EQUITY
                                    COMMITTEE MEETING (0.6); ATTEND EQUITY
                                    COMMITTEE MEETING (2.6); FOLLOWUP
                                    MEETING WITH COMPANY (0.2).

MARAFIOTI KA    07/24/06    2.00    REVIEW AND REVISE EQUITY JOINT INTEREST
                                    MOTION (1.2), ORDER (0.3), AND
                                    AGREEMENT (0.5).

MARAFIOTI KA    07/25/06    0.90    TELECONFERENCE WITH V. MELWANI RE:
                                    EQUITY COMMITTEE JOINT INTEREST MOTION
                                    AND RETENTION OF FINANCIAL ADVISOR
                                    (0.1); REVIEW REVISIONS TO JOINT
                                    INTEREST MOTION (0.3); CONTINUED WORK
                                    ON JOINT INTEREST MOTION RE: EQUITY
                                    COMMITTEE (0.3); CORRESPONDENCE TO
                                    FRIED FRANK AND COMPANY RE: PLEADINGS
                                    (0.2).

B43E

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 07/27/06 | 2.30 | CORRESPONDENCE FROM EQUITY COMMITTEE RE: RETENTION OF HOULIHAN LOKEY AND CORRESPONDENCE TO CLIENT RE: SAME (0.1); TELECONFERENCE V. MELWANI RE: HLHZ AND CREDITORS' COMMITTEE MOTION TO FILE STN COMPLAINT UNDER SEAL (0.3); SECOND TELECONFERENCE FROM MELWANI AND CORRESPONDENCE TO CLIENT AND EQUITY COMMITTEE RE: RECEIPT OF DOCUMENTS (0.3); REVIEWED DRAFT MOTION TO RETAIN HLHZ (0.2); REVIEW EQUITY COMMITTEE INQUIRIES (0.3); CORRESPONDENCE WITH CLIENT RE:  EQUITY COMMITTEE INQUIRIES (0.2); ADDITIONAL TELECONFERENCE FROM MELWANI RE: COMMITTEE ISSUES (0.3) AND CORRESPONDENCE TO CLIENT RE: SAME (0.3); FOLLOWUP CORRESPONDENCE (0.3). |
| MARAFIOTI KA | 07/28/06 | 0.50 | TELECONFERENCE WITH V. MELWANI RE: HLHZ RETENTION (0.1); SUBSEQUENT TELECONFERENCE WITH MELWANI RE: SAME (0.2) AND TELECONFERENCES WITH R. EISENBERG RE: SAME (0.2). |
| MARAFIOTI KA | 07/30/06 | 0.30 | REVIEWED EQUITY COMMITTEE REVISED MOTION FOR AUTHORITY TO RETAIN FINANCIAL ADVISORS (0.3). |
| MARAFIOTI KA | 07/31/06 | 2.90 | CORRESPONDENCE WITH EQUITY COMMITTEE RE: FINANCIAL ADVISOR MOTION (0.2); TELECONFERENCE FROM B. STEINGART AND V. MELWANI RE: SAME (0.1); WORK ON INTERIM CONFIDENTIALITY AGREEMENT WITH HOULIHAN LOKEY (2.0) AND REVISE SAME (0.5); TELECONFERENCE WITH MELWANI RE: SAME (0.1). |

                                22.00

Total Partner                   34.50

B43E

| MATZ TJ | 07/06/06 | 2.00 | PREPARE SPINOFF/LEGACY DOCUMENT DISCLOSURE TO EQUITY COMMITTEE (0.5); FORWARD SAME TO FRIED FRANK (0.2); REVIEW CORRESPONDENCE FROM F. FRANK RE: SAME AND POSSIBLE JOINT INTEREST AGREEMENT (0.1): REVIEW SAME (0.4); FOLLOW UP ANALYSIS OF JOINT INTEREST REQUEST (0.5); REVIEW POSSIBLE CONFIDENTIALITY AGREEMENT FOR EQUITY COMMITTEE MEMBERS (0.3). |
|---------|----------|------|---|
| MATZ TJ | 07/07/06 | 0.60 | CORRESPONDENCE WITH J. RODBURG RE: EQUITY COMMITTEE MEETING (0.2); FOLLOW UP WORK RE: SAME (0.4). |
| MATZ TJ | 07/11/06 | 2.00 | PREPARATION RE: UPDATES FOR 7/20 UCC PRESENTATION MEETING (1.2); REVIEW OF UPDATE RE: PRESENTATION FOR 7/20 EQUITY COMMITTEE MEETING (0.4); PREPARATION FOR 7/20 UCC MEETING (0.4). |
| MATZ TJ | 07/13/06 | 1.70 | REVIEWING AND UPDATING OUTSTANDING MATTERS WITH EQUITY COMMITTEE AND DOCUMENTS PRODUCTION (0.8); REVIEWING AND COMMENTING ON JOINT INTEREST MEMORANDUM OF LAW (0.3); CORRESPONDENCE WITH J. PAPELIAN RE: JOINT INTEREST MATTER (0.3); TELECONFERENCE WITH J. PAPELIAN RE: SAME (0.3). |
| MATZ TJ | 07/14/06 | 1.80 | TELECONFERENCE WITH D. TORRES RE: EQUITY COMMITTEE MEETING (0.2); CONTINUING REVIEW AND ANALYSIS OF EQUITY COMMITTEE JOINT INTEREST REQUEST (0.9); CONTINUING REVIEW OF MATERIAL FOR UCC PRESENTATION FOR 7/20 MEETING (0.4); CORRESPONDENCE WITH UCC, FTI AND ROTHSCHILD RE: PRE-MEETING DINNER MEETING (0.3). |
| MATZ TJ | 07/17/06 | 0.30 | TELECONFERENCE WITH J. WOLF RE: EQUITY COMMITTEE MEETING ON 7/20 (0.3). |
| MATZ TJ | 07/18/06 | 1.40 | CORRESPONDENCE WITH FRIED FRANK RE: EQUITY COMMITTEE MATTERS, REQUEST IN FINANCIAL ADVISOR AND JOINT INTEREST AGREEMENT (0.3); FOLLOW UP REVIEW AND ANALYSIS OF MATERIAL RE: SAME (0.8); CORRESPONDENCE WITH FTI RE: EQUITY COMMITTEE INFORMATION REQUEST (0.3). |
| MATZ TJ | 07/19/06 | 3.00 | ATTENDING UCC DINNER (3.0). |
| MATZ TJ | 07/20/06 | 5.30 | PREPARATION FOR UCC MEETING (0.6); ATTENDING MEETING WITH UNSECURED CREDITORS COMMITTEE (2.0); ATTENDING MEETING WITH EQUITY COMMITTEE (2.7). |
| MATZ TJ | 07/21/06 | 0.90 | REVIEW AND COMMENT ON JOINT INTEREST NOTICE WITH EQUITY COMMITTEE (0.5); AND CONTINUE TO REVIEW OF MATERIALS IN RESPECT THEREOF (0.4). |
| MATZ TJ | 07/24/06 | 1.70 | REVIEW AND COMMENT ON EQUITY COMMITTEE JOINT INTEREST MOTION (1.7). |

B43E

| MATZ TJ | 07/25/06 | 3.10 | REVIEWING AND REVISING EQUITY COMMITTEE JOINT INTEREST MOTION (1.8); REVIEWING AND REVISING EQUITY COMMITTEE JOINT INTEREST AGREEMENT (0.6); TELECONFERENCE WITH J. PAPELIAN RE: EQUITY COMMITTEE JOINT INTEREST AGREEMENT & MOTION (0.2); TELECONFERENCE WITH S. CORCORAN RE: EQUITY COMMITTEE JOINT INTEREST AGREEMENT & MOTION (0.1); CONTINUING PREPARATION THEREOF (0.4). |
|---|---|---|---|
| MATZ TJ | 07/27/06 | 1.30 | REVIEWING AND COMMENTING ON EQUITY COMMITTEE MOTION TO APPOINTMENT A FINANCIAL ADVISORS (0.7); CORRESPONDENCE WITH F. FRANK IN RESPECT THEREOF, JOINT INTEREST AGREEMENT MOTION AND CASE MANAGEMENT (0.6). |
| MATZ TJ | 07/28/06 | 1.40 | REVIEW AND FINALIZE FOR FILING EQUITY COMMITTEE JOINT INTEREST MOTION AND AGREEMENT FOR AUGUST OMNIBUS HEARING (0.8); ANALYZING AND COMMENTING ON DRAFT EQUITY COMMITTEE MOTION LEAVE TO APPOINT FINANCIAL ADVISOR (0.6). |
| MATZ TJ | 07/31/06 | 3.60 | REVIEWING AND COMMENTING ON EQUITY COMMITTEE APPLICATION RE: INTENTION OF FINANCIAL ADVISOR (0.4); PREPARING, REVIEWING AND REVISING DRAFT CONFIDENTIALITY AGREEMENT FOR HOULIHAN LOKEY AS FINANCIAL ADVISORS TO EQUITY COMMITTEE (3.0); FORWARDING SAME TO B. STEINGART, V. MELWANI OF FRIED FRANK AND D. HILTY OF HOULIHAN LOKEY (0.2). |

|  |  | 30.10 |  |
|---|---|---|---|
| **Total Counsel** |  | 30.10 |  |
| GUZZARDO J | 07/05/06 | 0.30 | COORDINATION OF BOD MATERIALS PRODUCTION (0.3). |
| GUZZARDO J | 07/11/06 | 5.10 | FINAL COORDINATION AND REVIEW OF BOD DOCUMENTS FOR PRODUCTION TO THE UCC. (5.1). |
| GUZZARDO J | 07/12/06 | 2.70 | COORDINATION AND REVIEW IN PREPARATION FOR DOCUMENT PRODUCTION TO UCC (2.7). |
| GUZZARDO J | 07/13/06 | 7.70 | FINAL COORDINATION AND PRODUCTION OF DOCUMENTS TO THE UCC (6.2); COLLECTION AND GATHERING OF MATERIALS FOR POTENTIAL PRODUCTION TO THE OFFICIAL EQUITY COMMITTEE. (1.5). |
| GUZZARDO J | 07/14/06 | 3.50 | CONTINUED GATHERING OF MATERIALS FOR THE OFFICIAL EQUITY COMMITTEE (3.5). |
| GUZZARDO J | 07/20/06 | 0.20 | DOCUMENT COLLECTION COORDINATION FOR PROPOSED DISCOVERY PRODUCTION (0.2). |
| GUZZARDO J | 07/24/06 | 0.50 | COORDINATION OF DOCUMENT COLLECTION FOR PRODUCTIONS (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GUZZARDO J        07/25/06      0.70  COORDINATION OF DOCUMENT COLLECTION FOR
                                      PRODUCTION (0.7).

GUZZARDO J        07/31/06      0.60  COORDINATED DOCUMENT COLLECTION FOR
                                      PRODUCTION (0.6).

                              21.30

HERRIOTT AV       07/05/06      0.10  BEGIN PREPARATION FOR STATUTORY
                                      COMMITTEE PRESENTATION (0.1).

HERRIOTT AV       07/06/06      0.10  RESPOND TO EQUITY COMMITTEE QUESTION
                                      (0.1).

HERRIOTT AV       07/07/06      1.30  CONTINUE DRAFT OF STATUTORY COMMITTEE
                                      PRESENTATION (1.3).

HERRIOTT AV       07/10/06      0.80  CONTINUE DRAFT OF STATUTORY COMMITTEE
                                      PRESENTATION (0.8).

HERRIOTT AV       07/11/06      7.20  CONTINUE DRAFT OF STATUTORY COMMITTEE
                                      PRESENTATION (7.2).

HERRIOTT AV       07/12/06      7.30  FINALIZE PRELIMINARY DRAFT OF STATUTORY
                                      COMMITTEE PRESENTATION AND DISTRIBUTE
                                      TO REVIEWING PARTIES (7.3).

HERRIOTT AV       07/13/06      1.40  BEGIN REVIEW AND REVISIONS TO STATUTORY
                                      COMMITTEE PRESENTATION AS REQUESTED BY
                                      VARIOUS REVIEWING PARTIES (1.4).

                              18.20

JJINGO MJ         07/13/06      1.10  PREPARE A.T. KEARNEY MATERIAL FOR
                                      CREDITORS' COMMITTEE MEETING (1.1).

JJINGO MJ         07/31/06      8.50  DRAFT AND REVISE INTERIM
                                      CONFIDENTIALITY AGREEMENT BETWEEN
                                      DELPHI AND HOULIHAN LOKEY (8.5).

                               9.60

MEISLER RE        07/07/06      0.30  ANALYSIS OF EQUITY COMMITTEE REQUEST
                                      RE: JOINT INTEREST AGREEMENT (0.3).

MEISLER RE        07/11/06      1.30  REVIEW UCC PRESENTATION RE: JULY 20
                                      MEETING (1.3).

MEISLER RE        07/12/06      3.50  CONTINUE TO REVIEW AND COMMENT ON
                                      PRESENTATION FOR JULY 20TH PRESENTATION
                                      TO UCC (3.5).

MEISLER RE        07/13/06      1.40  REVIEW LETTER TO UCC RE: DOCUMENTS
                                      PROVIDED PURSUANT TO JOINT INTEREST
                                      AGREEMENT (0.3); REVIEW REVISED
                                      PRESENTATION RE: JULY 20 UCC MEETING
                                      (1.1).

MEISLER RE        07/14/06      0.40  DRAFT CORRESPONDENCE TO H. BAER RE:
                                      COMMITTEE INQUIRIES (0.2); CONTINUE TO
                                      REVIEW AND COMMENT ON JULY 20 UCC
                                      PRESENTATION (0.2).

MEISLER RE        07/17/06      0.80  BEGIN TO PREPARE FOR UCC AND EQUITY
                                      COMMITTEE MEETINGS (0.1); REVIEW AND
                                      REVISE JULY 20 PRESENTATION TO UCC
                                      (0.7).

70                                                          B43E