SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        07/18/06        2.50    REVIEW AND REVISED PRESENTATIONS TO
                                          JULY 20 PRESENTATION TO UCC (2.5).

MEISLER RE        07/19/06        4.00    CONTINUED TO REVIEW UPDATED SLIDES RE:
                                          JULY 20 UCC PRESENTATION (0.9); ATTEND
                                          UCC DINNER (3.1).

MEISLER RE        07/20/06        5.50    PREPARE FOR UCC MEETING (0.5); ATTEND
                                          SAME (1.5); PREPARE FOR EQUITY
                                          COMMITTEE MEETING (0.7); ATTEND SAME
                                          (2.6); FOLLOW UP ON EQUITY COMMITTEE
                                          MATTERS (0.2).

MEISLER RE        07/24/06        0.50    REVIEW JOINT INTEREST AGREEMENT (0.3);
                                          TELECONFERENCES WITH M. BROUDE (0.1,
                                          0.1).

MEISLER RE        07/25/06        0.20    REVIEW DRAFT JOINT INTEREST AGREEMENT
                                          WITH EQUITY COMMITTEE (0.2).

MEISLER RE        07/29/06        1.20    REVIEW AND REVISE LETTER TO UCC AND
                                          EQUITY COMMITTEE RE: COOPERSVILLE
                                          (1.2).

MEISLER RE        07/30/06        0.30    BEGIN TO PREPARE FOR AUGUST 10 UCC
                                          MEETING (0.3).

                                 21.90

PERL MW           07/18/06        2.30    ASSIST IN PREPARATION OF PRESENTATION
                                          FOR CREDITORS COMMITTEE MEETING (2.3).

                                  2.30

STUART NL         07/06/06        7.30    DRAFT MOTION (1.8); ORDER (1.2); AND
                                          JOINT INTEREST AGREEMENT (1.6) FOR
                                          EQUITY COMMITTEE; RESEARCH RE: JOINT
                                          INTEREST PRIVILEGE AND SHAREHOLDERS
                                          (2.4); STRATEGIZE RE: SAME (0.3).

STUART NL         07/07/06        2.10    RESEARCH RE: "FIDUCIARY EXCEPTION"
                                          (2.1).

STUART NL         07/11/06        0.70    DRAFT BOARD/DTM PRESENTATIONS ON JIA
                                          WITH EQUITY COMMITTEE (0.4); REVISE
                                          PRESENTATIONS RE: SAME (0.3).

STUART NL         07/12/06        1.10    REVIEW AND REVISE JOINT INTEREST
                                          DOCUMENTS (1.1).

STUART NL         07/24/06        3.70    REVISE AND DISTRIBUTE EQUITY COMMITTEE
                                          JOINT INTEREST MOTION (3.7).

STUART NL         07/25/06        3.20    REVISE EC JOINT INTEREST PAPERS (2.4);
                                          ADDITIONAL REVISIONS TO JOINT INTEREST
                                          MATERIALS (0.8).

STUART NL         07/28/06        0.90    PREPARE AND FILE EC JOINT INTEREST
                                          AGREEMENT (0.9).

                                 19.00

ZAMBRANO K        07/11/06        1.50    REVISE PRESENTATION RE: UNSECURED
                                          CREDITORS' COMMITTEE (1.5).

B43E

| ZAMBRANO K | 07/12/06 | 1.30 | REVIEW ISSUES RE: EQUITY COMMITTEE'S POTENTIAL RETENTION OF FINANCIAL ADVISORS (1.3). |
|---|---|---|---|
| ZAMBRANO K | 07/14/06 | 6.30 | PREPARE PRESENTATION FOR THE UCC MEETING (6.3). |
| ZAMBRANO K | 07/16/06 | 1.90 | REVISE PRESENTATION TO THE UNSECURED CREDITORS' COMMITTEE (1.9). |
| ZAMBRANO K | 07/18/06 | 5.50 | REVISE THE CREDITORS' COMMITTEE PRESENTATION (4.1); PREPARE FOR THE CREDITORS' COMMITTEE MEETING (0.8); PREPARE FOR THE EQUITY COMMITTEE MEETING (0.6). |
| ZAMBRANO K | 07/19/06 | 3.40 | FINALIZE PRESENTATION FOR THE UCC MEETING (2.3); FINALIZE THE PRESENTATION FOR THE EQUITY COMMITTEE MEETING (1.1). |
| ZAMBRANO K | 07/20/06 | 2.80 | PREPARE FOR CREDITORS' COMMITTEE MEETING (1.7); PREPARE FOR EQUITY COMMITTEE MEETING (1.1). |
| | | **22.70** | |
| **Total Associate** | | **115.00** | |
| DEMMA J | 07/11/06 | 5.20 | PREPARE PROFESSIONAL FEE CHART FOR PRESENTATION (3.1); ASSIST WITH UPDATES TO PRESENTATION (2.1). |
| DEMMA J | 07/12/06 | 1.20 | UPDATE PROFESSIONAL FEE CHART FOR PRESENTATION (1.2). |
| | | **6.40** | |
| SALAZAR AG | 07/27/06 | 1.10 | REVIEW STIPULATIONS AND PROTECTIVE ORDERS FOR CONNECTION WITH EQUITY COMMITTEE (0.6); CONTACT KCC AND COORDINATE SERVICE (0.5). |
| | | **1.10** | |
| ZSOLDOS AF | 07/10/06 | 2.10 | PREPARE FEE AND EXPENSE CHART FOR INCLUSION IN COMMITTEE PRESENTATION BOOKLET (2.1). |
| ZSOLDOS AF | 07/11/06 | 1.80 | FINALIZE FEE AND EXPENSE CHART FOR INCLUSION IN PRESENTATION (1.8). |
| ZSOLDOS AF | 07/17/06 | 1.80 | COORDINATE PRODUCTION AND HAND DELIVER DRAFT PRESENTATION (1.8). |
| ZSOLDOS AF | 07/18/06 | 1.10 | UPDATE FEES AND EXPENSES FOR MEETING (1.1). |
| ZSOLDOS AF | 07/19/06 | 4.00 | PREPARE MATERIALS FOR UCC MEETING (0.8); PREPARE FOR EQUITY COMMITTEE MEETING (0.5); COORDINATE PRESENTATION PRODUCTION (2.7). |
| ZSOLDOS AF | 07/20/06 | 2.30 | PREPARE FOR UCC AND EQUITY COMMITTEE MEETINGS (2.3). |
| ZSOLDOS AF | 07/27/06 | 1.60 | DISTRIBUTE PRESENTATIONS (1.6). |

B43E

|  |  | 14.70 |  |
|---|---|---|---|
| **Total Legal Assistant** |  | **22.20** |  |
| WORSCHECK TM | 07/11/06 | 0.30 | PREPARE FEE STATEMENT MATERIALS FOR INCLUSION IN CREDITOR COMMITTEE PRESENTATION (0.3). |
| WORSCHECK TM | 07/14/06 | 4.80 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (4.8). |
| WORSCHECK TM | 07/17/06 | 3.30 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (3.3). |
| WORSCHECK TM | 07/18/06 | 3.40 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (3.4). |
| WORSCHECK TM | 07/19/06 | 4.40 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (4.4). |
| WORSCHECK TM | 07/20/06 | 0.80 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (0.8). |
| WORSCHECK TM | 07/21/06 | 4.30 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (4.3). |
| WORSCHECK TM | 07/24/06 | 4.60 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (4.6). |
| WORSCHECK TM | 07/25/06 | 4.80 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (4.8). |
| WORSCHECK TM | 07/26/06 | 5.40 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (5.4). |
| WORSCHECK TM | 07/27/06 | 4.20 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (4.2). |
| WORSCHECK TM | 07/28/06 | 5.10 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (5.1). |
| WORSCHECK TM | 07/31/06 | 2.40 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (2.4). |
|  |  | **47.80** |  |
| **Total Legal Assistant Support** |  | **47.80** |  |
| **TOTAL TIME** |  | **249.60** |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 08/31/06**
**Creditor Meetings/ Statutory Committees**           **Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/17/06 | Zambrano K | 755.70 |
| Air/Rail Travel - vendor feed | 07/19/06 | Fern BM | -0.60 |
| Air/Rail Travel - vendor feed | 07/20/06 | Zambrano K | 706.90 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,462.00** |
| In-house Reproduction | 07/04/06 | Copy Center, D | 241.76 |
| In-house Reproduction | 07/14/06 | Copy Center, D | 6.21 |
| In-house Reproduction | 07/14/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 58.61 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 45.21 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 32.41 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 17.20 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 7.10 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 10.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$420.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 5.12 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 7.32 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.92 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.64 |
| | | **TOTAL TELEPHONE EXPENSE** | **$14.00** |
| Lexis/Nexis | 07/12/06 | Jjingo MJ | 457.63 |
| Lexis/Nexis | 07/12/06 | Jjingo MJ | -45.55 |
| Lexis/Nexis | 07/13/06 | Jjingo MJ | 226.44 |
| Lexis/Nexis | 07/13/06 | Jjingo MJ | -22.52 |
| | | **TOTAL LEXIS/NEXIS** | **$616.00** |
| Westlaw | 07/06/06 | Stuart NL | 78.33 |
| Westlaw | 07/07/06 | Stuart NL | 84.28 |
| Westlaw | 07/12/06 | Stuart NL | 45.79 |
| Westlaw | 07/13/06 | Stuart NL | 348.97 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 07/21/06 | Stuart NL | 75.63 |
| | | **TOTAL WESTLAW** | **$633.00** |
| Reproduction - color | 07/21/06 | Copy Center, D | 643.49 |
| Reproduction - color | 07/28/06 | Copy Center, D | 12.51 |
| | | **TOTAL REPRODUCTION - COLOR** | **$656.00** |
| Air/Rail Travel (external) | 07/26/06 | Butler, Jr. J | 252.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$252.00** |
| Out-of-Town Travel | 07/18/06 | Butler, Jr. J | 7.34 |
| Out-of-Town Travel | 07/18/06 | Butler, Jr. J | 12.00 |
| Out-of-Town Travel | 07/18/06 | Butler, Jr. J | 243.83 |
| Out-of-Town Travel | 07/20/06 | Meisler RE | 843.59 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 21.33 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 7.32 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 8.67 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 155.92 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,300.00** |
| Messengers/ Courier | 07/06/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 07/07/06 | Dist Serv/Mail/Page, D | 21.97 |
| Messengers/ Courier | 07/13/06 | Dist Serv/Mail/Page, D | 9.43 |
| Messengers/ Courier | 07/13/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 07/14/06 | Dist Serv/Mail/Page, D | 37.40 |
| Messengers/ Courier | 07/14/06 | Quick Int'l - Ny | 555.62 |
| Messengers/ Courier | 07/16/06 | Arrow Messenger Svc | 24.94 |
| Messengers/ Courier | 07/16/06 | Arrow Messenger Svc | 24.95 |
| Messengers/ Courier | 07/17/06 | Dist Serv/Mail/Page, D | 32.63 |
| Messengers/ Courier | 07/19/06 | Dist Serv/Mail/Page, D | 47.43 |
| Messengers/ Courier | 07/20/06 | Dist Serv/Mail/Page, D | 105.88 |
| Messengers/ Courier | 07/21/06 | Dist Serv/Mail/Page, D | 25.59 |
| | | **TOTAL MESSENGERS/ COURIER** | **$904.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 07/18/06 | Butler, Jr. J | 9.04 |
| Out-of-Town Meals | 07/19/06 | Meisler RE | 34.62 |
| Out-of-Town Meals | 07/19/06 | Meisler RE | 26.92 |
| Out-of-Town Meals | 07/20/06 | Meisler RE | 4.01 |
| Out-of-Town Meals | 07/20/06 | Meisler RE | 19.04 |
| Out-of-Town Meals | 07/26/06 | Butler, Jr. J | 10.37 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$104.00** |
| Printing to paper from | 07/17/06 | Copy Center, D | 9.00 |
| TIF | | | |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$9.00** |
| Contracted Catering-NY | 07/20/06 | Butler, Jr. J | 158.24 |
| Contracted Catering-NY | 07/20/06 | Butler, Jr. J | 401.95 |
| Contracted Catering-NY | 07/20/06 | Butler, Jr. J | 214.22 |
| Contracted Catering-NY | 07/20/06 | Butler, Jr. J | 450.45 |
| Contracted Catering-NY | 07/20/06 | Butler, Jr. J | 2,823.25 |
| Contracted Catering-NY | 07/20/06 | Butler, Jr. J | 1,081.89 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$5,130.00** |
| | | **TOTAL MATTER** | **$11,500.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                Bill Date: 09/30/06
Creditor Meetings/ Statutory Committees                 Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/01/06 | 0.50 | EMAILS FROM/TO B. SCHELER RE: EQUITY COMMITTEE MATTERS (0.3); REVIEW HOULIHAN NDA (0.2). |
| BUTLER, JR. J | 08/03/06 | 0.40 | BEGIN TO REVIEW PRELIMINARY UCC/EC PRESENTATION MATERIALS (0.4). |
| BUTLER, JR. J | 08/04/06 | 1.10 | EMAILS TO/FROM B. STEINGART AND R. ROSENBERG CONFIRMING REVISED STATUTORY COMMITTEE SCHEDULE ON AUGUST 9TH (0.2); REVIEW EMAIL RESPONSES FROM D. DAIGLE AND R. ROSENBERG (0.2); CONTINUE TO REVIEW PRELIMINARY UCC/EC PRESENTATION MATERIALS (0.7). |
| BUTLER, JR. J | 08/07/06 | 0.80 | CONTINUE TO PREPARE FOR AUGUST 9TH STATUTORY COMMITTEE MEETINGS IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (0.8). |
| BUTLER, JR. J | 08/08/06 | 1.60 | CONTINUE TO PREPARE FOR AUGUST 9TH STATUTORY COMMITTEE MEETINGS IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.6). |
| BUTLER, JR. J | 08/09/06 | 5.30 | PREPARE FOR (0.8) AND ATTEND (2.2) EQUITY COMMITTEE MEETING IN NEW YORK; PREPARE FOR (0.6) AND ATTEND (1.7) CREDITORS COMMITTEE MEETING IN NEW YORK. |
| BUTLER, JR. J | 08/14/06 | 0.60 | TELECONFERENCES WITH D. ROSNER RE: FORMATION OF AD HOC TRADE CLAIMANTS COMMITTEE AND DUE DILIGENCE REQUEST (0.4); EMAILS TO MANAGEMENT TEAM AND ADVISOR WORKING GROUP RE: SAME (0.2). |
| BUTLER, JR. J | 08/18/06 | 0.20 | REVIEW LETTER FROM D. ROSNER RE: FORMATION OF AD HOC TRADE CLAIMANTS COMMITTEE AND DUE DILIGENCE REQUEST (0.2). |
| BUTLER, JR. J | 08/21/06 | 0.80 | REVIEW ADDITIONAL MATERIALS FROM D. ZINMAN ON BEHALF OF AD HOC TRADE CLAIMANTS COMMITTEE AND BEGIN TO CONSIDER DUE DILIGENCE REQUEST (0.4); EMAIL TO/FROM D. ROSNER RE: SAME (0.2); EMAIL TO/FROM S. MILLER, J. SHEEHAN AND D. SHERBIN RE: SAME (0.2). |
| BUTLER, JR. J | 08/31/06 | 0.60 | BEGIN TO PREPARE FOR SEPTEMBER 7 STATUTORY COMMITTEE MEETINGS IN NEW YORK CITY INCLUDING REVIEW OF DRAFT PRESENTATION MATERIALS (0.6). |
| | | **11.90** | |
| COCHRAN EL | 08/30/06 | 1.90 | REVIEW AND REVISE STATUTORY COMMITTEE PRESENTATION RE: FRAMEWORK DISCUSSION (1.9). |

B43E

|  |  | 1.90 |  |
|---|---|---|---|
| MARAFIOTI KA | 08/01/06 | 1.70 | TELECONFERENCE WITH B. STEINGART AND VIV MELWANI RE: HOULIHAN CONFIDENTIALITY AGREEMENT AND STN MOTION RESPONSE (0.1); CORRESPONDENCE RE: SAME (0.2); REVIEW PROPOSED REVISIONS TO CONFIDENTIALITY AGREEMENT (0.3); CONTINUED WORK ON HLHZ INTERIM CONFIDENTIALITY AGREEMENT (0.6) AND CORRESPONDENCE WITH HLHZ AND F. FRANK RE: SAME (0.2); NEGOTIATIONS WITH D. HILTY AND MELWANI RE: TERMS OF INTERIM CONFIDENTIALITY AGREEMENT (0.3). |
| MARAFIOTI KA | 08/07/06 | 2.10 | REVIEW AND REVISE CREDITORS' COMMITTEE'S PRESENTATION BOOK (2.1). |
| MARAFIOTI KA | 08/15/06 | 1.30 | MEETING WITH CREDITORS' COMMITTEE AND ADVISORS (1.2); TELECONFERENCE WITH B. STEINGART RE: EQUITY COMMITTEE MATTERS DOCUMENT PRODUCTION (0.1). |
| MARAFIOTI KA | 08/21/06 | 0.30 | CORRESPONDENCE RE: CREDITORS' COMMITTEE PRESENTATION (0.1); CORRESPONDENCE FROM AND TO AD HOC EQUITY COMMITTEE (0.2). |
| MARAFIOTI KA | 08/28/06 | 0.20 | WORK ON COMMITTEE PRESENTATION (0.2). |
| MARAFIOTI KA | 08/29/06 | 1.80 | CORRESPONDENCE RE: MEETINGS WITH KEY CONSTITUENCIES (0.1); REVIEW AND REVISE COMMITTEE PRESENTATION (0.6); CORRESPONDENCE WITH EQUITY COMMITTEE COUNSEL RE: MEETINGS (0.2); PREPARE FOR COMMITTEE MEETINGS (0.9). |
| MARAFIOTI KA | 08/30/06 | 0.90 | REVIEW COMMITTEE PRESENTATION BOOKS (0.9). |
| MARAFIOTI KA | 08/31/06 | 1.80 | REVIEW AND REVISE DRAFT CREDITORS' COMMITTEE PRESENTATION (1.8). |
|  |  | 10.10 |  |
| **Total Partner** |  | **23.90** |  |
| MATZ TJ | 08/07/06 | 1.60 | TELECONFERENCE WITH J. SHEEHAN RE: COMMITTEE MEETINGS MATERIALS (0.3); TELECONFERENCE WITH E. SLASINSKY RE: 8/9 COMMITTEE MEETINGS (0.2); REVIEW AND COMMENT ON UCC PRESENTATION FOR 8/9 MEETING (0.9); CORRESPONDENCE WITH D. SHERBIN RE: UCC & EQUITY COMMITTEE MEETINGS (0.2). |
| MATZ TJ | 08/08/06 | 1.80 | CORRESPONDENCE WITH R. ROSENBERG, M. RIELA RE: UCC MEETINGS (0.4); CORRESPONDENCE WITH R. SLOMISKI RE: EQUITY COMMITTEE MEETING (0.3); FINAL REVIEW OF MATERIALS FOR UCC AND EQUITY COMMITTEE MEETINGS ON 8/9 (0.8); PREPARATION RE: SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 08/09/06 | 6.20 | PREPARE FOR EQUITY COMMITTEE MEETING (0.4); ATTEND AND PARTICIPATE IN SAME (3.3); FOLLOW UP DISCUSSIONS WITH CLIENTS RE: EQUITY COMMITTEE MEETING (0.4); ATTEND AND PARTICIPATE IN UNSECURED CREDITORS' COMMITTEE MEETING (1.7); FOLLOW UP DISCUSSIONS WITH CLIENT AND R. EISENBERG, J. GUGLIELMO OF FTI RE: SAME (0.4). |
| MATZ TJ | 08/25/06 | 0.40 | PREPARATION FOR UCC AND EQUITY COMMITTEE MEETINGS ON 9/7 (0.4). |
| MATZ TJ | 08/29/06 | 0.60 | WORK ON COMMITTEE MEETING MATTERS (0.6). |
| MATZ TJ | 08/30/06 | 1.20 | PREPARATION RE: PREPETITION LENDER, LAW DEBENTURE, AND UCC MEETINGS OF SEPTEMBER 7 (1.2). |
| | | **11.80** | |
| **Total Counsel** | | **11.80** | |
| DIAZ LB* | 08/29/06 | 4.10 | RESEARCH AND DRAFT INFORMATION FOR CREDITORS' COMMITTEE MEETING (4.1). |
| DIAZ LB* | 08/30/06 | 1.10 | DRAFT MATERIALS FOR UCC MEETING (1.1). |
| | | **5.20** | |
| GUZZARDO J | 08/04/06 | 0.20 | TELECONFERENCE WITH R. MEISLER RE: COORDINATION OF BOD DOCUMENT COLLECTION. (0.2). |
| GUZZARDO J | 08/15/06 | 1.20 | CONTINUE COORDINATION OF DIRECTOR DOCUMENT COLLECTION (1.2). |
| | | **1.40** | |
| HARDIN AS | 08/28/06 | 6.50 | PREPARE PRESENTATION FOR STATUTORY COMMITTEE MEETINGS (6.5). |
| HARDIN AS | 08/29/06 | 5.50 | PREPARE PRESENTATION FOR STATUTORY COMMITTEE MEETINGS (5.5). |
| HARDIN AS | 08/30/06 | 4.50 | PREPARE FOR UPCOMING COMMITTEE MEETINGS (4.5). |
| | | **16.50** | |
| HERRIOTT AV | 08/01/06 | 1.60 | BEGIN DRAFT OF 11TH UCC PRESENTATION (1.6). |
| HERRIOTT AV | 08/02/06 | 4.70 | CONTINUE PRELIMINARY DRAFT OF 11TH UCC PRESENTATION (4.7). |
| HERRIOTT AV | 08/03/06 | 7.40 | CONTINUE DRAFTING PRELIMINARY DRAFT OF 11TH CREDITORS' COMMITTEE PRESENTATION (7.4). |
| HERRIOTT AV | 08/04/06 | 2.00 | REVIEW AND REVISE 11TH UCC PRESENTATION (2.0). |
| HERRIOTT AV | 08/06/06 | 1.40 | REVIEW AND REVISE 11TH UCC PRESENTATION (1.4). |

B43E

| HERRIOTT AV | 08/07/06 | 10.30 | REVIEW AND REVISE 11TH UCC PRESENTATION (10.3). |
|---|---|---|---|
| HERRIOTT AV | 08/08/06 | 5.30 | FINALIZE 11TH UCC PRESENTATION (5.3). |
| HERRIOTT AV | 08/09/06 | 6.30 | COMPLETE PREPARATIONS FOR EQUITY COMMITTEE MEETING (1.5); ATTEND AND ASSIST WITH EQUITY COMMITTEE MEETING (2.2); FINALIZE PREPARATION FOR 11TH UCC PRESENTATION (0.4); ATTEND AND ASSIST WITH CREDITORS' COMMITTEE MEETING (1.7); DRAFT AND TRANSMIT UPDATE FOR AD HOC EQUITY COMMITTEE (0.5). |
| HERRIOTT AV | 08/16/06 | 0.40 | DRAFT WORK PLAN FOR 12TH UCC PRESENTATION (0.4). |
| HERRIOTT AV | 08/21/06 | 0.10 | COLLECT CREDITORS' COMMITTEE INFORMATION IN RESPONSE TO DUE DILIGENCE QUESTION (0.1). |
| HERRIOTT AV | 08/23/06 | 0.10 | RESPOND TO ISSUE RE: 12TH UCC PRESENTATION (0.1). |
| HERRIOTT AV | 08/29/06 | 2.80 | BEGIN PRELIMINARY DRAFT OF 12TH UCC PRESENTATION (2.8). |
| HERRIOTT AV | 08/30/06 | 8.20 | CONTINUE PRELIMINARY DRAFT OF 12TH CREDITORS' COMMITTEE PRESENTATION (8.2). |
| HERRIOTT AV | 08/31/06 | 5.40 | REVIEW AND REVISE 12TH UCC PRESENTATION (5.0); CONFERENCE WITH T. BEHNKE RE: SAME (0.4). |
| | | **56.00** | |
| JJINGO MJ | 08/03/06 | 4.30 | REVIEW AND REVISE UCC PRESENTATION (4.3). |
| JJINGO MJ | 08/08/06 | 1.70 | ASSIST IN ORGANIZING MATERIALS FOR CREDITORS' COMMITTEE MEETING (1.7). |
| JJINGO MJ | 08/09/06 | 1.60 | REVIEW CERTAIN MATERIALS IN PREPARATION FOR CREDITORS' COMMITTEE MEETING (1.6). |
| JJINGO MJ | 08/29/06 | 1.20 | REVIEW MATERIALS IN PREPARATION FOR CREDITORS' COMMITTEE MEETING (1.2). |
| JJINGO MJ | 08/31/06 | 1.90 | REVIEW AND UPDATE CONFIDENTIALITY MATERIALS (1.9). |
| | | **10.70** | |
| MEISLER RE | 08/02/06 | 0.50 | REVIEW UCC PRESENTATION (0.1); TELECONFERENCE WITH J. GUGLIELMO RE: UCC DOCUMENT REQUEST (0.2); TELECONFERENCE WITH H. BAER RE: SAME (0.2). |
| MEISLER RE | 08/03/06 | 2.70 | REVIEW UCC PRESENTATION (2.7). |
| MEISLER RE | 08/04/06 | 0.20 | REVIEW UCC PRESENTATION (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        08/07/06      0.60   CONTINUE REVIEW OF PRESENTATION TO UCC
                                       (0.2); PREPARE FOR UCC MEETING (0.2);
                                       REVIEW UCC PRESENTATION (0.2).

MEISLER RE        08/09/06      5.90   REVIEW AND ANALYZE EQUITY COMMITTEE
                                       ISSUES (0.3); PREPARE FOR EQUITY
                                       COMMITTEE MEETING (1.3); ATTEND SAME
                                       (2.2); FOLLOW UP ON MATTERS RE: SAME
                                       (0.2); PREPARE OF UCC MEETING (0.2);
                                       ATTEND SAME (1.4); FOLLOW UP MATTERS
                                       (0.3).

MEISLER RE        08/21/06      0.50   REVIEW AND ANALYZE CORRESPONDENCE FROM
                                       AD HOC TRADE COMMITTEE (0.3); DRAFT
                                       INTERNAL CORRESPONDENCE RE: SAME (0.2).

MEISLER RE        08/29/06      0.60   CONFERENCE WITH M. RIELA RE: STATUS OF
                                       CERTAIN MATTER SCHEDULED FOR SEPTEMBER
                                       14TH HEARING (0.2); WORK ON UCC
                                       PRESENTATION (0.4).

MEISLER RE        08/30/06      3.00   REVIEW AND REVISE PRESENTATION RE: R.
                                       REYNOLDS RESOLUTION (0.4); REVIEW AND
                                       COMMENT ON OTHER UCC PRESENTATION
                                       (2.6).

                               14.00

PERL MW           08/28/06      0.70   DRAFT SUMMARY FOR UCC PRESENTATION
                                       (0.7).

PERL MW           08/30/06      2.20   REVIEW AND REVISE UCC PRESENTATION
                                       (1.2); REVIEW DOCKET AND PLEADING FILED
                                       BY APPALOOSA (1.0).

                                2.90

STUART NL         08/31/06      3.10   RESEARCH RE: INQUIRY FROM AD HOC TRADE
                                       COMMITTEE (3.1).

                                3.10

Total Associate/Law Clerk     109.80

DEMMA J           08/03/06      4.60   UPDATE FEE AND EXPENSE MODULE FOR
                                       ELEVENTH UCC PRESENTATION (2.8);
                                       PREPARE MATERIALS FOR ATTORNEY REVIEW
                                       RE: UCC PRESENTATION (1.8).

DEMMA J           08/15/06      1.40   PREPARE LIST OF CREDITORS COMMITTEE FOR
                                       ATTORNEY REVIEW (0.8); MEETING RE:
                                       COLLECTION OF BOARD MINUTES (0.6).

DEMMA J           08/29/06      2.10   ASSIST WITH PREPARATION OF UNSECURED
                                       CREDITORS COMMITTEE PRESENTATION
                                       (2.1).

DEMMA J           08/30/06      2.60   UPDATE UNSECURED CREDITORS COMMITTEE
                                       PRESENTATION (2.6).

                               10.70

KLIMEK MV         08/14/06      2.10   CONTINUED COMPILATION OF ALL BOD
                                       MINUTES FROM COMPANY (2.1).

78                                                              B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KLIMEK MV        08/15/06    5.80  COMPLETE COMPILATION OF ALL UNREDACTED,
                                   UNBATES STAMPED COMPANY BOD MINUTES
                                   (5.8).

KLIMEK MV        08/17/06    4.40  BEGIN TO PREPARE REDACTION FILES FOR
                                   PRODUCTION TO THE UCC (4.4).

KLIMEK MV        08/18/06    0.40  CONTINUE TO COMPILE REDACTION FILES FOR
                                   DOCUMENTS PRODUCED TO THE UCC (0.4).

KLIMEK MV        08/21/06    6.20  BEGIN COMPILING REDACTION FILES FOR UCC
                                   BOD PRODUCTION DOCUMENTS (6.2).

KLIMEK MV        08/24/06    2.10  CONTINUE COMPILING REDACTION FILES FOR
                                   UCC PRODUCTION (2.1).

KLIMEK MV        08/25/06    4.80  CONTINUE TO PREPARE REDACTION FILES FOR
                                   PRODUCTION TO THE UCC (4.8).

KLIMEK MV        08/28/06    0.50  CONTINUE TO PREPARE REDACTION FILES FOR
                                   UCC PRODUCTION (0.5).

KLIMEK MV        08/29/06    3.30  COMPLETE PREPARATION OF REDACTION FILES
                                   FOR UCC PRODUCTION (2.2); COMPLETE
                                   INVENTORY OF ALL SIGNED BOD MINUTES IN
                                   FILE (1.1).

                            29.60

SALAZAR AG       08/04/06    1.80  CONFORM CONFIDENTIALITY AGREEMENT
                                   EXECUTED FOR HOULIHAN RETENTION AND
                                   DISTRIBUTE (1.8).

SALAZAR AG       08/14/06    0.20  FINALIZE CONFIDENTIALITY AGREEMENT AND
                                   DISTRIBUTE (0.2).

                             2.00

ZSOLDOS AF       08/02/06    1.20  COORDINATE CREDITOR MEETING (0.4);
                                   DISTRIBUTION OF GM TRANSFORMATION
                                   UPDATE PRESENTATIONS (0.8).

ZSOLDOS AF       08/03/06    2.10  UPDATE UCC PRESENTATION (2.1).

ZSOLDOS AF       08/04/06    0.50  COORDINATE PRODUCTION OF UCC
                                   PRESENTATION (0.5).

ZSOLDOS AF       08/08/06    2.30  UPDATE UCC PRESENTATION (0.7); ASSIST
                                   WITH FINALIZING PRESENTATIONS (0.8);
                                   REVIEW AND REVISE EQUITY COMMITTEE AND
                                   CREDITORS COMMITTEE PRESENTATIONS
                                   (0.8).

ZSOLDOS AF       08/09/06    3.90  ASSIST WITH UCC AND EQUITY COMMITTEE
                                   MEETINGS (3.9).

ZSOLDOS AF       08/14/06    2.30  DISTRIBUTE CREDITORS COMMITTEE AND
                                   EQUITY COMMITTEE PRESENTATIONS (2.3).

ZSOLDOS AF       08/29/06    2.30  UPDATE UCC PRESENTATION (2.3).

ZSOLDOS AF       08/30/06    1.70  UPDATE UCC PRESENTATION (1.7).

                            16.30

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| **Total Legal Assistant** | | **58.60** | |
|---|---|---|---|
| WORSCHECK TM | 08/01/06 | 1.80 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (1.8). |
| WORSCHECK TM | 08/02/06 | 0.90 | ORGANIZE AND INDEX BOARD OF DIRECTOR MINUTES FOR PRODUCTION (0.9). |
| WORSCHECK TM | 08/15/06 | 3.20 | ASSIST WITH COMPILATION OF ALL UNREDACTED, UNBATES STAMPED COMPANY BOD MINUTES (3.2). |
| | | **5.90** | |
| **Total Legal Assistant Support** | | **5.90** | |
| **TOTAL TIME** | | **210.00** | |

\* Law clerks are law school graduates who are not presently admitted
to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                    Bill Date: 09/30/06
**Creditor Meetings/ Statutory Committees**     Bill Number: 1128097

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/01/06 | Meisler RE | 701.40 |
| Air/Rail Travel - vendor feed | 08/01/06 | Meisler RE | 392.06 |
| Air/Rail Travel - vendor feed | 08/01/06 | Meisler RE | -701.40 |
| Air/Rail Travel - vendor feed | 08/08/06 | Meisler RE | 746.41 |
| Air/Rail Travel - vendor feed | 08/09/06 | Herriott AV | 746.40 |
| Air/Rail Travel - vendor feed | 08/09/06 | Herriott AV | 65.09 |
| Air/Rail Travel - vendor feed | 08/10/06 | Meisler RE | 665.04 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,615.00** |
| In-house Reproduction | 08/01/06 | Copy Center, D | 391.70 |
| In-house Reproduction | 08/01/06 | Copy Center, D | 5.60 |
| In-house Reproduction | 08/02/06 | Copy Center, D | 243.06 |
| In-house Reproduction | 08/03/06 | Copy Center, D | 121.53 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 1.80 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 1.91 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 10.20 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 3.80 |
| In-house Reproduction | 08/22/06 | Copy Center, D | 2.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$782.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 7.40 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 5.01 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.56 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$13.00** |
| Non-standard/Outside Reproduction | 08/16/06 | Landmark Document Services | 291.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$291.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/04/06 | Diaz LB | 61.32 |
| Westlaw | 08/08/06 | Diaz LB | 31.51 |
| Westlaw | 08/09/06 | Diaz LB | 9.15 |
| Westlaw | 08/21/06 | Stuart NL | 262.02 |
| | | **TOTAL WESTLAW** | **$364.00** |
| Reproduction - color | 08/04/06 | Copy Center, D | 1,600.50 |
| Reproduction - color | 08/08/06 | Copy Center, D | 99.00 |
| Reproduction - color | 08/08/06 | Copy Center, D | 4,107.00 |
| Reproduction - color | 08/11/06 | Copy Center, D | 9,569.00 |
| Reproduction - color | 08/31/06 | Copy Center, D | 43.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$15,419.00** |
| Vendor Hosted Telecon- ferencing | 08/31/06 | Teleconferencing Services, LLC | 11.84 |
| Vendor Hosted Telecon- ferencing | 08/31/06 | Teleconferencing Services, LLC | 17.73 |
| Vendor Hosted Telecon- ferencing | 08/31/06 | Teleconferencing Services, LLC | 14.43 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$44.00** |
| Out-of-Town Travel | 08/08/06 | Butler, Jr. J | 531.52 |
| Out-of-Town Travel | 08/08/06 | Butler, Jr. J | 14.50 |
| Out-of-Town Travel | 08/08/06 | Butler, Jr. J | 18.99 |
| Out-of-Town Travel | 08/08/06 | Herriott AV | 39.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$605.00** |
| Messengers/ Courier | 08/01/06 | Dist Serv/Mail/Page, D | 26.13 |
| Messengers/ Courier | 08/01/06 | Dist Serv/Mail/Page, D | 26.13 |
| Messengers/ Courier | 08/02/06 | Dist Serv/Mail/Page, D | 140.74 |
| | | **TOTAL MESSENGERS/ COURIER** | **$193.00** |
| Out-of-Town Meals | 08/08/06 | Butler, Jr. J | 36.32 |
| Out-of-Town Meals | 08/10/06 | Meisler RE | 25.68 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$62.00** |
| | | **TOTAL MATTER** | **$20,388.00** |

B43E

**Delphi Corporation (DIP)**
**Creditor Meetings/ Statutory Committees**

**Bill Date: 10/31/06**
**Bill Number: 1127729**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/06/06 | 1.10 | CONTINUE TO PREPARE FOR SEPTEMBER 7TH STATUTORY COMMITTEE MEETINGS IN NEW YORK CITY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (0.8); REVIEW CONFIDENTIALITY ISSUES RE EQUITY COMMITTEE (0.3). |
| BUTLER, JR. J | 09/07/06 | 4.50 | PREPARE FOR (0.4) AND PARTICIPATE IN (1.6) CREDITORS COMMITTEE MEETING IN NEW YORK CITY (INCLUDING MEETING WITH S. MILLER AND COMMITTEE CHAIR/COUNSEL); PREPARE FOR (0.3) AND PARTICIPATE IN (2.2) EQUITY COMMITTEE MEETING IN NEW YORK CITY (INCLUDING MEETING WITH S. MILLER AND COMMITTEE CHAIR/COUNSEL). |
| BUTLER, JR. J | 09/13/06 | 0.20 | EMAILS TO/FROM B. STEINGART RE EQUITY COMMITTEE DUE DILIGENCE MATTERS (0.2). |
| BUTLER, JR. J | 09/17/06 | 0.30 | FOLLOW-UP ON AD HOC TRADE COMMITTEE DUE DILIGENCE MATTERS (0.3). |
| BUTLER, JR. J | 09/21/06 | 0.50 | REVIEW EMAIL FROM R. ROSENBERG RE: FINANCIAL ADVISOR INFORMATION FLOW AND FOLLOW-UP RE: SAME (0.2); WORK ON REVISED SCHEDULING FOR OCTOBER, 2006 STATUTORY COMMITTEE MEETINGS (0.3). |
| BUTLER, JR. J | 09/23/06 | 0.20 | CONTINUE TO FOLLOW-UP ON AD HOC TRADE COMMITTEE DUE DILIGENCE MATTERS (0.2). |
| BUTLER, JR. J | 09/27/06 | 0.30 | REVIEW AD HOC TRADE COMMITTEE NON-DISCLOSURE AGREEMENT MARK-UP (0.2); TELECONFERENCE WITH J. SHEEHAN AND WORKING GROUP RE: SAME (0.1). |
| BUTLER, JR. J | 09/29/06 | 0.90 | BEGIN TO PREPARE FOR OCTOBER 4TH STATUTORY COMMITTEE MEETINGS INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS (0.9). |
| BUTLER, JR. J | 09/30/06 | 1.10 | CONTINUE TO PREPARE FOR OCTOBER 4TH STATUTORY COMMITTEE MEETINGS INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS INCLUDING COMMENTS FROM J. SHEEHAN, S. CORCORAN AND OTHER REVIEWERS (1.1). |
| | | **9.10** | |
| COCHRAN EL | 09/27/06 | 1.40 | REVIEW NDA ISSUES RE: TRADE COMMITTEE (1.4). |
| COCHRAN EL | 09/28/06 | 0.60 | REVIEW NDA ISSUES RE: TRADE COMMITTEE (0.6). |
| | | **2.00** | |
| MARAFIOTI KA | 09/01/06 | 0.50 | REVISE COMMITTEE MEETING PRESENTATION (0.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MARAFIOTI KA      09/05/06      0.30      TELECONFERENCE WITH R. STARK (0.2) AND
                                          CORRESPONDENCE WITH R. STARK RE: TOPRS
                                          (0.1).

MARAFIOTI KA      09/07/06      4.60      PREPARE FOR CREDITORS' COMMITTEE
                                          MEETING WITH CLIENT (0.4); ATTEND
                                          CREDITORS' COMMITTEE MEETING (1.1);
                                          PREPARE WITH COMPANY FOR EQUITY
                                          COMMITTEE MEETING AND FOLLOWUP (1.7);
                                          ATTEND EQUITY COMMITTEE MEETING (1.4).

MARAFIOTI KA      09/15/06      0.20      EXCHANGE OF CORRESPONDENCE RE: TOPRS
                                          MEETING WITH BROWN RUDNICK, COMPANY,
                                          ROTHSCHILD, FTI (0.2).

MARAFIOTI KA      09/17/06      0.20      EXCHANGE OF CORRESPONDENCE RE: AD HOC
                                          TRADE COMMITTEE NDA (0.2).

MARAFIOTI KA      09/18/06      3.30      CONSIDER AD HOC TRADE COMMITTEE NDA
                                          ISSUES (0.5); REVIEW TOPRS GLOBAL
                                          SECURITIES AND REVERSE GLOBAL
                                          SECURITIES (1.8) AND ANALYZE TOPRS
                                          ISSUES (1.0).

MARAFIOTI KA      09/19/06      1.50      PERIODIC UPDATE MEETING (TELEPHONIC)
                                          WITH LAW DEBENTURE, BROWN RUDNICK,
                                          DELPHI, FTI (0.9); FOLLOWUP
                                          CORRESPONDENCE TO COMPANY (0.1);
                                          ANALYZE ISSUES RE: RULE 2019 AND NDA FOR
                                          AD HOC TRADE COMMITTEE (0.3) AND
                                          EXCHANGE OF CORRESPONDENCE RE: SAME
                                          (0.2).

MARAFIOTI KA      09/20/06      1.60      TELECONFERENCE WITH R. STARK RE: TOPRS
                                          (0.1); ANALYZE ISSUES RE: AD HOC TRADE
                                          COMMITTEE (0.2); REVIEW AND REVISE
                                          AGREEMENT AND ACKNOWLEDGMENT FOR AD HOC
                                          TRADE COMMITTEE MEMBERS (1.3).

MARAFIOTI KA      09/21/06      0.60      CONTINUE CONSIDERATION OF NDA AGREEMENT
                                          FOR AD HOC TRADE COMMITTEE (0.2); REVIEW
                                          AND REVISE NDA AND ACKNOWLEDGEMENT
                                          (0.3) AND CORRESPONDENCE TO KASOWITZ
                                          RE: SAME (0.1).

MARAFIOTI KA      09/22/06      0.10      TELECONFERENCE WITH R. STARK RE: TOPRS
                                          (0.1).

MARAFIOTI KA      09/25/06      0.30      CONSIDER ISSUES RE: CAPSTONE DUE
                                          DILIGENCE (0.1) AND REVIEW CAPSTONE DUE
                                          DILIGENCE REQUEST (0.2).

MARAFIOTI KA      09/26/06      0.30      CORRESPONDENCE TO KASOWITZ RE: AD HOC
                                          TRADE COMMITTEE CONFIDENTIALITY
                                          AGREEMENT (0.1); REVIEW REVISIONS TO
                                          SAME (0.2).

MARAFIOTI KA      09/27/06      0.90      CONSIDER AD HOC TRADE COMMITTEE
                                          REQUESTS RE: CONFIDENTIALITY AGREEMENT
                                          (0.4), CORRESPONDENCE TO CLIENT RE:
                                          SAME (0.1); TELECONFERENCE WITH J.
                                          SHEEHAN RE: SAME (0.2) AND RE: FRAMEWORK
                                          NEGOTIATIONS (0.2).

B43E

MARAFIOTI KA    09/28/06    0.70    TELECONFERENCE WITH A. SHIFF RE: AD HOC
TRADE COMMITTEE NDA (0.2) AND CONSIDER
AD HOC CONCERNS RE: SAME (0.5).

MARAFIOTI KA    09/29/06    3.30    CONSIDER AD HOC TRADE COMMITTEE
CONFIDENTIALITY AGREEMENT MATTERS
(0.3) AND TELECONFERENCE WITH A. SHIFF
RE: SAME (0.1); EXCHANGE OF
CORRESPONDENCE WITH CRONIN & VRIS RE:
RIPPLEWOOD (0.2); ADDITIONAL
TELECONFERENCE WITH A. SHIFF RE: NDA
(0.3) AND FOLLOWUP CORRESPONDENCE
(0.2); REVIEW AND REVISE CREDITORS'
COMMITTEE PRESENTATION (2.2).

MARAFIOTI KA    09/30/06    0.10    WORK ON REVISIONS TO COMMITTEE
PRESENTATION (0.1).

                        18.50

WEXLER MP    09/20/06    0.60    CONSIDER REAL ESTATE MATTERS FOR NEXT
COMMITTEE PRESENTATION (0.4) AND
CORRESPONDENCE WITH C. COMERFORD AND J.
BEAUDOEN RE: SAME (0.2).

WEXLER MP    09/27/06    0.80    REVIEW AND COMMENT ON SEVERAL DRAFTS OF
PROPOSED REAL ESTATE PRESENTATION FOR
CREDITORS COMMITTEE (0.8).

WEXLER MP    09/28/06    0.40    REVIEW AND COMMENT ON REAL ESTATE
MATTERS FOR COMMITTEE PRESENTATION
(0.4).

WEXLER MP    09/29/06    0.70    REVIEW AND COMMENT ON POTENTIAL REAL
ESTATE MATTERS FOR COMMITTEE
PRESENTATIONS (0.7).

                        2.50

**Total Partner**            32.10

MATZ TJ    09/01/06    0.80    FOLLOW UP AND PREPARATION OF INDEX RE:
EQUITY COMMITTEE DISCLOSURE MATERIALS
(0.8).

MATZ TJ    09/05/06    0.50    CONTINUING PREPARATION RE: COMMITTEE
MEETINGS ON 9/7 (0.5).

MATZ TJ    09/07/06    1.70    FINAL PREPARATION FOR MONTHLY EQUITY
COMMITTEE MEETING (0.3); ATTENDING SAME
(1.4).

MATZ TJ    09/08/06    0.30    REVIEW AND WORK ON NON-DISCLOSURE
AGREEMENT MATTER RE: AD HOC TRADE
COMMITTEE (0.3).

MATZ TJ    09/14/06    0.30    REVIEW AD HOC TRADE COMMITTEE REQUEST
FOR INFORMATION CONFIDENTIALITY MATTER
(0.3).

MATZ TJ    09/15/06    0.50    REVIEW UCC RESPONSE RE: EQUITY
COMMITTEE "COMPLAINT" (0.2); ANALYSIS
RE: JOINT INTEREST DISCLOSURE MATTERS
(0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 09/18/06 | 2.00 | PREPARE FOR MEETING WITH LAW DEBENTURE AND COUNSEL AND UPDATING 9/7 PRESENTATION THEREFOR (2.0). |
| MATZ TJ | 09/19/06 | 1.00 | TELECONFERENCE WITH B. STARK, H. SIEGEL, P. HEALY, R. EISENBERG, B. SHAW (AS TO PART), J. SHEEHAN TO UPDATE LAW DEBENTURE RE: CASE DEVELOPMENTS IN LAST QUARTER (1.0). |
| MATZ TJ | 09/22/06 | 0.50 | PREPARATIONS FOR OCTOBER STATUTORY COMMITTEE MEETINGS (0.5). |
| MATZ TJ | 09/24/06 | 0.30 | PREPARATIONS RE: 10/4 STATUTORY COMMITTEE MEETINGS (0.3). |
| MATZ TJ | 09/28/06 | 0.40 | REVIEW PART OF UCC PRESENTATION MATERIALS (0.4). |
| MATZ TJ | 09/29/06 | 2.90 | REVIEW AND COMMENTING ON UCC PRESENTATION FOR OCTOBER 4 (2.9). |
| | | 11.20 | |
| **Total Counsel** | | **11.20** | |
| ~~CAMPANARIO ND~~ | ~~09/08/06~~ | ~~1.20~~ | ~~REVIEW MATERIALS FROM SEPT. 7, 2006, CREDITORS' COMMITTEE MEETING (1.2).~~ |
| | | ~~1.20~~ | |
| HARDIN AS | 09/28/06 | 0.30 | TELECONFERENCES AND EMAIL EXCHANGES RE: UNSECURED CREDITORS COMMITTEE PRESENTATION (0.3). |
| HARDIN AS | 09/29/06 | 3.80 | DRAFT AND REVISE PRESENTATION TO UNSECURED CREDITORS COMMITTEE (3.4); REVIEW COMMENTS RE: SAME FROM K. MARAFIOTI AND T. MATZ (0.3); DRAFT EMAIL RE: SAME TO J. SHEEHAN, S. CORCORAN, D. RESNICK, W. SHAW, R. EISENBERG, AND SKADDEN TEAM RE: SAME (0.1). |
| | | 4.10 | |
| HERRIOTT AV | 09/01/06 | 5.50 | REVIEW AND REVISE 12TH UCC PRESENTATION (5.3); REVIEW AND RESPOND TO EQUITY COMMITTEE COMMUNICATIONS (0.2). |
| HERRIOTT AV | 09/05/06 | 0.70 | REVIEW AND REVISE 12TH UCC PRESENTATION (0.6); RESPOND TO MISCELLANEOUS EQUITY COMMITTEE ISSUE (0.1). |
| HERRIOTT AV | 09/06/06 | 3.40 | CONTINUE TO REVIEW AND REVISE CREDITORS' COMMITTEE PRESENTATION (2.8); COORDINATE PREPARATION FOR CREDITORS' COMMITTEE AND EQUITY COMMITTEE MEETINGS (0.2); PREPARE PRESENTATION FOR EQUITY COMMITTEE (0.1); REVIEW EQUITY COMMITTEE OBJECTION TO CREDITORS' COMMITTEE MOTION (0.3). |

B43E

| HERRIOTT AV | 09/07/06 | 4.50 | COMPLETE PREPARATION FOR 12TH UCC MEETING (0.9); ATTEND AND ASSIST AT 12TH UCC MEETING (1.0); FOLLOW UP FROM 12TH UCC MEETING (0.4); FINALIZE PREPARATION FOR EQUITY COMMITTEE MEETING (0.7); ATTEND AND ASSIST WITH EQUITY COMMITTEE MEETING (1.4); FOLLOW UP FROM EQUITY COMMITTEE MEETING (0.1). |
|---|---|---|---|
| HERRIOTT AV | 09/08/06 | 0.90 | PREPARE MATERIALS FOR DISTRIBUTION TO AD HOC EQUITY COMMITTEE (0.9). |
| HERRIOTT AV | 09/18/06 | 0.10 | FOLLOW UP FROM 12TH UCC MEETING (0.1). |
| HERRIOTT AV | 09/19/06 | 0.70 | BEGIN DRAFT OF 13TH UCC PRESENTATION (0.6); CONFERENCE RE: MATERIALS FOR UCC WITH J. GUGLIELMO (0.1). |
| HERRIOTT AV | 09/21/06 | 0.40 | CONTINUE DRAFT OF 13TH UCC PRESENTATION (0.4). |
| HERRIOTT AV | 09/26/06 | 1.40 | CONTINUE DRAFT OF 13TH UCC PRESENTATION (1.4). |
| HERRIOTT AV | 09/27/06 | 2.30 | CONTINUE DRAFT OF 13TH UCC PRESENTATION (2.3). |
| HERRIOTT AV | 09/28/06 | 4.40 | REVIEW AND REVISE 13TH UCC PRESENTATION (4.4). |
| HERRIOTT AV | 09/29/06 | 1.30 | REVIEW AND REVISE DRAFT OF PRESENTATION FOR 13TH UCC MEETING (1.3). |
| HERRIOTT AV | 09/30/06 | 0.60 | CONTINUE TO REVIEW AND REVISE 13TH UCC PRESENTATION (0.6). |
| | | **26.20** | |
| JJINGO MJ | 09/29/06 | 1.70 | REVIEW AND REVISE UCC PRESENTATION (1.7). |
| | | **1.70** | |
| MEISLER RE | 09/01/06 | 0.80 | REVIEW AND ANALYZE AD HOC TRADE COMMITTEE'S DEMAND LETTER (0.4); REVIEW EQUITY COMMITTEE DEMAND LETTER (0.2); REVIEW EQUITY COMMITTEE DEMAND LETTER (0.2). |
| MEISLER RE | 09/07/06 | 1.80 | PREPARE FOR UCC MEETING (0.7); ATTEND SAME (1.0); DRAFT CORRESPONDENCE TO D. SHERBIN RE: EQUITY COMMITTEE OBJECTION TO STN MOTION (0.1). |
| | | **2.60** | |
| OLASKY P | 09/18/06 | 2.90 | PREPARE NDA FOR ADVISOR TO AD HOC COMMITTEE OF TRADE CREDITORS (2.2); PREPARE ACKNOWLEDGMENT FORM FOR MEMBERS OF AD HOC COMMITTEE RE: NDA (0.7). |
| | | **2.90** | |

70                                                                      B43E

| PERL MW | 09/06/06 | 0.70 | REVIEW CORRESPONDENCE RE: INFORMATION REQUEST FROM AD HOC COMMITTEE OF TRADE CLAIMANTS (0.4); STRATEGIZE RE: POTENTIAL GO FORWARD APPROACH TO SAME (0.3). |
|---|---|---|---|
| PERL MW | 09/07/06 | 2.30 | REVIEW CD OF TAX RETURN DOCUMENTS IN CONNECTION WITH INFORMATION REQUEST FROM AD HOC COMMITTEE OF TRADE CLAIMANTS (2.3). |
| | | **3.00** | |
| REESE RG | 09/26/06 | 1.30 | REVIEW AND REVISE CLAIMS PRESENTATION FOR CREDITORS' COMMITTEE (1.3). |
| REESE RG | 09/28/06 | 0.90 | REVIEW AND COMMENT ON CREDITORS' COMMITTEE PRESENTATION (0.9). |
| | | **2.20** | |
| **Total Associate** | | **43.90** | |
| ZSOLDOS AF | 09/06/06 | 2.20 | COORDINATE PRODUCTION OF UCC PRESENTATIONS (0.9); UPDATE CREDITORS COMMITTEE AND EQUITY COMMITTEE SIGN IN SHEETS (1.3). |
| ZSOLDOS AF | 09/07/06 | 5.00 | EXTERNAL DISTRIBUTION OF LAW DEBENTURE PRESENTATION TO VARIOUS PARTIES (1.3); REVIEW PRESENTATIONS IN PREPARATION FOR UCC MEETING (1.2); FILE SIGN IN SHEETS (0.4); INTERNAL DISTRIBUTION OF CREDITORS COMMITTEE PRESENTATIONS (2.1). |
| ZSOLDOS AF | 09/27/06 | 0.60 | PREPARE FEE AND EXPENSE CHART FOR INCLUSION IN UCC PRESENTATION (0.6). |
| ZSOLDOS AF | 09/29/06 | 0.80 | UPDATE FEE AND EXPENSES FOR UCC PRESENTATION (0.8). |
| | | **8.60** | |
| **Total Legal Assistant** | | **8.60** | |
| **TOTAL TIME** | | **95.80** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                 **Bill Date: 10/31/06**
**Creditor Meetings/ Statutory Committees**                  **Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/05/06 | Meisler RE | 757.56 |
| Air/Rail Travel - vendor feed | 09/06/06 | Herriott AV | 755.56 |
| Air/Rail Travel - vendor feed | 09/07/06 | Meisler RE | 360.88 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,874.00** |
| In-house Reproduction | 09/05/06 | Copy Center, D | 8.80 |
| In-house Reproduction | 09/08/06 | Copy Center, D | 21.10 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 84.00 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 6.30 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 0.80 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$121.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 2.93 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 2.27 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.30 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.50 |
| | | **TOTAL TELEPHONE EXPENSE** | **$6.00** |
| Lexis/Nexis | 09/18/06 | Stuart NL | 225.59 |
| Lexis/Nexis | 09/25/06 | Jjingo MJ | 10.93 |
| Lexis/Nexis | 09/29/06 | Stuart NL | 377.48 |
| | | **TOTAL LEXIS/NEXIS** | **$614.00** |
| Westlaw | 09/18/06 | Stuart NL | 391.53 |
| Westlaw | 09/19/06 | Stuart NL | 254.47 |
| | | **TOTAL WESTLAW** | **$646.00** |
| Reproduction - color | 09/06/06 | Copy Center, D | 1,177.50 |
| Reproduction - color | 09/06/06 | Copy Center, D | 2,100.00 |
| Reproduction - color | 09/06/06 | Copy Center, D | 1,177.50 |
| Reproduction - color | 09/06/06 | Copy Center, D | 1,050.00 |
| Reproduction - color | 09/06/06 | Copy Center, D | 1,177.50 |
| Reproduction - color | 09/06/06 | Copy Center, D | 1,177.50 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 09/06/06 | Copy Center, D | 78.50 |
| Reproduction - color | 09/07/06 | Copy Center, D | 2,100.00 |
| Reproduction - color | 09/08/06 | Copy Center, D | 6,191.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$16,230.00** |
| Air/Rail Travel (external) | 09/05/06 | Butler, Jr. J | 127.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$127.00** |
| Out-of-Town Travel | 09/05/06 | Butler, Jr. J | 42.67 |
| Out-of-Town Travel | 09/05/06 | Butler, Jr. J | 9.66 |
| Out-of-Town Travel | 09/05/06 | Butler, Jr. J | 10.33 |
| Out-of-Town Travel | 09/05/06 | Butler, Jr. J | 615.34 |
| Out-of-Town Travel | 09/06/06 | Herriott AV | 40.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$718.00** |
| Messengers/ Courier | 09/03/06 | Comet Messenger Service | 18.11 |
| Messengers/ Courier | 09/07/06 | Dist Serv/Mail/Page, D | 205.89 |
| | | **TOTAL MESSENGERS/ COURIER** | **$224.00** |
| Out-of-Town Meals | 09/05/06 | Butler, Jr. J | 12.69 |
| Out-of-Town Meals | 09/07/06 | Herriott AV | 2.34 |
| Out-of-Town Meals | 09/28/06 | Herriott AV | 32.08 |
| Out-of-Town Meals | 09/28/06 | Herriott AV | 80.89 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$128.00** |
| | | **TOTAL MATTER** | **$20,688.00** |