SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-13
EMPLOYEE MATTERS (GENERAL)
602.4 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/06**
**Employee Matters (General)**                                 **Bill Number: 1128095**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/03/06 | 0.30 | EMAILS FROM/TO B. SAX RE KECP MATTERS (0.2); FOLLOW-UP ON SAME (0.1). |
| BUTLER, JR. J | 06/08/06 | 0.30 | BEGIN TO WORK ON KECP MATTERS FOR JULY OMNIBUS HEARING INCLUDING PREPARATION FOR JUNE 12TH MEETING A COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 06/11/06 | 0.70 | CONTINUE TO WORK ON KECP MATTERS FOR JULY OMNIBUS HEARING INCLUDING PREPARATION FOR JUNE 12TH MEETING AT COMPANY IN TROY (0.7). |
| BUTLER, JR. J | 06/12/06 | 2.20 | PREPARE FOR (0.6) AND ATTEND (1.3) MEETING AT COMPANY IN TROY WITH R. O'NEAL, M. WEBER AND B. DELLINGER RE: SECOND HALF AIP PROGRAM AND KECP MATTERS; CONFERENCE WITH D. SHERBIN RE: SAME (0.2); TELECONFERENCE WITH R. ROSENBERG RE: SAME (0.1). |
| BUTLER, JR. J | 06/14/06 | 0.60 | EMAILS FROM/TO D. ALEXANDER RE EXECUTIVE COMPENSATION MATTERS (0.2); PREPARE FOR JUNE 16TH MEETING IN CHICAGO WITH M. WEBER, D. ALEXANDER, N. BUBNOVICH AND WORKING GROUP RE KECP AND SECOND HALF 2006 AIP PLANNING (0.4). |
| BUTLER, JR. J | 06/16/06 | 2.90 | PREPARE FOR (0.4) AND ATTEND (2.5) MEETING IN CHICAGO WITH M. WEBER, D. ALEXANDER, N. BUBNOVICH AND WORKING GROUP RE: KECP AND SECOND HALF 2006 AIP PLANNING. |
| BUTLER, JR. J | 06/22/06 | 0.40 | CONTINUE TO WORK ON KECP MATTERS FOR JULY 19TH OMNIBUS HEARING (INCLUDING OUTLINE OF PREP MATTERS FOR JUNE 29TH FILING DEADLINE) (0.3); CONFERENCE WITH B. ROSENBERG AND I. LEE RE: KECP MATTERS (0.1). |
| BUTLER, JR. J | 06/23/06 | 1.20 | CONTINUE TO WORK ON KECP MATTERS FOR JULY 19TH OMNIBUS HEARING INCLUDING PRELIMINARY REVIEW OF DRAFT DECLARATIONS (0.6); TELECONFERENCE WITH D. SHERBIN RE: PERSONNEL MATTERS (0.6). |
| BUTLER, JR. J | 06/24/06 | 0.90 | CONTINUE TO WORK ON KECP MATTERS FOR JULY 19TH OMNIBUS HEARING INCLUDING PRELIMINARY REVIEW OF DRAFT PLEADINGS (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BUTLER, JR. J    06/26/06    2.10    PREPARE FOR (0.2) AND ATTEND (0.9) MEETING AT COMPANY WITH S. MILLER AND D. SHERBIN RE: EMPLOYEE MATTERS; CONTINUE TO WORK ON KECP MATTERS FOR JULY 19TH OMNIBUS HEARING INCLUDING REVIEW OF DRAFT PLEADINGS AND MEETINGS WITH WORKING GROUP AT COMPANY RE: SAME (0.7); MEETING WITH M. WEBER AND D. ALEXANDER RE: KECP AND COMPENSATION COMMITTEE MATTERS (0.3).

BUTLER, JR. J    06/28/06    1.10    EMAIL FROM/TO R. ROSENBERG RE EXTENSION OF UCC OBJECTION DEADLINE FOR CERTAIN KECP MATTERS (0.2); BEGIN TO REVIEW DRAFT KECP SUPPLEMENT AND RELATED PLEADINGS (0.9).

BUTLER, JR. J    06/29/06    4.60    PREPARE FOR (0.2) AND PARTICIPATE IN (1.2) TELECONFERENCE WITH M. WEBER, D. ALEXANDER AND S. CORCORAN AND WORKING GROUP RE: KECP SUPPLEMENT (AIP); REVIEW AND REVISE SUPPLEMENT AND DECLARATIONS (3.2).

         17.30

HOGAN III AL    06/16/06    4.20    PREPARE FOR AND PARTICIPATE IN CONFERENCE WITH M. WEBER, D. ALEXANDER, J. BUTLER, AND N. CAMPANARIO RE: POTENTIAL NEW KECP PLAN FILING (2.7); FOLLOW-UP CONFERENCE WITH N. CAMPANARIO CONCERNING DEVELOPMENT OF ANTICIPATED FILING, AND REVIEW OF CHECKLIST FOR SAME (1.5).

HOGAN III AL    06/21/06    2.10    TELECONFERENCE WITH M. WEBER REGARDING PREPARATION OF KECP PLEADINGS (0.2); TELECONFERENCE WITH V. COLBERT RE: STATUS OF KECP PLAN AND PREPARATION OF PLEADINGS WITH RESPECT TO SAME (0.5); REVIEW AND DRAFT PLEADINGS WITH RESPECT TO KECP FILING (1.4).

HOGAN III AL    06/22/06    1.60    REVIEW AND EDIT POTENTIAL KECP PLEADINGS, AND DISCUSS SAME WITH N. CAMPANARIO AND B. FERN (1.6).

HOGAN III AL    06/24/06    2.60    REVIEW AND EDIT DRAFT KECP MOTION PAPERS (2.6).

HOGAN III AL    06/29/06    7.00    REVIEW, EDIT, AND FINALIZE KECP SUPPLEMENT PLEADING (7.0).

         17.50

MARAFIOTI KA    06/25/06    2.40    REVIEW AND REVISE SUPPLEMENT TO MOTION FOR KECP (1.0); SUPPORTING DECLARATIONS OF D. ALEXANDER (0.2), N. BUBNOVICH (0.4), V. COLBERT (0.2), R. O'NEAL (0.2), AND J. SHEEHAN (0.2); REVIEW AND REVISE SUPPLEMENTAL KECP ORDER (0.2).

         2.40

**Total Partner**        **37.20**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 06/29/06 | 2.60 | REVIEW AND COMMENT ON DRAFT AIP SUPPLEMENT FOR 6/29 FILING (2.6). |
| | | 2.60 | |
| **Total Counsel** | | **2.60** | |
| CAMPANARIO ND | 06/16/06 | 5.40 | PREPARE FOR CONFERENCE RE: STRATEGY ON KECP MOTION (2.3); FORMULATE STRATEGY RE: KECP MOTION (2.7); PREPARE LIST OF ITEMS TO BE COMPLETED IN CONNECTION WITH SUPPLEMENT TO KECP MOTION (0.4). |
| CAMPANARIO ND | 06/19/06 | 3.00 | DRAFT DECLARATIONS IN SUPPORT OF SUPPLEMENT TO KECP MOTION (3.0). |
| CAMPANARIO ND | 06/20/06 | 8.50 | DRAFT DECLARATIONS IN SUPPORT OF SUPPLEMENT TO KECP MOTION (8.5). |
| CAMPANARIO ND | 06/21/06 | 8.30 | DRAFT DECLARATIONS IN SUPPORT OF SUPPLEMENT TO KECP MOTION (8.3). |
| CAMPANARIO ND | 06/22/06 | 8.00 | CONTINUE DRAFTING DECLARATIONS IN SUPPORT OF SUPPLEMENT TO KECP MOTION (8.0). |
| CAMPANARIO ND | 06/23/06 | 10.60 | COMPLETE DRAFTING DECLARATIONS IN SUPPORT OF SUPPLEMENT TO KECP MOTION (2.5); LEGAL RESEARCH RE: SAME (2.2); DRAFT SUPPLEMENT TO KECP MOTION AND PROPOSED ORDER (5.9). |
| CAMPANARIO ND | 06/27/06 | 12.30 | REVISE DECLARATIONS IN SUPPORT OF SUPPLEMENT TO KECP MOTION (12.3). |
| CAMPANARIO ND | 06/28/06 | 8.20 | REVISE SUPPLEMENT TO KECP MOTION, PROPOSED ORDER, AND DECLARATIONS IN SUPPORT OF SAME (8.2). |
| CAMPANARIO ND | 06/29/06 | 14.30 | COMPLETE REVISIONS TO SUPPLEMENT TO KECP MOTION, PROPOSED ORDER, AND DECLARATIONS IN SUPPORT OF SAME (14.3). |
| CAMPANARIO ND | 06/30/06 | 4.60 | REVIEW DOCUMENTS FOR PRODUCTION TO OBJECTORS IN CONNECTION WITH SUPPLEMENT TO KECP MOTION (4.6). |
| | | 83.20 | |
| FERN BM | 06/20/06 | 1.30 | FORMULATE STRATEGY RE: SUPPLEMENTAL AIP FILINGS (1.3). |
| FERN BM | 06/21/06 | 1.40 | BEGIN DRAFTING BUBNOVICH DECLARATION (0.5); TELECONFERENCE WITH N. BUBNOVICH RE: AIP (0.4); FORMULATE STRATEGY RE: DECLARATIONS IN SUPPORT OF AIP (0.5). |
| FERN BM | 06/22/06 | 7.90 | TELECONFERENCE WITH D. ALEXANDER RE: AIP (0.5); FORMULATE STRATEGY RE: AIP (0.6); CONTINUE DRAFTING BUBNOVICH DECLARATION (4.2); TELECONFERENCE WITH N. BUBNOVICH RE: DECLARATION (0.6); CONTINUE DRAFTING BUBNOVICH DECLARATION (2.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 06/23/06 | 4.90 | TELECONFERENCE WITH N. BUBNOVICH RE: DECLARATION (0.3); REVISE BUBNOVICH DECLARATION (2.5); ATTENTION TO ISSUES RE: DRAFTING SUPPLEMENTAL AIP PLEADINGS (0.8); REVIEW AND COMMENT ON PLEADINGS RE: SUPPLEMENTAL AIP (1.3). |
| FERN BM | 06/26/06 | 4.60 | REVIEW AND REVISE DECLARATIONS RE: SUPPLEMENTAL AIP (0.9); REVIEW DATA RE: INCENTIVE TARGETS (0.4); FORMULATE STRATEGY RE: SUPPLEMENTAL AIP (1.1); REVISE PLEADINGS RE: SUPPLEMENTAL AIP (2.2). |
| FERN BM | 06/27/06 | 5.60 | REVIEW AND REVISE SUPPLEMENTAL AIP PLEADINGS (2.4); ADDITIONAL REVISIONS TO SUPPLEMENTAL AIP PLEADINGS (1.2); REVIEW DATA RE: PAYOUT OPPORTUNITIES (0.4); ATTENTION TO ISSUES RE: PLEADINGS FOR SUPPLEMENTAL AIP (0.5); REVIEW AND REVISE SHEEHAN DECLARATION (1.1). |
| FERN BM | 06/28/06 | 13.80 | REVIEW AND REVISE SUPPLEMENTAL AIP PLEADINGS (3.6); UPDATE BUBNOVICH DECLARATION (0.9); TELECONFERENCE WITH J. SHEEHAN AND S. SALRIN RE: SUPPLEMENTAL AIP (0.5); ADDITIONAL TELECONFERENCE WITH S. SALRIN RE: SUPPLEMENTAL AIP (0.4); ADDITIONAL REVISIONS TO PLEADINGS RE: SUPPLEMENTAL AIP (4.2); MULTIPLE EMAILS TO/FROM S. SALRIN RE: SUPPLEMENTAL AIP (0.4); ATTENTION TO DOCUMENTS RE: SUPPLEMENTAL AIP (3.8). |
| FERN BM | 06/29/06 | 15.10 | ATTENTION TO SERVICE ISSUES RE: SUPPLEMENTAL AIP PLEADINGS (0.5); TELECONFERENCE WITH D. ALEXANDER RE: SUPPLEMENTAL AIP (0.4); MULTIPLE TELECONFERENCES WITH N. BUBNOVICH RE: SUPPLEMENTAL AIP (0.4); REVIEW AND REVISE SUPPLEMENTAL AIP PLEADINGS (4.7); ATTENTION TO DOCUMENTS RE: SUPPLEMENTAL AIP (1.3); STRATEGY TELECONFERENCE WITH M. WEBER AND S. CORCORAN RE: SUPPLEMENTAL AIP (1.5); REVIEW AND REVISE SUPPLEMENTAL AIP PLEADINGS (5.7); ATTENTION TO ISSUES RE: SERVICE OF PLEADINGS (0.6). |
| FERN BM | 06/30/06 | 3.80 | REVIEW DISCOVERY DOCUMENTS RE: SUPPLEMENTAL AIP (2.9); REVIEW FINAL SUPPLEMENTAL AIP PLEADINGS (0.9). |
| | | 58.40 | |
| GUZZARDO J | 06/19/06 | 2.00 | REVIEW OF DEPOSITION TRANSCRIPTS IN PREPARATION FOR KECP FILING (2.0). |
| | | 2.00 | |
| MEISLER RE | 06/14/06 | 0.20 | CONTINUE ANALYSIS OF UPCOMING KECP MOTION TOGETHER WITH OTHER CURRENT FACTORS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 06/26/06 | 0.50 | REVIEW PLEADINGS RE: KECP (0.4); RESPOND TO INQUIRY RE: KECP (0.1). |
| MEISLER RE | 06/27/06 | 1.00 | FURTHER REVIEW OF KECP PLEADINGS (0.5); CONFERENCE WITH J. SHEEHAN AND R. EISENBERG RE: KECP (0.4); TELECONFERENCE WITH H. BAER RE: KECP (0.1). |
| MEISLER RE | 06/29/06 | 4.30 | CONTINUE TO REVIEW OF KECP PLEADINGS (4.3). |
| | | 6.00 | |
| **Total Associate** | | **149.60** | |
| DEMMA J | 06/29/06 | 6.10 | PREPARE SPECIAL PARTY SERVICE LISTS FOR KEY EMPLOYEE COMPENSATION PROGRAM MOTION (2.7); COORDINATE SERVICE OF KEY EMPLOYEE COMPENSATION MOTION (3.4). |
| | | 6.10 | |
| ~~SALAZAR AG~~ | ~~06/30/06~~ | ~~1.50~~ | ~~PREPARE HARD COPIES OF KECP SUPPLEMENT MATERIALS FOR US TRUSTEE (0.5).~~ |
| | | ~~1.50~~ | |
| **Total Legal Assistant** | | **7.60** | |
| ~~WORSCHECK TM~~ | ~~06/29/06~~ | ~~5.70~~ | ~~PREPARE SERVICE LISTS AND EDIT ADDRESS INFORMATION FOR DISTRIBUTION/MAILING RE: KECP SPECIAL PARTIES AND MASTER SERVICE LIST (5.7).~~ |
| | | ~~5.70~~ | |
| ~~**Total Legal Assistant Support**~~ | | ~~**5.70**~~ | |
| **TOTAL TIME** | | **202.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (General)**

**Bill Date: 07/31/06**
**Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/30/06 | Copy Center, D | 63.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$63.00** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 3.41 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 4.30 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.23 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.06 |
| | | **TOTAL TELEPHONE EXPENSE** | **$8.00** |
| Westlaw | 06/15/06 | Campanario ND | 8.88 |
| Westlaw | 06/22/06 | Campanario ND | 60.70 |
| Westlaw | 06/23/06 | Campanario ND | 145.89 |
| Westlaw | 06/28/06 | Campanario ND | 218.64 |
| Westlaw | 06/29/06 | Campanario ND | 30.89 |
| | | **TOTAL WESTLAW** | **$465.00** |
| Reproduction - color | 06/06/06 | Copy Center, D | 286.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$286.00** |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 13.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$13.00** |
| Messengers/ Courier | 06/23/06 | Straightline Courier | 32.96 |
| Messengers/ Courier | 06/28/06 | Dist Serv/Mail/Page, D | 22.04 |
| | | **TOTAL MESSENGERS/ COURIER** | **$55.00** |
| Printing to paper from TIF | 05/31/06 | Copy Center, D | 78.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$78.00** |
| | | **TOTAL MATTER** | **$968.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 08/31/06
Employee Matters (General)                                  Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/10/06 | 0.40 | REVIEW AND CONSIDER EMAIL FROM R. ROSENBERG RE UCC EVALUATION OF KECP/2ND HALF AIP PROGRAM AND REQUEST FOR EXTENSION (0.2); FOLLOW-UP WITH COMPANY AND RESPOND TO SAME (0.2). |
| BUTLER, JR. J | 07/12/06 | 0.70 | REVIEW AND CONSIDER EMAIL AND MATERIALS FROM D. SHERBIN RE EBPC ACTION (0.3); BEGIN TO REVIEW OBJECTIONS TO KECP MOTION FOR 2ND HALF AIP (0.4). |
| BUTLER, JR. J | 07/13/06 | 1.60 | CONTINUE TO REVIEW OBJECTIONS TO KECP MOTION FOR 2ND HALF AOP (0.8); REVIEW DELPHI KECP PRESENTATION TO UCC KECP SUBCOMMITTEE (0.3); TELECONFERENCE WITH S. CORCORAN RE SAME (0.2); EMAILS WITH WORKING GROUP AND FOLLOW-UP DRAFT OMNIBUS REPLY (0.3). |
| BUTLER, JR. J | 07/14/06 | 1.50 | CONTINUE TO REVIEW OBJECTIONS TO KECP MOTION FOR 2ND HALF AIP (1.3); TELECONFERENCE WITH M. WEBER RE KECP SUBCOMMITTEE MEETING AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 07/15/06 | 1.50 | CONTINUE TO REVIEW OBJECTIONS TO KECP MOTION FOR 2ND HALF AIP (0.6); CONTINUE TO REVIEW AND COMMENT ON DRAFT OMNIBUS REPLY (0.5); REVIEW EMAIL FROM B. SAX RE SAME (0.2); EMAILS TO/FROM D. SHERBIN AND J.SHEEHAN RE KECP MATTERS (0.2). |
| BUTLER, JR. J | 07/16/06 | 1.30 | BEGIN TO PREPARE FOR JULY 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CONTESTED KECP/AIP PROGRAM INCLUDING CONTINUED REVIEW OF OBJECTIONS (0.6), DRAFT OMNIBUS REPLY (0.3), AND DRAFT EXHIBIT LIST AND RELATED MATERIALS (04.). |
| BUTLER, JR. J | 07/17/06 | 1.70 | CONTINUE TO PREPARE FOR JULY 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CONTESTED KECP/AIP PROGRAM INCLUDING CONTINUED REVIEW OF PLEADINGS (0.4) AND NEGOTIATIONS WITH CREDITORS COMMITTEE RE FORM OF ORDER INCLUDING EMAILS FROM/TO M. BROUDE (1.3). |
| BUTLER, JR. J | 07/18/06 | 3.40 | CONTINUE TO PREPARE FOR JULY 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CONTESTED KECP/AIP PROGRAM INCLUDING REVIEW AND FINALIZE OMNIBUS REPLY (1.3) AND REVIEW PLEADINGS AND GENERAL PREPARATION (1.8); REVIEW AND REVISE FINAL FORM OF KECP ORDER (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BUTLER, JR. J | 07/19/06 | 2.60 | PREPARE FOR (0.8) AND PARTICIPATE IN (1.6) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CONTESTED KECP/AIP; REVIEW LETTER TO T. LAURIA RE KECP/AIP PROGRAM (0.2). |
|---|---|---|---|
| BUTLER, JR. J | 07/23/06 | 0.30 | REVIEW EMPLOYEE MATTERS INCLUDING EMAIL FROM S. MILLER (0.3). |
| BUTLER, JR. J | 07/31/06 | 0.70 | REVIEW FIRST HALF AIP PAYOUT MATTERS AND INDIVIDUAL PERFORMANCE REVIEW METHODOLOGY WITH M. WEBER AND D. ALEXANDER AT COMPANY IN TROY (0.3, 0.4). |
| | | **15.70** | |
| HOGAN III AL | 07/05/06 | 5.80 | PREPARE FOR MEETING WITH R. O'NEAL IN CONNECTION WITH SUPPLEMENTAL AIP FILING, AND REVIEW OF PLEADINGS AND PRIOR EVIDENTIARY RECORD IN CONNECTION WITH SAME (5.8). |
| HOGAN III AL | 07/06/06 | 7.10 | CONTINUE PREPARATION FOR MEETING, AND MEET WITH R. O'NEAL IN CONNECTION WITH SUPPLEMENTAN AIP FILING, AND PREPARATION FOR DISCOVERY AND HEARING OF SAME (6.5); CONFERENCE WITH J. SHEEHAN AND D. ALEXANDER RE: TARGETS FOR SUPPLEMENTAL AIP FILING (0.6). |
| HOGAN III AL | 07/07/06 | 4.90 | ANALYZE REQUEST FOR INFORMATION FROM AD HOC EQUITY COUNSEL CONCERNING SUPPLEMENTAL AIP FILING, AND TELECONFERENCE WITH F. EATON (WHITE & CASE) IN CONNECTION WITH SAME (2.6); REVIEW PRIOR EVIDENTIARY RECORD RELATIVE TO KECP FILING, AND PLAN FOR DOCUMENT DISCOVERY AND DEPOSITION DEFENSE OF SUPPLEMENTAL AIP FILING (2.3). |
| HOGAN III AL | 07/10/06 | 5.80 | PREPARE FOR AIP DISCOVERY AND HEARING PREPARATION, OUTLINE SUBJECT MATTER AND QUESTIONS TO DISCUSS WITH DECLARANTS, AND REVIEW ALL PLEADINGS AND PRIOR WITNESS STATEMENTS IN CONNECTION WITH SAME (5.8). |
| HOGAN III AL | 07/11/06 | 8.50 | PREPARE FOR AND PARTICIPATE IN MEETING WITH R. O;'NEAL, M. WEBER, D. ALEXANDER, AND J. SHEEHAN RE: FINANCIAL FORECASTING, AND BUDGETING PROCESS IN CONNECTION WITH AIP HEARING PREPARATION (4.5); ADDRESS REQUEST BY UAW TO DELAY OBJECTION DEADLINE (0.2); REVIEW DOCUMENTS PRODUCED IN CONNECTION WITH SUPPLEMENTAL KECP FILING TO PREPARE WITNESSES FOR DISCOVERY (2.4); MULTIPLE CONFERENCES WITH S. CORCORANAND B. SAX RE: PREPARATION FOR AIP HEARING (1.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 07/12/06 | 5.40 | CONFERENCE WITH D. ALEXANDER TO PREPARE FOR AIP DISCOVERY AND HEARING (1.8); ADDRESS UAW REQUEST FOR EXTENSION OF OBJECTION DEADLINE (0.8); FORMULATE STRATEGY WITH RESPECT TO DEVELOPMENT OF REPLY MEMORANDUM (2.2); REVIEW OBJECTIONS TO SUPPLEMENTAL AIP (0.6). |
| HOGAN III AL | 07/13/06 | 7.00 | CONTINUE REVIEW OF OBJECTIONS TO AIP, AND FORMULATE REPLY STRATEGY (5.5); ADDRESS DISCOVERY ISSUES CONCERNING AIP DOCUMENTS (0.6); CONFERENCE WITH S. CORCORAN RE: UCC DISCUSSIONS ON AIP, AND DOCUMENT EXCHANGE IN CONNECTION WITH SAME (0.7); COMMUNICATE WITH OBJECTORS TO SUPPLEMENTAL AIP CONCERNING DEVELOPMENT OF EXHIBITS AND HEARING PREPARATION (0.2). |
| HOGAN III AL | 07/14/06 | 6.20 | CONTINUED WORK ON DEVELOPMENT OF SUPPLEMENTAL AIP REPLY, AND REVIEW UAW OBJECTION IN CONNECTION WITH SAME (4.4); COORDINATE HEARING PREPARATION, INCLUDING CONSIDERATION OF NEW EXHIBITS, AND MULTIPLE COMMUNICATIONS WITH OBJECTORS IN CONNECTION WITH SAME (1.8). |
| HOGAN III AL | 07/15/06 | 1.60 | EDIT SUPPLEMENTAL AIP REPLY, AND CONSIDER EXHIBITS FOR INCLUSION IN RECORD (1.6). |
| HOGAN III AL | 07/16/06 | 4.90 | CONTINUE REVIEW AND EDITING OF AIP SUPPLEMENT REPLY (2.2); REVIEW PRIOR PROCEEDINGS AND PLEADINGS FROM FIRST HALF AIP TO DETERMINE ISSUES PREVIOUSLY RAISED BY OBJECTORS, AND REJECTED BY THE COURT. (2.7). |
| HOGAN III AL | 07/17/06 | 10.00 | CONTINUE PREPARATION FOR SUPPLEMENTAL AIP HEARING, INCLUDING REVIEW AND CIRCULATION OF PROPOSED EXHIBIT LIST, AND REVIEW OF PRIOR EVIDENTIARY RECORD FOR INCORPORATION (4.4); REVIEW AND EDIT SUPPLEMENTAL AIP REPLY BRIEF (3.4); CONFERENCES WITH WITNESSES RE: PREPARATION FOR CROSS AND RE-DIRECT EXAMINATION (2.2). |
| HOGAN III AL | 07/18/06 | 11.70 | CONTINUE WITNESS PREPARATION FOR SUPPLEMENTAL AIP HEARING, INCLUDING CONFERENCE WITH ALL WITNESSES TO PREPARE FOR CROSS EXAMINATION AND RE-DIRECT EXAMINATION (7.0); CONTINUE REVIEW AND PREPARATION OF SUPPLEMENTAL AIP REPLY FILING (2.2); CONTINUE TECHNICAL PREPARATION FOR SUPPLEMENTAL AIP HEARING, INCLUDING CONFERENCES WITH OPPOSING COUNSEL RE: EXHIBITS, AND REVIEW OR HEARING EVIDENCE TO BE PRESENTED (2.5). |
| HOGAN III AL | 07/19/06 | 6.00 | CONTINUE PREPARATION FOR AND ATTEND JULY OMNIBUS HEARING, INCLUDING HEARING ON SUPPLEMENTAL AIP MOTION (6.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOGAN III AL | 07/20/06 | 0.40 | REVIEW UPDATED ORDERS IN CONNECTION WITH SUPPLEMENTAL AIP HEARING, AND L&W ADVERSARY MATTER (0.4). |
|---|---|---|---|
| | | **85.30** | |
| MARAFIOTI KA | 07/12/06 | 0.30 | CONSIDER KECP ISSUES (0.3). |
| MARAFIOTI KA | 07/17/06 | 1.70 | REVIEWED OBJECTIONS OF IUE (0.2), USW (0.2), LEAD PLAINTIFFS (0.1), IBEW AND IUOE (0.2), AND UAW (0.2) TO KECP SUPPLEMENT; CORRESPONDENCE RE: COMMITTEE REVISIONS TO PROPOSED AIP ORDER (0.2); WORK ON OMNIBUS RESPONSE TO KECP OBJECTIONS (0.6). |
| | | **2.00** | |
| **Total Partner** | | **103.00** | |
| MATZ TJ | 07/10/06 | 0.30 | CORRESPONDENCE WITH UCC RE: AIP EXTENSION DEADLINE (0.1); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); CORRESPONDENCE WITH UCC RE: DEADLINE EXTENSION (0.1). |
| MATZ TJ | 07/12/06 | 0.20 | TELECONFERENCE WITH CHAMBERS RE: OBJECTION DEADLINE (0.1); FOLLOW UP WITH UAW REQUEST RE: SAME (0.1). |
| MATZ TJ | 07/13/06 | 0.70 | REVIEWING AND ANALYZING OMNIBUS REPLY TO KECP OBJECTIONS (0.7). |
| MATZ TJ | 07/17/06 | 1.10 | CORRESPONDENCE WITH M. BRONDE RE: REVISIONS TO AIP SUPPLEMENTAL ORDER (0.3); REVIEWING AND FORWARDING TO CHAMBERS STIPULATION AND AGREED PROTECTIVE ORDER WITH IUOE RE: KECP (0.2); FOLLOW UP WITH CHAMBERS RE: SAME (0.2); REVIEW AND FORWARD TO CHAMBERS STIPULATION AND AGREED PROTECTIVE ORDER WITH IUOE RE: KECP (0.2); FOLLOW UP WITH CHAMBERS RE: SAME (0.2). |
| MATZ TJ | 07/18/06 | 4.50 | PREPARATION FOR 7/19 OMNIBUS HEARING, INCLUDING REVIEW OF BINDER AND JOINT EXHIBIT BINDERS FOR AIP SUPPLEMENT HEARING AND DEMONSTRATIVES (3.1); REVIEWING AND COMMENTING ON AIP OMNIBUS REPLY AND EXHIBITS THERETO (1.3); TELECONFERENCE FROM CHAMBERS RE: STIPULATION AND AGREED PROTECTIVE ORDER WITH IUOE (0.1). |
| MATZ TJ | 07/20/06 | 0.30 | FINALIZING SUPPLEMENTAL AIP ORDER FOR CHAMBERS (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1). |
| MATZ TJ | 07/24/06 | 0.20 | FURTHER REVIEW RE: SUPPLEMENTAL AIP EXHIBIT CORRECTIONS (0.2). |
| | | **7.30** | |
| **Total Counsel** | | **7.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CAMPANARIO ND      07/05/06      0.80   DISCUSS STRATEGY RE: DISCOVERY ON THE
                                        KECP MOTION (0.8).

CAMPANARIO ND      07/10/06      4.00   REVIEW DOCUMENTS RE: SUPPLEMENT TO KECP
                                        MOTION FOR PRODUCTION TO OBJECTORS
                                        (4.0).

CAMPANARIO ND      07/11/06      6.20   FORMULATE STRATEGY RE: SUPPLEMENT TO
                                        KECP MOTION (6.2).

CAMPANARIO ND      07/12/06      6.80   REVIEW OBJECTIONS TO SUPPLEMENT TO KECP
                                        MOTION (5.8); PREPARE CHECKLIST OF
                                        POINTS RAISED IN SAME (1.0).

CAMPANARIO ND      07/13/06      9.50   DRAFT OMNIBUS RESPONSE TO OBJECTIONS TO
                                        SUPPLEMENT TO KECP MOTION (9.5).

CAMPANARIO ND      07/14/06      6.50   DRAFT OMNIBUS RESPONSE TO OBJECTIONS TO
                                        SUPPLEMENT TO KECP MOTION (3.1); REVIEW
                                        DOCUMENTS FOR PRODUCTION RE: SAME
                                        (0.8); REVIEW UAW'S OBJECTION TO SAME
                                        (0.5); DRAFT STIPULATION AND AGREED
                                        PROTECTIVE ORDER WITH IUOE RE:
                                        PRODUCTION OF INFORMATION IN CONNECTION
                                        WITH KECP MOTION (0.4); PARTICIPATE IN
                                        CONFERENCE CALL ON PREPARATION FOR
                                        HEARING ON SECTION 1113/1114 MOTION
                                        (1.7).

CAMPANARIO ND      07/16/06      3.50   REVISE OMNIBUS RESPONSE TO OBJECTIONS
                                        TO SUPPLEMENT TO KECP MOTION (3.5).

CAMPANARIO ND      07/17/06      5.30   REVISE OMNIBUS RESPONSE TO OBJECTIONS
                                        TO SUPPLEMENT TO KECP MOTION (3.9);
                                        PREPARE CHART SUMMARIZING OBJECTIONS
                                        (1.4).

CAMPANARIO ND      07/18/06      7.50   COMPLETE REVISIONS TO OMNIBUS RESPONSE
                                        TO OBJECTIONS TO SUPPLEMENT TO KECP
                                        MOTION (2.2); PREPARE WITNESSES FOR
                                        HEARING ON SAME (3.0); MEETING RE:
                                        HEARING PREPARATION (1.5); REVIEW M.
                                        WACHTER'S TESTIMONY ON ATTRITION AT THE
                                        SECTION 1113/1114 HEARING (0.8).

CAMPANARIO ND      07/19/06      6.20   PREPARE FOR JULY 2006 OMNIBUS HEARING RE
                                        KECP (3.0); ATTEND SAME (3.2).

CAMPANARIO ND      07/25/06      0.70   REVIEW AND REVISE FORM 8-K RE:
                                        SUPPLEMENTAL AIP ORDER (0.7).

                                 57.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM          07/04/06       1.40   ANALYZE ISSUES RE: RELEVANCE OF
                                       SUPPLEMENTAL AIP DISCOVERY (1.4).

FERN BM          07/05/06       9.40   REVIEW KECP DISCOVERY FOR PRIVILEGE AND
                                       RELEVANCE (2.4); EVALUATE SCOPE OF KECP
                                       DISCOVERY ORDER (0.3); EMAILS TO/FROM
                                       M. WEBER AND D. ALEXANDER RE: AIP
                                       TARGETS (0.5); REVIEW DOCUMENTS RE:
                                       SETTING AIP TARGETS (0.6); MULTIPLE
                                       EMAILS TO/FROM S. CORCORAN AND M. WEBER
                                       RE: SUPPLEMENTAL AIP (0.4); ANALYSIS OF
                                       VARIOUS ISSUES RE: KECP DISCOVERY
                                       (2.9); ADDITIONAL REVIEW OF KECP
                                       DISCOVERY (1.0); PREPARE FOR
                                       SUPPLEMENTAL AIP STRATEGY CALL (1.3).

FERN BM          07/06/06       2.60   PREPARE FOR AIP STRATEGY CALL (0.5); AIP
                                       STRATEGY CALL WITH S. CORCORAN, J.
                                       SHEEHAN, AND D. ALEXANDER (0.6);
                                       ANALYSIS OF ISSUES RE: KECP DISCOVERY
                                       AND VIRTUAL DATA ROOM (0.7); FORMULATE
                                       STRATEGY RE: REVISED AIP (0.8).

FERN BM          07/07/06       2.50   STRATEGY CALL RE: SUPPLEMENTAL AIP
                                       HEARING (0.6); EVALUATE DISCOVERY
                                       ISSUES RE: SUPPLEMENTAL AIP (0.5);
                                       REVIEWED CORRESPONDENCE FROM F. EATON
                                       RE: SUPPLEMENTAL AIP (0.2); ANALYZED
                                       ISSUES IN EATON LETTER (0.5);
                                       TELECONFERENCE WITH F. EATON (0.3);
                                       FORMULATE STRATEGY RE: SUPPLEMENTAL AIP
                                       (0.4).

FERN BM          07/10/06       4.40   REVIEWED SUPPLEMENTAL AIP DOCUMENTS FOR
                                       RELEVANCE (0.9); FORMULATE STRATEGY RE:
                                       SUPPLEMENTAL AIP DISCOVERY (0.5);
                                       ANALYZED ISSUES FOR SUPPLEMENTAL AIP
                                       (2.1); PREPARED FOR 7/11 SUPPLEMENTAL
                                       AIP STRATEGY CALL (0.9).

FERN BM          07/11/06       5.80   SUPPLEMENTAL AIP STRATEGY CALL WITH
                                       DELPHI TEAM (2.3); DRAFTED SUMMARY RE:
                                       AIP STRATEGY CALL (0.5); DRAFTED SLIDES
                                       RE: SUPPLEMENTAL AIP (0.4); FORMULATE
                                       STRATEGY RE: SUPPLEMENTAL AIP (0.5);
                                       PREPARED WITNESS PREP SUMMARIES (1.7);
                                       ANALYSIS OF ISSUES RE: OBJECTIONS TO AIP
                                       (0.4).

FERN BM          07/12/06       4.10   REVIEWED DISCOVERY DOCUMENTS RE:
                                       SUPPLEMENTAL AIP (0.3); REVIEWED
                                       IUE-CWA OBJECTION TO SUPPLEMENTAL AIP
                                       (0.3) AND SUMMARIZED ISSUES RE: SAME
                                       (0.3); FORMULATE STRATEGY RE:
                                       SUPPLEMENTAL AIP (1.1); REVIEWED
                                       VARIOUS OBJECTIONS TO SUPPLEMENTAL AIP
                                       (0.9); ANALYZED VARIOUS FINANCIAL
                                       PROJECTIONS (1.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 07/13/06 | 8.90 | REVIEWED POTENTIAL EXHIBITS FOR HEARING ON SUPPLEMENTAL AIP (4.2); DRAFT INDEX FOR JOINT EXHIBIT BINDER FOR SUPPLEMENTAL AIP (2.7); FORMULATE STRATEGY RE: EXHIBITS FOR SUPPLEMENTAL AIP (0.9); REVISE SUPPLEMENTAL AIP EXHIBIT LIST (0.5); DRAFT SUMMARY OF SUPPLEMENTAL AIP (0.6). |
|---|---|---|---|
| FERN BM | 07/14/06 | 9.20 | REVISED SUMMARY OF SUPPLEMENTAL AIP (2.1); FORMULATE STRATEGY RE: EXHIBITS FOR HEARING (0.8); PREPARED FOR MEETING WITH N. BUBNOVICH (1.4); MEETING WITH N. BUBNOVICH (1.8); REVISED INDEX OF EXHIBITS (1.0); ANALYSIS OF COMPENSATION TARGETS (0.6); DRAFTED SCRIPT FOR SUPPLEMENTAL AIP (1.5). |
| FERN BM | 07/17/06 | 9.10 | REVIEWED DOCUMENTS IN PREPARATION FOR HEARING ON SUPPLEMENTAL AIP (2.7); REVIEWED TRANSCRIPT FROM 2/10/06 AIP HEARING (0.4); FORMULATE STRATEGY RE: EXHIBITS FOR SUPPLEMENTAL AIP (1.9); REVISED EXHIBIT LIST (2.6); REVIEWED AND ANALYZED TERMS OF PROPOSED SUPPLEMENTAL AIP ORDER (0.3); REVIEWED PLEADINGS RE: SUPPLEMENTAL AIP (0.8); ORGANIZED AND PRIORITIZED TASKS FOR SUPPLEMENTAL AIP HEARING (0.4). |
| FERN BM | 07/18/06 | 14.70 | REVISED SUMMARY OF SUPPLEMENTAL AIP (0.3); REVIEWED AND REVISED EXHIBITS FOR SUPPLEMENTAL AIP HEARING (2.8); FORMULATE STRATEGY RE: SUPPLEMENTAL AIP (0.5); PREPARED WITNESSES FOR SUPPLEMENTAL AIP HEARING (2.7); REVIEWED DOCUMENTS IN PREPARATION FOR SUPPLEMENTAL AIP HEARING (2.9); STRATEGY MEETING RE: SUPPLEMENTAL AIP (1.2); REVIEWED AND REVISED EXHIBITS RE: SUPPLEMENTAL AIP (0.9); PREPARED FOR SUPPLEMENTAL AIP HEARING (3.4). |
| FERN BM | 07/19/06 | 6.70 | PREPARED FOR SUPPLEMENTAL AIP HEARING (2.6); ATTENDED HEARING FOR SUPPLEMENTAL AIP (3.6); REVISED SUPPLEMENTAL AIP ORDER AND EMAIL TO M. BROUDE RE: SAME (0.2); ANALYZED ISSUES RE: TERMS OF AIP ORDER (0.3). |
| FERN BM | 07/20/06 | 2.50 | REVIEWED LETTER FROM T. LAURIA RE: SUPPLEMENTAL AIP (0.2); ORGANIZED EXHIBITS RE: RESPONSE TO LAURIA LETTER (1.4); REVIEWED AND COMMENTED ON TERMS OF SUPPLEMENTAL AIP ORDER (0.5); REVIEWED AND REVISED DESCRIPTION OF KECP IN FEE APPLICATION (0.4). |
| FERN BM | 07/24/06 | 0.90 | REVIEW SUPPLEMENTAL AIP ORDER (0.2); COORDINATED SERVICE OF SUPPLEMENTAL AIP ORDER (0.4); ANALYZED ISSUES RE: SUPPLEMENTAL AIP (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 07/25/06 | 2.70 | ADDITIONAL REVIEW AND COMMENT ON USW ATTRITION MOTION (1.9); REVIEW AND COMMENT ON 8-K RE: SUPPLEMENTAL AIP (0.8). |
| FERN BM | 07/26/06 | 0.50 | ANALYZED ISSUES RE: SUPPLEMENTAL AIP (0.5). |
| | | **85.40** | |
| GUZZARDO J | 07/05/06 | 2.30 | REVIEW OF WITNESS DEPOSITION TRANSCRIPTS (2.3). |
| GUZZARDO J | 07/12/06 | 2.50 | REVIEW OF KECP MOTION MATERIALS (2.5). |
| GUZZARDO J | 07/21/06 | 1.80 | REVIEW OF OMINBUS HEARING TRANSCRIPT (1.8). |
| | | **6.60** | |
| MEISLER RE | 07/10/06 | 0.20 | ANALYSIS OF KECP IN PREPARATION FOR JULY 19TH HEARING (0.2). |
| MEISLER RE | 07/11/06 | 0.30 | CONTINUED PREPARING FOR CONTESTED HEARING RE: KECP (0.3). |
| MEISLER RE | 07/13/06 | 0.30 | REVIEW SCRIPT AND PROFFER RE: KECP (0.3). |
| MEISLER RE | 07/17/06 | 0.20 | REVIEW HEARING PREP RE: KECP (0.2). |
| MEISLER RE | 07/19/06 | 0.40 | REVIEW REVISIONS TO SUPPLEMENTAL KECP ORDER (0.4). |
| MEISLER RE | 07/20/06 | 0.10 | CONTINUE TO REVIEW MODIFICATIONS TO SUPPLEMENTAL KECP ORDER (0.1). |
| MEISLER RE | 07/21/06 | 0.10 | REVIEW STATUS OF PROPOSED SUPPLEMENTAL KECP ORDER (0.1). |
| MEISLER RE | 07/23/06 | 0.10 | DRAFT INTERNAL CORRESPONDENCE RE: KECP (0.1). |
| | | **1.70** | |
| ~~ZAMBRANO K~~ | ~~07/19/06~~ | ~~1.80~~ | ~~REVIEW AND REVISE KECP PROPOSED ORDER (1.8).~~ |
| | | ~~1.80~~ | |

**Total Associate**      **152.50**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ROSEN R | 07/24/06 | 1.30 | MONITOR DOCKET, FORWARD KECP ORDER TO TEAM ATTORNEYS (0.6); REVIEW SPECIAL PARTIES' SERVICE LIST, SERVICE PREPARATIONS RE: SAME WITH KCC (0.7). |
| ROSEN R | 07/26/06 | 0.70 | REVIEW CASE DOCKET, COMPILE AND FORWARD CORRECTED KECP ORDER TO KCC (0.4); REVIEW SERVICE INSTRUCTIONS, COMPLETION STATUS RE: SAME WITH KCC (0.3). |
| | | 2.00 | |

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 07/13/06 | 0.40 | PREPARE AND SEND KECP MATERIALS FILED ON DOCKET (0.4). |
| ZSOLDOS AF | 07/17/06 | 1.70 | PREPARE SETS OF OLD KECP MATERIALS, INCLUDING HEARING BINDERS, DEPOSITION BINDERS, AND EXHIBIT BINDERS (0.9); COORDINATE AIP CHARTS AND DEMONSTRATIVE EXHIBITS OF AIP CHARTS (0.8). |
| ZSOLDOS AF | 07/18/06 | 4.50 | UPDATE OLD (2/10/2006) AIP EXHIBIT BINDERS AND CREATE NEW (7/19/2006) NON-CONFIDENTIAL AND HIGHLY CONFIDENTIAL JOINT EXHIBIT BINDERS FOR HEARING (2.8); UPDATE NEW JOINT EXHIBIT BINDERS (1.7). |
| ZSOLDOS AF | 07/19/06 | 0.40 | PREPARE SETS OF BINDERS TO BE DELIVERED TO B. FERN (0.4). |
| | | 7.00 | |
| **Total Legal Assistant** | | **9.00** | |
| **TOTAL TIME** | | **271.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                     **Bill Date: 08/31/06**
**Employee Matters (General)**                   **Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/10/06 | Hogan III AL | 613.02 |
| Air/Rail Travel - vendor feed | 07/12/06 | Hogan III AL | 476.68 |
| Air/Rail Travel - vendor feed | 07/12/06 | Hogan III AL | 246.55 |
| Air/Rail Travel - vendor feed | 07/12/06 | Hogan III AL | -246.55 |
| Air/Rail Travel - vendor feed | 07/12/06 | Hogan III AL | -160.74 |
| Air/Rail Travel - vendor feed | 07/16/06 | Fern BM | 884.18 |
| Air/Rail Travel - vendor feed | 07/16/06 | Fern BM | -128.37 |
| Air/Rail Travel - vendor feed | 07/17/06 | Campanario ND | 763.23 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,448.00** |
| In-house Reproduction | 07/04/06 | Copy Center, D | 7.41 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 90.88 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 44.44 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 408.27 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$551.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 5.46 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 7.88 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.96 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.70 |
| | | **TOTAL TELEPHONE EXPENSE** | **$15.00** |
| Westlaw | 07/16/06 | Campanario ND | 13.24 |
| Westlaw | 07/25/06 | Campanario ND | 114.21 |
| Westlaw | 07/27/06 | Campanario ND | 54.31 |
| Westlaw | 07/28/06 | Campanario ND | 69.24 |
| | | **TOTAL WESTLAW** | **$251.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Reproduction - color | 07/18/06 | Copy Center, D | 219.50 |
| Reproduction - color | 07/21/06 | Copy Center, D | 30.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$250.00** |
| Out-of-Town Travel | 07/06/06 | Hogan III AL | 32.00 |
| Out-of-Town Travel | 07/06/06 | Hogan III AL | 150.01 |
| Out-of-Town Travel | 07/10/06 | Hogan III AL | 64.01 |
| Out-of-Town Travel | 07/10/06 | Hogan III AL | 202.29 |
| Out-of-Town Travel | 07/11/06 | Hogan III AL | 214.79 |
| Out-of-Town Travel | 07/12/06 | Hogan III AL | 217.02 |
| Out-of-Town Travel | 07/17/06 | Campanario ND | 40.00 |
| Out-of-Town Travel | 07/17/06 | Hogan III AL | 845.53 |
| Out-of-Town Travel | 07/17/06 | Hogan III AL | 30.00 |
| Out-of-Town Travel | 07/19/06 | Campanario ND | 665.33 |
| Out-of-Town Travel | 07/19/06 | Campanario ND | 40.01 |
| Out-of-Town Travel | 07/19/06 | Hogan III AL | 72.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,573.00** |
| Messengers/ Courier | 07/19/06 | Dist Serv/Mail/Page, D | 18.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$18.00** |
| Out-of-Town Meals | 07/06/06 | Hogan III AL | 15.22 |
| Out-of-Town Meals | 07/10/06 | Hogan III AL | 11.03 |
| Out-of-Town Meals | 07/11/06 | Hogan III AL | 45.08 |
| Out-of-Town Meals | 07/17/06 | Campanario ND | 11.40 |
| Out-of-Town Meals | 07/18/06 | Hogan III AL | 45.08 |
| Out-of-Town Meals | 07/18/06 | Hogan III AL | 60.19 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$188.00** |
| Court Reporting | 07/19/06 | Ellen Grauer Court Reporting | 1,044.00 |
| | | **TOTAL COURT REPORTING** | **$1,044.00** |
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 5.80 |
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 1.35 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Outside Re-          07/06/06    Pacer Service Center                     4.85
search/Internet
Services

                                TOTAL OUTSIDE                          $12.00
                                RESEARCH/INTERNET SERVICES

                                TOTAL MATTER                        $7,350.00

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                      **Bill Date: 09/30/06**
**Employee Matters (General)**                                   **Bill Number: 1128097**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/25/06 | 0.30 | REVIEW CIC MATTERS INCLUDING WATSON WYATT REPORT (0.3). |
| BUTLER, JR. J | 08/29/06 | 0.20 | EMAIL FROM J. SHEEHAN RE: KECP-AIP UPDATE (0.2). |
| BUTLER, JR. J | 08/30/06 | 0.50 | CONTINUE TO PREPARE FOR SEPTEMBER 1ST MEETING WITH M. WEBER, D. ALEXANDER AND N. BUBNOVICH IN CHICAGO (0.3); REVIEW SECOND HALF AIP PERFORMANCE METRICS AND EMAIL MATERIALS FROM J. SHEEHAN (0.2). |
|  |  | 1.00 |  |
| **Total Partner** |  | **1.00** |  |
| CAMPANARIO ND | 08/30/06 | 3.30 | LEGAL RESEARCH RE: EQUITY GRANTS TO KEY EMPLOYEES (3.3). |
|  |  | 3.30 |  |
| FERN BM | 08/21/06 | 0.60 | REVIEW MATERIALS AND INFORMATION RE: KECP (0.6). |
| FERN BM | 08/30/06 | 1.30 | RESEARCH RE: OTHER SDNY KERP/KECP CONTESTED HEARINGS (1.3). |
|  |  | 1.90 |  |
| ~~HERRIOTT AV~~ | ~~08/02/06~~ | ~~0.10~~ | ~~EVALUATE MATTER RE: CLAIMANT REQUESTING PAYMENTS UNDER FIRST DAY HUMAN CAPITAL ORDER (0.1).~~ |
| ~~HERRIOTT AV~~ | ~~08/08/06~~ | ~~0.10~~ | ~~EVALUATE WORKERS' COMPENSATION QUESTION (0.1).~~ |
| ~~HERRIOTT AV~~ | ~~08/09/06~~ | ~~0.10~~ | ~~CONDUCT FOLLOW UP RE: EMPLOYEE CONTRACT LABOR ISSUE (0.1).~~ |
| ~~HERRIOTT AV~~ | ~~08/11/06~~ | ~~0.90~~ | ~~CONFERENCE WITH R. HANNA RE: WORKERS' COMPENSATION ISSUE (0.3); CONDUCT FOLLOW UP RE: SAME (0.6).~~ |
|  |  | ~~1.20~~ |  |
| ~~OLASKY P~~ | ~~08/16/06~~ | ~~1.20~~ | ~~REVISE AGREEMENT RE: SOLICITATION OF EXECUTIVE (1.2).~~ |
|  |  | ~~1.20~~ |  |
| **Total Associate** |  | **7.60** |  |
| DEMMA J | 08/25/06 | 1.10 | PREPARE/UPDATE KECP INDEX FOR USE IN DATA ROOM (1.1). |
|  |  | 1.10 |  |
| **Total Legal Assistant** |  | **1.10** |  |
| **TOTAL TIME** |  | **9.70** |  |

82                                                               B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                              **Bill Date: 09/30/06**
**Employee Matters (General)**                          **Bill Number: 1128097**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/01/06 | Copy Center, D | 279.10 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 0.90 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$280.00** |
| | | **TOTAL MATTER** | **$280.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                     Bill Date: 10/31/06
Employee Matters (General)                                  Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/01/06 | 2.70 | PREPARE FOR (0.3) AND PARTICIPATE IN (2.4) MEETING WITH M. WEBER, D. ALEXANDER AND N. BUBNOVICH IN CHICAGO. |
| BUTLER, JR. J | 09/04/06 | 1.10 | CONTINUE TO WORK ON KECP MATTERS INCLUDING REVIEW OF MATERIALS FROM SEPTEMBER 1ST MEETING (0.8); DRAFT LETTER TO T. LAURIA RE APPALOOSA POSITION ON KECP AND NEXT STEPS (0.3). |
| BUTLER, JR. J | 09/05/06 | 1.10 | CONTINUE TO WORK ON KECP MATTERS AT COMPANY IN TROY (0.7); MEETING AT COMPANY IN TROY WITH S. MILLER, J. PAPELIAN AND M. LOEB RE PERSONNEL MATTERS (0.4). |
| BUTLER, JR. J | 09/06/06 | 1.10 | REVIEW AND ANALYZE DANA DECISION AND FACTUAL AND LEGAL DIFFERENCES FROM DELPHI KECP STRUCTURE (0.4); CONFERENCES WITH S. MILLER, M. WEBER AND K. BUTLER RE PERSONNEL MATTERS, ETC. (0.7). |
| BUTLER, JR. J | 09/18/06 | 0.60 | PREPARE FOR (0.2) AND ATTEND (0.4) MEETING AT COMPANY IN TROY WITH S. MILLER AND SENIOR MANAGEMENT TEAM RE: KECP MATTERS AND OCTOBER 19TH OMNIBUS HEARING INCLUDING STATUS OF DISCUSSIONS WITH UCC COMPENSATION EXPERT. |
| BUTLER, JR. J | 09/19/06 | 0.80 | FOLLOW-UP ON SRP/SERP FREEZE PLAN AND KECP MATTERS AT COMPANY IN TROY (0.8). |
| BUTLER, JR. J | 09/20/06 | 0.80 | REVIEW LETTER FROM D. DETHY RE: EMPLOYEE MATTERS AND FOLLOW-UP WITH S. MILLER AND D. SHERBIN AT COMPANY IN TROY (0.8). |
| BUTLER, JR. J | 09/21/06 | 0.90 | CONTINUE TO FOLLOW-UP ON LETTER FROM D. DETHY RE: EMPLOYEE MATTERS WITH S. MILLER AND D. SHERBIN AT COMPANY IN TROY (0.6); TELECONFERENCE WITH B. SCHELER RE: SAME (0.3). |
| BUTLER, JR. J | 09/22/06 | 0.50 | FOLLOW-UP ON REGULATORY MATTERS AND EMPLOYEE MATTERS INCLUDING TELECONFERENCE WITH D. SHERBIN (0.4); EMAILS FROM S. MILLER (0.1). |
| BUTLER, JR. J | 09/26/06 | 0.70 | TELECONFERENCE WITH J. SHEEHAN RE: KECP MATTERS (0.2); TELECONFERENCES WITH D. SHERBIN RE: EMPLOYEE MATTERS (0.2, 0.1); TELECONFERENCE WITH B. SCHELER RE: SAME (0.1); TELECONFERENCE WITH R. ROSENBERG RE: SAME (0.1). |
| BUTLER, JR. J | 09/27/06 | 0.80 | TELECONFERENCES WITH S. MILLER AND D. SHERBIN RE: EMPLOYEE MATTERS (0.3, 0.4); TELECONFERENCE WITH B. SCHELER RE: SAME (0.1). |

72                                                           B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 09/28/06 | 1.10 | CONTINUE TO WORK ON EMPLOYEE MATTERS INCLUDING TELECONFERENCE WITH D. SHERBIN (0.3); PREPARE FOR (0.2) AND PARTICIPATE IN (0.3) TELECONFERENCE WITH S. MILLER, J. OPIE, R. BRUST, D. SHERBIN ET. AL RE: EMPLOYEE MATTERS; BEGIN TO OUTLINE OF STATUTORY COMMITTEE LETTER RRE SAME (0.3). |
| BUTLER, JR. J | 09/29/06 | 0.70 | CONTINUE TO WORK ON LETTER TO STATUTORY COMMITTEE LETTER RE: EMPLOYEE MATTERS (0.3); TELECONFERENCE WITH S. MILLER RE: EMPLOYEE MATTERS (0.1); TELECONFERENCE WITH V. MALEK RE: SAME (0.2); REVIEW LETTER FROM EQUITY COMMITTEE (0.1). |

**12.90**

| | | | |
|---|---|---|---|
| ~~LEFF NM~~ | ~~09/01/06~~ | ~~4.30~~ | ~~TELECONFERENCE WITH N. BUBNOVICH RE: KECP, SERP & CIC ISSUES (4.3).~~ |
| ~~LEFF NM~~ | ~~09/05/06~~ | ~~0.80~~ | ~~TELECONFERENCE WITH N. BUBNOVICH RE: EMPLOYMENT K AND SERP ISSUES (0.8).~~ |
| ~~LEFF NM~~ | ~~09/06/06~~ | ~~0.30~~ | ~~TELECONFERENCE WITH N. BUBNOVICH RE: NEW EMPLOYMENT K (0.3).~~ |
| | | **~~5.40~~** | |

| | | | |
|---|---|---|---|
| **Total Partner** | | **18.30** | |
| MATZ TJ | 09/05/06 | 0.80 | REVIEW KECP/AIP MATTER (0.4); WORK ON SAME (0.4). |
| MATZ TJ | 09/07/06 | 0.80 | REVIEW AND CONSIDER EMERGENT KECP MATTERS, CURRENT STATUS (0.8). |
| MATZ TJ | 09/08/06 | 1.60 | CONTINUE WORK AND REVIEW RE: KECP EMERGENCE PLANS (1.6). |
| MATZ TJ | 09/13/06 | 0.90 | REVIEW EMERGENT DECISIONS AND PREPARATION OF MATERIALS RE: SAME (0.9). |
| MATZ TJ | 09/19/06 | 1.20 | REVIEW CASE LAW RE: EMERGENT KECPS (1.2). |
| MATZ TJ | 09/20/06 | 0.60 | CONTINUE TO REVIEW EMERGENT KECP MATERIALS (0.6). |
| MATZ TJ | 09/27/06 | 0.30 | UPDATE EMERGENCE KECP MATERIALS (0.3). |
| | | **6.20** | |
| RAMLO K | 09/26/06 | 1.00 | CORRESPONDENCE WITH B. FRANTANGELO RE: BROWN WORKERS' COMPENSATION SETTLEMENT (0.3); TELECONFERENCE WITH P. SAGES RE: SAME (0.7). |
| RAMLO K | 09/28/06 | 1.60 | REVIEW AND REVISE WORKERS' COMPENSATION AGREEMENT WITH J. BROWN AND CORRESPONDENCE TO P. SAGES RE: SAME (1.6). |

73

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 09/29/06 | 0.40 | TELECONFERENCE WITH P. SAGES RE: BROWN SETTLEMENT (0.2); CORRESPONDENCE TO P. SAGES RE: SAME (0.2). |
| | | **3.00** | |
| **Total Counsel** | | **9.20** | |
| CAMPANARIO ND | 09/05/06 | 0.20 | REVIEW CORRESPONDENCE TO AND FROM AD HOC EQUITY COMMITTEE RE: KECP (0.2). |
| CAMPANARIO ND | 09/06/06 | 10.20 | BEGIN LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (10.2). |
| CAMPANARIO ND | 09/07/06 | 2.60 | CONTINUE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (0.8); REVIEW FILINGS RE: CREDITORS' COMMITTEE'S MOTION TO PROSECUTE CLAIMS AND DEFENSE AGAINST GM (1.8). |
| CAMPANARIO ND | 09/10/06 | 4.50 | CONTINUE LEGAL RESEARCH ON EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (4.5). |
| CAMPANARIO ND | 09/11/06 | 7.30 | COMPLETE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES AND PREPARE PACKAGE OF RECENT DECISIONS (7.3). |
| CAMPANARIO ND | 09/19/06 | 3.80 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (3.8). |
| CAMPANARIO ND | 09/20/06 | 0.20 | TELECONFERENCE WITH D. ALEXANDER RE: KECP EMERGENCE INCENTIVE PROGRAM (0.2). |
| CAMPANARIO ND | 09/25/06 | 2.50 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (2.5). |
| CAMPANARIO ND | 09/26/06 | 3.20 | UPDATE LEGAL RESEARCH RE: EMERGENCE INCENTIVE PAYMENTS TO KEY EMPLOYEES (3.2). |
| | | **34.50** | |
| FERN BM | 09/05/06 | 1.50 | REVIEW MATERIALS RE: KECP PROGRAM (0.9); REVIEW MATERIALS RE: DANA CORP'S COMPENSATION PROGRAM (0.6). |
| FERN BM | 09/06/06 | 2.20 | RESEARCH RE: COMPENSATION PROGRAMS (0.5); REVIEW OPINION RE: DANA CORP. COMPENSATION PROGRAM (0.3); SUMMARIZE ISSUES RE: BAPCA AND RETENTION PROGRAMS (0.6); REVIEW KECP RELATED DOCUMENTS FOR RELEVANCE (0.8). |
| FERN BM | 09/07/06 | 1.20 | REVIEW AND ASSESSED DILIGENCE QUESTIONS RE: EMPLOYMENT LIABILITY (0.4); REVIEW EMAILS RE: DILIGENCE STATUS (0.3); REVIEW VARIOUS EMAILS RE: NEGOTIATIONS STATUS (0.3); TELECONFERENCE WITH F. KUPLICKI AND B. SAX RE: DILIGENCE REQUESTS (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 09/08/06 | 0.30 | FORMULATE STRATEGY RE: KECP (0.3). |
| FERN BM | 09/12/06 | 3.50 | REVIEW RESEARCH RE: EMERGENCE BONUS PLANS (3.5). |
| FERN BM | 09/14/06 | 0.30 | EVALUATE STATUS OF KECP (0.3). |
| FERN BM | 09/19/06 | 0.40 | REVIEW PRESENTATION RE: EXECUTIVE COMPENSATION (0.4). |
| FERN BM | 09/28/06 | 0.60 | REVIEW ADDITIONAL RESEARCH RE: APPROVED EXECUTIVE COMPENSATION PROGRAMS (0.6). |
| | | 10.00 | |
| GUZZARDO J | 09/07/06 | 7.40 | LEGAL RESEARCH RE: KECP MOTION (7.4). |
| GUZZARDO J | 09/08/06 | 8.00 | LEGAL RESEARCH RE: KECP MOTION (8.0). |
| GUZZARDO J | 09/10/06 | 0.70 | CONTINUE LEGAL RESEARCH RE: KECP MOTION (0.7). |
| GUZZARDO J | 09/11/06 | 9.70 | LEGAL RESEARCH FOR KECP CASE LAW BINDER (9.7). |
| GUZZARDO J | 09/12/06 | 6.00 | CONTINUE LEGAL RESEARCH FOR KECP CASELAW BINDER (4.0); CONDUCT LEGAL RESEARCH FOR COMPENSATION CONSULTANTS RE: KECP (2.0). |
| GUZZARDO J | 09/13/06 | 1.50 | CONTINUE KECP LEGAL RESEARCH AT COMPENSATION CONSULTANT'S REQUEST (1.5). |
| GUZZARDO J | 09/14/06 | 0.50 | CONTINUE KECP LEGAL RESEARCH AT COMPENSATION CONSULTANT'S REQUEST. (0.5). |
| GUZZARDO J | 09/15/06 | 0.20 | KECP MOTION LEGAL RESEARCH (0.2). |
| GUZZARDO J | 09/20/06 | 0.30 | KECP MOTION LEGAL RESEARCH (0.3). |
| GUZZARDO J | 09/21/06 | 0.30 | KECP MOTION LEGAL RESEARCH (0.3). |
| GUZZARDO J | 09/22/06 | 0.20 | KECP MOTION LEGAL RESEARCH. (0.2). |
| GUZZARDO J | 09/25/06 | 0.40 | KECP MOTION LEGAL RESEARCH (0.4). |
| GUZZARDO J | 09/26/06 | 0.70 | KECP MOTION LEGAL RESEARCH (0.7). |
| GUZZARDO J | 09/27/06 | 0.10 | COORDINATION OF DISTRIBUTION OF KECP MOTION LEGAL RESEARCH (0.1). |
| | | 36.00 | |
| MACDONALD N | 09/22/06 | 0.60 | REVIEW EXECUTIVE COMPENSATION-RELATED DOCUMENTS (0.6). |
| MACDONALD N | 09/25/06 | 7.10 | LEGAL RESEARCH RELATED TO KECP'S AND DEBTORS' ANNUAL INCENTIVE PROGRAM (1.8); REVIEW DOCUMENTS AND PLEADINGS RELATED TO SAME (5.3). |

B43E

| | | | |
|---|---|---|---|
| MACDONALD N | 09/26/06 | 2.30 | CONTINUE LEGAL RESEARCH RELATED TO KECP'S AND DEBTOR'S ANNUAL INCENTIVE PROGRAM (0.7); REVIEW DOCUMENTS AND PLEADINGS RELATED TO SAME (1.6). |
| | | **10.00** | |
| **Total Associate** | | **90.50** | |
| DEMMA J | 09/26/06 | 0.60 | UPDATE EMERGENCE COMPENSATION PRECEDENT MATERIALS (0.6). |
| DEMMA J | 09/28/06 | 2.10 | UPDATE EMERGENCE COMPENSATION FILES (2.1). |
| | | **2.70** | |
| ZSOLDOS AF | 09/20/06 | 2.30 | UPDATE KECP EMERGENCE BINDERS (2.3). |
| ZSOLDOS AF | 09/22/06 | 0.60 | UPDATE KECP EMERGENCE BINDERS (0.6). |
| | | **2.90** | |
| **Total Legal Assistant** | | **5.60** | |
| MORONG C | 09/07/06 | 3.50 | RESEARCH RE: COURT FILINGS RE: EXECUTIVE COMPENSATION (3.5). |
| MORONG C | 09/08/06 | 4.70 | CONTINUE RESEARCH RE: EXECUTIVE COMPENSATION COURT FILINGS (4.7). |
| MORONG C | 09/11/06 | 3.10 | OBTAIN/ORDER COURT FILINGS RE: EXECUTIVE COMPENSATION PLANS (3.1). |
| MORONG C | 09/13/06 | 0.20 | OBTAIN/ORDER COURT FILINGS (0.2). |
| MORONG C | 09/14/06 | 1.30 | OBTAIN/ORDER COURT FILINGS (1.3). |
| MORONG C | 09/26/06 | 0.60 | OBTAIN/ORDER ADELPHIA COURT FILINGS (0.6). |
| | | **13.40** | |
| **Total Legal Assistant Specialist** | | **13.40** | |
| **TOTAL TIME** | | **137.00** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Employee Matters (General)**

**Bill Date: 10/31/06**
**Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/22/06 | Copy Center, D | 5.61 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 10.39 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$16.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.10 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.13 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.48 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.27 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Westlaw | 09/06/06 | Campanario ND | 97.55 |
| Westlaw | 09/07/06 | Guzzardo J | 60.56 |
| Westlaw | 09/07/06 | Morong C | 78.65 |
| Westlaw | 09/08/06 | Morong C | 108.18 |
| Westlaw | 09/10/06 | Campanario ND | 20.45 |
| Westlaw | 09/11/06 | Morong C | 19.52 |
| Westlaw | 09/19/06 | Campanario ND | 67.86 |
| Westlaw | 09/25/06 | Campanario ND | 67.86 |
| Westlaw | 09/25/06 | Campanario ND | 134.37 |
| | | **TOTAL WESTLAW** | **$655.00** |
| Messengers/ Courier | 09/11/06 | Dist Serv/Mail/Page, D | 33.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$33.00** |
| | | **TOTAL MATTER** | **$707.00** |