SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-14
BUSINESS OPERATIONS / STRATEGIC PLANNING
518.1 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
Delphi Corporation (DIP)                              Bill Date: 07/31/06
Business Operations/Strategic Planning                Bill Number: 1128095
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 06/05/06 | 0.30 | PREPARE FOR JUNE 6TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 06/06/06 | 2.60 | PREPARE FOR (0.6) AND ATTEND (2.0) DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY. |
| BUTLER, JR. J | 06/08/06 | 0.30 | REVIEW AND CONSIDER APPROVALS REQUIRED FOR IT OUTSOURCING AGREEMENTS (0.3). |
| BUTLER, JR. J | 06/09/06 | 1.70 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) WEEKLY CLIENT STRATEGY TELECONFERENCE AT COMPANY IN TROY; PREPARE FOR (0.2) AND ATTEND (0.9) STRATEGY CONFERENCES WITH SENIOR EXECUTIVES AT COMPANY IN TROY. |
| BUTLER, JR. J | 06/11/06 | 0.60 | PREPARE FOR JUNE 12TH DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY (0.6). |
| BUTLER, JR. J | 06/12/06 | 2.40 | PREPARE FOR (0.3) AND ATTEND (2.1) DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY. |
| BUTLER, JR. J | 06/20/06 | 2.50 | PREPARE FOR JUNE 21ST DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY (0.4); PREPARE FOR AND ATTEND STRATEGY MEETING WITH R. O'NEAL AND M. WEBER AT COMPANY IN TROY (1.8); REVIEW PRELIMINARY 5+7 FINANCIAL FORECAST (0.3). |
| BUTLER, JR. J | 06/21/06 | 1.70 | PREPARE FOR (0.3) AND ATTEND (1.4) DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY. |
| BUTLER, JR. J | 06/22/06 | 1.50 | BEGIN TO PREPARE FOR JUNE 26TH DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY (0.6); PREPARE FOR JUNE 23RD WEEKLY STRATEGY TELECONFERENCE WITH J. SHEEHAN, S. CORCORAN AND OTHERS (0.3); CONFERENCE WITH R. EISENBERG RE: FINANCIAL MODELING AND OTHER MATTERS (0.2); BEGIN TO PREPARE FOR JUNE 26TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING PRESENTATION MATERIALS (0.4). |
| BUTLER, JR. J | 06/23/06 | 1.70 | CONTINUE TO PREPARE FOR JUNE 26TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING PRESENTATION MATERIALS (1.1); PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) WEEKLY STRATEGY TELECONFERENCE WITH S. CORCORAN AND WORKING GROUP. |

39

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 06/24/06 | 1.70 | CONTINUE TO PREPARE FOR JUNE 26TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS (1.7). |
| BUTLER, JR. J | 06/25/06 | 0.80 | PREPARE FOR JUNE 26TH DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY INCLUDING REVIEW AND FINALIZE PRESENTATION MATERIALS (0.8). |
| BUTLER, JR. J | 06/26/06 | 3.10 | PREPARE FOR (0.3) AND ATTEND (2.8) DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY. |
| BUTLER, JR. J | 06/27/06 | 1.90 | PREPARE FOR (0.3) AND ATTEND (1.6) STRATEGY MEETING AT COMPANY IN TROY WITH S. MILLER, J. BERTRAND AND D. RESNICK. |
| BUTLER, JR. J | 06/30/06 | 1.20 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.8) WEEKLY STRATEGY TELECONFERENCE WITH S. CORCORAN, K. CRAFT AND WORKING GROUP; REVIEW AND RVALUATE UCC SOMMENTS TO AT KEARNEY MOTION (0.2). |
| | | **24.00** | |
| COCHRAN EL | 06/06/06 | 2.20 | PARTICIPATE IN DTM (2.2). |
| COCHRAN EL | 06/12/06 | 2.30 | PARTICIPATED IN DTM (2.3). |
| COCHRAN EL | 06/21/06 | 2.10 | PARTICIPATE IN DTM (2.1). |
| COCHRAN EL | 06/26/06 | 3.10 | PARTICIPATED IN DTM (3.1). |
| | | **9.70** | |
| LYONS JK | 06/23/06 | 1.30 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.3). |
| LYONS JK | 06/30/06 | 1.50 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.5). |
| | | **2.80** | |
| PANAGAKIS GN | 06/09/06 | 1.00 | PARTICIPATE ON WEEKLY SENIOR STRATEGY CALL (0.8); ATTEND TO FOLLOW UP MATTERS RE: SAME (0.2). |
| PANAGAKIS GN | 06/13/06 | 0.50 | CONSIDERATION TO POR PRESENTATION (0.5). |
| PANAGAKIS GN | 06/14/06 | 0.30 | REVIEW INITIAL DRAFT OF POR PRESENTATION (0.3). |
| PANAGAKIS GN | 06/20/06 | 0.60 | REVIEW AND COMMENT ON POR PRESENTATION (0.6). |
| PANAGAKIS GN | 06/22/06 | 0.90 | REVIEW AND COMMENT ON DRAFT PRESENTATION (0.9). |
| PANAGAKIS GN | 06/23/06 | 2.30 | REVIEW AND REVISE PRESENTATION RE: POR PROCESS (1.7); PARTICIPATE ON WEEKLY SENIOR STRATEGY ADMINISTRATION CALL (0.6). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 06/30/06 | 0.50 | PARTICIPATE ON WEEKLY SENIOR STRATEGY CALL (0.5). |
| | | **6.10** | |
| **Total Partner** | | **42.60** | |
| MATZ TJ | 06/08/06 | 0.30 | PREPARING AGENDA FOR 6/9 SENIOR STRATEGY CONFERENCE CALL (0.3). |
| MATZ TJ | 06/09/06 | 0.30 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.3). |
| MATZ TJ | 06/23/06 | 1.40 | PARTICIPATE IN WEEKLY SENIOR STRATEGY CONFERENCE CALL (0.8); FOLLOW UP RE: OUTSTANDING MATTERS FROM SAME (0.6). |
| MATZ TJ | 06/29/06 | 0.50 | PREPARE AGENDA FOR 6/30 SENIOR STRATEGY CONFERENCE CALL (0.5). |
| MATZ TJ | 06/30/06 | 1.20 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.8); FOLLOW UP RE: SAME (0.4). |
| | | **3.70** | |
| **Total Counsel** | | **3.70** | |
| HERRIOTT AV | 06/12/06 | 0.30 | RESPOND TO CORPORATE STRUCTURE QUESTION (0.3). |
| HERRIOTT AV | 06/13/06 | 0.60 | BEGIN DRAFT OF PRESENTATION TO DELPHI MANAGEMENT RE: PLAN OF REORGANIZATION PROCESS (0.6). |
| HERRIOTT AV | 06/14/06 | 0.60 | CONTINUE TO DRAFT PRESENTATION TO DELPHI MANAGEMENT RE: PLAN OF REORGANIZATION PROCESS (0.6). |
| HERRIOTT AV | 06/20/06 | 0.30 | REVIEW AND REVISE DRAFT PRESENTATION FOR MANAGEMENT RE: PLAN OF REORGANIZATION PROCESS (0.3). |
| HERRIOTT AV | 06/21/06 | 2.10 | DRAFT PRESENTATION FOR DTM RE: CHAPTER 11 CASE UPDATE (2.1). |
| HERRIOTT AV | 06/22/06 | 1.80 | REVIEW AND REVISE PRESENTATION TO DELPHI MANAGEMENT RE: THE PLAN OF REORGANIZATION PROCESS (1.8). |
| HERRIOTT AV | 06/23/06 | 2.00 | REVIEW AND REVISE PRESENTATION RE: PLAN OF REORGANIZATION PROCESS (2.0). |
| HERRIOTT AV | 06/30/06 | 0.20 | RESPOND TO QUESTIONS RE: COMPANY ORGANIZATION (0.2). |
| | | **7.90** | |
| HOUSTON BM | 06/21/06 | 0.80 | STRATEGY MEETING WITH CONFLICTS COUNSEL AND CLIENT (0.8). |
| HOUSTON BM | 06/26/06 | 0.80 | PARTCIPATE IN WORKING GROUP RE: ISSUES FOR JULY 19 HEARING (0.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOUSTON BM | 06/30/06 | 0.50 | PARTICIPATE IN WORKING GROUP RE: ISSUES FOR JULY 19 HEARING (0.5). |
| | | **2.10** | |
| MEISLER RE | 06/02/06 | 1.50 | REVIEW IT OUTSOURCING INITIATIVES (1.5). |
| MEISLER RE | 06/03/06 | 1.50 | PREPARE FOR CONFERENCE CALL RE: IT OUTSOURCING (0.5); PARTICIPATE ON TELECONFERENCE WITH M. LOEB AND T. MCCABE RE: SAME (1.0). |
| MEISLER RE | 06/04/06 | 1.00 | DRAFT INTERNAL NOTES RE: IT OUTSOURCING PROJECT (1.0). |
| MEISLER RE | 06/05/06 | 1.20 | REVIEW CORRESPONDENCE RE: POTENTIAL SITE CLOSURE (0.2); REVIEW COMMENTS TO SUMMARY OF IT OUTSOURCING INITIATIVE (0.3); REVISE SUMMARY (0.2); REVIEW M. LOEB MATERIALS RE: SAME (0.5). |
| MEISLER RE | 06/08/06 | 1.50 | STRATEGY MEETINGS WITH CLIENT (1.5). |
| MEISLER RE | 06/09/06 | 0.90 | PREPARE FOR SENIOR STRATEGY CALL (0.5); PARTICIPATE ON SAME (0.4). |
| MEISLER RE | 06/14/06 | 0.90 | CONFERENCE WITH J. SHEEHAN, D. SHERBIN, AND B. WALKER RE: IT OUTSOURCING (0.9). |
| MEISLER RE | 06/21/06 | 0.30 | TELECONFERENCE WITH S. CORCORAN RE: PRESENTATION TO DOM OF UPCOMING EVENTS (0.1); BEGIN TO WORK ON SAME (0.2). |
| MEISLER RE | 06/22/06 | 0.80 | TELECONFERENCE WITH S. CORCORAN RE: PRESENTATION TO DOM OF UPCOMING EVENTS (0.1); CONTINUE REVIEW OF PRESENTATION (0.5) AND CONFERENCE WITH A. HERRIOTT RE: SAME (0.2). |
| MEISLER RE | 06/23/06 | 0.90 | PARTICIPATE ON SENIOR STRATEGY CALL (0.9). |
| MEISLER RE | 06/26/06 | 0.10 | DRAFT CORRESPONDENCE TO COMPANY RE: STATUS OF A.T. KEARNEY AGREEMENT (0.1). |
| MEISLER RE | 06/27/06 | 2.30 | REVIEW AT KEARNEY MOTION AND UNDERLYING AGREEMENT (0.2); CONFERENCE WITH J. SHEEHAN AND R. EISENBERG RE: SAME (0.4); REVIEW AND REVISE MOTION AND ORDER RE: SAME (1.7). |
| MEISLER RE | 06/28/06 | 2.10 | CONTINUED TO REVIEW AND REVISE MOTION FOR AUTHORITY TO ENTER INTO AGREEMENT WITH A.T. KEARNEY (0.9); CONFERENCE WITH J. SHEEHAN AND R. EISENBERG RE COMMENTS TO SAME (0.2) CONTINUED REVISING MOTION TO INCORPORATE COMMENTS RECEIVED (1.0). |
| MEISLER RE | 06/29/06 | 1.00 | REVIEW PRESENTATION RE: IT OUTSOURCING PROJECT (0.2); CONFERENCE WITH L. EADY AND T. MCCABE RE: SAME (0.7); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 06/30/06 | 1.50 | REVIEW BOOZ ALLEN ORDER AND ANALYZE SAME (0.4); PARTICIPATE ON SENIOR STRATEGY CALL (0.9); TELECONFERENCE WITH S. CORCORAN RE: FOLLOW UP (0.2). |
| | | **17.50** | |
| STUART NL | 06/20/06 | 3.20 | REVIEW CASES ON ORDINARY COURSE TRANSACTIONS (3.2). |
| | | **3.20** | |
| ZAMBRANO K | 06/24/06 | 2.30 | DRAFT DTM PRESENTATION FOR CLIENT (2.3). |
| ZAMBRANO K | 06/29/06 | 1.60 | REVIEW DOCUMENTS RE: POTENTIAL CONSOLIDATION (0.6) AND DISCUSS SAME WITH J. VITALE (0.3); RESEARCH ISSUES RE: STATUS OF JOINT VENTURE (0.7). |
| ZAMBRANO K | 06/30/06 | 1.90 | STRATEGIZE AND REVIEW ISSUES RELATED TO POSSIBLE ACQUISITION (1.9). |
| | | **5.80** | |
| **Total Associate** | | **36.50** | |
| DEMMA J | 06/27/06 | 0.60 | UPDATE DTM PRESENTATION ATTORNEY MATERIALS (0.6). |
| DEMMA J | 06/28/06 | 0.50 | UPDATE DTM PRESENTATION MATERIALS (0.5). |
| | | **1.10** | |
| **Total Legal Assistant** | | **1.10** | |
| **TOTAL TIME** | | <u>**83.90**</u> | |

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

**Delphi Corporation (DIP)**  **Bill Date: 07/31/06**
**Business Operations/Strategic Planning**  **Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/29/06 | Meisler RE | -346.33 |
| Air/Rail Travel - vendor feed | 05/29/06 | Herriott AV | -993.76 |
| Air/Rail Travel - vendor feed | 05/30/06 | Butler, Jr. J | 430.09 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$-910.00** |
| In-house Reproduction | 06/02/06 | Copy Center, D | 33.47 |
| In-house Reproduction | 06/02/06 | Copy Center, D | 16.59 |
| In-house Reproduction | 06/06/06 | Copy Center, D | 7.94 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$58.00** |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 0.29 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 16.64 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 11.94 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 31.09 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 23.20 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 16.50 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 16.63 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 17.11 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 19.77 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 8.45 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 39.38 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$201.00** |
| Air/Rail Travel (external) | 05/21/06 | Butler, Jr. J | 245.82 |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel (external) | 05/30/06 | Butler, Jr. J | 378.22 |
| Air/Rail Travel (external) | 06/05/06 | Butler, Jr. J | 180.16 |
| Air/Rail Travel (external) | 06/07/06 | Butler, Jr. J | 569.34 |
| Air/Rail Travel (external) | 06/19/06 | Butler, Jr. J | 196.65 |
| Air/Rail Travel (external) | 06/25/06 | Butler, Jr. J | 172.81 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$1,743.00** |
| Out-of-Town Travel | 05/21/06 | Butler, Jr. J | 453.60 |
| Out-of-Town Travel | 05/21/06 | Butler, Jr. J | 17.00 |
| Out-of-Town Travel | 05/21/06 | Butler, Jr. J | 140.92 |
| Out-of-Town Travel | 05/30/06 | Butler, Jr. J | 19.00 |
| Out-of-Town Travel | 05/30/06 | Butler, Jr. J | 429.05 |
| Out-of-Town Travel | 05/30/06 | Meisler RE | 359.47 |
| Out-of-Town Travel | 06/05/06 | Butler, Jr. J | 104.12 |
| Out-of-Town Travel | 06/05/06 | Butler, Jr. J | 226.80 |
| Out-of-Town Travel | 06/05/06 | Butler, Jr. J | 9.50 |
| Out-of-Town Travel | 06/07/06 | Butler, Jr. J | 9.00 |
| Out-of-Town Travel | 06/07/06 | Butler, Jr. J | 70.45 |
| Out-of-Town Travel | 06/11/06 | Butler, Jr. J | 226.80 |
| Out-of-Town Travel | 06/11/06 | Butler, Jr. J | 18.00 |
| Out-of-Town Travel | 06/11/06 | Butler, Jr. J | 191.73 |
| Out-of-Town Travel | 06/11/06 | Butler, Jr. J | 28.00 |
| Out-of-Town Travel | 06/19/06 | Butler, Jr. J | 37.96 |
| Out-of-Town Travel | 06/19/06 | Butler, Jr. J | 111.99 |
| Out-of-Town Travel | 06/19/06 | Butler, Jr. J | 113.40 |
| Out-of-Town Travel | 06/19/06 | Butler, Jr. J | 13.50 |
| Out-of-Town Travel | 06/25/06 | Butler, Jr. J | 79.68 |
| Out-of-Town Travel | 06/25/06 | Butler, Jr. J | 37.00 |
| Out-of-Town Travel | 06/25/06 | Butler, Jr. J | 214.53 |
| Out-of-Town Travel | 06/25/06 | Butler, Jr. J | 10.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,922.00** |
| Out-of-Town Meals | 03/30/06 | Meisler RE | 22.79 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 05/21/06 | Butler, Jr. J | 49.25 |
| Out-of-Town Meals | 05/21/06 | Butler, Jr. J | 21.98 |
| Out-of-Town Meals | 05/30/06 | Meisler RE | 34.44 |
| Out-of-Town Meals | 05/30/06 | Butler, Jr. J | 20.98 |
| Out-of-Town Meals | 05/30/06 | Butler, Jr. J | 17.73 |
| Out-of-Town Meals | 06/05/06 | Butler, Jr. J | 9.99 |
| Out-of-Town Meals | 06/05/06 | Butler, Jr. J | 22.90 |
| Out-of-Town Meals | 06/07/06 | Butler, Jr. J | 25.98 |
| Out-of-Town Meals | 06/11/06 | Butler, Jr. J | 20.98 |
| Out-of-Town Meals | 06/19/06 | Butler, Jr. J | 9.49 |
| Out-of-Town Meals | 06/25/06 | Butler, Jr. J | 13.49 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$270.00** |
| Contracted Catering-NY | 05/01/06 | Butler, Jr. J | 1,127.48 |
| Contracted Catering-NY | 05/02/06 | Butler, Jr. J | 724.26 |
| Contracted Catering-NY | 05/02/06 | Butler, Jr. J | 407.51 |
| Contracted Catering-NY | 05/02/06 | Butler, Jr. J | 203.75 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$2,463.00** |
| CLR/Disclosure | 05/31/06 | Teleconferencing Services, LLC | 22.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$22.00** |
| Air Phone Charges | 06/18/06 | Butler, Jr. J | 37.00 |
| | | **TOTAL AIR PHONE CHARGES** | **$37.00** |
| Wireless - Mobile/Cellular/Pager | 05/15/06 | Meisler RE | 3.14 |
| Wireless - Mobile/Cellular/Pager | 06/15/06 | Meisler RE | 4.90 |
| Wireless - Mobile/Cellular/Pager | 06/18/06 | Butler, Jr. J | 54.96 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$63.00** |
| | | **TOTAL MATTER** | **$6,869.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  Bill Date: 08/31/06
**Business Operations/Strategic Planning**  Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 07/12/06 | 3.20 | PREPARE FOR (0.4) AND PARTICIPATE IN STRATEGY MEETING AT COMPANY IN TROY (2.8). |
| BUTLER, JR. J | 07/13/06 | 0.40 | PREPARE FOR JULY 17TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW OF ENVIRONMENTAL TRUST PRESENTATION (0.4). |
| BUTLER, JR. J | 07/14/06 | 0.30 | CONTINUE TO PREPARE FOR JULY 17TH DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW OF ENVIRONMENTAL TRUST PRESENTATION (0.3). |
| BUTLER, JR. J | 07/16/06 | 1.20 | CONTINUE TO PREPARE FOR JULY 17TH DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY INCLUDING REVIEW OF TRW TRANSACTION MATERIALS (1.2). |
| BUTLER, JR. J | 07/17/06 | 3.10 | PREPARE FOR (0.3) AND PARTICIPATE IN (2.8) DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 07/23/06 | 0.70 | PREPARE FOR JULY 24TH STRATEGY MEETING AT COMPANY IN TROY (0.7). |
| BUTLER, JR. J | 07/24/06 | 6.20 | PREPARE FOR (0.6) AND ATTEND (5.6) STRATEGY MEETING AT COMPANY IN TROY WITH S. MILLER, R. O'NEAL, B. DELLINGER, J. SHEEHAN, J. BERTRAND, D. RESNICK, R. EISENBERG, B. SHAW AND OTHERS. |
| BUTLER, JR. J | 07/25/06 | 2.60 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.5) STRATEGY TELECONFERENCE MEETING WITH S. MILLER, R. O'NEAL, B. DELLINGER, J. BERTRAND, D. RESNICK, B. SHAW AND OTHERS; DRAFT AND REVISE TALKING POINTS (0.8). |
| BUTLER, JR. J | 07/26/06 | 1.80 | REVIEW AND REVISE STRATEGIC TALKING POINTS (1.4); EMAILS AND TELECONFERNCES WITH R. O'NEAL, D. RESNICK AND D. DELLINGER RE SAME (0.4). |
| BUTLER, JR. J | 07/28/06 | 0.40 | BEGIN TO PREPARE FOR JULY 31ST DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY INCLUDING REVIEW OF MATERIALS FROM B. SHAW AT ROTHSCHILD (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 07/30/06 | 0.60 | PREPARE FOR JULY 31ST DELPHI TRANSFORMATION COMMITTEE MEETING AT COMPANY IN TROY (0.6). |
| BUTLER, JR. J | 07/31/06 | 5.30 | PREPARE FOR (0.4) AND ATTEND (3.9) DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY (0.3); REVIEW PRELIMINARY 5+7 BUSINESS FORECAST (0.7). |
| | | **25.80** | |
| COCHRAN EL | 07/12/06 | 2.70 | PARTICIPATED IN DTM (2.7). |
| COCHRAN EL | 07/14/06 | 1.00 | PARTICIPATED IN SENIOR STRATEGY CALL (1.0). |
| COCHRAN EL | 07/17/06 | 2.30 | PARTICIPATED IN DTM (2.3). |
| COCHRAN EL | 07/21/06 | 1.60 | PARTICIPATED IN SENIOR STRATEGY CALL (1.6). |
| COCHRAN EL | 07/31/06 | 5.20 | PREPARED FOR DTM (0.7); PARTICIPATED IN DTM (4.5). |
| | | **12.80** | |
| FURFARO JP | 07/21/06 | 1.00 | ATTEND SENIOR STRATEGY CONFERENCE CALL TO DISCUSS CASE ADMINISTRATION (1.0). |
| FURFARO JP | 07/28/06 | 0.70 | PREPARE FOR AND PARTICIPATE IN STRATEGY CONFERENCE (0.7). |
| | | **1.70** | |
| LYONS JK | 07/14/06 | 1.30 | PARTICIPATION IN SENIOR STRATEGY CALL (1.3). |
| LYONS JK | 07/21/06 | 1.30 | PARTICIPATION IN SENIOR STRATEGY CALL (1.3). |
| | | **2.60** | |
| MARAFIOTI KA | 07/11/06 | 0.20 | TELECONFERENCE FROM K. CRAFT RE: DAVIS-STANDARD SALE TO DELPHI AND CORRESPONDENCE WITH L. HARRISON RE: SAME (0.2). |
| MARAFIOTI KA | 07/14/06 | 0.80 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.8). |
| MARAFIOTI KA | 07/17/06 | 0.30 | DEVELOP STRATEGY RE: PROGRESSIONS OF CASE (0.3). |
| MARAFIOTI KA | 07/21/06 | 1.80 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.4); ANALYZE COOPERSVILLE CONSOLIDATION ISSUES (0.4). |
| MARAFIOTI KA | 07/24/06 | 0.10 | CORRESPONDENCE RE: COOPERSVILLE CONSOLIDATION (0.1). |
| MARAFIOTI KA | 07/25/06 | 0.10 | CORRESPONDENCE RE: COOPERSVILLE (0.1). |
| MARAFIOTI KA | 07/28/06 | 1.00 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.4); SUBSEQUENT CASE STRATEGY CALLS (0.6). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 07/29/06 | 1.10 | STRATEGY CALL RE: GM, COMMITTEE, AND LABOR ISSUES (0.8); FOLLOWUP CORRESPONDENCE (0.3). |
| | | **5.40** | |
| PANAGAKIS GN | 07/14/06 | 1.00 | PARTICIPATE ON WORKING GROUP STRATEGY CALL AND FOLLOW UP CALLS RE: PENDING CASE MATTERS (1.0). |
| PANAGAKIS GN | 07/21/06 | 1.00 | PARTICIPATE ON WORKING GROUP STRATEGY CALL (1.0). |
| PANAGAKIS GN | 07/28/06 | 0.60 | PARTICIPATE ON CALL RE: CASE STRATEGY (0.6). |
| | | **2.60** | |
| WEXLER MP | 07/13/06 | 0.30 | REVIEW REAL ESTATE MATTERS IN PREPARATION FOR SENIOR STRATEGY CALL (0.3). |
| WEXLER MP | 07/14/06 | 0.80 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.8). |
| WEXLER MP | 07/21/06 | 1.50 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (1.5). |
| WEXLER MP | 07/27/06 | 0.30 | REVIEW STATUS OF REAL ESTATE ISSUES AND AGENDA FOR SENIOR STRATEGY CALL (0.3). |
| WEXLER MP | 07/28/06 | 0.40 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.4). |
| | | **3.30** | |
| **Total Partner** | | **54.20** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 07/13/06 | 0.40 | PREPARING AGENDA FOR SENIOR STRATEGY CONFERENCE CALL ON 7/14 (0.4). |
| MATZ TJ | 07/14/06 | 1.00 | PARTICIPATING IN SENIOR STRATEGY CONFERENCE CALL (0.7); FOLLOW UP RE: SAME (0.3). |
| MATZ TJ | 07/20/06 | 0.50 | PREPARING AGENDA FOR SENIOR STRATEGY CONFERENCE CALL (0.5). |
| MATZ TJ | 07/21/06 | 1.70 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL RE: OUTSTANDING AND ONGOING MATTERS (1.4); FOLLOW UP RE: SAME (0.3). |
| MATZ TJ | 07/27/06 | 0.40 | PREPARING AGENDA FOR 7/28 SENIOR STRATEGY CONFERENCE CALL (0.4). |
| MATZ TJ | 07/28/06 | 0.40 | PARTICIPATING IN SENIOR STRATEGY CONFERENCE CALL WITH S. CORCORAN, K. CRAFT OF DELPHI, N. BERGER OF TOGUT AND SKADDEN TEAM (0.4). |
| | | **4.40** | |
| **Total Counsel** | | **4.40** | |
| FERN BM | 07/11/06 | 0.80 | REVIEWED ISSUES RE: IT OUTSOURCING AGREEMENTS (0.3); BEGAN DRAFTING IT OUTSOURCING MOTION (0.5). |
| FERN BM | 07/12/06 | 1.90 | COMPLETED DRAFT TEMPLATE OF IT OUTSOURCING MOTION (1.9). |
| FERN BM | 07/21/06 | 1.20 | REVIEWED MATERIALS RE: IT OUTSOURCING (0.8); ADDITIONAL REVIEW OF BACKGROUND MATERIALS RE: SAME (0.4). |
| FERN BM | 07/25/06 | 3.90 | REVIEWED DOCUMENTS RE: IT OUTSOURCING AGREEMENTS (2.4); FORMULATE STRATEGY RE: IT OUTSOURCING (0.8); REVIEWED DOCUMENTS RE: IT OUTSOURCING (0.7). |
| FERN BM | 07/26/06 | 2.10 | REVIEWED AND REVISED IT OUTSOURCING MOTION (2.1). |
| FERN BM | 07/27/06 | 2.70 | REVISED IT OUTSOURCING MOTION (2.7). |
| FERN BM | 07/28/06 | 2.70 | REVIEWED PRESENTATION RE: IT OUTSOURCING PROJECT (0.6); REVISED IT OUTSOURCING MOTION (2.1). |
| | | **15.30** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 07/10/06 | 0.30 | DRAFT CORRESPONDENCE RE: IT OUTSOURCING INITIATIVE (0.3). |
| MEISLER RE | 07/11/06 | 1.30 | CONTINUED WORKING ON IT OUTSOURCING INITIATIVE (0.6); CONFERENCE WITH M. LOEB RE: SAME (0.7). |
| MEISLER RE | 07/12/06 | 0.80 | TELECONFERENCE WITH K. CRAFT RE: PBR (0.1); ATTENTION TO SAME (0.2); REVIEW DRAFT IT OUTSOURCING MOTION (0.5). |
| MEISLER RE | 07/13/06 | 1.50 | TELECONFERENCE WITH D. SHERBIN, L. EADY, M. LEOB, AND T. MCCABE RE: IT OUTSOURCING INITIATIVE (1.0); FOLLOW UP RE: SAME (0.5). |
| MEISLER RE | 07/14/06 | 1.00 | PREPARE FOR SENIOR STRATEGY CALL (0.2); PARTICIPATE ON SAME (0.8). |
| MEISLER RE | 07/17/06 | 0.40 | CONTINUED REVIEW OF IT OUTSOURCING INITIATIVE (0.4). |
| MEISLER RE | 07/21/06 | 1.50 | PARTICIPATE ON SENIOR STRATEGY CALL (1.5). |
| MEISLER RE | 07/26/06 | 0.10 | DRAFT CORRESPONDENCE TO M. LOEB RE: IT OUTSOURCING (0.1). |
| MEISLER RE | 07/27/06 | 2.50 | CONFERENCE WITH M. LOEB RE: IT OUTSOURCING (0.1); CONTINUED ANALYSIS OF IT OUTSOURCING INITIATIVE AND REVIEW DRAFT MOTION RE: SAME (2.4). |
| MEISLER RE | 07/28/06 | 1.60 | PREPARE FOR SENIOR STRATEGY CALL (0.2); PARTICIPATE ON SAME (0.4); REVIEW PRESENTATION RE: IT OUTSOURCING (0.8); TELECONFERENCE WITH M. LOEB RE: SAME (0.2). |
| MEISLER RE | 07/29/06 | 0.20 | REVIEW ORDER APPROVING AGREEMENT WITH BOOZ ALLEN (0.1); DRAFT RESPONSE TO J. SHEEHAN RE: SAME (0.1). |
| | | **11.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 07/25/06 | 1.10 | REVIEW STATUS OF AND STRATEGIZE RE: GO FORWARD APPROACH FOR IT OUTSOURCING MOTION (0.7); REVIEW PRECEDENT RE: MOTIONS TO FILE UNDER SEAL IN CONNECTION WITH SAME (0.4). |
| PERL MW | 07/27/06 | 1.40 | REVIEW IT OUTSOURCING MOTION AND PRECEDENT RE: MOTION TO FILE UNDER SEAL (0.9); BEGIN DRAFTING MOTION TO FILE UNDER SEAL (0.5). |
| PERL MW | 07/30/06 | 0.30 | REVIEW PRECEDENT IN CONNECTION WITH IT OUTSOURCING MOTION TO FILE UNDER SEAL (0.3). |
| | | **2.80** | |
| STUART NL | 07/10/06 | 1.20 | REVIEW COOPERSVILLE CONSOLIDATION MATERIALS (1.2). |
| STUART NL | 07/11/06 | 1.80 | BEGIN DRAFTING COOPERSVILLE CONSOLIDATION MOTION (1.8). |
| STUART NL | 07/12/06 | 1.90 | CONTINUE TO DRAFT COOPERSVILLE CONSOLIDATION PAPERS (1.9). |
| STUART NL | 07/18/06 | 3.50 | CONTINUE TO REVIEW DOCUMENTS IN CONNECTION WITH COOPERSVILLE CONSOLIDATION (1.3); CONTINUE TO DRAFT AND REVISE MOTION (2.2). |
| STUART NL | 07/24/06 | 1.10 | TELECONFERENCE RE: COOPERSVILLE CONSOLIDATION WITH D. SHERBIN (0.5); DRAFT SUMMARY RE: SAME (0.6). |
| STUART NL | 07/26/06 | 2.30 | DRAFT LETTER TO UCC AND EC RE: COOPERSVILLE CONSOLIDATION (2.3). |
| STUART NL | 07/29/06 | 0.60 | REVIEW AND REVISE LETTER RE: COOPERSVILLE CONSOLIDATION (0.6). |
| | | **12.40** | |
| ~~WILSON LD~~ | ~~07/14/06~~ | ~~0.50~~ | ~~PARTICIPATE ON SENIOR STRATEGY CALL (0.5).~~ |
| ~~WILSON LD~~ | ~~07/21/06~~ | ~~1.30~~ | ~~PARTICIPATE ON SENIOR STRATEGY CALL (1.3).~~ |
| | | ~~1.80~~ | |
| ZAMBRANO K | 07/12/06 | 1.20 | REVIEW AND PREPARE PRESENTATION FOR THE DTM (1.2). |
| | | **1.20** | |
| **Total Associate** | | **44.70** | |
| **TOTAL TIME** | | **103.30** | |

27

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 08/31/06
**Business Operations/Strategic Planning**  Bill Number: 1122597

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/21/06 | Copy Center, D | 78.40 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 0.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$79.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.69 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.05 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.15 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.11 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 0.52 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 20.58 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 43.49 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 90.16 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 18.25 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$173.00** |
| Air/Rail Travel (external) | 07/12/06 | Butler, Jr. J | 262.30 |
| Air/Rail Travel (external) | 07/16/06 | Butler, Jr. J | 119.50 |
| Air/Rail Travel (external) | 07/23/06 | Butler, Jr. J | 432.30 |
| Air/Rail Travel (external) | 07/30/06 | Butler, Jr. J | 344.90 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$1,159.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Travel | 07/12/06 | Butler, Jr. J | 56.36 |
| Out-of-Town Travel | 07/12/06 | Butler, Jr. J | 10.50 |
| Out-of-Town Travel | 07/16/06 | Butler, Jr. J | 226.80 |
| Out-of-Town Travel | 07/16/06 | Butler, Jr. J | 9.50 |
| Out-of-Town Travel | 07/16/06 | Butler, Jr. J | 89.76 |
| Out-of-Town Travel | 07/23/06 | Butler, Jr. J | 19.00 |
| Out-of-Town Travel | 07/23/06 | Butler, Jr. J | 99.56 |
| Out-of-Town Travel | 07/23/06 | Butler, Jr. J | 226.80 |
| Out-of-Town Travel | 07/30/06 | Butler, Jr. J | 226.80 |
| Out-of-Town Travel | 07/30/06 | Butler, Jr. J | 84.42 |
| Out-of-Town Travel | 07/30/06 | Butler, Jr. J | 10.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,060.00** |
| Out-of-Town Meals | 07/12/06 | Butler, Jr. J | 9.49 |
| Out-of-Town Meals | 07/16/06 | Butler, Jr. J | 15.48 |
| Out-of-Town Meals | 07/23/06 | Butler, Jr. J | 22.96 |
| Out-of-Town Meals | 07/30/06 | Butler, Jr. J | 12.98 |
| Out-of-Town Meals | 07/30/06 | Butler, Jr. J | 15.09 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$76.00** |
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 4.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$4.00** |
| Contracted Catering-NY | 07/17/06 | Butler, Jr. J | 695.96 |
| Contracted Catering-NY | 07/18/06 | Butler, Jr. J | 451.04 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$1,147.00** |
| | | **TOTAL MATTER** | **$3,700.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**                                    Bill Date: 09/30/06
**Business Operations/Strategic Planning**                      Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 08/01/06 | 0.70 | FOLLOW-UP ON MATTERS FROM JULY 31 DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY (0.3); REVIEW REVISED PRELIMINARY 5 + 7 BUSINESS FORECAST (0.4). |
| BUTLER, JR. J | 08/03/06 | 0.70 | CONTINUE TO REVIEW 5+7 BUSINESS FORECAST (0.7). |
| BUTLER, JR. J | 08/04/06 | 1.50 | BEGIN TO PREPARE FOR AUGUST 7TH DELPHI TRANSFORMATION MEETING AT THE COMPANY IN TROY INCLUDING TELECONFERENCE WITH R. O'NEAL (0.3); REVIEW MATERIALS FROM ROTHSCHILD RE: SAME (0.9); EMAIL TO R. EISENBERG AND D. RESNICK RE: FINANCIAL ADVISOR INPUT (0.3). |
| BUTLER, JR. J | 08/06/06 | 0.40 | CONTINUE TO PREPARE FOR AUGUST 7TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 08/07/06 | 5.10 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.8) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.4); REVIEW REVISED 5+7 PRESENTATION (0.3); PREPARE FOR (0.3) AND PARTICIPATE IN (2.1) SENIOR LEADERSHIP MEETINGS AT COMPANY. |
| BUTLER, JR. J | 08/13/06 | 0.80 | PREPARE FOR AUGUST 14TH DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY (0.8). |
| BUTLER, JR. J | 08/14/06 | 2.70 | PREPARE FOR (0.5) AND ATTEND (2.2) DELPHI TRANSFORMATION COMMITTEE AT COMPANY IN TROY. |
| BUTLER, JR. J | 08/20/06 | 0.40 | PREPARE FOR AUGUST 21ST EXECUTIVE LEADERSHIP STRATEGY MEETING AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 08/21/06 | 2.30 | PREPARE FOR (0.3) AND ATTEND (1.8) EXECUTIVE LEADERSHIP STRATEGY MEETING AT COMPANY IN TROY; REVIEW OPERATING METRICS INFORMATION FROM R. O'NEAL (0.2). |
| BUTLER, JR. J | 08/25/06 | 0.90 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.6) WORKING GROUP TELECONFERENCE WITH J. SHEEHAN, S. CORCORAN AND K. CRAFT RE: CASE UPDATE AND PLANNING FOR WEEK OF AUGUST 28TH. |
| BUTLER, JR. J | 08/27/06 | 0.70 | PREPARE FOR AUGUST 28TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.7). |

20                                                                B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 08/28/06 | 5.40 | PREPARE FOR (0.3) AND PARTICIPATE IN (0.6) STRATEGIC MEETINGS WITH S. MILLER AND D. SHERBIN AT COMPANY IN TROY; PREPARE FOR (0.2) AND PARTICIPATE IN DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (1.8); PREPARE FOR (0.3) AND PARTICIPATE IN (1.9) STRATEGIC PLANNING MEETING WITH S. MILLER, R. O'NEAL AND SENIOR OFFICERS WITH ROTHSCHILD AND FTI AT COMPANY IN TROY; REVIEW EMAIL FROM J. BERTRAND AND RELATED MATERIALS RE: IMPACT OF TIMING OF FRAMEWORK ON LABOR AGREEMENTS ON TRANSFORMATION PLAN (0.3) . |
| BUTLER, JR. J | 08/31/06 | 0.40 | REVIEW EMAIL FROM R. O'NEAL AND MATERIALS RE: INTERNAL ASSESSMENT OF ATTRITION PROGRAM IMPLEMENTATION AND RELATED MATTERS (0.4). |
| | | **22.00** | |
| COCHRAN EL | 08/07/06 | 2.10 | PARTICIPATE IN DTM (2.1). |
| COCHRAN EL | 08/28/06 | 2.30 | PARTICIPATION IN DTM (2.3). |
| | | **4.40** | |
| MARAFIOTI KA | 08/07/06 | 0.50 | WORK ON DRAFT OF CORRESPONDENCE TO COMMITTEES RE: COOPERSVILLE WIND DOWN (0.5). |
| MARAFIOTI KA | 08/08/06 | 0.30 | CONTINUE WORK ON COOPERSVILLE LETTER TO STATUTORY COMMITTEES (0.3). |
| MARAFIOTI KA | 08/09/06 | 0.70 | REVISE LETTER RE: COOPERSVILLE SITUATION (0.1); REVIEW MEMO RE: TRW (0.4); UPDATE RE: STRATEGIC PLANNING MATTERS (0.2). |
| MARAFIOTI KA | 08/11/06 | 0.70 | DEVELOP STRATEGY RE: CASE DEVELOPMENT (0.7). |
| MARAFIOTI KA | 08/25/06 | 0.60 | SENIOR STRATEGY CALL (0.6). |
| | | **2.80** | |
| PANAGAKIS GN | 08/04/06 | 0.50 | PARTICIPATE ON CALLS RE: SENIOR STRATEGY MATTERS (0.5). |
| PANAGAKIS GN | 08/15/06 | 0.80 | MEETINGS WITH MANAGEMENT AND OTHER ADVISORS RE: PENDING MATTERS (0.8). |
| PANAGAKIS GN | 08/16/06 | 0.50 | PARTICIPATE IN MEETINGS WITH MANAGEMENT RE: SENIOR STRATEGY (0.5). |
| PANAGAKIS GN | 08/25/06 | 0.90 | PARTICIPATE ON WEEKLY SENIOR STRATEGY AND ATTEND TO FOLLOW UP MATTERS RE: SAME (0.9). |
| | | **2.70** | |
| **Total Partner** | | **31.90** | |
| MATZ TJ | 08/24/06 | 0.40 | PREPARE AGENDA FOR SENIOR STRATEGY CONFERENCE CALL (0.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 08/25/06 | 0.60 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.6). |
| MATZ TJ | 08/30/06 | 0.80 | REVIEW AND ANALYZE POST-PETITION INFORMATION REQUIREMENTS OF CASH MANAGEMENT ORDER, VARIOUS REPORTING REQUIREMENTS (0.8). |
| MATZ TJ | 08/31/06 | 0.10 | CORRESPONDENCE WITH SKADDEN TEAM, TOGUT, COMPANY RE: SENIOR STRATEGY CALL (0.1). |
| | | **1.90** | |
| **Total Counsel** | | **1.90** | |
| FERN BM | 08/07/06 | 5.20 | REVIEW ADDITIONAL MATERIALS RE: IT OUTSOURCING (3.3); REVIEW IT OUTSOURCING AGREEMENTS AND ANALYZED ISSUES RE: INDEMNIFICATION (1.1); REVIEW AND COMMENTED ON PRESENTATION RE: IT OUTSOURCING (0.8). |
| FERN BM | 08/08/06 | 4.60 | REVISE PRESENTATION RE: IT OUTSOURCING (1.4); REVIEW MATERIALS RE: IT OUTSOURCING (1.1); REVIEW CASH MANAGEMENT ORDER (0.3); REVIEW MECHANICS OF COMPANION AGREEMENTS UNDER IT OUTSOURCING (0.6); REVIEW MATERIALS RE: INTERCOMPANY TRANSACTIONS (0.9), AND EMAIL TO M. LOEBE RE: SAME (0.3). |
| FERN BM | 08/09/06 | 6.30 | REVIEW IT OUTSOURCING AGREEMENTS (0.9); EMAIL FROM M. LOEBE RE: INTERCOMPANY TRANSFERS (0.2); CONTINUE DRAFTING IT OUTSOURCING MOTION (4.2); REVIEW IT OUTSOURCING AGREEMENTS (1.0). |
| FERN BM | 08/10/06 | 7.20 | CONTINUE DRAFTING IT OUTSOURCING MOTION (4.3); DRAFT TIMELINE RE: IT MOTION (0.9); REVIEW AND REVISED IT OUTSOURCING MOTION (2.0). |
| FERN BM | 08/11/06 | 4.90 | REVIEW MOTION TO OUT SOURCE IT SERVICES (0.3); REVIEW AND REVISE DRAFT OF IT OUTSOURCING MOTION (3.8); REVIEW AND COMMENT ON MOTION TO FILE UNDER SEAL (0.8). |
| FERN BM | 08/14/06 | 2.10 | REVIEW AND REVISE IT OUTSOURCING MOTION (1.3); REVIEW TERMS OF IT OUTSOURCING AGREEMENTS (0.8). |
| FERN BM | 08/15/06 | 5.30 | REVIEW IT OUTSOURCING MOTION (2.4); ANALYZE ISSUES RE: CORPORATE FORM (0.6); DRAFT PROPOSED ORDER RE: IT OUTSOURCING (0.6); REVIEW AND COMMENT ON MOTION TO FILE UNDER SEAL (1.4); EMAILS TO/FROM M. LOEB RE: IT OUTSOURCING (0.3). |
| FERN BM | 08/17/06 | 0.20 | EVALUATE TIMING OF IT MOTION (0.2). |

B43E