Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 08/18/06 | 0.90 | REVISE TIMELINE RE: IT OUTSOURCING (0.2); REVISE IT OUTSOURCING MOTION (0.5); EMAIL TO A. FRUMKEN RE: IT OUTSOURCING (0.2). |
| FERN BM | 08/21/06 | 0.30 | UPDATE TASK LIST RE: IT OUTSOURCING (0.3). |
| FERN BM | 08/22/06 | 0.70 | REVISE IT OUTSOURCING PLEADINGS (0.7). |
| FERN BM | 08/23/06 | 1.60 | EVALUATE ISSUES RE: IT OUTSOURCING MOTION (0.7); REVISE IT OUTSOURCING MOTION (0.5); EMAIL TO M. LOEB RE: IT AGREEMENTS (0.4). |
| FERN BM | 08/31/06 | 0.60 | ORGANIZE AND EVALUATE MATERIALS RE: IT OUTSOURCING (0.6). |
| | | **39.90** | |
| HERRIOTT AV | 08/08/06 | 0.40 | DRAFT PRESENTATION TO DELPHI LAW DEPARTMENT RE: VARIOUS TRANSFORMATION ISSUES (0.4). |
| HERRIOTT AV | 08/21/06 | 0.80 | REVIEW PHASE 3 BOOZ ALLEN CONTRACT AND BEGIN PREPARATION OF NOTICE IN ACCORDANCE WITH THE COURT'S BOOZ ALLEN ORDER (0.8). |
| HERRIOTT AV | 08/23/06 | 0.90 | DRAFT NOTICE TO CREDITORS' COMMITTEE AND US TRUSTEE FOR ENGAGEMENT OF BOOZ ALLEN FOR IMPLEMENTATION PHASE OF PROJECT IN ACCORDANCE WITH COURT'S ORDER (0.9). |
| | | **2.10** | |
| HOUSTON BM | 08/26/06 | 4.60 | BEGIN REVIEWING DOCS RE: JOINT VENTURE (4.6). |
| | | **4.60** | |
| MEISLER RE | 08/01/06 | 1.50 | PREPARE FOR IT OUTSOURCING CONFERENCE CALL INCLUDING REVIEW OF PRESENTATION RE: SAME (0.5); TELECONFERENCE WITH L. EADY, T. MCCABE, M. LOEB, A. FRANKUM, AND R. EISENBERG RE: SAME (1.0). |
| MEISLER RE | 08/02/06 | 1.30 | TELECONFERENCE WITH A. FRANKUM RE: IT OUTSOURCING (0.2); REVIEW AND COMMENT ON IT OUTSOURCING PRESENTATION (1.1). |
| MEISLER RE | 08/03/06 | 1.10 | CONTINUED REVIEW OF IT OUTSOURCING PRESENTATION (0.3); TELECONFERENCE WITH A. FRANKUM RE: SAME (0.5); DRAFT FOLLOW UP NOTES RE: SAME (0.2); DRAFT CORRESPONDENCE RE: RE: SAME (0.1). |
| MEISLER RE | 08/04/06 | 2.00 | REVIEW STATUS RE: BATELLE (0.1); REVIEW AND COMMENT ON IT OUTSOURCING PRESENTATION (1.2); CONTINUE ANALYSIS OF ENTRY INTO CONTRACTS RE: SAME (0.3); TELECONFERENCE WITH C. WU RE: COMMENTS TO SAME (0.2); FOLLOW UP QUESTIONS RE: SAME (0.2). |

23

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 08/07/06 | 2.70 | CONTINUE ANALYSIS OF IT OUTSOURCING INITIATIVE (0.5); CONTINUE REVIEW OF IT OUTSOURCING PRESENTATION (1.9); TELECONFERENCE WITH A. FRANKUM RE: SAME (0.3). |
| MEISLER RE | 08/08/06 | 1.00 | REVIEW AND REVISE DRAFT LETTER RE: COOPERSVILLE (0.1); REVIEW OF STATUS OF MEETINGS WITH UCC RE: IT OUTSOURCING (0.2); ANALYSIS OF CONTRACT (0.3); TELECONFERENCES WITH A. FRANKUM RE: SAME (0.3); TELECONFERENCE WITH K. CRAFT RE: SAP ROLL OUT (0.1). |
| MEISLER RE | 08/09/06 | 0.30 | CONTINUE TO REVIEW AND COMMENT ON CORRESPONDENCE RE: COOPERSVILLE (0.2); REVIEW M. LOEB CORRESPONDENCE RE: IT OUTSOURCING (0.1). |
| MEISLER RE | 08/10/06 | 0.40 | DRAFT CORRESPONDENCE TO S. CORCORAN RE: COOPERSVILLE (0.1); ANALYSIS OF POTENTIAL OCTOBER FILING RE: IT OUTSOURCING (0.3). |
| MEISLER RE | 08/11/06 | 0.30 | FURTHER REVIEW OF IT OUTSOURCING INITIATIVE (0.1); REVIEW COMPARABLE FILINGS (0.2). |
| MEISLER RE | 08/14/06 | 0.60 | REVIEW AND COMMENT ON DRAFT OF IT OUTSOURCING MOTION (0.6). |
| MEISLER RE | 08/15/06 | 0.20 | CONTINUE TO WORK ON IT OUTSOURCING INITIATIVE (0.2). |
| MEISLER RE | 08/18/06 | 0.10 | DRAFT CORRESPONDENCE TO E. GERSHBEIN RE: DELPHI DOCKET (0.1). |
| MEISLER RE | 08/21/06 | 0.90 | REVIEW PHASE III BOOZ ALLEN LETTER (0.9). |
| MEISLER RE | 08/23/06 | 0.20 | DRAFT INTERNAL CORRESPONDENCE RE: IT OUTSOURCING MOTION (0.2). |
| MEISLER RE | 08/24/06 | 0.30 | REVIEW AND COMMENT ON AGENDA FOR SENIOR STRATEGY CALL (0.3). |
| MEISLER RE | 08/25/06 | 1.20 | PREPARE FOR SENIOR CALL (0.3); PARTICIPATE ON SAME (0.9). |
| | | **14.10** | |
| PERL MW | 08/04/06 | 0.60 | CONTINUE TO WORK ON MOTION TO FILE IT OUTSOURCING AGREEMENTS UNDER SEAL (0.6). |
| PERL MW | 08/06/06 | 1.80 | CONTINUE TO WORK ON MOTION AND ORDER TO FILE IT OUTSOURCING AGREEMENTS UNDER SEAL, INCLUDING REVIEW OF MOTION AND CASE LAW RE: SAME (1.8). |
| PERL MW | 08/07/06 | 3.20 | REVIEW AND REVISE MOTION AND ORDER TO FILE IT OUTSOURCING AGREEMENTS UNDER SEAL (1.8); REVIEW UNDERLYING MOTION TO ENTER INTO AGREEMENTS AND LEGAL PRECEDENT (0.4) AND LEGAL PRECEDENT FOR MOTION TO FILE UNDER SEAL (1.0). |

24

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| PERL MW | 08/11/06 | 0.30 | REVIEW COMMENTS TO MOTION TO FILE IT OUTSOURCING AGREEMENTS UNDER SEAL AND REVIEW LOCAL RULES RE: SAME (0.3). |
| PERL MW | 08/14/06 | 2.70 | REVIEW AND REVISE MOTION AND ORDER TO FILE IT OUTSOURCING AGREEMENTS UNDER SEAL, INCLUDING REVIEW OF LOCAL RULES, CASE MANAGEMENT PROCEDURES, AND PRECEDENT (2.3); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.4). |
| PERL MW | 08/21/06 | 0.30 | REVIEW AND REVISE MOTION AD ORDER TO FILE IT OUTSOURCING AGREEMENT UNDER SEAL (0.3). |
| | | **8.90** | |
| STUART NL | 08/07/06 | 1.20 | REVISE LETTER RE: COOPERSVILLE CONSOLIDATION (0.9); RESEARCH RE: SAME (0.3). |
| STUART NL | 08/28/06 | 0.30 | REVISE LETTER RE: COOPERSVILLE CONSOLIDATION (0.3). |
| | | **1.50** | |
| **Total Associate** | | **71.10** | |
| DEMMA J | 08/09/06 | 1.60 | UPDATE ATTORNEY DTM FILES (1.6). |
| DEMMA J | 08/24/06 | 1.10 | UPDATE DTM MATERIALS (1.1). |
| | | **2.70** | |
| ~~ROSEN R~~ | ~~08/16/06~~ | ~~1.70~~ | ~~REVIEW SEC FILINGS, COMPILE AND FORWARD COPIES OF DELPHI TRUST I AND DELPHI TRUST II 2003 TRUST PREFERRED SECURITIES TO REQUESTING TEAM ATTORNEYS (1.6); TELECONFERENCES WITH B. KAPLAN, SHEARMAN & STERLING RE: SAME (0.1).~~ |
| | | ~~1.70~~ | |
| **Total Legal Assistant** | | **4.40** | |
| **TOTAL TIME** | | **109.30** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  
**Business Operations/Strategic Planning**

Bill Date: 09/30/06  
Bill Number: 1128097

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/04/06 | Copy Center, D | 4.37 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 0.63 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$5.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 5.64 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 3.90 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.43 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$10.00** |
| Westlaw | 08/10/06 | Herriott AV | 14.22 |
| Westlaw | 08/11/06 | Herriott AV | 93.78 |
| | | **TOTAL WESTLAW** | **$108.00** |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 36.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$36.00** |
| Air/Rail Travel (external) | 08/07/06 | Butler, Jr. J | 174.63 |
| Air/Rail Travel (external) | 08/13/06 | Butler, Jr. J | 85.14 |
| Air/Rail Travel (external) | 08/21/06 | Butler, Jr. J | 359.26 |
| Air/Rail Travel (external) | 08/28/06 | Butler, Jr. J | 238.97 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$858.00** |
| Out-of-Town Travel | 08/07/06 | Butler, Jr. J | 52.28 |
| Out-of-Town Travel | 08/07/06 | Butler, Jr. J | 20.13 |
| Out-of-Town Travel | 08/07/06 | Butler, Jr. J | 8.50 |
| Out-of-Town Travel | 08/07/06 | Butler, Jr. J | 113.45 |
| Out-of-Town Travel | 08/13/06 | Butler, Jr. J | 48.04 |
| Out-of-Town Travel | 08/13/06 | Butler, Jr. J | 108.18 |
| Out-of-Town Travel | 08/13/06 | Butler, Jr. J | 8.50 |
| Out-of-Town Travel | 08/21/06 | Butler, Jr. J | 102.53 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 08/21/06 | Butler, Jr. J | 14.00 |
| Out-of-Town Travel | 08/28/06 | Butler, Jr. J | 43.39 |
| Out-of-Town Travel | 08/28/06 | Butler, Jr. J | 6.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$525.00** |
| Out-of-Town Meals | 08/07/06 | Butler, Jr. J | 13.11 |
| Out-of-Town Meals | 08/13/06 | Butler, Jr. J | 8.07 |
| Out-of-Town Meals | 08/21/06 | Butler, Jr. J | 21.19 |
| Out-of-Town Meals | 08/28/06 | Butler, Jr. J | 14.63 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$57.00** |
| Wireless - Mobile/Cellular/Pager | 08/17/06 | Butler, Jr. J | 50.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$50.00** |
| | | **TOTAL MATTER** | **$1,649.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)                           Bill Date: 10/31/06
Business Operations/Strategic Planning             Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 09/04/06 | 0.80 | CONTINUE TO PREPARE FOR SEPTEMBER 5TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.8). |
| BUTLER, JR. J | 09/05/06 | 3.40 | PREPARE FOR (0.6) AND PARTICIPATE BUSINESS STRATEGY MEETING AT COMPANY IN TROY INCLUDING MEETINGS WITH S. MILLER, R. O'NEAL, M. WEBER AND PARTICIPATION IN DELPHI TRANSFORMATION MEETING (2.8). |
| BUTLER, JR. J | 09/10/06 | 0.40 | CONTINUE TO PREPARE FOR SEPTEMBER 11TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.4). |
| BUTLER, JR. J | 09/11/06 | 6.10 | PREPARE FOR (0.6) AND ATTEND (3.3) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY; ATTEND STRATEGY MEETINGS WITH S. MILLER, R. O'NEAL, M. WEBER AND OTHERS AT COMPANY IN TROY (2.2). |
| BUTLER, JR. J | 09/14/06 | 1.40 | PREPARE FOR (0.2) AND PARTICIPATE (1.2) IN UPDATE MEETING WITH S. MILLER IN NEW YORK CITY. |
| BUTLER, JR. J | 09/15/06 | 2.30 | PREPARE FOR (0.3) AND PARTICIPATE (0.9) WEEKLY SENIOR LEGAL STRATEGY MEETING; TELECONFERENCES/EMAILS WITH R. O'NEAL AND J. SHEEHAN RE: TRANSFORMATION DISCUSSIONS AND NEXT WEEK (0.2, 0.1, 0.1, 0.3, 0.4). |
| BUTLER, JR. J | 09/16/06 | 0.60 | BEGIN TO WORK ON PRESENTATION FOR SEPTEMBER 21ST DOM MEETING AT COMPANY IN TROY (0.4); EMAILS FROM/TO J. SHEEHAN RE: UPDATE (0.2). |
| BUTLER, JR. J | 09/17/06 | 0.60 | CONTINUE TO PREPARE FOR SEPTEMBER 18TH DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY (0.6). |
| BUTLER, JR. J | 09/18/06 | 3.70 | PREPARE FOR (0.6) AND ATTEND (3.1) DELPHI TRANSFORMATION MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 09/19/06 | 1.20 | PREPARE PRESENTATION MATERIALS FOR SEPTEMBER 20TH COMMUNICATIONS TEAM UPDATE MEETING AND SEPTEMBER 21ST DOM (1.2). |
| BUTLER, JR. J | 09/20/06 | 1.80 | PREPARE FOR (0.3) AND PARTICIPATE (1.5) IN COMMUNICATIONS TEAM MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 09/21/06 | 1.80 | PREPARE FOR (0.4) AND PARTICIPATE (1.4) IN DOM MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 09/22/06 | 0.20 | REVIEW 2007 BUSINESS PLANNING PROCESS MATERIALS FROM J. SHEEHAN (0.2). |

12

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 09/27/06 | 0.70 | REVIEW CASH FLOW PRESENTATION AND RELATED ANALYSIS (0.4); REVIEW STATUS OF OUTSOURCING MOTION (0.1); TELECONFERENCE WITH K. HEALY RE: CONSOLIDATION PROJECT AND OCTOBER 3RD MEETING AT COMPANY RE: SAME (0.2). |
| BUTLER, JR. J | 09/29/06 | 0.90 | PREPARE FOR (0.2) AND PARTICIPATE (0.7) WEEKLY SENIOR LEGAL STRATEGY MEETING. |
| | | **25.90** | |
| COCHRAN EL | 09/08/06 | 0.80 | PARTICIPATE IN SENIOR STRATEGY MEETING (0.8). |
| COCHRAN EL | 09/11/06 | 4.50 | PARTICIPATE IN DTM (4.5). |
| COCHRAN EL | 09/15/06 | 1.20 | PARTICIPATE IN SENIOR STRATEGY CALL (1.2). |
| COCHRAN EL | 09/18/06 | 2.50 | PARTICIPATE IN DTM (2.5). |
| COCHRAN EL | 09/22/06 | 0.70 | PARTICIPATE IN SENIOR STRATEGY CALL (0.7). |
| COCHRAN EL | 09/29/06 | 0.40 | PARTICIPATE IN SENIOR STRATEGY CALL (0.4). |
| | | **10.10** | |
| LYONS JK | 09/01/06 | 0.90 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.9). |
| LYONS JK | 09/08/06 | 2.30 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.0); REVIEW OF IT OUTSOURCING PLEADINGS (1.3). |
| LYONS JK | 09/15/06 | 1.10 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (1.1). |
| LYONS JK | 09/22/06 | 2.10 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.5); REVIEW AND COMMENTS TO IT OUTSOURCING MOTION (1.6). |
| LYONS JK | 09/29/06 | 0.60 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.6). |
| | | **7.00** | |
| MARAFIOTI KA | 09/15/06 | 0.90 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL WITH COMPANY (0.9). |
| MARAFIOTI KA | 09/21/06 | 1.60 | REVIEW AND REVISE EX PARTE MOTION TO FILE INFORMATION TECHNOLOGY OUTSOURCING AGREEMENTS UNDER SEAL (1.1) AND ACCOMPANYING ORDER (0.3); CORRESPONDENCE RE: SAME (0.2). |
| MARAFIOTI KA | 09/22/06 | 1.40 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.5); CONSIDER IT OUTSOURCING CONFIDENTIALITY ISSUES IN CONNECTION WITH MOTION RE: APPROVAL OF IT AGREEMENTS (0.3); REVIEW AND REVISE IT OUTSOURCING MOTION (0.6). |

13                                                                B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 09/25/06 | 0.20 | CONSIDER ISSUES RE: MOTION TO SEAL IT OUTSOURCING MOTION (0.2). |
| MARAFIOTI KA | 09/26/06 | 2.00 | REVIEW AND REVISE IT OUTSOURCING MOTION (1.2), ORDER (0.3); REVIEW BATELLE MOTION RE: TURNOVER OF DOE FUNDS (0.5). |
| MARAFIOTI KA | 09/27/06 | 2.10 | CORRESPONDENCE RE: HP REQUEST IN CONNECTION WITH OUTSOURCING AGREEMENTS (0.1) AND ANALYZE SAME (0.2); REVIEW AND REVISE VERSION OF IT OUTSOURCING MOTION (1.1), ORDER (0.3) AND CORRESPONDENCE RE: SAME (0.4). |
| MARAFIOTI KA | 09/28/06 | 0.10 | EXCHANGE OF CORRESPONDENCE WITH CLIENT RE: PRESS RELEASE (0.1). |
| MARAFIOTI KA | 09/29/06 | 1.20 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.6); FINAL REVIEW AND REVISION OF IT OUTSOURCING MOTION (0.5) AND ORDER (0.1). |
| | | **9.50** | |
| PANAGAKIS GN | 09/01/06 | 0.80 | PARTICIPATE ON CALL RE: STRATEGY MATTERS (0.8). |
| PANAGAKIS GN | 09/06/06 | 1.00 | MEETINGS WITH MANAGEMENT AND OTHER ADVISORS RE: STRATEGY MATTERS (1.0). |
| PANAGAKIS GN | 09/15/06 | 1.30 | PARTICIPATE ON WEEKLY CALL RE: STRATEGY MATTERS (0.8); REVIEW SAME (0.5). |
| PANAGAKIS GN | 09/22/06 | 1.00 | PARTICIPATE ON CALLS RE: STRATEGY (1.0). |
| | | **4.10** | |
| **Total Partner** | | **56.60** | |
| MATZ TJ | 09/05/06 | 1.00 | PARTICIPATE IN UPDATE, STATUS CALL RE: 9/14 OMNIBUS HEARING (0.6); CORRESPONDENCE WITH M. BRONDE RE: BOOZ ALLEN CONTRACT (0.3); CORRESPONDENCE WITH J. SHEEHAN RE: SAME (0.1). |
| MATZ TJ | 09/06/06 | 0.80 | DISCUSSION WITH J. SHEEHAN RE: BOOZ ALLEN IMPLEMENTATION PHASE MATTER (0.6); DISCUSSION WITH M. BRONDE RE: SAME (0.2). |
| MATZ TJ | 09/07/06 | 0.50 | PREPARE AGENDA FOR SENIOR STRATEGY CONFERENCE CALL (0.5). |
| MATZ TJ | 09/08/06 | 1.30 | REVIEW MATERIALS RE: STRATEGY CALL (0.3); PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.7); TELECONFERENCE WITH J. SHEEHAN RE: BOOZ ALLEN IMPLEMENTATION PHASE CONTRACT (0.3). |
| MATZ TJ | 09/11/06 | 0.90 | PARTICIPATE IN STATUS UPDATE CALL RE: SEPTEMBER AND OCTOBER OMNIBUS HEARING MATTERS WITH K. CRAFT, N. BERGER AND WORKING GROUP (0.6); FOLLOW UP RE: 9/14 AGENDA ITEMS RE: SAME (0.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 09/15/06 | 1.60 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.9); REVIEW CORRESPONDENCE FROM M. LOELS RE: IT OUTSOURCING INITIATIVE (0.4); REVIEW DOCUMENTATION RE: SAME (0.3). |
|---|---|---|---|
| MATZ TJ | 09/18/06 | 1.40 | PARTICIPATE IN WEEKLY MOTIONS AND TASK CONFERENCE CALL WITH N. BERGER AND WORKING GROUP (0.5); FURTHER WORK ON IT OUTSOURCING MATTER (0.6); MOTION TO FILE UNDER SEAL (0.1); CORRESPONDENCE WITH U.S. TRUSTEE RE: CHANGE IN BANK ACCOUNTS (0.2). |
| MATZ TJ | 09/19/06 | 0.70 | FURTHER CONSIDERATION OF IT OUTSOURCING SEALING MOTION, ORDER (0.4); REVIEW MOTIONS FOR APPROVAL OF OUTSOURCING (0.3). |
| MATZ TJ | 09/20/06 | 1.80 | REVIEW IT OUTSOURCING MOTION AND MOTION UNDER SEAL MATERIALS AND COMMENTING ON SAME (1.5); REVIEW AND CONSIDER QUESTION FORM P. CHANDLER RE: UNDERLYING BASE AGREEMENT (0.3). |
| MATZ TJ | 09/21/06 | 0.60 | PREPARE AGENDA FOR 9/22 SENIOR STRATEGY CONFERENCE CALL (0.6). |
| MATZ TJ | 09/22/06 | 2.50 | REVIEW IT OUTSOURCING MATERIALS (0.3) ANALYSIS AND PREPARATION OF MATERIALS, EXHIBITS, (CONFIDENTIALITY REVIEW) FOR IT OUTSOURCING MOTION (1.1); REVIEW AND COMMENT ON CONFIDENTIALITY ASPECT OF IT OUTSOURCING MOTION (0.6); PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CONFERENCE CALL (0.5). |
| MATZ TJ | 09/25/06 | 4.30 | PREPARE FOR AND PARTICIPATE IN WEEKLY STATUS CALL (0.5); REVIEW MATERIALS AND AGREEMENTS RE: IT OUTSOURCING SEALING MOTION AND MOTION (1.9); PREPARATION RE: CONFIDENTIALITY MATERIALS IN RESPECT THEREOF (1.3); TELECONFERENCE WITH CHAMBERS RE: SEALING MOTION (0.6). |
| MATZ TJ | 09/26/06 | 5.30 | REVIEW AND COMMENT ON DRAFTS OF IT OUTSOURCING MOTION AND ORDER (2.5); REVIEW SEALED EXHIBITS FOR SEALING MOTION RE: IT OUTSOURCING (0.8); PREPARE AND FINALIZE IT SEALING MOTION AND MATERIALS FOR COURT, U.S. TRUSTEE AND UCC (1.0); TELECONFERENCE WITH CHAMBERS RE: SAME (0.3); TELECONFERENCE WITH U.S. TRUSTEE RE: SAME (0.1); FOLLOW UP TELECONFERENCE FROM CHAMBERS RE: CONFIDENTIAL EXHIBITS (0.5); TELECONFERENCE WITH CLERK'S OFFICE RE: SAME (0.1). |
| MATZ TJ | 09/27/06 | 1.10 | TELECONFERENCE FROM CHAMBERS RE: EX PARTE IT OUTSOURCING SEALING MOTION (0.2); CONSIDERATION OF SAME (0.5); RETURN CALL FROM CHAMBERS RE: IT OUTSOURCING SEALING MOTION (0.4). |

- 15

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 09/28/06 | 0.80 | TELECONFERENCE WITH CHAMBERS RE: IT OUTSOURCING SEALING MOTION (0.3); FURTHER REVIEW OF IT MOTION (0.2); FURTHER TELECONFERENCE WITH CHAMBERS RE: IT OUTSOURCING SEALING ORDER (0.3). |
| MATZ TJ | 09/29/06 | 2.40 | TELECONFERENCES FROM CHAMBERS RE: IT OUTSOURCING SEALING ORDER (0.2); FINAL REVIEW OF IT OUTSOURCING MOTION (0.9); TELECONFERENCE WITH U.S TRUSTEE'S OFFICE (0.1); TELECONFERENCE WITH CHAMBERS RE: SEALED EXHIBITS TO MOTION (0.2); FINAL PREPARATION RE: FILING AND SERVICE OF MOTION (0.3); PREPARE FOR AND PARTICIPATE IN WEEKLY SENIOR STRATEGY CONFERENCE CALL (0.7). |
| | | **27.00** | |
| RAMLO K | 09/07/06 | 0.20 | REVIEW SENIOR STRATEGY AGENDA (0.2). |
| RAMLO K | 09/08/06 | 0.80 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.8). |
| RAMLO K | 09/14/06 | 0.10 | REVIEW SENIOR STRATEGY AGENDA (0.1). |
| RAMLO K | 09/15/06 | 1.00 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY MEETING (1.0). |
| RAMLO K | 09/17/06 | 0.20 | REVIEW CORRESPONDENCE FROM M. LOEB RE: IT OUTSOURCING (0.2). |
| RAMLO K | 09/19/06 | 0.20 | REVIEW CORRESPONDENCE RE: OUTSOURCING NEGATIONS AND ANALYZE SAME (0.2). |
| RAMLO K | 09/21/06 | 0.10 | REVIEW SENIOR STRATEGY AGENDA (0.1). |
| RAMLO K | 09/22/06 | 0.60 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.6). |
| RAMLO K | 09/27/06 | 0.10 | REVIEW MOTION TO SEAL IT OUTSOURCING MATERIALS (0.1). |
| RAMLO K | 09/28/06 | 0.10 | REVIEW SENIOR STRATEGY AGENDA (0.1). |
| RAMLO K | 09/29/06 | 0.80 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY MEETING (0.8). |
| | | **4.20** | |
| **Total Counsel** | | **31.20** | |
| FERN BM | 09/06/06 | 3.30 | REVIEW MATERIALS IN PREPARATION FOR IT OUTSOURCING CALL (1.1); TELECONFERENCE WITH M. LOEB AND L. EADY RE: IT OUTSOURCING AGREEMENTS (1.0); REVISE IT OUTSOURCING PLEADINGS (0.9); REVIEW FORM COMPANION AGREEMENT (0.3). |

16

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 09/07/06 | 5.10 | REVIEW AND REVISE IT OUTSOURCING PLEADINGS (2.2); ANALYZE DOCUMENTS RE: INDEMNIFICATION AND ALLOCATION OF LIABILITY (1.2); ADDITIONAL REVISIONS TO IT OUTSOURCING PLEADINGS (0.5); FORMULATE STRATEGY RE: IT OUTSOURCING (0.6); ASSESS INDEMNIFICATION ISSUES RE: IT OUTSOURCING (0.6). |
| FERN BM | 09/08/06 | 5.00 | ANALYZE MECHANICS OF INDEMNIFICATION PROVISIONS IN IT OUTSOURCING AGREEMENT (0.4); FORMULATE STRATEGY RE: IT OUTSOURCING (0.9); REVISE PROPOSED ORDER RE: IT OUTSOURCING (1.4); REVIEW AND REVISE IT OUTSOURCING MOTION (2.3). |
| FERN BM | 09/11/06 | 5.50 | REVISE PLEADINGS RE: MOTION TO FILE UNDER SEAL (1.4); REVISE IT OUTSOURCING MOTION (3.9); TELECONFERENCE WITH M. LOEB RE: IT OUTSOURCING (0.2). |
| FERN BM | 09/12/06 | 0.20 | REVIEW AND UPDATED TIMETABLE RE: IT OUTSOURCING (0.2). |
| FERN BM | 09/13/06 | 6.50 | REVIEW EMAILS RE: VETTING IT OUTSOURCING MOTION (0.2); REVIEW AND REVISE IT OUTSOURCING MOTION AND ORDER (1.9); REVISE MOTION TO FILE UNDER SEAL (0.8); EMAIL TO/FROM M. LOEB RE: IT OUTSOURCING (0.3); REVISE IT OUTSOURCING MOTION (3.3). |
| FERN BM | 09/14/06 | 3.10 | REVIEW AND REVISE IT OUTSOURCING MOTION (0.7); TELECONFERENCE WITH M. BROUDE RE: IT OUTSOURCING (0.3); FORMULATE STRATEGY RE: SAME (0.5); PREPARE FOR (0.3) AND PARTICIPATED IN (0.4) STRATEGY CALL RE: IT OUTSOURCING WITH M. LOEB AND L. EADY; REVIEW VARIOUS EMAILS RE: IT OUTSOURCING DILIGENCE (0.4); FORMULATE STRATEGY RE: IT DILIGENCE (0.5). |
| FERN BM | 09/15/06 | 0.50 | STRATEGY CALL RE: INDEMNIFICATION AND RELEASE OF CLAIMS UNDER IT OUTSOURCING AGREEMENTS (0.5). |
| FERN BM | 09/18/06 | 5.80 | REVIEW AND REVISE INDEMNITY AGREEMENTS RE: IT OUTSOURCING (0.7); DRAFT RELEASE AND TERMINATION AGREEMENT (1.2); REVIEW AND REVISE COMPANION AGREEMENTS (0.3); REVIEW AND REVISE DRAFT OF EDS RELEASE (0.8); RESEARCH RE: HP CLAIMS (0.4); REVIEW AND REVISE DRAFT OF HP RELEASE (0.6); ADDITIONAL REVISIONS TO COMPANION AGREEMENT (0.3); REVIEW AND REVISE IT OUTSOURCING PLEADINGS (1.5). |

17

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 09/19/06 | 2.90 | REVIEW VARIOUS EMAILS RE: IT OUTSOURCING AGREEMENTS (0.3); REVIEW VARIOUS DOCUMENTS RE: IT OUTSOURCING (1.1); EMAIL TO C. WU RE: IT OUTSOURCING (0.2); REVIEW HP RELEASE (0.2); FORMULATE STRATEGY RE: HP RELEASE (0.7); EMAILS TO/FROM M. LOEB RE: HP RELEASE (0.4). |
| FERN BM | 09/20/06 | 5.90 | EMAILS TO/FROM M. LOEB RE: SERVICE OF IT PLEADINGS (0.3); EMAILS TO/FROM M. LOEB RE: CLOSING OF IT AGREEMENTS AND APPROVAL PROCESS (0.4); TELECONFERENCE WITH A. FRANKUM RE: IT OUTSOURCING (0.2); FORMULATE STRATEGY RE: COMPLETING IT OUTSOURCING MOTION (0.6); REVIEW VARIOUS EMAILS RE: STATUS OF DILIGENCE RE: IT OUTSOURCING (0.5); REVIEW AND REVISE IT OUTSOURCING AGREEMENTS (3.9). |
| FERN BM | 09/21/06 | 6.30 | TELECONFERENCE WITH K. SMILIE RE: IT OUTSOURCING (0.2); EMAILS TO/FROM K. SMILIE RE: SAME (0.2); VARIOUS EMAILS TO/FROM P. ROY RE: DILIGENCE PROCESS (0.4); VARIOUS EMAILS TO/FROM M. LOEB RE: TIMETABLE RE: IT OUTSOURCING (0.5); FORMULATE STRATEGY RE: COMPLETING IT OUTSOURCING MOTION (0.8); EMAILS TO/FROM C. WU RE: IT OUTSOURCING MOTION (0.6); REVIEW AND REVISE IT OUTSOURCING MOTION (2.5); EMAIL TO A. HASSELL RE: MOTION UNDER SEAL (0.3); MULTIPLE EMAILS TO/FROM M. LOEB RE: IT DILIGENCE AND CONFIDENTIALITY (0.8). |
| FERN BM | 09/22/06 | 8.70 | EMAILS TO/FROM M. LOEB RE: IT OUTSOURCING (0.4); FORMULATE STRATEGY RE: IT OUTSOURCING MOTION (0.5); FORMULATE STRATEGY RE: IT AGREEMENTS UNDER SEAL (0.7); REVIEW IT MOTION UNDER SEAL (0.4); TELECONFERENCE WITH G. NOVOD RE: UNDER SEAL MOTION (0.2); REVIEW IT AGREEMENTS (0.8); REVIEW AND REVISE MOTION TO APPROVE IT AGREEMENTS (4.2); ADDITIONAL REVISIONS TO IT MOTION (1.5). |

18

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 09/25/06 | 7.90 | EMAILS TO/FROM G. NOVOD RE: IT MOTION (0.3); REVISED MOTION TO FILE UNDER SEAL (0.2); REVIEWED DOCUMENTS RE: IT TIMETABLE (0.5); PREPARED FOR (0.5) AND PARTICIPATED IN (0.9) STRATEGY CALL RE: IT OUTSOURCING MOTION; TELECONFERENCE WITH M. BROUDE RE: IT MOTION (0.2); EMAIL TO T. MCCABE RE: SAME (0.2); FORMULATE STRATEGY RE: SUBMISSION OF IT AGREEMENTS TO THE COURT (0.5); REVISE IT OUTSOURCING MOTION (1.7); REVISE UNDER SEAL MOTION (0.4); REVIEW DOCUMENTS IN PREPARATION FOR FILING UNDER SEAL MOTION (0.8); TELECONFERENCE WITH C. WU RE: IT DILIGENCE (0.3); FINALIZE DOCUMENTS FOR SUBMISSION TO SERVICE PROVIDERS (0.8); EMAILS TO HP AND EDS RE: IT MOTION (0.2); SUMMARIZE STATUS OF IT OUTSOURCING (0.4). |
| FERN BM | 09/26/06 | 8.60 | FORMULATE STRATEGY RE: FILING MOTION UNDER SEAL (0.7); REVISE IT OUTSOURCING MOTION (2.1); REVIEW DOCUMENTS IN PREPARATION FOR FILING UNDER SEAL MOTION (1.8); TELECONFERENCE WITH J. ZACKIN RE: IT MOTION (0.2); FORMULATE STRATEGY RE: IT MOTION AND ORDER (0.9); REVISE IT MOTION AND ORDER (2.9). |
| FERN BM | 09/27/06 | 5.90 | STRATEGY CALL RE: HP'S PROPOSED CHANGES (0.4); TELECONFERENCE WITH M. LOEB RE: IT MOTION (0.2); TELECONFERENCE WITH J. ZACKIN RE: IT MOTION (0.2); REVISE IT MOTION AND ORDER (0.9); EMAILS TO/FROM M. LOEB RE: STATUS OF IT MOTION (0.3); PREPARE FOR (0.5) AND PARTICIPATE IN (0.2) TELECONFERENCE WITH CHAMBERS RE: UNDER SEAL MOTION; EMAILS TO/FROM M. LOEB RE: STATUS OF IT OUTSOURCING (0.4); TELECONFERENCE WITH M. LOEB RE: SAME (0.3); DRAFT SUMMARY OF IT MOTION (0.4); REVISE IT OUTSOURCING PLEADINGS (2.1). |
| FERN BM | 09/28/06 | 6.90 | EMAILS TO/FROM J. ZACKIN RE: IT OUTSOURCING MOTION (0.2); DRAFT PRESENTATION SLIDES RE: IT OUTSOURCING (0.4); REVISE IT OUTSOURCING MOTION (1.0); EMAILS TO/FROM M. LOEB RE: IT MOTION (0.6); REVIEW FTI PRESENTATION RE: IT AGREEMENTS (0.3); REVIEW AND REVISE IT OUTSOURCING PLEADINGS IN PREPARATION FOR FILING (3.2); ATTENTION TO ISSUES RE: UNDER SEAL MOTION (0.8); EMAILS TO/FROM M. LOEB RE: UNDER SEAL MOTION (0.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| FERN BM | 09/29/06 | 6.40 | REVIEW DOCKET FOR UNDER SEAL MOTION (0.2); REVISE IT OUTSOURCING MOTION (0.7); PREPARE FOR (0.4) AND PARTICIPATE IN (0.3) IT OUTSOUCRING DILIGENCE CALL WITH MESIROW AND LATHAM; FINAL REVIEW AND REVISIONS TO IT OUTSOURCING PLEADINGS (2.8); ATTENTION TO DOCUMENTS IN PREPARATION FOR FILING IT OUTSOURCING MOTION (1.5); ORGANIZE AND PRIORITIZE VARIOUS EMAILS RE: IT OUTSOURCING (0.3); EMAILS TO J. ZACKIN AND M. EISENBERG RE: IT MOTION (0.2). |
| | | **94.50** | |
| GRANT K | 09/15/06 | 4.00 | ANALYZE AND REVISE PROPOSED COMPANION AGREEMENT FOR IT OUTSOURCING INITIATIVE (1.8); DRAFT INDEMNIFICATION AGREEMENT BETWEEN DELPHI CORP. AND AFFILIATES (2.2). |
| GRANT K | 09/18/06 | 5.00 | REVISE INDEMNITY AGREEMENT (0.4); REVISE COMPANION AGREEMENT FOR IT OUTSOURCING INITIATIVE (0.2); REVIEW, ANALYZE AND REVISE RELEASE AGREEMENT FOR HP IN CONNECTION WITH IT OUTSOURCING (0.4); REVIEW AND ANALYZE REVISED RELEASE AGREEMENT FOR EDS (2.1); RESEARCH RE: CLAIMS FILED BY HP AND EDS AND REVISED RELEASE AGREEMENTS RE: SAME (1.9). |
| | | **9.00** | |
| MEISLER RE | 09/06/06 | 1.30 | TELECONFERENCE WITH M. LOEB, T. MCCABE, L. EADY RE: IT OUTSOURCING (0.8); FOLLOW UP ON MATTERS RE: SAME (0.3); REVIEW COMPANION AGREEMENT (0.2). |
| MEISLER RE | 09/07/06 | 0.60 | REVIEW CORRESPONDENCE RE: IT OUTSOURCING INITIATIVE (0.4); REVIEW AND COMMENT ON SENIOR STRATEGY AGENDA (0.2). |
| MEISLER RE | 09/08/06 | 1.40 | PREPARE FOR SENIOR STRATEGY CALL (0.1); PARTICIPATE ON SAME (0.8); REVIEW AND COMMENT ON IT OUTSOURCING MOTION (0.5). |
| MEISLER RE | 09/13/06 | 0.70 | CONTINUE ATTENTION TO IT OUTSOURCING INITIATIVE (0.2); TELECONFERENCE WITH M. BROUDE RE: SAME (0.2); TELECONFERENCE WITH M. LOEB RE: SAME (0.1); FOLLOW UP RE: SAME (0.1); TELECONFERENCE WITH R. EISENBERG RE: SAME (0.1). |

20

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 09/14/06 | 2.20 | REVIEW CORRESPONDENCE RE: IT OUTSOURCING (0.5); TELECONFERENCE WITH M. BROUDE RE: SAME (0.2); TELECONFERENCES WITH R. EISENBERG RE: SAME (0.3); TELECONFERENCE WITH D. SHERBIN, M. LOEB, AND R. EISENBERG RE: SAME (0.2); DRAFT CORRESPONDENCE RE: SAME (0.2); TELECONFERENCE WITH M. LOEB RE: SAME (0.1); TELECONFERENCE WITH A. KLEIN RE: UCC INQUIRIES (0.2); DRAFT CORRESPONDENCE RE: SAME (0.1); CONTINUE ANALYSIS OF ACTION ITEMS RE: SAME (0.3); DRAFT CORRESPONDENCE TO A. KLEIN RE: AGENDA FOR 9/15 CALL (0.1). |
| MEISLER RE | 09/15/06 | 3.80 | PREPARE FOR AND PARTICIPATE IN SENIOR STRATEGY CALL (0.9); REVIEW AND COMMENT ON COMPANION AGREEMENT (0.5); REVIEW CORRESPONDENCE RE: IT OUTSOURCING (0.3); DRAFT CORRESPONDENCE RE: SAME (0.3); TELECONFERENCE WITH M. LOEB RE: SAME (0.4); TELECONFERENCE WITH R. EISENBERG RE: SAME (0.2); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2); REVIEW AND COMMENT ON REVISED MOTION RE: IT OUTSOURCING (1.0). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 09/20/06 | 0.10 | REVIEW CORRESPONDENCE RE: IT OUTSOURCING INITIATIVE (0.1). |
| | | **10.10** | |
| PERL MW | 09/07/06 | 0.30 | REVIEW AND REVISE MOTION TO FILE IT OUTSOURCING AGREEMENTS UNDER SEAL (0.3). |
| PERL MW | 09/08/06 | 0.10 | REVIEW COMMENTS TO MOTION TO FILE IT OUTSOURCING AGREEMENTS UNDER SEAL (0.1). |
| PERL MW | 09/09/06 | 0.30 | REVISE MOTION TO FILE IT OUTSOURCING AGREEMENTS UNDER SEAL (0.3). |
| PERL MW | 09/10/06 | 1.30 | REVIEW AND REVISE MOTION AND ORDER TO FILE IT OUTSOURCING AGREEMENTS UNDER SEAL (1.3). |
| PERL MW | 09/13/06 | 0.30 | REVIEW COMMENTS TO IT OUTSOURCING MOTION (0.3). |
| PERL MW | 09/14/06 | 0.90 | REVIEW UPDATED IT OUTSOURCING MOTION (0.6) AND REVISE UNDER SEAL MOTION AND ORDER (0.3). |
| PERL MW | 09/18/06 | 0.90 | REVIEW IT OUTSOURCING UNDER SEAL MOTION, INCLUDING PRECEDENT (0.3); STRATEGIZE RE: NOTICE AND SERVICE ISSUES RELATING TO SAME (0.4); FOLLOW UP CORRESPONDENCE RE: SAME (0.2). |
| PERL MW | 09/21/06 | 2.10 | REVIEW AND REVISE IT OUTSOURCING UNDER SEAL MOTION AND ORDER (2.1). |
| PERL MW | 09/22/06 | 0.30 | REVISE IT OUTSOURCING UNDER SEAL MOTION BASED ON CLIENT'S COMMENTS (0.3). |
| PERL MW | 09/26/06 | 0.80 | FINAL REVIEW OF IT OUTSOURCING UNDER SEAL MOTION AND ORDER (0.6) AND COORDINATE RE: FILING AND SERVICE OF SAME (0.2). |
| | | **7.30** | |
| **Total Associate** | | **120.90** | |
| CHAVALI A | 09/26/06 | 6.50 | REVIEW AND ORGANIZE CONFIDENTIAL AGREEMENTS IN PREPARATION TO FILE A MOTION FOR IT OUTSOURCING (4.5); PREPARE FOR ELECTRONIC FILING AND DRAFTING OF LEGAL DOCUMENTS SUCH AS NOTICES AND MOTIONS (2.0). |
| CHAVALI A | 09/29/06 | 1.00 | PREPARE AND ELECTRONICALLY FILE MOTION FOR IT OUTSOURCING AND MOTION FOR CLAIMS TIMELINESS (1.0). |
| | | **7.50** | |
| DEMMA J | 09/14/06 | 0.60 | UPDATE DTM MATERIALS (0.6). |
| DEMMA J | 09/15/06 | 0.60 | UPDATE DTM MATERIALS (0.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| DEMMA J | 09/19/06 | 0.60 | UPDATE DTM ATTORNEY MATERIALS (0.6). |
| | | 1.80 | |
| SALAZAR AG | 09/26/06 | 7.10 | CREATE AND ASSEMBLE BINDERS WITH IT AGREEMENTS FOR CHAMBERS (4.4); FOLLOW-UP ON DELIVERY OF BINDERS (0.4); DRAFT NOTICE OF PRESENTMENT AND DISTRIBUTE (1.1); PREPARE AND ELECTRONICALLY FILE EX PARTE MOTION (1.0); COORDINATE SERVICE OF PLEADINGS WITH KCC (0.2). |
| | | 7.10 | |
| ~~ZSOLDOS AF~~ | ~~09/26/06~~ | ~~3.20~~ | ~~PREPARE IT OUTSOURCING BINDERS FOR COURT REVIEW (2.7); CONFIRM DELIVERY OF SAME (0.5).~~ |
| | | ~~3.20~~ | |

**Total Legal Assistant**     19.60

**TOTAL TIME**     <u>228.30</u>

23                                                                          B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 10/31/06**
**Business Operations/Strategic Planning**  **Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/12/06 | Copy Center, D | 80.42 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 21.01 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 1,174.65 |
| In-house Reproduction | 09/19/06 | Copy Center, D | 24.61 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 22.31 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,323.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.84 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.27 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 2.46 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.43 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Air/Rail Travel (external) | 09/04/06 | Butler, Jr. J | 60.11 |
| Air/Rail Travel (external) | 09/10/06 | Butler, Jr. J | 120.23 |
| Air/Rail Travel (external) | 09/17/06 | Butler, Jr. J | 343.66 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$524.00** |
| Out-of-Town Travel | 09/04/06 | Butler, Jr. J | 101.17 |
| Out-of-Town Travel | 09/04/06 | Butler, Jr. J | 50.83 |
| Out-of-Town Travel | 09/04/06 | Butler, Jr. J | 6.00 |
| Out-of-Town Travel | 09/10/06 | Butler, Jr. J | 97.48 |
| Out-of-Town Travel | 09/10/06 | Butler, Jr. J | 226.89 |
| Out-of-Town Travel | 09/10/06 | Butler, Jr. J | 11.00 |
| Out-of-Town Travel | 09/17/06 | Butler, Jr. J | 368.81 |
| Out-of-Town Travel | 09/17/06 | Butler, Jr. J | 140.47 |
| Out-of-Town Travel | 09/17/06 | Butler, Jr. J | 53.35 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,056.00** |
| Out-of-Town Meals | 09/04/06 | Butler, Jr. J | 9.55 |
| Out-of-Town Meals | 09/10/06 | Butler, Jr. J | 23.12 |
| Out-of-Town Meals | 09/17/06 | Butler, Jr. J | 15.08 |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 09/17/06 | Butler, Jr. J | 50.25 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$98.00** |
| | | **TOTAL MATTER** | **$3,006.00** |

B43E