SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                               :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05–44481 (RDD)
                                          :
                      Debtors.            :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


                    EXHIBIT D-15
      RETENTION / FEE MATTERS / OBJECTIONS (OTHERS)
                    679.3 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    Bill Date: 07/31/06
**Retention / Fee Matters/Objections (Others)**               Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 06/05/06 | 1.00 | REVIEW AND REVISE NOTICE OF PWC RETENTION APPLICATION (0.1), APPLICATION (0.5), PROPOSED ORDER (0.2), AND DECLARATION OF DECKER (0.2). |
| MARAFIOTI KA | 06/07/06 | 0.20 | CORRESPONDENCE RE: FRIED FRANK RETENTION AND COMMUNICATIONS WITH VIV MELWANI RE: SAME (0.2). |
| MARAFIOTI KA | 06/12/06 | 0.10 | CORRESPONDENCE RE: PROPOSED REVISIONS TO PWC RETENTION ORDER AND REVIEW SAME (0.1). |
| MARAFIOTI KA | 06/14/06 | 0.10 | CORRESPONDENCE FROM ORDINARY COURSE PROFESSIONAL (0.1). |
| MARAFIOTI KA | 06/15/06 | 0.20 | CONSIDER LEXICON RETENTION ISSUES (0.2). |
| MARAFIOTI KA | 06/18/06 | 0.10 | CORRESPONDENCE RE: LEXICON RETENTION (0.1). |
| | | 1.70 | |
| **Total Partner** | | **1.70** | |
| MATZ TJ | 06/02/06 | 0.30 | ANALYZING MATERIAL RE: PRICEWATERHOUSE RETENTION (0.3). |
| MATZ TJ | 06/04/06 | 1.50 | REVIEW AND REVISE PRICEWATERHOUSE RETENTION APPLICATION (1.2); COMMENT ON DECLARATION IN SUPPORT THEREOF (0.3). |
| MATZ TJ | 06/05/06 | 0.50 | DISCUSSION WITH K. CRAFT RE: PRICEWATERHOUSE RETENTION (0.3); FURTHER DRAFTING RE: SAME (0.2). |
| MATZ TJ | 06/07/06 | 0.20 | REVIEW AND COMMENT ON NOTICE RE: FIRST INTERIM FEE APPLICATION (0.2). |
| MATZ TJ | 06/09/06 | 1.10 | ANALYZE MATTER RE: PRICEWATERHOUSE RETENTION (0.3); PREPARE DRAFT ORDER RE: FIRST AND SECOND INTERIM FEE APPLICATIONS (0.3); REVIEW AND REVISE DRAFT ORDER RE: ADJOURNMENT OF FIRST INTERIM FEE APPLICATIONS (0.5). |
| MATZ TJ | 06/11/06 | 0.50 | FOLLOW UP RE: UCC QUESTION RE: PRICEWATERHOUSE RETAINER (0.2); REVIEW UST APPLICATION TO RETAIL LEGAL COST CONTROL BY JOINT FEE REVIEW COMMITTEE (0.3). |
| MATZ TJ | 06/12/06 | 0.50 | FOLLOW UP RE: AMENDMENT TO PRICEWATERHOUSE RETENTION ORDER (0.2); REVIEW AND COMMENTING ON DRAFT AMENDED LANGUAGE IN RESPECT THEREOF (0.3). |

160

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 06/13/06 | 0.80 | FURTHER REVIEW OF REVISIONS TO PRICEWATERHOUSE RETENTION ORDER AND UCC REQUEST (0.3); MESSAGE TO U.S. TRUSTEE RE: SAME (0.1); FINALIZE REVISION TO PRICEWATERHOUSE RETENTION ORDER (0.1); REVIEW AND REVISE PRICEWATERHOUSE SCRIPT (0.3). |
|---|---|---|---|
| MATZ TJ | 06/14/06 | 1.10 | TELECONFERENCE WITH PRICEWATERHOUSE RE: SCOPE OF RETENTION, FEE APPLICATIONS (0.3); FOLLOW UP RE: SAME (0.2); TELECONFERENCE WITH A. VONDA RE: FEE APPLICATIONS (0.1); REVIEW INTERIM STATEMENT RE: ORDINARY COURSE PROFESSIONALS (0.2); CORRESPONDENCE WITH S. CORCORAN RE: SAME (0.1); TELECONFERENCE WITH R. ISENBERG RE: FTI RETENTION (0.2). |
| MATZ TJ | 06/15/06 | 0.50 | CONTINUING WORK ON POSSIBLE AMENDMENT TO FTI RETENTION (0.5). |
| MATZ TJ | 06/16/06 | 0.70 | CORRESPONDENCE WITH L. MANDEL RE: JEFFERIES FINAL RETENTION ORDER (0.2); REVIEW AND FOLLOW UP RE: SAME (0.2); FOLLOW UP WITH CHAMBERS RE: PRICEWATERHOUSE RETENTION ORDER PRESENTMENT (0.2); CORRESPONDENCE WITH L. MANDEL RE: ADDING JEFFERIES AS AN AGENDA ITEM (0.1). |
| MATZ TJ | 06/20/06 | 0.70 | FOLLOW UP TELECONFERENCE WITH R. ISENBERG RE: FTI RETENTION (0.2); FURTHER ANALYSIS RE: SAME (0.2); CORRESPONDENCE WITH D. SHERBIN RE: RETAINED PROFESSIONALS (0.1); FOLLOW UP RE: SAME (0.2). |
| MATZ TJ | 06/21/06 | 0.20 | TELECONFERENCE WITH CHAMBERS RE: PRICEWATERHOUSE RETENTION ORDER, PRESENTIMENT (0.2). |
| MATZ TJ | 06/22/06 | 0.70 | CORRESPONDENCE WITH A. VONDRA RE: PRICEWATERHOUSE RETENTION INTERIM COMPENSATION ORDER (0.2); FOLLOW UP ANALYSIS RE: SAME (0.2); TELECONFERENCE FROM J. WOLFF RE: FEE COMMITTEE (0.2); FOLLOW UP RE: SAME (0.1). |
| MATZ TJ | 06/30/06 | 0.60 | FOLLOW UP RE: FIRST INTERIM FEE APPLICATIONS, SCHEDULING OF SAME AND RETENTION OF LEGAL COST CONTROL (0.5); MESSAGES TO D. SHERBIN RE: SAME (0.1). |
| | | **9.90** | |
| **Total Counsel** | | **9.90** | |
| HERRIOTT AV | 06/05/06 | 0.10 | RESPOND TO PROFESSIONAL RETENTION QUESTION (0.1). |
| HERRIOTT AV | 06/08/06 | 0.20 | ASSIST FEE COMMITTEE WITH DOCUMENTS (0.2). |

B43E

| HERRIOTT AV | 06/09/06 | 0.90 | RESPOND TO QUESTIONS OF DLA PIPER AND ASSIST WITH GATHERING MATERIALS RE: FORMAL RETENTION PLEADINGS (0.9). |
|---|---|---|---|
| HERRIOTT AV | 06/13/06 | 0.20 | RESPOND TO SECOND INTERIM FEE APPLICATION QUESTION FROM LATHAM (0.2). |
| | | **1.40** | |
| JJINGO MJ | 06/01/06 | 6.20 | CONTINUE TO PREPARE MATERIALS FOR FEE COMMITTEE; DRAFT AND SEND LETTER AND MATERIALS TO FEE COMMITTEE MEMBERS (6.2). |
| JJINGO MJ | 06/02/06 | 3.30 | REVIEW FEES AND REVISE NOTICE OF HEARING RE: FIRST INTERIM FEE APPLICATIONS (3.3). |
| JJINGO MJ | 06/05/06 | 4.20 | REVIEW AND REVISE NOTICE OF HEARING AND LIST OF NOTICE PARTIES (1.4); REVIEW FEE CHART AND PENDING PAYMENTS TO RETAIN PROFESSIONALS (1.1); REVIEW ORDINARY COURSE PROFESSIONALS AFFIDAVITS AND CONTACT M. PISCITELLI AT DELPHI TO INFORM THAT BELL ANDERSON CAN NOW BE PAID AND E. O'MALLEY AT GRANT THORNTON RE: AFFIDAVIT FILED (1.7). |
| JJINGO MJ | 06/06/06 | 1.00 | CORRESPOND WITH D. ELKIND AND S. ROBERTS AT ROPES AND GRAY WITH REGARD TO G. THORNTON'S OCP AFFIDAVIT (0.8); REVIEW FEE CHART (0.1); REVIEW OUTSTANDING OCP ISSUES (0.1). |
| JJINGO MJ | 06/07/06 | 0.80 | REVIEW FEE CHART (0.3); CORRESPOND WITH D. ELKIND, COUNSEL TO GRANT THORNTON RE: AUTHORIZATION OF GRANT THORNTON TO BE PAID (0.2); CORRESPOND WITH M. PISCITELLI AT DELPHI RE: MAYER BROWN'S INVOICES (0.1); CORRESPOND WITH N. TORRACO AT ROTHSCHILD RE: SECOND INTERIM FEE PERIOD (0.2). |
| JJINGO MJ | 06/08/06 | 1.10 | REVIEW LIST OF RETAINED PROFESSIONALS WHO HAVE NO OBJECTIONS TO THEIR LATEST FEE STATEMENTS (0.5); REVIEW FEE CHART (0.4); COMMUNICATE WITH L. HASSEL AT GROOM LAW GROUP RE: OBJECTIONS, IF ANY, TO THEIR FEE STATEMENT (0.2). |
| JJINGO MJ | 06/09/06 | 4.70 | REVIEW AFFIDAVITS OF ORDINARY COURT PROFESSIONALS AND ATTEMPT TO CONTACT B. FERRELL AT WASHINGTON PATENT SERVICES AND J. RISIUS AT STOUT RISIUS ROSS RE: OCP AFFIDAVITS (0.7); EMAIL M. PISCITELLI AT DELPHI WITH REGARD TO MARCH FEE STATEMENT OF GROOM LAW GROUP (0.1); DRAFT AND REVISE FOURTH SUPPLEMENTAL INTERIM COMPENSATION ORDER (3.9). |
| JJINGO MJ | 06/12/06 | 1.30 | REVIEW FEE COMMITTEE APPLICATION (0.3); REVIEW OCP AFFIDAVIT RECEIVED FROM WOLFF & SAMSON PC (0.2); REVIEW FEE CHART AND PAYMENTS (0.8). |

B43E

JJINGO MJ      06/13/06      1.20   REVIEW ORDINARY COURSE PROFESSIONAL
                                    AFFIDAVITS AND REQUESTS AND CORRESPOND
                                    WITH R. FLETEMEYER (0.9); REVIEW
                                    CORRESPONDENCE RECEIVED FROM RETAINED
                                    PROFESSIONALS AND CORRESPOND WITH P.
                                    TOWER AT RADER RE: INTERIM FEE
                                    APPLICATION HEARING DATE (0.3).

JJINGO MJ      06/14/06      2.90   REVIEW FEE CHART AND RETAINED
                                    PROFESSIONAL PAYMENTS TO BE MADE AND
                                    CORRESPOND WITH J. NOLAN AND M.
                                    PISCITELLI AT DELPHI RE: THE SAME (1.7);
                                    TELECONFERENCE WITH STOUT RISIUS ROSS
                                    WITH REGARD TO OCP AFFIDAVIT (0.3);
                                    CORRESPOND WITH R. FLETEMEYER RE: OCP
                                    ISSUES (0.2); REVIEW OTHER ISSUES
                                    RELATED TO OCPS (0.7).

JJINGO MJ      06/15/06      3.10   REVISE NOTICE OF HEARING AND PROPOSED
                                    FOURTH SUPPLEMENTAL ORDER TO REFLECT
                                    NEWLY FILED APPLICATIONS (1.0); REVIEW
                                    FEE CHART AND RETAINED PROFESSIONAL
                                    INVOICES (2.1).

JJINGO MJ      06/19/06      2.50   CORRESPOND WITH J. KLEINMAN, COUNSEL
                                    FOR JLL, RE: MONTHLY FEES (0.2); REVIEW
                                    FEE CHART AND MONTHLY STATEMENTS OF
                                    RETAINED PROFESSIONALS (2.3).

JJINGO MJ      06/20/06      1.90   CORRESPOND WITH S. KOHN AT KING &
                                    SPALDING RE: PAYMENT OF KPMG'S FEES AND
                                    OTHER FEE ISSUES GENERALLY (0.5);
                                    ORGANIZE AND SEND FEE MATERIALS TO K.
                                    MANIACI FOR D. SHERBIN AT DELPHI (1.4).

JJINGO MJ      06/21/06      2.10   REVIEW FEE CHART AND INVOICES (1.7);
                                    CORRESPOND WITH M. PISCITELLI AT DELPHI
                                    (0.2); CORRESPOND WITH R. JANGER AT
                                    O'MELVENY (0.2).

JJINGO MJ      06/22/06      2.10   CORRESPONDE WITH M. PISCITELLI RE:
                                    INVOICES READY TO BE PAID (0.2); REVIEW
                                    PWC RETENTION ORDER RE: THE SAME (1.1);
                                    REVIEW FEES AND OTHER INVOICES (0.8).

JJINGO MJ      06/23/06      1.10   TELECONFERENCE WITH A. VONDRA AT PWC RE:
                                    FEE STATEMENT PROCESS AND CORRESPOND
                                    WITH HIM RE: THE SAME (0.8);
                                    TELECONFERENCE WITH L. TRICE AT DELPHI
                                    RE: PRE-PETITION EXPENSES (0.3).

JJINGO MJ      06/26/06      4.50   CORRESPOND WITH RETAINED PROFESSIONALS
                                    AND M. PISCITELLI RE: PAYMENT OF MONTHLY
                                    FEE STATEMENT PAYMENTS (2.0); REVIEW
                                    INVOICES, PAYMENTS AND VARIOUS FEE
                                    COMMITTEE PROTOCOL PROCEDURES (2.5).

JJINGO MJ      06/27/06      3.10   REVIEW FEE STATEMENTS AND FEE CHART AND
                                    CORRESPOND WITH M. PISCITELLI REGARING
                                    INVOICES READY TO BE PAID AND OBJECTION
                                    DEADLINES (3.1).

163                                                                    B43E

JJINGO MJ        06/28/06      0.30  TELECONFERENCE WITH M. PISCITELLI RE:
                                     OBJECTION DEADLINES (0.1); CORESPOND
                                     WITH J. ALLEN AT JLL RE: SECOND INTERIM
                                     FEE DEADLINE (0.1); CORRESPOND WITH
                                     REPRESENTATIVE FROM PRICE HENEVELD RE:
                                     HEARING ON FEES (0.1).

JJINGO MJ        06/29/06      1.20  CONVERSATION WITH B. DIMOS AT KING &
                                     SPALDING RE: FEES OF KPMG; CORRESPOND
                                     WITH M. PISCITELLI AT DELPHI RE: THE
                                     SAME AND FEES GENERALLY (0.8);
                                     CORRESPOND WITH J. NOLAN AT DELPHI RE:
                                     FEE PAYMENTS TO ERNST & YOUNG (0.4).

JJINGO MJ        06/30/06      1.40  REVIEW INVOICES AND CORRESPOND WITH M.
                                     PISCITELLI AT DELPHI RE: CERTAIN FEE
                                     ISSUSE (0.7); STRATEGIZE RE: LCC (0.3);
                                     TELECONFERENCES WITH J. SHEPARD AT
                                     WILMER CUTLER RE: FEE GUIDELINES (0.4).

                              50.00

MEISLER RE       06/05/06      0.30  ATTENTION TO PROFESSIONAL FEE ESTIMATES
                                     FOR LATHAM AND TOGUT (0.1); ATTENTION TO
                                     INQUIRY RE: D&T RETENTION (0.2).

MEISLER RE       06/21/06      0.20  DRAFT INTERNAL CORRESPONDENCE RE: FRIED
                                     FRANK RETENTION APPLICATION (0.2).

MEISLER RE       06/26/06      0.10  RESPOND TO INQUIRIES RE: EXPENSE
                                     REIMBURSEMENT (0.1).

MEISLER RE       06/27/06      0.10  REVIEW RESOLUTION OF INQUIRY RE:
                                     REIMBURSEMENT OF EXPENSES (0.1).

MEISLER RE       06/29/06      1.10  REVIEW DOCUMENTS FROM LEGAL COST
                                     CONTROL (0.9); DRAFT INTERNAL
                                     CORRESPONDENCE RE: SAME (0.1); RESPOND
                                     TO COMPANY CORRESPONDENCE RE: ESTIMATE
                                     OF PROFESSIONAL FEES (0.1).

                               1.80

ZIEGLER VE       06/01/06      5.40  REVISE PWC'S RETENTION APPLICATION
                                     (4.5); TELECONFERENCE WITH A. SMITH RE:
                                     PWC'S DECLARATION AND DISPUTE
                                     RESOLUTION CLAUSE (0.9).

ZIEGLER VE       06/02/06      2.10  COORDINATE PAYMENTS OF RETAINED
                                     PROFESSIONALS (1.7); EMAIL
                                     CORRESPONDENCE WITH J. NOLAN RE: SAME
                                     (0.4).

ZIEGLER VE       06/04/06      2.10  REVISE PWC'S RETENTION APPLICATION
                                     (2.1).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ZIEGLER VE        06/05/06      11.70   REVISE PWC'S RETENTION APPLICATION
                                        (5.4); TELECONFERENCE WITH ANDREA SMITH
                                        RE: PWC'S DECLARATION AND DISPUTE
                                        RESOLUTION CLAUSE (0.8); MEETING AND
                                        EMAIL CORRESPONDENCE WITH WITH K. CRAFT
                                        RE: SAME (0.6); EMAIL CORRESPONDENCE
                                        WITH J. WITHSON RE: SAME (0.5); PREPARE
                                        SAME FOR FILING (0.4); RESEARCH ISSUES
                                        RE: RETENTION OF DLA PIPER (0.5); EMAIL
                                        CORRESPONDENCE WITH M. BROWN RE: FEE
                                        STATEMENTS AND APPLICATIONS (0.4);
                                        EMAIL CORRESPONDENCE WITH ALL RETAINED
                                        PROFESSIONALS RE: DEADLINE FOR
                                        SUBMISSION OF BUDGETS (0.3); ANALYZE
                                        PAYMENTS MADE TO PROFESSIONALS (2.1);
                                        EMAIL CORRESPONDENCE WITH M. PISCITELLI
                                        RE: OUTSTANDING FEES AND INVOICES AND
                                        DEADLINES (0.7).

ZIEGLER VE        06/06/06       4.00   WORK ON PAYMENTS TO PROFESSIONAL (2.1);
                                        TELECONFERENCES WITH M. KAMISCHLE RE:
                                        PAYMENTS TO JLL (0.3); EMAIL
                                        CORRESPONDENCE WITH L. TRICE RE: SAME
                                        AND DETAILS (0.7); EMAIL CORRESPONDENCE
                                        WITH RETAINED PROFESSIONALS RE: SERVICE
                                        OF MONTHLY FEE STATEMENTS AND
                                        APPLICATIONS TO FEE COMMITTEE (0.9).

ZIEGLER VE        06/07/06       2.30   REVISE NOTICE OF ORDINARY COURSE
                                        PROFESSIONALS (2.3).

ZIEGLER VE        06/08/06       8.10   WORK ON PAYMENTS TO PROFESSIONAL (2.1);
                                        WORK ON CREDITORS' COMMITTEE REQUEST TO
                                        MODIFY PWC'S PROPOSED RETENTION ORDER
                                        (3.2); TELECONFERENCES WITH M. RIELA
                                        RE: SAME (0.8); TELECONFERENCE WITH L.
                                        TRICE FROM DELPHI RE: COMPENSATION OF
                                        PROFESSIONALS (0.3); FOLLOW UP ON
                                        PAYMENTS TO UNION PROFESSIONALS (0.4);
                                        TELECONFERENCE AND EMAIL
                                        CORRESPONDENCE WITH J. VITALE RE: SAME
                                        (1.3).

ZIEGLER VE        06/09/06       3.70   DRAFT NOTICE OF CHANGE OF HEARING DATE
                                        ON FEE APPLICATIONS (0.6); PREPARE
                                        EXHIBIT WITH PAYMENT INFORMATION AND
                                        HOLDBACK AMOUNTS TO SAME (3.1).

ZIEGLER VE        06/12/06       8.70   EMAIL CORRESPONDENCE WITH M. BROWN RE:
                                        FEE STATEMENTS AND APPLICATIONS (0.5);
                                        EMAIL CORRESPONDENCE WITH ALL RETAINED
                                        PROFESSIONALS RE: DEADLINE FOR
                                        SUBMISSION OF BUDGETS (0.4); ANALYZE
                                        PAYMENTS MADE TO PROFESSIONALS (2.2);
                                        EMAIL CORRESPONDENCE WITH M. PISCITELLI
                                        RE: OUTSTANDING FEES AND INVOICES AND
                                        DEADLINES (0.8); FOLLOW UP ON M.
                                        PISCITELLI'S INQUIRIES RE: FEE
                                        STATEMENTS (0.6); WORK ON PAYMENTS
                                        CHART (2.1); REVISE THIRD NOTICE OF
                                        ORDINARY COURSE PROFESSIONALS (2.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZIEGLER VE | 06/13/06 | 7.90 | WORK ON PAYMENTS TO PROFESSIONAL (2.1); TELECONFERENCES WITH M. KAMISCHLE RE: PAYMENTS TO JLL (0.3); WORK ON CREDITORS' COMMITTEE REQUEST TO MODIFY PWC'S PROPOSED RETENTION ORDER (3.9); TELECONFERENCES WITH M. RIELA RE: SAME (0.9); EMAIL CORRESPONDENCE WITH K. CRAFT AND J. WITSON RE: SAME (0.7). |
| ZIEGLER VE | 06/14/06 | 5.20 | REVISE AND FILE NOTICE OF ORDINARY COURSE PROFESSIONALS (2.2); EMAIL CORRESPONDENCE WITH R. FLETEMEYER RE: SAME (0.9); DRAFT SCRIPT OF PWC (0.9); EMAIL CORRESPONDENCE WITH K. CRAFT RE: REVISED PWC ORDER (0.7); EMAIL CORRESPONDENCE WITH M. RIELA RE: SAME (0.5). |
| ZIEGLER VE | 06/15/06 | 10.00 | WORK ON CREDITORS' COMMITTEE REQUEST TO MODIFY PWC'S PROPOSED RETENTION ORDER (3.8); TELECONFERENCES WITH M. RIELA RE: SAME (0.9); EMAIL CORRESPONDENCE WITH K. CRAFT AND J. WITSON RE: SAME (0.7); EMAIL CORRESPONDENCE WITH J. ALLEN RE: HEARING OF FIRST INTERIM FEE APPLICATIONS (0.9); REVIEW AND PREPARE BINDERS OF DOCUMENTS FOR FEE COMMITTEE MEETING (3.7). |
| ZIEGLER VE | 06/16/06 | 3.00 | LEGAL RESEARCH RE: RETENTION OF LIXICON AND FTI'S ENGAGEMENT (2.1); DRAFT EMAIL MEMO RE: SAME (0.9). |
| | | **74.20** | |
| **Total Associate** | | **127.40** | |
| DEMMA J | 06/02/06 | 5.60 | UPDATE PROFESSIONAL FEES AND PRESENTATION MATERIALS FOR UNSECURED CREDITORS COMMITTEE MEETING (5.6). |
| | | **5.60** | |
| ROSEN R | 06/12/06 | 0.60 | REVIEW, COMPILE FRIED FRANK DOCUMENTS FOR 6/19 HEARING BINDER (0.6). |
| ROSEN R | 06/17/06 | 0.90 | WORK ON JEFFERIES SCRIPT FOR 6/19 HEARING BINDER (0.4); UPDATE 6/19 HEARING BINDERS RE: SAME (0.5). |
| ROSEN R | 06/22/06 | 0.90 | REVIEW CASE DOCKET RE: CASE PROFESSIONALS' FIRST INTERIM FEE APPLICATIONS SCHEDULED FOR 7/19 OMNIBUS HEARING (0.9). |
| | | **2.40** | |
| SALAZAR AG | 06/07/06 | 1.30 | SEARCH FOR PRECEDENT OCP NOTICE AND UPDATE WITH NEW PROFESSIONALS (0.7); UPDATE LISTS OF OCPS RETAINED (0.6). |
| SALAZAR AG | 06/09/06 | 3.40 | UPDATE LIST OF RETAINED OCP (0.4); RESPOND TO INQUIRY ON PRO HAC FEES (0.2); RESEARCH DOCKETS FOR PRECEDENT OF PWC RETENTION (1.6); REVIEW AFFIDAVITS OF SERVICE FOR FILING (1.2). |

B43E

| | | | |
|---|---|---|---|
| SALAZAR AG | 06/12/06 | 0.60 | REVIEW FILED OCP AFFIDAVITS AND UPDATE LIST OF RETENTIONS (0.6). |
| SALAZAR AG | 06/13/06 | 1.00 | PREPARE AND FILE LIST OF OCP (0.5); COORDINATE SERVICE WITH KCC (0.5). |
| SALAZAR AG | 06/14/06 | 0.20 | UPDATE OCP LIST WITH NEW RETENTIONS (0.2). |
| SALAZAR AG | 06/15/06 | 1.30 | PULL ALL PWC RETENTION PLEADINGS AND SEND TO COURT FOR ENTRY OF ORDER (1.3). |
| SALAZAR AG | 06/20/06 | 0.80 | REVIEW FEE APPLICATIONS RECEIVED AND ORGANIZE FOR CHARTS (0.8). |
| SALAZAR AG | 06/21/06 | 0.20 | DISCUSS PWC APPLICATION FOR RETENTION WITH CLERK (0.2). |
| SALAZAR AG | 06/22/06 | 0.30 | UPDATE LIST OF OCPS RETAINED (0.3). |
| | | **9.10** | |
| ZSOLDOS AF | 06/01/06 | 4.50 | CREATE LIST OF PROFESSIONALS FOR FOLLOW UP WITH COMPANY (1.6); COORDINATE MAILING OF FEE COMMITTEE MATERIALS TO FEE COMMITTEE MEMBERS (0.8); UPDATE FEE CHART (2.1). |
| ZSOLDOS AF | 06/06/06 | 1.70 | ORGANIZE FEE COMMITTEE PREPARATORY BINDERS (1.7). |
| ZSOLDOS AF | 06/07/06 | 2.70 | SEND EMAILS RE: OBJECTION DEADLINES (0.7); RESPONDING TO EMAILS RE: VARIOUS INQUIRIES ON FEES (0.5); UPDATE FEE CHART TO REFLECT NEWEST FEE STATEMENTS (1.5). |
| ZSOLDOS AF | 06/13/06 | 3.40 | ORGANIZE NEWLY RECEIVED FEE STATEMENTS AND UPDATE CHART (3.4). |
| ZSOLDOS AF | 06/14/06 | 4.40 | ORGANIZE FEE STATEMENTS (1.4); UPDATE CHART TO REFLECT NEWLY RECEIVED STATEMENTS (2.7); EMAIL CORRESPONDENCE RE: KPMG OUTSTANDING PAYMENTS (0.3). |
| ZSOLDOS AF | 06/15/06 | 2.20 | UPDATE FEE CHART AND ORGANIZE NEWLY RECEIVED STATEMENTS (2.2). |
| ZSOLDOS AF | 06/20/06 | 0.80 | DETERMINE OBJECTION DEADLINES FOR FEE STATEMENTS AND SEND EMAILS TO PROFESSIONALS TO CONFIRM OBJECTIONS/NO OBJECTIONS AND AUTHORIZE PAYMENT FROM COMPANY (0.8). |
| ZSOLDOS AF | 06/21/06 | 5.10 | UPDATE FEE CHART WITH PENDING PAYMENTS (0.8); UPDATE FEE CHART WITH PAYMENTS MADE AND NEWLY RECEIVED FEE STATEMENTS (4.3). |
| ZSOLDOS AF | 06/23/06 | 1.60 | UPDATE FEE CHART (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ZSOLDOS AF        06/26/06        3.60    CREATE LIST OF PROFESSIONALS WITH
                                          VOLUNTARY FEE ACCOMODATIONS GIVEN IN
                                          FEE APPLICATIONS AND AMOUNT OF
                                          REDUCTION (2.4); UPDATE CHART OF
                                          PROFESSIONALS GIVING VOLUNTARY FEE
                                          APPLICATIONS AND PULL RELEVANT
                                          EVIDENTIARY INFORMATION IN FEE
                                          APPLICATIONS (0.6); UPDATE FEE CHART
                                          WITH PAYMENTS MADE AND NEW FEE
                                          STATEMENTS RECEIVED (0.6).

                                30.00

Total Legal Assistant          47.10

TOTAL TIME                    186.10

168                                                                      B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 07/31/06**
**Retention / Fee Matters/Objections (Others)**          **Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/02/06 | Copy Center, D | 2,667.50 |
| In-house Reproduction | 06/02/06 | Copy Center, D | 2,747.89 |
| In-house Reproduction | 06/06/06 | Copy Center, D | 0.80 |
| In-house Reproduction | 06/06/06 | Copy Center, D | 924.96 |
| In-house Reproduction | 06/09/06 | Copy Center, D | 86.00 |
| In-house Reproduction | 06/13/06 | Copy Center, D | 413.98 |
| In-house Reproduction | 06/16/06 | Copy Center, D | 48.60 |
| In-house Reproduction | 06/20/06 | Copy Center, D | 174.89 |
| In-house Reproduction | 06/23/06 | Copy Center, D | 44.20 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 581.18 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7,690.00** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 3.02 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 3.74 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.20 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$7.00** |
| Lexis/Nexis | 06/14/06 | Jjingo MJ | 13.00 |
| | | **TOTAL LEXIS/NEXIS** | **$13.00** |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 50.62 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 29.63 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 14.03 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 13.26 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 20.28 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 18.75 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 20.03 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 35.63 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 26.28 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 19.30 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 48.59 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 20.27 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 14.04 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 18.72 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 13.27 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 31.67 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 13.26 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 29.64 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 20.27 |
| Messengers/ Courier | 06/01/06 | Dist Serv/Mail/Page, D | 14.05 |
| Messengers/ Courier | 06/06/06 | Dist Serv/Mail/Page, D | 6.41 |
| | | **TOTAL MESSENGERS/ COURIER** | **$478.00** |
| Wireless - Mo-bile/Cellular/Pager | 06/15/06 | Meisler RE | 6.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$6.00** |
| | | **TOTAL MATTER** | **$8,194.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 08/31/06
Retention / Fee Matters/Objections (Others)                  Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 07/10/06 | 0.80 | EMAILS FROM/TO D. SHERBIN, A. LEONHARD, R. ROSENBERG RE FEE COMMITTEE MATTERS (0.4); REVIEW LEGAL COST CONTROL MATERIALS (0.2); FOLLOW-UP ON FOURTH SUPPLEMENTAL INTERIM COMPENSATION ORDER (0.2). |
| BUTLER, JR. J | 07/11/06 | 0.20 | FOLLOW-UP ON FTI-LEXICON SUPPLEMENTAL RETENTION MATTERS INCLUDING EMAILS FROM/TO D. SHERBIN AND R. EISENBERG (0.2). |
| BUTLER, JR. J | 07/12/06 | 0.20 | REVIEW MATERIALS FROM R. ROSENBERG RE FEE COMMITTEE GUIDELINES (0.2). |
| BUTLER, JR. J | 07/15/06 | 0.20 | FURTHER EMAILS FROM/TO D. SHERBIN AND R. EISENBERG RE FTI-LEXICON RETENTION (0.2). |
| BUTLER, JR. J | 07/18/06 | 0.30 | CONTINUE TO PREPARE FOR JULY 19TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE CONSOLIDATION OF HEARING ON FIRST AND SECOND FEE APPLICATION HEARING AT OCTOBER 2006 OMNIBUS HEARING AND LCC FEE AUDITOR RETENTION FOR FEE COMMITTEE (0.3). |
| BUTLER, JR. J | 07/19/06 | 0.40 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: CONSOLIDATION OF HEARING ON FIRST AND SECOND FEE APPLICATION HEARING AT OCTOBER 2006 HEARING AND LCC FEE AUDITOR RETENTION FOR FEE COMMITTEE. |
| BUTLER, JR. J | 07/24/06 | 0.20 | EMAILS TO/FROM B. STEINGART RE: SUPPLEMENTAL 2014 DECLARATION (0.2). |
|  |  | 2.30 |  |
| **Total Partner** |  | 2.30 |  |
| MATZ TJ | 07/07/06 | 1.80 | TELECONFERENCE WITH U.S. TRUSTEE RE: RETENTION OF LEGAL COST CONTROL, ADJOURNMENT OF HEARING, INTERIM FEE APPLICATIONS AND DISCUSSIONS RE: HOLD-BACK (0.8); CORRESPONDENCE WITH PWC RE: FEE APPLICATION (0.2); TELECONFERENCE WITH S. CORCORAN RE: MAYER BROWN SUPPLEMENT ENGAGEMENT LETTER (0.2); CORRESPONDENCE WITH S. JOHNSTON RE: FEE APPLICATIONS, GUIDELINES (0.2); TELECONFERENCE WITH S. JOHNSTON RE: SAME (0.2); FOLLOW UP RE: FEE GUIDELINES (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 07/10/06 | 3.20 | CORRESPONDENCE WITH O'MELVENY RE: FEE APPLICATIONS (0.1); CORRESPONDENCE WITH COVINGTON & BURLING RE: FEE APPLICATIONS (0.2); TELECONFERENCE WITH PRICEWATERHOUSE RE: FEE APPLICATIONS (0.3); TELECONFERENCE WITH MESIROW RE: FEE APPLICATIONS (0.1); FOLLOW UP WORK RE: SAME (0.3); FURTHER ANALYSIS AND DRAFTING RE: HARBINGER TRADING ORDER (0.9); TELECONFERENCE WITH D. SHERBIN RE: FIRST INTERIM FEE APPLICATIONS, HOLD-BACKS, LEGAL COST CONTROL (0.4); FOLLOW UP CALL FROM D. SHERBIN RE: SAME (0.3); FOLLOW UP RE: AMENDED FEE APPLICATION (0.2); FURTHER ANALYSIS RE: PRICEWATERHOUSE FINAL FEE APPLICATION (0.4). |
| MATZ TJ | 07/11/06 | 1.80 | FINALIZING FORTH SUPPLEMENTAL INTERIM COMPENSATION ORDER (0.4); CORRESPONDENCE WITH D. SHERBIN RE: SAME AND MEETING (0.2); FORWARDING PROPOSED ORDER TO CHAMBERS (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.6); CORRESPONDENCE WITH WARNER STEPHENS AND ERNST & YOUNG RE: INTERIM FEE APPLICATIONS (0.2); FOLLOW UP RE: SAME (0.2). |
| MATZ TJ | 07/12/06 | 1.00 | REVIEWING AND REVISING THIRD QUARTERLY ORDINARY COURSE PROFESSIONALS STATEMENT (0.3); CORRESPONDENCE WITH CHAMBERS RE: FOURTH SUPPLEMENTAL INTERIM COMPENSATION ORDER (0.2); FOLLOW UP RE: SAME (0.2); CORRESPONDENCE WITH ERNST & YOUNG RE: FEE APPLICATION EXTENSION RE: UCC OBJECTION THERETO (0.3). |
| MATZ TJ | 07/13/06 | 0.60 | TELECONFERENCE WITH CHAMBERS RE: INTERIM COMPENSATION ORDER (0.2); CORRESPONDENCE WITH DLA PIPER RE: RETENTION (0.2); REVIEWING MATTER OF LEGAL COST CONTROL RETENTION ADJOURNMENT (0.2). |
| MATZ TJ | 07/17/06 | 0.80 | CORRESPONDENCE WITH FTI RE: SUPPLEMENTAL RETENTION APPLICATION (0.3); TELECONFERENCE WITH S. CORCORAN RE: DLA PIPER ACCOUNTS AND RETENTION (0.2); TELECONFERENCE FROM MESIROW RE: ACCOUNTS, FIRST INTERIM FEE APPLICATION (0.2); REVIEWING NOTICE TO ALL PROFESSIONALS RE: SAME (0.1). |
| MATZ TJ | 07/19/06 | 0.30 | FOLLOW UP RE: LEXICON RETENTION MATERIALS (0.3). |
| MATZ TJ | 07/20/06 | 0.60 | CONTINUING REVIEW AND REVISE OF LEXICON RETENTION PRESENTMENT (0.6). |
| MATZ TJ | 07/25/06 | 0.40 | REVIEWING LEXICON RETENTION AND PRELIMINARY COMMENTS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ          07/26/06     3.80  REVIEWING AND REVISING LEXICON
                                    RETENTION APPLICATION (1.8);
                                    TELECONFERENCE WITH A. FRANKUM OF FTI
                                    RE: SAME, ENGAGEMENT LETTER AND
                                    DECLARATION (0.3); FURTHER REVISIONS TO
                                    LEXICON RETENTION APPLICATION (0.6);
                                    CORRESPONDENCE WITH SHEARMAN & STERLING
                                    RE: SAME (0.2); TELECONFERENCE WITH B.
                                    SHAW RE: SECOND INTERIM FEE APPLICATION
                                    (0.2); REVIEWING SAME (0.2);
                                    TELECONFERENCE WITH B. SHAW RE: SAME
                                    (0.1); TELECONFERENCE WITH MESIROW
                                    FINANCIAL RE: FEE APPLICATION (0.2);
                                    TELECONFERENCE WITH SHERMAN & STERLING
                                    RE: FEE APPLICATION (0.2).

MATZ TJ          07/31/06     0.30  CORRESPONDENCE WITH KPMG RE: INTERIM
                                    FEE APPLICATION (0.3).

                             14.60

**Total Counsel**            14.60

JJINGO MJ        07/05/06     0.50  REVIEW FEES AND  CORRESPOND WITH M.
                                    PISCITELLI AT DELPHI AND B. DIMOS AT
                                    KING & SPALDING LLP, COUNSEL FOR KPMG
                                    (0.5).

JJINGO MJ        07/06/06     0.20  EMAIL TO M. PISCITELLI AT DELPHI RE:
                                    FEES (0.2).

JJINGO MJ        07/07/06     1.30  REVIEW AND UPDATE FEE CHART(1.1);
                                    TELECONFERENCE WITH L. GRETCHKO AT
                                    HOWARD & HOWARD TO DISCUSS JULY 19TH FEE
                                    HEARING AND OTHER FEE RELATED ISSUES
                                    (0.2).

JJINGO MJ        07/10/06     2.30  REVIEW FEE CHART AND CERTAIN INVOICES
                                    (1.9); PREPARE FOR AND PHONE S. BLAZIK
                                    AT DECHERT RE: ORDINARY COURSE
                                    PROFESSIONAL AFFIDAVIT (0.4).

JJINGO MJ        07/11/06     1.90  REVIEW FEE INVOICES AND FEE CHART (0.9);
                                    FINALIZE FOURTH SUPPLEMENTAL INTERIM
                                    COMPENSATION ORDER FOR FILING (0.6);
                                    CORRESPOND WITH L. GRETCHKO AT HOWARD &
                                    HOWARD, B.DIMOS AT K &S AND M.
                                    PISCITELLI ATE DELPHI RE: FEE PAYMENTS
                                    (0.4).

JJINGO MJ        07/12/06     1.10  WORK ON ORDINARY COURSE PROFESSIONAL
                                    STATEMENT (0.9); CORRESPOND WITH L.
                                    GRETCHKO AT HOWARD & HOWARD AND C.
                                    REIMER AT MAYER BROWN (0.2).

JJINGO MJ        07/13/06     0.70  TELECONFERENCE WITH C. REIMER AT MAYER
                                    BROWN RE BUDGETS (0.3); TELECONFERENCE
                                    WITH W. EGUCHI AT MAYER BROWN RE:
                                    BUDGETS (0.1); CORRESPOND WITH S.
                                    CORCORAN RE: NOTICE OF THIRD QUARTERLY
                                    OCP STATEMENT AND REVIEW SERVICE LIST
                                    RE: THE SAME (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

JJINGO MJ        07/14/06      2.40   CORRESPOND WITH R. FLETEMEYER RE: THIRD
                                      QUARTERLY OCP STATEMENT (0.2); REVIEW
                                      AND REVISE THE SAME BEFORE FILING AND
                                      SERVICE (1.8); CORRESPOND WITH A.
                                      VONDRA RE: PWC'S PAYMENT AND CORRESPOND
                                      WITH M. PISCITELLI AT DELPHI RE: THE
                                      SAME (0.4).

JJINGO MJ        07/17/06      1.60   CORRESPOND WITH RETAINED PROFESSIONALS
                                      RE: RESCHEDULING OF FEE HEARING; REVIEW
                                      FEE CHART AND INVOICES (1.6).

JJINGO MJ        07/18/06      4.70   REVIEW SERVICE LIST WITH REGARD TO
                                      FOURTH SUPPLEMENTAL INTERIM
                                      COMPENSATION ORDER (0.7); RESPOND TO
                                      CERTAIN RETAINED PROFESSIONAL
                                      INQUIRIES RE: THE ORDER (1.9); REVIEW
                                      FEE STATEMENTS AND INVOICES (2.1).

JJINGO MJ        07/19/06      6.10   REVIEW LEXECON ENGAGEMENT LETTER AND
                                      PULL FTI MATERIALS RE: THE SAME; BEGIN
                                      TO DRAFT RETENTION APPLICATION (4.7);
                                      REVIEW FEES AND FEE CHART (1.4).

JJINGO MJ        07/20/06      7.60   CONTINUE TO DRAFT LEXECON RETENTION
                                      APPLICATION (4.1); REVIEW FEE CHART AND
                                      FEE INVOICES AND CORRESPOND WITH M.
                                      PISCITELLI RE: THE SAME (2.2);
                                      CONVERSATION WITH B. DIMOS AT KING AND
                                      SPALDING RE: KPMG'S FEES (0.3); REVIEW
                                      CERTAIN PARTS OF FEE APPLICATION (1.0).

JJINGO MJ        07/21/06      2.70   CORRESPOND WITH M. PISCITELLI AT DELPHI
                                      RE: PROTOCOL UNDER THE FOURTH
                                      SUPPLEMENTAL INTERIM COMPENSATION
                                      ORDER (2.7).

JJINGO MJ        07/25/06      3.00   CORRESPOND WITH RETAINED PROFESSIONALS
                                      RE: SECOND INTERIM FEE APPLICATION
                                      DEADLINE (0.6); CORRESPOND WITH B.
                                      DIMOS AT K&S AND J. NOLAN AT DELPHI RE:
                                      PAYMENT OF KPMG'S FEES (0.3); REVIEW
                                      CERTAIN RETENTION ORDERS IN CONNECTION
                                      WITH LEXECON'S RETENTION APPLICATION
                                      AND REVIEW AND REVISE THE SAME (2.1).

JJINGO MJ        07/26/06      5.20   CORRESPOND WITH M. PISCITELLI RE:
                                      ONE-HALF OF HOLDBACK AMOUNT DUE CERTAIN
                                      RETAINED PROFESSIONALS AND REVIEW THE
                                      SAME (0.7); REVIEW AND REVISE LEXECON
                                      RETENTION APPLICATION AND STRATEGIZE
                                      AND CORRESPOND WITH A. FRANKUM AND
                                      SHEARMAN AND STERLING RE: THE SAME
                                      (4.5).

JJINGO MJ        07/27/06      0.20   CORRESPOND WITH M. PISCITELLI AND J.
                                      NOLAN RE: CERTAIN FEE INVOICES (0.2).

JJINGO MJ        07/28/06      2.40   FOLLOW UP ON CERTAIN ORDINARY COURSE
                                      PROFESSIONAL CONCERNS (2.4).

JJINGO MJ        07/31/06      0.40   CORRESPONDENCE WITH CERTAIN RETAINED
                                      PROFESSIONALS WITH RESPECT TO FEE
                                      APPLICATIONS (0.4).

                               44.30

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        07/07/06      0.50   REVIEW FEES SUBMITTED BY PROFESSIONALS
                                       RE: COMPLIANCE WITH INTERIM COMP (0.5).

MEISLER RE        07/10/06      0.70   REVIEW INQUIRY RE: FEE PROTOCOL FOR
                                       PURPOSES OF PROFESSIONAL FEES COVERING
                                       INVESTIGATORY WORK (0.1); WORK ON
                                       RESPONDING TO M. WARNER'S REQUEST RE:
                                       PROFESSIONAL FEES (0.2); REVIEW JOINT
                                       INTEREST AGREEMENT RE: ADOPTION OF
                                       LEGAL COST CONTROL AS AN
                                       APPROVED/DESIGNATED PROFESSIONAL
                                       (0.4).

MEISLER RE        07/11/06      0.10   TELECONFERENCE WITH M. WARNER RE:
                                       PROFESSIONAL FEES (0.1).

MEISLER RE        07/12/06      0.10   CONTINUED WORKING ON RESOLVING M.
                                       WARNER'S ISSUE RE: PROFESSIONAL FEES
                                       (0.1).

MEISLER RE        07/14/06      0.30   REVIEW AND REVISE SCRIPTS AND PROFFERS
                                       RE: CONTINUANCE OF FEE APPLICATIONS
                                       (0.3).

MEISLER RE        07/23/06      0.20   REVIEW FRIED FRANK 2014 STATEMENT
                                       (0.1); DRAFT INTERNAL CORRESPONDENCE
                                       RE: SAME (0.1).

MEISLER RE        07/25/06      0.40   REVIEW INQUIRY RE: COMPLIANCE WITH
                                       LEGAL COST CONTROL GUIDELINES (0.2);
                                       RESPOND TO INQUIRIES RE: FEE
                                       APPLICATIONS (0.2).

                                2.30

**Total Associate**            46.60

ROSEN R           07/06/06      2.80   COMPILE LIST OF CASE PROFESSIONALS AND
                                       FIRST INTERIM FEE APPLICATION DOCKET
                                       NOS RE: SAME (1.9); START TO COMPILE
                                       ABBREVIATED FORMS OF FEE APPLICATIONS
                                       FOR 7/19 HEARING (0.9).

ROSEN R           07/07/06      3.80   CONTINUE TO COMPILE ABBREVIATED FORMS
                                       OF CASE PROFESSIONALS' FIRST INTERIM
                                       FEE APPLICATIONS RE: 7/19 HEARING
                                       (3.2); REVISE, UPDATE INDEX RE: SAME
                                       (0.6).

ROSEN R           07/10/06      1.20   REVIEW FIRST INTERIM FEE APPLICATIONS
                                       ON DRAFT 7/19 HEARING AGENDA FOR
                                       COMPLETENESS (0.9); COMPILE, FORWARD
                                       INFORMATION RE: OUTSTANDING FEE
                                       APPLICATIONS RE: SAME (0.3).

ROSEN R           07/14/06      0.80   WORK ON DRAFT FIRST INTERIM FEE
                                       APPLICATION SCRIPT FOR INSERTION IN
                                       7/19 HEARING BINDER (0.8).

B43E

| | | | |
|---|---|---|---|
| ROSEN R | 07/18/06 | 1.90 | TELECONFERENCES WITH AND FORWARD FOURTH SUPPLEMENTAL INTERIM COMP ORDER RESCHEDULING FIRST INTERIM FEE APP HEARING TO 10/19 TO K. MANIACI, DELPHI AND J. ALLEN, JAECKLE FLEISCHMANN (0.3); COMPILE, FORWARD COPIES OF FIRST INTERIM FEE APPLICATIONS TO REQUESTING TEAM ATTORNEY (1.6). |
| | | **10.50** | |
| ZSOLDOS AF | 07/06/06 | 2.00 | UPDATE FEE CHART WITH RECENT PAYMENTS MADE (1.2); UPDATE FEE CHART WITH RECENTLY RECEIVED FEE STATEMENTS (0.8). |
| ZSOLDOS AF | 07/10/06 | 2.30 | UPDATE FEE CHART WITH NEWLY RECEIVED FEE STATEMENTS (2.3). |
| ZSOLDOS AF | 07/11/06 | 2.90 | PREPARE LIST OF ORDINARY COURSE PROFESSIONALS (0.8); PREPARE LIST OF ORDINARY COURSE PROFESSIONALS ADDED DURING SECOND INTERIM FEE APPLICATION PERIOD (0.6); PREPARE LIST OF RETENTION APPLICATIONS FILED DURING SECOND INTERIM FEE APPLICATION PERIOD (0.9); UPDATE LIST OF OCP AFFIDAVITS FILED WITH THE COURT (0.6). |
| ZSOLDOS AF | 07/12/06 | 1.40 | ORGANIZE FEE STATEMENTS AND FILING (0.3); UPDATE CHART OF FEES AND EXPENSES FOR UCC MEETING (0.3); DETERMINE THE NUMBER OF RETAINED PROFESSIONALS WHO FILED RETENTION APPLICATIONS DURING SECOND INTERIM PERIOD THAT WERE OCP'S BEFOREHAND (0.8). |
| ZSOLDOS AF | 07/17/06 | 3.10 | UPDATE FEE CHART WITH NEWLY RECEIVED STATEMENTS (0.4); FORMAT CHART TO REFLECT NEWLY RETAINED PROFESSIONALS IN ANTICIPATION OF RECEIVING FEE STATEMENTS (2.7). |
| ZSOLDOS AF | 07/20/06 | 4.90 | UPDATE FEE CHARTS WITH NEWLY RECEIVED MONTHLY STATEMENTS (3.1); SEND EMAILS TO PROFESSIONALS RE: OBJECTION DEADLINES AND AUTHORIZATION OF PAYMENT (1.1); UPDATE CHART TO REFLECT RESPONSES RE: ABOVE (0.7). |
| ZSOLDOS AF | 07/21/06 | 3.10 | UPDATE FEE CHARTS WITH NEWLY RECEIVED INFORMATION (1.8); ORGANIZE FEE STATEMENTS (1.3). |
| ZSOLDOS AF | 07/24/06 | 2.90 | CREATE CHART SHOWING BREAKDOWN OF RETAINED PROFESSIONALS' 20% HOLDBACK FOR EACH MONTH, FEE PERIOD, AND FOR EACH PROFESSIONAL COMBINED (2.6); DRAFT AND SEND EMAIL TO M. PISTICELLI AT DELPHI RE: ABOVE (0.3). |
| ZSOLDOS AF | 07/26/06 | 2.70 | CHECK OBJECTION DEADLINES AND SEND EMAILS TO PROFESSIONALS RE: SAME (0.5); CHECK AND UPDATE 20% HOLDBACK CHART WITH M. PISTICELLI'S COMMENTS FOR DISCREPANCIES (1.9); TELECONFERENCE WITH M. PISTICELLI RE SAME (0.3). |

B43E

| ZSOLDOS AF | 07/27/06 | 0.50 | SEND FOLLOW UP EMAILS TO PROFESSIONALS RE: OBJECTION DEADLINES (0.4); UPDATE CHART RE: ABOVE (0.1). |
| | | 25.80 | |
| Total Legal Assistant | | 36.30 | |
| ~~WORSCHECK TM~~ | ~~07/12/06~~ | ~~0.40~~ | ~~PREPARE FEE STATEMENTS FOR DISTRIBUTION (0.4).~~ |
| ~~WORSCHECK TM~~ | ~~07/18/06~~ | ~~1.80~~ | ~~PREPARE FEE STATEMENTS FOR ATTORNEY REVIEW (1.8).~~ |
| | | ~~2.20~~ | |
| ~~Total Legal Assistant Support~~ | | ~~2.20~~ | |

**TOTAL TIME**          <u>102.00</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 08/31/06**
**Retention / Fee Matters/Objections (Others)**       **Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/04/06 | Copy Center, D | 309.68 |
| In-house Reproduction | 07/11/06 | Copy Center, D | 38.70 |
| In-house Reproduction | 07/11/06 | Copy Center, D | 361.98 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 616.66 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 118.69 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 169.59 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 11.60 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 34.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,661.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.48 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 2.08 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.24 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.20 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 39.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$39.00** |
| | | **TOTAL MATTER** | **$1,704.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                          Bill Date: 09/30/06
Retention / Fee Matters/Objections (Others)                      Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/01/06 | 0.20 | DEVELOP RESPONSE TO A. LEONHARD RE: FEE COMMITTEE MATTERS INCLUDING LEGAL COST CONTROL RETENTION (0.2). |
| BUTLER, JR. J | 08/07/06 | 0.30 | REVIEW FEE COMMITTEE RESPONSES TO LATHAM AND WATKINS AND PROPOSED SUPPLEMENTAL STATEMENT RE: LEGAL COST CONTROL RETENTION (0.3). |
| BUTLER, JR. J | 08/14/06 | 0.30 | EMAILS FROM/TO A. LEONHARD RE: LEGAL COST CONTROL AND RELATED FEE COMMITTEE MATTERS (0.3). |
| BUTLER, JR. J | 08/15/06 | 0.20 | EMAILS TO/FROM D. SHERBIN AND A. LEONARHARD RE: LEGAL COST CONTROL PROJECT CODES (0.2). |
| | | 1.00 | |
| MARAFIOTI KA | 08/01/06 | 0.30 | TELECONFERENCE FROM A. LEONHARD RE: FEE COMMITTEE ISSUES (0.2) AND FOLLOWUP CORRESPONDENCE RE: SAME (0.1). |
| MARAFIOTI KA | 08/02/06 | 0.10 | CORRESPONDENCE RE: LEXICON RETENTION (0.1). |
| MARAFIOTI KA | 08/03/06 | 0.10 | TELECONFERENCE FROM A. LEONHARD RE: FEE COMMITTEE ISSUES (0.1). |
| MARAFIOTI KA | 08/08/06 | 0.40 | REVIEW CORRESPONDENCE FROM U.S. TRUSTEE RE: FEE COMMITTEE AND SUPPLEMENT TO LCC RETENTION APPLICATION (0.1); REVIEW LATHAM COMMENTS RE: SAME (0.3). |
| MARAFIOTI KA | 08/14/06 | 0.10 | CORRESPONDENCE RE: FEE EXAMINER (0.1). |
| MARAFIOTI KA | 08/21/06 | 0.10 | CORRESPONDENCE RE: LEXICON RETENTION (0.1). |
| MARAFIOTI KA | 08/31/06 | 0.40 | TELECONFERENCE WITH J. SHEEHAN RE: PWC RETENTION BY CERBERUS (0.2); REVIEW PWC RETENTION ORDER (0.2). |
| | | 1.50 | |
| Total Partner | | 2.50 | |
| MATZ TJ | 08/01/06 | 1.40 | TWO CONFERENCES WITH V. MELWANI RE: HOULIHAN LOKEY RETENTION (0.4); READ CORRESPONDENCE FROM V. MELWANI RE: SAME (0.2); REVIEW CORRESPONDENCE FROM D. HILTY RE: SAME (0.2); REVIEW REVISIONS TO HOLIHAND LOKEY RETENTION (0.6). |
| MATZ TJ | 08/02/06 | 1.20 | REVIEW CORRESPONDENCE FROM A. FRANKUM RE: LEXICON/FTI ENGAGEMENT (0.3); REVIEW DRAFT ENGAGEMENT AND SUPPLEMENTAL APPLICATION (0.6); TELECONFERENCE WITH A. FRANKUM RE: SAME (0.3). |

154                                                                          B43E