SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        08/04/06      1.10   CORRESPONDENCE WITH FTI RE: RETENTION
                                    (0.2); TELECONFERENCE WITH A. FRANKUM
                                    RE: SAME (0.2); CORRESPONDENCE WITH A.
                                    FRANKUM RE: FTI SUPPLEMENTAL
                                    DECLARATION (0.2); CORRESPONDENCE WITH
                                    SHEARMAN & STERLING, FTI RE: SAME (0.2);
                                    FURTHER ANALYSIS OF SUPPLEMENTAL
                                    APPLICATION (0.3).

MATZ TJ        08/07/06      1.10   CORRESPONDENCE WITH A. FRANKUM RE: FTI
                                    RETENTION APPLICATION (0.4);
                                    CORRESPONDENCE WITH S. CORCORAN RE:
                                    MAYER BROWN & DLA PIPER RETENTIONS
                                    (0.1); FOLLOW UP RE: SAME WITH S.
                                    CORCORAN (0.2); CORRESPONDENCE WITH
                                    U.S. TRUSTEE RE: LCC RETENTION
                                    APPLICATION (0.4).

MATZ TJ        08/08/06      0.60   REVIEW U.S. TRUSTEE'S POSITION RE:
                                    LEGAL COST CONTROL AND TRANSCRIPT FROM
                                    7/19 (0.3); CORRESPONDENCE WITH D.
                                    SHERBIN RE: FEE COMMITTEE, MEETING
                                    (0.2); CORRESPONDENCE WITH A. LEONHARD
                                    RE: SAME (0.1).

MATZ TJ        08/10/06      0.80   DISCUSSION WITH FTI RE: SUPPLEMENTAL
                                    RETENTION APPLICATION (0.4);
                                    TELECONFERENCE TO U.S. TRUSTEE RE: SAME
                                    (0.2); TELECONFERENCE WITH U.S. TRUSTEE
                                    RE: LEGAL COST CONTROL SUPPLEMENT TO
                                    APPLICATION (0.2).

MATZ TJ        08/11/06      0.40   TELECONFERENCE WITH R. ISSENBERG RE:
                                    FTI SUPPLEMENTAL RETENTION (0.2);
                                    TELECONFERENCE WITH U.S. TRUSTEE RE:
                                    SAME (0.2).

MATZ TJ        08/14/06      0.70   TELECONFERENCE WITH U.S. TRUSTEE RE:
                                    LEGAL COST CONTROL RETENTION
                                    APPLICATION (0.2); REVIEW COMMENTS RE:
                                    FTI SUPPLEMENTAL RETENTION
                                    APPLICATIONS (0.3); FOLLOW UP RE: LEGAL
                                    COST CONTROL RETENTION WITH U.S.
                                    TRUSTEE (0.2).

MATZ TJ        08/21/06      0.40   CORRESPONDENCE WITH SHERMAN & STERLING
                                    RE: FTI RETENTION (0.2); REVIEW SAME
                                    (0.2).

MATZ TJ        08/22/06      0.60   ANALYZE DLA PIPER SUPPLEMENTAL
                                    DECLARATIONS (0.2); ANALYZE FTI
                                    SUPPLEMENTAL DECLARATIONS (0.2);
                                    RESPOND TO SAME (0.2).

MATZ TJ        08/23/06      1.60   REVIEW IMPLEMENTATION PHASE ENGAGEMENT
                                    LETTER, NOTICE TO UCC AND UST (0.4);
                                    FINALIZE COVER LETTER FOR DELIVERY
                                    (0.2); CORRESPONDENCE WITH J. SHEEHAN
                                    RE: NOTICE PERIOD (0.2); CORRESPONDENCE
                                    WITH LEGAL COST CONTROL RE:
                                    CONFIDENTIALITY AGREEMENT FOR FEE
                                    STATEMENTS (0.2); ANALYZING SAME (0.4);
                                    REVIEW UCC JOINT INTEREST ORDER FOR
                                    CONFIDENTIALITY (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MATZ TJ        08/24/06      3.40   REVIEW AND ANALYZE LEGAL COST CONTROL
                                    REQUEST TO BE "DESIGNED RECIPIENT"
                                    (0.5); REVIEW UCC JOINT INTEREST ORDER
                                    RE: SAME (0.3); PREPARE CORRESPONDENCE
                                    FOR D. SHERBIN TO LEGAL COST CONTROL RE:
                                    SAME (0.4); CORRESPONDENCE TO D.
                                    SHERBIN RE: SAME (0.2); REVIEW AND
                                    ANALYZE MAYER BROWN SUPPLEMENTAL (0.6);
                                    TELECONFERENCE WITH S. CORCORAN RE:
                                    SAME (0.2); TELECONFERENCE WITH A.
                                    VONDRA RE: PWC BILLING MATTER (0.3);
                                    FOLLOW UP WITH COMPANY RE: SAME (0.2);
                                    REVIEW AND ANALYZE HOWARD & HOWARD
                                    HOLD-BACK MATTER (0.3); REVIEW FEE
                                    COMMITTEE BUDGET REQUIREMENTS FOR
                                    PROFESSIONALS (0.2); REVIEW AND ANALYZE
                                    DICKSON BILLING MATTER (0.2).

MATZ TJ        08/25/06      1.40   CORRESPONDENCE WITH D. SHERBIN RE: LCC
                                    DESIGNATED RECIPIENT STATUS (0.2);
                                    FOLLOW UP RE: DLA PIPER RETENTION STATUS
                                    (0.2); CORRESPONDENCE WITH SHEARMAN &
                                    STERLING RE: FTI SUPPLEMENTAL RETENTION
                                    (0.2); TELECONFERENCE WITH A. VONDRA OF
                                    PRICEWATERHOUSE (PWC) RE: PWC-WILMER
                                    HALE WORK, BILLING (0.4); FURTHER
                                    CORRESPONDENCE WITH A. VONDRA RE: SAME
                                    (0.2); CORRESPONDENCE WITH WILMER HALE
                                    RE: SAME (0.2).

MATZ TJ        08/28/06      1.20   TELECONFERENCE FROM B. CECCOTTI RE:
                                    MILLMAN ACCOUNTS (0.2); REVIEW SAME
                                    (0.2); TELECONFERENCE TO B. CECCOTTI
                                    RE: SAME (0.2); CORRESPONDENCE WITH W.
                                    HALE RE: PWC ACCOUNTS (0.2);
                                    TELECONFERENCE WITH A. VONDRA RE: SAME
                                    (0.2); WORK ON DLA PIPER RETENTION
                                    APPLICATION (0.2).

MATZ TJ        08/29/06      1.80   REVIEW MILLMAN FEE REQUEST (0.6); TWO
                                    TELECONFERENCES WITH B. CECCOTTI RE:
                                    SAME (0.5); REVIEW CORRESPONDENCE TO
                                    UCC RE: SAME (0.2); TELECONFERENCE WITH
                                    D. SHERBIN RE: CONFIDENTIALITY AND
                                    LEGAL COST CONTROL (0.2);
                                    CORRESPONDENCE WITH D. SHERBIN RE: SAME
                                    (0.3).

MATZ TJ        08/30/06      1.40   FURTHER REVIEW RE: MILLMAN INVOICES
                                    (0.3); TELECONFERENCE WITH CHAMBERS RE:
                                    LOCKE, REYNOLDS FILING (0.3); REVIEW
                                    LOCKE, REYNOLDS MATTERS (0.2);
                                    TELECONFERENCE WITH CHAMBERS RE: SAME
                                    (0.2); REVIEW AND ANALYZE KPMG
                                    RETENTION (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 08/31/06 | 2.90 | REVIEW AND INSTITUTE SCREENING PROCEDURES RE: C. MAHER (0.4); REVIEW AND COMMENT ON KPMG SECOND SUPPLEMENTAL RETENTION APPLICATION (0.6); REVIEW INTERIM COMPENSATION, FEE COMMITTEE MATTERS (0.5); CORRESPONDENCE WITH W. HALE RE: PRICE WATERHOUSE RETENTION AND WORK FOR WILMER HALE (0.4); FOLLOW UP RE: REVIEW OF SAME (0.4); TELECONFERENCE FROM CHAMBERS RE: LOCKE, REYNOLDS FILING (0.2); REVIEW LOCKE, REYNOLDS MATTER (0.2); RETURN CALL WITH CHAMBERS RE: SAME (0.2). |
| | | 22.00 | |
| ~~RAMLO K~~ | ~~08/04/06~~ | ~~0.70~~ | ~~REVIEW MOTION TO RETAIN LEGAL COST CONTROL AND CALENDAR REVISED DEADLINE FOR OBJECTION TO SAME (0.7).~~ |
| ~~RAMLO K~~ | ~~08/09/06~~ | ~~0.30~~ | ~~REVIEW US TRUSTEE AND COMMITTEE RESPONSES TO CONCERNS ON LEGAL COST CONTROL RETENTION (0.3).~~ |
| ~~RAMLO K~~ | ~~08/10/06~~ | ~~0.10~~ | ~~REVIEW AND COMMENT ON LEGAL COST CONTROL HEARING SCRIPT (0.1).~~ |
| | | ~~1.10~~ | |
| Total Counsel | | 23.10 | |
| HERRIOTT AV | 08/02/06 | 0.10 | RESPOND TO QUESTION RE: PROFESSIONAL FEE MATTER (0.1). |
| HERRIOTT AV | 08/08/06 | 0.40 | REVIEW AND TRANSMIT DISCLOSURE PARTY LIST TO PROFESSIONAL FOR EVALUATION (0.4). |
| HERRIOTT AV | 08/10/06 | 0.40 | REVIEW AND PROVIDE COMMENTS TO PROFESSIONAL'S DRAFT RETENTION APPLICATION (0.4). |
| HERRIOTT AV | 08/15/06 | 0.30 | RESPOND TO QUESTIONS RE: PROFESSIONAL RETENTION (0.3). |
| | | 1.20 | |
| HOUSTON BM | 08/08/06 | 1.40 | CONTINUE ANALYSIS OF RETENTION APPLICATION (1.4). |
| HOUSTON BM | 08/10/06 | 1.10 | CONTINUE STRATEGIZING RE: RETENTION APPLICATION (1.1). |
| HOUSTON BM | 08/11/06 | 1.20 | REVIEW SUPPLEMENT TO RETENTION APPLICATION (1.2). |
| | | 3.70 | |
| JJINGO MJ | 08/02/06 | 8.30 | REVIEW FEE APPLICATIONS, FEE STATEMENTS AND INTERNAL FEE CHART (3.2); DRAFT AND REVISE FTI SUPPLEMENTAL RETENTION APPLICATION (4.9); CORRESPOND WITH B. DIMOS ET AL., AT K&S RE: FEE APPLICATIONS (0.2). |

B43E

| | | | |
|---|---|---|---|
| JJINGO MJ | 08/03/06 | 0.30 | CORRESPOND WITH M. PISCITELLI RE: STATUS OF RELEASE OF ONE-HALF HOLDBACK AMOUNT (0.3). |
| JJINGO MJ | 08/04/06 | 2.90 | REVIEW FEE APPLICATIONS AND FEE STATEMENTS SERVED (2.9). |
| JJINGO MJ | 08/05/06 | 0.20 | RESPOND TO INQUIRY OF N. BERGER AT TOGUT (0.2). |
| JJINGO MJ | 08/07/06 | 5.80 | CONTACT DELPHI REPRESENTATIVES RE: INVOICES AND PAYMENTS MADE; REVIEW MATERIALS ON THE SAME (5.8). |
| JJINGO MJ | 08/08/06 | 6.60 | CORRESPOND WITH J. NOLAN, M. PISCITELLI, AND L. MARX RE: PAYMENTS TO RETAINED PROFESSIONALS; ORGANIZE AND REVIEW MATERIALS RE: THE SAME (4.7); REVIEW FEE CHART (1.9). |
| JJINGO MJ | 08/09/06 | 1.60 | REVIEW HOLDBACK PAYMENTS MADE TO DATE TO RETAINED PROFESSIONALS (1.6). |
| JJINGO MJ | 08/10/06 | 1.40 | REVIEW AND EVALUATE BUTZEL LONG SUPPLEMENTAL RETENTION APPLICATION (0.2); REVIEW AND EVALUATE DLA PIPER RETENTION APPLICATION (1.2). |
| JJINGO MJ | 08/14/06 | 6.80 | REVIEW AND REVISE DLA PIPER RETENTION APPLICATION AND FTI SUPPLEMENTAL RETENTION APPLICATION (6.1); REVIEW LOCKEY REYNOLDS OCP AND CORRESPOND WITH S. REYNOLDS AT LR RE: THE SAME (0.7). |
| JJINGO MJ | 08/15/06 | 3.30 | REVIEW CERTAIN RETAINED PROFESSIONAL ISSUES RELATED TO FEES AND EXPENSES (1.6); REVIEW CERTAIN ISSUES OF ORDINARY COURSE PROFESSIONALS (1.7). |
| JJINGO MJ | 08/16/06 | 4.70 | CORRESPOND WITH RETAINED PROFESSIONALS AND OCPS WITH RESPECT TO CERTAIN FEE AND RETENTION ISSUES (2.8); REVIEW FEE CHART AND INVOICES (1.9). |
| JJINGO MJ | 08/17/06 | 0.60 | CORRESPOND WITH B. DIMOS AT KING AND SPALDING RE: SUPPLEMENTAL RETENTION APPLICATION (0.2); CORRESPOND WITH L. MARX AT DELPHI RE: CERTAIN FEE ISSUES (0.4). |
| JJINGO MJ | 08/18/06 | 3.20 | REVIEW FEE CHART (1.8); CORRESPOND WITH CERTAIN RETAINED PROFESSIONALS RE: ISSUES RELATED TO FEES AND HOLDBACK PAYMENTS (0.7); REVIEW FTI SUPPLEMENTAL RETENTION APPLICATION AND CORRESPOND WITH A. FRANKUM RE: THE SAME (0.7). |
| JJINGO MJ | 08/21/06 | 5.60 | REVIEW SUPPLEMENTAL RETENTION APPLICATION OF KPMG (2.1); REVIEW OBJECTIONS DEADLINES OF RETAINED PROFESSIONAL AND CORRESPOND WITH M. PISCITELLI AND J. NOLAN AT DELPHI RE: PAYMENT (1.1); CORRESPOND WITH A. POTTER AT DLA PIPER RE: RETENTION APPLICATION; REVIEW AND STRATEGIZE INTERNALLY RE: THE SAME (2.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| JJINGO MJ | 08/22/06 | 3.30 | CORRESPOND WITH G. CHAN-FEE RE: KPMG CANADA'S OCP AFFIDAVIT (0.9); REVIEW CERTAIN RETAINED PROFESSIONAL SUPPLEMENTAL RETENTION APPLICATIONS (2.4). |
| JJINGO MJ | 08/23/06 | 7.60 | REVIEW INVOICES AND FEE CHART AND ATTEND TO OTHER ISSUES RELATED TO PROFESSIONAL RETENTION (5.3); REVIEW AND COMMENT ON KPMG SUPPLEMENTAL RETENTION APPLICATION (2.3). |
| JJINGO MJ | 08/24/06 | 3.20 | CONTINUE TO REVIEW AND COMMENT ON KPMG SECOND SUPPLEMENTAL RETENTION APPLICATION (3.2). |
| JJINGO MJ | 08/25/06 | 4.40 | HANDLE GENERAL ISSUES RELATED TO FEES AND RETENTION OF RETAINED PROFESSIONALS (3.8); TELECONFERENCES AND CORRESPONDENCE WITH A. VONDRA AT PWC AND VARIOUS INDIVIDUALS AT WILMER HALE (0.6). |
| JJINGO MJ | 08/28/06 | 7.10 | REVIEW AND REVISE DLA PIPER RETENTION APPLICATION (2.7); CONTINUE REVIEW OF KPMG SUPPLEMENTAL RETENTION APPLICATION (2.1); REVIEW INVOICES AND FEE CHART (2.3). |
| JJINGO MJ | 08/29/06 | 2.70 | CORRESPOND WITH A. FRANKUM RE: FTI SUPPLEMENTAL RETENTION APPLICATION (0.2); CORRESPOND WITH J. NOLAN AND B. CECOTTI RE: MILLIMAN FEES (0.6); CONTINUE TO REVIEW KPMG RETENTION APPLICATION (1.9). |
| JJINGO MJ | 08/30/06 | 4.60 | REVIEW AND EVALUATE VARIOUS FEE ISSUES IN PREPARATION FOR CREDITORS' COMMITTEE MEETING (3.9); CORRESPOND WITH M. PISCITELLI, J. NOLAN, AND L. MARX AT DELPHI RE: THE SAME (0.7). |
| JJINGO MJ | 08/31/06 | 4.80 | CONTINUE TO EVALUATE CERTAIN FEE AND RETENTION ISSUES (4.8). |
| | | 89.00 | |
| MEISLER RE | 08/01/06 | 0.10 | RESPOND TO CORRESPONDENCE RE: IUE EXPENSES (0.1). |
| MEISLER RE | 08/04/06 | 0.40 | TELECONFERENCE WITH E. KURTZMAN RE: PROFESSIONAL FEES (0.2); DRAFT CORRESPONDENCE TO J. WEISS RE: IUE EXPENSES (0.2). |
| MEISLER RE | 08/18/06 | 0.30 | REVIEW STATUS OF SUPPLEMENTAL RETENTION APPLICATIONS (0.3). |
| MEISLER RE | 08/23/06 | 0.40 | REVIEW CORRESPONDENCE RE: LEGAL COST CONTROL (0.2); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2). |
| | | 1.20 | |
| ~~REESE RG~~ | ~~08/10/06~~ | ~~0.80~~ | ~~REVIEW AND COMMENT ON DLA PIPER RETENTION DOCUMENTS (0.8).~~ |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| REESE RG | 08/21/06 | 0.40 | REVIEW DLA PIPER RETENTION DOCUMENTS (0.4). |
|---|---|---|---|
| | | 1.20 | |

| STUART NL | 08/23/06 | 3.10 | REVIEW LEGAL COST CONTROL RETENTION PAPERS, AND PREVIOUS ORDERS RE: FEE PROCEDURES AND FEE COMMITTEE (1.7); DRAFT LETTER TO LEGAL COST CONTROL RE: PROTECTIVE ORDER (1.4). |
|---|---|---|---|
| STUART NL | 08/24/06 | 2.10 | RESEARCH RE: FEE REVIEW COMMITTEE AND PROFESSIONALS SUBJECT TO REVIEW, RESEARCH RE: PRIVILEGE ISSUES (0.9); REVISE DRAFT LETTER TO LCC (0.6); DRAFT COVER LETTER TO D. SHERBIN (0.6). |
| STUART NL | 08/25/06 | 0.60 | RESEARCH RE: PRIVILEGE ISSUES RELATED TO FEE COMMITTEE (0.6). |
| | | 5.80 | |
| **Total Associate** | | **102.10** | |
| ROSEN R | 08/01/06 | 0.90 | REVIEW CASE DOCKET RE: SECOND INTERIM FEE APPLICATIONS AND UPDATE DOCKET NO. CHART RE: SAME (0.9). |
| ROSEN R | 08/02/06 | 0.90 | FURTHER REVIEW CASE DOCKET RE: SECOND INTERIM FEE APPLICATION DOCKET NOS. AND UPDATE CHART RE: SAME (0.9). |
| ROSEN R | 08/03/06 | 0.90 | FURTHER REVIEW CASE DOCKET RE: SECOND INTERIM FEE APPLICATION DOCKET NOS. AND UPDATE CHART RE: SAME (0.9). |
| ROSEN R | 08/04/06 | 0.90 | FURTHER REVIEW CASE DOCKET RE: SECOND INTERIM FEE APPLICATION DOCKET NOS. AND UPDATE CHART RE: SAME (0.9). |
| ROSEN R | 08/18/06 | 1.60 | INVESTIGATION, RESEARCH AND COMPILE SELECT KEY SECTIONS OF 2ND INTERIM FEE APPLICATIONS RE: UPCOMING 10/19 HEARING (1.6). |
| ROSEN R | 08/21/06 | 1.80 | FURTHER RESEARCH AND COMPILE SELECT KEY SECTIONS OF 2ND INTERIM FEE APPLICATIONS RE: UPCOMING 10/19 HEARING (1.8). |
| ROSEN R | 08/22/06 | 1.70 | FURTHER COMPILE SELECT KEY SECTIONS OF 2ND INTERIM FEE APPLICATIONS RE: UPCOMING 10/19 HEARING (1.7). |
| | | **8.70** | |
| ZSOLDOS AF | 08/02/06 | 3.70 | UPDATE FEE CHART WITH: PAYMENTS MADE (0.8); NEWLY RECEIVED FEE STATEMENTS (2.9). |
| ZSOLDOS AF | 08/04/06 | 1.50 | EMAIL PROFESSIONALS RE: EXPIRATION OF OBJECTION DEADLINE (0.4); ORGANIZE FEE STATEMENTS AND FEE APPLICATIONS (1.1). |

160

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 08/07/06 | 2.70 | UPDATE UCC FEE AND EXPENSE CHART (1.3); UPDATE FEE CHART (1.1); ORGANIZE NEWLY RECEIVED FEE APPLICATIONS AND FEE STATEMENTS (0.3). |
| ZSOLDOS AF | 08/08/06 | 1.20 | ORGANIZE FEE STATEMENTS (1.2). |
| ZSOLDOS AF | 08/14/06 | 3.60 | CREATE CHART SHOWING FIRST AND SECOND INTERIM FEE AND EXPENSE AMOUNTS AS CALCULATED WITH MONTHLY STATEMENTS, COMPARED WITH AMOUNTS AS FILED ON THE DOCKET, AND WITH AMOUNT OF DIFFERENCE BETWEEN MONTHLY STATEMENTS AND FILED APPLICATION (3.6). |
| ZSOLDOS AF | 08/15/06 | 4.10 | FINALIZE FEE AND EXPENSE COMPARISON CHART (1.7); BEGIN PREPARING BINDER OF SECOND INTERIM FEE APPLICATIONS (1.5); CONTACT WITH A. CONNER AT MAYER BROWN RE: PAYMENT OF MONTHLY FEE STATEMENTS (0.3); REVIEW JAECKLE FEES AND EXPENSES AND DISCUSS CHANGES WITH M. PISTICELLI AT DELPHI (0.6). |
| ZSOLDOS AF | 08/18/06 | 3.40 | RESEARCH PARENT COMPANIES AND AFFILIATIONS FOR QUESTION FROM COVINGTON & BURLING (0.6); EMAIL RE: SAME (0.3); CHECK CHART FOR OBJECTION DEADLINES (0.4); EMAIL PROFESSIONALS RE: OBJECTION DEADLINES AND PAYMENT FROM COMPANY (1.5); UPDATE CHART TO REFLECT ANSWERS (0.6). |
| ZSOLDOS AF | 08/21/06 | 1.60 | UPDATE FEE CHART (0.9); CONTINUE WORK ON BINDERS OF SECOND INTERIM FEE APPLICATIONS (0.7). |
| ZSOLDOS AF | 08/22/06 | 1.80 | CONTINUE CREATING BINDER OF SECOND INTERIM FEE APPLICATIONS (1.8). |
| ZSOLDOS AF | 08/23/06 | 1.60 | CONTINUE TO PREPARE SECOND INTERIM FEE APPLICATION BINDERS (1.6). |
| ZSOLDOS AF | 08/28/06 | 3.30 | FOLLOW UP WITH PROFESSIONALS RE: OBJECTION DEADLINES (0.6); UPDATE CHART TO REFLECT NEWLY RECEIVED FEE STATEMENTS AND ANSWERS FROM PROFESSIONALS (2.7). |
| ZSOLDOS AF | 08/29/06 | 4.00 | UPDATE FEE AND EXPENSE CHART TO REFLECT FOURTH INTERIM PERIOD (1.1); UPDATE CHART TO REFLECT DIFFERENCES BETWEEN MONTHLY STATEMENT TOTALS AND AMOUNTS LISTED ON INTERIM FEE APPLICATIONS (2.9). |
| ZSOLDOS AF | 08/31/06 | 0.90 | SEND EMAILS RE: OBJECTION DEADLINES (0.3); UPDATE MASTER CHART (0.6). |
| | | 33.40 | |

| | |
|---|---|
| **Total Legal Assistant** | **42.10** |
| **TOTAL TIME** | **169.80** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 09/30/06**
**Retention / Fee Matters/Objections (Others)**                **Bill Number: 1128097**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/01/06 | Copy Center, D | 406.31 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 5,637.25 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 511.13 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 82.40 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 58.80 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 31.90 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 489.81 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 58.90 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 166.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7,443.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 2.81 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.97 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.21 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Messengers/ Courier | 08/01/06 | Dist Serv/Mail/Page, D | 55.80 |
| Messengers/ Courier | 08/01/06 | Dist Serv/Mail/Page, D | 30.60 |
| Messengers/ Courier | 08/01/06 | Dist Serv/Mail/Page, D | 30.60 |
| | | **TOTAL MESSENGERS/ COURIER** | **$117.00** |
| | | **TOTAL MATTER** | **$7,565.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 10/31/06
Retention / Fee Matters/Objections (Others)                Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/14/06 | 0.30 | EMAILS FROM/TO D. SHERBIN AND D. RESNICK RE: ROTHSCHILD SUPPLEMENTAL RETENTION APPLICATION (0.3). |
| BUTLER, JR. J | 09/15/06 | 0.20 | REVIEW STATUS, NEXT STEPS RE: ROTHSCHILD SUPPLEMENTAL RETENTION APPLICATION (0.2). |
| BUTLER, JR. J | 09/17/06 | 0.20 | EMAILS FROM COMPANY RE: SUPPLEMENTAL ROTHSCHILD RETENTION AND FOLLOW-UP (0.2). |
| BUTLER, JR. J | 09/21/06 | 0.20 | REVIEW EXECUTED SUPPLEMENTAL ROTHSCHILD RETENTION WITH S. CORCORAN AT COMPANY IN TROY (0.2). |
| BUTLER, JR. J | 09/25/06 | 0.20 | REVIEW AND COMMENT ON PROPOSED HOULIHAN RETENTION ORDER (0.2). |
| BUTLER, JR. J | 09/28/06 | 0.20 | EMAILS FROM/TO J. SHEEHAN AND S. CORCORAN RE: CHANGES TO DRAFT ORDER FOR HOULIHAN RETENTION APPLICATION (0.2). |
|  |  | **1.30** |  |
| LYONS JK | 09/18/06 | 2.00 | REVIEW OF KPMG SUPPLEMENTAL RETENTION ISSUES AND RESPONSE TO THE SAME (2.0). |
| LYONS JK | 09/19/06 | 4.30 | REVIEW OF ENGAGEMENT AGREEMENT, PULLED PRECEDENT, REVIEW OF 328 AND 327 ISSUES AND PREPARED MARK UP AND CONFERENCE WITH R. BERRY (4.3). |
| LYONS JK | 09/20/06 | 1.40 | REVIEW OF ROTHSCHILD RETENTION ORDER AND PREPARATION OF COMMENTS (1.4). |
| LYONS JK | 09/21/06 | 2.20 | CONFERENCE WITH S. HOWELL AND MARK UP OF ENGAGEMENT AGREEMENT (2.2). |
| LYONS JK | 09/22/06 | 2.40 | CONFERENCE WITH S. HOWELL, REVIEW OF REVISIONS TO AGREEMENT AND COMMENTS RE: THE SAME (2.4). |
| LYONS JK | 09/25/06 | 0.80 | WORK ON EY CAMPBELL RETENTION (0.8). |
| LYONS JK | 09/26/06 | 1.10 | CONFERENCE WITH G. PRUCEY RE: WY CAMPBELL RETENTION ISSUES AND PROPOSED LANGUAGE (1.1). |
| LYONS JK | 09/27/06 | 0.50 | CONFERENCE WITH S. CORCORAN RE: WY CAMPBELL ISSUES (0.5). |
| LYONS JK | 09/28/06 | 2.10 | TELECONFERENCE WITH R. BERRY RE: WY CAMPBELL RETENTION AND DEVELOPED LANGUAGE FOR RESOLUTION (2.1). |
|  |  | **16.80** |  |
| MARAFIOTI KA | 09/05/06 | 0.10 | CORRESPONDENCE RE: LCC (0.1). |
| MARAFIOTI KA | 09/19/06 | 0.20 | CONSIDER ISSUES RE: CAMPBELL RETENTION TO SELL MOUNT BUSINESS (0.2). |

B43E

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 09/25/06 | 0.20 | WORK ON ISSUES RE: SUPPLEMENTAL RETENTION APPLICATIONS FOR DLA PIPER, ROTHSCHILD, AND FTI (0.2). |
| MARAFIOTI KA | 09/26/06 | 0.30 | CONSIDER HLHZ RETENTION INDEMNITY (0.3). |
| MARAFIOTI KA | 09/28/06 | 0.50 | CORRESPONDENCE FROM CLIENT RE: HLHZ RETENTION (0.1); CONSIDER REVISIONS TO HLHZ RETENTION ORDER AND INDEMNITY (0.4). |
| MARAFIOTI KA | 09/29/06 | 0.10 | CONSIDER HLHZ INDEMNITY ISSUE (0.1). |
| | | 1.40 | |
| **Total Partner** | | **19.50** | |
| MATZ TJ | 09/01/06 | 0.80 | REVIEW AND COMMENT ON SECOND SUPPLEMENTAL KPMG RETENTION APPLICATION (0.8). |
| MATZ TJ | 09/05/06 | 0.50 | REVIEW DLA PIPER RETENTION MATTERS (0.3); REVIEWING FTI RETENTION MATTERS (0.2). |
| MATZ TJ | 09/07/06 | 0.30 | DISCUSSION WITH R. EISENBERG RE: SUPPLEMENTAL FTI ENGAGEMENT DISCLOSURE (0.3). |
| MATZ TJ | 09/15/06 | 2.20 | TELECONFERENCE WITH WORKING GROUP TO REVIEW FEE APPLICATIONS FOR 10/19 OMNIBUS HEARING (0.4); REVIEW AND PREPARATION RE: FIRST AND SECOND FEE APPLICATION HEARING BINDERS (1.8). |
| MATZ TJ | 09/18/06 | 2.00 | CORRESPONDENCE WITH J. WEISS RE: GE COMMITTEE EXPENSES (0.2); TELECONFERENCE WITH M. NAFT RE: JOINT INTEREST/RETENTION (0.3); REVIEW MATTERS RE: SAME (0.5); REVIEW ROTHSCHILD SUPPLEMENTAL RETENTION MATTER (0.2); REVIEW CORRESPONDENCE WITH S. CORCORAN RE: SAME (0.2); CORRESPONDENCE WITH S. CORCORAN RE: ROTHSCHILD SUPPLEMENTAL RETENTION (0.1); REVIEW STATUS OF PAYMENT OF FEES TO MILLMAN, CHANIN AND GE (0.5). |
| MATZ TJ | 09/19/06 | 3.40 | CORRESPONDENCE WITH A. FRANKUM RE: FTI DISCLOSURE (0.2); TELECONFERENCE WITH A. FRANKUM RE: SAME (0.2); CONSIDER W-4 CAMPBELL RETENTION MATTERS (0.5); FURTHER PREPARATION RE: ROTHSCHILD RETENTION SUPPLEMENT (0.3); REVIEW AND ANALYZE DLA PIPER RETENTION MATTERS, COMMENTS TO APPLICATION MATERIALS (0.6); CONTINUE TO WORK ON FIRST AND SECOND INTERIM FEE APPLICATION HEARING MATERIALS AND REVIEW THEREOF (1.6). |

B43E

| MATZ TJ | 09/20/06 | 2.30 | CORRESPONDENCE WITH S. CORCORAN RE: ROTHSCHILD SUPPLEMENT (0.2); PREPARATION RE: SAME (0.3); REVIEW W.Y. CAMPBELL RETENTION (0.6); CORRESPONDENCE WITH A. FRANKUM RE: SAME (0.2); REVIEW DYKEMA GOSSETT MATTER (0.4); TELECONFERENCE WITH S. SALINAS RE: ORDINARY COURSE PROFESSIONAL MATTER (0.2); TELECONFERENCE WITH K. BAMBACH RE: SAME (0.2); CORRESPONDENCE WITH S. CORCORAN RE: MILLMAN FEES (0.2). |
|---|---|---|---|
| MATZ TJ | 09/21/06 | 0.90 | CORRESPONDENCE WITH J. SHEEHAN RE: ROTHSCHILD SUPPLEMENTAL RETENTION (0.2); REVIEW DRAFT ENGAGEMENT LETTER (0.1); CORRESPONDENCE WITH S. CORCORAN RE: MILLMAN (USW) EXPENSES (0.2); TELECONFERENCE WITH A FRANKUM RE: SUPPLEMENTAL AFFIDAVIT OF R. EISENBERG (0.4). |
| MATZ TJ | 09/22/06 | 2.10 | CORRESPONDENCE WITH J. SHEEHAN, B. SHAW RE: ROTHSCHILD SUPPLEMENT (0.2); CORRESPONDENCE WITH A. FRANKUM RE: ATI SUPPLEMENT (0.2); TELECONFERENCE WITH A. FRANK RE: SAME (0.2); CONTINUE TO REVIEW AND COMMENT TO DLA PIPER RETENTION MATERIALS (0.4); FINAL COMMENTS ON FTI SUPPLEMENTAL RETENTION MATERIALS (0.2); CORRESPONDENCE WITH A. FRANKUM RE: SAME (0.1); TELECONFERENCE WITH B. SHAW RE: ROTHSCHILD SUPPLEMENTAL RETENTION (0.2); REVIEW MATERIALS RE: SAME (0.3); CONSIDER DLA PIPER MATTER (0.3). |
| MATZ TJ | 09/24/06 | 0.30 | REVIEW ROTHSCHILD SUPPLEMENTAL RETENTION MATTER (0.3). |
| MATZ TJ | 09/25/06 | 3.30 | REVIEWING HOULIHAN LOKEY RETENTION APPLICATIONS MATTERS (1.1); CORRESPONDENCE WITH FTI RE: ISSENBERG DECLARATION (0.2); REVIEWING AND COMMENT ON DLA PIPER RETENTION APPLICATION DECLARATION (0.9); FURTHER CONSIDERATION OF HOULIHAN LOKEY RETENTION, INDEMNIFICATION (0.8); CORRESPONDENCE WITH S. CORCORAN, J. SHEEHAN RE: SAME (0.3). |
| MATZ TJ | 09/26/06 | 1.10 | CONTINUE TO REVIEW OF HOULIHAN ENGAGEMENT LETTER, RETENTION (0.6); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1); REVIEW W.Y. CAMPBELL RETENTION MATTER (0.4). |
| MATZ TJ | 09/27/06 | 1.20 | CORRESPONDENCE WITH K. BAMBACH RE: SEPTEMBER FEES AND EXPENSES (0.2); CORRESPONDENCE WITH N. BERGER RE: SAME (0.2); CORRESPONDENCE WITH H. BAER RE: SAME (0.1); FURTHER TELECONFERENCE WITH K. BAMBACH RE: SAME (0.2) TELECONFERENCE TO J. SHEEHAN RE: HOULIHAN LOKEY RETENTION (0.3) FOLLOW UP ANALYSIS RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 09/28/06 | 4.40 | TELECONFERENCE WITH J. SHEEHAN RE: HOULIHAN RETENTION APPLICATION (0.4); TELECONFERENCE WITH S. HOWELL RE: W.Y. CAMPBELL RETENTION (0.3); REVIEW W.Y. CAMPBELL RETENTION MATTER (0.3); CORRESPONDENCE WITH J. SHEEHAN RE: HOLIHAN ENGAGEMENT LETTER AND RETENTION ORDER (0.3); TELECONFERENCE WITH J. SHEEHAN RE: SAME (0.2); REVIEW SUGGESTED CHANGES TO HOULIHAN RETENTION LETTER (0.3); TELECONFERENCE WITH B. STEINGART RE: SAME (0.3); TELECONFERENCE WITH A. LEONHARD RE: FTI SUPPLEMENTAL RETENTION (0.1); TELECONFERENCE WITH A. FRANKUM RE: SAME (0.2); FINAL REVIEW OF FTI SUPPLEMENTAL RETENTION FOR FILING (0.3); TELECONFERENCE WITH U.S. TRUSTEE RE: FTI SUPPLEMENTAL RETENTION APPLICATION (0.3); TELECONFERENCE WITH U.S. TRUSTEE RE: W.Y. CAMPBELL RETENTION APPLICATION (0.2); TELECONFERENCE WITH U.S. TRUSTEE RE: ROTHSCHILD SUPPLEMENTAL RETENTION APPLICATION (0.3); TELECONFERENCE WITH U.S. TRUSTEE RE: DYKEMA GOSSETT MATTER (0.2); TELECONFERENCE WITH K. BAMBACH RE: DYKEMA GOSSET MATTER (0.1); FURTHER WORK ON ROTHSCHILD SUPPLEMENTAL RETENTION (0.3); FURTHER REVIEW OF DLA PIPER DISCLOSURE (0.3). |
| MATZ TJ | 09/29/06 | 0.90 | CORRESPONDENCE WITH S. CORCORAN RE: HOULIHAN RETENTION (0.2); TELECONFERENCE WITH B. STEINGART RE: SAME (0.2); CORRESPONDENCE WITH R. SLIVINSKI RE: HOULIHAN RETENTION (0.2); ANALYSIS RE: COMMENTS TO SAME (0.3). |
| | | **25.70** | |
| **Total Counsel** | | **25.70** | |
| ~~GRANT K~~ | ~~09/15/06~~ | ~~1.90~~ | ~~REVIEW MOTION AND ORDER FOR RETENTION OF ROTHSCHILD IN PREPARATION FOR POTENTIAL SUPPLEMENT (1.9).~~ |
| | | ~~1.90~~ | |
| HERRIOTT AV | 09/19/06 | 1.00 | REVIEW AND REVISE RETENTION PAPERS FOR DLA PIPER (1.0). |
| HERRIOTT AV | 09/25/06 | 0.30 | REVIEW AND REVISE DLA PIPER RETENTION PLEADINGS (0.3). |
| | | **1.30** | |
| JJINGO MJ | 09/01/06 | 2.80 | BEGIN TO PREPARE CERTAIN MATERIALS FOR OCTOBER 19 FEE HEARING (2.8). |
| JJINGO MJ | 09/06/06 | 7.50 | CORRESPOND WITH CERTAIN OCPS RE: REQUIREMENTS AND PROCEDURES FOR BECOMING A RECOGNIZED OCP OF DELPHI; ATTEND TO CERTAIN GENERAL FEE MATTERS (3.4); BEGIN TO PREPARE MATERIALS FOR HEARING (4.1). |

B43E

JJINGO MJ        09/07/06        7.80   WORK ON OMNIBUS PREPARATION MATERIALS
                                        RELATED TO FEE APPLICATION HEARING
                                        (7.8).

JJINGO MJ        09/08/06        8.80   GATHER FEE COMMITTEE MATERIALS AND
                                        SOUTHERN DISTRICT OF NEW YORK
                                        GUIDELINES TO REVIEW FOR FEE CALL (0.6);
                                        REVIEW ALL MATERIALS FROM LCC (3.5);
                                        CONTINUE TO PREPARE MATERIALS FOR FEE
                                        HEARING (4.7).

JJINGO MJ        09/11/06        7.50   PREPARE FOR AND TELECONFERENCE WITH L.
                                        GRETCHKO AT HOWARD AND HOWARD RE:
                                        BILLING OF CERTAIN END OF PROJECT WORK
                                        (0.4); CORRESPOND WITH P. UROFSKY RE:
                                        CADWALADER'S HOLDBACK RELEASE AND
                                        CORRESPOND WITH M. PISCITELLI RE: THE
                                        SAME (0.5); CONTINUE TO PREPARE
                                        MATERIALS FOR FEE HEARING IN OCTOBER
                                        (6.6).

JJINGO MJ        09/12/06        6.30   CONTINUE TO WORK ON SKADDEN FEE HEARING
                                        MATERIALS (4.1); CORRESPOND WITH M.
                                        PISCITELLI RE: INVOICE PAYMENTS TO
                                        PROFESSIONALS RE: FEES (0.4); REVIEW
                                        FEE INVOICES AND THE MASTER FEE CHART
                                        (1.8).

JJINGO MJ        09/13/06        7.90   REVIEW AND REVISE FTI SUPPLEMENTAL
                                        RETENTION APPLICATION (1.4);
                                        CORRESPOND WITH T. MATZ AND A. FRANKUM
                                        RE: THE SAME (0.2); CONVERSATION WITH K.
                                        BAMBACH AT DELPHI (0.2) AND S. SALINAS
                                        AT DYKEMA RE: THE NINTH ASSESSMENT OF
                                        DYKEMA (0.3); CONTINUE TO WORK ON
                                        MATERIALS FOR FEE HEARING (5.8).

JJINGO MJ        09/14/06        5.00   REVIEW OCP AFFIDAVITS RECEIVED FROM
                                        SIDLEY AUSTIN, LOCKE REYNOLDS, AND
                                        WESTON HURD AND CORRESPOND WITH L.
                                        RUESSEMANN AT SIDLEY AUSTIN RE: THE SAME
                                        (2.1); CONVERSATION WITH J. NOLAN AT
                                        DELPHI RE: CERTAIN INVOICES AND FEES
                                        (0.2); CONTINUE TO PREPARE MATERIALS
                                        FOR FEE HEARING (2.7).

JJINGO MJ        09/15/06        6.60   PREPARE MATERIALS FOR OCTOBER OMNIBUS
                                        HEARING (4.9); CORRESPOND WITH L. MARX
                                        AND J. NOLAN AT DELPHI RE: PROFESSIONAL
                                        FEES OF KPMG AND STRATEGIZE RE: THE SAME
                                        (0.4); REVIEW FEE INVOICES AND MASTER
                                        FEE CHART (1.3).

JJINGO MJ        09/18/06        8.10   REVIEW AND RESPONSE TO CORRESPONDENCE
                                        WITH SIDLEY AUSTIN RE: ENTRY OF OCP
                                        AFFIDAVIT BY THE COURT (0.3); REVIEW
                                        CORRESPONDENCE FROM J. WEISS AT LATHAM
                                        RE: CERTAIN UNPAID COMMITTEE MEMBER
                                        EXPENSES AND CORRESPOND WITH M.
                                        PISCITELLI AT DELPHI AND INTERNALLY RE:
                                        THE SAME (1.5); BEGIN TO CREATE SUMMARY
                                        CHART FOR ALL RETAINED PROFESSIONALS
                                        FOR FEE HEARING ON OCTOBER 19, 2006
                                        (5.6); REVIEW MASTER CHART FOR
                                        OBJECTION DEADLINES (0.7).

B43E

| JJINGO MJ | 09/19/06 | 10.00 | REVIEW LETTER TO M. PISCITELL FROM HOWARD AND HOWARD RE: HOLDBACK DUE (0.2); CONVERSATION WITH L. GRETCHKO AT HOWARD AND HOWARD RE: FEE HEARING, HOLDBACK AMOUNT AND INVOICES (0.2); CORRESPOND WITH K. BAMBACH AT DELPHI RE: DYKEMA INVOICES; REVIEW AND REVISE RETENTION APPLICATION OF DLA PIPER (2.9); REVIEW ENGAGEMENT LETTER AND AFFIDAVIT FOR SUPPLEMENTAL RETENTION OF FTI AND COMMENT RE: THE SAME (1.9); CONTINUE TO CREATE SUMMARY CHART OF ALL RETAINED PROFESSIONALS FOR OCTOBER HEARING (4.8). |
|---|---|---|---|
| JJINGO MJ | 09/20/06 | 5.80 | CONTINUE TO EVALUATE FTI, ROTHSCHILD, MILLIMAN, DYKEMA AND DLA PIPER MATTERS AND TAKE REQUIRED ACTIONS RE: THE SAME (2.8); REVIEW SUMMARY CHART FOR FEE HEARING (2.9); REVIEW EMAIL CORRESPONDENCE FROM S. SALINAS AT DYKEMA (0.1). |
| JJINGO MJ | 09/21/06 | 8.60 | ASSEMBLE MATERIALS FOR W.Y. CAMPBELL RETENTION AND CORRESPOND WITH S. HOWELL AT DICKINSON WRIGHT RE: THE SAME (1.9); BEGIN TO DRAFT SUPPLEMENTAL RETENTION PAPERS FOR ROTHSCHILD (4.1); AMEND FTI'S SUPPLEMENTAL RETENTION PAPERS AND SEND THE SAME TO A. FRANKUM AT ROTHSCHILD (2.1); CONVERSATION WITH M. PISCITELLI AT DELPHI RE: CERTAIN OCPS AND STRATEGIZE RE: THE SAME (0.4); CONVERSATION WITH B. DIMOS AT LCC RE: FEE COMMITTEE GUIDELINES AND KPMG'S SUPPLEMENTAL RETENTION APPLICATION (0.1). |
| JJINGO MJ | 09/22/06 | 8.10 | BEGIN TO REVIEW HOULIHAN LOKEY RETENTION PAPERS (2.1); EVALUATE ROTHSCHILD'S SUPPLEMENTAL RETENTION, REVISE DRAFT OF RETENTION PAPERS AND SEND DRAFT OF THE SAME TO M. CRONIN AT DEBEVOISE (4.2); REVIEW AND EDIT FOURTH SUPPLEMENTAL AFFIDAVIT OF RSE AND SEND COMMENTS TO A. FRANKUM AT FTI (1.2); EVALUATE DLA PIPER RETENTION PAPERS (0.2); EVALUATE W.Y. CAMPBELL AND ROTHSCHILD MATTERS (0.4). |
| JJINGO MJ | 09/25/06 | 9.40 | CONTINUE TO WORK ON MATERIALS FOR OMNIBUS HEARING (1.7); REVIEW AND COMMENT ON EC APPLICATION TO RETAIN HOULIHAN LOKEY (3.6); REVIEW AND SEND TO S. CORCORAN AND SHEARMAN FTI'S SUPPLEMENTAL RETENTION PAPERS (1.7); REVIEW AND REVIEW DLA PIPER'S RETENTION PAPERS AND SEND THE SAME TO A. POTTER AT DLA PIPER (2.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| JJINGO MJ | 09/26/06 | 5.40 | PREPARE AND REVISE PROPOSED ORDER FOR W.Y. CAMPBELL RETENTION AND REVIEW ENGAGEMENT LETTER RE: THE SAME (2.1); CORRESPOND WITH S. HOWELL AT DICKINSON WRIGHT RE: W.Y. RETENTION MATERIALS (0.1); TELECONFERENCE WITH M. CRONIN AT DEBEVOISE RE: ROTHSCHILD SUPPLEMENTAL ENGAGEMENT LETTER AND AFFIDAVIT IN SUPPORT OF RETENTION (0.4); CONTINUE TO PREPARE SUMMARY MATERIALS FOR FEE HEARING FOR ALL PROFESSIONALS (2.5) CONTINUE TO EVALUATE HOULIHAN LOCKEY RETENTION PAPERS (0.3). |
|---|---|---|---|
| JJINGO MJ | 09/27/06 | 1.90 | REVIEW FEE CHART AND STRATEGIZE RE: THE SAME (0.8); TELECONFERENCE WITH L. MARX AT DELPHI RE: CERTAIN FEE ISSUES (0.1) CORRESPOND WITH M. PISCITELL AT DELPHI (0.1); CORRESPOND WITH A. POTTER AT DLA PIPER RE: RETENTION APPLICATION AND REVIEW MATERIALS SENT BY HER RE: THE SAME (0.9). |
| JJINGO MJ | 09/28/06 | 9.70 | WORK ON COMMENTS TO HOULIHAN LOKEY'S RETENTION APPLICATION AND FORWARD THE SAME TO B. STEINGART AT FRIED FRANK (4.2); FINALIZE FTI RETENTION PAPERS AND FILE THE SAME (2.1); REVIEW FEE CHART FOR UCC PRESENTATION (1.5); TELECONFERENCE WITH S. HOWELL RE: W.Y. CAMPBELL AND EVALUATE SAME (0.4); TELECONFERENCE WITH K. BAMBACH AT DELPHI RE: DYKEMA (0.1); REVIEW EXHIBIT C TO DLA PIPER RETENTION AFFIDAVIT AND EVALUATE SAME (0.8); BEGIN TO REVIEW BLACKSTONE PROTOCOL (0.6). |
| JJINGO MJ | 09/29/06 | 6.40 | REVIEW LCC RETENTION APPLICATION AND ORDER AND REVIEW LCC INVOICES (1.2); CONTINUE TO PREPARE MATERIALS FOR OCTOBER FEE HEARING (3.4); REVIEW CERTAIN MATERIALS RELATED TO ORIGINAL ROTHSCHILD RETENTION (1.8). |

133.60

| ~~KREBS PE~~ | ~~09/15/06~~ | ~~1.10~~ | ~~PREPARE MATERIALS FOR FEE APPLICATION HEARING (1.1).~~ |
|---|---|---|---|
| | | ~~1.10~~ | |

| MEISLER RE | 09/05/06 | 0.10 | DRAFT CORRESPONDENCE TO K. BAMBACH RE: PROFESSIONAL FEES (0.1). |
|---|---|---|---|
| MEISLER RE | 09/07/06 | 0.20 | DRAFT CORRESPONDENCE TO K. BAMBACH RE: PROFESSIONAL FEES (0.2). |
| MEISLER RE | 09/12/06 | 0.20 | REVIEW KCC FEES (0.2). |
| MEISLER RE | 09/15/06 | 0.50 | REVIEW CORRESPONDENCE RE: ROTHSCHILD SUPPLEMENTAL RETENTION (0.1); CONFERENCE WITH T. MATZ RE: SAME (0.1); PREPARE FOR OCTOBER 19 HEARING RE: FEE APPLICATIONS (0.3). |

B43E

| MEISLER RE | 09/18/06 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: ESTIMATE OF FEES (0.2). |
| MEISLER RE | 09/24/06 | 0.20 | REVIEW CORRESPONDENCE RE: RETENTION OF WY CAMPBELL (0.1) AND DRAFT RESPONSE RE: SAME (0.1). |
| MEISLER RE | 09/27/06 | 0.20 | REVIEW CORRESPONDENCE RE: FEE ESTIMATES (0.1) AND DRAFT CORRESPONDENCE RE: SAME (0.1). |

1.60

| ~~PERL MW~~ | ~~09/13/06~~ | ~~1.20~~ | ~~REVIEW KCC INVOICE (1.2).~~ |

~~1.20~~

| ~~WHARTON JN~~ | ~~09/07/06~~ | ~~1.50~~ | ~~REVIEW MATERIALS RE: APPLICATION UNDER SECTION 363 FOR RETENTION OF SPECIAL COUNSEL (1.5).~~ |

~~1.50~~

**Total Associate**    142.20

| ROSEN R | 09/11/06 | 0.90 | REVIEW, COMPILE FEE APPLICATION PRECEDENT, SUPPORTING DOCUMENTS FOR UPCOMING 10/19 FIRST AND SECOND FEE APPLICATION HEARING (0.9). |
| ROSEN R | 09/20/06 | 0.80 | REVIEW, UPDATE FIRST AND SECOND INTERIM FEE APPLICATIONS DOCKET NOS CHART (0.4); COMPILE, FORWARD COPIES OF KEY, SELECT VERSIONS OF FIRST AND SECOND INTERIM FEE APPLICATION DOCUMENTS TO NY OFFICE IN PREPARATION FOR UPCOMING 10/19 OMNIBUS HEARING (0.4). |
| ROSEN R | 09/27/06 | 1.20 | REVIEW DRAFT 10/19 HEARING AGENDA AND COMPILE, ORGANIZE FIRST AND SECOND INTERIM FEE APPLICATIONS FOR 10/19 DRAFT HEARING BINDERS (1.2). |

2.90

| SALAZAR AG | 09/25/06 | 0.80 | DRAFT NOTICE OF PRESENTMENT FOR FTI (0.8). |
| SALAZAR AG | 09/28/06 | 1.00 | PREPARE AND ELECTRONICALLY FILE NOTICE OF PRESENTMENT FOR FTI (1.0). |

1.80

| ZSOLDOS AF | 09/05/06 | 2.90 | UPDATE MASTER FEE AND EXPENSE CHART (2.9). |
| ZSOLDOS AF | 09/06/06 | 4.80 | UPDATE MASTER FEE AND EXPENSE CHART TO REFLECT JULY FEES AND PAYMENTS MADE IN PREPARATION FOR UCC MEETING (4.8). |
| ZSOLDOS AF | 09/08/06 | 0.60 | UPDATE MASTER FEE CHART (0.6). |
| ZSOLDOS AF | 09/11/06 | 2.80 | UPDATE MASTER FEE AND EXPENSE CHART (1.1); PREPARE FEE STATEMENTS FOR COPYING (0.8); FILE FEE STATEMENTS (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 09/12/06 | 1.10 | ORGANIZE AND FILE FEE STATEMENTS (1.1). |
| ZSOLDOS AF | 09/13/06 | 3.20 | UPDATE FEE CHART WITH PAYMENTS MADE AND NEWLY RECEIVED STATEMENTS (0.8); FILE FEE STATEMENTS (0.6); ORGANIZE FEE STATEMENTS (1.8). |
| ZSOLDOS AF | 09/18/06 | 3.30 | UPDATE, MODIFY, AND FORMAT FEE CHART (1.8); CORRESPOND WITH PROFESSIONALS RE: OBJECTION DEADLINES (1.5). |
| ZSOLDOS AF | 09/19/06 | 1.50 | UPDATE BINDER OF SECOND INTERIM FEE APPLICATIONS (1.1); UPDATE FEE CHART (0.4). |
| ZSOLDOS AF | 09/20/06 | 4.10 | CREATE CHART OF DOCKET NUMBERS OF FEE APPLICATIONS (0.9); CORRESPONDENCE WITH R. ROSEN RE: FEE HEARING ON OCTOBER 19 (0.3); FINALIZE SECOND INTERIM FEE APPLICATION BINDER AND COORDINATE PRODUCTION (2.9). |
| ZSOLDOS AF | 09/21/06 | 5.70 | ORGANIZE FEE STATEMENTS FOR FILING (0.5); UPDATE FEE AND EXPENSE CHART (0.7); FILE FEE STATEMENTS (0.2); FORMAT CHART TO INCLUDE LEGAL COST CONTROL (0.9); UPDATE PAYMENTS MADE TO INCLUDE NEWLY RETAINED PROFESSIONALS (1.5); REVIEW SECOND INTERIM PERIOD FEE APPLICATION BINDERS (1.1); CREATE LIST OF PROFESSIONALS WITH NO OBJECTIONS (0.8). |
| ZSOLDOS AF | 09/25/06 | 2.20 | ORGANIZE FEE STATEMENTS (0.9); UPDATE FEE CHART (0.7); SEND EMAILS TO PROFESSIONALS RE: OBJECTION DEADLINES (0.6). |
| ZSOLDOS AF | 09/26/06 | 1.50 | UPDATE FEE AND EXPENSE MASTER CHART (0.6); PREPARE  FEE STATEMENTS AND FILING (0.2); MARK PROFESSIONALS AS PENDING PAYMENTS (0.5); SEND OUT FOLLOW-UP EMAILS RE: OBJECTION DEADLINES (0.2). |
| ZSOLDOS AF | 09/27/06 | 2.00 | UPDATE MASTER FEE AND EXPENSE CHART WITH PAYMENTS MADE (0.8); NEW STATEMENTS RECEIVED (0.9); PREPARE STATEMENTS FOR FILES (0.3). |
| ZSOLDOS AF | 09/28/06 | 2.60 | UPDATE MASTER FEE AND EXPENSE CHART (0.7); CREATE SCHEDULE TO OMNIBUS FEE APPROVAL ORDER, INCLUDING ALL PROFESSIONALS LISTED FEES AND EXPENSES (1.9). |
| ZSOLDOS AF | 09/29/06 | 1.20 | UPDATE MASTER FEE AND EXPENSE CHART (1.2). |
| | | **39.50** | |
| **Total Legal Assistant** | | **44.20** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WORSCHECK TM | 09/07/06 | 2.10 | PREPARE MATERIALS RE: RETENTION OF SPECIAL COUNSEL (2.1). |
| --- | --- | --- | --- |
| | | 2.10 | |
| Total Legal Assistant Support | | 2.10 | |

**TOTAL TIME**                      233.70

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 10/31/06**
**Retention / Fee Matters/Objections (Others)**                 **Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/01/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 09/01/06 | Copy Center, D | 430.26 |
| In-house Reproduction | 09/05/06 | Copy Center, D | 486.07 |
| In-house Reproduction | 09/08/06 | Copy Center, D | 3.70 |
| In-house Reproduction | 09/08/06 | Copy Center, D | 56.20 |
| In-house Reproduction | 09/12/06 | Copy Center, D | 86.11 |
| In-house Reproduction | 09/12/06 | Copy Center, D | 71.31 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 95.31 |
| In-house Reproduction | 09/19/06 | Copy Center, D | 262.04 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 877.72 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 460.96 |
| In-house Reproduction | 09/26/06 | Copy Center, D | 17.10 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 7.60 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 118.22 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2,973.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.82 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.26 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 2.47 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.45 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| | | **TOTAL MATTER** | **$2,978.00** |

B43E