SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-16
CLAIMS ADMINISTRATION (RECLAMATION/TRUST FUNDS)
462.2 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                       **Bill Date: 07/31/06**
**Claims Admin. (Reclamation/Trust Funds)**                        **Bill Number: 1128095**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MATZ TJ | 06/07/06 | 0.80 | REVIEW AND ANALYZE RECLAMATION REPORT/SETTLEMENT ISSUE (0.4); ANALYZE AND REVISE SECURED INTEREST/PRIORITY ISSUES RE: RECLAMATION CLAIMS (0.4). |
| MATZ TJ | 06/14/06 | 0.20 | CONSIDER AND ANALYZE UCC REQUEST RE: WAIVER OF REPORT (0.2). |
|  |  | 1.00 |  |
| **Total Counsel** |  | **1.00** |  |
| JJINGO MJ | 06/12/06 | 0.40 | STRATEGY CALL WITH REGARD TO RECLAMATION MATTERS GOING FORWARD (0.4). |
| JJINGO MJ | 06/14/06 | 7.00 | PREPARE FOR AND PARTICIPATE ON WEEKLY STATUS CALL WITH DELPHI'S RECLAMATION EXECUTIVE BOARD AND B. PICKERING FROM MESIROW (2.5); REVIEW BACKGROUND MATERIALS RELATED RECLAMATION (4.5). |
| JJINGO MJ | 06/15/06 | 3.80 | COMMUNICATE WITH T. MCDONAGH AT DELPHI WITH REGARD TO ALEXANDER MANUFACTURING RECLAMATION CLAIM (0.3); COMMUNICATE WITH M. SLOBODIAN WITH REGARD TO CLAIM OF PLASTICERT, INC. (0.3); ATTEMPT TO CONTACT H. BIXLER AT K&E WITH REGARD TO LUNT MANUFACTURING CLAIM (0.1); STRATEGIZE WITH REGARD TO HOW TO APPROACH CERTAIN RECLAMATION CLAIMS (3.1). |
| JJINGO MJ | 06/19/06 | 5.00 | REVIEW CERTAIN RECLAMATION CLAIMS AND CORRESPOND WITH CONTACTS, INCLUDING J. LEVINSON, COUNSEL FOR VPI AND T. MCDONAGH AT DELPHI IN AN EFFORT TO ATTEMPT TO RECONCILE THEM (5.0). |
| JJINGO MJ | 06/20/06 | 3.70 | STRATEGIZE REGARIND VPI CLAIM AND CORRESPOND WITH B. CLAY AT DELPHI RE: THE SAME (0.6); TELECONFERENCE WITH H. BIXLER, COUNSEL FOR LUNT MANUFACTURING (0.3); REVIEW MATERIALS SENT BY H. BIXLER AND STRATEGIZE RE: LUNT MANUFACTURING CLAIM (0.8); REVIEW PRECEDENT MOTIONS AND BEGIN TO DRAFT MOTION FOR DETERMINIATION (2.0). |
| JJINGO MJ | 06/22/06 | 3.30 | CORRESPOND WITH REGARD TO LUNT MANUFACTURING CLAIM AND STRATEGIZE RE: THE SAME (1.1); RESEARCH RECLAMATION AUTHORITIES FOR MOTION FOR DETERMINATION (2.2). |

B43E

| JJINGO MJ | 06/23/06 | 3.00 | STRATEGIZE RE: ALEXANDER MANUFACTURING CLAIM AND ATTEMPT TO REACH P. BRADLEY, COUNSEL FOR ALEXANDER MANUFACTURING (0.5); RESEARCH DIRECT SHIP ISSUE (2.2); STRATEGIZE RE: RECLAMATIONS CLAIMS (0.3). |
| JJINGO MJ | 06/27/06 | 0.90 | TELECONFERENCES WITH T. MCDONAGH AT FTI AND P. BRADLEY, COUNSEL FOR ALEXANDER MANUFACTURING RE: THE STATUS OF THIS CLAIM (0.9). |
| JJINGO MJ | 06/28/06 | 0.30 | BEGIN TO RESEARCH ALTERATION/CONSUMPTION ISSUE (0.3). |
| JJINGO MJ | 06/29/06 | 0.20 | ATTEMPT TO CONTACT H. BIXLER AT KIRKLAND & ELLIS RE: ALEXANDER MANUFACTURING'S RECLAMATION CLAIM; ATTEMPT TO CONTACT J. LEVINSON, COUNSEL FOR VENTURE PLASTICS, TO DISCUSS THAT COMPANY'S RECLAMATION CLAIM (0.2). |
| | | **27.60** | |
| MEISLER RE | 06/02/06 | 1.20 | LETTERS FROM CREDITORS (0.7) AND EQUITY HOLDERS (0.2); RECLAMATION DISPUTES (0.3). |
| | | **1.20** | |
| WHARTON JN | 06/01/06 | 5.70 | TELECONFERENCE WITH J. BARROW-BOSSHART OF OTTERBOURG STEINDLER ET AL RE: RECLAMATION CLAIM OF MILLIKEN & CO. (0.3); CONTINUE RESEARCH RE: LIEN DEFENSE (1.5) AND ALTERATION OF GOODS (1.3); ANALYZE WIRE RE-APPLICATION ISSUE (1.0); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS ADVANTECH PLASTICS (0.2), ANGEL-DEMMELL (0.1), TADIRAN BATTERIES (0.2), THYSSENKRUPP WAUPACA (0.3), PPG INDUSTRIES (0.1), CENTURY MOLD (0.2), SCIENTIFIC TUBE (0.2), TYZ-ALL PLASTICS (0.2), AND SPEEDLINE (0.1). |
| WHARTON JN | 06/02/06 | 3.40 | CONTINUE RESEARCH RE: LIEN DEFENSE (0.7) AND ALTERATION OF GOODS (1.0); ANALYZE AND WORK ON RESOLVING CLAIMS OF RECLAMATION CLAIMANTS UNITED PLASTICS GROUP (0.4), FLEXTRONICS (0.1), MOLEX (0.3), MILLIKEN & CO. (0.1), FUJITSU COMPONENTS AMERICA (0.1), AND ALEXANDER MFG (0.3); DRAFT LETTER RE: APPLICATION OF WIRE PAYMENT TO PRE-PETITION CLAIMS OF CERTAIN RECLAMATION CLAIMANTS (0.4). |

B43E

WHARTON JN      06/05/06    4.80   ANALYZE AND WORK ON RESOLVING CLAIMS OF
                                   RECLAMATION CLAIMANTS MOLEX (0.4),
                                   PLASTICERT INC. (0.3), ALEXANDER MFG
                                   (0.1), AND FLEXTRONICS (0.2);
                                   TELECONFERENCES WITH B. RICHARDS,
                                   COUNSEL TO MOLEX (0.1), M. SLOBODIAN,
                                   COUNSEL TO PLASTICERT (0.1), J.P.
                                   BRADLEY, COUNSEL TO ALEXANDER MFG
                                   (0.1), L. NORWOOD OF DELPHI RE: SPECIFIC
                                   CLAIMS (0.1) AND T. MCDONAGH OF FTI RE:
                                   SPECIFIC CLAIMS (0.1); CONTINUE TO
                                   RESEARCH CASE LAW LIEN DEFENSE (2.1) AND
                                   ALTERATION DEFENSE (1.0); ANALYZE ISSUE
                                   RE: INVENTORY DETAIL (0.1).

WHARTON JN      06/06/06    4.90   CONTINUE RESEARCH RE: LIEN DEFENSE
                                   (2.8) AND ALTERATION OF RECLAIMED GOODS
                                   (0.5); REVIEW MATERIALS FOR JUNE 7
                                   EXECUTIVE BOARD MEETING (0.6); ANALYZE
                                   SETOFF ISSUES RE: RECLAMATION CLAIMS
                                   (0.1) AND TELECONFERENCE WITH C. WU, FTI
                                   RE: SAME (0.1); TELECONFERENCE WITH D.
                                   BENNETT, BROWN RUDNICK ET AL., COUNSEL
                                   TO SIEMENS VIDEO RE: RECLAMATION CLAIM
                                   (0.1); ANALYZE AND WORK TO RESOLVE
                                   RECLAMATION CLAIMS OF RECLAMATION
                                   CLAIMANTS ANGEL-DEMMELL (0.1),
                                   SCIENTIFIC TUBE (0.1), AND CENTURY MOLD
                                   (0.1); ANALYZE INVENTORY TESTING ISSUE
                                   (0.1); FORMULATE STRATEGY RE: MOTION
                                   FOR DETERMINATION (0.3).

WHARTON JN      06/07/06    5.20   TELECONFERENCE WITH C. CATTELL, R.
                                   EMANUEL AND H. SHERRY OF DELPHI, AND A.
                                   FRANKUM, C. WU AND T. MCDONAGH OF FTI RE:
                                   WEEKLY RECLAMATION STRATEGY MEETING
                                   (1.8) AND B. PICKERING OF MESIROW RE:
                                   SAME (0.3); TELECONFERENCE WITH M.
                                   BROUDE, LATHAM & WATKINS RE: PROTOCOL
                                   FOR CREDITORS' COMMITTEE REVIEW OF
                                   RESOLUTIONS OF CERTAIN RECLAMATION
                                   CLAIMS (0.3); ANALYZE M. BROUDE'S
                                   PROPOSAL FOR REVISING RECLAMATION ORDER
                                   (0.5); ANALYZE IMPACT OF SETOFF ISSUES
                                   ON RECLAMATIONS PROCESS (0.3);
                                   TELECONFERENCE WITH A. FRANKUM AND C. WU
                                   OF FTI RE: SAME (0.5); REVISE LETTER TO
                                   CERTAIN RECLAMATION CLAIMANTS RE:
                                   AMENDED SUMMARY (0.3); CONTINUE TO
                                   RESEARCH LIEN DEFENSE (0.2); CONTINUE
                                   TO WORK ON MOTION FOR DETERMINATION OF
                                   RECLAMATION CLAIMS (1.0).

WHARTON JN        06/08/06        4.30    TELECONFERENCES WITH M. FLEMING,
                                          COUNSEL TO E&R INDUSTRIAL (0.1), M.
                                          MACHEN, COUNSEL TO UNITED PLASTICS
                                          GROUP (0.1), J. KREHER, COUNSEL TO METAL
                                          CLADDING, CURTIS SCREW AND OUTOKUMPU
                                          COPPER (0.1); TELECONFERENCES WITH K.
                                          RICE OF DELPHI RE: TYZ-ALL CLAIM (0.1)
                                          AND UNITED PLASTIC GROUP CLAIM (0.1);
                                          ANALYZE AND WORK TO RESOLVE CLAIMS OF
                                          RECLAMATION CLAIMANTS E&R INDUSTRIAL
                                          (0.1), LUNT MANUFACTURING (0.1), METAL
                                          CLADDING (0.1), CURTIS SCREW (0.1),
                                          OUTOKUMPU COPPER (0.1), NOMA CO. (0.2),
                                          WAKO ELECTRONICS (0.2), CITATION CORP
                                          (0.2), SCIENTIFIC TUBE (0.2), CENTURY
                                          MOLD (0.2), ANGEL-DEMMELL (0.2),
                                          MILLIKEN & CO. (0.2), FLEXTRONICS
                                          (0.2), FUJITSU COMPONENTS (0.2), AND
                                          UNITED PLASTICS CORP (0.2); CONTINUE TO
                                          RESEARCH LIEN DEFENSE ISSUE (0.3);
                                          TELECONFERENCE WITH A. FRANKUM OF FTI
                                          RE: NEGOTIATING TACTICS FOR RECLAMATION
                                          CLAIMS (0.1) AND ANALYZE PROPOSED
                                          INSTRUCTIONS FOR CASE MANAGERS RE:
                                          NEGOTIATING (0.1); CONTINUE TO DRAFT
                                          MOTION TO DETERMINE RECLAMATION CLAIMS
                                          (0.8).

WHARTON JN        06/09/06        0.80    CONTINUE RESEARCH RE: LIEN DEFENSE
                                          (0.8).

WHARTON JN        06/11/06        0.60    FORMULATE LITIGATION STRATEGY FOR
                                          RECLAMATION MOTION (0.3); CONTINUE TO
                                          DRAFT OMNIBUS MOTION FOR DETERMINATION
                                          OF RECLAMATION CLAIMS (0.3).

WHARTON JN        06/12/06        1.70    CONTINUE TO DRAFT MOTION FOR
                                          DETERMINATION OF RECLAMATION CLAIMS
                                          (1.1); CONTINUE TO RESEARCH LIEN
                                          DEFENSE (0.2); TELECONFERENCE WITH M.
                                          FLEMING, COUNSEL FOR E&R INDUSTRIAL RE:
                                          RECLAMATION CLAIM (0.1);
                                          TELECONFERENCE WITH R. EMANUEL, DELPHI,
                                          RE: LITIGATION STRATEGY FOR UNRESOLVED
                                          RECLAMATION CLAIMS (0.3).

WHARTON JN        06/14/06        0.80    TELECONFERENCE WITH M. BROUDE, LATHAM &
                                          WATKINS, RE: RECLAMATION ORDER (0.1);
                                          RESEARCH LIEN DEFENSE ISSUE (0.3);
                                          ANALYZE AND WORK TO RESOLVE CLAIMS OF
                                          RECLAMATION CLAIMANTS LUNT
                                          MANUFACTURING (0.1), VENTURE PLASTICS
                                          (0.1), AND PLASTICERT (0.1);
                                          TELECONFERENCE WITH D. DALEY, COUNSEL
                                          TO FAISON OFFICE PRODUCTS, RE:
                                          RECLAMATION CLAIM (0.1).

B43E

WHARTON JN        06/15/06        1.10    TELECONFERENCE WITH M. FLEMING, COUNSEL
                                          TO E&R INDUSTRIAL, RE: RECLAMATION
                                          CLAIM (0.1); TELECONFERENCES WITH S.
                                          SHAVER, COUNSEL TO CATALER N. AMERICA
                                          RE: RECLAMATION CLAIM (0.1) AND R.
                                          EMANUEL OF DELPHI RE: SAME (0.2);
                                          TELECONFERENCES WITH I. GOLDBERG,
                                          COUNSEL TO CENTURY MOLD AND SCIENTIFIC
                                          TUBE RE: RECLAMATION CLAIMS (0.2) AND R.
                                          EMANUEL OF DELPHI RE: SAME (0.3);
                                          TELECONFERENCE WITH M. MACHEN, COUNSEL
                                          TO UNITED PLASTICS GROUP, RE:
                                          RECLAMATION CLAIM (0.2).

WHARTON JN        06/20/06        4.50    TELECONFERENCE WITH C. WU RE:
                                          RECLAMATIONS PROCESS (0.5); CONTINUE
                                          RESEARCH LIEN DEFENSE (1.3); DRAFT
                                          MOTION FOR DETERMINATION OF RECLAMATION
                                          CLAIMS (2.7).

WHARTON JN        06/21/06        7.70    PREPARE MEMO RE: LIEN DEFENSE (0.8);
                                          TELECONFERENCE WITH R. EMANUEL AND H.
                                          SHERRY OF DELPHI AND C. WU AND T.
                                          MCDONAGH OF FTI FOR WEEKLY RECLAMATION
                                          STRATEGY MEETING (1.5) AND B. PICKERING
                                          OF MESIROW RE: SAME (0.1);
                                          TELECONFERENCES RE: RECLAMATION CLAIMS
                                          WITH J. BENTLEY, COUNSEL TO PANASONIC
                                          AUTOMOTIVE SYSTEMS (0.1), J.
                                          BARROW-BOSSHEART, COUNSEL TO MILLIKEN &
                                          CO. (0.1), I. GOLDBERG, COUNSEL TO
                                          CENTURY MOLD & TOOL AND SCIENTIFIC TUBE
                                          (0.8); ANALYZE AND WORK TO RESOLVE
                                          CLAIMS OF RECLAMATION CLAIMANTS
                                          PANASONIC AUTOMOTIVE (0.1), MILLIKEN
                                          (0.1); ANALYZE RECLAMATION ORDER (0.3);
                                          CONTINUE TO DRAFT MOTION FOR
                                          DETERMINATION OF RECLAMATION CLAIMS
                                          (3.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WHARTON JN | 06/22/06 | 9.20 | TELECONFERENCES RE: RECLAMATION CLAIMS WITH E. MCCOMB, COUNSEL TO NOMA CO. (0.1), W. REYNOLDS, COUNSEL TO ANGEL-DEMMELL (0.1), M. SOLOMON, COUNSEL TO CITATION CORP (0.1), AND R. BEARD OF WAKO ELECTRONICS (0.1); MEETING WITH R. EMANUEL AND H. SHERRY OF DELPHI AND C. WU AND T. MCDONAGH OF FTI RE: RECLAMATION CLAIMS (0.7); ANALYZE AND WORK TO RESOLVE CLAIMS OF TYZ-ALL PLASTICS (0.1), NOMA CO. (0.3), WAKO ELECTRONICS (0.2), GW PLASTICS (0.2), CITATION CORP (0.3), FUTABA (0.2), TRANS-TRON, LTD. (0.2), SCIENTIFIC TUBE (0.3), CENTURY MOLD (0.3), LUNT MFG (0.3), ANGEL-DEMMELL (0.2), MILLIKEN & CO. (0.3), PLASTICERT (0.3), VENTURE PLASTICS (0.3), PRECISION RESOURCE (0.3), FLEXTRONICS (0.3), FUJITSU COMPONENTS (0.3), KL INDUSTRIES (0.2), PANASONIC AUTOMOTIVE (0.3), AND UNITED PLASTICS CORP. (0.2); CONTINUE TO RESEARCH LIEN DEFENSE (0.7); AND CONTINUE TO DRAFT MOTION FOR DETERMINATION OF RECLAMATION CLAIMS (2.3). |
|---|---|---|---|
| WHARTON JN | 06/23/06 | 3.30 | CONTINUE TO DRAFT OMNIBUS MOTION FOR DETERMINATION OF RECLAMATION CLAIMS (1.2); CONTINUE RESEARCH RE: ALTERATION OF RECLAIMED GOODS (1.3); TELECONFERENCES WITH J. HORWITZ, COUNSEL TO AISIN (0.2) AND J. BARROW-BOSSHEART, COUNSEL TO MILLIKEN & CO. (0.3) RE: RECLAMATION CLAIMS; ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS GW PLASTICS (0.1), LUNT MFG. (0.1), AND MILLIKEN & CO. (0.1). |
| WHARTON JN | 06/26/06 | 1.70 | TELECONFERENCE WITH C. WU OF FTI RE: RECLAMATION ISSUES (0.3); CONTINUE RESEARCH RE: RECLAMATION RIGHTS TO GOODS SHIPPED DIRECTLY TO CUSTOMERS (0.7) AND GOODS ALTERED IN MANUFACTURING PROCESS (0.7). |
| WHARTON JN | 06/27/06 | 3.60 | CONTINUE TO ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS ANGEL-DEMMELL (0.1), ALEGRE (0.1), CITATION CORP (0.1), PANASONIC AUTOMOTIVE (0.1), NOMA CO. (0.1), OGURA CORP (0.2), AND ALPS AUTOMOTIVE (0.2); CONTINUE TO DRAFT OMNIBUS MOTION TO DETERMINE RECLAMATION CLAIMS (1.3); CONTINUE RESEARCH RE: ALTERATION OF RECLAMATION GOODS (1.2); TELECONFERENCES WITH J. BARROW-BOSSHART, COUNSEL TO MILLIKEN & CO. (0.1) AND S. VASSER, COUNSEL TO SPEEDLINE (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        06/28/06       8.10   ANALYZE AND WORK TO RESOLVE CLAIMS OF
                                        RECLAMATION CLAIMANTS PBR KNOXVILLE
                                        (0.1), ANGEL-DEMMELL (0.1), ALEGRE INC.
                                        (0.1), STRATTEC SECURITY CORP (0.1),
                                        LUNT MANUFACTURING (0.1), VENTURE
                                        PLASTICS (0.1), CITATION CORP (0.1),
                                        FUTABA CORP (0.1), TRANS-TRON (0.1),
                                        PANASONIC AUTOMOTIVE (0.1),
                                        FLEXTRONICS (0.1), CENTURY MOLD AND
                                        TOOL (0.1), SCIENTIFIC TUBE (0.1), NOMA
                                        CO. (0.1), OGURA CORP (0.1), TAL-PORT
                                        INDUSTRIES (0.1), GW PLASTICS (0.1),
                                        WAKO ELECTRONICS (0.1), SPEEDLINE
                                        TECHNOLOGIES (0.1), PLASTICERT (0.1),
                                        FUJITSU COMPONENTS (0.1), ALPS
                                        AUTOMOTIVE (0.1), KL INDUSTRIES (0.1),
                                        TDK (0.1), AND PRECISION RESOURCES
                                        (0.1), TELECONFERENCES WITH S. KATZOFF,
                                        ATTORNEY FOR GW PLASTICS (0.1), M.
                                        MOORE, ATTORNEY FOR FUJITSU COMPONENTS
                                        (0.1), J. BENTLEY, ATTORNEY FOR
                                        PANASONIC AUTOMOTIVE (0.1), AND M.
                                        SOLOMON, COUNSEL FOR CITATION (0.1),
                                        TELECONFERENCE WITH B. PICKERING OF
                                        MESIROW RE: RECLAMATION CLAIMS PROCESS
                                        (0.2), MEETING WITH C. CATTELL AND R.
                                        EMANUEL OF DELPHI AND A. FRANKUM, C. WU,
                                        AND T. MCDONAGH OF FTI RE: RECLAMATION
                                        PROCESS (1.7); CONTINUE RESEARCH RE:
                                        ALTERATION OF RECLAMATION GOODS (3.3).

WHARTON JN        06/29/06       6.10   CONTINUE TO DRAFT MOTION FOR
                                        DETERMINATION OF RECLAMATION CLAIMS
                                        (1.1); FORMULATE LITIGATION STRATEGY
                                        RE: UNRESOLVED RECLAMATION CLAIMS
                                        (1.1); CONTINUE RESEARCH RE: ALTERATION
                                        OF RECLAIMED GOODS (0.6) AND RECLAIMED
                                        GOODS THAT WERE DIRECTLY SHIPPED TO
                                        CUSTOMER, BYPASSING DEBTOR (0.4);
                                        ANALYZE AND WORK TO RESOLVE CLAIMS OF
                                        PANASONIC AUTOMOTIVE SYSTEMS (0.2),
                                        CITATION CORP (0.1), FUTABA (0.1),
                                        TRANS-TRON LTD. (0.1), KL INDUSTRIES
                                        (0.1), MILLIKEN & CO. (0.1), SOURCE
                                        ELECTRONICS (0.3), ALPS AUTOMOTIVE
                                        (0.3), FUJITSU COMPONENTS (0.3), OGURA
                                        CORP. (0.2), AISIN (0.2), TDK (0.2), AND
                                        NOMA CO. (0.1); TELECONFERENCE WITH R.
                                        EMANUEL RE: UNRESOLVED RECLAMATION
                                        CLAIMS (0.3); TELECONFERENCES WITH E.
                                        MCCOLM, COUNSEL TO NOMA CO. (0.1), W.
                                        GRAHAM, COUNSEL TO TAL-PORT (0.1), AND
                                        A. THAU, COUNSEL TO FLEXTRONICS (0.1)
                                        RE: RECLAMATION CLAIMS.

83                                                                              B43E

| WHARTON JN | 06/30/06 | 11.70 | CONTINUE TO DRAFT OMNIBUS MOTION TO DETERMINE RECLAMATION CLAIMS (3.1); CONTINUE RESEARCH RE: ALTERATION OF RECLAIMED GOODS (5.5); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS NOMA CO. (0.2), AISIN (0.3), CITATION CORP (0.2), FUTABA (0.2), TRANS-TRON (0.2), PANASONIC AUTOMOTIVE (0.3), ANGEL-DEMMELL (0.2), ALEGRE INC. (0.3), ALPS AUTOMOTIVE (0.3), OGURA CORP. (0.3), FUJITSU COMPONENTS (0.3), AND TDK (0.3). |
|---|---|---|---|
|  |  | **89.20** |  |
| **Total Associate** |  | **118.00** |  |
| DEMMA J | 06/01/06 | 1.10 | UPDATE RECLAMATION RESPONSE LOG (1.1). |
| DEMMA J | 06/02/06 | 1.10 | UPDATE RECLAMATION RESPONSE LOG (1.1). |
| DEMMA J | 06/06/06 | 1.10 | UPDATE RECLAMATION RESPONSE LOG (1.1). |
| DEMMA J | 06/14/06 | 2.20 | PREPARE RECLAMATION RESPONSES TO SEND TO DELPHI RECLAMATION TEAM (1.6); UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 06/19/06 | 1.70 | UPDATE RECLAMATION LOG (0.6); UPDATE RECLAMATION FILES (1.1). |
| DEMMA J | 06/21/06 | 0.70 | UPDATE RECLMATION LOG (0.7). |
| DEMMA J | 06/22/06 | 1.10 | UPDATE RECLAMATION RESPONSE LOG (1.1). |
| DEMMA J | 06/23/06 | 1.30 | UPDATE RECLAMATION LOG AND FILES (1.3). |
| DEMMA J | 06/26/06 | 1.10 | UPDATE RECLAMATION LOG AND FILES (1.1). |
| DEMMA J | 06/28/06 | 1.10 | UPDATE RECLAMATION RESPONSE LOG AND FILES (1.1). |
| DEMMA J | 06/30/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
|  |  | **13.10** |  |
| ~~ZSOLDOS AF~~ | ~~06/13/06~~ | ~~1.20~~ | ~~RESEARCH RE: RECLAMATION ISSUES (1.2).~~ |
| ~~ZSOLDOS AF~~ | ~~06/22/06~~ | ~~0.70~~ | ~~RESEARCH RE: RECLAMATION ISSUES (0.7).~~ |
|  |  | ~~1.90~~ |  |
| **Total Legal Assistant** |  | **15.00** |  |
| **TOTAL TIME** |  | **134.00** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                      **Bill Date: 07/31/06**
**Claims Admin. (Reclamation/Trust Funds)**                      **Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/06/06 | Wharton JN | 677.57 |
| Air/Rail Travel - vendor feed | 06/06/06 | Wharton JN | -632.57 |
| Air/Rail Travel - vendor feed | 06/13/06 | Wharton JN | 677.57 |
| Air/Rail Travel - vendor feed | 06/13/06 | Wharton JN | -632.57 |
| Air/Rail Travel - vendor feed | 06/20/06 | Wharton JN | 677.57 |
| Air/Rail Travel - vendor feed | 06/20/06 | Wharton JN | -632.57 |
| Air/Rail Travel - vendor feed | 06/21/06 | Wharton JN | 476.61 |
| Air/Rail Travel - vendor feed | 06/22/06 | Wharton JN | 449.82 |
| Air/Rail Travel - vendor feed | 06/27/06 | Wharton JN | 677.57 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,739.00** |
| In-house Reproduction | 06/02/06 | Copy Center, D | 3.19 |
| In-house Reproduction | 06/13/06 | Copy Center, D | 7.18 |
| In-house Reproduction | 06/16/06 | Copy Center, D | 37.17 |
| In-house Reproduction | 06/23/06 | Copy Center, D | 13.75 |
| In-house Reproduction | 06/27/06 | Copy Center, D | 6.18 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 50.53 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$118.00** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 2.17 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 2.65 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.15 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Lexis/Nexis | 06/19/06 | Jjingo MJ | 22.72 |
| Lexis/Nexis | 06/22/06 | Jjingo MJ | 22.72 |

| Lexis/Nexis | 06/23/06 | Jjingo MJ | 167.56 |
| | | **TOTAL LEXIS/NEXIS** | **$213.00** |
| Westlaw | 06/02/06 | Wharton JN | 37.67 |
| Westlaw | 06/05/06 | Wharton JN | 75.35 |
| Westlaw | 06/06/06 | Wharton JN | 46.58 |
| Westlaw | 06/23/06 | Wharton JN | 169.79 |
| Westlaw | 06/23/06 | Jjingo MJ | 14.30 |
| Westlaw | 06/26/06 | Wharton JN | 76.21 |
| Westlaw | 06/27/06 | Wharton JN | 14.03 |
| Westlaw | 06/28/06 | Wharton JN | 44.75 |
| Westlaw | 06/28/06 | Wharton JN | 230.43 |
| Westlaw | 06/29/06 | Wharton JN | 55.40 |
| Westlaw | 06/30/06 | Wharton JN | 80.49 |
| | | **TOTAL WESTLAW** | **$845.00** |
| Out-of-Town Travel | 05/31/06 | Wharton JN | 90.20 |
| Out-of-Town Travel | 05/31/06 | Wharton JN | 295.26 |
| Out-of-Town Travel | 06/21/06 | Wharton JN | 85.00 |
| Out-of-Town Travel | 06/22/06 | Wharton JN | 318.06 |
| Out-of-Town Travel | 06/22/06 | Wharton JN | 84.99 |
| Out-of-Town Travel | 06/28/06 | Wharton JN | 280.49 |
| Out-of-Town Travel | 06/28/06 | Wharton JN | 90.00 |
| Out-of-Town Travel | 06/29/06 | Wharton JN | 90.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,334.00** |
| Messengers/ Courier | 06/09/06 | Dist Serv/Mail/Page, D | 19.39 |
| Messengers/ Courier | 06/25/06 | United Parcel Service | 11.61 |
| | | **TOTAL MESSENGERS/ COURIER** | **$31.00** |
| Out-of-Town Meals | 05/31/06 | Wharton JN | 25.53 |
| Out-of-Town Meals | 06/21/06 | Wharton JN | 10.90 |
| Out-of-Town Meals | 06/22/06 | Wharton JN | 24.54 |
| Out-of-Town Meals | 06/22/06 | Wharton JN | 6.52 |
| Out-of-Town Meals | 06/22/06 | Wharton JN | 1.68 |
| Out-of-Town Meals | 06/28/06 | Wharton JN | 24.54 |

| Out-of-Town Meals | 06/28/06 | Wharton JN | 6.29 |
|---|---|---|---|
| | | **TOTAL OUT-OF-TOWN MEALS** | **$100.00** |
| Court Reporting | 06/13/06 | Veritext New York Reporting Company L.L. | 88.52 |
| Court Reporting | 06/13/06 | Veritext New York Reporting Company L.L. | 55.08 |
| Court Reporting | 06/13/06 | Veritext New York Reporting Company L.L. | 69.40 |
| | | **TOTAL COURT REPORTING** | **$213.00** |
| | | **TOTAL MATTER** | **$4,598.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 08/31/06**
**Claims Admin. (Reclamation/Trust Funds)**                    **Bill Number: 1122597**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 07/21/06 | 1.20 | ANALYZE RECLAMATION PROCEDURES, AND PROVIDE ADVICE CONCERNING WIND-DOWN OF CLAIMS TRACKING PROCESS IN CONNECTION WITH SAME (1.2). |
| | | **1.20** | |
| LYONS JK | 07/28/06 | 2.30 | REVIEW OF SPEEDLINE RESPONSE, DEVELOPED STRATEGIES RE: REPLY AND OVERALL PROGRAM (2.3). |
| LYONS JK | 07/31/06 | 1.10 | DEVELOPMENT OF STRATEGIES RE: RECLAMATION RESPONSE AND PROGRAM (1.1). |
| | | **3.40** | |
| **Total Partner** | | **4.60** | |
| MATZ TJ | 07/24/06 | 2.30 | REVIEW AND COMMENT ON RECLAMATION DETERMINATION MOTION (2.3). |
| | | **2.30** | |
| **Total Counsel** | | **2.30** | |
| JJINGO MJ | 07/06/06 | 1.70 | RESEARCH DIRECT SHIP ISSUE (1.7). |
| JJINGO MJ | 07/07/06 | 1.00 | RESEARCH CONSUMPTION AND ALTERATION ISSUE (1.0). |
| JJINGO MJ | 07/08/06 | 1.90 | RESEARCH CONSUMPTION ISSUE (1.9). |
| JJINGO MJ | 07/09/06 | 1.70 | RESEARCH CONSUMPTION/ALTERATION ISSUE AND STRATEGIZE RE: THE SAME (1.7). |
| JJINGO MJ | 07/10/06 | 0.40 | RESEARCH CONSUMPTION ISSUE (0.4). |
| JJINGO MJ | 07/12/06 | 1.90 | PREPARE FOR AND SIT ON WEEKLY RECLAMATIONS CALL (1.9). |
| JJINGO MJ | 07/13/06 | 0.20 | RECLAMATIONS STRATEGY CALL (0.2). |
| JJINGO MJ | 07/26/06 | 2.30 | PREPARE FOR AND SIT-IN ON WEEKLY RECLAMATIONS CALL (2.3). |
| | | **11.10** | |
| MEISLER RE | 07/07/06 | 0.30 | REVIEW STATEMENTS OF DISSENT RE: RECLAMATION (0.3). |
| MEISLER RE | 07/10/06 | 0.10 | DRAFT CORRESPONDENCE RE: STATUS OF RECLAMATION CLAIMS (0.1). |
| MEISLER RE | 07/20/06 | 0.10 | CONFERENCE WITH J. WHARTON RE: RECLAMATION (0.1). |
| MEISLER RE | 07/21/06 | 0.20 | REVIEW STATUS OF RECLAMATION (0.2). |
| MEISLER RE | 07/23/06 | 0.20 | DRAFT INTERNAL CORRESPONDENCE RE: RECLAMATION (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        07/25/06        0.70  REVIEW STATUS OF RECLAMATION (0.2);
                                        TELECONFERENCE WITH K. CRAFT RE: SAME
                                        (0.1); REVIEW SPEEDLINE MOTION (0.4).

MEISLER RE        07/26/06        1.20  CONTINUED REVIEW AND ANALYSIS OF
                                        SPEEDLINE RECLAMATION MOTION (0.5);
                                        CONFERENCE WITH J. WHARTON RE: SAME
                                        (0.2); DRAFT INTERNAL CORRESPONDENCE
                                        RE: SAME (0.5).

MEISLER RE        07/28/06        0.30  ANALYSIS OF SPEEDLINE RECLAMATION
                                        MOTION (0.3).

                                  3.10

WHARTON JN        07/10/06        3.60  TELECONFERENCE WITH R. EMANUEL OF
                                        DELPHI RE: RECLAMATION ISSUES (0.4);
                                        ANALYZE AND WORK TO RESOLVE CLAIMS OF
                                        RECLAMATION CLAIMANTS STRATTEC
                                        SECURITY (0.1), AISIN (0.2), OGURA
                                        CORP. (0.2), ALPS AUTOMOTIVE (0.2), TDK
                                        (0.2), FUJITSU COMPONENTS (0.2), AND
                                        MILLIKEN (0.1); CONTINUE RESEARCH RE:
                                        IDENTIFICATION OF ALTERED RECLAMATION
                                        GOODS (0.8); FORMULATE LITIGATION
                                        STRATEGY FOR UNRESOLVED RECLAMATION
                                        CLAIMS (0.7); CONTINUE TO DRAFT MOTION
                                        TO DETERMINE UNRESOLVED RECLAMATION
                                        CLAIMS (0.5).

WHARTON JN        07/11/06        5.70  CONTINUE TO DRAFT MOTION TO DETERMINE
                                        RECLAMATION CLAIMS (0.6); CONTINUE TO
                                        FORMULATE STRATEGY RE: LITIGATING
                                        UNRESOLVED RECLAMATION CLAIMS (0.6);
                                        CONTINUE TO RESEARCH CASE LAW RE:
                                        ALTERATION OF RECLAIMED GOODS (0.5);
                                        CONTINUE TO RESEARCH CASE LAW AND
                                        ANALYZE LIEN DEFENSE (0.6); ANALYZE AND
                                        WORK TO RESOLVE CLAIMS OF RECLAMATION
                                        CLAIMANTS STRATTEC SECURITY (0.1),
                                        PANASONIC AUTOMOTIVE (0.2), OGURA CORP.
                                        (0.2), OPTREX USA (0.1), OLIN (0.3),
                                        AISIN (0.1), TDK (0.1), PBR KNOXVILLE
                                        (0.1), BARNES GROUP (0.1), ALPS
                                        AUTOMOTIVE (0.1), FUJITSU (0.1), ALEGRE
                                        INC. (0.1), ANGEL-DEMMELL (0.1), AND
                                        FLEXTRONICS (0.1); TELECONFERENCES
                                        WITH R. EMANUEL OF DELPHI RE: BARNES
                                        GROUP (0.1) AND FUJITSU (0.1);
                                        TELECONFERENCES WITH M. MAXWELL OF
                                        DELPHI RE: OLIN (0.1) AND PBR KNOXVILLE
                                        (0.2); TELECONFERENCES WITH D.
                                        BEDITINI, COUNSEL TO OPTREX (0.1), J.
                                        TOUGAS, COUNSEL TO OLIN (0.3), J.
                                        HORWITZ, COUNSEL TO AISIN (0.1), J.
                                        WILSON, COUNSEL TO BARNES GROUP (0.1),
                                        M. MEYERS, COUNSEL TO ALPS AUTOMOTIVE
                                        (0.2), A. THAU, COUNSEL TO FLEXTRONICS
                                        (0.1); TELECONFERENCE WITH C. WU, FTI,
                                        RE: ANGEL-DEMMELL (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          07/12/06       7.40    WEEKLY RECLAMATION MANAGEMENT MEETING
                                           WITH R. EMANUEL AND H. SHERRY OF DELPHI,
                                           A. FRANKUM, C. WU AND T. MCDONAGH OF FTI
                                           (1.9) AND WEEKLY CONFERENCE CALL WITH B.
                                           PICKERING OF MESIROW (0.1); ANALYZE AND
                                           WORK TO RESOLVE CLAIMS OF RECLAMATION
                                           CLAIMANTS SCIENTIFIC TUBE (0.2), OPTREX
                                           (0.1), SOURCE ELECTRONICS (0.2), AISIN
                                           (0.3), OGURA CORP. (0.4), ALPS
                                           AUTOMOTIVE (0.4), TDK (0.3), PBR
                                           KNOXVILLE (0.2), ALEGRE INC. (0.2),
                                           PANASONIC AUTOMOTIVE (0.2), CITATION
                                           CORP. (0.3), FUTABA (0.4), TRANS-TRON
                                           (0.3), NOMA CO. (0.3), AND FUJITSU
                                           (0.3); FORMULATE STRATEGY RE:
                                           ALTERATION OF RECLAIMED GOODS PRIOR TO
                                           DEMAND DATE (1.3).

WHARTON JN          07/13/06       4.30    ANALYZE AND WORK TO RESOLVE CLAIMS OF
                                           RECLAMATION CLAIMANTS OMG (2.8), [ADD
                                           2.5 HOURS FOR INDIVIDUAL CLAIMS - SEE
                                           ESCALATION LIST FROM THIS DATE];
                                           TELECONFERENCES WITH R. WOOLFORD,
                                           COUNSEL TO AVON AUTOMOTIVE (0.2), R.
                                           PEURACH, COUNSEL TO OGURA CORP. (0.2),
                                           AND A. ZOLLER OF ADVANTECH PLASTICS
                                           (0.1) RE: RECLAMATION CLAIMS; CONTINUE
                                           TO DRAFT MOTION TO DETERMINE
                                           RECLAMATION CLAIMS (0.4) AND FORMULATE
                                           LITIGATION STRATEGY RE: UNRESOLVED
                                           CLAIMS (0.6).

WHARTON JN          07/14/06       3.50    CONTINUE ANALYSIS RE: INVENTORY TESTING
                                           PROCESS (0.5); TELECONFERENCES WITH A.
                                           WOOL, COUNSEL TO TDK (0.4) AND MEMC
                                           (0.1), M. MOORE, COUNSEL TO FUJITSU
                                           (0.1), E. MCCOLM, COUNSEL TO NOMA CO.
                                           (0.1), R. EMANUEL (0.1) AND H. SHERRY
                                           (0.1) OF DELPHI , J. BARROW-BOSSHART,
                                           COUNSEL TO MILLIKEN (0.1), M. SOLOMON
                                           (0.1), COUNSEL TO CITATION CORP.,
                                           FUTABA, AND TRANS-TRON, AND I.
                                           GOLDBERG, COUNSEL TO MOLD AND
                                           SCIENTIFIC TUBE (0.5), ANALYZE AND WORK
                                           TO RESOLVE CLAIMS OF RECLAMATION
                                           CLAIMANTS AVON AUTOMOTIVE (0.2),
                                           PLASTICERT (0.2), PRECISION RESOURCES
                                           (0.2), CENTURY MOLD (0.2), SCIENTIFIC
                                           TUBE (0.2), CITATION CORP. (0.1),
                                           FUTABA (0.1), TRANS-TRON (0.1), AND
                                           VENTURE PLASTICS (0.1).

B43E

WHARTON JN          07/17/06          3.00   TELECONFERENCES WITH M. MACHEN, COUNSEL
                                             TO UNITED PLASTICS GROUP (0.1) AND J.
                                             BENTLEY, COUNSEL TO PANASONIC
                                             AUTOMOTIVE (0.1); ANALYZE AND WORK TO
                                             RESOLVE CLAIMS OF RECLAMATION CLAIMANTS
                                             BARNES GROUP (0.1), UNITED PLASTICS
                                             GROUP (0.1), AISIN (0.1), FUJITSU
                                             (0.1), FUTABA (0.1), TRANS-TRON (0.1),
                                             AND PANASONIC AUTOMOTIVE (0.1);
                                             CONTINUE TO DRAFT MOTION TO DETERMINE
                                             RECLAMATION CLAIMS (0.5); CONTINUE TO
                                             FORMULATE LITIGATION STRATEGY FOR
                                             UNRESOLVED CLAIMS (0.7); RESEARCH CASE
                                             LAW RE: ALTERATION OF MANUFACTURED
                                             GOODS (0.9).

WHARTON JN          07/18/06          4.80   CONTINUE TO DRAFT MOTION TO DETERMINE
                                             RECLAMATION CLAIMS (0.7); PREPARE FOR
                                             LITIGATION OF UNRESOLVED RECLAMATION
                                             CLAIMS (0.9); PREPARE FOR RECLAMATION
                                             MANAGEMENT MEETING (0.4); CONTINUE TO
                                             ANALYZE RESERVED DEFENSE RE: SECURITY
                                             INTEREST (0.6); CONTINUE TO ANALYZE
                                             TREATMENT OF RECLAMATION CLAIMS FOR
                                             GOODS ALTERED IN MANUFACTURING PROCESS
                                             (0.7); CONTINUE TO ANALYZE AND WORK TO
                                             RESOLVE RECLAMATION CLAIMS OF CLAIMANTS
                                             OGURA CORP. (0.3), MUBEA INC. (0.2),
                                             FUTABA (0.1), CITATION CORP. (0.1),
                                             TRANS-TRON (0.1), AISIN (0.1), TDK
                                             (0.3), OLIN (0.1), ALPS AUTOMOTIVE
                                             (0.1), AND FUJITSU (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN          07/19/06          7.50   MEETING WITH C. CATTELL, R. EMANUEL AND
                                             H. SHERRY OF DELPHI AND A. FRANKUM, C.
                                             WU AND T. MCDONAGH OF FTI RE:
                                             RECLAMATION MANAGEMENT (2.1) AND
                                             TELECONFERENCE WITH B. PICKERING OF
                                             MESIROW FINANCIAL RE: SAME (0.2);
                                             TELECONFERENCES WITH B. WOOLFORD,
                                             COUNSEL TO AVON AUTOMOTIVE (0.3);
                                             RESEARCH CASE LAW RE: RECLAMATION
                                             CLAIMS FOR GOODS SHIPPED DIRECTLY TO
                                             CUSTOMERS (0.5), MEETING WITH H. SHERRY
                                             OF DELPHI AND T. MCDONAGH OF FTI RE:
                                             MOTION FOR DETERMINATION (0.4), MEETING
                                             WITH C. CATTELL, R. EMANUEL AND H.
                                             SHERRY OF DELPHI AND A. FRANKUM, C. WU
                                             AND T. MCDONAGH OF FTI RE: RECLAMATION
                                             STAFFING TRANSITION ISSUES (1.0);
                                             CONTINUE TO REVISE OMNIBUS MOTION TO
                                             DETERMINE RECLAMATION CLAIMS (0.8);
                                             CONTINUE TO PREPARE FOR LITIGATION OF
                                             UNRESOLVED RECLAMATION CLAIMS (0.6);
                                             RESEARCH CASE LAW RE: RECLAMATION
                                             CLAIMANTS SEEKING RECONCILIATION OF
                                             GOODS ON INVOICES SUBMITTED AFTER
                                             DEMAND DEADLINE (0.5); CONTINUE TO
                                             ANALYZE AND WORK TO RESOLVE RECLAMATION
                                             CLAIMS OF CLAIMANTS ALEGRE INC. (0.1),
                                             YAZAKI NORTH AMERICA (0.2), TAL-PORT
                                             INDUSTRIES (0.1), AVON AUTOMOTIVE
                                             (0.2), PANASONIC AUTOMOTIVE (0.1), NOMA
                                             CO. (0.2), AND STRATTEC SECURITY CORP.
                                             (0.2).

B43E

WHARTON JN        07/20/06     10.60   CONTINUE TO ANALYZE REQUESTS FROM
                                       RECLAMATION CLAIMANTS FOR
                                       CONSIDERATION OF INVOICES SUBMITTED
                                       AFTER DEMAND DEADLINE, WHERE DEMAND
                                       RESERVED RIGHT TO SEEK RECLAMATION OF
                                       ALL GOODS SHIPPED DURING RECLAMATION
                                       WINDOW (0.1); CONTINUE TO ANALYZE
                                       RESERVED DEFENSE OF LIEN ON ASSETS
                                       (0.3); CONTINUE TO PREPARE FOR
                                       LITIGATION OF UNRESOLVED RECLAMATION
                                       CLAIMS (1.6); CONTINUE RESEARCH OF CASE
                                       LAW RE: ALTERATION OF RECLAMATION GOODS
                                       IN MANUFACTURING PROCESS AND WHETHER
                                       SUCH GOODS ARE "IDENTIFIABLE" (0.5);
                                       ANALYZE SPREADSHEETS WITH RESPECT TO
                                       CONSUMPTION OF RECLAMATION GOODS (0.4);
                                       CONTINUE CASE LAW RESEARCH RE:
                                       RECLAMATION OF GOODS SHIPPED DIRECTLY
                                       TO CUSTOMERS (0.3); CONTINUE TO DRAFT
                                       OMNIBUS MOTION TO DETERMINE RECLAMATION
                                       CLAIMS (5.9); TELECONFERENCES WITH J.
                                       BENTLEY, COUNSEL TO PANASONIC
                                       AUTOMOTIVE (0.1), W. AICHELE OF MUBEA
                                       INC. (0.1), B. PEURACH, COUNSEL TO OGURA
                                       CORP. (0.1), I. GOLDBERG, COUNSEL TO
                                       CENTURY MOLD AND SCIENTIFIC TUBE (0.1),
                                       AND M. MEYERS, COUNSEL TO ALPS
                                       AUTOMOTIVE (0.1); ANALYZE AND WORK TO
                                       RESOLVE RECLAMATION CLAIMS OF CLAIMANTS
                                       MUBEA INC. (0.2), STRATTEC SECURITY
                                       CORP. (0.2), YAZAKI NORTH AMERICA
                                       (0.1), OGURA CORP. (0.2), AISIN (0.1),
                                       PRECISION RESOURCE (0.1), AND ALPS
                                       AUTOMOTIVE (0.1).

WHARTON JN        07/21/06      6.70   CONTINUE TO REVISE OMNIBUS MOTION TO
                                       DETERMINE RECLAMATION CLAIMS (1.5);
                                       CONTINUE CASE LAW RESEARCH RE:
                                       RECLAMATION DEMANDS FOR GOODS SHIPPED
                                       TO CUSTOMERS (0.5); CONTINUE TO PREPARE
                                       FOR LITIGATION OF UNRESOLVED
                                       RECLAMATION CLAIMS (0.9);
                                       TELECONFERENCES WITH C. WU OF FTI (0.4),
                                       A. FRANKUM OF FTI (0.3), R. EMANUEL OF
                                       DELPHI (0.8), AND C. CATTELL OF DELPHI
                                       (0.1) RE: RECLAMATION PROCESS AND
                                       UNRESOLVED CLAIMS; TELECONFERENCES
                                       WITH J. BENTLEY, COUNSEL TO PANASONIC
                                       AUTOMOTIVE (0.3) AND M. MOORE, COUNSEL
                                       TO FUJITSU COMPONENTS (0.3); ANALYZE
                                       AND WORK TO RESOLVE RECLAMATION CLAIMS
                                       OF CLAIMANTS OGURA CORP. (0.4), TDK
                                       (0.4), VENTURE PLASTICS (0.2),
                                       FLEXTRONICS (0.1), SOURCE ELECTRONICS
                                       (0.1), PANASONIC AUTOMOTIVE (0.3), AND
                                       ALPS AUTOMOTIVE (0.1).

WHARTON JN        07/23/06      4.80   CONTINUE TO DRAFT AND REVISE OMNIBUS
                                       MOTION TO DETERMINE RECLAMATION CLAIMS
                                       AND PROPOSED ORDER (4.8).

WHARTON JN        07/24/06      5.00    CONTINUE TO REVISE OMNIBUS MOTION TO
                                        DETERMINE RECLAMATION CLAIMS (0.6);
                                        CONTINUE TO PREPARE FOR LITIGATION OF
                                        UNRESOLVED RECLAMATION CLAIMS (0.3);
                                        CONTINUE RESEARCH RE: DEMANDS FOR GOODS
                                        CONSUMED DURING MANUFACTURING PROCESS
                                        BY DATE OF DEMAND (0.7);
                                        TELECONFERENCES WITH R. EMANUEL OF
                                        DELPHI RE: STATUS OF ESCALATED
                                        RECLAMATION CLAIMS (0.7), G. HOFFMAN,
                                        COUNSEL TO MUBEA INC. (0.2), K.
                                        DONALDSON OF DELPHI RE: CLAIM OF
                                        STRATTEC SECURITY CORP. (0.3), A. WOOL,
                                        COUNSEL TO TDK (0.1), W. GRAHAM, COUNSEL
                                        TO TAL-PORT INDUSTRIES (0.1), M.
                                        MEYERS, COUNSEL TO ALPS AUTOMOTIVE
                                        (0.1), T. MCDONAGH OF FTI RE: CLAIM OF
                                        ALPS AUTOMOTIVE (0.1), J. LEVINSON,
                                        COUNSEL TO VENTURE PLASTICS (0.2);
                                        TELECONFERENCES WITH M. MEYERS, COUNSEL
                                        TO ALPS AUTOMOTIVE AND T. MCDONAGH OF
                                        FTI RE: INVENTORY TEST RESULTS RE: CLAIM
                                        OF ALPS AUTOMOTIVE (0.5); AND J.
                                        HARRINGTON, COUNSEL TO YAZAKI NORTH
                                        AMERICA (0.4); ANALYZE AND WORK TO
                                        RESOLVE CLAIMS OF RECLAMATION CLAIMANTS
                                        MUBEA INC. (0.1), FUTABA CORP. (0.1),
                                        AISIN (0.1), TRANS-TRON (0.1), CITATION
                                        CORP. (0.1), AND ALPS AUTOMOTIVE (0.2).

WHARTON JN        07/25/06      5.30    CONTINUE TO REVISE OMNIBUS MOTION TO
                                        DETERMINE RECLAMATION CLAIMS (0.3);
                                        PREPARE FOR RECLAMATION MANAGEMENT
                                        MEETING (0.4); CONTINUE RESEARCH RE:
                                        WHETHER GOODS USED IN MANUFACTURING
                                        PROCESS ARE IDENTIFIABLE FOR
                                        RECLAMATION PURPOSES (1.4); REVIEW
                                        MOTION FILED BY SPEEDLINE TECHNOLOGIES
                                        FOR RETURN OF RECLAMATION GOODS OR
                                        IMMEDIATE PAYMENT (0.3); CONTINUE TO
                                        PREPARE FOR LITIGATION OF UNRESOLVED
                                        RECLAMATION CLAIMS; TELECONFERENCES
                                        WITH M. MACHEN, COUNSEL TO UNITED
                                        PLASTICS GROUP (0.1), J. BENTLEY,
                                        COUNSEL TO PANASONIC AUTOMOTIVE (0.2),
                                        J. HORWITZ, COUNSEL TO AISIN (0.5), M.
                                        MOORE, COUNSEL TO FUJITSU COMPONENTS
                                        (0.1), I. GOLDBERG, COUNSEL TO CENTURY
                                        MOLD AND SCIENTIFIC TUBE (0.3), A. THAU,
                                        COUNSEL TO FLEXTRONICS (0.1), AND C. WU
                                        OF FTI RE: RECLAMATION CLAIMS (0.3);
                                        ANALYZE AND WORK TO RESOLVE CLAIMS OF
                                        RECLAMATION CLAIMANTS MUBEA INC. (0.1),
                                        AVON AUTOMOTIVE (0.1), VENTURE PLASTICS
                                        (0.2), AISIN (0.1), FLEXTRONICS (0.1),
                                        LUNT MANUFACTURING (0.1), YAZAKI NORTH
                                        AMERICA (0.1), MEMC (0.1), NOMA CO.
                                        (0.1), PANASONIC AUTOMOTIVE (0.1),
                                        ALEGRE INC. (0.1), AND FUJITSU
                                        COMPONENTS (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        07/26/06        9.20    CONTINUE TO PREPARE FOR WEEKLY
                                          RECLAMATION MANAGEMENT MEETING (0.3);
                                          CONTINUE TO REVIEW SPEEDLINE
                                          TECHNOLOGIES' MOTION FOR RETURN OF
                                          RECLAMATION GOODS OR IMMEDIATE PAYMENT
                                          AND PREPARE OBJECTION (0.7); FORMULATE
                                          STRATEGY RE: OBJECTION TO SPEEDLINE
                                          TECHNOLOGIES MOTION (0.4); ATTEND
                                          WEEKLY RECLAMATION MANAGEMENT MEETING
                                          WITH C. CATTEL, R. EMANUEL AND H. SHERRY
                                          OF DELPHI, A. FRANKUM, C. WU AND T.
                                          MCDONAGH OF FTI (1.9) AND WEEKLY
                                          CONFERENCE CALL WITH B. PICKERING OF
                                          MESIROW (0.1); REVIEW ANALYSIS OF
                                          INVENTORY SYSTEM (0.3); REVIEW
                                          DISCOVERY REQUEST OF JOHNSON ELECTRIC
                                          (0.3); BEGIN TO PREPARE RESPONSE TO
                                          JOHNSON ELECTRIC DISCOVERY REQUEST
                                          (0.5); REVIEW LIST OF UNRESOLVED
                                          RECLAMATION CLAIMS DESIGNATED FOR
                                          LITIGATION (0.3); ANALYZE ALPS'
                                          AUTOMOTIVE'S SETTLEMENT PROPOSAL
                                          (0.2); TELECONFERENCES WITH J.
                                          LEVINSON, COUNSEL TO VENTURE PLASTICS
                                          (0.3), J. HORWITZ, COUNSEL TO AISIN, RE:
                                          AISIN'S ACCEPTANCE OF OFFER RESOLVING
                                          RECLAMATION CLAIM (0.1), AND J.
                                          HARRINGTON, COUNSEL TO YAZAKI NORTH
                                          AMERICA, AND T. MCDONAGH OF FTI RE:
                                          YAZAKI'S RECLAMATION CLAIM (0.4),
                                          DISCUSS WITH R. EMANUEL OF DELPHI
                                          ANALYZING SETTLEMENT OFFERS OF CENTURY
                                          MOLD AND SCIENTIFIC TUBE (0.2), DISCUSS
                                          WITH R. EMANUEL OF DELPHI AND C. WU OF
                                          FTI RE: RECLAMATION CLAIM OF YAZAKI
                                          NORTH AMERICA (0.3); ANALYZE AND WORK TO
                                          RESOLVE CLAIMS OF RECLAMATION CLAIMANTS
                                          VENTURE PLASTICS (0.3), OLIN CORP.
                                          (0.4), NOMA CO. (0.2), OGURA CORP.
                                          (0.3), MEMC (0.3), TRANS-TRON (0.3),
                                          AND AVON AUTOMOTIVE (0.2); ANALYZE
                                          SETTLEMENT OFFER MADE BY J. LEVINSON,
                                          COUNSEL TO VENTURE PLASTICS (0.2);
                                          ATTEND MEETING WITH R. EMANUEL AND H.
                                          SHERRY OF DELPHI AND C. WU AND T.
                                          MCDONAGH OF FTI RE: REVIEW OF UNRESOLVED
                                          CLAIMS (0.7).

WHARTON JN        07/27/06        2.10    ANALYZE ISSUES RELATING TO CONSUMPTION
                                          OF RECLAMATION GOODS (0.3);
                                          TELECONFERENCES WITH P. CLARK, COUNSEL
                                          TO MOTOROLA (0.3), A. FRANKUM OF FTI RE:
                                          RECLAMATION CLAIMS (0.1), AND M.
                                          MEYERS, COUNSEL TO ALPS AUTOMOTIVE
                                          (0.1); CONTINUE TO PREPARE RESPONSE TO
                                          JOHNSON ELECTRIC RE: DISCOVERY REQUEST
                                          (0.9); CONTINUE TO ANALYZE AND WORK TO
                                          RESOLVE CLAIMS OF RECLAMATION CLAIMANTS
                                          ALPS AUTOMOTIVE (0.1), MUBEA INC.
                                          (0.1), CENTURY MOLD (0.1), AND
                                          SCIENTIFIC TUBE (0.1).

B43E

| | | | |
|---|---|---|---|
| WHARTON JN | 07/28/06 | 3.50 | TELECONFERENCE WITH C. WU OF FTI RE: SPEEDLINE TECHNOLOGIES MOTION AND JOHNSON ELECTRIC DISCOVERY REQUEST (0.7); CONTINUE CASE LAW RESEARCH RE: RECLAMATION DEMANDS FOR GOODS CONSUMED IN MANUFACTURING PROCESS AND THE POINT AT WHICH SUCH GOODS ARE NO LONGER IDENTIFIABLE (0.3); TELECONFERENCES WITH L. HUFFMAN OF PRECISION RESOURCES (0.1), AND M. MEYERS, COUNSEL TO ALPS AUTOMOTIVE (0.1); ANALYZE AND WORK ON RESOLVING CLAIMS OF RECLAMATION CLAIMANTS ALPS AUTOMOTIVE (0.1), MOTOROLA (0.2), TDK (0.3), VENTURE PLASTICS (0.1), AND MEMC (0.1); CONTINUE TO PREPARE RESPONSE TO JOHNSON ELECTRIC DISCOVERY REQUEST (0.5); CONTINUE TO WORK ON OBJECTION TO SPEEDLINE TECHNOLOGIES MOTION FOR RETURN OF RECLAMATION GOODS OR IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (1.0). |
| WHARTON JN | 07/30/06 | 1.10 | CONTINUE TO DRAFT OBJECTION TO SPEEDLINE TECHNOLOGIES' MOTION (0.8); CONTINUE WORK ON RESPONSE TO JOHNSON ELECTRIC'S DISCOVERY REQUEST (0.3). |
| WHARTON JN | 07/31/06 | 4.60 | ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS KENDALL ELECTRIC (0.2), VENTURE PLASTICS (0.3), OLIN (0.1), OMG (0.1), TRANS-TRON (0.1), AVON AUTOMOTIVE (0.1), MUBEA INC. (0.1), LUNT MANUFACTURING (0.1), PLASTICERT (0.1), MEMC (0.1), PANASONIC AUTOMOTIVE (0.1), AND TDK (0.1); CONTINUE TO WORK ON MOTION FOR DETERMINATION OF RECLAMATION CLAIMS (0.4); TELECONFERENCE WITH J. BENTLEY, COUNSEL TO PANASONIC AUTOMOTIVE (0.1); TELECONFERENCE WITH C. WU OF FTI RE: VENTURE PLASTICS (0.2) AND RECLAMATION STRATEGY (0.1); TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: RECLAMATION MATTERS (0.4); TELECONFERENCE WITH C. WU OF FTI AND D. RAIA OF DELPHI RE: VENTURE PLASTICS' PROPOSAL FOR RESOLVING CLAIM (0.2); CONTINUE TO PREPARE RESPONSE TO JOHNSON ELECTRIC DISCOVERY REQUEST (0.8); CONTINUE TO ANALYZE POSITION ON LIEN RESERVED DEFENSE (0.2); CONTINUE TO PREPARE OBJECTION TO SPEEDLINE MOTION (0.4); REVIEW ALPS AUTOMOTIVE'S SETTLEMENT PROPOSAL (0.1); REVIEW PROOF OF CLAIM FILED BY VENTURE PLASTICS (0.2). |

**92.70**

Total Associate                 **106.90**

63                                                                 B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DEMMA J | 07/10/06 | 1.10 | UPDATE RECLAMATION RESPONSE LOG (1.1). |
|---------|----------|------|----------------------------------------|
| DEMMA J | 07/12/06 | 0.80 | UPDATE RECLAMATION RESPONSE LOG (0.8). |
| DEMMA J | 07/13/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 07/19/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 07/20/06 | 1.10 | UPDATE RECLAMATION RESPONSE LOG (1.1). |
| DEMMA J | 07/26/06 | 2.20 | UPDATE RECLAMATION RESPONSE LOG (1.6); RESEARCH CLAIM FILED BY VENTURE PLASTICS FOR RECTIFICATION OF RECLAMATION CLAIM (0.6). |
| DEMMA J | 07/31/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
|         |          | 7.00 | |

**Total Legal Assistant**          7.00

| ~~WORSCHECK TM~~ | ~~07/11/06~~ | ~~2.40~~ | ~~UPDATE RECLAMATION RESPONSE FILES (2.4).~~ |
|------------------|--------------|----------|-----------------------------------------------|
| ~~WORSCHECK TM~~ | ~~07/12/06~~ | ~~0.60~~ | ~~UPDATE RECLAMATION RESPONSE FILES (0.6).~~ |
| ~~WORSCHECK TM~~ | ~~07/20/06~~ | ~~0.40~~ | ~~UPDATE RECLAMATION CLAIMS FILES (0.4).~~ |
| ~~WORSCHECK TM~~ | ~~07/21/06~~ | ~~0.70~~ | ~~UPDATE RECLAMATION RESPONSE FILES (0.7).~~ |
| ~~WORSCHECK TM~~ | ~~07/24/06~~ | ~~0.40~~ | ~~UPDATE RECLAMATION RESPONSE FILES (0.4).~~ |
| ~~WORSCHECK TM~~ | ~~07/26/06~~ | ~~0.30~~ | ~~UPDATE RECLAMATION RESPONSE FILES (0.3).~~ |
| ~~WORSCHECK TM~~ | ~~07/27/06~~ | ~~0.50~~ | ~~UPDATE RECLAMATION RESPONSE FILES (0.5).~~ |
| ~~WORSCHECK TM~~ | ~~07/31/06~~ | ~~0.40~~ | ~~UPDATE RECLAMATION RESPONSE FILES (0.4).~~ |
|                  |              | ~~5.70~~ | |

~~**Total Legal Assistant Support**~~          ~~5.70~~

**TOTAL TIME**          <u>126.50</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                           Bill Date: 08/31/06
Claims Admin. (Reclamation/Trust Funds)            Bill Number: 1122597

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/11/06 | Wharton JN | 465.52 |
| Air/Rail Travel - vendor feed | 07/19/06 | Wharton JN | 523.13 |
| Air/Rail Travel - vendor feed | 07/19/06 | Wharton JN | 431.61 |
| Air/Rail Travel - vendor feed | 07/25/06 | Wharton JN | 954.74 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,375.00** |
| In-house Reproduction | 07/07/06 | Copy Center, D | 11.18 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 35.44 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 15.28 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 0.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$62.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.46 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 2.09 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.25 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.20 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Lexis/Nexis | 07/06/06 | Jjingo MJ | -28.23 |
| Lexis/Nexis | 07/06/06 | Jjingo MJ | 282.42 |
| Lexis/Nexis | 07/07/06 | Jjingo MJ | 334.16 |
| Lexis/Nexis | 07/07/06 | Jjingo MJ | -33.36 |
| Lexis/Nexis | 07/09/06 | Jjingo MJ | 252.22 |
| Lexis/Nexis | 07/09/06 | Jjingo MJ | -25.21 |
| | | **TOTAL LEXIS/NEXIS** | **$782.00** |
| Westlaw | 07/18/06 | Terwilleger ZD | 13.24 |
| Westlaw | 07/20/06 | Wharton JN | 189.32 |
| Westlaw | 07/25/06 | Wharton JN | 422.64 |
| Westlaw | 07/27/06 | Wharton JN | 13.40 |
| Westlaw | 07/28/06 | Wharton JN | 13.40 |
| Westlaw | 07/31/06 | Raghavan V | 1,200.00 |

B43E