SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL WESTLAW** | **$1,852.00** |
| Out-of-Town Travel | 07/12/06 | Wharton JN | 509.12 |
| Out-of-Town Travel | 07/13/06 | Wharton JN | 201.72 |
| Out-of-Town Travel | 07/13/06 | Wharton JN | 202.31 |
| Out-of-Town Travel | 07/18/06 | Wharton JN | 80.02 |
| Out-of-Town Travel | 07/19/06 | Wharton JN | 224.91 |
| Out-of-Town Travel | 07/19/06 | Wharton JN | 91.77 |
| Out-of-Town Travel | 07/26/06 | Wharton JN | 224.91 |
| Out-of-Town Travel | 07/26/06 | Wharton JN | 80.02 |
| Out-of-Town Travel | 07/26/06 | Wharton JN | 89.02 |
| Out-of-Town Travel | 07/26/06 | Meisler RE | 305.20 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,009.00** |
| Messengers/ Courier | 07/21/06 | Straightline Courier | 41.39 |
| Messengers/ Courier | 07/27/06 | Dist Serv/Mail/Page, D | 9.43 |
| Messengers/ Courier | 07/30/06 | Arrow Messenger Svc | 37.01 |
| Messengers/ Courier | 07/30/06 | Comet Messenger Service | 25.17 |
| | | **TOTAL MESSENGERS/ COURIER** | **$113.00** |
| Out-of-Town Meals | 07/11/06 | Wharton JN | 17.42 |
| Out-of-Town Meals | 07/12/06 | Wharton JN | 20.85 |
| Out-of-Town Meals | 07/12/06 | Wharton JN | 7.43 |
| Out-of-Town Meals | 07/13/06 | Wharton JN | 1.64 |
| Out-of-Town Meals | 07/18/06 | Wharton JN | 20.58 |
| Out-of-Town Meals | 07/19/06 | Wharton JN | 9.65 |
| Out-of-Town Meals | 07/19/06 | Wharton JN | 6.32 |
| Out-of-Town Meals | 07/19/06 | Wharton JN | 10.72 |
| Out-of-Town Meals | 07/25/06 | Wharton JN | 17.42 |
| Out-of-Town Meals | 07/25/06 | Meisler RE | 20.30 |
| Out-of-Town Meals | 07/26/06 | Wharton JN | 9.71 |
| Out-of-Town Meals | 07/26/06 | Meisler RE | 73.63 |
| Out-of-Town Meals | 07/26/06 | Wharton JN | 20.33 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$236.00** |

| | | | |
|---|---|---|---|
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 3.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$3.00** |
| Telco-Non Astra | 07/28/06 | Telecommunications, D | 2.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$2.00** |
| | | **TOTAL MATTER** | **$7,438.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Claims Admin. (Reclamation/Trust Funds)**

**Bill Date: 09/30/06**
**Bill Number: 1128097**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 08/09/06 | 0.30 | REVIEW AND CONSIDER OBJECTION TO SPEEDLINE TECHNOLOGIES MOTION (0.3). |
| BUTLER, JR. J | 08/16/06 | 0.60 | CONTINUE TO PREPARE FOR AUGUST 17TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SPEEDLINE TECHNOLOGIES CONTESTED HEARING (0.6). |
| BUTLER, JR. J | 08/17/06 | 1.50 | PREPARE FOR (0.6) AND ATTEND (0.9) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SPEEDLINE TECHNOLOGIES CONTESTED HEARING. |
| | | **2.40** | |
| HOGAN III AL | 08/14/06 | 0.40 | CONFERENCE WITH J. WHARTON AND ADVISE CONCERNING APPROACH TO RECLAMATION CLAIM DISCOVERY REQUESTS (0.4). |
| HOGAN III AL | 08/16/06 | 3.90 | CONTINUE ANALYSIS AND OVERSIGHT OF OMNIBUS HEARING PREPARATION, INCLUDING PARTICIPATING IN MEET AND CONFER CONFERENCE WITH OPPOSING COUNSEL IN CONTESTED MATTER (SPEEDLINE) (3.9). |
| HOGAN III AL | 08/17/06 | 2.20 | REVIEW PROPOSED MODIFICATIONS TO NDA WITH RESPECT TO USE OF MATERIALS PREVIOUSLY PROVIDED TO THIRD PARTIES IN PRIOR CONTESTED HEARING (1.7); FOLLOW-UP ANALYSIS OF RECLAMATION CLAIMS DISCOVERY MATTERS, AND ADVISE ON COMMUNICATIONS TO CLAIMANTS CONCERNING SAME (0.5). |
| HOGAN III AL | 08/21/06 | 0.30 | REVIEW PROPOSED COMMUNICATION CONCERNING RECLAMATION CLAIMS, AND PROPOSE EDITS TO SAME (0.3). |
| | | **6.80** | |
| LYONS JK | 08/07/06 | 5.30 | REVIEW OF SPEEDLINE MOTION, CASES, DRAFT RESPONSE, AND DEVELOPED STRATEGIES (5.3). |
| LYONS JK | 08/08/06 | 4.20 | SIGNIFICANT REVISIONS TO SPEEDLINE RESPONSE AND REVIEW OF CASES (4.2). |
| LYONS JK | 08/10/06 | 3.80 | FINAL REVIEW OF SPEEDLINE RESPONSE AND CERTAIN LEGAL ISSUES (3.8). |
| LYONS JK | 08/11/06 | 2.10 | REVIEW OF COMMITTEE RESPONSE TO SPEEDLINE AND DEVELOP STRATEGIES RE: POSSIBLE RESPONSE (2.1). |
| LYONS JK | 08/17/06 | 1.40 | PRE-HEARING FOLLOW UP AND REPORT OF HEARING AND DEVELOP STRATEGIES RE: NEXT STEPS (1.4). |
| | | **16.80** | |
| **Total Partner** | | **26.00** | |

64

B43E

JJINGO MJ        08/01/06      0.80   CONVERSATION WITH H. BIXLER AT LUNT
                                      MANUFACTURING RE: SETTLEMENT OF CLAIM;
                                      CONVERSATION WITH R. EMANUEL AT DELPHI
                                      RE: SAME; STRATEGIZE RE: SAME (0.8).

JJINGO MJ        08/02/06      2.40   PREPARE FOR AND PARTICIPATE IN WEEKLY
                                      RECLAMATIONS CALL (2.1);
                                      TELECONFERENCE WITH T. HINTON AT DELPHI
                                      RE: LUNT MANUFACTURING CLAIM (0.3).

JJINGO MJ        08/09/06      1.40   PREPARE FOR AND PARTICIPATE IN WEEKLY
                                      RECLAMATIONS CALL (1.4).

JJINGO MJ        08/16/06      0.90   PREPARE FOR AND PARTICIPATE ON
                                      RECLAMATIONS CALL (0.9).

JJINGO MJ        08/22/06      0.60   STRATEGIZE WITH REGARD TO CERTAIN
                                      RECLAMATION CLAIMS (0.6).

JJINGO MJ        08/23/06      2.40   PREPARE FOR AND SIT IN ON WEEKLY
                                      RECLAMATIONS CALL (2.4).

JJINGO MJ        08/30/06      1.30   PREPARE FOR AND PARTICIPATE ON WEEKLY
                                      RECLAMATIONS CALL (1.3).

                               9.80

MEISLER RE       08/01/06      0.30   TELECONFERENCE WITH H. BAER RE:
                                      SPEEDLINE (0.3).

MEISLER RE       08/03/06      0.20   REVIEW STATUS OF DEFENSE TO SPEEDLINE
                                      MOTION TO COMPEL PAYMENT ON RECLAMATION
                                      CLAIM (0.2).

MEISLER RE       08/08/06      1.60   STRATEGIZE RE: OBJECTION TO SPEEDLINE
                                      MOTION (0.7); REVIEW AND COMMENT ON
                                      OBJECTION (0.9).

MEISLER RE       08/09/06      0.30   REVIEW OBJECTION TO SPEEDLINE MOTION
                                      (0.3).

MEISLER RE       08/10/06      2.90   CONTINUE REVIEW OF RECLAMATION
                                      OBJECTION (2.9).

MEISLER RE       08/15/06      0.90   HEARING PREPARATION RE: SPEEDLINE
                                      (0.9).

MEISLER RE       08/16/06      0.30   CONTINUE HEARING PREP RE: SPEEDLINE
                                      (0.3).

                               6.50

WHARTON JN       08/01/06      2.00   TELECONFERENCES WITH T. MCDONAGH OF FTI
                                      RE: RECLAMATION CLAIMS (0.2) AND T.
                                      MCDONAGH OF FTI AND A. WOOL, COUNSEL TO
                                      TDK AND MEMC RE: RECLAMATION CLAIMS
                                      (0.7); ANALYZE AND WORK TO RESOLVE
                                      RECLAMATION CLAIMS OF CLAIMANTS MUBEA
                                      INC. (0.2), ALPS AUTOMOTIVE (0.2),
                                      BARNES GROUP (0.1), AND COHERENT (0.1);
                                      CONTINUE TO ANALYZE LIEN DEFENSE ISSUE
                                      (0.5).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN      08/02/06      3.40   PREPARE FOR RECLAMATION EXECUTIVE BOARD
                                     MEETING (0.4); CONTINUE TO ANALYZE LIEN
                                     DEFENSE ISSUE (0.3); CONTINUE TO
                                     PREPARE OBJECTION TO SPEEDLINE MOTION
                                     (0.3); ATTEND MEETING OF RECLAMATION
                                     EXECUTIVE BOARD WITH C. CATTELL AND R.
                                     EMANUEL OF DELPHI AND A. FRANKUM, C. WU,
                                     AND T. MCDONAGH OF FTI (1.5); CONTINUE
                                     WORK ON RESPONSE TO JOHNSON ELECTRIC
                                     DISCOVERY REQUEST (0.5); ANALYZE AND
                                     WORK ON RESOLVING CLAIMS OF RECLAMATION
                                     CLAIMANTS VENTURE PLASTICS (0.2) AND
                                     MUBEA INC. (0.1); TELECONFERENCE WITH
                                     J. BENTLEY, COUNSEL TO PANASONIC
                                     AUTOMOTIVE (0.1).

WHARTON JN      08/03/06      5.80   TELECONFERENCE WITH G. HOFFMAN, COUNSEL
                                     TO MUBEA INC. AND C. WU OF FTI (0.4);
                                     TELECONFERENCE WITH D. UNRUE AND R.
                                     EMANUEL OF DELPHI AND T. BEHNKE OF FTI
                                     RE: ALPS AUTOMOTIVE (0.6);
                                     TELECONFERENCE WITH R. EMANUEL OF
                                     DELPHI RE: CARLISLE ENGINEERED PRODUCTS
                                     (0.1); ANALYZE AND WORK TO RESOLVE
                                     CLAIMS OF RECLAMATION CLAIMANTS
                                     CARLISLE ENGINEERED PRODUCTS (0.1),
                                     VENTURE PLASTICS (0.1), MOTOROLA (0.1),
                                     MUBEA INC. (0.1), PANASONIC AUTOMOTIVE
                                     (0.1); PREPARE DECLARATION RE:
                                     COMPUTATION OF CONSUMPTION AMOUNTS IN
                                     INVENTORY TEST (0.2); WORK ON RESPONSE
                                     TO JOHNSON ELECTRIC DISCOVERY REQUEST
                                     (0.2); RESEARCH CASE LAW RE:
                                     DETERMINING CONSUMPTION OF OVERHEAD
                                     (0.4); TELECONFERENCE WITH M. MOORE,
                                     COUNSEL TO FUJITSU COMPONENTS (0.1), W.
                                     GRAHAM, COUNSEL TO TAL-PORT INDUS.
                                     (0.1), R. WEILER, COUNSEL TO CARLISLE
                                     ENGINEERED PRODUCTS (0.2), I. GOLDBERG,
                                     COUNSEL TO SCIENTIFIC TUBE AND CENTURY
                                     MOLD & TOOL (0.2), P. CLARK, COUNSEL TO
                                     MOTOROLA (0.3), J. BENTLEY, COUNSEL TO
                                     PANASONIC AUTOMOTIVE (0.1); CONTINUE TO
                                     DRAFT OBJECTION TO SPEEDLINE MOTION
                                     (2.4).

WHARTON JN      08/04/06      4.80   CONTINUE TO DRAFT OBJECTION TO
                                     SPEEDLINE MOTION (4.8).

WHARTON JN      08/07/06      3.40   CONTINUE TO REVISE OBJECTION TO
                                     SPEEDLINE MOTION (3.4).

WHARTON JN      08/08/06      9.30   RESEARCH CASE LAW RE: EFFECT OF LIEN ON
                                     RECLAMATION CLAIMS (2.6); CONTINUE TO
                                     DRAFT OBJECTION TO SPEEDLINE MOTION
                                     (4.9); TELECONFERENCES WITH J. WILSON,
                                     COUNSEL TO THE BARNES GROUP (0.1), R.
                                     EMANUEL OF DELPHI (0.1), AND J.
                                     LEVINSON, COUNSEL TO VENTURE PLASTICS
                                     (0.1); CONTINUE TO WORK ON RESPONSE TO
                                     JOHNSON ELECTRIC DISCOVERY REQUEST
                                     (0.8); REVIEW CORRESPONDENCE FROM P.
                                     CLARK, COUNSEL TO MOTOROLA (0.3); WORK
                                     ON REPORT TO CREDITORS' COMMITTEE RE:
                                     RECLAMATION (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        08/09/06        9.40    CONTINUE TO DRAFT OBJECTION TO
                                          SPEEDLINE MOTION (3.3); TELECONFERENCE
                                          WITH B. PICKERING OF MESIROW (0.1) AND
                                          R. EMANUEL OF DELPHI, A. FRANKUM, C. WU
                                          AND T. MCDONAGH OF FTI RE: RECLAMATION
                                          REVIEW (0.9); ANALYZE AND WORK TO
                                          RESOLVE RECLAMATION CLAIMS OF CLAIMANTS
                                          MOTOROLA (0.2), OGURA CORP. (0.2),
                                          INTEGRATED CABLE SYSTEMS (0.2), CENTURY
                                          MOLD AN TOOL (0.1), SCIENTIFIC TUBE
                                          (0.1), CITATION CORP. (0.1), TRANS-TRON
                                          (0.1), UNITED PLASTICS GROUP (0.1),
                                          MUBEA INC. (0.1), FUTABA (0.1), AND
                                          FUJITSU (0.1); CONTINUE WORK ON
                                          RESPONSE TO JOHNSON ELECTRIC DISCOVERY
                                          REQUEST (0.2); CONTINUE RESEARCH RE:
                                          CONSUMPTION OF OVERHEAD (0.4);
                                          TELECONFERENCES WITH R. EMANUEL OF
                                          DELPHI RE: RECLAMATION CLAIMS (0.1), B.
                                          WOOLFORD, COUNSEL TO AVON AUTOMOTIVE
                                          (0.1), I. GOLDBERG, COUNSEL TO
                                          SCIENTIFIC TUBE AND CENTURY MOLD (0.1),
                                          G. HOFFMAN, COUNSEL TO MUBEA INC. (0.1),
                                          M. MACHEN, COUNSEL TO UNITED PLASTICS
                                          GROUP (0.1), C. WU OF FTI (0.1), T.
                                          MCDONAGH OF FTI (0.1), A. FRANKUM OF FTI
                                          (0.1); CONTINUE WORK ON DECLARATION AS
                                          TO CALCULATION OF CONSUMPTION FIGURES
                                          (0.9); PREPARE FOR LITIGATION OF
                                          UNRESOLVED RECLAMATION CLAIMS (0.5);
                                          AND REVISE MOTION FOR DETERMINATION OF
                                          RECLAMATION CLAIMS (0.9).

WHARTON JN        08/10/06        7.70    FINISH DRAFTING AND FINALIZE FOR FILING
                                          OF OBJECTION TO SPEEDLINE MOTION (3.9);
                                          REVIEW CREDITORS' COMMITTEE'S
                                          OBJECTION TO SPEEDLINE MOTION (0.8);
                                          PREPARE FOR HEARING ON SPEEDLINE MOTION
                                          (2.5); TELECONFERENCES WITH A. FRANKUM
                                          (0.2) AND C. WU (0.2) OF FTI AND C.
                                          CATTELL OF DELPHI (0.1) RE: OBJECTION TO
                                          SPEEDLINE MOTION.

WHARTON JN        08/11/06        3.20    TELECONFERENCE WITH C. WU OF FTI RE:
                                          RECLAMATION CLAIMS (0.2); ANALYZE AND
                                          WORK TO RESOLVE RECLAMATION CLAIMS OF
                                          CLAIMANTS OGURA CORP. (0.1) AND
                                          PLASTICERT (0.1); PREPARE FOR AUG. 17
                                          HEARING ON SPEEDLINE MOTION (2.8).

WHARTON JN        08/13/06        2.60    CONTINUE TO PREPARE RESPONSE TO JOHNSON
                                          ELECTRIC'S DISCOVERY REQUEST (0.8);
                                          DRAFT CORRESPONDENCE TO M. MEYERS,
                                          COUNSEL TO ALPS AUTOMOTIVE, RE:
                                          COUNTER-PROPOSAL FOR SETTLING
                                          RECLAMATION CLAIM (0.4); CONTINUE TO
                                          DRAFT STATEMENT IN RESPONSE TO
                                          CREDITORS' COMMITTEE'S OBJECTION TO
                                          SPEEDLINE MOTION RE: WHETHER LIENS
                                          EXTINGUISH RECLAMATION CLAIMS (1.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WHARTON JN | 08/14/06 | 6.60 | CONTINUE TO PREPARE FOR HEARING ON SPEEDLINE MOTION (4.3); ANALYZE ALPS' AUTOMOTIVE'S SETTLEMENT OFFER (0.3); CONTINUE TO WORK ON RESPONSE TO JOHNSON ELECTRIC DISCOVERY REQUEST (0.4); TELECONFERENCE WITH M. MACHEN, COUNSEL TO UNITED PLASTICS GROUP AND T. MCDONAGH OF FTI (0.2), R. EMANUEL OF DELPHI (0.1), C. JOBIN, COUNSEL TO INTEGRATED CABLE SYSTEMS (0.1), T. MCDONAGH OF FTI RE: ALPS AUTOMOTIVE'S SETTLEMENT PROPOSAL (0.3), M. SLOBODIAN, COUNSEL TO PLASTICERT (0.4), P. CLARK, COUNSEL TO MOTOROLA (0.1), AND C. WU OF FTI RE: FUJITSU (0.1); ANALYZE AND WORK TO RESOLVE CLAIM OF NOMA CO. (0.3). |
| WHARTON JN | 08/15/06 | 3.90 | PREPARE FOR RECLAMATION EXECUTIVE BOARD MEETING (0.3); CONTINUE TO PREPARE FOR CONTESTED HEARING ON SPEEDLINE MOTION (3.6). |
| WHARTON JN | 08/16/06 | 7.30 | TELECONFERENCE WITH S. VASSER, COUNSEL TO SPEEDLINE TECHNOLOGIES RE: EXHIBITS TO BE USED AT HEARING (0.2); PREPARE EXHIBITS FOR USE AT HEARING ON SPEEDLINE MOTION (0.8); PREPARE FOR SPEEDLINE HEARING (3.7); TELECONFERENCE WITH B. PICKERING OF MESIROW (0.2) AND R. EMANUEL OF DELPHI, A. FRANKUM, C. WU AND T. MCDONAGH OF FTI RE: STATUS OF RECLAMATION PROCESS (0.6); WORK ON RESPONSE TO JOHNSON ELECTRIC DISCOVERY REQUEST RE: RECLAMATION PROCESS (0.5); CONTINUE TO DRAFT OMNIBUS MOTION FOR DETERMINATION OF RECLAMATION CLAIMS (0.9); CONTINUE TO REVISE RECLAMATION REPORT TO CREDITORS' COMMITTEE (0.4). |
| WHARTON JN | 08/17/06 | 3.40 | CONTINUE TO PREPARE FOR (0.8) AND ATTEND (0.7) HEARING ON SPEEDLINE MOTION; FORMULATE STRATEGY FOR RECLAMATION PROCESS IN LIGHT OF RULING ON SPEEDLINE MOTION (0.8); CONTINUE TO DRAFT RESPONSE TO JOHNSON ELECTRIC DISCOVERY REQUEST (0.6); REVIEW MEMO RE: BURDEN OF PROOF ON PROVING CONSUMPTION OF RECLAMATION GOODS (0.5). |
| WHARTON JN | 08/18/06 | 2.20 | TELECONFERENCE WITH J. SICKMAN, COUNSEL TO VALEO RE: RESERVED DEFENSES TO RECLAMATION CLAIMS (0.3); CONTINUE WORK ON RESPONSE TO JOHNSON ELECTRIC DISCOVERY REQUEST (0.3); DRAFT PROPOSED ORDER RE: SPEEDLINE TECHNOLOGIES MOTION (0.4); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS VALEO (0.1), PANASONIC AUTOMOTIVE (0.1), ALPS AUTOMOTIVE (0.1), M&Q PLASTICS (0.2), AND MOTOROLA (0.1); TELECONFERENCE WITH T. MCDONAGH OF FTI RE: ALPS AUTOMOTIVE (0.1); DRAFT LETTER TO CLAIMANTS WITH UNRESOLVED RECLAMATION CLAIMS RE: STATUS OF CLAIMS RECONCILIATION PROCESS (0.5). |

B43E

| WHARTON JN | 08/21/06 | 2.90 | TELECONFERENCE WITH C. BROWN, DELPHI, RE: JOHNSON ELECTRIC DISCOVERY REQUEST (0.2), REVIEW CORRESPONDENCE RE: JOHNSON ELECTRIC (0.3) AND CONTINUE TO WORK ON RESPONSE TO JOHNSON ELECTRIC DISCOVERY REQUEST (0.4); CONTINUE TO REVISE REPORT TO CREDITORS' COMMITTEE RE: RECLAMATION PROCESS (0.4); CONTINUE TO DRAFT CORRESPONDENCE RE: UNRESOLVED RECLAMATIONS CLAIMS (0.3); DRAFT PRESENTATION TO CREDITORS' COMMITTEE AND EQUITY COMMITTEE RE: STATUS OF RECLAMATION PROCESS (0.3); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS MUBEA INC. (0.1), CITATION CORP (0.1), FUTABA (0.1), TRANS-TRON (0.1), NOMA CO. (0.2); WORK ON PROPOSED DECLARATION RE: RECONCILIATION OF RECLAMATION CLAIMS (0.4). |
| --- | --- | --- | --- |
| WHARTON JN | 08/22/06 | 3.80 | TELECONFERENCE WITH J. HARRINGTON, COUNSEL TO YAZAKI NORTH AMERICA (0.2), G. HOFFMANN, COUNSEL TO MUBEA (0.1), W. REYNOLDS, COUNSEL TO ANGEL-DEMMELL NORTH AMERICA AND ALEGRE, INC. (0.5), R. EMANUEL OF DELPHI (0.2) RE: RECLAMATION CLAIM (0.2); TELECONFERENCE WITH M. ENRIGHT, COUNSEL TO JOHNSON ELECTRIC, RE: DISCOVERY REQUEST (0.2); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS STANDARD MICROSYSTEMS (0.1), ALEGRE INC. (0.2), FUJITSU COMPONENTS (0.1), AVON AUTOMOTIVE (0.1), ALPS AUTOMOTIVE (0.1); CONTINUE TO REVISE RECLAMATION REPORT TO CREDITORS' COMMITTEE (0.3); TELECONFERENCE WITH C. WU OF FTI RE: RECLAMATION CLAIMS OF OTTO BOCK AND VALEO (0.6); CONTINUE WORK ON CORRESPONDENCE RE: UNRESOLVED RECLAMATION CLAIMS (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        08/23/06      6.10   PREPARE FOR WEEKLY RECLAMATION
                                       MANAGEMENT MEETING (0.4); CONTINUE TO
                                       DRAFT CORRESPONDENCE RE: UNRESOLVED
                                       RECLAMATION CLAIMS (0.3); CONTINUE WORK
                                       ON PROPOSED SETTLEMENT OF ALPS
                                       AUTOMOTIVE RECLAMATION CLAIM (0.3);
                                       TELECONFERENCE WITH B. PICKERING OF
                                       MESIROW (0.1) AND MEETING WITH R.
                                       EMANUEL OF DELPHI, A. FRANKUM, C. WU,
                                       AND T. MCDONAGH OF FTI (1.9) RE: STATUS
                                       OF RECLAMATION MATTERS; FORMULATE
                                       STRATEGY RE: LITIGATION OF UNRESOLVED
                                       RECLAMATION CLAIM (1.1);
                                       TELECONFERENCE WITH B. PEURACH, COUNSEL
                                       TO OGURA CORP. AND C. WU OF FTI RE:
                                       RECLAMATION CLAIM (1.0); WORK TO
                                       RESOLVE OGURA CORP. RECLAMATION CLAIM
                                       (0.2); TELECONFERENCE WITH W. REYNOLDS,
                                       COUNSEL TO ANGEL-DEMMELL, B. COVINGTON
                                       OF ANGEL-DEMMELL, AND R. EMANUEL OF
                                       DELPHI RE: ANGEL-DEMMELL RECLAMATION
                                       CLAIM (0.5); WORK TO RESOLVE
                                       RECLAMATION CLAIMS OF VALEO (0.1) AND
                                       ALEGRE INC. (0.1); TELECONFERENCE WITH
                                       R. WEILER, COUNSEL TO CARLISLE
                                       ENGINEERED PRODUCTS (0.1).

WHARTON JN        08/24/06      1.70   ANALYZE AND WORK TO RESOLVE RECLAMATION
                                       CLAIMS OF CLAIMANTS AVON AUTOMOTIVE
                                       (0.1), CARLISLE ENGINEERED PRODUCTS
                                       (0.1), OLIN (0.1), STANDARD
                                       MICROSYSTEMS (0.1), MOTOROLA (0.1);
                                       TELECONFERENCE WITH P. CLARK, COUNSEL
                                       TO MOTOROLA (0.1); ANALYZE REQUESTS TO
                                       SETTLE CERTAIN RESERVED DEFENSES (0.3);
                                       CONTINUE TO DRAFT CORRESPONDENCE TO
                                       CLAIMANTS WITH UNRESOLVED CLAIMS (0.6);
                                       REVIEW SETTLEMENT PROPOSAL SUBMITTED BY
                                       VALEO RE: RECLAMATION CLAIMS (0.2).

WHARTON JN        08/25/06      4.10   ANALYZE AND WORK TO RESOLVE RECLAMATION
                                       CLAIMS OF UNITED PLASTICS GROUP (0.1),
                                       STANDARD MICROSYSTEMS (0.1), CARLILSE
                                       ENGINEERED PRODUCTS (0.3), MOTOROLA
                                       (0.2), PLASTICERT (0.1), AND ALPS
                                       AUTOMOTIVE (0.1); ANALYZE EFFECT OF
                                       RESERVED DEFENSES ON RESOLUTION OF
                                       RECLAMATION CLAIMS (0.2); FORMULATE
                                       STRATEGY RE: RESOLUTION OF UNRESOLVED
                                       RECLAMATION CLAIMS (0.8); REVISE REPORT
                                       TO CREDITORS' COMMITTEE RE: RECLAMATION
                                       PROCESS (1.4); PREPARE PRESENTATION TO
                                       STATUTORY COMMITTEES RE: RECLAMATION
                                       PROCESS (0.4); TELECONFERENCES WITH M.
                                       MEYERS, COUNSEL TO ALPS AUTOMOTIVE RE:
                                       PROPOSAL TO SETTLE RECLAMATION CLAIMS
                                       (0.2) AND M. SLOBODIAN, COUNSEL TO
                                       PLATSTICERT RE: RECLAMATION CLAIM
                                       (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        08/28/06      1.60    TELECONFERENCE WITH T. MCDONAGH OF FTI
                                        RE: UNITED PLASTICS GROUP'S RECLAMATION
                                        CLAIM AND JOHNSON ELECTRIC'S
                                        RECLAMATION CLAIM (0.1); ANALYZE AND
                                        WORK TO RESOLVE RECLAMATION CLAIM OF
                                        CARLISLE ENGINEERED PRODUCTS (0.1);
                                        WORK ON LETTER RE: UNRESOLVED
                                        RECLAMATION CLAIMS (0.1); REVISE REPORT
                                        TO CREDITORS' COMMITTEE RE: RECLAMATION
                                        PROCESS (0.1); TELECONFERENCE WITH S.
                                        REISMAN, COUNSEL TO FLEXTRONICS RE:
                                        RECLAMATION CLAIM (0.1); REVISE
                                        PROPOSED STIPULATION RESOLVING
                                        FLEXTRONICS RECLAMATION CLAIM (0.4);
                                        REVISE PRESENTATION TO STATUTORY
                                        COMMITTEES RE: RECLAMATION PROCESS
                                        (0.4); PREPARE FOR TELECONFERENCE WITH
                                        M. BROUDE OF LATHAM & WATKINS RE:
                                        CERTAIN OPEN RECLAMATION ISSUES (0.3).

WHARTON JN        08/29/06      2.40    TELECONFERENCE WITH B. WEILER, COUNSEL
                                        TO CARLISLE ENGINEERED PRODUCTS, C.
                                        SICZEK OF CARLISLE, AND R. EMANUEL OF
                                        DELPHI RE: RECLAMATION CLAIM (0.5);
                                        WORK TO RESOLVE CARLISLE RECLAMATION
                                        CLAIM (0.2); REVISE RECLAMATION REPORT
                                        TO CREDITORS' COMMITTEE (0.2); WORK TO
                                        RESOLVE CLAIMS OF RECLAMATION CLAIMANTS
                                        AVON AUTOMOTIVE (0.2), MUBEA INC.
                                        (0.1), VALEO (0.1), LUNT MANUFACTURING
                                        (0.1), CITATION CORP. (0.1), PANASONIC
                                        AUTOMOTIVE (0.1), FLEXTRONICS (0.1),
                                        KENDALL ELECTRIC (0.1), NOMA CO. (0.1),
                                        OGURA CORP. (0.1), TDK (0.1), MEMC
                                        (0.1), ALEGRE INC. (0.1), STANDARD
                                        MICROSYSTEMS (0.1).

WHARTON JN        08/30/06      3.80    PREPARE FOR WEEKLY RECLAMATION
                                        MANAGEMENT MEETING (0.3);
                                        TELECONFERENCE WITH R. EMANUEL OF
                                        DELPHI, A. FRANKUM, C. WU AND T.
                                        MCDONAGH OF FTI RE: RECLAMATION PROCESS
                                        (1.0); REVIEW MOTION IN DANA CORP. CASE
                                        RE: DETERMINATION OF RECLAMATION CLAIMS
                                        (0.2); TELECONFERENCE WITH C. WU OF FTI
                                        RE: RECLAMATION CLAIMS (0.3); FORMULATE
                                        STRATEGY RE: UNRESOLVED RECLAMATION
                                        CLAIMS (0.9); ANALYZE AND WORK TO
                                        RESOLVE CLAIMS OF AVON AUTOMOTIVE
                                        (0.1), MUBEA INC. (0.1), VENTURE
                                        PLASTICS (0.1), INTEGRATED CABLE
                                        SYSTEMS (0.1), PANASONIC AUTOMOTIVE
                                        (0.1), FLEXTRONICS (0.1), KENDALL
                                        ELECTRIC (0.1), PLASTICERT (0.1), AND
                                        MOTOROLA (0.1); TELECONFERENCES WITH M.
                                        SLOBODIAN, COUNSEL TO PLASTICERT (0.1)
                                        AND P. CLARK, COUNSEL TO MOTOROLA (0.1).

WHARTON JN        08/31/06      0.60    TELECONFERENCE WITH R. EMANUEL RE:
                                        RECLAMATION CLAIMS (0.3);
                                        TELECONFERENCE WITH J. THOMPSON,
                                        COUNSEL TO RECLAMATION CLAIMANT
                                        ENGINEERED SINTERED COMPONENTS (0.2)
                                        AND ANALYSIS OF HER QUESTION (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 102.00 |  |
|---|---|---|---|
| **Total Associate** |  | **118.30** |  |
| DEMMA J | 08/02/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 08/10/06 | 1.20 | PREPARE CASE LAW FOR OBJECTION TO SPEEDLINE MOTION FOR ORDER DIRECTING RETURN OF RECLAIMED GOODS (0.6); PREPARE/FILE OBJECTION TO SPEEDLINE TECHNOLOGIES INC.'S MOTION FOR ORDER DIRECTING RETURN OF RECLAIMED EQUIPMENT OR FOR IMMEDIATE PAYMENT THEREOF (0.6). |
| DEMMA J | 08/11/06 | 3.10 | PREPARE CASE LAW FOR UCC OBJECTION TO SPEEDLINE TECHNOLOGIES INC.'S MOTION FOR ORDER DIRECTING RETURN OF RECLAIMED EQUIPMENT OR FOR IMMEDIATE PAYMENT THEREOF AND DEBTOR'S OBJECTION TO SPEEDLINE TECHNOLOGIES INC.'S MOTION FOR ORDER DIRECTING RETURN OF RECLAIMED EQUIPMENT OR FOR IMMEDIATE PAYMENT THEREOF (3.1). |
| DEMMA J | 08/21/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
| DEMMA J | 08/22/06 | 1.90 | PREPARE MATERIALS FOR ATTORNEY REVIEW (1.9). |
| DEMMA J | 08/25/06 | 0.60 | UPDATE RECLAMATION RESPONSE LOG (0.6). |
|  |  | 8.00 |  |
| ~~ROSEN R~~ | ~~08/10/06~~ | ~~1.20~~ | ~~RESEARCH, COMPILE AND PREPARE EXHIBITS FOR SPEEDLINE OBJECTION FILING (0.9); REVIEW, COORDINATE SERVICE OF SAME WITH KCC (0.3).~~ |
|  |  | ~~1.20~~ |  |
| ~~ZSOLDOS AF~~ | ~~08/15/06~~ | ~~1.90~~ | ~~PREPARE INDEX FOR SPEEDLINE TECHNOLOGIES JOINT EXHIBIT BINDER FOR OMNIBUS HEARING (1.9).~~ |
| ~~ZSOLDOS AF~~ | ~~08/16/06~~ | ~~1.30~~ | ~~PREPARE SPEEDLINE PREP BINDER (1.3).~~ |
| ~~ZSOLDOS AF~~ | ~~08/30/06~~ | ~~1.30~~ | ~~RESEARCH RE: OBJECTION TO DANA NOTICE OF RECLAMATIONS (0.5); PULL DOCKETS RE: SAME (0.8).~~ |
|  |  | ~~4.50~~ |  |
| **Total Legal Assistant** |  | **13.70** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| WORSCHECK TM | 08/01/06 | 0.40 | UPDATE RECLAMATION RESPONSE FILES (0.4). |
|---|---|---|---|
| WORSCHECK TM | 08/02/06 | 0.60 | UPDATE RECLAMATION RESPONSE FILES (0.6). |
| WORSCHECK TM | 08/03/06 | 0.40 | UPDATE RECLAMATION RESPONSE FILES (0.4). |
| WORSCHECK TM | 08/07/06 | 0.20 | UPDATE RECLAMATION RESPONSE FILES (0.2). |
| WORSCHECK TM | 08/09/06 | 0.30 | UPDATE RECLAMATION RESPONSE FILES (0.3). |
| WORSCHECK TM | 08/10/06 | 0.30 | UPDATE RECLAMATION RESPONSE FILES (0.3). |
| WORSCHECK TM | 08/11/06 | 0.60 | UPDATE RECLAMATION RESPONSE FILES (0.6). |
| WORSCHECK TM | 08/29/06 | 0.40 | UPDATE RECLAMATION CLAIMS FILES (0.4). |
| WORSCHECK TM | 08/30/06 | 0.30 | UPDATE RECLAMATION CLAIMS FILES (0.3). |
| WORSCHECK TM | 08/31/06 | 0.20 | UPDATE RECLAMATION CLAIMS FILES (0.2). |
| | | 3.70 | |
| Total Legal Assistant Support | | 3.70 | |

TOTAL TIME                    161.70

73                                          B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Claims Admin. (Reclamation/Trust Funds)**

**Bill Date: 09/30/06**
**Bill Number: 1128097**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/01/06 | Wharton JN | 954.75 |
| Air/Rail Travel - vendor feed | 08/01/06 | Wharton JN | -909.75 |
| Air/Rail Travel - vendor feed | 08/02/06 | Wharton JN | 436.28 |
| Air/Rail Travel - vendor feed | 08/02/06 | Wharton JN | 689.34 |
| Air/Rail Travel - vendor feed | 08/02/06 | Wharton JN | -436.29 |
| Air/Rail Travel - vendor feed | 08/02/06 | Wharton JN | 412.13 |
| Air/Rail Travel - vendor feed | 08/15/06 | Wharton JN | 755.71 |
| Air/Rail Travel - vendor feed | 08/22/06 | Wharton JN | 259.91 |
| Air/Rail Travel - vendor feed | 08/23/06 | Wharton JN | 440.92 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,603.00** |
| In-house Reproduction | 08/01/06 | Copy Center, D | 106.23 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 246.23 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 49.76 |
| In-house Reproduction | 08/08/06 | Copy Center, D | 2.30 |
| In-house Reproduction | 08/15/06 | Copy Center, D | 6.69 |
| In-house Reproduction | 08/22/06 | Copy Center, D | 6.80 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 7.99 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$426.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 8.88 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 6.33 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.73 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.06 |
| | | **TOTAL TELEPHONE EXPENSE** | **$16.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Lexis/Nexis | 08/04/06 | Terwilleger ZD | 15.56 |
| Lexis/Nexis | 08/04/06 | Terwilleger ZD | -1.56 |
| | | **TOTAL LEXIS/NEXIS** | **$14.00** |
| Westlaw | 08/01/06 | Raghavan V | 703.48 |
| Westlaw | 08/04/06 | Wharton JN | 90.21 |
| Westlaw | 08/08/06 | Wharton JN | 114.83 |
| Westlaw | 08/09/06 | Raghavan V | 88.02 |
| Westlaw | 08/10/06 | Wharton JN | 26.63 |
| Westlaw | 08/10/06 | Raghavan V | 317.32 |
| Westlaw | 08/14/06 | Raghavan V | 293.65 |
| Westlaw | 08/15/06 | Wharton JN | 27.48 |
| Westlaw | 08/16/06 | Wharton JN | 36.64 |
| Westlaw | 08/21/06 | Wharton JN | 42.74 |
| | | **TOTAL WESTLAW** | **$1,741.00** |
| Out-of-Town Travel | 08/02/06 | Wharton JN | 81.97 |
| Out-of-Town Travel | 08/10/06 | Meisler RE | 812.29 |
| Out-of-Town Travel | 08/17/06 | Wharton JN | 707.53 |
| Out-of-Town Travel | 08/22/06 | Wharton JN | 72.99 |
| Out-of-Town Travel | 08/23/06 | Wharton JN | 25.00 |
| Out-of-Town Travel | 08/23/06 | Wharton JN | 202.23 |
| Out-of-Town Travel | 08/23/06 | Wharton JN | 77.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,980.00** |
| Messengers/ Courier | 08/04/06 | Dist Serv/Mail/Page, D | 29.78 |
| Messengers/ Courier | 08/06/06 | Arrow Messenger Svc | 24.96 |
| Messengers/ Courier | 08/06/06 | Arrow Messenger Svc | 37.04 |
| Messengers/ Courier | 08/11/06 | Straightline Courier | 54.50 |
| Messengers/ Courier | 08/11/06 | Straightline Courier | 41.42 |
| Messengers/ Courier | 08/15/06 | Dist Serv/Mail/Page, D | 21.87 |
| Messengers/ Courier | 08/21/06 | Dist Serv/Mail/Page, D | 9.43 |
| | | **TOTAL MESSENGERS/ COURIER** | **$219.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Out-of-Town Meals | 08/02/06 | Wharton JN | 3.92 |
| Out-of-Town Meals | 08/02/06 | Wharton JN | 5.65 |
| Out-of-Town Meals | 08/10/06 | Meisler RE | 24.78 |
| Out-of-Town Meals | 08/15/06 | Wharton JN | 29.43 |
| Out-of-Town Meals | 08/17/06 | Wharton JN | 8.17 |
| Out-of-Town Meals | 08/17/06 | Wharton JN | 74.49 |
| Out-of-Town Meals | 08/22/06 | Wharton JN | 25.08 |
| Out-of-Town Meals | 08/23/06 | Wharton JN | 10.58 |
| Out-of-Town Meals | 08/23/06 | Wharton JN | 6.89 |
| Out-of-Town Meals | 08/23/06 | Wharton JN | 4.01 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$193.00** |
| Wireless - Mo-bile/Cellular/Pager | 08/21/06 | Wharton JN | 98.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$98.00** |
| | | **TOTAL MATTER** | **$7,290.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 10/31/06**
**Claims Admin. (Reclamation/Trust Funds)**                    **Bill Number: 1127729**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LYONS JK | 09/01/06 | 2.90 | REVIEW OF LETTER TO RECLAMATION CLAIMANTS AND DEVELOPED STRATEGY RE: THE SAME AND OTHER RECLAMATION ISSUES (2.9). |
| LYONS JK | 09/07/06 | 2.10 | DEVELOP STRATEGIES RE: RECLAMATION ISSUES, LETTER TO CLAIMANTS, AND OUTSTANDING ISSUES (2.1). |
| LYONS JK | 09/08/06 | 2.10 | REVIEW OF VARIOUS RECLAMATION ISSUES AND DEVELOP STRATEGIES FOR CREDITORS' COMMITTEE AND RESOLUTION OF OPEN ISSUES (2.1). |
| LYONS JK | 09/12/06 | 1.10 | REVIEW OF RECLAMATION REPORT, ORDER AND OTHER MATTERS (1.1). |
| LYONS JK | 09/14/06 | 2.10 | REVIEW OF SPEEDLINE ORDER, RECLAMATION STRATEGIES AND OTHER MATTERS (2.1). |
| | | **10.30** | |
| **Total Partner** | | **10.30** | |
| JJINGO MJ | 09/13/06 | 2.40 | PREPARE FOR (0.4) AND PARTICIPATE IN RECLAMATIONS CONFERENCE CALL (2.0). |
| JJINGO MJ | 09/19/06 | 0.10 | TELECONFERENCE WITH H. BIXLER AT KIRKLAND AND ELLIS, COUNSEL TO LUNT MANUFACTURING RE: THE STATUS OF ITS RECLAMATION CLAIM (0.1). |
| JJINGO MJ | 09/20/06 | 2.20 | PREPARE FOR (0.3) AND PARTICIPATE ON WEEKLY RECLAMATIONS CALL (1.9). |
| JJINGO MJ | 09/26/06 | 0.10 | STRATEGIZE WITH J. WHARTONG RE: RECLAMATIONS GOING FORWARD (0.1). |
| | | **4.80** | |
| MEISLER RE | 09/10/06 | 0.70 | REVIEW TRANSCRIPT (0.5) AND COMMENT ON PROPOSED ORDER RE: DENIAL OF SPEEDLINE MOTION (0.2). |
| MEISLER RE | 09/11/06 | 0.30 | FOLLOW UP ON OUTSTANDING ITEMS RE: SPEEDLINE ORDER (0.3). |
| | | **1.00** | |
| WHARTON JN | 09/01/06 | 1.20 | CONTINUE TO REVISE RECLAMATION REPORT TO CREDITORS' COMMITTEE (1.2). |
| WHARTON JN | 09/06/06 | 1.00 | MEETING WITH R. EMANUEL OF DELPHI AND A. FRANKUM AND T. MCDONAGH OF FTI RE: WEEKLY RECLAMATION MANAGEMENT STRATEGY UPDATE (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        09/07/06      0.40   REVIEW RECLAMATION PLEADINGS FILED IN
                                       DANA CHAPTER 11 CASES (0.3);
                                       TELECONFERENCE WITH J. SICKMAN, COUNSEL
                                       TO VALEO, RE: OFFER TO RESOLVE
                                       RECLAMATION CLAIM (0.1).

WHARTON JN        09/08/06      3.20   TELECONFERENCE WITH W. REYNOLDS,
                                       COUNSEL TO ANGEL-DEMMELL AND ALEGRE
                                       INC. (0.2); PREPARE MEMO TO FILE
                                       SUMMARIZING OPEN RECLAMATION ISSUES
                                       (1.6); ANALYZE ALEGRE RECLAMATION CLAIM
                                       (0.1); TELECONFERENCES WITH T. IOANES
                                       OF DELPHI (0.6) AND T. MCDONAGH OF FTI
                                       (0.2) RE: SENSUS PRECISION'S
                                       RECLAMATION CLAIM; TELECONFERENCE WITH
                                       G. CHEEVER, COUNSEL TO SENSUS PRECISION
                                       (0.3); TELECONFERENCE WITH P. CLARK,
                                       COUNSEL TO MOTROLA (0.2).

WHARTON JN        09/11/06      2.00   TELECONFERENCE WITH R. EMANUEL OF
                                       DELPHI, W. REYNOLDS, COUNSEL TO ALEGRE
                                       INC. AND M. GRAHAM OF ALEGRE INC. RE:
                                       RECLAMATION CLAIM (0.6); WORK TO
                                       RESOLVE ALEGRE CLAIM (0.4);
                                       TELECONFERENCE WITH T. MCDONAGH, FTI,
                                       RE: SENSUS PRECISION (0.1); REVISE
                                       PROPOSED ORDER RE: SPEEDLINE
                                       TECHNOLOGIES MOTION (0.6); PREPARE
                                       CORRESPONDENCE WITH M. BROUDE, LATHAM &
                                       WATKINS, RE: OUTSTANDING RECLAMATION
                                       ISSUES (0.3).

WHARTON JN        09/12/06      4.10   TELECONFERENCE WITH T. MCDONAGH, FTI,
                                       RE: FINAL RECLAMATION STATISTICS (0.1);
                                       CONTINUE TO REVISE RECLAMATION REPORT
                                       TO CREDITORS' COMMITTEE (0.5);
                                       FORMULATE STRATEGY RE: RESERVED
                                       DEFENSES TO RECLAMATION CLAIMS (0.2);
                                       CONTINUE TO REVISE LETTER TO CLAIMANTS
                                       WITH UNRESOLVED RECLAMATION CLAIMS
                                       (0.3); TELECONFERENCES WITH J. BENTLEY,
                                       COUNSEL TO PANASONIC AUTOMOTIVE (0.3),
                                       C. REIMER, COUNSEL TO MICRONAS (0.1),
                                       AND D. STEINKE, COUNSEL TO STANDARD
                                       MICROSYSTEMS (0.1); TELECONFERENCE
                                       WITH C. WU OF FTI RE: VENTURE PLASTICS
                                       RECLAMATION CLAIM (0.2); DRAFT EMAIL TO
                                       C. REIMER, COUNSEL TO MIRCONAS, RE:
                                       RECLAMATION CLAIM (0.1); RESEARCH CASE
                                       LAW RE: BURDEN OF PROOF IN DETERMINING
                                       VALUE OF RECLAMATION CLAIM (0.7);
                                       ANALYZE AND WORK TO RESOLVE RECLAMATION
                                       CLAIMS OF CLAIMANTS CENTURY MOLD & TOOL
                                       (0.1), SCIENTIFIC TUBE (0.1), PANASONIC
                                       AUTOMOTIVE (0.2), STANDARD
                                       MICROSYSTEMS (0.1), ANGEL-DEMMEL
                                       (0.1), AVON AUTOMOTIVE (0.1), MUBEA
                                       INC. (0.1), VALEO (0.1), VENTURE
                                       PLASTICS (0.2), JOHNSON ELECTRIC (0.1),
                                       NOMA CO. (0.1), TDK (0.1), ALEGRE INC.
                                       (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        09/13/06        6.00    PREPARE FOR WEEKLY RECLAMATION
                                          MANAGEMENT MEETING (0.3);
                                          TELECONFERENCE WITH B. PICKERING OF
                                          MESIROW RE: WEEKLY RECLAMATION UPDATE
                                          FOR CREDITORS' COMMITTEE (0.1); MEETING
                                          WITH R. EMANUEL OF DELPHI AND A.
                                          FRANKUM, C. WU AND T. MCDONAGH OF FTI RE:
                                          WEEKLY RECLAMATION STRATEGY MEETING
                                          (1.9); CONTINUE CASE LAW RESEARCH RE:
                                          BURDEN OF PROOF IN RECLAMATION
                                          LITIGATION AND PREPARE MEMO FOR SAME FOR
                                          USE IN NEGOTIATION WITH RECLAMATION
                                          SELLERS (1.5); FINALIZE REVISED
                                          RECLAMATION REPORT FOR TRANSMISSION TO
                                          M. BROUDE OF LATHAM & WATKINS (0.4);
                                          CONTINUE WORK ON PROPOSED ORDER RE:
                                          DENIAL OF SPEEDLINE MOTION (0.1);
                                          ANALYZE AND WORK ON RESOLVING CLAIMS OF
                                          RECLAMATION CLAIMANTS MUBEA INC. (0.2),
                                          JOHSNON ELECTRIC (0.2), CARLISLE
                                          ENGINEERED PRODUCTS (0.2), AND OLIN
                                          CORP. (0.1); CONTINUE TO FORMULATE
                                          STRATEGY RE: UNRESOLVED RECLAMATION
                                          CLAIMS (0.7); TELECONFERENCE WITH L.
                                          BERKOFF AND D. STEINKE, COUNSEL TO
                                          STANDARD MICROSYSTEMS RE: RESERVED
                                          DEFENSES (0.3).

WHARTON JN        09/14/06        3.50    TELECONFERENCES WITH G. HOFFMAN,
                                          COUNSEL TO MUBEA INC. (0.1), L. BERKOFF,
                                          COUNSEL TO STANDARD MICROSYSTEMS (0.1);
                                          AND M. MOORE, COUNSEL TO FUJITSU
                                          COMPONENTS (0.1); ANALYZE AND WORK TO
                                          RESOLVE CLAIMS OF RECLAMATION CLAIMANTS
                                          MUBEA INC. (0.1), AVON AUTOMOTIVE (0.2)
                                          CARLISLE ENGINEERED PRODUCT (0.1),
                                          VENTURE PLASTICS (0.2), STANDARD
                                          MICROSYSTEMS (0.1), PANASONIC
                                          AUTMOTIVE (0.1), CITATION CORP. (0.1),
                                          KENDALL ELECTRIC (0.1), NOMA CO. (0.1),
                                          OGURA CORP. (0.1), TDK (0.1), MEMC
                                          (0.1), ALEGRE INC. (0.1), TAL-PORT
                                          INDUS. (0.1), FUTABA (0.1), TRANS-TRON
                                          (0.1), ALPS AUTOMOTIVE (0.1), AND
                                          PLASTICERT (0.1); TELECONFERENCE WITH
                                          C. WU OF FTI RE: VENTURE PLASTICS (0.2);
                                          DRAFT CORRESPONDENCE TO W. REYNOLDS,
                                          COUNSEL TO ALEGRE INC. AND
                                          ANGEL-DEMMELL NORTH AMERICA, RE: BURDEN
                                          OF PROOF IN LITIGATING RECLAMATION
                                          CLAIMS (0.5); FORMULATE STRATEGY RE:
                                          UNRESOLVED RECLAMATION CLAIMS (0.3);
                                          REVIEW DRAFT OF ORDER RE: SPEEDLINE
                                          MOTION (0.2).

B43E

| WHARTON JN | 09/15/06 | 1.60 | TELECONFERENCE WITH M. ENRIGHT, COUNSEL TO JOHNSON ELECRIC NORTH AMERICA, AND T. MCDONAGH, FTI RE: JOHNSON ELECTRIC'S RECLAMATION CLAIM (0.4); ANALYZE AND WORK TO RESOLVE JOHNSON ELECTRIC CLAIM (0.2); TELECONFERENCE WITH J. LEVINSON, COUNSEL TO VENTURE PLASTICS (0.2); ANALYZE AND WORK TO RESOLVE VENTURE PLASTICS RECLAMATION CLAIM (0.2); TELECONFERENCE WITH B. WEILER, COUNSEL TO CARLISLE ENGINEERED PRODUCTS, C. SCZIZEK OF CARLISE ENGINEERED PRODUCTS, AND R. EMANUEL OF DELPHI RE: CARLISLE'S RECLAMATION CLAIM (0.3), TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: SAME (0.1), ANALYZE AND WORK TO RESOLVE CARLISLE'S RECLAMATION CLAIM (0.2). |
|---|---|---|---|
| WHARTON JN | 09/18/06 | 0.70 | ANALYZE AND WORK TO RESOLVE RECLAMATION CLAIMS OF PANASONIC AUTOMOTIVE (0.2), MUBEA INC. (0.2), REVIEW LETTER FROM SPS TECHNOLOGIES RELATING TO CLAIMS ISSUES, INCLUDING RECLAMATION (0.2); TELECONFERENCE WITH J. BENTLEY, COUNSEL TO PANASONIC AUTOMOTIVE (0.1). |
| WHARTON JN | 09/19/06 | 2.90 | REVISE PROPOSED ORDER RE: SPEEDLINE MOTION (0.2); TELECONFERENCE WITH H. BAER, LATHAM & WATKINS, RE: RECLAMATION REPORT TO BE SUBMITTED TO CREDITORS' COMMITTEE (0.3); REVISE RECLAMATION REPORT (0.2); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS FUTABA (0.1), VALEO (0.2), PLASTICERT (0.3), TDK (0.1), MEMC (0.1); FINALIZE LETTER TO BE SENT TO HOLDERS OF UNRESOLVED RECLAMATION CLAIMS (0.2); CONTINUE TO REVISE STIPULATION RESOLVING FLEXTRONICS RECLAMATION CLAIM (0.3); TELECONFERENCE WITH H. BAER OF LATHAM & WATKINS RE: FLEXTRONICS STIPULATION (0.1); PREPARE FOR SEP. 20 WEEKLY RECLAMATION MANAGEMENT MEETING (0.5); TELECONFERENCE WITH R. MALUTIC OF DELPHI RE: PLASTICERT RECLAMATION CLAIM (0.2); TELECONFERENCE WITH A. WOOL, COUNSEL TO TDK (0.1). |

B43E

| WHARTON JN | 09/20/06 | 5.50 | PREPARE FOR WEEKLY RECLAMATION MEETING (0.3); TELECONFERENCE WITH B. PICKERING OF MESIROW (0.1) AND R. EMANUEL OF DELPHI, A. FRANKUM AND C. WU OF FTI (1.8) RE: WEEKLY RECLAMATION MEETING; ANALYZE AND WORK TO RESOLVE CLAIMS OF MUBEA INC. (0.3); TELECONFERENCE WITH A. WOOL, COUNSEL TO TDK (0.1); ANALYZE AND WORK TO RESOLVE RECLAMATION CLAIMS OF TDK (0.2), MEMC (0.2), VALEO (0.2), AVON AUTOMOTIVE (0.2) AND OGURA CORP. (0.2); PREPARE SLIDES FOR CREDITORS' COMMITTEE PRESENTATION RE: RECLAMATION PROCESS (0.3); REVISE FLEXTRONICS STIPULATION (0.3); TELECONFERENCES WITH G. HOFFMANN, COUNSEL TO MUBEA INC. AND C. WU OF FTI (0.5) AND G. HOFFMANN (0.3) AND C. WU (0.2) RE: MUBEA INC.; TELECONFERENCE WITH H. BAER, LATHAM & WATKINS, RE: SPEEDLINE ORDER (0.3). |
|---|---|---|---|
| WHARTON JN | 09/21/06 | 0.30 | TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: AVON AUTOMOTIVE RECLAMATION CLAIM (0.3). |
| WHARTON JN | 09/22/06 | 0.40 | WORK ON PRESENTATION MATERIALS FOR STATUTORY COMMITTEES RE: RECLAMATION PROCESS (0.4). |
| WHARTON JN | 09/25/06 | 1.10 | REVIEW COMMENTS OF CREDITORS' COMMITTEE COUNSEL TO PROPOSED ORDER RE: SPEEDLINE TECHNOLOGIES MOTION (0.2); TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: OPEN RECLAMATION CLAIMS (0.3); FINALIZE LETTER TO BE SENT TO HOLDERS OF OPEN RECLAMATION CLAIMS (0.4); ANALYZE AND WORK TO RESOLVE AVON AUTOMOTIVE'S RECLAMATION CLAIM (0.2). |
| WHARTON JN | 09/26/06 | 0.50 | UPDATE CHART SUMMARIZING ESCALATED RECLAMATION CLAIMS (0.5). |
| WHARTON JN | 09/27/06 | 1.90 | TELECONFERENCE WITH R. EMANUEL OF DELPHI AND A. FRANKUM AND C. WU OF FTI RE: WEEKLY RECLAMATION MANAGEMENT UPDATE (0.6); TELECONFERENCES WITH J. BENTLEY, COUNSEL TO PANASONIC AUTOMOTIVE (0.1), C. WU OF FTI (0.1); ANALYZE AND WORK TO RESOLVE CLAIMS OF RECLAMATION CLAIMANTS PANASONIC AUTOMOTIVE (0.2), VENTURE PLASTICS (0.2), VALEO (0.2), AND AVON AUTOMOTIVE (0.2); REVIEW FTI ANALYSIS OF OPEN RECLAMATION CLAIMS (0.3). |

B43E

| WHARTON JN | 09/28/06 | 2.10 | TELECONFERENCES WITH C. WU OF FTI RE: RECLAMATION CLAIM OF CLAIMANT ITW (0.2), J. LEVINSON, COUNSEL TO VENTURE PLASTICS (0.3), AND W. GRAHAM, COUNSEL TO TAL-PORT INDUSTRIES (0.2); ANALYZE AND WORK TO RESOLVE RECLAMATION CLAIM OF VENTURE PLASTICS (0.3), TAL-PORT INDUSTRIES (0.1), CITATION CORP. (0.2), FUTABA CORP. (0.2), AND TRANS-TRON (0.2); REVIEW PRESENTATION TO STATUTORY COMMITTEES RE: RECLAMATION PROCESS (0.2); REVIEW CHART OF ESCALATED RECLAMATION CLAIMS (0.2). |
| WHARTON JN | 09/29/06 | 0.30 | TELECONFERENCE WITH M. SOLOMON, COUNSEL TO CITATION CORP., FUTABA CORP. AND TRANS-TRON RE: RESOLUTION OF RECLAMATION CLAIMS (0.3). |
| | | **38.70** | |
| **Total Associate** | | **44.50** | |
| DEMMA J | 09/19/06 | 0.60 | ORGANIZE RECLAMATION REQUEST FILES (0.6). |
| DEMMA J | 09/22/06 | 1.60 | ORGANIZE RECLAMATION REQUEST FILES (1.6). |
| | | **2.20** | |
| **Total Legal Assistant** | | **2.20** | |
| ~~WORSCHECK TM~~ | ~~09/05/06~~ | ~~0.20~~ | ~~UPDATE RECLAMATION CLAIMS FILES (0.2).~~ |
| ~~WORSCHECK TM~~ | ~~09/06/06~~ | ~~0.40~~ | ~~UPDATE RECLAMATION CLAIMS FILES (0.4).~~ |
| ~~WORSCHECK TM~~ | ~~09/27/06~~ | ~~0.40~~ | ~~UPDATE RECLAMATION CLAIMS FILES (0.4).~~ |
| ~~WORSCHECK TM~~ | ~~09/28/06~~ | ~~0.30~~ | ~~UPDATE RECLAMATION CLAIMS FILES (0.3).~~ |
| | | ~~1.30~~ | |
| ~~Total Legal Assistant Support~~ | | ~~1.30~~ | |

**TOTAL TIME**          <u>58.30</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 10/31/06**
**Claims Admin. (Reclamation/Trust Funds)**                    **Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/05/06 | Wharton JN | 568.58 |
| Air/Rail Travel - vendor feed | 09/06/06 | Wharton JN | 417.21 |
| Air/Rail Travel - vendor feed | 09/06/06 | Wharton JN | -417.05 |
| Air/Rail Travel - vendor feed | 09/06/06 | Wharton JN | 417.05 |
| Air/Rail Travel - vendor feed | 09/12/06 | Wharton JN | 417.85 |
| Air/Rail Travel - vendor feed | 09/13/06 | Wharton JN | 120.36 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,524.00** |
| In-house Reproduction | 09/01/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 09/08/06 | Copy Center, D | 26.20 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 10.68 |
| In-house Reproduction | 09/26/06 | Copy Center, D | 2.02 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 12.90 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$52.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.44 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.21 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 2.00 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.35 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Westlaw | 09/12/06 | Wharton JN | 133.74 |
| Westlaw | 09/14/06 | Wharton JN | 113.26 |
| | | **TOTAL WESTLAW** | **$247.00** |
| Out-of-Town Travel | 09/06/06 | Wharton JN | 20.00 |
| Out-of-Town Travel | 09/06/06 | Wharton JN | 73.00 |
| Out-of-Town Travel | 09/06/06 | Wharton JN | 89.98 |
| Out-of-Town Travel | 09/06/06 | Wharton JN | 224.86 |
| Out-of-Town Travel | 09/13/06 | Wharton JN | 236.16 |
| Out-of-Town Travel | 09/13/06 | Wharton JN | 77.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/13/06 | Wharton JN | 90.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$811.00** |
| Out-of-Town Meals | 09/05/06 | Wharton JN | 5.80 |
| Out-of-Town Meals | 09/06/06 | Wharton JN | 6.80 |
| Out-of-Town Meals | 09/13/06 | Wharton JN | 5.40 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$18.00** |
| Telco-Non Astra | 09/14/06 | Telecommunications, D | 2.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$2.00** |
| | | **TOTAL MATTER** | **$2,658.00** |