SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                               :   Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :   Case No. 05–44481 (RDD)
                                          :
                  Debtors.                :   (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-17
GENERAL CORPORATE ADVICE
248.6 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                  Bill Date: 07/31/06
General Corporate Advice                                  Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 06/01/06 | 1.90 | PREPARE FOR JUNE 2ND BOARD OF DIRECTORS TELECONFERENCE MEETING IN NEW YORK (0.6); DRAFT PRESENTATION MATERIALS RE: SAME (1.3). |
| BUTLER, JR. J | 06/02/06 | 1.10 | PREPARE FOR (0.4) AND PARTICIPATE IN (0.7) BOARD OF DIRECTORS TELECONFERENCE MEETING IN NEW YORK. |
| BUTLER, JR. J | 06/03/06 | 0.20 | WORK ON COMMUNICATIONS MATERIALS INCLUDING EMAIL FROM D. BODKIN (0.2). |
| BUTLER, JR. J | 06/04/06 | 0.40 | CONTINUE TO REVIEW DRAFT PRESS RELEASE AND COMMUNICATIONS MATERIALS (0.4). |
| BUTLER, JR. J | 06/05/06 | 0.90 | CONTINUE TO REVIEW DRAFT PRESS RELEASE AND COMMUNICATIONS MATERIALS (0.3); WORK ON PRESENTATION MATTERIALS FOR JUNE 7TH BOARD OF DIRECTORS MEETING (0.6). |
| BUTLER, JR. J | 06/06/06 | 1.90 | PREPARE FOR JUNE 7TH BOARD OF DIRECTORS MEETING IN TROY WITH SENIOR MANAGEMENT AT COMPANY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.6); REVIEW AND COMMENT ON DRAFT BOARD RESOLUTION FROM S. CORCORAN (0.3). |
| BUTLER, JR. J | 06/07/06 | 4.70 | PREPARE FOR (0.4) AND PARTICIPATE IN (4.3) BOARD OF DIRECTORS MEETING IN TROY. |
| BUTLER, JR. J | 06/08/06 | 0.80 | REVIEW AND COMMENT ON COMMUNICATIONS PACKAGE (0.6); EMAILS FROM/TO L. WILLIAMS, B. SAX AND OTHERS AT COMPANY RE SAME (0.2). |
| BUTLER, JR. J | 06/12/06 | 0.30 | TELECONFERENCE WITH PROSPECTIVE DIRECTOR RE: CORPORATE MATTERS (0.3). |
| | | **12.20** | |
| COCHRAN EL | 06/02/06 | 1.20 | PARTICIPATE IN BOARD MEETING (1.2). |
| COCHRAN EL | 06/04/06 | 1.30 | REVIEW 10-K (1.3). |
| COCHRAN EL | 06/05/06 | 2.40 | REVIEW 10-K DRAFT (2.4). |
| COCHRAN EL | 06/07/06 | 4.70 | PARTICIPATE IN BOARD MEETING (4.3); REVIEW 10-K ISSUES (0.4). |
| COCHRAN EL | 06/12/06 | 1.40 | REVIEW 10-K DRAFT (1.4). |
| COCHRAN EL | 06/13/06 | 1.90 | REVIEW 10-K (0.7); REVIEW 13D ISSUES RE: APPALOOSA (1.2). |
| COCHRAN EL | 06/14/06 | 1.20 | REVIEW 13D ISSUES RE: HARBINGER (1.2). |
| COCHRAN EL | 06/27/06 | 1.10 | REVISED BOARD MINUTES (1.1). |

1                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| COCHRAN EL | 06/29/06 | 2.10 | REVIEW SECURITIES LAW ISSUES RELATIVE TO HARDINGER STOCK POSITION (2.1). |
| | | **17.30** | |
| GIBSON ML | 06/07/06 | 0.10 | TELECONFERENCES RE: 10-K MATTERS (0.1). |
| GIBSON ML | 06/08/06 | 0.90 | REVIEW AND COMMENT ON LATEST DRAFT OF 10-K (0.9). |
| GIBSON ML | 06/12/06 | 1.10 | MULTIPLE TELECONFERENCES/CORRESPONDENCE AND RESEARCH RE: 13D REPORTING OBLIGATIONS AND FILING (1.1). |
| GIBSON ML | 06/13/06 | 4.60 | REVIEW, GATHERED COMMENTS ON AND REVISED 10-K AND MULTIPLE TELECONFERENCES WITH WORKING GROUP RE: SAME (4.6). |
| GIBSON ML | 06/14/06 | 0.20 | TELECONFERENCES/CORRESPONDENCE TO FOLLOW UP ON 10-K MATTERS (0.2). |
| GIBSON ML | 06/19/06 | 0.20 | MULTIPLE CORRESPONDENCE WITH INTERNAL WORKING GROUP RE: DRAFT 10-K (0.2). |
| GIBSON ML | 06/20/06 | 0.20 | MULTIPLE TELECONFERENCES/CORRESPONDENCE RE: COMMENTS ON 10-K (0.2). |
| | | **7.30** | |
| MARAFIOTI KA | 06/01/06 | 0.20 | TELECONFERENCE WITH P. ANTOSZYK AND B. ZISER RE: TOPRS WIND-DOWN (0.2). |
| MARAFIOTI KA | 06/07/06 | 1.60 | REVIEW DRAFT OF 10K (1.6). |
| MARAFIOTI KA | 06/12/06 | 0.20 | CONSIDER APPALOOSA 13D (0.2). |
| MARAFIOTI KA | 06/13/06 | 4.10 | REVIEW AND REVISE 10K (4.1). |
| MARAFIOTI KA | 06/20/06 | 0.60 | REVIEW AND REVISE 10K (0.6). |
| | | **6.70** | |
| WEXLER MP | 06/09/06 | 0.40 | REVIEW CORRESPONDENCE AND ISSUES FOR 10-K RE: PAYMENT ON LAUREL AND BROOKHAVEN (0.4). |
| WEXLER MP | 06/12/06 | 0.60 | REVIEW AND COMMENT ON TYPE OF DISCLOSURE FOR 10-K RE: DEFAULTS UNDER LEASES AND FINANCING DOCUMENTS (0.6). |
| WEXLER MP | 06/13/06 | 0.40 | REVIEW, COMMENT AND FOLLOW UP ON UPDATE TO REAL ESTATE DISCLOSURE IN 10-K (0.4). |
| WEXLER MP | 06/19/06 | 0.30 | REVIEW CORRESPONDENCE FROM CLIENT RE: ISSUES TO UPDATE IN 10-K AND FOLLOW UP (0.3). |
| WEXLER MP | 06/20/06 | 0.40 | REVIEW AND COMMENT ON REVISED DRAFT OF 10-K AND FOLLOW UP ON STATUS OF REAL ESTATE MATTERS IN CONNECTION THEREWITH (0.4). |
| | | **2.10** | |
| **Total Partner** | | **45.60** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 06/07/06 | 3.20 | REVIEW, REVISE AND COMMENT ON DRAFT 10-K (3.2). |
| MATZ TJ | 06/09/06 | 1.00 | TELECONFERENCE WITH D. BODKIN RE: PRESS RELEASE (0.2); PREPARE COMMENTS FOR DELPHI WEBSITE (0.4); REVIEW PRESS RELEASE (0.1); TELECONFERENCE TO J. LE OF KCC RE: NOTE FOR WEBSITE (0.1); CORRESPONDENCE WITH J. LE RE: SAME (0.2). |
| MATZ TJ | 06/11/06 | 2.80 | REVIEW AND COMMENT ON 10K FOR JUNE 2006 FILING (2.8). |
| MATZ TJ | 06/12/06 | 3.40 | FURTHER REVIEW AND REVISIONS TO 10K R: 1113/1114 HEARING, GM HEARINGS, AND UAW-GM-DELPHI SUPPLEMENTAL AGREEMENT (0.9); REVIEW AND COMMENT ON 6/12 DRAFT OF 10K (2.5). |
| MATZ TJ | 06/13/06 | 1.60 | FURTHER REVIEW AND REVISIONS TO DRAFT 10K RE: ONGOING CHAPTER 11 MATTERS AND RE: TOPRS (1.6). |
| MATZ TJ | 06/20/06 | 3.00 | FINAL REVIEW AND COMMENT ON PROPOSED 10K (2.4); FOLLOW UP ANALYSIS RE: VARIOUS CHAPTER 11 CASE DISCLOSURES (0.6). |
| MATZ TJ | 06/21/06 | 0.30 | FOLLOW UP WORK RE: 10K DISCLOSURE (0.3). |
| | | **15.30** | |
| **Total Counsel** | | **15.30** | |
| HERRIOTT AV | 06/12/06 | 0.20 | RESPOND TO QUESTION RE: 10-K (0.2). |
| HERRIOTT AV | 06/13/06 | 2.70 | REVIEW AND REVISE PORTIONS OF DELPHI'S 2005 10-K DEALING WITH CHAPTER 11 MATTERS (2.7). |
| | | **2.90** | |
| MEISLER RE | 06/01/06 | 0.50 | TELECONFERENCE WITH D. DRAGICH RE: PBR KNOXVILLE AND AMENDING ORGANIZATIONAL DOCUMENTS FOR ADMINISTRATIVE MATTERS (0.1); REVIEW SAME (0.3); TELECONFERENCE WITH K. CRAFT RE: SAME (0.1). |
| MEISLER RE | 06/12/06 | 0.40 | REVIEW 10K DISCLOSURE LANGUAGE RE: EVENTS OF DEFAULT (0.4). |
| MEISLER RE | 06/13/06 | 2.90 | REVIEW AND COMMENT ON FORM 10K (2.9). |
| MEISLER RE | 06/14/06 | 0.30 | REVIEW DISCLOSURE IN FORM 10K RE: SALE OF NEW BRUNSWICK (0.3). |
| MEISLER RE | 06/20/06 | 0.50 | REVIEW 10K DISCLOSURE RE: NEW BRUNSWICK TRANSACTION (0.5). |
| MEISLER RE | 06/26/06 | 0.20 | REVIEW FORM 10-K FOR UPDATES (0.2). |
| | | **4.80** | |
| OLASKY P | 06/15/06 | 3.90 | RESEARCH 13D PRECEDENT FOR SHAREHOLDER DISCLOSURE OBLIGATIONS (3.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| OLASKY P | 06/20/06 | 3.70 | REVISE 10-K FOR COMMENTS (3.7). |
| OLASKY P | 06/21/06 | 0.80 | FINALIZE 10-K COMMENTS (0.8). |
| | | **8.40** | |
| ~~REESE RG~~ | ~~06/12/06~~ | ~~1.10~~ | ~~REVIEW AND COMMENT ON ISSUES RE: DRAFT SEC FILINGS (1.1).~~ |
| ~~REESE RG~~ | ~~06/13/06~~ | ~~0.60~~ | ~~DRAFT INSERT FOR DRAFT FORM 10-K (0.6).~~ |
| | | ~~1.70~~ | |
| ~~TOUSSI S~~ | ~~06/06/06~~ | ~~1.10~~ | ~~ADDRESS TOPRS ISSUES AND MEMOS AND CORRESPONDENCE WITH KAYALYN RE: SAME (1.1).~~ |
| | | ~~1.10~~ | |
| ZAMBRANO K | 06/09/06 | 2.30 | RESEARCH RE: DISCLOSURE OF STATUS OF CERTAIN FINANCING LEASES IN FORM 10-K (2.3). |
| ZAMBRANO K | 06/10/06 | 0.30 | DRAFT CORRESPONDENCE RE: DISCLOSURE OF CERTAIN FINANCING LEASES IN FORM 10-K (0.3). |
| ZAMBRANO K | 06/12/06 | 1.10 | TELECONFERENCE WITH CLIENT RE: DISCLOSURE OF CERTAIN LEASES AND FOLLOWUP RE: SAME (0.8); CONTINUE TO REVIEW ISSUES RE: NECESARY DISCLOSURE IN FORM 10-K (0.3). |
| | | **3.70** | |
| **Total Associate** | | **22.60** | |
| **TOTAL TIME** | | **83.50** | |

4

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 07/31/06
**General Corporate Advice**  Bill Number: 1128095

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/06/06 | Cochran EL | 1,023.60 |
| Air/Rail Travel - vendor feed | 06/06/06 | Cochran EL | -978.60 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$45.00** |
| In-house Reproduction | 06/06/06 | Copy Center, D | 207.77 |
| In-house Reproduction | 06/07/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 06/09/06 | Copy Center, D | 12.51 |
| In-house Reproduction | 06/09/06 | Copy Center, D | 106.89 |
| In-house Reproduction | 06/13/06 | Copy Center, D | 105.49 |
| In-house Reproduction | 06/13/06 | Copy Center, D | 48.44 |
| In-house Reproduction | 06/16/06 | Copy Center, D | 2.80 |
| In-house Reproduction | 06/27/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 1.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$486.00** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.16 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.35 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.16 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.33 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Postage | 06/01/06 | Office Admin, D | 3.00 |
| | | **TOTAL POSTAGE** | **$3.00** |
| Lexis/Nexis | 06/09/06 | Zambrano K | 112.51 |
| Lexis/Nexis | 06/15/06 | Moringiello KB | 357.77 |
| Lexis/Nexis | 06/15/06 | Cleary MA | 337.11 |
| Lexis/Nexis | 06/29/06 | Curran C | 197.61 |
| | | **TOTAL LEXIS/NEXIS** | **$1,005.00** |
| Westlaw | 06/09/06 | Zambrano K | 4.00 |
| | | **TOTAL WESTLAW** | **$4.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 54.85 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 1.95 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 9.88 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 11.21 |
| Vendor Hosted Teleconferencing | 06/30/06 | Teleconferencing Services, LLC | 16.11 |
|  |  | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$94.00** |
| Air/Rail Travel (external) | 06/05/06 | Butler, Jr. J | 180.00 |
|  |  | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$180.00** |
| Out-of-Town Travel | 06/05/06 | Butler, Jr. J | 104.01 |
| Out-of-Town Travel | 06/05/06 | Butler, Jr. J | 226.50 |
| Out-of-Town Travel | 06/05/06 | Butler, Jr. J | 9.49 |
|  |  | **TOTAL OUT-OF-TOWN TRAVEL** | **$340.00** |
| Messengers/ Courier | 05/19/06 | Quick Int'l - Ny | 327.00 |
|  |  | **TOTAL MESSENGERS/ COURIER** | **$327.00** |
| Out-of-Town Meals | 06/05/06 | Butler, Jr. J | 22.97 |
| Out-of-Town Meals | 06/05/06 | Butler, Jr. J | 10.03 |
|  |  | **TOTAL OUT-OF-TOWN MEALS** | **$33.00** |
| Contracted Catering-NY | 06/01/06 | Butler, Jr. J | 432.00 |
|  |  | **TOTAL CONTRACTED CATERING-NY** | **$432.00** |
| CLR/Disclosure | 04/30/06 | Global Securities | 28.17 |
| CLR/Disclosure | 05/31/06 | Global Securities | 21.68 |
| CLR/Disclosure | 05/31/06 | Global Securities | 28.17 |
| CLR/Disclosure | 05/31/06 | Global Securities | 36.84 |
| CLR/Disclosure | 06/30/06 | Global Securities | 21.67 |
| CLR/Disclosure | 06/30/06 | Global Securities | 75.85 |
| CLR/Disclosure | 06/30/06 | Global Securities | 305.54 |
| CLR/Disclosure | 06/30/06 | Global Securities | 125.69 |

B43E

S<small>KADDEN</small>, A<small>RPS</small>, S<small>LATE</small>, M<small>EAGHER</small> & F<small>LOM</small> LLP <small>AND AFFILIATES</small>

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR/Disclosure | 06/30/06 | Global Securities | 132.19 |
| CLR/Disclosure | 06/30/06 | Global Securities | 15.18 |
| CLR/Disclosure | 06/30/06 | Global Securities | 117.02 |
| | | **TOTAL CLR/DISCLOSURE** | **$908.00** |
| | | **TOTAL MATTER** | **$3,858.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| Delphi Corporation (DIP) | | | Bill Date: 08/31/06 |
| General Corporate Advice | | | Bill Number: 1122597 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 07/11/06 | 0.30 | REVIEW FILED FORM 10-K (0.3). |
| BUTLER, JR. J | 07/16/06 | 1.20 | BEGIN TO PREPARE FOR JULY 18TH BOARD OF DIRECTORS TELECONFERENCE MEETING INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS RE SAME (1.2). |
| BUTLER, JR. J | 07/17/06 | 0.80 | CONTINUE TO PREPARE FOR JULY 18TH BOARD OF DIRECTORS TELECONFERENCE MEETING INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS RE SAME (0.8). |
| BUTLER, JR. J | 07/18/06 | 1.90 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.7) BOARD OF DIRECTORS TELECONFERENCE MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 07/21/06 | 0.40 | BEGIN TO PREPARE FOR JULY 25TH BOARD OF DIRECTORS TELECONFERENCE MEETING INCLUDING REVIEW OF EMAIL DISTRIBUTION TO BOARD MEMBERS FROM D. SHERBIN. (0.4). |
| BUTLER, JR. J | 07/23/06 | 1.30 | CONTINUE TO PREPARE FOR JULY 25TH BOARD OF DIRECTORS TELECONFERENCE MEETING INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS RE: SAME (1.3). |
| BUTLER, JR. J | 07/24/06 | 2.90 | CONTINUE TO PREPARE FOR JULY 25TH BOARD OF DIRECTORS TELECONFERENCE MEETING WITH SENIOR MANAGEMENT TEAM AT COMPANY IN TROY (0.6); FINALIZE PRESENTATION MATERIALS RE: SAME WITH D. SHERBIN AND J. PAPELIAN AT COMPANY IN TROY (2.3). |
| BUTLER, JR. J | 07/25/06 | 2.30 | PREPARE (0.4) AND PARTICIPATE IN (1.9) BOARD OF DIRECTORS TELECONFERENCE MEETING. |
| BUTLER, JR. J | 07/26/06 | 0.60 | FOLLOW-UP ON JULY 25TH BOARD OF DIRECTORS TELECONFERENCE MEETING INCLUDING CONFERENCE WITH D. SHERBIN IN NEW YORK (0.4); REVIEW DRAFT COMMUNICATIONS MATERIALS (0.2). |
| BUTLER, JR. J | 07/27/06 | 0.30 | EMAIL FROM/TO AND TELECONFERENCE WITH D. SHERBIN RE BOARD MATTERS. |
| | | **12.00** | |
| COCHRAN EL | 07/18/06 | 1.80 | PARTICIPATED IN BOARD MEETING (1.8). |
| | | **1.80** | |
| MARAFIOTI KA | 07/14/06 | 0.20 | CORRESPONDENCE RE: DERIVATIVES INQUIRY (0.2). |
| MARAFIOTI KA | 07/26/06 | 0.30 | TELECONFERENCE WITH BORIS ZISER RE: TOPRS (0.1); CORRESPONDENCE JOHN SHEEHAN RE: SAME (0.2). |

1

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 07/31/06 | 1.20 | TELECONFERENCES WITH J. VITALE RE: TOPRS (0.2); AND TELECONFERENCE WITH B. ZISER RE: SAME (0.1); CORRESPONDENCE RE: SAME (0.1); BEGAN REVIEW OF FIRST QUARTER 2006 10Q (0.8). |
| | | **1.70** | |
| PANAGAKIS GN | 07/23/06 | 0.30 | TELECONFERENCES AND CORRESPONDENCE RE: PREPARATION FOR UPCOMING BOARD MEETING (0.3). |
| PANAGAKIS GN | 07/24/06 | 1.10 | PARTICIPATE ON CALLS RE: PREPARATION FOR NEXT DAY BOARD MEETING (1.1). |
| PANAGAKIS GN | 07/25/06 | 2.60 | PREPARE FOR (0.6) AND PARTICIPATE ON (2.0) BOARD CALL. |
| | | **4.00** | |
| **Total Partner** | | **19.50** | |
| FERN BM | 07/27/06 | 1.90 | REVIEWED DELPHI 10-K (1.9). |
| | | **1.90** | |
| OLASKY P | 07/22/06 | 1.10 | REVIEWED KEY MESSAGES BRIEF FOR DISCLOSURE ISSUES (1.1). |
| OLASKY P | 07/30/06 | 2.20 | RULES CHECK OF Q1 AND Q2 10-QS (2.2). |
| | | **3.30** | |
| ZAMBRANO K | 07/13/06 | 1.90 | CONTINUE DRAFTING PRESENTATION FOR BOARD MEETING (1.9). |
| ZAMBRANO K | 07/17/06 | 4.80 | REVIEW AND REVISE PRESENTATION TO BOARD (4.8). |
| | | **6.70** | |
| **Total Associate** | | **11.90** | |
| DEMMA J | 07/14/06 | 4.60 | INDEX BOARD MINUTES (4.6). |
| DEMMA J | 07/17/06 | 1.00 | INDEX BOARD MINUTES (1.0). |
| DEMMA J | 07/24/06 | 0.60 | PREPARE DELPHI S-1 FILING FOR ATTORNEY REVIEW (0.6). |
| | | **6.20** | |
| **Total Legal Assistant** | | **6.20** | |
| **TOTAL TIME** | | **37.60** | |

2

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 08/31/06
**General Corporate Advice**  Bill Number: 1122597

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/11/06 | Copy Center, D | 13.86 |
| In-house Reproduction | 07/14/06 | Copy Center, D | 90.77 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 5.32 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 1.00 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 13.05 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$124.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.43 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 2.10 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.26 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.21 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Westlaw | 07/11/06 | Rohner WM | 363.71 |
| Westlaw | 07/13/06 | Rohner WM | 65.48 |
| Westlaw | 07/17/06 | Olasky P | 244.75 |
| Westlaw | 07/25/06 | Rohner WM | 120.11 |
| Westlaw | 07/26/06 | Rohner WM | 187.95 |
| | | **TOTAL WESTLAW** | **$982.00** |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 26.82 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 0.85 |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 0.33 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$28.00** |
| Air/Rail Travel (external) | 07/16/06 | Butler, Jr. J | 120.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$120.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---:|
| Out-of-Town Travel | 07/16/06 | Butler, Jr. J | 226.76 |
| Out-of-Town Travel | 07/16/06 | Butler, Jr. J | 9.50 |
| Out-of-Town Travel | 07/16/06 | Butler, Jr. J | 89.74 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$326.00** |
| Messengers/ Courier | 07/17/06 | Dist Serv/Mail/Page, D | 26.71 |
| Messengers/ Courier | 07/27/06 | Dist Serv/Mail/Page, D | 35.73 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 6.39 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 6.39 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 6.39 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 6.39 |
| | | **TOTAL MESSENGERS/ COURIER** | **$88.00** |
| Out-of-Town Meals | 07/16/06 | Butler, Jr. J | 15.60 |
| Out-of-Town Meals | 07/18/06 | Throm TJ | 14.40 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$30.00** |
| CLR/Disclosure | 07/31/06 | Global Securities | 36.83 |
| CLR/Disclosure | 07/31/06 | Global Securities | 132.17 |
| | | **TOTAL CLR/DISCLOSURE** | **$169.00** |
| | | **TOTAL MATTER** | **$1,871.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
General Corporate Advice

Bill Date: 09/30/06  
Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 08/01/06 | 1.40 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) COMPENSATION COMMITTEE MEETING; REVIEW BOARD MATERIALS FOR AUGUST 8TH BOARD OF DIRECTORS MEETING (0.8). |
| BUTLER, JR. J | 08/07/06 | 1.30 | PREPARE FOR AUGUST 8TH BOARD OF DIRECTORS TELECONFERENCE MEETING INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.3). |
| BUTLER, JR. J | 08/08/06 | 2.20 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.9) BOARD OF DIRECTORS TELECONFERENCE MEETING. |
| BUTLER, JR. J | 08/10/06 | 1.10 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) BOARD OF DIRECTORS TELECONFERENCE MEETING; REVIEW COMMUNICATIONS MATERIALS (0.3); REVIEW DC CAPITAL LETTER (0.2). |
| BUTLER, JR. J | 08/15/06 | 0.90 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.7) BOARD OF DIRECTORS TELECONFERENCE MEETING. |
| BUTLER, JR. J | 08/16/06 | 0.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) BOARD OF DIRECTORS TELECONFERENCE MEETING. |
| BUTLER, JR. J | 08/30/06 | 0.40 | BEGIN TO PREPARE FOR SEPTEMBER 5TH BOARD OF DIRECTORS MEETING AT COMPANY IN TROY INCLUDING TELECONFERENCE WITH D. SHERBIN RE: SAME (0.4). |
| BUTLER, JR. J | 08/31/06 | 0.60 | CONTINUE TO PREPARE FOR SEPTEMBER 5TH BOARD OF DIRECTORS MEETING AT COMPANY IN TROY INCLUDING REVIEW AND REVISE PRESENTATION MATERIALS (0.6). |
| | | **8.50** | |
| COCHRAN EL | 08/08/06 | 1.80 | PARTICIPATE IN BOARD MEETING (1.8). |
| COCHRAN EL | 08/17/06 | 0.80 | REVIEW TRUST ISSUE RE: SEC FILINGS (0.8). |
| COCHRAN EL | 08/18/06 | 1.10 | REVIEW TRUST REFUND ISSUES (1.1). |
| | | **3.70** | |
| GIBSON ML | 08/01/06 | 2.40 | REVIEW AND COMMENT ON DRAFTS OF 10-Q AND COMMENTS OF INTERNAL WORKING GROUP, AND MULTIPLE CORRESPONDENCE RE: SAME (2.4). |
| GIBSON ML | 08/02/06 | 1.80 | REVIEW AND REVISE 10-Q DRAFTS; MULTIPLE TELECONFERENCES AND CORRESPONDENCE RE: SAME (1.8). |
| | | **4.20** | |

1

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 08/01/06 | 2.00 | REVIEW AND REVISE 10Q FOR FIRST QUARTER (2.0). |
| MARAFIOTI KA | 08/09/06 | 0.40 | REVIEW AND REVISE PORTION OF 10Q (0.4). |
| MARAFIOTI KA | 08/10/06 | 0.70 | CONTINUE TO REVIEW AND REVISE 10Q (0.2); WORK ON PRESS RELEASE RE: ADJOURNMENT OF SECTIONS 1113/1114 HEARING (0.5). |
| MARAFIOTI KA | 08/15/06 | 0.10 | CORRESPONDENCE RE: TOPRS (0.1). |
| MARAFIOTI KA | 08/16/06 | 2.50 | ANALYSIS OF ISSUES RE: TOPRS (2.5). |
| MARAFIOTI KA | 08/18/06 | 0.40 | CONSIDER TOPRS ISSUES (0.4). |
| MARAFIOTI KA | 08/21/06 | 1.70 | CORRESPONDENCE RE: TOPRS (0.1); REVIEW MEMO RE: SUBORDINATION PROVISIONS OF TOPRS (0.6) AND ANALYZE SAME (1.0). |
| MARAFIOTI KA | 08/22/06 | 0.20 | CORRESPONDENCE WITH BROWN RUDNICK, COMPANY RE: TOPRS (0.2). |
| MARAFIOTI KA | 08/28/06 | 0.70 | TELECONFERENCE WITH R. STARK RE: TOPRS (0.1); CORRESPONDENCE SHEEHAN, CORCORAN RE: LAW DEBENTURE (0.2); ADDITIONAL CORRESPONDENCE RE: SAME (0.2); DIRECT RESEARCH RE: TOPRS (0.2). |
| MARAFIOTI KA | 08/29/06 | 0.70 | CORRESPONDENCE RE: LAW DEBENTURE PRESENTATION (0.1); CORRESPONDENCE WITH BROWN RUDNICK (0.1); COMMUNICATIONS J. VITALE RE: TOPRS (0.1); BEGAN REVIEW OF NEW NOTES TO BE ISSUES (0.4). |
| | | 9.40 | |
| **Total Partner** | | **25.80** | |
| MATZ TJ | 08/01/06 | 0.70 | REVIEW AND COMMENT ON DRAFT Q2 FOR '06 (0.7). |
| MATZ TJ | 08/07/06 | 0.50 | REVIEW AND COMMENT ON DRAFT BOARD PRESENTATION (0.5). |
| | | 1.20 | |
| **Total Counsel** | | **1.20** | |
| FERN BM | 08/11/06 | 2.10 | REVIEW DELPHI'S 10-K (2.1). |
| FERN BM | 08/18/06 | 1.60 | REVIEW DELPHI'S 10-Q (1.6). |
| | | 3.70 | |
| HARDIN AS | 08/16/06 | 4.50 | RESEARCH ISSUES RELATED TO TRUST PREFERRED SECURITIES (4.5). |
| HARDIN AS | 08/17/06 | 7.20 | PREPARE MEMO RE: ISSUES RELATED TO TRUST PREFERRED INDENTURES (7.2). |
| HARDIN AS | 08/18/06 | 3.20 | COMPLETE DRAFTING MEMO RE: SELECTED PROVISION OF TRUST PREFERRED INDENTURES (3.0); TELECONFERENCE WITH A. MITCHELL RE: ISSUE RELATED TO TRUST PREFERRED SECURITIES (0.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HARDIN AS | 08/21/06 | 4.10 | RESEARCH RELATED TO SUBORDINATED DEBT SECURITIES (4.1). |
| HARDIN AS | 08/23/06 | 9.50 | RESEARCH ISSUES RELATED TO SUBORDINATED DEBT (9.0); TELECONFERENCE WITH K. RAMLO RE: SAME (0.5). |
| HARDIN AS | 08/24/06 | 3.70 | TELECONFERENCE WITH G. OGUNSANYA RE: TRUST PREFERRED SECURITIES (0.2); CONTINUE RESEARCH OF ISSUES RELATED TO SUBORDINATION (3.5). |
| HARDIN AS | 08/27/06 | 6.30 | RESEARCH ISSUES RELATED TO SUBORDINATION; DRAFT MEMO RE: SAME (6.3). |
| HARDIN AS | 08/28/06 | 2.50 | DRAFT MEMO RE: TRUST INDENTURES (2.3); TELECONFERENCE WITH A. MITCHELL RE: SAME (0.2). |
| HARDIN AS | 08/29/06 | 0.20 | EMAIL EXCHANGE WITH A. MITCHELL RE: TRUST INDENTURES (0.2). |
| | | **41.20** | |
| ~~JJINGO MJ~~ | ~~08/09/06~~ | ~~1.30~~ | ~~RESEARCH TOPRS ISSUE (1.3).~~ |
| | | ~~1.30~~ | |
| MEISLER RE | 08/01/06 | 0.30 | REVIEW DRAFT 10Q (0.3). |
| MEISLER RE | 08/08/06 | 0.20 | TELECONFERENCE WITH B. ADRIAN RE: COMMUNICATIONS (0.2). |
| MEISLER RE | 08/14/06 | 0.40 | REVIEW 8-K FILING (0.4). |
| MEISLER RE | 08/15/06 | 0.20 | REVIEW DRAFT 10Q (0.2). |
| MEISLER RE | 08/16/06 | 0.30 | REVIEW CORRESPONDENCE RE: MEDIA INQUIRIES (0.3). |
| | | **1.40** | |
| OGUNSANYA GO | 08/28/06 | 2.50 | REVIEW OF TRUST PREFERRED NOTICES AND NOTES (2.5). |
| | | **2.50** | |
| OLASKY P | 08/01/06 | 4.10 | CONTINUE REVIEW AND REVISION OF 10-QS FOR Q1 AND Q2 (4.1). |
| | | **4.10** | |
| WILSON LD | 08/01/06 | 1.90 | REVIEW AND COMMENT ON DRAFT Q REPORT (1.4); PREPARE AND CIRCULATE COMMENTS (0.5). |
| WILSON LD | 08/02/06 | 0.40 | CONFER ON DISCLOSURE ISSUES WITH S. CORCORAN (0.4). |
| | | **2.30** | |
| **Total Associate** | | **56.50** | |
| **TOTAL TIME** | | **83.50** | |

3

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  Bill Date: 09/30/06
General Corporate Advice  Bill Number: 1128097

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| In-house Reproduction | 08/01/06 | Copy Center, D | 32.20 |
| In-house Reproduction | 08/01/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 08/04/06 | Copy Center, D | 5.90 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 37.10 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 4.30 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 7.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$87.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 5.75 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 3.98 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.44 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.08 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.59 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.13 |
| | | **TOTAL TELEPHONE EXPENSE** | **$13.00** |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 6.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$6.00** |
| CLR/Disclosure | 08/31/06 | Global Securities | 75.95 |
| CLR/Disclosure | 08/31/06 | Global Securities | 69.44 |
| CLR/Disclosure | 08/31/06 | Global Securities | 301.61 |
| | | **TOTAL CLR/DISCLOSURE** | **$447.00** |
| | | **TOTAL MATTER** | **$553.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| Delphi Corporation (DIP) | | | Bill Date: 10/31/06 |
| General Corporate Advice | | | Bill Number: 1127729 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 09/01/06 | 1.80 | CONTINUE TO PREPARE FOR SEPTEMBER 5TH BOARD OF DIRECTORS MEETING AT COMPANY IN TROY INCLUDING REVIEW AND REVISION OF PRESENTATION MATERIALS (1.8). |
| BUTLER, JR. J | 09/04/06 | 1.40 | CONTINUE TO PREPARE FOR SEPTEMBER 5TH BOARD OF DIRECTORS MEETING AT COMPANY IN TROY INCLUDING PREPARE FOR (0.3) AND PARTICIPATE IN (0.7) WORKING GROUP SESSION WITH DELPHI SENIOR EXECUTIVES, ROTHSCHILD AND FTI; DRAFT EMAILS TO BOARD OF DIRECTORS (0.3, 0.1). |
| BUTLER, JR. J | 09/05/06 | 2.30 | PREPARE FOR (0.4) AND PARTICIPATE IN (1.9) BOARD OF DIRECTORS MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 09/07/06 | 0.60 | EMAILS FROM/TO D. SHERBIN AND FOLLOW-UP ON CORPORATE GOVERNANCE MATTERS (0.4); EMAILS FROM/TO M. WEBER RE CORPORATE GOVERNANCE MATTERS AND TIMETABLE (0.2). |
| BUTLER, JR. J | 09/08/06 | 1.00 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.5) AUDIT COMMITTEE TELECONFERENCE MEETING; REVIEW AND RESPOND TO DIRECTOR INFORMATION REQUEST (0.3). |
| BUTLER, JR. J | 09/12/06 | 0.40 | CONTINUE TO PREPARE FOR SEPTEMBER 14TH BOARD OF DIRECTORS MEETING IN NEW YORK CITY INCLUDING WORK ON PRESENTATION MATERIALS FOR BOARD WITH J. SHEEHAN AND S. CORCORAN IN NEW YORK CITY (0.4). |
| BUTLER, JR. J | 09/13/06 | 1.40 | PREPARE FOR SEPTEMBER 14TH BOARD OF DIRECTORS MEETING IN NEW YORK CITY (0.6); FINALIZE PRESENTATION MATERIALS FOR BOARD (0.8). |
| BUTLER, JR. J | 09/14/06 | 2.90 | PREPARE FOR (0.5) AND PARTICIPATE IN (1.6) BOARD OF DIRECTORS MEETING IN NEW YORK CITY WITH S. MILLER, J. SHEEHAN, S. CORCORAN AND SKADDEN/ROTHSCHILD PROFESSIONALS; REVIEW AND REVISE COMMUNICATIONS PACKAGE (0.7); EMAILS FROM/TO D. SHERBIN RE: GOVERNANCE ISSUES (0.1). |
| BUTLER, JR. J | 09/18/06 | 0.70 | BEGIN TO PREPARE FOR SEPTEMBER 20TH BOARD OF DIRECTORS MEETING IN TROY, MICHIGAN WITH SENIOR MANAGEMENT TEAM AT COMPANY IN TROY (INCLUDING S. MILLER AND D. SHERBIN) (0.4); CONFERENCE WITH D. SHERBIN RE: COMPLIANCE AND CORPORATE GOVERNANCE MATTERS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 09/19/06 | 4.10 | CONTINUE TO PREPARE FOR SEPTEMBER 20TH BOARD OF DIRECTORS MEETING IN TROY, MICHIGAN WITH S. MILLER, R. O'NEAL AND D. SHERBIN AT COMPANY IN TROY (1.2); FINALIZE PRESENTATION MATERIALS (2.9). |
| BUTLER, JR. J | 09/20/06 | 6.40 | PREPARE FOR (0.4) AND ATTEND (5.8) BOARD OF DIRECTORS MEETING IN TROY, MICHIGAN; EMAIL TO STAKEHOLDERS (INCLUDING STATUTORY COMMITTEES) RE: CHANGE IN COMPOSITION OF BOARD (0.2). |
| BUTLER, JR. J | 09/24/06 | 0.30 | EMAILS TO/FROM M. LOEB RE: OCTOBER BOARD MEETING DATE AND 2007 MEETING SCHEDULE (0.2); WORK ON SAME (0.1). |
| BUTLER, JR. J | 09/26/06 | 0.20 | EVALUATE APPALOOSA REBALANCING ISSUE (0.2). |
| BUTLER, JR. J | 09/27/06 | 1.20 | REVIEW AND REVISE DRAFT PRESS RELEASE (0.2); TELECONFERENCES WITH K. HEALY (0.1) AND B. SAX (0.1) RE: SAME; TELECONFERENCE WITH K. HEALY AND L. WILLIAMS RE: MEDIA RELATIONS (0.4); FOLLOW-UP ON SAME (0.4). |
| | | **24.70** | |
| COCHRAN EL | 09/02/06 | 1.40 | REVIEW MATERIAL FOR BOARD MEETING (1.4). |
| COCHRAN EL | 09/05/06 | 5.00 | PARTICIPATE IN BOARD MEETING (2.1); PARTICIPATE IN DTM (2.9). |
| COCHRAN EL | 09/13/06 | 3.10 | PREPARE MATERIAL FOR DELPHI BOARD MEETING (3.1). |
| COCHRAN EL | 09/14/06 | 2.70 | PARTICIPATE IN BOARD MEETING (2.1); REVIEW ISSUES RELATING TO BOARD DECISION ON HEARINGS (0.6). |
| COCHRAN EL | 09/20/06 | 6.10 | PARTICIPATE IN BOARD MEETING (6.1). |
| | | **18.30** | |
| **Total Partner** | | **43.00** | |
| HARDIN AS | 09/13/06 | 1.30 | PREPARATIONS FOR BOARD MEETING (1.3). |
| HARDIN AS | 09/14/06 | 2.60 | PREPARE MATERIALS FOR BOARD MEETING (0.6); FOLLOW-UP MEETINGS WITH DELPHI MANAGEMENT (0.5); FOLLOW-UP MEETING WITH DELPHI MANAGEMENT (1.5). |
| | | **3.90** | |
| HERRIOTT AV | 09/19/06 | 1.20 | CREATE PRESENTATION FOR BOARD OF DIRECTORS' MEETING (1.2). |
| | | **1.20** | |
| **Total Associate** | | **5.10** | |
| **TOTAL TIME** | | **48.10** | |

2

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  
**General Corporate Advice**

Bill Date: 10/31/06  
Bill Number: 1127729

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/01/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 09/05/06 | Copy Center, D | 6.00 |
| In-house Reproduction | 09/05/06 | Copy Center, D | 422.22 |
| In-house Reproduction | 09/08/06 | Copy Center, D | 22.72 |
| In-house Reproduction | 09/12/06 | Copy Center, D | 75.52 |
| In-house Reproduction | 09/12/06 | Copy Center, D | 64.12 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 87.02 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 7.10 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 12.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$697.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.82 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.25 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 2.48 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.45 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| Reproduction - color | 09/04/06 | Copy Center, D | 166.50 |
| Reproduction - color | 09/05/06 | Copy Center, D | 0.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$167.00** |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 28.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$28.00** |
| Air/Rail Travel (external) | 09/04/06 | Butler, Jr. J | 60.15 |
| Air/Rail Travel (external) | 09/17/06 | Butler, Jr. J | 343.85 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$404.00** |
| Out-of-Town Travel | 09/04/06 | Butler, Jr. J | 50.79 |
| Out-of-Town Travel | 09/04/06 | Butler, Jr. J | 6.00 |
| Out-of-Town Travel | 09/04/06 | Butler, Jr. J | 101.08 |
| Out-of-Town Travel | 09/17/06 | Butler, Jr. J | 140.36 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/17/06 | Butler, Jr. J | 53.30 |
| Out-of-Town Travel | 09/17/06 | Butler, Jr. J | 34.98 |
| Out-of-Town Travel | 09/17/06 | Butler, Jr. J | 34.98 |
| Out-of-Town Travel | 09/17/06 | Butler, Jr. J | 368.51 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$790.00** |
| Out-of-Town Meals | 09/04/06 | Butler, Jr. J | 9.56 |
| Out-of-Town Meals | 09/17/06 | Butler, Jr. J | 15.10 |
| Out-of-Town Meals | 09/17/06 | Butler, Jr. J | 50.34 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$75.00** |
| CLR/Disclosure | 09/30/06 | Global Securities | 41.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$41.00** |
| | | **TOTAL MATTER** | **$2,207.00** |

B43E