SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-18
SECURED CLAIMS
354.5 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                          Bill Date: 07/31/06
Secured Claims                                   Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 06/07/06 | 0.30 | PREPARE FOR JUNE 8TH MEETING WITH DELPHI AND PREPETITION LENDERS' AGENT IN NEW YORK CITY (0.3). |
| BUTLER, JR. J | 06/08/06 | 1.70 | PREPARE FOR (0.2) AND PARTICIPATE IN (1.5) MEETING WITH DELPHI AND PREPETITION LENDERS' AGENT IN NEW YORK CITY. |
| | | **2.00** | |
| **Total Partner** | | **2.00** | |
| HERRIOTT AV | 06/05/06 | 1.00 | BEGIN DRAFT OF PRESENTATION FOR THE PREPETITION LENDERS (1.0). |
| HERRIOTT AV | 06/07/06 | 3.00 | FINALIZE PREPETITION LENDERS PRESENTATION AND PREPARE FOR PRODUCTION (3.0). |
| HERRIOTT AV | 06/09/06 | 0.10 | DRAFT SCRIPT FOR HEARING RE: DANE SYSTEMS' ASSERTED LIEN (0.1). |
| HERRIOTT AV | 06/20/06 | 0.10 | FOLLOW UP WITH DANE RE: LIEN ISSUE (0.1). |
| HERRIOTT AV | 06/26/06 | 0.10 | FOLLOW UP RE: DANE LIEN ISSUE (0.1). |
| | | **4.30** | |
| JJINGO MJ | 06/07/06 | 1.60 | RESEARCH MISSISSIPPI POSSESSORY LIEN ISSUES (1.6). |
| JJINGO MJ | 06/15/06 | 0.80 | REVIEW AFFIDAVIT OF LIEN FILED BY S&D AGAINST DELPHI'S PROPERTY AND CORRESPOND WITH M. HALL, K. CRAFT AND Y. ELISSA AT DELPHIA RE: THE SAME (0.8). |
| JJINGO MJ | 06/21/06 | 0.70 | REVIEW PRO TECH PLASTICS ISSUE AND EVALUATE RE: THE SAME (0.7). |
| JJINGO MJ | 06/22/06 | 0.50 | REVIEW AND REVISE PRO TECH PLASTICS LETTER (0.5). |
| JJINGO MJ | 06/26/06 | 0.10 | CORRESPOND WITH M. HALL RE: PRO TECH PLASTICS, INC. ISSUE (0.1). |
| JJINGO MJ | 06/27/06 | 0.50 | PREPARE LETTER TO E. BATES, COUNSEL FOR PRO TECH PLASTICS, INC. (0.5). |
| JJINGO MJ | 06/28/06 | 0.50 | RESEARCH OHIO LIEN ISSUE (0.5). |
| JJINGO MJ | 06/29/06 | 0.50 | REVIEW FILE WITH REGARD TO PRO TECH PLASTICS, INC.'S CLAIM AND ATTEMPT TO CONTACT E. BATES, CONTACT FOR PRO TECH PLASTICS (0.5). |
| | | **5.20** | |
| MEISLER RE | 06/10/06 | 0.40 | REVIEW RESEARCH RE: FINANCIAL ACCOMMODATIONS (0.3); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MEISLER RE | 06/13/06 | 0.30 | REVIEW STATUS OF BARCLAYS SETOFF MATTER (0.3). |
|---|---|---|---|
| MEISLER RE | 06/22/06 | 0.20 | REVIEW SET OFF REQUESTS (0.2). |
| MEISLER RE | 06/26/06 | 0.20 | REVIEW STATUS OF MOTION FILED BY DANE SYSTEMS RE: ADEQUATE PROTECTION (0.2). |
| | | **1.10** | |
| TOUSSI S | 06/01/06 | 2.30 | ADDRESS OUTSTANDING SETOFF ISSUES ON VARIOUS SETOFF MATTERS (1.0); VARIOUS CORRESPONDENCE TO ADDRESS SAME (0.5); UPDATE SETOFF CHART (0.8). |
| TOUSSI S | 06/02/06 | 3.00 | ADDRESS OUTSTANDING SETOFF MATTERS FOR VARIOUS CLIENTS (2.0); UPDATE SETOFF CHART (1.0). |
| TOUSSI S | 06/05/06 | 1.20 | ADDRESS OUTSTANDING ISSUES RE: SETOFF MATTERS TO BE RESOLVED UNDER DIP AGREEMENT (1.2). |
| TOUSSI S | 06/06/06 | 3.50 | REVIEW PAST EMAILS AND PREPARE UPDATED SETOFF STATUS CHART RE: OUTSTANDING SETOFF MATTERS (1.5); CORRESPONDENCE WITH VARIOUS SETOFF PARTIES TO DISCUSS TRANSFER OF MATTER TO TOGUT SEGAL (2.0). |
| TOUSSI S | 06/07/06 | 4.70 | REVIEW OUTSTANDING SETOFF MATTERS AND DOCUMENTS TO BE TRANSFERRED TO TOGUT SEGAL (2.0); PREPARE CORRESPONDENCE TO VARIOUS SETOFF PARTIES RE: STATUS OF SETOFF MATTERS (1.5); UPDATE SETOFF STATUS CHART (1.2). |
| TOUSSI S | 06/08/06 | 5.20 | PREPARE FOR SETOFF MEETING FOR FRIDAY (1.0); ADDRESS ALL OUTSTANDING SETOFF MATTERS AND PREPARE CORRESPONDENCE RE: SAME (2.0); FOLLOWUP ISSUES RE: VARIOUS MATTERS, INCLUDING LETTERS TO AI, TENNECO, AUTOLIV AND MARK IV (2.2). |
| TOUSSI S | 06/09/06 | 3.90 | PREPARE FOR SETOFF STATUS MEETING (1.2); MEETING TO DISCUSS OUTSTANDING MATTERS (1.2); REVIEW FILES TO BE DELIVERED TO TOGUS SEGAL AND LETTER EXPLAINING STATUS OF VARIOUS MATTERS (1.5). |
| TOUSSI S | 06/11/06 | 3.00 | ADDRESS OUTSTANDING SETOFF MATTERS (1.0); UPDATE SETOFF STATUS CHART (2.0). |
| TOUSSI S | 06/12/06 | 3.50 | REVIEW FILES FOR BACKUP INFORMATION FOR OUTSTANDING SETOFF CLAIMS (2.0); UPDATE SETOFF STATUS CHART (1.5). |
| TOUSSI S | 06/13/06 | 3.50 | REVIEW EMAIL CORRESPONDENCE FOR VARIOUS SETOFF MATTERS AND FORWARD SAME TO TOGUT SEGAL (1.5); CORRESPOND WITH VARIOUS SETOFF CLAIMANTS TO EXPLAIN TRANSITION (1.0); UPDATE SETOFF STATUS CHART (1.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TOUSSI S | 06/14/06 | 4.00 | REVIEW OUTSTANDING SETOFF MATTERS AND PREPARE CORRESPONDENCE RE: STATUS (1.0); FORWARD VARIOUS EMAILS TO TOGUT SEGAL RE: CERTAIN MATTERS (1.0); REVIEW CORRESPONDENCE ON VARIOUS SETOFF MATTERS (2.0). |
| TOUSSI S | 06/19/06 | 3.20 | REVIEW SETOFF FILES AND PREPARE DOCUMENTS FOR TOGUT SEGAL (2.0); ADDRESS AND RESPOND TO SETOFF REQUESTS AND CORRESPONDENCE (1.2). |
| TOUSSI S | 06/20/06 | 1.40 | RESPOND TO CORRESPONDENCE RE: SETOFF AND ADDRESS SAME (1.4). |
| TOUSSI S | 06/22/06 | 1.70 | ADDRESS AND RESPOND TO CORRESPONDENCE RE: SETOFF FROM VARIOUS SETOFF CLAIMANTS (1.1); FORWARD FILES TO TOGUT AND SEGAL (0.6). |
| | | 44.10 | |
| ZIEGLER VE | 06/01/06 | 6.10 | REVISE ANSWER TO L&W'S COMPLAINT (2.5); TELECONFERENCE WITH R. HEILMAN RE: LIEN ON W251 TUBE BENDING PROCESS (0.5); RESEARCH CASE LAW RE: LIENS ON FIXTURES UNDER MICHIGAN LAW (3.1). |
| ZIEGLER VE | 06/02/06 | 9.50 | DRAFT AND REVISE ANSWER TO L&W'S COMPLAINT (5.6); COORDINATE FILING AND SERVICE OF SAME (0.5); RESEARCH CASE LAW RE: LIENS ON FIXTURES UNDER MICHIGAN LAW (3.4). |
| ZIEGLER VE | 06/06/06 | 4.10 | COORDINATE SERVICE OF ANSWER TO L&W'S COMPLAINT (0.6); WORK ON DISMISSAL OF OMEGA, DOTT, AND LAKESIDE (1.4); RESEARCH ISSUES RE: MISSISSIPI TOOLING LIEN STATUE (2.1). |
| ZIEGLER VE | 06/07/06 | 3.80 | DRAFT AND REVISE STIPULATED DISMISSAL OF LAKESIDE, OMEGA, AND DOTT'S COMPLAINTS (3.1); TELECONFERENCE WITH Y. ELLISA AND M. HALL RE: ELDEC LIEN (0.7). |
| ZIEGLER VE | 06/14/06 | 4.80 | DRAFT LETTER TO PRO TECH RE: RELEASE OF LIEN (2.3); TELECONFERENCE WITH M. HALL RE: SAME (0.4); TELECONFERENCE WITH R. HEILMAN RE: L&W AND DISMISSAL OF COMPLAINTS (0.9); DRAFT SCRIPT OF L&WMATTER (1.2). |
| ZIEGLER VE | 06/16/06 | 4.50 | WORK ON PRO TECH LETTER TO RELEASE LIEN (1.3); WORK ON DISMISSAL OF LAKESIDE, DOTT AND OMEGA COMPLAINS (2.1); COORDINATE FILING AND SERVICE OF SAME (0.5); EMAIL CORRESPONDENCE WITH R. HEILMAN RE: SAME AND L&W STATUS (0.6). |
| | | 32.80 | |
| **Total Associate** | | **87.50** | |
| RIVERA M | 06/01/06 | 1.60 | DOCKET PLEADINGS (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RIVERA M | 06/05/06 | 1.90 | ASSEMBLE DOCUMENTS FOR ATTORNEY REVIEW (1.2); DOCKET PLEADINGS (0.7). |
| RIVERA M | 06/06/06 | 1.60 | DOCKET PLEADINGS (1.6). |
| RIVERA M | 06/07/06 | 1.40 | DOCKET PLEADINGS (1.4). |
| RIVERA M | 06/08/06 | 0.80 | DOCKET PLEADINGS (0.8). |
| RIVERA M | 06/09/06 | 3.90 | PREPARE AND CODE CORRESPONDENCE FOR DATABASE (3.5); DOCKET PLEADINGS (0.4). |
| RIVERA M | 06/12/06 | 3.40 | PRINT/ORGANIZE DOCUMENTS FOR SCANNING INTO DATABASE (3.4). |
| RIVERA M | 06/13/06 | 1.10 | UPDATE CASE ADMINISTRATION BINDERS (1.1). |
| RIVERA M | 06/14/06 | 2.50 | SCAN AND UPDATE CORRESPONDENCE INTO DATABASE (2.5). |
| RIVERA M | 06/15/06 | 3.40 | SCAN AND CODE CORRESPONDENCE INTO DATABASE (3.4). |
| RIVERA M | 06/16/06 | 0.70 | DOCKET PLEADINGS (0.7). |
| RIVERA M | 06/19/06 | 2.20 | DOCKET PLEADINGS (2.2). |
| RIVERA M | 06/21/06 | 0.50 | DOCKET PLEADINGS (0.5). |
| RIVERA M | 06/22/06 | 3.30 | SCAN AND CODE CORRESPONDENCE INTO DATABASE (3.3). |
| RIVERA M | 06/23/06 | 4.00 | SCAN AND CODE CORRESPONDENCE INTO DATABASE (4.0). |
| RIVERA M | 06/26/06 | 3.50 | SCAN AND CODE CORRESPONDENCE INTO DATABASE (3.5). |
| | | 35.80 | |

**Total Legal Assistant Support**           **35.80**

**TOTAL TIME**           <u>**125.30**</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Secured Claims**

**Bill Date: 07/31/06**
**Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/30/06 | Telecommunications, D | 5.08 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 6.51 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.34 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.07 |
| | | **TOTAL TELEPHONE EXPENSE** | **$12.00** |
| Westlaw | 06/07/06 | Ziegler VE | 637.22 |
| Westlaw | 06/08/06 | Ziegler VE | 121.78 |
| | | **TOTAL WESTLAW** | **$759.00** |
| Reproduction - color | 06/09/06 | Copy Center, D | 223.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$223.00** |
| Telephone - Long Distance | 12/18/05 | Toussi S | 3.00 |
| Telephone - Long Distance | 12/19/05 | Toussi S | 16.79 |
| Telephone - Long Distance | 12/20/05 | Toussi S | 108.14 |
| Telephone - Long Distance | 12/20/05 | Toussi S | 3.00 |
| Telephone - Long Distance | 12/21/05 | Toussi S | 36.07 |
| Telephone - Long Distance | 12/22/05 | Toussi S | 3.00 |
| | | **TOTAL TELEPHONE - LONG DISTANCE** | **$170.00** |
| Outside Re-search/Internet Services | 12/21/05 | Toussi S | 10.00 |
| Outside Re-search/Internet Services | 12/22/05 | Toussi S | 10.00 |
| Outside Re-search/Internet Services | 12/23/05 | Toussi S | 10.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Outside Re-search/Internet Services | 12/25/05 | Toussi S | 10.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$40.00** |
| Printing to paper from TIF | 06/08/06 | Copy Center, D | 353.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$353.00** |
| | | **TOTAL MATTER** | **$1,557.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Secured Claims**

**Bill Date: 08/31/06**
**Bill Number: 1122597**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 07/10/06 | 1.40 | DISCUSS FILINGS CONCERNING SEVERAL OMNIBUS HEARING MATTERS, AND FORMULATE STRATEGY WITH RESPECT TO L&W ENGINEERING CASE IN PARTICULAR (1.4). |
| HOGAN III AL | 07/17/06 | 0.80 | TELECONFERENCE WITH COUNSEL FOR L&W ENGINEERING RE: STATUS CONFERENCE WITH COURT, AND AGREED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS; REVIEW STATUS OF LEGAL RESEARCH CONCERNING 12(C) MOTION IN CONNECTION WITH SAME (0.8). |
| HOGAN III AL | 07/28/06 | 2.20 | REVIEW LEGAL MEMORANDUM RE: POTENTIAL 12(C) MOTION CONCERNING L&W ENGINEERING ACTION, AND ANALYZE STRENGTHS AND WEAKNESS OF POTENTIAL MOTION (2.2). |
| | | **4.40** | |
| **Total Partner** | | **4.40** | |
| MATZ TJ | 07/19/06 | 0.30 | FOLLOW UP RE: MTI LIEN, CLAIM (0.3). |
| MATZ TJ | 07/20/06 | 0.40 | FURTHER REVIEW OF MTI LIEN CLAIMS (0.4). |
| MATZ TJ | 07/25/06 | 0.90 | CONTINUE TO REVIEW OF POSSIBLE MTI CLAIM, SECURITY AND LIEN STATUS (0.9). |
| MATZ TJ | 07/26/06 | 3.10 | REVIEWING BACK-UP LIEN MATERIALS RE: MTI CLAIM (0.9); REVIEWING AND REVISING OBJECTION TO DISALLOWANCE OF LIEN CLAIM AGAINST MTI (1.2); FURTHER REVIEW OF MTI LIEN MATERIALS (0.4); FURTHER REVIEW AND ANALYSIS OF MTI LIEN CLAIM OBJECTION AND RESPONSE (0.6). |
| MATZ TJ | 07/27/06 | 0.80 | FURTHER REVISIONS TO MTI OBJECTION RE: MICHIGAN SPECIAL TOOLS LIEN ACT (0.8). |
| MATZ TJ | 07/31/06 | 1.20 | REVIEWING AND FINALIZING MTI CLAIM OBJECTION RESPONSE FOR FILING IN MTI CHAPTER 11 CASE (0.8); REVIEWING FILING AND SERVICE MATTERS IN RESPECT THEREOF (0.4). |
| | | **6.70** | |
| ~~RAMLO K~~ | ~~07/05/06~~ | ~~0.20~~ | ~~REVIEW STATUS OF L&W LITIGATION (0.2).~~ |
| ~~RAMLO K~~ | ~~07/14/06~~ | ~~0.30~~ | ~~REVISE HEARING NOTES FOR L&W PRETRIAL CONFERENCE (0.3).~~ |
| ~~RAMLO K~~ | ~~07/21/06~~ | ~~0.40~~ | ~~REVIEW MATERIALS ON VARIOUS LIENS (0.4).~~ |
| ~~RAMLO K~~ | ~~07/24/06~~ | ~~0.20~~ | ~~SUPERVISE B. HOUSTON RE: LIENS RESEARCH (0.2).~~ |
| | | ~~1.10~~ | |
| **Total Counsel** | | **7.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOUSTON BM        07/14/06     1.80  STRATEGIZE RE: L&W ADVERSARY (1.8).

HOUSTON BM        07/19/06     1.20  BEGIN REVIEWING LORENTSON LIENS (1.2).

                               3.00

MEISLER RE        07/10/06     0.20  REVIEW L&W LIEN MATTER IN PREPARATION
                                     FOR JULY 19TH HEARING (0.2).

MEISLER RE        07/11/06     0.30  CONTINUED TO REVIEW L&W LIEN MATTER IN
                                     PREPARATION FOR JULY 19TH HEARING
                                     (0.3).

MEISLER RE        07/12/06     0.20  CONTINUED PREPARATION FOR HEARING RE:
                                     L&W ADVERSARY PROCEEDING (0.2).

MEISLER RE        07/13/06     0.10  FOLLOW UP ON L&W ADVERSARY PROCEEDING
                                     (0.1).

MEISLER RE        07/14/06     1.30  ANALYZE RULE 12(C) OPTION RE: L&W
                                     ADVERSARY PROCEEDING (0.6);
                                     TELECONFERENCE WITH K. CRAFT RE: SAME
                                     (0.2); REVIEW AND REVISE SCRIPT AND
                                     PROFFER RE: SCHEDULING ORDER TO BE
                                     SUBMITTED (0.5).

MEISLER RE        07/17/06     0.20  REVIEW TENNECO SETOFF REQUEST (0.1);
                                     FOLLOW-UP ON L&W INQUIRY RE: SCHEDULING
                                     ORDER (0.1).

MEISLER RE        07/19/06     0.20  ATTENTION TO POST HEARING MATTERS RE:
                                     L&W (0.2).

MEISLER RE        07/20/06     0.50  CONTINUED REVIEW OF POST HEARING
                                     MATTERS RE: L&W (0.5).

MEISLER RE        07/21/06     0.20  REVIEW SCHEDULING ORDER RE: L&W (0.2).

MEISLER RE        07/23/06     0.10  WORK ON L&W ADVERSARY COMPLAINT (0.1).

MEISLER RE        07/24/06     0.20  CONTINUE TO REVIEW STATUS OF L&W
                                     ADVERSARY PROCEEDING AND STRATEGIZE RE:
                                     SAME (0.2).

MEISLER RE        07/26/06     0.30  REVIEW CORRESPONDENCE RE: L&W LIEN
                                     (0.3).

MEISLER RE        07/27/06     0.50  CONTINUED ANALYSIS OF NEXT STEPS RE: L&W
                                     ADVERSARY PROCEEDING AND REVIEW OF
                                     DELPHI TERMS AND CONDITIONS (0.2);
                                     TELECONFERENCE WITH K. CRAFT RE: SAME
                                     (0.1); DRAFT INTERNAL CORRESPONDENCE
                                     RE: SAME (0.2).

MEISLER RE        07/31/06     0.70  REVIEW DOCUMENTATION RE: EQUIPMENT
                                     LEASE (0.7).

                               5.00

ROHNER WM         07/10/06     0.40  CONFERENCE RE: L&W ADVERSARY PROCEEDING
                                     (0.2); REVIEW FILINGS IN L&W ADVERSARY
                                     PROCEEDING (0.2).

ROHNER WM         07/11/06     2.10  REVIEW FILINGS IN L&W ADVERSARY
                                     PROCEEDING (0.9); CONDUCT LEGAL
                                     RESEARCH RELATING TO L&W ADVERSARY
                                     PROCEEDING (1.2).

B43E

| ROHNER WM | 07/12/06 | 1.30 | REVIEW MATERIALS RELATING TO L&W ADVERSARY PROCEEDING (0.7); CONFERENCES RE: RESEARCH TO BE CONDUCTED AND CASE STRATEGY WITH RESPECT TO L&W MATTER (0.6). |
|---|---|---|---|
| ROHNER WM | 07/13/06 | 1.20 | CONFERENCE RE: CASE STRATEGY AND PRETRIAL STATUS HEARING WITH RESPECT TO L&W ADVERSARY PROCEEDING (0.8); REVIEW LEGAL RESEARCH RELATING TO L&W ADVERSARY PROCEEDING (0.4). |
| ROHNER WM | 07/14/06 | 0.90 | DRAFT SUMMARY OF ISSUES RELATING TO L&W ADVERSARY PROCEEDING (0.4); CONFERENCE RE: PRETRIAL STATUS HEARING IN L&W MATTER (0.3); REVIEW MATERIALS RELATING TO L&W MATTER (0.2). |
| ROHNER WM | 07/17/06 | 1.80 | TELECONFERENCE WITH OPPOSING COUNSEL RE: PRETRIAL CONFERENCE HEARING IN L&W MATTER (0.2); CORRESPOND WITH OPPOSING COUNSEL RE: IN L&W MATTER (0.3); CONFERENCE RE: CASE STRATEGY IN L&W MATTER (0.4); CONFERENCE RE: LEGAL RESEARCH IN L&W MATTER (0.4); REVIEW MATERIALS RELATING TO L&W MATTER (0.3); REVISE DRAFT PROFFER RELATING TO L&W MATTER (0.2). |
| ROHNER WM | 07/18/06 | 0.70 | DRAFT PROPOSED ORDER RELATING TO L&W MATTER (0.4); CONFERENCE WITH OPPOSING COUNSEL RE: L&W MATTER (0.3). |
| ROHNER WM | 07/19/06 | 1.10 | CONFERENCE WITH OPPOSING COUNSEL RE: DRAFT SCHEDULING ORDER IN L&W ADVERSARY PROCEEDING (0.2); TELECONFERENCE RE: HEARING ON L&W MATTER (0.2); CONDUCT LEGAL RESEARCH INTO SUMMARY JUDGMENT STANDARDS AND RELATED LOCAL RULES AND BANKRUPTCY RULES (0.4); REVISE DRAFT SCHEDULING ORDER IN L&W ADVERSARY PROCEEDING, PURSUANT TO COURT'S INSTRUCTIONS (0.3). |
| ROHNER WM | 07/20/06 | 1.40 | REVIEW DOCUMENTS RELATING TO L&W ADVERSARY PROCEEDING (0.7); REVISE DRAFT ORDER IN L&W ADVERSARY PROCEEDING (0.2); CORRESPOND WITH OPPOSING COUNSEL RE: L&W ADVERSARY PROCEEDING (0.2); CONFERENCE RE: L&W ADVERSARY PROCEEDING (0.3). |
| ROHNER WM | 07/21/06 | 0.50 | CONFERENCE RE: L&W ADVERSARY PROCEEDING (0.5). |
| ROHNER WM | 07/24/06 | 0.20 | REVIEW AND CORRESPOND RE: DOCUMENTS RELATING TO L&W ADVERSARY PROCEEDING (0.2). |
| ROHNER WM | 07/25/06 | 0.70 | CONFERENCE AND CORRESPOND RE: L&W ADVERSARY PROCEEDING (0.4); CONDUCT LEGAL RESEARCH IN SUPPORT OF DISPOSITIVE MOTION IN L&W ADVERSARY PROCEEDING (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ROHNER WM | 07/26/06 | 1.30 | REVIEW DOCUMENTS RELATING TO CONTRACTUAL AND FACTUAL ISSUES IN L&W ADVERSARY PROCEEDING (0.6); REVIEW AND REVISE DRAFT MEMO RELATING TO RESEARCH ISSUES IMPLICATED IN DISPOSITIVE MOTIONS IN L&W MATTER (0.4); CONFERENCE REGARDING DRAFT MEMO (0.3). |
| --- | --- | --- | --- |
| ROHNER WM | 07/27/06 | 1.70 | COMMUNICATE WITH COMPANY PERSONNEL RE: MATERIALS RELEVANT TO DISPOSITIVE MOTION IN L&W MATTER (0.4); DRAFT AND REVISE MEMORANDUM ON LEGAL RESEARCH ISSUES RELATING TO L&W MATTER (0.8); REVISE DRAFT SCHEDULING ORDER (0.2); CONFERENCE RE: DOCUMENTARY SUPPORT FOR DISPOSITIVE MOTION IN L&W MATTER (0.3). |
| ROHNER WM | 07/28/06 | 1.10 | CONFERENCE RE: L&W DISPOSITIVE MOTION (0.7); REVIEW MEMORANDUM AND LEGAL RESEARCH WITH RESPECT TO L&W DISPOSITIVE MOTION (0.2); REVISE SCHEDULING ORDER FOR SUBMISSION TO COURT (0.2). |
| ROHNER WM | 07/31/06 | 0.50 | COMMENCE DRAFTING BRIEF IN SUPPORT OF DISPOSITIVE MOTION IN L&W ADVERSARY PROCEEDING (0.3); CONFERENCE REGARDING DISPOSITIVE PAPERS (0.2). |
|  |  | **16.90** |  |
| **Total Associate** |  | **24.90** |  |
| **TOTAL TIME** |  | <u>**37.10**</u> |  |

B43E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Secured Claims**

**Bill Date: 08/31/06**
**Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Re-search/Internet Services | 07/06/06 | Pacer Service Center | 5.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$5.00** |
| | | **TOTAL MATTER** | **$5.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 09/30/06**
**Secured Claims**                                    **Bill Number: 1128097**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 08/04/06 | 0.30 | REVIEW STATUS OF L&W MOTION FOR JUDGMENT ON THE PLEADINGS (0.3). |
| HOGAN III AL | 08/07/06 | 0.80 | EDIT L&W PLEADING AND DISCUSS FURTHER CHANGES WITH R. ROHNER (0.8). |
| HOGAN III AL | 08/09/06 | 2.60 | MAKE FINAL EDITS AND REVIEW OF L&W MOTION, MULTIPLE CONFERENCES WITH W. RHONER IN CONNECTION WITH SAME (2.4); TELECONFERENCE WITH K. KRAFT RE: DECLARATION IN SUPPORT OF SAME (0.2). |
| HOGAN III AL | 08/21/06 | 1.90 | ANALYZE L&W ENGINEERING MATTER, AND DISCUSS BROADER STRATEGY ISSUES WITH R. MEISLER CONCERNING TOOLING AND FABRICATION LIENS (1.9). |
| HOGAN III AL | 08/22/06 | 1.70 | REVIEW AND EDIT DRAFT OF C & W OPPOSITION AND CORRESPONDING STATEMENT OF UNDISPUTED FACTS (1.7). |
| HOGAN III AL | 08/23/06 | 6.40 | EDIT BRIEF IN OPPOSITION TO SUMMARY JUDGMENT IN L&W ENGINEERING CASES, AND LEGAL AND FACTUAL RESEARCH IN CONNECTION WITH SAME (5.7); ANALYZE ISSUES ASSOCIATED WITH AMENDMENT TO NDA AND RELATED CONFIDENTIALITY PROTECTIONS AND ORDERS (0.7). |
| HOGAN III AL | 08/31/06 | 1.60 | CONTINUE ANALYSIS OF L&W REPLY BRIEF, AND BROADER ISSUE OF TOOLING AND FABRICATION LIEN CLAIMS AGAINST ESTATE (1.6). |
| | | **15.30** | |
| LYONS JK | 08/22/06 | 3.20 | REVIEW L&W RESPONSE AND PLEADINGS AND DEVELOPED STRATEGY RE: THE SAME (3.2). |
| | | **3.20** | |
| **Total Partner** | | **18.50** | |
| GRANT K | 08/01/06 | 0.60 | REVIEW LETTER AND PROPOSED AGREEMENT TO ARBITRATION WITH RESPECT TO COMERICA LEASED ITEMS (0.6). |
| GRANT K | 08/02/06 | 0.40 | REVIEW OF MEMORANDUM RE: COMERICA LEASING ISSUE (0.4). |
| GRANT K | 08/03/06 | 2.90 | REVIEW PENDING SET OFF CLAIMS (1.2); RESEARCH RE: TRIANGULAR SET OFF (1.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 08/04/06 | 7.10 | CONTINUE RESEARCH RE: SET OFF ISSUES (1.3); REVIEW OF FINAL DIP ORDER RE: SAME (0.9); CONTINUE REVIEW OF SET OFF DEMANDS MADE TO DATE (1.2); REVIEW DETAILED MEMORANDUM RE: EQUIPMENT ORIGINALLY LEASED TO CLIENT BY COMERICA AND SETTLEMENT PROCEDURES MOTION AND ORDER. (2.2); TELECONFERENCE RE: SAME (0.4); DRAFT EMAIL TO S. CORCORAN OUTLINING SETTLEMENT PROCEDURES RE: SAME (1.1). |
| GRANT K | 08/07/06 | 4.30 | REVISE EMAIL TO CLIENT RE: PURCHASE OF COMERICA EQUIPMENT (0.8); REVIEW LIENS FILED TO DATE AND DRAFTED SUMMARY CHART RE: SAME (3.5). |
| GRANT K | 08/08/06 | 2.70 | CONTINUE REVIEW OF LIENS FILED TO DATE AND COMPLETED SUMMARY CHART RE: SAME (1.2); RESEARCH RELEVANT STATE LAWS TO ASCERTAIN VALIDITY OF CERTAIN LIENS (0.6); REVIEW MOTION AND ORDER AUTHORIZING PAYMENT OF CONTRACTORS AND SERVICE PROVIDERS IN SATISFACTION OF LIENS (0.9). |
| GRANT K | 08/14/06 | 0.40 | TELECONFERENCE WITH COUNSEL FOR COMERICA RE: VALUATION OF EQUIPMENT TO BE PURCHASED BY CLIENT (0.4). |
| GRANT K | 08/15/06 | 2.40 | REVIEW AND ANALYZE MOTION OF METHODE ELECTRONICS FOR RELIEF FROM STAY TO EXERCISE SET OFF RIGHTS (2.4). |
| GRANT K | 08/21/06 | 1.10 | REVIEW/ANALYSIS OF NEW SET OFF DEMAND BY WABASH TECHNOLOGIES, INC. (1.1). |
| GRANT K | 08/23/06 | 0.20 | OBTAIN CLAIM OF SELECT INDUSTRIES CORP. (0.2). |
| | | **22.10** | |
| JJINGO MJ | 08/07/06 | 1.20 | RESEARCH CERTAIN OHIO LIEN ISSUES (1.2). |
| JJINGO MJ | 08/10/06 | 1.90 | CORRESPOND WITH M. HALL RE: EQ/HERITAGE LIEN AND CONVERSE WITH S. WOLFSON AT HONIGMAN RE: THE SAME (1.9). |
| JJINGO MJ | 08/15/06 | 5.20 | RESEARCH CERTAIN ISSUES RELATED TO SET OFF OF CLAIMS (5.2). |
| JJINGO MJ | 08/24/06 | 1.40 | STRATEGIZE RE: L&W'S MOST RECENT PLEADINGS (1.4). |
| JJINGO MJ | 08/30/06 | 1.90 | REVIEW OHIO LIEN STATUTE IN RELATION TO ZIMPHER KYSER LIEN ISSUE (1.9). |
| JJINGO MJ | 08/31/06 | 1.10 | REVIEW MATERIALS RELATED TO OHIO LIEN ISSUE (1.1). |
| | | **12.70** | |
| MEISLER RE | 08/03/06 | 0.80 | REVIEW L&W LITIGATION AND 2001 DELPHI TERMS AND CONDITIONS (0.5); DRAFT CORRESPONDENCE RE: SAME (0.3). |

B43E

| | | | |
|---|---|---|---|
| MEISLER RE | 08/07/06 | 0.80 | REVIEW L&W FILINGS (0.8). |
| MEISLER RE | 08/08/06 | 0.20 | CONTINUE REVIEW OF L&W ADVERSARY COMPLAINT (0.2). |
| MEISLER RE | 08/09/06 | 0.70 | TELECONFERENCE WITH K. CRAFT RE: L&W FILING (0.2); REVIEW AND REVISE K. CRAFT DECLARATION RE: SAME (0.5). |
| MEISLER RE | 08/14/06 | 0.70 | TELECONFERENCE WITH N. BERGER RE: BANK OF AMERICA ADVERSARY PROCEEDING (0.3); ANALYSIS OF WATER LIENS (0.4). |
| MEISLER RE | 08/21/06 | 0.70 | CONTINUE ANALYSIS OF L&W ADVERSARY PROCEEDING (0.7). |
| MEISLER RE | 08/22/06 | 2.60 | REVIEW AND ANALYZE CASE LAW RE: L&W (0.6); CONTINUED ANALYSIS OF FACTS RE: SAME (0.5); REVIEW AND COMMENT ON PLEADINGS TO BE FILED (1.0); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.5). |
| MEISLER RE | 08/23/06 | 3.60 | CONTINUE TO REVIEW CASE LAW RE: L&W FILINGS (2.1); CONTINUE TO REVIEW AND COMMENT ON FILINGS (1.5). |
| MEISLER RE | 08/24/06 | 0.40 | TELECONFERENCE WITH K. CRAFT RE: L&W (0.2); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 08/25/06 | 0.50 | CONTINUE ANALYSIS OF L&W ADVERSARY PROCEEDING (0.5). |
| MEISLER RE | 08/31/06 | 0.60 | DRAFT CORRESPONDENCE RE: DISMISSAL OF ADVERSARY PROCEEDINGS RE: VALIDITY OF LIENS (0.2); REVIEW SCOPE OF SECURED TRADE CLAIMS (0.2) AND DRAFT CORRESPONDENCE RE: SAME (0.2). |
| | | 11.60 | |
| ROHNER WM | 08/02/06 | 3.80 | PROVIDE SUMMARY OF STATUS OF L&W MATTER IN CONNECTION WITH CREDITORS' COMMITTEE PRESENTATION (0.3); DRAFT AND REVISE MOTION FOR JUDGMENT ON THE PLEADINGS IN L&W MATTER (3.2); CONDUCT LEGAL RESEARCH IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS (0.3). |
| | | 3.80 | |
| Total Associate | | 50.20 | |
| TOTAL TIME | | **68.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Secured Claims**

**Bill Date: 09/30/06**
**Bill Number: 1128097**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.79 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.13 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.08 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Westlaw | 08/04/06 | Grant K | 15.42 |
| Westlaw | 08/09/06 | Grant K | 125.58 |
| | | **TOTAL WESTLAW** | **$141.00** |
| | | **TOTAL MATTER** | **$143.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Secured Claims**

**Bill Date: 10/31/06**
**Bill Number: 1127729**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 09/07/06 | 1.70 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.4) PREPETITION AGENT MEETING IN NEW YORK CITY. |
| | | **1.70** | |
| HOGAN III AL | 09/11/06 | 3.80 | ANALYZE UCC ISSUES WITH RESPECT TO STATUTORY LIENS, AND IN PREPARATION FOR POTENTIAL ARGUMENT OF ISSUES IN THE L&W MATTER (3.8). |
| HOGAN III AL | 09/12/06 | 2.20 | CONTINUE RESEARCH AND ANALYSIS OF STATUTORY LIENS ISSUE IN CONNECTION WITH L&W MATTER, AND IN BROADER CONTEXT OF DEBTOR CLAIMS POOL (2.2). |
| HOGAN III AL | 09/19/06 | 0.40 | REVIEW CORRESPONDENCE FROM SPS TECHNOLOGIES COUNSEL CONCERNING DELPHI OVERPAYMENT ISSUE, AND PLAN FOR RESPONSE TO SAME (0.4). |
| HOGAN III AL | 09/20/06 | 0.70 | TELECONFERENCE WITH N. STUART AND N. BERGER (TOGUT SEGAL & SEGAL) RE: ASSERTIONS BY SPS TECHNOLOGIES IN RELATION TO PRE-PETITION ADVANCE PAYMENTS, AND SETOFF ISSUES WITH RESPECT TO SAME (0.5); REVIEW CORRESPONDENCE FROM SPS AND ANALYZE FACTUAL ASSERTIONS IN CONNECTION WITH SAME (0.2). |
| HOGAN III AL | 09/22/06 | 0.50 | REVIEW INFORMATION CONCERNING CLAIMS POTENTIAL SECURED BY STATUTORY LIENS, AND DISCUSS STRATEGY FOR ADDRESSING LEGAL ISSUES WITH RESPECT TO SAME (0.5). |
| | | **7.60** | |
| **Total Partner** | | **9.30** | |
| ~~DIAZ LB*~~ | ~~09/20/06~~ | ~~0.30~~ | ~~TELECONFERENCE WITH M. HESTER RE: WATER LIENS (0.3).~~ |
| ~~DIAZ LB*~~ | ~~09/21/06~~ | ~~0.70~~ | ~~DRAFT DOCUMENT ANALYZING FINDINGS OF WATER LIEN RESEARCH FOR M. HESTER (0.7).~~ |
| ~~DIAZ LB*~~ | ~~09/22/06~~ | ~~0.50~~ | ~~RESEARCH RELATED TO WATER LIEN AND PROOFS OF CLAIM (0.5).~~ |
| | | ~~**1.50**~~ | |
| GRANT K | 09/06/06 | 2.40 | REVIEW REPLY BRIEF IN L&W MATTER AND PERFORMED RESEARCH RE: SEC. 542 OF THE BANKRUPTCY CODE. (1.1); REVIEW MEMO RE: POST PETITION AMOUNTS UNDER EQUIPMENT LEASES (0.3); RESEARCH FOR L& W BRIEF RE: PUNISHING DEBTOR FOR FILING BANKRUPTCY (1.0). |

B43E

| GRANT K | 09/07/06 | 0.90 | REVIEW PLEADING RE: ENFORCEMENT OF LIEN WAIVER IN TERMS AND CONDITIONS. (0.6); REVIEW DELPHI TERMS AND CONDITIONS RE: SAME (0.3). |

| GRANT K | 09/13/06 | 0.40 | REVIEW AND ANALYZED BOSCH SETOFF REQUEST (0.2); EMAIL WITH OPPOSING COUNSEL FOR ADVENT RE: LETTER AGREEMENT (0.2). |

| GRANT K | 09/15/06 | 0.20 | EMAIL WITH N. BERGER RE: BOSCH SETOFF REQUEST (0.2). |

| GRANT K | 09/18/06 | 0.30 | EMAIL WITH C. DANZ AND M. HALL RE: KETTERING LEASE AND MECHANICS LIEN CLAIMS (0.3). |

| GRANT K | 09/20/06 | 4.10 | REVIEW INSURANCE INVOICE FOR 3565 KETTERING LEASE (0.3); REVIEW LIEN RELEASE FOR ORBIT (0.2); EMAIL WITH C. DANZ RE: SAME (0.2); EMAIL WITH LANDLORD'S COUNSEL RE: RESOLUTION OF ADMINISTRATIVE CLAIMS (0.4); REVIEW AND ANALYZE INVOICE UNDERLYING ZIMPHER KYSER MECHANICS LIEN (0.3); REVIEW AND ANALYZE SUMMARY REPORT OF SETOFF CLAIMS PREPARED BY TOGUT, SEGAL (2.7). |

| GRANT K | 09/21/06 | 1.70 | REVIEW RELEASES OF LIEN FOR 3535 KETTERING PROPERTY (0.2); REVIEW OHIO MECHANICS LIEN LAW AND ANALYZED REMAINING LIEN CLAIM (1.2); EMAIL WITH CLIENTS RE: SAME (0.3). |

| GRANT K | 09/22/06 | 1.20 | EMAILS AND TELECONFERENCE WITH L. DIAZ RE: WATER LIEN AT HOLLAND ROAD FACILITY (1.2). |

| GRANT K | 09/25/06 | 2.90 | PERFORM RESEARCH RE: RESTORATION DAMAGES UNDER 2ND CIRCUIT LAW (1.8); DRAFT RESEARCH SUMMARY RE: SAME (1.1). |

| GRANT K | 09/26/06 | 0.30 | EMAIL RE: REJECTION CLAIMS (0.3). |

|  |  | **14.40** | |

| HERRIOTT AV | 09/01/06 | 1.00 | BEGIN DRAFTING PRESENTATION FOR PREPETITION LENDERS (1.0). |

| HERRIOTT AV | 09/05/06 | 0.90 | CONTINUE DRAFTING PRESENTATION FOR THE PREPETITION SECURED LENDERS (0.9). |

| HERRIOTT AV | 09/06/06 | 2.80 | REVIEW AND REVISE PRESENTATION FOR THE AGENT TO THE PREPETITION SECURED LENDERS (2.3); PREPARE UPDATE FOR LAW DEBENTURE TRUST COMPANY (0.5). |

| HERRIOTT AV | 09/19/06 | 0.10 | FOLLOW UP RE: PRESENTATION FOR LAW DEBENTURE (0.1). |

|  |  | **4.80** | |

| JJINGO MJ | 09/01/06 | 2.90 | REVIEW CERTAIN SETOFF STIPULATIONS AND MAKE REQUIRED UPDATES TO INTERNAL STIPULATION MATERIALS (2.9). |

140

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

JJINGO MJ        09/25/06        2.10   ANALYZE GM SETOFF ISSUE BY REVIEWING
                                        CERTAIN S.D.N.Y. CASELAW (2.1).

JJINGO MJ        09/26/06        2.60   REVIEW CASE LAW DISCUSSING RIGHT TO
                                        SETOFF AND DRAFT AND REVISE CASE BRIEF
                                        RE: THE SAME (2.6).

                                7.60

MEISLER RE       09/01/06        0.60   TELECONFERENCE WITH N. BERGER RE:
                                        SETOFF (0.2); CONTINUE ANALYSIS OF
                                        STRATEGY RE: L&W (0.4).

MEISLER RE       09/04/06        1.20   REVIEW AND COMMENT ON REPLY RE: L&W
                                        COMPLAINT (1.0); CONTINUE ANALYSIS OF
                                        SUPPLIER'S REFUSAL TO TURNOVER TOOL
                                        (0.2).

MEISLER RE       09/05/06        3.70   CONTINUE TO REVIEW AND REVISE L&W REPLY
                                        (3.7).

MEISLER RE       09/06/06        7.00   CONTINUE TO REVIEW AND REVISE L&W REPLY
                                        (5.9); TELECONFERENCE WITH M. NEWMAN
                                        RE: SAME (0.4); ANALYSIS OF GLOBAL LIEN
                                        ISSUES (0.7).

MEISLER RE       09/07/06        0.30   REVIEW AND ANALYZE L&W REPLY (0.3).

MEISLER RE       09/08/06        0.40   CONFERENCE WITH A. HOGAN RE: L&W (0.1);
                                        REVIEW SCRIPT RE: SAME (0.3).

MEISLER RE       09/11/06        0.50   TELECONFERENCE WITH M. NEWMAN RE: L&W
                                        (0.1); NOTES TO FILE (0.2); ANALYSIS OF
                                        WATER LIENS ASSERTED (0.2).

MEISLER RE       09/12/06        1.00   REVIEW CORRESPONDENCE FROM BOSCH RE:
                                        SETOFF (0.1); CONTINUE WORKING ON
                                        RESOLUTION TO L&W (0.4);
                                        TELECONFERENCES WITH M. NEWMAN RE: SAME
                                        (0.1, 0.1); DRAFT CORRESPONDENCE TO S.
                                        CORCORAN AND K. CRAFT RE: SAME (0.3).

MEISLER RE       09/13/06        0.10   CONTINUE REVIEW OF L&W SCRIPT (0.1).

MEISLER RE       09/14/06        0.20   REVIEW ANALYSIS RE: WATER LIENS (0.2).

MEISLER RE       09/20/06        0.10   REVIEW CORRESPONDENCE RE: SETOFF (0.1).

MEISLER RE       09/24/06        0.20   REVIEW CORRESPONDENCE (0.1) AND DRAFT
                                        INTERNAL CORRESPONDENCE (0.1) RE:
                                        SAGINAW'S ASSERTION OF LIENS FOR WATER
                                        USAGE.

MEISLER RE       09/25/06        0.10   DRAFT FOLLOW UP CORRESPONDENCE RE:
                                        SAGINAW'S ASSERTION OF LIENS FOR WATER
                                        USAGE (0.1).

                                15.40

ROHNER WM        09/01/06        3.90   CONTINUE TO DRAFT AND REVISE REPLY BRIEF
                                        IN L&W ADVERSARY PROCEEDING (3.4);
                                        COORDINATE CITE-CHECKING OF BRIEF
                                        (0.3); COMMUNICATE WITH COMPANY
                                        PERSONNEL RE: FACTUAL MATTERS RELATED
                                        TO REPLY BRIEF IN ADVERSARY PROCEEDING
                                        (0.2).

B43E

| ROHNER WM | 09/05/06 | 10.40 | DRAFT AND REVISE REPLY BRIEF IN L&W ADVERSARY PROCEEDING (9.1); CONDUCT LEGAL RESEARCH IN SUPPORT OF REPLY BRIEF (0.7); CONFERENCE RE: DRAFT REPLY BRIEF (0.6). |
|---|---|---|---|
| ROHNER WM | 09/06/06 | 11.80 | DRAFT, REVISE, AND FINALIZE REPLY BRIEF FOR FILING IN L&W ADVERSARY PROCEEDING (9.8); CONDUCT LEGAL RESEARCH IN SUPPORT OF REPLY BRIEF (1.2); REVIEW PLAINTIFFS' REPLY BRIEF (0.3); CONFERENCE WITH COMPANY PERSONNEL RE: FACTUAL MATTERS RELATED TO REPLY BRIEF (0.5). |
| ROHNER WM | 09/07/06 | 6.80 | DRAFT MATERIALS IN PREPARATION FOR UPCOMING HEARING (4.9); REVIEW MATERIALS RELATING TO L&W ADVERSARY PROCEEDING, IN CONNECTION WITH HEARING (1.0); REVIEW AND DRAFT NOTES ON PLAINTIFFS' REPLY BRIEF IN L&W ADVERSARY PROCEEDING (0.3); CONFERENCE RE: L&W ADVERSARY PROCEEDING (0.6). |
| ROHNER WM | 09/08/06 | 5.60 | DRAFT, REVIEW, AND REVISE MATERIALS IN PREPARATION FOR HEARING IN L&W ADVERSARY PROCEEDING (5.4); CONFERENCE RE: PREPARATION OF MATERIALS IN CONNECTION WITH HEARING IN L&W ADVERSARY PROCEEDING (0.2). |
| ROHNER WM | 09/11/06 | 6.40 | REVIEW AND REVISE MATERIALS IN PREPARATION FOR HEARING IN L&W ADVERSARY PROCEEDING (0.8); CONDUCT LEGAL RESEARCH INTO ISSUES RELATING TO L&W ADVERSARY PROCEEDING, INCLUDING ISSUES ARISING UNDER UCC AND ISSUES RELATING TO LOCAL PROCEDURAL RULES (4.9); DRAFT SUMMARIES BASED ON RESEARCH OF ISSUES RELATING TO L&W ADVERSARY PROCEEDING (0.7). |
| ROHNER WM | 09/12/06 | 5.20 | CONDUCT LEGAL RESEARCH ON ISSUES RELATING TO HEARING ON DISPOSITIVE MOTIONS IN L&W ADVERSARY PROCEEDING (4.6); DRAFT SUMMARIES OF FINDINGS ON LEGAL RESEARCH ISSUES RELATING TO L&W ADVERSARY PROCEEDING (0.6). |
| ROHNER WM | 09/13/06 | 2.10 | DRAFT MATERIALS IN PREPARATION FOR HEARING, WITH RESPECT TO L&W ADVERSARY PROCEEDING (1.8); CONFERENCE RE: HEARING IN L&W ADVERSARY PROCEEDING (0.3). |
| ROHNER WM | 09/18/06 | 0.20 | CONFERENCE RE: NEXT STEPS WITH RESPECT TO L&W ADVERSARY PROCEEDING AND WITH RESPECT TO OTHER SUPPLIERS WITH POTENTIALLY PARALLEL FACT PATTERNS (0.2). |
| ROHNER WM | 09/19/06 | 0.40 | CONFERENCE RE: STATUS OF L&W MATTER AND CLAIMS OF OTHER POTENTIAL LIEN HOLDERS (0.4). |

B43E

ROHNER WM        09/21/06     0.30   CONFERENCE RE: STATUS OF L&W MATTER AND
                                     CLAIMS OF OTHER POTENTIAL LIENHOLDERS
                                     (0.3).

ROHNER WM        09/22/06     0.40   ANALYZE DOCUMENTS RELATING TO CLAIMS
                                     POTENTIALLY SECURED BY LIENS (0.3);
                                     CONFERENCE RE: ISSUE CONCERNING CLAIMS
                                     POTENTIALLY SECURED BY LIENS (0.1).

ROHNER WM        09/25/06     1.40   REVIEW MATERIALS RELATING TO POTENTIAL
                                     LIEN CLAIMS (1.0); CONFERENCE RE:
                                     ISSUES RELATING TO POTENTIAL LIEN
                                     CLAIMS (0.4).

ROHNER WM        09/26/06     0.60   CONDUCT FURTHER ANALYSIS RE: SCOPE OF
                                     POTENTIAL LIEN CLAIMS (0.3); CONFERENCE
                                     RE: ISSUES RELATING TO POTENTIAL LIEN
                                     CLAIMS (0.3).

ROHNER WM        09/27/06     0.60   CONFERENCE AND CORRESPOND RE: ISSUES
                                     RELATED TO ANALYSIS OF POTENTIAL LIEN
                                     CLAIMS (0.6).

ROHNER WM        09/28/06     0.70   CONFERENCE RE: ISSUES RELATING TO
                                     ANALYSIS OF POTENTIAL LIENS CLAIMS
                                     (0.4); REVIEW PROOFS OF CLAIMS WITH
                                     RESPECT TO ANALYSIS OF POTENTIAL LIENS
                                     CLAIMS (0.3).

ROHNER WM        09/29/06     0.30   CONFERENCE RE: ANALYSIS OF POTENTIAL
                                     LIEN CLAIMS AND L&W ADVERSARY
                                     PROCEEDING (0.3).

                             57.10

Total Associate/Law Clerk   100.80

KLIMEK MV        09/01/06     2.00   BEGIN CITECHECKING DEFENDANT'S REPLY
                                     MEMORANDUM IN SUPPORT OF THEIR MOTION
                                     FOR JUDGMENT ON THE PLEADINGS (2.0).

KLIMEK MV        09/02/06     1.10   CONTINUE CITECHECKING DEFENDANT'S
                                     REPLY MEMORANDUM IN SUPPORT OF THEIR
                                     MOTION FOR JUDGMENT ON THE PLEADINGS
                                     (1.1).

KLIMEK MV        09/03/06     5.10   DEFENDANT'S REPLY MEMORANDUM IN SUPPORT
                                     OF THEIR MOTION FOR JUDGMENT ON THE
                                     PLEADINGS (5.1).

KLIMEK MV        09/05/06     1.70   CONTINUE TO CITECHECK DEFENDANT'S REPLY
                                     MEMORANDUM IN SUPPORT OF THEIR MOTION
                                     FOR JUDGMENT ON THE PLEADINGS (1.7).

KLIMEK MV        09/06/06     4.80   CONTINUE TO CITECHECK DEFENDANT'S REPLY
                                     MEMORANDUM IN SUPPORT OF THEIR MOTION
                                     FOR JUDGMENT ON THE PLEADINGS (2.7);
                                     MEET WITH B. ROHNER RE: SAME (2.1).

| | | | |
|---|---|---|---|
| KLIMEK MV | 09/12/06 | 1.20 | RESEARCH RE: TENNESSEE LAW AND THE ADOPTION OF THE UCC CODE (0.6); TELECONFERENCE WITH C. MORONG RE: SAME (0.1); MEET WITH A. MORRIS RE: SAME (0.5). |
| | | **15.90** | |
| **Total Legal Assistant** | | **15.90** | |
| **TOTAL TIME** | | **126.00** | |

\* Law clerks are law school graduates who are not presently admitted
to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**           **Bill Date: 10/31/06**
**Secured Claims**           **Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/08/06 | Copy Center, D | 13.37 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 29.63 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$43.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.69 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.00 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.20 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Westlaw | 09/01/06 | Klimek MV | 80.40 |
| Westlaw | 09/01/06 | Rohner WM | 4.07 |
| Westlaw | 09/04/06 | Klimek MV | 35.11 |
| Westlaw | 09/05/06 | Rohner WM | 122.12 |
| Westlaw | 09/05/06 | Rohner WM | 4.07 |
| Westlaw | 09/06/06 | Klimek MV | 13.40 |
| Westlaw | 09/06/06 | Rohner WM | 53.77 |
| Westlaw | 09/07/06 | Rohner WM | 57.39 |
| Westlaw | 09/11/06 | Rohner WM | 249.74 |
| Westlaw | 09/12/06 | Rohner WM | 265.93 |
| | | **TOTAL WESTLAW** | **$886.00** |
| Out-of-Town Meals | 09/05/06 | Meisler RE | 4.70 |
| Out-of-Town Meals | 09/05/06 | Meisler RE | 20.64 |
| Out-of-Town Meals | 09/06/06 | Meisler RE | 35.64 |
| Out-of-Town Meals | 09/06/06 | Meisler RE | 38.02 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$99.00** |
| Wireless - Mobile/Cellular/Pager | 09/15/06 | Meisler RE | 5.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$5.00** |
| | | **TOTAL MATTER** | **$1,035.00** |

B43E