SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                    :
         In re                     :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,   :    Case No. 05–44481 (RDD)
                                    :
                   Debtors.   :    (Jointly Administered)
                                    :
------------------------------- x

EXHIBIT D-19
RETENTION / FEE MATTERS (SASM&F)
339.5 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 07/31/06
Retention /Fee Matters (SASM&F)                       Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
| --- | --- | --- | --- |
| BUTLER, JR. J | 06/09/06 | 1.20 | CONTINUE TO REVIEW MONTHLY COMPENSATION PACKAGE FOR MAY, 2006 (1.2). |
| BUTLER, JR. J | 06/25/06 | 0.90 | CONTINUE TO REVIEW MONTHLY COMPENSATION PACKAGE FOR MAY, 2006 (0.6); EMAIL TO D. SHERBIN RE FEE COMMITTEE MATTERS (0.3). |
| BUTLER, JR. J | 06/28/06 | 2.30 | CONTINUE TO REVIEW MONTHLY COMPENSATION PACKAGE FOR MAY, 2006 (1.7); REVIEW FEE COMMITTEE MATERIALS (0.4); EMAIL AND TELECONFERENCE TO D. SHERBIN RE: SAME (0.2). |
| BUTLER, JR. J | 06/29/06 | 1.60 | CONTINUE TO REVIEW MONTHLY COMPENSATION PACKAGE FOR MAY, 2006 (1.6). |
| BUTLER, JR. J | 06/30/06 | 0.60 | COMPLETE WORK ON MONTHLY COMPENSATION PACKAGE FOR MAY, 2006 (0.4); DRAFT TRANSMITTAL LETTER (0.2). |
|  |  | **6.60** |  |
| **Total Partner** |  | **6.60** |  |
| HERRIOTT AV | 06/30/06 | 3.80 | ASSIST WITH PREPARATION AND REVIEW OF MONTHLY COMPENSATION PACKAGE FOR MAY (3.8). |
|  |  | **3.80** |  |
| ZAMBRANO K | 06/27/06 | 0.20 | REVIEW SKADDEN'S SECOND FEE APPLICATION (0.2). |
| ZAMBRANO K | 06/30/06 | 2.10 | BEGIN RESEARCHING RE: FEE APPLICATION (2.1). |
|  |  | **2.30** |  |
| **Total Associate** |  | **6.10** |  |
| ZSOLDOS AF | 06/06/06 | 0.30 | PREPARE DISCLOSURE LIST FOR ATTORNEY REVIEW (0.3). |
| ZSOLDOS AF | 06/22/06 | 1.00 | PREPARE SECOND SUPPLEMENTAL DISCLOSURE RESULTS (0.6); UPDATE CHART (0.4). |
| ZSOLDOS AF | 06/23/06 | 1.20 | ORGANIZE SECOND SUPPLEMENTAL DISCLOSURE RESULTS (1.2). |
|  |  | **2.50** |  |
| **Total Legal Assistant** |  | **2.50** |  |
| **TOTAL TIME** |  | **15.20** |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 07/31/06
**Retention /Fee Matters (SASM&F)**  Bill Number: 1128095

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/02/06 | Copy Center, D | 16.76 |
| In-house Reproduction | 06/16/06 | Copy Center, D | 94.88 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 15.36 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$127.00** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.53 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.43 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Non-standard/Outside Reproduction | 05/31/06 | Landmark Document Services | 2,615.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$2,615.00** |
| Westlaw | 06/29/06 | Fallon D | 479.00 |
| | | **TOTAL WESTLAW** | **$479.00** |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 20.27 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 20.27 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 20.27 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 20.27 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 20.27 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 20.24 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 20.27 |
| Messengers/ Courier | 06/02/06 | Straightline Courier | 34.89 |
| Messengers/ Courier | 06/02/06 | Straightline Courier | 32.71 |
| Messengers/ Courier | 06/04/06 | Arrow Messenger Svc | 25.69 |
| Messengers/ Courier | 06/04/06 | Arrow Messenger Svc | 24.85 |
| | | **TOTAL MESSENGERS/ COURIER** | **$260.00** |
| | | **TOTAL MATTER** | **$3,482.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Retention /Fee Matters (SASM&F)  
Bill Date: 08/31/06  
Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 07/24/06 | 0.60 | CONTINUE TO REVIEW AND REVISE SECOND FEE APPLICATION (0.6). |
| BUTLER, JR. J | 07/27/06 | 1.70 | CONTINUE TO REVIEW AND REVISE SECOND FEE APPLICATION (1.7). |
| BUTLER, JR. J | 07/30/06 | 1.40 | CONTINUE TO REVIEW AND COMMENT ON SECOND FEE APPLICATION (1.2); REVIEW AND COMMENTS ON SUPPLEMENTAL DISCLOSURE AFFIDAVIT (0.2). |
| BUTLER, JR. J | 07/31/06 | 2.10 | REVIEW AND FINALIZE SECOND FEE APPLICATION (1.8); REVIEW AND FINALIZE SUPPLEMENTAL DISCLOSURE AFFIDAVIT (0.3). |
| | | **5.80** | |
| MARAFIOTI KA | 07/28/06 | 3.70 | REVIEW AND REVISE FEE APPLICATION (3.7). |
| | | **3.70** | |
| **Total Partner** | | **9.50** | |
| CAMPANARIO ND | 07/20/06 | 3.00 | REVISE FEE APPLICATION (3.0). |
| | | **3.00** | |
| HERRIOTT AV | 07/10/06 | 4.90 | DRAFT SECTIONS OF THE SECOND INTERIM FEE APPLICATION (4.9). |
| HERRIOTT AV | 07/11/06 | 0.30 | CONTINUE DRAFTING SECTIONS OF SECOND INTERIM FEE APPLICATION (0.3). |
| HERRIOTT AV | 07/12/06 | 0.80 | REVIEW AND REVISE RELEVANT SECTIONS OF SECOND INTERIM FEE APPLICATION INCLUDING BACKGROUND SECTION (0.8). |
| HERRIOTT AV | 07/13/06 | 3.20 | DRAFT, REVIEW AND REVISE SECTIONS OF SECOND INTERIM FEE APPLICATION (3.2). |
| | | **9.20** | |
| JJINGO MJ | 07/11/06 | 0.60 | REVIEW CERTAIN SECTION OF SKADDEN'S SECOND FEE APPLICATION (0.6). |
| JJINGO MJ | 07/12/06 | 2.20 | CONTINUE TO REVIEW AND REVISE SECTIONS OF SKADDEN'S FEE APPLICATION (2.2). |
| | | **2.80** | |
| KOHUT RD | 07/11/06 | 2.00 | FEE APPLICATION DRAFTING (2.0). |
| KOHUT RD | 07/12/06 | 3.70 | FEE APPLICATION REVIEW (2.3) DRAFTING OF FEE APPLICATION SUMMARY (1.4). |
| | | **5.70** | |
| MEISLER RE | 07/11/06 | 0.50 | BEGIN TO REVIEW AND REVISE SECOND INTERIM FEE APPLICATION (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 07/12/06 | 0.90 | CONTINUE TO REVIEW AND REVISE FEE APPLICATION (0.9). |
| MEISLER RE | 07/13/06 | 0.50 | CONTINUE TO REVIEW AND COMMENT ON SECOND INTERIM FEE APPLICATION (0.5). |
| MEISLER RE | 07/16/06 | 2.00 | CONTINUE TO REVIEW AND REVISE FEE APPLICATION (2.0). |
| MEISLER RE | 07/18/06 | 2.80 | REVIEW AND REVISE SECOND INTERIM FEE APPLICATION (2.8). |
| MEISLER RE | 07/19/06 | 2.70 | CONTINUE TO REVIEW AND REVISE FEE APPLICATION (2.7). |
| MEISLER RE | 07/20/06 | 1.00 | CONFERENCE WITH K. ZAMBRANO RE: REVISIONS TO FEE APPLICATION (0.5); REVIEW REVISIONS RE: SAME (0.3); CONFERENCE WITH J. WHARTON RE: SUPPLEMENTAL DECLARATION (0.2). |
| MEISLER RE | 07/21/06 | 4.40 | CONTINUED TO REVIEW AND REVISE SECOND INTERIM FEE APPLICATION (4.4). |
| MEISLER RE | 07/25/06 | 1.00 | CONTINUE TO REVIEW AND REVISE SECOND INTERIM FEE APPLICATION (0.6); REVIEW DISCLOSURE RESEARCH (0.4). |
| MEISLER RE | 07/28/06 | 2.10 | CONTINUE TO REVIEW AND REVISE FEE APPLICATION (1.5); REVIEW AND EDIT SUPPLEMENTAL DECLARATION (0.6). |
| MEISLER RE | 07/31/06 | 10.70 | CONTINUE TO REVIEW, REVISE AND FINALIZE FEE APPLICATION (10.2); CONTINUE TO REVIEW SUPPLEMENTAL DECLARATION (0.5). |
| | | **28.60** | |
| PERL MW | 07/14/06 | 8.90 | BEGIN REVIEW OF MONTHLY FEE STATEMENT AND COMPILE TABLES FOR SKADDEN'S SECOND INTERIM FEE APPLICATION (8.9). |
| PERL MW | 07/15/06 | 1.10 | CONTINUE TO WORK ON SKADDEN'S SECOND INTERIM FEE APPLICATION (1.1). |
| PERL MW | 07/16/06 | 2.10 | CONTINUE TO REVIEW AND UPDATE SKADDEN'S SECOND INTERIM FEE APPLICATION, INCLUDING STRAGIZING RE: SAME (2.1). |
| PERL MW | 07/17/06 | 4.70 | REVIEW AND REVISE SKADDEN' SECOND INTERIM FEE APPLICATION (4.7). |
| PERL MW | 07/18/06 | 2.20 | REVIEW AND REVISE SKADDEN'S SECOND INTERIM FEE APPLICATION (2.2). |
| PERL MW | 07/20/06 | 4.80 | REVIEW AND REVISE SKADDEN'S SECOND INTERIM FEE APPLICATION (4.8). |
| PERL MW | 07/21/06 | 4.90 | REVIEW AND REVISE SKADDEN'S SECOND INTERIM FEE APPLICATION (1.1); BEGIN WORKING ON EXHIBIT PREPARATION FOR SAME (0.5); CONTINUE REVIEW OF DISCLOSURE RESEARCH IN CONNECTION WITH SKADDEN'S SECOND SUPPLEMENTAL DISCLOSURE AFFIDAVIT (3.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PERL MW | 07/22/06 | 1.70 | CONTINUE REVIEW OF DISCLOSURE RESEARCH IN CONNECTION WITH SKADDEN'S SECOND SUPPLEMENTAL DISCLOSURE AFFIDAVIT (1.5); REVIEW EXHIBITS TO FEE APPLICATION (0.2). |
| PERL MW | 07/23/06 | 2.70 | CONTINUE REVIEW OF DISCLOSURE RESEARCH IN CONNECTION WITH SKADDEN'S SECOND SUPPLEMENTAL DISCLOSURE AFFIDAVIT (1.3); PREPARE EXHIBITS TO SKADDEN'S SECOND INTERIM FEE APPLICATION (1.4). |
| PERL MW | 07/24/06 | 3.30 | CONTINUE TO PREPARE EXHIBITS FOR SKADDEN'S SECOND INTERIM FEE APPLICATION (3.3). |
| PERL MW | 07/25/06 | 1.80 | CONTINUE TO REVIEW AND REVISE SKADDEN'S SECOND INTERIM FEE APPLICATION (1.6); REVIEW FEE APPLICATION NOTICE (0.2). |
| PERL MW | 07/26/06 | 1.60 | PREPARE TIME DETAIL EXHIBITS FOR SKADDEN'S SECOND INTERIM FEE APPLICATION (1.6). |
| PERL MW | 07/28/06 | 6.80 | REVISE SKADDEN'S SECOND INTERIM FEE APPLICATION TO INCORPORATE ADDITIONAL FEE ACCOMMODATIONS (2.2); CONTINUE TO REVIEW AND REVISE SKADDEN'S SECOND INTERIM FEE APPLICATION (1.6); PREPARE EXHIBITS FOR FILING (3.0). |
| PERL MW | 07/29/06 | 1.10 | CONSIDER INQUIRY RE: EXPENSE DATA ON SKADDEN'S SECOND INTERIM FEE APPLICATION (0.5) AND FOLLOW UP CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.2); REVISE NOTICE OF SAME, INCLUDING REVIEW OF RELEVANT ORDERS (0.4). |
| PERL MW | 07/31/06 | 9.50 | REVIEW AND REVISE SKADDEN'S SECOND INTERIM FEE APPLICATION (6.3); REVIEW EXHIBITS AND COORDINATE RE: FILING OF SAME (2.6); FINALIZE NOTICE OF SECOND INTERIM FEE APPLICATION (0.6). |
| | | **57.20** | |
| REESE RG | 07/31/06 | 3.40 | REVIEW AND REVISE SKADDEN SECOND FEE APPLICATION (3.4). |
| | | **3.40** | |
| WHARTON JN | 07/10/06 | 0.90 | RESEARCH FOR 2ND SUPPLEMENTAL DISCLOSURE DECLARATION (0.9). |
| WHARTON JN | 07/11/06 | 0.20 | CONTINUE RESEARCH FOR SECOND SUPPLEMENTAL DISCLOSURE DECLARATION (0.2). |
| WHARTON JN | 07/14/06 | 0.60 | CONTINUE TO REVIEW RESULTS OF RESEARCH AND PREPARE SECOND SUPPLEMENTAL DISCLOSURE DECLARATION (0.6). |
| WHARTON JN | 07/17/06 | 2.50 | CONTINUE TO REVIEW RESULTS OF RESEARCH AND PREPARE SECOND SUPPLEMENTAL DISCLOSURE DECLARATION (2.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WHARTON JN | 07/18/06 | 2.10 | CONTINUE TO REVIEW RESULTS OF RESEARCH AND PREPARE SECOND SUPPLEMENTAL DISCLOSURE DECLARATION (2.1). |
| WHARTON JN | 07/19/06 | 0.70 | CONTINUE TO WORK ON REVIEWING DISCLOSURE RESULTS AND SECOND SUPPLEMENTAL DISCLOSURE DECLARATION (0.7). |
| WHARTON JN | 07/20/06 | 1.10 | CONTINUE RESEARCH AND WORK ON SECOND SUPPLEMENTAL DECLARATION (1.1). |
| WHARTON JN | 07/21/06 | 1.30 | CONTINUE RESEARCH AND WORK ON SECOND SUPPLEMENTAL DECLARATION (1.3). |
| WHARTON JN | 07/23/06 | 2.30 | CONTINUE RESEARCH AND DRAFTING OF SECOND SUPPLEMENTAL DISCLOSURE DECLARATION (2.3). |
| WHARTON JN | 07/24/06 | 1.10 | CONTINUE TO REVIEW RESULTS OF RESEARCH AND PREPARE SECOND SUPPLEMENTAL DECLARATION (1.1). |
| WHARTON JN | 07/25/06 | 0.80 | CONTINUE TO REVIEW RESULTS OF RESEARCH AND PREPARE SECOND SUPPLEMENTAL DECLARATION (0.8). |
| WHARTON JN | 07/26/06 | 2.70 | CONTINUE TO REVIEW RESULTS OF RESEARCH AND PREPARE SECOND SUPPLEMENTAL DECLARATION (2.7). |
| WHARTON JN | 07/27/06 | 4.40 | CONTINUE TO REVIEW RESULTS OF RESEARCH AND WORK ON SECOND SUPPLEMENTAL DECLARATION (4.4). |
| WHARTON JN | 07/28/06 | 3.70 | CONTINUE TO PREPARE SECOND SUPPLEMENTAL DECLARATION (3.7). |
| WHARTON JN | 07/31/06 | 1.30 | FINISH PREPARING SECOND SUPPLEMENTAL DISCLOSURE DECLARATION (1.3). |
| | | **25.70** | |
| ZAMBRANO K | 07/05/06 | 3.30 | BEGIN DRAFTING SECOND FEE APPLICATION (3.3). |
| ZAMBRANO K | 07/06/06 | 5.70 | CONTINUE DRAFTING SECOND FEE APPLICATION (5.7). |
| ZAMBRANO K | 07/10/06 | 7.60 | CONTINUE DRAFTING SECOND FEE APPLICATION (7.6). |
| ZAMBRANO K | 07/11/06 | 7.20 | CONTINUE DRAFTING SECOND FEE APPLICATION (7.2). |
| ZAMBRANO K | 07/12/06 | 5.30 | CONTINUE DRAFTING SECOND FEE APPLICATION (5.3). |
| ZAMBRANO K | 07/13/06 | 6.20 | CONTINUE DRAFTING SECOND FEE APPLICATION (6.2). |
| ZAMBRANO K | 07/14/06 | 2.80 | CONTINUE DRAFTING SECOND FEE APPLICATION (2.8). |
| ZAMBRANO K | 07/20/06 | 4.20 | REVIEW AND REVISE SECOND FEE APPLICATION (4.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZAMBRANO K | 07/21/06 | 5.80 | REVIEW AND REVISE SECOND FEE APPLICATION (5.8). |
| ZAMBRANO K | 07/25/06 | 1.80 | REVIEW AND REVISE SECOND FEE APPLICATION (1.8). |
| ZAMBRANO K | 07/28/06 | 2.30 | REVISE AND REVISE SECOND FEE APPLICATION (2.3). |
| | | 52.20 | |
| **Total Associate** | | **187.80** | |
| DEMMA J | 07/20/06 | 0.60 | ASSIST WITH PREPARATION OF SECOND FEE APPLICATION (0.6). |
| DEMMA J | 07/24/06 | 1.10 | PREPARE EXHIBITS RE: TIME DETAIL FOR SECOND INTERIM FEE APPLICATION (1.1). |
| DEMMA J | 07/25/06 | 3.10 | ASSEMBLE EXHIBITS FOR SECOND INTERIM FEE APPLICATION (3.1). |
| DEMMA J | 07/26/06 | 3.10 | CONTINUE PREPARING EXHIBITS FOR SECOND INTERIM FEE APPLICATION (3.1). |
| DEMMA J | 07/31/06 | 6.10 | COORDINATE DISTRIBUTION OF SECOND INTERIM FEE APPLICATION (0.8); PREPARE EXHIBITS FOR SECOND INTERIM FEE APPLICATION (1.2); PREPARE/FILE SECOND INTERIM FEE APPLICATION (4.1). |
| | | 14.00 | |
| ROSEN R | 07/06/06 | 1.80 | REVIEW JANUARY THROUGH MAY 2006 HEARING AGENDAS, UCC PRESENTATIONS AND COMPILE INFORMATION FOR UPCOMING FEE APPLICATION (1.8). |
| ROSEN R | 07/11/06 | 1.40 | INVESTIGATION, RESEARCH AND ASSIST TEAM ATTORNEY RE: COMPILING INFORMATION, SUPPORTING DOCUMENTS RE: SECOND INTERIM FEE APPLICATION (1.4). |
| ROSEN R | 07/13/06 | 0.90 | FURTHER ASSIST WITH COMPILING INFORMATION, SUPPORTING DOCUMENTS RE: SECOND INTERIM FEE APPLICATION (0.9). |
| ROSEN R | 07/14/06 | 0.90 | FURTHER ASSIST WITH COMPILING INFORMATION FOR SECOND INTERIM FEE APPLICATION (0.9). |
| ROSEN R | 07/19/06 | 1.10 | RESPOND TO TEAM ATTORNEYS' REQUESTS FOR INFORMATION, DOCUMENTS RE: SECOND INTERIM FEE APPLICATION (1.1). |
| ROSEN R | 07/20/06 | 0.90 | FURTHER RESPOND TO TEAM ATTORNEYS' REQUESTS FOR INFORMATION, DOCUMENTS RE: PREPARATION OF SECOND INTERIM FEE APPLICATION (0.9). |
| ROSEN R | 07/24/06 | 0.70 | PREPARE, FORWARD DRAFT 2ND INTERIM FEE APPLICATION NOTICE OF HEARING TO TEAM ATTORNEY (0.3); WORK ON FEE APPLICATION SPECIAL PARTIES SERVICE LIST (0.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| ROSEN R | 07/25/06 | 2.40 | REVIEW CASE DOCKET, COMPILE AND FORWARD ALL INTERIM COMPENSATION ORDERS (0.8) AND CASE MANAGEMENT ORDERS (0.8) TO REQUESTING TEAM ATTORNEY IN CONNECTION WITH PREPARATION OF 2ND INTERIM FEE APPLICATION; REVIEW DRAFT NOTICE OF HEARING AND REVISE, UPDATE FEE APPLICATION SPECIAL PARTIES SERVICE LIST RE: SAME (0.5); REVIEW UPCOMING SERVICE PREPARATIONS WITH KCC, COPY SERVICE (0.3). |
| ROSEN R | 07/26/06 | 0.90 | RESPOND TO TEAM ATTORNEYS' REQUESTS FOR INFORMATION, DOCUMENTS RE: 2ND INTERIM FEE APPLICATION (0.9). |
| ROSEN R | 07/27/06 | 0.90 | FURTHER COMPILE, FORWARD INFORMATION, DOCUMENTS TO REQUESTING TEAM ATTORNEYS RE: PREPARATION OF 2ND INTERIM FEE APPLICATION (0.9). |
| ROSEN R | 07/28/06 | 1.60 | COMPILE. FORWARD INFORMATION, DOCUMENTS TO TEAM ATTORNEYS RE: PREPARATION OF 2ND INTERIM FEE APPLICATION (0.8); UPDATE, FORWARD AND REVIEW FEE APPLICATION SPECIAL PARTIES LIST, SERVICE PREPARATIONS WITH E. GERSHBIEN, KCC AND K. DOHERTY, LANDMARK RE: UPCOMING 7/31 2ND INTERIM FEE APPLICATION, NOTICE OF HEARING AND J. BUTLER SUPPLEMENTAL DECLARATION (0.8). |
| ROSEN R | 07/31/06 | 7.30 | REVIEW HEARING AGENDAS HELD DURING COMPENSATION PERIOD FOR INFORMATION RE: SECOND INTERIM FEE APPLICATION (1.6); RESEARCH, UPDATE SPECIAL PARTIES SERVICE LIST INFORMATION (0.9); COMPILE, FORWARD AND REVIEW SAME WITH LANDMARK RE: SERVICE (0.9); REVIEW, COORDINATE WITH KCC RE: SERVICE OF NOTICE OF HEARING (0.7); UPDATE AND FORWARD SPECIAL PARTIES SERVICE LIST TO TEAM ATTORNEY FOR USE BY SHEARMAN & STERLING (0.3); ASSIST WITH COMPILING, PREPARATION OF FEE APPLICATION, EXHIBITS AND FILING OF 2ND INTERIM FEE APPLICATION (2.9). |

**20.80**

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| ~~SALAZAR AG~~ | ~~07/18/06~~ | ~~0.20~~ | ~~RESPOND TO INQUIRY ON BRSQ (0.2).~~ |
| ~~SALAZAR AG~~ | ~~07/20/06~~ | ~~1.00~~ | ~~PREPARE AND SUBMIT SIXTH REQUEST RETENTION QUESTIONNAIRE (1.0).~~ |
| ~~SALAZAR AG~~ | ~~07/26/06~~ | ~~1.00~~ | ~~COLLECT FINAL OUTSTANDING QUESTIONNAIRE RESPONSES VIA EMAIL AND COLD CALLS TO ASSOCIATES (1.0).~~ |
| ~~SALAZAR AG~~ | ~~07/27/06~~ | ~~0.40~~ | ~~UPDATE RESPONSE CHART WITH NEW QUESTIONNAIRE REPLIES (0.4).~~ |
| ~~SALAZAR AG~~ | ~~07/28/06~~ | ~~0.20~~ | ~~UPDATE RESPONSE CHART WITH NEW QUESTIONNAIRES RECEIVED (0.2).~~ |
| ~~SALAZAR AG~~ | ~~07/31/06~~ | ~~0.90~~ | ~~UPDATE RESPONSE CHART WITH NEW QUESTIONNAIRES RECEIVED (0.2); COORDINATE WITH SHEARMAN AND KCC FOR FILING AND SERVICE OF FEE APPLICATION (0.7).~~ |
| | | ~~3.70~~ | |
| ZSOLDOS AF | 07/05/06 | 0.80 | RUN DISCLOSURE RESEARCH (0.3); CHECK ENTITIES VERSUS THOSE ALREADY RUN (0.3); UPDATE CHART OF ENTITIES CHECKED (0.2). |
| ZSOLDOS AF | 07/12/06 | 0.90 | PREPARE INSTRUCTIONS AND DISCLOSURE CHART FOR THIRD SUPPLEMENTAL DISCLOSURE CHECK (0.9). |
| ZSOLDOS AF | 07/27/06 | 0.90 | CHECK AFFILIATIONS OF CERTAIN DISCLOSURE PARTIES TO DELPHI (0.9). |
| ZSOLDOS AF | 07/28/06 | 0.70 | RESEARCH AFFILIATION OF VARIOUS DISCLOSURE PARTIES TO DELPHI (0.7). |
| | | 3.30 | |

**Total Legal Assistant**        41.80

**TOTAL TIME**                   <u>239.10</u>

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 08/31/06**
**Retention /Fee Matters (SASM&F)**  **Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/14/06 | Copy Center, D | 133.53 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 389.79 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 129.93 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 98.15 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$752.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 3.66 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 5.25 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.65 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.44 |
| | | **TOTAL TELEPHONE EXPENSE** | **$10.00** |
| Messengers/ Courier | 07/21/06 | Straightline Courier | 32.72 |
| Messengers/ Courier | 07/21/06 | Dist Serv/Mail/Page, D | 25.13 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 88.15 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 101.81 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 66.45 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 88.15 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 88.15 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 82.69 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 88.15 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 66.45 |
| Messengers/ Courier | 07/31/06 | Dist Serv/Mail/Page, D | 88.15 |
| | | **TOTAL MESSENGERS/ COURIER** | **$816.00** |
| Telco-Non Astra | 07/28/06 | Telecommunications, D | 19.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$19.00** |
| | | **TOTAL MATTER** | **$1,597.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                    Bill Date: 09/30/06
Retention /Fee Matters (SASM&F)                             Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DIAZ LB* | 08/01/06 | 5.30 | REVISE AND FILE SECOND SUPPLEMENTAL DECLARATION (4.1); ANALYZE RESULTS FROM DISCLOSURE CHECKS (1.2). |
| | | **5.30** | |
| MEISLER RE | 08/01/06 | 0.40 | REVIEW DISCLOSURE RESEARCH (0.1); POST FILING CONFIRMATIONS RE: FEE APPLICATION FILING (0.3). |
| MEISLER RE | 08/02/06 | 0.20 | REVIEW DISCLOSURE RESEARCH (0.2). |
| MEISLER RE | 08/03/06 | 0.20 | REVIEW DISCLOSURE RESEARCH (0.2). |
| MEISLER RE | 08/04/06 | 0.30 | REVIEW DISCLOSURE RESEARCH (0.3). |
| MEISLER RE | 08/05/06 | 0.10 | DRAFT CORRESPONDENCE TO K. BAMBACH RE: PROFESSIONAL FEES (0.1). |
| MEISLER RE | 08/07/06 | 0.20 | CONTINUE TO REVIEW DISCLOSURE RESEARCH (0.2). |
| MEISLER RE | 08/14/06 | 0.20 | REVIEW DISCLOSURE RESEARCH (0.2). |
| MEISLER RE | 08/18/06 | 0.70 | DRAFT CORRESPONDENCE RE: DISCLOSURE RESEARCH ON AD HOC TRADE COMMITTEE (0.2); ANALYSIS OF FEE APPLICATION TIME DETAIL (0.5). |
| MEISLER RE | 08/19/06 | 0.30 | REVIEW LIST OF PARTIES TO BE RESEARCHED FOR DISCLOSURE (0.3). |
| MEISLER RE | 08/25/06 | 0.20 | ATTENTION TO DISCLOSURE RESEARCH RE: IBJTC (0.2). |
| | | **2.80** | |
| PERL MW | 08/01/06 | 4.30 | REVIEW SECOND INTERIM FEE APPLICATION EXHIBITS IN CONNECTION WITH IMAGING ERROR ON DOCKET (1.4); REVIEW REVISED EXHIBITS AND COORDINATE FILING OF SAME (2.9). |
| PERL MW | 08/02/06 | 0.90 | ASSIST WITH FINALIZING SKADDEN'S SECOND INTERIM FEE APPLICATION EXHIBITS AND UPDATING DOCKET ENTRY RE: SAME (0.9). |
| PERL MW | 08/03/06 | 0.70 | REVIEW AND PROVIDE COMMENTS ON AFFIDAVIT OF SERIVE IN CONNECTION WITH FEE APP (0.4), INCLUDING REVIEW OF FEE APPLICATION EXHIBITS (0.3). |
| PERL MW | 08/08/06 | 1.60 | PREPARE MODIFIED FEE DETAIL FOR SKADDEN'S FIRST INTERIM FEE APPLICATION (1.6). |
| PERL MW | 08/09/06 | 0.90 | PREPARE MODIFIED TIME DETAIL FOR SKADDEN'S FIRST INTERIM FEE APPLICATION (0.9). |

151                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 08/10/06 | 1.10 | CONTINUE TO REVIEW AND COMPILE MODIFIED TIME DETAIL FOR SKADDEN'S FIRST INTERIM FEE APPLICATION (1.1). |
| | | **9.50** | |
| WHARTON JN | 08/01/06 | 0.90 | CONTINUE TO PREPARE AND FINALIZE FOR FILING OF SECOND SUPPLEMENTAL DISCLOSURE DECLARATION (0.9). |
| WHARTON JN | 08/02/06 | 0.60 | REVIEW DISCLOSURE RESEARCH RESULTS (0.6). |
| WHARTON JN | 08/03/06 | 0.30 | CONTINUE TO REVIEW DISCLOSURE RESEARCH RESULTS FOR THIRD SUPPLEMENTAL DISCLOSURE DECLARATION (0.3). |
| WHARTON JN | 08/04/06 | 1.70 | CONTINUE TO REVIEW RESULTS OF DISCLOSURE RESEARCH (1.7). |
| WHARTON JN | 08/14/06 | 0.40 | CONTINUE TO REVIEW DISCLOSURE RESEARCH RESULTS (0.4). |
| WHARTON JN | 08/16/06 | 0.50 | CONTINUE TO REVIEW CONNECTIONS AND DISCLOSURE RESEARCH FOR THIRD SUPPLEMENTAL DISCLOSURE DECLARATION (0.5). |
| WHARTON JN | 08/21/06 | 1.10 | CONTINUE CONNECTIONS AND DISCLOSURE RESEARCH FOR THIRD SUPPLEMENTAL DISCLOSURE DECLARATION (1.1). |
| WHARTON JN | 08/22/06 | 1.40 | CONTINUE CONNECTIONS AND DISCLOSURE RESEARCH FOR THIRD SUPPLEMENTAL DISCLOSURE DECLARATION (1.4). |
| WHARTON JN | 08/28/06 | 0.90 | CONTINUE CONNECTIONS AND DISCLOSURE RESEARCH FOR THIRD SUPPLEMENTAL DISCLOSURE DECLARATION (0.9). |
| WHARTON JN | 08/29/06 | 0.30 | CONTINUE CONNECTIONS AND DISCLOSURE RESEARCH FOR THIRD SUPPLEMENTAL DISCLOSURE DECLARATION (0.3). |
| | | **8.10** | |
| **Total Associate/Law Clerk** | | **25.70** | |
| DEMMA J | 08/01/06 | 6.00 | FOLLOW UP WITH ECF HELP DESK RE: SECOND INTERIM FEE APPLICATION (0.6); PREPARE AFFIDAVIT OF SERVICE RE: SECOND INTERIM FEE APPLICATION (0.6); REVIEW FILED AND CORRECTED FEE APPLICATION EXHIBITS (2.6); PREPARE/FILE CORRECTED FEE APPLICATION EXHIBITS (1.6); PREPARE/FILE SECOND SUPPLEMENTAL DECLARATION OF J. BUTLER, JR (0.6). |
| DEMMA J | 08/02/06 | 1.80 | PREPARE LETTER TO ECF CORRECTIONS DEPARTMENT RE: CORRECTED FEE APPLICATION EXHIBITS (0.6); COORDINATE CORRECTION OF FEE APPLICATION EXHIBITS WITH ECF CORRECTION DEPARTMENT (0.6); COORDINATE CORRECTION OF DOCKET WITH KCC (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DEMMA J | 08/03/06 | 3.10 | PREPARE/UPDATE/FILE AFFIDAVIT OF SERVICE RE: SECOND INTERIM FEE APPLICATION (3.1). |
| DEMMA J | 08/04/06 | 2.10 | PREPARE LIST OF PROFESSIONALS FOR DISCLOSURE RESEARCH MEMO (2.1). |
| | | **13.00** | |
| ZSOLDOS AF | 08/02/06 | 1.40 | RUN NEW DISCLOSURE CHECK (0.4); UPDATE CHART ACCORDINGLY (0.2); PREPARE FOR PRINTING THIRD SUPPLEMENTAL DISCLOSURE RESULTS (0.8). |
| ZSOLDOS AF | 08/04/06 | 1.20 | FILE THIRD SUPPLEMENTAL DISCLOSURE RESULTS (1.2). |
| ZSOLDOS AF | 08/08/06 | 1.20 | FILE AND ORGANIZE DISCLOSURE RESULTS (0.8); UPDATE MASTER DISCLOSURE CHART (0.4). |
| ZSOLDOS AF | 08/21/06 | 1.50 | CHECK DOCKET FOR NEW ENTITIES TO SUBMIT FOR DISCLOSURE REVIEW (0.6); SUBMIT NEW LIST OF DISCLOSURE ENTITIES (0.4); UPDATE LIST (0.5). |
| ZSOLDOS AF | 08/22/06 | 3.40 | FILE RESULTS (0.2); FIND AND SEND DISCLOSURE RESULTS FROM PRIMARY THROUGH THIRD SUPPLEMENTAL FOR REVIEW (3.2). |
| ZSOLDOS AF | 08/24/06 | 0.80 | CHECK NEW DISCLOSURE PARTIES WITH THOSE ALREADY RUN (0.3); RUN DISCLOSURE CHECK OF NEW ENTITIES (0.3); UPDATE LIST (0.2). |
| | | **9.50** | |
| **Total Legal Assistant** | | **22.50** | |
| **TOTAL TIME** | | **48.20** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

153

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**          Bill Date: 09/30/06
**Retention /Fee Matters (SASM&F)**      Bill Number: 1128097

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/01/06 | Copy Center, D | 17.60 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 398.51 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 905.79 |
| In-house Reproduction | 08/25/06 | Copy Center, D | 1.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,323.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 2.88 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.90 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.21 |
| | | **TOTAL TELEPHONE EXPENSE** | **$5.00** |
| | | **TOTAL MATTER** | **$1,328.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)                                Bill Date: 10/31/06
Retention /Fee Matters (SASM&F)                         Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 09/08/06 | 1.40 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.1) WORKING GROUP MEETING RE FEE COMMITTEE REQUIREMENTS AND GUIDELINES, NEXT STEPS. |
| | | **1.40** | |
| MARAFIOTI KA | 09/07/06 | 0.20 | REVIEW CORRESPONDENCE FROM LCC RE: TIMEKEEPING PROCEDURES (0.2). |
| MARAFIOTI KA | 09/08/06 | 1.10 | TELECONFERENCE RE: LEGAL COST CONTROL (1.1). |
| MARAFIOTI KA | 09/11/06 | 0.20 | CONTINUE REVISION TO EXHIBIT D TO FIRST INTERIM FE APPLICATION (0.2). |
| | | **1.50** | |
| **Total Partner** | | **2.90** | |
| MATZ TJ | 09/08/06 | 1.60 | REVIEW COMMUNICATION FROM LEGAL COST CONTROL AND GUIDELINES REFERRED TO THEREIN RE: FEE STATEMENTS AND BUDGETS FOR IMPLEMENTATION (0.5); TELECONFERENCE WITH WORKING GROUP RE: LEGAL COST CONTROL'S DIRECTIVES RE: BILLING, FEE APPLICATIONS AND BUDGETS (1.1). |
| MATZ TJ | 09/12/06 | 0.20 | REVIEW SCREENING PROCEDURES RE: NEW ATTORNEY (0.2). |
| | | **1.80** | |
| **Total Counsel** | | **1.80** | |
| DIAZ LB* | 09/15/06 | 6.90 | ANALYZE DISCLOSURE CHECKS FOR 3RD SUPPLEMENTAL DECLARATION (6.9). |
| DIAZ LB* | 09/19/06 | 7.30 | ANALYZE DISCLOSURE CHECKS (7.3). |
| DIAZ LB* | 09/20/06 | 2.10 | ANALYZE RESULTS OF DISCLOSURE CHECKS (2.1). |
| | | **16.30** | |
| HERRIOTT AV | 09/08/06 | 1.10 | CONFERENCE RE: PREPARATION OF MONTHLY FEE STATEMENTS IN ACCORDANCE WITH GUIDELINES FOR LEGAL COST CONTROL, INC (1.1). |
| | | **1.10** | |
| JJINGO MJ | 09/07/06 | 2.30 | REVIEW FEE GUIDELINES MATERIALS (2.3). |
| | | **2.30** | |

126

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 09/08/06 | 1.40 | PREPARE FOR CALL RE: PROFESSIONAL FEES AND COMPLIANCE WITH LCC GUIDELINES (0.1); PARTICIPATE ON CALL RE: SAME (1.1); NOTES TO FILE RE: SAME (0.2). |
| | | **1.40** | |
| PERL MW | 09/08/06 | 0.80 | PREPARE NOTICE OF MARKED EXHIBIT D TO SKADDEN'S FIRST INTERIM FEE APPLICATION, INCLUDING REVIEW OF S.D.N.Y. GENERAL ORDER AND PRECEDENT (0.6); CORRESPOND WITH WORKING GROUP RE: SAME (0.2). |
| PERL MW | 09/09/06 | 0.20 | REVISE NOTICE OF FILING MARKED EXHIBIT D TO SKADDEN'S FIRST INTERIM FEE APPLICATION (0.2). |
| PERL MW | 09/11/06 | 3.40 | REVIEW MARKED EXHIBIT D TO FIRST INTERIM FEE APP (2.4); COORDINATE RE: FILING OF SAME (0.6); FINAL PREPARATION RE: SAME, INCLUDING STRATEGIZING RE: HOW TO FILE SAME (0.4). |
| PERL MW | 09/12/06 | 1.40 | FINALIZE MARKED EXHIBIT D TO FIRST INTERIM FEE APPLICATION AND COORDINATE FILING AND SERVICE OF SAME (1.4). |
| PERL MW | 09/22/06 | 0.30 | EVALUATE DISCLOSURE RESEARCH PROCESS (0.3). |
| | | **6.10** | |
| **Total Associate/Law Clerk** | | **27.20** | |
| DEMMA J | 09/12/06 | 1.30 | PREPARE/FILE MARKED EXHIBIT D TO FIRST INTERIM FEE APPLICATION (1.3). |
| DEMMA J | 09/13/06 | 2.10 | PREPARE/FILE AFFIDAVIT OF SERVICE RE: MARKED UP EXHIBIT D TO FIRST INTERIM FEE APPLICATION (1.5); PREPARE DISTRIBUTION LIST FOR FEE APPLICATION (0.6). |
| DEMMA J | 09/25/06 | 1.30 | PREPARE CHARTS FOR DISCLOSURE REVIEW (1.3). |
| DEMMA J | 09/26/06 | 0.70 | REVIEW DISCLOSURE CHART (0.7). |
| | | **5.40** | |
| ZSOLDOS AF | 09/08/06 | 0.40 | RUN DISCLOSURE REPORT ON NEW ENTITY (0.3); UPDATE CHART (0.1). |
| ZSOLDOS AF | 09/19/06 | 0.60 | PREPARE SECOND SUPPLEMENTAL DISCLOSURE RESULTS (0.6). |
| ZSOLDOS AF | 09/26/06 | 2.40 | COMPILE AND REVIEW CHART OF BREAKDOWN OF SKADDEN FEES BY MATTER NUMBER (2.4). |
| | | **3.40** | |
| **Total Legal Assistant** | | **8.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| WORSCHECK TM | 09/08/06 | 1.30 | ASSEMBLE REDACTED TIME DETAIL FOR FIRST INTERIM FEE APPLICATION (1.3). |
| --- | --- | --- | --- |
| WORSCHECK TM | 09/12/06 | 2.10 | PREPARE AND ASSEMBLE DOCUMENTS FOR DISTRIBUTION/MAILING RE: MARKED EXHIBIT D FOR FIRST INTERIM FEE APPLICATION (2.1). |
| | | 3.40 | |
| Total Legal Assistant Support | | 3.40 | |

**TOTAL TIME**          <u>44.10</u>

\* Law clerks are law school graduates who are not presently admitted to practice.

128                                                                                           B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 10/31/06 |
|---|---|---|---|
| Retention /Fee Matters (SASM&F) | | | Bill Number: 1127729 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/01/06 | Copy Center, D | 5.10 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 465.71 |
| In-house Reproduction | 09/19/06 | Copy Center, D | 32.19 |
| In-house Reproduction | 09/19/06 | Copy Center, D | 4.70 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 135.08 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 398.43 |
| In-house Reproduction | 09/29/06 | Copy Center, D | 44.79 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,086.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.69 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.02 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.10 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.19 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Messengers/ Courier | 09/08/06 | Dist Serv/Mail/Page, D | 22.05 |
| Messengers/ Courier | 09/10/06 | United Parcel Service | 120.95 |
| | | **TOTAL MESSENGERS/ COURIER** | **$143.00** |
| | | **TOTAL MATTER** | **$1,231.00** |

B43E