SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
         In re                          :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05–44481 (RDD)
                                        :
                     Debtors.           :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-20
ENVIRONMENTAL MATTERS
196.3 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  Bill Date: 07/31/06
Environmental Matters   Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
| --- | --- | --- | --- |
| BERLIN K | 06/05/06 | 1.20 | REVIEW OF IRVINE PHASE 1 REPORT (1.2). |
| BERLIN K | 06/06/06 | 1.00 | REVIEW OF DOCKET UPDATES, MOTION SUMMARY CHART AND CASE CALENDAR (0.6); TELECONFERENCE WITH A. TENNENBAUM AND J. WHARTON RE: DOJ POSITION ON NEW BRUNSWICK MOTION (0.4). |
| BERLIN K | 06/07/06 | 1.40 | BEGIN PREPARATION FOR MEETING IN TROY, MI ON JUNE 9 RE: SETTING UP TRUST FOR CLOSED PROPERTIES (1.4). |
| BERLIN K | 06/08/06 | 5.50 | PREPARE POWERPOINT ON GM EMA (4.3); PREPARE FOR JUNE 9 MEETING IN TROY, MI (0.8); REVIEW OF JCI ENVIRONMENTAL LANGUAGE AND TELECONFERENCE WITH J. WHARTON AND R. MEISLER RE: SAME (0.4). |
| BERLIN K | 06/09/06 | 3.30 | TELECONFERENCE WITH J. SELCOV RE: NEW YORK PORT AGREEMENT (0.2); TAKE PART IN WORKING GROUP TELECONFERENCE (0.3); REVISE GM EMA POWERPOINT (2.6); TELECONFERENCE WITH J. WHARTON RE: NEW BRUNSWICK DOJ ISSUES (0.2). |
| BERLIN K | 06/12/06 | 4.50 | FINALIZE GM POWERPOINT (1.6); REVIEW DOJ OBJECTION TO JCI MOTION AND EMAILS RE: SAME (1.3); PREPARE EMAIL ON LAW RE: JCI MOTION (1.2); REVIEW OF LATEST DRAFT OF JCI ORDER (0.4). |
| BERLIN K | 06/13/06 | 0.30 | REVIEW OF REVISED ENVIRONMENTAL LANGUAGE IN JCI ORDER AND TELECONFERENCE WITH A. TANNENBAUM OF DOJ RE: SAME (0.3). |
| BERLIN K | 06/21/06 | 1.50 | REVIEW OF LATEST CASE CALENDAR, MOTION SUMMARY CHART AND OMNIBUS HEARING AGENDA (0.6); TELECONFERENCE WITH J. WHARTON RE: JCI ORDER AND REVIEW OF REVISED VERSION OF SAME (0.4); TELECONFERENCE WITH R. MEISLER AND M. HESTER RE: ISRA MOTION RE: NEW BRUSNWICK (0.3); TELECONFERENCE WITH K. JONES AND M. HESTER RE: SAME (0.2). |
| BERLIN K | 06/22/06 | 1.10 | TELECONFERENCE WITH J. STEINBERG RE: ENVIRONMENTAL TRUST ISSUES (0.4); REVIEW OF NEW BRUNSWICK MOTION (0.7). |
| BERLIN K | 06/23/06 | 1.90 | REVIEW OF MOTION TO APPROVE JCI ISRA SETTLEMENT (0.7); REVIEW OF FORM MOTION TO ESTABLISH CUSTODIAL TRUST IN BANKRUPTCY (1.2). |
| BERLIN K | 06/24/06 | 1.40 | TELECONFERENCE WITH R. MEISLER AND J. WHARTON RE: NEW BRUNSWICK MOTION AND REVIEW OF SAME (0.9); REVIEW OF SETTLEMENT PROCEDURES ORDER (0.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BERLIN K | 06/25/06 | 1.20 | TELECONFERENCE WITH J. STEINBERG RE: SETTING UP A PROPERTY TRUST (0.5); CONTINUE PREPARATION FOR JUNE 27 MEETING IN TROY (0.7). |
| BERLIN K | 06/26/06 | 3.90 | REVIEW TRUST ISSUES RE: PROPERTY CLOSED AFTER DELPHI EMERGES FROM BANKRUPTCY (1.1); TELECONFERENCE WITH J. STEINBERG RE: SAME (0.6); REVISE POWERPOINT RE: SAME (1.4); REVIEW OF ANAHEIM CORRECTIVE ACTION CONSENT AGREEMENT AND TELECONFERENCE WITH K. JONES RE: SAME (0.8). |
| BERLIN K | 06/27/06 | 4.80 | PREPARE FOR AND ATTEND MEETING IN TROY, MI RE: PROPERTY TRUST WITH M. WEXLER, S. COCHRAN, ET AL (4.8). |
| BERLIN K | 06/28/06 | 3.50 | TELECONFERENCES WITH R. MEISLER, J. LYONS, M. WEXLER AND J. AMODEO RE: APPROVAL OF ISRA REMEDIATION AGREEMENT AND REVIEW OF ISSUES RAISED BY SAME (2.1); TELECONFERENCES WITH R. MEISLER, J. LYONS AND LATHAM ATTORNEY RE: SAME (0.2); REVIEW NOTICE RE: SAME (0.4); PREPARE FOR AND TAKE PART IN TELECONFERENCE WITH S. MORRISON, M. LANDINE, AND K. JONES RE: CALIFORNIA ORDER RE: ANAHEIM FACILITY (0.8). |
| BERLIN K | 06/29/06 | 1.60 | REVIEW OF JCI ISSUES AND TELECONFERENCES WITH R. MEISLER, K. JONES AND J. WHARTON RE: SAME (1.6). |
| BERLIN K | 06/30/06 | 0.30 | TELECONFERENCE WITH K. JONES RE: TRW ISSUES (0.3). |
| | | 38.40 | |
| **Total Partner** | | **38.40** | |
| AMODEO JA | 06/06/06 | 2.30 | NEGOTIATE LANGUAGE FOR SALE ORDER FOR NEW BRUNSWICK PROPERTY (2.3). |
| AMODEO JA | 06/08/06 | 1.50 | NEGOTIATE LANGUAGE FOR SALE ORDER FOR NEW BRUNSWICK PROPERTY (0.5); REVIEW K. BERLIN'S ENVIRONMENTAL STRATEGY MEMORANDUM (1.0). |
| AMODEO JA | 06/12/06 | 2.40 | RESEARCH ON ISSUES RAISED BY DOJ RESPONSE TO MOTION FOR SALE OF NEW BRUNSWICK PROPERTY (2.4). |
| AMODEO JA | 06/22/06 | 3.50 | DRAFT MOTION FOR ISRA SETTLEMENT AT NEW BRUNSWICK FACILITY (3.5). |
| AMODEO JA | 06/23/06 | 4.80 | DRAFT MOTION FOR ISRA SETTLEMENT AT NEW BRUNSWICK (4.8). |
| AMODEO JA | 06/26/06 | 3.70 | WORK ON ISRA SETTLEMENT FOR NEW BRUNSWICK (3.7). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| AMODEO JA | 06/27/06 | 2.00 | WORK ON ISRA ORDER FOR NEW BRUNSWICK FACILITY (2.0). |
| | | **20.20** | |
| **Total Counsel** | | **20.20** | |
| MEISLER RE | 06/22/06 | 0.20 | ANALYSIS OF OPTIONS RE: SETTLEMENT AGREEMENT WITH STATE OF NEW JERSEY RE: ENVIRONMENTAL REMEDIATION AND ISRA COMPLIANCE (0.2). |
| MEISLER RE | 06/23/06 | 0.30 | BEGIN REVIEW OF MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH STATE OF NEW JERSEY RE: NEW BRUNSWICK/ISRA ISSUES (0.3). |
| MEISLER RE | 06/24/06 | 1.30 | REVIEW MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH STATE OF NEW JERSEY RE: NEW BRUNSWICK/ISRA ISSUES (1.3). |
| MEISLER RE | 06/26/06 | 0.60 | CONTINUE REVIEW AND ANALYSIS OF PROPOSED REMEDIATION AGREEMENT WITH THE STATE OF NEW JERSEY RE: NEW BRUNSWICK SALE (0.6). |
| MEISLER RE | 06/27/06 | 4.20 | REVIEW AND COMMENT ON MOTION TO APPROVE SETTLEMENT WITH STATE OF NEW JERSEY RE: REMEDIATION AGREEMENT (2.4); REVIEW DRAFT ORDER RE: SAME (0.3) CONFERENCE WITH K. JONES RE: SAME (1.5). |
| MEISLER RE | 06/28/06 | 3.30 | CONTINUED TO ANALYZE OPTIONS RE REMEDIATION AGREEMENT WITH STATE OF NEW JERSEY (1.5); CONFERENCE WITH K. BERLIN RE SAME (0.4); REVIEW AND REVISE DRAFT NOTICE UNDER SETTLEMENT PROCEDURES RE SAME (1.4). |
| MEISLER RE | 06/29/06 | 2.20 | CONTINUE TO REVIEW OPTIONS RE: REMEDIATION AGREEMENT WITH STATE OF NEW JERSEY (0.3); REVIEW AND REVISE NOTICE UNDER SETTLEMENT PROCEDURES RE: SAME (0.7); TELECONFERENCE WITH K. JONES AND K. BERLIN RE: SAME (0.3); REVISE PER COMMENTS (0.5) AND FINALIZE FOR CIRCULATION (0.4). |
| | | **12.10** | |
| ZAMBRANO K | 06/12/06 | 2.30 | RESEARCH SUCCESSOR LIABILITY FOR ENVIRONMENTAL CLEANUP OBLIGATIONS (2.3). |
| ZAMBRANO K | 06/27/06 | 0.50 | REVIEW AGREEMENT RE: ENVIRONMENTAL ISSUES (0.5). |
| ZAMBRANO K | 06/28/06 | 0.60 | ADDRESS ISSUES RELATED NOTICE OF SETTLEMENT RE: ENVIRONMENTAL ISSUES (0.6). |

134

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| ZAMBRANO K | 06/29/06 | 0.20 | REVIEW ISSUES RE: NOTICE OF DE MINIMIS SETTLEMENT OF ENVIRONMENTAL ISSUES (0.2). |
| | | 3.60 | |
| **Total Associate** | | 15.70 | |
| **TOTAL TIME** | | <u>**74.30**</u> | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**  Bill Date: 07/31/06
**Environmental Matters**  Bill Number: 1128095

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 06/09/06 | Berlin K | 903.47 |
| Air/Rail Travel - vendor feed | 06/16/06 | Berlin K | 342.90 |
| Air/Rail Travel - vendor feed | 06/27/06 | Berlin K | 1,128.42 |
| Air/Rail Travel - vendor feed | 06/27/06 | Berlin K | 923.46 |
| Air/Rail Travel - vendor feed | 06/27/06 | Berlin K | 434.23 |
| Air/Rail Travel - vendor feed | 06/27/06 | Berlin K | -858.48 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,874.00** |
| In-house Reproduction | 06/09/06 | Copy Center, D | 1.29 |
| In-house Reproduction | 06/13/06 | Copy Center, D | 1.71 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.40 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.57 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.03 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| Lexis/Nexis | 06/12/06 | Zambrano K | 102.00 |
| | | **TOTAL LEXIS/NEXIS** | **$102.00** |
| Westlaw | 06/07/06 | Amodeo JA | 379.77 |
| Westlaw | 06/12/06 | Amodeo JA | 181.43 |
| Westlaw | 06/23/06 | Amodeo JA | 134.09 |
| Westlaw | 06/26/06 | Amodeo JA | 79.40 |
| Westlaw | 06/30/06 | West Group | -12.69 |
| | | **TOTAL WESTLAW** | **$762.00** |
| Air/Rail Travel (external) | 05/24/06 | Amodeo JA | 152.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---:|
| Air/Rail Travel (external) | 05/24/06 | Amodeo JA | 193.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$345.00** |
| Out-of-Town Travel | 05/03/06 | Berlin K | 97.01 |
| Out-of-Town Travel | 05/03/06 | Berlin K | 15.00 |
| Out-of-Town Travel | 05/24/06 | Amodeo JA | 15.00 |
| Out-of-Town Travel | 06/27/06 | Meisler RE | 202.29 |
| Out-of-Town Travel | 06/27/06 | Berlin K | 15.00 |
| Out-of-Town Travel | 06/27/06 | Meisler RE | 193.70 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$538.00** |
| Messengers/ Courier | 06/21/06 | Dist Serv/Mail/Page, D | 22.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$22.00** |
| Out-of-Town Meals | 05/03/06 | Berlin K | 7.13 |
| Out-of-Town Meals | 05/24/06 | Amodeo JA | 6.78 |
| Out-of-Town Meals | 05/24/06 | Amodeo JA | 6.49 |
| Out-of-Town Meals | 05/24/06 | Amodeo JA | 6.49 |
| Out-of-Town Meals | 06/27/06 | Meisler RE | 18.69 |
| Out-of-Town Meals | 06/27/06 | Meisler RE | 3.48 |
| Out-of-Town Meals | 06/27/06 | Meisler RE | 15.26 |
| Out-of-Town Meals | 06/27/06 | Meisler RE | 44.02 |
| Out-of-Town Meals | 06/27/06 | Meisler RE | 6.66 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$115.00** |
| Outside Research/Internet Services | 04/30/06 | Global Securities | 102.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$102.00** |
| | | **TOTAL MATTER** | **$4,864.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                       Bill Date: 08/31/06
Environmental Matters                                          Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 07/05/06 | 1.40 | TELECONFERENCE WITH A. TANNENBAUM AND D. KENNEDY RE: TRUST AND OTHER ISSUES (0.5); PREPARE EMAIL TO S. MORRISON RE: SETTLEMENT LANGUAGE AND PROCEDURES (0.9). |
| BERLIN K | 07/06/06 | 1.90 | REVIEW OF SETTLEMENT PROCEDURES ORDER (0.5); TELECONFERENCES WITH K. JONES RE: OHIO SETTLEMENT ISSUES AND REVIEW AND MARKUP OF SAME (0.7); REVIEW OF MINUTES OF JUNE CREDITORS MEETING (0.7). |
| BERLIN K | 07/10/06 | 1.20 | TELECONFERENCE WITH M. HESTER RE: PROPERTY TRUST ISSUES (0.8); BEGIN REVIEW OF EMA REJECTION ISSUES (0.4). |
| BERLIN K | 07/11/06 | 0.30 | TELECONFERENCE WITH M. HESTER RE: PROPERTY TRUST (0.3). |
| BERLIN K | 07/12/06 | 0.50 | TELECONFERENCE WITH E. SENSENBRENNER AND C. GROSS RE: PROPERTY TRUST ISSUES AND FOLLOW-UP TO SAME (0.5). |
| BERLIN K | 07/13/06 | 4.10 | CONFER WITH WORKING GROUP RE: TAX ISSUES AFFECTING LAND TRUST (1.1); REVIEW MARKUP OF M. HESTER'S DRAFT OF PROPERTY TRUST POWERPOINT TO BE PRESENTED TO DTM ON JULY 17, 2006 AND TELECONFERENCE WITH M. HESTER RE: SAME (1.4); REVIEW AND MARKUP OF TRW PRESENTATION (0.7); REVIEW OF MARKUP OF NEW BRUNSWICK PRESENTATION (0.5); TELECONFERENCE WITH M. HESTER RE: TRUST ISSUES (0.2); TELECONFERENCE WITH R. MEISLER RE: NEW BRUSWICK AND TRW PRESENTATION (0.2). |
| BERLIN K | 07/14/06 | 0.30 | CONTINUE REVIEW OF TRANSFORMATION COMMITTEE ENVIRONMENTAL PRESENTATION (0.3). |
| BERLIN K | 07/17/06 | 1.50 | TELECONFERENCE WITH M. HESTER RE: PROPERTY TRUST (0.6); REVIEW OF SHORT FORM OF PROPERTY TRUST PROPOSAL (0.9). |
| BERLIN K | 07/20/06 | 2.30 | DRAFT MEMORANDUM ON GM ENVIRONMENTAL LIABILITIES AND EMA (2.3). |
| BERLIN K | 07/26/06 | 4.20 | CONFER WITH WORKING GROUP RE: TRUST TAX ISSUES (1.2); DRAFT ASSIGNMENT CLAUSE FOR IRVINE ORDER (1.1); REVIEW ENVIRONMENTAL PRESENTATION (1.4); TELECONFERENCE WITH M. HESTER RE: TREMONT, TRUST, GM AND OTHER ISSUES (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BERLIN K | 07/27/06 | 2.00 | TELECONFERENCE WITH A. TANNENBAUM AND F. BIROS RE: DOJ CLAIM (0.3); PREPARE FOR TELECONFERENCE WITH D. LANGER RE: QUESTIONS FROM CREDITOR'S COMMITTEE (0.8); EMAILS TO M. HESTER RE: SAME (0.6); TELECONFERENCE WITH F. BIROS AND M. HESTER RE: DOJ CLAIM (0.3). |
| | | **19.70** | |
| WEXLER MP | 07/06/06 | 0.30 | REVIEW ENVIRONMENTAL TRUST ISSUES (0.3). |
| WEXLER MP | 07/10/06 | 0.90 | REVIEW ISSUES IN CONNECTION WITH GE ENVIRONMENTAL INDEMNITY AGREEMENT (0.9). |
| WEXLER MP | 07/11/06 | 1.30 | FOLLOW UP ON ISSUES IN CONNECTION WITH GE AGREEMENT (0.6); REVIEW PRECEDENTIAL DOCUMENTS (0.7). |
| WEXLER MP | 07/17/06 | 0.90 | REVIEW PRESENTATION TO BE MADE TO DTM RE: ENVIRONMENTAL TRUST MATTERS (0.9). |
| WEXLER MP | 07/18/06 | 0.80 | FOLLOW UP ON ISSUES RE: PARTIAL TERMINATION OF AGREEMENT (0.8). |
| WEXLER MP | 07/24/06 | 0.30 | REVIEW RECENT CASE RE: ABILITY TO REJECT PORTION OF AGREEMENT (0.3). |
| WEXLER MP | 07/27/06 | 0.40 | REVIEW ISSUES RAISED BY LATHAM RE: ENVIRONMENTAL TRUST AND CONSIDER ALTERNATIVES (0.4). |
| | | **4.90** | |
| **Total Partner** | | **24.60** | |
| AMODEO JA | 07/11/06 | 3.20 | REVIEW BRIEF RE: REJECTION OF ENVIRONMENTAL MATTERS AGREEMENT AND RESEARCH ON ISSUE (3.2). |
| AMODEO JA | 07/12/06 | 2.50 | RESEARCH ON REJECTION OF EXECUTOR, CONTRACTS (2.5). |
| AMODEO JA | 07/14/06 | 1.00 | PREPARE RESPONSE TO LETTER FROM KENTUCKY ENVIRONMENTAL AGENCY (1.0). |
| AMODEO JA | 07/24/06 | 0.50 | PREPARE LANGUAGE FOR IRVINE PROPERTY AGREEMENT (0.5). |
| | | **7.20** | |
| **Total Counsel** | | **7.20** | |
| MEISLER RE | 07/12/06 | 0.20 | REVIEW PROPOSED ENVIRONMENTAL SETTLEMENT (0.2). |
| MEISLER RE | 07/14/06 | 2.20 | ANALYSIS OF SETTLEMENT RE: ENVIRONMENTAL CLEAN UP FOR REAL PROPERTY LOCATED ABROAD (1.4); TELECONFERENCE WITH K. CRAFT RE: SAME (0.4); REVIEW AND COMMENT ON DTM PRESENTATION RE: SAME (0.2); FOLLOW UP RE: SAME (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 07/17/06 | 0.50 | TELECONFERENCE WITH S. CORCORAN RE: SETTLEMENT RELATED TO ENVIRONMENTAL CLEAN UP FOR REAL PROPERTY LOCATED ABROAD (0.2); DRAFTED NOTES TO FILE RE: SAME (0.1); TELECONFERENCE WITH M. MCGUIRE RE: SAME (0.2). |
| | | **2.90** | |
| WHARTON JN | 07/11/06 | 0.20 | BEGIN TO ANALYZE PROPOSED TRW ENVIRONMENTAL SETTLEMENT (0.2). |
| WHARTON JN | 07/12/06 | 0.40 | ANALYZE POTENTIAL TRW SETTLEMENT AGREEMENT ENVIRONMENTAL LIABILITIES (0.4). |
| WHARTON JN | 07/14/06 | 2.20 | REVIEW AND ANALYZE (1.4) AND DRAFT SUMMARY (0.8) OF PROPOSED AGREEMENT WITH TRW RE: ENVIRONMENTAL REMEDIATION. |
| WHARTON JN | 07/17/06 | 0.40 | CONTINUE TO DRAFT SUMMARY OF PROPOSED AGREEMENT WITH TRW RE: ENVIRONMENTAL REMEDIATION (0.4). |
| WHARTON JN | 07/20/06 | 0.10 | CONTINUE TO ANALYZE POTENTIAL SETTLEMENT WITH TRW RE: ENVIRONMENTAL MATTERS (0.1). |
| | | **3.30** | |
| **Total Associate** | | **6.20** | |
| **TOTAL TIME** | | **38.00** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  
**Environmental Matters**

Bill Date: 08/31/06  
Bill Number: 1122597

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/14/06 | Copy Center, D | 6.14 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 0.59 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 4.27 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$11.00** |
| Postage | 07/28/06 | Office Admin, D | 3.00 |
| | | **TOTAL POSTAGE** | **$3.00** |
| | | **TOTAL MATTER** | **$14.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 09/30/06 |
|---|---|---|---|
| Environmental Matters | | | Bill Number: 1128097 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 08/02/06 | 0.30 | TELECONFERENCE WITH M. HESTER RE: TREMONT, GM AND TRUST (0.3). |
| BERLIN K | 08/03/06 | 1.50 | EMAIL TO D. LANGER RE: GM AGREEMENT (0.3); REVIEW OF INFORMATION ON PROPERTY INSURANCE COMPANY FOR TELECONFERENCE ON AUGUST 7 AND OF OTHER APPROACHES TO INSURANCE (1.2). |
| BERLIN K | 08/04/06 | 0.40 | REVIEW OF TRC POWER POINT AND EMAIL RE: SAME (0.4). |
| BERLIN K | 08/07/06 | 1.50 | TAKE PART IN TELEPHONE CONFERENCE WITH M. HESTER, T. GOSS, ET AL. RE: DISPOSAL OF CLOSED PROPERTIES AND FOLLOW-UP CONFERENCE CALL WITH M HESTER AND DELPHI PARTICIPANTS (1.5). |
| BERLIN K | 08/08/06 | 2.80 | REVIEW GM CLAIM (1.4); REVIEW DOJ CLAIM (0.5); PREPARE FOR MEETING WITH DOJ ON AUGUST 9 AND TELECONFERENCE WITH M. HESTER RE: SAME (0.9). |
| BERLIN K | 08/09/06 | 6.50 | PREPARE FOR AND CONFER WITH M. HESTER RE: MEETING WITH DOJ AND EPA TO DISCUSS TRUST AND TAKE PART IN MEETING WITH DOJ, M. HESTER AND EPA RE: SAME (6.5). |
| BERLIN K | 08/11/06 | 2.20 | REVIEW OF NEW YORK STATE CLAIM (0.4); PREPARE NEW GM/TRUST FACT SHEET (1.8). |
| BERLIN K | 08/13/06 | 1.40 | REVISE GM/TRUST MEMORANDA (1.2); REVIEW OF MICHIGAN PROOF OF CLAIM (0.2). |
| | | 16.60 | |
| **Total Partner** | | **16.60** | |
| MEISLER RE | 08/01/06 | 0.30 | REVIEW AND REVISE REPORT RE: SETTLEMENT OF ISRA WITH RESPECT TO NEW BRUNSWICK SALE (0.3). |
| MEISLER RE | 08/08/06 | 1.80 | REVIEW OF ENVIRONMENTAL SETTLEMENT (0.8); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.5); REVIEW AND REVISE SLIDES TO UCC RE: SAME (0.2); CONTINUE REVIEW OF ENVIRONMENTAL CLAIMS FILED (0.2); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 08/09/06 | 0.50 | CONTINUE REVIEW OF ENVIRONMENTAL CLAIMS (0.2); REVIEW AND ANALYZE ISSUES RE: ENVIRONMENTAL MATTERS AGREEMENT (0.3). |
| MEISLER RE | 08/10/06 | 0.70 | CONTINUE ANALYSIS OF ENVIRONMENTAL SETTLEMENT (0.5); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 08/11/06 | 0.10 | REVIEW ADDITIONAL ENVIRONMENTAL CLAIMS (0.1). |
| MEISLER RE | 08/18/06 | 0.20 | REVIEW ADDITIONAL ENVIRONMENTAL CLAIMS (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

|  |  |  |  |
|---|---|---|---|
|  |  | 3.60 |  |
| **Total Associate** |  | 3.60 |  |
| ROSEN R | 08/23/06 | 1.30 | INVESTIGATION, RESEARCH AND COMPILE 2004, 2005 SEC FILINGS RE: ENVIRONMENTAL MATTERS FOR DATA ROOM (1.1); COMPILE, FORWARD PRECEDENT DATA ROOM INDEX TO REQUESTING TEAM ATTORNEY FOR REVIEW RE: SET UP OF DEPHI ENVIRONMENTAL DATA ROOM (0.2). |
| ROSEN R | 08/24/06 | 2.10 | ASSIST TEAM ATTORNEY WITH PREPARATION OF ENVIRONMENTAL DATA ROOM INDEX (0.4); FINALIZE RESEARCH, COMPILE AND FORWARD 2004 AND 2005 SEC FILINGS TO TEAM ATTORNEY FOR ENVIRONMENTAL DATA ROOM (1.2); COMPILE, FORWARD DATA ROOM DOCUMENTS, RELATED MATERIALS TO REQUESTING TEAM ATTORNEY (0.5). |
| ROSEN R | 08/25/06 | 3.60 | ASSIST TEAM ATTORNEY RE: PREPARATION OF ENVIRONMENTAL DATA ROOM INDEX, TABS FOR DATA ROOM FILES, DOCUMENTS AND INFORMATION RE: DATA ROOM STAFFING COVERAGE (2.6); COMPILE, FORWARD DATA ROOM INDEX TO REQUESTING TEAM ATTORNEYS (0.9); TELECONFERENCE WITH TEAM ATTORNEY TO FURTHER REVIEW DATA ROOM INDEX (0.1). |
| ROSEN R | 08/28/06 | 0.30 | INVESTIGATION, RESEARCH, COMPILE AND FORWARD DATA ROOM VENDOR INFORMATION TO REQUESTING TEAM ATTORNEY (0.3). |
| ROSEN R | 08/30/06 | 8.70 | INVESTIGATION, RESEARCH, COMPILE DELPHI ADVERSARY AND WILMINGTON TRUST APPEAL CASES' PLEADINGS FOR ENVIRONMENTAL DATA ROOM (5.4); PREPARE PLEADINGS INDICES RE: SAME (1.1); COORDINATE WITH VENDOR LANDMARK RE: COPYING, SCANNING DOCUMENTS, SETTING UP PDF DOCUMENTS WEBSITE (1.4); REVIEW PDFS WITH TEAM ATTORNEYS RE: SAME (0.8). |
| ROSEN R | 08/31/06 | 0.90 | FURTHER ASSIST TEAM ATTORNEY WITH REVIEW, COMPILING ENVIRONMENTAL DATA ROOM DOCUMENTS (0.9). |
|  |  | 16.90 |  |
| **Total Legal Assistant** |  | 16.90 |  |
| ~~WORSCHECK TM~~ | ~~08/30/06~~ | ~~2.80~~ | ~~ASSIST WITH COMPILING PLEADINGS FOR DATA ROOM (2.8).~~ |
|  |  | ~~2.80~~ |  |
| ~~Total Legal Assistant Support~~ |  | ~~2.80~~ |  |
| **TOTAL TIME** |  | <u>39.90</u> |  |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  
**Environmental Matters**

Bill Date: 09/30/06  
Bill Number: 1128097

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/18/06 | Copy Center, D | 4.10 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 3.90 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$8.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.16 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 1.70 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.14 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Non-standard/Outside Reproduction | 08/30/06 | Landmark Document Services | 640.61 |
| Non-standard/Outside Reproduction | 08/30/06 | Landmark Document Services | 450.39 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$1,091.00** |
| Messengers/ Courier | 08/30/06 | Dist Serv/Mail/Page, D | 253.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$253.00** |
| Out-of-Town Meals | 08/08/06 | Meisler RE | 45.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$45.00** |
| Outside Research/Internet Services | 08/31/06 | Global Securities | 108.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$108.00** |
| | | **TOTAL MATTER** | **$1,508.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  Bill Date: 10/31/06
**Environmental Matters**  Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 09/05/06 | 0.90 | REVIEW OF M. HESTER MEMORANDUM ON GM RE: GM REMEDIATION COMPANY (0.2); REVIEW OF LATEST CASE DOCKET (0.7). |
| BERLIN K | 09/06/06 | 3.30 | TELECONFERENCE WITH M. HESTER RE: STATUS OF GM NEGOTIATIONS AND OTHER MATTERS (0.2); REVIEW OF AUGUST 9 MEETING OF COMMITTEE OF UNSECURED CREDITORS (0.9); REVIEW OF APPALOOSA ON DUE DILIGENCE REQUEST (0.5); REVIEW OF REQUEST FOR PHASE 1 AUDIT PROPOSALS (1.1); REVIEW OF LATEST CASE AGENDA AND NEW MOTION SUMMARY (0.6). |
| BERLIN K | 09/08/06 | 1.70 | REVIEW OF AGENDA FOR OMNIBUS HEARING (0.2); TAKE PART IN SENIOR STRATEGY TEAM TELECONFERENCE (0.6); REVIEW PRESENTATION FOR SEPTEMBER 7 MEETING ON UNSECURED CREDITORS (0.9). |
| BERLIN K | 09/11/06 | 2.10 | REVIEW AND MARKUP OF ANAHEIM SALES AGREEMENT AND COVER LETTER, AND TELECONFERENCE WITH M. WEXLER RE: SAME (2.1). |
| BERLIN K | 09/12/06 | 1.90 | TELECONFERENCE WITH D. LANGER RE: TRUST ISSUES AND FOLLOW-UP TO QUESTIONS RAISED BY SAME (1.1); TELECONFERENCE WITH M. HESTER RE: GM AND TRUST ISSUES AND BEGIN PREPARATION FOR GM MEETING (0.8). |
| BERLIN K | 09/13/06 | 3.30 | REVIEW OF REVISED ANAHEIM AGREEMENT (0.8); REVIEW OF DOCUMENTS ON GM FRAMEWORK AGREEMENT AND IMPLICATION FOR ENVIRONMENTAL TRUST (1.6); REVIEW OF APPALOOSA DUE DILIGENCE REQUEST AND EMAILS RE: MEETING (0.9). |
| BERLIN K | 09/14/06 | 1.10 | TELECONFERENCE WITH M. HESTER RE: GM ISSUES AND BEGIN WORKING ON TRUST MEMORANDUM (1.1). |
| BERLIN K | 09/15/06 | 7.20 | REVIEW OF REMEDIATION PROJECT SUMMARY (1.2) TAKE PART IN SENIOR STRATEGY TELECONFERENCE (0.9); REVIEW OF EMAIL ON MEISEROW DUE DILIGENCE (0.8); PREPARE MEMORANDUM ON TRUST AND GM (4.3). |
| BERLIN K | 09/18/06 | 5.20 | PREPARE FOR GM MEETING ON SEPTEMBER 19 (1.3); TAKE PART IN TELECONFERENCE WITH M. HESTER ET AL. RE: TRUST (1.2); REVIEW OF ANAHEIM CONSENT AGREEMENT AND ASSIGNMENT LANGUAGE (1.1); TELECONFERENCE WITH M. HESTER RE: PRESENTATION REVISIONS (1.2); TELECONFERENCE WITH D. LANGER RE: MISCELLANEOUS ISSUES (0.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| BERLIN K | 09/19/06 | 6.80 | PREPARE FOR AND ATTEND MEETING WITH M. HESTER AND GM AND D. BENZ OF WACHTELL (6.5); CONFER WITH K. JONES RE: ANAHEIM (0.3). |
| BERLIN K | 09/20/06 | 3.70 | TELECONFERENCE WITH M. HESTER ET AL. RE: PREPARATION FOR MESIROW TELECONFERENCE ON SEPTEMBER 22 (0.5); PREPARE MEMORANDUM ON ENVIRONMENTAL TRUST AND ASSUMPTION OF EMA (1.5); PREPARE FOR AND TELECONFERENCE WITH D. LANGER RE: ALL ISSUES (1.4); TELECONFERENCE WITH M. HESTER AND S. CORCORAN RE: EMA ASSUMPTION (0.3). |
| BERLIN K | 09/21/06 | 2.20 | TELECONFERENCE WITH M. HESTER RE: GM AND THE TRUST (0.2); REVIEW OF TRUST PRESENTATION TO WHITE & CASE AND EMAIL RE: SAME (0.3); CONTINUE DRAFTING OF GM/TRUST MEMORANDUM (1.7). |
| BERLIN K | 09/22/06 | 2.30 | CONTINUE DRAFT OF EMA ASSUMPTION MEMO AND EMAILS RE: SAME (1.8); TAKE PART IN WEEKLY TEAM STRATEGY TELECONFERENCE (0.5). |
| BERLIN K | 09/25/06 | 1.10 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (1.1). |
| BERLIN K | 09/26/06 | 0.60 | MEET WITH PETROLEUM INSURANCE RE: INSURANCE FOR ENVIRONMENTAL TRUST (0.6). |
| BERLIN K | 09/28/06 | 0.40 | TELECONFERENCE WITH K. DANZ AND M. WEXLER RE: FLINT PROPERTY AND REVIEW OF FACTS RE: SAME (0.4). |
| | | 43.80 | |
| **Total Partner** | | 43.80 | |
| ~~MATZ TJ~~ | ~~09/20/06~~ | ~~0.80~~ | ~~RECEIVE AND REVIEW DOMESTIC REMEDIATION SUMMARIES (0.8).~~ |
| ~~MATZ TJ~~ | ~~09/21/06~~ | ~~0.20~~ | ~~REVIEW CORRESPONDENCE FROM M. HESTER RE: SITE ENVIRONMENTAL INFORMATION (0.2).~~ |
| ~~MATZ TJ~~ | ~~09/22/06~~ | ~~0.50~~ | ~~CORRESPONDENCE FROM J. GUGLIELMO RE: ENVIRONMENTAL UPDATE AND REVIEW ATTACHMENT THERETO (0.5).~~ |
| | | ~~1.50~~ | |
| ~~**Total Counsel**~~ | | ~~1.50~~ | |
| MEISLER RE | 09/05/06 | 0.20 | REVIEW ENVIRONMENTAL CLAIM (0.2). |
| MEISLER RE | 09/07/06 | 0.30 | CONFERENCE WITH J. GUGLIELMO AND B. PICKERING RE: ENVIRONMENTAL ISSUES (0.3). |
| MEISLER RE | 09/13/06 | 0.30 | TELECONFERENCE WITH K. BERLIN RE: LEVELING UP ON APPALOOSA (0.2); DRAFT CORRESPONDENCE RE: SAME (0.1). |

88

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 09/14/06 | 0.60 | REVIEW CORRESPONDENCE RE: UCC INQUIRIES (0.1); REVIEW DRAFT SLIDES RE: SAME (0.4); DRAFT INTERNAL COMMENTS RE: SAME (0.1). |
| MEISLER RE | 09/27/06 | 0.30 | REVIEW LANGUAGE RE: TRW SETTLEMENT (0.1) AND DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW K. JONES CORRESPONDENCE RE: SAME AND DRAFT RESPONSE (0.1). |
| | | **1.70** | |
| **Total Associate** | | **1.70** | |
| ROSEN R | 09/01/06 | 0.70 | FURTHER ASSIST TEAM ATTORNEYS RE: INFORMATION, DOCUMENTS FOR DATA ROOM (0.7). |
| ROSEN R | 09/12/06 | 0.70 | COMPILE, FORWARD L&W ENGINEERING PLEADINGS TO M. MCGANN AT DELPHI FOR INCLUSION, UPDATING DATAROOM DOCUMENTS (0.7). |
| | | **1.40** | |
| **Total Legal Assistant** | | **1.40** | |
| **TOTAL TIME** | | **48.40** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 10/31/06
**Environmental Matters**  Bill Number: 1127729

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/19/06 | Berlin K | 933.70 |
| Air/Rail Travel - vendor feed | 09/19/06 | Berlin K | 422.46 |
| Air/Rail Travel - vendor feed | 09/19/06 | Berlin K | -444.16 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$912.00** |
| In-house Reproduction | 09/15/06 | Copy Center, D | 20.78 |
| In-house Reproduction | 09/19/06 | Copy Center, D | 1.22 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$22.00** |
| Lexis/Nexis | 09/13/06 | Kahn V | 11.00 |
| | | **TOTAL LEXIS/NEXIS** | **$11.00** |
| Westlaw | 09/15/06 | Amodeo JA | 160.07 |
| Westlaw | 09/21/06 | Amodeo JA | 512.93 |
| | | **TOTAL WESTLAW** | **$673.00** |
| Out-of-Town Travel | 09/19/06 | Berlin K | 94.00 |
| Out-of-Town Travel | 09/19/06 | Berlin K | 28.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$122.00** |
| Messengers/ Courier | 09/12/06 | Dist Serv/Mail/Page, D | 6.50 |
| Messengers/ Courier | 09/18/06 | Dist Serv/Mail/Page, D | 6.50 |
| | | **TOTAL MESSENGERS/ COURIER** | **$13.00** |
| | | **TOTAL MATTER** | **$1,753.00** |

B43E