SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------- x
                             :
In re                           :     Chapter 11
                             :
DELPHI CORPORATION, et al.,        :     Case No. 05–44481 (RDD)
                             :
            Debtors.    :     (Jointly Administered)
                             :
-------------------------------- x

EXHIBIT D-21
LEASES (REAL PROPERTY)
169.0 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                  **Bill Date: 07/31/06**
**Leases (Real Property)**                                    **Bill Number: 1128095**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MARAFIOTI KA | 06/04/06 | 0.40 | CORRESPONDENCE RE: D.C. DE MINIMIS LEASE (0.2); CORRESPONDENCE RE: IRVINE DE MINIMIS LEASE (0.2). |
| MARAFIOTI KA | 06/05/06 | 0.80 | REVIEW AND REVISE RESPONSE TO UNIVERSAL TOOL OBJECTION TO LEASE REJECTION (0.7); CORRESPONDENCE RE: LEASE NOTICES (0.1). |
| MARAFIOTI KA | 06/14/06 | 0.60 | WORK ON DEBTORS' REJOINDER TO UTE REPLY (0.6). |
| MARAFIOTI KA | 06/15/06 | 0.30 | REVIEW AND REVISE UTE PROPOSED ORDER (0.3). |
| MARAFIOTI KA | 06/16/06 | 0.10 | REVIEW AND REVISE IRVINE LEASE REJECTION NOTICE AND CORRESPONDENCE RE: SAME (0.1). |
| MARAFIOTI KA | 06/20/06 | 0.10 | REVIEW AND REVISE UTE ORDER (0.1). |
|  |  | **2.30** |  |
| WEXLER MP | 06/01/06 | 0.30 | REVIEW AND COMMENT ON LEASE NOTICES FOR DC AND IRVINE AND CONSIDER STRATEGY FOR IRVINE SITE (0.3). |
| WEXLER MP | 06/02/06 | 0.80 | REVIEW STATUS OF IRVINE, CA LOCATION AND STRATEGY FOR DEALING WITH SAME (0.3); REVIEW CORRESPONDENCE AND STRATEGY FOR DEALING WITH RECOUPMENT MATTER BY WARREN, OH LANDLORD (0.2); REVIEW ISSUES AND STRATEGY IN CONNECTION WITH STATUS OF CURRENT IRVINE, CA LEASE (0.3). |
| WEXLER MP | 06/05/06 | 0.70 | REVIEW CORRESPONDENCE WITH AND FROM ATTORNEY FOR LANDLORD AND CONSIDER STRATEGY FOR COLUMBIA, TN LEASED SPACE (0.4); REVIEW ISSUES WITH IRVINE, CA NEW LEASE (0.3). |
| WEXLER MP | 06/06/06 | 0.70 | REVIEW AND COMMENT ON REVISED DRAFT OF RESPONSE TO UTE OBJECTION (0.4); REVIEW CORRESPONDENCE RE: COLUMBIA, TN LANDLORD NEGOTIATIONS AND STRATEGY (0.3). |
| WEXLER MP | 06/13/06 | 0.70 | REVIEW REQUEST OF UTE TO DELAY HEARING AND STRATEGY FOR RESPONDING TO SAME (0.3); REVIEW UTE RESPONSE FILED AND CONSIDER STRATEGY FOR RESPONDING TO SAME (0.4). |
| WEXLER MP | 06/14/06 | 0.70 | REVIEW AND COMMENT ON REJOINDER TO UTE REPLY RE: INDIANAPOLIS LEASE (0.2); CONSIDER STRATEGY FOR RESPONSE TO PROPOSAL OF UTE RE: REJECTION (0.3); REVIEW AND COMMENT ON NOTICE OF REJECTION OF IRVINE, CA LEASE AND FOLLOW UP ON STRATEGY RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WEXLER MP | 06/15/06 | 0.90 | REVIEW ISSUES IN CONNECTION WITH SETTLEMENT PROPOSAL OF UTE AND STRATEGY FOR DEALING WITH SAME (0.6); REVIEW AND COMMENT ON FORM OF PROPOSED ORDER SETTLING UTE OBJECTION TO LEASE REJECTION (0.3). |
| WEXLER MP | 06/16/06 | 0.40 | REVIEW ISSUES IN CONNECTION WITH LEASE AT IRVINE, CA (0.4). |
| WEXLER MP | 06/19/06 | 0.20 | REVIEW STATUS OF IRVINE, CA LEASE (0.2). |
| WEXLER MP | 06/20/06 | 0.30 | REVIEW ISSUES IN CONNECTION WITH REJECTION OF IRVINE, CA LEASE AND NOTICE (0.3). |
| WEXLER MP | 06/22/06 | 0.30 | REVIEW AND COMMENT ON CORRESPONDENCE TO COMMITTEES RE: NEW LEASE IN IRVINE, CA AND STATUS OF NEGOTIATIONS (0.3). |
| WEXLER MP | 06/23/06 | 0.60 | REVIEW STATUS OF REVIEW OF NEW IRVINE LEASE BY COMMITTEE AND CORRESPONDENCE IN CONNECTION THEREWITH AND CONSIDER STRATEGY FOR REJECTION OF CURRENT LEASE (0.6). |
| WEXLER MP | 06/27/06 | 0.20 | DISCUSS IRVINE LEASE ISSUES WITH C. COMERFORD (0.2). |
| WEXLER MP | 06/28/06 | 0.20 | REVIEW STATUS OF IRVINE LEASE NEGOTIATIONS (0.2). |
| WEXLER MP | 06/29/06 | 0.60 | REVIEW REJECTION NOTICE AND CORRESPONDENCE RE: RENTAL PAYMENT ISSUES ON IRVINE, CA AND CORRESPONDENCE TO CLIENT IN CONNECTION THEREWITH (0.6). |
| | | **7.60** | |
| **Total Partner** | | **9.90** | |
| DANZ CE | 06/01/06 | 2.30 | ATTENTION TO THE UTE OBJECTION AND FOLLOWUP (0.4); COORDINATED LEASE NOTICES FOR WASHINGTON AND IRVINE WITH J. BEAUDOEN AND C. COMERFORD (0.6); DRAFTED AND REVISED COMMITTEE PRESENTATION MATERIALS RE: LEASED LOCATIONS (0.9); COMMUNICATION WITH C. COMERFORD RE: LAUREL, MS (0.4). |
| DANZ CE | 06/02/06 | 4.00 | PARTICIPATE IN TELECONFERENCE WITH CLIENT (J. BEAUDOEN, C. COMERFORD AND OTHERS) RE: IRVINE, CA LEASE REJECTION AND EXIT STRATEGIES AND RELATED FOLLOW-UP WITH C. COMERFORD (1.1); REVISE COMMITTEE PRESENTATION MATERIALS (0.6); REVIEW OF THE WARREN, OHIO SET-OFF ISSUE AND COMMUNICATION WITH J. BEAUDOEN AND C. COMERFORD RE: THE SAME (0.7); REVISE WASHINGTON AND IRVINE LEASE NOTICES (0.7); CONTINUE RESEARCH INTO THE STRATEGIES RE: THE NEW BRUNSWICK REAL PROPERTY TRANSFER (0.9). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DANZ CE        06/03/06      0.50   CONTINUE TO REVISE COMMITTEE
                                    PRESENTATION MATERIALS (0.5).

DANZ CE        06/05/06      3.00   TELECONFERENCE WITH J. BEAUDOEN RE:
                                    VARIOUS REAL ESTATE LEASE ISSUES (1.2);
                                    RELATED FOLLOWUP WORK FOR NEW LEASED
                                    LOCATIONS (0.4); TELECONFERENCE WITH J.
                                    BEAUDEON AND D. SOKOL RE: COLUMBIA
                                    (0.5); RESPONSE TO ISSUE RE: DEMINIMIS
                                    LEASE PROCEDURES AND REVIEW OF ORDER
                                    (0.5); COMMUNICATION WITH A. CARGILE
                                    RE: COLUMBIA (0.4).

DANZ CE        06/06/06      2.90   CONTINUE TO ADVICE TO THE COMPANY ON
                                    REAL ESTATE STRATEGIES RE: COLUMBIA, TN
                                    (J. BEAUDOEN) AND REVIEW OF THE
                                    CORRESPONDENCE (0.8); COORDINATE
                                    FINALIZING THE IRVINE AND WASHINGTON DC
                                    NOTICES AND SERVICE OF THE SAME (0.9);
                                    ATTENTION TO FULFILLING REQUEST OF FTI
                                    RE: IRVINE AND WASHINGTON DC (0.5);
                                    REVIEW UTE RESPONSE AND REVIEW LEASE AND
                                    LEASE ORDER TO VERIFY FACTS IN RESPONSE
                                    (0.7).

DANZ CE        06/08/06      1.30   REVIEW OF THE MUNICIPAL BOND ISSUES
                                    (0.7); TELECONFERENCE WITH C. COMERFORD
                                    (0.3); REVIEW OF DOCKET (0.3).

DANZ CE        06/09/06      1.60   COMMUNICATION WITH J. BEAUDOEN RE:
                                    IRVINE AND EXIT STRATEGIES RE: THE SAME
                                    (0.4); REVIEW OF THE DOCKET (0.3);
                                    COMMUNICATION WITH M. OWENS RE:
                                    RESPONSE DEADLINES AND POSSIBLE
                                    SETTLEMENT OF THE UTE MATTER AND REVIEW
                                    OF THEIR OBJECTION (0.9).

DANZ CE        06/12/06      3.80   TELECONFERENCE WITH J. BEAUDOEN AND D.
                                    SOKOL RE: COLUMBIA AND RELATED FOLLOWUP
                                    (1.3); TELECONFERENCE WITH R. FLETMEYER
                                    RE: THE NEW IRVINE LEASE LOCATION AND
                                    MONTHLY BASE RENT CHARGES AND RELATED
                                    REVIEW OF THE LEASE (0.6);
                                    TELECONFERENCE RE: STATUS OF ITEMS
                                    (0.7); TELECONFERENCE WITH J. BEAUDOEN
                                    RE: THE INDIANAPOLIS LEASE AND REVIEW OF
                                    THE REJECTION RESPONSE (1.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DANZ CE | 06/13/06 | 6.20 | NUMEROUS DISCUSSION AND REVIEW OF PROPOSALS RE: DEFAULT LANGUAGE FOR 10-K PREPARATION WITH C. COMERFORD AND OTHERS AT THE COMPANY (1.7); ADDITIONAL REVIEW OF THE DOCKET FOR IRVINE OBJECTIONS (0.4) COMMUNICATION WITH M. OWENS (0.3) REVIEW OF POSSIBLE UTE SETTLEMENT OPTIONS AND DEVELOPED STATEGY RE: SETTLEMENT (1.1); REVIEW OF THE BROWNSVILLE LEASE AUTHORIZATION REQUEST (0.3); REVIEW OF THE RESPONSE AND RESEARCH ON INDIANPOLIS (1.2); COMMUNICATION WITH J. BEAUDOEN AND C. COMERFORD RE: OUTSTANDING ISSUES (COLUMBIA, NEW IRVINE LEASE) (0.4); TELECONFERENCE WITH COMPANY RE: MUNICIPAL BOND ISSUES AND PAYMENT DEFAULTS (0.8). |
| DANZ CE | 06/14/06 | 3.50 | DRAFT BROWNSVILLE LEASE SUMMARY AND REVISED LEASE NOTICE (0.5); CONTINUE TO REVISE IRVINE LEASE REJECTION NOTICE AND REVIEW IRVINE LEASE FOR DETAILS (0.7); DRAFT COMMUNICATION TO FTI RE: BROWNSVILLE (0.4); CONTINUE DISCUSSIONS WITH C. COMERFORD RE: 10K DISCLOSURE ISSUES AND REVIEW OF RELATED PROVISIONS (0.8); TELECONFERENCES WITH M. OWENS RE: SETTLEMENT OF UTE MATTER (0.4) AND CONTINUE TO REVIEW AND FORMULATE RESPONSE ON OFFERS (0.7). |
| DANZ CE | 06/15/06 | 3.90 | CONTINUE TO DISCUSS SETTLEMENT WITH M. OWENS (0.5); REVIEW OF SETTLEMENT OFFER (0.3); DRAFT AGREED ORDER (0.8); REVISE AGREED ORDER (0.3); DRAFT COURT PROFFER RE: SETTLEMENT (0.5) GENERAL DISCUSSIONS WITH M. OWENS AND M. MCCROY RE: TERMS OF THE AGREED ORDER (0.7); REVIEW DOCKET FOR OBJECTIONS ON THE IRVINE NOTICE (0.4); COMMUNICATION TO J. BEAUDOEN (0.4). |
| DANZ CE | 06/16/06 | 0.70 | COMMUNICATION WITH J. BEAUDOEN AND C. COMERFORD RE: IRVINE LEASE REJECTION (0.4); REVISE IRVINE NOTICE (0.3). |
| DANZ CE | 06/19/06 | 1.40 | CONTINUE DISCUSSION WITH THE COMPANY RE: THE STATUS OF THE IRVINE EXIT (0.6); REVIEW OF THE DOCKET FOR OBJECTIONS ON THE IRVINE NEW LEASE NOTICE (0.4); FOLLOWUP ON THE SANDUSKY ISSUE (0.4). |
| DANZ CE | 06/20/06 | 1.80 | DISCUSSIONS WITH M. OWENS, M. MCCROY RE: THE UTE SETTLEMENT AND FURTHER REVISIONS REQUESTED BY THE JUDGE AND REVIEW OF THE TRANSCRIPT (0.9); REVIEW COMMUNICATION FROM K. SIMON AND FOLLOWED-UP WITH J. BEAUDOEN (0.5); ADVICE GIVEN ON NEW IRVINE LEASE NEGOTIATIONS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DANZ CE | 06/21/06 | 1.00 | PARTICIPATE IN STATUS CALL (0.3); COMMUNICATION WITH M. OWENS RE: THE REVISED UTE ORDER (0.4); REVIEW COMMUNICATION FROM J. BEAUDOEN (0.3). |
|---------|----------|------|---|
| DANZ CE | 06/22/06 | 2.20 | COMMUNICATION WITH C. COMERFORD RE: REVISED LEASE TERMS ON THE IRVINE, CA LEASE (0.4); REVIEW NEW LEASE PROCEDURES ORDER AND DISCUSSED STRATEGY FOR APPROVAL ON THE REVISED TERMS (0.8); PREPARE NOTICE AND DISTRIBUTED THE SAME TO THE NEW LEASE NOTICE PARTIES (0.6); SENT COPY OF IRVINE LEASE TO K. SIMON AND DICUSSED THE SAME WITH HIM (0.4). |
| DANZ CE | 06/23/06 | 2.50 | REVIEW OF THE SANDUSKY INVOICES AND ISSUE (0.6); TELECONFERENCES WITH K. SIMON RE: THE IRVINE LEASE REJECTION ISSUE AND REVIEW OF THE NOTICE AND LEASE (0.9); COMMUNICTION WITH C. COMERFORD RE: THE IRVINE LOCATIONS AND REVIEW OF THE NOTICE (0.7); TELECONFERENCE WITH W. SNYDER, B. ELLE AND P. HEGOED RE: COLUMBIA, TN (0.3). |
| DANZ CE | 06/26/06 | 0.80 | DRAFT THE CURRENT ISSUE SUMMARY RELATING TO LEASED REAL ESTATE ISSUES OUTSTANDING (0.8). |
| DANZ CE | 06/27/06 | 0.90 | REVISIONS TO THE IRVINE LEASE NOTICE AND SERVICE ISSUES (0.3); REVIEW OF THE DOCKET (0.2); TELECONFERENCE WITH J. BEAUDOEN (0.4). |
| DANZ CE | 06/29/06 | 1.50 | FILING AND SERVICE OF THE IRVINE LEASE NOTICE (0.8); COMMUNICATION WITH C. COMERFORD RE: THE IRVINE NEW LEASE NOTICE AND PROVIDED REQUESTED DOCUMENTS (0.4); REVIEW OF THE SANDUSKY ISSUE (0.3). |
| DANZ CE | 06/30/06 | 1.60 | REVIEW OF THE DOCKET (0.3); INVESTIGATION INTO LEASE ASSUMPTION MOTION (0.4); REVIEW COMMUNICATION FROM J. BEAUDOEN (0.3); REVIEW OF SANDUSKY, OHIO LEASE ISSUE (0.4); REVIEW OF THE FILED DOCUMENT RELATING TO IRVINE (0.2). |
| | | **47.40** | |
| HERRIOTT AV | 06/09/06 | 0.20 | BEGIN REVIEW OF UTE PLEADINGS (0.2). |
| HERRIOTT AV | 06/12/06 | 1.70 | REVIEW UNIVERSAL TOOL PAPERS AND REVIEW AND COMMENT ON SCRIPT, PROFFER, AND QUESTIONS AND ANSWERS FOR UTE HEARING PREPARATION (1.7). |
| HERRIOTT AV | 06/13/06 | 0.70 | REVIEW THE REVISED UTE SCRIPT AND SUGGEST ADDITIONAL EDITS (0.7). |
| HERRIOTT AV | 06/14/06 | 0.90 | REVIEW AND REVISE DRAFT OF ITE REJOINDER (0.9). |
| HERRIOTT AV | 06/15/06 | 0.60 | REVIEW AND REVISE DRAFT UTE RESPONSE AND REVISED ORDER (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HERRIOTT AV | 06/20/06 | 1.10 | REVIEW AND REVISE UTE ORDER TO CONFORM WITH BENCH RULING RE: UTE (1.1). |
|---|---|---|---|
| HERRIOTT AV | 06/21/06 | 0.10 | FOLLOW UP ON UTE REVISED ORDER (0.1). |
| | | **5.30** | |
| JJINGO MJ | 06/01/06 | 3.20 | RESEARCH CASE LAW FOR UTE RESPONSE (3.2). |
| JJINGO MJ | 06/02/06 | 1.90 | REVIEW AND REVISE UTE MOTION (1.9). |
| JJINGO MJ | 06/05/06 | 1.10 | STRATEGIZE WITH REGARD TO UTE RESPONSE (1.1). |
| JJINGO MJ | 06/06/06 | 3.60 | REVIEW AND REVISE RESPONSE TO UTE OBJECTION (3.6). |
| JJINGO MJ | 06/10/06 | 0.60 | AMENDING PROPOSED ORDER FILED WITH THE COURT WITH REGARD TO UTE (0.6). |
| JJINGO MJ | 06/13/06 | 1.70 | DRAFT POSSIBLE REJOINDER TO REPLY FILED BY UTE (1.7). |
| JJINGO MJ | 06/14/06 | 3.10 | DRAFT, REVISE AND CIRCULATE REJOINDER TO UTE REPLY (3.1). |
| | | **15.20** | |
| MEISLER RE | 06/01/06 | 0.20 | RESPOND TO LAUREL, MISSISSIPPI LEASE INQUIRY (0.2). |
| MEISLER RE | 06/05/06 | 0.20 | ATTENTION TO FILING OF UTE RESPONSE (0.2). |
| MEISLER RE | 06/06/06 | 0.80 | REVIEW NOTICES FOR ENTRY INTO NEW LEASE (0.2) AND REJECTION OF IRVINE LEASE (0.2); REVIEW RESPONSE TO UTE OBJECTION TO DEBTORS' NOTICE OF LEASE REJECTION (0.4). |
| MEISLER RE | 06/12/06 | 1.00 | CONFERENCE WITH M. WEXLER AND C. DANZ RE: UTE LEASE REJECTION (0.2), LAUREL, BROOKHAVEN AND MONROE LEASES (0.5) AND DISCLOSURE LANGUAGE FOR FORM 10-K (0.3). |
| MEISLER RE | 06/13/06 | 0.70 | CONTINUE TO PREPARE FOR CONTESTED HEARING RE: UTE OBJECTION TO LEASE REJECTION (0.4); CONTINUE ATTENTION TO LAUREL, MONROE AND BROOKHAVEN LEASES (0.3). |
| MEISLER RE | 06/14/06 | 0.50 | REVIEW REPLY TO UTE RESPONSE (0.3); REVIEW NOTICE OF LEASE REJECTION (0.2). |
| MEISLER RE | 06/20/06 | 1.20 | REVIEW TRANSCRIPT RE: ORDER APPROVING REJECTION OF UTE LEASE (0.2); REVIEW BAR DATE ORDER FOR LANGUAGE RE: DEADLINE TO FILE CLAIMS ARISING FROM LEASE REJECTION (0.3); REVIEW AND COMMENT ON CHANGES TO ORDER RE: SAME (0.3); DRAFT ALTERNATE LANGUAGE FOR CHANGES (0.4). |
| MEISLER RE | 06/21/06 | 0.20 | REVIEW AND ANALYZE CORRESPONDENCE RE: ENTRY INTO IRVINE LEASE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 06/22/06 | 0.30 | REVIEW AND REVISE CORRESPONDENCE RE: ADJUSTMENTS TO NEW LEASE IN IRVINE, CA (0.3). |
| | | **5.10** | |
| REESE RG | 06/13/06 | 1.80 | REVIEW AND RESPOND TO ISSUES RE: UTE REJOINDER (1.8). |
| REESE RG | 06/14/06 | 1.70 | REVIEW AND COMMENT ON DRAFT UTE REJOINDER (0.8); RESPOND TO ADDITIONAL ISSUES RE: UTE ISSUES (0.9). |
| REESE RG | 06/15/06 | 0.40 | REVIEW COMMUNICATIONS RE: UTE ISSUES (0.4). |
| | | **3.90** | |
| **Total Associate** | | **76.90** | |
| ROSEN R | 06/06/06 | 1.40 | REVIEW UNIVERSAL TOOL SPECIAL PARTIES LIST, SERVICE WITH KCC (0.7); FURTHER REVIEW SERVICE OF WASHINGTON, DC AND IRVINE, CA NOTICES OF INTENT WITH KCC (0.7). |
| ROSEN R | 06/07/06 | 1.90 | ATTEND TO FOLLOW-UP WITH K. DOUGHERTY, LANDMARK RE: SERVICE OF UTE RESPONSE (0.6); FURTHER COORDINATE SERVICE OF UTE RESPONSE VIA EMAIL AND COURIER SERVICE TO PARTIES AND MONITOR STATUS OF SAME (1.3). |
| ROSEN R | 06/08/06 | 2.10 | WORK ON AFFIDAVITS OF SERVICE RE: UTE RESPONSE (1.2); COMPILE, PREPARE SERVICE LIST EXHIBITS RE: SAME (0.9). |
| ROSEN R | 06/09/06 | 1.40 | FURTHER WORK ON, FINALIZE AFFIDAVITS OF SERVICE, EXHIBITS RE: UTE RESPONSE (0.8); COMPILE AND FORWARD AFFIDAVITS OF SERVICE (0.6). |
| ROSEN R | 06/13/06 | 0.40 | COMPILE UNIVERSAL TOOL DOCUMENTS FOR DRAFT 6/19 HEARING BINDER (0.4). |
| ROSEN R | 06/17/06 | 0.60 | UPDATE 6/19 HEARING BINDERS RE: REVISED UTE ORDER (0.6). |
| ROSEN R | 06/20/06 | 0.60 | COMPILE, FORWARD UTE ORDER REVISED FROM 6/19 HEARING TO TEAM ATTORNEYS FOR REVIEW, COMMENTS (0.3); REVISE, UPDATE 6/19 PROFFERS/ORDERS CHART RE: SAME (0.3). |
| | | **8.40** | |
| **Total Legal Assistant** | | **8.40** | |
| **TOTAL TIME** | | **95.20** | |

147

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Leases (Real Property)**

**Bill Date: 07/31/06**
**Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/23/06 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.91 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 1.00 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$2.00** |
| Wireless - Mo-bile/Cellular/Pager | 05/23/06 | Wexler MP | 9.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$9.00** |
| | | **TOTAL MATTER** | **$12.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 08/31/06**
**Leases (Real Property)**                                      **Bill Number: 1122597**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DANZ CE | 07/05/06 | 1.40 | REVISIONS TO THE LEASE REJECTION NOTICE FOR IRVINE, CA AND REVIEWED ISSUES RELATING TO THE POSSIBLE CLAIMS AT SITE (1.4). |
| DANZ CE | 07/06/06 | 0.40 | REVIEW OF DOCKET RE LEASE MATTERS (0.4). |
| DANZ CE | 07/07/06 | 1.50 | PARTICIPATE IN NUMEROUS CONFERENCE CALLS WITH C. COMERFORD, D. POOLE, D. MUNSON, J. BEAUDOEN RE: SANDUSKY, OHIO (0.5), REVIEW OF SANDUSKY DOCUMENTS (0.6), TELECONFERENCE WITH C. COMERFORD RE: STATUS OF VARIOUS REAL ESTATE ITEMS (0.4). |
| DANZ CE | 07/10/06 | 1.70 | ATTENTION TO STRATEGY RE: VARIOUS LEASE RELATED ISSUES RELATED TO LAUREL, MISSISSIPPI (0.5), COMMUNICATION WITH COMPANY RE: VARIOUS POST PETITION REAL ESTATE PAYMENT (0.4), PARTICIPATION IN DELPHI STRATEGY CALL (0.8). |
| DANZ CE | 07/20/06 | 1.60 | ASSISTANCES WITH REAL ESTATE RELATED TIME SUMMARY (0.3), REVIEW OF DOCKET (0.2), COMMUNICATION WITH F. NORRIS RE: NEW BRUSWICK FACILITY (0.4), COMMUNICATION RE: SANDUSKY RENTAL ISSUE AND REVIEW OF BACKUP DOCUMENTS (0.4), REVIEW OF THE BROOKHAVEN ISSUE (0.3). |
| DANZ CE | 07/31/06 | 0.90 | TELECONFERENCE TO M. SCHWABE (0.2); TELECONFERENCE WITH C. COMERFORD AND REVIEW OF THE PROPOSED ASSIGNMENT TO THE PURCHASER OF NEW BRUNSWICK AND THE SALE ORDER (0.7). |
|  |  | 7.50 |  |
| **Total Associate** |  | 7.50 |  |
| **TOTAL TIME** |  | 7.50 |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 08/31/06**
**Leases (Real Property)**                            **Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 2.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$2.00** |
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 3.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$3.00** |
| | | **TOTAL MATTER** | **$5.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                          **Bill Date: 09/30/06**
**Leases (Real Property)**                            **Bill Number: 1128097**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WEXLER MP | 08/01/06 | 0.40 | REVIEW KILROY REALTY REQUEST FOR ADMINISTRATIVE EXPENSE AND CONSIDER STRATEGY FOR RESPONSE (0.4). |
| WEXLER MP | 08/02/06 | 0.30 | REVIEW STATUS OF DISCUSSIONS WITH KILROY REALTY RE: PAPERS FILED AND STRATEGY FOR GOING FORWARD (0.3). |
| WEXLER MP | 08/04/06 | 0.40 | REVIEW CORRESPONDENCE AND FOLLOW UP ON KILROY REALTY'S REQUEST FOR ADMINISTRATIVE EXPENSE (0.4). |
| WEXLER MP | 08/05/06 | 0.10 | REVIEW CASA GRANDE DE MINIMIS LEASE NOTICE (0.1). |
| WEXLER MP | 08/10/06 | 0.30 | REVIEW LEASE ISSUES FOR KETTERING (0.2); REVIEW LEASE NOTICE FOR STREETSBORO OHIO (0.1). |
| WEXLER MP | 08/16/06 | 0.60 | CONSIDER STRUCTURE AND PROCEDURES FOR KETTERING UNIVERSITY AGREEMENT TO LEASE (0.3) AND DISCUSS WITH C. COMERFORD (0.3). |
| WEXLER MP | 08/18/06 | 0.70 | REVIEW AND COMMENT ON BROWNSVILLE, TX LEASE NOTICE (0.1); REVIEW RESPONSE FROM LANDLORD FOR COLUMBIA, TN SPACE AND CLIENT CORRESPONDENCE AND CONSIDER STRATEGY THEREFOR (0.6). |
| WEXLER MP | 08/25/06 | 0.50 | REVIEW CORRESPONDENCE FROM LANDLORD ATTORNEY AND CONSIDER STRATEGY FOR COLUMBIA, TN LEASE (0.5). |
| WEXLER MP | 08/29/06 | 0.20 | REVIEW MEMO RE: KILROY CLAIM FOR ADMINISTRATIVE EXPENSE (0.2). |
|  |  | 3.50 |  |
| **Total Partner** |  | **3.50** |  |
| DANZ CE | 08/01/06 | 1.60 | PREPARATION FOR AND PARTICIPATION IN CONFERENCE CALL RE: SANDUSKY, OHIO ADMINISTRATIVE CLAIM WITH D. POOLE AND OTHERS (0.8), FOLLOW-UP COMMUNICATION WITH J. PRICE RE: THE SANDUSKY MATTER (0.4), REVIEW OF RECENT COMMUNICATIONS ON THE ISSUE (0.4). |
| DANZ CE | 08/02/06 | 1.10 | COMMUNICATION WITH M. HESTOR AND D. SOKOL RE: THE SANDUSKY LOCATION ADMINISTRATIVE CLAIM ISSUE AND RELATED FOLLOW-UP (0.8), COMMUNICATION WITH S. WRIGHT (0.3). |

B43E

| | | | |
|---|---|---|---|
| DANZ CE | 08/07/06 | 0.90 | TELECONFERENCE WITH C. COMERFORD AND D. POOLE RE: SANDUSKY AND OTHER MATTERS AND RELATED FOLLOW-UP CALL TO D. POOLE (0.3); DISTRIBUTED THE STREETSBORO LEASE NOTICE TO J. BEAUDOEN (0.3); COORDINATED UCC PRESENTATION WITH C. COMERFORD (0.3). |
| DANZ CE | 08/09/06 | 0.40 | REVIEW OF THE KILROY PAPERS RE: REAL ESTATE RELATED ADMIN CLAIM ISSUES (0.4). |
| DANZ CE | 08/10/06 | 0.90 | COMMUNICATION WITH J. BEAUDOEN RE: STREETSBORO LEASE NOTICE (0.3); SUPERVISE FINALIZING THE NOTICE AND SERVICE OF THE SAME (0.6). |
| DANZ CE | 08/11/06 | 0.60 | COMMUNICATION WITH E. STEFFEE RE: STREETBORO (0.2); REVIEW OF DOCKET FOR REAL ESTATE FILINGS (0.4). |
| DANZ CE | 08/15/06 | 1.50 | DRAFT FORM ESTOPPEL AND DISTRIBUTED THE SAME TO C. COMERFORD (0.6); NUMEROUS TELECONFERENCES WITH J. BEAUDOEN RE: AND REVIEW OF RELATED MATERIALS FROM J. BEAUDOEN AND T. FLAREY, (0.9). |
| DANZ CE | 08/17/06 | 2.90 | REVIEW OF CORRESPONDENCE FROM M. HESTOR RE: THE SANDUSKY DISPUTE (0.3); NUMEROUS TELECONFERENCES WITH J. BEAUDOEN RE: BROWNSVILLE, COLUMBIA, TX, J. BENDS ADMIN CLAIM ISSUE (1.4), REVIEW OF THE BROWNSVILLE, TX LEASE LANGUAGE (0.4) AND COMMUNICATION WITH C. COMERFORD RE: THE SAME (0.2); INVESTIGATION INTO COLUMBIA LEASE DISPUTE AND NEW LEASE OFFER (0.6). |
| DANZ CE | 08/18/06 | 1.70 | COORDINATE THE BROWNSVILLE LEASE NOTICE WITH C. COMERFORD AND J. BEAUDOEN (0.4); COMMUNICATION WITH A. CARGILE RE: THE COLUMBIA, TN NEW PROPOSED LEASE (0.4); FOLLOWUP COMMUNICATIONS WITH J. BEAUDEON AND C. COMERFORD RE: COLUMBIA (0.5); COORDINATE SERVICE OF THE BROWNSVILLE NOTICE (0.4). |
| DANZ CE | 08/21/06 | 2.20 | REVIEW OF W. BELIX ADMIN CLAIM AND SUPPORTING DOCUMENTATION (0.5); COMMUNICATION WITH J. JOHNSON (CLAIMANT'S COUNSEL) RE: THE SAME (0.4); REVIEW OF DOCKET FOR AMENDMENTS TO CLAIM AND OTHER LEASE RELATED ITEMS (0.4); BEGIN TO DRAFT LEASE SUMMARY FOR DISTRIBUTION (0.6), COMMUNICATION WITH J. BEAUDOEN (0.3). |
| DANZ CE | 08/22/06 | 1.20 | COMMUNICATION WITH M. HESTOR RE: THE SANDUSKY MATTER AND RELATED REVIEW OF THE CODE FOR STATE/FEDERAL ISSUE CONCERNS (0.9), ATTENTION TO THE COLUMBIA MATTER (0.3),. |

B43E

| DANZ CE | 08/23/06 | 0.60 | COMMUNICATION WITH C. COMERFORD (0.2); OBTAIN AND REVIEWED THE SERVICE DOCUMENTS FOR THE BROWNSVILLE LEASE AND DISTRIBUTED THE SAME TO THE CLIENT (0.4). |
|---|---|---|---|
| DANZ CE | 08/24/06 | 1.70 | REVIEW OF MOTION TO COMPILE ASSUMPTION (0.4); REVIEW OF 365(D)4 ORDER (0.4); COMMUNICATION WITH J.F. SCOTT RE: ASSUMPTION ISSUES (0.4); COMMUNICATION WITH J. BEAUDEON RE: THE COLUMBIA, TN SITUATION AND OTHER LEASE MATTERS (0.5). |
| DANZ CE | 08/25/06 | 3.60 | TELECONFERENCE WITH J. BEAUDOEN, L. JANKOW, AND M. HALL RE: W. BELIX CLAIM AND REVIEW OF THE DOCUMENTATION PROVIDED BY DELPHI (0.7); PREPARATION FOR THE CONFERENCE CALL WITH J. JOHNSON RE: THE W. BELIX ADMIN CLAIM (0.7); DRAFT COMMUNICATION WITH J. JOHNSON (0.3); RELATED COMMUNICATION WITH CLIENT POST-CALL RE: OUTSTANDING TAXES, MECHANICS' LIENS AND INSURANCE (0.7); REVIEW OF PROTOCOL FOR MECHANICS' LIENS ASSERTED AGAINST LEASED PROPERTY AND COMMUNICATION WITH M. HALL RE: THE SAME (0.7); REVIEW OF THE W. BELIX LEASE FOR DEFAULT ISSUES (0.5). |
| DANZ CE | 08/28/06 | 1.60 | PARTICIPATION IN DELPHI ALL-HANDS CONFERENCE CALL (0.6); NUMEROUS COMMUNICATIONS WITH AND FROM W. SNYDER RE: DELPHI COLUMBIA PROPERTY (0.4); COMMUNICATIONS WITH J. BEAUDEON, D. SOKOL AND C. COMERFORD RE: COLUMIBA (0.6). |
| DANZ CE | 08/29/06 | 4.10 | NUMEROUS COMMUNICATIONS WITH A. CARGILE (0.7), REVIEW OF PREVIOUS COMMUNICATIONS AND LEASE RE: DEFAULT AND HOLD-OVER ISSUES (0.9), REVIEW OF KILROY RESEARCH MEMO AND DISCUSSION WITH CLIENT (J. BEAUDEON) (0.7), REVIEW OF UNDERLYING KILROY CLAIM (0.3), REVIEW OF DOCKET (0.2), REVIEW OF RECENT SERVICE OF PROCESS ON LEASE NOTICES (0.3), COMMUNICATION WITH J. JOHNSON RE: BELIX CLAIM (0.3), CONTINUE ATTENTION TO LEASEHOLD MECHANICS' LIEN CLAIMS PROCESS (0.4), COMMUNICATION WITH R. FLETMEYER RE: COMMUNICATIONS WITH MESIROW (0.3). |
| DANZ CE | 08/30/06 | 0.40 | ATTENTION TO THE UPCOMING UCC PRESENTATION AND COMMUNICATION WITH C. COMERFORD RE: THE SAME (0.4). |
| DANZ CE | 08/31/06 | 0.10 | COMMUNICATION WITH C. COMERFORD RE: THE STATUS OF ALL CURRENT REAL ESTATE MATTERS AND THE UCC PRESENTATION AND REVIEW OF THE PREVIOUS PRESENTATION (0.1). |

**27.10**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 08/16/06 | 1.40 | REVIEW LEASE PROCEDURES MOTION AND ORDER (1.4). |
| GRANT K | 08/24/06 | 0.50 | REVIEW AND ANALYZE PROPERTY TAX INFORMATION FOR 3535 KETTERING LEASE (0.5). |
| GRANT K | 08/25/06 | 0.60 | TELECONFERENCE WITH CLIENTS RE: 3535 KETTERING (0.4); EMAIL RE: SAME (0.2). |
| GRANT K | 08/28/06 | 0.50 | OBTAIN INFORMATION RE: CLAIMS FILED BY BENZ (0.2); OBTAIN CLAIM INFORMATION FOR LIEN HOLDERS AT 3535 KETTERING (0.3). |
| | | **3.00** | |
| MEISLER RE | 08/01/06 | 0.50 | TELECONFERENCE WITH S. CORCORAN RE: LEASE INQUIRY (0.2); FOLLOW UP REVIEW OF PROOF OF CLAIM AND SCHEDULES RE: SAME (0.3). |
| MEISLER RE | 08/07/06 | 0.50 | REVIEW CASA GRANDE LEASE (0.2); REVIEW WITHDRAWAL OF MOTION RE: KILROY (0.3). |
| MEISLER RE | 08/08/06 | 0.20 | REVIEW KETTERING LEASE (0.2). |
| MEISLER RE | 08/10/06 | 0.10 | REVIEW NOTICE RE: ENTRY INTO NEW LEASE (0.1). |
| MEISLER RE | 08/13/06 | 0.20 | REVIEW 3535 KETTERING LEASE (0.2). |
| MEISLER RE | 08/14/06 | 0.20 | CONTINUE TO ANALYZE KETTERING LEASE AND ASSERTION OF ADMIN CLAIMS (0.2). |
| MEISLER RE | 08/16/06 | 0.20 | CONTINUE ATTENTION TO KETTERING LEASE (0.2). |
| | | **1.90** | |
| **Total Associate** | | **32.00** | |
| ~~SALAZAR AG~~ | ~~08/10/06~~ | ~~0.50~~ | ~~COORDINATE EXECUTION OF SERVICE OF LEASE NOTICE (0.5).~~ |
| ~~SALAZAR AG~~ | ~~08/21/06~~ | ~~1.00~~ | ~~DISCUSS AND COORDINATE SERVICE OF LEASE NOTICE (1.0).~~ |
| ~~SALAZAR AG~~ | ~~08/22/06~~ | ~~0.80~~ | ~~PREPARE AND COORDINATE SERVICE OF LEASE NOTICE (0.8).~~ |
| ~~SALAZAR AG~~ | ~~08/23/06~~ | ~~0.60~~ | ~~PREPARE AND COORDINATE SERVICE OF LEASE NOTICE (0.6).~~ |
| | | ~~2.90~~ | |
| ~~**Total Legal Assistant**~~ | | ~~**2.90**~~ | |
| **TOTAL TIME** | | **38.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Leases (Real Property)**

**Bill Date: 09/30/06**
**Bill Number: 1128097**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/04/06 | Copy Center, D | 104.59 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 9.41 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$114.00** |
| Telephone Expense | 08/31/06 | Telecommunications, D | 3.89 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 2.79 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.31 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.01 |
| | | **TOTAL TELEPHONE EXPENSE** | **$7.00** |
| Westlaw | 08/01/06 | Perl MW | 93.79 |
| Westlaw | 08/03/06 | Perl MW | 70.73 |
| Westlaw | 08/17/06 | Grant K | 1,529.32 |
| Westlaw | 08/28/06 | Wharton JN | 9.16 |
| | | **TOTAL WESTLAW** | **$1,703.00** |
| Messengers/ Courier | 08/01/06 | Dist Serv/Mail/Page, D | 6.33 |
| Messengers/ Courier | 08/01/06 | Dist Serv/Mail/Page, D | 6.33 |
| Messengers/ Courier | 08/01/06 | Dist Serv/Mail/Page, D | 6.34 |
| | | **TOTAL MESSENGERS/ COURIER** | **$19.00** |
| | | **TOTAL MATTER** | **$1,843.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Leases (Real Property)**

**Bill Date: 10/31/06**
**Bill Number: 1127729**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WEXLER MP | 09/06/06 | 0.90 | TELECONFERENCE WITH C. COMERFORD RE: CHANGES TO STREETSBORO, OH LEASE AND FOLLOW UP ON PROCEDURES TO BE FOLLOWED (0.6); CORRESPONDENCE WITH C. COMERFORD RE: SAME (0.3). |
| WEXLER MP | 09/07/06 | 0.20 | REVIEW STREETSBORO, OH LEASE RENEGOTIATION ISSUES (0.2). |
| WEXLER MP | 09/08/06 | 1.10 | REVIEW AGENDA AND PARTICIPATE IN SENIOR STRATEGY CALL (0.8); TELECONFERENCE WITH J. BEAUDOEN AND FOLLOW UP ON QUESTIONS RE: 365(D)(4) EXTENSION (0.3). |
| WEXLER MP | 09/14/06 | 0.60 | REVIEW CORRESPONDENCE FROM C. COMERFORD AND REVISIONS TO LEASE NOTICE FOR STREETSBORO, OH LEASE AND FOLLOW UP ON PROCEDURES FOR SAME (0.6). |
| WEXLER MP | 09/18/06 | 2.10 | REVIEW MATERIALS RE: LEASE REJECTION DAMAGES IN PREPARATION FOR CALL WITH C. COMERFORD (0.7); TELECONFERENCE WITH C. COMERFORD RE: SAME (0.2); TELECONFERENCES AND CORRESPONDENCE WITH C. COMERFORD RE: STREETSBORO, OH LEASE REVISIONS AND PROCESS REQUIRED FOR APPROVAL OF SAME (0.8); REVIEW AND COMMENT ON DRAFT OF CORRESPONDENCE TO COMMITTEE RE: STREETSBORO LEASE AND CONSIDER STRATEGY THEREFOR (0.4). |
| WEXLER MP | 09/19/06 | 0.40 | REVIEW AND COMMENT ON REVISED NOTICE TO COMMITTEES ET AL RE: STREETSBORO LEASE AND FOLLOW UP ON PROCEDURES (0.4). |
| WEXLER MP | 09/21/06 | 0.50 | REVIEW ISSUES RAISED BY COMMITTEE RE: STREETSBORO, OH LEASE AND C. COMERFORD RESPONSE (0.2); REVIEW ORIX WARREN OBJECTION TO 365(D)(4) AND CONSIDER STRATEGY THEREFOR (0.3). |
| WEXLER MP | 09/22/06 | 0.40 | REVIEW STRATEGY FOR DEALING WITH ORIX WARREN OBJECTION TO 365(D)(4) EXTENSION (0.4). |
| WEXLER MP | 09/25/06 | 0.60 | REVIEW ISSUES IN CONNECTION WITH REJECTION DAMAGES FOR RESTORATION WORK AND OUTCOME OF RESEARCH RE: SAME (0.6). |
| WEXLER MP | 09/26/06 | 1.00 | CONSIDER ISSUES AND STRATEGY FOR PROJECT VANTAGE (0.8); REVIEW CORRESPONDENCE FROM CLIENT RE: WARREN, OH LEASE AND MONIES HELD BY LANDLORD (0.2). |
| | | **7.80** | |

**Total Partner**                 **7.80**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DANZ CE | 09/14/06 | 1.10 | REVIEW OF NUMEROUS RECENT CORRESPONDENCE (0.6), ATTENTION TO THE DANA LEASE ISSUE (0.3), REVIEW OF DOCKET (0.2). |
| DANZ CE | 09/15/06 | 0.60 | REVIEW OF STRATEGY RE: POSSIBLE SALE/LEASEBACK TRANSACTION (0.6). |
| DANZ CE | 09/18/06 | 2.60 | DEVELOPED STRATEGY RE: STREETSBORO LEASE CHANGES (0.4); REVIEW THE PREVIOUS STREETSBORO LEASE NOTICE AND PREVIOUS COMMUNICATION TO THE COMMITTEE RE: NEW LEASE CHANGES (0.3); REVISE LANGUAGE TO THE COMMITTEE (0.4); REVIEW DOCKET (0.3); REVIEW OF 502B6 DAMAGE CLAIM ISSUES (0.4); COMMUNICATION WITH M. HALL (0.3); REVIEW OF MECHANICS' LIEN RELEASE RELATING TO LEASE DISPUTE (0.5). |
| DANZ CE | 09/19/06 | 3.40 | TELECONFERENCE WITH J. BEAUDOEN RE: REJECTION CLAIMS AND PROVIDED REQUESTED FOLLOWUP INFORMATION (0.5); TELECONFERENCE WITH S. SHRINQU RE: RBI ASSUMED LEASES (0.4); FOLLOWUP TELECONFERENCE FROM J. BEAUDOEN RE: REAL ESTATE LEASE QUESTIONS (0.3); TELECONFERENCE FROM C. COMERFORD RE: LOI QUESTIONS (0.3); COMMUNICATION WITH NEW LEASE NOTICE PARTIES RE: LEASE AMENDMENTS AT STREETSBORO (0.6); FOLLOW-UP COMMUNICATION WITH K. SIMON RE: THE STREETBORO LEASE AND FORWARDED REQUESTED INFORMATION (0.4); REVIEW LEASE REJECTION CLAIM ISSUES (0.4); INVESTIGATION INTO NOTICE DISPUTE RE: STREETSBORO (0.5). |
| DANZ CE | 09/20/06 | 1.00 | COMMUNICATION WITH K. SIMON RE: ADDITIONAL STREETSBORO CHANGE (0.3) AND REVIEW DOCKET (0.2); REVIEW OF RECENT LANDLORD CORRESPONDENCE (0.2); COMMUNICATION WITH R. FLETMEYER RE: STREETSBORO (0.3). |
| DANZ CE | 09/21/06 | 0.60 | NUMEROUS COMMUNICATIONS WITH C. COMERFORD ON THE STREETSBORO LEASE AND REVIEW OF THE LEASE (0.6). |
| DANZ CE | 09/22/06 | 0.80 | PARTICIPATE IN TELECONFERENCE WITH CLIENT RE: REJECTION DAMAGES (0.4); REVIEW OF THE ORIX WARREN PAPERS (0.4). |
| DANZ CE | 09/25/06 | 1.20 | COMMUNICATION WITH J. BEAUDOEN AND C. COMERFORD RE: REJECTION ISSUES AND RESTORATION CLAIMS (0.5); TELECONFERENCE WITH C. COMERFORD RE: LETTER OF INTENT ISSUES (0.3); REVIEW OF BANKRUPTCY CODE (0.4),. |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DANZ CE | 09/26/06 | 4.20 | TELECONFERENCE WITH C. COMERFORD, D. SOKOL, R. FLETMEYER, J. GUGLIELIMO RE: REJECTION CLAIMS, AUBURN HILLS PROPERTY AND RELATED FOLLOW-UP (1.0); TELECONFERENCE WITH J. BEAUDOEN RE: J. BENZ LANDLORD CLAIM AND REVIEW OF RECENT CORRESPONDENCE (0.5); REVIEW OF DOCKET FOR LANDLORD CLAIM (0.3); BEGAN PREPARING DRAFT SLIDES FOR COMMITTEE PRESENTATION (0.6); ATTENTION TO DEVELOPMENT OF STRATEGY RE: LEASEBACK OF NEW OFFICE BUILDING (1.1); CONTINUE REVIEW OF MECHANICS' LIEN CLAIM FILED BY LANDLORD AND DISPUTED LEASE TERM (0.7). |
| DANZ CE | 09/27/06 | 1.20 | DISCUSSION OF AUBURN HILLS LEASEBACK STRATEGY (0.7); ATTENTION TO ORIX WARREN LEASE DISPUTE AND REVIEW OF MATTER (0.5). |
| DANZ CE | 09/28/06 | 2.90 | INITIAL TELECONFERENCE WITH T. SABLE (0.3); DISCUSSION OF THE STATUS OF AUBURN HILLS WITH C. COMERFORD AND J. BECKER AND RELATED STRATEGY DISCUSSION (1.2); TELECONFERENCE WITH T. SABLE RE: STATUS WITH C. COMERFORD AND FOLLOWUP DISCUSSION (0.7); REVIEW OF THE COMMITTEE PRESENTATION MATERIALS AND PROVIDED MARKUP RE: LEASES (0.3); REVIEW OF REJECTION MATERIALS AND COMMUNICATION WITH C. COMERFORD (0.4). |
| | | **19.60** | |
| WHARTON JN | 09/18/06 | 0.90 | DRAFT CORRESPONDENCE RE: AMENDMENTS TO NEW LEASE FOR STREETSBORO OH OFFICE SPACE (0.9). |
| WHARTON JN | 09/21/06 | 0.40 | REVIEW ORIX WARREN OBJECTION TO 365(D)(4) EXTENSION AND BEGIN TO PREPARE RESPONSE (0.4). |
| WHARTON JN | 09/25/06 | 0.60 | ANALYZE ISSUE RELATING TO RESTORATION DAMAGES FOR REJECTED LEASE (0.2); PREPARE RESPONSE TO ORIX WARREN LLC OBJECTION TO 365(D)(4) DEADLINE EXTENSION (0.4). |
| WHARTON JN | 09/26/06 | 0.30 | PREPARE PRESENTATION TO STATUTORY COMMITTEES RE: ORIX WARREN MATTER (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        09/28/06        1.20    REVIEW PRESENTATION TO STATUTORY
                                          COMMITTEES RE: ORIX WARREN OBJECTION TO
                                          EXTENSION OF DEADLINE TO ASSUME OR
                                          REJECT LEASES (0.2); WORK ON REPLY TO
                                          ORIX WARREN OBJECTION (0.3); REVIEW
                                          PRESENTATION RE: 502(B)(6) CAP ON
                                          REJECTION DAMAGES (0.2); RESEARCH
                                          SECOND CIRCUIT CASE LAW RE: SECTION
                                          502(B)(6) CAP ON LEASE REJECTION
                                          DAMAGES (0.5).

                                  3.40

**Total Associate**               **23.00**

**TOTAL TIME**                    **30.80**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Leases (Real Property)**

**Bill Date: 10/31/06**
**Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/15/06 | Copy Center, D | 28.90 |
| In-house Reproduction | 09/22/06 | Copy Center, D | 0.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$29.00** |
| Westlaw | 09/25/06 | Grant K | 499.58 |
| Westlaw | 09/28/06 | Wharton JN | 154.42 |
| | | **TOTAL WESTLAW** | **$654.00** |
| | | **TOTAL MATTER** | **$683.00** |

B43E