SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
         In re                 :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05–44481 (RDD)
                               :
                   Debtors.    :    (Jointly Administered)
                               :
------------------------------ x

EXHIBIT D-22
EXECUTORY CONTRACTS (PERSONALTY)
160.4 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 07/31/06 |
|---|---|---|---|
| Executory Contracts (Personalty) | | | Bill Number: 1128095 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| JJINGO MJ | 06/27/06 | 6.30 | DRAFT AND REVISE A.T. KEARNEY PLEADINGS(6.3). |
| JJINGO MJ | 06/28/06 | 9.20 | DRAFT AND REVISE A.T. KEARNEY MOTION; CORRESPOND WITH J. SHEEHAN AND R. EISENBERG AT DELPHI RE: THE SAME (9.2). |
| JJINGO MJ | 06/29/06 | 5.60 | WORK ON A.T. KEARNEY MATTER (0.8); ATTEMPT TO CONTACT K. SMITH AT DELPHI RE: CHANGES TO THE A.T. KEARNEY AGREEMENT (0.5); PHONE CONVERSATION AND CORRESPONDENCE WITH K. SMITH RE: THE SAME (0.3); REVISE A.T. KEARNEY MOTION AND ORDER (4.0). |
| | | **21.10** | |
| MEISLER RE | 06/01/06 | 0.30 | REVIEW AND COMMENT ON AT KEARNEY MOTION (0.3). |
| MEISLER RE | 06/02/06 | 0.20 | TELECONFERENCE WITH A. VANDENBERGH RE: EXECUTORY CONTRACTS (0.2). |
| MEISLER RE | 06/05/06 | 1.90 | REVIEW AT KEARNEY ENGAGEMENT LETTER (0.5); REVIEW MOTION RE: SAME (0.5); TELECONFERENCE WITH J. SHEEHAN RE: SAME (0.2); REVIEW EXECUTORY CONTRACT FOR SUPPLY OF PRODUCT (0.7). |
| MEISLER RE | 06/15/06 | 0.10 | TELECONFERENCE WITH S. CORCORAN RE: CONTRACT REJECTION (0.1). |
| MEISLER RE | 06/22/06 | 0.20 | TELECONFERENCE WITH A. VANDENBERG RE: SUPPLIER CONTRACT (0.1); TELECONFERENCE WITH J. PAPELIAN RE: GOVERNMENT CONTRACTS (0.1). |
| MEISLER RE | 06/26/06 | 2.10 | REVIEW DOCUMENTS RE: GOVERNMENT CONTRACTS (0.7) IN PREPARATION FOR MEETING WITH J. PAPELIAN AND J. MALESKY; ATTEND MEETING WITH J. PAPELIAN, J. MALESKY AND A. ROSENBLATT RE: SAME (0.8); CONTINUED ANALYSIS OF SAME (0.6). |
| MEISLER RE | 06/27/06 | 0.40 | REVIEW ANALYSIS OF GOVERNMENT CONTRACTS AND APPLICATION UNDER SAAP ORDER (0.4). |
| MEISLER RE | 06/28/06 | 1.30 | REVIEW TERMS AND CONDITIONS OF A.T. KEARNEY AGREEMENT (0.5) AND REVISE SAME (0.3) CONTINUE TO REVIEW EXECUTORY CONTRACT WITH LORD CORP AND ANALYZE ADMINISTRATIVE CLAIM ASSERTION (0.5). |

136

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 06/29/06 | 3.20 | REVIEW AND ANALYZE COMPANY INQUIRIES RE: GOVERNMENT CONTRACTS (0.2); TELECONFERENCE WITH S. CORCORAN RE: COMMENTS TO A.T. KEARNEY MOTION (0.2); REVISED MOTION ACCORDINGLY (0.5); REVIEW, REVISE, AND FINALIZE A.T. KEARNEY MOTION (1.9) AND ORDER (0.4) RE: POTENTIAL CHANGES TO AGREEMENT. |
| MEISLER RE | 06/30/06 | 1.00 | TELECONFERENCE WITH M. BROUDE RE: COMMENTS TO A.T. KEARNEY MOTION (0.2); DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW RESPONSE TO A. ROSENBLATT RE: GOVERNMENT CONTRACTS (0.2); PARTICIPATE ON CALL WITH J. MALESKY, A. ROSENBLATT AND J. PAPELIAN RE: SAME (0.3); DRAFT NOTES TO FILE RE: SAME (0.2). |
| | | **10.70** | |
| WHARTON JN | 06/01/06 | 0.30 | REVISE PRESENTATION TO CREDITORS COMMITTEE RE: PROPOSED AGREEMENT WITH AT KEARNEY FOR REVIEW OF INDIRECT SPEND (0.3). |
| WHARTON JN | 06/02/06 | 0.20 | REVISE PRESENTATION TO CREDITORS COMMITTEE RE: PROPOSED MOTION TO APPROVE AT KEARNEY AGREEMENT (0.2). |
| WHARTON JN | 06/05/06 | 2.50 | REVISE MOTION TO APPROVE AGREEMENT WITH AT KEARNEY FOR REVIEW OF INDIRECT SPEND (2.5). |
| | | **3.00** | |
| ZAMBRANO K | 06/23/06 | 2.10 | BEGIN REVIEWING ISSUES RE: POTENTIAL MOTION RE: TERM SHEET AND BEING DRAFTING MOTION RE: SAME (2.1). |
| ZAMBRANO K | 06/24/06 | 2.30 | DRAFT 363 MOTION RE: APPROVAL OF TERM SHEET (2.3). |
| ZAMBRANO K | 06/26/06 | 3.10 | DRAFT PROPOSED ORDER FOR 363 MOTION RE: APPROVAL OF TERM SHEET (1.3); AND REVISE SAME (0.4); RESEARCH ISSUES RE: WHETHER A PAYMENT IS AN ADMINISTRATIVE OR PREPETITION CLAIM AND DRAFT MEMO RE: SAME (1.4). |
| ZAMBRANO K | 06/27/06 | 3.40 | RESEARCH STATUS OF CERTAIN PROVISION IN LORD CORP AGREEMENT AND DRAFT MEMO RE: SAME (3.4). |
| ZAMBRANO K | 06/28/06 | 4.70 | RESEARCH RE: THE DEFINITION OF THE TERM "ORDINARY COURSE OF BUSINESS" WITH REGARD TO 363 OF THE BANKRUPTCY CODE AND DRAFT MEMO RE: SAME (4.7). |
| | | **15.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZIEGLER VE | 06/13/06 | 4.10 | RESEARCH LEGAL ISSUE RE: TERMINATION OF AN EXECUTORY CONTRACT AND TAX ABETMENT CONTRACTS WITH RESPECT TO ZONE ENTERPRISE AGREEMENTS (4.1). |
| | | 4.10 | |
| **Total Associate** | | **54.50** | |
| **TOTAL TIME** | | **54.50** | |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| **Delphi Corporation (DIP)** | | | **Bill Date: 07/31/06** |
|---|---|---|---|
| **Executory Contracts (Personalty)** | | | **Bill Number: 1128095** |

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| In-house Reproduction | 06/02/06 | Copy Center, D | 175.94 |
| In-house Reproduction | 06/07/06 | Copy Center, D | 0.40 |
| In-house Reproduction | 06/09/06 | Copy Center, D | 6.20 |
| In-house Reproduction | 06/09/06 | Copy Center, D | 218.15 |
| In-house Reproduction | 06/16/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 06/27/06 | Copy Center, D | 19.70 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 4.60 |
| In-house Reproduction | 06/30/06 | Copy Center, D | 530.81 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$956.00** |
| | | **TOTAL MATTER** | **$956.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 08/31/06 |
| Executory Contracts (Personalty) | Bill Number: 1122597 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 07/26/06 | 0.50 | REVIEWING AND COMMENTING ON MOBILE ARIA EXECUTORY CONTRACT REJECTION MOTION (0.5). |
| MATZ TJ | 07/28/06 | 1.00 | CORRESPONDENCE WITH S. CORCORAN, J. WHITSON RE: ASSUMPTION/REJECTION OF QRA CONTRACT (0.4); CORRESPONDENCE AND REVIEW RE: MOBILE ARIA CONTRACT ASSUMPTION/REJECTION MOTION FOR AUGUST OMNIBUS HEARING (0.6). |
| | | **1.50** | |
| **Total Counsel** | | **1.50** | |
| FERN BM | 07/17/06 | 0.20 | ANALYSIS OF ISSUES RE: ARIBA CONTRACT (0.2). |
| FERN BM | 07/20/06 | 3.40 | REVIEWED ARIBA AGREEMENT AND ANALYZED ISSUES RE: SAME (2.9); TELECONFERENCE WITH J. DERIAN RE: SUPPLIER ISSUES (0.3); TELECONFERENCE WITH J. DERIAN RE: ARIBA (0.2). |
| | | **3.60** | |
| JJINGO MJ | 07/05/06 | 0.20 | REVIEW CORRESPONDENCE RE: REQUEST OF UCC WITH RESPECT TO A.T. KEARNEY (0.2). |
| JJINGO MJ | 07/06/06 | 4.10 | STRATEGIZE RE: A.T. KEARNEY AND REVIEW PREVIOUS ORDERS AND REVISE ORDER IN THE A.T. KEARNEY MATTER (4.1). |
| JJINGO MJ | 07/07/06 | 1.50 | STRATEGIZE RE: RIGHTS TO THE UCC WITH RESPECT TO THE A.T. KEARNEY MATTER AND CONTACT M. BROUDE RE: THE SAME (1.1); REVISE A.T. KEARNEY ORDER TO REFLECT THESE RIGHTS (0.4). |
| JJINGO MJ | 07/09/06 | 0.20 | REVIEW AND REVIEW A.T. KEARNEY ORDER (0.2). |
| JJINGO MJ | 07/10/06 | 3.20 | REVIEW AND REVISE A.T. KEARNEY ORDER AND CORRESPOND WITH DELPHI RE: THE SAME AND PROGRESS MADE ON FINAL AGREEMENT WITH A.T. KEARNEY (3.2). |
| JJINGO MJ | 07/11/06 | 4.10 | REVIEW CORRESPONDENCE FROM J. SHEEHAN ON A.T. KEARNEY (0.1); REVIEW AND REVISE A.T. KEARNEY ORDER AND STRATEGIZE RE: THE SAME (3.9); SEND A.T. KEARNEY ORDER TO M. BROUDE FOR REVIEW (0.1). |
| JJINGO MJ | 07/19/06 | 2.90 | CORRESPOND WITH K. SMITH RE: A.T. KEARNEY AND STRATEGIZE RE: THE SAME (2.9). |
| | | **16.20** | |

| | | | |
|---|---|---|---|
| MEISLER RE | 07/05/06 | 0.20 | REVIEW M. BROUDE CORRESPONDENCE RE: A.T. KEARNEY MOTION (0.1); REVIEW J. SHEEHAN RESPONSE RE: SAME (0.1). |
| MEISLER RE | 07/10/06 | 0.80 | REVIEW PROPOSED SETTLEMENT WITH PROLIFIX AND MOBILEARIA (0.2); REVIEW A.T. KEARNEY PROPOSED ORDER AND AGREEMENT IN PREPARATION FOR JULY 19TH HEARING (0.5); DRAFT CORRESPONDENCE RE: A.T. KEARNEY AGREEMENT (0.1). |
| MEISLER RE | 07/11/06 | 0.50 | CONTINUED PREPARING FOR HEARING RE: A.T. KEARNEY (0.5). |
| MEISLER RE | 07/14/06 | 0.90 | DRAFT CORRESPONDENCE TO COMPANY RE: AT KEARNEY HEARING PREPARATION (0.2); FOLLOW UP RE: SAME (0.2); REVIEW AND REVISE SCRIPT AND PROFFER RE: SAME (0.5). |
| MEISLER RE | 07/23/06 | 0.40 | REVIEW CORRESPONDENCE RE: CONTRACT REJECTION (0.3); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 07/24/06 | 0.20 | REVIEW POTENTIAL CONTRACT REJECTION (0.2). |
| MEISLER RE | 07/25/06 | 0.60 | PREPARED FOR CONFERENCE CALL WITH RE: GOVERNMENT CONTRACTS (0.3); TELECONFERENCE WITH J. PAPELIAN, S. CORCORAN, K. CRAFT AND A. ROSENBLATT RE: GOVERNMENT CONTRACTS (BATTELLE) (0.2); TELECONFERENCE WITH K. CRAFT RE: SAME (0.1). |
| MEISLER RE | 07/27/06 | 0.60 | DRAFT INTERNAL CORRESPONDENCE RE: POSSIBLE REJECTION OR TERMINATION OF CONTRACT (0.3); CONFERENCE WITH K. CRAFT AND R. FLETEMEYER RE: EVALUATION OF TEXAS CONTRACT REJECTION (0.2); CONFERENCE WITH K. CRAFT AND J. SHEEHAN RE: SAME (0.1). |
| MEISLER RE | 07/28/06 | 0.70 | REVIEW CORRESPONDENCE FROM QRA RE: REQUEST TO ASSUME AN EXECUTORY REJECT (0.2); TELECONFERENCE WITH S. CORCORAN, J. WHITSON AND S. GALE RE: SAME (0.2); REVIEW NOVEMBER, 2005 TRANSCRIPT RE: RUSSEL, REYNOLDS (0.2); DRAFT EMAIL TO S. CORCORAN, J. WHITSON AND S. GALE RE: SAME (0.1). |
| | | **4.90** | |
| PERL MW | 07/17/06 | 0.30 | BEGIN REVIEW OF ARIBA CONTRACT (0.3). |
| PERL MW | 07/19/06 | 2.80 | REVIEW ARIBA CONTRACT AND BEGIN RESEARCH RE: SAME (2.8). |
| PERL MW | 07/20/06 | 0.20 | CORRESPONDENCE RE: PAYMENTS UNDER ARIBA CONTRACT (0.2). |
| PERL MW | 07/25/06 | 0.50 | BEGIN REVIEW APPLIED BIO CONTRACT (0.4); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.1). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PERL MW | 07/26/06 | 0.80 | CONTINUE TO REVIEW APPLIED BIO CONTRACT (0.8). |
| | | 4.60 | |
| **Total Associate** | | **29.30** | |
| ~~ROSEN R~~ | ~~07/13/06~~ | ~~0.50~~ | ~~COMPILE AT KEARNEY PLEADINGS, SCRIPT FOR 7/19 HEARING BINDER (0.5).~~ |
| ~~ROSEN R~~ | ~~07/24/06~~ | ~~0.70~~ | ~~REVIEW CASE DOCKET RE: AT KEARNEY ORDER (0.4); COMPILE, FORWARD AND REVIEW SERVICE PREPARATIONS WITH KCC RE: SAME (0.3).~~ |
| ~~ROSEN R~~ | ~~07/25/06~~ | ~~0.40~~ | ~~REVIEW DRAFT MOBILEARIA CONTRACT REJECTION LIST RE: SERVICE PREPARATION FOR UPCOMING MOTION FILING (0.3); REVIEW SERVICE PREPARATION WITH KCC RE: SAME (0.1).~~ |
| ~~ROSEN R~~ | ~~07/26/06~~ | ~~0.60~~ | ~~REVIEW AT KEARNEY ORDER, SERVICE OF SAME WITH KCC (0.4); MONITOR COMPLETION STATUS WITH KCC RE: SAME (0.2).~~ |
| | | ~~2.20~~ | |
| ~~Total Legal Assistant~~ | | ~~2.20~~ | |
| **TOTAL TIME** | | **33.00** | |

106

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**                                      **Bill Date:** 08/31/06
**Executory Contracts (Personalty)**                              **Bill Number:** 1122597

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/18/06 | Meisler RE | 710.24 |
| Air/Rail Travel - vendor feed | 07/18/06 | Meisler RE | -355.12 |
| Air/Rail Travel - vendor feed | 07/20/06 | Meisler RE | 410.88 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$766.00** |
| In-house Reproduction | 07/04/06 | Copy Center, D | 1.20 |
| In-house Reproduction | 07/18/06 | Copy Center, D | 2.20 |
| In-house Reproduction | 07/21/06 | Copy Center, D | 19.92 |
| In-house Reproduction | 07/25/06 | Copy Center, D | 410.16 |
| In-house Reproduction | 07/28/06 | Copy Center, D | 190.52 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$624.00** |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.47 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 2.07 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.26 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.20 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| Lexis/Nexis | 07/20/06 | Fern BM | 4.43 |
| Lexis/Nexis | 07/20/06 | Fern BM | -0.43 |
| | | **TOTAL LEXIS/NEXIS** | **$4.00** |
| Westlaw | 07/20/06 | Fern BM | 18.35 |
| Westlaw | 07/27/06 | ** * | 181.65 |
| | | **TOTAL WESTLAW** | **$200.00** |
| Reproduction - color | 07/28/06 | Copy Center, D | 58.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$58.00** |
| Out-of-Town Travel | 07/27/06 | Meisler RE | 202.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$202.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Out-of-Town Meals | 07/26/06 | Meisler RE | 11.60 |
| Out-of-Town Meals | 07/27/06 | Meisler RE | 15.40 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$27.00** |
| Outside Research/Internet Services | 07/01/06 | LexisNexis Courtlink Inc. | 27.30 |
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 36.39 |
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 84.23 |
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 19.08 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$167.00** |
| | | **TOTAL MATTER** | **$2,052.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 09/30/06 |
|---|---|---|---|
| Executory Contracts (Personalty) | | | Bill Number: 1128097 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 08/24/06 | 1.30 | CONFERENCE WITH R. MEISLER RE: LETTER AGREEMENT AMENDING PBR LLC AGREEMENT. (0.2); REVIEW PROPOSED LETTER AGREEMENT. (0.2); REVIEW MEMORANDA RE: SAME (0.9). |
| GRANT K | 08/25/06 | 8.20 | CONTINUE TO REVIEW OF DEED DOCUMENTS AND MEMORANDA RE: JOINT VENTURE PBR (1.8); DRAFT AND REVISE INSERTS TO LETTER AGREEMENT MODIFYING LLC AGREEMENT (1.2); REVIEW MOTION TO COMPEL ASSUMPTION OF EXECUTIVE CONTRACT OF IBJTC AND SUPPORTING DOCUMENTS (1.7); REVIEW TRANSCRIPT OF 11/29/05 HEARING COVERING SIMILAR ISSUES (0.9); BEGIN TO WORK ON OBJECTION RE: SAME (2.6). |
| GRANT K | 08/28/06 | 6.90 | WORK ON DRAFT OBJECTION TO MOTION OF IBJTC TO COMPEL ASSUMPTIONS, REJECTION AND FOR PAYMENT OF POST-PETITION AMOUNTS (6.6); REVISE LETTER RE: MODIFICATION OF PBR LLC AGREEMENT (0.3). |
| GRANT K | 08/29/06 | 6.30 | CONTINUE TO WORK ON OBJECTION TO MOTION OF IBJTC TO COMPEL ASSUMPTION/REJECTION; COMPLETE DRAFT AND REVISED SAME (5.4); EMAILS WITH CLIENT RE: SAME (0.3); TELECONFERENCE AND EMAIL WITH OPPOSING COUNSEL RE: SAME (0.3); REVISE UCC PRESENTATION RE: SAME (0.3). |
| GRANT K | 08/30/06 | 0.30 | TELECONFERENCE WITH COUNSEL FOR IBJTC RE: MOTION TO COMPEL ASSUMPTION (0.3). |
| GRANT K | 08/31/06 | 0.80 | TELECONFERENCE WITH J. HACKETT RE: IBJTC MOTION AND OTHER POSTPETITION ACCOUNTS PAYABLE (0.5); EMAILS WITH K. CRAFT RE: POSTPETITION ACCOUNTS PAYABLE AND IBJTC MOTION (0.3). |
| | | **23.80** | |
| ~~HERRIOTT AV~~ | ~~08/10/06~~ | ~~1.10~~ | ~~REVIEW AND RESPOND TO QUESTION RE: EXECUTORY CONTRACT AND DIFFERENCE BETWEEN TERMINATION AND REJECTION OPTIONS UNDER BANKRUPTCY LAW (1.1).~~ |
| | | ~~1.10~~ | |
| JJINGO MJ | 08/14/06 | 0.30 | STRATEGIZE WITH RESPECT TO THE A.T. KEARNEY; CORRESPOND WITH K. SMITH AT DELPHI RE: THE SAME (0.3). |
| JJINGO MJ | 08/16/06 | 1.20 | CORRESPOND WITH K. SMITH AND BEGIN TO REVIEW FINALIZE A. KEARNEY AGREEMENT (1.2). |

109                                                                          B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| JJINGO MJ | 08/17/06 | 0.40 | CONTINUE TO REVIEW FINALIZED A.T. KEARNEY AGREEMENT (0.4). |
| JJINGO MJ | 08/18/06 | 1.70 | CONTINUE TO EVALUATE A.T. KEARNEY MATTER (1.7). |
| JJINGO MJ | 08/25/06 | 0.30 | CONTINUE TO REVIEW RE: A.T. KEARNEY MATTER (0.3). |
| | | **3.90** | |
| MEISLER RE | 08/01/06 | 0.60 | REVIEW STATUS OF RESPONSE TO QRA (0.1) AND REVIEW NOVEMBER 29, 2005 TRANSCRIPT RE: R. REYNOLDS FOR GUIDANCE (0.2); TELECONFERENCE WITH S. CORCORAN RE: POTENTIAL PURCHASE OF EQUIPMENT UNDER EXECUTORY CONTRACT (0.3). |
| MEISLER RE | 08/02/06 | 1.40 | REVIEW AND ANALYZE COMERICA EQUIPMENT LEASE (0.6); REVIEW AND ANALYZE CORRESPONDENCE FROM QRA (0.3); DRAFT CORRESPONDENCE RE: SAME (0.2); DRAFT SUMMARY ANALYSIS FOR S. GALE RE: SAME (0.2); DRAFT CORRESPONDENCE TO S. CORCORAN, S. GALE AND J. WHITSON RE: SAME (0.1). |
| MEISLER RE | 08/03/06 | 0.20 | TELECONFERENCE WITH S. GALE RE: QRA (0.2). |
| MEISLER RE | 08/04/06 | 0.40 | CONTINUED TO REVIEW AND ANALYZE EQUIPMENT LEASES AND POTENTIAL PURCHASE OF EQUIPMENT (0.4). |
| MEISLER RE | 08/07/06 | 0.40 | FURTHER REVIEW AND ANALYSIS OF EQUIPMENT LEASES AND POTENTIAL PURCHASE OF EQUIPMENT (0.3); CONTINUE ANALYSIS OF GOVERNMENT FUNDING RE: RESEARCH CONTRACT (0.1). |
| MEISLER RE | 08/08/06 | 0.10 | REVIEW CORRESPONDENCE RE: IKON (0.1). |
| MEISLER RE | 08/10/06 | 0.20 | REVIEW ANALYSIS RE: TERMINATION COMPARED TO REJECTION (0.2). |
| MEISLER RE | 08/14/06 | 0.60 | REVIEW OF STATUS RE: LEASE OF EQUIPMENT WITH OPTION TO PURCHASE (0.1); REVIEW A.T. KEARNEY FINAL AGREEMENT (0.1); STRATEGIZED RE: R. REYNOLDS MOTION (0.4). |
| MEISLER RE | 08/15/06 | 0.90 | TELECONFERENCE WITH D. ALEXANDER RE: REYNOLDS CLAIM (0.3); ANALYSIS OF SAME (0.6). |
| MEISLER RE | 08/18/06 | 0.20 | DRAFT INTERNAL CORRESPONDENCE RE: A.T. KEARNEY FINAL AGREEMENT (0.2). |
| MEISLER RE | 08/24/06 | 0.20 | REVIEW AND ANALYZE CORRESPONDENCE FROM D. DRAGICH RE: PBR (0.2). |
| MEISLER RE | 08/25/06 | 0.70 | REVIEW MOTION FILED BY IBJTC (0.4); DRAFT CORRESPONDENCE TO N. BERGER RE: SAME (0.2); DRAFT CORRESPONDENCE TO K. CRAFT RE: SAME (0.1). |

110

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 08/26/06 | 0.70 | DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2); REVIEW AND REVISE PBR LETTER AGREEMENT (0.5). |
| MEISLER RE | 08/28/06 | 0.20 | REVIEW CORRESPONDENCE RE: PBR (0.1); DRAFT CORRESPONDENCE TO K. CRAFT RE: SAME (0.1). |
| MEISLER RE | 08/29/06 | 0.70 | REVIEW AND ANALYZE PBR REQUEST (0.2); TELECONFERENCE WITH D. DRAGICH RE: SAME (0.2); REVIEW STATUS OF IBJTC MOTION TO COMPEL ASSUMPTION OR REJECTION (0.3). |
| MEISLER RE | 08/30/06 | 0.90 | REVIEW AND BEGIN TO ANALYZE D. DRAGICH COMMENTS TO PBR LETTER AGREEMENT (0.3); TELECONFERENCE WITH D. DRAGICH RE: SAME (0.2); REVIEW ANALYSIS OF IBJTC'S MOTION TO COMPEL ASSUMPTION OR REJECTION (0.4). |
| MEISLER RE | 08/31/06 | 1.40 | DRAFT CORRESPONDENCE RE: PBR (0.1); TELECONFERENCE WITH D. DRAGICH RE: SAME (0.1); REVIEW LETTER AGREEMENT RE: SAME (0.2); REVIEW STATUS OF IBJTC MOTION TO COMPEL ASSUMPTION (0.3); TELECONFERENCE WITH K. CRAFT RE: IBJTC (0.1); REVIEW BATELLE MATTER (0.1); DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW AND ANALYZE CORRESPONDENCE RE: ALLEGED TERMINATION OF REQUIREMENTS CONTRACTS (0.4). |
| | | **9.80** | |
| WHARTON JN | 08/16/06 | 0.20 | PREPARE FOR AUGUST 17 OMNIBUS HEARING RE: MOTION TO REJECT MOBILEARIA CONTRACTS (0.2). |
| WHARTON JN | 08/25/06 | 1.70 | REVIEW IBJTC BUSINESS CREDIT CORP.'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED EQUIPMENT LEASES AND PAYMENT OF POST-PETITION OBLIGATIONS ON EQUIPMENT LEASES AND FORMULATE STRATEGY RE: RESPONSE (1.6); TELECONFERENCE WITH K. CRAFT OF DELPHI RE: SAME (0.1). |
| WHARTON JN | 08/28/06 | 0.40 | WORK ON RESPONSE TO IBJTC MOTION RE: POST-PETITION PAYMENTS (0.4). |
| WHARTON JN | 08/29/06 | 1.30 | ANALYZE IBJTC MOTION AND PROPOSED RESPONSE (0.8); TELECONFERENCE WITH J. HACKETT OF DELPHI RE: SAME (0.3); TELECONFERENCE WITH C. CHIU, COUNSEL TO IBJTC RE: RESOLUTION OF MOTION (0.2). |
| WHARTON JN | 08/30/06 | 2.80 | CONTINUE ANALYSIS OF IBJTC MOTION AND POTENTIAL RESOLUTION (1.1); RESEARCH CASE LAW RE: DUTY TO PAY PROPERTY TAXES ACCRUING PREPETITION BUT COMING DUE POSTPETITION (1.7). |

111

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 08/31/06 | 0.80 | CONTINUE WORK ON RESOLVING IBJTC MOTION (0.4); TELECONFERENCE WITH J. HACKETT OF DELPH RE: SAME (0.3); TELECONFERENCE WITH M. RIELA OF LATHAM & WATKINS RE: THE SAME (0.1). |
| | | 7.20 | |
| **Total Associate** | | **45.80** | |
| ~~ROSEN R~~ | ~~08/07/06~~ | ~~0.80~~ | ~~INVESTIGATION, RESEARCH, COMPILE AND FORWARD PRECEDENT DOCUMENTS TO REQUESTING TEAM ATTORNEY (0.6); COORDINATE WITH KCC RE: SERVICE OF COMPUWARE NOTICE OF SETTLEMENT (0.2).~~ |
| ~~ROSEN R~~ | ~~08/15/06~~ | ~~0.60~~ | ~~RESEARCH, COMPILE AND FORWARD EXECUTORY CONTRACTS PROCEDURES-RELATED ORDERS TO REQUESTING TEAM ATTORNEYS (0.6).~~ |
| | | ~~1.40~~ | |
| ~~**Total Legal Assistant**~~ | | ~~**1.40**~~ | |
| **TOTAL TIME** | | **47.20** | |

112

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 09/30/06
**Executory Contracts (Personalty)**  Bill Number: 1128097

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/01/06 | Copy Center, D | 65.39 |
| In-house Reproduction | 08/11/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 08/18/06 | Copy Center, D | 2.41 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 0.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$68.00** |
| Westlaw | 08/28/06 | Grant K | 198.78 |
| Westlaw | 08/29/06 | Grant K | 57.65 |
| Westlaw | 08/30/06 | Grant K | 83.57 |
| | | **TOTAL WESTLAW** | **$340.00** |
| Reproduction - color | 08/04/06 | Copy Center, D | 58.00 |
| Reproduction - color | 08/08/06 | Copy Center, D | 53.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$111.00** |
| Messengers/ Courier | 08/02/06 | Dist Serv/Mail/Page, D | 6.39 |
| Messengers/ Courier | 08/02/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 08/02/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 08/03/06 | Dist Serv/Mail/Page, D | 6.41 |
| Messengers/ Courier | 08/04/06 | Dist Serv/Mail/Page, D | 17.27 |
| Messengers/ Courier | 08/04/06 | Dist Serv/Mail/Page, D | 35.33 |
| Messengers/ Courier | 08/06/06 | United Parcel Service | 7.42 |
| Messengers/ Courier | 08/13/06 | Comet Messenger Service | 45.36 |
| | | **TOTAL MESSENGERS/ COURIER** | **$131.00** |
| | | **TOTAL MATTER** | **$650.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 10/31/06 |
|---|---|---|---|
| Executory Contracts (Personalty) | | | Bill Number: 1127729 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 09/01/06 | 0.30 | REVIEW AND COMMENT ON R. REYNOLDS STIPULATION (0.3). |
| MATZ TJ | 09/12/06 | 0.50 | CORRESPONDENCE WITH U.S. TRUSTEE RE: R. REYNOLDS MATTER (0.2); FOLLOW UP REVIEW RE: STIPULATION UNDERLYING AGREEMENT (0.3). |
| MATZ TJ | 09/18/06 | 0.80 | REVIEW AND COMMENT ON R. REYNOLDS STIPULATION (0.4); FORWARD R. REYNOLDS STIPULATION TO CHAMBERS (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2). |
| MATZ TJ | 09/19/06 | 0.10 | REVIEW ENTERED R. REYNOLDS STIPULATION (0.1). |
| MATZ TJ | 09/20/06 | 0.50 | CORRESPONDENCE WITH S. CORCORAN, S. MC BAIN RE: COMPUTER PATIENT ANNUITIES MOTION TO REJECT (0.2); REVIEWING SAME (0.3). |
| MATZ TJ | 09/21/06 | 0.40 | REVIEW COMPUTER PATENT MOTION AND RESOLUTION THEREOF (0.4). |
| MATZ TJ | 09/24/06 | 0.70 | REVIEW AND ANALYZE CURRENT STRATEGY RE: GM CONTRACT REJECTION MOTION (0.7). |
| MATZ TJ | 09/25/06 | 0.80 | REVIEW AND CONSIDER EXECUTORY CONTRACTS REJECTION DAMAGES MATTER (0.8). |
| MATZ TJ | 09/26/06 | 0.40 | FURTHER REVIEW OF EXECUTORY CONTRACT REJECTION MATTER (0.4). |
| MATZ TJ | 09/27/06 | 0.60 | FINALIZE REJECTION DAMAGES, SET OFF ANALYSIS AND MEMORANDUM RE: SAME (0.6). |
| | | 5.10 | |
| **Total Counsel** | | **5.10** | |
| FERN BM | 09/01/06 | 5.40 | RESEARCH RE: TERMINATION CLAUSES IN EXECUTORY CONTRACTS (3.2); RESEARCH RE: TERMINATION OF REQUIREMENTS CONTRACTS (1.4); ANALYZE ISSUES RE: FUTUBA AGREEMENT (0.8). |
| FERN BM | 09/05/06 | 0.50 | ANALYZE ISSUES RE: FUTUBA (0.5). |
| FERN BM | 09/07/06 | 0.40 | REVIEW DOCUMENTS RE: FUTUBA (0.4). |
| FERN BM | 09/08/06 | 0.20 | REVIEW ISSUES RE: FUTUBA AGREEMENT (0.2). |
| FERN BM | 09/12/06 | 0.70 | REVIEW AND ANALYZE FUTUBA CONTRACT (0.7). |
| FERN BM | 09/18/06 | 1.20 | EMAILS TO/FROM J. DERIAN RE: ARIBA (0.4); RESEARCH RE: ARIBA'S CLAIM (0.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| FERN BM | 09/19/06 | 1.10 | TELECONFERENCE WITH J. DERIAN RE: ARIBA (0.2); DRAFT LETTER TO L. JAMTGAARD RE: ARIBA (0.6); FINALIZE CORRESPONDENCE TO L. JAMTGAARD RE: ARIBA (0.3). |
| | | 9.50 | |
| GRANT K | 09/01/06 | 0.30 | EMAILS WITH J. WHARTON AND T. MATZ RE: CONTINUANCE OF IBJTC MOTION (0.3). |
| GRANT K | 09/05/06 | 1.30 | ANALYSIS OF AMOUNTS DUE POST PETITION TO IBJTC (1.3). |
| GRANT K | 09/06/06 | 3.40 | DRAFT AND REVISE PREPARATION MATERIALS FOR 9/14 HEARING WITH RESPECT TO IBJTC MOTION (1.8); CONFERENCE WITH J. WHARTON RE: SAME (0.2); TELECONFERENCE WITH J. HACKETT RE: AMOUNTS OWING IBJTC (0.9); TELECONFERENCE WITH J. WHARTON RE: IBJTC MOTION (0.3); TELECONFERENCE WITH K. CRAFT RE: IBJTC MOTION (0.2). |
| GRANT K | 09/07/06 | 0.60 | REVIEW CHANGES TO IBJTC SCRIPT AND EMAIL WITH R. ROSEN RE: SAME (0.2); EMAIL AND TELECONFERENCE WITH OPPOSING COUNSEL RE: IBJTC MATTER (0.4). |
| GRANT K | 09/11/06 | 0.30 | EMAIL WITH COUNSEL FOR IBJTC RE: RESOLUTION OF MOTION (0.3). |
| GRANT K | 09/13/06 | 0.20 | EMAIL WITH J. HACKETT RE: IBJTC MATTER (0.2). |
| GRANT K | 09/15/06 | 0.30 | REVISE CASH MANAGEMENT ORDER RE: SAME. (0.3). |
| GRANT K | 09/19/06 | 2.10 | REVIEW AND ANALYZE MOTION TO COMPEL ASSUMPTION OF REJECTION BY CPA (2.1). |
| GRANT K | 09/20/06 | 0.30 | EMAIL AND TELECONFERENCE WITH D. THEYS RE: RESOLUTION OF IBJTC'S MOTION TO COMPEL ASSUMPTION OR REJECTION (0.3). |
| GRANT K | 09/27/06 | 0.30 | EMAIL WITH D. THEYS RE: IBJTC MOTION (0.3). |
| | | 9.10 | |
| PERL MW | 09/01/06 | 1.20 | FINALIZE R. REYNOLDS STIPULATION (1.1) AND CIRCULATE FOR CLIENT REVIEW (0.1). |
| PERL MW | 09/05/06 | 0.20 | TELECONFERENCE WITH D. ALEXANDER RE: R. REYNOLDS STIPULATION (0.1); REVISE STIP RE: SAME (0.1). |
| PERL MW | 09/08/06 | 0.40 | FINAL REVIEW AND REVISIONS TO R.L REYNOLDS STIPULATION (0.2); CORRESPOND WITH AND FOLLOW UP TELECONFERENCE WITH C. BOULBOL RE: SAME (0.2). |
| PERL MW | 09/11/06 | 0.10 | FOLLOW UP RE: STATUS ON R. REYNOLDS STIPULATION (0.1). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PERL MW | 09/12/06 | 0.90 | CONSIDER INQUIRY FRO UST ON DRAFT RUSSELL REYNOLDS STIPULATION, INCLUDING REVIEW OF RELEVANT DOCUMENTS (0.5); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.2); FOLLOW UP CORRESPONDENCES RE: SAME (0.2). |
| PERL MW | 09/13/06 | 0.60 | TELECONFERENCE WITH P. GOOD RE: INQUIRY ON R. REYNOLDS INVOICES (0.1); REVIEW INVOICE INFORMATION AND CORRESPOND RE: SAME (0.3); REVISE STIPULATION AND CORRESPOND WITH C. BOULBOL RE: SAME (0.2). |
| PERL MW | 09/15/06 | 0.20 | REVISE R. REYNOLDS STIPULATION AND PREPARE FOR CIRCULATION TO UST (0.2). |
| PERL MW | 09/18/06 | 0.40 | MULTIPLE CORRESPONDENCES RE: RUSSELL REYNOLDS STIPULATION (0.4). |
| | | **4.00** | |
| WHARTON JN | 09/01/06 | 0.50 | CONTINUE TO WORK ON STIPULATION RESOLVING R. REYNOLDS MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES (0.3); CONTINUE TO WORK TO RESOLVE MOTION OF IBJTC BUSINESS CREDIT CORP. TO COMPEL ASSUMPTION OR REJECTION OF EQUIPMENT LEASES (0.2). |
| WHARTON JN | 09/05/06 | 0.20 | CONTINUE TO WORK TO RESOLVE MOTION OF IBJTC BUSINESS CREDIT CORP. TO COMPEL ASSUMPTION OR REJECTION OF EQUIPMENT LEASES (0.1); CONTINUE TO WORK ON STIPULATION RESOLVING R. REYNOLDS MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES (0.1). |
| WHARTON JN | 09/06/06 | 0.60 | CONTINUE TO WORK TO RESOLVE MOTION OF IBJTC BUSINESS CREDIT CORP. TO COMPEL ASSUMPTION OR REJECTION OF EQUIPMENT LEASES (0.4) AND PREPARE FOR SEPTEMBER OMNIBUS HEARING RE: STATUS UPDATE ON IBJTC MOTION (0.2). |
| WHARTON JN | 09/11/06 | 0.30 | TELECONFERENCE WITH H. BAER, LATHAM & WATKINS, RE: R. REYNOLDS STIPULATION (0.1); PREPARE SAME FOR TRANSMITTAL TO H. BAER AND A. LEONHARD, U.S. TRUSEE (0.2). |
| WHARTON JN | 09/12/06 | 0.20 | CONTINUE TO REVISE STIPULATION RESOLVING R. REYNOLDS MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES (0.2). |
| WHARTON JN | 09/13/06 | 0.40 | RESPOND TO U.S. TRUSTEE INQUIRIES RE: PROPOSED STIPULATION RESOLVING R. REYNOLDS MOTION (0.4). |
| WHARTON JN | 09/15/06 | 0.20 | WORK ON FINALIZING R. REYNOLDS STIPULATION (0.2). |
| WHARTON JN | 09/18/06 | 0.20 | FINALIZE STIPULATION RESOLVING R. REYNOLDS MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 09/20/06 | 0.10 | ANALYZE UPDATE ON TALKS WITH IBJTC TO RESOLVE MOTION OVER POST-PETITION PAYMENTS ON EQUIPMENT LEASES (0.1). |
| | | 2.70 | |
| **Total Associate** | | 25.30 | |
| **TOTAL TIME** | | **30.40** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 10/31/06 |
|---|---|---|---|
| Executory Contracts (Personalty) | | | Bill Number: 1127729 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/12/06 | Copy Center, D | 77.57 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 09/15/06 | Copy Center, D | 7.23 |
| In-house Reproduction | 09/19/06 | Copy Center, D | 0.90 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$86.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 5.63 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 4.68 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.69 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 1.00 |
| | | **TOTAL TELEPHONE EXPENSE** | **$12.00** |
| Lexis/Nexis | 09/01/06 | Fern BM | 362.61 |
| Lexis/Nexis | 09/11/06 | Fern BM | 35.39 |
| | | **TOTAL LEXIS/NEXIS** | **$398.00** |
| Westlaw | 09/05/06 | Diaz LB | 50.71 |
| Westlaw | 09/19/06 | Fern BM | 44.29 |
| | | **TOTAL WESTLAW** | **$95.00** |
| Reproduction - color | 09/12/06 | Copy Center, D | 257.00 |
| Reproduction - color | 09/15/06 | Copy Center, D | 25.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$282.00** |
| Messengers/ Courier | 09/01/06 | Dist Serv/Mail/Page, D | 25.41 |
| Messengers/ Courier | 09/08/06 | Dist Serv/Mail/Page, D | 24.06 |
| Messengers/ Courier | 09/08/06 | Dist Serv/Mail/Page, D | 6.46 |
| Messengers/ Courier | 09/08/06 | Dist Serv/Mail/Page, D | 24.07 |
| | | **TOTAL MESSENGERS/ COURIER** | **$80.00** |
| | | **TOTAL MATTER** | **$953.00** |

B43E