SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
       In re                   :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05–44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x


EXHIBIT D-23
LIQUIDATION/FEASIBILITY
96.9 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  Bill Date: 09/30/06
Liquidation /Feasibility  Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 08/11/06 | 2.10 | TELECONFERENCE WITH FTI (EISENBERG, FRANKUM, KOSKIEWISZ RE: LIQUIDATION AND SUBSTANTIVE CONSOLIDATION ANALYSES (0.7); FOLLOW UP ANALYSIS RE: SAME (1.4). |
|  |  | 2.10 |  |
| **Total Partner** |  | **2.10** |  |
| HERRIOTT AV | 08/10/06 | 1.00 | BEGIN RESEARCH RE: SUBSTANTIVE CONSOLIDATION MATTERS (1.0). |
| HERRIOTT AV | 08/11/06 | 2.10 | CONTINUE TO FRAME ISSUES AND CONDUCT RESEARCH RE: LEGAL REQUIREMENTS FOR SUBSTANTIVE CONSOLIDATION (2.1). |
| HERRIOTT AV | 08/14/06 | 6.60 | CONTINUE CONDUCTING RESEARCH RE: SUBSTANTIVE CONSOLIDATION LEGAL STANDARDS (6.6). |
| HERRIOTT AV | 08/15/06 | 1.80 | CONTINUE RESEARCH RE: LEGAL STANDARDS FOR SUBSTANTIVE CONSOLIDATION (1.8). |
| HERRIOTT AV | 08/16/06 | 5.10 | BEGIN DRAFTING MEMO RE: LEGAL STANDARDS FOR SUBSTANTIVE CONSOLIDATION (3.9); CREATE CHART WITH ASSETS AND LIABILITIES FOR EACH DEBTOR DESCRIBED (1.2). |
| HERRIOTT AV | 08/17/06 | 7.90 | CONTINUE DRAFTING MEMO RE: LEGAL STANDARDS FOR SUBSTANTIVE CONSOLIDATION IN THE SECOND CIRCUIT (7.9). |
| HERRIOTT AV | 08/18/06 | 4.10 | REVISE SUBSTANTIVE CONSOLIDATION LEGAL MEMO IN RESPONSE TO VARIOUS COMMENTS OF REVIEWING PARTIES (4.1). |
| HERRIOTT AV | 08/19/06 | 2.90 | CONTINUE TO REVIEW AND REVISE SUBSTANTIVE CONSOLIDATION RESEARCH MEMO (2.9). |
| HERRIOTT AV | 08/21/06 | 3.70 | CONTINUE TO RESEARCH OUTSTANDING ISSUES RE: SUBSTANTIVE CONSOLIDATION LEGAL STANDARDS IN SECOND CIRCUIT AND REVISE MEMO IN ACCORDANCE WITH THE FOREGOING (3.7). |
| HERRIOTT AV | 08/22/06 | 0.60 | CONDUCT FOLLOW UP RE: SUBSTANTIVE CONSOLIDATION LEGAL MEMO (0.6). |
| HERRIOTT AV | 08/23/06 | 1.40 | BEGIN GATHERING RESEARCH TASK LIST RELATED TO SUBSTANTIVE CONSOLIDATION FACTUAL RESEARCH (1.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HERRIOTT AV | 08/25/06 | 4.80 | REVIEW AND REVISE LEGAL ANALYSIS SECTION OF SUBSTANTIVE CONSOLIDATION MEMO TO ACCOUNT FOR OUTSTANDING ISSUES (2.6); BEGIN DRAFTING LIST OF FACTUAL ITEMS SUPPORTING AND OPPOSING SUBSTANTIVE CONSOLIDATION OF VARIOUS ENTITIES (2.2). |
| HERRIOTT AV | 08/28/06 | 0.30 | CONFERENCE WITH J. GUGLIELMO RE: SUBSTANTIVE CONSOLIDATION QUESTION (0.3). |
| | | **42.30** | |
| REESE RG | 08/10/06 | 2.10 | MEETING RE: SUBSTANTIVE CONSOLIDATION ISSUES (0.6); RESEARCH RE: SAME (1.5). |
| REESE RG | 08/11/06 | 1.90 | TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION ISSUES (0.6); FOLLOW UP RE: SAME (1.3). |
| REESE RG | 08/12/06 | 1.90 | LEGAL RESEARCH RE: SUBSTANTIVE CONSOLIDATION (1.9). |
| REESE RG | 08/13/06 | 3.40 | REVIEW LEGAL RESEARCH RE: SUBSTANTIVE CONSOLIDATION (3.4). |
| REESE RG | 08/14/06 | 6.20 | TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION ISSUES (1.8); MEETING RE: SAME (1.5); CONTINUE LEGAL RESEARCH RE: SAME (2.9). |
| REESE RG | 08/16/06 | 1.30 | MEETING RE: SUBSTANTIVE CONSOLIDATION WITH FTI (1.3). |
| REESE RG | 08/18/06 | 3.70 | REVIEW AND COMMENT ON MEMO RE: SUBSTANTIVE CONSOLIDATION LEGAL STANDARDS (1.7); REVIEW OF RESEARCH RE: SAME (2.0). |
| REESE RG | 08/19/06 | 0.80 | REVIEW AND REVISE MEMO RE: SUBSTANTIVE CONSOLIDATION LEGAL STANDARDS (0.8). |
| REESE RG | 08/21/06 | 3.90 | TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION ISSUES (2.1); REVIEW RESEARCH RE: SAME (1.8). |
| REESE RG | 08/22/06 | 2.30 | TELECONFERENCE RE: SUBSTANTIVE CONSOLIDATION ISSUES (0.4); MEETING WITH FTI, K. MARAFIOTI AND J. SHEEHAN RE: SUBSTANTIVE CONSOLIDATION AND LIQUIDATION ANALYSES (1.2); RESEARCH RE: SAME (0.7). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

B43E

| | | | |
|---|---|---|---|
| REESE RG | 08/23/06 | 5.00 | REVIEW RESEARCH RE: SUBSTANTIVE CONSOLIDATION (5.0). |
| REESE RG | 08/24/06 | 7.20 | LEGAL RESEARCH RE: SUBSTANTIVE CONSOLIDATION (6.4); MEETING WITH C. WU AND D. LI RE: SAME (0.8). |
| REESE RG | 08/25/06 | 4.80 | DRAFT MEMORANDUM RE: SUBSTANTIVE CONSOLIDATION ANALYSIS (3.0); RESEARCH RE: SAME (1.8). |
| REESE RG | 08/27/06 | 3.60 | DRAFT MEMORANDUM RE: SUBSTANTIVE CONSOLIDATION ANALYSIS (2.9); TELECONFERENCE RE: SAME (0.7). |
| | | 48.10 | |
| **Total Associate** | | 90.40 | |
| **TOTAL TIME** | | **92.50** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  Bill Date: 09/30/06
Liquidation /Feasibility  Bill Number: 1128097

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/11/06 | Herriott AV | 9.15 |
| Westlaw | 08/12/06 | Reese RG | 210.10 |
| Westlaw | 08/18/06 | Reese RG | 16.43 |
| Westlaw | 08/21/06 | Reese RG | 37.96 |
| Westlaw | 08/22/06 | Reese RG | 9.15 |
| Westlaw | 08/23/06 | Reese RG | 27.44 |
| Westlaw | 08/25/06 | Reese RG | 97.77 |
| | | **TOTAL WESTLAW** | **$408.00** |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 11.11 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 8.39 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 27.50 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$47.00** |
| Messengers/ Courier | 08/18/06 | Straightline Courier | 33.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$33.00** |
| | | **TOTAL MATTER** | **$488.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  **Bill Date: 10/31/06**
**Liquidation /Feasibility**  **Bill Number: 1127729**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| REESE RG | 09/22/06 | 0.60 | TELECONFERENCE WITH FTI RE: LIQUIDATION ANALYSIS ISSUES (0.6). |
| REESE RG | 09/24/06 | 3.80 | DRAFT MEMORANDUM RE: LEGAL RESEARCH (3.8). |
|  |  | 4.40 |  |
| **Total Associate** |  | **4.40** |  |
| **TOTAL TIME** |  | **4.40** |  |

103

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 10/31/06 |
|---|---|---|---|
| Liquidation /Feasibility | | | Bill Number: 1127729 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 27.93 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 0.46 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 26.05 |
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 16.56 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$71.00** |
| | | **TOTAL MATTER** | **$71.00** |

B43E