SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                        :
        In re                           :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05–44481 (RDD)
                                        :
                        Debtors.        :       (Jointly Administered)
                                        :
------------------------------- x


EXHIBIT D-24
GLOBAL SUBSIDIARIES (NON-U.S.)
48.7 HOURS

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

Delphi Corporation (DIP)                                Bill Date: 07/31/06
Global Subsidiaries (Non-US)                            Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HIESTAND NL | 06/02/06 | 1.90 | REVIEW UCC PRESENTATION RE: TRANSACTION AND ANALYZE TERMS OF JV TRANSACTIONS (1.9). |
| HIESTAND NL | 06/05/06 | 2.70 | CONTINUE WORK AND ANALYSIS ON JV SALES, RIGHTS OF FIRST REFUSAL AND RELATED QUESTIONS; REVIEW UCC SLIDE (2.7). |
| HIESTAND NL | 06/06/06 | 1.60 | CONTINUED ANALYSIS RE: JV ISSUES (1.6). |
| HIESTAND NL | 06/07/06 | 0.60 | DISCUSSION RE: JV ANALYSIS (0.6). |
| HIESTAND NL | 06/09/06 | 0.80 | PREPARE FOR AND ATTEND SENIOR STRATEGY CALL (0.8). |
| HIESTAND NL | 06/11/06 | 0.60 | REVIEW STATUS OF LABOUR ISSUES (0.6). |
| HIESTAND NL | 06/12/06 | 1.10 | REVIEW AND REVISE PENSION RESPONSE, OTHER MATTERS (1.1). |
| HIESTAND NL | 06/13/06 | 0.20 | FINALIZE PENSION (0.2). |
| HIESTAND NL | 06/16/06 | 0.30 | REVIEW BERLIN NOTICES (0.3). |
| HIESTAND NL | 06/17/06 | 0.80 | REVIEW MEETING INFORMATION (0.8). |
| HIESTAND NL | 06/19/06 | 1.40 | REVIEW AND DISCUSS EUROPEAN ISSUES WITH B. KATZ (1.4). |
| HIESTAND NL | 06/23/06 | 0.40 | ATTEND TO VARIOUS MATTERS, INCLUDING PEGASUS (0.4). |
| HIESTAND NL | 06/28/06 | 0.70 | TELECONFERENCE WITH UCC RE: BERLIN (0.7). |
| HIESTAND NL | 06/30/06 | 1.30 | SENIOR STRATEGY CALL; PREPARE FOR SAME (1.3). |
| | | **14.40** | |
| **Total Partner** | | **14.40** | |
| MEISLER RE | 06/02/06 | 0.20 | ANALYSIS OF PROJECT FREETHROW (0.2). |
| MEISLER RE | 06/04/06 | 0.50 | CONTINUE REVIEW OF PROJECT FREETHROW CALSONIC TRANSACTION (0.5). |
| MEISLER RE | 06/05/06 | 1.90 | CONTINUE ANALYSIS OF PROJECT FREETHROW (1.9). |
| MEISLER RE | 06/07/06 | 2.00 | ANALYZE STRUCTURE OF TRANSACTION FOR PROJECT FREETHROW (1.0); TELECONFERENCE WITH B. KATZ RE: SAME (0.8); NOTES TO FILE RE: SAME (0.2). |
| MEISLER RE | 06/29/06 | 0.50 | REVIEW AND RESPOND TO CORRESPONDENCE RE: PROJECT FREETHROW (0.5). |
| | | **5.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PILKINGTON C | 06/01/06 | 1.10 | REVIEW OF WHETHER DE MINIMIS ORDER/STALLING HORSE PROCEDURE NECESSARY RE: PROJECT FREETHROW (0.9); REVIEW UPDATE RE: PROJECT AUTONOMY (0.2). |
| PILKINGTON C | 06/02/06 | 1.30 | ADVICE TO B. KATZ RE: PROJECT FREETHROW AND PROCEDURE TO BE FOLLOWED (0.4); LIAISE WITH WORKING GROUP RE: S. 363 SALE PROCESS RE: FREETHROW (0.9). |
| PILKINGTON C | 06/07/06 | 1.50 | REVIEW UPDATES RE: PROJECTS AUTONOMY/ASHIMORI (1.5). |
| PILKINGTON C | 06/08/06 | 1.90 | REVIEW QUERY RE: DEOC PENSIONS AND ANALYSIS OF ISSUES THERETO (1.1); REVIEW FILE CORRESPONDENCE (0.8). |
| PILKINGTON C | 06/12/06 | 2.40 | DRAFTING/DISTRIBUTING LETTER OF RESPONSE RE: DEOC PENSIONS ISSUE (2.4). |
| PILKINGTON C | 06/13/06 | 1.90 | REVIEW CASE ADMINISTRATION MATERIALS (1.9). |
| PILKINGTON C | 06/26/06 | 1.90 | REVIEW BC (06/19/06) MATERIAL AND FILE CORRESPONDENCE (1.9). |
| PILKINGTON C | 06/27/06 | 1.20 | REVIEW OUTSTANDING TASK LIST AND INTERNATIONAL ISSUES (0.7); REVIEW UPDATED CASE ADMINISTRATION MATERIALS (0.5). |
| | | 13.20 | |
| **Total Associate** | | **18.30** | |
| **TOTAL TIME** | | **32.70** | |

210

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP)                                      Bill Date: 07/31/06
Global Subsidiaries (Non-US)                                 Bill Number: 1128095

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 06/12/06 | Telecommunications, D | 21.71 |
| Telephone Expense | 06/23/06 | Telecommunications, D | 38.17 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.55 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.52 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.05 |
| | | **TOTAL TELEPHONE EXPENSE** | **$61.00** |
| Out-of-Town Meals | 06/19/06 | Hiestand NL | 91.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$91.00** |
| Wireless - Mo-bile/Cellular/Pager | 05/31/06 | Hiestand NL | 140.49 |
| Wireless - Mo-bile/Cellular/Pager | 06/30/06 | Hiestand NL | 2.70 |
| Wireless - Mo-bile/Cellular/Pager | 06/30/06 | Hiestand NL | 24.81 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$168.00** |
| | | **TOTAL MATTER** | **$320.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Global Subsidiaries (Non-US)**

Bill Date: 08/31/06
Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HIESTAND NL | 07/11/06 | 0.30 | PENSIONS, OTHER ISSUES (0.3). |
| HIESTAND NL | 07/14/06 | 0.90 | ATTEND SENIOR ADVISORY MEETING (0.9). |
| HIESTAND NL | 07/21/06 | 1.40 | ATTEND SENIOR ADVISORY MEETING (1.4). |
| HIESTAND NL | 07/28/06 | 0.60 | PREPARE FOR AND ATTEND SENIOR ADVISORY MEETING (0.6). |
| | | 3.20 | |
| **Total Partner** | | 3.20 | |
| PILKINGTON C | 07/12/06 | 0.70 | REVIEW CAB LETTER RE. DEOC PENSION PLAN AND RESPONSE (0.7). |
| PILKINGTON C | 07/14/06 | 0.50 | REVIEW DEOC PENSIONS ISSUES AND CAB QUERY IN UK (0.5). |
| PILKINGTON C | 07/17/06 | 1.10 | ANALYSIS ISSUES RE. DEOC PENSION PLAN AND DRAFTING LETTER TO CAB IN UK (0.7); REVIEW DELPHI 10K (0.4). |
| ~~PILKINGTON C~~ | ~~07/18/06~~ | ~~5.60~~ | ~~REVIEW 7 JULY BOARD MINUTES (0.6); REVIEW PROPERTY/TERMINATION SCHEDULES (0.4); FORBEARANCE AGREEMENT (0.3); REVIEW PERT/MORGAN LITIGATION AND ORAL WARRANTY ARGUMENT (1.8); ADVICE RE. FORBEARANCE AGREEMENT AND ROL/US CORPORATE BENEFIT ISSUES (1.2); REVIEW FILE CORRESPONDENCE (1.3).~~ |
| PILKINGTON C | 07/25/06 | 0.50 | REVIEW OUTSTANDING TASK LIST (0.5). |
| PILKINGTON C | 07/31/06 | 1.00 | REVIEW BACKGROUND FACTS/ISSUES RE: PROJECT AUTONOMY/DISSOLUTION OF AHIMORI JV) AND PROJECT FREETHROW (DISSOLUTION OF CELSONIC JVS) (1.0). |
| | | 9.40 | |
| **Total Associate** | | 9.40 | |
| **TOTAL TIME** | | **12.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                              Bill Date: 08/31/06
Global Subsidiaries (Non-US)                          Bill Number: 1122597

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.36 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.52 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.05 |
| | | **TOTAL TELEPHONE EXPENSE** | $1.00 |
| | | **TOTAL MATTER** | $1.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    Bill Date: 09/30/06
**Global Subsidiaries (Non-US)**                               Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HIESTAND NL | 08/07/06 | 3.60 | WIND UP, MVL MATTERS (3.6). |
| HIESTAND NL | 08/23/06 | 0.40 | REVIEW MATTERS (0.4). |
| HIESTAND NL | 08/28/06 | 0.80 | REVIEW TRANSACTIONS (0.8). |
| | | **4.80** | |
| **Total Partner** | | **4.80** | |
| PILKINGTON C | 08/01/06 | 0.70 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.7). |
| PILKINGTON C | 08/07/06 | 0.30 | ADVICE RE: STATUS OF DEOC PENSION PLAN AND CITIZENS ADVICE BUREAU ISSUES (0.3). |
| PILKINGTON C | 08/15/06 | 0.90 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.4); REVIEW DISTRIBUTION LIST DELPHI CORRESPONDENCE (0.5). |
| PILKINGTON C | 08/22/06 | 0.60 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.6). |
| PILKINGTON C | 08/25/06 | 1.10 | REVIEW OUTSTANDING INTERNATIONAL ISSUES (1.1). |
| PILKINGTON C | 08/29/06 | 0.60 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.6). |
| | | **4.20** | |
| **Total Associate** | | **4.20** | |
| **TOTAL TIME** | | **9.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Global Subsidiaries (Non-US)**

**Bill Date: 09/30/06**
**Bill Number: 1128097**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.13 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.27 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 08/31/06 | Telecommunications, D | 3.59 |
| | | **TOTAL TELEPHONE EXPENSE** | **$4.00** |
| | | **TOTAL MATTER** | **$4.00** |

B43E