SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
        In re                   :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05–44481 (RDD)
                                :
                    Debtors.    :    (Jointly Administered)
                                :
------------------------------- x

EXHIBIT D-25
INTELLECTUAL PROPERTY
65.9 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)                          Bill Date: 07/31/06
Intellectual Property                             Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LEVI SD | 06/07/06 | 2.20 | WORK ON ASP AGREEMENT FOR MOBILEARIA AND TELECONFERENCES RE: SAME (2.2). |
| LEVI SD | 06/08/06 | 2.50 | TELECONFERENCE RE: MOBILARIA AGREEMENT AND REVIEW DRAFT (2.5). |
| LEVI SD | 06/13/06 | 4.50 | MOBILEARISA TELECONFERENCE TO NEGOTIATE AGT AND REVIEW DOCUMENT (4.5). |
| LEVI SD | 06/14/06 | 1.50 | REVIEW MOBILEARIA DRAFT AND TELECONFERENCES RE: SAME (1.5). |
| LEVI SD | 06/15/06 | 3.00 | TELECONFERENCES RE: MOBILEARIA DOC AND REVIEW DRAFTS (3.0). |
| LEVI SD | 06/16/06 | 0.70 | TELECONFERENCES TO FINALIZE MOBILEARIA AGT (0.7). |
|  |  | **14.40** |  |
| **Total Partner** |  | **14.40** |  |
| UBANI J | 06/08/06 | 5.20 | TELECONFERENCE WITH T. WAINWRIGHT; REVIEW AND AMEND PHH CONTRACT; REVIEW VERSION CHANGES MADE BY TOM WAINWRIGHT AND PHH (5.2). |
| UBANI J | 06/09/06 | 0.50 | TELECONFERENCES WITH, AND NOTES TO AND FROM T. WAINWRIGHT (0.5). |
| UBANI J | 06/13/06 | 6.30 | LENGTHY CONFERENCE CALL AND NEGOTIATIONS WITH PHH ARVAL (3.5); FURTHER AMENDMENTS TO, AND REDRAFTING OF PHH CONTRACT; FOLLOW UP TELECONFERENCES WITH T. WAINWRIGHT AND PHH RE: THE SAME (2.8). |
| UBANI J | 06/14/06 | 0.40 | NOTE TO SHEELA KOSARAJU AND DAVID COLEMAN OF PHH WITH UPDATED PHH CONTRACT (0.2); REVIEWING INDEMNITY PROVISIONS (0.2). |
| UBANI J | 06/15/06 | 3.10 | NOTES TO AND FROM TOM WAINWRIGHT RE: PHH CONTRACT CHANGES (0.2); TELECONFERENCES WITH, AND NOTES TO AND FROM TOM WAINWRIGHT AND PHH; PRODUCE UPDATED VERSIONS OF FLEETOUTLOOK SERVICES AGREEMENT; NOTES TO AND FROM TOM AND PHH RE: THE SAME; PRODUCE FINAL VERSION OF CONTRACT (2.9). |
| UBANI J | 06/16/06 | 0.70 | CREATING SIGNATURE COPY OF PHH CONTRACT. NOTE TO PHH AND T. WAINWRIGHT RE: THE SAME (0.7). |
|  |  | **16.20** |  |
| **Total Associate** |  | **16.20** |  |
| **TOTAL TIME** |  | **30.60** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 07/31/06**
Intellectual Property  **Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/13/06 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Telephone Expense | 06/30/06 | Telecommunications, D | 1.30 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 1.59 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.09 |
| Telephone Expense | 06/30/06 | Telecommunications, D | 0.02 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Outside Research/Internet Services | 04/05/06 | Dialog Corporation | 96.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$96.00** |
| Wireless - Mobile/Cellular/Pager | 05/15/06 | Meisler RE | 1.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$1.00** |
| | | **TOTAL MATTER** | **$102.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 08/31/06 |
|---|---|---|---|
| Intellectual Property | | | Bill Number: 1122597 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOUSTON BM | 07/26/06 | 2.40 | BEGIN RESEARCHING IP ISSUES (2.4). |
| HOUSTON BM | 07/28/06 | 3.50 | BEGIN FOLLOW UP RESEARCH RE: IP ISSUES (3.5). |
| HOUSTON BM | 07/31/06 | 3.80 | CONTINUE RESEARCH RE: IP ISSUES (3.8). |
| | | 9.70 | |
| **Total Associate** | | 9.70 | |
| **TOTAL TIME** | | **9.70** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                        Bill Date: 09/30/06
Intellectual Property                                      Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOUSTON BM | 08/01/06 | 3.90 | CONTINUE RESEARCHING IP ISSUES (3.9). |
| HOUSTON BM | 08/07/06 | 1.80 | CONTINUE RESEARCHING ISSUES RE: IP QUESTION (1.8). |
| HOUSTON BM | 08/25/06 | 1.50 | CONTINUE RESEARCH RE: IP ISSUES (1.5). |
| HOUSTON BM | 08/30/06 | 1.30 | CONTINUE RESEARCH RE: IP ISSUES (1.3). |
| | | 8.50 | |
| ~~STUART NL~~ | ~~08/28/06~~ | ~~1.20~~ | ~~REVIEW AND COMMENT ON DTI LICENSING AGREEMENT (1.2).~~ |
| | | ~~1.20~~ | |
| Total Associate | | 9.70 | |
| **TOTAL TIME** | | **9.70** | |

114

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 10/31/06 |
| Intellectual Property | Bill Number: 1127729 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOUSTON BM | 09/12/06 | 2.50 | CONTINUE REVISION OF IP MEMO (2.5). |
| HOUSTON BM | 09/13/06 | 1.40 | CONTINUE DRAFTING IP MEMO (1.4). |
| HOUSTON BM | 09/15/06 | 7.10 | CONTINUE DRAFTING IP MEMO (3.7); ANALYZE ISSUES RE: SAME (2.0); CONTINUE REVISION OF SAME (1.4). |
| HOUSTON BM | 09/16/06 | 3.80 | CONTINUE ANALYZING IP ISSUES (3.8). |
| | | **14.80** | |
| MEISLER RE | 09/08/06 | 0.20 | REVIEW D. DONOGHUE CORRESPONDENCE RE: IP LICENSING (0.2). |
| MEISLER RE | 09/12/06 | 1.50 | CONTINUE ANALYSIS OF ISSUES RAISED BY D. DONOGHUE (0.2) AND DRAFT RESPONSIVE CORRESPONDENCE RE: SAME (0.1); TELECONFERENCE WITH D. DONOGHUE AND K. CRAFT RE: SAME (0.3); NOTES TO FILE RE: SAME (0.1); TELECONFERENCE WITH P. GLASSMAN, COUNSEL TO NORSTAR RE: SAME (0.3); DRAFT CORRESPONDENCE RE: SAME (0.5). |
| MEISLER RE | 09/13/06 | 0.50 | TELECONFERENCE WITH T. TWOMEY RE: DTI (0.2); NOTES TO FILE RE: SAME (0.2); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 09/14/06 | 0.10 | REVIEW CORRESPONDENCE RE: DTI (0.1). |
| | | **2.30** | |
| **Total Associate** | | **17.10** | |
| **TOTAL TIME** | | **17.10** | |

96

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 10/31/06**
**Intellectual Property**  **Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/29/06 | Copy Center, D | 880.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$880.00** |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.34 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.49 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 09/29/06 | Telecommunications, D | 0.11 |
| | | **TOTAL TELEPHONE EXPENSE** | **$1.00** |
| | | **TOTAL MATTER** | **$881.00** |

B43E