SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-26
REAL ESTATE (OWNED)
56.3 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  
**Real Estate (Owned)**  
Bill Date: 07/31/06  
Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 06/01/06 | 0.90 | REVIEW ISSUES AND STRATEGY IN CONNECTION WITH PAYMENT OF SPECIAL ASSESSMENT ON HEADQUARTERS BUILDING (0.6); CONSIDER POTENTIAL CLAIMS ON LAUREL, MS AND STRATEGY FOR DEALING WITH SAME (0.3). |
| WEXLER MP | 06/02/06 | 0.60 | REVIEW LOGISTICS FOR ENVIRONMENTAL TRUST MEETING AND CORRESPONDENCE WITH CLIENT RE: SAME (0.2); REVIEW STRATEGY FOR LAUREL, MS PROPERTY (0.4). |
| WEXLER MP | 06/05/06 | 0.80 | REVIEW STRATEGY FOR POSSIBLE DONATION OF FLINT WEST PROPERTY (0.8). |
| WEXLER MP | 06/06/06 | 0.20 | REVIEW ISSUES FOR ENVIRONMENTAL TRUST MEETING (0.2). |
| WEXLER MP | 06/08/06 | 1.10 | REVIEW TREATMENT OF LAUREL AND BROOKHAVEN FINANCINGS AND HOW TO ADDRESS IN 10-K (0.3); PREPARE FOR MEETING IN TROY AND CORRESPONDENCE RE: RESCHEDULE OF SAME RE: TREATMENT OF ENVIRONMENTAL ISSUES ON PROPERTIES (0.8). |
| WEXLER MP | 06/09/06 | 0.60 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE (0.4); FOLLOW UP ON COORDINATION OF ENVIRONMENTAL TRUST MEETING (0.2). |
| WEXLER MP | 06/12/06 | 0.50 | REVIEW STRATEGY FOR DEALING WITH LAUREL AND BROOKHAVEN PROPERTIES (0.5). |
| WEXLER MP | 06/13/06 | 1.40 | FOLLOW UP ON SCHEDULING/PRESENTATION FOR ENVIRONMENTAL TRUST MEETING AND CORRESPONDENCE WITH CLIENT IN CONNECTION THEREWITH (0.6); REVIEW CORRESPONDENCE AND COMMENT ON STRATEGY RE: BROOKHAVEN AND LAUREL AND PAYMENT OBLIGATIONS (0.8). |
| WEXLER MP | 06/22/06 | 0.10 | REVIEW AGENDA MATTERS FOR SENIOR STRATEGY TELECONFERENCE AND CORRESPONDENCE IN CONNECTION THEREWITH (0.1). |
| WEXLER MP | 06/23/06 | 0.80 | REVIEW AGENDA AND PARTICIPATE IN SENIOR STRATEGY CALL (0.8). |
| WEXLER MP | 06/26/06 | 1.40 | REVIEW MATERIALS IN PREPARATION FOR 6/27 MEETING IN TROY (1.4). |
| WEXLER MP | 06/27/06 | 3.30 | REVIEW MATERIALS IN PREPARATION FOR (1.3) AND PARTICIPATE IN MEETING WITH D. SHERBIN, S. CORCORAN, M. HESTER AND C. COMERFORD RE: ALTERNATIVES TO DEAL WITH OWNED CLOSING PLANT PROPERTIES (2.0). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| WEXLER MP | 06/28/06 | 1.30 | CONSIDER ISSUES AND STRATEGY IN CONNECTION WITH REJECTION OF LICENSES NO LONGER UTILIZED BY COMPANY (0.7); REVIEW STATUS OF DONATION CONSIDERATIONS (0.6). |
| WEXLER MP | 06/30/06 | 1.10 | REVIEW AGENDA AND PARTICIPATE IN SENIOR STRATEGY CALL (1.1). |
| | | 14.10 | |
| **Total Partner** | | **14.10** | |
| DANZ CE | 06/01/06 | 4.90 | CONTINUED RESEARCH RE: CITY TAX ASSESSMENTS AND GENERAL TAX ASSESSMENTS (2.7); COMMUNICATION WITH B. LUETHGE (0.2); INVESTIGATED CALIFORNIA TRANSFER TAX ISSUE (0.4), INVESTIGATED JCI REAL PROPERTY VALUE ISSUE AND COMMUNICATION WITH M. HESTOR AND K. JONES (0.7); DRAFT COMMITTEE PRESENTATION MATERIALS RE: OWNED REAL PROPERTY (0.9). |
| DANZ CE | 06/02/06 | 0.90 | DRAFT RESERVATION OF RIGHTS LANGUAGE FOR TROY TAX ISSUE (0.4), COORDINATE WITH B. LUETHGE RE: OWNED PROPERTY TAX ISSUE AND PAYMENT STRATEGIES (0.5). |
| DANZ CE | 06/09/06 | 1.10 | COMMUNICATION WITH C. COMEFORD RE: MUNI BOND OWNERSHIP ISSUES (0.5), RESEARCH INTO OBLIGATIONS WITH RESPECT TO MUNI BOND PAYMENTS AND DEFAULTS (0.6). |
| DANZ CE | 06/16/06 | 0.80 | REVIEW OF DONATION MATERIALS AND COMMUNICATION FROM C. COMERFORD (0.8). |
| DANZ CE | 06/28/06 | 1.20 | REVIEW OF THE LAUREL, MISSISSIPPI FILE IN PREPARATION FOR CONFERENCE CALL AND REVIEW OF THE LAW ON THE ISSUE (1.2). |
| DANZ CE | 06/29/06 | 0.90 | PARTICIPATE IN CONFERENCE CALL WITH C. COMERFORD AND J. BEAUDOEN TO DISCUSS DISPOSITION STRATEGIES WITH RESPECT TO LAUREL, MISSISSIPPI (0.5), FOLLOWUP COMMUNICATION WITH C. COMERFORD RE: THE SAME (0.4). |
| | | 9.80 | |
| **Total Associate** | | **9.80** | |
| **TOTAL TIME** | | <u>**23.90**</u> | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 07/31/06 |
|---|---|---|---|
| Real Estate (Owned) | | | Bill Number: 1128095 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/03/06 | Wexler MP | -436.99 |
| Air/Rail Travel - vendor feed | 06/27/06 | Wexler MP | -427.78 |
| Air/Rail Travel - vendor feed | 06/27/06 | Wexler MP | 252.99 |
| Air/Rail Travel - vendor feed | 06/27/06 | Wexler MP | 472.38 |
| Air/Rail Travel - vendor feed | 06/27/06 | Wexler MP | 213.40 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$74.00** |
| Out-of-Town Travel | 05/03/06 | Wexler MP | 109.00 |
| Out-of-Town Travel | 05/03/06 | Wexler MP | 45.00 |
| Out-of-Town Travel | 06/27/06 | Wexler MP | 45.00 |
| Out-of-Town Travel | 06/27/06 | Wexler MP | 94.00 |
| Out-of-Town Travel | 06/27/06 | Wexler MP | 92.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$385.00** |
| Out-of-Town Meals | 05/03/06 | Wexler MP | 7.75 |
| Out-of-Town Meals | 05/03/06 | Wexler MP | 8.12 |
| Out-of-Town Meals | 06/27/06 | Wexler MP | 8.13 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$24.00** |
| Wireless - Mobile/Cellular/Pager | 05/23/06 | Wexler MP | 13.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$13.00** |
| | | **TOTAL MATTER** | **$496.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 08/31/06 |
|---|---|---|---|
| Real Estate (Owned) | | | Bill Number: 1122597 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 07/11/06 | 0.20 | REVIEW STRATEGY FOR LICENSE REJECTION (0.2). |
| WEXLER MP | 07/12/06 | 0.80 | REVIEW ISSUES AND MATERIALS RE: ENVIRONMENTAL LIABILITY IN CONNECTION WITH SALES OF PROPERTIES (0.8). |
| WEXLER MP | 07/18/06 | 0.30 | REVIEW ISSUES IN CONNECTION WITH LAUREL, MS PROPERTY AND CONSIDER STRATEGY THEREFOR (0.3). |
| | | 1.30 | |
| **Total Partner** | | 1.30 | |
| **TOTAL TIME** | | **1.30** | |

114

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  Bill Date: 08/31/06
**Real Estate (Owned)**  Bill Number: 1122597

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Wireless - Mobile/Cellular/Pager | 07/27/06 | Wexler MP | 35.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$35.00** |
| | | **TOTAL MATTER** | **$35.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 09/30/06 |
| Real Estate (Owned) | Bill Number: 1128097 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 08/07/06 | 0.40 | REVIEW REAL ESTATE UPDATE FOR UNSECURED CREDITORS COMMITTEE MEETING (0.4). |
| WEXLER MP | 08/15/06 | 0.60 | REVIEW ISSUES IN CONNECTION WITH POSSIBLE DONATION OF DANA STREET FACILITIES AND ISSUES (0.6). |
| WEXLER MP | 08/22/06 | 0.40 | REVIEW ISSUES IN CONNECTION WITH POSSIBLE DONATION OF LAND IN FLINT, MI (0.4). |
| | | 1.40 | |
| **Total Partner** | | **1.40** | |
| DIAZ LB* | 08/02/06 | 3.20 | RESEARCH RE: STATUTORY WATER LIEN ON THE REAL PROPERTY (3.2). |
| DIAZ LB* | 08/03/06 | 3.30 | RESEARCH RE: STATUTORY WATER LIEN (3.3). |
| DIAZ LB* | 08/08/06 | 2.10 | ANALYZE BILLS RE: WATER LIENS (2.1). |
| DIAZ LB* | 08/10/06 | 0.90 | RESEARCH RE: WATER LIENS (0.9). |
| DIAZ LB* | 08/11/06 | 6.10 | ANALYSIS OF WATER LIENS (6.1). |
| DIAZ LB* | 08/15/06 | 3.00 | TELECONFERENCE WITH D. POOLE AND M. HESTER RE: WPS UTILITY ISSUES (0.9); CONDUCT RESEARCH RE: SETTLEMENT PROCEDURES ORDER AND WPS (2.1). |
| DIAZ LB* | 08/17/06 | 1.10 | CONTINUE TO RESEARCH AND ANALYSIS RE: WATER LIENS (1.1). |
| | | 19.70 | |
| **Total Associate/Law Clerk** | | **19.70** | |
| **TOTAL TIME** | | **21.10** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                                               Bill Date: 10/31/06
**Real Estate (Owned)**                                                    Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 09/11/06 | 3.50 | REVIEW LOAN AGREEMENT COVENANTS AND IMPACT, IF ANY, ON PROJECT VANTAGE (0.6); PREPARE FOR TELECONFERENCE ON PROJECT VANTAGE, INCLUDING REVIEW PROCEDURAL ISSUES IN CONNECTION THEREWITH (0.8); TELECONFERENCE WITH J. BEAUDOEN, C. COMERFORD, JLL AND OTHERS RE: STRATEGY AND STRUCTURE FOR PROPOSED PURCHASE, SALE AND LEASEBACK OF AUBURN HILLS PROPERTY (1.4); FOLLOW UP ON STRATEGY FOR COMPLETION OF SAME (0.7). |
| WEXLER MP | 09/22/06 | 1.00 | REVIEW AGENDA AND PARTICIPATE IN SENIOR STRATEGY CALL AND FOLLOW UP (1.0). |
| WEXLER MP | 09/27/06 | 0.70 | REVIEW STATUS AND ISSUES IN CONNECTION WITH PROJECT VANTAGE (0.7). |
| WEXLER MP | 09/28/06 | 2.40 | REVIEW WITH K. BERLIN ENVIRONMENTAL ISSUES IN CONNECTION WITH POSSIBLE DONATION OF FLINT, MI PROPERTY AND FOLLOW UP WITH C. COMERFORD (0.7); REVIEW STRATEGIES FOR PURCHASE OF AUBURN, MI BUILDING AND TELECONFERENCES WITH C. COMERFORD AND J. BECKER TO DISCUSS (0.8); FOLLOW UP CALLS AND CORRESPONDENCE WITH C. COMERFORD RE: STATUS OF TRANSACTION (0.4); TELECONFERENCE WITH T. SABLE, ATTORNEY FOR SELLER OF AUBURN PROPERTY RE: TRANSACTION (0.4); CONSIDER ADDITION TO SENIOR STRATEGY AGENDA AND CORRESPONDENCE IN CONNECTION THEREWITH (0.1). |
| WEXLER MP | 09/29/06 | 2.40 | PARTICIPATE IN SENIOR STRATEGY TELECONFERENCE RE: REAL ESTATE AND RELATED MATTERS (0.8); FOLLOW UP ON ISSUES RE: PROJECT VANTAGE (0.9); TELECONFERENCE WITH C. COMERFORD AND OTHERS RE: POSSIBLE DONATION OF FLINT PARCELS (0.7). |
|  |  | **10.00** |  |
| **Total Partner** |  | **10.00** |  |
| **TOTAL TIME** |  | **10.00** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                                                     **Bill Date: 10/31/06**
**Real Estate (Owned)**                                                          **Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 09/30/06 | Teleconferencing Services, LLC | 2.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$2.00** |
| | | **TOTAL MATTER** | **$2.00** |

B43E