SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
         In re                        :    Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :    Case No. 05–44481 (RDD)
                                      :
                       Debtors.       :    (Jointly Administered)
                                      :
------------------------------------- x


EXHIBIT D-27
EMPLOYEE MATTERS (PENSION)
66.6 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 07/31/06 |
| Employee Matters (Pension) | Bill Number: 1128095 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 06/06/06 | 0.20 | CORRESPONDENCE RE: COMPASS DOCUMENT REQUESTS (0.2). |
| MARAFIOTI KA | 06/08/06 | 0.60 | CONFERENCES WITH JOHN SHEEHAN, ROTHSCHILD, FTI, AND LONIE HASSEL RE: PBGC ISSUES (0.3); MEETING WITH PBGC, SHEEHAN, SHAW, AND EISENBERG (0.3). |
| MARAFIOTI KA | 06/13/06 | 0.10 | TELECONFERENCE WITH BILL SHAW RE: INFORMATION SHRING ISSUES RE: COMPASS (0.1). |
| MARAFIOTI KA | 06/25/06 | 0.30 | REVIEW PBGC CORRESPONDENCE RE: COMPASS, WITH INFORMATION REQUESTS (0.3). |
| MARAFIOTI KA | 06/26/06 | 0.80 | TELECONFERENCE WITH B. SHAW AND CORRESPONDENCE L. HASSEL RE: COMPASS REQUESTS (0.2); TELECONFERENCE WITH J. VITALE, S. CORCORAN, N. TORRACO, LONIE HASSEL RE: SAME (0.4); ANALYZE SAME (0.2). |
| | | 2.00 | |
| **Total Partner** | | 2.00 | |
| **TOTAL TIME** | | <u>2.00</u> | |

B43E

Delphi Corporation (DIP)  
Employee Matters (Pension)

Bill Date: 08/31/06  
Bill Number: 1122597

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 07/13/06 | 0.40 | TELECONFERENCE FROM B. SCHORLING RE: PROOFS OF CLAIM BY FIDUCIARIES OF PENSION PLANS (0.1); RELATED CORRESPONDENCE WITH SCHORLING, COMPANY (F. KUPLICKI), L. HASSEL (0.3) RE: SAME. |
| MARAFIOTI KA | 07/17/06 | 0.20 | TELECONFERENCE WITH B. SCHORLING RE: INDEPENDENT FIDUCIARY PENSION CLAIMS (0.1); CORRESPONDENCE RE: SAME (0.1). |
| MARAFIOTI KA | 07/18/06 | 1.10 | REVIEWED FIDUCIARY PROPOSED STIPULATION RE: FILING OF CONSOLIDATED CLAIMS (0.3); REVIEWED MOTION RE: SAME (0.2); CORRESPONDENCE TO CLIENT RE: SAME (0.1); REVIEWED PBGC CORRESPONDENCE RE: INFORMATION REQUESTS AND CLIENT CORRESPONDENCE RE: SAME (0.3); TELECONFERENCE FROM M. CALOWAY RE: FIDUCIARY STIP AND CORRESPONDENCE RE: SAME (0.2) . |
| MARAFIOTI KA | 07/20/06 | 0.30 | EVALUATE PENSION ISSUES (0.3). |
| MARAFIOTI KA | 07/21/06 | 1.20 | REVIEWED MEMO RE: PENSION EXCISE TAX (0.6) AND ANALYZED SAME (0.6). |
| MARAFIOTI KA | 07/31/06 | 0.40 | DIRECT RESEARCH RE: ERISA SECTION 4062(E) (0.4). |
| | | 3.60 | |
| **Total Partner** | | **3.60** | |
| MEISLER RE | 07/12/06 | 0.40 | REVIEW AND ANALYZE CORRESPONDENCE FROM DEOC RE: LIVERPOOL PENSION PLAN (0.4). |
| MEISLER RE | 07/17/06 | 0.40 | REVIEW K. COBB QUESTIONS RE: FORM 5500 (0.4). |
| MEISLER RE | 07/18/06 | 0.50 | CONTINUED ANALYSIS OF K. COBB QUESTIONS RE: FORM 5500 (0.5). |
| MEISLER RE | 07/19/06 | 1.90 | CONTINUED ANALYSIS AND REVIEW CASE LAW RE: K. COBB FORM 5500 QUESTIONS (1.9). |
| MEISLER RE | 07/20/06 | 0.20 | FOLLOW UP ON STATUS OF RESPONSE RE: K. COBB FORM 5500 QUESTIONS (0.2). |
| MEISLER RE | 07/21/06 | 0.30 | FINAL REVIEW OF RESPONSE RE: K. COBB FORM 5500 QUESTIONS (0.3). |
| MEISLER RE | 07/25/06 | 0.40 | CONTINUED ATTENTION TO FORM 5330 ANALYSIS (0.4). |
| MEISLER RE | 07/26/06 | 1.20 | CONTINUED ANALYSIS OF FORM 5330 (0.5); REVIEW ORDERS RE: SAME (0.7). |
| | | 5.30 | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| PERL MW | 07/17/06 | 3.50 | BEGIN RESEARCH RE: EXCISE TASK RELATED UNDERFUNDING OF PENSION OBLIGATIONS (3.2); TELECONFERENCES WITH L. HASSEL (0.2) AND WORKING GROUP (0.1) RE: SAME. |
| PERL MW | 07/18/06 | 5.90 | CONTINUE RESEARCH RE: EXCISE TAX UNDER IRC SECTION 4971 (5.9). |
| PERL MW | 07/19/06 | 9.90 | CONTINUE RESEARCH IN CONNECTION WITH EXCISE TAX DUE FOR PENSION FUND ACCUMULATED DEFICIENCY (9.6); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.3). |
| PERL MW | 07/20/06 | 6.60 | CONTINUE TO RESEARCH ISSUE IN CONNECTION WITH EXCISE TAX DUE FROM ACCUMULATED DEFICIENCY (5.8); TELECONFERENCE WITH L. HASSEL RE: SAME (0.8). |
| PERL MW | 07/21/06 | 4.30 | TELECONFERENCES WITH L. HASSEL RE: PAYMENT OF EXCISE TAX (0.5, 0.1); MULTIPLE TELECONFERENCES WITH WORKING GROUP RE: SAME (0.4, 0.5, 0.3); REVIEW RESEARCH AND CASE LAW RE: SAME (2.5). |
| PERL MW | 07/24/06 | 8.50 | CONSIDER ISSUE RE: PAYMENT OF EXCISE TAX FOR PRE-PETITION PENSION OBLIGATION (0.2) AND DRAFT PROPOSED RESPONSE RE: SAME (0.3); FOLLOW UP RESEARCH RE: SAME (6.8); DRAFT OUTLINE RE: SAME (1.2). |
| PERL MW | 07/25/06 | 5.60 | CONTINUE RESEARCH RE: PAYMENT OF EXCISE TAX IN CONNECTION WITH ACCUMULATED FUNDING DEFICIENCY AND FOLLOW UP RE: SAME (3.8); DRAFT CORRESPONDENCE AND ANALYSIS RE: SAME (0.7); MULTIPLE CORRESPONDENCES AND TELECONFERENCES RE: SAME (0.4, 0.3); REVIEW DOCKET RE: PRECEDENT FOR MODIFYING COLLECTIVE BARGAINING AGREEMENTS (0.4). |
| PERL MW | 07/26/06 | 7.40 | FOLLOW UP RESEARCH IN CONNECTION WITH PAYMENT OF EXCISE TAX AND POSSIBLE RELATED PENALTIES (6.6); TELECONFERENCE WITH L. HASSEL RE: SAME (0.8). |
| | | 51.70 | |
| **Total Associate** | | 57.00 | |
| **TOTAL TIME** | | **60.60** | |

167

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 08/31/06**
**Employee Matters (Pension)**  **Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.02 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 1.63 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.20 |
| Telephone Expense | 07/28/06 | Telecommunications, D | 0.15 |
| | | **TOTAL TELEPHONE EXPENSE** | **$3.00** |
| Lexis/Nexis | 07/19/06 | Perl MW | 43.32 |
| Lexis/Nexis | 07/19/06 | Perl MW | -4.32 |
| | | **TOTAL LEXIS/NEXIS** | **$39.00** |
| Westlaw | 07/17/06 | Perl MW | 102.98 |
| Westlaw | 07/18/06 | Perl MW | 56.49 |
| Westlaw | 07/19/06 | Perl MW | 200.52 |
| Westlaw | 07/20/06 | Perl MW | 17.47 |
| Westlaw | 07/21/06 | Perl MW | 8.48 |
| Westlaw | 07/24/06 | Perl MW | 60.57 |
| Westlaw | 07/25/06 | Perl MW | 118.91 |
| Westlaw | 07/26/06 | Perl MW | 282.12 |
| Westlaw | 07/27/06 | Perl MW | 26.81 |
| Westlaw | 07/31/06 | Lee M | 352.65 |
| | | **TOTAL WESTLAW** | **$1,227.00** |
| Vendor Hosted Teleconferencing | 07/31/06 | Teleconferencing Services, LLC | 5.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$5.00** |
| | | **TOTAL MATTER** | **$1,274.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**      Bill Date: 10/31/06
**Employee Matters (Pension)**      Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| PERL MW | 09/01/06 | 0.80 | REVIEW NOTES FROM TELECONFERENCES WITH L. HASSEL (0.3); DRAFT MEMO SUMMARIZING SAME (0.5). |
| PERL MW | 09/21/06 | 2.70 | REVIEW CORRESPONDENCE RE: EXCISE TAX (0.7) AND REVIEW RESEARCH AND NOTES RE: SAME (0.8); FOLLOW UP CORRESPONDENCES RE: SAME (0.3); REVIEW FILE RE: SAME IN CONNECTION WITH FURTHER RESEARCH (0.9). |
| PERL MW | 09/27/06 | 0.50 | STRATEGIZE WITH WORKING GROUP RE: PENSION EXCISE TAX ISSUE (0.5). |
|  |  | **4.00** |  |
| **Total Associate** |  | **4.00** |  |
| **TOTAL TIME** |  | **4.00** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                                           **Bill Date: 10/31/06**
**Employee Matters (Pension)**                          **Bill Number: 1127729**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/26/06 | Copy Center, D | 42.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$42.00** |
| | | **TOTAL MATTER** | **$42.00** |

B43E