SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                :
         In re                  :      Chapter 11
                                :
DELPHI CORPORATION, et al.,     :      Case No. 05–44481 (RDD)
                                :
                    Debtors.    :      (Jointly Administered)
                                :
------------------------------ x


EXHIBIT D-28
ASSET DISPOSITIONS (REAL PROPERTY)
30.8 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 07/31/06**
**Assets Dispositions (Real Property)**                        **Bill Number: 1128095**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WEXLER MP | 06/01/06 | 0.40 | REVIEW TRANSFER TAX ISSUES/STRATEGY FOR TRANSFER OF NEW BRUNSWICK PROPERTY (0.4). |
| WEXLER MP | 06/02/06 | 0.40 | REVIEW VALUATION AND TRANSFER TAX ISSUES IN CONNECTION WITH SALE OF NEW BRUNSWICK PROPERTY TO JCI (0.4). |
| WEXLER MP | 06/06/06 | 0.30 | REVIEW TRANSFER TAX ISSUES FOR NEW BRUNSWICK PROPERTY (0.3). |
| WEXLER MP | 06/12/06 | 0.80 | REVIEW TRANSFER TAX AND ENVIRONMENTAL ISSUES IN CONNECTION WITH TRANSFER OF NEW BRUNSWICK TO JCI AND CONSIDER STRATEGY FOR DEALING WITH SAME (0.8). |
| WEXLER MP | 06/13/06 | 0.20 | TELECONFERENCE WITH R. CROCKER RE: DELPHI PLANT IN OAK CREEK AND FOLLOW UP CORRESPONDENCE WITH CLIENT (0.2). |
| WEXLER MP | 06/20/06 | 0.40 | REVIEW OUTCOME OF COURT HEARING RE: TRANSFER OF NEW BRUNSWICK PLANT TO JCI AND FOLLOW UP ON SAME (0.4). |
| WEXLER MP | 06/27/06 | 0.30 | REVIEW AND COMMENT ON LANGUAGE FOR REMEDIATION AGREEMENT IN CONNECTION WITH TRANSFER OF NEW BRUNSWICK TO JCI (0.3). |
| WEXLER MP | 06/28/06 | 2.10 | REVIEW ISSUES IN CONNECTION WITH ENVIRONMENTAL SETTLEMENT FOR NEW BRUNSWICK TRANSACTION, INCLUDING REVIEW OF CORRESPONDENCE WITH ISRA COUNSEL (0.7); TELECONFERENCES WITH K. BERLIN RE: SAME (0.8); REVIEW AND COMMENT ON DRAFT OF ISRA NOTICE FOR NEW BRUNSWICK (0.3); REVIEW AND COMMENT ON REVISED SETTLEMENT NOTICE FOR REMEDIATION AT NEW BRUNSWICK PLANT (0.3). |
| WEXLER MP | 06/29/06 | 0.30 | REVIEW AND COMMENT ON REVISED ISRA SETTLEMENT NOTICE FOR BRUNSWICK NJ AND FOLLOW UP ON SAME (0.3). |
| WEXLER MP | 06/30/06 | 0.10 | REVIEW CLIENT CHANGES TO ISRA NOTICE (0.1). |
| | | 5.30 | |
| **Total Partner** | | **5.30** | |
| **TOTAL TIME** | | **5.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                              Bill Date: 07/31/06
**Assets Dispositions (Real Property)**                   Bill Number: 1128095

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/13/06 | Copy Center, D | 151.66 |
| In-house Reproduction | 06/20/06 | Copy Center, D | 26.34 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$178.00** |
| | | **TOTAL MATTER** | **$178.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 09/30/06
Assets Dispositions (Real Property)                         Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WEXLER MP | 08/04/06 | 0.60 | CORRESPONDENCE WITH C. COMERFORD RE: POTENTIAL SALE OF ANAHEIM AND FOLLOW UP ON ISSUES RELATING THERETO (0.6). |
| WEXLER MP | 08/07/06 | 2.70 | REVIEW BIDDING PROCEDURES USED IN DELPHI AND OTHER CASES IN PREPARATION FOR CALL RE: ANAHEIM SALE (1.6); TELECONFERENCE WITH JONES LANG LASALLE AND CLIENT RE: ANAHEIM (1.1). |
| WEXLER MP | 08/15/06 | 0.20 | REVIEW INDICATION OF INTEREST ON MAGNOLIA PROPERTY AND CORRESPONDENCE TO CLIENT IN CONNECTION THEREWITH (0.2). |
| WEXLER MP | 08/16/06 | 0.20 | REVIEW CORRESPONDENCE FROM POTENTIAL PURCHASER RE: ANAHEIM AND CORRESPONDENCE TO CLIENT IN CONNECTION THEREWITH (0.2). |
| WEXLER MP | 08/18/06 | 0.80 | REVIEW AND COMMENT ON ASSET PURCHASE AGREEMENT FOR ANAHEIM (0.8). |
| WEXLER MP | 08/24/06 | 1.20 | REVIEW STATUS OF SALE OF ANAHEIM AND STRUCTURAL MATTERS (0.6); REVIEW ISSUES IN CONNECTION WITH POTENTIAL DISPOSITION OF FLINT (0.6). |
| WEXLER MP | 08/29/06 | 0.70 | FOLLOW UP ON POTENTIAL SALE OF ANAHEIM AND FORM OF PURCHASE AGREEMENT (0.7). |
| WEXLER MP | 08/30/06 | 0.40 | REVIEW HEARING DATES AND STRUCTURE FOR PROPOSED SALE OF ANAHEIM (0.4). |
| | | **6.80** | |
| **Total Partner** | | **6.80** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DANZ CE | 08/07/06 | 1.20 | REVIEW OF MOBILE ARIA BIDDING PROCEDURES MATERIALS (0.5) AND ORDER, TELECONFERENCE WITH C. COMERFORD RE: THE ANAHEIM SALE PROCESS AND RELATED FOLLOW-UP (0.7). |
| DANZ CE | 08/15/06 | 0.90 | COMMUNICATION WITH C. COMERFORD RE: ANAHEIM AND REVIEWED THE LATEST FORM PURCHASE AGREEMENT DRAFT FROM C. COMEFORD (0.9). |
| DANZ CE | 08/18/06 | 2.70 | REVISE THE ASSET PURCHASE AGREEMENT FOR THE ANAHEIM SALE, REVIEW OF THE RECENT ASSET PURCHASE AGREEMENTS FOR NON REAL ESTATE SALES FOR PRECEDENT MATTERS (2.7). |
| DANZ CE | 08/23/06 | 1.70 | COMMUNICATION WITH J. BEAUDOEN RE: ANAHEIM (0.2), REVIEW OF BIDDING PROCEDURES PRECEDENT, DRAFTED PROCEDURES FOR PROPOSED ANAHEIM SALE (1.5). |
| DANZ CE | 08/24/06 | 0.80 | DEVELOP STRATEGY RE: DISTRIBUTION OF FLINT AND KETTERING DONATION PROPERTY AND FOLLOW REVIEW OF THE DE MINIMIS ASSET SALE ORDER (0.8). |
| | | 7.30 | |
| **Total Associate** | | 7.30 | |
| **TOTAL TIME** | | **14.10** | |

.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                           Bill Date: 09/30/06
Assets Dispositions (Real Property)                Bill Number: 1128097

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/18/06 | Copy Center, D | 16.50 |
| In-house Reproduction | 08/29/06 | Copy Center, D | 0.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$17.00** |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 1.12 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 40.45 |
| Vendor Hosted Teleconferencing | 08/31/06 | Teleconferencing Services, LLC | 40.43 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$82.00** |
| | | **TOTAL MATTER** | **$99.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                              **Bill Date: 10/31/06**
**Assets Dispositions (Real Property)**                   **Bill Number: 1127729**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WEXLER MP | 09/05/06 | 0.70 | REVIEW AND COMMENT ON REVISED DRAFT OF LETTER TO INTERESTED PARTIES FOR ANAHEIM AND TELECONFERENCE WITH C. COMERFORD RE: SAME (0.7). |
| WEXLER MP | 09/06/06 | 2.80 | PARTICIPATE IN TELECONFERENCE WITH C. COMERFORD, J. BEAUDOEN, D. SOKOL AND OTHERS TO REVIEW CURRENT STATUS OF OFFERS FOR ANAHEIM AND REVIEW COMPARISON CHART FOR OFFERS (1.7); REVIEW AND COMMENT ON RIGHT OF ACCESS AGREEMENT FOR ANAHEIM (0.4); REVIEW AND COMMENT ON REVISED DRAFT OF PURCHASE AGREEMENT FOR ANAHEIM (0.7). |
| WEXLER MP | 09/07/06 | 0.80 | REVIEW AND COMMENT ON REVISED DRAFT OF COVER LETTER TO INTERESTED PARTIES AND ACCESS AGREEMENT IN CONNECTION WITH POTENTIAL PURCHASE OF ANAHEIM (0.8). |
| WEXLER MP | 09/08/06 | 2.20 | PARTICIPATE IN TELECONFERENCE WITH C. COMERFORD, J. BEAUDOEN, D. SOKOL, K. JONES AND JLL RE: POTENTIAL SALE/MARKETING OF ANAHEIM, CA SITE (0.8); REVIEW AND COMMENT ON REVISED DRAFT OF ANAHEIM PURCHASE AGREEMENT AND RELATED DOCUMENTS FOR ANAHEIM (1.4). |
| WEXLER MP | 09/10/06 | 1.20 | COMPLETE REVIEW AND PREPARE COMMENTS FOR REVISED DRAFT OF PURCHASE AGREEMENT FOR ANAHEIM AND RELATED DOCUMENTS (1.2). |
| WEXLER MP | 09/11/06 | 0.90 | REVIEW ANAHEIM ENVIRONMENTAL ISSUES WITH K. BERLIN AND REVIEW PROPOSED CHANGES TO PURCHASE AGREEMENT AND COVER LETTER (0.6); TELECONFERENCE AND CORRESPONDENCE WITH C. COMERFORD RE: SAME (0.3). |
| WEXLER MP | 09/12/06 | 0.30 | REVIEW AND COMMENT ON REVISED LETTER TO INTERESTED PARTIES ON ANAHEIM AND CORRESPONDENCE WITH C. COMERFORD RE: SAME (0.3). |
| WEXLER MP | 09/13/06 | 1.20 | REVIEW AND COMMENT ON REVISED PURCHASE AGREEMENT FOR ANAHEIM AND CORRESPONDENCE WITH C. COMERFORD RE: SAME (0.8); FOLLOW UP ON ENVIRONMENTAL PROVISIONS FOR ANAHEIM AND CORRESPONDENCE RE: SAME (0.4). |
| WEXLER MP | 09/22/06 | 0.70 | REVIEW ISSUES IN CONNECTION WITH DONATION OF REAL ESTATE IN FLINT, MI (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WEXLER MP | 09/27/06 | 0.60 | CONSIDER ISSUES RE: POSSIBLE DONATION OF FLINT PROPERTY AND REVIEW AND COMMENT ON COMMITTEE PRESENTATION RE: SAME (0.6). |
| | | **11.40** | |
| **Total Partner** | | **11.40** | |
| **TOTAL TIME** | | <u>**11.40**</u> | |

B43E