SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-29
CUSTOMER MATTERS (GENERAL)
31.2 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  Bill Date: 07/31/06
Customer Matters (General)  Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 06/26/06 | 4.50 | REVIEW MATERIAL RE: XM SETTLEMENT AGREEMENT (1.3); BEGAN DRAFTING MOTION RE: VACATING XM SETTLEMENT ORDER (3.2). |
| FERN BM | 06/27/06 | 3.10 | CONTINUE DRAFTING XM MOTION TO VACATE (3.1). |
|  |  | **7.60** |  |
| REESE RG | 06/09/06 | 4.70 | RESEARCH RE: ISSUES RELATED TO ACCOUNTS RECEIVABLE FROM CUSTOMERS (3.3); REVIEW OF AGREEMENTS RE: SAME (0.9); DRAFT MEMORANDUM RE: SAME (0.5). |
| REESE RG | 06/10/06 | 0.20 | CORRESPONDENCE RE: CUSTOMER ACCOUNTS RECEIVABLE ISSUES (0.2). |
| REESE RG | 06/12/06 | 1.20 | RESPOND TO ADDITIONAL ISSUES RE: CUSTOMER ACCOUNTS RECEIVABLE (0.7); COMMUNICATIONS WITH CLIENT RE: SAME (0.5). |
|  |  | **6.10** |  |
| **Total Associate** |  | **13.70** |  |
| **TOTAL TIME** |  | **13.70** |  |

185

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                        Bill Date: 07/31/06
Customer Matters (General)                                      Bill Number: 1128095

| Disbursement | Date     | Vendor/Employee/Dept. | Amount   |
|--------------|----------|------------------------|----------|
| Lexis/Nexis  | 06/26/06 | Fern BM                | 47.71    |
| Lexis/Nexis  | 06/27/06 | Fern BM                | 144.29   |
|              |          | **TOTAL LEXIS/NEXIS**  | **$192.00** |
|              |          | **TOTAL MATTER**       | **$192.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP) Bill Date: 09/30/06
Customer Matters (General) Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| REESE RG | 08/13/06 | 1.30 | REVIEW RESEARCH RE: WARRANTY CLAIMS (1.3). |
| REESE RG | 08/14/06 | 6.30 | RESEARCH RE: WARRANTY CLAIMS (6.3). |
| REESE RG | 08/15/06 | 4.10 | DRAFT MEMO RE: WARRANTY CLAIMS (4.1). |
| REESE RG | 08/21/06 | 1.80 | REVISE MEMO RE: WARRANTY CLAIMS (1.8). |
| | | 13.50 | |
| **Total Associate** | | **13.50** | |
| **TOTAL TIME** | | **13.50** | |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

| Delphi Corporation (DIP) | | | Bill Date: 09/30/06 |
|---|---|---|---|
| Customer Matters (General) | | | Bill Number: 1128097 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/04/06 | Copy Center, D | 8.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$8.00** |
| Messengers/ Courier | 08/03/06 | Dist Serv/Mail/Page, D | 22.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$22.00** |
| | | **TOTAL MATTER** | **$30.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)** — Bill Date: 10/31/06
**Customer Matters (General)** — Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 09/18/06 | 2.80 | REVIEW AND COMMENTS TO WARRANTY MEMORANDUM (2.8). |
| | | 2.80 | |
| **Total Partner** | | **2.80** | |
| REESE RG | 09/11/06 | 1.20 | REVISE MEMORANDUM RE: WARRANTY ISSUES (1.2). |
| | | 1.20 | |
| **Total Associate** | | **1.20** | |
| **TOTAL TIME** | | **4.00** | |

B43E