SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-30
UTILITIES
37.0 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                            Bill Date: 07/31/06
Utilities                                                           Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~ZIEGLER VE~~ | ~~06/12/06~~ | ~~1.70~~ | ~~EMAIL CORRESPONDENCE WITH R. REYES RE: AVAYA'S REQUEST FOR BANKRUPTCY COURT APPROVAL OF AN ORDINARY COURSE TRANSACTION (0.8) AND RE: AT&T PRETITION PAYMENT ISSUE (0.9).~~ |
|  |  | ~~1.70~~ |  |
| ~~Total Associate~~ |  | ~~1.70~~ |  |
| ~~TOTAL TIME~~ |  | ~~1.70~~ |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**  **Bill Date: 07/31/06**
**Utilities**  **Bill Number: 1128095**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/13/06 | Copy Center, D | 30.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$30.00** |
| | | **TOTAL MATTER** | **$30.00** |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 08/31/06 |
|---|---|---|---|
| Utilities | | | Bill Number: 1122597 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| JJINGO MJ | 07/25/06 | 1.30 | REVIEW CORRESPONDENCE RE: LETTER RECEIVED FROM PUERTO RICAN AQUEDUCTS AUTHORITY AND EVALUATE NEXT STEPS (1.3). |
| | | 1.30 | |
| **Total Associate** | | **1.30** | |
| ROSEN R | 07/20/06 | 1.30 | SECURE SPANISH TO ENGLISH TRANSLATION OF LETTER RECEIVED FROM DIRECTOR, SPECIAL PROJECTS & GOVERNMENT, AUTHORITY OF AQUEDUCTS AND SEWAGE SYSTEMS IN SAN JUAN, PUERTO RICO (0.9); FORWARD, REVIEW SAME WITH TEAM ATTORNEYS (0.2); UPDATE TASK LIST RE: SAME (0.2). |
| | | 1.30 | |
| **Total Legal Assistant** | | **1.30** | |
| **TOTAL TIME** | | **2.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**      Bill Date: 08/31/06
**Utilities**      Bill Number: 1122597

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 07/06/06 | Pacer Service Center | 1.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$1.00** |
| | | **TOTAL MATTER** | **$1.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  Bill Date: 09/30/06
Utilities  Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DIAZ LB* | 08/14/06 | 3.90 | RESEARCH RE: UTILITY LIENS (1.8); RESEARCH RE: UTILITY DEPOSITS (2.1). |
|  |  | **3.90** |  |
| GRANT K | 08/17/06 | 3.90 | RESEARCH RE: GRANT OF DEPOSITS IN ORDINARY COURSE (3.9). |
| GRANT K | 08/18/06 | 0.90 | REVIEW UTILITIES MOTION AND ORDER RE: PROSPECTIVE UTILITY PROVIDERS REQUEST FOR ONE MONTH DEPOSIT (0.9). |
|  |  | **4.80** |  |
| JJINGO MJ | 08/14/06 | 0.40 | REVIEW CORRESPONDENCE FROM M. HALL AT DELPHI RELATED TO A CERTAIN UTILITIES ISSUE AND REVIEW UTILITIES ORDER RE: THE SAME (0.4). |
| JJINGO MJ | 08/22/06 | 3.60 | CORRESPOND WITH D. POOLE AND M. HESTER RE: VECTREN; CORRESPOND WITH J. HOKANSON AT ICE MILLER RE: THE SAME; STRATEGIZE RE: THE SAME (3.6). |
| JJINGO MJ | 08/23/06 | 1.70 | CORRESPOND WITH M. HESTER AND D. POOLE WITH REGARD TO VECTREN ENERGY ISSUE; STRATEGIZE RE: THE SAME (1.7). |
| JJINGO MJ | 08/24/06 | 3.90 | STRATEGIZE WITH REGARD TO VECTREN ISSUE; PARTICIPATE ON CONFERENCE CALL BETWEEN DELPHI, GM, AND VECTREN (3.9). |
| JJINGO MJ | 08/25/06 | 3.40 | REVIEW MATERIALS RELATED TO AND STRATEGIZE WITH REGARD TO THE VECTREN ISSUE (3.4). |
|  |  | **13.00** |  |
| MEISLER RE | 08/01/06 | 0.20 | REVIEW M. HESTER INQUIRY RE: WATER LIENS (0.2). |
| MEISLER RE | 08/02/06 | 0.30 | REVIEW STATUS OF WATER LIENS RESEARCH (0.3). |
| MEISLER RE | 08/11/06 | 0.10 | REVIEW CORRESPONDENCE RE: WPS (0.1). |
| MEISLER RE | 08/14/06 | 0.60 | ANALYSIS OF WPS CORRESPONDENCE (0.5); TELECONFERENCE WITH M. HESTER RE: SAME (0.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 08/15/06 | 2.10 | REVIEW DOCUMENTS RE: WPS (0.2); CONFERENCE WITH M. HESTER AND D. POOLE RE: SAME (0.3); TELECONFERENCE WITH M. GERDISCH, J. WERNER, M. HESTER AND D. POOLE RE: SAME (0.4); CONFERENCE WITH L. FRISHMAN RE: PERMISSIVE LANGUAGE IN DIP TO POST DEPOSIT RE: SAME (0.1); REVIEW OF FINAL DIP ORDER RE: SAME (0.3); REVIEW SETTLEMENT PROCEDURES RE: SAME (0.4); DRAFT CORRESPONDENCE RE: SAME (0.2); NOTES TO FILE (0.1); REVIEW CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 08/16/06 | 0.20 | TELECONFERENCE WITH M. GERDISCH RE: WPS (0.2). |
| MEISLER RE | 08/18/06 | 0.50 | TELECONFERENCE WITH M. HALL, D. POOLE, AND M. HESTER RE: RENEWAL OF UTILITY CONTRACTS (0.5). |
| MEISLER RE | 08/24/06 | 1.50 | REVIEW CORRESPONDENCE RE: VECTRON (0.2); PARTICIPATE ON TELECONFERENCE WITH M. HESTER RE: SAME (1.0); DRAFT FOLLOW-UP CORRESPONDENCE RE: SAME (0.1); REVIEW NOTES TO FILE AND ANALYSIS OF SAME (0.2). |
| MEISLER RE | 08/25/06 | 0.90 | CONTINUE ANALYSIS OF VECTRON MATTER (0.7); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.2). |
| | | **6.40** | |
| **Total Associate/Law Clerk** | | **28.10** | |
| **TOTAL TIME** | | **28.10** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

168

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                          Bill Date: 10/31/06
Utilities                                                          Bill Number: 1127729

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| JJINGO MJ | 09/01/06 | 0.90 | REVIEW MATERIALS IN VECTREN MATTER IN PREP FOR POTENTIAL CALL (0.9). |
| JJINGO MJ | 09/05/06 | 1.80 | REVIEW ALL MATERIALS RELATED TO VECTREN TRANSACTION IN PREPARATION FOR CALL (1.4); CONFERENCE CALL WITH D. POOLE AT DELPHI RE: VECTREN TRANSACTION; EVALUATE THE SAME (0.4). |
|  |  | **2.70** |  |
| **Total Associate** |  | **2.70** |  |
| ROSEN R | 09/11/06 | 2.30 | REVIEW, ANALYZE CITY OF SAGINAW UTILITY BILLS AND PREPARE CHART RE: PRE-PETITION AND POST-PETITION BILL AMOUNTS (2.3). |
| ROSEN R | 09/12/06 | 1.30 | REVIEW, FINALIZE CITY OF SAGINAW PRE-PETITION AND POST-PETITION UTILITY BILLS CHART (1.3). |
|  |  | **3.60** |  |
| **Total Legal Assistant** |  | **3.60** |  |
| **TOTAL TIME** |  | **6.30** |  |

154                                                                              B43E