SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
         In re                          :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

EXHIBIT D-31
INSURANCE
21.4 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 07/31/06 |
|---|---|---|---|
| Insurance | | | Bill Number: 1128095 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 06/22/06 | 0.50 | TELECONFERENCE WITH J. PAPELIAN AND B. TELGEN RE: DISPUTE WITH INSURER (0.5). |
| MEISLER RE | 06/24/06 | 0.60 | DRAFT SUMMARY OF DISPUTE WITH INSURER (0.6). |
| MEISLER RE | 06/26/06 | 0.10 | DRAFT CORRESPONDENCE TO J. PAPELIAN AND B. TELGEN RE: INSURANCE (0.1). |
| MEISLER RE | 06/27/06 | 0.30 | CONTINUE ANALYSIS OF INSURANCE DISPUTE (0.3). |
| | | 1.50 | |
| **Total Associate** | | 1.50 | |
| **TOTAL TIME** | | **1.50** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                              **Bill Date:** 07/31/06
**Insurance**                                           **Bill Number:** 1128095

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/27/06 | Copy Center, D | 54.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$54.00** |
| Messengers/ Courier | 06/30/06 | Straightline Courier | 41.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$41.00** |
| | | **TOTAL MATTER** | **$95.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 08/31/06 |
|---|---|---|---|
| Insurance | | | Bill Number: 1122597 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 07/05/06 | 0.50 | REVIEW ISSUES RE: BLOSSER LITIGATION (0.5). |
| FERN BM | 07/07/06 | 0.20 | TELECONFERENCE WITH B. TELGEN RE: BLOSSER (0.2). |
| FERN BM | 07/10/06 | 0.90 | FORMULATE STRATEGY RE: BLOSSER (0.3); EMAILS TO/FROM K. SCHAFER RE: BLOSSER (0.6). |
| FERN BM | 07/11/06 | 0.30 | EMAILS TO/FROM K. SCHAFER RE: BLOSSER (0.3). |
| | | 1.90 | |
| **Total Associate** | | **1.90** | |
| **TOTAL TIME** | | **1.90** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 08/31/06**
**Insurance**  **Bill Number: 1122597**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/28/06 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| | | **TOTAL MATTER** | **$1.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 09/30/06 |
|---|---|---|---|
| Insurance | | | Bill Number: 1128097 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 08/16/06 | 0.30 | REVIEW REQUEST FOR INSURANCE RE: WHITNEY V. BROWN (0.3). |
| MEISLER RE | 08/21/06 | 0.10 | CONFERENCE WITH J. PAPELIAN AND B. TELGEN RE: T. BURNS LETTER (0.1). |
| MEISLER RE | 08/30/06 | 0.70 | REVIEW T. BURNS LETTER TO AIG (0.3); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.4). |
| | | **1.10** | |
| **Total Associate** | | **1.10** | |
| **TOTAL TIME** | | **1.10** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 10/31/06 |
| Insurance | Bill Number: 1127729 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOGAN III AL | 09/25/06 | 3.60 | ANALYZE PROCEDURAL MEANS OF RESOLVING POTENTIAL INSURANCE DISPUTE (3.6). |
| HOGAN III AL | 09/26/06 | 1.60 | CONTINUE ANALYSIS OF POTENTIAL INSURANCE DISPUTE, AND DISCUSSION WITH CLIENT RE: SAME (1.6). |
| | | 5.20 | |
| **Total Partner** | | **5.20** | |
| MATZ TJ | 09/24/06 | 0.50 | ANALYZE INSURANCE ISSUE RE: DEDUCTIBLES, SEC COSTS AND FORMER EMPLOYEES MATTERS (0.5). |
| MATZ TJ | 09/25/06 | 2.00 | CONSIDERATION OF 9/28 STATUS CONFERENCE MATTERS, SCHEDULING RESUMPTION OF HEARING MATTERS (0.6); CORRESPONDENCE WITH UNIONS RE: SAME (0.3); CORRESPONDENCE WITH B. SAX RE: 9/28 STATUS CONFERENCE AND PREPARATIONS RE: SAME (0.1); CORRESPONDENCE WITH J. SHEEHAN RE: SAME (0.1); CORRESPONDENCE WITH M. ROBBINS RE: 9/28 STATUS CONFERENCE (0.2); REVIEW INVESTIGATION COSTS INSURANCE CLAIM AND POSSIBLE MOTIONS IN RESPECT THEREOF (0.7). |
| MATZ TJ | 09/28/06 | 0.20 | FURTHER REVIEW OF POSSIBLE ADVERSARY RE: INSURANCE DISPUTE (0.2). |
| | | 2.70 | |
| **Total Counsel** | | **2.70** | |
| CAMPANARIO ND | 09/25/06 | 4.10 | LEGAL RESEARCH RE: PROCEDURE FOR RAISING DISPUTE CONCERNING INSURANCE CONTRACT (4.1). |
| | | 4.10 | |
| FERN BM | 09/13/06 | 0.60 | EVALUATE ISSUES RE: RENEWAL OF INSURANCE PROGRAM (0.4); TELECONFERENCE WITH B. TELGEN RE: INSURANCE PROGRAM (0.2). |
| FERN BM | 09/14/06 | 0.90 | EMAILS TO/FROM B. TELGEN RE: INSURANCE RENEWAL (0.4); FORMULATE STRATEGY RE: INSURANCE RENEWAL (0.5). |
| FERN BM | 09/18/06 | 1.70 | TELECONFERENCE WITH B. TELGEN RE: AIG PROPOSAL (0.3); PREPARE FOR (0.6) AND PARTICIPATED IN (0.5) TELECONFERENCE WITH AIG RE: INSURANCE PROGRAM; EMAILS TO/FROM B. TELGEN AND S. CORCORAN RE: INSURANCE PROGRAM (0.3). |
| FERN BM | 09/25/06 | 0.20 | EMAILS FROM W. TELGEN RE: STATUS OF INSURANCE PROGRAM (0.2). |

94

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 09/26/06 | 0.20 | EMAILS TO/FROM W. TELGEN RE: INSURANCE PROGRAM (0.2). |
| | | **3.60** | |
| MEISLER RE | 09/13/06 | 0.50 | TELECONFERENCE WITH S. CORCORAN RE: INSURANCE INQUIRY (0.1); REVIEW AND ANALYZE SAME (0.2); DRAFT CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 09/14/06 | 0.50 | ANALYSIS OF INSURANCE STRATEGY (0.2); CONFERENCE WITH K. RAMLO RE: SAME (0.3). |
| MEISLER RE | 09/24/06 | 0.20 | REVIEW CORRESPONDENCE RE: INSURANCE (0.2). |
| MEISLER RE | 09/26/06 | 0.10 | REVIEW CORRESPONDENCE RE: RENEWAL OF INSURANCE PROGRAMS (0.1). |
| | | 1.30 | |
| **Total Associate** | | **9.00** | |
| **TOTAL TIME** | | **16.90** | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Delphi Corporation (DIP) | | | Bill Date: 10/31/06 |
|---|---|---|---|
| Insurance | | | Bill Number: 1127729 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/12/06 | Copy Center, D | 101.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$101.00** |
| | | **TOTAL MATTER** | **$101.00** |

B43E