SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-32
LITIGATION (GENERAL)
18.3 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  Bill Date: 09/30/06
Litigation (General)  Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~MEISLER RE~~ | ~~08/03/06~~ | ~~0.20~~ | ~~REVIEW CORRESPONDENCE RE: POTENTIAL SETTLEMENT IN BROWN V. DELPHI (0.2).~~ |
| ~~MEISLER RE~~ | ~~08/07/06~~ | ~~0.20~~ | ~~ANALYSIS OF BROWN V. DELPHI (0.2).~~ |
| ~~MEISLER RE~~ | ~~08/29/06~~ | ~~0.70~~ | ~~REVIEW CORRESPONDENCE RE: REMOVAL OF ACTIONS (0.2); REVIEW RELEVANT PROOFS OF CLAIM RE: SAME (0.5).~~ |
| ~~MEISLER RE~~ | ~~08/31/06~~ | ~~0.40~~ | ~~DRAFT CORRESPONDENCE RE: ADVERSARY PROCEEDING AGAINST AKSYS (0.2); CORRESPOND WITH N. BERGER RE: SAME (0.2).~~ |
|  |  | ~~1.50~~ |  |
| ~~Total Associate~~ |  | ~~1.50~~ |  |
| ~~TOTAL TIME~~ |  | ~~1.50~~ |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP) | Bill Date: 10/31/06 |
| Litigation (General) | Bill Number: 1127729 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOGAN III AL | 09/01/06 | 1.20 | TELECONFERENCE WITH R. MEISLER AND K. CRAFT RE: STRATEGY FOR ADDRESSING CLAIMS CONCERNING TOOLING AND FABRICATION LIENS (1.2). |
| HOGAN III AL | 09/05/06 | 5.90 | CONFERENCE WITH K. CRAFT AND S. CORCORAN RE: STRATEGY TO ADDRESS CREDITORS WHO MAY ASSERT STATUTORY LIENS, AND INTERPLAY WITH PENDING L&W MATTER (0.4); REVIEW L&W PLEADINGS AND EDIT SAME (5.5). |
| HOGAN III AL | 09/06/06 | 5.60 | FINALIZE REVIEW AND EDIT OF L&W PLEADINGS RE: REPLY TO MOTION FOR JUDGMENT ON PLEADINGS (5.6). |
| HOGAN III AL | 09/07/06 | 0.60 | REVIEW L&W REPLY PLEADING, AND CONFERENCE WITH R. MEISLER RE: STRATEGY WITH RESPECT TO LIEN CLAIMANTS (0.6). |
| HOGAN III AL | 09/08/06 | 0.50 | CONFERENCE WITH R. MEISLER RE: STATUS OF VARIOUS CONTESTED MATTERS, AND PREPARATION FOR OMNIBUS HEARING COVERAGE (0.5). |
|  |  | 13.80 |  |
| **Total Partner** |  | **13.80** |  |
| RAMLO K | 09/01/06 | 0.20 | REVIEW SOUTH TRUST ORDER PERMITTING ADDITION OF EMPLOYEE AS DEFENDANT (0.2). |
| RAMLO K | 09/05/06 | 2.30 | REVIEW CORRESPONDENCE FROM C. BROWN RE: ALABAMA LITIGATION (0.1); ANALYSIS OF ISSUES IMPLICATED BY REMOVAL OF ACTIONS NAMING EMPLOYEES (2.2). |
| RAMLO K | 09/07/06 | 0.80 | TELECONFERENCE WITH J. PAPELIAN RE: SOUTH TRUST LITIGATION (0.1); TELECONFERENCE WITH C. BROWN RE: PARTRIDGE LITIGATION (0.2); ANALYZE PATRIDGE CLAIM AND CORRESPONDENCE TO C. BROWN RE: SAME (0.5). |
| RAMLO K | 09/11/06 | 0.20 | TELECONFERENCE WITH B. FRANTANGELO RE: PROPOSED BROWN SETTLEMENT (0.2). |
| RAMLO K | 09/12/06 | 1.00 | TELECONFERENCE WITH D. BROWN, F. TRAP AND J. PAPELIAN RE: SOUTH TRUST LITIGATION (1.0). |
|  |  | 4.50 |  |
| **Total Counsel** |  | **4.50** |  |
| ~~ROSEN R~~ | ~~09/05/06~~ | ~~0.40~~ | ~~REVIEW L&W ENGINEERING SPECIAL PARTIES SERVICE LIST, UPCOMING 9/6 FILING WITH E. GERSHBEIN OF KCC (0.3); REVIEW DOCUMENTS' FILING STATUS WITH TEAM ATTORNEY RE: SAME (0.1).~~ |

101                                                                                          B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| ~~ROSEN R~~ | ~~09/25/06~~ | ~~0.80~~ | ~~INVESTIGATION, RESEARCH, COMPILE AND FORWARD HERNANDEZ V. GENERAL MOTORS (LASC CASE NO. PC037569) CASE INFORMATION, DOCKET TO REQUESTING TEAM ATTORNEY (0.8).~~ |
|---|---|---|---|
| | | ~~1.20~~ | |
| ~~Total Legal Assistant~~ | | ~~1.20~~ | |

**TOTAL TIME**                          <u>19.50</u>

B43E