SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-33
REPORTS AND SCHEDULES
13.9 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                      Bill Date: 07/31/06
Reports and Schedules                                         Bill Number: 1128095

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 06/21/06 | 0.20 | BEGIN REVIEW OF MONTHLY OPERATING REPORT FOR MAY (0.2). |
| MARAFIOTI KA | 06/26/06 | 1.10 | WORK ON ISSUES RE: OPERATING REPORT (0.1); REVIEW SAME (1.0). |
|  |  | 1.30 |  |
| **Total Partner** |  | **1.30** |  |
| MATZ TJ | 06/12/06 | 0.40 | TELECONFERENCE WITH A. FRANKUM RE: MONTHLY OPERATING REPORT (0.2); CORRESPONDENCE TO U.S. TRUSTEE RE: CHANGES IN BANKER ACCOUNTS (0.2). |
| MATZ TJ | 06/13/06 | 0.50 | TELECONFERENCE WITH A. FRANKUM RE: MONTHLY OPERATING REPORT CUMULATIVE REPORTING (0.2); REVIEW CUMULATIVE REPORTING IN MONTHLY OPERATING REPORT (0.2); MESSAGE TO U.S. TRUSTEE RE: SAME (0.1). |
| MATZ TJ | 06/21/06 | 0.10 | TELECONFERENCE WITH U.S. TRUSTEE RE: MONTHLY OPERATING REPORT (0.1). |
| MATZ TJ | 06/22/06 | 2.10 | FOLLOW UP TELECONFERENCE WITH CHAMBERS RE: DOCKETING OF UTE ORDER (0.2); REVIEW AND COMMENT ON MAY MONTHLY OPERATING REPORT (0.9); CORRESPONDENCE WITH S. KIHN RE: SAME (0.2); TELECONFERENCE FROM S. KIHN RE: MAY MONTHLY OPERATING REPORT (0.3); TELECONFERENCE WITH U.S. TRUSTEE RE: OPERATING SUMMARY (0.1); FOLLOW UP WITH A. FRANKUM RE: OPERATING SUMMARY (0.2) FOLLOW UP TELECONFERENCE WITH S. KIHN RE: SAME (0.2). |
| MATZ TJ | 06/23/06 | 0.10 | TELEPHONE MESSAGE TO U.S. TRUSTEE RE: MAY MONTHLY OPERATING REPORT (0.1). |
| MATZ TJ | 06/26/06 | 1.00 | TELECONFERENCE WITH U.S. TRUSTEE RE: STATEMENT OF OPERATIONS, REPORT (0.3); TELECONFERENCE WITH S. KIHN RE: SAME (0.2); REVIEW AND COMMENT ON NEXT DRAFT OF MAY MONTHLY OPERATING REPORT (0.3); ADDITIONAL COMMENTS ON MAY MONTHLY OPERATING REPORT (0.2). |
|  |  | 4.20 |  |
| **Total Counsel** |  | **4.20** |  |
| ~~SALAZAR AG~~ | ~~06/30/06~~ | ~~2.00~~ | ~~PREPARE, ELECTRONICALLY FILE AND SERVE MONTHLY OPERATING REPORT (2.0).~~ |
|  |  | ~~2.00~~ |  |
| ~~**Total Legal Assistant**~~ |  | ~~**2.00**~~ |  |
| **TOTAL TIME** |  | **7.50** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 08/31/06 |
|---|---|---|---|
| Reports and Schedules | | | Bill Number: 1122597 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~BUTLER, JR. J~~ | ~~07/21/06~~ | ~~0.20~~ | ~~REVIEW DRAFT MONTHLY OPERATING REPORT FOR JUNE, 2006 (0.2).~~ |
| ~~BUTLER, JR. J~~ | ~~07/27/06~~ | ~~0.40~~ | ~~REVIEW REVISED DRAFT MONTHLY OPERATING REPORT FOR JUNE, 2006 (0.2); EMAIL FROM/TO T. TIMCO RE DISCLOSURES (0.2).~~ |
| ~~BUTLER, JR. J~~ | ~~07/30/06~~ | ~~0.20~~ | ~~REVIEW REVISED DRAFT OF MONTHLY OPERATING REPORT FOR JUNE, 2006 (0.2).~~ |
| ~~BUTLER, JR. J~~ | ~~07/31/06~~ | ~~0.30~~ | ~~REVIEW AND FINALIZE MONTHLY OPERATING REPORT FOR JUNE, 2006 INCLUDING DISCLOSURES ON GM/DELPHI PROTOCOL FOR ATTRITION PAYMENTS (0.3).~~ |
| | | ~~1.10~~ | |
| ~~Total Partner~~ | | ~~1.10~~ | |
| MATZ TJ | 07/25/06 | 0.80 | REVIEWING AND COMMENTING ON DRAFT JUNE MONTHLY OPERATING REPORT (0.7); CORRESPONDENCE WITH S. KIHN RE: SAME (0.1). |
| MATZ TJ | 07/26/06 | 0.30 | FURTHER REVIEW OF 8-K DISCLOSURE (0.3). |
| MATZ TJ | 07/28/06 | 1.20 | REVIEWING AND COMMENTING ON REVISIONS TO JUNE MONTHLY OPERATING REPORT (0.5); CORRESPONDENCE WITH S. KIHN RE: SAME (0.1); TELECONFERENCE WITH S. KIHN RE: SAME (0.2); TELECONFERENCE WITH S. KIHN RE: JUNE MONTHLY OPERATING REPORT (0.2); FURTHER REVIEW OF CHANGES TO JUNE MONTHLY OPERATING REPORT (0.2). |
| MATZ TJ | 07/31/06 | 1.20 | REVIEWING REVISIONS TO JUNE MONTHLY OPERATING REPORT (0.3); REVIEW A/R SCHEDULE FOR FILING (0.1); CORRESPONDENCE WITH S. KIHN RE: SAME (0.1); PRELIMINARY REVIEW AND COMMENTS TO '06 10-Q (0.7). |
| | | 3.50 | |
| Total Counsel | | 3.50 | |
| TOTAL TIME | | <u>4.60</u> | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP)  
Reports and Schedules

Bill Date: 09/30/06  
Bill Number: 1128097

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATZ TJ | 08/14/06 | 0.20 | TELECONFERENCE FROM CLINTON GROUP RE: JUNE MONTHLY OPERATING REPORT (0.2). |
| MATZ TJ | 08/21/06 | 0.40 | INITIAL REVIEW OF JULY MONTHLY OPERATING REPORT (0.4). |
| MATZ TJ | 08/25/06 | 0.90 | REVIEW AND COMMENT ON DRAFT JULY MONTHLY OPERATING REPORT (0.8); FORWARD COMMENTS TO S. KIHN (0.1). |
| MATZ TJ | 08/29/06 | 0.60 | REVIEW REVISED JULY MONTHLY OPERATING REPORT (0.3); CORRESPONDENCE FROM J. SHEEHAN RE: SAME (0.1); TELECONFERENCE WITH S. KIHN RE: COMMENTS (0.2). |
| MATZ TJ | 08/30/06 | 0.40 | CORRESPONDENCE WITH S. KIHN RE: JULY MONTHLY OPERATING REPORT (0.2); REVIEWING REVISIONS TO SAME (0.2). |
|  |  | 2.50 |  |
| **Total Counsel** |  | **2.50** |  |
| ~~ZSOLDOS AF~~ | ~~08/31/06~~ | ~~2.00~~ | ~~REVIEW, PREPARE FOR AND FILE MONTHLY OPERATING REPORT (1.1); COORDINATE SERVICE OF MOR (0.9).~~ |
|  |  | ~~2.00~~ |  |
| ~~**Total Legal Assistant**~~ |  | ~~**2.00**~~ |  |
| **TOTAL TIME** |  | **4.50** |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Delphi Corporation (DIP) | | | Bill Date: 10/31/06 |
|---|---|---|---|
| Reports and Schedules | | | Bill Number: 1127729 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 09/28/06 | 1.00 | REVIEW AND REVISE AUGUST OPERATING REPORT (1.0). |
| | | 1.00 | |
| **Total Partner** | | **1.00** | |
| MATZ TJ | 09/27/06 | 0.40 | REVIEW AND COMMENT TO S. KIHN ON REVISED DRAFT OF AUGUST MONTHLY OPERATING REPORT (0.4). |
| MATZ TJ | 09/28/06 | 1.00 | REVIEW AND COMMENT ON FINAL DRAFT OF AUGUST MONTHLY OPERATING REPORT (0.4); CORRESPONDENCE FROM S. KIHN RE: SAME (0.2); REVIEW FINAL REVISIONS OF AUGUST MONTHLY OPERATING REPORT AND A/R AGING FOR FILING AND DISTRIBUTION (0.4). |
| | | 1.40 | |
| **Total Counsel** | | **1.40** | |
| ~~SALAZAR AG~~ | ~~09/28/06~~ | ~~0.20~~ | ~~DISCUSS MONTHLY OPERATING REPORT FOR FILING (0.2).~~ |
| ~~SALAZAR AG~~ | ~~09/29/06~~ | ~~0.80~~ | ~~PREPARE, ELECTRONICALLY FILE, AND SERVE MONTHLY OPERATING REPORT (0.8).~~ |
| | | ~~1.00~~ | |
| ~~Total Legal Assistant~~ | | ~~1.00~~ | |
| **TOTAL TIME** | | **3.40** | |

B43E