SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

EXHIBIT D-34
LITIGATION (INSURANCE RECOVERY)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Litigation (Insurance Recovery)

Bill Date: 08/31/06  
Bill Number: 1122597

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel (external) | 07/26/06 | Butler, Jr. J | 252.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$252.00** |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 21.30 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 7.32 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 8.65 |
| Out-of-Town Travel | 07/26/06 | Butler, Jr. J | 155.73 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$193.00** |
| Out-of-Town Meals | 07/26/06 | Butler, Jr. J | 10.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$10.00** |
| | | **TOTAL MATTER** | **$455.00** |

B43E