Michael P. Richman (MR 2224)
FOLEY & LARDNER LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel:  (212) 682-7474
Fax:  (212) 687-2329
-and-
John A. Simon (admitted *pro hac vice*)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489
Tel:  (313) 234-7100
Fax:  (313) 234-2800
*Attorneys For Ernst & Young, LLP.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                          )
In re:                                  )
                                          )     Chapter 11
DELPHI CORPORATION, et al.,       )     Case No. 05-44481 (RDD)
                                          )     Jointly Administered
             Debtors.           )
------------------------------------------------------------x

## CERTIFICATION OF SERVICE

Jennelle D. Menendez, of full age, certifies as follows:

      I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for

Ernst & Young LLP listed in the documents herein.

      On November 30, 2006, I filed the **THIRD APPLICATION OF ERNST &**

**YOUNG LLP, AS INDEPENDENT AUDITORS, ACCOUNTANTS AND TAX**

**ADVISORS TO DEBTORS, FOR ALLOWANCE AND PAYMENT OF**

**COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF**

**ACTUAL AND NECESSARY EXPENSES** electronically with the United States Bankruptcy

Court for the Southern District of New York, and will be sent by operation of the Court's

electronic filing system to all parties indicated on the electronic filing receipt.  Parties may

access this filing through the Court's electronic filing system.  The parties on the annexed

Service List were served at the addresses set forth herein as indicated by first class U.S. mail.

/s/ Jennelle D. Menendez

Sworn to before me this
30th day of November, 2006
/s/ Jeremy Wallison
Notary Public, State of New York

## <u>SERVICE LIST</u>

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Shearman & Sterling LLP
Attn: Douglas Bartner, Esq.
599 Lexington Avenue
New York, New York 10022

Simpson Thacher & Bartlett LLP
Attn:  Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardell
Attn: Marlane Melican, Esq.
450 Lexington Avenue
New York, New York 10017

Fried, Frank, Harris, Shriver & Jacobson
Attn: Brad Eric Scheler, Esq.
One New York Plaza
New York, New York 10004

Latham & Watkins LLP
Attn: Robert J. Rosenberg, Esq. & Mark A. Broude, Esq.
885 Third Avenue
New York, New York 10022

Warner Stevens LLP
Attn: Michael D. Warner, Esq.
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas 76102

Office of the United States Trustee
for the Southern District of New York

3

Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, New York 10004

Delphi Corporation
Attn: David M. Sherbin, Esq. and John D. Sheehan
5725 Delphi Drive
Troy, Michigan 48098

GE Plastics, Americas
Attn: Valerie Venable
9930 Kincey Avenue
Huntersville, North Carolina 28078

NYC_22261.1