UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re Delphi Corporation, et al.

                Debtor.

-----------------------------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2006 NOV 29 P 4: 32
S.D. OF N.Y.

Case No. 05-44481 (RDD)
Chapter 11

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Matthew W. Cheney, a member in good standing of the bars in the State of Maryland and the District of Columbia and the bars of the U.S. District Courts for the District of Maryland and the District of Columbia, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Westwood Associates, Inc., a creditor in the above referenced case.

My mailing address is 3050 K Street, N.W., Washington, DC 20007. My e-mail address is mcheney@orrick.com and my telephone number is (202) 339-8400.

The filing fee of $25 has been submitted with this motion for *pro hac vice* admission.

Dated: November 29, 2006

                                          */s/ Matthew W. Cheney*
                                          Matthew W. Cheney (DC Bar No. 464013)
                                          Orrick, Herrington & Sutcliffe LLP
                                          3050 K Street, N.W.
                                          Washington, DC 20007
                                          Phone: (202) 339-8400
                                          Fax: (202) 339-8500

US_EAST:160134568.1