**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK** x

In re:                                               : Case No. 05-44481
                                                     :
DELPHI CORPORATION, et. al.,                         : Chapter 11
                                                     :
              *Debtor*                               : (Jointly Administered)
                                                     :
_____x

FILED
U.S. BANKRUPTCY COURT
2006 NOV 30 P 1:23
S.D. OF N.Y.

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice.*

I, Michael O'Hayer, a member in good standing of the bar of the Commonwealth of Pennsylvania, and of the bar of the U.S. District Court for the Eastern District of Pennsylvania, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent A-1 Specialized Services and Supplies, Inc., in the above referenced case. Mailing address: 22 North Walnut Street, West Chester PA 19380

Email address: Mkohayer@aol.com; telephone number: 610.738.1230

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

LAW OFFICE OF MICHAEL O'HAYER

Dated: November 30, 2006,            By ___/s/ Michael O'Hayer___
New York.                                    Michael O'Hayer.