**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                                  In Proceedings For A
                                                                                              Reorganization Under
        **DELPHI CORPORATION, et al,**                     Chapter 11
                                                                                              Case No.: 05-44481
                                                                                              Jointly Administered

        Delphi Automotive Systems
                                        Debtors.                          Case No.: 05-44640

---------------------------------------------------------------------X

    NOTICE RE PARTIAL TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$40,359.69** from:

        FALCON PLASTICS INC.
        AKA MONTCAP FINANCIAL CORPORATION (Transferor)
        3500 DE MAISONNEUV BLVD W. 1150
        MONTREAL, QUEBEC  PQ H3Z 3C1
        CANADA
        Attention: KRYSTYNA JACEWICZ

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                                Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                                            _____
                                                                                                   Deputy Clerk