**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                       In Proceedings For A
                                                                                 Reorganization Under
            **DELPHI CORPORATION, et al,**             Chapter 11
                                                                                  Case No.: 05-44481
                                                                                  Jointly Administered

               Delphi Automotive Systems
                                  Debtors.                    Case No.: 05-44640

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

                         Amroc Investments, LLC
                         535 Madison Avenue, 15th Floor
                         New York, New York 10022
                         Attention: David S. Leinwand, Esq.

A transfer in the amount of **$24,650.00** from:

                         CAMTEK USA INC.(Transferor)
                         3301 RT 66 BUILDING B
                         SECOND FLOOR
                         NEPTUNE, NJ  07753
                         Attention: AMY ZHONT

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                            Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                              _____
                                                                          Deputy Clerk