**BUCK CONSULTANTS, LLC**
500 Grant Street
Suite 2900
Pittsburgh, PA 15219
Telephone: 412-394-3078
Mary P. Mitchell - Principal Retirement
Email: Mary.Mitchell@buckconsultants.com

Pension and Benefits Actuary to the Official Creditors' Committee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**COVER SHEET TO FIRST APPLICATION OF BUCK CONSULTANTS, LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AS PENSION AND BENEFITS ACTUARY TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | |
|---|---|
| **Name of Applicant** | Buck Consultants, LLC |
| **Role In Case** | Pension and Benefits Actuary to Official Creditors' Committee |
| **Date of Retention** | May 30, 2006 (*nunc pro tunc* to January 23, 2006) |
| **Period Covered** | January 23, 2006 through September 30, 2006 |

**Current Application**

| | |
|---|---|
| **Fees Requested** | $112,213.00 |
| **Expenses Requested** | $00.00 |
| **Total Fees and Expenses Requested** | $112,213.00 |
| **Blended Hourly Rate** | $411.79 |

**This is a(n) __X__ interim ____ final application**

## Section 1: Fee Summary

|  | To Date | Current Period |
|---|---|---|
| Total Fees Requested | $112,213.00 | $112,213.00 |
| Total Disbursements Requested | $    00.00 | $    00.00 |
| Total Fees Previously Allowed | $    00.00 | $    00.00 |
| Total Disbursement Previously Allowed | $    00.00 | $    00.00 |
| Total Previously Received by Applicant | $    00.00 | $    00.00 |

## Section II:  Professional Summary

| Professional | Title | Hours | Rate | Total* |
|---|---|---|---|---|
| Lisa Brassaw | Sr. Associate-Retirement | 9.00 | $204.00 | $1,836.00 |
| Dianna M. Bump | Consultant | 0.50 | 264.00 | 132.00 |
| Angela Busch | Sr. Consultant-Retirement | 7.75 | 376.00 | 2,914.00 |
| Angela Busch | Sr. Consultant-Retirement | 9.00 | 392.00 | 3,528.00 |
| Kathleen Drosieko | Sr. Associate-Retirement | 4.00 | 204.00 | 816.00 |
| David Jarrett | Principal & Consulting Actuary | 5.50 | 576.00 | 3,168.00 |
| Jeffrey Johns** | Consultant-Retirement | 3.25 | 252.00 | 855.00 |
| Duanne Lee | Principal Health & Welfare | 64.00 | 576.00 | 36,864.00 |
| Peter McCormick | Principal -Retirement | 3.50 | 576.00 | 2,016.00 |
| Mary P. Mitchell | Principal –Retirement | 156.50 | 448.00 | 70,112.00 |
| Robin Simon | Principal – Health & Welfare | 3.25 | 576.00 | 1,872.00 |
| Audrey Thompson-Haas | Administrative Assistant | 6.25 | 144.00 | 900.00 |
| **Total** |  | **272.50** |  | **$125,013.00** |

----------------------------

*During the Compensation Period Buck voluntarily wrote off $12,800 of its fees
**Buck has received payments aggregating $92,917 from the Debtors during the Compensation Period.**
**Jeffrey John's billing rate was increased to $264 in August, 2006.**

## Section III: Compensation by Project Category

| Project Category | Hours Billed | Blended Rate | Totals |
|---|---|---|---|
| **Pension & OPEB Services** | 267.00 | $411.61 | $109,901.00 |
| **Fee Statement Billing** | 5.50 | $420.36 | 2,312.00 |
| **Total Hours and Fees** | 272.50 | $411.79 | $112,213.00 |

## Section IV: Expenses Summary

**None**

**BUCK CONSULTANTS, LLC**
500 Grant Street
Suite 2900
Pittsburgh, PA  15219
Telephone:  412-394-3078
Mary P. Mitchell - Principal Retirement
Email: Mary.Mitchell@buckconsultants.com

Pension and Benefits Actuary to the Official Creditors' Committee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | |
| | Jointly Administered |

**FIRST APPLICATION OF BUCK CONSULTANTS, LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AS PENSION AND BENEFITS ACTUARY TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to section 330 and 503(b)(1)(A) of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. Section 330, adopted on January 30, 1996 (the "UST Guidelines" collectively with the Local Guidelines, the "Guidelines"), Buck Consultants, LLC ("Buck"), as Pension and Benefits Actuary to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of Delphi Corporation

and its debtor affiliates (collectively, the "Debtors"), respectfully submits this application for (i) allowance for compensation totaling $112,213 incurred by Buck from January 23, 2006 through and including September 30, 2006 (the "Compensation Period"). In support of this application, Buck respectfully represents:

  1. On October 8, 2005, thirty-nine of the above-referenced debtors ("Debtors") filed their respective voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code. The Debtors are continuing in possession of their property and operating their businesses as Debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. On October 14, 2005, three additional Debtors filed voluntary petitions.

  2. Buck is a wholly owned subsidiary of Affiliated Computer Services, Inc. ("ACS") and maintains an office, among others, at 500 Grant Street, Suite 2900, Pittsburgh, PA 15219. Buck was retained as Pension and Benefits Actuary to the Committee *nunc pro tunc* to January 23, 2006 by order of this Court dated May 30, 2006.

  3. By Order dated November 4, 2005 (the "Administrative Order"), the Court established a procedure for interim compensation and reimbursement of expenses for all professionals in these cases. In particular, the Administrative Order provides that, absent objection, upon the expiration of twenty days after the service of monthly fee statements, the Debtors are authorized to pay each professional an amount equal to 80% of the fees and 100% of the expenses requested in their respective monthly fee statements.

.  4. Pursuant to the Administrative Order, Buck has served four monthly fee statements in these cases for the months of January 2006 through and including September 2006. (the

"Monthly Statement").  To date, the Debtors have paid Buck $92,917 in fees incurred during the period from January 2006 through September 2006.

   5. By this Application, Buck seeks interim allowance of compensation incurred during the Compensation Period and reflected in Buck's Monthly Statements.  Buck also seeks payment of all outstanding holdbacks owing with respect to the Monthly Statements.

   6 Mary P. Mitchell and Duane Lee have undertaken the supervisory responsibilities for Buck's efforts on behalf of the Committee.  Ms. Mitchell is a Consulting Actuary in Buck's Pittsburgh office.  Ms. Mitchell's academic credentials include, Bachelor's Degree in Applied Mathematics form the University of Pittsburgh, Associate of the Society of Actuaries, Enrolled Actuary and Member of the American Academy of Actuaries.  Additionally, she has over 20 years of experience in the actuarial consulting field and her day-to-day responsibilities include plan design, valuation of qualified and nonqualified retirement plans and accounting issues.

   7. Duane Lee is a Principal, Consulting Actuary, EA, FSA, in the Health & Welfare practice in Buck's Pittsburgh office of Buck Consultants.   His academic credentials include, Bachelor of Mathematics degree from the University of Waterloo, Canada, and Fellow of the Society of Actuaries.  Mr. Lee has over 25 years of experience in the actuarial consulting field and has worked on a wide variety of assignments within the employee benefits consulting area dealing with the analysis, management and quantification of risk.

## SUMMARY OF SERVICES PERFORMED
## DURING THE COMPENSATION PERIOD

   8. As reflected in attached First Fee Application Cover Sheet (the "Cover Sheet") Buck has rendered 272.50 hours of professional services to the Committee.  Based upon the nature of the services rendered, the time required to provide such services, the value of such services to

the Committee and the cost of comparable services in non-bankruptcy cases, Buck believes that the allowed compensation for services rendered to the Committee should not be less than $112,213. This total represents 272.50 hours of Buck professional time, at a blended average hourly rate of $411.79. The hourly rate for each professional who performed services for the Committee during the Compensation Period is set forth in the Cover Sheet.

9. In accordance with the Local Guidelines, a detailed chronological narrative of time spent (divided among two descriptive billing categories), the dates and descriptions of the services rendered and the identity of the professionals who provided such services on behalf of the Committee during the Compensation Period are attached hereto as Exhibit A.

10. Buck respectfully supplements the attached Billing Detail with following narrative summary of services rendered by Buck during the Compensation Period:

a) **Services in Connection Pension and OPEB Related Services**. During the Compensation Period Buck devoted 267 hours and fees totaling $109,901 in connection with review and analysis of funding for pension and post-retirement benefits under various scenarios including, among other things; providing funding/accounting overview for pension and postretirement benefits, review and analysis of estimated expenses and funding projections, attendance at conferences and calls with Committee counsel, Jefferies and Wyatt Watson, all of which is more fully set forth in Applicant's Fee Statements, annexed hereto as Exhibit A.

b) **Services Relating to Billing and Fee Applications**. Buck devoted 5.50 hours and fees totaling $2,312 in connection with the preparation and billing related to fee statements. Buck's billings for fee statement preparation represents approximately 2.1% of its services rendered during the Compensation Period.

**Certification**

11.     As required by the Guidelines, a certification that the facts set forth in this Application are true and correct, and that this Application complies with the Guidelines, is attached hereto as Exhibit B.

**Buck Is A Disinterested Person and Holds no Adverse Interest**

12.     All professional services for which allowance is requested in this Application were performed by Buck on behalf of the Committee, and were not on behalf of any other entity or person.  As described in the Affidavit of Mary P. Mitchell of Buck Consultants, LLC pursuant to sections 329, 504 and 1103 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure previously filed by Buck in these cases: (i) Buck holds neither a claim against, nor an interest in, the Debtors, and no beneficial interest in the Debtors, directly or indirectly, has been acquired or transferred by Buck or for Buck's benefit since the commencement of these cases; (ii) Buck represents no interest adverse to the Debtors with respect to matters upon which it is engaged; and (iii) Buck is a "disinterested person" under section 101(14) of the Bankruptcy Code.

13.     No agreement or understanding exists between Buck and any other person or entity for the sharing of compensation received or to be received for services rendered in connection with these proceedings.

**WHEREFORE**, Buck respectfully requests that this Court enter an order: (i) allowing Buck's request for compensation in the sum of $112,213 for actual, reasonable and necessary professional services rendered on behalf of the Committee during the Compensation Period; (ii) directing the Debtors to pay Buck the full amount of such compensation to the extent not already paid; and (iii) for such other and further relief as this Court deems just.

Dated: Pittsburgh, Pennsylvania
November 30, 2006

**BUCK CONSULTANTS, LLC**

By: /s/ Mary P. Mitchell
  Mary P. Mitchell
  500 Grant Street
  Pittsburgh, Pennsylvania 15219
  Telephone: 412-394-3078