**EXHIBIT A**
**MONTHLY FEE STATEMENTS**

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case Nos. 05-4481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ————————————————— | ) | |

**First Fee Statement of Buck Consultants, LLC**
**For the Period January 24, 2006-June 30, 2006**

PLEASE REMIT TO:
**Buck Consultants, LLC**
**Formerly Mellon Consultants, LLC**
**Dept.  CH 14061**
**Palatine, IL  60055-4061**

August 17, 2006

EIN:         13-3954297

Delphi Corporation
Att'n: David Sherbin, Esq.
5725 Delphi Drive
Troy, Michigan  48098

Direct Inquiries to:

cc: To the Parties on the Annexed Service List

Judy Daszkiewicz - Finance Dept.
Email: Judith.Daszkiewicz@acs-hro.com
Phone: (201) 902-2842
Fax: (201) 902-2420

Client #: 00019804
Invoice #: 159885

First Fee Statement for Services rendered during the period
from January 24, 2006 through June 30, 2006:

Delphi – Pension and OPEB Related Charges

**For the period January 24 through January 31:**

| | |
|---|---:|
| Attendance at meeting of the Official Committee of Unsecured Creditors ("Committee") | $1,120 |
| Provide funding/accounting overview for pension and postretirement benefits and an update on pension reform legislation to the Committee | 448 |
| Review documents and start due diligence request | 896 |
| January Total | $2,464 |

**For the period February 1 through February 28:**

| | |
|---|---:|
| Conference call with Jefferies regarding pension and postretirement Calculations | $448 |
| Conference call with the Committee | 896 |
| Review pension agreements, summary plan descriptions and reports | 1,120 |
| Administrative services in connection with due diligence data request for actuarial information and pension information | 684 |
| February Total | $3,148 |

Delphi Corporation

**For the period March 1 through March 31:**

Review pension reports, pension agreements, summary plan descriptions,
and summarize retirement eligibility types, amount of benefits and supplements,
including any early retirement reductions, review special attrition program
terms and conditions, review deposition of Watson Wyatt actuary $5,456

Work to date in preparing due diligence testcase request to send to Watson Wyatt,
for both the salaried and hourly pension plans, for sample participants, before and
after attrition program, with detail by decrement (turnover assumption) and
benefit amounts, for projected benefit obligation, service cost and
total present value 3,014

Conference calls with Jefferies and the Committee 6,592

Conference call with Watson Wyatt 1,344

March Total     $16,406

**For the period April 1 through April 30:**

Completion of due diligence testcase request to send to Watson Wyatt,
for both the salaried and hourly pension plans, for sample participants, before and
after attrition program, with detail by decrement (turnover assumption) and
benefit amounts, for projected benefit obligation, service cost and total
present value $4,380

Review documents submitted from the Committee and filing 672

Review information provided by Watson Wyatt and conference call regarding
analysis prepared by Watson Wyatt 2,720

Review updated pension analysis prepared by Jefferies 1,120

Conference call with Jefferies and Latham regarding analysis needed
for the Committee regarding the 1113/1114 motions 448

Review various funding and expense projections under alternative
assumptions prepared by Watson Wyatt, and compare with steady state
and attrition program proposals 2,303

Review emails/documents provided by the Committee and prepare request
to send to Watson Wyatt 672

Conference call for professionals of the Committee and Committee conference
call, Email to Watson Wyatt for request discussed during the call 2,240

Delphi Corporation

Review first quarter contribution and estimate normal cost for
first quarter for the hourly and salaried pension plans, and review of backup
information for the contribution provided by Watson Wyatt              896

Analysis of OPEB impact due to 1113 motion                          2,880

Preparation of estimated pension claims in light of special attrition program,
and estimated impact of same on service cost and interest cost of pension
expense                                                             2,016

Call with Jefferies and Committee to discuss various aspects of 1113/1114 motion
and the impact under FAS 106                                        3,312
                                                                   _____
                             April Total                          $23,659

**For the period May 1 through May 31:**

Review analysis prepared by Watson Wyatt for the hourly pension plan
and review of additional analysis prepare by Watson Wyatt at
alternative attrition plan acceptance rates, and review of OPEB
discount rate analysis                                             $2,016

Conference call with Jefferies regarding minimum funding components,
discount rate selection, and description of FAS discount rate criteria     224

Review funding standard account components of analysis prepared by
Watson Wyatt under alternative assumptions, and prepare summary of
funding projections on a calendar year basis under thirteen alternatives   4,732

Review OPEB analysis under various attrition plan acceptance rates      672

Review of various discount rates, including bond match alternatives     1,731

Impact of attrition program on OPEB results at various acceptance rates   3,300

Review of 2003 benefit changes                                        576
                                                                   _____
                             May Total                            $13,251

**For the period June 1 through June 30:**

Conference call for professionals of the Committee and Committee conference
call, including review of Jefferies analysis                       $3,648

Summarize and review various minimum funding projections prepared
by Watson Wyatt under alternative attrition acceptance rates, on a plan year
and calendar year basis, submitted to Jefferies                    6,636

Delphi Corporation

August 17, 2006
Page # 4

| | |
|---|---:|
| Provide document to Jefferies containing general minimum funding analysis, conference call with Jefferies to review summary of funding projections provided, and discussion regarding outstanding requests from Watson Wyatt | 1,344 |
| Update minimum funding projections summary, calls with Jefferies, and provide information on the FASB exposure draft | 672 |
| Review OPEB discount rate analysis | 224 |
| Estimate impact on service cost and interest cost of pension expense under five alternative, including provisions of revised attrition plan, and discussion with Jefferies | 1,792 |
| Conference call with Jefferies, and provide information to/ and review assumptions with Duane for OPEB analysis under revised attrition program | 448 |
| Preliminary review of US Employee Matters Agreement and Benefit Guarantee for OPEB flowback provisions, email to Watson Wyatt requesting pension and OPEB information, and call with Jefferies regarding analysis | 672 |
| Fee statement preparation | 448 |
| Preparation of support for various discount rates, including the impact of these discount rates on the OPEB liabilities | 8,313 |
| Call with Jefferies to discuss GM claims | 576 |
| Estimate impact of attrition program on the OPEB results using various acceptance rates | 3,168 |
| June Total | $27,941 |
| Grand Total | $86,869 |

Cc: To the parties on the annexed Service List.

Delphi Corporation                                                                                      August 17, 2006
                                                                                                        Page # 5

## **SERVICE LIST**

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Att'n: Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York, 10022-4802

Simpson Thacher & Bartlett LLP
Att'n: Kenneth S. Ziman, Esq
425 Lexington Avenue
New York, New York, 10017

Davis Polk & Wardell,
Att'n: Donald S. Bernstein, Esq.
450 Lexington Avenue
New York, New York, 10017)

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
Attn: Brad Eric Scheler

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC 28078

Legal Cost Control, Inc.
255 Kings Highway East,
Haddonfield, NJ 08033
Attn: Joe Sykes

### SCHEDULE OF CUMULATIVE FEES
### EXPENDED BY BUCK CONSULTANTS, LLC
### FOR THE PERIOD 1/24/06 – 6/30/06

| Professional | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Lisa Brassaw | Sr. Associate-Retirement | 9.00 | 204.00 | 1,836.00 |
| Dianna M. Bump | | 0.50 | 264.00 | 132.00 |
| Angela Busch | Sr. Consultant-Retirement | 7.75 | 376.00 | 2,914.00 |
| Angela Busch | Sr. Consultant-Retirement | 9.00 | 392.00 | 3,528.00 |
| Kathleen Drosieko | Sr. Associate | 4.00 | 204.00 | 816.00 |
| David Jarrett | Principal & Consulting Actuary | 5.50 | 576.00 | 3,168.00 |
| Jeffrey Johns | Consultant-Retirement | 0.25 | 252.00 | 63.00 |
| Duanne Lee | Principal & Consulting Actuary | 51.00 | 576.00 | 29,376.00 |
| Peter McCormick | Principal – Retirement Consulting | 3.50 | 576.00 | 2,016.00 |
| Mary P. Mitchell | Director-Retirement | 107.00 | 448.00 | 47,936.00 |
| Robin Simon | Principal & Consulting Actuary | 1.00 | 576.00 | 576.00 |
| Audrey Thompson-Haas | Administrative Assistant | 5.75 | 144.00 | 828.00 |
| **Total** | | **204.25** | | **$93,189.00** |
| **Blended Rate** | | | **$456.24** | |

### SCHEDULE OF CUMULATIVE FEES
### EXPENDED BY BUCK CONSULTANTS, LLC
### ON A MONTHLY BASIS DURING THE PERIOD 1/24/06 – 6/30/06

| Fees Expended January 24, 2006-January 31, 2006 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hours** | **Rate** | **Total** |
| Mary P. Mitchell | Director-Retirement | 5.50 | 448.00 | 2,464.00 |
| **Total** | | **5.50** | | **2,464.00** |

| Fees Expended February 1, 2006-February 28, 2006 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hours** | **Rate** | **Total** |
| Mary P. Mitchell | Director-Retirement | 5.50 | 448.00 | 2,464.00 |
| Audrey Thompson-Haas | Administrative Assistant | 4.75 | 144.00 | 684.00 |
| **Total** | | **10.25** | | **3,148.00** |

| Fees Expended March 1, 2006 - March 31, 2006 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hours** | **Rate** | **Total** |
| Angela Busch | Sr. Consultant-Retirement | 3.25 | 376.00 | 1,222.00 |
| Kathleen Drosieko | Sr. Associate | 4.00 | 204.00 | 816.00 |
| Duanne Lee | Principal & Consulting Actuary | 7.00 | 576.00 | 4,032.00 |
| Peter McCormick | Principal – Retirement Consulting | 2.25 | 576.00 | 1,296.00 |
| Mary P. Mitchell | Director-Retirement | 24.00 | 448.00 | 10,752.00 |
| Audrey Thompson-Haas | Administrative Assistant | 1.00 | 144.00 | 144.00 |
| **Total** | | **41.50** | | **18,262.00** |

| Fees Expended April 1, 2006 - April 30, 2006 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hours** | **Rate** | **Total** |
| Angela Busch | Sr. Consultant-Retirement | 4.50 | 376.00 | 1,692.00 |
| Jeffrey Johns | Consultant-Retirement | 0.25 | 252.00 | 63.00 |
| Duanne Lee | Principal & Consulting Actuary | 18.50 | 576.00 | 10,656.00 |
| Mary P. Mitchell | Director-Retirement | 32.50 | 448.00 | 14,560.00 |
| Robin Simon | Principal & Consulting Actuary | 0.75 | 576.00 | 432.00 |
| **Total** | | **56.50** | | **27,403.00** |

| Fee Expended May 1, 2006 - May 31, 2006 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hours** | **Rate** | **Total** |
| Lisa Brassaw | Sr. Associate-Retirement | 4.25 | 204.00 | 867.00 |
| Dianna M. Bump | | 0.50 | 264.00 | 132.00 |
| Angela Busch | Sr. Consultant-Retirement | 3.50 | 392.00 | 1,372.00 |
| Duanne Lee | Principal & Consulting Actuary | 8.00 | 576.00 | 4,608.00 |
| Peter McCormick | | 0.75 | 576.00 | 432.00 |
| Mary P. Mitchell | Director-Retirement | 14.00 | 448.00 | 6,272.00 |
| **Total** | | **31.00** | | **13,683.00** |

| Fees Expended June 1, 2006 - June 30, 2006 | | | | |
|---|---|---|---|---|
| **Professional** | **Title** | **Hours** | **Rate** | **Total** |
| Lisa Brassaw | Sr. Associate-Retirement | 4.75 | 204.00 | 969.00 |
| Angela Busch | Sr. Consultant-Retirement | 5.50 | 392.00 | 2,156.00 |
| David Jarrett | Principal & Consulting Actuary | 5.50 | 576.00 | 3,168.00 |
| Duanne Lee | Principal & Consulting Actuary | 17.50 | 576.00 | 10,080.00 |
| Peter McCormick | | 0.50 | 576.00 | 288.00 |
| Mary P. Mitchell | Director-Retirement | 25.50 | 448.00 | 11,424.00 |
| Robin Simon | Principal & Consulting Actuary | 0.25 | 576.00 | 144.00 |
| **Total** | | **59.50** | | **28,229.00** |

**TIME DETAIL FOR THE PERIOD JANUARY 24, 2006 THROUGH AND INCLUDING MAY 31/06**

| Date | Initials | Name | Hours | Amount | Description | Project Number |
|------|----------|------|-------|--------|-------------|----------------|
| 1/24/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | review documents submitted | 00019804-0001 |
| 1/25/2006 | 40812543 | Mary P Mitchell | 2.50 | 1,120.00 | creditors committee meeting in ny | 00019804-0001 |
| 1/27/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | provide funding/accounting overview for pension/opeb, update on pension reform | 00019804-0001 |
| 1/30/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | due diligence request | 00019804-0001 |
| 2/1/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | conf call with jefferies re pension/opeb calcs | 00019804-0001 |
| 2/9/2006 | 40812543 | Mary P Mitchell | 2.00 | 896.00 | conf call  - creditors committee | 00019804-0001 |
| 2/22/2006 | 40812543 | Mary P Mitchell | 2.00 | 896.00 | review pension agreements for modeling and matching watson wyatt | 00019804-0001 |
| 2/23/2006 | 40812719 | Audrey R Thompson-Haas | 1.00 | 144.00 | January 24 – compile documents for MMitchell, DLee for meeting in New York on January 15 | 00019804-0001 |
| 2/23/2006 | 40812719 | Audrey R Thompson-Haas | 1.00 | 144.00 | January 27 - Due diligence rquest for DLee for meeting on January 27 | 00019804-0001 |
| 2/23/2006 | 40812719 | Audrey R Thompson-Haas | 0.75 | 108.00 | January 27 – compile print Benefit Accounting Overview and funding Overview presentation | 00019804-0001 |
| 2/23/2006 | 40812719 | Audrey R Thompson-Haas | 0.25 | 36.00 | January 30 – compile documents for ABusch and MMitchell | 00019804-0001 |
| 2/23/2006 | 40812719 | Audrey R Thompson-Haas | 0.50 | 72.00 | January 30 - data request for MMitchell - actuarial | 00019804-0001 |

| Date | ID | Name | Hours | Amount | Description | Matter |
|---|---|---|---|---|---|---|
| 2/23/2006 | 40812719 | Audrey R Thompson-Haas | 0.25 | 36.00 | January 31 - email data requests for pension and OPEB to Jelena Strelcova | 00019804-0001 |
| 2/23/2006 | 40812719 | Audrey R Thompson-Haas | 0.50 | 72.00 | February 10 - data request for post retirement life insurance plans | 00019804-0001 |
| 2/23/2006 | 40812719 | Audrey R Thompson-Haas | 0.50 | 72.00 | February 14 - data request for actuarial assumptions | 00019804-0001 |
| 2/28/2006 | 40812543 | Mary P Mitchell | 0.50 | 224.00 | Review pension reports, summary plan descriptions | 00019804-0001 |
| 3/7/2006 | 40812558 | Peter J McCormick | 0.25 | 144.00 | EMail to John W re project retention | 00019804-0001 |
| 3/14/2006 | 40812543 | Mary P Mitchell | 0.50 | 224.00 | Review pension reports, summary plan descriptions | 00019804-0001 |
| 3/15/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | conf call with Jeffries regarding pension and OPEB issues | 00019804-0001 |
| 3/17/2006 | 40810033 | Kathleen Drosieko | 4.00 | 816.00 | Reviewing hourly active data for Duane. | 00019804-0001 |
| 3/17/2006 | 40812543 | Mary P Mitchell | 0.50 | 224.00 | Summarize pension plan provisions, retirement eligibility | 00019804-0001 |
| 3/17/2006 | 40812558 | Peter J McCormick | 1.75 | 1,008.00 | tw/DHatzis, tw/John W re affidavit quesitons, Norm email (.75). Review, revise affidavit w/DHatzis (1.00). | 00019804-0001 |
| 3/20/2006 | 40812719 | Audrey R Thompson-Haas | 0.50 | 72.00 | Bankruptcy filing – conflict check issues follow up | 00019804-0001 |
| 3/21/2006 | 40812719 | Audrey R Thompson-Haas | 0.50 | 72.00 | Bankruptcy filing-review and revise affidavit per PJM | 00019804-0001 |
| 3/22/2006 | 40812543 | Mary P Mitchell | 6.00 | 2,688.00 | Review reports, pension agreements, special attrition program | 00019804-0001 |
| 3/22/2006 | 40812557 | Duane Lee | 0.50 | 288.00 | review documents | 00019804-0001 |
| 3/23/2006 | 40812543 | Mary P Mitchell | 4.50 | 2,016.00 | conf calls  w/ committee  regarding pension & OPEB issues | 00019804-0001 |

| 3/23/2006 | 40812543 | Mary P Mitchell | 2.00 | 896.00 | review special attrition plan, pension agreement/summary of ret provisions and benefit amts, review deposition of k. williams from watson wyatt | 00019804-0001 |
| 3/23/2006 | 40812557 | Duane Lee | 5.00 | 2,880.00 | call with committee re OPEB issues | 00019804-0001 |
| 3/23/2006 | 40812557 | Duane Lee | 0.50 | 288.00 | review documents in preparation for committee call | 00019804-0001 |
| 3/24/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | Review hourly and salaried pension plans, prep due diligence request of test case information from Watson Wyatt | 00019804-0001 |
| 3/29/2006 | 40812543 | Mary P Mitchell | 3.00 | 1,344.00 | Conference call w/Watson Wyatt | 00019804-0001 |
| 3/30/2006 | 40812557 | Duane Lee | 1.00 | 576.00 | commitee call | 00019804-0001 |
| 3/30/2006 | 40812543 | Mary P Mitchell | 1.50 | 672.00 | Conference call, review information sent | 00019804-0001 |
| 3/31/2006 | 40812551 | Angela L Busch | 3.25 | 1,222.00 | Prepare due diligence test case requests w/ Michell | 00019804-0001 |
| 3/31/2006 | 40812543 | Mary P Mitchell | 3.00 | 1,344.00 | Rvw & finalize diligence test case request from Watson Wyatt | 00019804-0001 |
| 3/31/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | Review information sent, file | 00019804-0001 |
| 4/3/2006 | 40812551 | Angela L Busch | 2.50 | 940.00 | test case documentation | 00019804-0001 |
| 4/3/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | Review information sent, file | 00019804-0001 |
| 4/3/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | Test case request from Watson Wyatt | 00019804-0001 |
| 4/4/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | Due Diligence review of plan provisions, test case request hourly and salaried plans | 00019804-0001 |
| 4/4/2006 | 40812551 | Angela L Busch | 1.00 | 376.00 | test case documentation | 00019804-0001 |

Delphi Corporation

August 17, 2006

Page # 12

| Date | ID | Name | Hours | Amount | Description | Code |
|---|---|---|---|---|---|---|
| 4/5/2006 | 40812543 | Mary P Mitchell | 4.00 | 1,792.00 | Test case sent to Watson Wyatt | 00019804-0001 |
| 4/5/2006 | 40812551 | Angela L Busch | 1.00 | 376.00 | test case documentation | 00019804-0001 |
| 4/5/2006 | 40812557 | Duane Lee | 1.00 | 576.00 | work in connention with getting/ reviewing data from watson wyatt | 00019804-0001 |
| 4/6/2006 | 40812543 | Mary P Mitchell | 2.50 | 1,120.00 | Conference call re analysis information from Watson Wyatt | 00019804-0001 |
| 4/6/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | Review information from Watson Wyatt | 00019804-0001 |
| 4/6/2006 | 40812557 | Duane Lee | 1.00 | 576.00 | work in connection with getting/ reviewing data from watson wyatt | 00019804-0001 |
| 4/7/2006 | 40812543 | Mary P Mitchell | 0.50 | 224.00 | Review information sent, file | 00019804-0001 |
| 4/10/2006 | 40812543 | Mary P Mitchell | 2.50 | 1,120.00 | Review updated pension analysis sent by Jefferies | 00019804-0001 |
| 4/10/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | conf call w/jefferies and latham re analysis needed for committee regarding 1113/1114 Motions | 00019804-0001 |
| 4/10/2006 | 40812557 | Duane Lee | 3.00 | 1,728.00 | call w/ Jeffries re impact of 1113 motion | 00019804-0001 |
| 4/11/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | Review of projections provided by Watson Wyatt | 00019804-0001 |
| 4/11/2006 | 40812557 | Duane Lee | 3.50 | 2,016.00 | call with jefferies re implecations of 1113 motion | 00019804-0001 |
| 4/12/2006 | 40812543 | Mary P Mitchell | 4.00 | 1,792.00 | review of projections provided by watson wyatt, compare with steady state/attrition program proposals | 00019804-0001 |
| 4/12/2006 | 40812544 | Jeffrey A Johns | 0.25 | 63.00 | NC reduction due to retirements under | 00019804-0001 |

different scenarios

| Date | ID | Name | Hours | Amount | Description | Code |
|---|---|---|---|---|---|---|
| 4/12/2006 | 40812557 | Duane Lee | 2.25 | 1,296.00 | opeb impact of 1113 motion | 00019804-0001 |
| 4/13/2006 | 40809906 | Robin B Simon | 0.75 | 432.00 | research COBRA rate analysis in bankruptcy situations | 00019804-0001 |
| 4/13/2006 | 40812557 | Duane Lee | 1.00 | 576.00 | OPEB impact of 1113 motion | 00019804-0001 |
| 4/17/2006 | 40812557 | Duane Lee | 4.50 | 2,592.00 | call re 1113/1114 motion | 00019804-0001 |
| 4/18/2006 | 40812543 | Mary P Mitchell | 1.50 | 672.00 | review emails/data request from WW | 00019804-0001 |
| 4/18/2006 | 40812543 | Mary P Mitchell | 5.00 | 2,240.00 | conf call 4/17 prof call/ committee call` conf call 4/18 ` email to watson wyatt requesting pension Information | 00019804-0001 |
| 4/18/2006 | 40812557 | Duane Lee | 1.00 | 576.00 | work re 1113/1114 motion | 00019804-0001 |
| 4/19/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | review 1st quarter contribution and est of 1st q nc | 00019804-0001 |
| 4/20/2006 | 40812543 | Mary P Mitchell | 4.50 | 2,016.00 | preparation of est pension claim  based on attrition program acceptance rates and estimate impact of same; review of  april contrib and est based on fund actuarial val reports; preparation of est impact on service cost and interest cost under attrition acceptance rates, each scenario with and without 1113 Motion | 00019804-0001 |
| 4/20/2006 | 40812557 | Duane Lee | 1.00 | 576.00 | call re 113/1114 motion | 00019804-0001 |
| 4/21/2006 | 40812557 | Duane Lee | 0.25 | 144.00 | call with leon and amanda parks | 00019804-0001 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 4/24/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | review anal provided by k williams (ww)/quarterly contrib backup and sal min fund projs | 00019804-0001 |
| 5/2/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | review analysis prepared by Watson Wyatt, hourly projs based on attrition acceptance rates | 00019804-0001 |
| 5/3/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | continue review of watson wyatt projections | 00019804-0001 |
| 5/4/2006 | 40812543 | Mary P Mitchell | 0.50 | 224.00 | call w/ jefferies regarding min fund components, discount rate selection/methodology; description of fas discount rate selection criteria | 00019804-0001 |
| 5/5/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | review addl watson wyatt projs | 00019804-0001 |
| 5/8/2006 | 40812557 | Duane Lee | 1.00 | 576.00 | work re sensitivity of discount rate | 00019804-0001 |
| 5/9/2006 | 40812640 | Lisa Brassaw | 3.25 | 663.00 | Bond matching analysis | 00019804-0001 |
| 5/10/2006 | 40812640 | Lisa Brassaw | 1.00 | 204.00 | Bond matching analysis | 00019804-0001 |
| 5/10/2006 | 40812543 | Mary P Mitchell | 1.00 | 448.00 | review addl watson wyatt anal/ and review discount rate anal for opeb liabilities | 00019804-0001 |
| 5/11/2006 | 40812543 | Mary P Mitchell | 0.50 | 224.00 | Continue review of additional Watson Wyatt project | 00019804-0001 |
| 5/11/2006 | 40812557 | Duane Lee | 0.50 | 288.00 | work re sensitivity of discount rate | 00019804-0001 |
| 5/12/2006 | 40812543 | Mary P Mitchell | 0.50 | 224.00 | review funding standard account info from watson wyatt for various pension projections | 00019804-0001 |
| 5/17/2006 | 40812543 | Mary P Mitchell | 0.50 | 224.00 | Review funding standard account information from Watson Wyatt for various pension projections | 00019804-0001 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 5/18/2006 | 40812551 | Angela L Busch | 3.50 | 1,372.00 | review waiver/non-waiver | 00019804-0001 |
| 5/18/2006 | 40812543 | Mary P Mitchell | 4.00 | 1,792.00 | review watson wyatt analysis, including fsa components of various funding projs, w/ and w/o funding waivers | 00019804-0001 |
| 5/18/2006 | 40812557 | Duane Lee | 4.50 | 2,592.00 | review impact of service and interest cost on various attrition acceptance plans | 00019804-0001 |
| 5/19/2006 | 40812639 | Diana M Bump | 0.50 | 132.00 | Checking documents for Duane | 00019804-0001 |
| 5/19/2006 | 40812557 | Duane Lee | 1.00 | 576.00 | impact of attrition plan on sc and ic | 00019804-0001 |
| 5/19/2006 | 40812543 | Mary P Mitchell | 1.50 | 672.00 | review opeb analysis - proj of steady state, Under attrition alternatives | 00019804-0001 |
| 5/25/2006 | 40812557 | Duane Lee | 1.00 | 576.00 | review of 2003 benefit changes | 00019804-0001 |
| 5/30/2006 | 40812558 | Peter J McCormick | 0.75 | 432.00 | Emails on confirmation | 00019804-0001 |
| 5/31/2006 | 40812543 | Mary P Mitchell | 2.50 | 1,120.00 | summary of fund projs prepared by ww, by plan year/cal yr w/and w/o waivers | 00019804-0001 |

```
          UNBILLED TOTALS:  WORK:  144.75  64,966.00  90 records
          UNBILLED TOTALS:  BILL:  144.75  64,966.00

          GRAND TOTALS:  WORK:  144.75  64,966.00  90 records
          GRAND TOTALS:  BILL:  144.75  64,966.00
```

Delphi Corporation

August 17, 2006

```
Buck Consultants, USA                    Report: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES               Period : 0606
Report Run Date : 07-05-2006             (Sorted by Client Location, Account Executive and Client Name)      Frequency : M
Amounts in USD
==========================================================================================================================
Location         : Pittsburgh- PA (0203)
Client           : Delphi Corporation (00019804)
Account Executive : Mitchell, Mary P (40812543)
==========================================================================================================================
                                     C L I E N T   T I M E   R E P O R T   S E C T I O N
                                     =================================================


Project : Due Diligence Actuarial Review (00019804-0001)                 < Billable Project >
    Service Deliverable : Valuation - FAS106 (HWC01)
        Task : Analysis/Calculations (013)
                Timekeeper Name      Work Date    Work Hours    Work Amount   Notes
                --------------------  ----------  -----------  -------------   ------------------------------------------
                Brassaw, Lisa        06-01-2006         1.25         255.00   Bond matching analysis for 9/30/05, 10/31/05, 4/30/06
                Brassaw, Lisa        06-02-2006         2.00         408.00   Bond matching analysis for 9/30/05, 10/31/05, 4/30/06
                Brassaw, Lisa        06-07-2006         0.25          51.00   Continued Bond matching analysis
                                                 ----------  -------------
                                     Task Total:        3.50         714.00
        Task : Consulting - General (025)
                Timekeeper Name      Work Date    Work Hours    Work Amount   Notes
                --------------------  ----------  -----------  -------------   ------------------------------------------
                Simon, Robin B       06-01-2006         0.25         144.00   review & comment on lawyer memo on determination of discount rate for
                                                                              OPEB--requested by D. Lee (.3)

                Lee, Duane           06-01-2006         1.00         576.00
                Lee, Duane           06-07-2006         1.00         576.00   rvs bond rates
                Lee, Duane           06-14-2006         1.50         864.00   discount rate sensitivity
                Lee, Duane           06-15-2006         1.00         576.00   sensitivity of discount rate
                Lee, Duane           06-16-2006         2.50       1,440.00   sensitivity of discount rate
                Lee, Duane           06-23-2006         4.50       2,592.00   impact of attrition plan and supplemental plan on opeb results
                Lee, Duane           06-26-2006         4.00       2,304.00   commmitee call
                Lee, Duane           06-28-2006         1.00         576.00   revise acceptance rates of attrition plan
                                                 ----------  -------------
                                     Task Total:       16.75       9,648.00
        Task : Reports/Letters (169)
                Timekeeper Name      Work Date    Work Hours    Work Amount   Notes
                --------------------  ----------  -----------  -------------   ------------------------------------------
                Brassaw, Lisa        06-05-2006         0.50         102.00   Bond Study Reports for 9/30/05, 10/31/05, 4/30/06
                Brassaw, Lisa        06-15-2006         0.75         153.00   bond studies
                                                 ----------  -------------
                                     Task Total:        1.25         255.00
        Task : Telephone Call (189)
                Timekeeper Name      Work Date    Work Hours    Work Amount   Notes
                --------------------  ----------  -----------  -------------   ------------------------------------------
                Lee, Duane           06-23-2006         1.00         576.00   call with jefferies re gm claims under various scenarios
                                                 ----------  -------------
                                     Task Total:        1.00         576.00
                                              ----------  -------------
                          Service Deliverable Total:      22.50      11,193.00

    Service Deliverable : DB VAL. QUALIFIED (RET01)
        Task : Admin - General (005)
                Timekeeper Name      Work Date    Work Hours    Work Amount   Notes
                --------------------  ----------  -----------  -------------   ------------------------------------------
                Miller, Tena L       06-15-2006         0.25          36.00
                                                 ----------  -------------
==========================================================================================================================
File: /tb/d1/work/reports/gap/M/0620064081254300019804000000000M001.txtProject: 00019804-0001 [Time Charges]
Buck Consultants, USA                    Report: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES               Period : 0606
```

```
Report Run Date : 07-05-2006                    (Sorted by Client Location, Account Executive and Client Name)                    Frequency : M
Amounts in USD
=================================================================================================================================
Location         : Pittsburgh- PA (0203)
Client           : Delphi Corporation (00019804)
Account Executive : Mitchell, Mary P (40812543)
=================================================================================================================================
                 ─ Task Total:        0.25           36.00
        Task : Analysis/Calculations (013)
                 Timekeeper Name      Work Date    Work Hours      Work Amount    Notes
                 -------------------  ----------   -----------   ---------------  ----------------------------------------------------
                 Mitchell, Mary P     06-01-2006        5.00          2,240.00    summarize/review various min fund projs provided by ww under alt
                                                                                  attrition assumptions and w/ and w/o waivers, plan year vs. calendar year
                                                                                  basis
                 Mitchell, Mary P     06-02-2006        5.00          2,240.00    complete review/summary of various fund projs by ww/submitted to jelena
                                                                                  s. at jefferies
                 Mitchell, Mary P     06-14-2006        3.00          1,344.00    provide document to jefferies regarding general minimum funding waiver
                                                                                  requirements; conf call w/jefferies to go over summary of minimum funding
                                                                                  projs. provided on june 2nd; discussion regarding information still to be
                                                                                  provided by watson wyatt
                 Mitchell, Mary P     06-15-2006        1.50            672.00    updated min fund proj summaries, calls w/jefferies, provide fyis
                                                                                  regarding FASB exposure draft
                 Mitchell, Mary P     06-16-2006        0.50            224.00    review opeb discount rate analysis
                 Mitchell, Mary P     06-22-2006        4.00          1,792.00    estimate impact on service cost/interest cost under 5 alternatives,
                                                                                  including revised attrition plan, discussion w/ jefferies
                 Mitchell, Mary P     06-23-2006        1.00            448.00    conf call/info to duane for opeb analysis
                 Mitchell, Mary P     06-26-2006        1.50            672.00    review us employee matters agreeement/benefit guarantee/email to watson
                                                                                  wyatt requesting pension/opeb information/call w/jefferies regarding
                                                                                  analysis
                                                   -----------   ---------------
                                      Task Total:      21.50          9,632.00
        Task : Consulting - General (025)
                 Timekeeper Name      Work Date    Work Hours      Work Amount    Notes
                 -------------------  ----------   -----------   ---------------  ----------------------------------------------------
                 Jarrett, David R     06-01-2006        1.00            576.00    Bond match for discount rate
                 Jarrett, David R     06-02-2006        1.00            576.00    Bond study
                 Jarrett, David R     06-06-2006        2.50          1,440.00    Bond discount rate studies (3)
                 Jarrett, David R     06-07-2006        1.00            576.00    Bond match - Treasury bonds
                                                   -----------   ---------------
                                      Task Total:       5.50          3,168.00
        Task : Technical Review (187)
                 Timekeeper Name      Work Date    Work Hours      Work Amount    Notes
                 -------------------  ----------   -----------   ---------------  ----------------------------------------------------
                 Busch, Angela L      06-21-2006        5.50          2,156.00
                                                   -----------   ---------------
                                      Task Total:       5.50          2,156.00
                 ----------------------------   -----------   ---------------
                    Service Deliverable Total:      32.75         14,992.00

    Service Deliverable : DB/DC CONSULTING (RET03)
        Task : Consulting - General (025)
                 Timekeeper Name      Work Date    Work Hours      Work Amount    Notes
                 -------------------  ----------   -----------   ---------------  ----------------------------------------------------
                 Mitchell, Mary P     06-26-2006        3.00          1,344.00    professional mtg/call in; creditor's committee mtg/call in/review
                                                                                  jefferies analysis
                                                   -----------   ---------------
                                      Task Total:       3.00          1,344.00
=================================================================================================================================
```

```
File: /tb/dl/work/reports/gap/M/062006408125430001980400000000000M001.txtProject: 00019804-0001 [Time Charges]
Buck Consultants, USA                   Report: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES                    Period : 0606
Report Run Date : 07-05-2006            (Sorted by Client Location, Account Executive and Client Name)          Frequency : M
```

Delphi Corporation                                          August 17, 2006

```
Amounts in USD
=====================================================================================================================
Location         : Pittsburgh- PA (0203)
Client           : Delphi Corporation (00019804)
Account Executive : Mitchell, Mary P (40812543)
=====================================================================================================================
                      ---------------------  -----------  ----------------
                        Service Deliverable Total:    3.00      1,344.00

     Service Deliverable : OTHER A (RET27)
          Task : Billing (015)
                    Timekeeper Name       Work Date   Work Hours      Work Amount   Notes
                    --------------------- ----------  -----------  ----------------  ---------------------------------------------------------
                    Mitchell, Mary P      06-26-2006     1.00           448.00       fee application preparation
                                                     -----------  ----------------
                                          Task Total:     1.00           448.00
                      ---------------------  -----------  ----------------
                        Service Deliverable Total:    1.00        448.00

     Service Deliverable : ACCOUNT OPPORTUNITY EXISTING (RET92)
          Task : Admin - General (005)
                    Timekeeper Name       Work Date   Work Hours      Work Amount   Notes
                    --------------------- ----------  -----------  ----------------  ---------------------------------------------------------
                    McCormick, Peter J    06-16-2006     0.25           144.00       Compile April report
                                                     -----------  ----------------
                                          Task Total:     0.25           144.00
                      ---------------------  -----------  ----------------
                        Service Deliverable Total:    0.25        144.00

     Service Deliverable : LEGAL CONSULTING -- DEFINED CONTRIBUTION (RETA7)
          Task : Consulting - General (025)
                    Timekeeper Name       Work Date   Work Hours      Work Amount   Notes
                    --------------------- ----------  -----------  ----------------  ---------------------------------------------------------
                    McCormick, Peter J    06-20-2006     0.25           144.00       w/MMitchell re organize DCP design meeting for Wednesday
                                                     -----------  ----------------
                                          Task Total:     0.25           144.00
                      ---------------------  -----------  ----------------
                        Service Deliverable Total:    0.25        144.00

                      --------------  -----------  ----------------
                        Project Total:      59.75     28,265.00   < Billable >
                      --------------  -----------  ----------------
```

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case Nos. 05-4481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |


**Second Fee Statement of Buck Consultants, LLC**
**For the Period July 1, 2006 – July 31, 2006**

PLEASE REMIT TO:
**Buck Consultants, LLC**
**Formerly Mellon Consultants, LLC**
**Dept. CH 14061**
**Palatine, IL 60055-4061**

September 21, 2006

EIN:      13-3954297

Delphi Corporation
Att'n: David Sherbin, Esq.
5725 Delphi Drive
Troy, Michigan 48098

Terms: Payable upon receipt. Interest
accrues after 30 days from the invoice
date at 1% per month.

Direct Inquiries to:
Judy Daszkiewicz - Finance Dept.
Email: Judith.Daszkiewicz@acs-hro.com
Phone: (201) 902-2842

Client #: 00019804
Invoice #: 161412

Fax: (201) 902-2420

Services rendered during July, 2006:

Pension Related Charges:

| | |
|---|---:|
| Services in connection with response to the Committee of Equity Security Holders, including documents sent to Jefferies and conference call with Jefferies | $ 896 |
| Coordinate request from Watson Wyatt, review Jefferies revised sensitivity analysis, review Mesirow analysis, and provide PBGC interest rates and website | 672 |
| Review response to Equity Committee's request, including attachments, discussion with Jefferies | 672 |
| Conference call with Jefferies regarding questions from Committee, provide documents to R. Simon regarding flowbacks and special attrition program for assistance with accounting treatment issue, review US Employee Matters Agreement for flowback provisions, summarize provisions and send to D. Lee and R. Simon for review | 2,240 |
| Summarize October 1, 2004 funding valuation results for the hourly and salaried plans, review assumptions and compare with proposed pension reform provisions | 448 |
| Fee application work – prepare tables and attachments for January through June | 1,120 |
| | $ 6,048 |

## SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Att'n: Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York, 10022-4802

Simpson Thacher & Bartlett LLP
Att'n: Kenneth S. Ziman, Esq
425 Lexington Avenue
New York, New York, 10017

Davis Polk & Wardell,
Att'n: Donald S. Bernstein, Esq.
450 Lexington Avenue
New York, New York, 10017)

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004
Attn: Brad Eric Scheler

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

Legal Cost Control, Inc.
255 Kings Highway East,
Haddonfield, NJ  08033
Attn: Joe Sykes

DELPHI CORPORATION

| Name | Title | Billable Rate | Hours | Total |
|---|---|---|---|---|
| Duane Lee | Principal | $576 | 9.00 | $ 5,184 |
| Robin Simon | Principal | $576 | 2.25 | $ 1,296 |
| Mary Mitchell | Principal | $448 | 13.50 | $ 6,048 |

Buck Consultants, USA.                                    Report:-DETAILED-SUMMARY-OF-TIME-AND-EXPENSE-CHARGES.                    Period : 0706
Report Run Date : 08-02-2006                              [Sorted by Client Location, Account Executive and Client Name]              Frequency : M
Amounts in USD

Location          : Pittsburgh- PA (0203)
Client            : Delphi Corporation (000198004)
Account Executive : Mitchell, Mary P (30812543)

**C L I E N T   T I M E   R E P O R T   S E C T I O N**

Project : Due Diligence Actuarial Review (000198004-0001)                           < Billable Project >
  Service Deliverable : Valuation - FAS106 (HRC01)
    Task : Consulting - General (025)

| Timekeeper Name | Work Date | Work Hours | Work Amount | Notes |
|---|---|---|---|---|
| Simon, Robin B | 07-12-2006 | 0.25 | 144.00 | .3 on Wed. . Discuss accounting treatment of flow back OPEB amounts Wed. w Duane Lee. |
| Simon, Robin B | 07-13-2006 | 0.50 | 288.00 | .4 on Thurs.Discuss accounting treatment of flow back OPEB amounts Thurs. w Mary Mitchell |
| Simon, Robin B | 07-13-2006 | 1.25 | 720.00 | sum.1 write up suggested answer to question on accounting for flowback lump . Discuss w Duane |
| Simon, Robin B | 07-14-2006 | 0.25 | 144.00 | .2 discuss agreement language sections to look at w Mary |
| Lee, Duane | 07-06-2006 | 4.00 | 2,304.00 | work re equity committee |
| Lee, Duane | 07-10-2006 | 0.50 | 288.00 | re questions from r mason |
| Lee, Duane | 07-12-2006 | 1.00 | 576.00 | questions from r mason |
| Lee, Duane | 07-13-2006 | 1.00 | 576.00 | answer questions from ricky mason |
| Lee, Duane | 07-18-2006 | 1.50 | 864.00 | answer questions from ricky mason |
| Lee, Duane | 07-19-2006 | 1.00 | 576.00 | questions from R mason |
| | Task Total: | 11.25 | 6,480.00 | |
| | Service Deliverable Total: | 11.25 | 6,480.00 | |

  Service Deliverable : DB VAL, QUALIFIED (RET01)
    Task : Analysis/Calculations (013)

| Timekeeper Name | Work Date | Work Hours | Work Amount | Notes |
|---|---|---|---|---|
| Mitchell, Mary P | 07-06-2006 | 2.00 | 896.00 | response to committee of equity security holders/ documents to jefferies/call w/jefferies |
| Mitchell, Mary P | 07-07-2006 | 0.50 | 224.00 | review request from watson wyatt, send email, review jefferies revised sensitivity anal/meeting agenda |
| Mitchell, Mary P | 07-10-2006 | 1.00 | 448.00 | review revised jefferies analysis, review mesirow analysis, provide pbgc price/website |
| Mitchell, Mary P | 07-11-2006 | 1.50 | 672.00 | review response to equity committee request/ including attachments/comments to jefferies/watson emails and attachments |
| Mitchell, Mary P | 07-12-2006 | 1.50 | 672.00 | questions re pbgc w/jefferies/re questions from r mason/provided info to r simon cw/iding backup info on flowbacks and special attrit program/issue re accounting treatment |
| Mitchell, Mary P | 07-13-2006 | 1.00 | 448.00 | provide documents to r simon, discuss flowback provisions, response to questions |
| Mitchell, Mary P | 07-14-2006 | 1.50 | 672.00 | review re employee matters agreement for flowback provisions |
| Mitchell, Mary P | 07-18-2006 | 1.00 | 448.00 | summarize opeb flowback provisions/send to robin/duane for review/questions |
| Mitchell, Mary P | 07-25-2006 | 1.00 | 448.00 | re adjustments 10/1/2004 funding val results for the hourly and salaried plan, review assumptions, compare with pension reform rules |
| | Task Total: | 11.00 | 4,928.00 | |

Buck Consultants, USA                          REPORT: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES                    Period : 0106
Report Run Date : 08-02-2006              (Sorted by Client Location, Account Executive and Client Name)           Frequency : M
Amounts in USD

Location          : Pittsburgh- PA (0203)
Client            : Delphi Corporation (000198004)
Account Executive : Mitchell, Mary P (40812543)

                              Service Deliverable Total:        11.00        4,928.00

Service Deliverable : OTHER A (RET27)
   Task : Billing (015)
      Timekeeper Name      Work Date    Work Hours     Work Amount    Notes

      Mitchell, Mary P      07-18-2006        2.50        1,120.00    Fee application - pension charges summary for jan thru jun
                           Task Total:        2.50        1,120.00
                Service Deliverable Total:    2.50        1,120.00

                           Project Total:    24.75       12,528.00  < Billable >

*Buck Consultants, LLC voluntarily reduced its fee request to $6,048

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case Nos. 05-4481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |


**Third Fee Statement of Buck Consultants, LLC**
**For the Period August 1, 2006 – August 31, 2006**

PLEASE REMIT TO:
**Buck Consultants, LLC**
**Formerly Mellon Consultants,**
**LLC**
**Dept.  CH 14061**
**Palatine, IL  60055-4061**

September 29, 2006

EIN:         13-3954297

Delphi Corporation
Att'n: David Sherbin, Esq.
5725 Delphi Drive
Troy, Michigan  48098

Terms: Payable upon receipt.  Interest
accrues after 30 days from the
invoice date at 1% per month.

Direct Inquiries to:

Judy Daszkiewicz - Finance Dept.
Email: Judith.Daszkiewicz@acs-hro.com
Phone: (201) 902-2842
Fax: (201) 902-2420

Client #: 00019804
Invoice #: 162329

Services Rendered For the Period August 1 through August 31, 2006:

Preparation of request on behalf of the Committee to Watson Wyatt, conference
call with Jefferies and Latham regarding items to request and pension reform
legislation, review year-end 10K and discuss with Mesirow, call with Committee
regarding defined benefit plan issues and follow up correspondence re same                    $ 3,424

| Duane Lee | 0.50 hours @ $576/hour |
| Mary Mitchell | 7.00 hours @ $448/hour |

Committee meeting attendance by conference, including information on
pension reform legislation and report to Committee on the expected impact
to the Delphi pension plans                                                                     896

| Mary Mitchell | 2.00 hours @$448/hour |

Review Watson Wyatt FAS 87 re-measurement to reflect special
attrition program through June 2006 and review presentation to the
Committee and provide information to Jefferies                                                 1,120

| Mary Mitchell | 2.50 hours @ $448 |

Committee meeting attendance by conference and review of
GM information                                                                                1,120

| Mary Mitchell | 2.50 hours @ $448 |

Conference call with Jefferies and preparation of information
regarding defined benefit plans and related issues                                    1,408

|  |  |
|---|---|
| Duane Lee | 0.50 hours @ $576 |
| Mary Mitchell | 2.50 hours @ $448 |

Review Delphi 10Q and information for Committee meeting,
conference call with Jefferies and review of information on various
scenarios, preparation of estimated expense for a 5-year period under
alternative scenarios, and review of Watson Wyatt information                          6,968

|  |  |
|---|---|
| Duane Lee | 1.00 hour @ $576 |
| Mary Mitchell | 12.50 hours @ $448 |
| Jeffery Johns | 3.00 hours @ $264 |

Fee application work – prepare summary pension charges for July,
and additional information for January through June                                     744

|  |  |
|---|---|
| Mary Mitchell | 1.50 hours @ $448 |
| Audrey Thompson-Haas | 0.50 hours @ $144 |

                                                                                      $15,680

## SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Att'n: Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York, 10022-4802

Simpson Thacher & Bartlett LLP
Att'n: Kenneth S. Ziman, Esq
425 Lexington Avenue
New York, New York, 10017

Davis Polk & Wardell,
Att'n: Donald S. Bernstein, Esq.
450 Lexington Avenue
New York, New York, 10017)

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004
Attn: Brad Eric Scheler

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

Legal Cost Control, Inc.
255 Kings Highway East,
Haddonfield, NJ  08033
Attn: Joe Sykes

## SCHEDULE OF CUMULATIVE FEES
## EXPENDED BY BUCK CONSULTANTS, LLC
## FOR THE PERIOD 8/1/06-8/31/06

| Name | Title | Billable Rate | Hours | Total |
|---|---|---|---|---|
| Duane Lee | Principal | $576.00 | 2.00 | $ 1,152 |
| Mary Mitchell | Principal | $448.00 | 30.50 | $ 13,664 |
| Jeffery Johns | Sr. Consultant | $264.00 | 3.00 | $ 792 |
| Audrey Thompson-Haas | Consultant | $144.00 | 0.50 | $ 72 |
| **Total** | | | **36.00** | **$15,680.00** |
| **Blended Hourly Rate** | | **$435.55** | | |

Buck Consultants, USA                                                                      Report: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES                                            Period : 0806
Report Run Date : 09-05-2006                                                               (Sorted by Client Location, Account Executive and Client Name)                                   Frequency : M
Amounts in USD

Location          : Pittsburgh- PA (0203)
Client            : Delphi Corporation (00019804)
Account Executive : Mitchell, Mary P (40812543)

C L I E N T   T I M E   R E P O R T   S E C T I O N

Project : Due Diligence Actuarial Review (00019804-0001)                                                                                        < Billable Project >
  Service Deliverable : Valuation - FAS106 (HWC01)
    Task : Consulting -General (025)
      Timekeeper Name            Work Date      Work Hours    Work Amount     Notes
      ------------------------   -----------    ----------    -----------     ------
        Lee, Duane               08-02-2006         0.50         288.00       calls from jeferies and mesirow
                                 -----------    ----------    -----------
                                 Task Total:        0.50         288.00

    Task : Telephone Call (189)
      Timekeeper Name            Work Date      Work Hours    Work Amount     Notes
      ------------------------   -----------    ----------    -----------     ------
        Lee, Duane               08-14-2006         0.50         288.00       call with jefferies/professionals call
        Lee, Duane               08-24-2006         1.00         576.00       call with jelena Srecna (jefferies)
                                 -----------    ----------    -----------
                                 Task Total:        1.50         864.00
                                 ------------   ----------    -----------
                     Service Deliverable Total:     2.00        1,152.00

  Service Deliverable : DB VAL. QUALIFIED (RET01)
    Task : Analysis/Calculations (013)
      Timekeeper Name            Work Date      Work Hours    Work Amount     Notes
      ------------------------   -----------    ----------    -----------     ------
        Mitchell, Mary P         08-02-2006         0.50         224.00       call w/jefferies and call w/latham re pension reform, work on request to
                                                                             watson wyatt for anal for the committee
        Mitchell, Mary P         08-03-2006         5.00        2,240.00      request to watson wyatt for committee, review 10k as of 12/31/05 and
                                                                             discuss w/mesirow, send pension reform summary, call regarding d/b plan
                                                                             issues and related options
        Mitchell, Mary P         08-04-2006         1.50         672.00       research prdb plan issues send email to jefferies
        Mitchell, Mary P         08-07-2006         2.00         896.00       research on pension reform/impact on Delphi, committee meeting - call in
        Mitchell, Mary P         08-10-2006         1.00         448.00       review watson wyatt 7/1 fas 87 remeasurement to reflect special attrition
                                                                             program
        Mitchell, Mary P         08-11-2006         1.50         672.00       review August 9th presentation for meeting of ucc/send info to jefferies
                                                                             on pension reform/conf call
        Mitchell, Mary P         08-14-2006         2.50        1,120.00      professionals call//review 9m information, conf call w/jefferies
        Mitchell, Mary P         08-15-2006         2.50        1,120.00      call w/jefferies, provide info on d/b plan options
        Mitchell, Mary P         08-22-2006         1.50         672.00       review delphi 10q, information for 8/21 meeting, press release regarding
                                                                             attrition program, and jefferies update
        Mitchell, Mary P         08-24-2006         5.00        2,240.00      conf calls w/jefferies ,review information on steady state, competitive,
                                                                             and consensual anal, with 5+7 overlay, estimate expense for 2006-2010
                                                                             under various alts
        Mitchell, Mary P         08-25-2006         6.00        2,688.00      prepare estimated expense for 2006 - 2010 under competitive and
                                                                             consensual scenarios, review watson wyatt information provided
                                 -----------    ----------    -----------
                                 Task Total:       29.00       12,992.00

File: /tb/dl/work/reports/gap/M/0820064081254300001980400000000000M001.txt
Project: 00019804-0001 [Time Charges]
Buck Consultants, USA                                                                      Report: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES                                            Page: 1
Report Run Date : 09-05-2006                                                               (Sorted by Client Location, Account Executive and Client Name)                                   Period : 0806
Amounts in USD                                                                                                                                                                             Frequency : M

```
==================================================================================================
Location          : Pittsburgh- PA (0203)
Client            : Delphi Corporation (00019804)
Account Executive : Mitchell, Mary P (40812543)
==================================================================================================
    Task : Peer Review (115)
         Timekeeper Name          Work Date     Work Hours     Work Amount     Notes
         ----------------         ---------     ----------     -----------     -----
         Johns, Jeffrey A         08-25-2006          3.00          792.00     peer review re: estimated expense for 5-year period
                                                                               under alternative scenarios

                                     Task Total:       3.00          792.00
                                     --------------------------------------
                        Service Deliverable Total:    32.00       13,784.00

Service Deliverable : OTHER A (RET27)
    Task : Admin - General (005)
         Timekeeper Name          Work Date     Work Hours     Work Amount     Notes
         ----------------         ---------     ----------     -----------     -----
         Thompson-Haas, Audrey    08-16-2006          0.50           72.00     Prepare Tables and second monthly statement for filing with Court

                                     Task Total:       0.50           72.00
                                     --------------------------------------

    Task : Billing (015)
         Timekeeper Name          Work Date     Work Hours     Work Amount     Notes
         ----------------         ---------     ----------     -----------     -----
         Mitchell, Mary P         08-02-2006          0.50          224.00     review billing statement for jan thur jun =to ensure compliance with local
                                                                               Rules, prepare summary of pension charges
         Mitchell, Mary P         08-15-2006          1.00          448.00     summarize july pension related charges

                                     Task Total:       1.50          672.00
                                     --------------------------------------
                        Service Deliverable Total:     2.00          744.00

                                  Project Total:      36.00       15,680.00     < Billable >
                                                     ---------------------------
==================================================================================================
File: /tb/dl/work/reports/gap/M/08200640812543000198040000000000M001.txtProject: 00019804-0001 [Time Charges]
BuCK Consultants, USA                    Report: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES

                                                                                                  Page: 2
                                                                                                  Period : 0806
```

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case Nos. 05-4481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**Fourth Fee Statement of Buck Consultants, LLC**
**For the Period September 1, 2006 – September 30, 2006**

October 31, 2006

Delphi Corporation
Att'n: David Sherbin, Esq.
5725 Delphi Drive
Troy, Michigan  48098

**PLEASE REMIT TO:**
**Buck Consultants, LLC**
**Formerly Mellon Consultants, LLC**
**Dept.  CH 14061**
**Palatine, IL  60055-4061**

EIN:        13-3954297

Terms: Payable upon receipt.  Interest
accrues after 30 days from the invoice date at 1%
per month.
 Direct Inquiries to: Judy Daszkiewicz
Finance Dept.
Email: Judith.Daszkiewicz@acs-hro.com
Phone: (201) 902-2842
Fax: (201) 902-2420

Client #: 00019804
Invoice #: 164439

Services rendered during September 1 through September 30, 2006:

| | |
|---|---:|
| Review plan scenarios and supporting information provided by Rothschild, compare with information provided previously by Watson Wyatt, conference call with Jefferies regarding the plan scenarios and preparation of due diligence regarding the plan scenarios. | $ 2,016.00 |

Mary P. Mitchell            4.50 hours @ $448.00

| | |
|---|---:|
| Fee application work – summarize pension charges for August | 448.00 |

Mary P. Mitchell            1.00 hour  @ $448.00

| | |
|---|---:|
| Review OPEB components of plan scenarios with Jefferies | 1,152.00 |

Duane Lee            2.00 hours @ $576.00

$ 3,616.00

## SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Att'n: Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York, 10022-4802

Simpson Thacher & Bartlett LLP
Att'n: Kenneth S. Ziman, Esq
425 Lexington Avenue
New York, New York, 10017

Davis Polk & Wardell,
Att'n: Donald S. Bernstein, Esq.
450 Lexington Avenue
New York, New York, 10017)

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004
Attn: Brad Eric Scheler

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

Legal Cost Control, Inc.
255 Kings Highway East,
Haddonfield, NJ  08033
Attn: Joe Sykes

**SCHEDULE OF CUMULATIVE FEES**
**EXPENDED BY BUCK CONSULTANTS, LLC**
**FOR THE PERIOD 9/1/06-9/30/06**

| Name | Title | Billable Rate | Hours | Total |
|------|-------|---------------|-------|-------|
| Duane Lee | Principal | $576.00 | 2.00 | $1,152.00 |
| Mary Mitchell | Principal | $448.00 | 5.50 | 2,464.00 |
| **Total** | | | **10.25** | **$3,616.00** |
| **Blended Hourly Rate** | | **$352.78** | | |

```
Buck Consultants, USA                                    Report: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES                        Period : 0906
Report Run Date : 10-03-2006                                    (Sorted by Client Location, Account Executive and Client Name)           Frequency : M
Amounts in USD
Location          : Pittsburgh- PA (0203)
Client            : Delphi Corporation (00019804)
Account Executive : Mitchell, Mary P (40812543)

                              C L I E N T   T I M E   R E P O R T   S E C T I O N

Project : Due Diligence Actuarial Review (00019804-0001)                           < Billable Project >
  Service Deliverable : Valuation - FAS106 (HWC01)
    Task : Consulting -General (025)
        Timekeeper Name            Work Date    Work Hours    Work Amount    Notes
        -----------------------    ----------   -----------   -----------    -----
        Lee, Duane                 09-18-2006        1.50          864.00    rev docs in connection OPEB components of plan scenarios w/ Jefferies
        Lee, Duane                 09-21-2006        0.50          288.00    call with jefferies regarding plan scenarios
                                                -----------   -----------
                           Task Total:               2.00        1,152.00
                                                -----------   -----------
               Service Deliverable Total:            2.00        1,152.00

  Service Deliverable : T & I Component Revenue (HWS) (HWST1)
    Task : Consulting -General (025)
        Timekeeper Name            Work Date    Work Hours    Work Amount    Notes
        T & I Rate HWS, T & I      09-30-2006        0.00           69.12
                                                -----------   -----------
                           Task Total:               0.00           69.12
                                                -----------   -----------
               Service Deliverable Total:            0.00           69.12

  Service Deliverable : DB VAL. QUALIFIED (RET01)
    Task : Analysis/Calculations (013)
        Timekeeper Name            Work Date    Work Hours    Work Amount    Notes
        -----------------------    ----------   -----------   -----------    -----
        Mitchell, Mary P           09-13-2006        1.50           72.00    review plan scenarios/ compare w/ watson wyatt projections
        Mitchell, Mary P           09-14-2006        1.00          448.00    confirm call with jefferies regarding plan scenarios
        Mitchell, Mary P           09-21-2006        2.00          896.00    review information provided by rothschild and plan scenarios /
                                                                             compare w/ watson wyatt information and prepare diligence list; conf call
                                                                             w/jefferies regarding diligence list
                                                -----------   -----------
                           Task Total:               4.50        2,016.00
                                                -----------   -----------
               Service Deliverable Total:            4.50        2,016.00

  Service Deliverable : OTHER A (REF27)
    Task : Admin -General (005)
        Timekeeper Name            Work Date    Work Hours    Work Amount    Notes
        Thompson-Haas, Audrey      09-13-2006        0.75          108.00    Begins draft Fee Statement - July
        Thompson-Haas, Audrey      09-14-2006        0.50           72.00    Fee Statement preparation for July for inclusion in bankruptcy filing
        Thompson-Haas, Audrey      09-21-2006        0.50           72.00    Continued Fee Statement preparation- August
        Thompson-Haas, Audrey      09-22-2006        1.00          144.00    Finalize Fee Statement for bankruptcy filing - July and August
                                                -----------   -----------
                           Task Total:               2.75          396.00
                                                -----------   -----------

    Task : Billing (015)
```

```
Buck Consultants, USA                                    Report: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES                          Period : 0906
Report Run Date : 10-03-2006                            (Sorted by Client Location, Account Executive and Client Name)                Frequency : M
Amounts in USD
=================================================================================================================================================
Location        : Pittsburgh- PA (0203)
Client          : Delphi Corporation (00019804)
Account Executive : Mitchell, Mary P (40812543)
=================================================================================================================================================
        Timekeeper Name       Work Date    Work Hours    Work Amount   Notes
        -------------------   ----------   -----------   -----------   -----
        Mitchell, Mary P      09-20-2006          1.00        448.00   fee application - august pension charges
                                            ----------   -----------
                              Task Total:         1.00        448.00
                                            ----------   -----------
             Service Deliverable Total:          3.75        844.00

  Service Deliverable : T&I Component Revenue (REF) (REFTI)
    Task : Consulting - General (025)
        Timekeeper Name       Work Date    Work Hours    Work Amount   Notes
        -------------------   ----------   -----------   -----------   -----
        T & I Rate REF, T & I  09-30-2006         0.00        171.60
                                            ----------   -----------
                              Task Total:         0.00        171.60
                                            ----------   -----------
             Service Deliverable Total:          0.00        171.60

                             Project Total:      10.25      4,252.72   <-Billable->
                                            ----------   -----------
```

**Buck has voluntarily reduced its fees of $4,252.72 to $3,616.**

```
Buck Consultants, USA                        Report: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES                     Period : 0906
Report Run Date : 10-03-2006                 (Sorted by Client Location, Account Executive and [Client Name])        Frequency : M
Amounts in USD
=================================================================================================================================
Location          : Pittsburgh- PA (0203)
Client            : Delphi Corporation (00019804)
Account Executive : Mitchell, Mary P (40812543)
=================================================================================================================================
Project : New Business (00019804-0002)                              << Non-Billable Project >>
  Service Deliverable : ACCOUNT OPPORTUNITY EXISTING (RET92)
    Task : Admin - General (005)
      Timekeeper Name      Work Date     Work Hours    Work Amount   Notes

      McCormick, Peter J   09-05-2006         0.25        150.00     Email NY re status
                           Task Total:        0.25        150.00

            Service Deliverable Total:        0.25        150.00

                         Project Total:       0.25        150.00     << Non-Billable >>
```

Buck Consultants, USA                                                                                      Period : 0906
Report Run Date : 10-03-2006                                                                               Frequency : M
Amounts in USD

Report: DETAILED SUMMARY OF TIME AND EXPENSE CHARGES
(Sorted by Client Location, Account Executive and Client Name)

Location          : Pittsburgh- PA (0203)
Client            : Delphi Corporation (00019804)
Account Executive : Mitchell, Mary P (40812543)

S U M M A R Y   O F   C L I E N T   C H A R G E S

Client : 00019804 - Delphi Corporation

|  | Total Hours | Total Fees | Total Expenses | Total Client Charges |
|---|---|---|---|---|
| Client Billable Total: | 10.25 | 4,252.72 | 0.00 | 4,252.72 |
| Client Non-Billable Total: | 0.25 | 150.00 | 0.00 | 150.00 |
| Client Total: | 10.50 | 4,402.72 | 0.00 | 4,402.72 |

Disclaimer:    The Detailed Summary of Time and Expense Charges Report is for informational purposes only, to assist
               you in the evaluation of your billing data this month.  Any time or costs held from previous periods,
               and/or time or costs billed in previous periods will not be reflected in this report.  Because of these
               processing differences, values reflected on the Detailed Summary of Time and Expense Charges Report
               will not foot to your Billing Worksheet Proformas.