UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
   In re                                 :        Chapter 11
:
**DELPHI CORPORATION, et al.,**      :        Case No. 05-44481 (RDD)
:
                         Debtors.  :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                    )    ss.:
COUNTY OF NEW YORK    )

       Gabriella Illyés, being duly sworn, deposes and says, under the penalty of perjury:

       1.   I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

       2.   On November 30, 2006 I caused to be served via overnight mail, to the parties on the service list annexed hereto as Exhibit A, true and correct copies of the **"Third Application of Shearman & Sterling LLP, as Special Counsel to the Debtors, For Allowance of Interim Compensation for Professional Services Rendered and for**

NYDOCS03/803901.3                        1

**Reimbursement of Actual and Necessary Expenses Incurred From June 1, 2006 Through September 30, 2006"**.

                                                                                     /s/ Gabriella Illyés  
                                                                                     Gabriella Illyés

SWORN TO AND SUBSCRIBED before me on this 1st day of December, 2006.

                                                                                    /s/ Marian D. Luketić  
                                                                                   Marian D. Luketić  
                                                                                   Notary Public, State of New York  
                                                                                  No. 02LU5083644  
                                                                                  Qualified in New York County

                                                                                  My commission expires:  
                                                                                  July 18, 2009

# Exhibit A

**VIA FEDERAL EXPRESS**

Mr. David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Mr. John D. Sheehan
Vice President & CRO
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Mr. Joseph Papelian, Esq.
Deputy General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Alicia M. Leonhard, Esq.
United States Trustee
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Dolores De Elizalde, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Brad Eric Sheler
Bonnie Steingart
Vivek Melwani
Jennifer L. Rodburg
Richard J. Silvinski
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON
One New York Plaza
New York, New York 10004

Valerie Venable
Credit Manager
GE Plastics, Americas|
9930 Kincey Avenue
Huntersville, NC 28078

John J. Marquess
Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033