UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :    Case Nos.:    05-44481 (RDD)
                                                        :
                        Debtors.                        :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss:
COUNTY OF NEW YORK           )

Vincent J. Roldan , being duly sworn, deposes and says:

1. I am not a party to these proceedings, am over eighteen years of age and am employed by DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104.

2. On the 24th day of November, 2006, I caused to be served by either overnight delivery, facsimile transmission and/or first class mail, postage prepaid, on the parties on the annexed Service List by the method of service indicated thereon, true copies of John E. Benz & Co.'s response to the Debtors' Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. §502(c)

_____
Vincent J. Roldan

Sworn to before me this
__ day of November, 2006

_____
Notary Public

SERAFINA SHISHKOVA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SH6140465
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 30, 2010

NEWY1\8059894.1

## SERVICE LIST

**Service by Overnight Mail**
Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Service by First Class Mail**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

**Service by Fax and First Class Mail**
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.
Counsel to the Debtor

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New NY 10017
Att'n: Kenneth S. Ziman
Counsel to the agent under the Debtors' prepetition credit facility

Davis Polk & Wardwell
450 LexingtonAvenue
New York, New York 10017
Atn-Donald Bernstein and Brian Resnick
Counsel to the agent under the postpetition credit facility

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg and Mark A. Broude
Counsel to the Official Committee of Unsecured Creditors

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Bonnie Steingart
Counsel to the Official Committee of Equity Security Holders

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard.

NEWY1\8059894.1