HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0318
Jeffrey A. Sadowski (P28163)
Sara K. MacWilliams (P67805)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
  In re                             :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                         Debtors.   :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2006, I forwarded, via First Class mail, a copy of 1) Notice of Filing of Third Interim Application of Howard & Howard Attorneys, P.C. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses; (2) Third Interim Fee Application of Howard & Howard Attorneys, P.C. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Summary Sheet; 3) Third Interim Fee Application of Howard & Howard Attorneys, P.C. Intellectual Property Counsel to Debtors for Interim Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2006 Through September 30, 2006 (with exhibits); 4) Order Granting Application for Allowance of Interim Compensation and Reimbursement of Expenses of Howard & Howard Attorneys, P.C.; and 5) Certificate of Service, upon the following at their listed business address:

#227316-v1

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel, (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard), (vii) the Joint Fee Review Committee appointed by the Court (CD format), to Legal Cost Control, Inc. (attention Joe Sykes), 255 Kings Highway East, Haddonfield, NJ 08033; 856 216-0800.

      The Third Interim Fee Application of Howard & Howard Attorneys, P.C. was electronically filed on November 30, 2006 and is contained at Docket Number 5968.

Respectfully submitted,

**HOWARD AND HOWARD ATTORNEYS, P.C.**

By:   */s/ Sara K. MacWilliams*
      Jeffrey A. Sadowski (P28163)
      Sara K. MacWilliams (P67805)
      39400 Woodward Avenue, Suite 101
      Bloomfield Hills, Michigan 48304-5151
      Phone: (248) 723-0327
Dated: December 2, 2006       Email: skm@h2law.com