Hearing Date and Time: March 22, 2007 10:00 a.m.
Objection Deadline: March 15, 2007 4:00 p.m

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2000
Amy Wallace Potter (213196)
Christie Branson (217926)

Corporate, Employment and Intellectual Property
Counsel for Debtor MobileAria, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                   :   Chapter 11
:
DELPHI CORPORATION, et al.,             :   Case No. 05-44481 (RDD)
:
                        Debtors.        :   (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF DLA PIPER US LLP, CORPORATE, EMPLOYMENT, AND INTELLECTUAL
PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S SECOND INTERIM
APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE THIRD INTERIM PERIOD
FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006 UNDER 11 U.S.C. §§ 330 AND 331

PLEASE TAKE NOTICE THAT on November 30, 2006, DLA Piper US LLP ("DLA Piper"), corporate, employment, and intellectual property counsel to MobileAria, Inc. ("MobileAria"), an affiliate of Delphi Corporation ("Delphi") and a debtor and debtor-in-possession in the above-captioned cases (collectively with Delphi and certain of its U.S. subsidiaries and affiliates, the "Debtors"), filed a Second Interim Application ("Application"), pursuant to sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals, entered on November 4, 2005, as supplemented (the "Interim Compensation Order"), for allowance and payment of interim compensation for professional services in the amount of $218,036.50 rendered to MobileAria

and for reimbursement of expenses in the amount of $7,688.31 incurred in connection with such services for the third interim period from June 1, 2006 through September 30, 2006 (the "Application Period").

PLEASE TAKE FURTHER NOTICE that the Application may be viewed on the Court's website or the Debtors' "virtual docket" website; provided that, if a party-in-interest cannot access the Application on either website, upon request, DLA Piper shall provide a copy of the Application to such party-in-interest.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held on March 22, 2007, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007 and 9014 Establishing (1) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No. 245), (c) be field with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom, LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Esq.), (iii) corporate, employment and intellectual property to Debtor, MobileAria, Inc., DLA Piper US LLP, 2000 University Avenue, East Palo Alto, California 94303 (Att'n: Amy Wallace Potter, Esq.), (iv) counsel for the agent under the

Debtors' prepetition credit facility, Simpson Thatcher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Marissa Wesley, Esq.), (v) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York, 10017 (Att'n: Marlene Melican, Esq.), (vi) counsel for the Official Committee of Unsecured Creditors, Latham and Watkins, LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg, Esq.), (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard, Esq.), (viii) counsel for the Official Committee of Equity Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004, (ix) GE Plastics America, 9930 Kincey Avenue, Huntsville, North Carolina 28078 (Att'n: Valerie Veneable), and (x) Legal Cost Controls, Inc., proposed analyst to Fee Committee, 255 Kings Highway East, Haddonfield, New Jersey 08033 (Att'n: John J. Marquess), in each case so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on March 15, 2007 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order will be considered by the Bankruptcy Court at the Hearing. If no objection are timely filed and served in accordance with the procedures set forth herein and in the Case Management Order, the Bankruptcy Court may enter an Order granting the Application without further notice.

Dated: East Palo Alto, California
November 29, 2006

DLA PIPER US LLP

By: /s/ [signature]
Amy Wallace Potter (213196)
Christie Branson (217926)
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2000

Corporate, Employment and Intellectual Property Counsel for Debtor MobileAria, Inc.

EM\7212053.1
35116501-1001

3