DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2000
Amy Wallace Potter (213196)
Christie Branson (217926)

Corporate, Employment and Intellectual Property
Counsel for Debtor MobileAria, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
     In re                                    :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                              Debtors.        :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

The undersigned herein certifies that copies of:

NOTICE OF DLA PIPER US LLP, CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE SECOND INTERIM PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006 UNDER 11 U.S.C. §§ 330 AND 331

DLA PIPER US LLP, CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE SECOND INTERIM PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006 UNDER 11 U.S.C. §§ 330 AND 331

NOTICE OF DLA PIPER US LLP, CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE THIRD INTERIM PERIOD FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006 UNDER 11 U.S.C. §§ 330 AND 331

DLA PIPER US LLP, CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE THIRD INTERIM PERIOD FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006 UNDER 11 U.S.C. §§ 330 AND 331

CERTIFICATE OF SERVICE

were served on November 29, 2006 via U.S. mail upon the following:

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Marissa Wesley, Esq.
Simpson Tacher & Barlett, LLP
425 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esq.
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4802

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
  for the District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Valerie Venable
Credit Manager
GE Plastics America
9930 Kincey Avenue
Huntersville, NC 28078

John J. Marquess
Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

The undersigned herein further certifies that copies of the following documents:

NOTICE OF DLA PIPER US LLP, CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE SECOND INTERIM PERIOD FROM MAY 1, 2006 THROUGH MAY 31, 2006 UNDER 11 U.S.C. §§ 330 AND 331

NOTICE OF DLA PIPER US LLP, CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE THIRD INTERIM PERIOD FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006 UNDER 11 U.S.C. §§ 330 AND 331

CERTIFICATE OF SERVICE

were served on November 29, 2006 via U.S. mail upon the parties listed on the attached service list.

Dated:  East Palo Alto, California          DLA PIPER US LLP
        November 29, 2006

                                            By: /s/ Amy Wallace Potter
                                            Amy Wallace Potter (213196)
                                            Christie Branson (217926)
                                            2000 University Avenue
                                            East Palo Alto, CA 94303
                                            (650) 833-2000

                                            Corporate, Employment and Intellectual
                                            Property Counsel for Debtor MobileAria, Inc.

EM\7212054.1
35116501-1001                           3

Robert J. Stark
Brown Rudnick Berlack Israels
Seven Times Square
New York, NY 10036

Bruce Simon
Cohen, Weiss & Simon
330 West 42nd Street
New York, NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, NY 10178-0061

Donald Bernstein
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Sean Corcoran
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Michael Neftkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

Carrie L. Schiff
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

Richard Lee Chambers III
Freescale Semiconductor, Inc.
6501 William Cannon Drive
MD: 0#16
Austin, TX 78735

Brad Eric Sheier
Fried, Frank, Harris, Shriver, et al.
One New York Plaza
New York, NY 10004

Vivek Melwani
Fried, Frank, Harris, Shriver, et al.
One New York Plaza
New York, NY 10004

Jennifer L. Rodburg
Fried, Frank, Harris, Shriver, et al.
One New York Plaza
New York, NY 10004

Richard J. Slivinski
Fried, Frank, Harris, Shriver, et al.
One New York Plaza
New York, NY 10004

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY 10036

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY 10019

Frank L. Gorman
Honigman Miller Schwartz, et al.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Robert B. Weiss
Honigman Miller Schwartz, et al.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Internal Revenue Service
Attn: Insolvency Department
    Maria Valerio
290 Broadway, 5th Floor
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Avenue
Mail Stop 15
Detroit, MI 18226

Conference Board Chairman
IUE-CWA
2360 West Dorothy Lane
Suite 201
Dayton, OH 45439

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022

Thomas F. Maher
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Richard Duker
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Gordon Z. Novod
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

James Le
Kurtzman Carson Consultants
1180 Avenue of the Americas
Suite 1140
New York, NY 10036

Patrick J. Healey
Law Debenture Trust of New York
767 Third Avenue
31st Floor
New York, NY 1001

Daniel R. Fisher
Law Debenture Trust of New York
767 Third Avenue
31st Floor
New York, NY 10017

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL 60606

Jason J. DeJonker
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL 60606

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL 60606

Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL 60606

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Avenue N.W.
Washington, DC 20015

Comish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Avenue N.W.
Washington, DC 20015

Leon Szlezinger
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY 10017

Joseph T. Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Mark Schofield, Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York, NY 10271

Robert Siegel
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Tom A. Jerman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Rachel Janger
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

Sandra W. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY 10020

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Douglas Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Robert H. Trust
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

John William Butler
Skadden, Arps, Slate, Meagher, et al.
333 West Wacker Drive
Suite 2100
Chicago, IL 060606

John K. Lyons
Skadden, Arps, Slate, Meagher, et al.
333 West Wacker Drive
Suite 2100
Chicago, IL 060606

Ron E. Meisler
Skadden, Arps, Slate, Meagher, et al.
333 West Wacker Drive
Suite 2100
Chicago, IL 060606

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher, et al.
4 Times Square
New York, NY 10036

Thomas J. Matz
Skadden, Arps, Slate, Meagher, et al.
4 Times Square
New York, NY 10036

Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Chester B. Salomon
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

MaryAnn Brereton
Tyco Electronics Corporation
60 Columbia Road
Morriston, NJ 07960

Michael D. Warner
Warner Stevens, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Jeffrey L. Tanenbaum
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Martin J. Bienenstock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael P. Kessler
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

David Boyle
Airgas, Inc.
259 Radnor-Chester Road
Suite 100
Radnor, PA 19087

Thomas A. Ajamie
Ajamie LLP
711 Louisiana
Suite 2150
Houston, TX 77002

Alan Swiech
Akebono Corporation (North America)
34385 Twelve Mile Road
Farminton Hills, MI 48331

Peter J. Gurfein
Akin Gump Strauss Hauer & Feld
2029 Century Park East
Suite 2400
Los Angeles, CA 90067

Michael S. Greger
Allen Matkins Leck Gamble & Mallory
1900 Main Street
Fifth Floor
Irvine, CA 92614-7321

Craig E. Freeman
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Dennis J. Connolly
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

David A. Wender
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

Brandon J. Kessinger
Ambrake Corporation
300 Ring Road
Elizabethtown, KY 42701

Steven R. Keyes
American Axle & Manufacturing, Inc.
One Dauch Drive
Mail Code 6E-2-42
Detroit, MI 48243

Gogi Malik
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Leigh Walzer
Angelo, Gordon & Company
245 Park Avenue
26th Floor
New York, NY 10167

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, et al.
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101-2459

Andy Leinhoff
APS Clearing, Inc.
1301 South Capital of Texas Highway
Suite B-220
Austin, TX 78746

Matthew Hamilton
APS Clearing, Inc.
1301 South Capital of Texas Highway
Suite B-220
Austin, TX 78746

Mitchell D. Cohen
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Robert M. Hirsch
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206

Carl Galloway
ATS Automation Tooling Systems Inc.
260 Royal Oak Road
Cambridge, Ontario N3H 4R6
CANADA

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum, et al.
333 West Wacker Drive
Suite 2700
Chicago, IL 60606

William J. Barrett
Barack, Ferrazzano, Kirschbaum, et al.
333 West Wacker Drive
Suite 2700
Chicago, IL 60606

Alan K. Mills
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

John T. Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Mark R. Owens
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Michael K. McCrory
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Wendy D. Brewer
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street
Ninth Floor
Boston, MA 02110

Thomas M. Beeman
Beeman Law Office
33 West 10th Street
Suite 200
Anderson, IN 46016

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

John P. Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Wallace A. Showman
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

James P. Murphy
Berry Mooman P.C.
535 Griswold
Suite 1900
Detroit, MI 48226

Kenneth T. Law
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Lawrence M. Schwab
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Thomas Gaa
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centr
1201 Market Street, Suite 800
Wilmington, DE 19801

Marc E. Richards
Blank Rome LLP
The Chrysler Building
405 Lexington
New York, NY 10174

Ralph E. McDowell
Bodman LLP
100 Renaissance Center
34th Floor
Detroit, MI 48243

Camille W. Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Jeannette Elisan Hinshaw
Bose McKinney & Evans LLP
135 North Pennsylvania Street
Suite 2700
Indianapolis, IN 46204

Austin L. McMullen
Boult, Cummings, Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

Roger G. Jones
Boult, Cummings, Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

Massimillano Cini
Brembo S.p.A.
Administration Dept. via Brembo 25
24035 Cumo BG
Bergamo, ITALY

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096

Shawn M. Christianson
Buchalter, Nemer, APC
333 Market Street
25th Floor
San Francisco, CA 94105-2126

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

Steven E. Abelman
Cage Williams & Abelman, P.C.
1433 Seventeenth Street
Denver, CO 80202

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Dorothy Marinis-Riggio
Calinoff & Katz, LLP
140 East 45th Street
17th Floor
New York, NY 10017

Robert A. Weisberg
Carson Fischer, P.L.C.
300 East Maple Road
Third Floor
Birmingham, MI 48009-6317

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Shannon Deeby
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas D. Maxson
Cohen & Grigsby, P.C.
11 Stanwix Street
15th Floor
Pittsburgh, PA 15222-1319

Joseph J. Vitale
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

Babette Ceccotti
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

Scott D. Rosen
Cohn Bimbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford, CT 06103

Amy Wood Malone
Colbert & Winstead, P.C.
1812 Broadway
Nashville, TN 37203

Bruce N. Elliott
Conlin, McKenny & Philbrick, P.C.
350 South Main Street
Suite 400
Ann Arbor, MI 48104

Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

Mark Lee
Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

Janice Stanton
Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

Bill Raine
Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

Seth Lax
Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

Sylvie J. Derrien
Coolidge, Wall, Womsley, et al.
33 West First Street
Suite 600
Dayton, OH 45402

Sean M. Walsh
Cox, Hodgman & Giamarco, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, MI 48084-5280

Andrew M. Thau
Curtis, Mallet-Prevost, Colt, et al.
101 Park Avenue
New York, NY 10178-0061

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

Amina Maddox
Deputy Attorney General
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

Margery N. Reed
Duane Morris LLP
30 South 17th Street
Philadephia, PA 19103-4196

Michael G. Busenkell
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801

David H. Freedman
Erman, Teicher, Miller, Zucker, et al.
400 Galleria Officentre
Suite 444
Southfield, MI 48034

Ronald S. Pretekin
Coolidge, Wall, Womsley, et al.
33 West First Street
Suite 600
Dayton, OH 45402

Nancy H. Pagliario
Cornell University
Office of the University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Daniel P. Mazo
Curtin & Heefner
250 North Pennsylvania Avenue
Morrisville, PA 19067

David S. Karp
Curtis, Mallet-Prevost, Colt, et al.
101 Park Avenue
New York, NY 10178-0061

Jay Selanders
Daniels & Kaplan, P.C.
2405 Grand Boulevard
Suite 900
Kansas City, MO 64106-2519

Gerard DiConza
DiConza Law, P.C.
630 Third Avenue
7th Floor
New York, NY 10017

David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

Wendy M. Simkulak
Duane Morris LLP
30 South 17th Street
Philadephia, PA 19103-4196

Aynala Hassell
Electronic Data Systems Corporation
5400 Legacy Drive
Mail Stop H3-3A-05
Plano, TX 75024

Gary Ettelman
Ettelman & Hochheiser, P.C.
c/o Premium Cadillac
77 Main Street
New Rochelle, NY 10801

Steven M. Wachstein
Coolidge, Wall, Womsley, et al.
33 West First Street
Suite 600
Dayton, OH 45402

Susan Power Johnston
Covington & Burling
1330 Avenue of the Americas
New York, NY 10019

Robert Szwajkos
Curtin & Heefner
250 North Pennsylvania Avenue
Morrisville, PA 19067

Kim Kolb
Daimier Chrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI 48326-2766

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield, MI 48086

John Persiani
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Joseph H. Lemkin
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102

Gregory J. Jordan
Dykema Gossett PLLC
10 Wacker
Suite 2300
Chicago, IL 60606

Alan H. Katz
Entergy Services, Inc.
7411 Highway 51 North
Southaven, MS 38671

Gary E. Green
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago, IL 60603

Lauren Newman
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago, IL 60603

Jill L. Murch
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764

Frederick T. Rikkers
419 Venture Court
Verona, WI 53593

Craig p. Rieders
Genovese Jablove & Battista, P.A.
100 S.E. 2nd Street
Suite 4400
Miami, FL 33131

Allan S. Brilliant
Goldwin Proctor LLP
599 Lexinton Avenue
New York, NY 10022

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-333

Sharan Nimul
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

J. Michael Debbler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 South Broadway
Suite 200
St. Louis, MO 63102

Christopher J. Battaglia
Halperin Battaglia Raicht, LLP
555 Madison Avenue
Ninth Floor
New York, NY 10022

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT 06510

Fred Stevens
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10018

Eric Wainer
Gazes LLC
32 Avenue of the Americas
Suite 1800
New York, NY 10013

David N. Crapo
Gibbons, Del Deo, Dolan, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Craig P. Druehl
Goldwin Proctor LLP
599 Lexinton Avenue
New York, NY 10022

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
1555 North River Center Drive
Suite 202
Milwaukee, WI 53212

Susan M. Argo
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Herb Reiner
Guaranty Bank
8333 Douglas Avenue
Dallas, TX 75225

Julie D. Dyas
Halperin Battaglia Raicht, LLP
555 Madison Avenue
Ninth Floor
New York, NY 10022

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash
26 Broadway
Suite 711
New York, NY 10004

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue
Suite 400
Atlantic City, NJ 08401-7212

Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
Suite 1800
New York, NY 10013

Merle C. Meyers
Goldberg, Stinnett, Meyers & Davis
44 Montgomery Street
Suite 2900
San Francisco, CA 94104

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
17 State Street
Fourth Floor
New York, NY 10004

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

Timothy C. Hall
Gratz, Miller & Brueggeman, S.C.
1555 North River Center Drive
Suite 202
Milwaukee, WI 53212

Cherie MacDonald
Greensfelder, Hemker & Gale, P.C.
10 South Broadway
Suite 200
St. Louis, MO 63102

Alan D. Halperin
Halperin Battaglia Raicht, LLP
555 Madison Avenue
Ninth Floor
New York, NY 10022

Harris D. Leinwand
350 Fifth Avenue
Suite 2418
New York, NY 10118

Carren Shulman
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York, NY 10036

Timothy Mehok
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York, NY 10036

Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover Street
M/S 1050
Palo Alto, CA 94304

Glen Dumont
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

Kenneth F. Higman
Hewlett-Packard Company
2125 East Katella Avenue
Suite 400
Anaheim, CA 92806

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

J. Eric Charlton
Hiscock & Barclay LLP
300 South State Street
Syracuse, NY 13202

Julia S. Kreher
Hodgson Russ LLP
One M&T Plaza
Suite 2000
Buffalo, NY 14203

Stephen H. Gross
Hodgson Russ LLP
230 Park Avenue
17th Floor
New York, NY 10169

Audrey Moog
Hogan & Harson LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109

Edward C. Dolan
Hogan & Harson LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109

Scott A. Golden
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln
Suite 4100
Denver, CO 80203

Donald T. Baty, Jr.
Honigman, Miller, Schwartz and Cohn
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

E. Todd Sable
Honigman, Miller, Schwartz and Cohn
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Thomas J. Schank
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Michael P. Massad, Jr.
Hunton & Williams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201

Steven T. Holmes
Hunton & Williams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201

Ann E. Evanko
Hurwitz & Fine P.C.
1300 Liberty Building
Buffalo, NY 14202

Ben T. Caughey
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Greg Bibbes
Infineon Technologies North America
1730 North First Street
M/S 11305
San Jose, CA 95112

Jeff Gillespie
Infineon Technologies North America
2529 Commerce Drive
Suite H
Kokomo, IN 46902

Richard Griffin
International Union of Operating Engineers
1125 17th Avenue
Washington, DC 20036

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield, MI 48034

Beth Klimczak
Jason, Inc.
411 East Wisconsin Avenue
Suite 2120
Milwaukee, WI 53202

Ronald R. Peterson
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

Jerry W. Gerde
Johnston, Harris, Gerde & Komarek
239 East 4th Street
Panama City, FL 32401

Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

John P. Sieger
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Cari Campen Laufenberg
Keller Rohrback L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Mark I. Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Susan M. Jennik
Kennedy, Jennick & Murray
113 University Place
Seventh Floor
New York, NY 10003

George B. South III
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Eric L. Schnabel
Klett Rooney Lieber & Schorling
The Brandywine Building, Suite 1410
1000 West Street
Wilmington, DE 19801

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street
17th Floor
Boston, MA 02110-1727

Erika Ruiz
Latham & Watkins
885 Third Avenue
New York, NY 10022

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Rob Charles
Lewis and Roca LLP
One South Church Street
Suite 700
Tucson, AZ 85701

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co.
65 East State Street
Suite 1800
Columbus, OH 43215

Erin M. Rily
Keller Rohrback L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Mark R. Somerstein
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Thomas Kennedy
Kennedy, Jennick & Murray
113 University Place
Seventh Floor
New York, NY 10003

Geoffrey A. Richards
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

DeWitt Brown
Klett Rooney Lieber & Schorling
The Brandywine Building, Suite 1410
1000 West Street
Wilmington, DE 19801

Kerry R. Northrup
Kutchin & Rufo, P.C.
155 Federal Street
17th Floor
Boston, MA 02110-1727

Henry P. Baer, Jr.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Michael J. Riela
Latham & Watkins
885 Third Avenue
New York, NY 10022

Susan M. Freeman
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

Lynn Lincoln Sarko
Keller Rohrback L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Gary A. Gotto
Keller Rohrback P.L.C.
National Bank Plaza, Suite 900
3101 North Central Avenue
Phoenix, AZ 85012

Larry Magarik
Kennedy, Jennick & Murray
113 University Place
Seventh Floor
New York, NY 10003

Alexandra B. Feldman
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Edward M. Fox
Kirkpatrick & Lockhart, et al.
599 Lexington Avenue
New York, NY 10022

Sam O. Simmerman
Krugliak, Wilkins, Griffiths, et al.
4775 Munson Street N.W.
Canton, OH 44735

Susan M. Cook
Lambert, Leser, Isackson, et al.
309 Davidson Building
Bay City, MI 48707-0836

John W. Weiss
Latham & Watkins
885 Third Avenue
New York, NY 10022

Mitchell A. Seider
Latham & Watkins
885 Third Avenue
New York, NY 10022

John England
Linear Technology Corporation
1630 McCarthy Boulevard
Milpitas, CA 95035-7417

| | | |
|---|---|---|
| Diane W. Sanders<br>Linebarger Goggan Blair, et al.<br>1949 I.H. 35 South<br>Austin, TX 78741 | Elizabeth Weller<br>Linebarger Goggan Blair, et al.<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201 | John P. Dillman<br>Linebarger Goggan Blair, et al.<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| P. Gregory Schwed<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154-0037 | William M. Hawkins<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154-0037 | Timothy S. McFadden<br>Lord, Bissel & Brook<br>115 South LaSalle Street<br>Chicago, IL 60603 |
| Timothy W. Brink<br>Lord, Bissel & Brook<br>115 South LaSalle Street<br>Chicago, IL 60603 | Kevin J. Walsh<br>Lord, Bissel & Brook LLP<br>885 Third Avenue<br>26th Floor<br>New York, NY 10022-4802 | Rocco N. Covino<br>Lord, Bissel & Brook LLP<br>885 Third Avenue<br>26th Floor<br>New York, NY 10022-4802 |
| Bruce S. Nathan<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>New York, NY 10020 | Ira M. Levee<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>New York, NY 10020 | Kenneth A. Rosen<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Michael S. Etikin<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>New York, NY 10020 | Scott Cargill<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Vincent A. D'Agostino<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Erik G. Chappell<br>Lyden, Liebenthal & Chappell<br>5565 Airport Highway<br>Suite 101<br>Toledo, OH 43615 | Richard J. Parks<br>MacDonald, Illig, Jones, et al.<br>100 State Street<br>Suite 700<br>Erie, PA 16507-1459 | Joe Landen<br>Madison Capital Management<br>6143 South Willow Drive<br>Suite 200<br>Greenwood Village, CO 80111 |
| Jeffrey M. Levinston<br>Margulies & Levinson, LLP<br>30100 Chagrin Boulevard<br>Suite 250<br>Pepper Pike, OH 44124 | Victor J. Mastromarco, Jr.<br>Mastromarco & Jahn, P.C.<br>P.O. Box 3197<br>Saginaw, MI 48605-3197 | Gary D. Santella<br>Masuda Funal Eifert & Mitchell<br>203 North LaSalle Street<br>Suite 2500<br>Chicago, IL 60601-1262 |
| Jeffrey G. Tougas<br>Meyer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | Raniero D'Aversa, Jr.<br>Meyer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | David J. Adler, Jr.<br>McCarter & English, LLP<br>245 Park Avenue<br>27th Floor<br>New York, NY 10187 |
| John J. Salmas<br>McCarthy Telrault LLP<br>66 Wellington Street West, Suite 4700<br>Toronto, Ontario M5K 1E6<br>CANADA | Lorne P. Salzman<br>McCarthy Telrault LLP<br>66 Wellington Street West, Suite 4700<br>Toronto, Ontario M5K 1E6<br>CANADA | James M. Sullivan<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10017 |
| Stephen B. Selbst<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10017 | Jean R. Robertson<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114 | Scott N. Opincar<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114 |

Shawn M. Riley
McDonald Hopkins Co., LPA
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

Jeffrey Bernstein
McElroy, Deutsch, Mulvaney, et al.
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Elizabeth L. Gunn
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Hanan Kolko
Meyer, Suozzi, English, et al.
1350 Broadway
Suite 501
New York, NY 10018

Lowell Peterson
Meyer, Suozzi, English, et al.
1350 Broadway
Suite 501
New York, NY 10018

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building, Suite 400
6801 Kenilworth Avenue
Riverdale Park, MD 20737-1385

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building, Suite 400
6801 Kenilworth Avenue
Riverdale Park, MD 20737-1385

Metro-Dade Paralegal Unit
Miami-Dade County Tax Collector
140 West Flagler Street
Suite 1403
Miami, FL 33130

Michael Cox
Cadillac Place
3030 West Grand Boulevard
Suite 10-200
Detroit, MI 48202

Dennis J. Raterink
Michigan Dept. of Labor and
  Economic Growth
P.O. Box 30736
Lansing, MI 48909-7717

Michael Cox
Michigan Dept. of Labor and
  Economic Growth
P.O. Box 30736
Lansing, MI 48909-7717

Kerry Hopkins
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Thomas P. Sarb
Miller Johnson
P.O. Box 800
Grand Rapids, MI 49501-0306

Robert D. Wolford
Miller Johnson
P.O. Box 800
Grand Rapids, MI 49501-0306

Jonathan S. Green
Miller, Canfield, Paddock and Stone
150 West Jefferson Avenue
Suite 2500
Detroit, MI 48226

Timothy A. Fusco
Miller, Canfield, Paddock and Stone
150 West Jefferson Avenue
Suite 2500
Detroit, MI 48226

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris, et al.
One Financial Center
Boston, MA 02111

Stephanie K. Hoos
Mintz, Levin, Cohn, Ferris, et al.
The Chrysler Center
666 Third Avenue
New York, NY 10017

Jeff Ott
Molex Connector Corp.
2222 Wellington Court
Lisle, IL 60532

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Richard W. Esterkin
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90017

Leslie Ann Berkoff
Morritt Hock Hamroff & Horowitz
400 Garden City Plaza
Garden City, NJ 11530

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

Joseph J. Wielebinski
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

Sandra S. Hamilton
Nantz, Litowich, Smith, et al.
2025 East Beltline, S.E.
Suite 600
Grand Rapids, MI 49546

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway
Suite 260
Southfield, MI 48034

| | | |
|---|---|---|
| Susanna C. Brennan<br>Nathan, Neuman & Nathan, P.C.<br>29100 Northwestern Highway<br>Suite 260<br>Southfield, MI 48034 | Lisa M. Moore<br>National City Commercial Capital<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | George B. Cauthen<br>Nelson Mullins Riley & Scarborough<br>P.O. Box 11070<br>Columbia, SC 29201 |
| Bradley E. Beckworth<br>Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, TX 75838 | Jeffrey J. Angelovich<br>Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, TX 75838 | Susan Whatley<br>Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, TX 75838 |
| James Imbriaco<br>Noma Company and General Chemical<br>  Performance Products<br>90 East Halsey Road<br>Parsippenny, NJ 08876 | Elizabeth L. Abdelmasieh<br>Norris, McLaughlin & Marcus<br>P.O. Box 1018<br>Somerville, NJ 08876 | David G. Heiman<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114 |
| Michelle M. Hamer<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114 | Camille Hope<br>Office of the Chapter 13 Trustee<br>P.O. Box 954<br>Macon, GA 31202 | Jay W. Hurst<br>Office of the Texas Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Michael M. Zizza<br>Orbotech, Inc.<br>44 Manning Road<br>Billerica, MA 01821 | Michael C. Moody<br>O'Rourke Katten & Moody<br>161 North Clark Street<br>Suite 2230<br>Chicago, IL 60601 | Alyssa Englunch<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103 |
| Anthony Princi<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103 | Thomas L. Kent<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103 | Frederick D. Holder, Jr.<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Jonathan P. Guy<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, N.W.<br>Washington, DC 20007 | Matthew W. Cheney<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, N.W.<br>Washington, DC 20007 | Richard H. Wyron<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, N.W.<br>Washington, DC 20007 |
| Melissa A. Hager<br>Otterburg, Steinder, Houston, et al.<br>230 Park Avenue<br>New York, NY 10169 | Scott L. Hazan<br>Otterburg, Steinder, Houston, et al.<br>230 Park Avenue<br>New York, NY 10169 | Curtis J. Weidler<br>Paul, Weiss, Rifkind, et al.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Douglas R. Davis<br>Paul, Weiss, Rifkind, et al.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Elizabeth R. McColm<br>Paul, Weiss, Rifkind, et al.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Stephen J. Shimshak<br>Paul, Weiss, Rifkind, et al.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Peggy Housner<br>Cadillac Place<br>3030 West Grand Boulevard<br>Suite 10-200<br>Detroit, MI 48202 | Anne Marie Aaronson<br>Pepper, Hamilton LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799 | Francis J. Lawall<br>Pepper, Hamilton LLP<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799 |

Henry Jaffe
Pepper, Hamilton LLP
P.O. Box 1709
Wilmington, DE 19899-1709

Linda J. Casey
Pepper, Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

Jacob A. Manheimer
Pierce Atwood LLP
One Monument Square
Portland, ME 04101

Keith J. Cunningham
Pierce Atwood LLP
One Monument Square
Portland, ME 04101

Karen B. Dine
Pillsbury Winthrop Shaw Pittman
1540 Broadway
New York, NY 10036-4039

Margot P. Erlich
Pillsbury Winthrop Shaw Pittman
1540 Broadway
New York, NY 10036-4039

Mark D. Houle
Pillsbury Winthrop Shaw Pittman
650 Town Center Drive
Seventh Floor
Costa Mesa, CA 92626-7122

Richard L. Epling
Pillsbury Winthrop Shaw Pittman
1540 Broadway
New York, NY 10036-4039

Robin L. Spear
Pillsbury Winthrop Shaw Pittman
1540 Broadway
New York, NY 10036-4039

Richard M. Meth
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Ronald S. Beacher
Pitney Hardin LLP
7 Times Square
New York, NY 10036

Brett S. Moore
Porzio, Bromberg & Newman, P.C.
P.O. Box 1997
Morristown, NJ 07960

John S. Mairo
Porzio, Bromberg & Newman, P.C.
P.O. Box 1997
Morristown, NJ 07960

Jill M. Hartley
Previant, Goldberg, Uelman, et al.
1555 North RiverCenter Drive
Suite 202
Milwaukee, WI 53212

Marianne G. Robbins
Previant, Goldberg, Uelman, et al.
1555 North RiverCenter Drive
Suite 202
Milwaukee, WI 53212

John V. Gorman
Professional Technologies Services
P.O. Box 304
Frankenmuth, MI 48734

Kenneth A. Reynolds
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY 11590

Jason Pickering
QAD, Inc.
10,000 Midlantic Drive
Mt. Laurel, NJ 08054

Andrew Herenstein
Quadrangle Debt Recovery Advisors
375 Park Avenue
14th Floor
New York, NY 10152

Patrick Bartels
Quadrangle Debt Recovery Advisors
375 Park Avenue
14th Floor
New York, NY 10152

John A. Harris
Quarles & Brady Streich Lang
Renaissance One
Two North Center Avenue
Phoenix, AZ 85004-5200

Kasey C. Nye
Quarles & Brady Streich Lang
One South Church Street
Tucson, AZ 85701

Scott R. Goldberg
Quarles & Brady Streich Lang
Renaissance One
Two North Center Avenue
Phoenix, AZ 85004-5200

Elena Lazarou
Reed Smith
599 Lexington Avenue
29th Floor
New York, NY 10022

Richard P. Norton
Reed Smith
One Riverfront Plaza
First Floor
Newark, NJ 07102

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Avenue
Suite 4500
Seattle, WA 98154-1195

Jerome F. Crotty
Rieck & Crotty PC
55 West Monroe Street
Suite 3390
Chicago, IL 60603

Mark S. Scott
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Holly Rogers
Riverside Claims LLC
2109 Broadway
Suite 206
New York, NY 10023

Annemarie B. Matthews
Robinson, McFadden & Moore
P.O. Box 944
Columbia, SC 29202

Marc E. Hirschfield
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087

Charles S. Schulman
Sachnoff & Weaver, Ltd.
10 South Wacker Drive
40th Floor
Chicago, IL 60606

Daniel Weiner
Schafer and Weiner PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

Ryan Hellman
Schafer and Weiner PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Michael L. Cook
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Sheldon S. Toll
Sheldon S. Toll PLLC
2000 Town Center
Suite 2550
Southfield, MI 48075

Theodore A. Cohen
Sheppard Mullin Richter & Hampton
333 South Hope Street
48th Floor
Los Angeles, CA 90071

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
515 South Hope Street
Suite 1100
Los Angeles, CA 90071

Thomas R. Slome
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11533

Christopher R. Belmonte
Satterlee Stephens Burke & Burke
230 Park Avenue
New York, NY 10169

Howard Borin
Schafer and Weiner PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

Michael Yetnikoff
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Carol Weiner Levy
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

William J. Hanlon
Seyfarth Shaw LLP
World Trade Center East, Suite 300
Two Seaport Lane
Boston, MA 02210

Eric Waters
Sheppard Mullin Richter & Hampton
30 Rockefeller Plaza
24th Floor
New York, NY 10112

Theresa Wardle
Sheppard Mullin Richter & Hampton
333 South Hope Street
48th Floor
Los Angeles, CA 90071

Gregory O. Kaden
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway
17th Floor
New York, NY 10004

Pamela A. Bosswick
Satterlee Stephens Burke & Burke
230 Park Avenue
New York, NY 10169

Max Newman
Schafer and Weiner PLLC
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304

William I. Kohn
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60066

James T. Bentley
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Paul M. Baisier
Seyfarth Shaw LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401

Bruce A. Harwood
Sheehan Phinney Bass & Green
P.O. Box 3701
Manchester, NH 03105-3701

Malani J. Sternstein
Sheppard Mullin Richter & Hampton
30 Rockefeller Plaza
24th Floor
New York, NY 10112

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, et al.
909 Poydras Street
Suite 2800
New Orleans, LA 70112

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, et al.
909 Poydras Street
28th Floor
New Orleans, LA 70112-1033

Jack M. Zackin
Sills, Cummis, Epstein & Gross
30 Rockefeller Plaza
New York, NY 10112

Kathleen M. Miller
Smith, Katzenstein & Furlow
P.O. Box 410
Wilmington, DE 19899

Lloyd B. Sarakin
Sony Electronics Inc.
1 Sony Drive
MD #1 E-4
Park Ridge, NJ 07656

Penn Ayers Butler
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, CA 94304

John M. Baumann
Steel Technologies, Inc.
15415 Shelbyville Road
Louisville, KY 40245

Jeffrey S. Posta
Sterns & Weinroth, P.C.
P.O. Box 1298
Trenton, NJ 08607-1298

Mark A. Sheiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106

Joseph G. Minias
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Richard L. Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957

Jennifer L. Adamy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Chaim J. Fortgang
Silver Point Capital, L.P.
Two Greenwich Plaza
First Floor
Greenwich, CT 06830

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Robert M. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road
Suite 444
Bingham Farms, MI 48025

Sarah E. Morrison,
Deputy Attorney General
California Office of Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Robert F. Kidd
Stein, Rudser, Cohen & Magid LLP
825 Washington Street
Suite 200
Oakland, CA 94607

Chester G. Salomon
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Madison L. Cashman
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

Kristopher M. Hansen
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

W. Timothy Miller
Taft, Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957

Andrew H. Sherman
Sills, Cummis, Epstein & Gross
30 Rockefeller Plaza
New York, NY 10112

Barbara Ellis-Monro
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E.
Suite 3100
Atlanta, GA 30309

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Eric Marcks
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3492

Richard Hwang, Assist. Atty. General
Michigan Department of Labor
3030 West Grand Boulevard
Suite 9-600
Detroit, MI 48202

Mark H. Shapiro
Steinberg Shapiro & Clark
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

W. Robinson Beard
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202

Robert N. Steinwurtzel
Swidler Berlin LLP
The Washington Harbour, Suite 300
3000 K Street, N.W.
Washington, DC 20007

Marvin E. Clements, Jr.
Tennessee Dept. of Revenue
c/o Tennessee Atty. General's Office
P.O. Box 20207
Nashville, TN 37202-2504

David B. Draper
Terra Law LLP
60 South Market Street
Suite 200
San Jose, CA 95113

Mr. Tetsuhiro Nitzeki
The Furukawa Electric Co., Ltd.
6-1 Marunouchi
2-Chrome, Chiyoda-ku
Tokyo 100-8322, JAPAN

Daniel A. Lowenthal
(American Finance Group, Inc.)
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue
Suite 3300
Dallas, TX 75201-4693

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
City Place
35th Floor
Hartford, CT 06103-3488

David Jury
United Steel, etc. International Union
Five Gateway Center
Suite 807
Pittsburgh, PA 15222

Tiffany Strelow Cobb
Vorys, Sater, Seymour & Pease LLP
P.O. Box 1008
Columbus, OH 43216-1008

David E. Lemke
Waller Lansden Dorich & Davis
511 Union Street
Suite 2700
Nashville, TN 37219

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center
Suite 2700
Southfield, MI 48075

Jonathan D. Forstot
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Robert Morris
The Timpken Corporation BIC-08
P.O. Box 6927
Canton, OH 44706-0927

Rhett G. Cambell
Thompson & Knight
333 Clay Street
Suite 3300
Houston, TX 77002

Ed Phillips, Jr.
Thuman & Phillips, P.C.
8000 I.H. 10 West
Suite 1000
San Antonio, TX 78230

Maura I. Russell
Traub, Bonaquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017

Helen Zamboni
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester, NY 14604

Michael S. McElwee
Varnum, Riddering, Schmidt, et al.
P.O. Box 353
Grand Rapids, MI 49501-0352

Emil A. Kleinhaus
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Robert J. Welhoelter
Waller Lansden Dorich & Davis
511 Union Street
Suite 2700
Nashville, TN 37219

Stephen B. Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Louis A. Curcio
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Daniel A. Lowenthal
(Oki Semiconductor Company)
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022

Ira L. Herman
Thomas & Knight LLP
919 Third Avenue
39th Floor
New York, NY 10022-3915

Jill Levi
Todd & Levi LLP
444 Madison Avenue
Suite 1202
New York, NY 10022

Wendy G. Marcari
Traub, Bonaquist & Fox LLP
655 Third Avenue
21st Floor
New York, NY 10017

Mary Ann Kilgore
Union Pacific Railroad Company
1400 Douglas Street
MC 1580
Omaha, NE 68179

Robert J. Sidman
Vorys, Sater, Seymour & Pease LLP
P.O. Box 1008
Columbus, OH 43216-1008

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, et al.
650 Town Center Drive
Suite 950
Costa Mesa, CA 92626

Aram Ordubegian
Weinstein, Elsen & Weiss LLP
1925 Century Park East
Suite 1150
Los Angeles, CA 90067

Geoffrey J. Peters
Weltman, Weinberg & Reis Co.
175 South Third Street
Suite 900
Columbus, OH 43215

Glenn Kurtz
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Gerard Uzzi
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Douglas Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Thomas Lauria
White & Case LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-4894

Berry D. Spears
Winstead Sechrest & Minick P.C.
401 Congress Avenue
Suite 2100
Austin, TX 78701

R. Michael Farquhar
Winstead Sechrest & Minick
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Marc J. Winthrop
Winthrop Couchot
660 Newport Center Drive
Fourth Floor
Newport Beach, CA 92660

Sean A. O'Keefe
Winthrop Couchot
660 Newport Center Drive
Fourth Floor
Newport Beach, CA 92660

Oscar Iglesias
WL Ross & Co., LLC
600 Lexington Avenue
19th Floor
New York, NY 10022

Lillian H. Pinto
Womble Carlyle Sandridge & Rice
300 North Greene Street
Suite 1900
Greensboro, NC 27402

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022