UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
In re                                            :    Chapter 11
:
DELPHI CORPORATION, et al.,                      :    Case No. 05-44481 (RDD)
:
Debtors.                             :    (Jointly Administered)
:
------------------------------------------------x

### ORDER GRANTING MOTION OF WOCO INDUSTRIETECHNIK GmbH FOR EXTENTION OF TIME TO FILE RESPONSE TO OBJECTION TO PROOF OF CLAIM

The Motion of Woco Industrietechnik GmbH for Request of Extension of Time to File Response to Objection to Proof of Claim having been duly filed and served; and the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED the Motion of Woco Industrietechnik GmbH for an Extension of Time to File Response to Objection to Proof of Claim is hereby granted and Woco Industrietechnik GmbH's Response to Objection to Claim as filed is accepted.

_____
U.S. Bankruptcy Judge