UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                       :

In re                       :        Chapter 11
                       :

DELPHI CORPORATION, et al.,     :        Case No. 05-44481 (RDD)
                       :

           Debtors.       :        (Jointly Administered)
                       :

---------------------------------------------------------x

### WOCO INDUSTRIETECHNIK GmbH'S
### RESPONSE TO OBJECTION TO CLAIM

1.      On or about July 18, 2006 Woco Industrietechnik GmbH filed a Proof of

Claim in this matter for the amount of $80,563.84 Euros (equivalent to $100,883.41 as of

7-17-06). (See Proof of Claim, Exhibit 1).

2.      Debtor has objected to said Proof of Claim on the basis of "insufficient

documentation".

3.      Attached hereto, is all of the documentation supporting Woco

Industrietechnik GmbH's Proof of Claim in this matter. (See Exhibit 2).

4.      As Woco Industrietechnik GmbH has documented evidence to substantiate

its claim as set forth in its Proof of Claim, Debtor's objection is not warranted.

WHEREFORE, Woco Industrietechnik GmbH respectfully requests this



RECEIVED
MAY 3 0 2006
CLAIMS PROCESSING CENTER
USBC, SDNY     1

Honorable Court dismiss Debtor's objection to Woco Industrietechnik GmbH's Proof of

Claim.

Respectfully submitted,

**SULLIVAN, WARD,
ASHER & PATTON, P.C.**

By:

SETH P. TOMPKINS (P63249)
Attorney for Woco Industrietechnik GmbH
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000
(248) 746-0700

Dated:  November 28, 2006

2

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Corporation | Case Number 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**WOCO Industrietechnik GmbH**

Name and address where notices should be sent:
Seth P. Tompkins, Esq.
25800 Northwestern Hwy., #1000
Southfield, MI 48075-1000
Telephone number: (248) 746-0700

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated:_____

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
    (date)        (date)

**2. Date debt was incurred:**
3/05 - 9/05

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 80,563.84 Euros
(Equiv. to $100,883.41 as of 7/17/06)
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**
$ 80,563.84 Euros        $80,563.84 Euro
  (unsecured)   (secured)   (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

THIS SPACE IS FOR COURT USE ONLY

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date 7/18/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Seth P. Tompkins, Attorney

**EXHIBIT 1**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§

*1. Document*

*Delphi Automotive Systems, Flint - Michigan USA*

| Beleg-Nr | Beleg-Dat | Betrag € | Rest € | SH |
|---|---|---|---|---|
| 21A14879464 | 08. Aug 05 | 1.222,80 | 1.204,52 | S |
| 21A14879465 | 08. Aug 05 | 1.029,60 | 1.029,60 | S |
| 21A14881128 | 15. Aug 05 | 325,20 | 325,20 | S |
| 21A14881129 | 15. Aug 05 | 514,80 | 514,80 | S |
| 21A14883061 | 22. Aug 05 | 162,60 | 162,60 | S |
| 21A14883062 | 22. Aug 05 | 917,10 | 917,10 | S |
| 21A14884949 | 29. Aug 05 | 764,25 | 764,25 | S |
| 21A14884950 | 29. Aug 05 | 343,20 | 343,20 | S |
| 21A14887060 | 05. Sep 05 | 325,20 | 325,20 | S |
| 21A14887061 | 05. Sep 05 | 343,20 | 343,20 | S |
| 21A14889524 | 13. Sep 05 | 1.681,35 | 1.681,35 | S |
| 21A14889525 | 13. Sep 05 | 487,80 | 487,80 | S |
| 21A14891536 | 20. Sep 05 | 1.222,80 | 1.222,80 | S |
| 50592 | 03. Aug 04 | 11.246,40 | 11.246,40 | S |
| | | 20.586,30 | 20.568,02 | S |

debit note DB 2004012016220 / 2002-09-18

EXHIBIT
2

```
            FIRMA                                                  Copy
            DELPHI AUTOMOTIVE SYSTEMS
            P.O. BOX 1550

            USA 48501/1550 FLINT, MICHIGAN                        2/1 920583
            UNITED STATES OF AMERICA                              08.08.05


CustomerNo.   6217          LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO                                      2/1 879464

                                                                 08.08.05



L. DOMING  PEDP4360028          15.05.06   FR.M.SZELES   7263   2/1 021264


PANALPINA            X                            97              90


79906 EL PASO, TEXAS  DELPHI EL PASO /RBE VII



Pos.:     001                                6000    PI    20,38     1222,8
          024017
          DICHTMANSCHETTE
          10731463
          QUAL:51C5080
          SHORE 50 +/-5

          10731463
Packmittel:      1,00    EW PAL
                 8,00    KARTON



Abruf:  PEDP5360044 003
               DE813312248

                                                        16 %
               1222,80                   1222,80             EUR    1222,80

INCOTERMS: FCA BAD SODEN-SALMUENSTER
```

```
FIRMA                                                           Copy
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550

USA 48501/1550 FLINT, MICHIGAN                              2/1 920588
UNITED STATES OF AMERICA                                       08.08.05


CustomerNo.   6217       LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                           2/1 879465

                                                              08.08.05



L. DOMING  PEDP4360028          12.08.05    FR.M.SZELES    7263   2/1 021625


PANALPINA              X                          50              47


79906 EL PASO, TEXAS  DELPHI EL PASO /RBE VII



Pos.:     001
          0210461A                              6600    PZ   15,60    1029,6
          TUELLE
          15484909 / A 000 998 21 02
          QUAL: 51M5045
          SHORE: 50 +/- 5
          HTS code: 40169988
          15484909
Packmittel:          1,00   EW PAL
                     6,00   KARTON



Abruf:  PEDP5360044 003
             DE813312248
                                                   16 %
          1029,60                 1029,60              EUR    1029,60

INCOTERMS: FCA BAD SODEN-SALMUENSTER
VERPACKUNG: KARTON, WOCO K-25 = 1100 TEILE; GEW: 7,8 KG
```

004

```
            FIRMA
            DELPHI AUTOMOTIVE SYSTEMS                                    Copy
            P.O. BOX 1550

            USA 48501/1550 FLINT, MICHIGAN
            UNITED STATES OF AMERICA                                    2/1 934629
                                                                        15.08.05

CustomerNo.     6217        LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                                        2/1 881128

                                                                        15.08.05


RAUL CHAV  PEDP4360028           15.05.06    FRAU MATHES-JOBC 7370    2/1 019147


PANALPINA             X                              31                      29


79906 EL PASO, TEXAS  DELPHI EL PASO /RBE VII


Pos.:      001
           022502                                     2000    PI    16,26      325,2
           KABELTUELLE
           ID630222/15338963 GROMMET
           QUAL.: 51C4040
           SHORE: 40 +/- 5
           HTS-CODE: 40169958000
           15338963
Packmittel:        2,00    KARTON



Abruf:  PEDP5360044
                   DE813312248

                                                        16 %
              325,20                   325,20                   EUR    325,20

INCOTERMS: FCA BAD SODEN-SALMUENSTER
```

```
FIRMA                                                              Copy
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550

USA 48501/1550 FLINT, MICHIGAN                                2/1 934624
UNITED STATES OF AMERICA                                        15.08.05


CustomerNo.   6217        LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                             2/1 881129

                                                               15.08.05



L. DOMING  PEDP4360028        12.08.05     FR.M.SZELES    7263   2/1 021625


PANALPINA              X                          24              22


79906 EL PASO, TEXAS  DELPHI EL PASO /RBE VII



Pos.:     001
          0210461A                            3300   PI   15,60      514,8
          TUELLE
          15484909 / A 000 998 21 02
          QUAL: 51M5045
          SHORE: 50 +/- 5
          HTS code: 40169988
          15484909
Packmittel:      3,00   KARTON



Abruf:   PEDP5360044 003
             DE813312248
                                                   16 %
          514,80                      514,80           EUR      514,80

INCOTERMS: FCA BAD SODEN-SALMUENSTER
VERPACKUNG: KARTON, WOCO K-25 = 1100 TEILE; GEW: 7,8 KG
```

☐ 008

```
          FIRMA
          DELPHI AUTOMOTIVE SYSTEMS                                    Copy
          P.O. BOX 1550

          USA 48501/1550 FLINT, MICHIGAN
          UNITED STATES OF AMERICA                                  2/1 952777
                                                                     22.08.05

CustomerNo.   6217         LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                                    2/1 883061

                                                                     22.08.05
```

RAUL CHAV  PEDP4360028           15.05.06    FRAU MATHES-JOEC  7370   2/1 019147

PANALPINA            X                               26                  15

79906 EL PASO, TEXAS  DELPHI EL PASO /RBE VII

```
Pos.:     001
          022502                               1000    PI    16,26      162,6
          KABELTUELLE
          ID630222/15338963 GROMMET
          QUAL.: 51C4040
          SHORE: 40 +/- 5
          HTS-CODE: 40169958000
          15338963
Packmittel:        1,00    EW PAL
                   1,00    KARTON


Abruf:    PEDP5360044
                  DE813312248

                                                      16 %
              162,60                        162,60           EUR     162,60
```

INCOTERMS: FCA BAD SODEN-SALMUENSTER

FIRMA
DELPHI AUTOMOTIVE SYSTEMS                                    Copy
P.O. BOX 1550

USA 48501/1550 FLINT, MICHIGAN
UNITED STATES OF AMERICA                                     2/1 952797
                                                            22.08.05

CustomerNo.   6217        LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                            2/1 883062

                                                            22.08.05


L. DOMING  PEDP4360028          15.05.06    FR.M.SZELES   7263  2/1 021264


PANALPINA           X                           72              67


79906 EL PASO, TEXAS  DELPHI EL PASO /RBE VII


Pos.:      001
           024017                               4500   PI    20,38      917,1
           DICHTMANSCHETTE
           10731463
           QUAL:51C5080
           SHORE 50 +/-5

           10731463
Packmittel:      1,00   EW PAL
                 6,00   KARTON


Abruf:   PEDP5360044 003
              DE813312248

                                                16 %
         917,10                     917,10             EUR    917,10

INCOTERMS: FCA BAD SODEN-SALMUENSTER

FIRMA
DELPHI AUTOMOTIVE SYSTEMS                                    Copy
P.O. BOX 1550

USA 48501/1550 FLINT, MICHIGAN                               2/1 967429
UNITED STATES OF AMERICA                                         29.08.05

CustomerNo.   6217       LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                            2/1 884949

                                                                29.08.05


L. DOMING  PEDP4360028          15.05.06    FR.M.SZELES    7263  2/1 021264


PANALPINA            X                            70              55


79906 EL PASO, TEXAS  DELPHI EL PASO /RBE VII


Pos.:      001
           024017                            3750    PI   20,38     764,2
           DICHTMANSCHETTE
           10731463
           QUAL:51C5080
           SHORE 50 +/-5

           10731463
Packmittel:      1,00    EW PAL
                 5,00    KARTON


Abruf:   PEDP5360044 003
              DE813312248

                                                    16 %
           764,25                 764,25            EUR     764,25

INCOTERMS: FCA BAD SODEN-SALMUENSTER

FIRMA
DELPHI AUTOMOTIVE SYSTEMS                                          Copy
P.O. BOX 1550

USA 48501/1550 FLINT, MICHIGAN                                    2/1 967426
UNITED STATES OF AMERICA                                          29.08.05

CustomerNo.   6217        LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                                 2/1 884950

                                                                 29.08.05

L. DOMING  PEDP436002B           12.08.05    FR.M.SZELES    7263   2/1 021625

PANALPINA            X                              15              14

79906 EL PASO, TEXAS   DELPHI EL PASO /RBB VII

    .

Pos.:     001
          0210461A                               2200   PI   15,60      343,2
          TUELLE
          15484909 / A 000 998 21 02
          QUAL: 51M5045
          SHORE: 50 +/- 5
          HTS code: 40169988
          15484909
Packmittel:        1,00   EW PAL
                   2,00   KARTON

Abruf:   PEDP5360044 003
              DE813312248

                                                 16 %
          343,20                   343,20             EUR      343,20

INCOTERMS: FCA BAD SODEN-SALMUENSTER
VERPACKUNG: KARTON, WOCO K-25 = 1100 TEILE; GEW: 7,8 KG

FIRMA
DELPHI AUTOMOTIVE SYSTEMS                                    Copy
P.O. BOX 1550

USA 48501/1550 FLINT, MICHIGAN
UNITED STATES OF AMERICA                                     2/1 977394
                                                                05.09.05

CustomerNo.   6217      LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                            2/1 887060

                                                                05.09.05


RAUL CHAV  PEDP4360028         15.05.06    FRAU MATHES-JOEC  7370   2/1 019147


PANALPINA          X                            31                29


79906 EL PASO, TEXAS  DELPHI EL PASO /RBE VII


Pos.:     001
          022502                           2000   PI    16,26      325,2
          KABELTUELLE
          ID630222/15338963 GROMMET
          QUAL.: 51C4040
          SHORE: 40 +/- 5
          HTS-CODE: 40169958000
          15338963
Packmittel:     2,00   KARTON


Abruf:  PEDP5360044
              DE813312248

                                                     16 %
          325,20                       325,20        EUR      325,20

INCOTERMS: FCA BAD SODEN-SALMUENSTER

☑ 011

FIRMA
DELPHI AUTOMOTIVE SYSTEMS                                        Copy
P.O. BOX 1550

USA 48501/1550 FLINT, MICHIGAN
UNITED STATES OF AMERICA                                         2/1 975325
                                                                   05.09.05

CustomerNo.    6217        LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                                2/1 887061

                                                                   05.09.05

L. DOMING  PEDP4360028         12.08.05    FR.M.SZELES    7263   2/1 021625

PANALPINA            X                                    16          15

79906 EL PASO, TEXAS   DELPHI EL PASO /RBE VII

Pos.:      001
           0210461A                             2200    PI    15,60      343,2
           TUELLE
           15484909 / A 000 998 21 02
           QUAL: 51M5045
           SHORE: 50 +/- 5
           HTS code: 40169988
           15484909
Packmittel:      2,00   KARTON

Abruf:   PEDP5360044 003
              DE813312248

                                                         16 %
              343,20                   343,20                  EUR    343,20

INCOTERMS: FCA BAD SODEN-SALMUENSTER
VERPACKUNG: KARTON, WOCO K-25 = 1100 TEILE; GEW: 7,8 KG

```
                FIRMA
                DELPHI AUTOMOTIVE SYSTEMS                          Copy
                P.O. BOX 1550

                USA 48501/1550 FLINT, MICHIGAN
                UNITED STATES OF AMERICA                        2/1 985597
                                                                 13.09.05

CustomerNo.    6217        LIEF-NR.: 31746459
Terms of Pay.  60 TAGE NETTO
                                                                2/1 889524

                                                                 13.09.05
```

```
L. DOMING  PEDP4360028           15.05.06    FR.M.SZELES     7263   2/1 021264


PANALPINA            X                                 141              121


79906 EL PASO, TEXAS  DELPHI EL PASO /RBE VII
```

```
Pos.:      001
           024017                              8250    PI    20,38    1681,3
           DICHTMANSCHETTE
           10731463
           QUAL:51C5080
           SHORE 50 +/-5

           10731463
Packmittel:      1,00    EW PAL
                11,00    KARTON



Abruf:   PEDP5360044 003
                 DE813312248

                                                   16 %
               1681,35                  1681,35           EUR   1681,35

INCOTERMS: FCA BAD SODEN-SALMUENSTER
```

FIRMA
DELPHI AUTOMOTIVE SYSTEMS                                         Copy
P.O. BOX 1550

USA 48501/1550 FLINT, MICHIGAN
UNITED STATES OF AMERICA                                          2/1 983057
                                                                 13.09.05

CustomerNo.    6217        LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                                 2/1 889525

                                                                 13.09.05


RAUL CHAV   PEDP4360028           15.05.06    FRAU MATHES-JOEC  7370   2/1 019147


PANALPINA              X                                47              44


79906 EL PASO, TEXAS   DELPHI EL PASO /RBE VII


Pos.:     001
          022502                                3000    PI    16,26       487,8
          KABELTUELLE
          ID630222/15338963 GROMMET
          QUAL.: 51C4040
          SHORE: 40 +/- 5
          HTS-CODE: 40169958000
          15338963
Packmittel:     1,00   EW PAL
                3,00   KARTON


Abruf:  PEDP5360044
              DE813312248

                                                        16 %
          487,80                         487,80                EUR     487,80

INCOTERMS: FCA BAD SODEN-SALMUENSTER

FIRMA
DELPHI AUTOMOTIVE SYSTEMS                                        Copy
P.O. BOX 1550

USA 48501/1550 FLINT, MICHIGAN
UNITED STATES OF AMERICA                                         2/1 994388
                                                                   20.09.05

CustomerNo.   6217        LIEF-NR.: 31746458
Terms of Pay.  60 TAGE NETTO
                                                                2/1 891536

                                                                   20.09.05


L. DOMING   PEDP4360028        15.05.06      FR.M.SZELES      7263    2/1 021264


PANALPINA          X                                   106              89


79906 EL PASO, TEXAS   DELPHI EL PASO /RBE VII


Pos.:      001
           024017
           DICHTMANSCHETTE                   6000    PI     20,38    1222,8
           10731463
           QUAL:51C5080
           SHORE 50 +/-5

           10731463
Packmittel:     1,00    EW PAL
                8,00    KARTON


Abruf:   PEDP5360044 003
               DE813312248

                                                            16 %
           1222,80                 1222,80           EUR    1222,80
INCOTERMS: FCA BAD SODEN-SALMUENSTER

FORM B10 (Official Form 10) (04/04)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

— DEFINITIONS —

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the that the creditor has a lien on p of the debtor (collateral) that g creditor the right to be paid fro property before creditors who have liens on the property.

Examples of liens are a mort estate and a security interes truck, boat, television set, c of property. A lien may ha obtained through a court before the bankruptcy ca some states a court judg In addition, to the extent a credit owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

*(handwritten annotations)* 30.05.2006/16:53 H. Fuchs auf MB gesprochen. m.d. B um Rücken[...] by the ban... Unsecured Nonpriority Claim.

---

## Items to be completed in Proof of Claim form (if not already filled in)

### Court, Name of Debtor, and Case Number:
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

### Information about Creditor:
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If someone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

### 1. Basis for Claim:
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

### 2. Date Debt Incurred:
Fill in the date when the debt first was owed by the debtor.

### 3. Court Judgment:
If you have a court judgment for this debt, state the date the court entered the judgment.

### 4. Total Amount of Claim at Time Case Filed:
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

### 5. Secured Claim:
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

### 6. Unsecured Nonpriority Claim:
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above.) If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount *not* entitled to priority.

### 7. Unsecured Priority Claim:
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

### 8. Credits:
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

### 9. Supporting Documents:
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

2. Document

*Delphi Delco Electronic System, Kokomo - Indiana USA*

| Beleg-Nr | Beleg-Dat | Betrag | Rest | SH |
|---|---|---|---|---|
| 22A14222344 | 26. Mai 04 | 26.910,00 | 26.910,00 | S |
| 22A14222423 | 25. Jun 04 | 3.481,53 | 3.481,53 | S |
| 22A14222804 | 05. Nov 04 | 3.500,00 | 3.500,00 | S |
| 22A17224194 | 27. Jan 05 | 10.477,67 | 10.477,67 | S |
| | | | | |
| | | | 44.369,20 | S |

```
            FIRMA
            DELPHI DELCO ELECTRONIC SYSTEM
            MANUAL RECEIPTS PROCESSING
            MS - 9A241                                          Copy
            P.O. BOX 9005

            USA 0 KOKOMO, IN 46904 - 9005
            UNITED STATES OF AMERICA                            2/2 214606
                                                                26.05.04

CustomerNo.    7504          LIEF-NR.:
Terms of Pay.  60 TAGE NETTO
                                                                2/2 222344

                                                                26.05.04


JONES, R.  450048987              11.02.04      FR.M.SZELES      7263   2/2 005506


                    X


0      KOKOMO, IN 46904 - 9005  DELPHI DELCO ELECTRONIC SYSTEM



Pos.:      001
           WZ0310284A                            1    PI    26910,00      26910,0
           GROMMET TOP
           PR10067798 00010
           REQUESTER: DAHQ ELTOM K.
           TOOL
           12245395 PRODUCTION TOOL DIE
           FOR WOCO GROMMET TOP




Abruf:  450048987
                 DE813312248

                                                       16 %
             26910,00                26910,00                EUR   26910,00

INCOTERMS: FCA BAD SODEN-SALMUENSTER
```

```
FIRMA
DELPHI DELCO ELECTRONIC SYSTEM
MANUAL RECEIPTS PROCESSING
MS - 9A241                                           Copy
P.O. BOX 9005

USA 0 KOKOMO, IN 46904 - 9005
UNITED STATES OF AMERICA                             2/2 214709
                                                         25.06.04
```

CustomerNo.    7504         LIEF-NR.:
Terms of Pay.  60 TAGE NETTO
                                                     2/2 222423

                                                         25.06.04


K. ELTOM   450062292            14.06.04    FR.M.SZELES    7263   2/2 005571


                    X


     KOKOMO, IN 46902  DELPHI DELCO ELECTRONIC SYSTEM


Pos.:    001
         0310284A                              1    PI    3481,53    3481,5
         TUELLE TOP
         WE DELIVERED 64 PCS. OF
         GROMMET TOP
         DPN:    12245395
         WOCO NO.: 0310284A
         CHANGED COMPOUND
         KHALID ELTOM 451-0338


Abruf:   450062292
              DE813312248

                                                  16 %
              3481,53              3481,53              EUR   3481,53

INCOTERMS: FCA BAD SODEN-SALMUENSTER

```
        FIRMA
        DELPHI DELCO ELECTRONIC SYSTEM
        MANUAL RECEIPTS PROCESSING
        MS - 9A241                                                    Copy
        P.O. BOX 9005

        USA 0 KOKOMO, IN 46904 - 9005
        UNITED STATES OF AMERICA                                      2/2 215187
                                                                        05.11.04

CustomerNo.    7504          LIEF-NR.:
Terms of Pay.  60 TAGE NETTO
                                                                      2/2 222804

                                                                        05.11.04


                                          FRAU MATHES-JOEC  7370   2/2 005892


                     X


0    KOKOMO, IN 46904 - 9005  DELPHI DELCO ELECTRONIC SYSTEM


Pos.:     001
          0310284A                                    200    PI    17,50    3500,0
          TUELLE TOP
          DELPHI P/N 28014588
          25 DUROMETER
Packmittel:        1,00
                   1,00




Abruf:             DE813312248

                                                        16 %
          3500,00                 3500,00                      EUR    3500,00

INCOTERMS: FCA BAD SODEN-SALMUENSTER
```

WOCO Industrietechnik GMBH

# DEBIT NOTE

DELPHI DELCO ELECTRONIC SYSTEM
MANUAL RECEIPTS PROCESSING
MS - 9A241
P.O. BOX 9005

USA 0 KOKOMO, IN 46904 - 9005
UNITED STATES OF AMERICA

| All data | CustomerNo. | 7504 |
| to be stated | Debit note Nr:2/2 224194 | |

| Date | 27.01.05 |
| responsible | FRAU MATHES-JOECKEL |
| Telephone/Fax | 06056/78-7370 |

Copy                                                     Page                1
According to our general terms and conditions we debit you  with.
Our TAX id.:        DE813312248    03524836094

| Pos | Ident No | Description | Quantity unit | Price unit | total amount EUR |
|---|---|---|---|---|---|
| 2 | 0310284A | PR10141502  00010 expedite transportation for 28025427 | 1 PIECES | 979,49 1 UNIT | 00000979,49 |
| 4 | 0310284A | PR10141502 0020 scrap parts 28014588 - 18000 pcs. | 1 PIECES | 8100,00 1 UNIT | 00008100,00 |
| 6 | 0310284A | PR10141502 00030 scrap raw material for part no. 28014588 | 1 PIECES | 166,95 1 UNIT | 00000166,95 |
| 8 | 0310284A | PR10141502 00040 scrap parts 12245395 | PIECES | 1231,23 1 UNIT | 00001231,23 |

| | Net amount plus | % VAT | 10477,67 |
|---|---|---|---|
| 10477,67 | | | |
| | Tot.amount | | 10477,67 |

| Terms of Delivery | INCOTERMS: FCA BAD SODEN-SALMU |
| Packing | |
| Shipping Instruct. | |
| Incoterms | EX WORKS |
| Destination | |
| Order No. | P.O. 450087419 |

| Bankers | Dresdner Bank Fulda | (BLZ 530 800 30) KTO: 7905 47600 |
| | Deutsche Bank Hanau | (BLZ 506 700 09) Kto: 0365 76700 |

Delphi Delco Electronic System, Kokomo - Indiana USA

| Beleg-Nr | Beleg-Dat | Betrag € | Rest € | SH |
|---|---|---|---|---|
| 21A14725226 | 09. Mrz 04 | 78,08 | 78,08 | S |
| 21A14887897 | 07. Sep 05 | 3.969,84 | 3.969,84 | S |
| 21A14887900 | 07. Sep 05 | 3.969,84 | 3.969,84 | S |
| 21A14889033 | 12. Sep 05 | 3.639,02 | 3.639,02 | S |
| 21A14893101 | 26. Sep 05 | 3.969,84 | 3.969,84 | S |
| | | | | |
| | | | 15.626,62 | S |

```
        FIRMA
        DELPHI DELCO ELECTRONIC SYSTEM
        MANUAL RECEIPTS PROCESSING
        MS - 9A241                                          Copy
        P.O. BOX 9005

        USA 0 KOKOMO, IN 46904 - 9005
        UNITED STATES OF AMERICA                            2/1 053279
                                                            09.03.04

CustomerNo.     6504         LIEF-NR.:
Terms of Pay.  60 TAGE NETTO
                                                            2/1 725226

                                                            09.03.04
```

```
T.RICHARD  550052278                   FR.M.SZELES      7263    2/1 021048


PANALPINA               X                           4                3


        LOS INDIOS, TX 78567  DELPHI D DELNOSA PLANT 5-6
```

```
Pos.:      001
        0210382A                              400     PI     19,52        78,0
        RUBBER SLEEVE
        12232952




        REVISION LEVEL 02
        12232952
Packmittel:     1,00    KARTON


Abruf:  20060530061916
                DE813312248

                                                16 %
                78,08                      78,08           EUR      78,08

INCOTERMS: FCA BAD SODEN-SALMUENSTER
```

```
              FIRMA
              DELPHI DELCO ELECTRONIC SYSTEM
              MANUAL RECEIPTS PROCESSING
              MS - 9A241                                              Copy
              P.O. BOX 9005

              USA 0 KOKOMO, IN 46904 - 9005
              UNITED STATES OF AMERICA                                2/1 981569
                                                                      07.09.05

CustomerNo.    6504           LIEF-NR.:
Terms of Pay.  60 TAGE NETTO
                                                                      2/1 887897

                                                                      07.09.05


T.RICHARD  550052278                  FR.M.SZELES     7263   2/1 021048


PANALPINA              X                               190           168


      LOS INDIOS, TX 78567  DELPHI D DELNOSA PLANT 5-6


Pos.:     001
          0210382A                              20400    PI    19,46     3969,8
          RUBBER SLEEVE
          12232952




          REVISION LEVEL 02
          12232952
Packmittel:       1,00   EW PAL
                 24,00   KARTON

Abruf:  20060523035719
                DE813312248

                                                        16 %
                 3969,84               3969,84          EUR     3969,84

INCOTERMS: FCA BAD SODEN-SALMUENSTER
```

```
            FIRMA
            DELPHI DELCO ELECTRONIC SYSTEM
            MANUAL RECEIPTS PROCESSING
            MS - 9A241                                            Copy
            P.O. BOX 9005

            USA 0 KOKOMO, IN 46904 - 9005
            UNITED STATES OF AMERICA                             2/1 981653
                                                                 07.09.05

CustomerNo.    6504         LIEF-NR.:
Terms of Pay.  60 TAGE NETTO
                                                                 2/1 887900

                                                                 07.09.05


T.RICHARD  550052278                   FR.M.SZELES    7263   2/1 021048


PANALPINA              X                             190              168


    LOS INDIOS, TX 78567  DELPHI D DELNOSA PLANT 5-6


Pos.:      001
           0210382A                          20400   PI    19,46      3969,8
           RUBBER SLEEVE
           12232952




           REVISION LEVEL 02
           12232952
Packmittel:      1,00   EW PAL
                24,00   KARTON

Abruf:  20060523035719
                 DE813312248

                                                     16 %
               3969,84                3969,84              EUR    3969,84

INCOTERMS: FCA BAD SODEN-SALMUENSTER
```

FIRMA
DELPHI DELCO ELECTRONIC SYSTEM
MANUAL RECEIPTS PROCESSING
MS - 9A241                                                    Copy
P.O. BOX 9005

USA 0 KOKOMO, IN 46904 - 9005
UNITED STATES OF AMERICA                                      2/1 983056
                                                             12.09.05

CustomerNo.   6504         LIEF-NR.:
Terms of Pay.  60 TAGE NETTO
                                                             2/1 889033

                                                             12.09.05


T.RICHARD  550052278                 FR.M.SZELES    7263   2/1 021048


PANALPINA            X                               175        154


     LOS INDIOS, TX 78567  DELPHI D DELNOSA PLANT 5-6


Pos.:     001
     0210382A                            18700    PI    19,46   3639,0
     RUBBER SLEEVE
     12232952




     REVISION LEVEL 02
     12232952
Packmittel:      1,00   EW PAL
                22,00   KARTON

Abruf:  20060523035719
            DE813312248

                                                    16 %
     3639,02                    3639,02           EUR    3639,02

INCOTERMS: FCA BAD SODEN-SALMUENSTER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
                                          :
            In re                         :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                       Debtors.           :        (Jointly Administered)
                                          :
----------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2006, I served a copy of Woco

Industrietechnik GmbH's Motion for Request of Extension of Time to File Response to

Objection to Proof of Claim, Response to Objection to Claim and this Certificate of

Service by overnight courier on the following individuals:

Honorable Robert D. Drain, Judge of the U.S. Bankruptcy Court,
Southern District of New York, One Bowling Green, New York, NY
10004-1408;

Delphi Corporation, Attn: General Counsel, 5725 Delphi Dr., Troy, MI 48098;

John Wm. Butler, Jr , Esq., Skadden, Aprs, Slate, Meagher & Flom, LLP, 333
W. Wacker Dr., Ste. 2100, Chicago, IL 60606Four Times Square, New York, NY
10036;

Kenneth S. Ziman, Esq., Simpson, Thacher & Bartlett, LLC, 425 Lexington
Ave., New York, NY 10017;

Davis, Polk & Wardell, Attn: Donald Bernstein & Brian Resnick, 450 Lexington
Ave., New York, NY 10017;

Robert J. Rosenberg & Mark A. Broude, Lathan & Watkins, LLP, 885 Third Ave,
New York, NY 10022;

Ms. Bonnie Steingart, Fried, Frank, Harris, Shriver & Jacobson, LLP, One New
York Plaza, New York, NY 10004

Ms. Alicia M. Leonhard, Office of the United States Trustee for the Southern
District of New York, 33 Whitehall St., Suite 2100, New York, NY 10004

and depositing the envelope(s) with Federal Express with all fees for overnight delivery

thereon fully prepaid.

I hereby declare that the statement above is true to the best of my knowledge,

information and belief.

Seth P. Tompkins, P63249
Attorney for Woco Industrietechnik GmbH
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000
(248) 746-0700

Dated:  November 28, 2006