PRYOR & MANDELUP, L.L.P.<br>
A. Scott Mandelup, Esq.<br>
675 Old Country Road<br>
Westbury, New York 11590<br>
(516) 997-0999<br>
kar@pryormandelup.com<br>
11-3261335<br>
kar-3808

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re                                              :        Chapter 11
                                                   :
DELPHI CORPORATION, *et al.*                       :        Case No. 05-44481 (ajg)
                                                   :
            Debtor.                                :        Jointly Administered
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF PAPERS AND TERMINATION OF ELECTRONIC NOTICE

**PLEASE TAKE NOTICE,** that National Molding Corporation a creditor in the above captioned proceeding, by its attorneys, Pryor & Mandelup, L.L.P., hereby withdraws the Notice of Appearance filed in the above-captioned Chapter 11 case and requests that the Clerk's Office remove its attorney from the Court's mailings and electronic notice matrix and terminate all electronic notices in the case to all Pryor & Mandelup, L.L.P. e-mail addresses, including but not limited to: kar@pryormandelup.com

Dated:  Westbury, New York
        December 4, 2006

                PRYOR & MANDELUP, L.L.P.
                Attorneys for National Molding Corporation

        By: _____
                Kenneth A. Reynolds (KAR3808)
                675 Old Country Road
                Westbury, New York 11590
                Tel.:   (516) 997-0999
                Fax.:  (516) 333-7333
                Email:  kar@pryormandelup.com