PRYOR & MANDELUP, L.L.P.
A. Scott Mandelup, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
kar@pryormandelup.com
11-3261335
kar-3808

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                             :    Chapter 11
                                                  :
DELPHI CORPORATION, *et al.*                      :    Case No. 05-44481 (ajg)
                                                  :
                    Debtor.                       :    Jointly Administered
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF
### PAPERS AND TERMINATION OF ELECTRONIC NOTICE

**PLEASE TAKE NOTICE,** that Security Plastics Division/NMC LLC a creditor in the above captioned proceeding, by its attorneys, Pryor & Mandelup, L.L.P., hereby withdraws the Notice of Appearance filed in the above-captioned Chapter 11 case and requests that the Clerk's Office remove its attorney from the Court's mailings and electronic notice matrix and terminate all electronic notices in the case to all Pryor & Mandelup, L.L.P. e-mail addresses, including but not limited to: kar@pryormandelup.com

Dated: Westbury, New York
       December 4, 2006

                                        PRYOR & MANDELUP, L.L.P.
                                        Attorneys for Security Plastics Division/NMC LLC

                                        By: _____
                                            Kenneth A. Reynolds (KAR3808)
                                        675 Old Country Road
                                        Westbury, New York 11590
                                        Tel.:  (516) 997-0999
                                        Fax.:  (516) 333-7333
                                        Email: kar@pryormandelup.com