EXHIBIT B

DELPHI CORPORATION, et al.

PROFESSIONAL SERVICES RENDERED BY JAECKLE FLEISCHMANN MUGEL LLP
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

JUNE 1, 2006 - SEPTEMBER 30, 2006

| Timekeeper | Title | Year Admitted to Practice | Lawschool Class | Rate | June Hours | June Fees | July Hours | July Fees | August Hours | August Fees | September Hours | September Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert C. Brown | Patent Agent | 1993 | | $165.00 | 78 | 12,870.00 | 66 | 10,890.00 | 55 | 9,075.00 | 72.6 | $11,979.00 |
| Dennis B. Danella | Associate | 2000 | 2000 | $195.00 | 85 | $16,575.00 | 43.3 | $8,443.50 | 84.5 | $16,477.50 | 80.9 | $15,775.50 |
| Margaret I. Hults | Legal Assistant | | | $85.00 | 2.2 | $187.00 | 4.1 | $348.50 | 4.9 | $416.50 | 1.7 | $144.50 |
| Ronald J. Kisicki | Partner | 1986 | 1986 | $250.00 | 64.4 | $16,100.00 | 77.9 | $19,475.00 | 80.4 | $20,100.00 | 98 | $24,500.00 |
| Joe W. Allen | Partner | 1990 | 1989 | $220.00 | 0.6 | $132.00 | 8.1 | $1,782.00 | 0 | $0.00 | 0 | |
| Robert D. Lott | Associate | 1982 | 1976 | $200.00 | 0 | 0 | 0 | $0.00 | 2 | $400.00 | 0 | |
| Katherine H. McGuire | Associate | 1989 | 1989 | $210.00 | 10.1 | $2,121.00 | 12.5 | $2,625.00 | 19.8 | $4,158.00 | 32.6 | $6,846.00 |
| Lee J. Fleckenstein | Patent Agent | 1992 | | $180.00 | 18.4 | $3,312.00 | 4 | $720.00 | 0.5 | $90.00 | 0 | $0.00 |
| Richard L. Parton | Patent Agent | 2004 | | $180.00 | 0 | 0 | 24 | $4,320.00 | 1.5 | $270.00 | 0 | $0.00 |
| B. Kevin Burke | Associate | 2000 | 1999 | $175.00 | 0 | 0 | 0 | 0 | 1 | $175.00 | 0.9 | $157.50 |
| TOTAL | | | | Total per Month | 258.7 | $51,297.00 | 239.9 | $48,604.00 | 249.6 | $51,162.00 | 286.7 | $59,402.50 |

| PERIOD TOTAL | $210,465.50 |
|---|---|
| HOURS | 1,034.90 |