**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

In re Delphi Corporation, et al.                                     Case No. 05-44481 (RDD)
                                                                     Chapter 11

                                Debtor.

-------------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Matthew W. Cheney, a member in good standing of the bars in the State of Maryland and

the District of Columbia and the bars of the U.S. District Courts for the District of Maryland and

the District of Columbia, having requested admission, ***pro hac vice***, to represent Westwood

Associates, Inc., a creditor in the above referenced case, it is hereby

**ORDERED,** that Matthew W. Cheney, Esq., is admitted to practice, ***pro hac vice***, in the

above referenced case, in the United States Bankruptcy Court, Southern District of New York,

provided that the filing fee has been paid.


Dated:  December 4, 2006
New York, New York                          __/s/ Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE

US_EAST:160134577.1