UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CERTIFICATE OF SERVICE

State of New York    )
                     )    ss.:
County of New York  )

1. I, Laura Guido, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that I caused to be served a true and correct copy of the document(s) listed below (i) upon the parties listed on Exhibit A hereto via overnight courier on November 30, 2006; and (ii) upon the parties listed on Exhibit B hereto via hand delivery on December 1, 2006:

> ➢ Second Interim Fee Application Of Fried, Frank, Harris, Shriver & Jacobson LLP, Counsel for the Official Committee of Equity Security Holders, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred and Posted During the Period from June 1, 2006 through September 30, 2006, together with electronic filing receipt

➢ First Interim Fee Application of Houlihan Lokey Howard & Zukin Capital for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred and Posted During the Period from July 31, 2006 through September 30, 2006, together with electronic filing receipt

Dated: December 4, 2006
New York, New York

/s/ Laura Guido
Laura Guido

# Exhibit A

David M. Sherbin, Esq.
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4802

Marlane Mlican, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Susan Travejo
Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ  08033

John D. Sheehan
Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Marissa Wesley, Esq.
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

# **Exhibit B**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:  Chambers of Hon. Robert D. Drain

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:  Alicia M. Leonhard, Esq.