UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
DELPHI CORPORATION, et al.,                              :    Case No. 05-44481 (RDD)
                                                         :
                                                         :    (Jointly Administered)
                          Debtors.                       :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Robert F. Brown, a member of good standing of the bar in the States of Ohio and Kentucky, the bars of the U.S. District Court for the Southern and Northern Districts of Ohio and the Eastern District of Kentucky and the United States Bankruptcy Court for the Southern District of Ohio and the Eastern District of Kentucky, requests admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Peerless Transportation Company and Mad River Transportation, Inc. a party in interest in the above-referenced case. My mailing address, e-mail address and telephone are as follows:

> Robert F. Brown, Esq.
> Rendigs, Fry, Kiely & Dennis, LLP
> One West Fourth Street, Suite 900
> Cincinnati, Ohio 45202-3688
> Phone: (513) 381-9323
> Fax:   (513) 381-9206
> E-Mail: rbrown@rendigs.com

I agree to pay the fee of $25.00 at the time of the filing of this Motion.

```
                              _____
                              Robert F. Brown, Esq.
                              Rendigs, Fry, Kiely & Dennis, LLP
                              One West Fourth Street, Suite 900
                              Cincinnati, Ohio 45202-3688
                              Phone: (513) 381-9323
                              Fax:   (513) 381-9206
                              E-Mail: rbrown@rendigs.com
                              Attorney for Peerless Transportation
                              Company and Mad River Transportation, Inc.
```

Dated: November 21, 2006