# Exhibit A
# Third Interim Application

## Exhibit A
## Summary of Monthly Fee Statements

| Period Covered | Fees Incurred | Fee Paid | Expense Incurred | Expense Paid |
| --- | --- | --- | --- | --- |
| June 1 - June 30, 2006 | 36,328.00 | 29,062.40 | 10,404.70 | 10,404.70 |
| July 1 - July 31, 2006 | 35,401.50 | 28,321.20 | 25,241.03 | 25,241.03 |
| August 1 - August 31, 2006 | 39,292.50 | 31,434.00 | 25,026.02 | 25,026.02 |
| September 1 - September 30, 2006 | 49,990.00 | | 26,414.87 | |
| Total | 161,012.00 | 88,817.60 | 87,086.62 | 60,671.75 |