# Exhibit B
# Third Interim Application

## Exhibit B
### Summary of Professional Hours

| Name / Invoice Number | Title | Bar Admission | Total Hrs | Average Bill Rate | Total Billed $$$ |
|---|---|---|---|---|---|
| Linda E. Sudzina | Attorney | 2003 | 16.10 | 185.00 | 2,978.50 |
| Michael D. Fishman | Attorney | 1984 | 107.20 | 375.00 | 40,200.00 |
| Michelle L. Visser | Attorney | 1998 | 31.30 | 230.35 | 7,210.00 |
| Tomoko Nakajima | Attorney | 2006 | 12.40 | 225.00 | 2,790.00 |
| Tracy L. Zawaski | Attorney | 2001 | 69.10 | 230.00 | 15,893.00 |
| Kenneth W. Jarrell | Attorney | 2002 | 26.60 | 215.00 | 5,719.00 |
| Stefan D. Osterbur | Attorney | 2006 | 11.40 | 150.00 | 1,710.00 |
| Glenn E. Forbis | Attorney | 1994 | 161.10 | 340.00 | 54,774.00 |
| Shelly L. Hokenstad | Attorney | 2004 | 25.50 | 175.00 | 4,462.50 |
| Mary Margaret L. O'Donnell | Attorney | 1998 | 0.90 | 250.00 | 225.00 |
| Alexander D. Rabinovich | Patent Agent | N/A | 9.40 | 180.00 | 1,692.00 |
| Angela C. Scola | Legal Assistant | N/A | 40.20 | 145.00 | 5,829.00 |
| Donna J. Rude | Legal Assistant | N/A | 0.40 | 80.00 | 32.00 |
| Georgeann K. Mach | Legal Assistant | N/A | 66.30 | 120.00 | 7,956.00 |
| James F. Carpenter | Legal Assistant | N/A | 34.40 | 125.00 | 4,300.00 |
| M. Jennifer Wunsche | Legal Assistant | N/A | 17.70 | 130.11 | 2,303.00 |
| Jennifer Greer | Legal Assistant | N/A | 3.50 | 125.00 | 437.50 |
| Shawn P. Szymborski | Legal Assistant | N/A | 0.30 | 110.00 | 33.00 |
| Wendi J. Wojciechowski | Legal Assistant | N/A | 8.50 | 85.00 | 722.50 |
| Patricia Towers | Legal Assistant | N/A | 8.70 | 150.00 | 1,305.00 |
| Sarah J. Goodwin | Legal Assistant | N/A | 1.30 | 150.00 | 195.00 |
| Dawna M. Tennant | Legal Assistant | N/A | 1.00 | 145.00 | 145.00 |
| Diane R. Lytle | Administrative Assistant | N/A | 1.00 | 100.00 | 100.00 |
| | | | 654.30 | 246.08 | 161,012.00 |

Worked Performed 6/1/06 thru 9/30/06