# Exhibit C
# Third Interim Application

**Exhibit C**
**Summary of Work Performed by Category**

| Work Performed | June 1, 2006 - September 30, 2006 | | |
|---|---|---|---|
| | Total Fees | Total Expenses | Total |
| Domestic Patents | 4,115.00 | 1,515.00 | 5,630.00 |
| Foreign Patents | 2,500.50 | 7,108.99 | 9,609.49 |
| Patent Opinions | 7,929.00 | - | 7,929.00 |
| Patent Litigation | 60,376.05 | 9,617.13 | 69,993.18 |
| Domestic Trademarks | 479.50 | - | 479.50 |
| Foreign Trademarks | 36,390.00 | 54,839.32 | |
| Trademark Opinions | - | | |
| Litigation - Trademarks | 12,876.00 | 4,089.54 | 16,965.54 |
| Agreements | 7,331.50 | - | 7,331.50 |
| IP Evaluations | 989.00 | | 989.00 |
| General IP Matters | 28,025.45 | 9,916.64 | 37,942.09 |
| **Total June 1, 2006 - September 30, 2006** | **161,012.00** | **87,086.62** | **156,869.30** |