# Exhibit D
# Third Interim Application

## Exhibit D
## ORDER APPROVING THIRD INTERIM FEE APPLICATION

RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave.
Suite 140
Bloomfield Hills, MI 48304
(248) 594-0600
Leigh C. Taggart

Intellectual Property Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | : Chapter 11 |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| Debtors. | : (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[PROPOSED] ORDER APPROVING THIRD INTERIM FEE APPLICATION OF RADER, FISHMAN & GRAUER PLLC FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INTELLECTUAL PROPERTY COUNSEL TO THE DELPHI CORPORATION, ET AL., FOR SERVICES RENDERED FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006

AND NOW THIS _____ day of _____, 2006, upon consideration of the foregoing Third Interim Fee Application of Rader, Fishman & Grauer PLLC for Interim Allowance of Compensation and Reimbursement of Expenses as Intellectual Property Counsel of Delphi Corporation, et al. with good cause being shown, notice given and no objections having been received, it is hereby

ORDERED that the Third Interim Application is hereby approved; and it is further

ORDERED that the Debtor is authorized and directed to pay Rader, Fishman & Grauer PLLC the unpaid portion of the following:

100% of fees for the period from June 1, 2006 through September 30, 2006, which amount is $161,012.00 and 100% of expenses for the period June 1, 2006 through September 30, 2006, which amount is $87,086.62.

SO ORDERED

_____
United States Bankruptcy Judge

2