RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave.
Suite 140
Bloomfield Hills, MI 48304
(248) 594-0600
Leigh C. Taggart

Intellectual Property Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
         In re                      :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                        Debtors.    :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CERTIFICATE OF SERVICE OF THIRD INTERIM APPLICATION FOR APPROVAL OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RADER, FISHMAN &
GRAUER PLLC, INTELLETUAL PROPERTY COUNSEL TO THE DEBTORS, FOR
SERVICES RENDERED FROM
JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation an Reimbursement of Expenses of Professionals, entered on November 4, 2005, as modified by the Order Approving Joint Interest Agreement Between Debtors and Official Committee of Unsecured Creditors, Implementing Protective Order, and Approving Procedures to Protect Information in Fee Statements, entered on April 18, 2006 (together, the "Administrative Order"), copies of Rader, Fishman & Grauer PLLC's Third Interim Application For Approval of Compensation and Reimbursement of Expenses for Services Rendered from June 1, 2006 through September 30, 2006, was served, on the 29th day of November, 2006 by Overnight Mail on:

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard, Esq

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL
*Counsel for the Debtors*

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*Counsel for the Official Committee of Unsecured Creditors*

Marlane Melican, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

John D. Sheehan
Delphi Corporation
5725 Delphi Drive

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Joseph Papelian, Esq.

Haim Zaltzman, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*Counsel for the Debtors*

Marissa Wesley, Esq.
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY

David M. Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Valeria Venable
GE Plastics, Americas
9930 Kincey Avenue

2

Troy, MI 48098                                    Huntersville, NC 28078

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098


       I further certify that, pursuant to the Administrative order, notice of the filing of said Application has been provided, via electronic mail, to the "Master Service List" and the "2002 Entities" listed in the database at www.delphidocket.com as of the date hereof.

Dated: Bloomfield Hills, Michigan
       November 29, 2006

                                 RADER, FISHMAN & GRAUER PLLC

                                 By: _____
                                    Patricia J. Towers, Paralegal
                                 39533 Woodward Ave.
                                 Suite 140
                                 Bloomfield Hills, MI 48304
                                 (248) 594-0600