UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case Nos. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRD INTERIM APPLICATION OF JEFFERIES & COMPANY, INC., AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD JUNE 1, 2006 TO SEPTEMBER 30, 2006**

TO:    THE HONORABLE ROBERT D. DRAIN
       UNITED STATES BANKRUPTCY JUDGE

SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES
FOR REVIEWING APPLICATIONS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | |
|---|---|
| Name of Applicant: | Jefferies & Company, Inc. |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2006 through September 30, 2006 |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | October 18, 2005 |
| Amount of Compensation and Expense Reimbursement Sought As Actual, Reasonable and Necessary: | Fees Requested:        $700,000.00<br>Expenses Requested:   $34,333.35 |
| Net Amount Requested In Connection with This Third Interim Application: | $734,333.35 |

This is an  x  interim __ final fee application.