**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

In re:                                    :

                                      In Proceedings For A
                                 :  Reorganization Under

 Delphi Corporation                       Chapter 11
                                        Case No: 05-44481 rdd

                Debtor
------------------------------------X

<u>**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**</u>


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL


Transcript of Hearing Held on November 30, 2006 9:41 AM, filed by
Veritext Court Reporters.