UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :    Chapter 11
    In re                                        :
                                                  :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,              :
                                                  :    (Jointly Administered)
                      Debtors.        :
------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Robert F. Brown, a member of good standing of the bar in the States of Ohio and Kentucky, the bars of the U.S. District Court for the Southern and Northern Districts of Ohio, and the Eastern District of Kentucky and the United States Bankruptcy Court for the Southern District of Ohio and the Eastern District of Kentucky, having requested admission ***pro hac vice***, to represent Peerless Transportation Company and Mad River Transportation, Inc., a party in interest, in the above-referenced case.

**ORDERED**, that Robert F. Brown, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date: December 4, 2006

    New York, New York

                                                          /s/ Robert D. Drain
                                                          UNITED STATES BANKRUPTCY JUDGE