**EXHIBIT "1"**

**TOGUT, SEGAL & SEGAL LLP**

**Conflicts Counsel for Delphi Corporation,** *et al.*
**Debtors and Debtors in Possession**

**Fee Summary for the Period June 1, 2006 through September 30, 2006**

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2006 | $795 | 81.7 | $ 64,951.50 |
| Frank A. Oswald | 1986 | 2006 | $675 | 7.1 | 4,792.50 |
| Neil Berger | 1986 | 2006 | $670 | 332.4 | 222,708 |
| Scott E. Ratner | 1987 | 2006 | $665 | 9.2 | 6,118.00 |
| **OF COUNSEL** | | | | | |
| Howard P. Magaliff | 1985 | 2006 | $585 | 46.9 | 27,436.50 |
| Richard K. Milin | 1989 | 2006 | $560 | .8 | 448.00 |
| **ASSOCIATES** | | | | | |
| Sean McGrath | 1992 | 2006 | $540 | 120.1 | 64,854.00 |
| Anthony Vassallo | 1994 | 2006 | $480 | 132.8 | 63,744.00 |
| Andrew Winchell | CA – 1996 NY - Awaiting Admission 1997 | 2006 | $455 | 374.6 | 170,443.00 |
| Jeffrey Traurig | 1997 | 2006 | $455 | 1.5 | 682.50 |
| Daniel F. X. Geoghan | 1999 | 2006 | $340 | 17.2 | 5,848.00 |
| Christopher Lagow | 2001 | 2006 | $325 | 235.4 | 76,505.00 |
| Tally Wiener | 2002 | 2006 | $310 | 48.5 | 15,035.00 |
| Jayme Goldstein | 2003 | 2006 | $280 | 20.7 | 13,869.00 |
| Marianne Mortimer | 2006 | 2006 | $195 | 65.0 | 12,675.00 |
| **LAW CLERK** | | | | | |
| Swati Bose | N/A | 2006 | $125 | 48.8 | 6,100.00 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | 2006 | $205 | 35 | 7,175.00 |
| Denise Cahir | N/A | 2006 | $140 | 45.8 | 6,412.00 |
| Shari Virag | N/A | 2006 | $130 | 2.8 | 364.00 |
| Ashleigh Brogan | N/A | 2006 | $115 | 46 | 5,290.00 |
| **Error! Contact not defined.** | N/A | 2006 | $115 | 2 | 230.00 |
| Madeline Saint-Cyr | N/A | 2006 | $115 | 4.3 | 494.50 |
| **TOTAL** | | | | **1678.6** | **$776,175.50** |

---

1    Partner
2    Of Counsel
3    Associate
4    Law Clerk
5    Paralegal