# EXHIBIT "2"

## TOGUT, SEGAL & SEGAL LLP

**Conflicts Counsel for Delphi Corporation, *et al.*
Debtors and Debtors in Possession**

**Expense Summary for the Period June 1, 2006 through September 30, 2006**

| Expense | Amount |
|---|---:|
| Court Reporting/Transcription | $    250.00 |
| Fax | 2.24 |
| Long-Distance Telephone | 107.00 |
| Working Meals | 15.45 |
| Messenger | 38.21 |
| Online Research | 257.95 |
| Overnight Courier | 1,132.17 |
| Photocopies | 1,901.60 |
| Postage | 19.86 |
| Travel-ground | <u>1,155.15</u> |
| **TOTAL:** | **<u>$4,879.63</u>** |