UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

*In re*                                           :        Chapter 11

                                                  :

DELPHI CORPORATION, *et al.*                      :        Case No. 05-44481(ALG)

                                                  :

                              Debtor.             :        (Jointly Administered)

_____x

## NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF
## PAPERS AND TERMINATION OF ELECTRONIC NOTICE

**PLEASE TAKE NOTICE**, that Sharp Electronics Corporation, by its attorneys,

Otterbourg, Steindler, Houston & Rosen, P.C. hereby withdraws its Notice of Appearance

filed in the above-captioned Chapter 11 cases and requests that the Clerk's Office remove

its attorneys from the Court's mailings and electronic notice matrix and terminate all

electronic notices in the case to all Otterbourg, Steindler, Houston & Rosen, P.C. e-mail

addresses, including but not limited to: shazan@oshr.com.

Dated: New York, New York
       December 5, 2006

                            OTTERBOURG, STEINDLER, HOUSTON
                            & ROSEN, P.C.


                            By: /S/ Scott L. Hazen/
                            Scott L. Hazan, Esq.
                            230 Park Avenue
                            New York, NY 10169
                            (212) 661-9100
                            Email: shazan@oshr.com
                            Attorneys for Sharp Electronics Corporation

760894.1

## CERTIFICATE OF SERVICE

I, Melissa A. Hager, Esquire, do hereby certify that on the 5th day of December

2006, a true and correct copy of the Notice of Withdrawal of Request for Service of

Papers and Termination of Electronic Notice was served via First Class Mail, U.S. Postal

Service upon the parties below:

> John W. Butler, Esquire
> Skadden Arps Slate Meagher & Flom LLP
> 333 West Wacker Drive
> Chicago, IL  60606-1285
>
> Kayalyn A. Marafioti, Esquire
> Thomas J. Matz, Esquire
> Skadden Arps Slate Meagher & Flom, LLP
> Four Times Square
> New York, NY  10036
>
> Alicia M. Leonhard, Esquire
> Office of the United States Trustee
> Southern District of New York
> 33 Whitehall Street, Suite 2100
> New York, NY  10004
>
> Mark Broude, Esq.
> Robert J. Rosenberg, Esq.
> LATHAM & WATKINS
> 885 Third Avenue
> New York, NY  10022-4802

Dated: December 5, 2006

> **OTTERBOURG, STEINDLER, HOUSTON &
> ROSEN, P.C.**
>
> By:/S/ Melissa A. Hager
>     Melissa A. Hager
>     Attorneys for Sharp Electronics

760894.1