# MENAKER & HERRMANN
A LIMITED LIABILITY PARTNERSHIP
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016-0301

RICHARD G. MENAKER
EXTENSION: 223
rmenaker@mhjur.com

TELEPHONE
(212) 545-1900

FACSIMILE
(212) 545-1656

WEBSITE
www.mhjur.com

December 5, 2006

By Hand & E-Filed

Hon. Robert D. Drain, U.S.B.J.
United States Bankruptcy Court
One Bowling Green, Courtroom 610
New York, New York 10004

    Re:     Delphi Corporation
                Case No. 05-44481(RDD)

Dear Judge Drain:

       On July 19, 2006, your Honor issued a ruling in favor of Mary P. O'Neill and Liam P. O'Neill, personal injury plaintiffs against Delphi in the Circuit Court of Cook County, Illinois, lifting the automatic stay. The Illinois state court requires the submission of a formal order from this Court lifting the stay, apparently concluding that the transcript of your Honor's ruling is insufficient. Accordingly, we submit herewith a proposed order for your Honor's approval. A copy of the relevant portions of the July 19, 2006 transcript is also enclosed herewith.

       Thank you for your attention to this matter.

Respectfully yours,

*[signature]*

Richard G. Menaker
RM-4716

Enclosures

cc:     Douglas B. Bartner, Esq. (by telefax) (w/o enclosures)
        Alicia M. Leonhard, Esq. (by telefax) (w/o enclosures)
        Mark A. Broude, Esq. (by telefax) (w/o enclosures)
        Jerome F Crotty, Esq. (by telefax) (w/o enclosures)