

File Copy

**ILLINOIS DEPT OF REVENUE**
Bankruptcy Administration Unit
100 W. Randolph #7-410
Chicago, Illinois   60601
(312) 814-7020



11/16/2006

United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

RE:   05-44481
      ASEC Mfg Partnership

The Illinois Dept Of Revenue hereby withdraws the following claims:

| Claim Amount | Tax Type | Date Filed |
| --- | --- | --- |
| $ 11,696.28 | WIT | 06/26/2006 |
| $    476.00 | WIT | 6/26/2006 |

All other claims remain in effect.

Sincerely,

Kevin Harlowe
Bankruptcy Unit
Illinois Department Of Revenue