**telamon**

1000 East 116th Street
Carmel, IN 46032
(317) 818-6888
(317) 818-6666 FAX

October 4, 2006

Mr. Josh Wilson
Kurtzman & Carson Consultants
12910 Culver Blvd., Suite I
Los Angeles, CA 90066

Dear Mr. Wilson:

Enclosed is the letter originally sent to the Bankruptcy Court to withdraw claim #9377 dated 7/12/06 for $66,302.90 in the Delphi Corporation case, case #05-44481 and reinstate its scheduled claim #1637346-10401845 for $62,085.07 in the Delphi Automotive Systems, LLC case, case #05-44640.

I appreciate your offer to follow up and process this for us. If you have any questions my direct dial number is (317) 818-6719.

Thank you for your attention to this matter.

Very truly yours,

Jeff Reinking
Director

Received

OCT 05 2006

Kurtzman Carson

0544481060913000000000013

www.telamon-corp.com

**telamon**

1000 East 116th Street
Carmel, IN 46032
(317) 818-6888
(317) 818-6666 FAX

September 13, 2006

United States Bankruptcy Court
Delphi Corporation Claims
Bowling Green Station, PO Box 5058
New York, NY 10274-5058

To Whom It May Concern:

Telamon Corporation also known as Telamon International Corp. hereby withdraws with prejudice its proof of claim #9377 dated 7/12/06 for $66,302.90 in the Delphi Corporation case, case #05-44481, and requests reinstatement of its scheduled claim #1637346-10401845 for $62,085.07 in the Delphi Automotive Systems, LLC case, case #05-44640.

Thank you for your attention to this matter. If you have any questions my direct dial number is (317) 818-6693.

Very truly yours,

Larry Rodeman
CFO