UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                       :
                                                             :    Chapter 11
Delphi Automotive Systems LLC                                :
                                                             :    Case No. 05-44640
                            Debtors.                         :    Jointly Administered
                                                             :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Liquidity Solutions, Inc. d/b/a Revenue Management, as Assignee of Industrial Molding Corp., hereby withdraws with prejudice proof of claim number 8752, originally filed on or about June 29, 2006 as a non-priority unsecured claim in the amount of $31,715.51

                                                                  LIQUIDITY SOLUTIONS, INC.

                                                                  By: _____/s/ James Yenzer_____