## INDEX OF EXHIBITS TO THIRD INTERIM FEE APPLICATION

Exhibit A —   Certification of Compliance

Exhibit B —   Summary of Professional Services Rendered, Background of Professionals

Exhibit C —   Summary of Services Rendered

Exhibit D —   Actual and Necessary Disbursements Incurred