# EXHIBIT D

## DELPHI CORPORATION, *ET AL.*

### ACTUAL AND NECESSARY DISBURSEMENTS
### INCURRED BY HOWARD & HOWARD ATTORNEYS, P.C.
### BY INTELLECTUAL PROPERTY COUNSEL
### JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006

| EXPENSES | AMOUNT |
|---|---|
| Filing Fees | $7,450.00 |
| Photocopy Charges | $795.20 |
| Fax Charges | $11.00 |
| Mailing Charges | $390.63 |
| Patent Research | $507.50 |
| Drawing Fees | $630.00 |
| Translation Fees | $463.20 |
| **TOTAL DISBURSEMENTS** | **$10,247.53** |

#227293-v1