# OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

November 21, 2006

The Honorable Kathleen Farrell-Willoughby
Clerk
Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

RECEIVED
NOV 22 2006

Re: In re Delphi Corporation, et al., 05-44481 (RDD)

Dear Clerk Yates:

    Enclosed for filing please find three 3.5" disks with Illinois EPA's Response and Exhibits to Delphi's objection to its claim (No. 10885). Thank you for your cooperation.

Very truly yours,

James L. Morgan
Senior Assistant Attorney General

enc.
JM:jm

## CERTIFICATE OF SERVICE

I hereby certify that I sent a true and correct copy of Illinois EPA's response to the objection to its claim filed by Delphi Corporation by UPS, overnight delivery on November 21, 2006, to:

The Honorable Robert D. Drain
Bankruptcy Judge
One Bowling Green
New York, NY 10004-1408

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden Arps, Meagher & Flom
Attn: John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Simpson Thacher & Bartlett, LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Fried Frank Harris Shriver & Jacobson
Attn: Bonnie Steingart
One New York Plazaue
New York, NY 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard
Southern District Bankruptcy Court
33 Whitehall Street Suite 2100
New York, NY 10004

_____
James L. Morgan