| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| 48 | 82K | | | | 1,805,930 | 259,402,870 | 0.52 | 74.91 |
| | | 82K | KEY SERVICES INC. | 1,805,930 | | | | |
| 49 | 483 | | | | 1,789,606 | 261,192,476 | 0.52 | 75.43 |
| | | 483 | EL PASO IRON & METAL CO. | 1,789,606 | | | | |
| 50 | TAN | | | | 1,784,943 | 262,977,419 | 0.52 | 75.95 |
| | | TAN | TITAN RECYCLING | 1,784,943 | | | | |
| 51 | 13M | | | | 1,773,943 | 264,751,362 | 0.51 | 76.46 |
| | | 13M | DADE SCRAP IRON & METAL | 1,773,943 | | | | |
| 52 | RUM | | | | 1,746,330 | 266,497,692 | 0.50 | 76.96 |
| | | RUM | RUMPKE RECYCLING | 1,746,330 | | | | |
| 53 | 1R3 | | | | 1,741,390 | 268,239,082 | 0.50 | 77.47 |
| | | 1R3 | FRESNO VALVE & CASTING | 1,741,390 | | | | |
| 54 | z48 | | | | 1,740,546 | 269,979,628 | 0.50 | 77.97 |
| | | 328 | DANA CORPORTION | 1,740,546 | | | | |
| 55 | 2XW | | | | 1,713,110 | 271,692,738 | 0.49 | 78.46 |
| | | 2XW | JEFFCO METALS | 1,713,110 | | | | |
| 56 | j44 | | | | 1,707,407 | 273,400,145 | 0.49 | 78.96 |
| | | 232 | SAFRAN METALS CO. | 1,707,407 | | | | |
| 57 | ~80 | | | | 1,649,842 | 275,049,987 | 0.48 | 79.43 |
| | | P13 | MENZOCK SCRAP | 1,649,842 | | | | |
| 58 | 1DL | | | | 1,619,908 | 276,669,895 | 0.47 | 79.90 |
| | | 1DL | SNOWMAN RECYCLING INC. | 1,619,908 | | | | |
| 59 | 436 | | | | 1,615,179 | 278,285,074 | 0.47 | 80.37 |
| | | 436 | SERLIN IRON AND METAL CO. | 1,615,179 | | | | |
| 60 | 7XH | | | | 1,597,614 | 279,882,688 | 0.46 | 80.83 |
| | | 7XH | KLEINHANS SCRAP/FREDERICK KLEINH | 1,597,614 | | | | |
| 61 | 932 | | | | 1,594,895 | 281,477,583 | 0.46 | 81.29 |
| | | 932 | M. BURSTEIN & CO., INC. | 1,594,895 | | | | |
| 62 | 2AW | | | | 1,574,410 | 283,051,993 | 0.45 | 81.75 |
| | | 2AW | CARLETON I&M | 1,574,410 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

2 - 7

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| | 39M | | | | 1,571,233 | 283,623,226 | 0.45 | 81.70 |
| | | 39M | HOLLYWOOD METAL | 1,571,233 | | | | |
| 64 | 2RB | | | | 1,564,871 | 286,188,097 | 0.45 | 82.65 |
| | | 2RB | VICTORY WHITE METAL CO. | 1,564,871 | | | | |
| 65 | 70C | | | | 1,551,958 | 287,740,055 | 0.45 | 83.10 |
| | | 70C | EMPIRE RECYCLING | 1,551,958 | | | | |
| 66 | NFT | | | | 1,544,729 | 289,284,784 | 0.45 | 83.55 |
| | | NFT | UNITED NONFERROUS TRADING LTD | 1,544,729 | | | | |
| 67 | I46 | | | | 1,534,354 | 290,819,138 | 0.44 | 83.99 |
| | | DFF | DEFFENBAUGH INDUSTRIES | 1,534,354 | | | | |
| 68 | 0LZ | | | | 1,530,569 | 292,349,707 | 0.44 | 84.43 |
| | | 0LZ | LUIS A. MALAGON- | 1,530,569 | | | | |
| 69 | 0W6 | | | | 1,529,103 | 293,878,810 | 0.44 | 84.87 |
| | | 0W6 | SOUTHERN RESOURCES | 1,529,103 | | | | |
| 70 | S54 | | | | 1,519,314 | 295,398,124 | 0.44 | 85.31 |
| | | S54 | D P RECYCLING | 1,519,314 | | | | |
| 71 | 3JM | | | | 1,432,526 | 296,830,650 | 0.41 | 85.72 |
| | | 3JM | WATERBURY ROLLING MILLS INC. | 1,432,526 | | | | |
| 72 | u79 | | | | 1,428,048 | 298,258,698 | 0.41 | 86.13 |
| | | 1RA | AFAC INC. | 1,428,048 | | | | |
| 73 | 70D | | | | 1,395,829 | 299,654,527 | 0.40 | 86.54 |
| | | 70D | JARVIS METALS RECYCLING | 1,395,829 | | | | |
| 74 | BLU | | | | 1,382,237 | 301,036,764 | 0.40 | 86.94 |
| | | BLU | METRO RECYCLING | 1,382,237 | | | | |
| 75 | 3MT | | | | 1,381,849 | 302,418,613 | 0.40 | 87.34 |
| | | 3MT | MT. CLEMENS METAL RECYCLING | 1,381,849 | | | | |
| 76 | ELF | | | | 1,378,742 | 303,797,355 | 0.40 | 87.74 |
| | | ELF | ATOFINA CHEMICALS INC. ATTN:B.F | 1,378,742 | | | | |
| 77 | S53 | | | | 1,361,369 | 305,158,724 | 0.39 | 88.13 |
| | | S53 | GATEWAY METAL | 1,361,369 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater than One Million Pounds  (Grouped by Alternative Names)
Phase I Summary Report

2 - 8

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1,359,825 | 306,358,909 | 0.39 | 88.52 |
| | | 934 | MINTZ SCRAP IRON & METAL CO | 1,359,825 | | | | |
| 79 | 129 | | | | 1,349,119 | 307,708,068 | 0.39 | 88.91 |
| | | 829 | CASH'S METAL AND IRON | 1,349,119 | | | | |
| 80 | C00 | | | | 1,313,029 | 309,021,097 | 0.38 | 89.29 |
| | | C00 | TYROLER METALS INC | 1,313,029 | | | | |
| 81 | 102 | | | | 1,308,336 | 310,329,433 | 0.38 | 89.67 |
| | | 102 | GENERAL METALS & SMELTING COMPAN | 1,308,336 | | | | |
| 82 | 7XS | | | | 1,302,315 | 311,631,748 | 0.38 | 90.04 |
| | | 7XS | TUYAUX WOLVERINE TUBE | 1,302,315 | | | | |
| 83 | 143 | | | | 1,300,000 | 312,931,748 | 0.38 | 90.42 |
| | | 143 | INGOT METAL CO. LTD. | 1,300,000 | | | | |
| 84 | 7YH | | | | 1,287,192 | 314,218,940 | 0.37 | 90.79 |
| | | 7YH | JACOMIJ METALEN | 1,287,192 | | | | |
| 85 | 1PR | | | | 1,236,427 | 315,455,367 | 0.36 | 91.15 |
| | | 1PR | UTILITY METALS | 1,236,427 | | | | |
| 86 | POL | | | | 1,205,945 | 316,661,312 | 0.35 | 91.50 |
| | | POL | POLK SCRAP IRON & METAL CO | 1,205,945 | | | | |
| 87 | )15 | | | | 1,197,064 | 317,858,376 | 0.35 | 91.84 |
| | | 125 | METAL BRIQUETTING CO. | 914,423 | | | | |
| | | STR | CREATIVE BRASS WORKS | 282,641 | | | | |
| 88 | u55 | | | | 1,161,210 | 319,019,586 | 0.34 | 92.18 |
| | | MKK | MIKE'S METALS | 1,161,210 | | | | |
| 89 | ZXC | | | | 1,151,237 | 320,170,823 | 0.33 | 92.51 |
| | | ZXC | SARCO | 1,151,237 | | | | |
| 90 | 7WT | | | | 1,146,457 | 321,317,280 | 0.33 | 92.84 |
| | | 7WT | BEACON MANAGEMENT INC (BMI) | 1,146,457 | | | | |
| 91 | TTN | | | | 1,145,365 | 322,462,645 | 0.33 | 93.17 |
| | | TTN | COMMSCOPE | 1,145,365 | | | | |
| 92 | 7XF | | | | 1,143,922 | 323,606,567 | 0.33 | 93.50 |
| | | 7XF | TODOMETAL LTDA | 1,143,922 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

2 - 9

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| 93 | PMP | | | | 1,136,154 | 324,902,321 | 0.33 | 94.03 |
| | | PMP | CFF RECYCLING | 1,136,154 | | | | |
| 94 | 127 | | | | 1,129,772 | 326,032,093 | 0.33 | 94.16 |
| | | DID | DIDION RECYCLING CO. | 1,129,772 | | | | |
| 95 | 85X | | | | 1,124,773 | 327,156,866 | 0.32 | 94.48 |
| | | 85X | G.A.S. INTERNATIONAL LLC | 1,124,773 | | | | |
| 96 | INI | | | | 1,122,247 | 328,279,113 | 0.32 | 94.81 |
| | | INI | INTERSTEEL INC. | 1,122,247 | | | | |
| 97 | Y01 | | | | 1,109,603 | 329,388,716 | 0.32 | 95.13 |
| | | Y01 | KRIEGER WASTE PAPER | 1,109,603 | | | | |
| 98 | A29 | | | | 1,103,197 | 330,491,913 | 0.32 | 95.45 |
| | | A29 | BEAMAN IRON & METAL | 1,103,197 | | | | |
| 99 | S04 | | | | 1,092,493 | 331,584,406 | 0.32 | 95.76 |
| | | S04 | WOOSTER IRON & METAL | 1,092,493 | | | | |
| 100 | AGA | | | | 1,091,555 | 332,675,961 | 0.32 | 96.08 |
| | | AGA | AMERICAN GENERATOR & ALTERNATOR | 1,091,555 | | | | |
| 101 | <80 | | | | 1,088,485 | 333,764,446 | 0.31 | 96.39 |
| | | 5W9 | CATMET COMPANY | 1,088,485 | | | | |
| 102 | 5J0 | | | | 1,084,563 | 334,849,009 | 0.31 | 96.70 |
| | | 5J0 | AMERICAN RECYCLING | 1,084,563 | | | | |
| 103 | 7Q9 | | | | 1,081,056 | 335,930,065 | 0.31 | 97.02 |
| | | 7Q9 | ERICO | 1,081,056 | | | | |
| 104 | 7YD | | | | 1,071,941 | 337,002,006 | 0.31 | 97.33 |
| | | 7YD | ADVANCED CHEMICAL COMPANY | 1,071,941 | | | | |
| 105 | '96 | | | | 1,062,416 | 338,064,422 | 0.31 | 97.63 |
| | | 1CW | J. TROCKMAN & SONS INC. | 1,062,416 | | | | |
| 106 | 65 | | | | 1,051,061 | 339,115,483 | 0.30 | 97.94 |
| | | AO2 | LPHA OMEGA PROCESSING | 970,278 | | | | |
| | | 7AJ | ALPHA OMEGA | 80,783 | | | | |
| 107 | 7YZ | | | | 1,048,292 | 340,163,775 | 0.30 | 98.24 |
| | | 7YZ | SP RECYCLING CORPORATION LOUISVI | 1,048,292 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

2 - 10

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| 108 | SLV | | | | 1,026,278 | 343,201,057 | 0.30 | 99.12 |
| | | SLV | SLOAN VALVE | 1,026,278 | | | | |
| 109 | 3LF | | | | 1,020,396 | 344,221,453 | 0.29 | 99.41 |
| | | 3LF | SCHNITZER STEEL PRODUCTS CO. | 1,020,396 | | | | |
| 110 | SRY | | | | 1,017,104 | 345,238,557 | 0.29 | 99.70 |
| | | SRY | SOUTHSIDE RECYCLING | 1,017,104 | | | | |
| 111 | 88Y | | | | 1,012,893 | 346,251,450 | 0.29 | 99.99 |
| | | 88Y | ROCHESTER COMPUTER RECYCLING & R | 1,012,893 | | | | |
| 112 | 788 | | | | 1,011,280 | 345,251,726 | 0.29 | 99.71 |
| | | 788 | CERRO COPPER PRODUCTS | 1,011,280 | | | | |
| 113 | BF5 | | | | 1,010,240 | 346,261,966 | 0.29 | 100.00 |
| | | BF5 | BFI- MINNEAPOLIS RECYCLERY | 1,010,240 | | | | |

Total Weight (Pounds) =346,261,966

List 2 - Ranking of All Chemetco Suppliers by Weight Greater than One Million Pounds (Grouped by Alternative Names) Phase I Summary Report

2 - 11