# List 2

# Ranking of All Chemetco Suppliers by Weight
# Greater than One Million Pounds

### (Grouped by Alternative Names)

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| 1 | 005 | | | | 27,322,897 | 27,322,897 | 7.89 | 7.89 |
| | | 9SS | CHEMETCO METALES - DE MEXICO | 22,364,081 | | | | |
| | | 99S | PROPIEDADES ESMERALDA, S.A. | 4,951,613 | | | | |
| | | 7IF | LATINOAMERICANA DE METALES-CGUA | 6,145 | | | | |
| | | 6M6 | LATINO AMERICANA DE METALES-MMN | 1,058 | | | | |
| 2 | 005 | | | | 25,620,064 | 52,942,961 | 7.40 | 15.29 |
| | | DPW | DELPHI PACKARD WARREN CONVERSION | 6,984,771 | | | | |
| | | DW2 | DP - WARREN - CDA 425 TINNED | 6,169,328 | | | | |
| | | 2DI | DELPHI PACKARD ELECTRIC SYSTEMS | 3,955,824 | | | | |
| | | CP8 | DP - CLINTON - CDA 425 TINNED | 3,059,975 | | | | |
| | | 2DK | DELPHI PACKARD/CLINTON DIV | 1,374,675 | | | | |
| | | DW4 | DP - WARREN - CDA 654 TINNED | 1,314,532 | | | | |
| | | CP9 | DP - CLINTON - CONTAMINATED BRAS | 575,914 | | | | |
| | | DW3 | DP - WARREN - TIN BRASS/BRONZE O | 509,214 | | | | |
| | | DW1 | DP - WARREN - CONTAMINATED BRASS | 369,995 | | | | |
| | | DW5 | DP - WARREN - CDA 7025 TINNED | 328,823 | | | | |
| | | DPE | DELPHI PACKARD ELECTRIC/EL PASO | 263,658 | | | | |
| | | DPL | DELPH PACKARD / LAREDO | 230,797 | | | | |
| | | DCB | DELPHI PACKARD CONVERSION | 183,352 | | | | |
| | | DW6 | DP - WARREN - B.E.C. PLASTIC W/T | 149,486 | | | | |
| | | PCC | DELPHI PACKARD / CLINTON CONVERS | 71,410 | | | | |
| | | CPB | DP - CLINTON - B.E.C. PLASTIC W/ | 55,406 | | | | |
| | | CP0 | DP - CLINTON - CDA 654 TINNED | 22,904 | | | | |
| 3 | 18 | | | | 23,924,354 | 76,867,315 | 6.91 | 22.20 |
| | | 6P0 | RESOURCE MGMT. COMPANIES | 23,924,354 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds  (Grouped by Alternative Names)
Phase I Summary Report

2 - 1



EXHIBIT

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| | | | | 11,601,299 | | | 4.51 | 7.67 |
| | | 319 | OLIN CORPORATION BRASS DIVISION | 11,496,670 | | | | |
| | | OBR | OLIN BRASS CORPORATION | 4,051,609 | | | | |
| | | 89T | OLIN CORP ( WINCHESTER GROUP) | 53,020 | | | | |
| | | | | 14,780,376 | 104,490,637 | | 4.28 | 30.16 |
| | | 369 | COZZI IRON AND METAL INC. | 11,407,479 | | | | |
| | | 139 | M. KIMERLING & SONS, INC. | 2,371,770 | | | | |
| | | 28Q | SPECIALLOY INC | 704,982 | | | | |
| | | 512 | METAL MANAGEMENT PITTSBURGH | 389,243 | | | | |
| | | 223 | PERLCO DEPT.2169 | 345,534 | | | | |
| | | ALR | SPECIALLOY METALS COMPANY | 125,715 | | | | |
| | | 7E4 | PROLER SOUTHWEST | 40,000 | | | | |
| | | 8B3 | METAL MANAGEMENT OHIO | 37,300 | | | | |
| 6 | 97 | | | 14,513,871 | 122,304,508 | | 4.19 | 35.35 |
| | | 66C | FEDERAL MOGUL BLACKSBURG | 8,035,393 | | | | |
| | | 61R | FEDERAL MOGUL ST. JOHN'S | 5,587,781 | | | | |
| | | 60R | FEDERAL MOGUL GREENVILLE | 670,885 | | | | |
| | | DUM | FEDERAL MOGAL COOPER AUTO | 216,234 | | | | |
| | | WPL | FEDERAL-MOGUL CORP. | 3,578 | | | | |
| 7 | 29 | | | 13,646,447 | 136,050,955 | | 3.94 | 39.29 |
| | | CAL | DANA GLACIER VANDERVILL N. AMERI | 7,910,114 | | | | |
| | | K74 | DANA GLACIER VANDERVELL | 3,106,574 | | | | |
| | | MCC | DANA GLACIER VANDERVILLE N. AMER | 2,629,759 | | | | |
| 8 | 7ZC | | | 7,822,692 | 143,873,647 | | 2.26 | 41.55 |
| | | 7ZC | CENTROTRADE MINERALS & METALS | 7,822,692 | | | | |
| 9 | 5S0 | | | 5,159,836 | 149,033,483 | | 1.49 | 43.04 |
| | | 7XE | INDREGUA | 3,553,473 | | | | |
| | | 7ZR | R.S. SCRAP METAL | 1,606,363 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds  (Grouped by Alternative Names)
Phase I Summary Report

2 - 2

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | | | |
| | | 279 | PHILIP METALS,INC. NASHVILLE. | 951,205 | | | | |
| | | 991 | PHILIP METAL, INC. BIRMINGHAM | 807,085 | | | | |
| | | 836 | PHILIP METAL, INC. CHATTANOOGA | 782,565 | | | | |
| | | J05 | PHILIP METAL,INC. ROCKWOOD | 773,133 | | | | |
| | | 2VV | PHILIP METALS, INC-KNOXVILLE | 557,999 | | | | |
| | | 184 | PHILIP METAL, INC  ST LOUIS | 377,328 | | | | |
| | | 82C | PHILIPS METALS,INC. BEAVER FALLS | 262,300 | | | | |
| | | 82I | PHILIP METALS, INC.-COLUMBUS | 183,100 | | | | |
| | | 82J | PHILIP METALS, INC.-HAMILTON | 180,000 | | | | |
| | | 82E | PHILIPS METAL, INC. CANTON#62 | 90,000 | | | | |
| 11 | BTC | | | | 4,656,246 | 158,654,444 | 1.34 | 45.52 |
| | | BTC | BORDER TRADING | 4,656,246 | | | | |
| 12 | dd6 | | | | 4,617,313 | 163,271,757 | 1.23 | 47.15 |
| | | COP | TRANSFORMIT | 3,101,340 | | | | |
| | | CHO | TRANSFORMIT | 1,515,973 | | | | |
| 13 | SUM | | | | 4,369,934 | 167,641,691 | 1.26 | 48.11 |
| | | SUM | SUMCO | 4,369,934 | | | | |
| 14 | d8 | | | | 4,185,329 | 171,827,020 | 1.21 | 49.62 |
| | | BPS | BALL PIPE & SUPPLY | 2,001,866 | | | | |
| | | 308 | YAFFE IRON & METAL CO. | 1,351,871 | | | | |
| | | 772 | BORG  COMPRESSED CORP. | 527,422 | | | | |
| | | 1WZ | ROGER'S IRON AND METAL | 159,268 | | | | |
| | | YCI | YAFFE COMPANIES, INC | 99,500 | | | | |
| | | 42D | CUSHING METALS CORP | 45,402 | | | | |
| 15 | f53 | | | | 3,863,909 | 175,690,929 | 1.12 | 50.74 |
| | | 7TV | RECOVERY OPTIONS | 3,863,909 | | | | |
| 16 | 6BM | | | | 3,415,314 | 179,106,243 | 0.99 | 51.73 |
| | | 6BM | INTERCO TRADING | 3,415,314 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds  (Grouped by Alternative Names)
Phase I Summary Report

2 - 3

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | 2GI | WARRENTON COPPER LCC | 2,352,038 | | | | |
| | | 900 | AMERICAN IRON & METAL CO. LTD | 1,053,092 | | | | |
| 18 | NY | | | | | 185,809,620 | 0.95 | 54.60 |
| | | 7NY | INTERNATIONAL METALS | 3,298,247 | | | | |
| 19 | na1 | | | | 3,263,436 | 189,073,056 | 0.94 | 55.60 |
| | | 7GQ | MODINE MFG.CO.(EMPORIA) | 1,311,577 | | | | |
| | | GQ9 | MODINE MFG.CO.(TRENTON) | 1,032,982 | | | | |
| | | 8GQ | MODINE MFG.CO.(JEFF CITY) | 918,358 | | | | |
| | | 7HI | MODINE MFG. CO. (JOPLIN,MO.) | 519 | | | | |
| 20 | b55 | | | | 3,235,084 | 192,308,140 | 0.93 | 55.54 |
| | | 1Z8 | WOLVERINE TUBE CANADA | 3,041,913 | | | | |
| | | 2CS | WOLVERINE TUBE CANADA | 193,171 | | | | |
| 21 | 584 | | | | 3,189,744 | 195,497,884 | 0.92 | 56.46 |
| | | 584 | ATLAS METAL & IRON CORP | 3,189,744 | | | | |
| 22 | 001 | | | | 3,054,705 | 198,552,589 | 0.88 | 57.34 |
| | | NIB | NIBCO INC. / NACOGDOCHES DIVISIO | 1,061,806 | | | | |
| | | 5RB | NIBCO (MCALLEN TEXAS) | 959,298 | | | | |
| | | 3J9 | NIBCO INC.(STUARTS DRAFT DIV) | 559,519 | | | | |
| | | SGF | NIBCO (S. GLEN FALLS) | 380,159 | | | | |
| | | 4AT | NIBCO (BLYTHEVILLE) | 93,923 | | | | |
| 23 | 358 | | | | 3,024,125 | 201,576,714 | 0.87 | 58.22 |
| | | 358 | FEDERAL METALS CO | 3,024,125 | | | | |
| 24 | 168 | | | | 3,017,055 | 204,593,769 | 0.87 | 59.09 |
| | | 168 | NORTHEAST METAL TRADERS | 3,017,055 | | | | |
| 25 | r52 | | | | 2,974,791 | 207,568,560 | 0.86 | 59.95 |
| | | 2M4 | MUELLER COMPANY | 2,974,791 | | | | |
| 26 | ~c4 | | | | 2,816,627 | 210,385,187 | 0.81 | 60.76 |
| | | 72 | FRY METALS INC.  ATTN. DAVE COLM | 2,816,627 | | | | |
| 27 | D27 | | | | 2,735,426 | 213,120,613 | 0.79 | 61.55 |
| | | D27 | ALL FLORIDA SCRAP METALS | 2,735,426 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|------|------|------|------|------|------|------|------|------|
| 29 | 0B6 | | | | 2,602,505 | 217,678,101 | 0.81 | 62.34 |
| | | 0B6 | HARDING METALS, INC. | 2,602,505 | | | | |
| 30 | 83Q | | | | 2,544,972 | 220,223,073 | 0.73 | 63.04 |
| | | 83Q | INVERSIONES BRACOVEN C.A. | 2,544,972 | | | | |
| 31 | MOE | | | | 2,542,550 | 221,017,620 | 0.73 | 64.08 |
| | | 7GK | MOEN | 1,165,093 | | | | |
| | | MOE | MOEN INC - NEW BERN PLANT | 1,046,863 | | | | |
| | | 8BW | MOEN  (ATTN: BRAD SKINNER) | 330,594 | | | | |
| 31 | 9t4 | | | | 2,433,570 | 223,244,210 | 0.70 | 64.47 |
| | | 3W6 | ESSEX GROUP INC.%BANK OF AMERICA | 1,042,387 | | | | |
| | | ESX | ESSEX GROUP (055-MPC) | 508,587 | | | | |
| | | RSL | ESSEX GROUP (JONESBORO) | 282,933 | | | | |
| | | ESV | ESSEX GROUP (VINCENNES) | 207,780 | | | | |
| | | CCE | ESSEX GROUP (091-COL CITY) | 194,989 | | | | |
| | | ECP | ESSEX GROUP (ORLEANS, IN) | 103,727 | | | | |
| | | EMO | ESSEX (SIKESTON, MO) | 36,000 | | | | |
| | | EFR | ESSEX GROUP (054-FRANKLIN, TN) | 31,420 | | | | |
| | | FWE | ESSEX GROUP (FT. WAYNE) | 13,000 | | | | |
| | | EKY | ESSEX (ELIZABETHTOWN, KY) | 7,750 | | | | |
| | | ESL | ESSEX GROUP (LAFFAYETTE) | 4,997 | | | | |
| 32 | r05 | | | | 2,411,932 | 225,656,142 | 0.70 | 65.17 |
| | | 5X0 | ELMET | 1,783,335 | | | | |
| | | EMS | E M S  EUROPEA DE METALES Y SERV | 584,505 | | | | |
| | | 5WC | BOTRADE , S.L. | 44,092 | | | | |
| 33 | NUN | | | | 2,357,091 | 228,013,233 | 0.68 | 65.85 |
| | | NUN | FREDDY NUNEZ | 2,357,091 | | | | |
| 34 | '66 | | | | 2,341,311 | 230,354,544 | 0.68 | 66.53 |
| | | 49 | MIDCO INDUSTRIES INC. | 2,184,270 | | | | |
| | | 0LS | MASCOT INC. | 157,041 | | | | |
| 35 | K50 | | | | 2,322,975 | 232,677,519 | 0.67 | 67.20 |
| | | K50 | ANSONIA COPPER AND BRASS | 2,322,975 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds  (Grouped by Alternative Names)
Phase I Summary Report

2 - 5

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| 36 | EMB | | | | 2,242,878 | 234,920,397 | 0.64 | 67.80 |
| | | EMB | METAL RECYCLING SYSTEMS | 2,242,878 | | | | |
| 37 | 1SF | | | | 2,189,647 | 237,110,044 | 0.63 | 68.43 |
| | | 5R4 | WELLMAN FRICTION PRODUCTS | 1,338,937 | | | | |
| | | WF2 | WELLMAN FRICTION (MEDINA) | 850,710 | | | | |
| 38 | 581 | | | | 2,181,705 | 239,291,749 | 0.61 | 69.11 |
| | | 581 | ENNIS AUTOMOTIVE | 2,181,705 | | | | |
| 39 | 503 | | | | 2,163,453 | 241,455,202 | 0.61 | 69.73 |
| | | 503 | RIVER METALS RECYC(KLEMPNER BROS | 2,163,453 | | | | |
| 40 | JBF | | | | 2,106,318 | 243,561,520 | 0.61 | 70.34 |
| | | JBF | JOHNSON BRASS & MACHINE FNDRY | 2,106,318 | | | | |
| 41 | TIM | | | | 2,084,264 | 245,645,784 | 0.60 | 70.94 |
| | | TIM | THORNTON'S IRON & METAL | 2,084,264 | | | | |
| 42 | 60 | | | | 2,083,383 | 247,729,167 | 0.60 | 71.54 |
| | | 2PW | TOMRA PACIFIC, INC. | 1,306,110 | | | | |
| | | TPD | TOMRA RECYCLING NETWORK | 397,582 | | | | |
| | | RA4 | TOMRA PACIFIC | 379,691 | | | | |
| 43 | p39 | | | | 2,046,080 | 249,775,247 | 0.59 | 72.13 |
| | | Q05 | PAUL MATTUCHIO INC. | 2,046,080 | | | | |
| 44 | e48 | | | | 1,999,865 | 251,775,112 | 0.58 | 72.71 |
| | | 7FF | LUCENT TECH. (MCLEANSVILLE) | 1,950,269 | | | | |
| | | 5SC | LUCENT TECHNOLOGIES | 38,300 | | | | |
| | | 6DG | A.T.&T. OSP ENGINEERING | 7,100 | | | | |
| | | LUT | LUCENT TECH | 3,944 | | | | |
| | | 81Q | A.T. & T. PIONEERS | 252 | | | | |
| 45 | 7J4 | | | | 1,994,737 | 253,769,849 | 0.58 | 73.29 |
| | | 7J4 | METALSTAMP | 1,994,737 | | | | |
| 46 | MPI | | | | 1,943,911 | 255,713,760 | 0.56 | 73.85 |
| | | MPI | METALS PLUS INTERNATIONAL CORP. | 1,943,911 | | | | |
| 47 | GBR | | | | 1,883,180 | 257,596,940 | 0.54 | 74.39 |
| | | GBR | BLAZE RECYCLING & METALS INC | 1,883,180 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds  (Grouped by Alternative Names)
Phase I Summary Report