UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 |
| | ) | |
| Debtors, | ) | (Jointly Administered) |

## RESPONSE OF ILLINOIS ENVIRONMENTAL AGENCY TO NOTICE OF OBJECTION TO CLAIM PURSUANT TO THIRD OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. 3007

NOW COMES the Illinois Environmental Protection Agency ("Illinois EPA"), by Lisa Madigan, Attorney General of the State of Illinois, and submits this response to the objection by Delphi Corporation to the Claim (No. 10885) of Illinois EPA. As set forth below, the objection should be overruled and the matter be set for further hearing

1.      **Description of the basis for amount of claim:** Illinois EPA's claim seeks to recover removal costs incurred at the former Chemetco, Inc., facility in Hartford, Illinois, prior to the date Delphi initiate bankruptcy proceedings. Illinois EPA has incurred response costs as a result of the release and threatened release of hazardous substances at the facility. Pursuant to Section 107(a)(3) of the Comprehensive Environmental Response Compensation Act ("CERCLA"), 42 U.S.C. §9607(a)(3),

> any person who by contract, agreement, or otherwise arranged for disposal or treatment * * * of hazardous substances owned or possessed by such person, by any other party or entity, at any facility or incineration vessel owned or operated by another party and containing such hazardous substances,

is liable for all costs of removal or remedial action incurred by a State as a result of a release or threatened release of hazardous substances. Section 22.2(f)(3) of the Illinois Environmental Protection Act, 415 ILCS 5/22.2(f)(3), creates a state law cause of action for such costs using more expansive language. Liability under both statutes is joint and several unless a basis for apportioning liability for the costs can be established. [citations]

a.      **Description of the Facility:** Chemetco is a former secondary copper smelter that ceased

operations on October 1, 2001, when it filed for Chapter 7 Bankruptcy (Case No. 01-34066, Southern

District of Illinois). Chemetco's operations had been plagued by chronic malfeasance and misfeasance in

its management of materials it received for smelting and products, byproducts, residues and wastes

generated by smelting including being criminally prosecuted and convicted for the disposal of hazardous

wastes into a water of the United States (U.S. v. Chemetco, Inc. , 274 F.3d 1154 (7th Cir. 2001).

      **b.**     **Arrangements for Treatment of Hazardous Substances:** In pleadings filed in

Chemetco's bankruptcy Delphi asserted claims seeking recovery based upon a "Tolling Arrangement" it

had with Chemetco. See Exhibit 1 attached hereto, Delphi Automotive Systems Motion to Require the

Trustee to Sequester Proceeds of Sales of Property (the Tolling Arrangement is attached to that motion as

Exhibit A). Pursuant to that Tolling Arrangement, Delphi furnished Chemetco with "copper-bearing

scrap as bailed material to be upgraded by CCO [Chemetco] into scrap usable as Brass Mill Feed and/or

cathode." (Tolling Agreement, par.2).. Chemetco "upgraded" the scrap by smelting it in one of its four

furnaces to concentrate the copper present in the scrap and collect the impurities as air pollution control

waste (referred to as "zinc oxide") and slag. U.S. v. Chemetco, 274 F.3d at 1156. Both the zinc oxide

and slag were characterized as hazardous wastes ( and therefore, defined as hazardous substances

pursuant to Section 101() of CERCLA, 42 U.S.C. 9601()) because of the high levels of lead, cadmium

and other heavy, toxic metals capable of leaching out of the material. The lead, cadmium, and other

heavy metals are also listed as hazardous substances pursuant to regulatory lists included in Sectio 101()

of CERCLA, 42 U.S.C. 9601().

      **c.**     **Threatened Releases of Hazardous Substances:** As the date of its impending

bankruptcy approached, Chemetco failed to properly manage wastes from its operations, including slag

and zinc oxide. See Exhibit 2 attached hereto, September 30 and October 1, 2001, inspection reports

prepared by Illinois EPA Inspector, Chris Cahnovsky. In the wake of the bankruptcy, Illinois EPA was

compelled to issue a Seal Order to protect against the threat posed by the wastes present at the facility.

See Exhibit 3 attached hereto.

    **d.**      **Incurrence of Response Costs:** As a result of the threatened releases at the facility, Illinois EPA and the Attorney General have incurred response costs performing tasks such as investigating the nature and extent of the threat posed by "prior mismanagement" and mismanagement on the eve of the bankruptcy filing (See Exhibit 2), issuing and enforcing the Seal Order, identifying possible removal actions, and monitoring the Facility. The claim estimated those costs to be $205,450.00. Tabulation of the total amount and assignment of those costs to prior mismanagement and pre-bankruptcy mismanagement threats is underway. Current indications are that the assignement will end up in the range of 60-65% prior mismanagement and 35-40% pre-bankruptcy. Delphi's potential liability given its formation in 1999, would be limited to the latter category.

    **2.**      **Reasons Why the Claim Should not Be Disallowed as Unsubstantiated:** Because of the effort expended in addressing the threat posed by the facility and the disarray in which Chemetco left its records, Illinois EPA is only in the early stages of identifying potentially responsible parties This precluded issuance of notices of potential liability to potentially responsible parties such as Delphi. Based upon records of Chemetco's operations in the period preceding its bankruptcy, Delphi ranked second in the total weight of material sent to Chemetco for processing at more than 25,000,000 tons. See Exhibit 4.

    **3.**      **Documentation Relied Upon to Support Claim:** In addition to Exhibits 1-4 above, the State will rely upon the cost allocation/tabulation being prepared.

    **4.**      **Amount of Claim Allowable Upon Liquidation:** Setting aside the opportunity authorized under CERCLA to seek joint and several liability, this claim would likely be liquidated, via settlement or contested proceeding, in the range of approximately $16,500 to $27,750 (based upon an allocation assigning Delphi a 20% share of the lower range of costs associated with pre-bankruptcy mismanagement (40%) as the lower end and a 30% share of the higher range of costs associated with pre-

3

bankruptcy mismanagement (45%) as the higher end).

   5.    **Response/Resolution Contact:** The undersigned serves as the point of contact for

reponse and resolution of this claim.

   WHEREFORE, the Illinois EPA prays that the objection be overruled as to its claim.

   Respectfully submitted,

   PEOPLE OF THE STATE OF ILLINOIS,

   LISA MADIGAN
   Attorney General, State of Illinois

   MATTHEW J. DUNN, Chief, Environmental
   Enforcement/Asbestos Litigation Division

   BY: _James L. Morgan_

   James L. Morgan
   Environmental Bureau
   Assistant Attorney General
   DATED: November 21, 2006

500 South Second Street
Springfield, IL 62706
217-524-7506
Fax: 217-524-7740
jmorgan@atg.state.il.us

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 |
| | ) | |
| CHEMETCO, INC., | ) | CASE NO. 01-34066 |
| | ) | |
| Debtor. | ) | |

## MOTION TO REQUIRE THE TRUSTEE TO SEQUESTER
## PROCEEDS OF SALES OF PROPERTY

Now comes, **Joel A. Kunin**, of the lawfirm of **Carr Korein Tillery**, attorneys for creditor **Delphi Automotive Systems** (hereinafter "Delphi"), and for its Motion to Require the Trustee to Sequester Proceeds of Sales of Property states as follows:

1. On January 19, 2002, the Trustee issued three (3) separate documents styled Notice of the Trustee's Intent to Sell Property Free and Clear of Liens pursuant to 11 USC § 363, which notices pertain to warehouse inventory; copper anodes; black copper; and current production material of zinc oxide residue (hereinafter collectively referred to as "Property").

2. On January 24, 2002, the Trustee, by her Motion to Shorten Notice to Send Amended Notices of Sale pursuant to 11 USC § 363, stated her intent to file amended Notices of sale.

3. On January 26, 2002, the Trustee issued three (3) separate documents styled Amended Notice of the Trustee's Intent to Sell Property Free and Clear of Liens pursuant to 11 USC § 363, which notices pertain to the Property.

4. Some of the Property the Trustee intends to sell is or may be the property of Delphi pursuant to the General Materials Tolls Agreement dated January 1, 2000 between Delphi Automotive Systems and the Debtor, a copy of which Agreement is attached hereto, is marked Exhibit A, is incorporated herein and is by reference made a part hereof.

5. The proceeds of the sales of the Property, which is the subject of the three (3) Notices



described in Paragraph 1 above, and any amendments thereto which may hereafter be filed by the Trustee, should be sequestered by the Trustee and held for distribution pending the further Order of this Court in order to provide adequate protection of Delphi.

WHEREFORE, pursuant to 11 USC § 363(e), **Delphi Automotive Systems** requests that the Court enter an Order requiring the Trustee to sequester and hold the proceeds of the sales of any Property which is the subject of the Notices and Amended Notices set forth above until the further Order of this Court as a condition to the Court's entry of an order approving the sale of all or any of the Property.

Dated this __3 /__ day of January 2002.

**DELPHI AUTOMOTIVE SYSTEMS**

BY: _____

JOEL A. KUNIN
PAUL G. SCHOEN
**CARR  KOREIN  TILLERY**
**412 MISSOURI AVENUE**
**EAST ST.  LOUIS, IL 62201**
**618 / 274-0434 - FAX: 618/274-8369**
**E-MAIL: jkunin@legal-matters.com**
        **pschoen@legal-matters.com**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing *Motion to Require the Trustee to Sequester Proceeds of Sales of Property* was mailed this 1st day of February 2002, by U. S. Mails, postage fully paid to the following:

Teresa A.  Generous, Esq.
10 South Broadway
St.  Louis, MO 63102-1774
Attorney for Debtor

Laura K.  Grandy, Esq.
Mathis, Marifian, Richter & Grandy, Ltd.
720 West Main Street, Suite 100
Belleville, IL 62220
Chapter 7 Trustee

Dan Nester, Esq.
Bryan Cave
1 Metropolitan Square #3600
St. Louis, MO 63102

U.S. Trustee
Becker Building
Room 1100
401 Main Street
Peoria, IL 61602

# GENERAL TOLLS MATERIALS AGREEMENT

This agreement dated as of _Jan. 1, 2000_ is between  Delphi Automotive Systems,

(hereinafter referred to as "DAS") and Chemetco   (hereinafter referred to as "CCO").

1. ## Agreement to Furnish Conversion/Fabrication Services.

    Upon and subject to the terms and conditions of this Agreement, CCO agrees to

    provide all services necessary to upgrade DAS copper-bearing scrap into usable

    form(s) at DAS Toll Locations (hereinafter collectively referred to as "Scrap").

    Charges by CCO for such conversions shall be in accordance with the pricing set forth

    in the applicable  Purchase Order(s) and/or Contract(s) issued to CCO pursuant to

    Section 3.01 of this Agreement.

2. ## Delivery of Scrap.

    2.01  DAS shall from time to time furnish to CCO copper-bearing scrap as bailed material,

    to be upgraded by CCO into scrap usable as Brass Mill feed and/or cathode.

    2.02  All DAS scrap shall be picked up at the generating locations by CCO.

    2.03  CCO shall promptly inspect each shipment of scrap to ensure that the items

    received are suitable for upgrade and in the quantities indicated on the shipping

    documentation.  In the event CCO believes that any of the scrap is not suitable for upgrade,

    or if such scrap is not in the quantities indicated on the shipping documentation, CCO shall,

    within three (3) working days after the receipt of such scrap, notify DAS of such

    unsuitability and/or discrepancy in quantity. Scrap mutually determined by the parties to be

    unsuitable for upgrade shall be segregated by CCO and thereafter returned to DAS or

    disposed of in accordance with DAS's instructions. Should CCO fail to comply with the

GENTLMTL
LB
5/4/94
I

**EXHIBIT**

_A_

foregoing notification procedures, it shall be presumed conclusively that the Scrap
was received by CCO in acceptable condition and in the quantities indicated.

3.   **Procedures: Scrap Upgrade Services**

3.01 Prior to *Jan. 1st*, of each year, DAS or its Divisions shall issue one or more
Purchase Orders to CCO for the upgrade services to be purchased during the upcoming
year. Such Purchase Orders shall indicate the upgrade charges agreed upon by DAS or its
Divisions and CCO, and shall contain the following clause on the face thereof:

> The upgrade services to be furnished by CCO under this Purchase Order shall be
> furnished upon and subject to the terms, conditions and provisions of the Scrap
> Upgrade Agreement dated as of *Jan. 1, 2000* by and between DAS and CCO.

3.02 On or before *Jan. 1st* of each year, DAS shall provide CCO with an <u>estimate</u> of the
minimum and maximum tonnage of scrap which DAS anticipates having CCO upgrade
during the ensuing year. It is understood, however, that such estimates are provided to CCO
for planning purposes only, and are not to be construed as requiring DAS to have any
minimum tonnage of scrap upgraded by CCO during the year or as a limitation of the
tonnage of scrap which CCO may be required to upgrade for DAS.

3.03 Orders for CCO's upgrade of scrap shall be effected by the release of material to CCO
by DAS or its locations.

3.04 CCO hereby warrants that the services to be performed by it under this Agreement
shall be performed in conformance with upgrade directions provided by DAS or its
Divisions and that the upgraded scrap and/or copper cathode shall be acceptable to the Toll
Location, on behalf of DAS.

4.   **Property of DAS; CCO's Obligations With Respect to DAS's Property.**

4.01 CCO acknowledges that the scrap, upgraded by CCO for DAS under Agreement is the
property of DAS and is being held by CCO on a bailment basis.

4.02 CCO shall reflect on its books and records that the items described in Section 4.01 are
the property of DAS and not property of CCO. Additionally, CCO shall furnish DAS on a

GENTLMTL
LB
3/4 94
2

monthly basis a written inventory of DAS's property in CCO's possession. Such inventories will be in such form and with such form and with such detail as required by DAS.

4.03  All property of DAS shall be kept at CCO's facility(ies)  until removed by or shipped to DAS or its Toll Locations. It is understood that it may be necessary for CCO to commingle DAS's property with that of  CCO or others in order for CCO to perform upgrade services for DAS; however, CCO shall, whenever  practicable, segregate such items from the property of CCO or any third party.

4.06  CCO shall be responsible for all shortages of, or damage and destruction to, DAS's property while in CCO's possession.

5.    **Property Taxes.**

DAS shall be responsible for the payment of any personal property taxes assessed against the property of DAS in CCO's possession pursuant to this Agreement.

6.    **Return of DAS Property.**

Upon expiration, termination or cancellation of this Agreement, CCO shall ship to DAS freight collect, all of DAS's property.  Additionally, DAS shall at any time have the right to take possession of all or any part of its property in possession of CCO.

7.    **Term.**

The term of the Agreement is from _Jan. 1, 2000_ through _Dec. 31, 2000_ . This Agreement shall automatically be extended beyond that date so long as CCO has a continuous supplier relationship with DAS for scrap upgrade services.

8.    **Purchase Order Terms, Conditions and Provision.**

The terms, conditions and provisions set forth on the face and reverse side of any Purchase Order issued by DAS or its Divisions to CCO pursuant to Section 3.01 above shall be construed as consistent with and cumulative to the provisions of this Agreement; provided however, that:

(i)     Any reference therein to "Buyer" shall mean DAS or one of its Divisions as a buyer of services and any reference therein to "Seller" shall mean CCO as a seller of services; and

(ii)    In the event of any conflict between such terms, conditions and provisions of this Agreement, the provisions of this agreement shall control.

9.    Grant of Security Interest.

9.01  As security for all of CCO's obligations under this Agreement, CCO hereby grants to DAS a security interest in all Scrap; all scrap upgrade and other services performed by CCO for DAS; and all proceeds (including proceeds of insurance), returns, substitutions and replacements thereof or therefrom (collectively, the "Collateral").

9.02  DAS shall have the right to file financing statements in the public record as it deems necessary to perfect its interests in the Collateral, and CCO hereby grants to DAS a power of attorney to execute any such documents on behalf of CCO.

9.03  CCO shall not lend, rent, encumber, pledge, lease, transfer or otherwise use or dispose of the Collateral except to DAS; and CCO shall keep the Collateral free and clear from unpaid charges, including taxes, and free and clear from liens, encumbrances and security interests other than those of DAS.  Additionally, CCO agrees that it will use its best efforts to procure from any and all third parties such documents as DAS deems necessary to protect DAS's interest(s) in the Collateral from any claims or interests of such third parties.

10.    Setoff/Recoupment.

In addition to other rights DAS may have under this Agreement, any purchase orders/contracts with CCO, or applicable law, DAS shall have the right to setoff against or recoup from any amounts owing to CCO, on any basis, any amounts owing to DAS or to General Motors under this Agreement or otherwise. DAS may exercise these setoff and recoupment rights without first demanding payment from CCO.

GENTLMTL
LB
5/4/94
4

11.   **Notices.**

All notices required or permitted hereunder shall be in writing and shall be deemed duly

given when personally delivered or sent by registered or certified mail, return receipt

requested, postage prepaid, or by telex, facsimile transmission or cable confirmed by letter as

aforesaid addressed as follows:

> If to   Delphi Automotive Systems
> Timberland Office Park
> 1450 West Long Lake
> Mail Code: 480-414-270
> Troy, Michigan 48098
> Attention: Kevin Cope
> Telephone Number: (248) 267-5979
> Facsimile Number: (248) 267-5985

> If to   Chemetco
> 16400 S. Lathrop
> Harvey, Illinois 60426
> Attention: Jack Henry
> Telephone Number: (708) 339-5700
> Facsimile Number: (708) 339-0219

or to such other address as either party may hereafter designate in writing by like notice.

12.   **Modifications and Amendments.**

No addition to, deletion from or modification of any of the provisions of this Agreement,

shall be binding upon the parties unless made in writing and signed by a duly authorized

representative of each party. This Agreement shall be the final, complete and exclusive

statement of the terms of the Agreement between CCO and DAS relating to the Scrap

and their handling. Any such additions, deletion or modifications shall refer specifically to

this Agreement and shall also state that it is an amendment thereof.

13.   **Relationship of the Parties.**

This Agreement does not constitute CCO or DAS the agent or legal representative of the

other for any purpose whatsoever, and neither DAS nor CCO is granted any express or

GENTLMTL
LB
5/L/94
5

implied right or authority to assume or to create any obligation or responsibility on behalf of or in the name of the other or to bind the other in any manner or thing whatsoever.

14. **Waivers.**

The failure of either party at any time to require performance by any party of any provision hereof shall in no way effect the full right to require such performance at any time thereafter. The waiver by either party of a breach of any provision hereof shall not constitute a waiver of any succeeding breach of the same or other such provision nor constitute a waiver of the provision itself. The failure of either party to exercise any of its rights provided under this Agreement shall not constitute a waiver of such rights.

**IN WITNESS WHEREOF,** Chemetco and Delphi Automotive Systems have caused this Agreement to be executed in multiple counterparts by their duly authorized representatives as of the day and year first above written.

DELPHI AUTOMOTIVE SYSTEMS

By _Kent Flora_____    By _____

Title _Commodity Mgr._____    Title_____

Date _Nov. 30, 1999_____    Date _____

CHEMETCO

By _John C. Mooney_____    By _____

Title _Buyer_____    Title_____

Date _12/8/99_____    Date _____

GENTLMTL
LB
3/2/94
6

1198010003 – Madison County
Chemetco, Inc.
Date of Inspection: July 11, 2001
Prepared by: Chris Cahnovsky

## NARRATIVE

On July 11, 2001, I conducted a Compliance Evaluation Inspection at Chemetco, Inc. in Hartford, Illinois. Present during this inspection was Heather Young, Chemetco's Environmental Manager. Chemetco, Inc. is a secondary copper smelter that operates four 70-ton top-blown rotary furnaces, which bronze, smelt and refine copper and other metal-bearing scrap. Chemetco produces anode copper, crude lead-tin solder, crude zinc oxide (ZnO) and slag.

Chemetco is regulated as an interim status facility undergoing closure of several RCRA units and as a large quantity generator of hazardous waste. Chemetco is also operating several unpermitted hazardous waste storage units. In March 1993, Chemetco submitted a Part B Closure/Post-Closure Permit Application for the "Dirty Closure" of the zinc oxide bunker (S03), floorwash water impoundment (D83), cooling water canals (D83) and the zinc oxide lagoons (D83). The Agency approved the closure for these units on January 29, 1993. The approval letter required that closure of these units be completed by November 1, 1994. Closure has not been completed.

On September 18, 1996, during a Compliance Evaluation Inspection (CEI), the Agency discovered that Chemetco was discharging zinc oxide into a wetland that flows into Long Lake. Consequently, the Agency alleged violations about the disposal of hazardous waste in an unpermitted surface impoundment (D83). During the September 1996 CEI, the Agency also discovered that Chemetco disposed of refractory brick, gunning material and other waste on the south side of Oldenburg Road. Chemetco excavated this area and created three hazardous waste piles (S03). The Agency has alleged violations concerning the disposal of hazardous refractory brick and gunning material and for the creation of three unpermitted hazardous waste piles.

At the Hartford plant, Chemetco generates hazardous waste, special waste and universal waste. The hazardous wastes include baghouse bags (D006 and D008), filter press cloths (D006 and D008), zinc oxide (D006 and D008), slag fines from the granulated slag and screening process (D008) and baghouse dust (D006 and D008). Other hazardous wastes include absorbent and oil (D008), black pipe and hose (D008), excavation soil (D006 and D008), demolition debris (D006 and D008) and aerosol can waste (D001). The nonhazardous wastes include used oil, oily water and refractory brick. The universal wastes generated by Chemetco include spent fluorescent light tubes and batteries.

**EXHIBIT**

2

1198010003 – Madison County
Chemetco, Inc.
Page 2 of 7

The following is a summary of the plant tour.

## Used Oil Storage Tank

Chemetco stores used oil in a 1,200-gallon above ground storage tank located within secondary containment. I observed that the tank was properly labeled and contained about 800 gallons of used oil. The used oil is picked up by Safety-Kleen as a nonhazardous waste. In the used oil tank's secondary containment was a large amount of oily water. Safety-Kleen also picks up this oil/water mixture from the containment as a nonhazardous waste.

## Number #2 Baghouse Dust Collection Trailer

A trailer is used to collect baghouse bust from the #2 Baghouse. Several times the Agency has observed dust leaking from this trailer. Chemetco has started daily trailer inspections. When the trailer is observed leaking, it is fixed. During this inspection, I did not observe any dust leakage from the trailer seal. It appears that Chemetco has addressed the trailer leakage problem.

The #2 Baghouse collects emissions from the roof over the furnaces. This baghouse dust, along with the baghouse dust from the #1 Baghouse is transported to the Fines Building where it is injected into the DIS. Chemetco injects this baghouse dust to the furnaces to reduce the temperature of the bath, even out the consistency of the bath and to absorb moisture in the bath. The baghouse dust is used in the furnace as a substitute for sand.

## Zinc Oxide Filter Press

Zinc oxide slurry is generated by the venturi scrubber system. The scrubber system collects air emissions from the furnace. The scrubber water is then discharged to the polishing pits (an open concrete pit) where settling occurs. The solids from the polishing pits are further dewatered in a plate and frame filter press. The resulting dewatered material is what is referred to as zinc oxide. The current generation of zinc oxide is either sold to Elmet S.L. in Spain or injected into the DIS. Allegedly, the zinc oxide sent to Spain is mixed with copper/tin oxide purchased from another company. The zinc oxide/copper/tin oxide mix is loaded onto trucks at the Fines Building and transported to the Phoenix Terminal located along the Mississippi River in Hartford, Illinois.

1198010003 – Madison County
Chemetco, Inc.
Page 3 of 7

## Black Acid Tank (S02)

Chemetco has completed the removal of all hazardous waste from the Black Acid Tank. The last shipment of waste from the clean out of the interior of the tank was shipped to Waste Management of Ohio on March 10, 2000. Chemetco cleaned the outside of the tank in 2000 and shipped 55 gallons of leaded paint chips to Chem-Met Services. Chemetco submitted a RCRA partial closure plan for the Black Acid Tank on August 12, 1999. The Illinois EPA approved this partial closure plan on November 17, 1999. Chemetco is attempting to "Clean Close" this unit.

## Granulated Slag Drying and Screening Plant (GSDSP)

In the GSDSP, water-cooled slag is dried and screened to make grit for shingle backing. On the east of the GSDSP plant, a conveyor dumps undersized slag fines onto a concrete slab. The Agency has sampled these fines and determined that they exhibit the toxic characteristic for lead. Chemetco has also determined that the slag fines exhibit one or more characteristics of a hazardous waste. Ms. Young told me that the slag fines do not consistently pass the TCLP. These fines are stored in piles behind the granulation pad, on the west side of the water barge and on the south side of the Zinc Oxide Bunker. The pile of slag fines on the south side of the bunker is being stored on top of sheet of plastic. This pile has also been covered with sheets of plastic. The slag fines have historically been dumped at various locations on the air-cooled slag piles. The Agency has previously alleged violations about the unpermitted storage of slag fines in waste piles.

According to a November 19, 1997 letter from Chemetco to the Agency, Chemetco states that about 60,000 tons of fines are generated per day. About 45,000 pounds of slag fines are added to the furnace via the DIS per day. Per Chemetco, the slag fines are used as a substitute for sand in the production process of copper. Slag fines are used to reduce the temperature of the metal bath.

## Slag

Slag is generated as a by-product of the Chemetco's process. The Illinois EPA and the USEPA have both tested the slag generated by Chemetco. Both Agencies have determined that the slag fails the TCLP for lead. Ms. Young stated that Chemetco has a use for all the slag being currently generated. She stated that most of slag is water cooled and sent to GSDSP. A small percentage of the slag is skulls. Skulls are now stored at the north end of the furnace. These skulls are charged back to the furnace.

1198010003 – Madison County
Chemetco, Inc.
Page 4 of 7

## Zinc Oxide Bunker (S03)

The ZnO bunker is approximately 365 feet by 310 feet and has a capacity of 3,000,000 gallons. The ZnO bunker contains about 40,000 tons speculatively accumulated crude zinc oxide, slag and remediation waste from the former zinc oxide pile, cooling canal and zinc oxide lagoons. The zinc oxide in the bunker is characteristically hazardous for lead (D008) and cadmium (D006). The zinc oxide bunker has a concrete containment wall and a system for run-off collection. The run-off from the pile is collected and piped back into the bunker.

Two methods are being used to control wind dispersion of the zinc oxide pile. Large pieces of slag have been placed on the west and a north side of the pile to reduce erosion and a surfactant called Coherex is applied to the pile. According to Ms. Young, Chemetco is having Coherex applied to the pile annually. Information supplied by Ms. Young showed that Coherex was applied to the pile on October 17, 2000 and March 14, 2001 by CAM, LLC.

## Refractory Brick

On the south side of the Zinc Oxide Bunker, I observed a Kress Pot containing refractory brick. The furnaces at Chemetco use both safety-liners and working liners. The safety liner consists of clay bricks. This liner is placed in the furnace behind the working liner. The working liner is in constant contact with the metal in the furnaces. The safety liner can also have contact with metal through cracks or failures in the working liner. The copper content of the used brick can vary depending on the furnace and its utilization.

Chemetco segregates the refractory into brick that has been in contact with metal and brick that have not been in contact with metal. The brick that has sufficient metal content for recovery is charged to the furnace and the brick that has little metal content is landfilled. Chemetco sampled the refractory brick on August 18, 1999. The results showed that the brick was nonhazardous. Chemetco profiled the waste with Waste Management, Inc. on September 10, 1999. Chemetco's last shipment of brick to the Chain of Rock Landfill was January 23, 2001.

The brick that I observed in the Kress Pot appeared to contain other material besides brick. Ms. Young stated that this brick would be sent to the landfill next week. It appears that other types of wastes are being mixed with the refractory brick. It is not known if past loads of refractory brick that were sent to Chain of Rocks contained this material.

On July 19, 2001, I returned to this site to obtain a sample of the waste refractory brick. The refractory brick in the Kress Pot had been emptied on the concrete lot behind the Hazardous Waste Accumulation Building. According to Ms. Young, this pile contained about 24 to 36 yd$^3$ of refractory brick, clinkers, sand and clay refractory.

1198010003 – Madison County
Chemetco, Inc.
Page 5 of 7

I obtained a composite sample of the pile using a stainless steel scoop. I randomly obtained a scoop of waste from various places in the pile and placed each scoop in a stainless steel bucket. Sample X201 consisted of brick waste under 2-inches in diameter and Sample X202 contained brick waste over two-inches in diameter. Both samples were placed in glass jars with polyethylene lids. The two-inch diameter pieces of brick waste in Sample X202 were placed in a plastic bag and crushed using a neoprene rapped hammer. The sample was placed back in the sample jar and sealed with evidence tape. Sample X201 and X201 were shipped to the Illinois EPA's Champaign laboratory to be analyzed to TCLP metals. Chemetco collected three samples from the waste in the bucket.

## Hazardous Waste Accumulation Building

Chemetco accumulates containerized hazardous waste in the Hazardous Waste Accumulation Building. This building is location on the west side of the metals yard. In this building, I observed thirteen 55-gallon drums of nonhazardous grease, one 55-gallon drum of respirators, fifteen 55-gallon drums of oil absorbent material (D008) and two bags filter press cloths and baghouse bags (D006 and D008). I also observed one 55-gallon drum of nonhazardous waste alumina. According to Ms. Young, Chemetco had an oil leak at the casting wheel and this is why there is so much oil and absorbent waste in the building.

Two drums of oil absorbent were not labeled with the words "Hazardous Waste", 35 IAC 722.134(a). Ms. Young labeled both drums before leaving the area. No further actions are needed to address this issue. I observed that four drums of oil absorbent waste were open, 35 IAC 725.273(a). On July 12, 2001, I received an E-mail from Ms. Young stating that the drums were sealed by 16:30 on July 11, 2001. Therefore, no further actions are needed to address this issue.

## Refractory Brick Disposal Area (S03)

During the September 18, 1996 CEI, the Agency discovered that Chemetco had disposed of waste refractory brick, gunning material and other waste is an area south of Oldenburg Road. On April 21, 1997, the Agency sampled this waste and the results showed that the brick and gunning material were characteristically hazardous for lead (D008). Chemetco excavated the area and created three unpermitted waste piles of excavation waste. One waste pile consisted of handpicked refractory brick and other waste. The other two piles consist of excavated soil, rock, refractory brick and other waste. The two piles of excavation waste were designated by Chemetco as Fill Pile #1 and Fill Pile #2. These two piles total about 1,000 tons of waste. The Agency has previously alleged violations about the unpermitted storage of refractory brick waste in waste piles.

1198010003 – Madison County
Chemetco, Inc.
Page 6 of 7

Chemetco shipped 44.24 tons of refractory brick waste from the refractory brick waste pile to
Chem-Met Service in Brownstown, Michigan. Between May 3 and May 11, 2000, Fill Piles #1
and #2 were excavated and shipped to Peoria Disposal Company in Peoria, Illinois as a
hazardous waste (D008). Chemetco shipped about 847 tons of soil to PDC. Chemetco
submitted a RCRA Closure Plan for this area in July 2000. The Phase 1 –Closure Plan for "Non-
Clean Fill Area" is currently under review by the Illinois EPA.

## Zinc Oxide Release Area (D83)

Chemetco has impounded the hazardous zinc oxide waste released into the wetland south of
Oldenberg Road and released to Long Lake. The zinc oxide remediation area consists of four
impoundments. Zinc oxide waste has been consolidated into one impoundment, Containment
Area #1. Chemetco submitted a plan called the Zinc Oxide Spill Remediation Plan, Phase I -
Material Removal and Partial Closure in March 1998. This plan outlined Chemetco's plan to
clean up the released zinc oxide. The Agency approved this partial closure plan with conditions
on June 10, 1998. Chemetco appealed several conditions in the partial closure plan approval
letter to the Illinois Pollution Control Board. Through negotiations with the Agency, Chemetco
dropped the permit appeal and submitted a revised partial closure plan in January 2000. This
plan was approved by the Agency with conditions on April 26, 2000.

Chemetco submitted a Remedial Action Plan Permit Application (RAPP) on April 17, 2000 for
the construction and operation of a temporary on-site container treatment unit. Chemetco
proposed to treat the hazardous waste stored in Containment Area #1 in this temporary unit to
render it nonhazardous and to meet the Land Disposal Restriction treatment standards. The
Illinois EPA approved the RAPP on October 5, 2000.

In December 2000, Chemetco began removing hazardous waste from Containment Area #1,
portion of Containment Area #2, the inlet ditch and under the rock road. The removal began by
removing water from Containment Areas #1 and #2. This wastewater was shipped to the St.
Louis Metropolitan Sewer District in St. Louis, Missouri. Chemetco began to treat the waste
pursuant to the RAPP. Ten loads of waste were initially treated. Chemetco could not meet the
LDR treatment standards using this treatment method. The temporary treatment unit was
removed and the remaining hazardous waste shipped off-site untreated. Between December
2000 and July 2001, Chemetco shipped 5,800 tons of hazardous waste soil to Peoria Disposal
Company in Peoria, Illinois. According to Ms. Young, Chemetco has removed all of the soil that
is characteristically hazardous for lead and cadmium from Containment Areas #1 through #4.

1198010003 – Madison County
Chemetco, Inc.
Page 7 of 7

The portion of Long Lake outside of the impoundments has not been cleaned up by Chemetco. Levels of cadmium exceeding the TCLP limit of 1.0 mg/L have been found directly outside of Containment Area #3. TCLP levels of Cadmium have also been found about 900 feet downstream of Containment Area #3. Chemetco has claimed that the zinc oxide found in Long Lake outside of Containment Area #3 may have come from other sources and not from the 10-inch unpermitted discharge pipe. Chemetco has proposed to conduct a Risk Assessment of this Area.

## Stormwater Impoundment

Chemetco has constructed a 1-million gallon storm water retention lagoon. The lagoon is lined with a high-density polyethylene liner. According to Ms. Young, the impoundment receives only storm water run-off. Chemetco has constructed a large concrete trench on the south side of the plant to collect any water that flows across Oldenburg Road. From the trench, the water gravity flows through a hard piping to the impoundment. A hard pipe has been laid on part of the north side of the slag pile and the whole east side of the slag pile. This pipe is outside the fence line and is intended to catch any water run-off from the slag piles. The hard pipe ties into the hard pipe from trench system and flows to the impoundment.

I completed a review of the facility's operating records during this inspection. I noted no discrepancies on the 1999, 2000 and 2001 Uniform Hazardous Waste Manifests, 1999 and 2000 Hazardous Waste Reports, RCRA Contingency Plan or RCRA training program.

In 2000, Chemetco shipped several loads of nonhazardous grease to Perma-Fix in Brownstown, Michigan. Chemetco failed to submit a 2000 Illinois Nonhazardous Waste Report for special waste shipped out of state. The report is required pursuant to 35 Ill. Adm. Code 809.501(h). On July 12, 2001, I received an E-mail from Ms. Young stating that the special waste annual report for waste sent out of state has been completed and is being sent by certified mail toady. I received a copy of Chemetco's 2000 Illinois Nonhazardous Waste Report on July 12, 2001. No further actions are needed to address this issue.

Violations concerning the zinc oxide discharge to Long Lake, the refractory brick disposal area and the refractory brick remediation waste piles remain unresolved at this time. In addition, issues concerning the disposition of the slag fines and baghouse dust on the slag pile, along with other waste management violations, remain unresolved.

CNC/chem83.cei

1198010003 – Madison County
Chemetco, Inc.
Date of Inspection: October 30, 2001
Prepared by: Chris Cahnovsky

## NARRATIVE

On October 30, 2001, Mike Grant, Jeff Benbenek (BOA), Nick Mahlandt (BOW) and I conducted an inspection at Chemetco, Inc. It was reported to FOS that Chemetco was closing. Chemetco, Inc. is a secondary copper smelter that operates four 70 to 90 ton top-blown rotary furnaces, which smelt and refine copper and other metal-bearing scrap. Chemetco produces anode copper, crude lead-tin solder, crude zinc oxide (ZnO) and slag. Chemetco employs about 120 people.

We met with Heather Young, John Suarez and Kim Fock of Chemetco. According to the owner John Suarez, Chemetco filed Chapter 7 or 11. Chemetco will be liquidating their assets. The secured creditor is Commerce Bank of St. Louis. He stated that Chemetco might keep a skeleton crew on-site to move out inventory for the next 27 days. All incoming material is being turned away at the gate. Chemetco has closed all of their metal warehouses across the country.

According to Plant Manager Kim Fock, the furnaces will be shut down by tomorrow afternoon. Mr. Fock stated that 90 percent of the reason why the plant is closing is because of the Federal criminal penalty of $3.8 million.

There is a large amount of "product" still on-site. This material consists of copper pot slag (25% Cu), lead/tin skimmings and turnings, shredded printed circuit boards and zinc oxide. Chemetco intends to sell this material, if the bank allows the sale. If not, this material will be a waste. Some of the product has such low copper value that it may not worth selling and will become a waste.

The furnace was operating during this inspection. The wet venturi scrubbers were in poor repair. Zinc oxide and untreated scrubber water were being discharged to the pad behind the foundry via drops outs to the mist eliminator, the clean-outs for the wetted elbows and a broken pipe on the quencher discharge on the #3 scrubber system. The sludge and water are just being dumped on the pad behind the facility. This area drains to a sump that pumps it the polishing ponds. However, if the pumps are shut off this waste will remain on the pad, subject to run-off and wind dispersion.

Visual Inventory Assessment on October 30, 2001.

1.     The baghouse for the roof and the dust collection trailer still contain tons of zinc oxide bag house dust. This material is allegedly sold to Elmet SL in Spain. The ZnO dust is characteristically hazardous for lead and cadmium.

2.     The cells in the former electrolytic refining operation were used in the venturi scrubber slurry dewatering process. The cells may still contain tons of zinc oxide.

1198010003 – Madison County
Chemetco, Inc.
Page 2 of 3

3.    On the east side of the Maintenance Shed there were nineteen (19) 55-gallon drums of
lubricants, six (6) 55-gallon drums of grease and two (2) 55-gallon drums of hydrochloric
acid. These appear to be new product drums. Also observed were two drums of
hazardous absorbent waste (D008 and D006). All of these drums were in about seven
inches of water. This area is located next to a storm water collection sump. Water has
overtopped the sumps and has flooded this area of the plant. Water was slowly flowing
over Oldenberg Road.

4.    The East/West Cooling Canals were full of water. These two canals contain large amounts
of zinc oxide. These canals were the source of the zinc oxide discharge to Long Lake.

5.    The Polishing Ponds are the settling and water recirculation ponds for the scrubber water.
These ponds are full of zinc oxide. The ponds had less than one-foot of freeboard.

6.    The area behind the foundry is where the air pollution control equipment is location. The
scrubbers were discharging zinc oxide on the pad behind the foundry. Tons of this waste
has been discharged to the ground.

7.    The North Cooling Canal was full of water. This canal contains a large amount of slag
fines that are characteristically hazardous for lead.

8.    The Foundry is full of uncharged scrap and several piles of unknown fines. We did not
enter the foundry due to safety concerns and respiratory hazards.

9.    The Fines Building is full of fines. Most of the fines are wet scrubber sludge (D008 and
D006), copper fines and slag fines. Allegedly, this material will be sold.

10.    Zinc Oxide Bunker is a 40,000-ton bunker of zinc oxide. The storm water collection
sumps around the bunker were full and overflowing. If the electricity were shut off, the
run-on/run-off system on the bunker will no long operate. In time, the bunker could fill
with water and overflow, especially on the southeast side.

11.    The hazardous waste accumulation building was full of waste. The building contained
about eight (8) 55-gallon drums, several super sacks and boxes of hazardous waste
(D008). This waste is dry lead contaminated oil absorbent, plastic pipe, baghouse bags
and filter press cloths. There were about thirty (30) 55-gallon drums of nonhazardous
special waste in this building. This waste is mainly grease.

1198010003 – Madison County
Chemetco, Inc.
Date of Inspection: November 1, 2001
Prepared by: Chris Cahnovsky

## NARRATIVE

On November 1, 2001, Nick Mahlandt (IEPA/BOW) and I went to Chemetco, Inc. in
Hartford, Illinois to collect samples. Mr. Mahlandt collected three water samples. Two
samples were taken of the Oldenberg Road stormwater holding lagoon and one sample
was taken of Chemetco's NPDES 002 outfall. A copy of Mr. Mahlandt's report is
attached.

The purpose of my sampling was to collect sediment samples from the Oldenberg Road
stormwater holding lagoon. I observed very little sediment in this lagoon. There was not
enough sediment to collect a sample. Most of the sediment appeared to be a greenish
substance associated with algal growth.

I obtained a soil sample from underneath the opening of the large diameter plastic
discharge pipe to the impoundment. This sample was labeled X101. Sample X101 had a
TCLP lead level of 23 mg/l and a TCLP cadmium level of 3.1 mg/l. This is above the
lead limit of 5.0 mg/l and 1.0 mg/l for cadmium. The total lead value was 3900 mg/kg
and the total cadmium value was 150 mg/kg.

Stormwater that leaves the south side of the plant and flows over Oldenberg Road is
collected in a concrete ditch. This ditch is hard piped to the Oldenberg Road stormwater
holding lagoon. I obtained a sample of the sediments in this ditch. The sediment in this
ditch would eventually wash into the impoundment. This sample was labeled X201.
Sample X201 has an extremely high lead level of 1,500 mg/kg. The TCLP lead level was
2.6 mg/l. The cadmium level was 32 mg/kg totals and 0.62 mg/l TCLP.

CNC/chem93.csi.doc

FILED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

DEC 1 0 2001

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT, ILLINOIS

IN RE:                          )
                                )    Case No. 01-34066
CHEMETCO, INC.,                 )
                                )
                Debtor          )    Chapter 7

## NOTICE OF ENTRY OF SEAL ORDER PURSUANT TO SECTION 34 OF THE ILLINOIS ENVIRONMENTAL PROTECTION ACT

Now comes James E. Ryan, Attorney General of the State of Illinois, on behalf of the

Illinois Environmental Protection Agency and submits this Notice of Entry of Seal Order

pursuant to Section 34 of the Illinois Environmental Protection Act for purposes of protection of

human health by restricting access to portions of the Hartford, Illinois, facility of the Debtor,

Chemetco, Inc.

1.      Pursuant to Section 34(b) of the Illinois Environmental Protection Act, 415 ILCS 5/34(b)

(2000), the Illinois Environmental Protection Agency (the "Illinois EPA") is authorized, pursuant to

the State's police and regulatory power,  to issue a seal order to restrict or eliminate access to property

when an emergency condition exists creating an immediate danger to health.

2.      As a result of the manner in which Chemetco ceased operations at the Hartford facility,

an emergency condition creating an immediate danger to health exists throughout much of the Hartford

facility, including the smelting building and the fines building.  Therefore, the Illinois EPA has issued a

Seal Order, attached hereto as Attachment A covering certain portions of the Hartford facility where

conditions exist which pose an immediate danger to health.

3.      Under the Seal Order, access to sealed portions of the facility would be subject to

review, approval, and conditions set by Illinois EPA.

4.      Pursuant to 11 U.S.C 362(b)(4), the issuance of the Seal Order would not be subject to





EXHIBIT
3

1198010003 – Madison County
Chemetco, Inc.
Page 3 of 3

12.    An inventory of scrap could not be obtained during this inspection. However, I did
       observe about 500 tons of CuPro, an intermediate slag (25% copper), several tons of tin
       cans, over 100 55-gallon drums of lead/tin turnings and skimmings. I also observed piles
       of slag, copper fines, copper scrap and printed circuit boards. This material will allegedly
       be sold.

The main issues are:

1.     Site Security. When Chemetco totally leaves the site, there may be no security. This site
       is highly contaminated with very fine lead and cadmium dust. Cadmium is highly toxic.
       The foundry and scrubber system are areas where someone trespassing could be seriously
       hurt. Currently, there is a security guard on site 24 hours a day.

2.     Site Flooding. Chemetco currently uses 180,000 gallons of water per day. Much of this
       water is storm water. This site is 22 acres of roofs and concrete. This water will have
       nowhere to go when the plant shuts down. The about one million gallon storm water
       impoundment, the north and east cooling canals and the polishing pond are all full of
       water. The million-gallon impoundment has almost no freeboard. Once it starts
       overflowing it will flow into Long Lake. This impoundment should have only received
       storm water. However, it does receive water from the cooling canals that contained zinc
       oxide.

       The Polishing Ponds are full of lead and cadmium contaminated sludge and water. There
       is less than one foot of freeboard in the Ponds. When this pond overflows, lead and
       cadmium slurry will flow to the rear of the foundry and into the East/West Cooling Canal.

3.     Fugitive Dust Emissions. This site is covered in zinc oxide and slag fines. Chemetco has
       stopped all dust suppression activities. When this stuff dries out it will be subject to wind
       dispersion. Zinc oxide contains lead, cadmium, zinc and copper. The slag contains lead,
       zinc and copper.

CNC/chem90.oth.inv.doc

1198010003 – Madison County
Chemetco, Inc.
Date of Inspection: November 1, 2001
Prepared by: Chris Cahnovsky

## NARRATIVE

On November 1, 2001, Nick Mahlandt (IEPA/BOW) and I went to Chemetco, Inc. in Hartford, Illinois to collect samples. Mr. Mahlandt collected three water samples. Two samples were taken of the Oldenberg Road stormwater holding lagoon and one sample was taken of Chemetco's NPDES 002 outfall. A copy of Mr. Mahlandt's report is attached.

The purpose of my sampling was to collect sediment samples from the Oldenberg Road stormwater holding lagoon. I observed very little sediment in this lagoon. There was not enough sediment to collect a sample. Most of the sediment appeared to be a greenish substance associated with algal growth.

I obtained a soil sample from underneath the opening of the large diameter plastic discharge pipe to the impoundment. This sample was labeled X101. Sample X101 had a TCLP lead level of 23 mg/l and a TCLP cadmium level of 3.1 mg/l. This is above the lead limit of 5.0 mg/l and 1.0 mg/l for cadmium. The total lead value was 3900 mg/kg and the total cadmium value was 150 mg/kg.

Stormwater that leaves the south side of the plant and flows over Oldenberg Road is collected in a concrete ditch. This ditch is hard piped to the Oldenberg Road stormwater holding lagoon. I obtained a sample of the sediments in this ditch. The sediment in this ditch would eventually wash into the impoundment. This sample was labeled X201. Sample X201 has an extremely high lead level of 1,500 mg/kg. The TCLP lead level was 2.6 mg/l. The cadmium level was 32 mg/kg totals and 0.62 mg/l TCLP.

CNC/chem93.csi.doc

**FILED**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

DEC 1 0 2001

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT, ILLINOIS

IN RE:                          )
                                )    Case No. 01-34066
CHEMETCO, INC.,                 )
                                )
          Debtor                )    Chapter 7

## NOTICE OF ENTRY OF SEAL ORDER PURSUANT TO SECTION 34 OF THE ILLINOIS ENVIRONMENTAL PROTECTION ACT

Now comes James E. Ryan, Attorney General of the State of Illinois, on behalf of the

Illinois Environmental Protection Agency and submits this Notice of Entry of Seal Order

pursuant to Section 34 of the Illinois Environmental Protection Act for purposes of protection of

human health by restricting access to portions of the Hartford, Illinois, facility of the Debtor,

Chemetco, Inc.

1.       Pursuant to Section 34(b) of the Illinois Environmental Protection Act, 415 ILCS 5/34(b)

(2000), the Illinois Environmental Protection Agency (the "Illinois EPA") is authorized, pursuant to

the State's police and regulatory power,  to issue a seal order to restrict or eliminate access to property

when an emergency condition exists creating an immediate danger to health.

2.       As a result of the manner in which Chemetco ceased operations at the Hartford facility,

an emergency condition creating an immediate danger to health exists throughout much of the Hartford

facility, including the smelting building and the fines building.  Therefore, the Illinois EPA has issued a

Seal Order, attached hereto as Attachment A covering certain portions of the Hartford facility where

conditions exist which pose an immediate danger to health.

3.       Under the Seal Order, access to sealed portions of the facility would be subject to

review, approval, and conditions set by Illinois EPA.

4.       Pursuant to 11 U.S.C 362(b)(4), the issuance of the Seal Order would not be subject to





EXHIBIT
3

the automatic stay under 11 U.S.C. 362(a)(1) or (3) as a proceeding to enforce the State's police and

regulatory power. The sate has notified the Trustee of its intent to isue the Seal Order and as of the date

of filing of this motion, the Trustee has not objected to issuance of the Seal Order to protect human

health.

5.     The Illinois EPA agrees that the Trustee shall be provided access to the sealed portion of

the facility under conditions necessary to protect human health for purposes of performing her duties as

Trustee and the Seal order recognizes the opportunity to obtain such access.

WHEREFORE, the Illinois Environmental Protection Agency notifies this Court of the

entry of the attached Seal Order.

Respectfully submitted,

ILLINOIS ENVIRONMENTAL PROTECTION AGENCY

JAMES E. RYAN
ATTORNEY GENERAL
STATE OF ILLINOIS

BY: *James L. Morgan*

James L. Morgan
Senior Assistant Attorney General
Environmental Bureau
500 South Second Street
Springfield, Illinois 62706
Phone: 217-524-7506;Telefax: 217-524-7740

### ILLINOIS ENVIRONMENTAL PROTECTION AGENCY

IN THE MATTER OF:                                      )
                                                       )
Chemetco, Inc. facility, Madison County.    )

### SEAL ORDER

The Illinois Environmental Protection Agency ("Illinois EPA") issues this seal

order pursuant to the authority vested in it by Section 34(b) of the Illinois Environmental

Protection Act ("Act"), 415 ILCS 5/34(b).

## I.    DESCRIPTION AND LOCATION OF FACILITY

The Chemetco, Inc. facility ("Facility") is located in Hartford, Madison County,

Illinois. The portions of the Facility to which this seal order applies are as follows:

a.    All areas within the fencing in place surrounding the plant portion of the
Facility as of the date of this order, excluding the main office. See
Attachment A.

b.    The truck parking area consisting of fill and slag that is located to the
south of the fenced portion of the Facility and is adjacent to Oldenberg
Road. See Attachment B.

c.    The area impacted by the illegal discharge south of the fenced portion of
the Facility, including the four containment areas and that portion of Long
Lake owned by Chemetco, Inc. See Attachment C.

d.    The area containing the groundwater interceptor system, known as the SID
system, located south of the fenced portion of the facility and east of the
discharge area. See Attachment B.

e.    The surface impoundment located south of Oldenburg Road and east of
the SID system. See Attachment B.

## II.   PARTIES BOUND

This order is binding on and prohibits entry onto the sealed portions of the

Facility for all persons except the following:

a.   Employees, authorized agents or contractors of the Illinois EPA.

b.   Employees, authorized agents or contractors of the United States
Environmental Protection Agency.

c.   Local police, fire and emergency personnel entering in the course of their
duties.

d.   Other persons who have received written authorization to enter the Facility
from the Illinois EPA and who enter the Facility in a manner in
accordance with any instructions contained within the written
authorization.

## III.   FINDINGS

1.   The Facility is a former copper smelter located in Hartford, Madison County,

Illinois. During its operation, the Facility generated sludges, baghouse dust, refractory

brick, acids and other materials.

2.   The operator of the Facility, Chemetco, Inc., filed bankruptcy under Chapter 7 in

the U.S. Bankruptcy Court for the Southern District of Illinois on November 13, 2001

and is no longer managing the Facility.

3.   The Facility has eight hazardous waste management units subject to closure

requirements under the Resource Conservation and Recovery Act ("RCRA"). Closure

has not been completed at any of these units.

4.   A large pile of slag, estimated to be in excess of 100,000 tons, is located at the

facility. This slag has tested as hazardous for the toxicity characteristic for lead. Slag

fines are also located on the pile of slag.

5.    A large bunker, known as the zinc oxide bunker, also contains sludges that have tested hazardous for the toxicity characteristic for lead.

6.    Chemetco, Inc. pled guilty in the U.S. District Court for the Southern District of Illinois to violating the Clean Water Act by discharging wastewaters containing hazardous levels of lead and cadmium into a wetlands area and Long Lake over the course of approximately ten years.  This discharge took place to the south of the fenced portion of the Facility, across Oldenberg Road and resulted in the deposition of hazardous contaminants in a wetlands area and Long Lake.  The RCRA closure plan for the areas related to this discharge has not been completed.

7.    A groundwater interceptor system, known as the SID system, is located to the south of the fenced portion of the facility and east of the discharge area.

8.    A surface water impoundment is located to the south of the fenced portion of the Facility.  This impoundment has received waters from the plant that may contain contaminants.  The impoundment also does not have any physical barrier to access.

9.    Fines and other materials containing hazardous levels of lead and cadmium are uncontained and located throughout the Facility.

10.    The various contaminants described may be become airborne and may be transported by flowing water.

11.    The conditions at the Facility constitute an emergency that may pose an immediate threat to human health for any person entering into the Facility.

## IV.    ORDER

Pursuant to Section 34(b) of the Act the Facility is hereby sealed as indicated in this order, effective on the date of execution.  Unauthorized entry into the areas described

in Section I is prohibited.  This order shall remain in effect until rescinded by the Illinois

EPA.


Renee Cipriano
Director

Dated: _12/4/01_

## ATTACHMENT A



KEY

UNIT 1 – Zinc Oxide Bunker

UNIT 2 – Zinc Oxide Lagoons

UNIT 3 – Floor Waste Water Impoundment

UNIT 4 – Cooling Water Canal

SCALE

0  50 100   200
FEET

**ERT®**

A RESOURCE ENGINEERING COMPANY

FIGURE 2-2
FACILITY MAP
CHEMETCO

KLU    5/88    (110)-001-100



FIGURE B-5
MONITORING WELLS, PUMPING WELLS
& POINT OF COMPLIANCE



FIGURE 2-2
SPILL LOCATION &
CONTAINMENT AREAS

CHEMETCO
P.O. BOX 67 · HARTFORD, ILLINOIS 82048
1-800-354-4361

ZINC OXIDE SPILL REMEDIATION PLAN
APRIL, 1997

CSD Environmental
Services, Inc.

2228 Yale Blvd.
Springfield, Illinois 62703
217/522-4066

SMS   Sheppard Morgan & Schwab, Inc.
ENGINEERS   CONSULTING ENGINEERS & LAND SURVEYORS

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notice of Entry of Seal Order Pursuant to Section 34 of the Illinois Environmental Protection Act served on this date on the persons identified on the attached service list by U.S. Mail, postage pre-paid.

_James L. Morgan_
James L. Morgan

DATED: _12-6-01_

## List 2

# Ranking of All Chemetco Suppliers by Weight Greater than One Million Pounds

### (Grouped by Alternative Names)

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|------|----------------|---------------|---------------|-----------------|--------------------|-------------------|----------------|--------------------|
| 1 | 005 | | | | 27,392,897 | 27,392,897 | 7.89 | 7.89 |
| | | 9SS | CHEMETCO METALES - DE MEXICO | 22,364,081 | | | | |
| | | 99S | PROPIEDADES ESMERALDA, S.A. | 4,951,613 | | | | |
| | | 7IF | LATINOAMERICANA DE METALES-CGUA | 6,145 | | | | |
| | | 6M6 | LATINO AMERICANA DE METALES-MMN | 1,058 | | | | |
| 2 | 005 | | | | 25,620,064 | 52,942,961 | 7.40 | 15.29 |
| | | DPW | DELPHI PACKARD WARREN CONVERSION | 6,984,771 | | | | |
| | | DW2 | DP - WARREN - CDA 425 TINNED | 6,169,328 | | | | |
| | | 2DI | DELPHI PACKARD ELECTRIC SYSTEMS | 3,955,824 | | | | |
| | | CP8 | DP - CLINTON - CDA 425 TINNED | 3,059,975 | | | | |
| | | 2DK | DELPHI PACKARD/CLINTON DIV | 1,374,675 | | | | |
| | | DW4 | DP - WARREN - CDA 654 TINNED | 1,314,532 | | | | |
| | | CP9 | DP - CLINTON - CONTAMINATED BRAS | 575,914 | | | | |
| | | DW3 | DP - WARREN - TIN BRASS/BRONZE O | 509,214 | | | | |
| | | DW1 | DP - WARREN - CONTAMINATED BRASS | 369,995 | | | | |
| | | DW5 | DP - WARREN - CDA 7025 TINNED | 328,823 | | | | |
| | | DPE | DELPHI PACKARD ELECTRIC/EL PASO | 263,658 | | | | |
| | | DPL | DELPH PACKARD / LAREDO | 230,797 | | | | |
| | | DCB | DELPHI PACKARD CONVERSION | 183,352 | | | | |
| | | DW6 | DP - WARREN - B.E.C. PLASTIC W/T | 149,486 | | | | |
| | | PCC | DELPHI PACKARD / CLINTON CONVERS | 71,410 | | | | |
| | | CPB | DP - CLINTON - B.E.C. PLASTIC W/ | 55,406 | | | | |
| | | CP0 | DP - CLINTON - CDA 654 TINNED | 22,904 | | | | |
| 3 | -18 | | | | 23,924,354 | 76,867,315 | 6.91 | 22.20 |
| | | 6P0 | RESOURCE MGMT. COMPANIES | 23,924,354 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

2 - 1



EXHIBIT

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  | 319 | OLIN CORPORATION BRASS DIVISION | 11,496,670 |  |  |  |  |
|  |  | OBR | OLIN BRASS CORPORATION | 4,051,609 |  |  |  |  |
|  |  | 89T | OLIN CORP ( WINCHESTER GROUP) | 53,020 |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  | 369 | COZZI IRON AND METAL INC. | 11,407,479 |  |  |  |  |
|  |  | 139 | M. KIMERLING & SONS, INC. | 2,371,770 |  |  |  |  |
|  |  | 28Q | SPECIALLOY INC | 704,982 |  |  |  |  |
|  |  | 512 | METAL MANAGEMENT PITTSBURGH | 389,243 |  |  |  |  |
|  |  | 223 | PERLCO DEPT.2169 | 345,534 |  |  |  |  |
|  |  | ALR | SPECIALLOY METALS COMPANY | 125,715 |  |  |  |  |
|  |  | 7E4 | PROLER SOUTHWEST | 40,000 |  |  |  |  |
|  |  | 8B3 | METAL MANAGEMENT OHIO | 37,300 |  |  |  |  |
| 6 | 797 |  |  |  | 14,513,871 | 127,904,508 | 4.19 | 35.65 |
|  |  | 66C | FEDERAL MOGUL/BLACKSBURG | 8,035,393 |  |  |  |  |
|  |  | 61R | FEDERAL MOGUL ST. JOHN'S | 5,587,781 |  |  |  |  |
|  |  | 60R | FEDERAL MOGUL GREENVILLE | 670,885 |  |  |  |  |
|  |  | DUM | FEDERAL MOGAL    COOPER AUTO | 216,234 |  |  |  |  |
|  |  | WPL | FEDERAL-MOGUL CORP. | 3,578 |  |  |  |  |
| 7 | z29 |  |  |  | 13,646,447 | 136,080,955 | 3.94 | 39.29 |
|  |  | CAL | DANA GLACIER VANDERVILL N. AMERI | 7,910,114 |  |  |  |  |
|  |  | K74 | DANA GLACIER VANDERVELL | 3,106,574 |  |  |  |  |
|  |  | MCC | DANA GLACIER VANDERVILLE N. AMER | 2,629,759 |  |  |  |  |
| 8 | 7ZC |  |  |  | 7,822,692 | 143,873,647 | 2.26 | 41.55 |
|  |  | 7ZC | CENTROTRADE MINERALS & METALS | 7,822,692 |  |  |  |  |
| 9 | S50 |  |  |  | 5,159,836 | 149,033,483 | 1.49 | 43.04 |
|  |  | 7XE | INDREGUA | 3,553,473 |  |  |  |  |
|  |  | 7ZR | R.S. SCRAP METAL | 1,606,363 |  |  |  |  |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

2 - 2

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | 158,998,198 | | |
| | | 279 | PHILIP METALS,INC. NASHVILLE. | 951,205 | | | | |
| | | 991 | PHILIP METAL, INC. BIRMINGHAM | 807,085 | | | | |
| | | 836 | PHILIP METAL, INC. CHATTANOOGA | 782,565 | | | | |
| | | J05 | PHILIP METAL,INC. ROCKWOOD | 773,133 | | | | |
| | | 2VV | PHILIP METALS, INC-KNOXVILLE | 557,999 | | | | |
| | | 184 | PHILIP METAL, INC ST LOUIS | 377,328 | | | | |
| | | 82C | PHILIPS METALS,INC. BEAVER FALLS | 262,300 | | | | |
| | | 82I | PHILIP METALS, INC.-COLUMBUS | 183,100 | | | | |
| | | 82J | PHILIP METALS, INC.-HAMILTON | 180,000 | | | | |
| | | 82E | PHILIPS METAL, INC. CANTON#62 | 90,000 | | | | |
| 11 | BTC | | | | 4,656,246 | 158,654,444 | 1.34 | 45.82 |
| | | BTC | BORDER TRADING | 4,656,246 | | | | |
| 12 | dd6 | | | | 4,617,310 | 163,271,757 | 1.33 | 47.16 |
| | | COP | TRANSFORMIT | 3,101,340 | | | | |
| | | CHO | TRANSFORMIT | 1,515,973 | | | | |
| 13 | SUM | | | | 4,369,934 | 167,641,691 | 1.26 | 48.41 |
| | | SUM | SUMCO | 4,369,934 | | | | |
| 14 | ~08 | | | | 4,185,329 | 171,827,020 | 1.21 | 49.62 |
| | | BPS | BALL PIPE & SUPPLY | 2,001,866 | | | | |
| | | 308 | YAFFE IRON & METAL CO. | 1,351,871 | | | | |
| | | 772 | BORG COMPRESSED CORP. | 527,422 | | | | |
| | | 1WZ | ROGER'S IRON AND METAL | 159,268 | | | | |
| | | YCI | YAFFE COMPANIES, INC | 99,500 | | | | |
| | | 42D | CUSHING METALS CORP | 45,402 | | | | |
| 15 | IS3 | | | | 3,863,909 | 175,690,929 | 1.12 | 50.74 |
| | | 7TV | RECOVERY OPTIONS | 3,863,909 | | | | |
| 16 | 6BM | | | | 3,415,314 | 179,106,243 | 0.99 | 51.73 |
| | | 6BM | INTERCO TRADING | 3,415,314 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

2 - 3

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| | | | | | 3,405,130 | 183,274,518 | 1.00 | 53.31 |
| | | 2GI | WARRENTON COPPER LCC | 2,352,038 | | | | |
| | | 900 | AMERICAN IRON & METAL CO. LTD | 1,053,092 | | | | |
| 18 | 7NY | | | | 3,298,247 | 185,809,620 | 0.95 | 53.66 |
| | | 7NY | INTERNATIONAL METALS | 3,298,247 | | | | |
| 19 | aa1 | | | | 3,263,436 | 189,073,056 | 0.94 | 54.60 |
| | | 7GQ | MODINE MFG.CO.(EMPORIA) | 1,311,577 | | | | |
| | | GQ9 | MODINE MFG.CO.(TRENTON) | 1,032,982 | | | | |
| | | 8GQ | MODINE MFG.CO.(JEFF CITY) | 918,358 | | | | |
| | | 7HI | MODINE MFG. CO. (JOPLIN,MO.) | 519 | | | | |
| 20 | b55 | | | | 3,235,084 | 192,308,140 | 0.93 | 55.54 |
| | | 1Z8 | WOLVERINE TUBE CANADA | 3,041,913 | | | | |
| | | 2CS | WOLVERINE TUBE CANADA | 193,171 | | | | |
| 21 | 584 | | | | 3,189,744 | 195,497,884 | 0.92 | 56.46 |
| | | 584 | ATLAS METAL & IRON CORP | 3,189,744 | | | | |
| 22 | 001 | | | | 3,054,705 | 198,552,589 | 0.88 | 57.34 |
| | | NIB | NIBCO INC. / NACOGDOCHES DIVISIO | 1,061,806 | | | | |
| | | 5RB | NIBCO (MCALLEN TEXAS) | 959,298 | | | | |
| | | 3J9 | NIBCO INC.(STUARTS DRAFT DIV) | 559,519 | | | | |
| | | SGF | NIBCO (S. GLEN FALLS) | 380,159 | | | | |
| | | 4AT | NIBCO (BLYTHEVILLE) | 93,923 | | | | |
| 23 | 358 | | | | 3,024,125 | 201,576,714 | 0.87 | 58.22 |
| | | 358 | FEDERAL METALS CO | 3,024,125 | | | | |
| 24 | 168 | | | | 3,017,055 | 204,593,769 | 0.87 | 59.09 |
| | | 168 | NORTHEAST METAL TRADERS | 3,017,055 | | | | |
| 25 | t52 | | | | 2,974,791 | 207,568,560 | 0.86 | 59.95 |
| | | 2M4 | MUELLER COMPANY | 2,974,791 | | | | |
| 26 | c4 | | | | 2,816,627 | 210,385,187 | 0.81 | 60.76 |
| | | 72 | FRY METALS INC. ATTN. DAVE COLM | 2,816,627 | | | | |
| 27 | D27 | | | | 2,735,426 | 213,120,613 | 0.79 | 61.55 |
| | | D27 | ALL FLORIDA SCRAP METALS | 2,735,426 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| 28 | 0B6 | | | | 2,602,505 | 215,665,585 | 0.7 | 62.31 |
| | | 0B6 | HARDING METALS, INC. | 2,602,505 | | | | |
| 29 | 83Q | | | | 2,544,972 | 218,633,090 | 0.73 | 63.04 |
| | | 83Q | INVERSIONES BRACOVEN C.A. | 2,544,972 | | | | |
| 30 | 7GK | | | | 2,542,550 | 220,802,640 | 0.73 | 63.77 |
| | | 7GK | MOEN | 1,165,093 | | | | |
| | | MOE | MOEN INC - NEW BERN PLANT | 1,046,863 | | | | |
| | | 8BW | MOEN  (ATTN: BRAD SKINNER) | 330,594 | | | | |
| 31 | 994 | | | | 2,433,570 | 224,244,210 | 0.70 | 64.47 |
| | | 3W6 | ESSEX GROUP INC.%BANK OF AMERICA | 1,042,387 | | | | |
| | | ESX | ESSEX GROUP (055-MPC) | 508,587 | | | | |
| | | RSL | ESSEX GROUP (JONESBORO) | 282,933 | | | | |
| | | ESV | ESSEX GROUP (VINCENNES) | 207,780 | | | | |
| | | CCE | ESSEX GROUP (091-COL CITY) | 194,989 | | | | |
| | | ECP | ESSEX GROUP (ORLEANS, IN) | 103,727 | | | | |
| | | EMO | ESSEX (SIKESTON, MO) | 36,000 | | | | |
| | | EFR | ESSEX GROUP (054-FRANKLIN, TN) | 31,420 | | | | |
| | | FWE | ESSEX GROUP (FT. WAYNE) | 13,000 | | | | |
| | | EKY | ESSEX (ELIZABETHTOWN, KY) | 7,750 | | | | |
| | | ESL | ESSEX GROUP (LAFFAYETTE) | 4,997 | | | | |
| 32 | r05 | | | | 2,411,932 | 225,656,142 | 0.70 | 65.17 |
| | | 5X0 | ELMET | 1,783,335 | | | | |
| | | EMS | E.M.S. EUROPEA DE METALES Y SERV | 584,505 | | | | |
| | | 5WC | BOTRADE , S.L. | 44,092 | | | | |
| 33 | NUN | | | | 2,357,091 | 228,013,233 | 0.68 | 65.85 |
| | | NUN | FREDDY NUNEZ | 2,357,091 | | | | |
| 34 | '66 | | | | 2,341,311 | 230,354,544 | 0.68 | 66.53 |
| | | 49 | MIDCO INDUSTRIES INC. | 2,184,270 | | | | |
| | | 0LS | MASCOT INC. | 157,041 | | | | |
| 35 | K50 | | | | 2,322,975 | 232,677,519 | 0.67 | 67.20 |
| | | K50 | ANSONIA COPPER AND BRASS | 2,322,975 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds  (Grouped by Alternative Names)
Phase I Summary Report

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|------|----------------|---------------|---------------|-----------------|--------------------|-------------------|----------------|--------------------|
| | | EMB | METAL RECYCLING SYSTEMS | 2,242,878 | | | | |
| 37 | 053 | | | | 2,189,647 | 237,110,064 | 0.64 | 68.15 |
| | | 5R4 | WELLMAN FRICTION PRODUCTS | 1,338,937 | | | | |
| | | WF2 | WELLMAN FRICTION (MEDINA) | 850,710 | | | | |
| 38 | 581 | | | | 2,181,705 | 239,291,769 | 0.63 | 68.78 |
| | | 581 | ENNIS AUTOMOTIVE | 2,181,705 | | | | |
| 39 | 503 | | | | 2,163,453 | 241,455,222 | 0.62 | 69.40 |
| | | 503 | RIVER METALS RECYC(KLEMPNER BROS | 2,163,453 | | | | |
| 40 | JBF | | | | 2,106,318 | 243,561,520 | 0.60 | 70.01 |
| | | JBF | JOHNSON BRASS & MACHINE FNDRY | 2,106,318 | | | | |
| 41 | TIM | | | | 2,084,264 | 245,645,784 | 0.60 | 70.94 |
| | | TIM | THORNTON'S IRON & METAL | 2,084,264 | | | | |
| 42 | 60 | | | | 2,083,383 | 247,729,167 | 0.60 | 71.44 |
| | | 2PW | TOMRA PACIFIC, INC. | 1,306,110 | | | | |
| | | TPD | TOMRA RECYCLING NETWORK | 397,582 | | | | |
| | | RA4 | TOMRA PACIFIC | 379,691 | | | | |
| 43 | p39 | | | | 2,046,080 | 249,775,247 | 0.59 | 72.15 |
| | | Q05 | PAUL MATTUCHIO INC. | 2,046,080 | | | | |
| 44 | e48 | | | | 1,999,865 | 251,775,112 | 0.58 | 72.71 |
| | | 7FF | LUCENT TECH. (MCLEANSVILLE) | 1,950,269 | | | | |
| | | 5SC | LUCENT TECHNOLOGIES | 38,300 | | | | |
| | | 6DG | A.T.&T. OSP ENGINEERING | 7,100 | | | | |
| | | LUT | LUCENT TECH | 3,944 | | | | |
| | | 81Q | A.T. & T. PIONEERS | 252 | | | | |
| 45 | 7J4 | | | | 1,994,737 | 253,769,849 | 0.58 | 73.29 |
| | | 7J4 | METALSTAMP | 1,994,737 | | | | |
| 46 | MPI | | | | 1,943,911 | 255,713,760 | 0.56 | 73.85 |
| | | MPI | METALS PLUS INTERNATIONAL CORP. | 1,943,911 | | | | |
| 47 | GBR | | | | 1,883,180 | 257,596,940 | 0.54 | 74.39 |
| | | GBR | BLAZE RECYCLING & METALS INC | 1,883,180 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

2 - 6

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| 48 | 13K | | | | 1,805,930 | 265,192,870 | 0.52 | 74.91 |
| | | 82K | KEY SERVICES INC. | 1,805,930 | | | | |
| 49 | 483 | | | | 1,789,606 | 266,982,476 | 0.52 | 75.43 |
| | | 483 | EL PASO IRON & METAL CO. | 1,789,606 | | | | |
| 50 | TAN | | | | 1,784,943 | 266,977,419 | 0.52 | 75.95 |
| | | TAN | TITAN RECYCLING | 1,784,943 | | | | |
| 51 | 13M | | | | 1,773,943 | 264,751,362 | 0.61 | 76.46 |
| | | 13M | DADE SCRAP IRON & METAL | 1,773,943 | | | | |
| 52 | RUM | | | | 1,746,330 | 266,497,692 | 0.50 | 76.96 |
| | | RUM | RUMPKE RECYCLING | 1,746,330 | | | | |
| 53 | 1R3 | | | | 1,741,390 | 268,239,082 | 0.50 | 77.47 |
| | | 1R3 | FRESNO VALVE & CASTING | 1,741,390 | | | | |
| 54 | z48 | | | | 1,740,546 | 269,979,628 | 0.50 | 77.97 |
| | | 328 | DANA CORPORTION | 1,740,546 | | | | |
| 55 | 2XW | | | | 1,713,110 | 271,692,738 | 0.49 | 78.46 |
| | | 2XW | JEFFCO METALS | 1,713,110 | | | | |
| 56 | J44 | | | | 1,707,407 | 273,400,145 | 0.49 | 78.96 |
| | | 232 | SAFRAN METALS CO. | 1,707,407 | | | | |
| 57 | -80 | | | | 1,649,842 | 275,049,987 | 0.48 | 79.43 |
| | | P13 | MENZOCK SCRAP | 1,649,842 | | | | |
| 58 | 1DL | | | | 1,619,908 | 276,669,895 | 0.47 | 79.90 |
| | | 1DL | SNOWMAN RECYCLING INC. | 1,619,908 | | | | |
| 59 | 436 | | | | 1,615,179 | 278,285,074 | 0.47 | 80.37 |
| | | 436 | SERLIN IRON AND METAL CO. | 1,615,179 | | | | |
| 60 | 7XII | | | | 1,597,614 | 279,882,688 | 0.46 | 80.83 |
| | | 7XH | KLEINHANS SCRAP/FREDERICK KLEINH | 1,597,614 | | | | |
| 61 | 932 | | | | 1,594,895 | 281,477,583 | 0.46 | 81.29 |
| | | 932 | M. BURSTEIN & CO., INC. | 1,594,895 | | | | |
| 62 | 2AW | | | | 1,574,410 | 283,051,993 | 0.45 | 81.75 |
| | | 2AW | CARLETON I&M | 1,574,410 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater than One Million Pounds  (Grouped by Alternative Names)
Phase I Summary Report

2 - 7

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|------|----------------|---------------|---------------|-----------------|--------------------|-------------------|----------------|--------------------|
| 59 | 59M | | | | 1,571,233 | 287,172,240 | 0.45 | 82.10 |
| | | 39M | HOLLYWOOD METAL | 1,571,233 | | | | |
| 64 | 2RB | | | | 1,564,871 | 288,188,091 | 0.45 | 82.68 |
| | | 2RB | VICTORY WHITE METAL CO. | 1,564,871 | | | | |
| 65 | 70C | | | | 1,551,958 | 287,700,055 | 0.45 | 83.10 |
| | | 70C | EMPIRE RECYCLING | 1,551,958 | | | | |
| 66 | NFT | | | | 1,544,729 | 289,284,784 | 0.45 | 83.55 |
| | | NFT | UNITED NONFERROUS TRADING LTD | 1,544,729 | | | | |
| 67 | 146 | | | | 1,534,354 | 290,819,138 | 0.44 | 83.99 |
| | | DFF | DEFFENBAUGH INDUSTRIES | 1,534,354 | | | | |
| 68 | 0LZ | | | | 1,530,569 | 292,349,707 | 0.44 | 84.44 |
| | | 0LZ | LUIS A. MALAGON- | 1,530,569 | | | | |
| 69 | 0W6 | | | | 1,529,103 | 293,878,810 | 0.44 | 84.82 |
| | | 0W6 | SOUTHERN RESOURCES | 1,529,103 | | | | |
| 70 | S54 | | | | 1,519,314 | 295,398,124 | 0.44 | 85.31 |
| | | S54 | D P RECYCLING | 1,519,314 | | | | |
| 71 | 3JM | | | | 1,432,526 | 296,830,650 | 0.41 | 85.72 |
| | | 3JM | WATERBURY ROLLING MILLS INC. | 1,432,526 | | | | |
| 72 | n79 | | | | 1,428,048 | 298,258,698 | 0.41 | 86.14 |
| | | 1RA | AFAC INC | 1,428,048 | | | | |
| 73 | 70D | | | | 1,395,829 | 299,654,527 | 0.40 | 86.54 |
| | | 70D | JARVIS METALS RECYCLING | 1,395,829 | | | | |
| 74 | BLU | | | | 1,382,237 | 301,036,764 | 0.40 | 86.94 |
| | | BLU | METRO RECYCLING | 1,382,237 | | | | |
| 75 | 3MT | | | | 1,381,849 | 302,418,613 | 0.40 | 87.34 |
| | | 3MT | MT CLEMENS METAL RECYCLING | 1,381,849 | | | | |
| 76 | ELF | | | | 1,378,742 | 303,797,355 | 0.40 | 87.74 |
| | | ELF | ATOFINA CHEMICALS INC. ATTN:B.F | 1,378,742 | | | | |
| 77 | S53 | | | | 1,361,369 | 305,158,724 | 0.39 | 88.13 |
| | | S53 | GATEWAY METAL | 1,361,369 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| | | 934 | MINTZ SCRAP IRON & METAL CO | 1,359,825 | | | | |
| | | 829 | CASH'S METAL AND IRON | 1,349,119 | | | | |
| | | C00 | TYROLER METALS INC | 1,313,029 | | | | |
| | | 102 | GENERAL METALS & SMELTING COMPAN | 1,308,336 | | | | |
| 82 | 7XS | | | | 1,302,315 | | 0.33 | 90.04 |
| | | 7XS | TUYAUX WOLVERINE TUBE | 1,302,315 | | | | |
| 83 | 143 | | | | 1,300,000 | | 0.33 | 90.42 |
| | | 143 | INGOT METAL CO. LTD. | 1,300,000 | | | | |
| 84 | 7YH | | | | 1,287,192 | | 0.32 | 90.79 |
| | | 7YH | JACOMIJ METALEN | 1,287,192 | | | | |
| 85 | 1PR | | | | 1,236,427 | | 0.30 | 91.16 |
| | | 1PR | UTILITY METALS | 1,236,427 | | | | |
| 86 | POL | | | | 1,205,945 | | 0.35 | 91.50 |
| | | POL | POLK SCRAP IRON & METAL CO | 1,205,945 | | | | |
| 87 | )15 | | | | 1,197,064 | | 0.35 | 91.84 |
| | | 125 | METAL BRIQUETTING CO. | 914,423 | | | | |
| | | STR | CREATIVE BRASS WORKS | 282,641 | | | | |
| 88 | u55 | | | | 1,161,210 | | 0.30 | 92.18 |
| | | MKK | MIKE'S METALS | 1,161,210 | | | | |
| 89 | ZXC | | | | 1,151,237 | | 0.33 | 92.51 |
| | | ZXC | SARCO | 1,151,237 | | | | |
| 90 | 7WT | | | | 1,146,457 | | 0.33 | 92.84 |
| | | 7WT | BEACON MANAGEMENT INC (BMI) | 1,146,457 | | | | |
| 91 | TTN | | | | 1,145,365 | | 0.33 | 93.17 |
| | | TTN | COMMSCOPE | 1,145,365 | | | | |
| 92 | 7XF | | | | 1,143,922 | | 0.33 | 93.50 |
| | | 7XF | TODOMETAL LTDA | 1,143,922 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
| 93 | MD | | | | 1,136,154 | 324,902,097 | 0.33 | 94.81 |
| | | PMP | CFF RECYCLING | 1,136,154 | | | | |
| 94 | 27I | | | | 1,129,772 | 326,031,869 | 0.33 | 94.70 |
| | | DID | DIDION RECYCLING CO. | 1,129,772 | | | | |
| 95 | 85X | | | | 1,124,773 | 327,156,666 | 0.32 | 94.80 |
| | | 85X | G.A.S. INTERNATIONAL LLC | 1,124,773 | | | | |
| 96 | INI | | | | 1,122,247 | 328,279,113 | 0.32 | 94.81 |
| | | INI | INTERSTEEL INC. | 1,122,247 | | | | |
| 97 | Y01 | | | | 1,109,603 | 329,388,716 | 0.32 | 95.13 |
| | | Y01 | KRIEGER WASTE PAPER | 1,109,603 | | | | |
| 98 | A29 | | | | 1,103,197 | 330,491,913 | 0.32 | 95.45 |
| | | A29 | BEAMAN IRON & METAL | 1,103,197 | | | | |
| 99 | S04 | | | | 1,092,493 | 331,584,406 | 0.32 | 95.76 |
| | | S04 | WOOSTER IRON & METAL | 1,092,493 | | | | |
| 100 | AGA | | | | 1,091,555 | 332,675,961 | 0.32 | 96.08 |
| | | AGA | AMERICAN GENERATOR & ALTERNATOR | 1,091,555 | | | | |
| 101 | 5W9 | | | | 1,088,485 | 333,764,446 | 0.31 | 96.39 |
| | | 5W9 | CATMET COMPANY | 1,088,485 | | | | |
| 102 | 5J0 | | | | 1,084,563 | 334,849,009 | 0.31 | 96.70 |
| | | 5J0 | AMERICAN RECYCLING | 1,084,563 | | | | |
| 103 | 7Q9 | | | | 1,081,056 | 335,930,065 | 0.31 | 97.02 |
| | | 7Q9 | ERICO | 1,081,056 | | | | |
| 104 | 7YD | | | | 1,071,941 | 337,002,006 | 0.31 | 97.33 |
| | | 7YD | ADVANCED CHEMICAL COMPANY | 1,071,941 | | | | |
| 105 | 96 | | | | 1,062,416 | 338,064,422 | 0.31 | 97.63 |
| | | 1CW | J. TROCKMAN & SONS INC. | 1,062,416 | | | | |
| 106 | 65 | | | | 1,051,061 | 339,115,483 | 0.30 | 97.94 |
| | | AO2 | LPHA OMEGA PROCESSING | 970,278 | | | | |
| | | 7AJ | ALPHA OMEGA | 80,783 | | | | |
| 107 | 7YZ | | | | 1,048,292 | 340,163,775 | 0.30 | 98.24 |
| | | 7YZ | SP RECYCLING CORPORATION LOUISVI | 1,048,292 | | | | |

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds  (Grouped by Alternative Names)
Phase I Summary Report

| Rank | Duplicate Code | Supplier Code | Supplier Name | Supplier Weight | Total Group Weight | Cumulative Weight | Percent Weight | Percent Cumulative |
|---|---|---|---|---|---|---|---|---|
|  |  | SLV | SLOAN VALVE | 1,026,278 |  |  |  |  |
|  |  | 3LF | SCHNITZER STEEL PRODUCTS CO. | 1,020,396 |  |  |  |  |
|  |  | SRY | SOUTHSIDE RECYCLING | 1,017,104 |  |  |  |  |
|  |  | 88Y | ROCHESTER COMPUTER RECYCLING & R | 1,012,893 |  |  |  |  |
| 112 | 788 |  |  |  |  | 345,251,726 | 0.29 | 99.71 |
|  |  | 788 | CERRO COPPER PRODUCTS | 1,011,280 |  |  |  |  |
| 113 | BF5 |  |  |  | 1,010,240 | 346,261,966 | 0.29 | 100.00 |
|  |  | BF5 | BFI- MINNEAPOLIS RECYCLERY | 1,010,240 |  |  |  |  |

Total Weight (Pounds) = 346,261,966

List 2 - Ranking of All Chemetco Suppliers by Weight Greater
than One Million Pounds (Grouped by Alternative Names)
Phase I Summary Report

## CERTIFICATE OF SERVICE

I hereby certify that I sent a true and correct copy of Illinois EPA's response to the objection to its claim filed by Delphi Corporation to:

The Honorable Robert D. Drain
Bankruptcy Judge
One Bowling Green
New York, NY 10004-1408

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden Arps, Meagher & Flom
Attn: John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Simpson Thacher & Bartlett, LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
Attn: Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Fried Frank Harris Shriver & Jacobson
Attn: Bonnie Steingart
One New York Plazaue
New York, NY 10004

Office of the United States Trustee
Attn: Alicia M. Leonhard
Southern District Bankruptcy Court
33 Whitehall Street Suite 2100
New York, NY 10004

James L. Morgan