

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

August 15, 2006

Chapter and Case Number:
  11   05-44507-RDD
Person to Contact:
  MARIA I VALERIO
Contact Telephone:
  212-436-1038
Employee Fax
  212-436-1931
Employee Identification Number:
  13-26951

Hon. Robert D Drain
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Debtor: DELPHI MEDICAL SYSTEMS COLORADO
Bankruptcy Filed October 8, 2005

Dear Hon. Drain:

    This is to certify that the records of the Internal Revenue Service reflect that the priority and general, Proof of Claim No. 2061 filed on 02/21/2006 in the amount of $25,936.85 and $2,381.34 respectively have been satisfied and are no longer in force and effect.

Should you have any questions, my contact information is show above. Thank you for your cooperation.

Sincerely yours,

Insolvency Manager

cc. Skadden Arps Slate Meacher & Flom