LAW OFFICES
OF
MICHAEL R. SMENT

MICHAEL R. SMENT

770 COUNTY SQUARE DRIVE
SUITE 210
VENTURA, CALIFORNIA 93003-5407
805.654.0311
FACSIMILE: 805.654.0334

11150 W. OLYMPIC BLVD.
SUITE 1050
LOS ANGELES, CA 90064-1817
310.277.6361

TO:     CLERK OF THE COURT                    BY FEDERAL EXPRESS
        OFFICE OF THE CLERK                   (Priority Overnight)
        U.S. BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK
        One Bowling Green
        New York, NY 10004

FROM:   MICHAEL R. SMENT, ESQ.

DATE:   11-21-2006

RE:     In re DELPHI CORPORATION, et al.
        U.S.B.C. Case No. 05-44481 (RDD), Chapter 11 Cases

ENCLOSED PLEASE FIND: Per my conversation with Clerk Barbara, an original and three (3) copies of a:
1. "Notice of Withdrawal of Proof of Claim (Without Prejudice)" for this Chapter 11 case. The "Notice" is on behalf of my client CH&I TECHNOLOGIES, INC., which is voluntarily withdrawing (ONLY) its 7/28/06 "Administrative (Contingent) Proof of Claim" herein.

Please file this "Notice of Withdrawal" ASAP. Time is of the essence. There is an 11/30/06 hearing with respect to these matters. Please deliver one copy to the chambers of Judge Drain. Please return a conformed copy of the filed "Notice" in the enclosed self-addressed envelope. Please call (805/654-0311) (collect) if you have any questions or problems. Thank you.

[ ] Pursuant to your request         [X] Please telephone me if
                                         you have questions or
                                         problems

[ ] For your information             [ ] Please read and advise me
                                         how to reply

[ ] Please review                    [X] Please acknowledge
                                         receipt

[ ] Please sign                      [X] For your files

[ ] Please comment                   [X] Please file and return
                                         conformed copy

MS:dr
Enclosures

ORIGINAL

1 | MICHAEL R. SMENT, ESQ., SBN 090949
2 | LAW OFFICES OF MICHAEL R. SMENT
    770 County Square Drive, Suite 210
3 | Ventura, CA 93003-5407
    805.654.0311
4 |
5 | Attorneys for
    Secured Creditor/Creditor/Administrative Claimant
6 | CH&I TECHNOLOGIES, INC.

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------
In re                             ) Chapter 11
                                  )
DELPHI CORPORATION, et al.,       ) Case No. 05-44481 (RDD)
                                  ) (Jointly Administered)
                                  )
                                  ) **NOTICE OF WITHDRAWAL OF
           Debtors.               ) PROOF OF CLAIM
                                  ) (WITHOUT PREJUDICE)**
                                  )
                                  ) DATE: November 30, 2006
                                  ) TIME: 10:00 a.m.
                                  ) CTRM: 610
                                  )
----------------------------------)

TO: DEBTORS AND DEBTORS-IN-POSSESSION, THEIR ATTORNEYS, ALL OFFICIAL AND UNOFFICIAL COMMITTEES, CREDIT FACILITIES, ANY TRUSTEE(S), THE UNITED STATES TRUSTEE AND DEPARTMENT OF JUSTICE, THE CLERK OF THE COURT, AND ALL ATTORNEYS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that, pursuant to Rule 3006 Federal Bankruptcy Rules and 11 U.S.C. section 105(a), and other applicable rules and authorities, and subject to appropriate Court order, Secured Creditor/Creditor/Administrative Claimant CH&I TECHNOLOGIES, INC. ("Secured Creditor") hereby voluntarily withdraws, without prejudice, its Proof of Claim herein entitled **"Proof of Claim (Administrative)"** "(Administrative Claim -Contingent Claim)" **Claim No. 12676**, filed herein on July 28, 2006 (Total Amount: $1,560,000+)

1

1  ("Proof of Claim"). The withdrawal of this one (1) claim is **without**
2  **prejudice** as to a later Request(s) For Payment Of Administrative
3  Expense(s) by Secured Creditor, and is further **without prejudice** as
4  to Secured Creditor's other two (2) filed Proofs of Claim herein.
5
6      Any communications regarding the foregoing should be delivered
7  to Secured Creditor's bankruptcy counsel at the firm and address set
8  forth at the top of the first page of this Notice.

9  DATED: November 21, 2006        LAW OFFICES OF MICHAEL R. SMENT

10                                 By: _____
11                                     MICHAEL R. SMENT
                                       Attorneys for
12                                     Secured Creditor/Creditor/
                                       Administrative Claimant
13                                     CH&I TECHNOLOGIES, INC.

2

## PROOF OF SERVICE

I am over the age of 18 years and am not a party to the within action. I am employed in the County of Ventura, State of California. My business address is 770 County Square Drive, Suite 210, Ventura, CA 93003.

On November 21, 2006, on behalf of Secured Creditor/Creditor/Administrative Claimant, I served the foregoing document described as **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (WITHOUT PREJUDICE)** on the debtors, the attorneys for the debtors and the committees, and the United States Trustee in these cases, by placing true and correct copies thereof in the United States mail at Oxnard, California enclosed in sealed envelopes, with first class postage fully prepaid thereon, addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Executed this 21st day of November 2006 at Ventura, California.


DAVID RAMOS

3

## SERVICE LIST

DELPHI CORPORATION, et al.
Att'n: General Counsel
5725 Delphi Drive
Troy, MI 48098
[DEBTORS]

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
[DEBTORS' ATTORNEYS]
**[BY FEDEX OVERNIGHT DELIVERY]**
**[BY FACSIMILE**: Ron E. Meisler, Esq.**]**

Kenneth S. Ziman, Esq.
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017
[PRE-PETITION CREDIT]

Donald Bernstein, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
[POST-PETITION CREDIT]

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022
[UNSECURED COMMITTEE]

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver
One New York Plaza
New York, NY 10004
[EQUITY SECURITY COMMITTEE]

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10044
[UNITED STATES TRUSTEE]

4