2521 Cedar Drive
Balto, Md. 21207
MAILING ADDRESS:
P.O. Box 21011
BALTO., MD. 21228

US Bankruptcy Court
Southern district of New York
Delphi Corporation Claims
Bowling Green
Room 534
New York, N.Y. 10004-1408

Re: Case# 05-44481 (RDD)

Dear Sir or Madam:

Please change my mailing address to:

P.O. Box 21011
BALTIMORE, MD. 21228

Thank-you.

Sincerely,

Lesley R. Gore-Kitikul
Lesley Rita Gore Kitikul


RECEIVED
DEC - 4 2006