THELEN REID BROWN RAYSMAN & STEINER LLP
Daniel A. Lowenthal (DL 7971)
875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Brandes Investment Partners, L.P. and
Oki America, Inc. aka Oki Semiconductor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF LAW FIRM NAME CHANGE

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that effective December 1, 2006, the law firm of Thelen Reid & Priest LLP, counsel for Brandes Investment Partners, L.P. and Oki America, Inc. aka Oki Semiconductor in the above-entitled case, changed its name to Thelen Reid Brown Raysman & Steiner LLP. The firm's address and telephone and fax numbers remain the same.

Dated: New York, New York
December 4, 2006

Respectfully submitted,

THELEN REID BROWN RAYSMAN & STEINER LLP

By: *s/ Daniel A. Lowenthal*
    Daniel A. Lowenthal (DL 7971)
875 Third Avenue
New York, New York  10022
(212) 603-2000
Attorneys for Brandes Investment Partners, L.P. and Oki America, Inc. aka Oki Semiconductor