IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DELPHI CORP | ) | Case No. 05-44481 |
| | ) | |
| Debtor. | ) | Schedule No. |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO BANKRUPTCY RULE 3001(e) (1)

To:    Transferor:    I2 Technologies, Inc.
11707 Luna Road
Dallas TX, 75234
ATT: Jack Carney & Tim Sheppard

**Your total general unsecured claim against the Debtor in the amount of $123,119.35 has been transferred to:**

Transferee:    SPCP GROUP, L.L.C.
2 Greenwich Plaza
Greenwich, CT 06830
Attention: Brian Jarmain

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  Clerk of the Court
  United States Bankruptcy Court for the
  Southern District of New York
  One Bowling Green
  New York, NY 10004

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2006.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____    Transferee _____    Debtor's Attorney _____

_____
Deputy Clerk

EXHIBIT A TO
ASSIGNMENT OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **I2 TECHNOLOGIES, INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $123,119 (the "Assigned Claim"), against Delphi Corp.("Debtor"), the debtor-in-possession in Case No. 05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 7, 2006.

By: _____
Name of person signing: Tim Sheppard
Title of person signing: VP Finance

In re: DELPHI CORPORATION Debtor, Case No. 05-44481    Entity #2

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1615260 - 10398733<br>I2 TECHNOLOGIES<br>11701 LUNA RD<br>DALLAS    TX    75234 | ACCOUNTS PAYABLE | | $123,119.35 |
| 1549735 - 10394606<br>IAM LOCAL 78<br>Attn JEFF CURRY<br>7435 S. HOWELL AVE<br>OAK CREEK    WI    53154 | UNION AGREEMENTS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1549736 - 10394607<br>IBEW LOCAL 663<br>Attn RANDAL MIDDLETON<br>W233 S8625 CHATEAU LN<br>BIG BEND    WI    53103 | UNION AGREEMENTS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1562314 - 10108844<br>IBM CORPORATION<br>NEW ORCHARD RD<br>ARMONK    NY    10504 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1562315 - 10108845<br>ICI AMERICAS, INC<br>10 FINDERNE AVE<br>BRIDGEWATER    NJ    8807 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1131927 - 10003044<br>ICKES ARTHUR D<br>(Address on File) | SERP | Contingent,<br>Unliquidated | Unknown |
| 1644038 - 10395290<br>ILLIANA DISPOSAL & RECYCLING<br>865 WHEELER STREET<br>CROWN POINT    IN    46307 | ENVIRONMENTAL CLAIMS<br>POTENTIAL CLAIM ARISING FROM ENVIRONMENTAL SERVICE PROVIDERS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1561175 - 10107457<br>ILLINOIS ATTORNEY GENERAL'S OFFICE ENVIRONMENTAL BUREAU<br>Attn JIM MORGAN<br>500 S. 2ND STREET<br>SPRINGFIELD    IL    62706 | ENVIRONMENTAL CLAIMS<br>CERCLA: SANDOVAL | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1561176 - 10107458<br>ILLINOIS ENVIRONMENTAL PROTECTION AGENCY<br>Attn CHIRS PERZAN DIV OF LEGAL<br>    COUNSEL<br>1021 N. GRAND AVENUE E<br>SPRINGFIELD    IL    62794 | ENVIRONMENTAL CLAIMS<br>CERCLA: SANDOVAL | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1561177 - 10107459<br>ILLINOIS ENVIRONMENTAL PROTECTION AGENCY<br>1021 NORTH GRAND AVENUE EAST<br>P.O. BOX 19276<br>SPRINGFIELD    IL    62794-9276 | ENVIRONMENTAL CLAIMS<br>REGULATORY MATTERS: REGULATORY AGENCIES | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1561178 - 10107460<br>ILLINOIS SMELTING & REFINING CO.<br>3637 S. ALBANY<br>CHICAGO    IL    60632 | ENVIRONMENTAL CLAIMS<br>CERCLA: SANDOVAL | Contingent,<br>Disputed,<br>Unliquidated | Unknown |