

managing risk, enabling trade

October 17, 2006

United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004

Re: Delphi Corporation
Bankruptcy Case No. 05-44481

Dear Sir or Madam Clerk:

    I enclose an original and one copy of a Notice of Transfer of Claim for filing in the above-captioned matter. Upon filing of the original, please return a date-stamped copy to the undersigned via the self-addressed, stamped envelope.

If you have any questions, please do not hesitate to contact me at (410)-246-5548. Thank you.

Kind Regards,

Dana Santilli
Recovery Officer

(410)-246-5548
(410)-246-5545 fax
dana.santilli@atradius.com

Atradius Trade Credit
Insurance, Inc.
5026 Campbell Blvd.
Suite C
Baltimore, MD 21236

Phone
+1 410-931-9441
Fax
+1 410-246-5530
www.atradius.us