**UNITED STATES BANKRUPTCY COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>_____x

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, et. al., | : | Chapter 11 |
| | : | |
| *Debtor* | : | (Jointly Administered) |
| | : | |
| | : | |
| _____x | | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Michael O'Hayer, a member in good standing of the bar in the Commonwealth of Pennsylvania and of the U.S. District Court for the Eastern District of Pennsylvania, having requested admission, *pro hac vice,* to represent A-1 Specialized Services and Supplies, Inc., in the above captioned case,

**IT IS ORDERED,**

That Michael O'Hayer, Esq., is admitted to practice, *pro hac vice,* in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided the filing fee has been paid.

Dated: December 8, 2006

New York, New York         /s/__Robert D. Drain_____
                                         Robert D. Drain
                                         United States Bankruptcy Judge.