.LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK  )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.      I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.      On December 1, 2006, I caused true and correct copies of the First Application of Buck Consultants, LLC for Allowance of Compensation for Services Rendered as Pension and Benefits Actuary to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

NY\1217770.1

3. On December 1, 2006, I caused true and correct copies of the Notice of First Fee Application of Buck Consultants, LLC for Allowance of Compensation for Services Rendered as Pension Benefits Actuary to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit B hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
5th day of December, 2006

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2009

NY\1217770.1

**Exhibit A**

**Via Overnight Mail**

| | |
|---|---|
| Kenneth S. Ziman<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York  10017 | John Wm Butler, Jr. Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 |
| Donald S. Bernstein, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, New York  10017 | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York  10004 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: David M. Sherbin, Esq.<br>     General Counsel | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004<br>Attn: Brad Eric Scheler |
| Legal Cost Control, Inc.<br>255 Kings Highway East,<br>Haddonfield, NJ  08033<br>Attn: Joe Sykes | |

**Exhibit B**

<u>**Via Overnight Mail**</u>

| | |
|---|---|
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Terry Zale<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>152 West 57th St<br>35th Fl<br>New York, NY 10019 | Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Thomas F Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Ste I
Los Angeles, CA 90066

David D. Cleary
Mohsin N. Khambati
Jason J. DeJonker
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL   60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY 10017

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

NY\1217770.1

| | |
|---|---|
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothchild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>1270 Avenue Of The Americas<br>Ste 2500<br>New York, NY 10020-1801 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |

NY\1217770.1

| | |
|---|---|
| Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004<br>Attn: Brad Eric Scheler<br>     Bonnie Steingart<br>     Vivek Melwani<br>     Jennifer L. Rodburg<br>     Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ  07960 | |

**Via First Class Mail**

| | |
|---|---|
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202<br>Attn: Beth Klimczak<br>     General Counsel |

NY\1217770.1

| | |
|---|---|
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL  33130 | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker<br>Suite  2300<br>Chicago, IL  60606 |

**Via E-Mail**

kar@pryormandelup.com
aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
aee@hurwitzfine.com
aenglund@orrick.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amcmullen@bccb.com
amina.maddox@dol.lps.state.nj.us
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
aprinci@orrick.com
tkent@orrick.com
asherman@sillscummis.com
aswiech@akebono-usa.com
athau@cm-p.com
austin.bankruptcy@publicans.com
ayala.hassell@eds.com
bankruptcy@goodwin.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com
bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bharwood@sheehan.com
bkessinger@akebono-usa.com
bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com
cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
carren.shulman@hellerehrman.com
timothy.mehok@hellerehrman.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com

cgalloway@atsautomation.com
charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com
cs@stevenslee.com
cp@stevenslee.com
cschulman@sachnoff.com
agelman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com
dbaty@honigman.com
DBR@tbfesq.com
dconnolly@alston.com
dwender@alston.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddraper@terra-law.com
derrien@coollaw.com
dfreedman@ermanteicher.com
dgheiman@jonesday.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
driggio@candklaw.com
dweiner@schaferandweiner.com
eabdelmasieh@nmmlaw.com
EAKleinhaus@wlrk.com
ecdolan@hhlaw.com
echarlton@hiscockbarclay.com
efox@klng.com
egc@lydenlaw.com
egunn@mcguirewoods.com
ekutchin@kutchinrufo.com
elazarou@reedsmith.com
elizabeth.flaagan@hro.com

Elliott@cmplaw.com
emarcks@ssd.com
emccolm@paulweiss.com
emeyers@mrrlaw.net
ephillips@thurman-phillips.com
ewaters@sheppardmullin.com
fatell@blankrome.com
ferrell@taftlaw.com
ffm@bostonbusinesslaw.com
fholden@orrick.com
fstevens@foxrothschild.com
ftrikkers@rikkerslaw.com
fusco@millercanfield.com
fyates@sonnenschein.com
gdiconza@dlawpc.com
george.cauthen@nelsonmullins.com
gerdekomarek@bellsouth.net
gettelman@e-hlaw.com
ggotto@kellerrohrback.com
ggreen@fagelhaber.com
gjarvis@ggelaw.com
gkurtz@ny.whitecase.com
guzzi@whitecase.com
dbaumstein@ny.whitecase.com
glen.dumont@hp.com
gogimalik@andrewskurth.com
gpeters@weltman.com
greenj@millercanfield.com
greg.bibbes@infineon.com
gregory.kaden@ropesgray.com
grichards@kirkland.com
growsb@wnj.com
gsantella@masudafunai.com
gschwed@loeb.com
gtoering@wnj.com
hannah@blbglaw.com
hborin@schaferandweiner.com
heather@inplaytechnologies.com
herb.reiner@guarantygroup.com
Hirsh.Robert@arentfox.com
hkolko@msek.com
hleinwand@aol.com
holly@regencap.com
housnerp@michigan.gov
houston_bankruptcy@publicans.com
hwangr@michigan.gov
hzamboni@underbergkessler.com
ian@gazesllc.com
ilevee@lowenstein.com
ira.herman@tklaw.com

jaffeh@pepperlaw.com
james.bentley@srz.com
jangelovich@nixlawfirm.com
japplebaum@clarkhill.com
jay.hurst@oag.state.tx.us
jbernstein@mdmc-law.com
jcrotty@rieckcrotty.com
Jeff.Ott@molex.com
jeffery.gillispie@infineon.com
jeisenhofer@gelaw.com
jengland@linear.com
jforstot@tpw.com
jgtougas@mayerbrownrowe.com
jguy@orrick.com
jh@previant.com
mgr@previant.com
jharris@quarles.com
jhinshaw@boselaw.com
jhlemkin@duanemorris.com
jimbriaco@gentek-global.com
jkp@qad.com
jkreher@hodgsonruss.com
jlanden@madisoncap.com
jlapinsky@republicengineered.com
jlevi@toddlevi.com
jmanheimer@pierceatwood.com
jmbaumann@steeltechnologies.com
jminias@stroock.com
jml@ml-legal.com
lmc@ml-legal.com
jmsullivan@mwe.com
jmurch@foley.com
joel_gross@aporter.com
john.brannon@tklaw.com
john.gregg@btlaw.com
john.persiani@dinslaw.com
john.sieger@kattenlaw.com
jonathan.greenberg@engelhard.com
jposta@sternslaw.com
jrhunter@hunterschank.com
jrobertson@mcdonaldhopkins.com
JRS@Parmenterlaw.com
jsalmas@mccarthy.ca
lsalzman@mccarthy.ca
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jvitale@cwsny.com
bceccotti@cwsny.com
jwilson@tylercooper.com
jwisler@cblh.com
jzackin@sillscummis.com
karen.dine@pillsburylaw.com
kcookson@keglerbrown.com
kcunningham@pierceatwood.com
ken.higman@hp.com
khansen@stroock.com
khopkins@milesstockbridge.com
kim.robinson@bfkpn.com
klaw@bbslaw.com
kmayhew@pepehazard.com
kmiller@skfdelaware.com
Knathan@nathanneuman.com

knorthup@kutchinrufo.com
knye@quarles.com
krk4@daimlerchrysler.com
krosen@lowenstein.com
kwalsh@lordbissell.com
lawallf@pepperlaw.com
lawtoll@comcast.net
lberkoff@moritthock.com
lcurcio@tpw.com
lekvall@wgllp.com
lisa.moore2@nationalcity.com
lloyd.sarakin@am.sony.com
lmagarik@kjmlabor.com
lnewman@fagelhaber.com
lpeterson@msek.com
lpinto@wcsr.com
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com
eriley@kellerrohrback.com
lschwab@bbslaw.com
lwalzer@angelogordon.com
madison.cashman@stites.com
maofiling@cgsh.com
maofiling@cgsh.com
marc.hirschfield@ropesgray.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com
mark.owens@btlaw.com
marvin.clements@state.tn.us
massimiliano_cini@brembo.it
mbane@kelleydrye.com
mblacker@andrewskurth.com
mbusenkell@eckertseamans.com
mcheney@orrick.com
mcruse@wnj.com
mdallago@morrisoncohen.com
mdebbeler@graydon.com
metkin@lowenstein.com
mfarquhar@winstead.com
mgreger@allenmatkins.com
mhager@oshr.com
mhall@burr.com
mhamilton@amph.com
miag@michigan.gov
miag@michigan.gov
michael.cook@srz.com
michael.mccrory@btlaw.com
michaelz@orbotech.com
miller@taftlaw.com
mkilgore@UP.com
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com
mmassad@hunton.com
mmeyers@gsmdlaw.com
mmharner@jonesday.com
mmoody@okmlaw.com
mnewman@schaferandweiner.com
mrichards@blankrome.com
mrr@previant.com
mscott@riemerlaw.com

mseidl@pszyjw.com
mshaiken@stinsonmoheck.com
msmcelwee@varnumlaw.com
msomerstein@kelleydrye.com
msternstein@sheppardmullin.com
mtf@afrct.com
murph@berrymoorman.com
mviscount@foxrothschild.com
mwarner@warnerstevens.com
mwinthrop@winthropcouchot.com
myarnoff@sbclasslaw.com
myetnikoff@schiffhardin.com
mzelmanovitz@morganlewis.com
nhp4@cornell.edu
niizeki.tetsuhiro@furukawa.co.jp
office@gazesllc.com
oiglesias@wlross.com
pabutler@ssd.com
patrick.bartels@quadranglegroup.com
pbaisier@seyfarth.com
pbarr@jaffelaw.com
pbilowz@goulstonstorrs.com
pbosswick@ssbb.com
pcostello@bbslaw.com
pgurfein@akingump.com
pjanovsky@zeklaw.com
pjricotta@mintz.com
pmears@btlaw.com
Pretekin@coollaw.com
prubin@herrick.com
raterinkd@michigan.gov
rbeacher@pitneyhardin.com
rcharles@lrlaw.com
rcovino@lordbissell.com
rdaversa@mayerbrown.com
rdremluk@seyfarth.com
resterkin@morganlewis.com
RGMason@wlrk.com
rgoldi@sotablaw.com
rgordon@clarkhill.com
rgriffin@iuoe.org
rheilman@schaferandweiner.com
rhett.campbell@tklaw.com
richard.epling@pillsburylaw.com
richard.kremen@dlapiper.com
rjclark@hancocklaw.com
rjones@bccb.com
rjsidman@vssp.com
rkidd@srcm-law.com
rmcdowell@bodmanllp.com
rmeth@pitneyhardin.com
rnorton@reedsmith.com
rnsteinwurtzel@swidlaw.com
robert.goodrich@stites.com
robert.morris@timken.com
robert.welhoelter@wallerlaw.com
robin.spear@pillsburylaw.com
rparks@mijb.com
rpeterson@jenner.com
rrichards@sonnenschein.com
rrosenbaum@mrrlaw.net
rsmolev@kayescholer.com

rsz@curtinheefner.com
rthibeaux@shergarner.com
rthibeaux@shergarner.com
rtrack@msn.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com
rusadi@cahill.com
rweisberg@carsonfischer.com
rwyron@orrick.com
sabelman@cagewilliams.com
sagolden@hhlaw.com
sandy@nlsg.com
sarah.morrison@doj.ca.gov
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
sbrennan@nathanneuman.com
scargill@lowenstein.com
schnabel@klettrooney.com
dbrown@klettrooney.com
schristianson@buchalter.com
sdabney@kslaw.com
bdimos@kslaw.com
sdeeby@clarkhill.com
sdonato@bsk.com
sean@blbglaw.com
selanders@danielsandkaplan.com
sfreeman@lrlaw.com
sgoldber@quarles.com
sgross@hodgsonruss.com
shandler@sbclasslaw.com
shapiro@steinbergshapiro.com
sharon.petrosino@hp.com
shazan@oshr.com
sholmes@hunton.com
sjennik@kjmlabor.com
sjfriedman@jonesday.com
sjohnston@cov.com
skhoos@mintz.com
skrause@zeklaw.com
smcook@lambertleser.com
snirmul@gelaw.com
sokeefe@winthropcouchot.com
sopincar@mcdonaldhopkins.com
sosimmerman@kwgd.com
sriley@mcdonaldhopkins.com
srosen@cb-shea.com
sselbst@mwe.com
sshimshak@paulweiss.com
steven.keyes@aam.com
susanwhatley@nixlawfirm.com
swalsh@chglaw.com
tajamie@ajamie.com
tbrink@lordbissell.com
tch@previant.com
tcohen@sheppardmullin.com
tdonovan@finkgold.com
tgaa@bbslaw.com
tkennedy@kjmlabor.com
tlauria@whitecase.com
featon@miami.whitecase.com
tmaxson@cohenlaw.com

tmcfadden@lordbissell.com
tom@beemanlawoffice.com
tomschank@hunterschank.com
trenda@milesstockbridge.com
tsable@honigman.com
tscobb@vssp.com
tslome@rsmllp.com
twardle@sheppardmullin.com
vdagostino@lowenstein.com
vmastromar@aol.com
wachstein@coollaw.com
wallace@blbglaw.com
wbeard@stites.com
wendy.brewer@btlaw.com
whanlon@seyfarth.com
whawkins@loeb.com
william.barrett@bfkpn.com
wkohn@schiffhardin.com
wmsimkulak@duanemorris.com
wsavino@damonmorey.com
wweintraub@pszyjw.com

NY\1217770.1