**EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CABEZA CARLOS<br>2930 S ALBRIGHT RD<br>APT 2<br>KOKOMO, IN 46902 | 6295 | Secured:<br>Priority: $8,395.68<br>Administrative:<br>Unsecured:<br>Total: $8,395.68 | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| COLORADO DEPARTMENT OF REVENUE<br>1375 SHERMAN ST RM 504<br>DENVER, CO 80261 | 1495 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 01/09/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| COLUMBIANA COUNTY TREASURER<br>PO BOX 469<br>LISBON, OH 44432-1255 | 7647 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| DELAWARE COUNTY TREASURER<br>91 N SANDUSKY ST<br>DELAWARE, OH 43015-1799 | 4214 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARIE E LAGO<br>664 SANTA MONICA<br>YOUNGSTOWN, OH 44505-1144 | 9885 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/19/2006 | DELPHI CORPORATION (05-44481) |
| SHARON K LOWE<br>10317 CENTURY<br>O P, KS 66215-2201 | 10771 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $2,000.00<br>Total: $2,000.00 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAM N BRAUCHT<br>SIMMONSCOOPER LLC<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL 62024 | 15572 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| WILLIAM N BRAUCHT<br>SIMMONSCOOPER LLC<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL 62024 | 15568 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |

**EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WILLIAM N BRAUCHT<br>SIMMONSCOOPER LLC<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL 62024 | 15571 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| WILLIAM N BRAUCHT<br>SIMMONSCOOPER LLC<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL 62024 | 15573 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| WILLIAM N BRAUCHT<br>SIMMONSCOOPER LLC<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL 62024 | 15570 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| WILLIAM N BRAUCHT<br>SIMMONSCOOPER LLC<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL 62024 | 15569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| WILLIAM N BRAUCHT<br>SIMMONSCOOPER LLC<br>707 BERKSHIRE BLVD<br>EAST ALTON, IL 62024 | 15574 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | DELPHI LLC (05-44615) |
| **Total:** | **13** | **$10,395.68** | | |