**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ADLER INDUSTRIAL SERVICES INC<br>95 123 FIRMENICH WAY<br>NEWARK, NJ 07114 | 2330 | Secured: $72,330.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $72,330.00 | 03/17/2006 | DELPHI CORPORATION (05-44481) |
| ALLIANCE CNC CUTTER GRINDING<br>3987 BROCKTON SE STE A<br>GRAND RAPIDS, MI 49512 | 786 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,728.13<br>Total: $1,728.13 | 11/22/2005 | DELPHI CORPORATION (05-44481) |
| AMI INDUSTRIES<br>5093 N RED OAK RD<br>LEWISTON, MI 49756 | 15202 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $209,904.46<br>Total: $209,904.46 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| AMTEK USA ENTERPRISES INC<br>HAYNES AND BOONE LLP<br>1221 MCKINNEY STE 2100<br>HOUSTON, TX 77010 | 11636 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $477,800.00<br>Total: $477,800.00 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASI<br>6285 GARFIELD AVE<br>CASS CITY, MI 48726 | 15200 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $129,089.41<br>Total: $129,089.41 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ASSOCIATED BAG CO<br>400 W BODEN ST<br>MILWAUKEE, WI 53207 | 489 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10.50<br>Total: $10.50 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| ASSOCIATED BAG CO<br>400 W BODEN ST<br>MILWAUKEE, WI 53207 | 490 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $110.80<br>Total: $110.80 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| AUTO KNOW INC<br>248 SLATER CRESCENT<br>OAKVILLE ONT, L6K 2C8<br>CANADA | 510 | Secured:<br>Priority: $1,393.99<br>Administrative:<br>Unsecured:<br>Total: $1,393.99 | 11/14/2005 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AUTOCAM CORPORATION<br>4436 BROADMOOR SE<br>KENTWOOD, MI 49512 | 7852 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,057,681.80<br>Total: $4,057,681.80 | 06/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AUTOCAM DO BRASIL USINAGEM LTDA<br>4436 BROADMOOR SE<br>KENTWOOD, MI 49512 | 7851 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $701,548.63<br>Total: $701,548.63 | 06/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BALL SYSTEMS<br>622 S RANGE LINE RD STE 624 B<br>CARMEL, IN 46032 | 498 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,406.20<br>Total: $16,406.20 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | 1905 | Secured:<br>Priority: $6,524.80<br>Administrative:<br>Unsecured:<br>Total: $6,524.80 | 02/08/2006 | DELPHI CORPORATION (05-44481) |
| BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | 1909 | Secured:<br>Priority: $6,425.10<br>Administrative:<br>Unsecured:<br>Total: $6,425.10 | 02/08/2006 | DELPHI CORPORATION (05-44481) |
| CINCINNATI FREEZER CORP<br>2199 VICTORY PKWY<br>CINCINNATI, OH 45206 | 5997 | Secured: $1,105.43<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,105.43 | 05/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CITY OF COOPERSVILLE<br>333 BRIDGE ST STE 800<br>GRAND RAPIDS, MI 49504 | 14836 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 2326 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,104.21<br>Total: $4,104.21 | 03/16/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 2321 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,206.26<br>Total: $38,206.26 | 03/20/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 2327 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,539.38<br>Total: $5,539.38 | 03/16/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 2325 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,088.91<br>Total: $2,088.91 | 03/16/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 2320 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $22,843.88<br>Total: $22,843.88 | 03/16/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 2324 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,317.18<br>Total: $5,317.18 | 03/16/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 2322 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,830.06<br>Total: $3,830.06 | 03/16/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 2328 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,916.83<br>Total: $1,916.83 | 03/16/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF DAYTON<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 2323 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,274.42<br>Total: $6,274.42 | 03/16/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CITY OF DEARBORN<br>CITY HALL<br>13615 MICHIGAN AVENUE<br>DEARBORN MICHIGAN, | 16034 | Secured: $24,202.71<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $24,202.71 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF KANSAS CITY MO<br>REVENUE DIVISION<br>414 E 12TH ST STE 201 W<br>KANSAS CITY, MO 64106 | 3985 | Secured:<br>Priority: $2,193.64<br>Administrative:<br>Unsecured: $479.93<br>Total: $2,673.57 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| CITY OF WALKER<br>INCOME TAX ADMINISTRATOR<br>PO BOX 153<br>GRAND RAPIDS, MI 49501-0153 | 282 | Secured:<br>Priority: $717.17<br>Administrative:<br>Unsecured:<br>Total: $717.17 | 11/02/2005 | DELPHI CORPORATION (05-44481) |
| CLARK COUNTY TREASURER<br>31 N LIMESTONE ST<br>SPRINGFIELD, OH 45502 | 5807 | Secured:<br>Priority: $500.00<br>Administrative:<br>Unsecured:<br>Total: $500.00 | 05/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CLARK COUNTY TREASURER<br>31 N LIMESTONE ST<br>SPRINGFIELD, OH 45502 | 5816 | Secured:<br>Priority: $500.00<br>Administrative:<br>Unsecured:<br>Total: $500.00 | 05/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT MDOR<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | 3092 | Secured:<br>Priority: $723.16<br>Administrative:<br>Unsecured:<br>Total: $723.16 | 04/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| CONTROL MASTERS INC<br>5235 KATRINE AVE<br>DOWNERS GROVE, IL 60515 | 8219 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,340.00<br>Total: $3,340.00 | 06/19/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| CORPORATE ROOFING COMPANY<br>3031 W GRAND BLVD STE 621<br>DETROIT, MI 48202-3008 | 4899 | Secured: $9,950.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $9,950.00 | 05/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| COUNTY OF SANTA CLARA<br>COUNTY GOVERNMENT CTR E WING<br>70 W HEDDING ST<br>SAN JOSE, CA 95110 | 1159 | Secured:<br>Priority:<br>Administrative: $1,864.35<br>Unsecured:<br>Total: $1,864.35 | 12/13/2005 | DELPHI CORPORATION (05-44481) |
| CRANES KEN MAGNAVOX CITY INC<br>DBA KEN CRANES HOME ENTERTAINMENT<br>4900 W 147TH ST<br>HAWTHORNE, CA 90250-6708 | 2757 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $668.49<br>Total: $668.49 | 04/25/2006 | DELPHI CORPORATION (05-44481) |
| CROWN CREDIT COMPANY<br>115 N MAIN ST<br>NEW BREMEN, OH 45869 | 6578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,152.00<br>Total: $2,152.00 | 05/22/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| CSX CORPORATION<br>500 WALTER ST 8TH FL J220<br>JACKSONVILLE, FL 32202 | 412 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $326,399.90<br>Total: $326,399.90 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST RM 112<br>CLEVELAND, OH 44113-1697 | 8789 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 06/24/2006 | DELPHI CORPORATION (05-44481) |
| D&M PLASTICS CORP D&M CUSTOM INJECTION MOLDINGS<br>150 FRECH RD<br>PO BOX 158<br>BURLINGTON, IL 60109 | 4499 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,023.08<br>Total: $50,023.08 | 05/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DETROIT DOOR & HARDWARE<br>111 E 12 MILE RD<br>MADISON HEIGHTS, MI 48071 | 1757 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,483.70<br>Total: $3,483.70 | 02/03/2006 | DELPHI CORPORATION (05-44481) |
| DIESELPRODS LTD<br>FINLAN RD<br>WIDNES<br>CHESHIRE, WA8 7RZ<br>UNITED KINGDOM | 681 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,253.00<br>Total: $7,253.00 | 11/18/2005 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DOBSON INDUSTRIAL INC<br>3660 N EUCLID AVE<br>BAY CITY, MI 48706 | 2372 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $718.00<br>Total: $718.00 | 03/24/2006 | DELPHI CORPORATION<br>(05-44481) |
| DPAC TECHNOLOGIES CORP<br>7321 LINCOLN WY<br>GARDEN GROVE, CA 92841 | 1310 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,000.00<br>Total: $25,000.00 | 12/27/2005 | DELPHI CORPORATION<br>(05-44481) |
| ENERGY ENGINEERING &<br>CONSULTING SERVICES LLC<br>2137 S 800 W<br>SWAYZEE, IN 46986 | 179 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,480.00<br>Total: $4,480.00 | 10/28/2005 | DELPHI CORPORATION<br>(05-44481) |
| ENGENIUS INC<br>31077 SCHOOLCRAFT RD<br>LIVONIA, MI 48150-2029 | 51 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $83,370.94<br>Total: $83,370.94 | 10/19/2005 | DELPHI CORPORATION<br>(05-44481) |
| EVERETT INDUSTRIES INC<br>PO BOX 2068<br>WARREN, OH 44484 | 845 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $353.88<br>Total: $353.88 | 11/28/2005 | DELPHI CORPORATION<br>(05-44481) |
| EXCELLOY INDUSTRIES INC<br>608 E MCMURRAY RD STE B3<br>MCMURRAY, PA 15317 | 2044 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,441.80<br>Total: $2,441.80 | 02/16/2006 | DELPHI CORPORATION<br>(05-44481) |
| EXPERT TECHNOLOGY ASSOCIATES L<br>4060 BUTLER PIKE STE 100<br>PLYMOUTH MEETING, PA 19462 | 5710 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $229.33<br>Total: $229.33 | 05/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| FAYETTE COUNTY GA<br>FAYETTE COUNTY TAX COMMISSIONER<br>PO BOX 70<br>FAYETTEVILLE, GA 30214 | 5890 | Secured:<br>Priority: $491.08<br>Administrative:<br>Unsecured:<br>Total: $491.08 | 05/15/2006 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FTE AUTOMOTIVE USA INC<br>4000 PINNACLE COURT<br>AUBURN HILLS, MI 48326 | 815 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,445.10<br>Total: $2,445.10 | 11/23/2005 | DELPHI CORPORATION (05-44481) |
| GEBRUDER HAHN GMBH<br>HALVERSTRASSE 76<br>SCHALKSMUHLE, DE 58579<br>GERMANY | 713 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10,167.18<br>Total: $10,167.18 | 11/21/2005 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA, GA 30321 | 2336 | Secured:<br>Priority: $3,100.00<br>Administrative:<br>Unsecured:<br>Total: $3,100.00 | 03/20/2006 | DELPHI CORPORATION (05-44481) |
| GLOBAL INSIGHT USA INC<br>1000 WINTER ST STE 4300N<br>WALTHAM, MA 02451 | 220 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $69,129.25<br>Total: $69,129.25 | 10/31/2005 | DELPHI CORPORATION (05-44481) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>ONE NEW YORK PLZ 42ND FL<br>NEW YORK, NY 10004<br><br>SIEMENS VDO AUTOMOTIVE SAS<br>1 AVE PAUL OURLIAC<br>TOULOUSE, 31036<br>FRANCE | 2247 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,309,024.84<br>Total: $9,309,024.84 | 03/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| H SQUARE CORPORATION<br>1033 N FAIR OAKS AVE<br>SUNNYVALE, CA 94089 | 884 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $315.00<br>Total: $315.00 | 11/28/2005 | DELPHI CORPORATION (05-44481) |
| HINSHAW ROOFING & SHEET METAL CO IN<br>2452 S STATE RD 39<br>PO BOX 636<br>FRANKFORT, IN 46041-0636 | 133 | Secured: $343,356.07<br>Priority:<br>Administrative:<br>Unsecured: $2,125.00<br>Total: $345,481.07 | 10/27/2005 | DELPHI CORPORATION (05-44481) |
| HURON COUNTY TREASURER<br>16 EAST MAIN ST<br>NORWALK, OH 44857 | 5677 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 05/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE<br>100 W RANDOLPH ST LEVEL 7 425<br>CHICAGO, IL 60601 | 1441 | Secured:<br>Priority: $20,111.78<br>Administrative:<br>Unsecured: $250.00<br>Total: $20,361.78 | 01/05/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| IMPRO INDUSTRIES USA INC<br>21660 E COPLEY DR STE 225<br>DIAMOND BAR, CA 91765 | 2217 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $30,888.00<br>Total: $30,888.00 | 03/08/2006 | DELPHI CORPORATION (05-44481) |
| INTERLATIN INC<br>300 S ALTO NESA STE A<br>EL PASO, TX 79912 | 107 | Secured:<br>Priority: $3,360.00<br>Administrative:<br>Unsecured:<br>Total: $3,360.00 | 10/25/2005 | DELPHI CORPORATION (05-44481) |
| JERRY BIBBY & ASSOCIATES<br>RT 1 BOX 1040<br>BROOKELAND, TX 75931 | 3702 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,195.00<br>Total: $3,195.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| K&S SERVICES INC<br>15677 NOECKER WAY<br>SOUTHGATE, MI 48195 | 1024 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $157.00<br>Total: $157.00 | 12/06/2005 | DELPHI CORPORATION (05-44481) |
| KENNETH E SUMNER<br>2718 BRIGHT TRAIL<br>SUGARLAND, TX 77479 | 955 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,296.35<br>Total: $3,296.35 | 12/01/2005 | DELPHI CORPORATION (05-44481) |
| LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477 | 280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $86.60<br>Total: $86.60 | 11/01/2005 | DELPHI CORPORATION (05-44481) |
| LEO B SCHROEDER INC<br>1229 EAST THIRD ST<br>PO BOX 1243<br>DAYTON, OH 45402 | 1091 | Secured: $19,795.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $19,795.00 | 12/09/2005 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 1057 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,183.05<br>Total: $2,183.05 | 12/07/2005 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF MANAGECOMM INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 15461 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,878.63<br>Total: $1,878.63 | 07/31/2006 | MOBILEARIA, INC. (05-47474) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF RODAK PLASTICS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 15460 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,041.65<br>Total: $1,041.65 | 07/31/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| LITTLE GIANT BODY & PAINT SERVICE INC<br>400 LITTELL AVE<br>DAYTON, OH 45419 | 270 | Secured:<br>Priority: $1,247.74<br>Administrative:<br>Unsecured:<br>Total: $1,247.74 | 11/01/2005 | DELPHI CORPORATION (05-44481) |
| LOUISIANA DEPARTMENT OF REVENUE<br>617 N THIRD ST<br>PO BOX 66658<br>BATON ROUGE, LA 70896 | 7092 | Secured:<br>Priority:<br>Administrative: $1,024.16<br>Unsecured:<br>Total: $1,024.16 | 05/30/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| LUCAS COUNTY TREASURER<br>ONE GOVERNMENT CTR STE 500<br>TOLEDO, OH 43604 | 1599 | Secured:<br>Priority: $1,921,270.41<br>Administrative:<br>Unsecured:<br>Total: $1,921,270.41 | 01/18/2006 | DELPHI CORPORATION (05-44481) |
| LULA LUNSFORD HUFF MUSCOGEE COUNTY TAX COMMISSIONER<br>PO BOX 1441<br>COLUMBUS, GA 31902-1441 | 4469 | Secured: $2,167.06<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,167.06 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| LYNN LAYTON CHEVROLET<br>PO BOX 1828<br>DECATUR, AL 35602 | 1624 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $986.08<br>Total: $986.08 | 01/23/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MACHINE VISION PRODUCTS INC<br>5940 DARWIN CT<br>CARLSBAD, CA 92008 | 608 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $153,000.00<br>Total: $153,000.00 | 11/16/2005 | DELPHI CORPORATION<br>(05-44481) |
| MACHINE VISION PRODUCTS INC<br>5940 DARWIN CT<br>CARLSBAD, CA 92008 | 607 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $153,000.00<br>Total: $153,000.00 | 11/16/2005 | DELPHI CORPORATION<br>(05-44481) |
| MADISON KIPP CORP<br>201 WAUBESA ST<br>MADISON, WI 53704-572 | 10158 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $188,714.94<br>Total: $188,714.94 | 07/21/2006 | DELPHI CORPORATION<br>(05-44481) |
| MAXIMUM TRANSPORTATION INC<br>PO BOX 577<br>ELIZABETHTOWN, KY 42702 | 789 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,388.80<br>Total: $1,388.80 | 11/22/2005 | DELPHI CORPORATION<br>(05-44481) |
| MCINALLY ELECTRIC<br>1642 MAYFIELD RD<br>PO BOX 459<br>LAPEER, MI 48446 | 1693 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,029.45<br>Total: $4,029.45 | 01/30/2006 | DELPHI CORPORATION<br>(05-44481) |
| MEA MEDICAL CLINICS<br>1515 JEFFERSON ST<br>LAUREL, MS 39440 | 827 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $150.00<br>Total: $150.00 | 11/23/2005 | DELPHI CORPORATION<br>(05-44481) |
| MEDSTAT GROUP INC<br>777 E EISENHOWER PKWY<br>ANN ARBOR, MI 48108 | 1075 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $98,600.26<br>Total: $98,600.26 | 12/08/2005 | DELPHI CORPORATION<br>(05-44481) |
| MEMPHIS SCALE WORKS INC<br>3418 CAZASSA RD<br>MEMPHIS, TN 38116 | 803 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $675.00<br>Total: $675.00 | 11/22/2005 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MEMPHIS SCALE WORKS INC<br>3418 CAZASSA RD<br>MEMPHIS, TN 38116 | 1646 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $389.28<br>Total: $389.28 | 01/24/2006 | DELPHI CORPORATION (05-44481) |
| MID AMERICAN PRODUCTS INC<br>PO BOX 983<br>JACKSON, MI 49204 | 15502 | Secured: $142,038.42<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $142,038.42 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MILLER ENGINEERING GROUP INC<br>4738 GATEWAY CIR A 100<br>KETTERING, OH 45440 | 446 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $84,691.50<br>Total: $84,691.50 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| MITCHELL INSTRUMENT COMPANY INC<br>1570 CHEROKEE ST<br>SAN MARCOS, CA 92078 | 429 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $329.00<br>Total: $329.00 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| MITCHELL INSTRUMENT COMPANY INC<br>1570 CHEROKEE ST<br>SAN MARCOS, CA 92078 | 428 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $195.00<br>Total: $195.00 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| MITCHELL INSTRUMENT COMPANY INC<br>1570 CHEROKEE ST<br>SAN MARCOS, CA 92078 | 430 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $198.00<br>Total: $198.00 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| MONITOR TOWNSHIP TREASURER<br>2483 MIDLAND RD<br>BAY CITY, MI 48706 | 3088 | Secured:<br>Priority: $3,943.97<br>Administrative:<br>Unsecured:<br>Total: $3,943.97 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| MONTGOMERY CO TN<br>MONTGOMERY COUNTY TRUSTEES OFFICE<br>350 PAGEANT LN<br>STE 101 A<br>CLARKSVILLE, TN 37041 | 6462 | Secured:<br>Priority: $590.00<br>Administrative:<br>Unsecured:<br>Total: $590.00 | 05/22/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEOTEC INC<br>222 S MAIN ST<br>AKRON, OH 44308 | 5958 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$13,110.89<br>$13,110.89 | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 8138 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,303.33<br><br>$750.00<br>$5,053.33 | 06/19/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 8137 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,626.21<br><br>$250.00<br>$2,876.21 | 06/19/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| NICHOLAS FUNARI<br>22 WILDERNESS DR<br>MEDFORD, NJ 08055 | 13554 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$500.00<br>$500.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| NORTH COAST TECHNICAL<br>8251 MAYFIELD RD 105<br>CHESTERLAND, OH 44026 | 49 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,790.00<br>$2,790.00 | 10/18/2005 | DELPHI CORPORATION (05-44481) |
| NUMBERALL STAMP AND TOOL CO INC<br>PO BOX 187<br>SANGERVILLE, ME 04479 | 2821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,762.31<br>$9,762.31 | 04/26/2006 | DELPHI CORPORATION (05-44481) |
| OETIKER INC<br>3305 WILSON ST<br>MARLETTE, MI 48453-0217 | 722 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,643.20<br>$12,643.20 | 11/21/2005 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES<br>PO BOX 182404<br>COLUMBUS, OH 43218-2404 | 2671 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$478.90<br><br>$478.90 | 04/17/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES<br>PO BOX 182404<br>COLUMBUS, OH 43218-2404 | 2672 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$18,716.32<br><br>$18,716.32 | 04/17/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| OMEGA TOOL CORP<br>40950 WOODWARD AVE<br>STE 100<br>BLOOMFIELD HILLS, MI 48304 | 15507 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $760,000.00<br><br><br><br>$760,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| OMNI WAREHOUSE<br>966 BRIDGEVIEW SOUTH<br>SAGINAW, MI 48604 | 10253 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$144,111.64<br>$144,111.64 | 07/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| OMRON ELECTRONICS LLC<br>OEI<br>1 E COMMERCE DR<br>SCHAUMBURG, IL 60173-530 | 2939 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,678.51<br>$2,678.51 | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| OSCAR W LARSON CO<br>10100 DIXIE HWY<br>CLARKSTON, MI 48348 | 4524 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $116,658.69<br><br><br><br>$116,658.69 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| PARK PLAZA RADIOLOGY<br>PO BOX 2995<br>INDIANAPOLIS, IN 46206 | 6734 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$402.00<br>$402.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| PARK PLAZA RADIOLOGY<br>PO BOX 2995<br>INDIANAPOLIS, IN 46206 | 6739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$50.00<br>$50.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| PARK PLAZA RADIOLOGY<br>PO BOX 2995<br>INDIANAPOLIS, IN 46206 | 6737 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$53.00<br>$53.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PARK PLAZA RADIOLOGY<br>PO BOX 2995<br>INDIANAPOLIS, IN 46206 | 6738 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $143.00<br>Total: $143.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| PARK PLAZA RADIOLOGY<br>PO BOX 2995<br>INDIANAPOLIS, IN 46206 | 6735 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $167.00<br>Total: $167.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| PARK PLAZA RADIOLOGY<br>PO BOX 2995<br>INDIANAPOLIS, IN 46206 | 6736 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $69.00<br>Total: $69.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| PARK PLAZA RADIOLOGY<br>PO BOX 2995<br>INDIANAPOLIS, IN 46206 | 6731 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $45.00<br>Total: $45.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| PARK PLAZA RADIOLOGY<br>PO BOX 2995<br>INDIANAPOLIS, IN 46206 | 6733 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $113.00<br>Total: $113.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| PARK PLAZA RADIOLOGY<br>PO BOX 2995<br>INDIANAPOLIS, IN 46206 | 6732 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $90.00<br>Total: $90.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| PDM GROUP<br>DUNS NO RD601931009<br>1258 S RIVER RD<br>CRANBURY, NJ 08512-3601 | 81 | Secured:<br>Priority: $11,824.70<br>Administrative:<br>Unsecured:<br>Total: $11,824.70 | 10/24/2005 | DELPHI CORPORATION (05-44481) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 2138 | Secured:<br>Priority: $205.79<br>Administrative:<br>Unsecured:<br>Total: $205.79 | 02/27/2006 | DELPHI LLC (05-44615) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 6941 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,844.02<br><br><br>$1,844.02 | 05/26/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 1366 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $621.23<br><br><br>$621.23 | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| POLYONE CORPORATION<br>33587 WALKER RD<br>AVON LAKE, OH 44012 | 12003 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,331.20<br>$3,331.20 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| PRECISION JHESA<br>3339 LIMERICK RD<br>EL PASO, TX 79925 | 783 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$31,219.00<br>$31,219.00 | 11/22/2005 | DELPHI CORPORATION (05-44481) |
| QUICK RIOS & ASSOC<br>2601 MAIN ST STE 150<br>IRVINE CA 92614, CA 92614 | 11460 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,000,000.00<br>$1,000,000.00 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| QWEST COMMUNICATIONS CORPORATION<br>1801 CALIFORNIA RM 900<br>DENVER, CO 80202-2658 | 15424 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,824.85<br>$14,824.85 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SAGER PRECISION TECHNOLOGIES INC<br>AUTOCAM CORPORATION<br>4436 BROADMOOR SE<br>KENTWOOD, MI 49512 | 7849 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,082.50<br>$10,082.50 | 06/12/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| SAMTECH CORPORATION<br>MASUDA FUNAI EIFERT & MITCHELL LTD<br>203 LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | 15611 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $375,386.80<br><br><br><br>$375,386.80 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SHIRCK THOMAS M<br>4925 BRADENTON AVE<br>SUITE C<br>DUBLIN, OH 43017 | 6535 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $75.00<br>Total: $75.00 | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE DELIVERUS NETWORK INC ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 14671 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $22,290.00<br>Total: $22,290.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SLAUGHTER COMPANY LLC<br>801 HAILEY ST<br>ARDMORE, OK 73401-5113 | 5774 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $838.62<br>Total: $838.62 | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| SLAUGHTER COMPANY LLC<br>801 HAILEY ST<br>ARDMORE, OK 73401-5113 | 4455 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $838.62<br>Total: $838.62 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| SLAUGHTER COMPANY LLC<br>801 HAILEY ST<br>ARDMORE, OK 73401-5113 | 4454 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,650.00<br>Total: $1,650.00 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| SOUND CITY INC<br>45 INDIAN LN E<br>TOWACO, NJ 07082-1025 | 6839 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $140.90<br>Total: $140.90 | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| STAT CARE PC<br>PO BOX 2225<br>INDIANAPOLIS, IN 46206 | 806 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $177.00<br>Total: $177.00 | 11/22/2005 | DELPHI CORPORATION (05-44481) |
| STATE OF ILLINOIS DEPARTMENT OF REVENUE<br>100 W RANDOLPH ST LEVEL 7 425<br>CHICAGO, IL 60601 | 1443 | Secured:<br>Priority: $4,287.00<br>Administrative:<br>Unsecured: $511.00<br>Total: $4,798.00 | 01/04/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| STATE OF MICHIGAN<br>C O MI DEPT OF CONSUMER & INDS<br>BUREAU OF CONSTRUCTION CODES<br>PO BOX 30255<br>LANSING, MI 48909 | 6629 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $130.00<br>Total: $130.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | 9273 | Secured:<br>Priority:<br>Administrative: $585,989.54<br>Unsecured:<br>Total: $585,989.54 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | 4534 | Secured:<br>Priority:<br>Administrative: $20,684.20<br>Unsecured:<br>Total: $20,684.20 | 05/02/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | 4537 | Secured:<br>Priority:<br>Administrative: $145,551.50<br>Unsecured:<br>Total: $145,551.50 | 05/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STATE OF NEW JERSEY DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08695 | 10064 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $216,773.93<br>Total: $216,773.93 | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| SUMMIT COUNTY TREASURER<br>MARVIN D EVANS ASSISTANT PROSECUTIN<br>SUMMIT COUNTY PROSECUTORS OFFICE TA<br>220 S BALCH STE 220<br>AKRON, OH 44302-1606 | 3546 | Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SUNNINGDALE PRECISION INDUSTRIES LTD<br>51 JOO KOON CIRCLE629069<br>SINGAPORE | 9380 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,450,126.60<br>Total: $1,450,126.60 | 07/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SUNSOURCE INC<br>PO BOX 2608<br>FORNEY, TX 75126-2608 | 2185 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $51,936.96<br>Total: $51,936.96 | 03/03/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SYSTEM SCALE CORPORATION<br>595 PEARL PARK PLAZA<br>PEARL, MS 39208 | 6984 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,080.00<br>$1,080.00 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| SYSTEM SCALE CORPORATION<br>595 PEARL PARK PLAZA<br>PEARL, MS 39208 | 6983 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,080.00<br>$1,080.00 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| T J BELL INC<br>1340 HOME AVE<br>AKRON, OH 44310 | 59 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,104.68<br>$1,104.68 | 10/20/2005 | DELPHI CORPORATION (05-44481) |
| TEAM INDUSTRIAL SERVICES<br>200 HERMANN DR<br>ALVIN, TX 77511 | 1707 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$888.50<br>$888.50 | 01/30/2006 | DELPHI CORPORATION (05-44481) |
| TELCONTAR<br>4 NORTH SECOND ST STE 950<br>SAN JOSE, CA 95113 | 5522 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$433.97<br><br>$10,520.55<br>$10,954.52 | 05/10/2006 | MOBILEARIA, INC. (05-47474) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>BANKRUPTCY COLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 1367 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$8,633.72<br><br><br>$8,633.72 | 12/29/2005 | DELPHI CONNECTION SYSTEMS (05-44624) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 2541 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$37,035.49<br><br>$37,035.49 | 04/03/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| TEXTRON FINANCIAL CORPORATION<br>ATTN LEONARD LACAGNIN<br>11575 GREAT OAKS WAY STE 210<br>ALPHARETTA, GA 30022 | 12935 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$288,679.23<br>$288,679.23 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TF WAREHOUSING INC<br>1036 GREEN VALLEY RD<br>LONDON, ON N6N 1E3<br>CANADA | 4553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$356.31<br>$356.31 | 05/03/2006 | DELPHI CORPORATION (05-44481) |
| TOWN OF BURLINGTON MA<br>TOWN OF BURLINGTON<br>PO BOX 376<br>BURLINGTON, MA 01803 | 11126 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$783.58<br>$783.58 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TUBE TECH INC<br>500 TROLLEY BLVD<br>ROCHESTER, NY 14606 | 114 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$34,570.63<br>$34,570.63 | 10/25/2005 | DELPHI CORPORATION (05-44481) |
| UNITED RENTALS INC<br>620 ECKEL RD<br>PERRYSBURG, OH 43551 | 142 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,127.39<br>$2,127.39 | 10/28/2005 | DELPHI CORPORATION (05-44481) |
| US FILTER IONPURE INC<br>10 TECHNOLOGY DR<br>LOWELL, MA 01851-2728 | 975 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,860.63<br>$3,860.63 | 12/02/2005 | DELPHI CORPORATION (05-44481) |
| VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218-2156 | 2351 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$497.87<br><br>$439.64<br>$937.51 | 03/22/2006 | DELPHI CORPORATION (05-44481) |
| VOGT ELECTRONIC OF NORTH AMERICA<br>800 RED BROOK BLVD<br>OWINGS MILLS, MD 21117 | 1462 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$40,381.00<br>$40,381.00 | 01/06/2006 | DELPHI CORPORATION (05-44481) |
| VORTECHNICS INC<br>200 ENTERPRISE DR<br>SCARBOROUGH, ME 04074 | 44 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $38,000.00<br><br><br><br>$38,000.00 | 10/18/2005 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VORTECHNICS INC<br>200 ENTERPRISE DR<br>SCARBOROUGH, ME 04074 | 45 | Secured: $52,600.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $52,600.00 | 10/18/2005 | DELPHI CORPORATION (05-44481) |
| WARREN BROACH AND MACHINE EFT CORP<br>6541 DIPLOMAT<br>STERLING HEIGHTS, MI 48314 | 8290 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,714.84<br>Total: $15,714.84 | 06/21/2006 | DELPHI CORPORATION (05-44481) |
| WEAVER & YOUNG PC<br>32770 FRANKLIN RD<br>FRANKLIN, MI 48025 | 4289 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,000.00<br>Total: $50,000.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| WILSON CO NC<br>WILSON CO TAX COLLECTOR<br>PO BOX 1162<br>WILSON, NC 27894 | 5670 | Secured: $292.08<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $292.08 | 05/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| XEROX CORPORATION<br>XEROX CAPITAL SERVICES LLC<br>PO BOX 660506<br>DALLAS, TX 75266-9937 | 8990 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,566,627.33<br>Total: $2,566,627.33 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| XP FORESIGHT ELECTRONICS<br>990 BENECIA AVE<br>SUNNYVALE, CA 94085 | 6889 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $42,955.80<br>Total: $42,955.80 | 05/26/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| YILMAZ SAHINKAYA STRUCTURAL MECHANICS ANALYSIS INC<br>STRUCTURAL MECHANICS ANALYSIS INC<br>PO BOX 700910<br>SAN JOSE, CA 95170-0910 | 7907 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $42,400.00<br>Total: $42,400.00 | 06/13/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 159 | $27,191,167.31 | | |