*Schalten und Bewegen*

Gruner AG • Postfach 1149 • D-78560 Wehingen

Relais
Magnete
Stellantriebe
Relays
Solenoids
Servomotors
Relais
Aimants
Servomoteurs

**United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 100041408**

USA

Attn: Mr. Robert D. Drain

November 15, 2006

**Re: United States Bankruptcy Court Southern District of New York
Delphi Corporation, et al. Debtors; Third Omnibus Objection
Chapter 11, Case No 05-44481 (RRD)
Your notice of objection to claim no 831 filed by GRUNER AG on Nov 23, 2005 (Basis for objection: subject to modification, as denominated in foreign currency))**

Dear Mr. Drain,

we <u>object</u> to above disallowance of our claims.
Attached please find our invoices for the delivery of goods to Delphi. These invoices are amounting to the total sum of EURO 3197.48. With the present exchange rate of 1,283 this amount is equivalent to the sum of **US$ 4102,37** (see attached invoices and list of open accounts, where the invoice amounts are stated in both currencies)

Best regards

GRUNER AG

_____
Eduard Spreitzer
CEO

<u>Attachments:</u>
Invoice copies
List of open accounts
Proof of claim

Gruner AG
Bürglestr. 15 - 17
D-78564 Wehingen

Sitz der AG: Wehingen
Handelsregister

Copies :
Delphi Corporation, Troy, Michigan
Skadden, Arps, Slate, Meagher & Flom LLP, Chicago, Illinois
Simpson Thacher & Bartlett LLP, New York
Davis Polk & Wardwell, New York
Latham & Watkins LLP, New York
Fried, Frank, Harris, Shriver & Jacobson LLP, New York
Office of the US Trustee for the Southern District of New York

21.11.2005
Blatt 1

Open accounts
Rechnungswesen V.4.41
OPOS-Konto

Kontenumfang: offene
Postenumfang: offene

31559  Delphi Mechatronic Systems
USA- BROWNSVILLE, TX 78521  615 Elca Lane, Suite A

| Datum | Bel.-Nr. | Fälligkeit | Gegenkonto | Kz | Eingabebetrag Kurs | Betrag Soll | Betrag Haben | Saldo | R | fäl. | Buchungstext | USt % | Vorlauf | BSNr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18.07.2005 | 85278 | 17.08.2005 | 4124 | 3 | | EUR 580,48 | US$ 747,76 | 580,48 S | | -96 | | | 07-2005/0001 | 255 |
| 25.07.2005 | 85378 | 24.08.2005 | 4124 | 3 | | EUR 472,76 | US$ 606,55 | 472,76 S | | -89 | | | 07-2005/0001 | 428 |
| 04.08.2005 | 85545 | 03.09.2005 | 4124 | 3 | | EUR 1.165,19 | US$ 1494,94 | 1.165,19 S | | -79 | | | 08-2005/0003 | 65 |
| 13.09.2005 | 85990 | 13.10.2005 | 4124 | 3 | | EUR 979,05 | US$ 1256,12 | 979,05 S | | -39 | | | 09-2005/0001 | 172 |

EUR 3197,48 / US$ 4102,37
==========

Summe offene Posten    3.197,48    0,00    3.197,48 S

EB-Wert    JVZ Soll    JVZ Haben
0,00    8.029,08    4.831,60

Auswertung entspricht dem derzeitigen Stand der Buchführung.

Währung: Euro    Status 0/2005*_2U



**Schalten und Bewegen**

*** Shut-down from 23.12.05 - 08.01.06 ***

Gruner AG · Postfach 1149 · D-78560 Wehingen
Delphi Mechatronic Systems

615 Elca Lane, Suite A

USA  BROWNSVILLE, TX 78521
Vereinigte Staaten v. Amerika

| | | |
|---|---|---|
| VAT-Gruner | : | DE193389501 |
| VAT-customer | : | |

**I N V O I C E**

| | | |
|---|---|---|
| No. | : | 85278 |
| Internal order: | | 100125 |
| Date / Page | : | 18.07.2005 / 1 |
| Customer-no. | : | 31559 |
| Supplier-no. | : | |
| Tax number | : | 21060/54562 |
| Reference | : | Petra Uttke |
| Ext. | : | -165 |

P.O. No.        : 9571-059966
Order date      : 06.07.2004
Your reference: Fabiola Pulgarin

Petra.Uttke@gruner.de

Subject to our General Conditions of Sales and Supply, we supply to
you as follows:

| Pos | Item/Description | Qty. | Unit | Price/EUR | PC | EUR-Value |
|---|---|---|---|---|---|---|
| 39 20855 | 5038-G030A Magnet kpl. | 138 | piece | 157,00 | 2 | 216,66 |
| | Your ref. orderposition | : 4881006 | | | | |
| | german customs tariff no.: 85059010 | | | | | |
| 40 20855 | 5038-G030A Magnet kpl. | 216 | piece | 157,00 | 2 | 339,12 |
| | Your ref. orderposition | : 4881006 | | | | |
| | german customs tariff no.: 85059010 | | | | | |

************************************************
Carry over                                                                              555,78

BLZ        Konto

**GRUNER**
*Schalten und Bewegen*

\*\*\* Shut-down from 23.12.05 - 08.01.06 \*\*\*

Gruner AG · Postfach 1149 · D-78560 Wehingen

Delphi Mechatronic Systems

615 Elca Lane, Suite A

USA  BROWNSVILLE, TX 78521
Vereinigte Staaten v. Amerika

VAT-Gruner       :   DE193389501
VAT-customer     :

I N V O I C E
No.              :          85278
Internal order:             100135
Date / Page      :   18.07.2005 / 2
Customer-no.     :          31359
Supplier-no.     :
Tax number       :     21060/54562
Reference        :     Petra Uttke
Ext.             :           -165

Petra.Uttke@gruner.de

P.o. No.         : 9571-053966
Order date       : 06.07.2004
Your reference: Fabiola Pulgarin

Subject to our General Conditions of Sales and Supply, we supply to
you as follows:

| Pos | Item/Description | Qty. | Unit | Price/EUR PC | EUR-Value |
|---|---|---|---|---|---|

Carry over                                                       555,78
Country of origin: Federal Republic of Germany
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Ex factory date    : 18.07.05
Shipping mode      : FEDEX
Packstücke         : 2'Pakete f/m.: 35x25x15
Gross/Net weight Kg:    15,00 /    13,00
Package                                                            4,20
special packing    :  10 pieces     2,05 1                        20,50
Amount net                                                       580,48
without VAT                                                        0.00
Total invoice amount                                    EUR      580,48

Shipping  Delphi Mechatronic Systems      FedEx acct. 18276744-1
address:  615 Elca Lane, Suite A
          USA  BROWNSVILLE, TX 78521

Payment condition : 10 DAYS from invoice date % 2 DISCOUNT OR 30 DAYS
Delivery terms    : EX WORKS EXCL.PACKING,EXCL.WASTE DISPOSAL
Agent             :   6 Gottschalk
Price Code (PC)   : 1=per piece 2=per 100 pieces 3=per 1000 pieces



Schalten und Bewegen

*** Shut-down from 23.12.05 - 03.01.06 ***

Gruner AG · Postfach 1149 · D-78560 Wehingen
Delphi Mechatronic Systems

615 Elca Lane, Suite A

USA  BROWNSVILLE, TX 78521
Vereinigte Staaten v. Amerika

VAT-Gruner      :   DE193389501
VAT-customer    :

I N V O I C E
No.             :        85378
Internal order:         100125
Date / Page     : 25.07.2005 / 1
Customer-no.    :        31559
Supplier-no.    :
Tax number      :  21060/54562
Reference       :  Petra Uttke
Ext.            :         -165

P.o. No.        : 9571-053966
Order date      : 06.07.2004
Your reference: Fabiola Pulgarin

Petra.Uttke@gruner.de

Subject to our General Conditions of Sales and Supply, we supply to you as follows:

| Pos | Item/Description | Qty. | Unit | Price/EUR PC | EUR-Value |
|---|---|---|---|---|---|
| 41 | 20855 5038-G030A<br>Magnet kpl. | 72 | piece | 1,57,00 2 | 113,04 |
|    | Your ref.           : 4881006<br>orderposition     : |  |  |  |  |
|    | german customs tariff no.: 85059010 |  |  |  |  |
| 42 | 20855 5038-G030A<br>Magnet kpl. | 216 | piece | 1,57,00 2 | 339,12 |
|    | Your ref.           : 4881006<br>orderposition     : |  |  |  |  |
|    | german customs tariff no.: 85059010 |  |  |  |  |

****************************************
Carry over                                                          452,16

Gruner AG          |   Sitz der AG: Wehingen  | Erfüllungsort für Lieferung | Bankverbindungen:      BLZ        Konto



*Schalten und Bewegen*

```
                                    *** Shut-down from 23.12.05 - 08.01.06 ***

                                    VAT-Gruner    :    DE193389501
  Gruner AG · Postfach 1149 · D-78560 Wehingen        VAT-customer  :
  Delphi Mechatronic Systems
                                           I N V O I C E
                                    No.           :        85378
  615 Elca Lane, Suite A            Internal order:       100125
                                    Date / Page   :  25.07.2005 / 2
  USA  BROWNSVILLE, TX 78521        Customer-no.  :        31559
  Vereinigte Staaten v. Amerika     Supplier-no.  :
                                    Tax number    :   21060/54562
                                    Reference     :   Petra Uttke
                                    Ext.          :         -165

  P.o. No.    :  9571-053966
  Order date  :  06.07.2004         Petra.Uttke@gruner.de
  Your reference: Fabiola Pulgarin

  Subject to our General Conditions of Sales and Supply, we supply to
  you as follows:

  Pos     Item/Description          Qty.  Unit  Price/EUR PC    EUR-Value
  ─────────────────────────────────────────────────────────────────────────
  Carry over                                                      452,16
  Country of origin: Federal Republic of Germany
  **************************************************
  Ex factory date    :  25.07.05
  Shipping mode      :  FEDEX
  Packstücke         :  2 Pakete dim.: 35x24x15
  Gross/Net weight Kg:     11,00 /      9,00
  Package                                                           4,20
  special packing    :    8 pieces         2,05 1                  16,40
  Amount net                                                      472,76
  without VAT                                                       0,00
  Total invoice amount                                 EUR        472,76
```

```
  Shipping   Delphi Mechatronic Systems      FedEx acct. 18276744-1
  address:   615 Elca Lane, Suite A
             USA  BROWNSVILLE, TX 78521

  Payment condition : 10 DAYS from invoice date % 2 DISCOUNT OR 30 DAYS
  Delivery terms    : EX WORKS EXCL.PACKING,EXCL.WASTE DISPOSAL
  Agent             :    6 Gottschalk
  Price Code (PC)   : 1=per piece 2=per 100 pieces 3=per 1000 pieces
```

Gruner AG        | Sitz der AG: Wehingen   | Erfüllungsort für Lieferung  | Bankverbindungen:        BLZ        Konto

**GRUNER**

*Schalten und Bewegen*

*** Shut-down from 23.12.05 - 08.01.06 ***

| | |
|---|---|
| VAT-Gruner : | DE193389501 |
| VAT-customer : | |

Gruner AG · Postfach 1149 · D-78560 Wehingen

Delphi Mechatronic Systems

615 Elca Lane, Suite A

USA  BROWNSVILLE, TX 78521
Vereinigte Staaten v. Amerika

**I N V O I C E**

| | |
|---|---|
| No. : | 85545 |
| Internal order: | 100125 |
| Date / Page : | 04.08.2005 / 1 |
| Customer-no. : | 31559 |
| Supplier-no. : | |
| Tax number : | 21060/54562 |
| Reference : | Petra Uttke |
| Ext. : | -165 |

P.o. No.        : 9571-053966
Order date      : 06.07.2004
Your reference: Fabiola Pulgarin

Petra.Uttke@gruner.de

Subject to our General Conditions of Sales and Supply, we supply to you as follows:

| Pos | Item/Description | Qty. | Unit | Price/EUR PC | EUR-Value |
|---|---|---|---|---|---|
| 43 | 20855 5038-GD30A  Magnet kpl. | 712 | piece | 157,00 2 | 1.117,84 |

Your ref.            : 4881006
orderposition        :

german customs tariff no.: 85059010

***********************************************
Country of origin: Federal Republic of Germany
***********************************************

Ex factory date    : 04.08.05
Shipping mode      : FEDEX
Packstücke         : 4 Pakete dim.: 35 x 25 x 15
Gross/Net weight Kg:   27,00 /   23,00

| | |
|---|---|
| Package | 8,40 |
| special packing : 19 pieces  2,05 1 | 38,95 |
| Amount net | 1.165,19 |
| without VAT | 0,00 |
| Total invoice amount | EUR  1.165,19 |

**GRUNER**

*Schalten und Bewegen*

*** Shut-down from 23.12.05 - 08.01.06 ***

Gruner AG · Postfach 1149 · D-78560 Wehingen

Delphi Mechatronic Systems

615 Elca Lane, Suite A

USA  BROWNSVILLE, TX 78521
Vereinigte Staaten v. Amerika

| | | |
|---|---|---|
| VAT-Gruner | : | DE193389501 |
| VAT-customer | : | |
| **I N V O I C E** | | |
| No. | : | 85545 |
| Internal order: | | 100125 |
| Date / Page | : | 04.08.2005 / 2 |
| Customer-no. | : | 31559 |
| Supplier-no. | : | |
| Tax number | : | 21060/54562 |
| Reference | : | HAFEN1 |
| Ext. | : | -165 |

P.O. No.         : 9571-053966
Order date       : 06.07.2004           Petra.Uttke@gruner.de
Your reference: Fabiola Pulgarin

Subject to our General Conditions of Sales and Supply, we supply to you as follows:

| Pos | Item/Description | Qty. | Unit | Price/EUR PC | EUR-Value |
|---|---|---|---|---|---|

Shipping   Delphi Mechatronic Systems        FedEx acct. 18276744-1
address:   615 Elca Lane, Suite A
           USA  BROWNSVILLE, TX 78521

Payment condition : 10 DAYS from invoice date % 2 DISCOUNT OR 30 DAYS
Delivery terms    : EX WORKS EXCL.PACKING,EXCL.WASTE DISPOSAL
Agent             : 6 Gottschalk
Price Code (PC)   : 1=per piece 2=per 100 pieces 3=per 1000 pieces

Gruner AG    |  Sitz der AG: Wehingen  |  Erfüllungsort für Lieferung  |  Bankverbindungen:              BLZ      Konto

**GRUNER G**

*Schalten und Bewegen*

\*\*\* Shut-down from 23.12.05 - 08.01.06 \*\*\*

Gruner AG · Postfach 1149 · D-78560 Wehingen

Delphi Mechatronic Systems

615 Elca Lane, Suite A

USA  BROWNSVILLE, TX 78521
Vereinigte Staaten v. Amerika

| | |
|---|---|
| VAT-Gruner : | DE193389501 |
| VAT-customer : | |

**I N V O I C E**

| | |
|---|---|
| No. : | 85990 |
| Internal order: | 100125 |
| Date / Page : | 13.09.2005 / 1 |
| Customer-no. : | 31559 |
| Supplier-no. : | |
| Tax number : | 21060/54362 |
| Reference : | Frau Pina Trusso |
| Ext. : | 07426/948-0 |

P.O. No.       : 9571-053966
Order date     : 06.07.2004
Your reference: Fabiola Pulgarin

Pina.Trusso@gruner.de

Subject to our General Conditions of Sales and Supply, we supply to you as follows:

| Pos | Item/Description | Qty. | Unit | Price/EUR PC | EUR-Value |
|---|---|---|---|---|---|
| 44 | 20855 503B-G030A Magnet kpl. | 234 | piece | 157,00 2 | 367,38 |

   Your ref.            : 4881006
   orderposition        :

   german customs tariff no.: 85059010

| 45 | 20855 503B-G030A Magnet kpl. | 216 | piece | 157,00 2 | 339,12 |

   Your ref.            : 4881006
   orderposition        :

   german customs tariff no.: 85059010

| 46 | 20855 503B-G030A Magnet kpl. | 150 | piece | 157,00 2 | 235,50 |

   Your ref.            : 4881006
   orderposition        :

   german customs tariff no.: 85059010

Carry over                                                              942,00

**GRUNER**

*Schalten und Bewegen*

```
                                          *** Shut-down from 23.12.05 - 08.01.06 ***

                                        VAT-Gruner      :    DE193389501
Gruner AG • Postfach 1149 • D-78560 Wehingen
Delphi Mechatronic Systems              VAT-customer    :

                                        I N V O I C E
615 Elca Lane, Suite A                  No.             :         85990
                                        Internal order:           100125
USA   BROWNSVILLE, TX 78521             Date / Page     : 13.09.2005 /  2
Vereinigte Staaten v. Amerika           Customer-no.    :         31559
                                        Supplier-no.    :
                                        Tax number      :    21060/54562
                                        Reference       :Frau Pina Trusso
                                        Ext.            :     07426/948-0

P.O. No.       : 9571-053966
Order date     : 06.07.2004             Pina.Trusso@gruner.de
Your reference: Fabiola Pulgarin


Subject to our General Conditions of Sales and Supply, we supply to
you as follows:

Pos     Item/Description            Qty.  Unit   Price/EUR PC   EUR-Value

Carry over                                                         942,00
***************************************************
Country of origin: Federal Republic of Germany
***************************************************
Ex factory date  : 13.09.05
Shipping mode    : FEDEX
Packstücke       : 3 Pakete   35x25x15
Gross/Net weight Kg:  22,00 /    19,00
Package                                                              6,30
special packing  :    15 pieces      2,05 1                         30,75
Amount net                                                         979,05
without VAT                                                          0,00
Total invoice amount                                   EUR         979,05
```



```
Shipping   Delphi Mechatronic Systems     FedEx acct. 18276744-1
address:   615 Elca Lane, Suite A
           USA   BROWNSVILLE, TX 78521

Payment condition : 10 DAYS from invoice date % 2 DISCOUNT OR 30 DAYS
Delivery terms    : EX WORKS EXCL.PACKING,EXCL.WASTE DISPOSAL
Agent             :    6 Gottschalk
Price Code (PC)   : 1=per piece 2=per 100 pieces 3=per 1000 pieces
```

| United States Bankruptcy Court | District Of New York | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>DELPHI CORPORATION | Case Number<br>05-44481 (RDD) | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>GRUNER AG<br>Name and Address where notices should be sent:<br><br>Bürglestrasse 15-17<br>78564 Wehingen<br><br>GERMANY<br><br>Telephone Number: +49 7426 948-0 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space For Court Use Only |

Account or other number by which creditor identifies debtor:
Delphi's customer no at Gruner:
31559

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated: _____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)          (date)

**2. Date debt was incurred:**
August 17. 2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim** $ EUR 3197,48
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ _____ _____ _____ EUR 3197,48
(Unsecured)   (Secured)   (Priority)   (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date:<br>Nov 21, 05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Eduard Spreitzer, CEO of Gruner AG /s/ |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571