# SANDERS LEAD CO, INC
## P.O. DRAWER 707
### TROY, AL 36081
### Phone 334-566-1563

Date: November 20, 2006

Clerk, US Bankruptcy Court, Southern District of New York
One Bowling Green, 5th Floor
New York, NY 10004-1408

In Re: Delphi Corporation, et al.,
Chapter 11 Case No: 05-44481

RESPONSE TO DEBTOR'S THIRD OMNIBUS OBJECTION TO THE
ALLOWANCE OF CERTAIN CLAIMS

| | |
|---|---|
| Party in Interest: | Sanders lead Co, Inc |
| | P.O. Drawer 707 |
| | Troy, Al 36081 |
| | |
| Scheduled Amt: | $584,454.79 |

Sanders Lead Co Inc. is hereby filing our initial response, dated November 20, 2006, to
the Third Omnibus Objection to the modified Claim Amount for $584,454.79. It is our
position that $79,676.69 of the claim is an agreed reclamation amount and should be
allowed as an administrative claim and the remaining $504,778.10 as unsecured.

Sanders Lead Co Inc. respectfully requests the court to take into consideration the
attached documents to support our claim. We have attached a signed copy of the
reclamation agreement and an email from the case manager of the Delphi reclamation
team.

Respectfully submitted,

SANDERS LEAD CO INC

CC: MADISON LIQUIDITY INVESTORS LLC

Kristy L Stark
Clearing Operations Manager



## TELECOPIER COVER SHEET

**DATE:** _11·20·06_

**TOTAL NO. OF PAGES** _2_ **(Including Cover Sheet)**

**TO:** _Ethan Ford_

**COMPANY:** _Madison_

**TELECOPIER NO.** _913 982 5039_

**FROM:** _Roy Bray_

**SANDERS LEAD COMPANY, INC.**

**TELECOPIER NUMBER: 334-566-1983**

**IF YOU HAVE ANY PROBLEMS RECEIVING THIS TELECOPY PLEASE CALL 334-566-1563.**



## SANDERS LEAD CO., INC.

**TROY, ALABAMA 36081**

P. O. Drawer 707                    Phone: 334/566-1563

## Doyle Clark

| | |
|---|---|
| **From:** | Maxwell, Mia [mia.maxwell@delphi.com] |
| **Sent:** | Friday, November 17, 2006 2:56 PM |
| **To:** | Doyle Clark |
| **Cc:** | Wu, Christine; Emanuel, Richard J |
| **Subject:** | #606 - Sander's Lead Reclamation Claim |

Doyle ~

This is just a recap of our conversation earlier this afternoon in regards to the Objection that your company received. Unfortunately this was not generated by the Reclamations team and hence is out of the scope of reclamations. However, please be advised that no changes have been made to your reclamation claim and you should proceed as indicated in the objection with your response by the deadline. If you have questions or concerns please feel free contact me at the number below. Thank you and have a wonderful day.

## Mia Maxwell

Case Manager - Delphi Reclamation

(248)-813-1533 *direct dial*

(248)-813-2499 *fax*

This email, all attachments and all related written and oral communications are in the context of settlement discussions and are for discussion purposes only. All reclamation settlements are subject to final documentation consistent with the Statement of Reclamation sent to you on February 21, 2006, including without limitation, resolution of the reserved defenses



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distri or copying of this communication is strictly prohibited. If you have received this communication in err please notify us immediately by replying to the message and deleting it from your computer. Thank yo

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# DELPHI

April 10, 2006

Mr. J. Roy Bray, Vice President
Sanders Lead Co., Inc.
P.O. Drawer 707
Troy, AL 36081

Re: Delphi Corporation, Case No. 05-44481 (RDD)

Dear Mr. J. Roy Bray, Vice President:

On November 4, 2005, the United States Bankruptcy Court for the Southern District of New York, entered an amended final order establishing certain procedures for the resolution of reclamation claims (the "Amended Final Order") and on January 5, 2006, the Bankruptcy Court entered an order extending the deadline to send statements of reclamation to all reclamation claimants (the "Extension Order" and together with the Amended Final Order, collectively the "Order") in the chapter 11 reorganization proceedings of Delphi Corporation and certain of its subsidiaries and affiliates (collectively, "Delphi" or the "Debtors").

The Order requires the Debtors to tender a "Statement of Reclamation" in response to each Reclamation Demand that the Debtors have received. On February 21, 2006, the Debtors' sent their Statement of Reclamation with respect to the Reclamation Demand(s) submitted by Sanders Lead Co., Inc. (the "Demand"). We have identified your Demand as Reclamation Claim No. 606. This letter, together with the enclosures, constitute the Debtors' Amended Statement of Reclamation with respect to Claim No. 606 and supersedes the Statement of Reclamation sent on February 21, 2006.

The Debtors have reviewed the Demand, reconciled the Demand with their books and records, and after sending the Statement of Reclamation to you on February 21, 2006, have discussed a modification to the reconciliation with you. Based upon this review and reconciliation, the Debtors have summarized, in the enclosed reclamation analysis, certain invoice, shipment, and related detail concerning the Demand. In accordance with paragraph 2, section (b)(ii) of the Order, the analysis sets forth the extent and basis upon which the Debtors believe that the Demand may or may not be legally valid (subject to assertion of certain defenses as indicated below, which if asserted, could result in the reduction or disallowance of the reclamation claim) (the "Reconciled Reclamation Claim") by indicating whether the Demand was received within the periods allowed by law; whether goods subject to the Demand have been paid for; and whether there are other deductions or disputes asserted by the Debtors.

Sanders Lead Co., Inc.
April 10, 2006
Page 2

Reconciled Amount $79,676.69

  Based on the foregoing, the Debtors have identified in the attached analysis a potential reclamation claim amount that the Debtors propose as valid, subject to assertion of the reserved defenses listed below. Specifically, the Debtors assert that the valid amount of the Reconciled Reclamation Claim is no greater than $79,676.69 but subject to reduction or disallowance by the defenses listed below (the "Reconciled Amount"). If ultimately allowed following the resolution of the defenses set forth below, the allowed amount of your reclamation claim will be deemed an administrative expense claim in these chapter 11 cases. Moreover, your claim, even after allowance, if ever, may be reduced by any payments or credits you receive from the Debtors on account of the goods that are the subject of the Demand.[1]

  This proposal, including all material enclosed herewith, is being sent to you in the context of settlement discussions and therefore is not admissible in any court proceeding regarding the Demand. In addition, in accordance with paragraph 2, section (b)(ii) of the Order, the Debtors reserve their right to seek, at any time and notwithstanding your agreement to the Reconciled Amount, a judicial determination that the following reserved defenses to the Demand are valid (the "Reserved Defenses"), and your acknowledgment of the Reconciled Amount constitutes your agreement that the Reconciled Amount may be reduced or disallowed in accordance with any judicial determination concerning these Reserved Defenses:

  (i)  The Debtors do not concede that they were insolvent on the date they received the goods or, even assuming the Debtors were insolvent, you knew of the Debtors' financial condition before the Debtors received the goods.

  (ii)  The goods and/or the proceeds from the sale of the goods are or were subject to a valid security interest.

  (iii)  You are not a proper party to make the Demand.

  (iv)  The Debtors have already paid for or returned some or all of the goods, or intend to satisfy all or a portion of the Demand in cash or by returning goods.

  (v)  You, or any of your subsidiaries or affiliates, have waived your right to any reclamation claim or waived your right to assert the Demand.

---

[1]  The Debtors reserve all their rights and remedies, in law and in equity, to collect or pursue all prepetition credits outstanding, including, without limitation, to setoff such amounts against the allowed amount, if any, of your reclamation claim.

Sanders Lead Co., Inc.
April 10, 2006
Page 3

Reconciled Amount $79,676.69

(vi)    You, or any of your subsidiaries or affiliates, have been paid on
account of your reclamation claim pursuant to an unrelated order
of the Bankruptcy Court and/or you have otherwise waived your
right to any reclamation claim in connection therewith.

The Debtors may seek a determination of any of the foregoing Reserved
Defenses at any time. Moreover, the Official Committee of Unsecured Creditors (the
"Creditors Committee") reserves its right to raise any of the Reserved Defenses prior to
the final allowance of your reclamation claim. If the Debtors seek such a judicial
determination or the Creditors' Committee raises a Reserved Defense, you will be entitled
to raise any rights asserted in the Demand in connection with the determination.

If you agree with the Reconciled Amount and the other terms of this
Amended Statement of Reclamation, please sign this Statement where indicated and
return it to the persons identified immediately below. Your response, including the
timing of your response, is governed by the terms of the Order. If you disagree with this
Amended Statement of Reclamation, you must sign this Statement where indicated and
return it to the persons identified immediately below and you must also provide the
information required by paragraph 2, section (b)(iv) of the Order by the Reconciliation
Deadline. You must send a signed Statement of Reclamation to the following:

Christina Cattell
Re: Delphi Reclamations
Mail Code # 483-400-216
5725 Delphi Drive
Troy, MI 48098
Fax: 248-813-2499

- with copies to -

Matthew J. Micheli
Re: Delphi Reclamations
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Fax: 312-407-0411

In accordance with the Order, your failure to return a signed copy of this
Amended Statement of Reclamation or your failure to indicate assent or dissent on a copy
of this Statement may be deemed an acceptance of the proposal set forth in this Statement.

Nothing in this proposal is intended, nor shall be construed, as a waiver of
any of the Debtors' rights with respect to any reclamation claim or demand. In addition,
nothing herein shall preclude or otherwise prejudice any of the Debtors' rights to contest
or raise any defense or counterclaim in law or in equity, to any reclamation claim or other

3

Sanders Lead Co., Inc.
April 10, 2006
Page 4

Reconciled Amount $79,676.69

demand for reclamation.  Moreover, nothing herein shall waive, impair or affect the
rights and defenses, if any, of any parties in interest with regard to your Reclamation
Claim.

If you have any questions, please send them via email to
reclamations@delphi.com or call 248-813-2581.

Very truly yours,

/s/ Christina J. Cattell

Enclosures
cc: John D. Sheehan

4

Sanders Lead Co., Inc.
April 10, 2006
Page 5

Reconciled Amount $79,676.69

## AGREEMENT

In accordance with paragraph 2, section (b)(iii) of the Order, Sanders Lead Co., Inc. agrees to the terms of this Amended Statement of Reclamation.

Sanders Lead Co., Inc.

By: _____          Dated: _April 11, 2006_
        (signature)

_WILEY C. SANDERS JR._
        (print or type name)

_PRESIDENT_
        (print or type title)


## DISAGREEMENT

In accordance with paragraph 2, section (b)(iv) of the Order, Sanders Lead Co., Inc. disputes the terms of this Amended Statement of Reclamation and encloses the information required by paragraph 2, section (b)(iv) of the Order.

Sanders Lead Co., Inc.

By: _____          Dated: _____
        (signature)

_____
        (print or type name)

_____
        (print or type title)

5

Page 1 of 1

## America's Claim 606

### Sanders Lead Co., Inc.

| Vendor Name (as indicated on Claim) | Claim Deleted | Claim First Vendor Dispute Date | Disputed PO Number | Amended PO Number | Original Invoice Number | Amended Invoice Number | Original Shipment/Receipt Date | Amended Shipment/Receipt Date | Original Invoice Number | Amended Invoice Number | Original Invoice Amount | Original Invoice Extended Claim ID | Original Vendor Claim ID | Amended Vendor Claim Complete Proper Allowed Documentation | Amended/if PostChrg Modifies Initial Re Receipt Prof Prefers | Amended Inventory Has the PostChrg Valid | Amended Inventory Valid Invoice | Amended Inventory Supplements Vendor Inventory (2) | Amended Inventory Supplements Vendor Inventory (2) | Amended Vendor Claim ID | Difference between America's Claim and Amended as of DisputeClaim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanders Lead Co., Inc. | AMG | 10/04/05 | 5502000007 | PY4080-1 | 786987 | | 9/29/2005 | | 46,406 | $ 7,867.68 | $ 7,612.00 | Yes | Yes | Yes | No | 46,466 | $ 11,413.26 | No | $ 11,413.27 | $ 3,801.27 Rejected Inventory Total Owed |
| Sanders Lead Co., Inc. | AMG | 10/04/05 | 5502000007 | PY5923-1 | 783428 | | 10/03/2005 | | 45,408 | $ 7,507.40 | $ 7,533.90 | Yes | Yes | No | No | 51,146 | $ 10,783.18 | No | $ 10,783.18 | $ 3,255.58 Total Owed Rejected Inventory |
| Sanders Lead Co., Inc. | AMG | 10/04/05 | 5502000007 | PY6136-1 | 768316 | | 12/02/2005 | | 51,146 | $ 8,471.82 | $ 8,571.62 | Yes | Yes | No | No | 45,290 | $ 10,781.10 | No | $ 10,781.10 | $ 2,622.42 Total Owed Rejected Inventory |
| Sanders Lead Co., Inc. | AMG | 10/04/05 | 5502000007 | PY6156-1 | 765006 | | 10/31/2005 | | 45,290 | $ 7,495.77 | $ 7,426.47 | Yes | Yes | No | No | 45,290 | $ 11,145.14 | No | $ 11,145.14 | $ 3,679.11 Total Owed Rejected Inventory |
| Sanders Lead Co., Inc. | AMG | 10/04/05 | 5502000007 | PY6159-1 | 761090 | | 10/31/2005 | | 45,290 | $ 7,257.21 | $ 7,357.21 | Yes | Yes | No | No | 44,790 | $ 11,118.30 | No | $ 11,118.30 | $ 3,670.11 Total Owed Rejected Inventory |
| Sanders Lead Co., Inc. | AMG | 10/04/05 | 5502000007 | PY6142-1 | 761102 | | 9/24/2005 | | 8,236.90 | $ 6,226.90 | $ 6,336.90 | Yes | Yes | No | No | 41,276 | $ 10,337.81 | No | $ 10,337.81 | $ 9,465.81 Total Owed Rejected Inventory |
| Sanders Lead Co., Inc. | AMG | 10/04/05 | 5502000007 | | 754581 | | 9/24/2005 | | 46,710 | $ 7,492.31 | $ 7,490.91 | Yes | Yes | No | No | 46,710 | $ 17,394.30 | No | $ 17,394.30 | $ 9,870.04 Total Owed Rejected Inventory |
| **Sanders Lead Co., Inc. Totals** | | | | | | | | | | **$ 53,411.64** | **$ 52,435.01** | | | | | | **$ 76,673.66** | | **$ 76,673.66** | **$ 27,216.57 Total Owed / Total Owed** |