# OTTO WOLFF
**U.S. SALES CORPORATION**
**Chicago Branch**

 

### Rasselstein GmbH (Otto Wolff US Sales Corporation)

### VS

### Delphi Corporation, Troy, Michigan

## Case No: 05-44481    Docket Number 5418

### Response to Third Omnibus Objection

**Package Contents**:

- Letter to United States Bankruptcy Court Requesting Further Consideration
- Distribution List
- Correspondence between Delphi and Otto Wolff in Regards to Claim (2 pages)
- Original Proof of Claim Filed June 26, 2006
- Copy of Invoice Issued by Rasselstein, September 19, 2005
- Power of Attorney Granted to Otto Wolff US Sales/John W. Hamilton (2 pages)

Dated: November 21, 2006
Rosemont, Illinois

# OTTO WOLFF

**U.S. SALES CORPORATION**
**Chicago Branch**

November 21, 2006

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
One Bowling Green, Room 534
New York, New York 10004-1408

**RE: DELPHI CORPORATION      CASE NO. 05-44481**

To Whom It May Concern:

On behalf of Rasselstein GmbH (formerly known as Rasselstein Hoesch GmbH) as the Representative in North America, we are presenting our original request of payment of $152,461.57 due to us for loss occurred when selling off inventory which was in storage for Delphi prior to them filing for Chapter 11. The Claim Number reference in your correspondence received on November 6th was 9958.

Enclosed please find correspondence between Mr. Michael Stockton of Delphi and myself (John W. Hamilton of Otto Wolff US Sales) whereby he authorized us to sell the material on hand and that Delphi would cover the losses taken to dispose of such inventory. Also included is an e-mail whereby Mr. Stockton advised us that payment would be made within 7 to 10 days (E-Mail dated October 2, 2005) and that the material had been entered into their system.

Again, I have enclosed the invoice issued by Rasselstein in the amount of $163,457.02 dated September 19, 2005 and our claim is now only for $152,461.57 since the last payment received from Delphi prior to entering Chapter 11, overpaid earlier invoices by $10,995.45 and this was due to Delphi using new pricing whereas our shipments were made at old pricing on the payments made. Delphi never paid from invoices but from receipts issued by the Receiving Department of the plant.

Considering the above facts, our claim for $152,461.57 should remain in your active file for future consideration as to Creditors Agreement.

Should you have any questions, please do not hesitate to contact me at 800-796-2795.

Yours truly,

John W. Hamilton
President

# OTTO WOLFF

**U.S. SALES CORPORATION**
**Chicago Branch**

**RE: Second Omnibus Claims Objection:**

## Docket Number 5418

**Delphi Corporation Case No.05-44481 (RDD) versus Rasselstein GmbH.**

Copies To:

1) Honorable Robert D. Drain, United States Bankruptcy Judge
2) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan, 48098( Attn. General Counsel)
3) Counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm.Butler Jr.)
4) Counsel to Agent under Debtor's Petition Credit Facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn: Kenneth S. Ziman.)
5) Counsel to the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Donald Bernstein and Brian Resnick)
6) Counsel Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Robert J. Rosenberg and Mark A Broude)
7) Counsel Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Attn: Bonnie Steingart)
8) Office of the United States Trustee, Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, (Attn: Alicia M. Leonhard)

## John Hamilton

| | |
|---|---|
| **From:** | John Hamilton [j.hamilton@o-wolff.com] |
| **Sent:** | Monday, October 03, 2005 12:47 PM |
| **To:** | 'michael.stockton' |
| **Cc:** | 'Sandford, Eric ' |
| **Subject:** | RE: Delphi - Debit note in the amount of USD 163,457.02 |

Mike:

Thank you for your reply and I understand the situation. Also, just checking once more as to what you did have on your floor to make sure you have disposed of all of it as I have another customer interested in some of the items we had on our list but he was too late to reply to us. Please confirm if you have disposed of everything or do you need me to sell anything for you?

Best regards

John

-----Original Message-----
From: michael.stockton [mailto:michael.stockton@delphi.com]
Sent: Sunday, October 02, 2005 9:27 PM
To: John Hamilton
Cc: Sandford, Eric
Subject: RE: Delphi - Debit note in the amount of USD 163,457.02


John, I am told that this will be paid within 7 to 10 days from last Friday. I am told by Flint's plant manager that the material has been entered into the system. It took longer than expected as we needed to create a specific type of purchase order that requires several signatures.
-Mike

---

From: John Hamilton [mailto:j.hamilton@o-wolff.com]
Sent: Fri 9/30/2005 11:54 AM
To: Stockton, Michael
Cc: Sandford, Eric Subject: RE: Delphi - Debit note in the amount of USD 163,457.02


Hello Mike

Any work on when payment will be sent to us??

John

-----Original Message-----
From: John Hamilton [mailto:j.hamilton@o-wolff.com]
Sent: Monday, September 26, 2005 4:08 PM
To: Michael K. Stockton
Cc: Eric Sandford; william.sprague@delphi.com; terry.harrison@delphi.com
Subject: RE: Delphi - Debit note in the amount of USD 163,457.02


Hello Mike:

As explained to you in the original e-mail, the yearend for Rasselstein is September 30th and they would like to have this cleared up before yearend. Please advise when we can expect payment of this final settlement.

Best regards

1

John

-----Original Message-----
From: John Hamilton [mailto:j.hamilton@o-wolff.com]
Sent: Tuesday, September 20, 2005 9:25 AM
To: michal.stockton@delphi.com
Cc: Eric Sandford; william.sprague@delphi.com; terry.harrison@delphi.com
Subject: FW: Delphi - Debit note in the amount of USD 163,457.02
Importance: High

Dear Mike:
As we have discussed in the past, we have managed to sell off the balance of
the material which was ordered by Terry Harrison but not drawn out of our
inventory prior to the discontinued production of filter business at your
Flint operation. Since material is not standard to the Tinplate Industry, we
had to go out to the open market to locate buyers for this material and some
was sold to buyers in the USA and one of the packages went to Canada.
Needless to say the pricing was not close to the full price of the material
however, I believe the returns were better than scrapping the material.
Attached is a debit invoice from Rasselstein for the loss of $163,457.02 and
we would appreciate this payment being made before the end of this month as
the material had been sitting in the USA since the first quarter of this
year and September 30th is the fiscal year-end of Rasselstein. You can make
payment through the normal channels used in the past )wire transfer to
Rasselstein account) or you can issue a check payable to Rasselstein GmbH,
C/O Otto Wolff US Sales Corp, and mail to 6250 N. River Road, Suite 4010,
Rosemont, Illinois, 60018.
On behalf of Rasselstein GmbH, we thank you for the opportunity of supplying
to Delphi Automotive and should you ever decide to use Tin Plate in the
future, we hope you will provide us with the opportunity of quoting on any
future needs.
Best wishes
John W. Hamilton
------------------------------------

Der Inhalt dieser e-Mail ist ausschlie_lich f|r den bezeichneten Adressaten
bestimmt. Wenn Sie nicht der vorgesehene Adressat dieser e-Mail oder
dessen Vertreter sein sollten, so beachten Sie bitte, dass jede Form der
Kenntnisnahme, Vervffentlichung, Vervielfdltigung oder Weitergabe des
Inhalts dieser e-Mail unzuldssig ist. Wir bitten Sie, sich in diesem Fall
mit
dem Absender der e-Mail in Verbindung zu setzen.

The information contained in this e-mail is intended solely for the
addressee.
Access to this e-mail by anyone else is unauthorized. If you are not the
intended recipient, any form of disclosure, reproduction, distribution, or
any
action taken or refrained from in reliance on it, is prohibited and may be
unlawful. Please notify the sender immediately.




***********************************************************************************

Note:   If the reader of this message is not the intended recipient, or an employee or
agent responsible for delivering this message to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify us immediately
by replying to the message and deleting it from your computer. Thank you.
***********************************************************************************



# Rasselstein

**Rasselstein GmbH, 56634 Andernach**

Delphi Automotive Systems
FLINT, MICHIGAN 48501-1550
USA

**Debit memo**

Reference no./Date
2005190905 / 09/19/2005

Cust. no.
1891590

Your V.A.T.-No.

Our V.A.T.-No.
DE811726044

Order manager
Sabine von Linden

Telephone                Fax
+492631812390        +492631812979

e-mail
Sabine.vonLinden@thyssenkrupp.com

**Delivery address:**
Delphi Energy and Engine
Management Systems
Plant # 7 - Filtration Products
4134 Davison Road
BURTON, MICHIGAN 48556
USA

To debit you for the losses incurred by Rasselstein GmbH on material which was left in stock following the discontinued production by Delphi of Filters at your Flint Operation.

For details please see attached summary.

★ Payment due upon receipt of this invoice.

---

Total value                                                          USD 163,457.02

*Less Overpymt*        10,995.45

cc: CV

152,461.57

Rasselstein GmbH
Koblenzer Straße 141, 56626 Andernach
Telefon: (0 26 31) 81-0   Fax: (0 26 31) 81-23 00
Vorsitzender des Aufsichtsrates: Dr. Karl-Ulrich Köhler
Vorstand: Gerd Lahnstedt (Sprecher), Heinz Podesta

Sitz der Gesellschaft: Andernach   Registergericht: Amtsgericht Andernach HRB 3000
Bankverbindungen:
Deutsche Bank AG Neuwied, Kto.-Nr. 2103000, BLZ 57470047 BIC DEUTDESM574, IBAN DE3457470004702103000000
Commerzbank AG Neuwied, Kto.-Nr. 2456300, BLZ 57040044 BIC COBADEFF570, IBAN DE79570400442456300000
Tinkaus & Burkhardt Düsseldorf, Kto.-Nr. 212006, BLZ 30030880 BIC TUBDDEDD, IBAN DE34300300080000212006
Steuernummer des umsatzsteuerlichen Organträgers TKAG 32/670/0800

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Delphi Corporation | Case Number: 05-44481 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Rasselstein Hoesch GmbH

Name and address where notices should be sent:
Rasselstein Hoesch GmbH
Koblenzer Strasse 141
56626 Andernach
Germany

Telephone number: 1 USA - 800 - 796-2795

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 1891540   DUNN 0031278304

Check here ☐ replaces ☐ amends  a previously filed claim, dated: _____

1. **Basis for Claim**
   - ☒ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)        (date)

2. **Date debt was incurred:** September 19/2005

3. **If court judgment, date obtained:** _____

4. **Total Amount of Claim at Time Case Filed:** $ _____ (unsecured) _____ (secured) _____ (priority) 152,461.57 (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: June 26/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): John W Hamilton

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

05444810604101917148146945



## POWER OF ATTORNEY

To whom it may concern

The undersigned hereby authorize

Mr. John Hamilton, Otto Wolff US Sales Corporation, 6250 North River Road, Suite 4010, Rosemont Illionis 60018, USA, to represent Rasselstein GmbH, Koblenzer Straße 141, 56626 Andernach, Germany, at all future creditor meetings in Re-Delphi Corporation et al. (Debtors), Chapter 11, Case No. 05-44481 (RDD), United States Bankruptcy Court Southern Disrict of New York, in his function as the North American Representative of Rasselstein GmbH.

Mr. John Hamilton has the right to represent our interests in the above mentioned matter at any future creditor meetings with regard to outstanding payments (amount: USD 152.461,57) due to Rasselstein GmbH.

Andernach, 23. Januar 2006

RASSELSTEIN
G M B H

Dr. Ulrich Roeske         ppa. Hans-Günter Marvenbach

**File No. 150 for 2006 S**

I hereby certify that the above are the true signatures, subscribed in my presence, of

1. Mr. Dr. Ulrich Roeske, born 3rd. March 1965, with commercial residence in Germany, 56626 Andernach, Koblenzer Str. 141,
2. Mr. Hans-Günter Marrenbach, born 2nd August 1958, with commercial residence in Germany, 56626 Andernach, Koblenzer Str. 141,

Mr. Roeske has shown to me his driving licence. Mr. Marrenbach is personally known to me.

Upon my inspection of a excerpt of the commercial register, I further certify that Rasselstein GmbH is registered with the Municipal Court of Andernach - Commercial Register - under No. HRB 3990 and that Mr. Dr. Roeske und Mr. Marrenbach are entitled to act jojntly as this private limited legal representative.

Andernach, the 25th January 2006

Notary public

KOSTENBERECHNUNG (§ 154 KostO v. 9.12.86)
Geschäftswert: EUR 25.000,00
Geb. § 45          21,00 EUR
Geb. § 58 I        21,00 EUR
Geb. § 153              EUR
Geb. § 150         13,00 EUR
Schreibgeb.         1,50 EUR
Post- u. Tel. Geb.      EUR
Mehrwertsteuer      9,04 EUR
insgesamt          65,54 EUR
    Der Notar