Hearing Date: **February 15, 2007**
Hearing Time: **10:00 a.m. (Prevailing Eastern Time)**
Objection Deadline: **February 8, 2007 at 4:00 p.m.**
(Prevailing Eastern Time)

BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Michael K. McCrory, Esq.
Robert D. MacGill, Esq.
Mark R. Owens, Esq. (MO 9742)

*Attorneys for Clarion Corporation of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF MOTION OF CLARION CORPORATION OF AMERICA, PURSUANT TO 11 U.S.C. §§ 503 AND 507, FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that on December 12, 2006, Clarion Corporation of America, by and through its undersigned counsel, filed the Motion of Clarion Corporation of America, Pursuant to 11 U.S.C. §§ 503 and 507, for Allowance of an Administrative Expense Claim (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion will be held on **February 15, 2007 at 10:00 a.m. (Prevailing Eastern Time)** (the

"Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to approval of the Motion (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Amended Eighth Supplemental Order under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002 (m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered by this Court on October 26, 2006 (the "Amended Eighth Supplemental Case Management Order") (Docket No. 5418), (c) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), Word Perfect, or any other Windows-based word processing format), (d) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408; and (e) and must be served upon: (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel); (ii) counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Att'n: John Wm. Butler, Jr., Esq.); (iii) counsel for Clarion Corporation of America, Barnes & Thornburg LLP, 11 S. Meridian Street, Indianapolis, Indiana 46204 (Att'n: Michael K. McCrory, Esq.); (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman, Esq.); (v) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New

York, New York 10017 (Att'n: Marlane Melican, Esq.); (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg, Esq. and Mark A. Broude, Esq.); (vii) counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n Bonnie Steingart); and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard, Esq.), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on February 8, 2007** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those timely-written objections made in accordance herewith, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court, and that if no objections to the Motion are timely filed and served, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: Indianapolis, Indiana
December 12, 2006

Respectfully submitted,

/s/ Mark R. Owens
Michael K. McCrory, Esq.
Robert D. MacGill, Esq.
Mark R. Owens, (MO 9742)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313
Facsimile: (317) 231-7433

*Attorneys for Clarion Corporation of America*