**Hearing Date: December 13, 2006**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

## CLAIMS OBJECTION HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 601, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    **"Second Omnibus Claims Objection"**– Debtors' Second Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (I) Equity Claims, (II) Claims Duplicative Of Consolidated Trustee Or Agent Claims, And (III) Duplicate And Amended Claims (Docket No. 5451)

        1.    Claims As To Which The Hearing On The Second Omnibus Claims Objection Was Adjourned From The Thirteenth Omnibus Hearing On November 30, 2006 (Proof Of Claim Nos. 9492, 9494, 12187, 12189, 13622, 13623, 13624, 13625, 13626, 13627, 13628, 13629, 13630, 13631,13632, 13633, 13634, 13635, 13636, 13637, 13638, 13639,13640, 13641, 13642, 13643, 13644, 13645, 13646, 13647, 13648, 13649, 13708, 13709, 13710, 13711, 13712, 13713, 13714, 13715, 13716, 13717, 13718, 13719, 13720, 13777, 13778, 13779, 13780, 13781, 13782, 13783, 13784, 13785, 13786, 13787, 13789, 13790, 13791, 13792, 13793, 13795, 13796, 13797, 13798, 13799, 13800, 13801, 13802, 13803, 13804, 13817, 14208, 14209, 14210, 14216, 14217, 14218, 14219, 14220, 14235, 14237, 14238, 14261; 14266; 14371, 14372, 14834, 14977, 15010, 15011, 15012, 15013, 15014, 15015,15016, 15017, 15044, 15045, 15046, 15047, 15048, 15105, 15106, 15107, 15108, 15109, 15110, 15111, 15112,15114,15115, 15116, 16219, 16220, 16221, 16222, 16223, 16224, 16225, 16226, 16227, 16228,16229, 16230, 16231, 16232, 16233, 16234, 16235, 16236, 16237, 16238, 16239, 16240, 16241, 16242, 16243, 16244, 16245, and 16246)

            *Responses Filed:*    *Response Of Port City Castings Corp. To Debtors' Second Omnibus Objection To Claims (Docket No. 5710)*

            *Limited Response Of International Rectifier Corporation And IREPI Services, Inc. To Second Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502 And Fed. R. Bankr. P. 3007 To Certain (I) Equity Claims, (II) Claims Duplicative Of Consolidated Trustee Or Agent Claims, And (III) Duplicate And Amended Claims (Docket No. 5746)*

            *Response Of Robert Bosch GmbH To Second Omnibus Objection To Claims (Docket No. 5766)*

            *Response Of Jeffery Carl To Second Omnibus Objection To Claims (Docket No. 5924)*

|  |  |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (I) Equity Claims, (II) Claims Duplicative Of Consolidated Trustee Or Agent Claims, And (III) Duplicate And Amended Claims (Docket No. 5943)* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing will proceed with respect to these unresolved responses.* |

Dated: New York, New York
December 12, 2006

                SKADDEN, ARPS, SLATE, MEAGHER
                    & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

      - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession