05-44481-rdd    Doc 6144    Filed 12/12/06    Entered 12/12/06 14:26:00    Main Document
Pg 1 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
    In re                                   :    Chapter 11
                                                              :
DELPHI CORPORATION, et al.,                                   :    Case No. 05-44481 (RDD)
                                                              :
                         Debtors.         :    (Jointly Administered)
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER AUTHORIZING DLA PIPER US LLP TO FILE SUPPLEMENTAL AFFIDAVIT OF JAMES M. KOSHLAND UNDER FED. R. BANKR. P. 2014 AND 2016 REGARDING THE RETENTION OF DLA PIPER US LLP AS CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.
<u>UNDER SEAL</u>

("DLA PIPER SUPPLEMENTAL AFFIDAVIT UNDER SEAL ORDER")

        Upon the Motion, dated November 28, 2006 (the "Motion") of DLA Piper US LLP ("DLA Piper"), corporate, employment, and intellectual property counsel to MobileAria, Inc. ("MobileAria"), an affiliate of Delphi Corporation ("Delphi") and a debtor and debtor-in-possession in the above-captioned cases (collectively with Delphi and certain of its U.S. subsidiaries and affiliates, the "Debtors") for an Order (the "Order") Under 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 to File a Supplemental Affidavit of James M. Koshland Under Fed. R. Bankr. P. 2014 and 2016 Regarding the Retention of DLA Piper US LLP as Corporate, Employment, and Intellectual Property Counsel for Debtor MobileAria, Inc. (the "Supplemental Affidavit") under seal; and it appearing that pursuant to Fed. R. Bankr. P. 9018, no notice of the relief requested in the Motion need be provided; and this Court having determined that the relief requested in the Motions is in the best interest of DLA Piper's client and the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr P. 9018, DLA Piper is authorized to file the Supplemental Affidavit under seal.

3. The Supplemental Affidavit (and any information derived from the Supplemental Affidavit) shall remain confidential, be filed under seal, and shall be served on and made available only to the Debtors, the Creditors' Committee, and the U.S. Trustee, and such other parties as ordered by this Court.

4. Except as otherwise agreed by the Debtors and DLA Piper, any pleadings filed by any party that reference or disclose any of the information in the Supplemental Affidavit shall be filed under seal and served only on those parties authorized to receive the Supplemental Affidavit, as provided for in paragraph 3 of this Order.

5. The requirement pursuant to Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York that DLA Piper file a separate memorandum of law in support of the Motion is hereby waived.

6. This Court retains jurisdiction to enforce this Order and the confidentiality of the Supplemental Affidavit and the sensitive information contained therein, including the authority to impose sanctions on any person or entity which violates this order.

Dated:   New York, New York
         December 11, 2006

By: /s/Robert D. Drain_____
United States Bankruptcy Judge