UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
:
In re                              :    Chapter 11
:
DELPHI CORPORATION, et al.,        :    Case No. 05-44481 (RDD)
:
Debtors.         :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FIFTH AMENDED PRETRIAL AND SCHEDULING ORDER RELATING TO
DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 365 AND FED. R.
BANKR. P. 6006 AUTHORIZING REJECTION OF CERTAIN
EXECUTORY CONTRACTS WITH GENERAL MOTORS CORPORATION

("FIFTH AMENDED GM CONTRACT
REJECTION MOTION NO. 1 SCHEDULING ORDER")

Upon the Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated March 31, 2006 (Docket No. 3033) (the "Motion"), filed by Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the response of the Official Committee of Unsecured Creditors, dated June 15, 2006 (Docket No. 4198), the preliminary and supplemental objections of General Motors Corporation, dated April 12, 2006 and June 5, 2006, respectively (Docket Nos. 3210 and 4019), the preliminary objection and response and supplemental limited objection of the Ad Hoc Equity Committee, dated April 17, 2006 and August 8, 2006, respectively (Docket Nos. 3243 and 4879), the limited objection of SPS Technologies, Inc., SPS Technologies Waterford Company, and Greer Stop Nut, Inc., dated May 2, 2006 (Docket No. 3567), and the preliminary and limited objections of the Official Committee of Equity Security Holders, dated

May 26, 2006 and June 12, 2006, respectively (Docket Nos. 3926 and 4128) (collectively with the objectors and responders, the "Respondents"); and upon the Debtors' Omnibus Response To Objections To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated June 15, 2006 (Docket No. 4203); and the Debtors having originally noticed the Motion for hearing on the omnibus hearing date of May 12, 2006, which was subsequently adjourned by the Court; and the Court having issued a Pretrial And Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated June 13, 2006 (Docket No. 4169) (the "Pretrial And Scheduling Order"); and the Court having issued a First Amended Pretrial and Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated September 28, 2006 (Docket No. 5214); and the Court having issued a Second Amended Pretrial and Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated October 25, 2006 (Docket No. 5400); and the Court having issued a Third Amended Pretrial and Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated November 13, 2006 (Docket No. 5538); and the Court having issued a Fourth Amended Pretrial and Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated November 22, 2006 (Docket No. 5658) (the "Fourth Amended Pretrial And Scheduling

Order"); and the parties to the Motion having appeared before the Court for a status conference on the Motion on November 30, 2006 pursuant to the Fourth Amended Pretrial And Scheduling Order; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

The Pretrial And Scheduling Order shall remain in full force and effect except as follows:

1. The hearing on the Motion is adjourned to a date to be determined by the Court as may be requested by the Debtors.

2. The Court shall conduct an in-person, in-camera status conference pursuant to 11 U.S.C. § 105(d)(1) with the Debtors and the Respondents at 3:00 p.m. (Prevailing Eastern Time) on December 13, 2006, provided, however, that if the Debtors file a motion prior to that date seeking approval of an agreement relating to certain aspects of their on-going plan of reorganization framework discussions, such status conference on the Motion shall be adjourned to a date to be determined by the Court as may be requested by the Debtors.

Dated: New York, New York
       December 11, 2006

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE