UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
   In re                                      :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No.  05 - 44481 (RDD)
                                              :
                  Debtors.          :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TENTH AMENDED SCHEDULING ORDER ON DEBTORS' MOTION FOR
ORDER UNDER 11 U.S.C. § 1113(c) AUTHORIZING REJECTION OF
COLLECTIVE BARGAINING AGREEMENTS AND AUTHORIZING
MODIFICATION OF RETIREE WELFARE BENEFITS UNDER 11 U.S.C. § 1114(g)

("TENTH AMENDED SECTION 1113 AND 1114 SCHEDULING ORDER")

Upon the Motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation and

certain of its domestic subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), for an order under 11 U.S.C. §§ 1113 and 1114 of

the Bankruptcy Code[1] and Fed. R. Bankr. P. 2002(m) and 9006 establishing notice procedures,

briefing schedule, and hearing date regarding the Debtors' Motion To (a) Reject Collective

Bargaining Agreements Under Section 1113(c) And (b) Eliminate Retiree Medical And Life

Insurance Benefits For Union-Represented Retirees Under Section 1114(g) (the "1113/1114

Motion"); and this Court having entered an order granting the Motion on October 13, 2005

(Docket No. 232);[2] and the Court having received and reviewed various objections and responses

---

[1]      As used herein, the term "Bankruptcy Code" means chapter 11 of title 11 of the United States Code, 11
U.S.C. §§ 101-1330, as amended.

[2]      Subsequent scheduling orders have been entered by the Court at docket nos. 2225, 2425, 2996, 4170, 5058,
5221, 5399, 5539, and 5662.

to the 1113/1114 Motion filed by various parties (collectively, the "Respondents");[3] and the

Court having commenced the contested hearing on the 1113/1114 Motion on May 9, 2006 and

conducted hearings on the contested motion on various trial dates in May and June 2006; and the

Court having adjourned the contested hearing on the 1113/1114 Motion to a date to be

determined and the deadlines for a ruling on the 1113/1114 Motion to January 31, 2007 pursuant

to the Ninth Amended Section 1113 And 1114 Scheduling Order on November 22, 2006 (Docket

No. 5662); and the Court having conducted an in-camera status conference on November 30,

2006 pursuant to the Ninth Amended Section 1113 And 1114 Scheduling Order, which resulted

in the Debtors' submitting the form of this Order to the Court for the Court's evaluation and

consideration; and the Court having determined in light of the Debtors' submission of the form of

this Order that a continued recess of the contested hearing on the 1113/1114 Motion to a date to

be determined by the Court in the manner set forth herein is appropriate and in the best interests

of the Debtors, their estates, their creditors, and other parties-in-interest; and after due

deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

The Ninth Amended Section 1113 And 1114 Scheduling Order shall continue in

full force and effect except as follows:

1.    In light of the further progress reported to the Court by the Debtors at the

status conference held on November 30, 2006 in connection with the continuing out-of-court

discussions among the Debtors and the Respondents, and so that the Debtors and the

Respondents may continue to concentrate their resources and activities on the collective

bargaining of a consensual resolution of the 1113/1114 Motion and related plan of reorganization

---

[3]        Objections and responses have been filed at docket numbers 3314, 3317, 3322, 3330, 3332, 3342, 3346, 3353, 3356, 3561, and 3628.

framework discussions, the hearing on the 1113/1114 Motion shall be further adjourned to a date to be determined by the Court as may be requested by the Debtors.

2.      The Court shall conduct an in-person, in-camera status conference pursuant to 11 U.S.C. § 105(d)(1) with the Debtors, the Respondents, and the Official Committee of Equity Security Holders (collectively, the "Parties") at 3:00 p.m. (Prevailing Eastern Time) on December 13, 2006 so that the Court can be apprised by the Parties of the status of negotiations regarding the consensual resolution of the 1113/1114 Motion and to consider either the resumption of hearings on the Debtors' request for relief under section 1113 and 1114 of the Bankruptcy Code or the scheduling of additional status conferences, provided, however, that if the Debtors file a motion prior to that date seeking approval of an agreement relating to certain aspects of their on-going plan of reorganization framework discussions, such status conference on the 1113/1114 Motion shall be adjourned to a date to be determined by the Court as may be requested by the Debtors.

Dated:      New York, New York
            December 11, 2006


                        /s/Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE

3