UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
   In re                              :         Chapter 11
:
DELPHI CORPORATION, et al.,        :         Case No. 05-44481 (RDD)
:
                Debtors.    :         (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER REGARDING USW'S MOTION
FOR ORDER COMPELLING DEBTORS TO SUBMIT INDIVIDUAL
EMPLOYEE MATTER TO IMPARTIAL MEDICAL AUTHORITY

("USW MOTION TO COMPEL ORDER")

      Upon the motion, dated November 2, 2006 (the "Motion"), of the United Steel, Paper And Forestry, Rubber, Manufacturing, Energy, Allied Industrial And Service Workers International Union, (AFL-CIO/CLC) (the "USW") for an order directing the Debtors to submit an individual retiree to an impartial medical exam and abide by the conclusions of such an exam with respect to the retiree's ability to return to work (Docket No. 5467); and upon the Debtors' response to the Motion (Docket No. 5720); and upon the USW's Reply in further support of the Motion (Docket No. 5916); and upon the record of the hearing held in camera on the Motion; and after due deliberation thereon; and, for the reasons stated by the Court in its bench ruling, it is hereby

2

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is DENIED without prejudice.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
December 11, 2006

    /s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE