Clifford Leong
3616 Garner Pl
Encinitas, CA 92024

10 Nov 2006

RECEIVED
BY MAIL ☐
BY HAND ☐

NOV 2 5 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

---
United States Bankruptcy Court ||
Southern District of New York ||
---
In re Delphi Corporation, et al Debtors ||
---
Case No 05-44481 (RDD) ||
Third Omnibus Objection ||
---

Claimant:
"Wilfred D Leong as custodian for Clifford Leong under the California Uniform gifts to Minors Act
3616 Garner Pl
Encinitas, CA 92024"

My claim should not be disallowed for the stated 'basis for objection' of "insufficient documentation". I have been a shareholder for General Motors since I was a minor child over 40 years ago. I have been a common shareholder of Delphi since it was spun off from General Motors. The Delphi Corporation obviously has sufficient documentation of my stock ownership to have sent me dividend checks ever since its inception and to have sent this me this 'Third Omnibus Objection" notice.

My father, Wilfred D Leong, has passed away. I am the owner of these shares.

I wish to be included, as a common stock shareholder, in the distribution of the liquidated assets in the bankruptcy of Delphi.

*[signature: Clifford Leong]*