UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
In re                                                      :         Chapter 11 Case
Delphi Corporation, et al.,                                          Case No. 05-44481 (RDD)
                                                                     (Jointly Administered)
                                                           :
           Debtors.                                                  Delphi Automotive Systems LLC
                                                           :         Case No. 05-44640

-------------------------------------------------x         Claim No. 10914


# NOTICE OF PARTIAL TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

TO:    Solectron Corporation, on behalf of itself and its subsidiaries, including
       Solectron Manufactura de Mexico SA, and various of their affiliates and
       subsidiaries ("Transferor")
       847 Gibraltar Drive
       Milpitas, California 95035
       Attention: Richard Schwalbe

1.    Please take notice of the transfer of $2,198,045.23 of your claim against Delphi Automotive Systems LLC, represented by the Proof of Claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

       **TPG Credit Opportunities Investors, L.P.** ("Transferee")
       c/o TPG Credit Management, L.P.
       4600 Wells Fargo Center
       90 South Seventh Street
       Minneapolis, MN 55402
       Attention: Shelley Hartman

2.    No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

       --    **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

             Clerk of the Court
             United States Bankruptcy Court
             Southern District of New York
             615-3 Alexander Hamilton Custom House
             One Bowling Green
             New York. NY 10004

       --    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

       --    Refer to **INTERNAL CONTROL NO. ____** in your objection.

334-042/COURT/1050361.1

3.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: _____ \_\_\_, 2006

                                                        Clerk of the Court

-----------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ 2006.
INTERNAL CONTROL NO. _____
Copy Claims Agent:            Transferee:            Debtor's Attorney:


                                                   Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Solectron Corporation, on behalf of itself and its subsidiaries, including Solectron Manufactura de Mexico SA, and various of their affiliates and subsidiaries.

Solectron Corporation, a corporation organized under the laws of Delaware, with offices located at 847 Gibraltar Drive, Milpitas, California 95035, on behalf of itself and its subsidiaries, including Solectron Manufactura de Mexico SA, and various of their affiliates and subsidiaries (collectively "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify, that it has unconditionally and irrevocably sold, transferred and assigned to TPG Credit Opportunities Investors, L.P., its successors and assigns, with offices located at 4600 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 ("Buyer"), all right, title and interest in and to $2,198,045.23 amount of the claims of Seller against Delphi Automotive Systems LLC, and its affiliates docketed as Claim No. 10914 (the "Claim") in the United States Bankruptcy Court for the Southern District of New York, Case No. 05-44640, Jointly Administered with In re Delphi Corporation, et al., Case No. 05-44481.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 30th day of November, 2006.

Solectron Corporation, on behalf of itself and its subsidiaries, including Solectron Manufactura de Mexico SA, and various of their affiliates and subsidiaries

By: _____
Name: Richard Schwartz
Title: Global Credit Manager
Tel: (415) 259-8919

TPG Credit Opportunities Investors, L.P.

By: TPG Credit Opportunities Fund G.P., L.P.,
Its General Partner

By: _____
Name: Julie K. Brown
Title: Vice President
Tel.: 612-851-5003

W:\02831072\doc\111706-Delphi Transfer of Claim Agreement(3).doc    - 8 -