UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br>Claim No. 2639 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:   **PREMIER MANUFACTURING** ("Transferor")
[TRANSFEROR NAME & ADDRESS]
**2828 HIGHLAND AVE ATTN ACCTG**

**SUPPORT SERVICES INC**
**CINCINNATI, OH 45212**

2.   Please take notice of the transfer of $ 1,179,772.10 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $ 1,179,772.10 to:
**Madison Investment Trust - Series 38** ("Transferee")
[TRANSFEREE NAME & ADDRESS]
**6310 Lamar Avenue, Suite 120**

**Overland Park, KS       66202**

No action is required if you do not object to the transfer of you claim.

_Rick Newkirk_
Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

April 3, 2006

## EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

Premier Manufacturing Support Services, Inc. [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 4/5/06

04-06-06A09:40 RCVD

[NAME OF CLAIMANT] Premier Manufacturing Support Services, Inc.

By: _____
(Signature of Claimant)

Print Name: Donnus G. Morsch

2828 Highland Avenue
(Address)
Cincinnati, OH 45212
(Address)

38-3500660
(SS#/Tax ID)

By: _____
(Signature of Claimant)

Print Name: Alexander Kienle

2200 N. Roemer Road
(Address)
PO Box 2337  Appleton, WI 54912
(Address)

39-2042166
(SS#/Tax ID)

Transfer Agreement Number: 102213145

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
(signature)
Rick Newkirk
(print name)

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC <br><br><br> Debtor. | Chapter 11 <br> Case Nos. 05-44481 <br><br> Claim No. 1787 |

# NOTICE OF TRANSFER OF CLAIM
# PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:    **UNIVERSAL BEARINGS INC** _____ ("Transferor")
    [TRANSFEROR NAME & ADDRESS]
    **431 N BIRKEY ST**



    **BREMEN, IN 465062016**

2. Please take notice of the transfer of $ 132,614.03 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    Transfer $ 132,614.03 :
    **Madison Niche Opportunities, LLC** _____ ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    **6310 Lamar Ave**
    **Suite 120**
    **Overland Park, KS     66202**

No action is required if you do not object to the transfer of you claim.

*Sally Meyer* (signature)
Sally Meyer
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

___Universal Bearings Inc.___, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___5/2/06___

Name: ___Universal Bearings, Inc.___

By: ___[signature]___
(Signature of Claimant)

Print Name: ___David C. Ketcham - V.P. Finance___

___431 N. Birkey Dr.___
(Address)
___Bremen, IN 46506___
(Address)
___22-3123047___
(SS#/Tax ID)

05-03-06 A10:34 RCVD

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102405623

Accepted: Madison Liquidity Investors, LLC

By: ___[signature]___