# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,                    Case No. 05-44481
                                                     (Jointly Administered)
                                                     Court ID (court use only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **JPMorgan Chase Bank, N.A.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Contrarian Funds, LLC**<br>**411 West Putnam Ave., Ste. 225**<br>**Greenwich, CT 06830**<br>**Attn: Alpa Jimenez**<br>**Phone 203-862-8236** | |
| Last Four Digits of Acct#:  N/A | Last Four Digits of Acct#:  N/A |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **JPMorgan Chase Bank, N.A.**<br>**270 Park Avenue, 17th Floor**<br>**New York, NY  10017**<br>**Attn: Andrew Opel** |
| **Court Claim # (if known): 14141**<br>**Claim Amount:**<br><br>**$2,492,426.58 (general unsecured portion only)** | Last Four Digits of Acct#:  N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____          Date: _____12/13/2006_____
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                          _____
                                                           **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   In re:                                                              :            Chapter 11

   Delphi Automotive Systems LLC,         :            Case No. 05-44640 (RDD)

                   Debtors.                         :

------------------------------------------------------------X

       **JPMORGAN CHASE BANK, N.A.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **CONTRARIAN FUNDS, LLC**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor in the principal amount of $2,492,426.58 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Corporation et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

       The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim filed by Parker Hannifin Corporation (the "Original Assignor"), a copy of which is attached hereto as Exhibit C. A copy of the Evidence of Transfer of Claim from Original Assignor to SPCP GROUP, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. ("SPCP") is attached hereto as Exhibit D-1 and a copy of Evidence of Transfer of Claim from SPCP to Assignor is attached hereto as Exhibit D-2. The Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

       **{Signatures appear on the following page.}**

16

IN WITNESS WHEREOF, dated the __ day of August, 2006.

                                      **CONTRARIAN FUNDS, LLC, as Assignee**

                                      By: Contrarian Capital Management, LLC, as Manager

                                      By: _____
                                        Name: JANICE M. STANTON
                                        Title: MEMBER

Accepted and agreed to as of this __ day of August, 2006

**JPMORGAN CHASE BANK, N.A.
as Assignor**

By _____
    **Name:**
    **Title:**

17

IN WITNESS WHEREOF, dated the __ day of August, 2006.

IN WITNESS WHEREOF, dated the __ day of August, 2006.

                       **CONTRARIAN FUNDS, LLC, as Assignee**

By: Contrarian Capital Management, LLC, as Manager

By: _____
Name:
Title:

Accepted and agreed to as of this __ day of August, 2006

**JPMORGAN CHASE BANK, N.A.**
as Assignor

By _____
    Name:
    Title:    AUTH...            ...ORY

17