UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
NEW YORK DIVISION

Case Number: 05-44640

In Re: DELPHI AUTOMOTIVE SYSTEMS LLC
Taxpayer Number: 1-38-3431131-1

**Withdrawal Of**

**Priority Proof of Claim**

Name of Creditor:    Texas Comptroller of Public Accounts on behalf of the
State of Texas, Texas Municipalities, Texas Counties,
Special Purpose Districts and/or Texas Metropolitan or
Regional Transportation Authorities.

Send notices to:    Office of the Attorney General
Collection Division - Bankruptcy Section
PO Box 12548
Austin, TX  78711-2548

1.  DATE OF CLAIM:    04/05/2006

2.  TOTAL AMOUNT OF CLAIM:    $ 365,469.33

    SALES AND USE TAX CH. 151, (321, 322, & 323)

3.  DATE DEBT WAS INCURRED:    01/01/2000 TO 10/08/2005

**4.  THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN**

Date:  12/7/2006

Richard Craig
Legal Counsel
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim:  fine of up to $5,000 or imprisonment for up to 5 years,
or both.  18 U.S.C. secs 152 and 3571

# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

### AUSTIN, TEXAS 78774-0100

December 07, 2006

Clerk
U.S. Bankruptcy Court
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408

Re:  Taxpayer #1-38-3431131-1
     Bankruptcy Case # 05-44640
     DELPHI AUTOMOTIVE SYSTEMS LLC

Enclosed is the state's notice of withdrawal in the above-captioned proceeding for a Pre-petition Tax Claim.

Attached is an extra copy of the withdrawal.  Please stamp this copy with the date filed and return in the enclosed self-addressed envelope.  The Comptroller of Public Accounts is being represented in this proceeding by the Office of the Attorney General.  Please direct all notices and correspondence to:

                Office of the Attorney General
            Collections Division/Bankruptcy Section
                P.O. Box 12548, Capitol Station
                    Austin, TX  78711-2548

Thank you for your cooperation in this matter.

Respectfully yours,

Richard Craig
Legal Counsel
Revenue Accounting Division
P.O. Box 13528
Austin, TX  78711-3528

Enclosure