UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
NEW YORK DIVISION

Case Number: 05-44640

In Re: DELPHI AUTOMOTIVE SYSTEMS LLC
Taxpayer Number: 1-38-3431131-1

## Withdrawal Of

## Priority Proof of Claim

Name of Creditor:   Texas Comptroller of Public Accounts on behalf of the State of Texas, Texas Municipalities, Texas Counties, Special Purpose Districts and/or Texas Metropolitan or Regional Transportation Authorities.

Send notices to:   Office of the Attorney General
Collection Division - Bankruptcy Section
PO Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM:   04/05/2006

2. TOTAL AMOUNT OF CLAIM:   $ 63,711,301.43

    DIRECT PAY SALES AND USE TAX CH. 151, (321, 322, & 323)

3. DATE DEBT WAS INCURRED:   10/01/1999 TO 10/08/2005

**4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN**

Date: 12/7/2006

Richard Craig
Legal Counsel
Texas Comptroller of Public Accounts

*[RECEIVED stamp: CLAIMS PROCESSING CENTER USBC, SDNY]*

Penalty for presenting fraudulent claim:  fine of up to $5,000 or imprisonment for up to 5 years,
or both.  18 U.S.C. secs 152 and 3571



# COMPTROLLER OF PUBLIC ACCOUNTS
## P.O. BOX 13528
## AUSTIN, TX 78711-3528

December 7, 2006

Clerk
U.S. Bankruptcy Court
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408

Re:  Taxpayer # 1-38-3431131-1
     Bankruptcy Case # 05-44640
     DELPHI AUTOMOTIVE SYSTEMS LLC

Enclosed is the state's notice of withdrawal in the above-captioned proceeding for Pre-Petition Tax Claim.

Attached is an extra copy of the withdrawal. Please stamp this copy with the date filed and return in the enclosed self-addressed envelope. The Comptroller of Public Accounts will be represented in this proceeding by the Office of the Attorney General. Please direct all notices and correspondence to:

        Office of the Attorney General
        Bankruptcy – Collections Division
        PO Box 12548, Capitol Station
        Austin, TX   78711-2548

Thank you for your cooperation in this matter.

Respectfully Yours,

Richard Craig
Legal Counsel
Revenue Accounting Division
PO Box 13528
Austin, TX  78711-3528

Enclosure