**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

| | |
|---|---|
| In re:                                : | |
|                                    : | In Proceedings For A Reorganization Under |
| Delphi Corporation, et. al.       | Chapter 11 |
|                                    | Case No. 05-44481 (rdd) |
|                                  : | |
|                 Debtor.                  : | |

------------------------------------X

**<u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED <u>December 11, 2006</u>, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

Second Supplemental Affidavit of James M. Koshland Regarding the Retention of DLA Piper US LLP as Corporate, Employment and Intellectual Property Counsel for Debtor Mobilearia, Inc.