```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
      In re                             :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                         Debtors.       :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### ORDER SCHEDULING NON-OMNIBUS HEARINGS ON DEBTORS' PLAN INVESTMENT AND FRAMEWORK SUPPORT APPROVAL MOTION AND DIP REFINANCING MOTION

Upon the Debtors' oral motion of December 13, 2006 for an order scheduling non-omnibus hearing dates for (i) the Debtors' Expedited Motion for Order Authorizing and Approving the Equity Purchase and Commitment Agreement Pursuant to Sections 105(a), 363(b), 503(b) And 507(a) of the Bankruptcy Code and the Plan Framework Support Agreement Pursuant to Sections 105(a), 363(b), And 1125(e) of the Bankruptcy Code ("Plan Investment And Framework Support Approval Motion") and (ii) the Debtors' Expedited Motion for Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), And 364(e) And Fed. R. Bankr. P. 2002, 4001, And 6004(g) (I) Authorizing Debtors to Obtain Post-Petition Financing and (II) Authorizing Debtors to Refinance Secured Post-Petition Financing and Prepetition Secured Debt (the "DIP Refinancing Motion"); and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby

ORDERED that the hearing for the Plan Investment And Framework Support Approval Motion and the DIP Refinancing Motion shall be held on January 5, 2007 at 10:00 a.m. (Prevailing Eastern Time). The Objection Deadline for the Plan

Investment And Framework Support Approval Motion and the DIP Refinancing Motion shall be 4:00 p.m. (Prevailing Eastern Time) on January 2, 2007 and the reply deadline shall be no later than 4:00 p.m. on January 4, 2007; and it is further

ORDERED that, with respect to the DIP Refinancing Motion, the Debtors will file the Replacement Credit Agreement (as defined in the DIP Refinancing Motion) no later than December 26, 2006, and that the Debtors are required to serve the Replacement Credit Agreement, via electronic service, only on counsel for (i) the statutory committees, (ii) the U.S. Trustee, (iii) General Motors Corporation, (iv) the Plan Investors (as defined in the Plan Investment And Framework Support Approval Motion ), and (v) any parties that have filed objections to the DIP Refinancing Motion as of the date and time the Replacement Credit Agreement is filed; provided that the Debtors will post the Replacement Credit Agreement on the Delphi Legal Information Website, www.delphidocket.com; and it is further

ORDERED that the Plan Investment And Framework Support Approval Motion, the DIP Refinancing Motion, and any objections, responses, or replies with respect thereto shall be filed with this Court and served in accordance with the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered by this Court on October 26, 2006 (Docket No. 5418).

Dated:   New York, New York
         December 18, 2006

          /s/Robert D. Drain
          UNITED STATES BANKRUPTCY JUDGE