B210
(12/04)

# United States Bankruptcy Court

Southern District of New York

In re DELPHI CORPORATION, *et al.*     Case No. 05-44481 (RDD)
    DELPHI AUTOMOTIVE SYSTEMS LLC     Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Debt Acquisition Company of America V, LLC | ACS INDUSTRIES |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| Debt Acquisition Company of America V, LLC<br>Attn: Traci J. Fette<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 | |
| Phone: (619) 220-8900 | |
| Last Four Digits of Acct #: | Last Four Digits of Acct. #: |
| Name and Address where transferee payments Should be sent (if different from above) | Name and Current Address of Transferor<br><br>ACS INDUSTRIES<br>191 SOCIAL ST<br>WOONSOCKET RI 02895 |
| Phone: Same as Above | Phone: 401 769 4700 x5276 |
| Last Four Digits of Acct. #: | Last Four Digits of Acct. #: |

Court Claim # (If known): 2970
Claim Amount: $1,100.00
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Traci J. Fette*     Date: December 18, 2006
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 &3571.

DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____     _____
                                                                       CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                      ) Chapter 11
                                                            ) Case No. 05-44481 (RDD)
                                                            )
DELPHI CORPORATION, et al.,                                 ) Jointly Administered
DELPHI AUTOMOTIVE SYSTEMS LLC                               )
                                                            ) **NOTICE OF TRANSFER OF CLAIM**
        Debtors.                                            ) **OTHER THAN FOR SECURITY AND**
                                                            ) **WAIVER OF NOTICE**
                                                              Bankruptcy Rule 3001(e)(2)

   PLEASE TAKE NOTICE that the filed claim of ACS INDUSTRIES ("Transferor") against the Debtor in the amount of $1,100.00 (Claim No. 2970), as listed within the Claims Register, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2.

   I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,100.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Interpretation of this agreement that results in legal proceedings shall be initiated and adjudicated in the County of San Diego, State of California. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
ACS INDUSTRIES
14211 INDUSTRY ST  HOUSTON TX 77053

Print Name  Paul Pimentel                          Title  CFO
Signature                                          Date  12/11/06
Updated Address (if needed)  191 Social St, Woonsocket, RI 02895
Phone 401 769 4700  Fax 401 767 5670  E-Mail ppimentel@acsind.com

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 HOTEL CIRCLE SOUTH, SUITE 310, SAN DIEGO, CA 92108

Signature:       J. Fette
                 Traci Fette