UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                     |
                                                           | Chapter 11
DELPHI AUTOMOTIVE SYSTEMS LLC                              |
                                                           | Case No. 05-44640
                                                           |
              Debtor.                                      |
                                                           | **Claim#16413**
------------------------------------------------------------------X
### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

To: (Transferor)        Gill Industries, Inc.
                        5271 Plainfield Ave NE
                        Grand Rapids, MI 49525-1046
                        Attn: Walter D. Catton


The transfer of your claim as shown above, in the amount of $68,853.37 has been transferred (unless previously expunged by court order) to:

                        LONGACRE MASTER FUND, LTD.
                        Transferor: Gill Industries, Inc.
                        810 Seventh Avenue, 22nd Floor
                        New York, NY  10019
                        Att: Vladimir Jelisavcic


No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:


        - FILE A WRITTEN OBJECTION TO THE TRANSFER with:


                United States Bankruptcy Court
                Southern District of New York
                One Bowling Green
                New York, New York 10004


        - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL No. _____ in your objection.  If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                        Intake Clerk
-----------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                _____
                                Deputy Clerk

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit B

TO:                United States Bankruptcy Court ("Bankruptcy Court")
                   Southern District of New York
                   One Bowling Green
                   New York, NY 10004
                   Attn:   Clerk


AND TO:            DELPHI AUTOMOTIVE SYSTEMS LLC ("Debtor")
                   Case No. 05-44640

Claim # 16413

This Evidence of Transfer of Claim makes reference to the Assignment of Claim, dated November __, between Gill Industries Inc. ("Seller) and Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), L.P.

**SELLER,** its successors and assigns, for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE MASTER FUND, LTD.**
c/o U.S. Bank National Association
Corporate Trust Services
1420 Fifth Avenue, 7th Floor
Seattle, Washington 98101
Attn: Dawnita Ehl

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim held by Seller in the amount of $68,853.37 ("Claim") against the Debtor.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 13, 2006.

**GILL INDUSTRIES INC**                    LONGACRE MASTER FUND LTD.

By: /s/ Walter D. Catton                   By:/s/ Steven S. Weissman
Name:  Walter D. Catton                    Name:  Steven S. Weissman
Title: VP                                  Title:   Director

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                    |
                                                                          | Chapter 11
DELPHI CORPORATION                                                        |
                                                                          | Case No. 05-44481
                                                                          |
                        Debtor.                                           |
                                                                          | **Claim#11098**
-------------------------------------------------------------------X
              **NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)**

To: (Transferor)            Gill Industries Inc.
                            Gill Manufacturing
                            5271 Plainfield
                            Grand Rapids, MI 49505-1046
                            Attn: Walter D. Catton


The transfer of your claim as shown above, in the amount of $68,853.37 has been transferred
(unless previously expunged by court order) to:
                            LONGACRE MASTER FUND, LTD.
                            Transferor: Gill Industries Inc.
                            810 Seventh Avenue, 22nd Floor
                            New York, NY  10019
                            Att: Vladimir Jelisavcic


No action is required if you do not object to the transfer of your claim.  However, IF YOU
OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF
THIS NOTICE, YOU MUST:

         - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

                 United States Bankruptcy Court
                 Southern District of New York
                 One Bowling Green
                 New York, New York 10004


         - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing
will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE
WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                                      Intake Clerk
---------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                        _____
                                        Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

<u>Exhibit B</u>

TO:   United States Bankruptcy Court ("<u>Bankruptcy Court</u>")
     Southern District of New York
     One Bowling Green
     New York, NY 10004
     Attn: Clerk

AND TO:  DELPHI CORPORATION ("<u>Debtor</u>")
     Case No. 05-44481

<u>Claim # 11098</u>
This Evidence of Transfer of Claim makes reference to the Assignment of Claim, dated November 30, between Gill Industries Inc. ("Seller) and Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), L.P.

**SELLER,** its successors and assigns, for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    **LONGACRE MASTER FUND, LTD.**
    c/o U.S. Bank National Association
    Corporate Trust Services
    1420 Fifth Avenue, 7th Floor
    Seattle, Washington 98101
    Attn: Dawnita Ehl

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim held by Seller in the amount of <u>$68,853.37</u> ("<u>Claim</u>") against the Debtor.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 30 2006.

**GILL INDUSTRIES INC**     LONGACRE MASTER FUND LTD.

By: /s/ Walter D. Catton     By:/s/ Steven S. Weissman
Name:  Walter D. Catton    Name:  Steven S. Weissman
Title: VP         Title:    Director