UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: : | Chapter 11 |
| DELPHI CORPORATION, et al., : | |
| : | Case No. 05-44481 (RDD) |
| Debtors. : | |
| : | (Jointly Administered) |
| : | |

**ORDER GRANTING MOTION OF MARY P. O'NEILL AND LIAM P. O'NEILL FOR RELIEF FROM AUTOMATIC STAY**

Mary P. O'Neill and Liam P. O'Neill having moved for relief from the Automatic Stay to the limited extent of permitting them to continue prosecution of the civil action entitled *Mary P. O'Neill and Liam P. O'Neill v. General Motors Corp. et al.*, Circuit Court of Cook County, Illinois, No. 03 L 7792 (the "Motion"), and due notice of the Motion having been given to the Debtor and all other parties entitled to notice, and the Court having considered all objections to the Motion, and the Court having concluded that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334, and this being a core proceeding pursuant to 28 U.S.C § 157, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief provided herein;

**NOW, THEREFORE**, it is hereby,

**ORDERED**, that the Motion of Mary P. O'Neill and Liam P. O'Neill for relief from the automatic stay to the limited extent of permitting them to continue and complete the prosecution of the civil action entitled *Mary P. O'Neill and Liam P. O'Neill v. General Motors Corp. et al.*, Circuit Court of Cook County, Illinois, No. 03 L 7792, be and the same hereby is granted; and it is further

**ORDERED**, that the automatic stay be and the same hereby is lifted to permit the conclusion of said civil action on the condition that recovery on the claim be limited to insurance proceeds.

**ORDERED**, that except as otherwise provided in this order, the automatic stay shall remain in full force and effect for any other purpose.

**ORDERED**, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
       December 18, 2006.

                            /s/Robert D. Drain
                            Hon. Robert D. Drain
                            United States Bankruptcy Judge