**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Tel: 213/892-4000
Fax: 213/629-5063
Gregory A. Bray (Admitted in California 115367)
Thomas R. Kreller (Admitted in California 161922)
James E. Till (Admitted in California 200464)

Attorneys for Dolce Investments LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                       :   **Chapter 11**
**In re**                                              :
                                                       :   **Case No. 05-44481 (RDD)**
**DELPHI CORPORATION, et al.,**                        :
                                                       :   **(Jointly Administered)**
                                                       :
**Debtors**                                            :
-------------------------------------------------------x

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109 and Federal Rule of Bankruptcy Procedure 9010, Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), hereby appears as counsel of record in these cases for Dolce Investments LLC ("Dolce").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3007, 3017, 4001, 6004, 6006, 9007 and 9010, Dolce hereby requests that all notices given or required to be given in this bankruptcy case by any party or their counsel of record, whether in writing or by telephone, fax or any other form of transmission, and all papers served or required to be served in this case by any party or their counsel of record, be given and served upon Milbank at the following address

**MILBANK, TWEED, HADLEY & McCLOY LLP**
601 South Figueroa St., 30th Floor
Los Angeles, California 90017
Telephone: 213/892-4000
Facsimile: 213/629-5063
Attn:   Gregory A. Bray, Esq.,        gbray@milbank.com
          Thomas R. Kreller, Esq.      tkreller@milbank.com
          James E. Till, Esq.           jtill@milbank.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, all notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, and all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex or otherwise that affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case with respect to (i) the Debtors, (ii) property of the estate, or proceeds thereof, in which the Debtors may claim an interest, or (iii) property or proceeds thereof, in the possession, custody, or control of others, that the Debtors may seek to use.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall constitute a waiver by Dolce of: (a) its right to have final orders in non-core matters entered only after *de novo* review by a District Court; (b) its right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (c) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, or in equity. All of the above rights, claims, actions, defenses, setoffs and recoupments expressly are reserved and preserved unto Dolce, without exception, and with no

purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation by Dolce or its counsel in these bankruptcy cases.

December 18, 2006                **MILBANK, TWEED, HADLEY & McCLOY LLP**

By:   /s/ James E. Till
        Gregory A. Bray
        Thomas R. Kreller
        James E. Till

Attorneys for Dolce Investments LLC