**Nissan Technical Center N.A.**
**Vendor DUNS # RD 088328109**
**Payment History 1/1/05 - 10/8/05**
**Test Track Agreement**

| Process # | Plant Code | Doc Type # | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # | Status | Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|
| '9000029202344 | EA | 2 | '059441590001 | 1/13/2005 | $813.49 | AZ1452 | AES34597 | PAID | 3/2/2005 | 900488736 |
| '9000029202345 | EA | 2 | '059441630001 | 1/13/2005 | $15,000.00 | AZ1452 | AES34599 | PAID | 3/2/2005 | 900488736 |
| '9000029431934 | EA | 2 | '059446660001 | 2/5/2005 | $869.26 | AZ1455 | AES34889 | PAID | 4/4/2005 | 900493335 |
| '9000029431935 | EA | 2 | '059446680001 | 2/5/2005 | $15,000.00 | AZ1455 | AES34890 | PAID | 4/4/2005 | 900493335 |
| '9000029745102 | EA | 2 | '059454520001 | 3/5/2005 | $682.50 | AZ1458 | AES35280 | PAID | 5/2/2005 | 900497806 |
| '9000029745103 | EA | 2 | '059454530001 | 3/5/2005 | $15,000.00 | AZ1458 | AES35282 | PAID | 5/2/2005 | 900497806 |
| '9000030311558 | EA | 2 | '059465300001 | 4/11/2005 | $929.76 | AZ1463 | AES35881 | PAID | 6/2/2005 | 900502455 |
| '9000030311559 | EA | 2 | '059465310001 | 4/11/2005 | $15,000.00 | AZ1463 | AES35882 | PAID | 6/2/2005 | 900502455 |
| '9000030628940 | EA | 2 | '059472170001 | 5/11/2005 | $15,000.00 | AZ1468 | AES36224 | PAID | 7/5/2005 | 900506885 |
| '9000030628941 | EA | 2 | '059472180001 | 5/11/2005 | $1,398.67 | AZ1468 | AES36225 | PAID | 7/5/2005 | 900506885 |
| '9000031014141 | EA | 2 | '059480870001 | 6/9/2005 | $1,103.62 | AZ1473 | AES36699 | PAID | 8/2/2005 | 900510770 |
| '9000031014142 | EA | 2 | '059480880001 | 6/9/2005 | $15,000.00 | AZ1473 | AES36700 | PAID | 8/2/2005 | 900510770 |
| '9000031263467 | EA | 2 | '059486210001 | 7/8/2005 | $999.43 | AZ1475 | AES36925 | PAID | 9/2/2005 | 900515761 |
| '9000031263468 | EA | 2 | '059486220001 | 7/8/2005 | $15,000.00 | AZ1475 | AES36926 | PAID | 9/2/2005 | 900515761 |
| '9000031804415 | EA | 2 | '059492620001 | 8/9/2005 | $15,000.00 | AZ1479 | AES37173 | Ready To Pay | 10/2/2005 | 0 |
| '9000031804416 | EA | 2 | '059492630001 | 8/9/2005 | $1,222.87 | AZ1479 | AES37174 | Ready To Pay | 10/2/2005 | 0 |
| '9000033049379 | H2 | 2 | '5204422473001 | 9/19/2005 | $6,462.38 | AZ1482 | D0450178698 | Ready To Pay | 12/31/2049 | 0 |
| '9000033191529 | J6 | 2 | '5204514560001 | 9/19/2005 | $6,695.06 | AZ1482TI | D0450215151 | Ready To Pay | 12/31/2049 | 0 |
| '9000032095494 | K9 | 2 | '051878630001 | 9/19/2005 | $3,354.13 | AZ1479 | S2S55331 | Ready To Pay | 12/31/2049 | 0 |