**Nissan Technical Center N.A.**
**Vendor DUNS # LM 909900000**
**Payment History 1/1/05 - 10/8/05**
**Real Estate Lease**

| Process # | Plant Code | Doc Type # | Document # | Document Date | Total Amount | Bill Of Lading | Status | Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|
| '9000029025976 | EW | 2 | 'ZZ34530 | 1/21/2005 | $16,333.33 | 34530 | PAID | 1/25/2005 | 900482242 |
| '9000029406735 | EW | 2 | 'ZZ37542 | 2/21/2005 | $16,333.33 | 37542 | PAID | 2/23/2005 | 900487122 |
| '9000029766321 | EW | 2 | 'ZZ38354 | 3/23/2005 | $16,333.33 | 38354 | PAID | 3/29/2005 | 900491746 |
| '9000030114949 | EW | 2 | 'ZZ56937 | 4/21/2005 | $16,333.33 | 56937 | PAID | 4/25/2005 | 900496257 |
| '9000030449592 | EW | 2 | 'ZZ57351 | 5/20/2005 | $16,333.33 | 57351 | PAID | 5/24/2005 | 900500799 |
| '9000030799278 | EW | 2 | 'ZZ57792 | 6/21/2005 | $16,333.33 | 57792 | PAID | 6/23/2005 | 900505162 |
| '9000031020480 | EW | 2 | 'ZZ58272 | 7/21/2005 | $16,333.33 | 58272 | PAID | 7/25/2005 | 900509079 |
| '9000031421341 | EW | 2 | 'ZZ58589 | 8/23/2005 | $16,333.33 | 58589 | PAID | 8/25/2005 | 900514025 |
| '9000031785145 | EW | 2 | 'ZZ58932 | 9/22/2005 | $16,333.33 | 58932 | PAID | 9/26/2005 | 900518697 |