United States Bankruptcy Court
Southern District of New York

_____
                                )
In Re:                          )
                                )
**Delphi Corporation, et al.,** )          Chapter 11
                                )          Case No.: **05-44481**
                                )          Claim No.:
                    Debtors      )          Court ID:
_____)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001E(1) or E(2)

To **Transferor**:

      **ASI ENVIROMENTAL TECHNOLOGIES**
      **410 E DOWLAND ST**
      **LUDINGTON, MI  49431**

The transfer of your entire claim as shown above in the amount of **$1,463.00** has been transferred to **Transferee**:

      Redrock Capital Partners, LLC
      111 S. Main Street, Ste C11
      P.O. Box 9095
      Breckenridge, CO 80424

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: **12/19/2006**

/s/ Craig L. Klein
Craig L. Klein
Redrock Capital Partners, LLC
970.547.9065

-------------------------------------------------------------------------------------------------------------------------------------
FOR CLERKS OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200__.
INTERNAL CONTROL No. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney_____

                                       _____
                                       Deputy ClerkBc: objntc (4/23/93)

OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM NOT ON FILE

# Redrock Capital Partners, LLC
### EVIDENCE OF TRANSFER OF CLAIM

TO:              Clerk, United States Bankruptcy Court, **Southern District of New York**

AND TO:          Redrock Capital Partners, LLC ("Assignee")
                 111 S. Main Street, Ste C11
                 PO Box 9095
                 Breckenridge, CO 80424

**ASI ENVIROMENTAL TECHNOLOGIES** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated **2/16/2006**, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Redrock Capital Partners, LLC**, with offices at 111 S. Main Street, Suite C11, Breckenridge, CO 80424, all rights, title and interest in and to the Claim(s) of Assignor against **Delphi Corporation, et al.,** in the United States Bankruptcy Court for the **Southern District of New York**, Chapter 11 case number **05-44481**, including without limitation those receivables of the Seller identified by invoice numbers which will be made available if requested by Buyer.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

        IN WITNESS WHEREOF, dated as of the **2/16/2006**

**ASI ENVIROMENTAL TECHNOLOGIES**

Signature of Assignor **/s/ Dave Werner**          Signature of Co-Assignor

Print Name of Assignor **Dave Werner**             Print Name of Co-Assignor

Title **Project Manager**                          Title

Street Address **410 E Dowland St.**               Street Address

City, State & Zip **Ludington MI 49431**           City, State & Zip

United States Bankruptcy Court
Southern District of New York

_____
                                )
In Re:                          )
                                )
**Delphi Corporation, et al.,** )          Chapter 11
                                )          Case No.: **05-44640**
                                )          Claim No.:
                  Debtors       )          Court ID:
_____)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001E(1) or E(2)

To **Transferor**:

        **FLEXIBLE AUTOMATION INC**
        **3387 BRISTOL RD**
        **BURTON, MI  48529**

The transfer of your entire claim as shown above in the amount of **$13,410.00** has been transferred to **Transferee**:

        Redrock Capital Partners, LLC
        111 S. Main Street, Ste C11
        P.O. Box 9095
        Breckenridge, CO 80424

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: **12/19/2006**

/s/ Craig L. Klein
Craig L. Klein
Redrock Capital Partners, LLC
970.547.9065

--------------------------------------------------------------------------------------------------------------------------------------
FOR CLERKS OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200__.
INTERNAL CONTROL No. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney_____

                                              _____
                                              Deputy ClerkBc: objntc (4/23/93)

OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM NOT ON FILE

# Redrock Capital Partners, LLC
### EVIDENCE OF TRANSFER OF CLAIM

TO:                      Clerk, United States Bankruptcy Court, **Southern District of New York**

AND TO:               Redrock Capital Partners, LLC ("Assignee")
                            111 S. Main Street, Ste C11
                            PO Box 9095
                            Breckenridge, CO 80424

**FLEXIBLE AUTOMATION INC** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated **2/24/2006**, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Redrock Capital Partners, LLC**, with offices at 111 S. Main Street, Suite C11, Breckenridge, CO 80424, all rights, title and interest in and to the Claim(s) of Assignor against **Delphi Corporation, et al.,** in the United States Bankruptcy Court for the **Southern District of New York**, Chapter 11 case number **05-44481**, including without limitation those receivables of the Seller identified by invoice numbers which will be made available if requested by Buyer.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

          IN WITNESS WHEREOF, dated as of the **2/24/2006**

**FLEXIBLE AUTOMATION INC**

Signature of Assignor **/s/ Steve White**          Signature of Co-Assignor

Print Name of Assignor **Steve White**             Print Name of Co-Assignor

Title **VP of Finance**                            Title

Street Address **3387 E. Bristol**                 Street Address

City, State & Zip **Burton, MI 45529**             City, State & Zip

United States Bankruptcy Court
Southern District of New York

_____
                                )
In Re:                          )
                                )
**Delphi Corporation, et al.,**      )          Chapter 11
                                )          Case No.: **05-44481**
                                )          Claim No.:
                    Debtors     )          Court ID:
_____)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001E(1) or E(2)

To **Transferor**:

        **D P BROWN OF DETROIT INC**
        **PO BOX 5907**
        **SAGINAW, MI  48603**

The transfer of your entire claim as shown above in the amount of $**4,910.00** has been transferred to
**Transferee**:

      Redrock Capital Partners, LLC
      111 S. Main Street, Ste C11
      P.O. Box 9095
      Breckenridge, CO 80424

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim, objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: **12/19/2006**

/s/ Craig L. Klein
Craig L. Klein
Redrock Capital Partners, LLC
970.547.9065

--------------------------------------------------------------------------------------------------------------------------------------
FOR CLERKS OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200__.
INTERNAL CONTROL No. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney_____

                         _____
                         Deputy ClerkBc: objntc (4/23/93)

OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM NOT ON FILE

# Redrock Capital Partners, LLC
### EVIDENCE OF TRANSFER OF CLAIM

TO:             Clerk, United States Bankruptcy Court, **Southern District of New York**

AND TO:      Redrock Capital Partners, LLC ("Assignee")
             111 S. Main Street, Ste C11
             PO Box 9095
             Breckenridge, CO 80424

**D P BROWN OF DETROIT INC** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated **2/10/2006**, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Redrock Capital Partners, LLC**, with offices at 111 S. Main Street, Suite C11, Breckenridge, CO 80424, all rights, title and interest in and to the Claim(s) of Assignor against **Delphi Corporation, et al.,** in the United States Bankruptcy Court for the **Southern District of New York**, Chapter 11 case number **05-44481**, including without limitation those receivables of the Seller identified by invoice numbers which will be made available if requested by Buyer.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

        IN WITNESS WHEREOF, dated as of the **2/10/2006**


**D P BROWN OF DETROIT INC**


Signature of Assignor **/s/ Matthew Marlick**          Signature of Co-Assignor

Print Name of Assignor **Matthew Marlick**            Print Name of Co-Assignor

Title **President**                                   Title

Street Address **1646 Champagne Drive N**             Street Address

City, State & Zip **Saginaw MI 48603**                City, State & Zip

United States Bankruptcy Court
Southern District of New York

_____
                                )
In Re:                          )
                                )
**Delphi Corporation, et al.,** )            Chapter 11
                                )            Case No.: **05-44481**
                                )            Claim No.:
                    Debtors      )            Court ID:
_____)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001E(1) or E(2)

To **Transferor**:

      **RJW MANUFACTURING INCORPORATED**
      **1968 HWY 31 S**
      **PO BOX 1103**
      **ATHENS, AL 36512**

The transfer of your entire claim as shown above in the amount of **$45,703.07** has been transferred to
**Transferee**:

      Redrock Capital Partners, LLC
      111 S. Main Street, Ste C11
      P.O. Box 9095
      Breckenridge, CO 80424

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim,
objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely
received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: **12/19/2006**

/s/ Craig L. Klein
Craig L. Klein
Redrock Capital Partners, LLC
970.547.9065

---------------------------------------------------------------------------------------------------------------------------------
FOR CLERKS OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200__.
INTERNAL CONTROL No. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney_____

                                               _____
                                             Deputy ClerkBc: objntc (4/23/93)

OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM NOT ON FILE

# Redrock Capital Partners, LLC
### EVIDENCE OF TRANSFER OF CLAIM

TO:              Clerk, United States Bankruptcy Court, **Southern District of New York**

AND TO:       Redrock Capital Partners, LLC ("Assignee")
              111 S. Main Street, Ste C11
              PO Box 9095
              Breckenridge, CO 80424

**RJW MANUFACTURING INCORPORATED** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated **2/8/2006**, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Redrock Capital Partners, LLC**, with offices at 111 S. Main Street, Suite C11, Breckenridge, CO 80424, all rights, title and interest in and to the Claim(s) of Assignor against **Delphi Corporation, et al.,** in the United States Bankruptcy Court for the **Southern District of New York**, Chapter 11 case number **05-44481**, including without limitation those receivables of the Seller identified by invoice numbers which will be made available if requested by Buyer.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

        IN WITNESS WHEREOF, dated as of the **2/8/2006**

**RJW MANUFACTURING INCORPORATED**

Signature of Assignor **/s/ Robert J. Weatherford**          Signature of Co-Assignor

Print Name of Assignor **Robert J. Weatherford**          Print Name of Co-Assignor

Title **CFO**          Title

Street Address **PO Box 1103 1968 Hwy 315**          Street Address

City, State & Zip **Athens, AL 35612**          City, State & Zip

United States Bankruptcy Court
Southern District of New York

_____
                                    )
In Re:                              )
                                    )
**Delphi Corporation, et al.,**     )         Chapter 11
                                    )         Case No.: **05-44481**
                                    )         Claim No.:
                    Debtors         )         Court ID:
_____)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001E(1) or E(2)

To **Transferor**:

        **GRAY AMERICA CORP A LAB**
        **3050 DRYDEN RD**
        **DAYTON, OH  45439**

The transfer of your entire claim as shown above in the amount of **$28,650.00** has been transferred to
**Transferee**:

        Redrock Capital Partners, LLC
        111 S. Main Street, Ste C11
        P.O. Box 9095
        Breckenridge, CO 80424

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claim,
objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely
received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: **12/19/2006**

/s/ Craig L. Klein
Craig L. Klein
Redrock Capital Partners, LLC
970.547.9065

--------------------------------------------------------------------------------------------------------------------------------
FOR CLERKS OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200__.
INTERNAL CONTROL No. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney_____

                                _____
                                Deputy ClerkBc: objntc (4/23/93)

OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM NOT ON FILE

# Redrock Capital Partners, LLC
### EVIDENCE OF TRANSFER OF CLAIM

TO:                    Clerk, United States Bankruptcy Court, **Southern District of New York**

AND TO:             Redrock Capital Partners, LLC ("Assignee")
                          111 S. Main Street, Ste C11
                          PO Box 9095
                          Breckenridge, CO 80424

**GRAY AMERICA CORP A LAB** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated **2/10/2006**, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Redrock Capital Partners, LLC**, with offices at 111 S. Main Street, Suite C11, Breckenridge, CO 80424, all rights, title and interest in and to the Claim(s) of Assignor against **Delphi Corporation, et al.,** in the United States Bankruptcy Court for the **Southern District of New York**, Chapter 11 case number **05-44481**, including without limitation those receivables of the Seller identified by invoice numbers which will be made available if requested by Buyer.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, dated as of the **2/10/2006**

**GRAY AMERICA CORP A LAB**

Signature of Assignor **/s/ Darren T. Taulbee**              Signature of Co-Assignor

Print Name of Assignor **Darren T. Taulbee**                 Print Name of Co-Assignor

Title **CFO**                                                                Title

Street Address **3050 Dryden Rd**                              Street Address

City, State & Zip **Dayton, OH 45439**                        City, State & Zip