UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
In re:                                   :         Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :         Case Nos. 05-44481 (RDD)
                                         :         Jointly Administered
                              Debtor.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


SECOND SUPPLEMENTAL AFFIDAVIT OF LEGAL
ORDINARY COURSE PROFESSIONAL

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

  Stephen D. Gardner being duly sworn, deposes and says:

  1.  I am a partner of Cooley Godward Kronish LLP ("Cooley") which firm maintains offices at 1114 Avenue of the Americas, New York, NY 10036.

  2.  This affidavit supplements (i) my affidavit (the "Affidavit") dated January 12, 2006 in support of Kronish Lieb Weiner & Hellman LLP's ("Kronish Lieb") retention as a legal ordinary course professional by the Debtors; and (ii) my supplemental affidavit (the "Supplemental Affidavit") dated June 9, 2006 in support of Kronish Lieb's retention as a legal ordinary course professional by the Debtors.

  3.  Effective October 1, 2006 Kronish Lieb merged with Cooley Godward LLP to form Cooley Godward Kronish LLP.  The firm's New York address and phone number remain the same.  Cooley provided the Court with a Notice of Change of Firm Name on October 12, 2006 (Docket #5295).

  4.  As set forth in the Affidavit, Cooley represents Delphi Corporation as counsel in a variety of general federal income tax matters (including questions relating to corporate income tax, the income tax treatment of joint ventures, foreign tax credits and the United States tax consequences of the restructuring of certain of its foreign activities).

  5.  The Debtors have requested, and Cooley has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters.

  6.  Cooley and its partners, associates, counsel and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases.  Cooley does not and

934993v1

will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates, except as follows:

> (i)        As set forth in the Supplemental Affidavit, Cooley has recently been engaged to serve as local counsel by an entity known as Wireless Matrix in the MobileAria, Inc. bankruptcy proceeding. Cooley's representation of Wireless Matrix is limited to the support of a motion filed by MobileAria to assume and assign a certain executory contract to Wireless Matrix.  Wireless Matrix and MobileAria are not adverse with respect to this engagement.

> (ii)        In addition, Cooley currently represents BEI Technologies, Inc. n/k/a Custom Sensors & Technologies, Inc. ("Custom") and OSRAM Opto Semiconductors Inc. ("OSRAM") in connection with claims in the above-captioned chapter 11 cases (the "Engagements").  Cooley's representation of Custom and OSRAM is solely with respect to reclamation claims that they have asserted against Delphi in the bankruptcy proceedings.  It is our understanding that both creditors have participated in the reclamation process that has been so ordered by the Court in the Delphi chapter 11 cases.  Cooley understands that one of the reclamation claims has been sold to a third party not represented by Cooley, so it is anticipated that that there will be no further involvement with that client in the Delphi cases.  In any event, Cooley's representation of these creditors will be limited to representing Custom and OSRAM with respect to their reclamation claims in the Delphi proceedings.

7.        Delphi has agreed to waive any conflict with respect to Cooley's representation of Wireless Matrix in the MobileAria matter, however, this is conditioned upon Wireless Matrix and MobileAria not becoming adverse to each other with respect to that engagement.  To the extent that Wireless Matrix and MobileAria become adverse, Cooley shall withdraw its representation as local counsel for Wireless Matrix in the MobileAria matter and not counsel with Wireless Matrix and MobileAria or any new attorneys retained by them for such adverse representation.

8.        In addition, Delphi has agreed to waive any conflict with respect to Cooley's representation of Custom and OSRAM in the Delphi proceedings, however, this is conditioned upon (i) Cooley agreeing that under no circumstances will it use any confidences or secrets that Delphi or its affiliates may impart to Cooley in connection with this representation; and (ii) Custom and OSRAM not becoming adverse to each other with respect to that engagement.  To the extent that Custom and OSRAM become adverse, Cooley shall withdraw its representation as counsel for Custom and OSRAM matter and shall not counsel with Custom, OSRAM or any new attorneys retained by them for such adverse representation.  Further, while the attorneys involved in the Engagements will not be the same attorneys that have been engaged in work for Delphi on other matters, Cooley shall erect a wall with respect to those attorneys in the tax department who have been engaged on any matters on behalf of Delphi.  The attorneys subject to that wall will be Stephen Gardner, Lesse Castleberry and An Purinton.

FURTHER AFFIANT SAYETH NOT


/s/ Stephen D. Gardner
STEPHEN D. GARDNER, ESQ.

Subscribed and sworn before me
this 15th day of December, 2006

/s/ Eileen Klein
Notary Public, State of New York
No. 31-01KL4918279
Qualified in New York County
Term Expires April 12, 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

............................................ x
                                           :
In re:                                     :        Chapter 11
                                           :
DELPHI CORPORATION, et al.,                :        Case Nos. 05-44481 (RDD)
                                           :        Jointly Administered
                            Debtor.        :
............................................ x

## CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

        Michael Klein, being duly sworn, deposes and says that on December 19, 2006 he served
the within Supplemental Affidavit of Ordinary Course Professionals upon the following by
United States regular mail, postage prepaid:

Delphi Corporation                          Skadden, Arps, Slate, Meagher & Flom
5725 Delphi Drive                           333 West Wacker Drive, Suite 2100
Troy, Michigan 48098                        Chicago, Illinois 60606
Attn: General Counsel                       Attn: John Wm. Butler, Jr., Esq.

U.S. Trustee                                Latham & Watkins
33 Whitehall Street, Suite 2100             885 Third Avenue
New York, New York 10044                    New York, New York 10022
Attn: Alicia M. Leonhard, Esq.              Attn: Mark A. Broude, Esq.

Simpson Thacher & Bartlett LLP              Davis Polk & Wardell
425 Lexington Avenue                        450 Lexington Avenue
New York, New York 10017                    New York, New York 10017
Attn: Marissa Wesley, Esq.                  Attn: Marlane Melican, Esq.

                                             /s/ Michael Klein
                                            Michael Klein

4