UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                          :       Case No. 05-44481 (RDD)
                                                                :       Chapter 11 Proceedings
                                                                :
DELPHI, et al.                                                  :
                        Debtors.                                :       Jointly Administered
                                                                :
-----------------------------------------------------------x

## STATEMENT OF CARTER LEDYARD & MILBURN LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Carter Ledyard & Milburn LLP ("CLM") makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. CLM represents three parties in connection with these cases:

| Name And Address Of Client | Nature And Amount Of Claim | Time Of Acquisition |
|---|---|---|
| Lextron Corporation<br>249 Mitchell Avenue<br>Jackson, Mississippi 392213. | Unsecured claim in a minimum amount of $800,000 against debtor Delphi Automotive Systems, LLC | Accrued pre-petition |
| Fujikoki America Inc.<br>4040 Bronze Way<br>Dallas, Texas 75237 | Administrative expenses claim for goods sold post-petition | Accrued post-petition |
| STMicroelectronics Inc.<br>c/o Rhett G. Campbell, Esq.<br>Thompson & Knight LLP<br>333 Clay Street<br>Houston, Texas 77002 | General unsecured claim of $9,000,000 | Accrued pre-petition |

2. Lextron, Fujikoki and STM all contacted CLM independently and requested that CLM represent each of them in connection with their respective claims against the Debtors. Except for the fact that each client has a claim against a Debtor, the clients, matters and retentions are all entirely unrelated.

6132775.7

3. CLM holds no claims against or interests in the Debtors.

Dated: New York, New York
       December 19, 2006

                                    CARTER LEDYARD & MILBURN LLP

                                    By: _____
                                        James Gadsden (JG:4990)
                                        A Member of the Firm
                                        Carter Ledyard & Milburn LLP
                                        2 Wall Street
                                        New York, NY 10005-2072
                                        Tel. No.:  (212) 732-3200
                                        Fax No.:  (212) 732-3232
                                        E-mail:    bankruptcy@clm.com

6132775.7

## UNSWORN DECLARATION
## UNDER PENALTY OF PERJURY

I, James Gadsden, a partner in the law firm of Carter Ledyard & Milburn LLP, declare under penalty of perjury that the foregoing Statement made pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure is true and correct.

Dated: New York, New York
       December   2006

*/s/ James Gadsden*

James Gadsden

6132775.7