**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

In re:                                                         In Proceedings For A
                                                               Reorganization Under
**DELPHI CORPORATION, et al,**                                 Chapter 11
                                                               Case No.: 05-44481
                                                               Jointly Administered

         Delphi Automotive Systems
                           Debtors.                            Case No.: 05-44640

----------------------------------------------------------------------X

**AMENDED** NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

                    Amroc Investments, LLC
                    535 Madison Avenue, 15th Floor
                    New York, New York 10022
                    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$25,219.80** from:

                    JOE WELLINGTON INC. (Transferor)
                    P.O. BOX 4111
                    WICHITA FALLS, TX  76308
                    Attention: ROBY WELLINGTON

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                               Clerk of the Court
_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                              _____
                                        Deputy Clerk