UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                   :

In re                                 :      Chapter 11

DELPHI CORPORATION, et al.,     :      Case No. 05-44481 (RDD)

                  Debtors.    :      (Jointly Administered)

------------------------------ x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN          )
                                    ) ss:
COUNTY OF OAKLAND          )

Carol Creel, being duly sworn, deposes and says:

1. I am a principal of The Legal Department PLLC ("The Legal Department") which firm maintains offices at 111 Royal Avenue, Royal Oak, Michigan 48073.

2. Neither I, The Legal Department, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. The Legal Department has represented and advised the Debtors in various commercial matters with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and The Legal Department has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and The Legal Department proposes, to render the following services to the Debtors: legal services on various commercial and transactional matters.

5. The Legal Department's current fee arrangement is $225.00 per hour.

6. Except as set forth herein, no promises have been received by The Legal Department or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code,

the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.  The Legal Department has no agreement with any entity to share with such entity any compensation received by The Legal Department.

8.  The Legal Department and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. The Legal Department does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.  Neither I, The Legal Department, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which The Legal Department is to be engaged.

10. The foregoing constitutes the statement of The Legal Department pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

Dated: 12.7.2006

Carol Creel

Subscribed and sworn before me
this 7th day of December, 2006

Suzie D. Lopetrone, Notary Public
Macomb County, Acting in Oakland County
State of Michigan
My Commission Expires: 02.04.2011

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
In re                          :  Chapter 11
                               :
DELPHI CORPORATION, et al.,    :  Case No. 05-44481 (RDD)
                               :
                    Debtors.   :  (Jointly Administered)
                               :
------------------------------ x

### CERTIFICATE OF SERVICE

| STATE OF MICHIGAN | ) |
|---|---|
| | ) ss: |
| COUNTY OF OAKLAND | ) |

    CAROL CREEL, Outside Counsel, hereby certifies that on December 7, 2006, she served a copy of the *Affidavit of Legal Ordinary Counsel Professional*, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Dated: 12-07-2006

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Carol Creel
The Legal Department PLLC
111 Royal Avenue
Royal Oak, MI 48073
Work Phone: 248.589.9040

Sworn before me this 7th day of December, 2006.

Suzie D. Lopetrone, Notary Public
Macomb County, Acting in Oakland County, State of Michigan
My Commission Expires: 02.04.2011

SUZIE D. LOPETRONE
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Feb 4, 2011
ACTING IN COUNTY OF