UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
In re:                              :    Chapter 11
                                    :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,         :    (Jointly Administered
                                    :
     Debtors.                       :    Hon. Robert D. Drain
                                    :
------------------------------------x
```

**RECEIVED DEC 1 1 2006 U.S. BANKRUPTCY COURT, SDNY**

### CERTIFICATE OF SERVICE

I hereby certify that on **November 21, 2006**, I electronically filed **Response of Ralco Industries, Inc. to Third Omnibus Objections to Claims**, using the ECF system, which will send notification of such filing to the following:

Anne Marie Aaronson
aaronsoa@pepperlaw.com

David B. Aaronson    david.aaronson@dbr.com

Elizabeth Abdelmasieh
elizabeth@regencap.com

Franklin C. Adams
franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com

Jennifer L. Adamy    bankruptcy@goodwin.com

Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff
candreoff@jaffelaw.com, ckelley@jaffelaw.com

Joel D. Applebaum    japplebaum@clarkhill.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

William J. Barrett    william.barrett@bfkpn.com

David S. Barritt    barritt@chapman.com

Douglas P. Bartner    dbartner@shearman.com, bankruptcy@shearman.com,erin.reilly@shearman.com,nicholas.pullen@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.com,abigail.deering@shearman.com,henry.nguyen@shearman.com,;cherie.spraggs@shearman

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein
dbaumstein@whitecase.com

Ronald Scott Beacher
rbeacher@pitneyhardin.com

W. Robinson Beard    jkirk@stites.com

Christopher Robert Belmonte
cbelmonte@ssbb.com, pbosswick@ssbb.com

Timothy C. Bennett    tbennett@klng.com

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Monica Susan Blacker monicablacker@akllp.com

Charles E. Boulbol    rtrack@msn.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink    tbrink@lordbissell.com

James L. Bromley    maofiling@cgsh.com

Mark A. Broude    mark.broude@lw.com

Dewitt Brown    dbrown@klettrooney.com

Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com

Aaron R. Cahn    cahn@clm.com

Judy B. Calton    jcalton@honigman.com

Scott Cargill    scargill@lowenstein.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com

Madison L. Cashman nashvillebankruptcyfilings@stites.com

Michael Cassell mcassell@lefkowitzhogan.com

Ben T. Caughey    ben.caughey@icemiller.com

George B. Cauthen george.cauthen@nelsonmullins.com

Erik G. Chappell    egc@lydenlaw.com

Eric J. Charlton echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@llgm.com, mkhambat@llgm.com

Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com

Dennis J. Connolly    dconnolly@alston.com

Susan M. Cook    smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com, catherine@bbslaw.com

Thomas W. Cranmer cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham gcunningham@stroblpc.com

Vincent D'Agostino vdagostino@lowenstein.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jeff.davis@dlapiper.com

James J. DeCristofaro james.decristofaro@lovells.com, karen.ostad@lovells.com

Robert Dehney    rdehney@mnat.com, gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com

Gerard DiConza    gdiconza@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com

John P. Dillman houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan
TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos
william.dornbos@oag.state.ny.us

David B. Draper    ddraper@terra-law.com

Robert W. Dremluk    rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com,shenslovizt@seyfarth.com,lravnikar@seyfarth.com,amcausland@cityofchicago.org,rlauter@lplegal.com,dchristian@seyfarth.com,ajeffrey@seyfarth.com

Seth A. Drucker    sdrucker@clarkhill.com

David F. DuMouchel    dumouchd@butzel.com

Frank L. Eaton    featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

David S. Elkind    david.elkind@ropesgray.com,
paul.lang@ropesgray.com

Bruce N. Elliott    elliott@cmplaw.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Richard L. Epling
richard.epling@pillsburylaw.com,
gianni.dimos@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    sesbin@esbinalter.com,
sesbin@esbinalter.com

Michael S. Etkin    metkin@lowenstein.com,
mseymour@lowenstein.com

Stephen Vincent Falanga
sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com

Robert Michael Farquhar
mfarquhar@winstead.com

Bonnie Glantz Fatell    fatell@blankrome.com,
recchiuti@blankrome.com

Richard L. Ferrell    Ferrell@taftlaw.com

Charles J. Filardi    charles@filardi-law.com,
abothwell@filardi-law.com

Jonathan D. Forstot    jforstot@tpw.com,
mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler
mateofowler@quinnemanuel.com

Edward M. Fox    efox@klng.com

Joseph D. Frank    jfrank@fgllp.com,
ccarpenter@fgllp.com;jkleinman@fgllp.com

David H. Freedman
dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com,
mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com,
sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com,
mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com,
clee@bbslaw.com

James M. Garner    jgarner@shergarner.com,
jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Yann Geron    ygeron@foxrothschild.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov,
sherwoodj@michigan.com

Larry Ivan Glick    larryglick@erols.com

Matthew Alexander Gold
courts@argopartners.net

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com,
khseal@hhlaw.com

Robert C. Goodrich   nashvillebankruptcyfilings@stites.com

Robert D. Gordon   rgordon@clarkhill.com

Gary A. Gotto   BankruptcyECF@krplc.com

Garry M. Graber   ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

Warren R. Graham   wrg@dmlegal.com

Gary E. Green   ggreen@fagelhaber.com

Jonathan S. Green   greenj@millercanfield.com

John T. Gregg   jgregg@btlaw.com

Stephen H. Gross   sgross@hodgsonruss.com

Stephen B. Grow   sgrow@wnj.com, kfrantz@wnj.com

Peter J. Gurfein   pgurfein@akingump.com

Jonathan P. Guy   jguy@orrick.com

Michael Leo Hall   mhall@burr.com

Timothy C. Hall   tch@previant.com

Alan D. Halperin   ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

Matthew W. Hamilton   mhamilton@amph.com

William J. Hanlon   whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen   insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley   jh@previant.com

Brian W. Harvey   bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William M. Hawkins   whawkins@loeb.com

Gerald E. Hawxhurst   leticiabustinduy@quinnemanuel.com

Nava Hazan   nhazan@mwe.com

Ryan D. Heilman   rheilman@schaferandweiner.com

Ira L. Herman   bankr.nyc@tklaw.com, bankr.nyc@tklaw.com,;suhailah.sallie@tklaw.com

William Heuer   william.heuer@bingham.com

Jeannette Eisan Hinshaw   jhinshaw@boselaw.com, pdidandeh@boselaw.com

Robert M. Hirsh   hirsh.robert@arentfox.com

Shannon E. Hoff   Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl   mholl@mayerbrownrowe.com, amago@mayerbrownrowe.com

Stephanie K. Hoos   skhoos@mintz.com

John J. Hunter   jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst   jay.hurst@oag.state.tx.us

Roland Hwang   hwangr@michigan.gov

Michael G. Insalaco   minsalaco@zeklaw.com

Hilary Jewett   hjewett@foley.com

Roger G. Jones   rjones@bccb.com

Gregory J. Jordan   gjordan@dykema.com

Richard Josephson   rcjosephson@stoel.com, basargent@stoel.com

Andrew C. Kassner   andrew.kassner@dbr.com

Jessica Kastin   jkastin@omm.com

Kristi A. Katsma   kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

David Kennedy   david.kennedy2@usdoj.gov

Thomas M. Kennedy   tkennedy@kjmlabor.com

Susheel Kirpalani   skirpalani@milbank.com;rceron@milbank.com;pmetz@milbank.com;jclark2@milbank.com;dodonnell@milbank.com;aleblanc@milbank.com

Tracy L. Klestadt   tklestadt@klestadt.com, tklestadt@gmail.com;jross@klestadt.com

Alan M. Koschik   akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com, nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com

Darryl S. Laddin    bkrfilings@agg.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com

Kenneth M. Lewis    klewis@rosenpc.com, rpc@rosenpc.com;reception@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Eric Lopez Schnabel    schnabel@klettrooney.com

Daniel A. Lowenthal    dlowenthal@thelenreid.com

A. Peter Lubitz    plubitz@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Sara Klettke MacWilliams    skm@h2law.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com, jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;jmsailliard@pbnlaw.com;cjalvarado@pbnlaw.com

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    kcunningham@pierceatwood.com

Nauni Manty    ecfb@riderlaw.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Ilan Markus    imarkus@tylercooper.com

Richard Gary Mason    rgmason@wlrk.com

Victor J. Mastromarco    vmastromar@aol.com

Thomas J. Matz    tmatz@skadden.com

Daniel P. Mazo    dpm@curtinheefner.com

Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Greta A. McMorris    gmcmorris@stinsonmoheck.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com

Timothy Mehok    timothy.mehok@hellerehrman.com

Richard M. Meth    msteen@pitneyhardin.com, rmmnybankruptcy@pitneyhardin.com

Sally Meyer    smeyer@madisonliquidity.com

Merle C. Meyers   mmeyers@gsmdlaw.com

Robert N. Michaelson   rmichaelson@kl.com

Laurie J. Michelson   michelso@butzel.com

Kathleen M. Miller   kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller   miller@taftlaw.com

Alan K. Mills   amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff   lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan   bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy   jmoloy@dannpecar.com

Michael C. Moody   mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog   amoog@hhlaw.com

Brian F. Moore   bmoore@mccarter.com

Gene T. Moore   gtmlaw@bellsouth.net

Sarah E. Morrison   sarah.morrison@doj.ca.gov

Eric T. Moser   emoser@klng.com, kserrao@klng.com

Alisa Mumola   alisa@contrariancapital.com

Jill L. Murch   jmurch@foley.com, khall@foley.com

James P. Murphy   murph@berrymoorman.com

Bruce S. Nathan   bnathan@lowenstein.com

Lauren Newman   lnewman@fagelhaber.com

Marie L. Nienhuis   mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton   rnorton@reedsmith.com, cpanzer@reedsmith.com;dreperowitz@reedsmith.com;;dreperowitz@reedsmith.com

Gordon Z. Novod   gnovod@kramerlevin.com, lbertko@kramerlevin.com

Kasey C. Nye   knye@quarles.com

Martin P. Ochs   martin@oglaw.net

Sean A. Okeefe   sokeefe@winthropcouchot.com

Mark Russell Owens   mowens@btlaw.com, mowens@btlaw.com

Charles Palella   cpalella@kurzman.com

Ingrid S. Palermo   ipalermo@hselaw.com

Richard J. Parks   rparks@mijb.com, mtcraig@mijb.com;ksiegel@mijb.com

Geoffrey J. Peters   gpeters@weltman.com

Anne M. Peterson   apeterson@phillipslytle.com

Lowell Peterson   lpeterson@msek.com

Ronald R. Peterson   rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips   ephillips@thurman-phillips.com

Alex Pirogovsky   apirogovsky@uhlaw.com

Leslie A. Plaskon   leslieplaskon@paulhastings.com

David M. Posner   dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Jeffrey S. Posta   jposta@sternslaw.com

Constantine Pourakis   cp@stevenslee.com

Susan Power-Johnston   sjohnston@cov.com

Paul A. Rachmuth   prachmuth@andersonkill.com, bfiling@andersonkill.com

Thomas B. Radom   radom@butzel.com

Dennis Jay Raterink   raterinkd@michigan.gov

Steven J. Reisman   sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com

Kenneth A. Reynolds   kar@pryormandelup.com

Geoffrey A. Richards   grichards@kirkland.com

Marc E. Richards   mrichards@blankrome.com

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com

Matthew R. Robbins    mrr@previant.com

Jean R. Robertson    jrobertson@mcdonaldhopkins.com

Scott D. Rosen    srosen@cb-shea.com

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

David Sol Rosner    ffigueroa@kasowitz.com;jgleit@kasowitz.com;dfliman@kasowitz.com

Robert B. Rubin    brubin@burr.com

E. Todd Sable    tsable@honigman.com

Chester B. Salomon    cs@stevenslee.com

Diane W. Sanders    austin.bankruptcy@publicans.com

William A. Sankbeil    was@krwlaw.com

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Robert V. Sartin    rsartin@fbtlaw.com

William F. Savino    wsavino@damonmorey.com

Thomas J. Schank    tomschank@hunterschank.com

Michael L. Schein    mlschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

Christopher P. Schueller    schuellercp@bipc.com

Charles P. Schulman    cschulman@sachnoff.com

Bryan I. Schwartz    bschwartz@lplegal.com

Mark S. Scott    mscott@riemerlaw.com

Jay Selanders    selanders@danielsandkaplan.com

Mark A. Shaiken    mshaiken@stinsonmoheck.com, jgant@stinsonmoheck.com;amurdock@stinsonmoheck.com

Andrea Sheehan    sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com;BK.ECFS@gmail.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman    was@showmanlaw.com

Robert J. Sidman    rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

Thomas R. Slome    mail@srsllp.com

Marc P. Solomon    msolomon@burr.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Robert J. Stark    claukamg@brownrudnick.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Brent C. Strickland    bstrickland@wtplaw.com

James M. Sullivan    jmsullivan@mwe.com

Robert Szwajkos    rsz@curtinheefner.com

Jeffrey L. Tanenbaum    garrett.fail@weil.com;johnson.ng@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com;samuel.cavior@weil.com

Zakarij O. Thomas
zothomas@klettrooney.com

Douglas M. Tisdale    doug@tisdalelaw.com,
maxx@tisdalelaw.com

Gordon J. Toering    gtoering@wnj.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com,
msussman@bear.com

Martin B. Tucker    mtucker@fbtlaw.com

Raymond J. Urbanik    rurbanik@munsch.com

Philip Urofsky    philip.urofsky@cwt.com,
purofsky@yahoo.com

Robert Usadi    rusadi@cahill.com

Shmuel Vasser    svasser@eapdlaw.com

Joseph J. Vitale    jvitale@cwsny.com

Sean M. Walsh    swalsh@chglaw.com,
troan@chglaw.com

Michael D. Warner
bankruptcy@warnerstevens.com

Robert K. Weiler    rweiler@greenseifter.com,
lellis@greenseifter.com

William P. Weintraub    wweintraub@pszyj.com,
ischarf@pszyj.com;ljones@pszyjw.com

Elizabeth Weller
dallas.bankruptcy@publicans.com

Robert A White    rwhite@murthalaw.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@mjsc.com

Stephen L. Yonaty    syonaty@chwattys.com

German Yusufov    pcaocvbk@pcao.pima.gov

Helen A. Zamboni
hzamboni@underbergkessler.com

Menachem O. Zelmanovitz
mzelmanovitz@morganlewis.com

Peter Alan Zisser    nyc-bkcyecf@hklaw.com,
Bos-bankruptcy@hklaw.com

and I hereby certify that on **November 21, 2006**, I mailed a copy of **Response of Ralco Industries, Inc. to Third Omnibus Objections to Claims**, by United States Postal Service, as stated in the Debtors' Notice of Objection to Claim:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Chambers of the Honorable Robert D. Drain
One Bowling Green
New York, New York 10004-1408

Delphi Corporation
ATTN: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
ATTN: John William Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Simpson Thacker & Barlett LLP
ATTN: Kenneth S. Ziman, Esq.
425 Lexington Avenue
New York, New York 10017

Davis Polk & Wardwell
ATTN: Donald Bernstein, Esq. and Brian Resnick, Esq.
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
ATTN: Robert J. Rosenberg, Esq. and Mark A. Broude, Esq.
885 Third Avenue
New York, New York 10022

Fried, Frank, Harris, Shriver & Jacobson LLP
*ATTN:* Bonnie Steingart, Esq.
One New York Plaza
New York, New York 10004

Office of the United States Trustee
Southern District of New York
*ATTN:* Alicia M. Leonard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

/s/ Janice C. Zielinski
Janice C. Zielinski
Silverman & Morris, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
jan@silvermanmorris.com
telephone (248) 539-1330; fax (248) 539-1355

\\2000server\Documents\Clients\Ralco\Delphi\response to objection to claim (11.21.06)-certificate of service.doc

- 9 -