## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **DELPHI CORPORATION,** _et al.,_ | Case No. 05-44481 (RDD) Jointly Administered |
| **Delphi Corporation** | **Case No. 05-44481** |
| ("the Debtors") | |
| | Schedule No.: <u>15206</u> |

### <u>N</u>OTICE OF <u>T</u>RANSFER OF <u>C</u>LAIM <u>P</u>URSUANT TO <u>F.R.B.P. R</u>ULE 3001 (E)(2) FOR <u>F</u>ILED <u>C</u>REDITOR, <u>F</u>RIMO-<u>H</u>UBER <u>S</u>YSTEMTECHNIK <u>G</u>MBH & <u>C</u>O. <u>KG,</u> IN THE <u>A</u>MOUNT OF €1,475.89, TO <u>S</u>TONEHILL <u>I</u>NSTITUTIONAL <u>P</u>ARTNERS, L.P.

**To Transferor:**      Frimo-Huber Systemtechnik GmbH & Co. KG
Attn: H.G. Bayer, CEO
Liegnitzer Strasse 5
D-83395 Freilassing,
Germany

PLEASE TAKE NOTICE that the transfer of €1,475.89 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**      Stonehill Institutional Partners, L.P.
Attn: Steve Nelson
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022
Phone: 212-739-7474

The evidence of transfer of claim is attached hereto. A copy of the proof of claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

(_FOR CLERK'S OFFICE USE ONLY_):
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

I:\ClaimTransfers_FRBP3001\DELPHI\TEMPLATE DELPHI (STONEHILL).doc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    . Delphi Corporation

              Debtor

Case No. 05-44481

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Frimo-Huber Systemtechnik GmbH & Co. KG ("Assignor") against the Debtor in the amount of € 1,475.89 and all claims of Assignor against Debtor have been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stonehill Institutional Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

ASSIGNEE: Stonehill Institutional Partners, L.P.
Address:     Re: Delphi Corporation Claim
           c/o Stonehill Capital Management
           885 Third Avenue, 30th Floor
           New York, NY 10022
Signature:   _____
Name:      Peter Sikibky

ASSIGNOR:  Frimo-Huber Systemtechnik
            GmbH & Co. KG
Address:     Liegnitzer Strasse 5
           D-83395 Freilassing
           Germany
Signature:   _____
Name:      H. G. Bayer
Title:       CEO
Date:      30. Nov. 2006

# EXHIBIT

# A

# United States Bankruptcy Court

PROOF OF CLAIM

COPY

| Name of Debtor | Case Number |
|---|---|
| DELPHI CORPORATION | 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the expense may be filed pursuant to 11 U.S.C. § 503.

This Space For Court Use Only

RECEIVED

AUG 11 2006

KURTZMAN CARSON

Name of Creditor (The person or other entity to whom the debtor owes money or property):

FRIMO-HUBER SYSTEMTECHNIK GmbH + Co. KG

Name and Address where notices should be sent:

FRIMO-HUBER Systemtechnik GmbH + Co. KG
Liegnitzer Strasse 5
D-83395 FREILASSING
GERMANY

Telephone Number: 0114986954 49850

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

This Space For Court Use Only

Account or other number by which creditor identifies debtor:
FRIMO-HUBER

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated:

## 1. Basis for Claim
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other SHIPPING FOR GOODS SOLD

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #:
Unpaid compensation for services performed
from _____ to _____
(date)          (date)

## 2. Date debt was incurred:
OCTOBER 2003 TO MARCH 2004

## 3. If court judgment, date obtained:

## 4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

### Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

### Unsecured Nonpriority Claim $ 1,475.89€
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

### Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before
earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

## 5. Total Amount of Claim at Time Case Filed: $ 1,475.89€ | | | | 1,475.89€
(Unsecured)   (Secured)   (Priority)   (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

RECEIVED
JUL 11 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date: 7/27/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Joseph Solechi, Accounting Mgr. |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.