**EXHIBIT B-2 - UNTIMELY UNSUBSTANTIATED CLAIMS (BOOKS AND RECORDS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| KAUFFMAN ENGINEERING INC<br>701 RANSDELL RD<br>LEBANON, IN 46052 | 16305 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 09/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| MARY CRYAN<br>12 FAIRLANE TERR<br>WINCHESTER, MA 01890-3251 | 16324 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 09/18/2006 | DELPHI CORPORATION<br>(05-44481) |
| MATSON NAVIGATION COMPANY<br>4605 E ELWOOD ST NO 600<br>PHOENIX, AZ 85040 | 16297 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 09/11/2006 | DELPHI CORPORATION<br>(05-44481) |
| MIDWEST MAT SALES INC<br>726 GOLDEN ARROW DR<br>PO BOX 11<br>MIAMISBURG, OH 45342-2794 | 16288 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/30/2006 | DELPHI CORPORATION<br>(05-44481) |
| MURIEL OLSSON<br>2616 ALABAMA AVE S<br>SAINT LOUIS, MN 55416-1761 | 16251 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 09/05/2006 | DELPHI CORPORATION<br>(05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16154 | Secured: $0.00<br>Priority: $3,000.00<br>Administrative:<br>Unsecured:<br>Total: $3,000.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16148 | Secured: $3,000.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $3,000.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16153 | Secured: $0.00<br>Priority: $3,000.00<br>Administrative:<br>Unsecured:<br>Total: $3,000.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT B-2 - UNTIMELY UNSUBSTANTIATED CLAIMS (BOOKS AND RECORDS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16149 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,000.00<br><br><br><br>$3,000.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16151 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,000.00<br><br><br><br>$3,000.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16150 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,000.00<br><br><br><br>$3,000.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| NEOMA A BRIGHTUP<br>1844 FEDERAL SW<br>WYOMING, MI 49509-1345 | 16152 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,000.00<br><br><br><br>$3,000.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| OHIO ENVIRONMENTAL PROTECTION AGENCY HOME AVE<br>411 VINE ST 1600 CAREW TOWER<br>CINCINNATI, OH 45202 | 16355 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$544.82<br>$544.82 | 10/05/2006 | DELPHI CORPORATION<br>(05-44481) |
| OHIO ENVIRONMENTAL PROTECTION AGENCY HOME AVE<br>411 VINE ST 1600 CAREW TOWER<br>CINCINNATI, OH 45202 | 16354 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,926.77<br>$6,926.77 | 10/05/2006 | DELPHI CORPORATION<br>(05-44481) |
| Total: | 14 | $28,471.59 | | | |