**EXHIBIT D-1 - ADJOURNED INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JANE M DUFFY<br>44 SOUTHWOOD RD<br>NEWINGTON, CT 06111-3154 | 3175 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| METALDYNE CORPORATION AND METALDYNE SINTERED COMPONENTS INC<br>47603 HALYARD<br>PLYMOUTH, MI 48170 | 11933 | Secured: $433,818.91<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $433,818.91 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VICTORIA B PEREZ<br>BOX 24083<br>EL PASO, TX 79914-0083 | 4321 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 05/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| WILFRED D LEONG AS CUST FOR CLIFFORD LEONG UTHE CALIFORNIA UNIFORM GIFTS TO MINORS ACT 3616 GARNER PL<br>ENCINITAS, CA 92024-5504 | 2856 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 04/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **4** | **$433,818.91** | | |