# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**DELPHI CORPORATION,** et al.,<br><br>Delphi Automotive Systems LLC<br><br>("the Debtors") | Chapter 11<br><br>Case No. 05-44481 (RDD) Jointly Administered<br><br>Case No. 05-44640<br><br>Schedule No.: 1610998-10398224 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, FRIMO USA, IN THE AMOUNT OF $316,044.00, TO STONEHILL INSTITUTIONAL PARTNERS, L.P.

**To Transferor:** Frimo USA
Attn: H.G. Bayer, CEO
46956 Liberty Drive
Wixom, MI 48393
USA

PLEASE TAKE NOTICE that the transfer of $316,044.00 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:** Stonehill Institutional Partners, L.P.
Attn: Steve Nelson
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022
Phone: 212-739-7474

The evidence of transfer of claim is attached hereto. An excerpt from the claims agent website listing the scheduled claim is attached hereto as Exhibit A.

No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 05-44640 |
|---|---|
| Delphi Automotive Systems LLC | Chapter 11 |
| Debtor | |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Frimo USA ("Assignor") against the Debtor in the amount of $316,044.00 and all claims of Assignor against Debtor have been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stonehill Institutional Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

ASSIGNEE: Stonehill Institutional Partners, L.P.
Address:   Re: Delphi Automotive Claim
           c/o Stonehill Capital Management
           885 Third Avenue, 30th Floor
           New York, NY 10022
Signature: _____
Name:      Pete Smith

ASSIGNOR: Frimo USA
Address:   46956 Liberty Drive
           Wixom, MI 483933693
Signature: _____
Name:      H. Beyer
Title:     CEO
Date:      30. Nov. 2006

# EXHIBIT A

## Creditor Data

| | |
|---|---|
| Creditor Name: Frimo Usa<br>Creditor Notice Name: | Date Claim Filed:<br>Delphi Claim #:<br>Amend/Replace? No |
| Debtor Name: Delphi Automotive Systems LLC<br>Case Number: 05-44640 | |
| Claim Nature: General Unsecured<br>Amount of Claim: | Creditor Info Altered? N<br>Objection Filed? N |
| Schedule: F<br>Schedule Amt: $316,044.00 | |