LATHAM & WATKINS LLP

885 Third Avenue

New York, NY 10022-4802

(212) 906-1200

Robert J. Rosenberg (RR-9585)

Mitchell A. Seider (MS-4321)

Mark A. Broude (MB-1902)

Email: robert.rosenberg@lw.com

   mitchell.seider@lw.com

   mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| _____ | ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK  )
         )   ss.:
COUNTY OF NEW YORK )

   Leslie Salcedo, being duly sworn, deposes and says:

   1.  I am not a party to this action, am over 18 years of age and am employed

by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

   2.  On December 19, 2006, I caused true and correct copies of the Preliminary

Objection of the Official Committee of Unsecured Creditors to the Expedited Motion for Order

Authorizing and Approving the Equity Purchase and Commitment Agreement Pursuant to

Sections 105(a), 363(b), 503(b), 507(a) of the Bankruptcy Code and the Plan Framework Support

NY\1224570.1

Agreement Pursuant to Sections 105(a), 363(b), and 1125(e) of the Bankruptcy Code, to be

served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
20th day of December, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

**Exhibit A**

**Via Overnight Mail**

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn: Donald S. Bernstein

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn: Sean Corcoran
       Karen Craft

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn: Alicia M. Leonard

Simpson Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY  10017
Attn: Kenneth S. Ziman
       Robert H. Trust
       William T. Russell, Jr.

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr
Suite 2100
Chicago, IL  60606
Attn: John Wm Butler
       John K. Lyons
       Ron E. Meisler

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn: Bonnie Steingart