UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION,  et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


<u>CERTIFICATE OF SERVICE</u>

State of New York     )
                                    )        ss.:
County of New York   )


    1.  I, Michael Birnbaum, certify under penalty of perjury pursuant to 28

U.S.C. § 1746 that on December 19, 2006 and December 20, 2006, respectively, I caused

to be served a true and correct copy of the document(s) listed below (i) upon the parties

listed on Exhibit A hereto via electronic mail; (ii) upon the parties listed on Exhibit B

hereto via overnight courier; (iii) upon the parties listed on Exhibit C hereto via hand

delivery; and (iv) upon the party listed on Exhibit D hereto via Express Mail, as

indicated:

> ➢ Preliminary Objection of the Official Committee of Equity
> Security Holders to Expedited Motion for Order Authorizing and
> Approving the Equity Purchase and Commitment Agreement
> Pursuant to Sections 105(a), 363(b), and 507(a) of the Bankruptcy
> Code and the Plan Framework Support Agreement Pursuant to
> Sections 105(a), 363(b), and 1125(e) of the Bankruptcy Code
> [Docket No. 6211]

➢ Electronic Filing Receipt

Dated:  December 20, 2006
      New York, New York

/s/ Michael Birnbaum
Michael Birnbaum

# Exhibit A

**Service by Electronic Mail on December 19, 2006**

david.boyle@airgas.com; tajamie@ajamie.com; aswiech@akebono-usa.com;
pgurfein@akingump.com; mgreger@allenmatkins.com; dconnolly@alston.com;
dwender@alston.com; craig.freeman@alston.com; rjones@ambrake.com;
steven.keyes@aam.com; mblacker@andrewskurth.com; gogimalik@andrewskurth.com;
lwalzer@angelogordon.com; mtf@afrct.com; aleinoff@amph.com;
mhamilton@ampn.com; Cohen.Mitchell@arentfox.com; Hirsh.Robert@arentfox.com;
dladdin@agg.com; joel_gross@aporter.com; cgalloway@atsautomation.com;
william.barrett@bfkpn.com; kim.robinson@bfkpn.com; john.gregg@btlaw.com;
michael.mccrory@btlaw.com; pmears@btlaw.com; alan.mills@btlaw.com;
wendy.brewer@btlaw.com; mark.owens@btlaw.com; ffm@bostonbusinesslaw.com;
tom@beemanlawoffice.com; wallace@blbglaw.com; sean@blbglaw.com;
hannah@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com;
lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com;
fatell@blankrome.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com;
sdonato@bsk.com; chill@bsk.com; csullivan@bsk.com; jhinshaw@boselaw.com;
rjones@bccb.com; amcmullen@bccb.com; dludman@brownconnery.com;
schristianson@buchalter.com; mhall@burr.com; sabelman@cagewilliams.com;
jonathan.greenberg@engelhard.com; rusadi@cahill.com; driggio@candklaw.com;
rweisberg@carsonfischer.com; cahn@clm.com; sdeeby@clarkhill.com;
japplebaum@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com;
maofiling@cgsh.com; swalsh@chglaw.com; tmaxson@cohenlaw.com;
jvitale@cwsny.com; srosen@cb-shea.com; amalone@colwinlaw.com;
Elliott@cmplaw.com; jwisler@cblh.com; mlee@contrariancapital.com;
jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; Pretekin@coollaw.com; wachstein@coollaw.com;
derrien@coollaw.com; nhp4@cornell.edu; sjohnston@cov.com; rsz@curtinheefner.com;
dpm@curtinheefner.com; athau@cm-p.com; dkarp@cm-p.com;
krk4@daimlerchrysler.com; wsavino@damonmorey.com;
selanders@danielsandkaplan.com; carol_sowa@denso-diam.com;
amina.maddox@dol.lps.state.nj.us; gdiconza@dlawpc.com; john.persiani@dinslaw.com;
richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com;
dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com;
jhlemkin@duanemorris.com; mbusenkell@eckertseamans.com; ayala.hassell@eds.com;
akatz@entergy.com; dfreedman@ermanteicher.com; gettelman@e-hlaw.com;
ggreen@fagelhaber.com; lnewman@fagelhaber.com; charles@filardi-law.com;
tdonovan@finkgold.com; jmurch@foley.com; fstevens@foxrothschild.com;
mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com; office@gazesllc.com;
ian@gazesllc.com; crieders@gjb-law.com; dcrapo@gibbonslaw.com;
mmeyers@gsmdlaw.com; abrilliant@goodwinproctor.com;
cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com;
jeisenhofer@gelaw.com; gjarvis@ggelaw.com; snirmul@gelaw.com;
mrr@previant.com; tch@previant.com; mdebbeler@graydon.com;
ckm@greensfelder.com; jpb@greensfelder.com; herb.reiner@guarantygroup.com;
cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; jdyas@halperinlaw.net;

4

hleinwand@aol.com; prubin@herrick.com; anne.kennelly@hp.com;
ken.higman@hp.com; sharon.petrosino@hp.com; glen.dumont@hp.com;
echarlton@hiscockbarclay.com; jkreher@hodgsonruss.com; sgross@hodgsonruss.com;
sagolden@hhlaw.com; ecdolan@hhlaw.com; amoog@hhlaw.com;
elizabeth.flaagan@hro.com; dbaty@honigman.com; tsable@honigman.com;
tomschank@hunterschank.com; jrhunter@hunterschank.com; mmassad@hunton.com;
sholmes@hunton.com; aee@hurwitzfine.com; Ben.Caughey@icemiller.com;
greg.bibbes@infineon.com; jeffery.gillispie@infineon.com; rgriffin@iuoe.org;
pbarr@jaffelaw.com; ; rpeterson@jenner.com; gerdekomarek@bellsouth.net;
sjfriedman@jonesday.com; john.sieger@kattenlaw.com; kcookson@keglerbrown.com;
lsarko@kellerrohrback.com; claufenberg@kellerrohrback.com;
eriley@kellerrohrback.com; ggotto@kellerrohrback.com; mbane@kelleydrye.com;
msomerstein@kelleydrye.com; tkennedy@kjmlabor.com; sjennik@kjmlabor.com;
lmagarik@kjmlabor.com; gsouth@kslaw.com; afeldman@kslaw.com;
grichards@kirkland.com; efox@klng.com; schnabel@klettrooney.com;
dbrown@klettrooney.com; sosimmerman@kwgd.com; ekutchin@kutchinrufo.com;
knorthup@kutchinrufo.com; smcook@lambertleser.com; mitchell.seider@lw.com;
mark.broude@lw.com; henry.baer@lw.com; john.weiss@lw.com;
michael.riela@lw.com; erika.ruiz@lw.com; rcharles@lrlaw.com; sfreeman@lrlaw.com;
jengland@linear.com; austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com;
whawkins@loeb.com; gschwed@loeb.com; tmcfadden@lordbissell.com;
tbrink@lordbissell.com; kwalsh@lordbissell.com; rcovino@lordbissell.com;
metkin@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com;
scargill@lowenstein.com; vdagostino@lowenstein.com; bnathan@lowenstein.com;
egc@lydenlaw.com; rparks@mijb.com; jlanden@madisoncap.com; jml@ml-legal.com;
lmc@ml-legal.com; vmastromar@aol.com; gsantella@masudafunai.com;
rdaversa@mayerbrown.com; jgtougas@mayerbrownrowe.com; dadler@mccarter.com;
jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; jmsullivan@mwe.com;
sselbst@mwe.com; jrobertson@mcdonaldhopkins.com;
sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-
law.com; egunn@mcguirewoods.com; lpeterson@msek.com; hkolko@msek.com;
rrosenbaum@mrrlaw.net; emeyers@mrrlaw.net; aburch@miamidade.gov;
miag@michigan.gov; raterinkd@michigan.gov; miag@michigan.gov;
trenda@milesstockbridge.com; khopkins@milesstockbridge.com;
sarbt@millerjohnson.com; wolfordr@millerjohnson.com; fusco@millercanfield.com;
greenj@millercanfield.com; pjricotta@mintz.com; skhoos@mintz.com;
Jeff.Ott@molex.com ; resterkin@morganlewis.com; agottfried@morganlewis.com;
mzelmanovitz@morganlewis.com; lberkoff@morritthock.com;
mdallago@morrisoncohen.com; rurbanik@munsch.com; jwielebinski@munsch.com;
drukavina@munsch.com; sandy@nlsg.com; Knathan@nathanneuman.com;
sbrennan@nathanneuman.com; lisa.moore2@nationalcity.com;
george.cauthen@nelsonmullins.com; bbeckworth@nixlawfirm.com;
jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com; jimbriaco@gentek-
global.com; eabdelmasieh@nmmlaw.com; dgheiman@jonesday.com;
mmharner@jonesday.com; cahope@chapter13macon.com; jay.hurst@oag.state.tx.us;

michaelz@orbotech.com; mmoody@okmlaw.com; aenglund@orrick.com;
aprinci@orrick.com; tkent@orrick.com; fholden@orrick.com; rwyron@orrick.com;
jguy@orrick.com; mcheney@orrick.com; shazan@oshr.com; mhager@oshr.com;
sshimshak@paulweiss.com; cweidler@paulweiss.com; ddavis@paulweiss.com;
emccolm@paulweiss.com; housnerp@michigan.gov; lawallf@pepperlaw.com;
aaronsona@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com;
jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com;
mark.houle@pillsburylaw.com; karen.dine@pillsburylaw.com;
richard.epling@pillsburylaw.com; robin.spear@pillsburylaw.com;
margot.erlich@pillsburylaw.com; rbeacher@pitneyhardin.com;
rmeth@pitneyhardin.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com;
jh@previant.com; mgr@previant.com; kar@pryormandelup.com; jkp@qad.com;
andrew.herenstein@quadranglegroup.com; patrick.bartels@quadranglegroup.com;
jharris@quarles.com; sgoldber@quarles.com; knye@quarles.com;
elazarou@reedsmith.com; rnorton@reedsmith.com; jlapinsky@republicengineered.com;
jshickich@riddellwilliams.com; mscott@riemerlaw.com; holly@regencap.com;
amathews@robinsonlaw.com; cnorgaard@ropers.com; gregory.kaden@ropesgray.com;
marc.hirschfield@ropesgray.com; tslome@rsmllp.com; rtrack@msn.com;
cschulman@sachnoff.com; agelman@sachnoff.com; cbelmonte@ssbb.com;
pbosswick@ssbb.com; hborin@schaferandweiner.com;
mnewman@schaferandweiner.com; rheilman@schaferandweiner.com;
dweiner@schaferandweiner.com; wkohn@schiffhardin.com;
myetnikoff@schiffhardin.com ; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com;
michael.cook@srz.com; james.bentley@srz.com; carol.weiner.levy@srz.com;
pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com;
lawtoll@comcast.net; rthibeaux@shergarner.com; rthibeaux@shergarner.com;
bankruptcy@goodwin.com; asherman@sillscummis.com; jzackin@sillscummis.com ;
cfortgang@silverpointcapital.com; bellis-monro@sgrlaw.com;
kmiller@skfdelaware.com; fyates@sonnenschein.com; rrichards@sonnenschein.com;
lloyd.sarakin@am.sony.com; rgoldi@sotablaw.com; pabutler@ssd.com;
emarcks@ssd.com; hwangr@michigan.gov; jmbaumann@steeltechnologies.com;
rkidd@srcm-law.com; shapiro@steinbergshapiro.com; jposta@sternslaw.com;
cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com;
robert.goodrich@stites.com; massimiliano_cini@brembo.it;
madison.cashman@stites.com; wbeard@stites.com; khansen@stroock.com;
jminias@stroock.com; rnsteinwurtzel@swidlaw.com; ferrell@taftlaw.com;
miller@taftlaw.com; marvin.clements@state.tn.us; ddraper@terra-law.com;
jforstot@tpw.com; lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp;
robert.morris@timken.com; dlowenthal@thelenreid.com; dlowenthal@thelenreid.com;
rhett.campbell@tklaw.com; john.brannon@tklaw.com; ira.herman@tklaw.com;
ephillips@thurman-phillips.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com;
DBR@tbfesq.com; jwilson@tylercooper.com; hzamboni@underbergkessler.com;
mkilgore@UP.com; djury@steelworkers-usw.org; msmcelwee@varnumlaw.com;
rjsidman@vssp.com; tscobb@vssp.com; RGMason@wlrk.com;
EAKleinhaus@wlrk.com; david.lemke@wallerlaw.com;
robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com;

growsb@wnj.com; bankruptcy@warnerstevens.com; lekvall@wgllp.com;
aordubegian@weineisen.com; gpeters@weltman.com; jcunningham@whitecase.com;
mmesonesmori@whitecase.com; barnold@whdlaw.com; bspears@winstead.com;
mfarquhar@winstead.com; mwinthrop@winthropcouchot.com;
sokeefe@winthropcouchot.com; oiglesias@wlross.com; lpinto@wcsr.com;
skrause@zeklaw.com; pjanovsky@zeklaw.com; sarah.morrison@doj.ca.gov;
pclark@mwe.com; jdejonker@mwe.com; msternstein@sheppardmullin.com;
twardle@sheppardmullin.com; ewaters@sheppardmullin.com;
tcohen@sheppardmullin.com; dludman@brownconnery.com; bharwood@sheehan.com;
neal.mann@oag.state.ny.us; JRS@parmenterlaw.com; rjclark@hancocklaw.com;
rsmolev@kayescholer.com; heather@implaytechnologies.com;
kmayhew@pepehazard.com; mseidl@pszyjw.com; wweintraub@pszyjw.com;
sdabney@kslaw.com; bdimos@kslaw.com

# **Exhibit B**

## Service by Overnight Courier on December 19, 2006

Brandes Investment Partners LP
11988 El Camino Real
Suite 500
San Diego, CA  92103
Attn:   Ted Kim

Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036
Attn:   Robert J. Stark

Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY  10036
Attn:   Bruce Simon

Curtis, Mallet-Prevost, Colt & Mosle
LLP
101 Park Avenue
New York, NY  10178-0061
Attn:   Steven J. Reisman

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:   Brian Resnick
            Donald Bernstein

DC Capital Partners LP
800 Third Avenue
40th Floor
New York, NY  10022
Attn:   Douglas L. Dethy

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:   Sean Corcoran
            Karen Craft

Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI  48098
Attn:   Michael Nefkens

Flextronics International
305 Interlocken Parkway
Broomfield, CO  80021
Attn:   Carrie L. Schiff

Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA  95131
Attn:   Paul W. Anderson

Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX  78735
Attn:   Richard Lee Chambers, III

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY  10036
Attn:   Randall S. Eisenberg

General Electric Company
9930 Kincey Avenue
Huntersville, NC  28078
Attn:   Valerie Venable

Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Attn:   Lonie A. Hassel

Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY  10019
Attn:   Stephen H. Gross

Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
Attn:   Frank L. Gorman, Esq.

Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
Attn:   Robert B. Weiss, Esq.

Internal Revenue Service
290 Broadway
5th Floor
New York, NY  10007
Attn:  Insolvency Department,
        Maria Valerio

Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI  48226
Attn:   Insolvency Department

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH  45439
Attn:   Henry Reichard

James E. Bishop Sr.
502 Shiloh Dr.
No. 9
Laredo, TX  78045

James H. Kelly
P.O. Box 4426
Boulder, CO  80306

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY  10022
Attn:   William Q. Derrough

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017
Attn:   Thomas F. Maher
        Richard Duker
        Gianni Russello

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017
Attn:   Vilma Francis

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:   Gordon Z. Novod

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:   Thomas Moers Mayer

Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA  90066
Attn:   James Le

Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn:   Robert J. Rosenberg

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY  10017
Attn:   Patrick J. Healy

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY  10017
Attn:   Daniel R. Fisher

Luqman Yacub
P.O. Box 1026
Hartville, OH  44632

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn:   David D. Cleary

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn:   Mohsin N. Khambati

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015
Attn:   J. Brian McTigue

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015
Attn:   Cornish F. Hitchcock

Mesirow Financial
666 Third Ave.
21st Floor
New York, NY  10017
Attn:   Leon Szlezinger

Morrison Cohen LLP
909 Third Avenue
New York, NY  10022
Attn:   Joseph T. Moldovan, Esq.

Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY  10281
Attn:   Mark Schonfeld, Regional
Director

Office of New York State
120 Broadway
New York, NY  10271
Attn:   Attorney General Eliot Spitzer

O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA  90071
Attn:   Robert Siegel

O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC  20006
Attn:   Tom A. Jerman
          Rachel Janger

Pardus European Special
Opportunities Master Fund LP
Pardus Capital Management LP
1101 Avenue of the Americas
Suite 1100
New York, NY  10018
Attn:   Joseph R. Thornton

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005-4026
Attn:   Ralph L. Landy

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005
Attn:   Jeffrey Cohen

Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103
Attn:   Sandra A. Riemer

Rothchild Inc.
1251 Avenue of the Americas
New York, NY  10020
Attn:   David L. Resnick

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Attn:  Douglas Bartner
         Jill Frizzley

Skadden, Arps, Slate, Meagher &
Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606
Attn:  John Wm. Butler
         John K. Lyons
         Ron E. Meisler

Skadden, Arps, Slate, Meagher &
Flom LLP
4 Times Square
P.O. Box 300
New York, NY  10036
Attn:  Kayalyn A. Marafioti
         Thomas J. Matz

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:  Daniel D. Doyle

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:  Nicholas Franke

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022
Attn:  Chester B. Salomon
         Constantine D. Pourakis

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119
Attn:  Albert Togut

Trustee of the Koury Family Trust
410 Reposado Dr.
La Habra Heights, CA  90631
Attn:  James N. Koury

Tyco Electronics Corporation
 60 Columbia Road
Morristown, NJ  7960
Attn:  MaryAnn Brereton,
         Assistant General Counsel

United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112
Attn:  Alicia M. Leonhard

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102
Attn:  Michael D. Warner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Jeffrey L. Tanenbaum, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Martin J. Bienenstock, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Michael P. Kessler, Esq.

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890
Attn:    Steven M. Cimalore


**Service by Overnight Courier on December 20, 2006**


Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801
Attn:   Robert W. Dremluk

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn:   Kenneth S. Ziman
          Robert H. Trust
          William T. Russell

# **Exhibit C**

<u>**Service by Hand Delivery on December 20, 2006**</u>

<u>The Court</u>
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:   Chambers of Hon. Robert D. Drain

<u>United States Trustee</u>
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn:   Alicia M. Leonhard

# **<u>Exhibit D</u>**

**<u>Service by Express Mail on December 19, 2006</u>**

Professional Technologies Services
P.O. Box 304
Frankenmuth, MI  48734
Attn :   John V. Gorman