DLA PIPER US LLP
John P. McNicholas (JM-0694)
1251 Avenue of the Americas
New York, New York 10022
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: john.mcnicholas@piperrudnick.com

Of Counsel:
DLA PIPER US LLP
Amy Wallace Potter
2000 University Avenue
East Palo Alto, CA 94303
Telephone: 650.833.2412
Facsimile: 650.687.1136
Email: amy.potter@dlapiper.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
In re                           :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :
                    Debtors.    :   (Jointly Administered)
                                :
------------------------------- x

AFFIDAVIT OF SERVICE OF
(A) SECOND SUPPLEMENTAL AFFIDAVIT OF JAMES M. KOSHLAND UNDER FED. R. BANKR. P. 2014 AND 2016 REGARDING THE RETENTION OF DLA PIPER US LLP AS CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC. (THE "AFFIDAVIT"); AND (B) ORDER AUTHORIZING DLA PIPER US LLP TO FILE THE AFFIDAVIT UNDER SEAL

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

William Coleman, being duly sworn, deposes and says:

1. I am not a party to these proceedings, am over eighteen years of age and am employed by DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104.

2. On the 15th day of December, 2006, I caused to be served by first class mail, postage prepaid, on the parties on the annexed Service List, true copies of the (a) Second Supplemental Affidavit of James M. Koshland Under Fed. R. Bankr. P. 2014 and 2016 Regarding the Retention of DLA Piper US LLP as Corporate, Employment, and Intellectual Property Counsel for Debtor Mobile Aria, Inc. (the "Affidavit"); and (b) the Order authorizing the filing under seal of the Affidavit.

_____
William Coleman

Sworn to before me this
21st day of December, 2006

_____
Notary Public

**SERAFINA SHISHKOVA**
**NOTARY PUBLIC, STATE OF NEW YORK**
**NO. 01SH6140465**
**QUALIFIED IN NEW YORK COUNTY**
**COMMISSION EXPIRES JANUARY 30, 2010**

## SERVICE LIST

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
Attn.: John Wm. Butler, Jr., Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
Attn.: Alicia M. Leonhard, Esq.

Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Attn.: Mark A. Broude, Esq.