HAYNES AND BOONE, LLP
153 East 53rd Street
Suite 4900
New York, NY 10022
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Judith Elkin (JE-4112)

    -- and --

HAYNES AND BOONE, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, Texas  77010
Telephone:  (713) 547-2000
Facsimile:  (713) 547-2600
Lenard M. Parkins (TX-15518200)
*(pro hac vice motion pending)*

Attorneys for Highland Capital Management, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
                                    :

In re:                              :         Chapter 11

DELPHI CORPORATION, *et al.*,        :         Case No.  05-44481 (RDD)

                   Debtors.    :         (Jointly Administered)
---------------------------------------------------------------------X

**MOTION OF JUDITH ELKIN FOR**
**ADMISSION PRO HAC VICE OF LENARD M. PARKINS**

      Judith Elkin ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and a partner at Haynes and Boone, LLP ("Haynes and Boone"), hereby moves (the "Motion") this Court for an order admitting Lenard M. Parkins (the "Proposed Admittee") *pro hac vice* to represent Highland Capital Management, L.P. on behalf of itself, its affiliates, and related entities ("Highland"), creditors and equity holders in this case pursuant to Rule 2090-

1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"). In support of this Motion, Movant relies upon the respective certification of the Proposed Admittee which is attached as an exhibit hereto and respectfully represents as follows:

1. Lenard M. Parkins is a partner at Haynes and Boone. Mr. Parkins is a member in good standing of the Bar of the State of Texas and is admitted to practice before all state courts in Texas. Mr. Parkins is admitted to practice before the United States District Court for the Southern, Northern, Eastern and Western Districts of Texas and the United States Court of Appeals for the Fifth Circuit. There are no disciplinary proceedings or criminal proceedings pending against Mr. Parkins in any jurisdiction and there have been no disclosure of any pending grievances against him. The Certification of Mr. Parkins is attached hereto as <u>Exhibit A</u> in support of the admission of Mr. Parkins *pro hac vice.*

2. Movant requests that this Court approve the Motion so that the Proposed Admittee may file pleadings, appear and be heard at hearings, and otherwise represent Highland in this case.

3. Pursuant to Rule 9013-a(b) of the Local Rules, because there are no novel issues of law presented herein, Movant respectfully requests that the Court waive the requirement that Highland file a memorandum of law in support of this Motion.

WHEREFORE, Movant respectfully requests that the Court:

(a) enter an order admitting the Proposed Admittee *pro hac vice* to represent Highland in this case; and

(b) grant such other and further relief as is just and proper.

Dated: December 21, 2006

    /s/ Judith Elkin
HAYNES AND BOONE, LLP
Judith Elkin (JE-4112)
153 East 53rd Street
Suite 4900
New York, NY 10022
Telephone: (212) 659-7300
Facsimile: (212) 918-8989

HAYNES AND BOONE, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Lenard M. Parkins (TX-15518200)
*(pro hac vice motion pending)*

COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.