**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
                                              :

In re:                                    :        Chapter 11

DELPHI CORPORATION, *et al.*,        :        Case No.  05-44481 (RDD)

        Debtors.                    :        (Jointly Administered)
------------------------------------------------------------------------X

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE OF LENARD M. PARKINS

      Upon the Motion (the "Motion") of Judith Elkin seeking the admission *pro hac vice* of Lenard M. Parkins to represent Highland Capital Management, L.P. ("Highland") in this case; and upon consideration of the Motion, the Certification of Lenard M. Parkins; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefore, it is

      ORDERED that Lenard M. Parkins is admitted *pro hac vice* to represent Highland in the above-captioned case and may appear in this case and any related proceedings *pro hac vice*; and it is further

      ORDERED that the requirements of the service and filing of a separate memorandum of law under Rule 9013-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York is hereby waived.

Dated: December ____, 2006
New York, New York

                                                      _____
                                                      UNITED STATES BANKRUPTCY JUDGE