**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X
:
In re:                                                 :        Chapter 11
                                                       :
DELPHI CORPORATION, *et al.*,                          :        Case No. 05-44481 (RDD)
                                                       :
            Debtors.                                   :        (Jointly Administered)
------------------------------------------------------------------------X

**CERTIFICATION OF KENRIC D. KATTNER**

      I, Kenric D. Kattner, in support of the Motion of Judith Elkin for Admission Pro Hac Vice of Kenric D. Kattner do hereby certify under penalty of perjury as follows:

      1.    I am eligible for admission *pro hac vice* to this Court.

      2.    I am a partner at the law firm of Haynes and Boone, LLP and maintain an office for the practice of law at 1 Houston Center, 1221 McKinney, Suite 2100, Houston, Texas 77010.

      3.    I am a member in good standing of the Bar of the State Texas, and have been admitted to practice before the United States District Courts for the Southern, Northern, Eastern and Western Districts of Texas. There are no disciplinary proceedings or criminal proceedings pending against me and there have been no disclosures of any pending formal grievances against me.

      4.    I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of this chapter 11 case, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

      5.    I have access to, or have acquired, a copy of the Local Rules of this Court, am generally familiar with such Rules, and will comply with such Rules.

H-541138.1

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2006.

              /s/   Kenric D. Kattner
              Kenric D. Kattner
              HAYNES AND BOONE, LLP
              1 Houston Center
              1221 McKinney, Suite 2100
              Houston, Texas  77010
              Telephone:  (713) 547-2000
              Facsimile:  (713) 547-2600