**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
                                                    :
In re:                                              :    Chapter 11
                                                    :
DELPHI CORPORATION, *et al.*,                       :    Case No. 05-44481 (RDD)
                                                    :
            Debtors.                                :    (Jointly Administered)
------------------------------------------------------------------------X

# ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE OF KENRIC D. KATTNER

Upon the Motion (the "Motion") of Judith Elkin seeking the admission *pro hac vice* of Kenric D. Kattner to represent Highland Capital Management, L.P. ("Highland") in this case; and upon consideration of the Motion, the Certification of Kenric D. Kattner; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that Kenric D. Kattner is admitted *pro hac vice* to represent Highland in the above-captioned case and may appear in this case and any related proceedings *pro hac vice*; and it is further

ORDERED that the requirements of the service and filing of a separate memorandum of law under Rule 9013-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York is hereby waived.

Dated: December ____, 2006
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

H-650431_1.DOC