David S. Rosner (DR-4214)
Michael M. Fay (MF-7006)
Adam L. Shiff  (AS-7571)
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

COUNSEL TO THE DELPHI TRADE COMMITTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 Case |
| ) | |
| DELPHI CORPORATION et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

Anitra Fletcher, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age, and am employed by Kasowitz, Benson, Torres & Friedman LLP.

2.  On December 21, 2006, I served a true and correct copy of the Preliminary Objection of the Delphi Trade Committee to the Expedited Motion for Order Authorizing and Approving the Equity Purchase and Commitment Agreement, via first class mail be to served upon the parties listed on the attached service list.

Dated: New York, New York
December 21, 2006

/s/Anitra Fletcher
Anitra Fletcher

Sworn before me this
December 21, 2006

/s/ Lana Rafael
Notary Public

LANA RAFAEL
Notary Public, State of New York
No. 01RA6042271
Qualified in Kings County
Commission Expires May 22, 2010

## Exhibit A

**Hon. Robert D. Drain**
United States Bankruptcy Court
One Bowling Green, Room 610
New York, NY 10004

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017

**Donald S. Bernstein**
**Brian Resnick**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

**John Wm. Butler, Jr.**
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

**Robert J. Rosenberg**
**Mark A. Broude**
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

**Bonnie Steingart**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

**Alicia M. Leonhard**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004