UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 05-44481RDD |
| DELPHI CORPORATION, ET AL., | Chapter 11 (Jointly Administered) |
| Debtor(s). | Hon. Robert D. Drain |

RESPONSE OF THE STATE OF MICHIGAN, DEPARTMENT OF TREASURY TO DEBTOR'S FIFTH OMNIBUS OBJECTION TO CLAIMS

NOW COMES the State of Michigan, Department of Treasury by and through its attorneys, Michael A. Cox, Attorney General and Peggy A. Housner, Assistant Attorney General and responds to Debtor's Fifth Omnibus Objection to its claims as follows:

1. The Debtor, in its Fifth Omnibus Objection has objected to three claims filed by the Michigan Department of Treasury. All three claims were filed as Administrative Expense Claims against three different Delphi business entities.

2. Debtor objects to Claim # 4534 filed by Michigan on May 2, 2006, in the amount of $20,684.20. This claim is filed as an Administrative Expense against Delphi Technologies, Inc. (Federal Tax Identification # 38-3430681). The claim, as filed, is for Use Tax for the post-petition tax period October 8, 2005, through October 31, 2005. The assessment is based on an Audit conducted by the Michigan Department of Treasury.

3. Debtor objects to Claim # 4537 filed by Michigan on May 2, 2006, in the amount of $145,551.50. This claim is filed as an Administrative Expense against Delphi Automotive Systems, LLC. (Federal Tax Identification # 38-3431131). The claim, as filed, is for Use Tax

1

for the post-petition tax period of October 8, 2005, through October 31, 2005. The assessment is based on an Audit conducted by the Michigan Department of Treasury.

4.      Debtor objects to Claim # 9273 filed by Michigan on July 11, 2006, in the amount of $585,989.54. This claim is filed as an Administrative Expense against Delphi Corporation. (Federal Tax Identification # 38-3430473). The claim, as filed, is for Use Tax for the post-petition tax period of October 8, 2005, through October 31, 2005. The assessment is based on an Audit conducted by the Michigan Department of Treasury.

5.      The Michigan Department of Treasury is authorized under statute to conduct an audit of any taxpayer if the taxpayer fails or refuses to file the required return or it (Treasury) has any reason to believe that the return made or the payment does not supply sufficient information for an accurate determination of the amount of tax due. MCL 205.20 and MCL 205.21. The Michigan Department of Treasury has so determined and an audit of the various Delphi business entities has been pursued.

6.      The claims, as presently filed, contain audit assessments for Use Tax for post-petition tax periods. (October 8 through October 31, 2005). The audit Use Tax assessments are not final and, as such, do not contain a final assessment date. The assessments continue in the assessment process and are still subject to appeal by the taxpayer. The claims are filed to insure that the Debtor has notice of the administrative expense debt now pending with the Michigan Department of Treasury.

WHEREFORE, the State of Michigan Department of Treasury respectfully requests that its Administrative Expense Claims be allowed and paid, as filed, unless or until the taxpayer completes the audit process and final assessments are corrected and issued.

                                                Respectfully submitted,

/S/ Peggy A. Housner
Peggy A. Housner (P47207)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Dated:  December 22, 2006                    Telephone: (313) 456-0140