UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, ET AL.,

Debtor(s).
_____/

Case No. 05-44481RDD

Chapter 11

Honorable Robert D. Drain
Jointly Administered

PROOF OF SERVICE

    The undersigned certifies that on December 22, 2006, a copy of Response of the State of Michigan, Department of Treasury, to Debtor's Fifth Omnibus Objection to Claims was served upon the following parties by depositing said copies in the U.S. Mail, postage prepaid:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm Butler, Jr.
      John K. Lyons
      Randall G. Reese

*/S/ Jennifer Bielecki*
Jennifer Bielecki, Legal Secretary
Department of Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: December 22, 2006
AG# 2005028611A