# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
Name of Transferee

METAL POWDER PRODUCTS
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): See below
Amount of Claim: **$228,239.61**
Date Claim Filed: 4/5/2006

| DATE FILED | CLAIM NO. | AMOUNT |
|---|---|---|
| 4/5/2006 | 2709 | $ 33,544.10 |
| 4/5/2006 | 2710 | $149,746.96 |
| 4/5/2006 | 2711 | $ 15,750.00 |
| 4/5/2006 | 2712 | $ 26,184.00 |
| 4/5/2006 | 2708 | $  3,014.55 |
| TOTAL |  | $228,239.61 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/James Yenzer
Transferee/Transferee's Agent

Date: 12/20/2006

Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

719816

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   See previous page   (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/20/2006.

| | |
|---|---|
| Liquidity Solutions Inc, d/b/a Revenue Management<br>**Name of Transferee** | **METAL POWDER PRODUCTS**<br>**Name of Alleged Transferor** |
| Address of Transferee:<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | Address of Alleged Transferor:<br>**METAL POWDER PRODUCTS**<br>**17005 A WESTFIELD PARK RD**<br>**WESTFIELD, IN 46074** |

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

719816

## TRANSFER NOTICE

Metal Powder Products ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT between Assignor and Assignee, all of its right, title and interest in and to the Metal Powder Products Claims of Assignor in the aggregate amount of $74,159.00 representing all*claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, Southern District of New York administered as **Case Number 05-44640.**

\* currently undisputed / Kahn

IN WITNESS WHEREOF, Assignor has signed below as of the _10 th_ day of _Nov._, 2006.

Metal Powder Products                                                CAPITAL MARKETS

_Steven Kahn_                                                         By: _[signature]_
(Signature)                                                           (Signature)

                                                                      Jim Yenzer
_____                                           _____
(Print Name of Witness)                                               (Print Name and Title)

719816