# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44681**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
Name of Transferee

**WOODEN & MCLAUGHLIN**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent:

Court Claim # (if known):4732
Amount of Claim: **$18,977.40**
Date Claim Filed:5/4/2006

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Yamila Moyano
Transferee/Transferee's Agent

Date: 12/20/2006

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

839481

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44681**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   4732      (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case
by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of
Claim Other than for Security in the clerk's office of this court on 12/20/2006.

Liquidity Solutions Inc,
d/b/a Revenue Management
**Name of Transferee**

**WOODEN & MCLAUGHLIN**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**WOODEN & MCLAUGHLIN**
**ONE INDIANA SQUARE SUITE 1800**
**INDIANAPOLIS, IN 46204**

---

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for
Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be
filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received
by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

839481

McLAUGHLIN LLP

☑005

## TRANSFER NOTICE

WOODEN & MCLAUGHLIN LLP ("Assignor"), transfers and assigns unto LIQUIDITY SOLUTIONS INC., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems, LLC (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $18,977.40 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS, LLC, (herein, the Debtor) in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the _18th_ day of _July_, 2006.

WOODEN & MCLAUGHLIN LLP                    WITNESS:

By: _____                By: _____
(Signature)                                (Signature)

Dale W. Eikenberry / Partner               Deborah J. Richards
(Print Name and Title)                     (Print Name and Title)

839481