UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :

    In re                                   :        Chapter 11

                                        :

DELPHI CORPORATION, et al.,       :        Case No. 05-44481 (RDD)

                                        :

                    Debtors.    :        (Jointly Administered)

                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PRETRIAL AND SCHEDULING ORDER RELATING TO DEBTORS'
EXPEDITED MOTION FOR ORDER AUTHORIZING AND APPROVING
EQUITY PURCHASE AND COMMITMENT AGREEMENT PURSUANT TO
11 U.S.C. §§ 105(a), 363(b), 503(b), AND 507(a) AND PLAN FRAMEWORK AND
SUPPORT AGREEMENT PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 1125(e)

        Upon the motion, dated December 18, 2006 (the "Motion"), of the debtors and debtors-in-possession in the above-captioned cases (the "Debtors") for an order authorizing and approving the Equity Purchase and Commitment Agreement (as defined in the Motion, the "EPCA") under sections 105(a), 363(b), 503(b), and 507(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended and in effect on October 8, 2005 (the "Bankruptcy Code"), and the Plan Framework and Support Agreement (as defined in the Motion, the "PSA") under sections 105(a), 363(b), and 1125(e) of the Bankruptcy Code (Docket No. 6179); and the Motion having originally been scheduled for hearing on January 5, 2007 pursuant to this Court's December 18, 2006 Order Scheduling Non-Omnibus Hearings On Debtors' Plan Investment And Framework Support Approval Motion And Dip Refinancing Motion (Docket No. 6193); and upon the preliminary and first supplemental objections to the Motion filed by the Official Committee of Unsecured Creditors (the "Creditors' Committee") (Docket No. 6209), the Official Committee of Equity Security Holders (the "Equity Committee") (Docket Nos. 6211 and 6247),

the IUE-CWA (Docket No. 6242), and the Delphi Trade Committee (the "Trade Committee") (Docket No. 6254) (together, the "Objecting Parties"); and the Debtors having conducted a "meet and confer" teleconference on the morning of December 21, 2006 with representatives of the Creditors' Committee, the Equity Committee, General Motors Corporation ("GM"), Appaloosa Management L.P. ("Appaloosa"), and Cerberus Capital Management, L.P. ("Cerberus") regarding discovery requests propounded by the Objecting Parties; and the Court having held a chambers conference (the "Court Conference") regarding discovery disputes on the afternoon of December 21, 2006 in which the Debtors, the Objecting Parties, GM, Appaloosa, and Cerberus participated; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The hearing on the Motion shall be adjourned to January 11, 2007 at 10:00 a.m. (Prevailing Eastern Time).

2. Any objections to the Motion shall be filed by 4:00 p.m. (Prevailing Eastern Time) on January 2, 2007. The deadline for the filing of supplemental objections by any party filing a timely objection, if any, shall be January 8, 2007 at 12:00 noon (Prevailing Eastern Time). The deadline for the filing of a reply by the Debtors, if any, shall be January 10, 2007 at 2:00 p.m. (Prevailing Eastern Time).

3. No later than 5:00 p.m. (Prevailing Eastern Time) on December 26, 2006, the Objecting Parties shall deliver to the Debtors, GM, Appaloosa, and Cerberus a written statement (each, a "Statement") identifying any perceived ambiguities in the EPCA or the PSA. No later than 5:00 p.m. (Prevailing Eastern Time) on December 29, 2006, the Debtors shall

deliver to such Objecting Parties a response to any such Statement, which shall state whether and in what respect they believe that any such ambiguity exists (each, a "Responsive Statement").

        4.       The Debtors shall produce to and serve upon the Objecting Parties no later than 5:00 p.m. (Prevailing Eastern Time) on December 29, 2006 responses to the Objecting Parties' requests for production of documents; _provided_, _however_, that such production to the Trade Committee shall be made only if an appropriate protective order with respect to the Trade Committee shall have been entered prior to that time.  In accordance with the limitations established in the Court Conference, the Debtors' production shall consist only of all materials concerning the EPCA and the PSA provided to the Debtors' Board of Directors between September 1, 2006 and December 18, 2006 and all e-mail communications of a substantive nature concerning the EPCA or the PSA between the Debtors, GM, and/or the Plan Investors (as defined in the Motion) between November 1, 2006 and December 18, 2006, it being understood that internal communications within the Debtors (as a group), GM, and the Plan Investors (as a group) are specifically excluded.

        5.       Depositions of Robert S. ("Steve") Miller, John D. Opie, and John D. Sheehan shall take place and be completed between January 2, 2007 and January 5, 2007, inclusive.  Depositions of any other parties shall take place and be completed during the same period; _provided_, _however_, that depositions of any GM, Appaloosa, or Cerberus witnesses shall be presumptively scheduled for January 5, 2007 unless all of the parties agree otherwise; _provided further_, _however_, that depositions of any GM, Appaloosa, or Cerberus witnesses shall proceed only if the Debtors, GM, Appaloosa, and Cerberus fail to agree on any Responsive Statement.  The parties shall use good faith efforts to limit any deposition to five (5) hours.  All discovery related to the Motion shall be completed on or before January 5, 2007.

6. The parties participating in the Court Conference shall continue to meet and confer regarding discovery and settlement matters as required under the Case Management Order as supplemented (Docket Nos. 245, 2883, 2995, 3293, 3589, 3629, 3730, 3824, 5401, and 5418). Any unresolved matters will be considered by the Court at a supplemental chambers teleconference to be held at 3:00 p.m. (Prevailing Eastern Time) on December 28, 2006.

Dated: New York, New York
December 22, 2006

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE