| | |
|---|---|
| **William M. Hawkins (WH-1865)** | **Hearing Date: January 11, 2007 at 10:00 a.m.** |
| **Jason Blumberg (JB-1033)** | **Objection Deadline: January 8, 2007 at 4:00 p.m.** |
| **LOEB & LOEB LLP** | |
| **345 Park Avenue** | |
| **New York, NY 10154** | |
| **(212) 407-4000** | |

**Attorneys for Kyocera Industrial Ceramics Corporation**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
In re:                                              :
                                                    :   Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :   Case No. 05-44481 (RDD)
                                                    :
                    Debtors.                        :   (Jointly Administered)
                                                    :
----------------------------------------------------------X

### NOTICE OF MOTION OF KYOCERA INDUSTRIAL CERAMICS CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT IT TO EXERCISE SETOFF AND/OR RECOUPMENT RIGHTS

**PLEASE TAKE NOTICE** that on December 22, 2006, the undersigned caused to be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York Kyocera Industrial Ceramics Corporation's motion (the "Motion") for an order seeking relief from the automatic stay to permit it to exercise setoff and/or recoupment rights.

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "Hearing") on the Motion is scheduled for **January 11, 2007, 10:00 a.m.** prevailing Eastern Time at the United States Bankruptcy Court, United States Custom House, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be filed and served so as to ensure actual receipt not later January 8, 2007 at 4:00 p.m. on: Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154 (Attn: William M. Hawkins, Esq.).

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-182 (General Order M-182 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers).

Dated: New York, New York
December 22, 2006

LOEB & LOEB LLP

By: ___/s/      William Hawkins_____
William M. Hawkins (WH-1865)
Jason Blumberg
345 Park Avenue
New York, NY 10154
(212) 407-4000
Attorneys for Kyocera Industrial Ceramics Corporation

546443-1