**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | |
| | : (Jointly Administered) |
| Debtors. | |
| | **CERTIFICATE OF SERVICE** |

------------------------------------------------------- X

COLLETTE SIMMS, certifies as follows:

1. On December 22, 2006, I caused to be served, by Federal Express true and correct copies of the Motion of Kyocera Industrial Ceramics Corporation for Relief from the Automatic Stay to Permit it to Exercise Setoff and/or Recoupment rights upon the following:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
(Attn: General Counsel)

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
(Attn: Robert J. Rosenberg and
Mark A. Broude)

Skadden Arps Slate Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(Attn: John Wm. Butler, Jr.)

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(Attn: Kenneth S. Ziman)

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
(Attn: Bonnie Steingart)

        David Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(Attn: Donald Bernstein and Brian Resnick)

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
New York, New York 10004
(Attn: Alicia M. Leonhard)

Dated:  New York, New York
       December 22, 2006

                                     _____/s/ Collette Simms_____
                                           Collette Simms