B210
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
### (Manhattan)

In re: DELPHI CORPORATION, *et al.*,    Case No. 05-44481-rdd
(Jointly Administered)
Court ID (Court use only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br><br>Name of Transferee | Alumax Mill Products, Inc.<br>Alcoa Automotive Castings- a Michigan Partnership<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br>SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 0683<br>Attn: Brian A. Jarmain | Court Record Address of the transferor (Court Use Only) |
| Last Four Digits of Acct. #: | Last Four Digits of Acct. #: |
| **Partial Transfer Amount: $2,332,387.53**<br>Original Claim Amount: $2,760,429.64 | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of transferor<br>Alumax Mill Products, Inc.<br>Alcoa Automotive Castings- a Michigan Partnership<br>c/o Alcoa<br>8550 W. Bryn Mawr Ave.<br>10th Fl.<br>Chicago, IL 60631<br>Attn: Paul Kopatich |
| Phone: 203-542-4126<br>203-542-4255 | Phone: (773) 380-7087 |
| Last Four Digits of Acct #: | Last Four Digits of Acct #: |
| Court Claim # (if known): 27<br>Date Claim Filed: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: November ___, 2006
   Brian A. Jarmain

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO PARTIAL TRANSFER~~

The transferor of claim named above is advised that this Notice of Partial transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                              CLERK OF THE COURT

{00201324.DOC;}

B210
(12/04)

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For value received, the adequacy and sufficiency of which are hereby acknowledged, Alumax Mill Products Inc. and Alcoa Automotive Castings- a Michigan Partnership, (collectively, the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. (the "Assignee"), its right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's reclamation claims with administrative expense status, in the amount of $2,332,387.53 (the "Assigned Claim"), relating to Claim No. 27, against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Delphi Automotive Systems LLC*, Chapter 11 Case No. 05-44481-RDD (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court.")

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _____ day of November, 2006.

**ALUMAX MILL PRODUCTS, INC.**

By:_____
(Signature of authorized corporate officer)

Name:
Title:
Tel.:

**ALCOA AUTOMOTIVE CASTINGS- A MICHIGAN PARTNERSHIP**

By: _____
(Signature of authorized corporate officer)

Name:  Lonnie F. Nicol
Title:  Vice President
Tel.:    412-553-4625

{00201324.DOC;}

B210
(12/04)

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For value received, the adequacy and sufficiency of which are hereby acknowledged, Alumax Mill Products Inc. and Alcoa Automotive Castings- a Michigan Partnership, (collectively, the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. (the "Assignee"), its right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's reclamation claims with administrative expense status, in the amount of $2,332,387.53 (the "Assigned Claim"), relating to Claim No. 27, against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Delphi Automotive Systems LLC*, Chapter 11 Case No. 05-44481-RDD (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court.")

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the *14* day of November, 2006.

ALUMAX MILL PRODUCTS, INC.

By: _____
(Signature of authorized corporate officer)

Name: JUDITH S. SCHRECKER
Title: VP FINANCE
Tel.: 773-380-7090

ALCOA AUTOMOTIVE CASTINGS- A
MICHIGAN PARTNERSHIP

By: _____
(Signature of authorized corporate officer)

Name:
Title:
Tel.:

{00201324.DOC;}