# UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Westbury, New York.

2. On December 22, 2006, a true and correct copies of the *Alumax Mill Products, Alcoa Automotive Casting- A Michigan Partnership, AFL Automotive L.P.- A Texas Limited Partnership, AFL Automotive Limited Partnership- Michigan Limited Partnership, Alumax Mill Products, Inc, Alcoa Automotive Castings- A Michigan Partnership, AFL Automotive Limited Partnership- A Texas Limited Partnership* transfer agreements, in the above captioned proceeding was caused to be served on the parties listed on the attached Service List via first class mail.

**Dreier LLP**

By: /s/Jean L. Guerrier____
**Jean L. Guerrier**

**Sworn to before me this**
**22nd day of December, 2006.**

*/s/ Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2007**

{00216094.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner

**Kurtzman Carson Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036

**c/o Alcoa**
8550 W. Bryn Mawr Ave.
10 floor
Chicago, IL 60631
Attn: Paul Kilpatich
(Alumax Mill Products, Alcoa Automotive Casting- A Michicgan Partnership,
AFL Automotive L.P.- A Texas Limited Partnership,
AFL Automotive Limited Partnership- Michigan Limited Partnership,
Alumax Mill Products, Inc, Alcoa Automotive Castings- A Michigan Partnership,
AFL Automotive Limited Partnership- A Texas Limited Partnership)