| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER<br>   & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>(312) 407-0700<br>John Wm. Butler, Jr. (JB 4711)<br>John K. Lyons (JL 4951)<br>Ron E. Meisler (RM 3026) | SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000<br>Douglas P. Bartner (DB 2301)<br>Andrew V. Tenzer (AT 2263) |

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
   In re                                   :        Chapter 11
: 
DELPHI CORPORATION, et al.,       :        Case No. 05-44481 (RDD)
: 
                             Debtors.   :        (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF FILING OF REPLACEMENT CREDIT AGREEMENT PURSUANT TO
DEBTORS' DIP REFINANCING MOTION

        PLEASE TAKE NOTICE that in accordance with footnote 4 of the Expedited

Motion for an Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3),

364(d)(1), and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 6004(g) (I) Authorizing Debtors To

Obtain Postpetition Financing And (II) Authorizing Debtors To Refinance Secured Postpetition Financing And Prepetition Secured Debts (the "DIP Refinancing Motion"), filed December 18, 2006 (Docket No. 6180), Delphi Corporation and its affiliate debtors (the "Debtors") hereby file the Replacement Credit Agreement as provided for in the DIP Refinancing Motion. The Replacement Credit Agreement is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that a copy of the Replacement Credit Agreement blacklined against the existing DIP Credit Agreement is attached hereto as Exhibit B.

Dated: New York, New York
December 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

By:   /s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

- and –

SHEARMAN & STERLING LLP

By:   /s/ Andrew V. Tenzer
Douglas P. Bartner (DB 2301)
Andrew V. Tenzer (AT 2263)
599 Lexington Avenue
New York, New York  10022
(212) 848-4000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession