**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
601 South Figueroa Street, 30th Floor
Los Angeles, California  90017
Tel:    213/892-4000
Fax:    213/629-5063
Gregory A. Bray (Admitted in California 115367)

Attorneys for Cerberus Capital Management, L.P. and Dolce Investments LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| -------------------------------------------------------x | |
| In re : | Chapter 11 |
| : | Case No.  05-44481 (RDD) |
| **DELPHI CORPORATION, <u>et al.</u>,** : | |
| : | (Jointly Administered) |
| Debtors : | |
| -------------------------------------------------------x | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gregory A. Bray, a member in good standing of the Bar of the State of California and the Bars of the United States District Court for the Southern District of California, the United States District Court for the Central District of California, the United States District Court for the Eastern District of California, the United States District Court for the Northern District of California, and the Ninth Circuit Court of Appeals, request admission, *pro hac vice* pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, to represent Cerberus Capital Management, L.P. and Dolce Investments LLC in the above referenced cases[1].  My mailing address, my telephone and fax numbers, and my email address are:

---

[1] My firm presently represents Cerberus Capital Management, L.P. and Dolce Investments LLC in connection with certain aspects of these cases.

        Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP
        601 South Figueroa Street, 30th Floor
        Los Angeles, CA 90017
        Telephone:  (213) 892-4000
        Facsimile:  (213) 629-5063
        Email:  gbray@milbank.com

My request for admission, ***pro hac vice***, is accompanied by the $25 fee required at the time of the filing of this motion.

December 26, 2006        **MILBANK, TWEED, HADLEY & McCLOY LLP**

        By:   /s/ Gregory A. Bray
                Gregory A. Bray

Attorneys for Cerberus Capital Management, L.P. and Dolce Investments LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                    :      **Chapter 11**

**In re**                                            :

                                                   :      **Case No. 05-44481 (RDD)**

**DELPHI CORPORATION, et al.,**           :

                                                   :      **(Jointly Administered)**

                                                   :

**Debtors**                                        :
-------------------------------------------------------x

## ORDER FOR ADMISSION TO PRACTICE: *PRO HAC VICE*

      Gregory A. Bray, a member in good standing of the Bar of the State of California and the Bars of the United States District Court for the Southern District of California, the United States District Court for the Central District of California, the United States District Court for the Eastern District of California, the United States District Court for the Northern District of California, and the Ninth Circuit Court of Appeals, having requested admission, ***pro hac vice***, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, to represent Cerberus Capital Management, L.P. and Dolce Investments LLC in the above referenced cases; and having paid the required $25 filing fee due at the time of filing such motion; it is

      **ORDERED**, that Gregory A. Bray, is admitted to practice *pro hac vice* in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York.

Date: _____ __, 200_
      New York, New York

                                                         _____
                                                         United States Bankruptcy Judge