KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Robert N. Michaelson, Esq. (RM-5925)
599 Lexington Avenue
New York, NY  10022-6030
(212) 536-3900
(212) 536-3901 (fax)
Email: rmichaelson@klng.com
        and
David A. Murdoch, Esq. (PA I.D. No. 00239)
Jamie Bishop, Esq. (PA I.D. No. 89466)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)
Email: dmurdoch@klng.com
Email: jbishop@klng.com
Counsel for *Carlton Bates Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :        Case No. 05-44481 (RDD)
                                                    :
                            Debtors.                :        (Jointly Administered)
                                                    :
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 6689 FILED AGAINST DELPHI CORPORATION

PLEASE TAKE NOTICE that Carlton Bates Company hereby withdraws proof of claim no. 6689 that it filed against Delphi Corporation, case number 05-44481, and waives any and all rights to distribution on account of such claim.  Withdrawal of Proof of Claim No. 6689 is without prejudice to Carlton Bates Company's claims against the applicable subsidiaries of Delphi Corporation (the "Debtors") which are scheduled by the Debtors as liquidated, undisputed and non-contingent claims and deemed allowed pursuant to Fed. R. Bankr. P. 3003.  Carlton Bates Company reserves its

right to file a proof of claim against the Debtors if the schedules are amended with regard to the claims of Carlton Bates Company.

| | |
|---|---|
| Dated: December 27, 2006<br>New York, NY | /s/ Robert N. Michaelson_____<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>Robert N. Michaelson, Esq. (RM-5925)<br>599 Lexington Avenue<br>New York, NY  10022-6030<br>(212) 536-3900<br>(212) 536-3901 (fax)<br>and<br>David A. Murdoch, Esq. (PA I.D. No. 00239)<br>Jamie Bishop, Esq. (PA I.D. No. 89466)<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>(412) 355-6500<br>(412) 355-6501 (fax)<br><br>Attorneys for Carlton Bates Company |