KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Robert N. Michaelson, Esq. (RM-5925)
599 Lexington Avenue
New York, NY  10022-6030
(212) 536-3900
(212) 536-3901 (fax)
Email: rmichaelson@klng.com
        and
David A. Murdoch, Esq. (PA I.D. No. 00239)
Jamie Bishop, Esq. (PA I.D. No. 89466)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)
Email: dmurdoch@klng.com
Email: jbishop@klng.com
Counsel for *LADD Industries, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                          :          Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :          Case No. 05-44481 (RDD)
                                                :
                    Debtors.                    :          (Jointly Administered)
                                                :
--------------------------------------------------------x

## <u>NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 6690<br>FILED AGAINST DELPHI CORPORATION</u>

          PLEASE TAKE NOTICE that LADD Industries, a division of Carlton Bates Company,

hereby withdraws proof of claim no. 6690 that it filed against Delphi Corporation, case number 05-

44481, and waives any and all rights to distribution on account of such claim.  Withdrawal of Proof of

Claim No. 6690 is without prejudice to LADD Industries' claims against the applicable subsidiaries of

Delphi Corporation (the "Debtors") which are scheduled by the Debtors as liquidated, undisputed and

non-contingent claims and deemed allowed pursuant to Fed. R. Bankr. P. 3003.  LADD Industries

reserves its right to file a proof of claim against the Debtors if the schedules are amended with regard

to the claims of LADD Industries.

Dated: December 27, 2006          /s/ Robert N. Michaelson_____
       New York, NY                  KIRKPATRICK & LOCKHART
                              NICHOLSON GRAHAM LLP
                              Robert N. Michaelson, Esq. (RM-5925)
                              599 Lexington Avenue
                              New York, NY  10022-6030
                              (212) 536-3900
                              (212) 536-3901 (fax)
                              and
                              David A. Murdoch, Esq. (PA I.D. No. 00239)
                              Jamie Bishop, Esq. (PA I.D. No. 89466)
                              Henry W. Oliver Building
                              535 Smithfield Street
                              Pittsburgh, PA 15222
                              (412) 355-6500
                              (412) 355-6501 (fax)

                              Attorneys for LADD Industries