KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Robert N. Michaelson, Esq. (RM-5925)
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)
Email: rmichaelson@klng.com
    and
David A. Murdoch, Esq. (PA I.D. No. 00239)
Jamie Bishop, Esq. (PA I.D. No. 89466)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)
Email: dmurdoch@klng.com
Email: jbishop@klng.com
Counsel for *Carlton Bates Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :      Case No. 05-44481 (RDD)
                                                    :
                    Debtors.                        :      (Jointly Administered)
                                                    :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Nathanael F. Meyers, being duly sworn, deposes and says:

1.    I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

NY-497347 v1

2. On December 27, 2006 I caused to be served a true copies of the **(i) Notice of Withdrawal of Proof of Claim No. 6689 Filed Against Delphi Corporation and (ii) Notice of Withdrawal of Proof of Claim No. 6690 Filed Aganst Delphi Corporation** upon the parties on the attached service list by placing same in properly addressed, postage prepaid envelopes and depositing said envelopes in a receptacle maintained for such purpose.

_____
Nathanael F. Meyers

Sworn to before me this
27 day of December, 2006

_____
Notary Public, State of New York

ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 2010

## SERVICE LIST

John Wm. Butler, Jr.
Skadden Arps Slate Meagher
 & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher
 & Flom LLP
Four Times Square
New York, NY 10036

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069