United States Bankruptcy Court
For the Southern District Of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
|  | } |
|  | } Case No. |
|  | } 05-44640 |
| Debtor | } Amount $1,717.05 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**D&L ENERGY INC**
**2761 SALT SPRING RD**
**YOUNGSTOWN, OH 44509**

The transfer of your claim as shown above in the amount of **$1,717.05** has been transferred to:

Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Mike Richards
Revenue Management
(201) 968-0001

872841

201-968-0001

------------------------------------------------ (CUT HERE) ------------------------------------------------

### TRANSFER NOTICE

D&L ENERGY INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: DELPHI AUTOMOTIVE SYSTEMS LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the D&L ENERGY INC Claims of Assignor in the aggregate amount of $1,717.05 representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 14th day of December 2006

D&L ENERGY INC

Ben W Lupo
(Signature)
BEN W LUPO    PRESIDENT
(Print Name and Title)

REVENUE MANAGEMENT
(Signature)
MIKE RICHARDS
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
D&L ENERGY INC
872841