United States Bankruptcy Court
For the Southern District Of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $1,130.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**DECATUR TRUCK & TRAILER SALES**
**5375 MARSHA AVE**
**DECATUR, AL 35603**

The transfer of your claim as shown above in the amount of **$1,130.00** has been transferred to:

   Revenue Management
   One University Plaza
   Suite 312
   Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Mike Richards
Revenue Management
(201) 968-0001

872886

Liquidity Solutions, Inc.
201-968-0001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - (CUT HERE) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### TRANSFER NOTICE

DECATUR TRUCK & TRAILER SALES ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the DECATUR TRUCK & TRAILER SALES Claims of Assignor in the aggregate amount of **$1,130.00** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the  12  day of  Dec , 2006

DECATUR TRUCK & TRAILER SALES

X _John David Mitchell_
(Signature)

_John David Mitchell_
(Print Name and Title)

REVENUE MANAGEMENT

_[signature]_
(Signature)

_Bobbie Johnson_ | MIKE RICHARDS
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
DECATUR TRUCK & TRAILER SALES
872886