**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

601 South Figueroa Street, 30th Floor
Los Angeles, California  90017
Tel:    213/892-4000
Fax:    213/629-5063
Gregory A. Bray (Admitted in California 115367)
Thomas R. Kreller (Admitted in California 161922)
James E. Till (Admitted in California 200464)

Attorneys for Cerberus Capital Management, L.P.
and Dolce Investments LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                            :        **Chapter 11**
**In re**                                      :
                                            :        **Case No.  05-44481 (RDD)**
**DELPHI CORPORATION, et al.,**               :
                                            :        **(Jointly Administered)**
                                            :
**Debtors**                                    :
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK   )

        BRYN FULLER, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to
or interested in the above-captioned cases.  I am employed by the law firm of Milbank,
Tweed, Hadley & M<sup>c</sup>Cloy LLP, counsel to Cerberus Capital Management, L.P. and Dolce
Investments LLC in the above-captioned case.

        On the 18th of December, 2006, I caused a copy of the following
documents:

        1.        NOTICE OF APPEARANCE OF MILBANK, TWEED,
                  HADLEY & MCCLOY LLP ON BEHALF OF CERBERUS
                  CAPITAL MANAGEMENT, L.P.,

2.    NOTICE OF APPEARANCE OF MILBANK, TWEED,
HADLEY & MCCLOY LLP ON BEHALF OF DOLCE
INVESTMENTS LLC,

to be served upon the parties identified on <u>Exhibit A</u> attached hereto via electronic mail, and the parties identified on <u>Exhibit B</u> via FedEx business next day delivery.  On the 19th of December, 2006 I caused a copy of these documents to be served upon the parties identified on <u>Exhibit C</u> attached hereto via First Class Mail.


_    /s/ Bryn Fuller_____
BRYN FULLER


SWORN TO AND SUBSCRIBED before
me this 27th of December, 2006


_    /s/ Rena K. Ceron_____
Rena K. Ceron
Notary Public, State of New York
No. 01CE6028430
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Feb. 1, 2010

## Exhibit A

rstark@brownrudnick.com; bsimon@cwsny.com; sreisman@cm-p.com;
donald.bernstein@dpw.com; brian.resnick@dpw.com; sean.p.corcoran@delphi.com;
karen.j.craft@delphi.com; mike.nefkens@eds.com; cschiff@flextronics.com;
paul.anderson@flextronics.com; trey.chambers@freescale.com; rodbuje@ffhsj.com;
sliviri@ffhsj.com; randall.eisenberg@fticonsulting.com; valerie.venable@ge.com;
lhassel@groom.com; sgross@hodgsonruss.com; fgorman@honigman.com;
rweiss@honigman.com; mariaivalerio@irs.gov; bderrough@jefferies.com;
thomas.f.maher@chase.com; richard.duker@jpmorgan.com;
gianni.russello@jpmorgan.com; vilma.francis@jpmorgan.com;
gnovod@kramerlevin.com; tmayer@kramerlevin.com; jle@kccllc.com;
robert.rosenberg@lw.com; patrick.healy@lawdeb.com; daniel.fisher@lawdeb.com;
dcleary@mwe.com; jdejonker@mwe.com; mkhambati@mwe.com; pclark@mwe.com;
bmctigue@mctiguelaw.com; conh@mctiguelaw.com;
lszlezinger@mesirowfinancial.com; jmoldovan@morrisoncohen.com;
newyork@sec.gov; ServeAG@oag.state.ny.us; rsiegel@omm.com; tjerman@omm.com ;
landy.ralph@pbgc.gov; garrick.sandra@pbgc.gov; efile@pbgc.gov;
sriemer@phillipsnizer.com; david.resnick@us.rothschild.com; rdremluk@seyfarth.com;
dbartner@shearman.com; jfrizzley@shearman.com; kziman@stblaw.com;
rtrust@stblaw.com; wrussell@stblaw.com; jbutler@skadden.com;
jlyonsch@skadden.com; rmeisler@skadden.com; kmarafio@skadden.com;
tmatz@skadden.com; ddoyle@spencerfane.com; nfranke@spencerfane.com;
cp@stevenslee.com; cs@stevenslee.com; altogut@teamtogut.com;
mwarner@warnerstevens.com; jeff.tanenbaum@weil.com;
martin.bienenstock@weil.com; michael.kessler@weil.com;
scimalore@wilmingtontrust.com; david.boyle@airgas.com; tajamie@ajamie.com;
aswiech@akebono-usa.com; pgurfein@akingump.com; mgreger@allenmatkins.com;
craig.freeman@alston.com; dconnolly@alston.com; dwender@alston.com;
bkessinger@akebono-usa.com; steven.keyes@aam.com; gogimalik@andrewskurth.com;
mblacker@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com;
aleinoff@amph.com; mhamilton@amph.com; Cohen.Mitchell@arentfox.com;
Hirsh.Robert@arentfox.com; dladdin@agg.com; joel_gross@aporter.com;
cgalloway@atsautomation.com; kim.robinson@bfkpn.com; william.barrett@bfkpn.com;
alan.mills@btlaw.com; john.gregg@btlaw.com; mark.owens@btlaw.com;
michael.mccrory@btlaw.com; pmears@btlaw.com; wendy.brewer@btlaw.com;
ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com; hannah@blbglaw.com;
sean@blbglaw.com; wallace@blbglaw.com; murph@berrymoorman.com;
klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com;
jtaylor@binghammchale.com; malerding@binghammchale.com;
wmosby@binghammchale.com; fatell@blankrome.com; mrichards@blankrome.com;
rmcdowell@bodmanllp.com; chill@bsk.com; csullivan@bsk.com; sdonato@bsk.com;
jhinshaw@boselaw.com; amcmullen@bccb.com; rjones@bccb.com;
massimiliano_cini@brembo.it; dludman@brownconnery.com;
schristianson@buchalter.com; mhall@burr.com; sabelman@cagewilliams.com;
jonathan.greenberg@engelhard.com; rusadi@cahill.com; driggio@candklaw.com;

rweisberg@carsonfischer.com; cahn@clm.com; japplebaum@clarkhill.com;
sdeeby@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com;
maofiling@cgsh.com; tmaxson@cohenlaw.com; jvitale@cwsny.com;
bceccotti@cwsny.com; srosen@cb-shea.com; amalone@colwinlaw.com;
Elliott@cmplaw.com; jwisler@cblh.com; mlee@contrariancapital.com;
jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; Pretekin@coollaw.com; wachstein@coollaw.com;
derrien@coollaw.com; nhp4@cornell.edu; sjohnston@cov.com; swalsh@chglaw.com;
dpm@curtinheefner.com; rsz@curtinheefner.com; athau@cm-p.com; dkarp@cm-p.com;
krk4@daimlerchrysler.com; wsavino@damonmorey.com;
selanders@danielsandkaplan.com; carol_sowa@denso-diam.com;
amina.maddox@dol.lps.state.nj.us; gdiconza@dlawpc.com; john.persiani@dinslaw.com;
richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com;
jhlemkin@duanemorris.com; dmdelphi@duanemorris.com;
wmsimkulak@duanemorris.com; mbusenkell@eckertseamans.com;
ayala.hassell@eds.com; akatz@entergy.com; dfreedman@ermanteicher.com;
gettelman@e-hlaw.com; ggreen@fagelhaber.com; lnewman@fagelhaber.com;
charles@filardi-law.com; tdonovan@finkgold.com; jmurch@foley.com;
jsimon@foley.com; mrichman@foley.com; fstevens@foxrothschild.com;
mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com; office@gazesllc.com;
ian@gazesllc.com; crieders@gjb-law.com; dcrapo@gibbonslaw.com;
mmeyers@gsmdlaw.com; abrilliant@goodwinproctor.com;
cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com;
gjarvis@ggelaw.com; jeisenhofer@gelaw.com; snirmul@gelaw.com;
mrr@previant.com; tch@previant.com; mdebbeler@graydon.com;
ckm@greensfelder.com; jpb@greensfelder.com; herb.reiner@guarantygroup.com;
cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; jdyas@halperinlaw.net;
rjclark@hancocklaw.com; hleinwand@aol.com; carren.shulman@hellerehrman.com;
timothy.mehok@hellerehrman.com; prubin@herrick.com; anne.kennelly@hp.com;
glen.dumont@hp.com; ken.higman@hp.com; sharon.petrosino@hp.com;
echarlton@hiscockbarclay.com; jkreher@hodgsonruss.com; sgross@hodgsonruss.com;
amoog@hhlaw.com; ecdolan@hhlaw.com; sagolden@hhlaw.com;
elizabeth.flaagan@hro.com; dbaty@honigman.com; tsable@honigman.com;
jrhunter@hunterschank.com; tomschank@hunterschank.com; mmassad@hunton.com;
sholmes@hunton.com; aee@hurwitzfine.com; Ben.Caughey@icemiller.com;
greg.bibbes@infineon.com; jeffery.gillispie@infineon.com;
heather@inplaytechnologies.com; rgriffin@iuoe.org; pbarr@jaffelaw.com;
JRS@Parmenterlaw.com; rpeterson@jenner.com; gerdekomarek@bellsouth.net;
sjfriedman@jonesday.com; john.sieger@kattenlaw.com; rsmolev@kayescholer.com;
kcookson@keglerbrown.com; lsarko@kellerrohrback.com;
claufenberg@kellerrohrback.com; eriley@kellerrohrback.com;
ggotto@kellerrohrback.com; mbane@kelleydrye.com; msomerstein@kelleydrye.com;
lmagarik@kjmlabor.com; sjennik@kjmlabor.com; tkennedy@kjmlabor.com;
sdabney@kslaw.com; bdimos@kslaw.com; grichards@kirkland.com; efox@klng.com;
schnabel@klettrooney.com; dbrown@klettrooney.com; sosimmerman@kwgd.com;
ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com; smcook@lambertleser.com;

erika.ruiz@lw.com; henry.baer@lw.com; john.weiss@lw.com; mark.broude@lw.com;
michael.riela@lw.com; mitchell.seider@lw.com; rcharles@lrlaw.com;
sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com;
gschwed@loeb.com; whawkins@loeb.com; tmcfadden@lordbissell.com;
tbrink@lordbissell.com; kwalsh@lordbissell.com; rcovino@lordbissell.com;
bnathan@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com;
metkin@lowenstein.com; scargill@lowenstein.com; vdagostino@lowenstein.com;
egc@lydenlaw.com; rparks@mijb.com; jlanden@madisoncap.com; jml@ml-legal.com;
lmc@ml-legal.com; vmastromar@aol.com; gsantella@masudafunai.com;
jgtougas@mayerbrownrowe.com; rdaversa@mayerbrown.com; dadler@mccarter.com;
jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; jmsullivan@mwe.com;
sselbst@mwe.com; jrobertson@mcdonaldhopkins.com;
sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-
law.com; egunn@mcguirewoods.com; hkolko@msek.com; lpeterson@msek.com;
emeyers@mrrlaw.net; rrosenbaum@mrrlaw.net; miag@michigan.gov;
raterinkd@michigan.gov; miag@michigan.gov; khopkins@milesstockbridge.com;
trenda@milesstockbridge.com; sarbt@millerjohnson.com; wolfordr@millerjohnson.com;
greenj@millercanfield.com; fusco@millercanfield.com; pjricotta@mintz.com;
skhoos@mintz.com; Jeff.Ott@molex.com; agottfried@morganlewis.com;
mzelmanovitz@morganlewis.com; resterkin@morganlewis.com;
lberkoff@moritthock.com; mdallago@morrisoncohen.com; rurbanik@munsch.com;
jwielebinski@munsch.com; drukavina@munsch.com; sandy@nlsg.com;
Knathan@nathanneuman.com; lisa.moore2@nationalcity.com;
george.cauthen@nelsonmullins.com; bbeckworth@nixlawfirm.com;
jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com; jimbriaco@gentek-
global.com; eabdelmasieh@nmmlaw.com; dgheiman@jonesday.com;
mmharner@jonesday.com; cahope@chapter13macon.com; jay.hurst@oag.state.tx.us;
michaelz@orbotech.com; mmoody@okmlaw.com; aenglund@orrick.com;
aprinci@orrick.com; tkent@orrick.com; fholden@orrick.com; jguy@orrick.com;
mcheney@orrick.com; rwyron@orrick.com; mseidl@pszyjw.com;
wweintraub@pszyjw.com; cweidler@paulweiss.com; ddavis@paulweiss.com;
emccolm@paulweiss.com; sshimshak@paulweiss.com; housnerp@michigan.gov;
aaronsona@pepperlaw.com; lawallf@pepperlaw.com; jaffeh@pepperlaw.com;
caseyl@pepperlaw.com; kmayhew@pepehazard.com; jmanheimer@pierceatwood.com;
kcunningham@pierceatwood.com; karen.dine@pillsburylaw.com;
margot.erlich@pillsburylaw.com; mark.houle@pillsburylaw.com
richard.epling@pillsburylaw.com; robin.spear@pillsburylaw.com;
rmeth@pitneyhardin.com; rbeacher@pitneyhardin.com; bsmoore@pbnlaw.com;
jsmairo@pbnlaw.com;jh@previant.com; mgr@previant.com; jkp@qad.com;
andrew.herenstein@quadranglegroup.com; patrick.bartels@quadranglegroup.com;
jharris@quarles.com; knye@quarles.com; sgoldber@quarles.com;
elazarou@reedsmith.com; rnorton@reedsmith.com; jlapinsky@republicengineered.com;
jshickich@riddellwilliams.com; jcrotty@rieckcrotty.com; mscott@riemerlaw.com;
holly@regencap.com; amathews@robinsonlaw.com; cnorgaard@ropers.com;
gregory.kaden@ropesgray.com; marc.hirschfield@ropesgray.com; tslome@rsmllp.com;

rtrack@msn.com; cschulman@sachnoff.com; agelman@sachnoff.com;
cbelmonte@ssbb.com; pbosswick@ssbb.com; dweiner@schaferandweiner.com;
hborin@schaferandweiner.com; mnewman@schaferandweiner.com;
rheilman@schaferandweiner.com; myetnikoff@schiffhardin.com ;
wkohn@schiffhardin.com; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com;
james.bentley@srz.com; michael.cook@srz.com; carol.weiner.levy@srz.com;
pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com;
bharwood@sheehan.com; lawtoll@comcast.net; ewaters@sheppardmullin.com;
msternstein@sheppardmullin.com; tcohen@sheppardmullin.com;
twardle@sheppardmullin.com; rthibeaux@shergarner.com; bankruptcy@goodwin.com;
asherman@sillscummis.com; jzackin@sillscummis.com ;
cfortgang@silverpointcapital.com; bellis-monro@sgrlaw.com;
kmiller@skfdelaware.com; fyates@sonnenschein.com; rrichards@sonnenschein.com;
lloyd.sarakin@am.sony.com; rgoldi@sotablaw.com; emarcks@ssd.com;
pabutler@ssd.com; sarah.morrison@doj.ca.gov; hwangr@michigan.gov;
jmbaumann@steeltechnologies.com; rkidd@srcm-law.com;
shapiro@steinbergshapiro.com; jposta@sternslaw.com; cs@stevenslee.com;
mshaiken@stinsonmoheck.com; robert.goodrich@stites.com;
madison.cashman@stites.com; wbeard@stites.com; khansen@stroock.com;
rnsteinwurtzel@swidlaw.com; ferrell@taftlaw.com; miller@taftlaw.com;
marvin.clements@state.tn.us; ddraper@terra-law.com; jforstot@tpw.com;
lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp; robert.morris@timken.com;
dlowenthal@thelenreid.com; rhett.campbell@tklaw.com; ira.herman@tklaw.com;
john.brannon@tklaw.com; ephillips@thurman-phillips.com; jlevi@toddlevi.com;
bmcdonough@teamtogut.com; DBR@tbfesq.com; jwilson@tylercooper.com;
hzamboni@underbergkessler.com; mkilgore@UP.com; djury@steelworkers-usw.org;
msmcelwee@varnumlaw.com; rjsidman@vssp.com; tscobb@vssp.com;
EAKleinhaus@wlrk.com; RGMason@wlrk.com; david.lemke@wallerlaw.com;
robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com;
growsb@wnj.com; mwarner@warnerstevens.com; lekvall@wgllp.com;
aordubegian@weineisen.com; gpeters@weltman.com; gkurtz@ny.whitecase.com;
guzzi@whitecase.com; dbaumstein@ny.whitecase.com; tlauria@whitecase.com;
featon@miami.whitecase.com; barnold@whdlaw.com; bspears@winstead.com;
mfarquhar@winstead.com; mwinthrop@winthropcouchot.com;
sokeefe@winthropcouchot.com; oiglesias@wlross.com; lpinto@wcsr.com;
pjanovsky@zeklaw.com; skrause@zeklaw.com

## Exhibit B

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza
Suite 3335
New York, NY  10119

Davis, Polk & Wardwell
Attn: Donald Bernstein
    Brian Resnick
450 Lexington Avenue
New York, NY  10017

Simpson Thatcher & Bartlett LLP
Attn: Kenneth S. Ziman,
    Robert H. Trust, and
    William T. Russell, Jr.
425 Lexington Avenue
New York, NY  10017

Latham & Watkins LLP
Attn.: Robert J. Rosenberg
885 Third Avenue
New York, NY  10022

Skadden, Arps, Slate, Meagher & Flom LLP
Attn.:  John Wm. Butler,
    John K. Lyons,  and
    Ron E. Meisler
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn.:  Kayalyn A. Marafioti,
    Thomas J. Matz
4 Times Square
P.O. Box 300
New York, NY  10036

United States Trustee
Alicia M. Leonhard
33 Whitehall Street, 21st Floor
New York, NY  10004-2112

Electronic Data Systems Corp.
Attn.: Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI  48098

Freescale Semiconductor, Inc.
Attn.:  Richard Lee Chambers, III
6501 William Cannon Drive West
MD: OE16
Austin, TX  78735

General Electric Company
Attn.:  Valerie Venable
9930 Kincey Avenue
Huntersville, NC  28078

Fried, Frank, Harris, Shriver & Jacobson
Attn: Brad Eric Sheler, Bonnie Steingart,
        Vivek Melwani, Jennifer L Rodburg,
        and Richard J Slivinski
One New York Plaza
New York, NY 10004

IUE-CWA
Conference Board Chairman
2360 W. Dorothy Lane
Suite 201
Dayton, OH  45439

Honigman Miller Schwartz and Cohn LLP
Attn: Frank L. Gorman, Esq.
        Robert B. Weiss, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Kurtzman Carson Consultants
Attn.:  James Le
12910 Culver Blvd.
Suite I
Los Angeles, CA  90066

Shearman & Sterling LLP
Attn.:  Douglas Bartner, Jill Frizzley
599 Lexington Avenue
New York, NY  10017

Tyco Electronics Corporation
Attn.:  MaryAnn Brereton, Assistant General Counsel
60 Columbia Road
Morristown, NJ  07960

Warner Stevens, L.L.P.
Attn.: Michael D. Warner
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102

Wilmington Trust Company
Attn.: Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Delphi Corporation
Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, MI  48098

Robert B. Weiss, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583

## Exhibit C

Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York NY 10036

Bruce Simon
Cohen, Weiss & Simon
330 W. 42nd Street
New York NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & mosle LLP
101 Park Avenue
New York NY 10178-0061

Carrie L. Schiff
Flextronics International
305 Interlocken Parkway
Broomfield CO 80021

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose CA 95131

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square 11th Floor
New York NY 10036

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington DC 20006

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street 35th Floor
New York NY 10019

Attn: Insolvency Department, Maria Valerio
Internal Revenue Service
290 Broadway 5th Floor
New York NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15 Detroit MI 48226

William Q. Derrough
Jefferies & Company, Inc,
520 Madison Avenue 12th Floor
New York NY 10022

Thomas F. Maher, Richard Duker, Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York NY 10017

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York NY 10017

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York NY 10036

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York NY 10036

Patrick J. Healy
Law Debenture Trust of New York
767 Third Ave. 31st Floor
New York NY 10017

Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave. 31st Floor
New York NY 10017

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street Suite 5400
Chicago IL 60606

Jason J. DeJonker
McDermott Will & Emery LLP
227 West Monroe Street Suite 5400
Chicago IL 60606

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street Suite 5400
Chicago IL 60606

Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street Suite 5400
Chicago IL 60606

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave. N.W. Suite 350
Washington DC 20015

Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W. Suite 350
Washington DC 20015

Leon Szlezinger
Mesirow Financial
666 Third Ave 21st Floor
New York NY 10017

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York NY 10022

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center Room 4300
New York NY 10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City NY 10271

Robert Siegel
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles CA 90071

Tom A. Jerman, Rachel Janger
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington DC 20006

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W. Suite 340
Washington DC 20005-4026

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W. Suite 340
Washington DC 20005

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York NY 10103

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York NY 10020

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas Suite 2500
New York NY 10020-1801

Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard Tenth Floor
St. Louis MO 63105

Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard Tenth Floor
St. Louis MO 63105

Chester B. Salomon, Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York NY 10022

Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor PA 19087-8675

Thomas A. Ajamie
Ajamie LLP
711 Louisiana Suite 2150
Houston TX 77002

Alan Swiech
Akebono Corporation (North America)
34385 Twelve Mile Road
Farminton Hills MI 48331

Peter J. Gurfein
Akin Gump Strauss Hauer & Feld, LLP
2029 Centure Park East Suite 2400
Los Angeles CA 90067

Michael S. Greger
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street
Fifth Floor
Irvine CA 92614-7321

Craig E. Freeman
Alston & Bird, LLP
90 Park Avenue
New York NY 10016

Dennis J. Connolly; David A. Wender
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta GA 30309

Brandon J. Kessinger
Ambrake Corporation
300 Ring Road
Elizabethtown KY 42701

Steven R. Keyes
American Axle & Manufacturing, Inc.
One Dauch Drive, Mail Code 6E-2-42
Detroit MI 48243

Gogi Malik
Andrews Kurth LLP
1717 Main Street Suite 3700
Dallas TX 75201

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street Suite 3700
Dallas TX 75201

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue 26th Floor
New York NY 10167

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP
199 South Los Robles Avenue Suite 600
Pasadena CA 91101-2459

Andy Leinhoff
APS Clearing, Inc.
1301 S. Capital of Texas Highway Suite B-220
Austin TX 78746

Matthew Hamilton
APS Clearing, Inc.
1301 S. Capital of Texas Highway Suite B-220
Austin TX 78746

Mitchell D. Cohen
Arent Fox PLLC
1675 Broadway
New York NY 10019

Robert M. Hirsh
Arent Fox PLLC
1675 Broadway
New York NY 10019

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW Suite 2100
Atlanta GA 30363-1031

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington D.C. 20004-1206

Carl Galloway
ATS Automation Tooling Systems Inc.
250 Royal Oak Road
Cambridge Ontario N3H 4R6

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP
333 West Wacker Drive Suite 2700
Chicago IL 60606

William J. Barrett
Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP
333 West Wacker Drive Suite 2700
Chicago IL 60606

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis IN 46204

John T. Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW Suite 500
Grand Rapids MI 49503

Mark R. Owens
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis IN 46204

Michael K. McCrory
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis IN 46204

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW Suite 500
Grand Rapids MI 49503

Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis IN 46204

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street 9th Floor
Boston MA 02110

Thomas M Beeman
Beeman Law Office
33 West 10th Street Suite 200
Anderson IN 46016

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York NY 10019

John P. Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York NY 10019

Wallace A. Showman
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York NY 10019

James P. Murphy
Berry Moorman P.C.
535 Griswold Suite 1900
Detroit MI 48226

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real Suite 300
Palo Alto CA 94306

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real Suite 300
Palo Alto CA 94306

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real Suite 300
Palo Alto CA 94306

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real Suite 300
Palo Alto CA 94306

John E Taylor
Michael J Alerding
Whitney L Mosby
Bingham McHale LLP
10 West Market Street Suite 2700
Indianapolis IN 46204

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington DE 19801

Marc E. Richards
Blank Rome LLP
The Chrylser Building
405 Lexington Avenue
New York NY 10174

Ralph E. McDowell
Bodman LLP
100 Renaissance Center
34th Floor
Detroit MI 48243

Camille W. Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse NY 13202

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse NY 13202

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center 18th Floor
Syracuse NY 13202

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennslyvania Street Suite 2700
Indianapolis IN 46204

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville TN 37203

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville TN 37203

Massimilliano Cini
Brembo S.p.A.
Administration Department via Brembo 25
24035 Curno BG
Bergamo

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury NJ 08096

Shawn M. Christianson
Buchalter Nemer, A Profesional Corporation
333 Market Street 25th Floor
San Francisco CA 94105-2126

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street Suite 3100
Birmingham AL 35203

Steven E. Abelman
Cage Williams & Abelman, P.C.
1433 Seventeenth Street
Denver CO 80202

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York NY 10005

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York NY 10005

Dorothy H. Marinis-Riggio
Calinoff & Katz, LLp
140 East 45th Street 17th Floor
New York NY 10017

Robert A. Weisberg
Carson Fischer, P.L.C.
300 East Maple Road Third Floor
Birmingham MI 48009-6317

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York NY 10005

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue Suite 3500
Detroit MI 48226-3435

Shannon Deeby
Clark Hill PLC
500 Woodward Avenue Suite 3500
Detroit MI 48226-3435

Robert D. Gordon
Clark Hill PLLC
500 Woodward Avenue Suite 3500
Detroit MI 48226-3435

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

Thomas D. Maxson
Cohen & Grigsby, P.C.
11 Stanwix Street 15th Floor
Pittsburgh PA 15222-1319

Joseph J. Vitale
Babette Ceccotti
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York NY 10036

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford CT 06103

Amy Wood Malone
Colbert & Winstead, P.C.
1812 Broadway
Nashville TN 37203

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 South Main Street Suite 400
Ann Arbor MI 48104

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington DE 19899

Mark Lee, Janice Stanton, Bill Raine, Seth Lax
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue Suite 225
Greenwich CT 06830

Ronald S. Pretekin
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street Suite 600
Dayton OH 45402

Steven M. Wachstein
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street Suite 600
Dayton OH 45402

Sylvie J. Derrien
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street Suite 600
Dayton OH 45402

Nancy H. Pagliaro
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca NY 14853-2601

Susan Power Johnston
Covington & Burling
1330 Avenue of the Americas
New York NY 10019

Sean M. Walsh, Esq.
Cox, Hodgman & Giarmarco, P.C.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy MI 48084-5280

Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville PA 19067

Robert Szwajkos
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville PA 19067

Andrew M. Thau
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York NY 10178-0061

David S. Karp
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York NY 10178-0061

Kim Kolb
DaimlerChrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills MI 48326-2766

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo NY 14202-4096

Jay Selanders
Daniels & Kaplan, P.C.
2405 Grand Boulevard Suite 900
Kansas City MO 64108-2519

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield MI 48086

Amina Maddox
Deputy Attorney General
R.J. Hughes Justice Complex
P.O. Box 106
Trenton NJ 08625

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York NY 10017

John Persiani
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati OH 45202

Richard M. Kremen
Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore Maryland 21209-3600

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia PA 19103

David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia PA 19103

Joseph H. Lemkin
Duane Morris LLP
744 Broad Street Suite 1200
Newark NJ 07102

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia PA 19103-4196

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia PA 19103-4196

Gregory J. Jordan
Dykema Gossett PLLC
10 Wacker Suite 2300
Chicago IL 60606

Michael G. Busenkell
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue Suite 1360
Wilmington DE 19801

Ayala Hassell
Electronic Data Systems Corporation
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano TX 75024

Alan H. Katz
Entergy Services, Inc.
7411 Highway 51 North
Southaven MS 38671

David H. Freedman
Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre Suite 444
Southfield MI 48034

Gary Ettelman
Ettelman & Hochheiser, P.C.
c/o Premium Cadillac
77 Main Street
New Rochelle NY 10801

Gary E. Green
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago IL 60603

Lauren Newman
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago IL 60603

Charles J. Filardi, Jr., Esq.
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven CT 06510

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash LLP
26 Broadway Suite 711
New York NY 10004

Jill L. Murch
Foley & Lardner LLP
321 North Clark Street Suite 2800
Chicago IL 60610-4764

John A. Simon
Foley & Lardner LLP
One Detroit Center
500 Woodward Ave Suite 2700
Detroit MI 48226-3489

Michael P. Richman
Foley & Lardner LLP
90 Park Avenue
37th Floor
New York NY 10016-1314

Fred Stevens
Fox Rothschild LLP
13 East 37th Street Suite 800
New York NY 10016

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue Suite 400
Atlantic City NJ 08401-7212

Frederick T. Rikkers
419 Venture Court
P.O. Box 930555
Verona WI 53593

Eric Wainer
Gazes LLC
32 Avenue of the Americas Suite 1800
New York NY 10013

Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
New York NY 10013

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street Suite 4400
Miami FL 33131

David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark NJ 07102-5497

Merle C. Meyers
Goldberg, Stinnett, Meyers & Davis
44 Montgomery Street Suite 2900
San Francisco CA 94104

Allan S. Brilliant
Goodwin Proctor LLP
599 Lexington Avenue
New York NY 10022

Craig P. Druehl
Goodwin Proctor LLP
599 Lexington Avenue
New York NY 10022

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
17 State Street
4th Floor
New York NY 10004

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston MA 02110-333

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
1201 North Market Street Suite 2100
Wilmington DE 19801

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York NY 10111

Sharan Nirmul
Grant & Eisenhofer P.A.
1201 North Market Street Suite 2100
Wilmington DE 19801

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive Suite 202
Milwaukee WI 53212

Timothy C. Hall
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive Suite 202
Milwaukee WI 53212

J. Michael Debbler, Susan M. Argo
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati OH 45202

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway Suite 200
St. Louis MO 63102

Herb Reiner
Guaranty Bank
8333 Douglas Avenue
Dallas TX 75225

Alan D. Halperin
Christopher J.Battaglia
Julie D. Dyas
Halperin Battaglia Raicht, LLP
555 Madison Avenue 9th Floor
New York NY 10022

R John Clark Esq
Hancock & Estabrook LLP
1500 Tower I
PO Box 4976
Syracuse NY 13221-4976

Harris D. Leinwand
Harris D. Leinwand
350 Fifth Avenue Suite 2418
New York NY 10118

Carren Shulman
Timothy Mehok
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York NY 10036

Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York NY 10016

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto CA 94304

Glen Dumont
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill NJ 07974

Kenneth F. Higman
Hewlett-Packard Company
2125 E. Katella Avenue Suite 400
Anaheim CA 92806

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill NJ 07974

J. Eric Charlton
Hiscock & Barclay, LLP
300 South Salina Street
PO Box 4878
Syracuse NY 13221-4878

Julia S. Kreher
Hodgson Russ LLP
One M&T Plaza Suite 2000
Buffalo NY 14203

Stephen H. Gross, Esq.
Hodgson Russ LLP
230 Park Avenue
17th Floor
New York NY 10169

Audrey Moog
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington D.C. 20004-1109

Edward C. Dolan
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington D.C. 20004-1109

Scott A. Golden
Hogan & Hartson L.L.P.
875 Third Avenue
New York NY 10022

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln Suite 4100
Denver CO 80203

Donald T. Baty, Jr.
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit MI 48226

E. Todd Sable
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit MI 48226

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo OH 43624

Thomas J. Schank
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo OH 43624

Michael P. Massad, Jr.
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas TX 5201

Steven T. Holmes
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas TX 75201

Ann E. Evanko
Hurwitz & Fine P.C.
1300 Liberty Building
Buffalo NY 14202

Ben T. Caughey
Ice Miller
One American Square
Box 82001
Indianapolis IN 46282-0200

Greg Bibbes
Infineon Technologies North America Corporation
1730 North First Street
M/S 11305
San Jose CA 95112

Jeff Gillespie
Infineon Technologies North America Corporation
2529 Commerce Drive Suite H
Kokomo IN 46902

Heather Beshears
InPlay Technologies Inc
234 South Extension Road
Mesa AZ 85201

Richard Griffin
International Union of Operating Engineers
1125-17th Avenue, N.W.
Washington DC 20036

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road Suite 2500
Southfield MI 48034

Parmenter O'Toole
James R Scheuerle
601 Terrace Street
PO Box 786
Muskegon MI 49443-0786

Beth Klimczak, General Counsel
Jason, Inc.
411 E. Wisconsin Ave Suite 2120
Milwaukee WI 53202

Ronald R. Peterson
Jenner & Block LLP
One IBM Plaza
Chicago IL 60611

Jerry W. Gerde, Esq.
Johnston, Harris Gerde & Komarek, P.A.
239 E. 4th St.
Panama City FL 32401

Scott J. Friedman
Jones Day
222 East 41st Street
New York NY 10017

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL 60661

Richard G Smolev
Kaye Scholer LLP
425 Park Avenue
New York NY 10022-3598

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
65 East State Street Suite 1800
Columbus OH 43215

Lynn Lincoln Sarko
Cari Campen Laufenberg
Erin M. Rily
Keller Rohrback L.L.P.
1201 Third Avenue Suite 3200
Seattle WA 98101

Gary A. Gotto
Keller Rohrback P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix AZ 85012

Mark I. Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York NY 10178

Mark. R. Somerstein
Kelley Drye & Warren, LLP
101 Park Avenue
New York NY 10178

Larry Magarik
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York NY 10003

Susan M. Jennik
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York NY 10003

Thomas Kennedy
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York NY10003

H. Slayton Dabney, Jr.
Bill Dimos
King & Spalding, LLP
1185 Avenue of the Americas
New York NY 10036

Geoffrey A. Richards
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago IL 60601

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York NY 10022

Eric L. Schnabel
DeWitt Brown
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington DE 19801

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A.
4775 Munson Street N.W.
P.O. Box 36963
Canton OH 44735-6963

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street
17th Floor
Boston MA 02110-1727

Kerry R. Northrup
Kutchin & Rufo, P.C.
155 Federal Street
17th Floor
Boston MA 02110-1727

Susan M. Cook
Lambert. Leser, Isackson, Cook & Guinta, P.C.
309 Davidson Building
PO Box 835
Bay City MI 48707-0835

Erika Ruiz
Latham & Watkins
885 Third Avenue
New York NY 10022

Henry P. Baer, Jr.
Latham & Watkins
885 Third Avenue
New York NY 10022

John W. Weiss
Latham & Watkins
885 Third Avenue
New York NY 10022

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York NY 10022

Michael J. Riela
Latham & Watkins
885 Third Avenue
New York NY 10022

Mitchell A. Seider
Latham & Watkins
885 Third Avenue
New York NY10022

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street Suite 700
Tucson AZ 85701

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue Suite 1900
Phoenix AZ 85004-4429

John England, Esq.
Linear Technology Corporation
General Counsel for Linear Technology Corporation
1630 McCarthy Blvd.
Milpitas CA 95035-7417

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin TX 78760-7428

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street Suite 1600
Dallas TX 75201

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston TX 77253-3064

P. Gregory Schwed
Loeb & Loeb LLP
345 Park Avenue
New York NY 10154-0037

William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York NY 10154

Timothy S. McFadden
Lord, Bissel & Brook
115 South LaSalle Street
Chicago IL 60603

Timothy W. Brink
Lord, Bissel & Brook
115 South LaSalle Street
Chicago IL 60603

Kevin J. Walsh
Lord, Bissel & Brook LLP
885 Third Avenue
26th Floor
New York NY 10022-4802

Rocco N. Covino
Lord, Bissel & Brook LLP
885 Third Avenue
26th Floor
New York NY 10022-4802

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
New York NY 10020

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York NY 10020

Kenneth A. Rosen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland NJ 07068

Michael S. Etikin
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York NY 10020

Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland NJ 07068

Vincent A. D'Agostino
Lowenstein Sandler PC
65 Livingston Avenue
Roseland NJ 07068

Erik G. Chappell
Lyden, Liebenthal & Chappell, Ltd.
5565 Airport Highway Suite 101
Toledo OH 43615

Richard J. Parks
MacDonald, Illig, Jones & Britton LLP
100 State Street Suite 700
Erie PA 16507-1459

Joe Landen
Madison Capital Management
6143 South Willow Drive Suite 200
Greenwood Village CO 80111

Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard Suite 250
Pepper Pike OH 44124

Victor J. Mastromarco, Jr.
Mastromarco & Jahn, P.C.
1024 North Michigan Avenue
P.O. Box 3197
Saginaw MI 48605-3197

Gary D. Santella
Masuda Funai Eifert & Mitchell, Ltd.
203 North LaSalle Street Suite 2500
Chicago IL 60601-1262

Jeffrey G. Tougas
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York NY 10019

Raniero D'Aversa, Jr.
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York NY 10019

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York NY 10167

John J. Salmas
Lorne P. Salzman
McCarthy Tetrault LLP
66 Wellington Street West Suite 4700
Toronto Ontario M5K 1E6

James M. Sullivan
McDermott Will & Emery LLP
340 Madison Avenue
New York NY 10017

Stephen B. Selbst
McDermott Will & Emery LLP
340 Madison Avenue
New York NY 10017

Jean R. Robertson, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, East Suite 2100
Cleveland OH 44114

Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E. Suite 2100
Cleveland OH 44114

Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E. Suite 2100
Cleveland OH 44114

Jeffrey Bernstein, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark NJ 07102-4079

Elizabeth L. Gunn
McGuirewoods LLP
One James Center
901 East Cary Street
Richmond VA 23219-4030

Hanan Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway Suite 501
New York NY 10018

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway Suite 501
New York NY 10018

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park MD 20737-1385

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park MD 20737-1385

Metro-Dade Paralegal Unit
Miami-Dade County Tax Collector
140 West Flagler Street Suite 1403
Miami FL 33130

Michael Cox
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit MI 48202

Dennis J. Raterink
Michigan Department of Labor and Economic Growth,
Worker's Compensation Agency
PO Box 30736
Lansing MI 48909-7717

Michael Cox
Michigan Department of Labor and Economic Growth,
Worker's Compensation Agency
PO Box 30736
Lansing MI 48909-7717

Kerry Hopkins
Miles & Stockbridge, P.C.
10 Light Street
Baltimore MD 21202

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore MD 21202

Thomas P. Sarb
Robert D. Wolford
Miller Johnson
250 Monroe Avenue, N.W. Suite 800, PO Box 306
Grand Rapids MI 49501-0306

Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue Suite 2500
Detroit MI 48226

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue Suite 2500
Detroit MI 48226

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
One Financial Center
Boston MA 02111

Stephanie K. Hoos
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
The Chrysler Center
666 Third Avenue
New York NY 10017

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle IL 60532

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York NY 10178-0060

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York NY 10178

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles CA 90017

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City NY 11530

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York NY 10022

Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas RX 75201-6659

Sandra S. Hamilton
Nantz, Litowich, Smith, Girard & Hamilton, P.C.
2025 East Beltline, S.E. Suite 600
Grand Rapids MI 49546

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway Suite 260
Southfield MI 48034

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati OH 45203

George B. Cauthen
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia SC 29201

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield TX 75638

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield TX 75638

Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield TX 75638

James Imbriaco
Noma Company and General Chemical Performance Products LLC
90 East Halsey Road
Parsippanny NJ 07054

Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville NJ 08876

David G. Heiman
North Point
901 Lakeside Avenue
Cleveland OH 44114

Michelle M. Harner
North Point
901 Lakeside Avenue
Cleveland OH 44114

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon GA 31202

Jay W. Hurst
Office of the Texas Attorney General
P.O. Box 12548
Austin TX 78711-2548

Michael M. Zizza, Legal Manager
Orbotech, Inc.
44 Manning Road
Billerica MA 01821

Michael C. Moody
O'Rourke Katten & Moody
161 N. Clark Street Suite 2230
Chicago IL 60601

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York NY 10103

Anthony Princi Esq
Thomas L Kent Esq
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York NY 10103

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco CA 94105

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W.
Washington DC 20007

Matthew W. Cheney
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W.
Washington DC 20007

Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W.
Washington DC 20007

Michael R. Seidl
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington DE 19899-8705

William P. Weintraub
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York NY 10017-2024

Curtis J. Weidler
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

Douglas R. Davis
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

Peggy Housner
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit MI 48202

Anne Marie Aaronson
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia PA 19103-2799

Francis J. Lawall
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia PA 19103-2799

Henry Jaffe
Pepper, Hamilton LLP
1313 Market Street
PO Box 1709
Wilmington DE 19899-1709

Linda J. Casey
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia PA 19103-2799

Kristin B. Mayhew
Pepe & Hazard LLP
30 Jelliff Lane
Southport CT 06890-1436

Jacob A. Manheimer
Pierce Atwood LLP
One Monument Square
Portland ME 04101

Keith J. Cunningham
Pierce Atwood LLP
One Monument Square
Portland ME 04101

Karen B. Dine
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York NY 10036-4039

Margot P. Erlich
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York NY 10036-4039

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive
7th Floor
Costa Mesa CA 92626-7122

Richard L. Epling
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York NY 10036-4039

Robin L. Spear
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York NY 10036-4039

Richard M. Meth
Pitney Hardin LLP
P.O. Box 1945
Morristown NJ 07962-1945

Ronald S. Beacher
Pitney Hardin LLP
7 Times Square
New York NY 10036

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown NJ 07960

John S. Mairo, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown NJ 07960

Jill M. Hartley and Marianne G. Robbins
Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive Suite 202
Milwaukee WI 53212

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth MI 48734

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive
Mt. Laurel NJ 08054

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
375 Park Avenue, 14th Floor
New York NY 10152

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York NY 10152

John A. Harris
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix AZ 85004-2391

Kasey C. Nye
Quarles & Brady Streich Lang LLP
One South Church Street
Tucson AZ 85701

Scott R. Goldberg
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix AZ 85004-2391

Elena Lazarou
Reed Smith
599 Lexington Avenue
29th Street
New York NY 10022

Richard P. Norton
Reed Smith
One Riverfront Plaza 1st Floor
Newark NJ 07102

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron OH 44333

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave. Suite 4500
Seattle WA 98154-1195

Jerome F Crotty
Rieck and Crotty PC
55 West Monroe Street Suite 3390
Chicago IL 60603

Mark S. Scott
Riemer & Braunstein LLP
Three Center Plaza
Boston MA 02108

Holly Rogers
Riverside Claims LLC
2109 Broadway Suite 206
New York NY 10023

Annemarie B. Mathews
Robinson, McFadden & Moore, P.C.
P.O. Box 944
Columbia SC29202

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
515 South Flower Street Suite 1100
Los Angeles CA 90071

Gregory O. Kaden
Ropes & Gray LLP
One International Place
Boston MA 02110-2624

Marc E. Hirschfield
Ropes & Gray LLP
45 Rockefeller Plaza
New York NY 10111-0087

Thomas R. Slome
Rosen Slome Marder LLP
333 Earle Ovington Boulevard Suite 901
Uniondale NY 11533

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York NY 10004

Charles S. Schulman, Arlene N. Gelman
Sachnoff & Weaver, Ltd
10 South Wacker Drive
40th Floor
Chicago IL 60606

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York NY 10169

Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York NY 10169

Daniel Weiner
Schafer and Weiner PLLC
40950 Woodward Ave. Suite 100
Bloomfield Hills MI 48304

Howard Borin
Schafer and Weiner PLLC
40950 Woodward Ave. Suite 100
Bloomfield Hills MI 48304

Max Newman
Schafer and Weiner PLLC
40950 Woodward Ave. Suite 100
Bloomfield Hills MI 48304

Ryan Heilman
Schafer and Weiner PLLC
40950 Woodward Ave. Suite 100
Bloomfield Hills MI 48304

Michael Yetnikoff
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York NY 10022

William I. Kohn
Schiff Hardin LLP
6600 Sears Tower
Chicago IL 60066

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor PA 19087

Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor PA 19087

James T. Bentley
Schulte Roth & Sabel LLP
919 Third Avenue
New York NY 10022

Michael L. Cook
Schulte Roth & Sabel LLP
919 Third Avenue
New York NY 10022

Carol Weiner Levy
Schulte Roth & Zabel LLP
919 Third Avenue
New York NY 10022

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E. Suite 700
Atlanta GA 30309-2401

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas Suite 2500
New York NY 10020-1801

William J. Hanlon
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston MA 02210

Bruce A. Harwood
Sheehan Phinney Bass + Green Professional Association
1000 Elm Street
P.O. Box 3701
Manchester NH 03105-3701

Sheldon S. Toll
Sheldon S. Toll PLLC
2000 Town Center Suite 2550
Southfield MI 48075

Eric Waters
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York NY 10112

Malani J. Sternstein
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York NY 10112

Theodore A. Cohen
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles CA 90071

Theresa Wardle
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles CA 90071

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
5353 Essen Lane Suite 650
Baton Rouge LA 70809

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans LA 70112-1033

Jennifer L. Adamy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford CT 06103-1919

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York NY 10112

Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York NY 10112

Chaim J. Fortgang
Silver Point Capital, L.P.
Two Greenwich Plaza
1st Floor
Greenwich CT 06830

Barbara Ellis-Monro
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E. Suite 3100
Atlanta GA 30309

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington DE 19899

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York NY 10020

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago IL 60606

Lloyd B. Sarakin - Chief Counsel, Finance and Credit
Sony Electronics Inc.
1 Sony Drive
MD #1 E-4
Park Ridge NJ 07656

Robert M. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road Suite 444
Bingham Farms MI 48025

Eric Marcks
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza Suite 300
San Francisco CA 94111-3492

Penn Ayers Butler
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto CA 94304

Sarah E. Morrison
State of California Office of the Attorney General
Deputy Attorney General
300 South Spring Street Ste 1702
Los Angeles CA 90013

46

Roland Hwang
Assistant Attorney General
State of Michigan Department of Labor & Economic Growth, Unemployment Insurance
Agency
3030 W. Grand Boulevard Suite 9-600
Detroit MI 48202

John M. Baumann
Steel Technologies, Inc.
15415 Shelbyville Road
Louisville KY 40245

Robert F. Kidd
Stein, Rudser, Cohen & Magid LLP
825 Washington Street Suite 200
Oakland CA 94607

Mark H. Shapiro
Steinberg Shapiro & Clark
24901 Northwestern Highway Suite 611
Southfield MI 48075

Jeffrey S. Posta
Sterns & Weinroth, P.C.
50 West State Street, Suite 1400
PO Box 1298
Trenton NJ 08607-1298

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York NY 10022

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City MO 64106

Madison L.Cashman
Stites & Harbison PLLC
424 Church Street Suite 1800
Nashville TN 37219

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street Suite 1800
Nashville TN 37219

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville KY 40202

Joseph G. Minias
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York NY 10038

Kristopher M. Hansen
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York NY 10038

Robert N. Steinwurtzel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington DC 20007

Richard L .Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street Suite 1800
Cincinnati OH 45202-3957

W Timothy Miller Esq
Taft, Stettinius & Hollister LLP
425 Walnut Street Suite 1800
Cincinnati OH 45202

Marvin E. Clements, Jr.
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville TN 37202-0207

David B. Draper
Terra Law LLP
60 S. Market Street Suite 200
San Jose CA 95113

Jonathan D. Forstot
Thacher Proffitt & Wood LLP
Two World Financial Center
New York NY 10281

Louis A. Curcio
Thacher Proffitt & Wood LLP
Two World Financial Center
New York NY 10281

Mr. Tetsuhiro Niizeki
The Furukawa Electric Co., Ltd.
6-1 Marunouchi
2-Chrome, Chiyoda-ku
Tokyo Japan 100-8322

Robert Morris
The Timpken Corporation BIC - 08
1835 Dueber Ave. SW
PO Box 6927
Canton OH 44706-0927

David A. Lowenthal
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York NY 10022

Rhett G. Cambell
Thompson & Knight
333 Clay Street Suite 3300
Houston TX 77002

Ira L. Herman
Thompson & Knight LLP
919 Third Avenue
39th Floor
New York NY 10022-3915

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue Suite 3300
Dallas TX 75201-4693

Ed Phillips, Jr.
Thurman & Phillips, P.C.
8000 IH 10 West Suite 1000
San Antonio TX 78230

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue Suite 1202
New York NY 10022

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza Suite 3335
New York NY 10119

Maura I. Russell
Wendy G. Marcari
Traub, Bonaquist & Fox LLP
655 Third Avenue
21st Floor
New York NY 10017

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
City Place
35th Floor
Hartford CT 06103-3488

Helen Zamboni
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester NY 14604

Mary Ann Kilgore
Union Pacific Railroad CompaNY 1400
Douglas Street MC 1580
Omaha NE 68179

David Jury, Esq.
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and
Service Workers, International Union (USW), AFL-CIO
Five Gateway Center Suite 807
Pittsburgh PA 15222

Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett LLp
Bridgewater Place
P.O. Box 353
Grand Rapids MI 49501-0352

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus OH 43216-1008

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus OH 43215

Emil A. Kleinhaus
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York NY 10019-6150

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York NY 10019-6150

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street Suite 2700
Nashville TN 37219

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street Suite 2700
Nashville TN 37219

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids MI 49503

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center Suite 2700
Southfield MI 48075

Stephen B. Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids MI 49503

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street Suite 1700
Fort Worth TX 76102

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive Suite 950
Costa Mesa CA 92626

Aram Ordubegian
Weinstein, Eisen & Weiss LLP
1925 Century Park East #1150
Los Angeles CA 90067

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
175 South Third Street Suite 900
Columbus OH 43215

Glenn Kurtz
Gerard Uzzi
Douglas Baumstein
White & Case LLP
1155 Avenue of the Americas
New York NY 10036-2787

Thomas Lauria
Frank Eaton
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami FL 33131

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
555 East Wells Street Suite 1900
Milwaukee WI 53202-4894

Berry D. Spears
Winstead Sechrest & Minick P.C.
401 Congress Avenue Suite 2100
Austin TX 78701

R. Michael Farquhar
Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas TX 75270

Marc. J. Winthrop
Winthrop Couchot Professional Corporation
660 Newport Center Drive
4th Floor
Newport Beach CA 92660

Sean A. O'Keefe
Winthrop Couchot Professional Corporation
660 Newport Center Drive
4th Floor
Newport Beach CA92660

Oscar Iglesias
WL Ross & Co., LLC
600 Lexington Avenue
19th Floor
New York NY 10022

Lillian H. Pinto
Womble Carlyle Sandridge & Rice, PLLC
300 North Greene Street Suite 1900
Greensboro NC27402

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York NY 10022

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York NY 10022