**HEARING DATE: February 15, 2007 at 10:00 a.m.**
**RESPONSE DEADLINE: February 8, 2007 at 4:00 p.m.**

LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
           mitchell.seider@lw.com
           mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AMENDED NOTICE OF FEE AND EXPENSE APPLICATIONS OF PROFESSIONALS**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

PLEASE TAKE NOTICE that (i) Latham & Watkins LLP has filed its Third Fee and

Expense Application of Latham & Watkins LLP, as Counsel to the Official Committee of

Unsecured Creditors (the "Latham Application"); (ii) Mesirow Financial Consulting, LLC has

filed its Third Interim Fee Application of Mesirow Financial Consulting, LLC for Allowance of

Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee

of Unsecured Creditors for the Period from June 1, 2006 through September 31, 2006 (the

"Mesirow Application); (iii) Steven Hall & Partners, LLC has filed its Third Fee and Expense

Application of Steven Hall & Partners, LLC as Compensation and Employment Agreement

NY\1223781.1

Advisor for the Official Committee of Unsecured Creditors (the "Steven Hall Application"); (iv) Warner Stevens, L.L.P., has filed its Third Interim Application for Compensation and Reimbursement of Expenses for the Period of June 1, 2006 through September 30, 2006 (the "Warner Stevens Application"); (v) Jefferies & Company, Inc. has filed its Third Interim Application of Jefferies & Company, Inc., as Investment Banker to the Official Committee of Unsecured Creditors for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period June 1, 2006 to September 30, 2006 (the "Jefferies Application"); and (vi) Buck Consultants, LLC has filed its First Application of Buck Consultants, LLC for Allowance of Compensation for Services Rendered as Pension and Benefits Actuary to the Official Committee of Unsecured Creditors (the "Buck Application", collectively the "Committee Professionals Applications"), pursuant to Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and the Administrative Order establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005 (as amended from time to time, the "Administrative Order"), seeking Orders awarding interim compensation for professional services provided to the Official Committee of Unsecured Creditors during the period from June 1, 2006 through September 30, 2006 (the "Compensation Period").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Committee Professionals Applications will be held on February 15, 2007, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, in the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, New York, 10004-1408 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses or objections to the Committee Professionals Applications, if any, must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, must be set forth in writing describing the basis therefore, and must be filed with the Bankruptcy Court electronically in accordance with General Order M-242, as amended by General Order M-269, by registered users of the Court's electronic case filing system (the Users' Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3-1/2 inch computer diskette, preferably in Portable Document Format (PDF), or in any other Windows-based word processing format (with a hard copy delivered directly to chambers). Any such responses or objections must be served in accordance with the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007 and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e), entered by the Court in these cases on October 14, 2005 (as amended from time to time), upon each of the following: (i) counsel to the Committee, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attn.: Robert J. Rosenberg, Esq.; (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn.: Alicia M. Leonard, Esq.; (iii) counsel to the Debtors, Skadden, Arps, Slate & Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn.: John Wm. Butler Jr., Esq.; (iv) special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, Attn.: Douglas Bartner, Esq.; (v) counsel to the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Attn.: Marissa Wesley,

NY\1223781.1

Esq.; (vi) counsel to the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, NY 10017, Attn.: Marlane Melican, Esq.; (vii) counsel to the Equity Committee, Fried Frank, Harris, Shriver & Jacobson, One New York Plaza, New York, New York, 10004, Attn: Brad Eric Scheler, Esq.; (viii) members of the Fee Committee, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Attn: David Sherbin, Esq. and John Sheehan, (ix) member of the Fee Committee, GE Plastics, Americas, 9930 Kincey Avenue, Huntersville, NC 28078, Attn: Valerie Venable; (x) fee auditor for the Fee Committee, Legal Cost Control, Inc. 255 Kings Highway East, Haddonfield, NJ 08033, Attn: Susan Trevejo, in each case so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on February 8, 2007 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court during the Hearing. If no objections to the Committee Professionals Applications are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter a final order granting the Committee Professionals Applications without further notice.

Dated:  December 28, 2006
New York, New York

**LATHAM & WATKINS LLP**

By:  /s/ Robert J. Rosenberg
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone:  (212) 906-1200

Attorneys for the Official Committee of
Unsecured Creditors

4

NY\1223781.1