# EXHIBIT A

# DELPHI

## Amendment Clause

- "Notwithstanding anything to the contrary contained in the Contract, the execution and/or delivery of this purchase order amendment is for the sole purpose of extending the term/expiration date of purchase order [CURRENT PURCHASE ORDER NUMBER] and shall not be deemed to be an assumption or adoption of any agreement or a new post-petition contract. The extended Contract shall be subject to assumption or rejection under Section 365 of the Bankruptcy Code and, in the event of rejection, any rejection claim shall be entitled to general unsecured non-priority pre-petition status."