# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44481**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>Name of Transferee | SPECIAL COUNSEL<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br><br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Claim # (if known): 4475<br>Amount of Claim: **$12,667.50**<br>Date Claim Filed: 5-2-2006<br><br><br>Phone:_____<br>Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Robert Minkoff                    Date: 12/28/2006
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

496818

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44481**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4475 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/28/2006.

Liquidity Solutions Inc,
d/b/a Revenue Management
**Name of Transferee**

**SPECIAL COUNSEL**
**Name of Alleged Transferor**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

Address of Alleged Transferor:
**SPECIAL COUNSEL**
**1627 W BIG BEAVER RD**
**TROY, MI 48084**

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

496818

TRANSFER NOTICE

SPECIAL COUNSEL, INC. ("Assignor"), transfers and assigns unto LIQUIDITY SOLUTIONS, INC. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of Assignment of Claims Agreement between Assignor and Assignee, among other parties (the "Assignment"), all of its right, title and interest in and to the Special Counsel, Inc. Claims of Assignor in the aggregate amount of $12,667.50 representing all claims against Delphi Automotive Systems, LLC in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment.

IN WITNESS WHEREOF, Assignor has signed below as of the 13st day of Nov, 2006

SPECIAL COUNSEL, INC.

_____
(Signature)

_____  VP, MPS Finance
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)

R. Minkoff
(Print Name of Witness)

1