UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
In re:                                                            :   Chapter 11
                                                                  :
DELPHI CORPORATION, *et al.*,                                     :   Case No. 05-44481 (RDD)
                                                                  :
          Debtors.                                                :   (Jointly Administered)
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF TEXAS          )
                        ) ss:
COUNTY OF HARRIS        )

      Jermaine K. Johnson, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Houston, Texas:

      That on the 28th day of December, 2006, deponent served a copy of *Highland Capital Management, LP's Objection and Response to Expedited Motion for Order Authorizing and Approving the Equity Purchase and Commitment Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and the Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and the Plan Framework Support Agreement Pursuant to Sections 105(a), 363(b) and 1125(e) of the Bankruptcy Code* (the "Highland Objection") to the persons listed on the attached *Master Service List* by overnight mail and electronic transmission.

      Deponent also served a copy of the Highland Objection to the persons listed on the attached *2002 List* by electronic transmission or fax.

SEE ATTACHED SERVICE LISTS

_____
Jermaine K. Johnson

      SWORN TO AND SUBSCRIBED before me on this 28th day of December, 2006 by Linda Parker.

LINDA C. PARKER
MY COMMISSION EXPIRES
November 7, 2010

_____
Notary Public in and for The State of Texas

H-651094_1.DOC