**MILBANK, TWEED, HADLEY & McCLOY LLP**
International Square Building
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Tel:   202/835-7500
Fax:   202/835-7586
David S. Cohen (Admitted in Georgia #173485 and District of Columbia #450107)

Attorneys for Cerberus Capital Management, L.P. and Dolce Investments LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:     **Chapter 11**
**In re** :
:     Case No.  05-44481 (RDD)
**DELPHI CORPORATION, et al.,** :
:     (Jointly Administered)
:
**Debtors** :
------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, David S. Cohen, a member in good standing of the Bars of the State of Georgia and the District of Columbia, request admission, ***pro hac vice*** pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, to represent Cerberus Capital Management, L.P. and Dolce Investments LLC in the above referenced cases[1].  My mailing address, my telephone and fax numbers, and my email address are:

      Milbank, Tweed, Hadley & McCloy LLP
      International Square Building
      1850 K Street, N.W., Suite 1100
      Washington, D.C. 20006
      Telephone:  (202) 835-7500

---

[1]     My firm presently represents Cerberus Capital Management, L.P. and Dolce Investments LLC in connection with certain aspects of these cases.

       Facsimile:  (202) 835-7586
       Email:  dcohen2@milbank.com

       My request for admission, *pro hac vice*, is accompanied by the $25 fee required at the time of the filing of this motion.

December 29, 2006       **MILBANK, TWEED, HADLEY & McCLOY LLP**

       By:   /s/ David S. Cohen
           David S. Cohen

       Attorneys for Cerberus Capital Management, L.P. and Dolce Investments LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------x
                                                        :    Chapter 11
In re                                                   :
                                                        :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                             :
                                                        :    (Jointly Administered)
                                                        :
Debtors                                                 :
--------------------------------------------------------x
```

### ORDER FOR ADMISSION TO PRACTICE: *PRO HAC VICE*

David S. Cohen, a member in good standing of the Bars of the State of Georgia and District of Columbia, having requested admission, ***pro hac vice***, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, to represent Cerberus Capital Management, L.P. and Dolce Investments LLC in the above referenced cases; and having paid the required $25 filing fee due at the time of filing such motion; it is

**ORDERED**, that David S. Cohen, is admitted to practice *pro hac vice* in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York.

Date: _____ __, 200_
    New York, New York

_____
United States Bankruptcy Judge