**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
International Square Building
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Tel:   202/835-7500
Fax:   202/835-7586
Aaron Renenger (Admitted in California #222675 and District of Columbia #489481)

Attorneys for Cerberus Capital Management, L.P. and Dolce Investments LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:     **Chapter 11**
In re     :
:     Case No.  05-44481 (RDD)
**DELPHI CORPORATION, <u>et al.</u>,**     :
:     **(Jointly Administered)**
:
**Debtors**     :
------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Aaron Renenger, a member in good standing of the Bars of the State of California and the District of Columbia, request admission, ***pro hac vice*** pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, to represent Cerberus Capital Management, L.P. and Dolce Investments LLC in the above referenced cases[1].  My mailing address, my telephone and fax numbers, and my email address are:

> Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP
> International Square Building
> 1850 K Street, N.W., Suite 1100
> Washington, D.C. 20006
> Telephone:  (202) 835-7500

---

[1]     My firm presently represents Cerberus Capital Management, L.P. and Dolce Investments LLC in connection with certain aspects of these cases.

Facsimile:  (202) 835-7586
Email:  arenenger@milbank.com

My request for admission, *pro hac vice*, is accompanied by the $25 fee required at the time of the filing of this motion.

December 29, 2006            **MILBANK, TWEED, HADLEY & McCLOY LLP**

By:   /s/ Aaron Renenger
         Aaron Renenger

Attorneys for Cerberus Capital Management, L.P. and Dolce Investments LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------x
                                                        :    Chapter 11
In re                                                   :
                                                        :    Case No.  05-44481 (RDD)
DELPHI CORPORATION, et al.,                             :
                                                        :    (Jointly Administered)
                                                        :
Debtors                                                 :
--------------------------------------------------------x
```

## ORDER FOR ADMISSION TO PRACTICE: *PRO HAC VICE*

Aaron Renenger, a member in good standing of the Bars of the State of California and the District of Columbia, having requested admission, ***pro hac vice***, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, to represent Cerberus Capital Management, L.P. and Dolce Investments LLC in the above referenced cases; and having paid the required $25 filing fee due at the time of filing such motion; it is

**ORDERED**, that Aaron Renenger, is admitted to practice *pro hac vice* in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York.

Date:  _____ __, 200_
       New York, New York

_____
United States Bankruptcy Judge