## AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:
County of New York   )

      Yohanna Almont, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Bronx County, New York. On December 29, 2006, I served the within Preliminary Objection of IUOE Locals 18S, 101S, and 832S to Motion for Order Authorizing and Approving the Equity Purchase and Commitment Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and the Plan Framework Support Agreement Pursuant to Sections 105(a), 363(b) and 1125(e) of the Bankruptcy Code by mailing a copy via overnight mail, United Parcel Service, to the following:

        Robert J. Rosenberg, Esq.
        Latham & Watkins LLP
        885 Third Avenue, Suite 1000
        New York, New York 10022-4834

        Alicia Leonhard, Esq.
        U.S. Department of Justice
        Office of the United States Trustee
        33 Whitehall Street, 21st Floor
        New York, New York 10004-2111

        Kayalan A. Marafioti, Esq.
        Thomas J. Matz, Esq.
        Skadden, Arps, Slate, Meagher & Flom, LLP
        4 Times Square
        New York, New York 10036

        Delphi Corporation
        c/o Sean Corcoran and Karen Craft
        5725 Delphi Drive
        Troy, MI 48098-2815

        John W. Butler, Jr.
        John K. Lyons
        Ron E. Meisler
        Nick D. Campanario
        Skadden, Arps, Slate, Meageher & Flom, LLP
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois 60606

Bruce H. Simon, Esq.
Cohen, Weiss & Simon
330 West 42nd Street
New York, New York 10036

Jeffrey L Tanenbaum
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, PC
1350 Broadway, Suite 501
New York, NY 10018

Marianne Robbins, Esq.
Previant, Goldberg, Uelmen, Gratz,
Miller & Brueggeman, P.C.
1555 North River Center Drive, Suite 202
Milwaukee, WI 53212

Brad Eric Sheler
Bonnie Steingart
Vivek Melwani
Jennifer L. Rodburg
Richard J. Silvinski
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Thomas Lauria
White & Case
1155 Avenue of the Americas
New York, NY 10036

Gregory A. Bray
Thomas R. Kreller
James E. Till
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017

Thomas Kennedy, Esq.
Kennedy, Jennick & Murray
113 University Place
New York, NY 10003

_____
Yohanna Almont

Sworn to me this
29th day of December, 2006

_____
Notary Public

DENNIS E. TOREGGIANI
Notary Public, State of New York
No. 02TO6119910
Qualified in Kings County
Commission Expires December 6, 2008