# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
Name of Transferee

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

**MARKETING INNOVATIONS INTL INC**
Name of Transferor

Court Claim # (if known):4387
Amount of Claim: **$15,885.07**
Date Claim Filed:5/2/2006

Phone:____________________
Last Four Digits of Acct#:_______

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Yamila Moyano
Transferee/Transferee's Agent

Date: 12/30/2006

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

876392

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI AUTOMOTIVE SYSTEMS LLC**
Case No. **05-44640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4387 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 1/2/2007

Liquidity Solutions Inc,
d/b/a Revenue Management
**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**MARKETING INNOVATIONS INTL INC**
**Name of Alleged Transferor**

Address of Alleged Transferor:
**MARKETING INNOVATIONS INTL INC**
**9701 W HIGGINS RD**
**ROSEMONT, IL 60018**

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: ____________________

____________________
**CLERK OF THE COURT**

876392

Telephone #

Yamila Moyano

'amila Moyano
.iquidity Solutions, Inc.
!01-968-0001

**TRANSFER NOTICE**

MARKETING INNOVATIONS INTL INC. ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **Delphi Automotive Systems, LLC.** (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $15,885.07 representing all claims against the Debtor Delphi Automotive Systems, LLC in the United States Bankruptcy Court, **Southern District of New York**, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 19th day of December, 2006.

MARKETING INNOVATIONS INTL INC.

By: Richard Samuel
(Signature)

Richard Samuel, Controller
(Print Name and Title)

REVENUE MANAGEMENT

By: Yamila Moyano
(Signature)

(Print Name and Title)

876392