Marianne Goldstein Robbins
Jill Hartley
Previant, Goldberg, Uelmen,
 Gratz, Miller, & Brueggeman, s.c.
1555 N. RiverCenter Drive - Suite 202
Milwaukee, WI     53212
Telephone:    (414)   271-4500
Facsimile:    (414)   271-6308

Attorneys for IBEW Local 663 and
IAMAW District 10

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| **DELPHI CORPORATION,  et al.,** | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 2, 2007, I caused a true and correct copy of the PRELIMINARY OBJECTION OF THE IBEW AND IAMAW TO MOTION FOR ORDER AUTHORIZING AND APPROVING THE EQUITY PURCHASE AND COMMITMENT AGREEMENT PURSUANT TO SECTION 105(a), 363(b), 503(b) and 507(a) OF THE BANKRUPTCY CODE AND THE PLAN FRAMEWORK SUPPORT AGREEMENT PURSUANT TO SECTIONS 105(a), 363(b) and 1125(e) OF THE BANKRUPTCY CODE to be Hand Delivered to:

    Alicia M. Leonard, Esq.,
    Office of U.S. Trustee for the Southern District of New York
    33 Whitehall Street, Suite 2100
    New York, NY 10004

To be served by Facisimile on:

    Bonnie Steingart
    Fried, Frank, Harris, Shriver & Jacobson, LLP.
    at (212) 859-4000

and to be  served by e-mail on all parties on the following list.

/s/Marianne Goldstein Robbins
Marianne Goldstein Robbins
Jill Hartley
Previant, Goldberg, Uelmen,
 Gratz, Miller, & Brueggeman, s.c.
1555 N. RiverCenter Drive - Suite 202
P.O. Box 12993
Milwaukee, WI   53212
Telephone:   (414) 271-4500
Facsimile:   (414) 271-6308
mgr@previant.com
Attorneys for IBEW Local 663 and
IAMAW District 10

Alicia N. Leonhard
U.S. Trustee
alicia.m.leonhard@usdoj.gov

Sean Corcoran
Delphi Corporation
sean.p.corcoran@delphi.com

Karen Craft
Delphi Corporation
karen.j.craft@delphi.com

John Wm. Butler
John K. Lyons
Ron E. Meisler
Nick D. Campanario
Skadden, Arps, Slate, Meagher & Flom LLP
jbutler@skadden.com


Kayalyn A. Marafloti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
kmarafio@skadden.com
tmatz@skadden.com


Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
donald.bernstein@dpw.com

Kenneth S. Ziman
Robert H. Trust

Thomas Kennedy
Susan M. Jennik
Larry Magarik
Kennedy, Jennick & Murray
tkennedy@kjmlabor.com


Lowell Peterson
Meyer, Suozzi, English & Klein, P.C.
lpeterson@msek.com


Bruce Simon
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
bsimon@cwsny.com


Barbara S. Mehlsack
Michael Vollbrecht
Gorlick, Kravitz & Listhaus, P.C.
bmehlsack@gkllaw.com


Jeffrey L. Tanenbaum
Weil, Gotshal & Manges, LLP
jeff.tanenbaum@weil.com

William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
kziman@stblaw.com


Thomas Lauria
White & Case LLP
*Counsel to Appaloosa Management L.P.,*
*Wexford Capital LLC, Pardus Capital*
*Management L.P., and Lampe Conway & Co.,*
  *LLC*
lauria@whitecase.com

Robert J. Rosenberg
Mark A. Broudee
Latham & Watkins LLP
*Counsel for the Official Committee of Unsecured Creditors*
robert.rosenberg@lw.com


*@PFDesktop\:: ODMA/WORLDOX/G:/DOCS/ELE663/71259/M0179730.WPD*