UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
In re                                         :    Chapter 11 Case
Delphi Corporation, et al.,                   :    Case No. 05-44481 (RDD)
                                                   (Jointly Administered)
                                              :
        Debtors.                                   Delphi Automotive Systems LLC
                                              :    Case No. 05-44640

---------------------------------------------x

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

TO:   **JP Morgan Chase Bank, N.A.**
      270 Park Avenue, 17th Floor
      New York, NY 10017
      Attention: Neelima Veluvolu

1. Please take notice of the transfer of $2,760,477.99 of your claim against Delphi Automotive Systems LLC, transferred to you by Fujitsu Corp. of America, represented by a proof of claim the first page of which is annexed hereto, together with all applicable interest, fees and expenses related thereto (the "<u>Transferred Claim</u>") to:

   **TPG Credit Opportunities Investors, L.P.** ("<u>Transferee</u>")
   c/o TPG Credit Management, L.P.
   4600 Wells Fargo Center
   90 South Seventh Street
   Minneapolis, MN 55402
   Attention: Shelley Hartman

2. No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

   -- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

      Clerk of the Court
      United States Bankruptcy Court
      Southern District of New York
      615-3 Alexander Hamilton Custom House
      One Bowling Green
      New York, NY 10004

   -- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

   -- Refer to **INTERNAL CONTROL NO.** ____ in your objection.

3.  If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: _____ ___, 2006

_____
Clerk of the Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ 2006.
INTERNAL CONTROL NO. _____
Copy Claims Agent:          Transferee:          Debtor's Attorney:

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                         :      Chapter 11
                                                               :      Case No. 05-44481 (RDD)
DELPHI CORPORATON, et al.,                                     :      (Jointly Administered)
                                                               :
        Debtors.                                               :
                                                               :
---------------------------------------------------------------X

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

      **JPMORGAN CHASE BANK, N.A.**, (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **TPG CREDIT OPPORTUNITIES INVESTORS, L.P.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor described more fully below plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44640 (RDD) (Jointly Administered). Assignee's payment and delivery instructions are attached hereto as Exhibit A.

      The claim transferred hereby represents a 54% pro-rata interest in the Proof of Claim filed by Fujitsu Ten Corp. of America ("Original Assignor"), a copy of which is attached hereto as Exhibit B. Exhibit C contains a copy of the Notice of Transfer of Claim from Original Assignor to Assignor. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, dated the 8th day of December, 2006.

|  |  |
|---|---|
|  | TPG Credit Opportunities Investors, L.P. |
|  | By: TPG Credit Opportunities Fund G.P., L.P. |
|  | Its: General Partner |
|  | As Assignee |
| Accepted and agreed to as of this ___ day of December, 2006 | By: _____ |
|  | Name: Julie K. Braun |
| JPMORGAN CHASE BANK, N.A. | Title: Vice President |
| as Assignor |  |
| By _____ |  |
|    Name: |  |
|    Title: |  |

465626

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              :       Chapter 11
                                                    :       Case No. 05-44481 (RDD)
DELPHI CORPORATON, et al.,                          :       (Jointly Administered)
                                                    :
       Debtors.                                     :
                                                    :
------------------------------------------------------------X

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

  **JPMORGAN CHASE BANK, N.A.**, (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **TPG CREDIT OPPORTUNITIES INVESTORS, L.P.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor described more fully below plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44640 (RDD) (Jointly Administered). Assignee's payment and delivery instructions are attached hereto as Exhibit A.

  The claim transferred hereby represents a 54% pro-rata interest in the Proof of Claim filed by Fujitsu Ten Corp. of America ("Original Assignor"), a copy of which is attached hereto as Exhibit B. Exhibit C contains a copy of the Notice of Transfer of Claim from Original Assignor to Assignor. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

**IN WITNESS WHEREOF**, dated the ___ day of December, 2006.

                         TPG Credit Opportunities Investors, L.P.
                         By: TPG Credit Opportunities Fund G.P., L.P.
                         Its: General Partner
                         As Assignee

Accepted and agreed to as of this ___ day of    By:_____
December, 2006
                         Name:
JPMORGAN CHASE BANK, N.A.        Title:
as Assignor

By _____
  Name:
  Title:  Carrie A. Parks
       Authorized Signatory

465626

## EXHIBIT A

Assignee's Payment and Delivery Instructions:

| | Contacts/Notification Methods: Borrowings, Paydowns, Interest, Fees, etc. | |
|---|---|---|
| | **Primary Credit Contact** | **Secondary Credit Contact** |
| Name: | Jonathan Roiter | Kirk Ogren |
| Company: | TPG Credit Management, L.P. | TPG Credit Management, L.P. |
| Title: | Senior Analyst | Portfolio Manager |
| Address: | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402 | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402 |
| Telephone: | 952-851-3014 | 952-851-3006 |
| Facsimile: | 952-851-3001 | 952-851-3001 |
| E-Mail Address: | jroiter@tpgcredit.com | kogren@tpgcredit.com |
| | **Primary Operations Contact** | **Secondary Operations Contact** |
| Name: | Shelley Hartman | Julie Braun |
| Company: | TPG Credit Management, L.P. | TPG Credit Management, L.P. |
| Title: | Operations Manager | COO |
| Address: | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402 | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402 |
| Telephone: | 952-851-3020 | 952-851-3008 |
| Facsimile: | 952-851-3001 | 952-851-3001 |
| E-Mail Address: | confirms@tpgcredit.com<br>shartman@tpgcredit.com | jbraun@tpgcredit.com |

| **Domestic Wire Instructions** | |
|---|---|
| Bank Name: | Wells Fargo |
| ABA/Routing No.: | 121000248 |
| Account Name: | TPG Credit Opportunities Investors, L.P. |
| Account No.: | 4121382683 |

1

465626

**EXHIBIT B**

Proof of Claim

465626

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>DELPHI AUTOMOTIVE SYSTEMS LLC | Case Number<br>05-44640 | This Space for Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>FUJITSU TEN CORP. OF AMERICA | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address where notices should be sent:<br>FUJITSU TEN CORP. OF AMERICA<br>Attn: Shig Onimura<br>47800 Halyard Drive<br>Plymouth, MI 48170<br>Telephone Number: 734-414-6645 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | This Space is for Court Use Only |
| Last four digits of account or other number by which creditor identifies Debtor: | Check here if  ☐ replaces<br>this claim  ☐ amends  a previously filed claim, dated: _____ | |

1. **Basis for Claim**
   - ☒ Goods Sold
   - ☐ Services Performed
   - ☐ Money Loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. §114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS#: _____
     Unpaid compensation for services performed
     from _____ to _____
           (date)        (date)

2. **Date Debt was Incurred:** 9/2003 – 10/2005

3. **If court Judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 5,504,674.99
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim.
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____

Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any:
$ _____

Specify the priority of the claim::
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $ 5,504,674.99 _____ _____ $5,504,674.99
                                               (Unsecured)  (Secured)  (Priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim have been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. SEE ATTACHED SUMMARY.
8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This space for Court Use Only

| Date<br>3/15/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>[signature]<br>CARSON FISCHER, P.L.C., Christopher A. Grosman, Esq., 4111 Andover Rd., West-2nd Floor, Bloomfield Hills, Michigan, 48302, Phone: (248) 644-4840, Fax (248) 644-1832 (Counsel for Claimant) |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

Fujitsu Ten Corp. of America
ACCOUNTS RECEIVABLE DETAIL AGED TRIAL BALANCE
AS OF OCTOBER 8, 2005

Milli Wave Radar Sensor

| Delco | NO | FTL Inv# | Shipping Advice # | Delphi PO# | Ship Date | Invoice Amt. |
|---|---|---|---|---|---|---|
| 1 | 5 | DA030909-1 | DA030909-1 | EKS55047 | 9/9/2003 | 6,000.00 |
| 1 | 6 | 03/1579 | JE031008 | 00488775 | 10/11/2003 | 5,492.43 |
| 1 | 7 | 03/1611 | JE031010 | 00488775 | 10/13/2003 | 4,271.89 |
| 1 | 8 | 03/1695 | JE031024 | 00488775 | 10/27/2003 | 8,543.78 |
| 1 | 9 | 03/1707 | BK-4084 | EKS56978 | 10/31/2003 | 9,000.00 |
| 1 | 10 | 03/1814 | JE031114 | 00488775A | 11/16/2003 | 17,697.83 |
| 1 | 11 | 03/1826 | JE031118 | 00488775A | 11/20/2003 | 6,712.97 |
| 1 | 12 | 03/1835 | LR031120 | 00488775A | 11/20/2003 | 1,830.81 |
| 1 | 13 | 03/1562 | JE031003 | 00488775 | 2/17/2004 | 12,205.40 |
| 1 | 14 | 04/2271 | | 450046722 | 2/20/2004 | 2,749.50 |
| 1 | 16 | 05/6053 | DA050826 | 550069610 | 8/29/2005 | 180,149.76 |
| 1 | 17 | DA050902 | DA050902 | 550069610 | 9/4/2005 | 180,149.76 |
| 1 | 18 | 05/6120 | GM050902 | 550063160 | 9/5/2005 | 24,000.00 |
| 1 | 19 | 05/6119 | JA050902 | 550061176 | 9/5/2005 | 16,800.64 |
| 1 | 20 | 05/6187 | JA050907 | 550061176 | 9/7/2005 | 37,801.44 |
| 1 | 21 | DA050912 | DA050912 | 550069610 | 9/12/2005 | 90,074.88 |
| 1 | 22 | 05/6188 | GM050907 | 550063160 | 9/16/2005 | 36,000.00 |
| 1 | 23 | 05/6189 | GM050913 | 550063160 | 9/16/2005 | 76,000.00 |
| 1 | 24 | 05/6234 | DA050919 | 550069610 | 9/20/2005 | 50,041.60 |
| 1 | 25 | 05/6235 | DA050919-1 | 450134686 | 9/20/2005 | 2,100.08 |
| 1 | 26 | 05/6237 | GM050921 | 550063160 | 9/21/2005 | 68,000.00 |
| 1 | 27 | 05/6296 | DA050923 | 450114254 | 9/23/2005 | 12,600.48 |
| 1 | 28 | 05/6298 | DA050926 | 550069610 | 9/26/2005 | 40,033.28 |
| 1 | 29 | 05/6297 | GM050926 | 550063160 | 9/26/2005 | 32,000.00 |
| 1 | 30 | 05/6299 | GM050927 | 550063160 | 9/27/2005 | 48,000.00 |
| 1 | 32 | 05/6392 | GM051004 | 550061176 | 10/4/2005 | 44,000.00 |
| 1 | 33 | 05/6394 | GM051006 | 550061176 | 10/6/2005 | 24,000.00 |

Milli Wave Radar Sensor AR Balance       1,036,256.53

Deck Mechanism

| ID | Customer | Invoice/CM # | Date | Amount |
|---|---|---|---|---|
| DELCO 1 | DELCO ELECTRONICS | Pend DDM031281 | 2/1/2004 | 3,920.40 |
| DELCO 1 | DELCO ELECTRONICS | Pend DDM031282 | 2/1/2004 | 2,613.60 |
| DELCO 1 | DELCO ELECTRONICS | Pend DDM031283 | 2/1/2004 | 3,920.40 |
| DELCO 1 | DELCO ELECTRONICS | Pend DDM031284 | 2/1/2004 | 5,161.86 |
| DELCO 1 | DELCO ELECTRONICS | DDE040141 | 3/20/2004 | 5,916.60 |
| DELCO 1 | DELCO ELECTRONICS | DEL040182 | 4/6/2004 | 6,188.40 |
| DELCO 1 | DELCO ELECTRONICS | DDM040191 | 4/14/2004 | 29,379.84 |
| DELCO 1 | DELCO ELECTRONICS | DDM040256 | 5/5/2004 | 16,788.48 |
| DELCO 1 | DELCO ELECTRONICS | DDE040304 | 5/25/2004 | 7,344.96 |
| DELCO 1 | DELCO ELECTRONICS | DDE040317 | 5/31/2004 | 16,788.48 |
| DELCO 1 | DELCO ELECTRONICS | DDE040342 | 6/10/2004 | 5,688.00 |
| DELCO 1 | DELCO ELECTRONICS | DDE040553 | 8/20/2004 | 5,688.00 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040615 | 9/1/2004 | 14,889.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040642 | 9/9/2004 | 8,547.84 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040720 | 9/24/2004 | 59,313.60 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040729 | 9/27/2004 | 34,191.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE040734 | 9/28/2004 | 51,287.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040792 | 10/11/2004 | 8,547.84 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040814 | 10/14/2004 | 6,788.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040816 | 10/14/2004 | 25,643.52 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040820 | 10/15/2004 | 17,095.68 |
| DELCO 1 | DELCO ELECTRONICS | DDE-040948 | 11/5/2004 | 8,547.84 |
| DELCO 1 | DELCO ELECTRONICS | DDE-0401146 | 12/13/2004 | 8,572.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500327 | 2/22/2005 | 42,832.80 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500327 |  | -32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500367 | 3/9/2005 | 5,688.00 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500367 |  | -3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500420 | 3/22/2005 | 7,048.80 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500911 | 8/26/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500923 | 8/31/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500924 | 8/31/2005 | 1,001.88 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500926 | 9/1/2005 | 40,075.20 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500927 | 9/1/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500928 | 9/1/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500929 | 9/1/2005 | 16,030.08 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500930 | 9/2/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500931 | 9/2/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500933 | 9/5/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500934 | 9/5/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500935 | 9/5/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500936 | 9/5/2005 | 40,075.20 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500937 | 9/6/2005 | 40,075.20 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500938 | 9/6/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500939 | 9/6/2005 | 8,015.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500940 | 9/6/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500941 | 9/6/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500942 | 9/6/2005 | 1,669.80 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500943 | 9/6/2005 | 40,075.20 |

| ID | Customer | Invoice/CM # | Date | Amount |
|---|---|---|---|---|
| DELCO 1 | DELCO ELECTRONICS | DDE0500945 | 9/6/2005 | 32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500946 | 9/7/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500947 | 9/7/2005 | 4,229.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500948 | 9/7/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500953 | 9/7/2005 | 16,030.08 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500954 | 9/7/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500956 | 9/8/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500957 | 9/8/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500958 | 9/8/2005 | 8,015.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500959 | 9/8/2005 | 32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500960 | 9/8/2005 | 32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500961 | 9/9/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500964 | 9/9/2005 | 40,075.20 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500966 | 9/9/2005 | 16,030.08 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500967 | 9/9/2005 | 5,343.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500968 | 9/9/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500969 | 9/9/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500970 | 9/9/2005 | 16,030.08 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500971 | 9/12/2005 | 96,180.48 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500972 | 9/12/2005 | 16,030.08 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500973 | 9/12/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500975 | 9/12/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500976 | 9/13/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500977 | 9/13/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500978 | 9/13/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500979 | 9/13/2005 | 88,165.44 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500980 | 9/13/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500981 | 9/14/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500983 | 9/14/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500984 | 9/14/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500985 | 9/14/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500986 | 9/15/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500987 | 9/15/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500988 | 9/15/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500989 | 9/15/2005 | 8,458.56 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500990 | 9/16/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500991 | 9/19/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500993 | 9/19/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500994 | 9/19/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500995 | 9/20/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500996 | 9/20/2005 | 7,048.80 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500997 | 9/20/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500998 | 9/20/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0500999 | 9/20/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501000 | 9/20/2005 | 2,671.68 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501001 | 9/20/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501002 | 9/20/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501003 | 9/20/2005 | 4,322.88 |

| ID | Customer | Invoice/CM # | Date | Amount |
|---|---|---|---|---|
| DELCO 1 | DELCO ELECTRONICS | DDE0501004 | 9/20/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501005 | 9/23/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501007 | 9/23/2005 | 32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501008 | 9/23/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501009 | 9/23/2005 | 2,671.68 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501010 | 9/26/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501011 | 9/26/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501012 | 9/26/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501013 | 9/26/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501021 | 9/26/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501022 | 9/27/2005 | 5,639.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501023 | 9/27/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501025 | 9/27/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501026 | 9/28/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501027 | 9/28/2005 | 32,060.16 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501028 | 9/28/2005 | 88,165.44 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501029 | 9/28/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501030 | 9/29/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501031 | 9/29/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501032 | 9/29/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501033 | 10/1/2005 | 40,075.20 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501034 | 10/1/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501035 | 10/1/2005 | 56,105.28 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501036 | 10/1/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501037 | 10/3/2005 | 72,135.36 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501038 | 10/3/2005 | 5,639.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501039 | 10/3/2005 | 24,045.12 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501040 | 10/3/2005 | 5,639.04 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501041 | 10/3/2005 | 64,120.32 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501042 | 10/4/2005 | 80,150.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501044 | 10/4/2005 | 7,048.80 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501045 | 10/4/2005 | 48,090.24 |
| DELCO 1 | DELCO ELECTRONICS | DDE0501051 | 10/6/2005 | 3,524.40 |
| DELCO 1 | DELCO ELECTRONICS | DDE051049 | 10/6/2005 | 4,934.16 |

Playback Mechanism AR Balance       4,468,418.46

Milli Wave Radar Sensor AR Balance   1,036,256.53

Grand Total                          5,504,674.99

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                             :   Chapter 11
                                                   :
                                                   :   Case No. 05-44481 (RDD)
                                                   :
          In re Delphi Corporation,                :   (Jointly Administered)
                                                   :
                                                   :
                           Debtors.
---------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

TO: FUJITSU TEN CORP. OF AMERICA
("ASSIGNOR")
47800 Halyard Drive
Plymouth, Michigan 48170

As of March 24, 2006, Assignor's Claim against Debtors in the principal amount of $5,111,996.27 has been transferred to the following Assignee:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, NY 10017
Attention:    Stanley Lim
Telephone:    (212) 270-4421
Fascimile:    (212) 270-2157
E-mail:       stanley.lim@jpmorgan.com

The Evidence of Transfer of Claim is attached as Exhibit A and the Assignee's payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

    JPMorgan Chase Bank, N.A.
    270 Park Avenue, 17th Floor
    New York, NY 10017
    Attention:  Stanley Lim
    Telephone:  (212) 270-4421
    Fascimile:  (212) 270-2157
    E-mail:  stanley.lim@jpmorgan.com

WITH A COPY TO:

    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY 10022
    Attention:  Steven H. Epstein
    Telephone:  (212) 536-4830
    Fascimile:  (212) 536-4001
    E-mail:  sepstein@klng.com

If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

Dated: March 24, 2006

                        JPMORGAN CHASE BANK, N.A.

                        By: _____
                        Name:
                        Title:  Stanley Lim
                                Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
In re:                                             :   Chapter 11
                                                   :
                                                   :   Case No. 05-44481 (RDD)
                                                   :
      In re Delphi Corporation,                    :   (Jointly Administered)
                                                   :
                                                   :
                          Debtors.
---------------------------------------------------x

**FUJITSU TEN CORP. OF AMERICA** (the "<u>Assignor</u>"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **JPMORGAN CHASE BANK, N.A.**, its respective successors and assigns ("<u>Assignee</u>") all rights, title and interest in and to the general unsecured claims of Assignor in the principal amount of $5,111,996.27 plus all interest, fees and other amounts related thereto (the "<u>Claim</u>") against <u>Delphi Corporation</u> et al. (the "<u>Debtors</u>") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("<u>Bankruptcy Court</u>"), Case No. 05-44481 (RDD) (Jointly Administered).

The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated March 15, 2006, which is attached hereto as <u>Exhibit C</u>. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, dated the 24th day of March, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee

By _____
Name:  Stanley Lim
Title:  Authorized Signatory

Accepted and agreed to as of this 24th date of March, 2006

**FUJITSU TEN CORP. OF AMERICA,** as Assignor

By _____
Name:
Title:

IN WITNESS WHEREOF, dated the 24th day of March, 2006.

          JPMORGAN CHASE BANK, N.A.,
          as Assignee

          By _____
             Name:
             Title:

Accepted and agreed to as of this 24th date of March, 2006

FUJITSU TEN CORP. OF AMERICA, as Assignor

By _____
Name: Hajime Hasegawa
Title: Chief Financial Officer