**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
International Square Building
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Tel:   202/835-7500
Fax:   202/835-7586
David S. Cohen (Admitted in Georgia #173485 and District of Columbia #450107)
Aaron Renenger (Admitted in California #222675 and District of Columbia #489481)

Attorneys for Cerberus Capital Management, L.P. and Dolce Investments LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
                                                        :    **Chapter 11**
**In re**                                               :
                                                        :    Case No.  05-44481 (RDD)
**DELPHI CORPORATION, <u>et al.</u>,**                  :
                                                        :    (Jointly Administered)
                                                        :
**Debtors**                                             :
--------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) SS.:
COUNTY OF NEW YORK      )

   RENA K. CERON being duly sworn, deposes and says:

   I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, counsel to Cerberus Capital Management, L.P. and Dolce Investments LLC in the above-captioned case.

   On the 29th of December, 2006, I caused a copy of the following documents:

1. APPLICATION FOR PRO HAC VICE ADMISSION OF DAVID S. COHEN; and

2. APPLICATION FOR PRO HAC VICE ADMISSION OF AARON RENENGER,

to be served upon the parties identified on Exhibit A attached hereto via electronic mail, and the parties identified on Exhibit B via First Class Mail.

    /s/ Rena K. Ceron
RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 2nd day of January, 2007.

    /s/ Bryn Fuller
Notary Public, State of New York
No. 01FU6153697
Qualified in New York County
Commission Expires Oct. 16, 2010

**Exhibit A**

rstark@brownrudnick.com; bsimon@cwsny.com; sreisman@cm-p.com; donald.bernstein@dpw.com; brian.resnick@dpw.com; sean.p.corcoran@delphi.com; karen.j.craft@delphi.com; mike.nefkens@eds.com; cschiff@flextronics.com; paul.anderson@flextronics.com; trey.chambers@freescale.com; rodbuje@ffhsj.com; sliviri@ffhsj.com; randall.eisenberg@fticonsulting.com; valerie.venable@ge.com; lhassel@groom.com; sgross@hodgsonruss.com; fgorman@honigman.com; rweiss@honigman.com; mariaivalerio@irs.gov; bderrough@jefferies.com; thomas.f.maher@chase.com; richard.duker@jpmorgan.com; gianni.russello@jpmorgan.com; vilma.francis@jpmorgan.com; gnovod@kramerlevin.com; tmayer@kramerlevin.com; jle@kccllc.com; robert.rosenberg@lw.com; patrick.healy@lawdeb.com; daniel.fisher@lawdeb.com; dcleary@mwe.com; jdejonker@mwe.com; mkhambati@mwe.com; pclark@mwe.com; bmctigue@mctiguelaw.com; conh@mctiguelaw.com; lszlezinger@mesirowfinancial.com; jmoldovan@morrisoncohen.com; newyork@sec.gov; ServeAG@oag.state.ny.us; rsiegel@omm.com; tjerman@omm.com; landy.ralph@pbgc.gov; garrick.sandra@pbgc.gov; efile@pbgc.gov; sriemer@phillipsnizer.com; david.resnick@us.rothschild.com; rdremluk@seyfarth.com; dbartner@shearman.com; jfrizzley@shearman.com; kziman@stblaw.com; rtrust@stblaw.com; wrussell@stblaw.com; jbutler@skadden.com; jlyonsch@skadden.com; rmeisler@skadden.com; kmarafio@skadden.com; tmatz@skadden.com; ddoyle@spencerfane.com; nfranke@spencerfane.com; cp@stevenslee.com; cs@stevenslee.com; altogut@teamtogut.com; mwarner@warnerstevens.com; jeff.tanenbaum@weil.com; martin.bienenstock@weil.com; michael.kessler@weil.com; scimalore@wilmingtontrust.com; david.boyle@airgas.com; tajamie@ajamie.com; aswiech@akebono-usa.com; pgurfein@akingump.com; mgreger@allenmatkins.com; craig.freeman@alston.com; dconnolly@alston.com; dwender@alston.com; bkessinger@akebono-usa.com; steven.keyes@aam.com; gogimalik@andrewskurth.com; mblacker@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com; aleinoff@amph.com; mhamilton@amph.com; Cohen.Mitchell@arentfox.com; Hirsh.Robert@arentfox.com; dladdin@agg.com; joel_gross@aporter.com; cgalloway@atsautomation.com; kim.robinson@bfkpn.com; william.barrett@bfkpn.com; alan.mills@btlaw.com; john.gregg@btlaw.com; mark.owens@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com; wendy.brewer@btlaw.com; ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com; hannah@blbglaw.com; sean@blbglaw.com; wallace@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; jtaylor@binghammchale.com; malerding@binghammchale.com; wmosby@binghammchale.com; fatell@blankrome.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com; chill@bsk.com; csullivan@bsk.com; sdonato@bsk.com; jhinshaw@boselaw.com; amcmullen@bccb.com; rjones@bccb.com; massimiliano_cini@brembo.it; dludman@brownconnery.com; schristianson@buchalter.com; mhall@burr.com; sabelman@cagewilliams.com; jonathan.greenberg@engelhard.com; rusadi@cahill.com; driggio@candklaw.com;

rweisberg@carsonfischer.com; cahn@clm.com; japplebaum@clarkhill.com;
sdeeby@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com;
maofiling@cgsh.com; tmaxson@cohenlaw.com; jvitale@cwsny.com;
bceccotti@cwsny.com; srosen@cb-shea.com; amalone@colwinlaw.com;
Elliott@cmplaw.com; jwisler@cblh.com; mlee@contrariancapital.com;
jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; Pretekin@coollaw.com; wachstein@coollaw.com;
derrien@coollaw.com; nhp4@cornell.edu; sjohnston@cov.com; swalsh@chglaw.com;
dpm@curtinheefner.com; rsz@curtinheefner.com; athau@cm-p.com; dkarp@cm-p.com;
krk4@daimlerchrysler.com; wsavino@damonmorey.com;
selanders@danielsandkaplan.com; carol_sowa@denso-diam.com;
amina.maddox@dol.lps.state.nj.us; gdiconza@dlawpc.com; john.persiani@dinslaw.com;
richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com;
jhlemkin@duanemorris.com; dmdelphi@duanemorris.com;
wmsimkulak@duanemorris.com; mbusenkell@eckertseamans.com;
ayala.hassell@eds.com; akatz@entergy.com; dfreedman@ermanteicher.com;
gettelman@e-hlaw.com; ggreen@fagelhaber.com; lnewman@fagelhaber.com;
charles@filardi-law.com; tdonovan@finkgold.com; jmurch@foley.com;
jsimon@foley.com; mrichman@foley.com; fstevens@foxrothschild.com;
mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com; office@gazesllc.com;
ian@gazesllc.com; crieders@gjb-law.com; dcrapo@gibbonslaw.com;
mmeyers@gsmdlaw.com; abrilliant@goodwinproctor.com;
cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com;
gjarvis@ggelaw.com; jeisenhofer@gelaw.com; snirmul@gelaw.com;
mrr@previant.com; tch@previant.com; mdebbeler@graydon.com;
ckm@greensfelder.com; jpb@greensfelder.com; herb.reiner@guarantygroup.com;
cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; jdyas@halperinlaw.net;
rjclark@hancocklaw.com; hleinwand@aol.com; carren.shulman@hellerehrman.com;
timothy.mehok@hellerehrman.com; prubin@herrick.com; anne.kennelly@hp.com;
glen.dumont@hp.com; ken.higman@hp.com; sharon.petrosino@hp.com;
echarlton@hiscockbarclay.com; jkreher@hodgsonruss.com; sgross@hodgsonruss.com;
amoog@hhlaw.com; ecdolan@hhlaw.com; sagolden@hhlaw.com;
elizabeth.flaagan@hro.com; dbaty@honigman.com; tsable@honigman.com;
jrhunter@hunterschank.com; tomschank@hunterschank.com; mmassad@hunton.com;
sholmes@hunton.com; aee@hurwitzfine.com; Ben.Caughey@icemiller.com;
greg.bibbes@infineon.com; jeffery.gillispie@infineon.com;
heather@inplaytechnologies.com; rgriffin@iuoe.org; pbarr@jaffelaw.com;
JRS@Parmenterlaw.com; rpeterson@jenner.com; gerdekomarek@bellsouth.net;
sjfriedman@jonesday.com; john.sieger@kattenlaw.com; rsmolev@kayescholer.com;
kcookson@keglerbrown.com; lsarko@kellerrohrback.com;
claufenberg@kellerrohrback.com; eriley@kellerrohrback.com;
ggotto@kellerrohrback.com; mbane@kelleydrye.com; msomerstein@kelleydrye.com;
lmagarik@kjmlabor.com; sjennik@kjmlabor.com; tkennedy@kjmlabor.com;
sdabney@kslaw.com; bdimos@kslaw.com; grichards@kirkland.com; efox@klng.com;
schnabel@klettrooney.com; dbrown@klettrooney.com; sosimmerman@kwgd.com;
ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com; smcook@lambertleser.com;

erika.ruiz@lw.com; henry.baer@lw.com; john.weiss@lw.com; mark.broude@lw.com; michael.riela@lw.com; mitchell.seider@lw.com; rcharles@lrlaw.com; sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; gschwed@loeb.com; whawkins@loeb.com; tmcfadden@lordbissell.com; tbrink@lordbissell.com; kwalsh@lordbissell.com; rcovino@lordbissell.com; bnathan@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com; metkin@lowenstein.com; scargill@lowenstein.com; vdagostino@lowenstein.com; egc@lydenlaw.com; rparks@mijb.com; jlanden@madisoncap.com; jml@ml-legal.com; lmc@ml-legal.com; vmastromar@aol.com; gsantella@masudafunai.com; jgtougas@mayerbrownrowe.com; rdaversa@mayerbrown.com; dadler@mccarter.com; jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; jmsullivan@mwe.com; sselbst@mwe.com; jrobertson@mcdonaldhopkins.com; sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; egunn@mcguirewoods.com; hkolko@msek.com; lpeterson@msek.com; emeyers@mrrlaw.net; rrosenbaum@mrrlaw.net; miag@michigan.gov; raterinkd@michigan.gov; miag@michigan.gov; khopkins@milesstockbridge.com; trenda@milesstockbridge.com; sarbt@millerjohnson.com; wolfordr@millerjohnson.com; greenj@millercanfield.com; fusco@millercanfield.com; pjricotta@mintz.com; skhoos@mintz.com; Jeff.Ott@molex.com; agottfried@morganlewis.com; mzelmanovitz@morganlewis.com; resterkin@morganlewis.com; lberkoff@moritthock.com; mdallago@morrisoncohen.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; sandy@nlsg.com; Knathan@nathanneuman.com; lisa.moore2@nationalcity.com; george.cauthen@nelsonmullins.com; bbeckworth@nixlawfirm.com; jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com; jimbriaco@gentek-global.com; eabdelmasieh@nmmlaw.com; dgheiman@jonesday.com; mmharner@jonesday.com; cahope@chapter13macon.com; jay.hurst@oag.state.tx.us; michaelz@orbotech.com; mmoody@okmlaw.com; aenglund@orrick.com; aprinci@orrick.com; tkent@orrick.com; fholden@orrick.com; jguy@orrick.com; mcheney@orrick.com; rwyron@orrick.com; mseidl@pszyjw.com; wweintraub@pszyjw.com; cweidler@paulweiss.com; ddavis@paulweiss.com; emccolm@paulweiss.com; sshimshak@paulweiss.com; housnerp@michigan.gov; aaronsona@pepperlaw.com; lawallf@pepperlaw.com; jaffeh@pepperlaw.com; caseyl@pepperlaw.com; kmayhew@pepehazard.com; jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com; karen.dine@pillsburylaw.com; margot.erlich@pillsburylaw.com; mark.houle@pillsburylaw.com; richard.epling@pillsburylaw.com; robin.spear@pillsburylaw.com; rmeth@pitneyhardin.com; rbeacher@pitneyhardin.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; jh@previant.com; mgr@previant.com; jkp@qad.com; andrew.herenstein@quadranglegroup.com; patrick.bartels@quadranglegroup.com; jharris@quarles.com; knye@quarles.com; sgoldber@quarles.com; elazarou@reedsmith.com; rnorton@reedsmith.com; jlapinsky@republicengineered.com; jshickich@riddellwilliams.com; jcrotty@rieckcrotty.com; mscott@riemerlaw.com; holly@regencap.com; amathews@robinsonlaw.com; cnorgaard@ropers.com; gregory.kaden@ropesgray.com; marc.hirschfield@ropesgray.com; tslome@rsmllp.com;

rtrack@msn.com; cschulman@sachnoff.com; agelman@sachnoff.com;
cbelmonte@ssbb.com; pbosswick@ssbb.com; dweiner@schaferandweiner.com;
hborin@schaferandweiner.com; mnewman@schaferandweiner.com;
rheilman@schaferandweiner.com; myetnikoff@schiffhardin.com;
wkohn@schiffhardin.com; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com;
james.bentley@srz.com; michael.cook@srz.com; carol.weiner.levy@srz.com;
pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com;
bharwood@sheehan.com; lawtoll@comcast.net; ewaters@sheppardmullin.com;
msternstein@sheppardmullin.com; tcohen@sheppardmullin.com;
twardle@sheppardmullin.com; rthibeaux@shergarner.com; bankruptcy@goodwin.com;
asherman@sillscummis.com; jzackin@sillscummis.com;
cfortgang@silverpointcapital.com; bellis-monro@sgrlaw.com;
kmiller@skfdelaware.com; fyates@sonnenschein.com; rrichards@sonnenschein.com;
lloyd.sarakin@am.sony.com; rgoldi@sotablaw.com; emarcks@ssd.com;
pabutler@ssd.com; sarah.morrison@doj.ca.gov; hwangr@michigan.gov;
jmbaumann@steeltechnologies.com; rkidd@srcm-law.com;
shapiro@steinbergshapiro.com; jposta@sternslaw.com; cs@stevenslee.com;
mshaiken@stinsonmoheck.com; robert.goodrich@stites.com;
madison.cashman@stites.com; wbeard@stites.com; khansen@stroock.com;
rnsteinwurtzel@swidlaw.com; ferrell@taftlaw.com; miller@taftlaw.com;
marvin.clements@state.tn.us; ddraper@terra-law.com; jforstot@tpw.com;
lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp; robert.morris@timken.com;
dlowenthal@thelenreid.com; rhett.campbell@tklaw.com; ira.herman@tklaw.com;
john.brannon@tklaw.com; ephillips@thurman-phillips.com; jlevi@toddlevi.com;
bmcdonough@teamtogut.com; DBR@tbfesq.com; jwilson@tylercooper.com;
hzamboni@underbergkessler.com; mkilgore@UP.com; djury@steelworkers-usw.org;
msmcelwee@varnumlaw.com; rjsidman@vssp.com; tscobb@vssp.com;
EAKleinhaus@wlrk.com; RGMason@wlrk.com; david.lemke@wallerlaw.com;
robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com;
growsb@wnj.com; mwarner@warnerstevens.com; lekvall@wgllp.com;
aordubegian@weineisen.com; gpeters@weltman.com; gkurtz@ny.whitecase.com;
guzzi@whitecase.com; dbaumstein@ny.whitecase.com; tlauria@whitecase.com;
featon@miami.whitecase.com; barnold@whdlaw.com; bspears@winstead.com;
mfarquhar@winstead.com; mwinthrop@winthropcouchot.com;
sokeefe@winthropcouchot.com; oiglesias@wlross.com; lpinto@wcsr.com;
pjanovsky@zeklaw.com; skrause@zeklaw.com

**Exhibit B**

Togut, Segal & Segal LLP
Attn: Albert Togut
One Penn Plaza
Suite 3335
New York, NY  10119

Davis, Polk & Wardwell
Attn: Donald Bernstein
       Brian Resnick
450 Lexington Avenue
New York, NY  10017

Simpson Thatcher & Bartlett LLP
Attn: Kenneth S. Ziman,
       Robert H. Trust, and
       William T. Russell, Jr.
425 Lexington Avenue
New York, NY  10017

Latham & Watkins LLP
Attn.: Robert J. Rosenberg
885 Third Avenue
New York, NY  10022

Skadden, Arps, Slate, Meagher & Flom LLP
Attn.:  John Wm. Butler,
        John K. Lyons,  and
        Ron E. Meisler
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn.:  Kayalyn A. Marafioti,
        Thomas J. Matz
4 Times Square
P.O. Box 300
New York, NY  10036

United States Trustee
Alicia M. Leonhard
33 Whitehall Street, 21st Floor
New York, NY  10004-2112

Electronic Data Systems Corp.
Attn.: Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI  48098

Freescale Semiconductor, Inc.
Attn.:  Richard Lee Chambers, III
6501 William Cannon Drive West
MD: OE16
Austin, TX  78735

General Electric Company
Attn.:  Valerie Venable
9930 Kincey Avenue
Huntersville, NC  28078

Fried, Frank, Harris, Shriver & Jacobson
Attn: Brad Eric Sheler, Bonnie Steingart,
       Vivek Melwani, Jennifer L Rodburg,
       and Richard J Slivinski
One New York Plaza
New York, NY 10004

IUE-CWA
Conference Board Chairman
2360 W. Dorothy Lane
Suite 201
Dayton, OH  45439

Honigman Miller Schwartz and Cohn LLP
Attn: Frank L. Gorman, Esq.
        Robert B. Weiss, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Kurtzman Carson Consultants
Attn.:  James Le
12910 Culver Blvd., Suite I
Los Angeles, CA  90066

Shearman & Sterling LLP
Attn.:  Douglas Bartner, Jill Frizzley
599 Lexington Avenue
New York, NY  10017

Tyco Electronics Corporation
Attn.:  MaryAnn Brereton, Assistant General Counsel
60 Columbia Road
Morristown, NJ  07960

Warner Stevens, L.L.P.
Attn.: Michael D. Warner
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102

Wilmington Trust Company
Attn.: Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Delphi Corporation
Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, MI  48098

Robert B. Weiss, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583