UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
In re                                           :   Chapter 11 Case
Delphi Corporation, et al.,                     :   Case No. 05-44481 (RDD)
                                                    (Jointly Administered)
                                                :
              Debtors.                              Delphi Automotive Systems LLC
                                                :   Case No. 05-44640

------------------------------------------------x  Claim No. 8878

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

TO:   TT electronics plc, for itself and, as agent for and on behalf of its wholly
      owned subsidiary, International Resistive Company, Inc. (aka International
      Resistive Company Wire & Film Technologies Division) ("Transferor")
      Clive House
      12-18 Queens Road
      Weybridge Surrey
      United Kingdom KT139XB
      Attention: David Matthews

1.   Please take notice of the transfer of $90,246.60 of your claim against Delphi Automotive Systems LLC, represented by the Proof of Claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

     TPG Credit Opportunities Investors, L.P. ("Transferee")
     c/o TPG Credit Management, L.P.
     4600 Wells Fargo Center
     90 South Seventh Street
     Minneapolis, MN 55402
     Attention: Shelley Hartman

2.   No action is required if you do not object to the transfer of the Transferred Claim as described above.
**IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

     --   **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

          Clerk of the Court
          United States Bankruptcy Court
          Southern District of New York
          615-3 Alexander Hamilton Custom House
          One Bowling Green
          New York, NY 10004

     --   **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

     --   Refer to **INTERNAL CONTROL NO.** ____ in your objection.

334-029/COURT/1092195.1

3.  If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: _____ ___, 2007

_____
Clerk of the Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ 2007.
INTERNAL CONTROL NO. _____
Copy Claims Agent:          Transferee:          Debtor's Attorney:

_____
Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division) c/o TT electronics plc

    International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division), with offices located at c/o TT electronics plc Clive House, 12-18 Queens Road, Weybridge Surrey, United Kingdom KT139XB ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to TPG Credit Opportunities Investors L.P., its successors and assigns, with offices located at 4600 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 ("Buyer"), all right, title and interest in and to the claims of Seller against Delphi Automotive Systems, LLC (Case No. 05-44640), docketed as Claim No. 8878 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 05-44481 (Jointly Administered) to the extent of $90,246.60 only.

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 18th day of December, 2006.

| TPG Credit Opportunities Investors, L.P. | TT electronics plc, as agent for International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division) |
|---|---|
| By: TPG Credit Opportunities Fund G.P., L.P.<br>Its: General Partner | |
| By: _(signed) Julie K Braun_<br>(Signature of authorized corporate officer) | By: _____<br>(Signature of authorized corporate officer) |
| Name: Julie K. Braun<br>Title: Vice President<br>Tel.: 612-851-3008 | Name:<br>Title:<br>Tel.: |

- 21 -

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division) c/o TT electronics plc

International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division), with offices located at c/o TT electronics plc Clive House, 12-18 Queens Road, Weybridge Surrey, United Kingdom KT139XB ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to TPG Credit Opportunities Investors L.P., its successors and assigns, with offices located at 4600 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402 ("Buyer"), all right, title and interest in and to the claims of Seller against Delphi Automotive Systems, LLC (Case No. 05-44640), docketed as Claim No. 8878 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 05-44481 (Jointly Administered) to the extent of $90,246.60 only.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18th day of December, 2006.

**TPG Credit Opportunities Investors, L.P.**

By: TPG Credit Opportunities Fund G.P., L.P.
Its: General Partner

**TT electronics plc, as agent for International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division)**

By: _____
(Signature of authorized corporate officer)

By: _*[signature]*_____
(Signature of authorized corporate officer)

Name:
Title:
Tel.:

Name: D.P. MATTHEWS
Title: GROUP FINANCIAL CONTROLLER
Tel.: 011 44 1932 84130

- 21 -