| United States Bankruptcy Court | District Of Southern NY | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>DELPHI CORPORATION | Case Number<br>05-05-44481 (RDD) | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
OETIKER INC.

Name and Address where notices should be sent:

OETIKER INC
3305 WILSON STREET
MARLETTE, MI    48453-0217

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number:

Account or other number by which creditor identifies debtor:
300568 AND 132700

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated: _____

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)           (date)

**2. Date debt was incurred:**
9/06/2005 - 10/04/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**  $ 12,643.20  _____  _____  _____    $12,643.20
                                                  (Unsecured Nonpriority)   (Secured)   (Unsecured Priority)                       (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
  ☐ Real Estate   ☐ Motor Vehicle
  ☐ Other_____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim**  $ 12,643.20
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date:<br>28 Oct 2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):   *Sheila D. Cowan* | This Space For Court Use Only |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Exhibit A



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice I116758 | Packslip S22469-54 |

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 550063076 | S22469 | 06 Sep 2005 | 1 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| 16702544-5000 | 016.2 | 706RRLTD | 10000 | EA | 10000 | 0.0690 | 690.00 |
| CUST PN: 16868631 | | | | | | | |
| REV: 04 | | | | | | | |
| 16701328-1200 | 044.0 | 908RD | 12000 | EA | 12000 | 0.1150 | 1380.00 |
| CUST PN: 16869692 | | | | | | | |
| REV: 02 | | | | | | | |

SHIP BAX GLOBAL SAME DAY NEED BY 5:00 PM
EFFECTIVE 12/23/04 THRU 12/31/05 BLANKET CONTRACT
SHIPPING TO ENTER THE FOLLOWING INTO THE BAR
CODE LABEL
DLOC:0001
PLANT/DOC:HT01

Bill of Lading Information for shipment number 54

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| S22469-54 | 133697 | SEE MASTER FILE | |

Oetiker Credit Dept. Tel: 800-959-0398

Please Remit Payment to: Oetiker Inc. - 3305 Wilson St - POBox 217
                        Marlette MI  48453-0217

WIRE TRANSFERS TO:                        ELECTRONIC FUND TRANSFERS TO:

| Ship Via: | SEE MASTER FILE | Freight Terms:Collect | | |
|---|---|---|---|---|
| FOB: MI | | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |
| Registered: | | | | |

ISO/TS 16949:03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 18 - 9/03



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice  I116758 | Packslip S22469-54 | | |
|---|---|---|---|
| Customer Order | Sales Order | Invoice Date | Page |
| 550063076 | S22469 | 06 Sep 2005 | 2 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|

UBS AG - ABA No.026007993
SWIFT CODE: UBSWUS33
Further credit to: UBS Financial Services
Acct No. 101WA258639000
Further Credit to: Acct No MW67340 In the name of Oetiker Inc

UBS Financial Services
ABA No. 044000804
Acct No. 8207423521

| Ship Via: SEE MASTER FILE | Freight Terms: Collect | Due: 05 Nov 2005 | USD$2,070.00 |
|---|---|---|---|
| FOB: MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |
| Registered: ISO/TS 16949:03/1999 1st edition | | | |

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - DP 18-9-07



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice I116771 | Packslip S22469-55 | | |
|---|---|---|---|
| Customer Order | Sales Order | Invoice Date | Page |
| 550063076 | S22469 | 06 Sep 2005 | 1 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| 16701328-1200 | 044.0 | 908RD | 10800 | EA | 10800 | 0.1150 | 1242.00 |

CUST PN: 16869692
REV: 02

EFFECTIVE 12/23/04 THRU 12/31/05 BLANKET CONTRACT
SHIPPING TO ENTER THE FOLLOWING INTO THE BAR
CODE LABEL
DLOC:0001
PLANT/DOC:HT01

Bill of Lading Information for shipment number 55

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| S22469-55 | 133723 | SEE MASTER FILE | |

Oetiker Credit Dept. Tel: 800-959-0398

Please Remit Payment to: Oetiker Inc. - 3305 Wilson St - POBox 217
                         Marlette MI  48453-0217

WIRE TRANSFERS TO:
UBS AG - ABA No.026007993
SWIFT CODE: UBSWUS33
Further credit to: UBS Financial Services
Acct No. 101WA2586390000
Further Credit to: Acct No MW67340 In the name of Oetiker Inc

ELECTRONIC FUND TRANSFERS TO:
UBS Financial Services
ABA No. 044000804
Acct No. 8207423521

| Ship Via: SEE MASTER FILE | Freight Terms:Collect | Due: 05 Nov 2005 | USD$1,242.00 |
|---|---|---|---|
| FOB: MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |

Registered:
TCO/TC 16949.03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 18-80



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice  I116850 | | Packslip S22469-56 | |
|---|---|---|---|
| Customer Order | Sales Order | Invoice Date | Page |
| 550063076 | S22469 | 07 Sep 2005 | 1 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| 16702544-5000 CUST PN: 16868631 REV: 04 | | 016.2-706RRLTD | 5000 | EA | 5000 | 0.0690 | 345.00 |
| 16701328-1200 CUST PN: 16869692 REV: 02 | | 044.0-908RD | 12000 | EA | 12000 | 0.1150 | 1380.00 |

EFFECTIVE 12/23/04 THRU 12/31/05 BLANKET CONTRACT
SHIPPING TO ENTER THE FOLLOWING INTO THE BAR
CODE LABEL
DLOC:0001
PLANT/DOC:HT01

Bill of Lading Information for shipment number  56

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| S22469-56 | 133785 | SEE MASTER FILE | |

Oetiker Credit Dept. Tel: 800-959-0398

Please Remit Payment to: Oetiker Inc. - 3305 Wilson St - POBox 217
                         Marlette MI   48453-0217

WIRE TRANSFERS TO:
UBS AG - ABA No.026007993
SWIFT CODE: UBSWUS33
Further credit to: UBS Financial Services

ELECTRONIC FUND TRANSFERS TO:
UBS Financial Services
ABA No. 044000804
Acct No. 8207423521

| Ship Via: | SEE MASTER FILE | Freight Terms:Collect | | |
|---|---|---|---|---|
| FOB: | MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |
| Registered: | | | | |

ISO/TS 16949-03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES. PIGEON - ZIP 18 - 8/0



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice  I116850 | Packslip S22469-56 |
|---|---|

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 550063076 | S22469 | 07 Sep 2005 | 2 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|

Acct No. 101WA258639000
Further Credit to: Acct No MW67340 In the name of Oetiker Inc

| Ship Via: SEE MASTER FILE | Freight Terms: Collect | Due: 06 Nov 2005 | USD$1,725.00 |
|---|---|---|---|
| FOB: MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |
| Registered: | | | |

TCO/TC 16949.02/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON · ZIP 18 · 9/03



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice  I117051 | Packslip S22469-57 | | |
|---|---|---|---|
| Customer Order | Sales Order | Invoice Date | Page |
| 550063076 | S22469 | 12 Sep 2005 | 1 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| 16702544-5000 | 016.2 | 706RRLTD | 5000 | EA | 5000 | 0.0690 | 345.00 |
| CUST PN: 16868631 | | | | | | | |
| REV: 04 | | | | | | | |
| 16701328-1200 | 044.0 | 908RD | 10800 | EA | 10800 | 0.1150 | 1242.00 |
| CUST PN: 16869692 | | | | | | | |
| REV: 02 | | | | | | | |

EFFECTIVE 12/23/04 THRU 12/31/05 BLANKET CONTRACT
SHIPPING TO ENTER THE FOLLOWING INTO THE BAR
CODE LABEL
DLOC:0001
PLANT/DOC:HT01

Bill of Lading Information for shipment number 57

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| S22469-57 | 133953 | SEE MASTER FILE | |

Oetiker Credit Dept. Tel: 800-959-0398

Please Remit Payment to: Oetiker Inc. - 3305 Wilson St - POBox 217
                                        Marlette MI  48453-0217

WIRE TRANSFERS TO:
UBS AG - ABA No.026007993
SWIFT CODE: UBSWUS33
Further credit to: UBS Financial Services

ELECTRONIC FUND TRANSFERS TO:
UBS Financial Services
ABA No. 044000804
Acct No. 8207423521

| Ship Via: SEE MASTER FILE | Freight Terms:Collect | | |
|---|---|---|---|
| FOB: MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |
| Registered: | | | |

ISO/TS 16949:03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 18 - 8/03



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice I117051 | Packslip S22469-57 | | |
|---|---|---|---|
| Customer Order | Sales Order | Invoice Date | Page |
| 550063076 | S22469 | 12 Sep 2005 | 2 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|

Acct No. 101WA258639000
Further Credit to: Acct No MW67340 In the name of Oetiker Inc

| Ship Via: SEE MASTER FILE | Freight Terms: Collect | Due: 11 Nov 2005 | USD$1,587.00 |
|---|---|---|---|
| FOB: MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |
| Registered: ISO/TS 16949-03/1999 1st edition | | | PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 18 - 9CJ |



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice  I117498 | Packslip S22469-58 | | |
|---|---|---|---|
| Customer Order | Sales Order | Invoice Date | Page |
| 550063076 | S22469 | 20 Sep 2005 | 1 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| 16702544-5000 | 016.2 | -706RRLTD | 5000 | EA | 5000 | 0.0690 | 345.00 |
| CUST PN: 16868631 | | | | | | | |
| REV: 04 | | | | | | | |
| 16701328-1200 | 044.0 | -908RD | 12000 | EA | 12000 | 0.1150 | 1380.00 |
| CUST PN: 16869692 | | | | | | | |
| REV: 02 | | | | | | | |

EFFECTIVE 12/23/04 THRU 12/31/05 BLANKET CONTRACT
SHIPPING TO ENTER THE FOLLOWING INTO THE BAR
CODE LABEL
DLOC:0001
PLANT/DOC:HT01

Bill of Lading Information for shipment number  58

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| S22469-58 | 134400 | SEE MASTER FILE | |

Oetiker Credit Dept. Tel:  800-959-0398

Please Remit Payment to:  Oetiker Inc. - 3305 Wilson St - POBox 217
                                          Marlette MI   48453-0217

WIRE TRANSFERS TO:
UBS AG - ABA No.026007993
SWIFT CODE: UBSWUS33
Further credit to: UBS Financial Services

ELECTRONIC FUND TRANSFERS TO:
UBS Financial Services
ABA No. 044000804
Acct No. 8207423521

| Ship Via: | SEE MASTER FILE | Freight Terms:Collect | | |
|---|---|---|---|---|
| FOB: | MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |
| Registered: | | | | |

ISO/TS 16949:03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 18-90



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice I117498 | Packslip S22469-58 | | |
|---|---|---|---|
| Customer Order | Sales Order | Invoice Date | Page |
| 550063076 | S22469 | 20 Sep 2005 | 2 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|

Acct No. 101WA258639000
Further Credit to: Acct No MW67340 In the name of Oetiker Inc

| Ship Via: SEE MASTER FILE | Freight Terms: Collect | Due: 19 Nov 2005 | USD$1,725.00 |
|---|---|---|---|
| FOB: MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |

Registered:
ISO/TS 16949:03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 18-903



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice I117841 | Packslip S22469-59 | | |
|---|---|---|---|
| Customer Order | Sales Order | Invoice Date | Page |
| 550063076 | S22469 | 26 Sep 2005 | 1 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| 16702544-5000 CUST PN: 16868631 REV: 04 | 016.2 | 706RRLTD | 5000 | EA | 5000 | 0.0690 | 345.00 |
| 16701328-1200 CUST PN: 16869692 REV: 02 | 044.0 | 908RD | 12000 | EA | 12000 | 0.1150 | 1380.00 |

EFFECTIVE 12/23/04 THRU 12/31/05 BLANKET CONTRACT
SHIPPING TO ENTER THE FOLLOWING INTO THE BAR
CODE LABEL
DLOC:0001
PLANT/DOC:HT01

Bill of Lading Information for shipment number 59

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| S22469-59 | 134762 | SEE MASTER FILE | |

Oetiker Credit Dept. Tel: 800-959-0398

Please Remit Payment to: Oetiker Inc. - 3305 Wilson St - POBox 217
                                      Marlette MI  48453-0217

WIRE TRANSFERS TO:                       ELECTRONIC FUND TRANSFERS TO:
UBS AG - ABA No.026007993                UBS Financial Services
SWIFT CODE: UBSWUS33                     ABA No. 044000804
Further credit to: UBS Financial Services    Acct No. 8207423521

| Ship Via: SEE MASTER FILE | Freight Terms: Collect | | |
|---|---|---|---|
| FOB: MI Registered: | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |

ISO/TS 16949:03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 18-903

05-44481-rdd   Doc 6394-1   Filed 01/03/07   Entered 01/03/07 14:45:59   Exhibit
Pg 12 of 16



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice  I117841 | Packslip S22469-59 |

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 550063076 | S22469 | 26 Sep 2005 | 2 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|

Acct No. 101WA258639000
Further Credit to: Acct No MW67340 In the name of Oetiker Inc

| Ship Via: SEE MASTER FILE | Freight Terms: Collect | Due: 25 Nov 2005 | USD$1,725.00 |
|---|---|---|---|
| FOB: MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |

Registered:
ISO/TS 16949-03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 16 - 9/03



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice I118117 | Packslip S22469-60 |
|---|---|

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 550063076 | S22469 | 30 Sep 2005 | 1 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| 16702544-5000 | | 016.2-706RRLTD | 5000 | EA | 5000 | 0.0690 | 345.00 |
| CUST PN: 16868631 | | | | | | | |
| REV: 04 | | | | | | | |

EFFECTIVE 12/23/04 THRU 12/31/05 BLANKET CONTRACT
SHIPPING TO ENTER THE FOLLOWING INTO THE BAR
CODE LABEL
DLOC:0001
PLANT/DOC:HT01

Bill of Lading Information for shipment number 60

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| S22469-60 | 135003 | SEE MASTER FILE | |

Oetiker Credit Dept. Tel: 800-959-0398

Please Remit Payment to: Oetiker Inc. - 3305 Wilson St - POBox 217
                                 Marlette MI  48453-0217

WIRE TRANSFERS TO:
UBS AG - ABA No.026007993
SWIFT CODE: UBSWUS33
Further credit to: UBS Financial Services
Acct No. 101WA258639000
Further Credit to: Acct No MW67340 In the name of Oetiker Inc

ELECTRONIC FUND TRANSFERS TO:
UBS Financial Services
ABA No. 044000804
Acct No. 8207423521

| Ship Via: SEE MASTER FILE | Freight Terms:Collect | Due: 29 Nov 2005 | USD$345.00 |
|---|---|---|---|
| FOB: MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |

Registered:
ISO/TS 16949:03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 18 - 8/03



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

| Invoice  I118207 | Packslip S22469-61 |
|---|---|

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 550063076 | S22469 | 03 Oct 2005 | 1 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| 16701328-1200 | | 044.0-908RD | 12000 | EA | 12000 | 0.1150 | 1380.00 |
| CUST PN: 16869692 | | | | | | | |
| REV: 02 | | | | | | | |

EFFECTIVE 12/23/04 THRU 12/31/05 BLANKET CONTRACT
SHIPPING TO ENTER THE FOLLOWING INTO THE BAR
CODE LABEL
DLOC:0001
PLANT/DOC:HT01

Bill of Lading Information for shipment number 61

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| S22469-61 | 135102 | SEE MASTER FILE | |

Oetiker Credit Dept. Tel: 800-959-0398

Please Remit Payment to: Oetiker Inc. - 3305 Wilson St - POBox 217
                                  Marlette MI  48453-0217

WIRE TRANSFERS TO:
UBS AG - ABA No.026007993
SWIFT CODE: UBSWUS33
Further credit to: UBS Financial Services
Acct No. 101WA258639000
Further Credit to: Acct No MW67340 In the name of Oetiker Inc

ELECTRONIC FUND TRANSFERS TO:
UBS Financial Services
ABA No. 044000804
Acct No. 8207423521

| Ship Via: | SEE MASTER FILE | Freight Terms:Collect | Due: 02 Dec 2005 | USD$1,380.00 |
|---|---|---|---|---|
| FOB: | MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |

Registered:
ISO/TS 16949:03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 14 - 9/03



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

Invoice  I118276    Packslip S22469-62

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| 550063076 | S22469 | 04 Oct 2005 | 1 |

Bill To: 300568
DELPHI ELECTRONIC & SAFETY
PO BOX 9005
KOKOMO, IN 46904-9005
UNITED STATES

Ship To: 300568*TX
DELPHI E&S REMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVOZOS RD
LOS INDIOS, TX 78567
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| 16702544-5000 | 016.2 | 706RRLTD | 10000 | EA | 10000 | 0.0690 | 690.00 |

CUST PN: 16868631
REV: 04

EFFECTIVE 12/23/04 THRU 12/31/05 BLANKET CONTRACT
SHIPPING TO ENTER THE FOLLOWING INTO THE BAR
CODE LABEL
DLOC:0001
PLANT/DOC:HT01

Bill of Lading Information for shipment number  62

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| S22469-62 | 135191 | SEE MASTER FILE | |

Oetiker Credit Dept. Tel: 800-959-0398

Please Remit Payment to: Oetiker Inc. - 3305 Wilson St - POBox 217
                         Marlette MI  48453-0217

WIRE TRANSFERS TO:
UBS AG - ABA No.026007993
SWIFT CODE: UBSWUS33
Further credit to: UBS Financial Services
Acct No. 101WA258639000
Further Credit to: Acct No MW67340 In the name of Oetiker Inc

ELECTRONIC FUND TRANSFERS TO:
UBS Financial Services
ABA No. 044000804
Acct No. 8207423521

| Ship Via: SEE MASTER FILE | Freight Terms:Collect | Due: 03 Dec 2005 | USD$690.00 |
|---|---|---|---|
| FOB:  MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |

Registered:
ISO/TS 16949:03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 18 - 9/03



Oetiker Inc
3305 Wilson Street
POB 217
Marlette, MI
48453-0217
U.S.A.
Tel: 989-635-3621
Fax: 989-635-2157
Fac: 02

Invoice  I117143    Packslip S23214-4

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| SAG90I0584 | S23214 | 13 Sep 2005 | 1 |

Bill To: 132700
DELPHI SAGINAW STEER 445055
3900 E HOLLAND RD
SAGINAW, MI 48601-9494
UNITED STATES

Ship To: 132700*MI
DELPHI SAGINAW PLANT 32
EUCLID INDUSTRIES
165 W MORLEY DR
SAGINAW, MI 48601
UNITED STATES

Vendor Numb

| Item Number | Pkg Qty | Description | Order Qty | UM | Shipped Qty | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| 16700022-3000 CUST PN: 26095498 REV: 12C | | 019.8-706RRLT | 3000 | EA | 3000 | 0.0514 | 154.20 |

BLANKET CONTRACT 09/13/05-12/31/05
DELPHI BAR CODE REQUIRED WITH/ DLOC: 123
DOCK CODE: 123
ENG CHANGE LEVEL A
MASTER LABEL REQUIRED FOR FREIGHT
UPS ACCT# A45F49

Bill of Lading Information for shipment number 4

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| S23214-4 | 134081 | UPS GROUND | |

Oetiker Credit Dept. Tel: 800-959-0398

Please Remit Payment to: Oetiker Inc. - 3305 Wilson St - POBox 217
Marlette MI  48453-0217

WIRE TRANSFERS TO:
UBS AG - ABA No.026007993
SWIFT CODE: UBSWUS33
Further credit to: UBS Financial Services
Acct No. 101WA258639000
Further Credit to: Acct No MW67340 In the name of Oetiker Inc

ELECTRONIC FUND TRANSFERS TO:
UBS Financial Services
ABA No. 044000804
Acct No. 8207423521

| Ship Via: UPS GROUND | Freight Terms: Collect | Due: 12 Nov 2005 | USD$154.20 |
|---|---|---|---|
| FOB: MI | Payment Terms: NET 60 DAYS | info@mi.usa.oetiker.com www.oetiker.com | |

Registered:
ISO/TS 16949:03/1999 1st edition

PIGEON PRINTING & OFFICE SUPPLIES, PIGEON - ZIP 18 - 9/03