Andrew N. Rosenberg (AR1799)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990


Attorneys for Merrill Lynch, Pierce,
Fenner & Smith, Incorporated

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : |
|---|---|
|  | : Chapter 11 |
| In re | : |
|  | : Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : (Jointly Administered) |
|  | : |
| Debtors. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Merrill Lynch, Pierce, Fenner & Smith

Incorporated ("Merrill Lynch"), a party in interest in the above-captioned cases, by and

through its counsel, hereby enters its appearance pursuant to section 1109(b) of title 11 of

the United States Code, 11 U.S.C. §§  101 et seq. (the "Bankruptcy Code") and Rule

9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and that

such party in interest hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and

section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these

cases be given and served upon the undersigned representatives at the following address

and telephone number:

Andrew N. Rosenberg
Justin G. Brass
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Tel. No. (212) 373-3000
Fax No. (212) 757-3990

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the above-referenced cases and the proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Merrill Lynch's (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Merrill Lynch is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

Dated: New York, New York
      January 2, 2007

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP


By:    /s/ ANDREW N. ROSENBERG
      Andrew N. Rosenberg
      (A Member of the Firm)
      Andrew N. Rosenberg (AR1799)
      1285 Avenue of the Americas
      New York, New York  10019-6064
      Telephone:  (212) 373-3000
      Facsimile:  (212) 757-3990

Counsel for Merrill Lynch, Pierce,
Fenner & Smith, Incorporated