UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
In re                                          :   Chapter 11 Case
Delphi Corporation, et al.,                        Case No. 05-44481 (RDD)
                                                   (Jointly Administered)
                                               :
            Debtors.                               Delphi Automotive Systems LLC
                                               :   Case No. 05-44640

---------------------------------------------x   Claim Nos. As listed on Appendix I hereto

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

TO:     **JPMorgan Chase Bank, N.A.**
        270 Park Avenue, 17th Floor
        New York, New York 10017
        Attention: Neelima Veluvolu

1. Please take notice of the transfer of $221,108.52 of your claim against Delphi Automotive Systems LLC, represented by the Proofs of Claim listed on Appendix I hereto, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

    **TPG Credit Opportunities Investors, L.P.** ("**Transferee**")
    c/o TPG Credit Management, L.P.
    4600 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402
    Attention: Shelley Hartman

2. No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

    - -     **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

            Clerk of the Court
            United States Bankruptcy Court
            Southern District of New York
            615-3 Alexander Hamilton House
            One Bowling Green
            New York, NY 10004

    - -     **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

    - -     Refer to **INTERNAL CONTROL NO.** ____ in your objection.

334-011/COURT/1092126.1

3.     If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: _____ ___, 2007

_____
Clerk of the Court

------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ 2007.
INTERNAL CONTROL NO. _____
Copy Claims Agent:         Transferee:         Debtor's Attorney:

_____
Deputy Clerk

334-011/COURT/1092126.1

Appendix I

| Debtor: | Case Number: | Proof of Claim Number: |
|---|---|---|
| ASEC Manufacturing General Partnership | 05-44482 | 11653 |
| ASEC Sales General Partnership | 05-44484 | 11647 |
| Aspire, Inc. | 05-44618 | 11754 |
| Delco Electronics Overseas Corporation | 05-44610 | 11760 |
| Delphi Automotive Systems (Holding), Inc. | 05-44596 | 11652 |
| Delphi Automotive Systems Global (Holding), Inc. | 05-44636 | 11771 |
| Delphi Automotive Systems Human Resources LLC | 05-44639 | 11766 |
| Delphi Automotive Systems International, Inc. | 05-44589 | 11767 |
| Delphi Automotive Systems Korea, Inc. | 05-44580 | 11782 |
| Delphi Automotive Systems LLC | 05-44640 | 11785 |
| Delphi Automotive Systems Overseas Corporation | 05-44593 | 11654 |
| Delphi Automotive Systems Risk Management Corporation | 05-44570 | 11768 |
| Delphi Automotive Systems Services LLC | 05-44632 | 11765 |
| Delphi Automotive Systems Tennessee, Inc. | 05-44558 | 11772 |
| Delphi Automotive Systems Thailand, Inc. | 05-44586 | 11775 |
| Delphi China LLC | 05-44577 | 11784 |
| Delphi Connection Systems | 05-44624 | 11764 |
| Delphi Corporation | 05-44481 | 11655 |
| Delphi Diesel Systems Corporation | 05-44612 | 11758 |
| Delphi Electronics (Holding) LLC | 05-44547 | 11648 |
| Delphi Foreign Sales Corporation | 05-44638 | 11769 |
| Delphi Furukawa Wiring System LLC | 05-47452 | 11783 |
| Delphi Integrated Service Solutions, Inc. | 05-44623 | 11752 |
| Delphi International Holdings Corporation | 05-44591 | 11656 |
| Delphi International Services, Inc. | 05-44583 | 11780 |
| Delphi Liquidation Holding Company | 05-44542 | 11650 |
| Delphi LLC | 05-44615 | 11756 |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 11770 |
| Delphi Medical Systems Colorado Corporation | 05-44507 | 11757 |
| Delphi Medical Systems Corporation | 05-44529 | 11753 |
| Delphi Medical Systems Texas Corporation | 05-44511 | 11755 |
| Delphi NY Holdings Corporation | 05-44480 | 11657 |
| Delphi Receivables LLC | 05-47459 | 11781 |
| Delphi Services Holding Corporation | 05-44633 | 11773 |
| Delphi Technologies, Inc. | 05-44554 | 11774 |
| DREAL, Inc. | 05-44627 | 11649 |
| Environmental Catalysts, LLC | 05-44503 | 11759 |
| Exhaust Systems Corporation | 05-44573 | 11762 |
| MobileAria, Inc | 05-47474 | 11779 |
| Packard Hughes Interconnect Company | 05-44626 | 11651 |
| Specialty Electronics International Ltd. | 05-44536 | 11751 |
| Specialty Electronics, Inc. | 05-44539 | 11763 |

465184

## EVIDENCE OF TRANSFER OF CLAIM

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------x
In re                                          :   Chapter 11 Case
                                                   Case No. 05-44481 (RDD)
Delphi Corporation, et al.,                        (Jointly Administered)
                                               :
              Debtors.                             Delphi Automotive Systems LLC
                                               :   Case No. 05-44640

----------------------------------------------x   Claim Nos.: As listed on Appendix I hereto

**JPMORGAN CHASE BANK, N.A.**, (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **TPG CREDIT OPPORTUNITIES INVESTORS, L.P.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to $221,108.52 amount of the general unsecured claims of Assignor plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC, et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44640 (RDD) (Jointly Administered). Assignee's payment and delivery instructions are attached hereto as Exhibit A.

The claim transferred hereby constitutes the claim described in the true copies of the Proofs of Claim filed by Speedline Technologies, Inc. ("Original Assignor"), copies of which are filed against the Debtor and its Affiliates. Appendix I contains a list of Proofs of Claim against affiliates of the Debtor, all of which are being transferred to Assignee hereby. A copy of the Notice of Transfer of Claim from Original Assignor to Assignor is available on the Bankruptcy Court's docket (Docket No. 5183). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

334-011/AGR/1092092.1

IN WITNESS WHEREOF, dated the 22 day of September, 2006.

                    TPG Credit Opportunities Investors, L.P.
                    By: TPG Credit Opportunities Fund G.P., L.P.
                    Its: General Partner
                    As Assignee

                    By: *Julie K Braun* (signature)
                    Name: Julie K. Braun
                    Title: Authorized Signor

Accepted and agreed to as of this __ date of September, 2006

**JPMORGAN CHASE BANK, N.A.**
as Assignor

By _____
    Name:
    Title:

465626

IN WITNESS WHEREOF, dated the __ day of September, 2006.

        TPG Credit Opportunities Investors, L.P.
        By: TPG Credit Opportunities Fund G.P., L.P.
        Its: General Partner
        As Assignee

        By:_____

        Name:
        Title:

Accepted and agreed to as of this 22 date of September, 2006

**JPMORGAN CHASE BANK, N.A.**
as Assignor

By _____
   Name:
   Title:   ANDREW OPEL
          AUTHORIZED SIGNATORY

465626

# EXHIBIT A

<u>Assignee's Payment and Delivery Instructions:</u>

**Contacts/Notification Methods: Borrowings, Paydowns, Interest, Fees, etc.**

| | Primary Credit Contact | Secondary Credit Contact |
|---|---|---|
| Name: | Jonathan Roiter | Kirk Ogren |
| Company: | TPG Credit Management, L.P. | TPG Credit Management, L.P. |
| Title: | Senior Analyst | Portfolio Manager |
| Address: | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| Telephone: | 612-851-3014 | 612-851-3006 |
| Facsimile: | 612-851-3001 | 612-851-3001 |
| E-Mail Address: | jroiter@tpgcredit.com | kogren@tpgcredit.com |

| | Primary Operations Contact | Secondary Operations Contact |
|---|---|---|
| Name: | Shelley Hartman | Julie Braun |
| Company: | TPG Credit Management, L.P. | TPG Credit Management, L.P. |
| Title: | Operations Manager | COO |
| Address: | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 | 4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| Telephone: | 612-851-3020 | 612-851-3008 |
| Facsimile: | 612-851-3001 | 612-851-3001 |
| E-Mail Address: | confirms@tpgcredit.com<br>shartman@tpgcredit.com | jbraun@tpgcredit.com |

**Lender's Domestic Wire Instructions**

| | |
|---|---|
| Bank Name: | Wells Fargo |
| ABA/Routing No.: | 121000248 |
| Account Name: | TPG Credit Opportunities Investors, L.P. |
| Account No.: | 4121382683 |

465184

1

Appendix I

| Debtor: | Case Number: | Proof of Claim Number: |
|---|---|---|
| ASEC Manufacturing General Partnership | 05-44482 | 11653 |
| ASEC Sales General Partnership | 05-44484 | 11647 |
| Aspire, Inc. | 05-44618 | 11754 |
| Delco Electronics Overseas Corporation | 05-44610 | 11760 |
| Delphi Automotive Systems (Holding), Inc. | 05-44596 | 11652 |
| Delphi Automotive Systems Global (Holding), Inc. | 05-44636 | 11771 |
| Delphi Automotive Systems Human Resources LLC | 05-44639 | 11766 |
| Delphi Automotive Systems International, Inc. | 05-44589 | 11767 |
| Delphi Automotive Systems Korea, Inc. | 05-44580 | 11782 |
| Delphi Automotive Systems LLC | 05-44640 | 11785 |
| Delphi Automotive Systems Overseas Corporation | 05-44593 | 11654 |
| Delphi Automotive Systems Risk Management Corporation | 05-44570 | 11768 |
| Delphi Automotive Systems Services LLC | 05-44632 | 11765 |
| Delphi Automotive Systems Tennessee, Inc. | 05-44558 | 11772 |
| Delphi Automotive Systems Thailand, Inc. | 05-44586 | 11775 |
| Delphi China LLC | 05-44577 | 11784 |
| Delphi Connection Systems | 05-44624 | 11764 |
| Delphi Corporation | 05-44481 | 11655 |
| Delphi Diesel Systems Corporation | 05-44612 | 11758 |
| Delphi Electronics (Holding) LLC | 05-44547 | 11648 |
| Delphi Foreign Sales Corporation | 05-44638 | 11769 |
| Delphi Furukawa Wiring System LLC | 05-47452 | 11783 |
| Delphi Integrated Service Solutions, Inc. | 05-44623 | 11752 |
| Delphi International Holdings Corporation | 05-44591 | 11656 |
| Delphi International Services, Inc. | 05-44583 | 11780 |
| Delphi Liquidation Holding Company | 05-44542 | 11650 |
| Delphi LLC | 05-44615 | 11756 |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 11770 |
| Delphi Medical Systems Colorado Corporation | 05-44507 | 11757 |
| Delphi Medical Systems Corporation | 05-44529 | 11753 |
| Delphi Medical Systems Texas Corporation | 05-44511 | 11755 |
| Delphi NY Holdings Corporation | 05-44480 | 11657 |
| Delphi Receivables LLC | 05-47459 | 11781 |
| Delphi Services Holding Corporation | 05-44633 | 11773 |
| Delphi Technologies, Inc. | 05-44554 | 11774 |
| DREAL, Inc. | 05-44627 | 11649 |
| Environmental Catalysts, LLC | 05-44503 | 11759 |
| Exhaust Systems Corporation | 05-44573 | 11762 |
| MobileAria, Inc | 05-47474 | 11779 |
| Packard Hughes Interconnect Company | 05-44626 | 11651 |
| Specialty Electronics International Ltd. | 05-44536 | 11751 |
| Specialty Electronics, Inc. | 05-44539 | 11763 |

465184