UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                              :       Chapter 11
                                                                   :
    DELPHI CORPORATION, *et al.*                 :       Case No. 05-44481 (RDD)
                                                                   :
           Debtors.               :
-----------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Joseph Monzione, being duly sworn, deposes and says:

     1.    I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

     2.    On January 3, 2007, I caused to be served copies of the **Notice of Appearance and Demand for Service of Papers** on the persons forth on the attached service list.

     3.    I caused such service to be made by enclosing true copies of the aforementioned document in postpaid, properly addressed wrappers and caused them to be deposited in a depository under the exclusive care and custody of the United States Postal Service in the State of New York.

                                                              /s/ Joseph Monzione
                                                             Joseph Monzione

Sworn to before me this
3rd  day of  January, 2007

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2010

**SERVICE LIST**

Gerard Uzzi
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

K.A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Robert J. Rosenberg
Mitchell A. Seider
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

James Le
Kurtzman Carson Consultants
12910 Culver Boulevard
Los Angeles, CA 90066

Brad Eric Scheler
Bonnie Steingart
Vivek Melwani
Jennifer L. Rodburg
Richard J. Slivinski
Fried Frank Harris Shriver & Jacobson
New York, NY 10004