**Hearing Date and Time: January 11, 2007 at 10:00 a.m.**
**Response Date and Time: January 4, 2007 at 4:00 p.m.**

GREENBERG TRAURIG, P.A.
401 East Las Olas Blvd., Suite 2000
Fort Lauderdale, Florida 33301
Telephone (954) 765-0500
Facsimile: (954) 765-1477
Franck D. Chantayan (FC 4776)

    -and-

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Thomas J. Weber (TW 3887)
Attorneys for Textron Financial Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
:
: Chapter 11
    In re :
: Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al., :
: (Jointly Administered)
    Debtors. :
_____:

# RESPONSE OF TEXTRON FINANCIAL CORPORATION TO DEBTORS' FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED.R.BANKR.P. 3007 TO CERTAIN (A) CLAIMS WITH INSUFFICIENT DOCUMENTATION AND (B) CLAIMS NOT REFLECTED ON <u>DEBTORS' BOOKS AND RECORDS</u>

Textron Financial Corporation ("Textron"), by and through its undersigned counsel, responds (the "Response") to the *Fifth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3007 to Certain (a) Claims With Insufficient Documentation and (b) Claims Not Reflected on Debtors' Books and Records*

*FTL 406078031v1 1/3/2007*

(the "Fifth Omnibus Claims Objection") filed by Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliated debtor entities (collectively, the "Debtors"), and states as follows:

1.  PSA Quality Systems, Inc. and certain of its affiliated entities (collectively "PSA") provided various services to the Debtors. As of the petition date, the Debtors owed $288,679.23 to PSA on account of pre-petition services it rendered to the Debtors (the "PSA Receivables").

2.  Textron was PSA's secured lender and had a security interest in all of PSA's assets, including the PSA Receivables. Textron acquired the PSA Receivables as a result of foreclosing on its security interest in the context of a sale of PSA's assets in the Chapter 11 case of *In re PSO Successor Corp., f/k/a PSA Quality Systems (Ohio), Inc., et al.,* pending in the United States Bankruptcy Court for the District of Delaware and jointly administered under Case No. 04-13030 (MFW).

3.  Based on information provided to Textron when it foreclosed on the PSA Receivables, Textron believes that it may have a valid claim against the Debtors' bankruptcy estates that remains due and owing in the amount of $288,679.23. On or about July 28, 2006, Textron filed a proof of claim (the "POC") in the Debtors' bankruptcy cases on account of the PSA Receivables. The POC was assigned claim number 12935.

4.  The Debtors filed their Fifth Omnibus Claims Objection and *Notice of Objection to Claim* stating they objected to the POC on the basis that the Debtors' books and records do not reflect any amount owed to Textron on account of the PSA Receivables.

5. Textron is investigating this matter further and has requested additional supporting evidence regarding the PSA Receivables and validity of the claim against the Debtors' bankruptcy estates. Therefore, Textron needs an additional thirty to sixty days in order to more fully investigate the extent and validity of the PSA Receivables and the amounts owed by the Debtors.

6. Textron reserves the right to supplement its Response to the Debtors' Fifth Omnibus Claims Objection to provide additional support for the validity and extent of Textron's claim against the Debtors' bankruptcy estates on account of the PSA Receivables.

WHEREFORE, Textron requests that the Court enter an order adjourning a hearing on the Debtors' Fifth Omnibus Claims Objection as it relates to Textron's POC (Claim No. 12935) for an additional sixty days from the currently scheduled January 11, 2007 hearing date, and grant such other and further relief as the Court deems just and proper.

Dated: January 3, 2007

          GREENBERG TRAURIG, P.A.

          By: */s/ Franck D. Chantayan*
          Franck D. Chantayan (FC 4776)
          401 East Las Olas Blvd., Suite 2000
          Fort Lauderdale, Florida 33301
          Telephone (954) 765-0500

          -and-

          GREENBERG TRAURIG, LLP
          Thomas J. Weber (TW 3887)
          200 Park Avenue
          New York, NY 10166
          Telephone: (212) 801-9200

          Attorneys for Textron Financial Corporation