## CERTIFICATE OF SERVICE

The undersigned certifies that on January 3, 2007, a true and correct copy of the foregoing ***Response of Textron Financial Corporation to Debtors' Fifth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed.R.Bankr.P. 3007 to Certain (a) Claims with Insufficient Documentation and (b) Claims Not Reflected on Debtors' Books and Records*** was served on the parties listed below as follows:

**By Overnight Mail (Federal Express - Priority Overnight):**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Attn:  General Counsel

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Randall G. Reese, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606

**By United States First Class Mail:**

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004


                                                     */s/ Franck D. Chantayan*
                                                       Franck D. Chantayan