ROBERGE & ROBERGE
9190 Priority Way W. Dr., Ste. 100
Indianapolis, Indiana  46240
(317) 818-5500
(317) 818-5510 (fax)
Elizabeth A. Roberge, Esq. (IN #17139-49) *Pro Hac Vice*
eroberge@robergelaw.com
Eliza K. Bradley, Esq. (IN # 22284-20) *Pro Hac Vice*
ebradley@robergelaw.com

*Attorneys for WorldWide Battery Company, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
    In re:                                      :

    DELPHI CORPORATION, *et al.*,   :    Chapter 11
                                      :    Case No.  05-44481 (RDD)
        Debtors.                  :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF NICOLE R. McKNIGHT

I, Nicole R. McKnight, being first duly sworn upon my oath, state as follows:

1.    I am over the age of eighteen (18) years of age, I am competent to testify to and have personal knowledge of, the facts and matters contained in this affidavit, and to the best of my knowledge and recollection, the following representations are true.

2.    I am a paralegal at Roberge & Roberge and I am assisting the attorneys with regard to their representation of WorldWide Battery Company, LLC ("WorldWide") in the above referenced case.

3.    My business address is 9190 Priority Way W. Dr., Ste. 100, Indianapolis, Indiana 46240.  My business telephone number at that location is (317) 818-5500.

4.    During the course of my assistance with the representation of WorldWide, I was asked to call and confirm information previously obtained from the Clerk's Office regarding the



EXHIBIT ___B___

filing of papers due to be filed on November 24, 2006. Accordingly, I placed a call to the Clerk's Office for the United States Bankruptcy Court for the Southern District of New York (the "Court") on November 22, 2006.

5. I spoke with the clerk who answered the telephone at the Clerk's Office, and she advised me that the Court would be closed on Friday, November 24, 2006, but that documents could be delivered to the Court for filing and would be shown as timely filed on November 24th.

6. When I called again for further clarification, the clerk advised that no one would be at the Courthouse on Friday, November 24, 2006, as the Courts were closed, but the clerk confirmed that documents would be entered as timely filed on November 24th if delivered to the mailroom for filing on that date.

Further, the affiant saith not.

## VERIFICATION

I affirm, under the penalties for perjury, that the foregoing representations are true.

*Nicole R. McKnight*
Nicole R. McKnight

STATE OF INDIANA    )
                    ) SS:
COUNTY OF MARION    )

Before me, the undersigned Notary Public in and for the State of Indiana, personally appeared **Nicole R. McKnight**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, and executed the instrument as her free act and deed, and stated that the facts contained therein are true.

Dated this 3rd day of January, 2007.

My Commission Expires: 2/4/09

My County of Residence: Hamilton

Notary Public

Mary K. Roberge
Printed

2