ROBERGE & ROBERGE
9190 Priority Way W. Dr., Ste. 100
Indianapolis, Indiana 46240
(317) 818-5500
(317) 818-5510 (fax)
Elizabeth A. Roberge, Esq. (IN #17139-49) *Pro Hac Vice*
eroberge@robergelaw.com
Eliza K. Bradley, Esq. (IN # 22284-20) *Pro Hac Vice*
ebradley@robergelaw.com

*Attorneys for WorldWide Battery Company, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |
- - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF ANDREA L. SMITH

I, Andrea L. Smith, being first duly sworn upon my oath, state as follows:

1.    I am over the age of eighteen (18) years of age, I am competent to testify to and have personal knowledge of, the facts and matters contained in this affidavit, and to the best of my knowledge and recollection, the following representations are true.

2.    I am a legal assistant at Roberge & Roberge and I am assisting the attorneys with regard to their representation of WorldWide Battery Company, LLC ("WorldWide") in the above referenced case.

3.    My business address is 9190 Priority Way W. Dr., Ste. 100, Indianapolis, Indiana 46240. My business telephone number at that location is (317) 818-5500.

4.    Attached hereto as Exhibit 1 is a true and correct copy of Certificate of Existence for American Energy Manufacturing Company I obtained on January 3, 2007, from the Indiana



EXHIBIT C

Secretary of State.

5.      Attached hereto as Exhibit 2 is a true and correct copy of Certificate of Existence for WorldWide Battery Company, LLC, I obtained on January 3, 2007, from the Indiana Secretary of State.

6.      Attached hereto collectively as Exhibit 3 are true and correct copies of Federal Express shipping labels and corresponding delivery confirmation reports for each shipping label used to ship *WorldWide Battery's (I) Response in Opposition to Third Omnibus Claims Objection (Ref. Claim No. 2479), and (II) Motion for Enlargement of Time to Submit Additional Evidence in Support of Proof of Claim* to the Clerk's Office, the Court (Chambers copy), and to all counsel/parties required to be served with the Response.

7.      The packages were all shipped by "FedEx Priority Overnight," which requires delivery by 10:30 a.m. on the next business morning.

Further, the affiant saith not.

## VERIFICATION

I affirm, under the penalties for perjury, that the foregoing representations are true.

*Andrea L. Smith*

Andrea L. Smith

2

STATE OF INDIANA                )
                                ) SS:
COUNTY OF MARION                )

Before me, the undersigned Notary Public in and for the State of Indiana, personally appeared **Andrea L. Smith**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, and executed the instrument as her free act and deed, and stated that the facts contained therein are true.

Dated this ___3rd___ day of January, 2007.

My Commission Expires: 02/10/07

My County of Residence: Boone

_Nicole R McKnight_
Notary Public

_Nicole R McKnight_
Printed

3

### STATE OF INDIANA
### OFFICE OF THE SECRETARY OF STATE
### CERTIFICATE OF EXISTENCE

To Whom These Presents Come, Greetings:

I, TODD ROKITA, Secretary of State of Indiana, do hereby certify that I am, by virtue of the laws of the State of Indiana, the custodian of the corporate records, and proper official to execute this certificate.

I further certify that records of this office disclose that

### AMERICAN ENERGY MANUFACTURING COMPANY

duly filed the requisite documents to commence business activities under the laws of State of Indiana on December 30, 2003, and was in existence or authorized to transact business in the State of Indiana on January 03, 2007.

I further certify this For-Profit Domestic Corporation has filed its most recent report required by Indiana law with the Secretary of State, or is not yet required to file such report, and that no notice of withdrawal, dissolution or expiration has been filed or taken place.



In Witness Whereof, I have hereunto set my hand and affixed the seal of the State of Indiana, at the city of Indianapolis, this Third Day of January, 2007.

TODD ROKITA, Secretary of State

2004010500129 / 2007010313607

EXHIBIT 1

## STATE OF INDIANA
## OFFICE OF THE SECRETARY OF STATE
## CERTIFICATE OF EXISTENCE

To Whom These Presents Come, Greetings:

I, TODD ROKITA, Secretary of State of Indiana, do hereby certify that I am, by virtue of the laws of the State of Indiana, the custodian of the corporate records, and proper official to execute this certificate.

I further certify that records of this office disclose that

### WORLDWIDE BATTERY COMPANY, LLC

duly filed the requisite documents to commence business activities under the laws of State of Indiana on February 16, 2001, and was in existence or authorized to transact business in the State of Indiana on January 03, 2007.

I further certify this Domestic Limited Liability Company (LLC) has filed its most recent report required by Indiana law with the Secretary of State, or is not yet required to file such report, and that no notice of withdrawal, dissolution or expiration has been filed or taken place.



In Witness Whereof, I have hereunto set my hand and affixed the seal of the State of Indiana, at the city of Indianapolis, this Third Day of January, 2007.

TODD ROKITA, Secretary of State

2001021600305 / 2007010313605

EXHIBIT 2

SCH12

**FedEx** Express    US Airbill

FedEx Tracking Number: 8581 3544 6898

Form ID No.: 0215

**1 From** Please print and press hard.

Date: 11/22/04

Sender's FedEx Account Number: 1850-1368-5

Sender's Name: Errnbarn Roberge

Phone: (317) 818-5500

Company: ROBERGE & ROBERGE

Address: 9190 PRIORITY WAY W DR #100

City: INDIANAPOLIS    State: IN    ZIP: 46240-1437

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.

WWI Delphi

**3 To**

Recipient's Name: Clerk    Phone: (212) 1068 2301

Company: U.S. Bankruptcy Court S.D. New York

Recipient's Address: One Bowling Green

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address: 

To request a package be held at a specific FedEx location, print FedEx address here.

City: New York    State: NY    ZIP: 10004

0344705296

**4a Express Package Service**    *Packages up to 150 lbs.*

☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**    *Packages over 150 lbs.*

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**

☐ FedEx Envelope*
☐ FedEx Pak*
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**

☐ SATURDAY Delivery NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

☑ No    ☐ Yes As per attached Shipper's Declaration    ☐ Yes Shipper's Declaration not required.    ☐ Dry Ice Dry Ice, 9, UN 1845    ☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☑ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages    Total Weight    Total Declared Value†

$            .00

**8 NEW Residential Delivery Signature Options**

☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

519

EXHIBIT 3

Track Shipments
## Detailed Results

⑦ Quick Help

| Tracking number | 858135446898 | Reference | WW/DELPHI |
|---|---|---|---|
| Signed for by | Q.SU | Delivered to | Receptionist/Front Desk |
| Ship date | Nov 22, 2006 | Service type | Priority Pak |
| Delivery date | Nov 27, 2006 10:33 AM | Weight | 4.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 27, 2006** | 10:33 AM | **Delivered** | | |
| | 10:24 AM | Delivery exception | NEW YORK, NY | Recipient location security delay. Delivery will be reattempted. |
| | 6:35 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Nov 24, 2006** | 9:06 AM | Delivery exception | NEW YORK, NY | Holiday - Business closed |
| | 7:38 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:21 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Nov 22, 2006** | 11:34 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 10:47 PM | Left origin | INDIANAPOLIS, IN | |
| | 6:24 PM | Picked up | INDIANAPOLIS, IN | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** [                    ]          **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | ☐ | ☐ |
| | English | | ☐ |
| | English | | ☐ |

Select format: ◉ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions                                                              Submit

**FedEx** Express   *US Airbill*

FedEx Tracking Number: 8581 3544 6980

Form 00 No. 0215

SCH12

**1 From** Please print and press hard.

Date 11/27/06

Sender's FedEx Account Number: 1850-1368-5

Sender's Name: Elizabeth A. Roberge   Phone (317) 818-5500

Company: ROBERGE & ROBERGE

Address: 9190 PRIORITY WAY W DR #100

City INDIANAPOLIS   State IN   ZIP 46240-1437

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.

WW/Delphi

**3 To**

Recipient's Name: Honorable Robert D. Drain   Phone 212-668-2301

Company: US Bankruptcy Court for Southern District of NY

Recipient's Address: One Bowling Green   Room 610

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City New York   State NY   ZIP 10004

0344705296

**Find drop-off locations at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**

- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling** Include FedEx address in Section 1.

- [ ] SATURDAY Delivery NOT Available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [X] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice Dry Ice, 9, UN 1845 ___ kg
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*

- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No.

| Total Packages | Total Weight | Total Declared Value† |
| --- | --- | --- |
| | | $ .00 |

FedEx Use Only

**8 NEW Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature Someone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

519

Rev. Date 11/05•Part #152379•©1994-2005 FedEx•PRINTED IN U.S.A.•SRS

Track Shipments
## Detailed Results

(?) Quick Help

| Tracking number | 858135446980 | Reference | WM/DELPHI |
| Signed for by | K.CAPPIELLO | Delivered to | Receptionist/Front Desk |
| Ship date | Nov 22, 2006 | Service type | Priority Envelope |
| Delivery date | Nov 27, 2006 9:01 AM | Weight | 1.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 27, 2006** | 9:01 AM | **Delivered** | | |
| | 7:53 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Nov 24, 2006** | 8:56 PM | At local FedEx facility | NEW YORK, NY | |
| | 9:29 AM | Delivery exception | NEW YORK, NY | Holiday - Business closed |
| | 7:35 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:21 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Nov 22, 2006** | 10:50 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 10:47 PM | Left origin | INDIANAPOLIS, IN | |
| | 6:24 PM | Picked up | INDIANAPOLIS, IN | |

[ Signature proof ]    [ E-mail results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** [                    ]         **Your E-mail Address:** [                    ]

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐  By selecting this check box and the Submit button, I agree to these Terms and
    Conditions

Submit

SCH12

**FedEx Express**   US Airbill

FedEx Tracking Number: 8581 3544 6968

Form ID No. 0215

**1 From** Please print and press hard.

Date 11/30/06

Sender's FedEx Account Number: 1850-1368-5

Sender's Name: Elizabeth A. Roberge    Phone (317) 818-5500

Company: ROBERGE & ROBERGE

Address: 9190 PRIORITY WAY W DR #100

City: INDIANAPOLIS    State: IN    ZIP: 46240-1437

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.
WW/Delphi

**3 To**

Recipient's Name: John Wm. Butler, Jr.    Phone (312) 407-0700

Company: Skadden, Arps, Slate, Meagher & Flom LLP

Address: 333 West Wacker Drive    Suite 2100

City: Chicago    State: IL    ZIP: 60606

0344705296

**Store your addresses at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**    *Packages up to 150 lbs.*
- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**    *Packages over 150 lbs.*
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**    Include FedEx address in Section 3.
- [ ] SATURDAY Delivery NOT Available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 2Day Freight.
- [ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice Dry Ice, 9, UN 1845 ___ kg
- [ ] Cargo Aircraft Only

**7 Payment**   Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**8 NEW Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

Track Shipments
**Detailed Results**

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 858135446968 | **Reference** | WW/DELPHI |
| **Signed for by** | J.CANAN | **Delivered to** | Shipping/Receiving |
| **Ship date** | Nov 22, 2006 | **Service type** | Priority Envelope |
| **Delivery date** | Nov 24, 2006 8:48 AM | **Weight** | 1.0 lbs. |

**Status**        Delivered

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 24, 2006** | 8:48 AM | **Delivered** | | |
| | 8:10 AM | On FedEx vehicle for delivery | CHICAGO, IL | |
| | 7:02 AM | At dest sort facility | CHICAGO, IL | |
| | 6:15 AM | At local FedEx facility | CHICAGO, IL | |
| **Nov 23, 2006** | 6:09 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| **Nov 22, 2006** | 10:50 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 10:47 PM | Left origin | INDIANAPOLIS, IN | |
| | 6:24 PM | Picked up | INDIANAPOLIS, IN | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ⦿ HTML  ◯ Text  ◯ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit

**FedEx Express** — US Airbill

SCH12

FedEx Tracking Number: 8581 3544 6902

Form ID No.: 0215

**1 From** *Please print and press hard.*

Date 11/27/06

Sender's FedEx Account Number: 1850-1368-5

Sender's Name: Elizabeth A. Roberge    Phone (317) 818-5500

Company: ROBERGE & ROBERGE

Address: 9190 PRIORITY WAY W DR #100

City: INDIANAPOLIS    State: IN    ZIP: 46240-1437

**2 Your Internal Billing Reference**
*First 24 characters will appear on invoice.*
NW / Delphi

**3 To**
Recipient's Name: Alicia M. Leonhard    Phone (212) 791-0859

Company: Office of the U.S. Trustee for the Southern District of NY

Recipient's Address: 33 Whitehall Street    Suite 2100

City: New York    State: NY    ZIP: 10004

0344705296

**Find drop-off locations at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**    *Packages up to 150 lbs.*
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**    *Packages over 150 lbs.*
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery NOT Available
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*
- [x] Sender (Acct. No. in Section 1 will be billed.)
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight    Total Declared Value $ .00

**8 NEW Residential Delivery Signature Options** *If you require a signature, check Direct or Indirect.*
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

Track Shipments                                    ⑦ Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 858135446902 | Reference | NW/DELPHI |
| Signed for by | D.MOBLEY | Delivered to | Receptionist/Front Desk |
| Ship date | Nov 22, 2006 | Service type | Priority Envelope |
| Delivery date | Nov 24, 2006 9:28 AM | Weight | 1.0 lbs. |

**Status**              Delivered

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 24, 2006** | 9:28 AM | **Delivered** | | |
| | 9:13 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:35 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:21 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Nov 22, 2006** | 10:50 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 10:47 PM | Left origin | INDIANAPOLIS, IN | |
| | 6:24 PM | Picked up | INDIANAPOLIS, IN | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐  By selecting this check box and the Submit button, I agree to these Terms and
    Conditions                                                         Submit

SCH12

**FedEx Express** | US Airbill

FedEx Tracking Number: 8581 3544 6957

Form ID No.: 0215

**1 From** *Please print and press hard.*

Date: 11/27/06

Sender's FedEx Account Number: 1850-1368-5

Sender's Name: Elizabeth A. Roberge    Phone: (317) 818-5500

Company: ROBERGE & ROBERGE

Address: 9190 PRIORITY WAY W DR #100

City: INDIANAPOLIS    State: IN    ZIP: 46240-1437

**2 Your Internal Billing Reference** *First 24 characters will appear on invoice.*
WW/Delphi

**3 To**

Recipient's Name: Kenneth S. Ziman    Phone: (212) 455-2000

Company: Simpson Thacher & Bartlett LLP

Recipient's Address: 425 Lexington Avenue
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*

Address:
*To request a package be held at a specific FedEx location, print FedEx address here.*

City: New York    State: NY    ZIP: 10017

0344705296

**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**    *Packages up to 150 lbs.*
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**    *Packages over 150 lbs.*
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery NOT Available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?    One box must be checked.
- [X] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*
- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No.
Credit Card No.

Total Packages    Total Weight    Total Declared Value†
$                .00

**8 NEW Residential Delivery Signature Options** *If you require a signature, check Direct or Indirect.*
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

## Track Shipments
# Detailed Results

? Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 858135446957 | Reference | WW/DELPHI |
| Signed for by | V.THOMAS | Delivered to | Mailroom |
| Ship date | Nov 22, 2006 | Service type | Priority Envelope |
| Delivery date | Nov 24, 2006 9:15 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 24, 2006** | 9:15 AM | **Delivered** | | |
| | 8:56 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 6:57 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:21 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Nov 23, 2006** | 3:00 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| **Nov 22, 2006** | 10:50 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 10:47 PM | Left origin | INDIANAPOLIS, IN | |
| | 6:24 PM | Picked up | INDIANAPOLIS, IN | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:** | **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

Select format: ⦿ HTML  ◯ Text  ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit

SCH12

**FedEx Express** *US Airbill*

FedEx Tracking Number: 8581 3544 6935 ✓

Form ID No. 0215

**1 From** *Please print and press hard.*

Date: 11/22/06

Sender's FedEx Account Number: 1850-1368-5

Sender's Name: Elizabeth A. Roberge    Phone (317) 818-5500

Company: ROBERGE & ROBERGE

Address: 9190 PRIORITY WAY W DR #100

City: INDIANAPOLIS    State: IN    ZIP: 46240-1437

**2 Your Internal Billing Reference** *First 24 characters will appear on invoice.*

WW/Delphi

**3 To**

Recipient's Name: Donald Bernstein and Brian Resnick    Phone (212) 450-4000

Company: Davis Polk & Wardwell

Recipient's Address: 450 Lexington Avenue
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City: New York    State: NY    ZIP: 10017

0344705296

**Ship and track packages at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**    *Packages up to 150 lbs.*
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

*To next location.*

**4b Express Freight Service**    *Packages over 150 lbs.*
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

*To next location.*

**5 Packaging**
- [ ] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

*Declared value limit $500.

**6 Special Handling**    *Include FedEx address in Section 3.*
- [ ] SATURDAY Delivery NOT Available for FedEx Priority Overnight, FedEx Express Saver, or FedEx 2Day Freight.
- [ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
*One box must be checked.*
- [X] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice Dry Ice, 9, UN 1845 ___ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:*
- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No.
Credit Card No.

Total Packages    Total Weight    Total Declared Value†
$              .00

† Our liability is limited to $100 unless you declare a higher value. See back for details.

FedEx Use Only

**8 NEW Residential Delivery Signature Options** *If you require a signature, check Direct or Indirect.*
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

Rev. Date 1/06 • Part #158279 • ©1994-2005 FedEx • PRINTED IN U.S.A. • SRS

## Track Shipments
## Detailed Results

⑦ Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 858135446935 | **Reference** | WM/DELPHI |
| **Signed for by** | J.KING | **Delivered to** | Mailroom |
| **Ship date** | Nov 22, 2006 | **Service type** | Priority Envelope |
| **Delivery date** | Nov 24, 2006 8:44 AM | **Weight** | 1.0 lbs. |

**Status**          Delivered

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 24, 2006** | 8:44 AM | **Delivered** | | |
| | 8:15 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 6:55 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:21 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Nov 22, 2006** | 10:50 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 10:47 PM | Left origin | INDIANAPOLIS, IN | |
| | 6:24 PM | Picked up | INDIANAPOLIS, IN | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                **Your E-mail Address:**

| **E-mail address** | **Language** | **Exception updates** | **Delivery updates** |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | ☐ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions          Submit

SCH12

**FedEx** *US Airbill*
Express

FedEx Tracking Number: 8581 3544 6924

Form 0215

**1 From** Please print and press hard.

Date 11/22/06

Sender's FedEx Account Number 1850-1368-5

Sender's Name Elizabeth A. Roberge    Phone (317) 818-5500

Company ROBERGE & ROBERGE

Address 9190 PRIORITY WAY W DR #100
Dept/Floor/Suite/Room

City INDIANAPOLIS    State IN    ZIP 46240-1437

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.
WW/Delphi

**3 To**

Recipient's Name Robert J. Rosenburg & Mark A. Broude   Phone (212) 906-2780

Company Official Committee of Unsecured Creditors, Latham & Watkins

Recipient's Address 885 Third Avenue
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Dept/Floor/Suite/Room

Address

City New York    State NY    ZIP 10022

0344705296

Store your addresses at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**    *Packages up to 150 lbs.*

- [x] FedEx Priority Overnight
  Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight
  Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight
  Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day
  Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver
  Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.
* To most locations.
* Call for Confirmation.

**4b Express Freight Service**    *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight*
  Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight
  Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight
  Third business day.** Saturday Delivery NOT available.

** Call for Confirmation.
** To most locations.

**5 Packaging**

- [ ] FedEx Envelope*
- [ ] FedEx Pak*
  Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling**    Include FedEx address in Section 3.

- [x] SATURDAY Delivery NOT Available for
  FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 2Day Freight.
- [ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.

- [x] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice Dry Ice, 9, UN 1845 ___ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** Bill to:

- [x] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No.
Credit Card No.
Exp. Date

Total Packages    Total Weight    Total Declared Value†
$                                          .00

† Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

FedEx Use Only

**8 NEW Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required
  Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature
  Anyone at recipient's address may sign for delivery.* If applies.
- [ ] Indirect Signature
  If no one is available at recipient's address, someone at a neighboring address may sign for delivery.** If applies.

519

Rev. Date 1/05•Part #157780•©1994–2005 FedEx•PRINTED IN U.S.A.•SRB

Track Shipments
## Detailed Results

? Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 858135446924 | **Reference** | WM/DELPHI | |
| **Signed for by** | M.BATERO | **Delivered to** | Mailroom | |
| **Ship date** | Nov 22, 2006 | **Service type** | Priority Envelope | |
| **Delivery date** | Nov 27, 2006 8:46 AM | **Weight** | 1.0 lbs. | |
| **Status** | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 27, 2006** | 8:46 AM | **Delivered** | | |
| | 8:19 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 5:58 AM | At local FedEx facility | NEW YORK, NY | |
| **Nov 24, 2006** | 10:42 AM | Delivery exception | NEW YORK, NY | Incorrect address |
| | 10:41 AM | Delivery exception | NEW YORK, NY | Package at station, arrived after courier dispatch |
| | 10:41 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 10:30 AM | At local FedEx facility | NEW YORK, NY | |
| | 7:37 AM | Delivery exception | NEW YORK, NY | Incorrect address |
| | 7:21 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:21 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Nov 22, 2006** | 10:50 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 10:47 PM | Left origin | INDIANAPOLIS, IN | |
| | 6:24 PM | Picked up | INDIANAPOLIS, IN | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:**                              **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

**Select format:** ⊙ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

**FedEx Express** — **US Airbill**

SCH12

FedEx Tracking Number: 8581 3544 6913

Form ID No.: 0215

**1 From** Please print and press hard.

Date: 1/23/06

Sender's FedEx Account Number: 1850-1368-5

Sender's Name: Elizabeth A. Roberge     Phone (317) 818-5500

Company: ROBERGE & ROBERGE

Address: 9190 PRIORITY WAY W DR #100
Dept./Floor/Suite/Room

City: INDIANAPOLIS     State: IN     ZIP: 46240-1437

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.
NW/Delphi

**3 To**

Recipient's Name: Bonnie Steingart     Phone: 212 859-8000

Company: Official Committee of Equity Sec. Holders, Fried, Frank, Harris, Shriver & Jacobson LLP

Recipient's Address: One New York Plaza
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Dept./Floor/Suite/Room

Address:
To request a package be held at a specific FedEx location, print FedEx address here.

City: New York     State: NY     ZIP: 10004

0344705296

**4a Express Package Service** *Packages up to 150 lbs.*
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

* To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

** To most locations.

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling** Include FedEx address in Section 3.
- [ ] SATURDAY Delivery NOT Available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 2Day Freight.
- [ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods?
One box must be checked.
- [X] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | | $            .00 |

**8 NEW Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 858135446913 | **Reference** | WW/DELPHI |
| **Signed for by** | A.STEIN | **Delivered to** | Shipping/Receiving |
| **Ship date** | Nov 22, 2006 | **Service type** | Priority Envelope |
| **Delivery date** | Nov 24, 2006 9:41 AM | **Weight** | 1.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 24, 2006** | 9:41 AM | **Delivered** | | |
| | 8:47 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:35 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:21 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Nov 22, 2006** | 10:50 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 10:47 PM | Left origin | INDIANAPOLIS, IN | |
| | 6:24 PM | Picked up | INDIANAPOLIS, IN | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** | **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit

**FedEx** Express **US Airbill**

FedEx Tracking Number: 8581 3544 6979

SCH12

From ID No.: 0215

**1 From** Please print and press hard.

Date: 11/22/06

Sender's FedEx Account Number: 1850-1368-5

Sender's Name: Elizabeth A. Roberge   Phone (317) 818-5500

Company: ROBERGE & ROBERGE

Address: 9190 PRIORITY WAY W DR #100

City: INDIANAPOLIS   State: IN   ZIP: 46240-1437

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.

WW/Delphi

**3 To**

Recipient's Name: General Counsel   Phone 248 813-2000

Company: Delphi Corporation

Recipient's Address: 5725 Delphi Drive

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address:

To request a package be held at a specific FedEx location, print FedEx address here.

City: Troy   State: MI   ZIP: 48098

0344705296

**Ship and track packages at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *Packages up to 150 lbs.*

☑ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** *Packages over 150 lbs.*

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling**

☐ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday

Does this shipment contain dangerous goods?

☒ No   ☐ Yes Shipper's Declaration not attached.   ☐ Yes Shipper's Declaration not required.

☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☑ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value $ .00

**8 NEW Residential Delivery Signature Options**

☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

519

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 858135446979 | **Reference** | WW/DELPHI |
| **Signed for by** | M.TROMBLEY | **Delivered to** | Shipping/Receiving |
| **Ship date** | Nov 22, 2006 | **Service type** | Priority Envelope |
| **Delivery date** | Nov 27, 2006 8:51 AM | **Weight** | 1.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 27, 2006** | 8:51 AM | **Delivered** | | |
| | 8:06 AM | On FedEx vehicle for delivery | AUBURN HILLS, MI | |
| **Nov 24, 2006** | 4:01 PM | At local FedEx facility | AUBURN HILLS, MI | |
| | 9:29 AM | Delivery exception | AUBURN HILLS, MI | Holiday - Business closed |
| | 8:04 AM | At local FedEx facility | AUBURN HILLS, MI | |
| | 5:45 AM | At dest sort facility | ROMULUS, MI | |
| | 4:48 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| **Nov 22, 2006** | 10:50 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 10:47 PM | Left origin | INDIANAPOLIS, IN | |
| | 6:24 PM | Picked up | INDIANAPOLIS, IN | |

[ Signature proof ]    [ E-mail results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                         **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit