|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Hearing Date: January 5, 2007 |
| SOUTHERN DISTRICT OF NEW YORK | Hearing Time: 10:00 a.m. |

---------------------------------------------------------
In re:                                                                : Chapter 11
                                                                         :
DELPHI CORP., *et al.*,                                    : Case No. 05-44481 (RDD)
                                                                         :
                                 Debtors.              : (jointly administered)
--------------------------------------------------------- x

**AFFIRMATION OF SERVICE**

I, Alicia M. Leonhard, declare under penalty of perjury that:

    1.    I am an attorney with the Office of the United States Trustee for the Southern District of New York.

    2.    On January 3, 2007, I caused a true and correct copy of the Objection of the United States Trustee to Expedited Motion for Order Authorizing and Approving the Equity Purchase and Commitment Agreement Pursuant to Sections 105(a), 363(b), 503(b), and 507(a) of the Bankruptcy Code and the Plan Framework Agreement Pursuant to Sections 105(a), 363(b), and 1125(e) of the Bankruptcy Code (the "Objection") to be served by facsimile upon each of the parties at the facsimile numbers on the attached list.

Dated: New York, NY
       January 3, 2007

                                                /s/ Alicia M. Leonhard
                                                Alicia M. Leonhard

## SERVICE LIST

JACK BUTLER, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
333 WEST WACKER DRIVE
CHICAGO, IL 60606
FACSIMILE: 312.407.8501

KENNETH S. ZINMAN, ESQ.
SIMPSON THACHER & BARTLETT LLP,
425 LEXINGTON AVENUE,
NEW YORK, NEW YORK 10017
FACSIMILE: (212) 455-2502

DONALD S. BERNSTEIN, ESQ.
BRIAN RESNICK, ESQ.
DAVIS POLK & WARDWELL
450 LEXINGTON AVENUE,
NEW YORK, NEW YORK 10017
FACSIMILE: 212-450-3092

KAYALYN MARAFIOTI, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
FOUR TIMES SQUARE
NEW YORK, NY 10036
FACSIMILE: 212.735.200

ROBERT ROSENBERG, ESQ.
MARK A. BROUDE, ESQ.
LATHAM & WATKINS
885 THIRD AVENUE
NEW YORK, NY 10022
FACSIMILE: 212.751.4864

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MICHIGAN 48098
ATTN: DAVID SHERBIN, ESQ,
GENERAL COUNSEL
FACSIMILE: 248-813-2491

BONNIE STEINGART, ESQ.
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10004
FACSIMILE: 212.859.4000