UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
                                    :
                                    :
  In re                             :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
           Debtors.                 :   (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIXTH AMENDED PRETRIAL AND SCHEDULING ORDER RELATING TO
DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 365 AND FED. R.
BANKR. P. 6006 AUTHORIZING REJECTION OF CERTAIN
<u>EXECUTORY CONTRACTS WITH GENERAL MOTORS CORPORATION</u>

("SIXTH AMENDED GM CONTRACT
REJECTION MOTION NO. 1 SCHEDULING ORDER")

Upon the Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated March 31, 2006 (Docket No. 3033) (the "Motion"), filed by Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the response of the Official Committee of Unsecured Creditors, dated June 15, 2006 (Docket No. 4198), the preliminary and supplemental objections of General Motors Corporation, dated April 12, 2006 and June 5, 2006, respectively (Docket Nos. 3210 and 4019), the preliminary objection and response and supplemental limited objection of the Ad Hoc Equity Committee, dated April 17, 2006 and August 8, 2006, respectively (Docket Nos. 3243 and 4879), the limited objection of SPS Technologies, Inc., SPS Technologies Waterford Company, and Greer Stop Nut, Inc., dated May 2, 2006 (Docket No. 3567), and the preliminary and limited objections of the Official Committee of Equity Security Holders, dated

May 26, 2006 and June 12, 2006, respectively (Docket Nos. 3926 and 4128) (collectively with the objectors and responders, the "Respondents"); and upon the Debtors' Omnibus Response To Objections To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated June 15, 2006 (Docket No. 4203); and the Debtors having originally noticed the Motion for hearing on the omnibus hearing date of May 12, 2006, which was subsequently adjourned by the Court; and the Court having issued a Pretrial And Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated June 13, 2006 (Docket No. 4169) (the "Pretrial And Scheduling Order"); and the Court having issued a First Amended Pretrial and Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated September 28, 2006 (Docket No. 5214); and the Court having issued a Second Amended Pretrial and Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated October 25, 2006 (Docket No. 5400); and the Court having issued a Third Amended Pretrial and Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated November 13, 2006 (Docket No. 5538); and the Court having issued a Fourth Amended Pretrial and Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated November 22, 2006 (Docket No. 5658); and the Court having issued a Fifth Amended

Pretrial and Scheduling Order Relating To Debtors' Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, dated December 11, 2006 (Docket No. 6147); and the Court having tentatively scheduling a further in-camera status conference to occur promptly following the Court's disposition of the Debtor's Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To Sections 105(a), 363(b), 503(b) and 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To Sections 105(a), 363(b), And 1125(e) Of The Bankruptcy Code on December 18, 2006 (Docket No. 6179); and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

The Pretrial And Scheduling Order (Docket No. 4169) shall remain in full force and effect except that the Court shall conduct an in-person, in-camera status conference pursuant to 11 U.S.C. § 105(d)(1) with the Debtors and the Respondents at 3:00 p.m. (Prevailing Eastern Time) on January 12, 2007.

Dated: New York, New York
       January 4, 2007

                                          /s/Robert D. Drain
                                          UNITED STATES BANKRUPTCY JUDGE