ATTACHMENT - 1

# PURCHASE ORDER: AES93504

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | | |
|---|---|---|
| 07/02/99 | PHONE: 810-257-8711 | |
| ALTERATION ISSUE DATE | C NICHOLS | Buyer |
| | AN | |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT | |

**SHIP TO:**
DELPHI E & S WORLD HDQTRS
DELPHI AUTOMOTIVE SYSTEMS
4800 S. SAGINAW STREET
FLINT MI
48507
US

**INVOICE TO:**
DELPHI-E IS ON PAY ON RECEIPT.
FORWARD ANY "WORK COMPLETED
INVOICE "PAPERWORK TO YOUR
DELPHI CONTACT FOR "RECEIPT
ENTRY FOR PAYMENT" PROCESS.
US

DELPHI AUTOMOTIVE SYSTEMS
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI
48501-1360

VENDOR NUMBER 09-853-4027
TO: STRUCTURAL MECHANICS ANALYSIS
1073 REGENCY KNOLL DR
PO BOX 700910
SAN JOSE CA
95170-0910

**PAYMENT TERMS:** ET 2ND DAY OF 2ND MONTH

**F.O.B.** FOB ORIGIN, CONSIGNEE BILLING
**SHIP VIA** UNITED PARCEL SERVICE

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | **THIS IS A CONFIRMING ORDER. DO NOT DUPLICATE** CONFIRMED WITH: YILMAZ SAHINKAYA | | | | | |
| | | | PRICING AND DELIVERABLES PER SUPPLIER PROPOSAL. | | | | | |
| | | | PURCHASE ORDER TERMS FOR INFORMATION SYSTEMS AND SERVICES (SHORT FORM IS&S TERMS) APPLIES TO THIS ORDER. | | | | | |
| 001 | 1 | PRG06345 001 | DEVELOPMENT OF A TOOL FOR THE SIMULATION OF AN AUTOMOTIVE ELECTRICAL SYSTEM AS DESCRIBED IN THE STATEMENT - OF - WORK IN EXHIBIT A. PAYMENT SHALL BE MADE IN FOUR (4) INSTALLMENTS ACCORDING TO THE COMPETION OF TASKS AS INDICATED IN THE PROJECT SCHEDULE IN EXHIBIT A 6/30/99 - 7/1/00 TASK 1 - POWER SOURCE SUB SYSTEM ANALYSIS AND PROGRAM DEVELOPMENT WHO ORDERED: IFTIKHAR KHAN | | 07/10/99 | F 0.00% | 32000.0000 | |
| 002 | 1 | PRG06345 002 | TASK #2 - ELECTRICAL POWER DEMAND LOADS SUB SYSTEM ANALYSIS AND PROGRAM DEVELOPMENT WHO ORDERED: IFTIKHAR KHAN | | 07/10/99 | F 0.00% | 48000.0000 | |

# PURCHASE ORDER: AES93504

PAGE

**SHIP TO:** DELPHI AUTOMOTIVE SYSTEMS
4800 S. SAGINAW STREET
FLINT MI
48507
US

DELPHI AUTOMOTIVE SYSTEMS
DELPHI GLOBAL PURCHASING
4800 S. SAGINAW ST.
P.O. BOX 1360
FLINT MI
48501-1360

**INVOICE TO:** DELPHI-E IS ON PAY ON RECEIPT. FORWARD ANY "WORK COMPLETED INVOICE" PAPERWORK TO YOUR DELPHI CONTACT FOR "RECEIPT ENTRY FOR PAYMENT" PROCESS.
US

VENDOR NUMBER 09-853-4027
STRUCTURAL MECHANICS ANALYSIS
TO: 1073 REGENCY KNOLL DR
PO BOX 700910
SAN JOSE CA
95170-0910
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or insure via Post.

| ORDER DATE | PHONE: 810-257- |
|---|---|
| 07/02/99 | C NICHOLS |
| ALTERATION ISSUE DATE | AN Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

**SHIP VIA:** UNITED PARCEL SERVICE

**F.O.B.** FOB ORGIN, CONSIGNEE BILLING DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| 00003 | 1 | PRG06345 003 | | TASK #3 - INTEGRATED SYSTEM ANALYSIS AND PROGRAM DEVELOPMENT. WHO ORDERED: IFTIKHAR KHAN | | 07/10/99 F | 0.00% | 24000.0000 | |
| 00004 | 1 | PRG06345 004 | | TASK #4 - DOCUMENTATION / TRAINING WHO ORDERED: IFTIKHAR KHAN | | 07/10/99 F | 0.00% | 16000.0000 | |

TERMS AND CONDITIONS SEPTEMBER 30, 1998, APPLY, OF WHICH SUPPLIER HAS RECEIVED A COPY.

This order is not binding until accepted Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order including the terms and conditions on the face and reverse side hereof contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is shown Hereon, additional Terms and Conditions Attached Hereto Apply.

LAST PAGE

ORIGINAL

004611   USER CLYDE NICHOLS