**Second Note to the Technical Teams**
**SMA Contract with Dr. Yilmaz Sahinkaya**
August 11, 1999

This note will serve as a reminder of the upcoming meetings during the week of August 16 with Dr. Yilmaz Sahinkaya and will also give some additional direction as the project comes into focus.

The primary focus of this SOW relates to analysis of electrical systems for 42/14 volt vehicles. Thus, this work will not comprehend certain components and architectures related to hybrid vehicles. Rather, the assumption is a relatively traditional vehicle with a single or dual voltage electrical architecture. The only exception at this point is the discussion and modeling of IC engines with electric valve control.

There has been discussion on how to focus the work of this contract to maximize the impact here at Energenix. It will be useful to validate the analyses against a real vehicle. In the present environment, the only choice is the Renault Scenic. Thus, the power generation / modification / storage components and any 42 volt components will be focused on the components already in the Scenic (or planned for implementation as the list of 42 volt loads increases). This should not be limiting, as the models will be both generic and also characterized to a specific component.

The meeting schedules are as follows:

| | |
|---|---|
| Kickoff Meeting | Monday, August 16, 8:30 AM, Conf Room 3D |
| Overall Computational Chassis | Monday, August 16, 10:30 AM, Conf Room 3D |

Trip to Anderson to see Gebamo in action and talk with generator team
　　　　　　　　　Monday, August 16 afternoon, Jim Moore's work area and room 18-313

| | |
|---|---|
| 3 Phase AC generator | Tuesday, August 17, 8 AM, Conf. Room 3E |
| AC to DC Rectifier | Tuesday, August 17, 10 AM, Conf. Room 3E |
| DC to DC Converters | Tuesday, August 17, 1 PM, Conf. Room 3E |
| Rechargeable battery | Tuesday, August 17, 3 PM, Conf. Roon 3E |

| | |
|---|---|
| IC Engine with Electric Valve Control | Wednesday, August 18, 8 AM, Conf Room 2E |
| DC to AC Inverters | Wednesday, August 18, 10 AM., Conf. Room 2E |
| Wrap-up Meeting | Wednesday, August 18, 1 PM, Conf. Room 2E |

Late Wednesday afternoon as well as potentially some time on Thursday will be available for further meetings with Yilmaz.

As a reminder, the composition of the teams is:

Overall Computational Chassis/GUI
                              Conover, Husted, Simopoulos, Wood, Moore, MacBain
Rechargeable battery          Waters, Kruger, Barnhardt, Hanauer, and Kwok
3 Phase AC generator          Raja, Krefta, Khan, Fattic, and Moore
AC to DC Rectifier            Ely, Barrett, and Sriram
DC to DC Converters           Barrett, Sriram, Maple, and Kurnia
DC to AC Inverters            Raja, Sriram, Kurnia, and Hayes
IC Engine with Electric Valve Cont. Ely and further team to be selected

John MacBain