a) Machine Parameter Data Set

**DELPHI**
Automotive Systems

Ron J. Krefta

11/09/99 02:19:14 PM

To: John A MacBain
Subject: Data for Yilmaz

Please find attached an Excel file with data to meet the request of Yilmaz for machine electrical parameters for the Renault Scenic 42 V generator. Data were generated using the "known" program (with the help of Mike Bradfield in supplying the needed geometry files), with some program modifications to calculate field inductance and synchronous inductance.

Field inductance was calculated from the open circuit flux such that
Lf = N phi / Ifield
where N is the number of field turns, phi is the open circuit flux in the rotor core, and Ifield is the field current.

Synchronous inductance was calculated from the machine phasor diagram, knowing the angle of the field EMF (as opposed to airgap EMF) to current and the real voltage component such that
w Lss Ia = Vind = Vreal*tan(gamma)
where w is the electrical frequency in rad/sec, Lss is the synchronous inductance, Ia is the phase current, Vind is the inductive component of voltage, Vreal is the real component of voltage, and gamma is the angle between the field EMF and the current.

The data show the non-linear trend of machine parameters on both field current and stator current. While the data are by no means comprehensive, they do provide a flavor for the non-linear relationships and should allow for Yilmaz to get started on his simulation work.

A good explanation of the nomenclature which I loosely followed can be found in "Electric Machinery", Fitzgerald, Kingsley, & Umans, Forth Edition, page 316-317.

If you find fault with my numbers, please let me know so we can forward Yilmaz updated information.

Thank you.

rjk


renault_scenic.xls

Ronald J Krefta
Delphi Automotive Systems
Energenix Center
M/C D35
P.O. Box 9005
Kokomo, IN 46904-9005
(765) 451-3782
(765) 451-3780 (FAX)
Email: ron.j.krefta@delphiauto.com







# 42 volt generator parameter data

rjk 09Nov99

**Phase EMF, Field self inductance, field to phase mutual inductance**
1500 RPM

| Field Current amps DC | Phase EMF rms volts | Field inductance Henries | Field-phase inductance Henries |
|---|---|---|---|
| 0.1 | 1.45 | 0.0728 | 0.0205 |
| 0.5 | 7.78 | 0.0819 | 0.0218 |
| 1 | 15.79 | 0.0833 | 0.0222 |
| 2 | 28.69 | 0.0766 | 0.0202 |
| 3 | 34.48 | 0.0632 | 0.0162 |
| 4 | 36.91 | 0.0521 | 0.0130 |
| 5 | 38.26 | 0.0441 | 0.0106 |
| 6 | 39.12 | 0.0382 | 0.0092 |



Open circuit Phase EMF @ 1500 RPM and inductance vs field current

**Phase synchronous inductance and phase leakage inductance**

| Phase Current rms Amps | Synchronous inductance Henries | Leakage Inductance Henries | Gap Inductance Henries |
|---|---|---|---|
| 10.15 | 0.001779 | 0.000550 | 0.000820 |
| 14.41 | 0.001857 | 0.000550 | 0.000871 |
| 17.12 | 0.001938 | 0.000550 | 0.000926 |
| 21.00 | 0.002139 | 0.000550 | 0.001059 |
| 22.78 | 0.002285 | 0.000550 | 0.001157 |
| 23.71 | 0.002380 | 0.000550 | 0.001221 |
| 24.24 | 0.002440 | 0.000550 | 0.001260 |
| 24.74 | 0.002491 | 0.000550 | 0.001294 |
| 25.07 | 0.002524 | 0.000550 | 0.001316 |
| 25.20 | 0.002533 | 0.000550 | 0.001322 |



Synchronous inductance vs phase current

**Dependancy of field-phase mutual inductance on stator current**

| Field Current amps DC | Generator Speed RPM | Phase EMF rms volts | Phase Current rms Amps | Field-phase inductance Henries |
|---|---|---|---|---|
| 4.9 | 1500 | 38.2 | 0.00 | 0.0110 |
| 4.9 | 1600 | 40.1 | 10.15 | 0.0115 |
| 4.9 | 1800 | 46.0 | 14.41 | 0.0122 |
| 4.9 | 2000 | 56.6 | 17.12 | 0.0130 |
| 4.9 | 2500 | 81.0 | 21.00 | 0.0149 |
| 4.9 | 3000 | 106.1 | 22.78 | 0.0162 |
| 4.9 | 3500 | 130.6 | 23.71 | 0.0171 |
| 4.9 | 4000 | 154.1 | 24.24 | 0.0177 |
| 4.9 | 5000 | 197.8 | 24.74 | 0.0182 |
| 4.9 | 6500 | 261.5 | 25.07 | 0.0185 |
| 4.9 | 8000 | 323.4 | 25.20 | 0.0186 |



Dependance of phase current on field-phase mutual inductance @ 4.9 amps field current

**Resistances**

| Phase resistance ohms 25 deg C | Field resistance ohms 25 deg C |
|---|---|
| 0.029 | 2.055 |



AD 244 vs. AF244

## 27C CURVE

| K590364 | | 14.00 V | | 27 C | | | | 02DE98 |
|---|---|---|---|---|---|---|---|---|
| | Shaft Speed (grpm) | Output Current (amps) | Field Current (amps) | Input Torque (lb-in) | Input Torque (N·m) | Input Power (kW) | Output Power (watts) | Generator Efficiency (%/10) |
| Cut-In > | 1062 | 0.0 | 4.88 | 14.1 | 1.59 | 0.1772 | 0.0 | 0 |
| 2 Amp > | 1075 | 2.0 | 4.87 | 16.5 | 1.86 | 0.2099 | 28.0 | 1.334 |
| | 1200 | 21.5 | 4.86 | 39.3 | 4.44 | 0.5580 | 301.0 | 5.395 |
| | 1400 | 45.3 | 4.84 | 62.5 | 7.06 | 1.0352 | 634.2 | 6.126 |
| | 1600 | 62.4 | 4.82 | 75.3 | 8.51 | 1.4254 | 873.6 | 6.129 |
| | 2000 | 83.7 | 4.83 | 83.7 | 9.46 | 1.9805 | 1171.8 | 5.917 |
| | 2500 | 98.1 | 4.88 | 81.3 | 9.19 | 2.4047 | 1373.4 | 5.711 |
| | 3000 | 106.6 | 4.95 | 75.2 | 8.50 | 2.6691 | 1492.4 | 5.591 |
| | 3500 | 111.9 | 4.98 | 68.6 | 7.75 | 2.8407 | 1566.6 | 5.515 |
| | 4500 | 118.7 | 5.11 | 58.1 | 6.56 | 3.0933 | 1661.8 | 5.372 |
| | 5500 | 122.6 | 5.17 | 50.2 | 5.67 | 3.2666 | 1716.4 | 5.254 |
| | 6500 | 124.8 | 5.18 | 44.3 | 5.01 | 3.4068 | 1747.2 | 5.129 |
| | 8000 | 126.5 | 5.19 | 38.6 | 4.36 | 3.6535 | 1771.0 | 4.847 |
| | 10000 | 127.7 | 5.16 | 33.9 | 3.83 | 4.0108 | 1787.8 | 4.458 |
| | 12000 | 128.1 | 5.13 | 30.9 | 3.49 | 4.3870 | 1793.4 | 4.088 |
| | 15000 | 126.9 | 5.02 | 28.5 | 3.22 | 5.0578 | 1776.6 | 3.513 |

[Chart: Output Current (Amps) and Input Torque (N-m) / Input Power (kW) / Efficiency (%/10) vs. Generator Speed (rpm), showing curves for Output, Torque, Efficiency, and Input Power]

105C CURVE

| K590364 | | 13.25 V | | 105 C | | | | 02DE98 |
|---|---|---|---|---|---|---|---|---|
| | Shaft Speed (grpm) | Output Current (amps) | Field Current (amps) | Input Torque (lb-in) | Input Torque (N-m) | Input Power (kW) | Output Power (watts) | Generator Efficiency (%/10) |
| Cut-In > | 1044 | 0.0 | 3.89 | 9.8 | 1.11 | 0.1210 | 0.0 | 0 |
| 2 Amp > | 1063 | 2.0 | 3.88 | 12.4 | 1.40 | 0.1559 | 26.5 | 1.600 |
| | 1200 | 18.8 | 3.87 | 30.8 | 3.48 | 0.4373 | 249.1 | 5.697 |
| | 1400 | 37.1 | 3.85 | 47.5 | 5.37 | 0.7968 | 491.6 | 6.246 |
| | 1600 | 49.4 | 3.84 | 55.6 | 6.28 | 1.0525 | 654.6 | 6.219 |
| | 2000 | 66.7 | 3.84 | 61.8 | 6.98 | 1.4623 | 883.8 | 6.044 |
| | 2500 | 79.1 | 3.87 | 60.3 | 6.81 | 1.7835 | 1048.1 | 5.876 |
| | 3000 | 85.9 | 3.91 | 55.7 | 6.29 | 1.9770 | 1138.2 | 5.757 |
| | 3500 | 90.3 | 3.95 | 50.8 | 5.74 | 2.1036 | 1196.5 | 5.688 |
| | 4500 | 95.7 | 4.01 | 42.7 | 4.82 | 2.2734 | 1268.0 | 5.578 |
| | 5500 | 98.8 | 4.05 | 36.8 | 4.16 | 2.3946 | 1309.1 | 5.467 |
| | 6500 | 100.9 | 4.09 | 32.5 | 3.67 | 2.4993 | 1336.9 | 5.349 |
| | 8000 | 102.6 | 4.09 | 28.1 | 3.17 | 2.6596 | 1359.5 | 5.111 |
| | 10000 | 103.8 | 4.10 | 24.3 | 2.75 | 2.8750 | 1375.4 | 4.784 |
| | 12000 | 104.4 | 4.08 | 22.1 | 2.50 | 3.1376 | 1383.3 | 4.409 |
| | 15000 | 105.0 | 4.07 | 20.8 | 2.35 | 3.6913 | 1391.3 | 3.769 |

[Chart: Output Current (Amps) and Input Torque (N-m) / Input Power (kW) / Efficiency (%/10) vs. Generator Speed (rpm), showing curves labeled Output, Efficiency, Torque, and Input Power]

125C CURVE

| K590364 | 13.25 V | | 125 C | | | | 02DE98 |
|---|---|---|---|---|---|---|---|
| | Shaft Speed (grpm) | Output Current (amps) | Field Current (amps) | Input Torque (lb-in) | Input Torque (N-m) | Input Power (kW) | Output Power (watts) | Generator Efficiency (%/10) |
| Cut-In > | 1074 | 0.0 | 3.52 | 8.9 | 1.01 | 0.1131 | 0.0 | 0 |
| 2 Amp > | 1095 | 1.7 | 3.44 | 10.6 | 1.20 | 0.1373 | 22.5 | 1.640 |
| | 1200 | 12.4 | 3.40 | 22.0 | 2.49 | 0.3123 | 164.3 | 5.260 |
| | 1400 | 29.6 | 3.42 | 37.9 | 4.28 | 0.6278 | 394.9 | 6.290 |
| | 1600 | 40.6 | 3.32 | 44.6 | 5.04 | 0.8443 | 538.0 | 6.372 |
| | 2000 | 56.7 | 3.33 | 50.7 | 5.73 | 1.1997 | 751.3 | 6.262 |
| | 2500 | 67.7 | 3.34 | 49.5 | 5.59 | 1.4641 | 897.0 | 6.127 |
| | 3000 | 73.9 | 3.35 | 45.6 | 5.15 | 1.6185 | 979.2 | 6.050 |
| | 3500 | 77.6 | 3.36 | 41.3 | 4.67 | 1.7102 | 1028.2 | 6.012 |
| | 4500 | 81.8 | 3.38 | 34.4 | 3.89 | 1.8315 | 1083.9 | 5.918 |
| | 5500 | 83.6 | 3.37 | 29.2 | 3.30 | 1.9001 | 1107.7 | 5.830 |
| | 6500 | 85.6 | 3.40 | 25.6 | 2.89 | 1.9687 | 1134.2 | 5.761 |
| | 8000 | 87.5 | 3.43 | 22.4 | 2.53 | 2.1201 | 1159.4 | 5.468 |
| | 10000 | 91.1 | 3.57 | 20.1 | 2.27 | 2.3781 | 1207.1 | 5.076 |
| | 12000 | 91.0 | 3.50 | 18.2 | 2.06 | 2.5839 | 1205.8 | 4.666 |
| | 15000 | 95.7 | 3.70 | 18.0 | 2.03 | 3.1944 | 1268.0 | 3.970 |

[Graph: Output Current (Amps) and Input Torque (N-m) / Input Power (kW) / Efficiency (%/10) vs Generator Speed (rpm), showing Output, Efficiency, Torque, and Input Power curves]

| C-8244 | | | | | | | |
|---|---|---|---|---|---|---|---|
| "CZ" laboratory test order was K590364 | | | | | | | |
| Generator was model 10480341 (10480327 w/overrunning pulley). | | | | | | | |
| Generator #29 was selected as representative of the nominal of 30 units tested on K590296. | | | | | | | |
| Generator #29 was built with production parts in plant 4 on 24AP98. | | | | | | | |
| The segments were CFPT design 1 trap (version F) made with steel near the upper thickness limit. | | | | | | | |
| The segments were not machined "flat" on the inside face. | | | | | | | |
| The rotor field coil consisted of 315 turns of 19.25 AWG wire. | | | | | | | |
| "CZ" testing was performed on stand #5 during the month of September 1998. | | | | | | | |