b) Alternator Dynamic Test Data Set

**DELPHI**
Automotive Systems

Ron J Krefta

03/20/2000 09:10:02 AM

To: Mike D. Bradfield@US_GM_AND_P1801@EDS HUB
cc: John A MacBain/DELCO@DELCO

Subject: Re: Gebamo and the Scenic

Mike,

I have reviewed the winding of the Renault Scenic generator. The data indicates the machine was wound with 19 conductors per slot of 1 strand of 16.5 AWG (2/#16.5). The data which you have provided GEBAMO constants around was likely based upon a 9 conductor per slot 2/#16. When scaled up to 42 volt, you assumed a winding of 3*9 or 27 conductors per slot 1/#17.75.

I believe the difference in conductors per slot is the likely culprit in the difference in performance between us. Why the winding was chosen as it was is a mystery to me. Mel Halmann originally spec'ed this winding. Perhaps he intended to connect it in wye and get 33 conductors per slot to try to increase the idle power. To the best of my knowledge this generator is connected in delta.

Test data we have from Lux indicates stabilized 25 deg C performance as

| RPM | Igen | Vdc | Ifld |
|---|---|---|---|
| 1500 | 7.1 | 40.71 | 4.7 |
| 1800 | 22.9 | 40.82 | 4.7 |
| 3000 | 48.3 | 40.98 | 4.7 |
| 6000 | 59.4 | 41.06 | 4.8 |
| 10000 | 61.7 | 41.07 | 4.9 |

Let me know if this winding issue is real and makes sense to you as the source of our confusion.
rjk

03/20/2000 08:19:12 AM

---------------- Forwarded by John A MacBain/DELCO on 03/20/2000 08:18 AM ----------------


Mike D. Bradfield@US_GM_AND_P1801 on 03/17/2000 04:28:40 PM

To: John A MacBain

John,

The GEBAMO constants I have sent you are based on projected 42 volt performance of an AD237 which has had the stator 'rewound' to operate at 42V conditions. To accomplish this I take physical 14V, 12.8 data and then divide the output current by the ratio (14/42), or 3. This gives a constant power output for the machine at 14 and 42V . . .

Mike

From: John A MacBain@DELCO on 03/17/2000 04:14 PM

From:    John A MacBain@DELCO on 03/17/2000 04:14 PM

To:      Mike D. Bradfield@US_GM_AND_P1801@EDS HUB
cc:      Ron J. Krefta/DELCO@DELCO
Subject: Re: Gebamo and the Scenic

Mike,

I appreciate that you addressed this problem for me. Unfortunately, I do not think we have yet had closure - or, at least, I still have confusion. The most recent (some time back) run from ron Krefta modeled the situation much like the Scenic where the output current all went to the 42V bus without withdrawing the field current.

The values he supplied me do not agree with your values. He has supplied the following currents with a 4.9 A field current into an ideal 42V source at the output of the rectifier:

| | |
|---|---|
| 1600 | 18.88 |
| 1800 | 28.3 |
| 2000 | 34.4 |
| 2500 | 43.16 |
| 3000 | 47.21 |
| 3500 | 49.33 |
| 4000 | 50.53 |
| 5000 | 51.67 |
| 6500 | 52.42 |
| 8000 | 52.72 |



I guess I need to understand why the wide differential from your results, both Gebamo and experimental.

My 3phase modeling of Ron's results matched very nicely - my simulated result to his design program.

Can we schedule a time to talk together on Monday? I would like to get Ron on the call as well.

Thanks again!!!

John


Mike D. Bradfield@US_GM_AND_P1801 on 03/17/2000 03:22:39 PM

Mike D. Bradfield@US_GM_AND_P1801 on 03/17/2000 03:22:39 PM

To: John A MacBain

John,

I took a second look at the material I put together for you on the GEBAMO constants back in September.

---------- Delphi Energy & Engine Management Systems Proprietary Data ----------
---------- ( 2/29/2000) ---- (16;11:22) ---------- Version:      1.0 ----------

................................................................................
                                  INPUT DATA
................................................................................

*Units* *Units* *Units ?*    *inches*

### STATOR INPUT DATA

| | | | |
|---|---|---|---|
| OD     | .... | 5.4150  | .... STATOR OUTER DIAMETER |
| ID     | .... | 4.1710  | .... STATOR INNER DIAMETER |
| SLS    | .... | 1.3020  | .... STATOR STACK LENGTH |
| DBS    | .... | 0.1800  | .... STATOR YOKE DEPTH |
| SFL    | .... | 0.9000  | .... STACKING FACTOR |
| SL     | .... | 36.0000 | .... NUMBER OF SLOTS |
| H1     | .... | 0.0000  | .... STATOR SLOT DIMENSION |
| H2     | .... | 0.0394  | .... STATOR SLOT DIMENSION |
| H3     | .... | 0.0200  | .... STATOR SLOT DIMENSION |
| BO     | .... | 0.0996  | .... STATOR SLOT OPENING |
| STW    | .... | 0.1661  | .... STATOR TOOTH WIDTH |
| SLTINS | .... | 0.0150  | .... SLOT INSULATION WIDTH |
| G1     | .... | 0.0140  | .... MAIN AIR GAP LENGTH |
| SAWG   | .... | 16.5000 | .... WIRE GAGE OF ARMATURE WINDING WIRE |
| VDC    | .... | 42.0000 | .... RATED OUTPUT VOLTAGE |
| TC     | .... | 19.0000 | .... NUMBER OF TURNS PER COIL |
| ESC    | .... | 0.0700  | .... ARMATURE WINDING EXTENSION BEYOND STACK |
| RSC    | .... | 0.2000  | .... ARMATURE WINDING RADIUS BEYOND STACK |
| DELTA  | .... | 1.0000  | .... DELTA CONNECTION = 1 / WYE CONNECTION = 0 |

### ROTOR INPUT DATA

| | | | |
|---|---|---|---|
| TED    | .... | 0.5354   | .... ROTOR END DISK THICKNESS |
| DC     | .... | 2.2320   | .... ROTOR CORE DIAMETER |
| CL     | .... | 1.1150   | .... ROTOR CORE LENGTH |
| GLP    | .... | 1.0560   | .... LENGTH OF ROTOR POLE |
| CID    | .... | 2.3380   | .... FIELD COIL DIAMETER |
| COILW  | .... | 1.0050   | .... FIELD COIL WIDTH |
| WPT    | .... | 0.3040   | .... ROTOR TOOTH WIDTH AT TIP OF TOOTH |
| WPR    | .... | 1.0200   | .... ROTOR TOOTH WIDTH AT ROOT OF TOOTH |
| HPT    | .... | 0.1300   | .... ROTOR TOOTH HEIGHT AT TIP OF TOOTH |
| HPR    | .... | 0.5210   | .... ROTOR TOOTH HEIGHT AT ROOT OF TOOTH |
| TRAD   | .... | 0.0315   | .... ROTOR TOOTH BEND RADIUS |
| G2     | .... | 0.0001   | .... ROTOR AIR GAP LENGTH BETWEEN CORE AND END DISK |
| RP     | .... | 12.0000  | .... NUMBER OF POLES |
| TRC    | .... | 315.0000 | .... FIELD WINDING NUMBER OF TURNS |
| RAWG   | .... | 19.4500  | .... WIRE GAGE OF FIELD WINDING |
| TFLD   | .... | 110.0000 | .... ROT FIELD TEMPERATURE |
| TA     | .... | 110.0000 | .... AMBIENT TEMPERATURE |
| VFLD   | .... | 12.0000  | .... DC VOLTAGE APPLIED TO FIELD WINDING |
| PMW    | .... | 0.0000   | .... PERMANENT MAGNET WIDTH |
| PMH    | .... | 0.0000   | .... PERMANENT MAGNET HEIGHT |
| PML    | .... | 0.0000   | .... PERMANENT MAGNET LENGTH |
| PMC    | .... | 0.00     | .... PERMANENT MAGNET Hc (AT/IN) |
| PMB    | .... | 0.00     | .... PERMANENT MAGNET Br (KLINES/IN**2) |

MACHINE WEIGHTS (LBS)


                                   1  result3.txt

```
WSTT        ....    0.8796  ....  WEIGHT STATOR TEETH
WSTY        ....    0.9852  ....  WEIGHT STATOR YOKE
TOWST       ....    1.86    ....  TOTAL STATOR CORE WEIGHT
WRSEG       ....    3.6078  ....  WEIGHT ROTOR SEGMENT
WRCO        ....    1.2390  ....  WEIGHT ROTOR COIL
WRM         ....    0.0000  ....  WEIGHT ROTOR MAGNETS
TOWRO       ....    4.85    ....  TOTAL ROTOR MAG WEIGHT
TOWFE       ....    6.7115  ....  TOTAL IRON WEIGHT
WSCU        ....    1.1456  ....  STATOR WINDING WEIGHT
WRCU        ....    0.7858  ....  ROTOR FIELD COIL WEIGHT
TOWCU       ....    1.93    ....  TOTAL COPPER WEIGHT
TOTALW      ....    8.64    ....  TOTAL ELECTRICAL WEIGHT
```

Units — lb (handwritten annotation)

DATA FOR LOAD CASE CALCULATIONS

N1 .... 10 .... NUMBER OF POINTS FOR LOAD PERFORMANCE

```
ALTERNATOR SPEED         STATOR WINDING TEMP.         FIELD CURRENT

RPM( 1) = 1600.0         TS( 1) = 154.00              FLDA( 1) = 4.90
RPM( 2) = 1800.0         TS( 2) = 180.00              FLDA( 2) = 4.90
RPM( 3) = 2000.0         TS( 3) = 203.00              FLDA( 3) = 4.90
RPM( 4) = 2500.0         TS( 4) = 223.00              FLDA( 4) = 4.90
RPM( 5) = 3000.0         TS( 5) = 227.00              FLDA( 5) = 4.90
RPM( 6) = 3500.0         TS( 6) = 220.00              FLDA( 6) = 4.90
RPM( 7) = 4000.0         TS( 7) = 208.00              FLDA( 7) = 4.90
RPM( 8) = 5000.0         TS( 8) = 191.00              FLDA( 8) = 4.90
RPM( 9) = 6500.0         TS( 9) = 173.00              FLDA( 9) = 4.90
RPM(10) = 8000.0         TS(10) = 162.00              FLDA(10) = 4.90
```

(handwritten: units °C — pointing to STATOR WINDING TEMP.)

DATA FOR OPEN CIRCUIT VOLTAGE CALCULATION

```
N2      ....    9       ....  NUMBER OF POINTS
RMFO    ....    1600.0  ....  ALTERNATOR SPEED

    FIELD CURRENT

    FLDX( 1) = 0.10
    FLDX( 2) = 0.50
    FLDX( 3) = 1.00
    FLDX( 4) = 2.00
    FLDX( 5) = 3.00
    FLDX( 6) = 4.00
    FLDX( 7) = 4.90
    FLDX( 8) = 5.00
    FLDX( 9) = 6.00
```

.......... Delphi Energy & Engine Management Systems Proprietary Data ..........

---
OUTPUT DATA
---

ARMATURE WINDING

2  renault3.txt

```
SLOTFF      ....     0.4620  ....  SLOT FILL FACTOR
TSP         ....   114.0006  ....  NUMBER OF TURNS PER PHASE
ASC         ....     0.0018  ....  CROSS SECTIONAL AREA OF ARMATURE WINDING WIRE
RMTL        ....     5.7766  ....  MEAN LENGTH OF ARMATURE WINDING TURN
RS80        ....     0.2543  ....  PHASE WINDING RESISTANCE @ 80 DEGREES F.

            FIELD WINDING

SLOTFF      ....     0.7599  ....  SLOT FILL FACTOR
RWL         ....    11.2564  ....  NUMBER OF LAYERS OF WIRE IN FIELD COIL
CPL         ....    27.9842  ....  NUMBER OF TURNS PER LAYER
ARC         ....     0.0009  ....  CROSS SECTIONAL AREA OF FIELD WINDING WIRE
RMTL        ....     8.5261  ....  MEAN LENGTH OF FIELD WINDING TURN
RF80        ....     2.0552  ....  FIELD WINDING RESISTANCE @ 80 DEGREES F.
```

(handwritten annotation: "inches  units / $m^2$")

```
       --- OPEN CIRCUIT VOLTAGE @ SPEED = 1600.0 RPM ---

I_FIELD    EMF     FLUX   GAP_FLUX  PE_LOSS  FRICTION  WINDAGE
 0.100    1.454    2.304    1.939     0.21    16.10     0.89
 0.500    7.758   13.005   10.321     6.87    16.10     0.89
 1.000   15.790   26.460   21.006    28.47    16.10     0.89
 2.000   28.693   48.640   38.171    93.97    16.10     0.89
 3.000   34.477   60.207   45.865   135.67    16.10     0.89
 4.000   36.905   66.239   49.095   155.46    16.10     0.89
 4.500   38.153   69.601   50.756   166.15    16.10     0.89
 5.000   38.263   69.928   50.902   167.11    16.10     0.89
 6.000   39.121   72.713   52.043   174.68    16.10     0.89

NI_T1   NI_Y1   NI_T2   NI_End   NI_fsk   NI_chk   NI_Y2   NI_gap   NI_tot
 0.2     0.2     0.7     0.5      0.1      0.1      1.1    12.6      15.7
 0.5     0.4     2.6     2.0      1.4      0.2      4.2    67.3      78.7
 1.1     0.8     4.9     3.6      2.4      0.4      7.4   137.0     157.5
17.2     4.7    11.9    12.5      5.6      1.0     19.6   249.0     315.0
41.5    12.3    32.2    41.4     10.1      2.4     43.0   299.2     472.5
65.4    20.8    33.9    88.0     15.2      4.9     80.5   320.4     630.0
79.7    27.3    44.3   131.3     20.9      8.0    129.0   331.3     771.7
81.2    28.0    45.3   136.1     21.5      8.4    154.9   332.2     787.5
92.8    34.0    57.3   185.2     28.5     12.1    195.3   339.7     945.0
```

(handwritten annotation: "use this actual")

```
......... Delphi Energy & Engine Management Systems Proprietary Data .........
......... Load Point Data .........
              Ld Pnt 1    Ld Pnt 2    Ld Pnt 3    Ld Pnt 4    Ld Pnt 5    Ld Pnt 6
RPM           1600.00     1800.00     2000.00     2500.00     3000.00     3500.00
Field Current    4.90        4.90        4.90        4.90        4.90        4.90
DC Current      21.57       31.74       38.22       47.49       51.79       54.01
DC Voltage      42.00       42.00       42.00       42.00       42.00       42.00
Elect Power    905.94     1333.03     1605.21     1994.69     2175.26     2268.60
Shaft Power   1198.24     1764.56     2187.47     2759.67     3059.06     3218.11
Efficiency      75.61       75.54       73.40       72.28       71.11       70.49
Shaft Torque     7.15        9.36       10.50       10.54        9.74        8.78
Phase Current    9.43       13.88       16.72       20.77       22.65       23.63
Phase Voltage   33.32       33.39       33.42       33.47       33.49       33.50
Line Current    16.34       24.04       28.95       35.98       39.24       40.92
Line Voltage    33.32       33.39       33.42       33.47       33.49       33.50
Airgap EMF      36.47       38.64       40.46       44.16       47.38       50.30
Field EMF       39.81       47.51       56.00       80.16      105.38      129.99
Eq-I angle       8.22       12.90       16.58       23.96       29.76       34.67


                              3  renault3.txt
```

```
Vac-I angle        0.00        0.00        0.00        0.00        0.00        0.00
Ef-I angle        24.95       37.56       46.18       59.78       67.08       71.47
Stator Res         0.2939      0.3080      0.3204      0.3312      0.3334      0.3296
Leakage React      0.5525      0.6215      0.6906      0.8632      1.0944      1.3085
Sync React         1.7797      2.0862      2.4191      3.3346      4.2846      5.2127
Losses ...
Stat Cu Loss      78.48      178.04      268.60      426.74      513.20      551.95
Fld Cu Loss       52.43       52.43       52.43       52.43       52.43       52.43
Diode Loss        37.18       57.50       70.95       91.27      100.93      105.85
Stray Loss         7.05       17.80       26.86       42.87       51.33       55.10
Eddy Cur Loss     58.96       66.19       72.52       86.46       99.09      111.71
Hyst Loss         92.84       92.64       91.47       87.37       83.32       80.42
Frict Loss        16.10       18.11       20.12       25.15       30.16       35.22
Windage Loss       0.89        1.26        1.73        3.39        5.80        9.29
Fluxes ...
Air Gap Flux      48.515358   45.691292   43.060081   37.595627   33.544651   30.527836
Rot Tth Flux      62.230133   61.127628   59.920147   56.813667   53.789188   51.182659
Rot Bend Flux     69.254677   68.585388   67.706740   65.070366   62.175203   59.600605
Stat Tooth B     130.5132    122.9160    115.8177    102.1176     90.2399     82.1242
Stat Yoke B      115.0067    108.3122    102.0749     89.1313     79.5183     72.3669
Rotor Tooth B     97.6685     96.4957     95.0793     91.0657     86.7985     82.9866
Rotor Band B     115.5054    113.6590    111.2178    105.4519     99.8181     95.0901
Rotor Disk B      96.3702     95.4389     94.2190     90.5476     86.5189     82.9363
Rotor Core B     106.1095    105.2731    103.8288     99.7830     95.3424     91.3953
Ampere Turns ...
Field NI         771.79      771.79      771.79      771.79      771.79      771.79
Stat Tooth NI     61.04       40.83       26.84       10.04        4.94        3.21
Stat Yoke NI      18.91       11.98        8.00        3.93        2.37        1.66
Rot Tooth NI      42.24       39.23       35.67       27.46       22.20       18.73
Rot Band NI      117.10       98.68       82.16       49.60       30.14       21.05
Rot Disk NI       20.22       19.03       17.57       13.83       11.43        9.74
Rot Choke NI       7.64        6.96        6.16        4.25        2.97        2.28
Rot Yoke NI      123.10      112.37       99.73       69.98       52.39       40.49
Core Gap NI        2.99        2.94        2.88        2.73        2.59        2.46
Airgap NI        313.46      295.23      278.22      242.91      216.74      197.34
Stator NI eff     94.68      201.33      286.96      427.05      496.42      532.95
```

----- Delphi Energy & Engine Management Systems Proprietary Data -----
----- Load Point Data -----

```
                Ld Pnt 7    Ld Pnt 8    Ld Pnt 9    Ld Pnt 10   Ld Pnt
RPM             6000.00     6000.00     6500.00     8000.00
Field Current      4.90        4.90        4.90        4.90
DC Current        55.30       56.50       57.28       57.60
DC Voltage        42.00       42.00       42.00       42.00
Elect Power     2322.56     2373.16     2405.80     2419.15
Shaft Power     3313.14     3429.63     3570.54     4729.53
Efficiency        70.10       69.20       67.34       64.86
Shaft Torque       7.91        6.55        5.25        4.48
Phase Current     24.19       24.71       25.05       25.19
Phase Voltage     33.51       33.51       33.51       33.52
Line Current      41.89       42.81       43.39       43.64
Line Voltage      33.51       33.51       33.51       33.52
Airgap EMF        53.14       59.36       69.67       80.79
Field RMF        157.60      197.51      261.13      323.24
Pg-I angle        38.95       45.96       53.81       59.48
Vac-I angle        0.00        0.00        0.00        0.00
Ef-I angle        74.39       77.94       80.94       82.71
Stator Res         0.3231      0.3139      0.3042      0.2982
Leakage React      1.3612      1.7265      2.2444      2.7624
Sync React         6.1163      7.8152     10.3008     12.7286
Losses ...
```

*use this series 60.0A*

                                4   renault3.txt

| | | | | |
|---|---|---|---|---|
| Stat Cu Loss | 567.04 | 575.19 | 572.80 | 567.86 |
| Fld Cu Loss | 52.43 | 52.43 | 52.43 | 52.43 |
| Diode Loss | 108.72 | 111.43 | 113.18 | 113.90 |
| Stray Loss | 56.70 | 57.52 | 57.26 | 56.79 |
| Eddy Cur Loss | 125.17 | 156.21 | 215.19 | 289.32 |
| Hyst Loss | 28.84 | 78.79 | 83.41 | 91.12 |
| Frict Loss | 40.25 | 50.21 | 65.40 | 80.49 |
| Windage Loss | 13.86 | 27.07 | 59.46 | 110.89 |
| Fluxes ... | | | | |
| Air Gap Flux | 28.275032 | 25.269957 | 23.814600 | 23.494177 |
| Rot Tth Flux | 49.066578 | 46.089676 | 43.587007 | 42.156822 |
| Rot Band Flux | 57.485256 | 54.423890 | 51.613786 | 50.362936 |
| Stat Tooth B | 76.0638 | 67.9798 | 63.3745 | 57.8224 |
| Stat Yoke B | 67.0266 | 59.9030 | 54.0825 | 50.9524 |
| Rotor Tooth B | 79.8721 | 75.3579 | 71.5192 | 69.3864 |
| Rotor Band B | 91.1096 | 85.5471 | 80.8462 | 78.2473 |
| Rotor Disk B | 79.9927 | 75.7299 | 72.1006 | 70.0817 |
| Rotor Core B | 88.1515 | 83.4539 | 79.4545 | 77.2297 |
| Ampere Turns ... | | | | |
| Field NI | 771.79 | 771.79 | 771.79 | 771.79 |
| Stat Tooth NI | 2.40 | 1.67 | 1.26 | 1.12 |
| Stat Yoke NI | 1.10 | 0.96 | 0.84 | 0.78 |
| Rot Tooth NI | 16.32 | 13.97 | 12.24 | 11.39 |
| Rot Band NI | 17.11 | 13.05 | 10.58 | 9.59 |
| Rot Disk NI | 9.54 | 7.37 | 6.50 | 6.07 |
| Rot Choke NI | 1.84 | 1.46 | 1.22 | 1.11 |
| Rot Yoke NI | 34.04 | 27.60 | 23.22 | 21.50 |
| Core Gap NI | 2.36 | 2.22 | 2.09 | 2.03 |
| Airgap NI | 182.69 | 163.27 | 147.41 | 138.88 |
| Stator NI-eff | 554.36 | 575.04 | 588.67 | 594.56 |