ATTACHMENT 4

1 a) DC-DC Buck Voltage Converter
   CSSL-IV Program Listing

```
PROGRAM ADEM
" DC-DC Buck Converter Model "
" Technical Consultant: Dr. Alfred Barrett, Phone:(765) 451-3830 "
" Delphi Energenix Center, Kokomo,IN "
" Program Consultant: Dr. Yilmaz Sahinkaya, Phone:(650) 574-0254 "
" SMA, Inc., San Jose, CA "
" Model Creation Date: October 11, 1999 "
                        " Units : Metric "
                        " System Parameters "
" General Parameters"
" TFIN = Simulation Time (sec) "
CONSTANT TFIN = 500.0E-6           $" 500 micro-seconds "
" TS1  = Simulation Starting Time (sec) "
CONSTANT TS1  = 10.0E-6
" Buck Converter Parameters "
" Control Parameters "
" FPWM = Pulse Width Modulation (PWM) Frequency (Hz) "
CONSTANT FPWM = 500.0E+3           $" 500 KHz "
" DCYCLE = Duty Cycle ( fraction, range: 0.0-1.0 ) "
CONSTANT DCYCLE = 0.338
" V1     = Input Voltage (Volts) "
CONSTANT V1IN   = 42.0
" ILOAD = Load Demand Current (Amperes) "
CONSTANT ILOAD = 0.0
" IDISCH, IHKEEP = Current Losses (Amperes)"
CONSTANT IDISCH 0.400, IHKEEP = 1.09
" Circuit Parameters "
" R3 = Transistor 3 ON Resistance (Ohm) "
CONSTANT R3 = 2.0E-3
" Input Filter "
" R30 = Resistance(Ohm), C30 = Capacitance (Farad) "
CONSTANT R30 = 50.0E-3, C30 = 20.0E-6
" Output Filter "
" L45=Inductance(Henry),R50=Resistance(Ohm), C50=Capacitance(Farad)"
CONSTANT L45 = 2.0E-6, R50 = 50.0E-3, C50 = 50.0E-6
" R52 = Output Resistance (Ohm) "
CONSTANT R52 = 13.4E-3
" Given Initial Conditions "
CONSTANT IL45Z=0.0, VC30Z = 0.0, VC50Z = 0.0
                        " Initial Region Computations "
INITIAL
" TPER = PWM Switching Period (sec) "
TPER    = (1.0/FPWM)
" TPW1 = Transistor 1 ON Time or Pulse Width (sec) "
TPW1    = (DCYCLE*TPER)
" TPW2 = Transistor 1 OFF Time (sec) "
" TPW2 = Transistor 2 ON Time (sec) for Synchronous Rectification "
TPW2    = (1.0-DCYCLE)* TPER
" TS2  = Starting Time for Transistor 2 Pulse (sec) "
TS2     = TS1+TPW1
" Initialization of State Variables for Steady-State Operation "
END INITIAL
                        " Dynamic and Derivative Region Computations "
DYNAMIC
  DERIVATIVE EQS
                        " Simulation Controls "
  ALGORITHM ISTART = 5, IRUN = 5
  CINTERVAL CI    = 0.5E-6
  NSTEPS    NST    = 200
```

```
                      " V1    = Input Voltage "
V1      =   V1IN*STEP(TS1,T)
                      " IRS3 = Current Through Transistor 3 (Amperes) "
IR3     =   (V1-V3)/R3
                      " IR52 = Load Demand Current "
IR52    =   ILOAD*STEP(TS1,T)
                      " DC to DC Buck Converter Operation "
" SW1, SW2 = Transistors 1 and 2 Swithing Commands "
SW1     =  PULSE( TS1, TPER, TPW1, T )
SW2     =  PULSE( TS2, TPER, TPW2, T )
PROCEDURAL (IL45S, SWMODE = T, SW1, SW2, V3, V5 )
   IF(T.LT.TS1)        THEN
      IL45S   = 0.0
      SWMODE  = 1.0
   ELSEIF(T.GE.TS1.AND.(SW1.GT.0.5).AND.(SW2.LT.0.5)) THEN
      IL45S   = (1.0/L45)*(V3-V5)
      SWMODE  = 1.0
   ELSEIF(T.GE.TS1.AND.(SW1.LT.0.5).AND.(SW2.GT.0.5)) THEN
      IL45S   = -(1.0/L45)*V5
      SWMODE  = 0.0
   ENDIF
END
IL45    =  INTEG(IL45S,IL45Z)
IC30    =  (R3/(R3+R30))*(((V1-VC30)/R3)-IDISCH-IL45*SWMODE )
IC50    =  IL45-IHKEEP-IR52
VC30S   =  (1.0/C30)*IC30
VC30    =  INTEG(VC30S,VC30Z)
V3      =  VC30+IC30*R30
VC50S   =  (1.0/C50)*IC50
VC50    =  INTEG(VC50S,VC50Z)
V5      =  VC50+IC50*R50
V2      =  V5-IR52*R52
           " Power Computations "
 " PWOUT = Power Output (Watts) "
 PWOUT = V2*IR52
 " PWLOSS  = Power Losses (Watts) "
 PWLOSS= V3*IDISCH + V5*IHKEEP + R52*IR52**2
 " PWIN = Power Input (Watts) "
 PWIN  = PWOUT +PWLOSS
 END DERIVATIVE
TERMT(T.GE.TFIN)
END DYNAMIC
                    " Terminal Region Computations "   "
TERMINAL
END TERMINAL
END PROGRAM
```

Figure 5. CSSL-IV Program for the DC-DC Buck Converter

```
PROGRAM ADEM
" Approximate DC-DC Buck Converter Model "
" Technical Consultant: Dr. Alfred Barrett, Phone:(765) 451-3830 "
" Delphi Energenix Center, Kokomo,IN "
" Program Consultant: Dr. Yilmaz Sahinkaya, Phone:(650) 574-0254 "
" SMA, Inc., San Jose, CA "
" Model Creation Date: December 12, 1999 "
                  " Units : Metric "
                  " System Parameters "
" General Parameters"
" TFIN = Simulation Time (sec) "
CONSTANT TFIN = 1.0E-3          $" 1 milli-seconds "
" TS1  = Simulation Starting Time (sec) "
CONSTANT TS1   = 10.0E-6
" Buck Converter Parameters "
" Control Parameters "
" FPWM = Pulse Width Modulation (PWM) Frequency (Hz) "
CONSTANT FPWM = 500.0E+3          $" 500 KHz "
" DCYCLE = Duty Cycle ( fraction, range: 0.0-1.0 ) "
CONSTANT DCYCLE = 0.338
" V1     = Input Voltage (Volts) "
CONSTANT V1IN   = 42.0
" ILOAD = Load Demand Current (Amperes) "
CONSTANT ILOAD = 0.0
" IDISCH, IHKEEP = Current Losses (Amperes)"
CONSTANT IDISCH 0.400, IHKEEP = 1.09
" Circuit Parameters "
" R3 = Transistor 3 ON Resistance (Ohm) "
CONSTANT R3 = 2.0E-3
" Input Filter "
" L30  = Inductance (Henry)"
CONSTANT L30   = 2.0E-6
" R30 = Resistance(Ohm), C30 = Capacitance (Farad) "
CONSTANT R30 = 50.0E-3, C30 = 20.0E-6
" Output Filter "
" L45=Inductance(Henry),R50=Resistance(Ohm), C50=Capacitance(Farad)'
CONSTANT L45 = 2.0E-6, R50 = 50.0E-3, C50 = 50.0E-6
" R52 = Output Resistance (Ohm) "
CONSTANT R52 = 13.4E-3
" Given Initial Conditions "
CONSTANT I1Z=0.0, IL45Z=0.0, VC30Z = 0.0, VC50Z = 0.0
" SWLDDC = Load Drop Switch: 0.0(off), 1.0(on) "
CONSTANT SWLDDC = 1.0
" TLDDC  = Battery Terminal Opening Time(sec) "
CONSTANT TLDDC   = 500.0E-6
" RLDDC  = Load Resistance(Ohms) "
CONSTANT RLDDC  = 0.1
                  " Initial Region Computations "
INITIAL
" TPER = PWM Switching Period (sec) "
TPER    = (1.0/FPWM)
" TPW1 = Transistor 1 ON Time or Pulse Width (sec) "
TPW1    = (DCYCLE*TPER)
" TPW2 = Transistor 1 OFF Time (sec) "
" TPW2 = Transistor 2 ON Time (sec) for Synchronous Rectification "
TPW2    = (1.0-DCYCLE)* TPER
" TS2  = Starting Time for Transistor 2 Pulse (sec) "
TS2     = TS1+TPW1
" Initialization of State Variables for Steady-State Operation "
END INITIAL
```

```
                     " Dynamic and Derivative Region Computations "
DYNAMIC
 DERIVATIVE EQS
                  " Simulation Controls "
 ALGORITHM ISTART = 5,  IRUN = 5
 CINTERVAL CI    = 0.5E-6
 NSTEPS    NST   = 200
 MINTERVAL HMINT = 1.0E-12
                  " V1   = Input Voltage "
 V1     =  V1IN*STEP(TS1,T)
                  " IR52 = Load Demand Current "
 IR52   =  ILOAD*STEP(TS1,T)
                  " DC to DC Buck Converter Operation "
 I1S    = (1.0/L30)*(V1-V3-R3*I1)
 I1     = INTEG(I1S,I1Z)
 IC30   = (I1-DCYCLE*IL45-IDISCH)
 VC30S  = (1.0/C30)*IC30
 VC30   = INTEG(VC30S,VC30Z)
 V3     = VC30+R30*IC30
 IC50   = (IL45-IR52-IHKEEP-IBB14-ILDDC)
 VC50S  = (1.0/C50)*IC50
 VC50   = INTEG(VC50S,VC50Z)
 V5     = VC50+R50*IC50
 IL45S  = (1.0/L45)*(DCYCLE*V3-V5)
 IL45   = INTEG(IL45S,IL45Z)
 V2     = V5-R52*IR52
          " Power Computations "
 " PWOUT = Power Output (Watts) "
 PWOUT = V2*IR52
 " PWLOSS  = Power Losses (Watts) "
 PWLOSS= R3*I1**2+V3*IDISCH + V5*IHKEEP + R52*IR52**2
 " PWIN = Power Input (Watts) "
 PWIN  = PWOUT +PWLOSS
 END DERIVATIVE
TERMT(T.GE.TFIN)
END DYNAMIC
                     " Terminal Region Computations "   "

TERMINAL
END TERMINAL
END PROGRAM
```