

ATTACHMENT - 4
15) DC-DC Buck Voltage Converter Simulation Results

Figure 7 Output Voltage Response for ILOAD = 0.0 Amps



Figure 8 Output Current Response for ILOAD = 0.0 Amps



Figure 9 Power Flow Response (Watts) for ILOAD = 0.0 Amps



Figure 11 Output Voltage Response for ILOAD = 40.0 Amps



Figure 12 Output Current Response for ILOAD = 40.0 Amps



Figure 13 Power Flow Response (Watts) for ILOAD = 40.0 Amps



Figure 15 Output Voltage Response for ILOAD = 80.0 Amps



Figure 16 Output Current Response for ILOAD = 80.0 Amps



Figure 17 Power Flow Response (Watts) for ILOAD = 80.0 Amps



