

ATTACHMENT- 4

2 b) The 42 Volt Li-Po Battery Simulation Results

<␊</␊>

CSSL IV Graphics
0.
500.
1000.
1500.
2000.
2500.

CSSL-IV Graphics
LiPo Battery Discharge/Charge Test
0
2000.
4000.
6000.
8000.

CSSL-IV Graphics
4.4
4.2
4.1
4.0
3.7
VBI
VCTD
20.
40.
50.
70.