

ATTACHMENT - 4
3 b) The 14 Volt Lead-Acid Battery Simulation Results















