

ATTACHMENT-4
4 b) Alternator subsystem Simulation Results







The Validation of The Kirchoff's Current Law (KCL)



The Validation of The Kirchoff's Voltage Law (KVL)



Figure 17f.  The Validation of the Kirchoff's KCL and KVL Laws
for $N_{gen}$ = 3000 rpm and $I_f$ = 4.9 am

68



Figure 17g. The dc Bus or Bridge Rectifier Current (amp) for 3000 rpm and $I_f$ = 4.9 amp



Figure 17h. The dc Bus or Bridge Rectifier Voltage (volt) for 3000 rpm and $I_f = 4.9$ amp



Figure 17i. Generator Electric Power Output (watt) for 3000 rpm and $I_f$ = 4.9 amp

71



Figure 17j. Generator Electro-magnetic Torque (Nm)
For 3000 rpm and $I_f$ = 4.9 amp

05-44481-rdd    Doc 6421-12    Filed 01/03/07    Entered 01/04/07 11:40:03    Attachment 4 - 4b    Pg 10 of 12



05-44481-rdd    Doc 6421-12    Filed 01/03/07    Entered 01/04/07 11:40:03    Attachment 4 - 4b    Pg 12 of 12

