ATTACHMENT-4
5 b) The 42/14 Volt automotive Electrical system Simulation Results





Figure 10. Voltage Regulator Reference Signal $V_{ref}$ (volt) Response





Figure 12. Voltage Regulator Feedback Sensor Response (volt)



Figure 13. Rotor Field Current Response (amp)





Figure 15. Alternator Direct Current Response (amp)

44



Figure 16. Alternator Phase-a Voltage Response (volt)

45



Figure 22. $V_{mfa}$ Response Characteristics

51



Figure 25. The Field EMF induced by the Stator Currents (volt)

Aug 30

Yilmaz,

I am glad to see the problem resolved going into 1.05 seconds, although your detailed plot does not show any time after 1.05.

1) On the detailed plot, I think the curves indicate you need a much refined time step. Since these are the induced voltages, they should be perfectly smooth sinusoids as on our outputs. You may need to go down a power of 10 to achieve this.

2) On the black tornado plot (see attached), there is clearly something wrong between 1.6 and 1.8. Please resolve all qualitative and quantitative items before further faxes. I really have no need to review intermediate results.

Thanks

John

P(3)



Error Communication interval $\begin{cases} NS = 500 \\ FIN = 2.0\,sec. \end{cases} = \frac{1}{500} = 0.5E-3 \overset{?}{=} 1.0E-6$