# INVOICE

**Structural Mechanics Analysis, Inc.**
P.O. Box 700910
San Jose, CA 95170-910

Phone: (408) 255-1630

Invoice No      : 042700

Invoice Date    : April 28, 2000

Client          : Delphi Automotive Systems
                  4800 S. Saginaw Street
                  Flint, MI  48507

P.O. No.        : AES93504

| Item No. | Description | Price |
|---|---|---|
| PRG06345 001 | Dr. Y.E. Sahinkaya Lead Research Engineer Developed a user friendly computer simulation program for the design and analysis of an automotive electrical system including generator, electric power devices with associated controllers, battery system, and simplified load models. | $~~32,000~~  $24,000 |

*Auton. Electrical Systems.*

Period : August 15 *1999* - April 28, 2000

Total    ~~$32,000~~  $24,000

Received by : _____        Date : _____