ATTACHMENT - 6

**Delphi Automotive Systems**
Disbursement Services
18 E Judson
Pontiac, MI 48342-2205

DETACH BEFORE DEPOSITING CHECK

CHECK NO. 900154664
PAYMENT DATE 06/14/00
NET AMOUNT 24,000.00

| ANALYSIS | | | INVOICE AMOUNT | DSC AMOUNT | |
|---|---|---|---|---|---|
| DOC REFERENCE NUMBER | | % DISC | | | |
| EA 0088523300001 | | 00.0000 | 24,000.00 | .00 | |
| 0.750 | UOM: EA | U/P: 32,000.00000 | | | EXT: 24,000.00 |

CONTACT BUYER\QTY VAR OR NO PMT CALL PLANT\FOR
CALL CUST SERVICE 248 874-4636       NB

TOTAL        24,000.00       24,000.00