# INVOICE

Structural Mechanics Analysis, Inc.
P.O. Box 700910
San Jose, CA 95170-910
Phone: (408) 255-1630

Invoice No : 072004

Invoice Date : July 20, 2004

Client : c/o Mr. James A. Wood
Delphi Corporation
Plant 12 ERC Bldg.
2705 South Goyer Road
Kokoma, IN 46904-9005

P.O. No. : AES-93504

| Item No. | Description | Price |
| --- | --- | --- |
| PRG06345 001 | Power Source Sub- System Analysis and Program Development | $ 23,700 |
| PRG 06345 002 | Electrical Power Demand Loads Sub-System Analysis and Program Development | $ 2,500 |
| PRG06345 003 | Integrated System Analysis and Program Development | $ 12,500 |
| PRG06345 004 | Documentation/ Training | $ 3,700 |
| Period : April 28, 2000 – September 14, 2000 | Total | $ 42,400 |

Received by:                                    Date: