

**Home**
1415 N. Colchester Pl.
Agoura, CA. 91301

| | |
|---|---|
| To: | Yilmaz Sahinkaya |
| Company: | |
| Fax number: | +1 (650) 574-0254 |
| Business phone: | |
| | |
| From: | Altan Eris |
| Fax number: | +1 (818) 9913467 |
| Business phone: | 818 -715 3375 |
| Home phone: | 818-991 3462 |
| | |
| Date & Time: | 7/15/00  4:49:38 PM |
| Pages: | 2 |
| Re: | Invoice 7/12/00 |

INVOICE

Yilmaz Sahinkaya
993 Laguna Circle
Foster City, CA 94404

Date: 7/12/00

The amount shown below is for the consulting services performed in reviewing simulation results of the performance of a synchronous generator and the associated rectification and control circuits. The work was performed 5/5/00 through 07/08/00.

|  | Total hours | 48 |
|---|---|---|
|  | Rate ($/hr) | 65 |
|  |  | ------ |
|  |  | $3120 |
| Amount billed on 1/19 |  | $4550 |
|  |  | ------ |
| Total |  | $7670 |
| Amount received |  | $2500- |
|  |  | ------ |
| Amount due |  | $5170 |

Altan Eris
1415 Colchester Pl.
Oak Park, CA 91377