# *L.A.W.S., Inc.*
## *LABOR ADVOCATES WORKERS SOLUTIONS*
(*bobandlornafoster@sbcglobal.net*)
*Non Profit Agency Working for American Workers, Retirees and Families*
*P.O. BOX 112*
*WEST OLIVE, MI 49460*
*269-998-4609*

*December 27, 2006*

*Judge Robert Drain-James M Millerman*
*One Bowling Green*
*New York, New York 10004-1408*

*Judge Drain-James*

*How much longer are you going to let this debacle with the Delphi Bankruptcy go on. You are endangering the lives of many thousands of United States citizens with your on again off again criminal activity. I am very sorry to see you sitting where you are. You should be on the floor of the Coopersville, MI, or even the Kokomo, Indiana Delphi plant working with the temporaries and the new hires with no benefits, paying Union dues with no representation and being the slaves to management. Or a worse situation, you could be driving 50 to 75 miles one way to work each and everyday. The price of fuel to run your vehicle takes a goodly amount from the check you receive. If it were the Executives pay, you might be able to obtain a measurable standard of living, also coming off the backs of the common laborer.*

*We have been watching you very closely as you blunder through yet another delay. Don't you think that it is time you put this to bed! The only correct and just thing you could do would be telling them that it will not fly as a Chapter11. This by all standards should if anything be a Chapter 7 taking in the whole Corporation, not just the North American sector. Why punish the innocent. The off-shore deities are being built on the backs of the American worker.*

*Are you playing God with the lives of so many who depend on their jobs as a means of supporting their families? It appears to be that you are. Can you part the sea as God did! Probably, you only for the rich. God healed the sick, he made no choice between rich and poor. God was a healer and you Judge Drain a destroyer. You set on the throne and destroy the lives and lively hood of the people who need justice, not the injustice that you are passing out.*

*How many lives have you destroyed in the Refco case that you just gave the decision on. Again, to the crooked, filthy rich taking from the poor. You are allowing the White Crime to again prevail. Where in the oath that you took does it say let the Crimes begin and punish the innocent? ? ?  Walk in the shoes of the people you rule against. Where does the Blue collar belong in you dictionary of freebies? How would you like to loose your life savings as a goodly amount of Delphi employees have done, especially those of retirement age. The taking of everything that they have worked for over a lifetime only to be destroyed by some black robed Judge setting on the pedestal in New York handing out the sentence of a lifetime to thousands of workers all at the same time, be it Delphi, or Refco. It is another Enron-WorldCom debacle again.*

*I am also sending along the letter that was sent to you on May 10, 2006. You see, we are still fighting and have been working very closely with Washington and several new Committee Chairpersons that will be taking over January 4, 2007. As Ms. Pelosi has stated several times, it is time to drain the swamp, Judge Drain.*

*"Experience declares that man is the only animal which devour's his own kind, for I can think of NO milder term to apply to the general prey of the Rich on the POOR." As was spoken by Thomas Jefferson.*

*Will be waiting for an immediate reply from you or one of your staff. Our founder, Patricia Meyer will be accepting this call at 269-998-4609.*

*Sincerely,*

*Lorna J. Foster*
*Secretary – L.A.W.S., Inc*
*P. O. Box 245*
*Plainwell, MI 49080-0245*
*269-685-8420*
*bobandlornafoster@sbcglobal.net*

May 10, 2006

Judge Robert D. Drain-James M. Millerman
One Bowling Green
New York, New York 10004-1408

Judge Drain
James Millerman

We of L.A.W.S., Inc. (Labor Advocates Workers Solutions) and many Americans are concerned with Delphi Bankruptcy (United States only). Morris Henry from Coopersville Plant on hearing October 8, 2005 Delphi filed bankruptcy he being a worker who had stock in the General Motors Parts division knew of the cooking of the books of General Motors who spun off their parts unit Delphi, we didn't need another ENRON! This is America.

We as a L.A.W.S. group and several thousands of retirees and workers want you to know that J. C. Battenburg a previous General Motors official has been openly charged with knowing there was a plan to bankrupt the American Delphi Division thus allowing the "FEAR FACTOR" of the American worker and public to believe that there was no FRAUD and concealing of General Motors off shore billion dollar industries to take down the aged worker and work with the UAW Leadership to allow retirees paying of health insurance thus lowering their pension checks. This starts July 1, 2006 which was highly ILLEGAL and is being appealed under Judge Robert Cleland who gave the decision on INTERNATIONAL UNION, UAW, et al v. GENERAL MOTORS CORPORATION Case No.: 05-73991

In the event you are not aware auto workers and suppliers now know that General Motors and Steve Miller CEO of Delphi orchestrated this bankruptcy. As a sitting bankruptcy judge, at this valuable time in history we implore you to stop the madness of CEO Miller and CEO Rick Wagoner who is grooming Mr. Henderson who is believed to be the next CEO of General Motors.

Today, I was advised that the courts are allowing a video transcript on this case. Our organization, L.A.W.S. has court depositions and thousands of thoughts

to stop this. Enclosed in this envelope is a DVD taken after a conference at Western Michigan University, February 1997 on Globalization. This was filmed by the Foreign Film maker, Christine Borieo. (General Motors to Toyota to Privatization. I feel that this is the most important Disk for you to review. WHY?

We know that General Motors had a plan to encourage their workers to buy their own stock. A strategy without a customer base that netted record profits their first year. With this in mind, a lot of workers put their life savings into the stock which in the end, those workers who have invested their life savings have lost it all, with no way to redirect their funds as Fidelity advisers took control of their accounts and they were told that they could no make any transactions. This happened to both Blue and White collar workers who were given this number, 1-800-489-4646.

Freedom of speech and thought has been the motto of our organization. Judge Drain, I trust you will view and listen to what we have said, and I make you this promise that I will make public this letter being sent to you. The workers as well as the public feel that their requests for justice have fallen on "DEAF EARS." It is your call, our agency will be at your disposal at anytime,

L.A.W.S., Inc
P. O. BOX 112
West Olive, MI 49460
Patricia Meyer, Founder
269-998-4609
616-846-8863 – Fax
bobandlornafoster@sbcglobal.net

Looking forward to hearing from you as soon as you review this information. It is vital to the workers as well as the retirees of the United States of America.

Sincerely,

*Patricia Meyer*
Patricia Meyer

PM/ljf