Lafonza Earl Washington
Creditor
7010 Cranwood Drive
Flint, MI 48505
Tel: 810.787.3150
Cell: 810.922.0308

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
                                    :
   In Re                            :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
                       Debtors.     :   (Jointly Administered)
                                    :
------------------------------------X

**NOTICE OF MOTION "NOT" REQUIRED TO BE HEARD UNDER 11 U.S.C. § 102 (1) (B) FOR ENTRY OF FINAL ORDERS OF DEBTORS ELECTION TO ACCEPT CLAIMANT'S ASSERTED ESTIMATED AMOUNT FOR PROOF OF CLAIM NO'S. 257, 264, 288, 297, 1271, 1272 AND 1334**

**PLEASE TAKE NOTICE** that pursuant to 11 USC § 502 (a) this above-named Creditor's claim, proof of which was filed under Section 501 of this title is allowed by law where it is evidenced that any/all objections filed did "NOT" comply with the statutory requirements of Fed.R.Bankr.P. Rules 3007, nor 7001, nor commencement of adversary proceedings under the Fed.R.Civ.P. Rule 3, nor removal pursuant to 28 U.S.C. § 1452.

**PLEASE TAKE FURTHER NOTICE** that the acts of the Federal Government are operative as supreme law throughout the United States and are self-executing since they prescribe rules enforceable in all courts of the land clearly showing that the Fed.R.Bankr.P. Rule 3003 (c) (4) requires the well-supported Proof of Claims to supersede any/all of the debtor et al., scheduling based on "NOT" being listed on the debtors books and records etc., which "VOIDS" any/all pre-trial procedures.

**PLEASE TAKE FURTHER NOTICE** that the Human Capital Obligations and Cash Management Orders etc., entered on October 8, 2005, that this Creditor demands to be paid from "ESTOPS" the debtor et al., from denying the truth of the "STATUTORY", as well as court entered "ENTRY" of its own voluntary petition filed which "BARS" or collaterally estops the debtors from having the same facts giving rise to the same Claims that the original Proof of Claims are/were based on from being determined in these future proceedings of this same Voluntary Petition case that is "BINDING" on the same debtors and this same Creditor, by law.

**PLEASE TAKE FURTHER NOTICE** that this Creditor's claims are sufficient and required to be paid without any additional delay, by law.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' Election To Accept Claimant's Asserted Estimated Amount For Proof Of Claim No's. 257, 264, 288, 297, 1271, 1272 and 1334 are modifiedly agreed to from the original amount of $1,071,220,249.00 to an adjusted amount minus 6% or a total of $1,006,947,034.10 to be immediately paid by priority overnight cashiers check cashable at any/all FDIC banks.

Dated: December 13, 2006

By: _Lafonza Earl Washington_
Lafonza Earl Washington
Creditor