Eugene I. Farber (8817)
FARBER, PAPPALARDO & CARBONARI
200 East Post Road
White Plains, NY  10601
Telephone:  (914) 761-9400
Facsimile:  (914) 261-0747
e-mail:  efarber747@aol.com

-and-

Judy B. Calton (MI Bar # P38733)
Seth A. Drucker (MI Bar # P65641)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7344
Facsimile:  (313) 465-7345
e-mail:  jcalton@honigman.com

Attorneys for DBM Technologies LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
| **DELPHI CORPORATION, et al.,** | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies and declares that she caused copies to be served as follows:

1. Document Served:   DBM Technologies, LLC's Response to Debtors' Objection to Proof of Claim 12387.

2. Served Upon:   See Attached Service List.

   Method of Service:   Via Court ECF email notification

| | | |
|---|---|---|
| 3. | Served Upon: | Honorable Robert D. Drain, United States Bankruptcy Judge |
| | | United States Bankruptcy Court |
| | | One Bowling Green, Room 610 |
| | | New York, NY  10004 |
| | Method of Service: | Via Priority Overnight Federal Express |
| 4. | Served Upon: | Delphi Corporation |
| | | Attn: General Counsel |
| | | |
| | | Skadden, Arpts, Slate, Meagher & Flom LLP |
| | | John Wm. Butler, Jr. |
| | | John K. Lyons |
| | | Randall G. Reese |
| | Method of Service: | Via Facsimile |
| 5. | Date Served: | January 4, 2007 |

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2007     By:     /s/ Judy B. Calton
                                    Judy B. Calton (MI Bar # P38733)
                                    Seth A. Drucker (MI Bar # P65641)
                             Honigman Miller Schwartz and Cohn LLP
                             2290 First National Building
                             660 Woodward Avenue
                             Detroit, MI  48226-3506
                             Telephone: (313) 465-7344
                             Facsimile:  (313) 465-7345
                             e-mail:  jcalton@honigman.com

DETROIT.1964791.1

2

**File an Answer:**

05-44481-rdd Delphi Corporation

# U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Calton, Judy B. entered on 1/4/2007 at 1:38 PM and filed on 1/4/2007
**Case Name:** Delphi Corporation
**Case Number:** 05-44481-rdd
**Document Number:** 6436

**Docket Text:**
Response *of DBM Technologies, LLC to Debtors' Objection to Proof of Claim 12387* (related document(s)[6099]) filed by Judy B. Calton on behalf of DBM Technologies, LLC. (Calton, Judy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\BEL\My Documents\LocalDataBEL\Delphi DBM Response to Objection to Proof of Claim.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=1/4/2007] [FileNumber=5609849-0] [
342c7daab11ab06d80e610b2b8c94e7cc5be4955b3fb460620266422ba492561719504
c6efdcd8393fea1014d5e328efcfe0af7d45a908e9e2e73e5f6d4c11ae]]

**05-44481-rdd Notice will be electronically mailed to:**

Anne Marie Aaronson    aaronsoa@pepperlaw.com

David B. Aaronson    david.aaronson@dbr.com

Elizabeth Abdelmasieh    elizabeth@regencap.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com

Jennifer L. Adamy    bankruptcy@goodwin.com

Michael J. Alerding    malerding@binghammchale.com

Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker    philip.anker@wilmerhale.com

Joel D. Applebaum    japplebaum@clarkhill.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

William J. Barrett    william.barrett@bfkpn.com

David S. Barritt    barritt@chapman.com

Douglas P. Bartner    dbartner@shearman.com, bankruptcy@shearman.com,erin.reilly@shearman.com,nicholas.pullen@shearman.com,mtorkin@shearman.com,ned.sc

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein    dbaumstein@whitecase.com

Ronald Scott Beacher    rbeacher@pitneyhardin.com

W. Robinson Beard    jkirk@stites.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com, asathy@kirkland.com;rkwasteniet@kirkland.com;dkarp@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Monica Susan Blacker    monicablacker@akllp.com

Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com

Charles E. Boulbol    rtrack@msn.com

Eliza K. Bradley    ebradley@robergelaw.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink    tbrink@lordbissell.com

James L. Bromley    maofiling@cgsh.com

Mark A. Broude    mark.broude@lw.com

Dewitt Brown    dbrown@klettrooney.com

Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com

Aaron R. Cahn    cahn@clm.com

Judy B. Calton    jcalton@honigman.com

Scott Cargill    scargill@lowenstein.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com

Linda J. Casey    caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw

Madison L. Cashman    nashvillebankruptcyfilings@stites.com

Michael Cassell    mcassell@lefkowitzhogan.com

Ben T. Caughey    ben.caughey@icemiller.com

George B. Cauthen    george.cauthen@nelsonmullins.com

Babette A. Ceccotti    bceccotti@cwsny.com

Erik G. Chappell    egc@lydenlaw.com

Eric J. Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@llgm.com, mkhambat@llgm.com

Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com

Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

Dennis J. Connolly    dconnolly@alston.com

Susan M. Cook    smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com, catherine@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham    gcunningham@stroblpc.com

Vincent D'Agostino    vdagostino@lowenstein.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jadavis@mintz.com

James J. DeCristofaro    james.decristofaro@lovells.com, karen.ostad@lovells.com

Robert Dehney    rdehney@mnat.com, gsaydah@mnat.com;cmiller@mnat.com;;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.co

Gerard DiConza    gdiconza@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com

John P. Dillman    houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos    william.dornbos@oag.state.ny.us

David B. Draper    ddraper@terra-law.com

Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,shenslovizt@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,ajeffrey@seyfarth

Seth A. Drucker    sdrucker@clarkhill.com

David F. DuMouchel    dumouchd@butzel.com

Frank L. Eaton    featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com

Gayle Ehrlich    gehrlich@sandw.com, pholleman@sandw.com;squirk@sandw.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com

Bruce N. Elliott    elliott@cmplaw.com

Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com

Robert Michael Farquhar    mfarquhar@winstead.com

Bonnie Glantz Fatell    fatell@blankrome.com

Benjamin D. Feder    ben.feder@thompsonhine.com

Hermann Ferre    hferre@thelenreid.com

Richard L. Ferrell    Ferrell@taftlaw.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler    mateofowler@quinnemanuel.com

Edward M. Fox    efox@klng.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com

Thomas M. Franklin    tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Leo J. Gibson     lgibson@bsdd.com

Celeste R. Gill     gillcr@michigan.gov, sherwoodj@michigan.com

Larry Ivan Glick     larryglick@erols.com

Matthew Alexander Gold     courts@argopartners.net

Scott R. Goldberg     sgoldber@quarles.com

Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich     nashvillebankruptcyfilings@stites.com

Robert D. Gordon     rgordon@clarkhill.com

Gary A. Gotto     BankruptcyECF@krplc.com

Garry M. Graber     ggraber@hodgsonruss.com, bomalley@hodgsonruss.com

Warren R. Graham     wrg@dmlegal.com

Gary E. Green     ggreen@fagelhaber.com

Jonathan S. Green     greenj@millercanfield.com

John T. Gregg     jgregg@btlaw.com

Stephen H. Gross     sgross@hodgsonruss.com

Stephen B. Grow     sgrow@wnj.com, kfrantz@wnj.com

Peter J. Gurfein     pgurfein@akingump.com

Jonathan P. Guy     jguy@orrick.com

Michael Leo Hall     mhall@burr.com

Timothy C. Hall     tch@previant.com

Alan D. Halperin     ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

Matthew W. Hamilton     mhamilton@amph.com

William J. Hanlon     whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen     insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley     jh@previant.com

Brian W. Harvey     bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William M. Hawkins     whawkins@loeb.com

Gerald E. Hawxhurst    leticiabustinduy@quinnemanuel.com

Nava Hazan    nhazan@mwe.com

Ryan D. Heilman    rheilman@schaferandweiner.com

Ira L. Herman    bankr.nyc@tklaw.com, bankr.nyc@tklaw.com,;suhailah.sallie@tklaw.com

William Heuer    william.heuer@bingham.com

David M. Hillman    david.hillman@srz.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl    mholl@mayerbrownrowe.com, amago@mayerbrownrowe.com

Stephanie K. Hoos    skhoos@mintz.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Roland Hwang    hwangr@michigan.gov

Michael G. Insalaco    minsalaco@zeklaw.com

Peter Janovsky    PJanovsky@ZEKlaw.com, minsalaco@zeklaw.com

Susan Jennik    sjennik@kjmlabor.com

Hilary Jewett    hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com;ewaters@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Susheel Kirpalani
skirpalani@milbank.com;rceron@milbank.com;pmetz@milbank.com;jclark2@milbank.com;dodonnell@milbank.com;

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com;jross@klestadt.com

Alan M. Koschik    akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com, nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com

Darryl S. Laddin    bkrfilings@agg.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@walle

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com

Kenneth M. Lewis    klewis@rosenpc.com, rpc@rosenpc.com;reception@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Eric Lopez Schnabel    schnabel@klettrooney.com

Daniel A. Lowenthal    dlowenthal@thelen.com

A. Peter Lubitz    plubitz@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Sara Klettke MacWilliams    skm@h2law.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com, jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;jmsailliard@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner@pb

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    kcunningham@pierceatwood.com

Nauni Manty    ecfb@riderlaw.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis    amargulis@ropers.com, wendy@bindermalter.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Ilan Markus    imarkus@tylercooper.com

Richard Gary Mason    rgmason@wlrk.com

Victor J. Mastromarco    vmastromar@aol.com

Thomas J. Matz    tmatz@skadden.com

Kristin B. Mayhew    abothwell@pepehazard.com

Daniel P. Mazo    dpm@curtinheefner.com

Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Greta A. McMorris    gmcmorris@stinsonmoheck.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com

Timothy Mehok    timothy.mehok@hellerehrman.com, jeremy.sussman@hellerehrman.com

Richard M. Meth    msteen@daypitney.com, rmmnybankruptcy@daypitney.com

Sally Meyer    smeyer@madisonliquidity.com

Merle C. Meyers    mmeyers@gsmdlaw.com

Robert N. Michaelson    rmichaelson@kl.com

Laurie J. Michelson    michelso@butzel.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller    miller@taftlaw.com

Alan K. Mills     amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff     lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy     jmoloy@dannpecar.com

Michael C. Moody     mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog     amoog@hhlaw.com

Brett S. Moore     bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;jmsailliard@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com

Brian F. Moore     bmoore@mccarter.com

Gene T. Moore     gtmlaw@bellsouth.net

Thomas R. Morris     morris@silvermanmorris.com, morris@silvermanmorris.com

Sarah E. Morrison     sarah.morrison@doj.ca.gov

Whitney L. Mosby     wmosby@binghammchale.com

Eric T. Moser     emoser@klng.com, kserrao@klng.com

Alisa Mumola     alisa@contrariancapital.com

Jill L. Murch     jmurch@foley.com, khall@foley.com

James P. Murphy     murph@berrymoorman.com

Bruce S. Nathan     bnathan@lowenstein.com

Lauren Newman     lnewman@fagelhaber.com

Marie L. Nienhuis     mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton     rnorton@reedsmith.com, cpanzer@reedsmith.com;dreperowitz@reedsmith.com;;dreperowitz@reedsmith.com

Gordon Z. Novod     gnovod@kramerlevin.com, lbertko@kramerlevin.com

Kasey C. Nye     knye@quarles.com

Michael O'Hayer     mkohayer@aol.com

Martin P. Ochs     martin@oglaw.net

Sean A. Okeefe     sokeefe@winthropcouchot.com

Karen Ostad     karen.ostad@lovells.com, cathy.woods@lovells.com;david.capucilli@lovells.com

Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com

Charles Palella    cpalella@kurzman.com

Ingrid S. Palermo    ipalermo@hselaw.com

Lansing R. Palmer    lansing.palmer@akerman.com

Richard J. Parks    rparks@mijb.com, mtcraig@mijb.com;ksiegel@mijb.com

Susan P. Persichilli    persichillisp@bipc.com, fiedleram@bipc.com

Geoffrey J. Peters    gpeters@weltman.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Jeffrey S. Posta    jposta@sternslaw.com

Constantine Pourakis    cp@stevenslee.com

Susan Power-Johnston    sjohnston@cov.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com;jdrew@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    grichards@kirkland.com

Marc E. Richards    mrichards@blankrome.com

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com

Matthew R. Robbins    mrr@previant.com

Elizabeth A. Roberge    eroberge@robergelaw.com

Jean R. Robertson     jrobertson@mcdonaldhopkins.com

Scott D. Rosen     srosen@cb-shea.com

Risa M. Rosenberg     RROSENBERG@milbank.com;rstrappazon@milbank.com;jclark2@milbank.com

Heath D. Rosenblat     hrosenblat@kayscholer.com

Paul M. Rosenblatt     prosenblatt@kilpatrickstockton.com

David A. Rosenzweig     DRosenzweig@Fulbright.com

David Sol Rosner     ffigueroa@kasowitz.com;jgleit@kasowitz.com;dfliman@kasowitz.com

Robert B. Rubin     brubin@burr.com

E. Todd Sable     tsable@honigman.com

Chester B. Salomon     cs@stevenslee.com

Brian D. Salwowski     bsalwowski@atg.state.in.us

Diane W. Sanders     austin.bankruptcy@publicans.com

William A. Sankbeil     was@krwlaw.com

Thomas P. Sarb     ecfsarbt@millerjohnson.com

Robert V. Sartin     rsartin@fbtlaw.com

William F. Savino     wsavino@damonmorey.com

Thomas J. Schank     tomschank@hunterschank.com

Ilan D. Scharf     ischarf@pszyjw.com

Michael L. Schein     mlschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle     jrs@parmenterlaw.com, lms@parmenterlaw.com

Christopher P. Schueller     schuellercp@bipc.com

Charles P. Schulman     cschulman@sachnoff.com

Bryan I. Schwartz     bschwartz@lplegal.com

Mark S. Scott     mscott@riemerlaw.com

Jay Selanders     selanders@danielsandkaplan.com

Mark A. Shaiken     mshaiken@stinsonmoheck.com, jgant@stinsonmoheck.com;amurdock@stinsonmoheck.com

Andrea Sheehan     sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com;BK.ECFS@gmail.com

Andrew Howard Sherman     asherman@sillscummis.com, asherman@sillscummis.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman    was@showmanlaw.com

Robert J. Sidman    rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Paul N. Silverstein    paulsilverstein@andrewskurth.com, krothenberg@akllp.com;hferguson@akllp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon    jsimon@foley.com

Joseph E. Simpson    jsimpson@hselaw.com

Thomas R. Slome    mail@rsmllp.com

Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;cglass@kayescholer.com;maosbny@kayescholer.com

Marc P. Solomon    msolomon@burr.com

Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

Robert J. Stark    claukamg@brownrudnick.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Brent C. Strickland    bstrickland@wtplaw.com

James M. Sullivan    jmsullivan@mwe.com

Robert Szwajkos    rsz@curtinheefner.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com;johnson.ng@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.cor

John E. Taylor    jtaylor@binghammchale.com

Zakarij O. Thomas    zothomas@klettrooney.com

Douglas M. Tisdale    doug@tisdalelaw.com, maxx@tisdalelaw.com

Gordon J. Toering    gtoering@wnj.com

Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado   ltorrado@bear.com, msussman@bear.com

Martin B. Tucker   mtucker@fbtlaw.com

Raymond J. Urbanik   rurbanik@munsch.com

Philip Urofsky   philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi   rusadi@cahill.com

Shmuel Vasser   svasser@eapdlaw.com

Lori V. Vaughan   lvaughan@foley.com

Joseph J. Vitale   jvitale@cwsny.com

Sean M. Walsh   swalsh@chglaw.com, troan@chglaw.com

Michael D. Warner   bankruptcy@warnerstevens.com

Robert K. Weiler   rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub   wweintraub@pszyj.com, ischarf@pszyj.com;ljones@pszyjw.com

Robert J. Welhoelter   robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller   dallas.bankruptcy@publicans.com

Robert A White   rwhite@murthalaw.com

Eric R. Wilson   BankruptcyDepartment@KelleyDrye.com

W. Joe Wilson   jwilson@tylercooper.com

Jeffrey C. Wisler   jcw@cblhlaw.com

Douglas Wolfe   dwolfe@asmcapital.com

Robert D. Wolford   ecfwolfordr@mjsc.com

Stephen L. Yonaty   syonaty@chwattys.com

German Yusufov   pcaocvbk@pcao.pima.gov

Helen A. Zamboni   hzamboni@underbergkessler.com

Menachem O. Zelmanovitz   mzelmanovitz@morganlewis.com

Peter Alan Zisser   nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

975 Opdyke LP, et al.
,