

**December 26, 2006,**

TO:    Judge Robert Drain
       GAIL DeCaire RN
FROM: Patricia Meyer L.A.W.S (director)

RE:    White Collar Crime in America- Chapter 11 preceedings
       Delphi Bankruptcy.

We are in receipt of the verification of that you received the documentation
from Gail DeCaire RN- The Last GM Nurse and member L.A.W.S.
Sadly- in spite of the fact that we have information relevant to the Delphi
Bankruptcy, the OUTSOURCING OF AMERICAN JOBS AND UNION
BUSTING- you DO NOT RESPOND.

**Pleas be advised that WE**
have met with Nancy Pelosi's staff to request a Congressional Hearing. We
can show that CEO's Wagoner (GM) and Miller(Delphi) Orchestrated the
entire "Delphi Debacle" to OUT SOURCE American jobs and break the
union.(UNION BUSTING).

"General Motors faces $61 billion in uncovered liabilities for employee
pensions and retiree health coverage,." The New York Times wrote. Business
Week reports that just three years ago, 78 percent of companies were sitting
on fat surpluses in their pension funds. By the end of 2002, just about the same
number will be in the red.  "Experts have begun warning that the squeeze on
these OLD STYLE PENSIONS, not to mention the staggering losses to the
modern 401(k)'s, could be the defining financial crisis of this decade.. It's hard
to imagine that worse is to come, isn't it?" Just ask the retired workers of GM
and Delphi. Paulson- Treasury Secretary "INSISTS ON Chinese economic
reforms to ease America's @202 billion trade deficit." But "SEEKS TO
LOWER EXEPCTIONS THAT HE WILL ACHIEVE ANY MAJOR
BREAKTHROUGHS WHEN HE VISITS BEIJING FOR 2 DAYS WITH
CHINESES OFFICIALS. HIS words say one thing- but his actions and
financial statements say another. With the largest trade gap in history,
soaring deficits and the crisis in currency issues HE does not suffer in poverty.
Perhaps HE has NO real concern for the Middle class or the Chinese people.
NO WONDER NO ONE IN THE WORLD LIKES US ANYMORE.  UNCLE
SAM IS A GOOD OLD BOY.

We can show Conspiracy ,Fraud and Government Graft that involves numerous breach not only the Legal realm but in the Moral Integrity of our leaders (white collar crime).

GM/Delphi is Audited by <u>Deloitee & Touche</u> (since 1918)

<u>Goldman Sachs</u> - (Investment banker listed as #1 on the list of more than 550 Banking firms) Has history of fraud in high finance and is the previous employer of the US chief of the- IRS- Henry Paulson. HE allows the outsourcing of American taxes to India, that " threatens the taxpayer data security". On his visit to China "On behalf of the American People" he "seeks to lower expectations that HE will achieve any major breakthrough when he visitis Beijing for two days of talks with Chinese officials." Perhaps HE has no intention of doing anything to "deal with the soaring deficits, leveling much of the Democratic criticism of China, the country with the LARGEST TRADE GAP WITH THE UNITED STATES.

Our <u>OWN</u>
government allows the "hypocrisy involved in corporations moving OFFSHORE and then coming back to the taxpayers for a handout in the form of government contracts" (Corporate inversion). And the Rich get richer.

Then we read-Hedge Fund Offers Plan to Re-organize Delphi- Surprise, Surprise. Now the 2 richest Hedge funds are fighting over WHO "will help Delphi reorganize". "Highland Capital Management, the hedge fund, proposed a $4.7 billion reorganization plan for Delphi" "setting the stage for a fight for control by the TWO LARGEST INVESTORS IN DELPHI AS IT EMERGES FROM BANKRUPTCY." But YOU have postponed the bankruptcy yet AGAIN?

<u>Please know that the American People are not stupid.</u> You are the Judge that "oversees the Chapter 11 bankruptcy case involving Delphi" YOU "decided to allow more time for the <u>relevant parties to discuss and consider opposition</u> Delphi's DEAL with a team of investors led by Appaloosa Management." WHAT ABOUT THE MAJORITY OF AMERICA? THE REGULAR PEOPLE??
We know that GM is playing a MAJOR role in the Delphi restructuring. GM <u>has an obligation</u> to fund the contract Promised
and negotiated <u>under law</u> -
NOW broken by Management and the UAW
sanctioned by men in powerful positions like you hold. What about the Oath you took.? You as well as OUR government are supposed to uphold the law-

**YOU .**
**work for us. WE WILL NOT BE SILENT. Wrong is wrong. How can Delphi "emerge from bankruptcy next year" and "post multibillion-dollar profits next year before special items and taxes". Power and Greed RULES. The trust that you promise to uphold is betrayed. YOU -have NOT ruled AS yet. YOU must utilize ALL information or you are not being fair.**

**There is a cover-up in our country that transcends ALL levels of OUR legal system. From the SEC(Linda Thomsen) enforcement, FBI(Mike Anderson)Government fraud) US dept. of Labor(Hyde, Dove & Menez) HHS(Levitt) and the Chief of the IRS(Henry Paulson) We have documentation to prove ALL we say. And many, many more prominent people (rich)**

**Rick Wagoner CEO of General Motors must be held accountable. He is the man responsible for "maintaining internal control designed to provide reasonable assurance that the books and records reflect the transactions of the companies and that established policies and procedures are CAREFULLY followed."**

**WE Want a Congressional Hearing- IT IS TIME TO DRAIN THE SWAMP.**

**OUR FREEDOM IS THE FORCE OF DEMOCRACY, NOT THE FARCE OF FEDERAL FAT AND PERSONAL PROFIT. IN OUR FREEDOM, ONLY THE PEOPLE SHALL RULE. CORPORATIONS SHALL HAVE THEIR ROLE: PRODUCING JOBS, PROVIDING PRODUCT, PAYING TAXES- NO MORE NO LESS.**

December 27, 2006,

**Dear Judge Drain-**
It may be legal -but so was slavery-
ONCE UPON A TIME.

I read with much interest your decision to approve the reorganization of Refco Inc., "the onetime futures and commodities broker." Refco filed for "court protection Oct. 17, 2005". Perhaps it is just a coincidence that you are the judge ALSO assigned to the Delphi Bankruptcy in Oct. 2005- but I think not.

"Refco and 23 affiliates filed for court protection on Oct. 17, 2005, a week after revealing that the former chief executive, Phillip R. Bennett, had hidden $430 million of debt, and two months after raising $583 million in an initial public offering." "Mr. Bennett has pleaded NOT GUILTY to fraud charges and is scheduled to stand trial in March". He is free- spending the Christmas holidays with his family- how nice for him.
"Under the plan, secured LENDERS who were owed $717.7 million were paid in full , while bondholders were expected to receive 83.4 cents on the dollar, Refco said"!!!

Perhaps you have been so busy working out the Refco settlement that you have not had time to read any of the communication sent to you from the GM/Delphi employees that are affected by YOUR rulings on the Delphi Bankruptcy- orchestrated by CEO's Wagoner(GM) and Miller(Delphi).

YOU SEE- JUDGE DRAIN- IF YOU ALLOW THE BANKRUPTCY OF DELPHI- OUR ENTIRE DEMOCRATIC PROCESS WILL DIE.

As GM/GMAC plans to dump the auto-workers' pensions, and the threatened collapse of GM, Ford, and others, threatening to set off a global hedge funds panic- I beg you please hear us. The American people deserve to know the truth. Please be advised that WE will not be silent. WE WANT A CONGRESSIONAL HEARING. The Health and Safety of ALL AMERICA IS AT RISK.

White Collar crime is rampant. The conspiracy begins at the top. Top Banks- once known for their giant derivatives portfolios- including Citigroup, JP Morgan, Chase, Goldman Sachs, and Deutsche Bank- have been hit by panic. Hedge Funds (a form of mutual fund used by wealthy individuals and institutions ) NOT SUBJECT TO ANY KIND OF REGULATION OR SUPERVISION threatens the world markets.

Please know that WE have documentation and have been dismissed by the SEC, FBI, US Dept. Of Labor & Justice, the HHS, OSHA and numerous other players involved in this debacle. On the "last day of business" in 2006- the "SEC changes reporting rule on bosses' Pay". Ann Yerger(executive director of the Council of Institutional Investors says "IT WAS A HOLIDAY PRESENT TO CORPORATE AMERICA". Mr. Cox-(SEC commission chairman) says HE views the decisions as a "RELATIVE TECHNICALITY". Of Course HE does.

L.A.W.S. is dismissed by the "media elite" who ALL use the information We send them to put "their own slant" on OUR country in crisis. Micki Maynard- (chief reporterAuto- the New York times & Det. News & Free Press) e-mails me "not to call her again". Adam Bryant (HER editor at the new york times) -blocks e-mails sent, as we beg for someone, somewhere to tell the true story to the middle class.

YOU - now "push back by nearly a week to Jan. 11- allowing MORE TIME FOR CRITICS to compose arguments against Delphi's bid to close a proposed $3.4 billion bankruptcy- EMERGENCE equity deal with a group of investors" What about the Oath YOU took?

<u>Power and Greed rules.</u> GM/Delphi and the UAW have a duty to abide by the law. The players transcend ALL levels of OUR system. Deloitte, & Touche, Goldman Sachs, IRS Chief- Paulson, FBI, SEC, and ALL the agencies of OUR government. See article by Galbraith: <u>Clueless in China-</u> "The Treasury represents the interests of Wall Street". No wonder the world hates US.

Our leaders have betrayed us. The Congress must take back the authority that our founding fathers wrote about in the 1776 U.S. Declaration of Independence. The "GENERAL WELFARE" OF our World is at risk. The unethical use of power as well as the blatant lies show a conspiracy that inded transcends ALL levels of our country. Our legal system is broken, fraught with lies and deceit, sanctioned by a corporate America where devious behavior and the belief that you can prosper by cheating is ok. We will not be silent. We WANT A CONGRESSIONAL HEARING.

> "Experience declares that man is the only animal which devour' s his own kind, for I can think of NO milder term to apply to the general prey of the RICH on the POOR.
> THOMAS JEFFERSON