Clifford Leong
3616 Garner Pl
Encinitas, CA 92024

20 Dec 2006

---

United States Bankruptcy Court ||
Southern District of New York ||

---

In re Delphi Corporation , et al Debtors ||

---

Case No 05-44481 (RDD) ||
Third Omnibus Objection ||

---

Claimant:
"Wilfred D Leong as custodian for Clifford Leong under the California Uniform gifts to Minors Act
3616 Garner Pl
Encinitas, CA 92024"

My claim of common stock ownership in Delphi Co should not be disallowed for the stated 'basis for objection' of "insufficient documentation". I do not have the stock certificate itself. As evidence of ownership, I am enclosing a copy of the check stub of the last dividend I received from Delphi. I have not since sold or otherwise transferred ownership of this share.

Delphi clearly has ample record of me as a current stockholder in order to be pursuing these 'disallowance of claim' bankruptcy notifications. They would not be sending dividend checks if they did not have record of my ownership. I believe Delphi's legal representation to be irresponsible in its behavior towards me and is breeching their fiduciary trust to me as a Delphi shareholder by trying to have me dismissed due to internal Delphi "insufficient documentation".

I wish to be included, as a common stock shareholder, in the distribution of the liquidated assets in the bankruptcy of Delphi.

As a courtesy to the Court, I also wish to notify it that I will not be able to attend the scheduled legal sufficiency hearing on 12 Jan 2007 at 10:00 in the United States Bankruptcy Court for the Southern District of New York.

# DELPHI

| Account Number | 0003203569 | Check Number | 0014114910 |
|---|---|---|---|
| Record Date | 09/20/04 | Payable Date | 10/19/04 |
| Rate Per Share | $0.0700 | Shares of Record | 1.0000 |
| Current Gross Dividend | $0.07 | Year To Date Gross Dividend | $0.28 |
| Current Tax Withheld | $0.00 | Year To Date Taxes Withheld | $0.00 |
| Current Net Amount | $0.07 | Year To Date Net Dividend | $0.28 |

Please detach and retain for your records.