CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attorneys for UBS Securities LLC
One Liberty Plaza
New York, New York 10006
(212) 225-2000
James L. Bromley (JB 5125)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------ x

# AMENDED NOTICE OF APPEARANCE AND
# DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to UBS Securities LLC, creditor, party-in-interest and Investor (as defined in that certain Equity Purchase and Commitment Agreement filed with the Court on December 18, 2006), in the above-captioned case, and demands, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 102(1), 342, and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices or papers served or required to be served in this case or related adversarial proceedings be served upon the undersigned at the following office address, telephone numbers and e-mail address:

> James L. Bromley
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
> Tel. No.: (212) 225-2000
> Fax No.: (212) 225-3999
> Internet E-Mail Address: maofiling@cgsh.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the above-captioned debtor or property of such debtor.

PLEASE TAKE FURTHER NOTICE that, this Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of any rights of UBS Securities LLC, including without limitation, any rights, claims, actions, setoffs, or recoupments to which UBS Securities LLC is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments UBS Securities LLC expressly reserves. Nor shall this Notice of Appearance and Request for Service of Papers be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated:  New York, New York
        December  26 , 2006

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: s/James L. Bromley
    James L. Bromley (JB 5125)
    One Liberty Plaza
    New York, New York 10006
    (212) 225-2000

Attorneys for UBS Securities LLC