# SERVICE LIST

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Brad Eric Scheler
Bonnie Steingart
Vivek Melwani
Jennifer L. Rodburg
Richard J. Slivinski
Fried Frank Harris Shriver & Jacobson
One New York Plaza
New York, NY 10004

Benjamin Mintz
Lynn Toby Fisher
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

James Le
Kurtzman Carson Consultants
12910 Culver Boulevard
Los Angeles, CA 90066

Robert Rosenberg, Esq.
Mark A. Broude, Esq.
Mitchell A. Seider
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Thomas C. Janson
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Gregory A. Bray
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Andrew N. Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Kenneth S. Zinman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Eric L. Cochran
Marie L. Gibson
K.A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Jack Butler, Esq.
George Panagakis
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

Thomas E. Lauria
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131-2355

John M. Reiss
Gregory Pryor
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787