UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:  :  Chapter 11

DELPHI CORPORATION, *et al.*,  :  Case No. 05-44481 (RDD)

Debtors.  :  (Jointly Administered)
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF TEXAS      )
                    ) ss:
COUNTY OF HARRIS    )

Jermaine K. Johnson, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Houston, Texas:

That on the 4th day of January, 2007, deponent served a copy of *Highland Capital Management, LP's Limited Objection to Motion for Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Period Within Which to File and Solicit Acceptances of Reorganization Plan* (the "Highland Objection") to the persons listed on the attached *Master Service List* by overnight mail and electronic transmission.

Deponent also served a copy of the Highland Objection to the persons listed on the attached *2002 List* by electronic transmission or fax.

SEE ATTACHED SERVICE LISTS

Jermaine K. Johnson

SWORN TO AND SUBSCRIBED before me on this 4th day of January, 2007 by Linda Parker.

LINDA C. PARKER
MY COMMISSION EXPIRES
November 7, 2010

Notary Public in and for The State of Texas

H-652115_1.DOC