BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
(317) 236-1313
Michael K. McCrory, Esq.
Mark R. Owens, Esq. (MO 9742)

*Attorneys for Howard County, Indiana*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481(RDD) |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE
*Docket No. 6369*

The undersigned hereby certifies that on January 2, 2007, he caused the *Limited Objection of Howard County, Indiana to the Expedited Motion for Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001, and 6004(g) (I) Authorizing Debtors to Obtain Post-Petition Financing and (II) Authorizing Debtors to Refinance Secured Post-Petition Financing and PrePetition Secured Debt* to be served upon the parties listed on <u>Exhibit A</u> attached hereto in the manner indicated and via CM/ECF.

Dated:  Indianapolis, Indiana
         January 4, 2007                                    Respectfully submitted,

                                                            /s/ Mark R. Owens
                                                            Michael K. McCrory, Esq.
                                                            Mark R. Owens, (MO 9742)
                                                            BARNES & THORNBURG LLP
                                                            11 South Meridian Street
                                                            Indianapolis, IN 46204
                                                            Phone: (317) 236-1313

                                                            *Attorneys for Howard County, Indiana*

**Exhibit "A"**

**VIA FEDERAL EXPRESS**
Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004


**VIA FEDERAL EXPRESS AND FACSIMILE**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn:  General Counsel


**VIA FEDERAL EXPRESS AND FACSIMILE**
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn:  John William Butler, Jr.
          Ron E. Meisler


**VIA FEDERAL EXPRESS AND FACSIMILE**
Simpson Thacker & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Attn:  Kenneth S. Ziman


**VIA FEDERAL EXPRESS AND FACSIMILE**
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn:  Donald S. Bernstein
          Brian M. Resnick

**VIA FEDERAL EXPRESS AND FACSIMILE**
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn:  Robert J. Rosenberg
          Mark A. Broude

**VIA FEDERAL EXPRESS AND FACSIMILE**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn: Bonnie Steingart


**VIA FEDERAL EXPRESS**
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Alicia M. Leonard

3