Marianne Goldstein Robbins
Jill Hartley
Previant, Goldberg, Uelmen,
 Gratz, Miller, & Brueggeman, s.c.
1555 N. RiverCenter Drive - Suite 202
Milwaukee, WI    53212
Telephone:    (414)   271-4500
Facsimile:    (414)   271-6308

Attorneys for IBEW Local 663 and
IAMAW District 10

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | **Chapter 11** |
| **DELPHI CORPORATION,  et al.,** | **Case No. 05-44481 (RDD)** |
| Debtors. | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 4, 2007, she e-filed the CONFIRMATION OF EXTENSION AND RESPONSE OF IBEW LOCAL 663, IAMAW DISTRICT 10 AND IUOE TO THE LOCALS 1015, 8325 AND 185 TO THE FOURTH OMNIBUS CLAIM OBJECTION  on that same date caused a true and correct copy of same to be served by UPS next day air:

    Delphi Corporation
    Attn:  General Counsel
    5725 Delphi Drive
    Troy, MI  48098

    John W. Butler, Jr.
    John K. Lyons
    Randall G. Reese
    Skadden, Arps, Slate, Meagher & Flom, LLP
    330 W. Wacker Drive, Suite 2100
    Chicago, IL  60606

s/ Marianne Goldstein Robbins
Marianne Goldstein Robbins
Previant, Goldberg, Uelmen,
Gratz, Miller, & Brueggeman, s.c.
1555 N. RiverCenter Drive - Suite 202
P.O. Box 12993
Milwaukee, WI    53212
Telephone:    (414) 271-4500
Facsimile:    (414) 271-6308
mgr@previant.com
Attorneys for IBEW Local 663 and
IAMAW District 10