# EXHIBIT A

**Wolf, Jason**

---

**Subject:**    RE: Delphi--Supplemental Producion of Rothschild Documents I

-----Original Message-----
From: Steingart, Bonnie [mailto:SteinBo@friedfrank.com]
Sent: Saturday, January 06, 2007 7:53 PM
To: Campanario, Nick; | Latham & Watkins: Rosenberg, Robert; mitchell.seider@lw.com;
steinbo@friedfrank.com; torrede@friedfrank.com; goddada@friedfrank.com;
tkennedy@kjmlabor.com; Adrienne.Wheatley@lw.com; drosner@kasowitz.com; mfay@kasowitz.com;
jgleit@kasowitz.com; Mark.Broude@lw.com; | Latham & Watkins: Brandt, James;
tlauria@whitecase.com; gkurtz@ny.whitecase.com; dbaumstein@ny.whitecase.com;
gbray@milbank.com; cbell@milbank.com; dcohen2@milbank.com; Michael.kessler@weil.com;
jeff.tanenbaum@weil.com; | Weil: Ommen, Todd; robert.lemons@weil.com;
blair.connelly@lw.com; jgleit@kasowitz.com; sjennik@kjmlabor.com;
kenric.kattner@haynesboone.com; lenard.parkins@haynesboone.com;
brian.hail@haynesboone.com; judith.elkin@haynesboone.com; kourtney.lyda@haynesboone.com;
john.penn@haynesboone.com
Cc: Hogan III, Albert; Corcoran, Sean P
Subject: RE: Delphi--Supplemental Producion of Rothschild Documents I

to the extent you are now offering the testimony of mr. resnick and documents as well, it
is inappropriate to make a partial production.  we hereby call for the production of all
rothschild documents concerning the framework agreements, including but not limited to
communications with the debtors, and any and all third parties.  the relevant time frame
is november 1 through the present.  absent complete production of the documents described
in the preceding sentence we will object to the introducion of any testimony of
mr.resnick.  Al, if you have any questions or concerns or would like to discuss the
foregoing, you can reach me in the office tomorrow after 12 and anytime by email.

_____

From: Campanario, Nick [mailto:NCAMPANA@skadden.com]
Sent: Sat 1/6/2007 6:02 PM
To: | Latham & Watkins: Rosenberg, Robert; mitchell.seider@lw.com; steinbo@ffhsj.com;
torrede@ffhsj.com; goddada@ffhsj.com; tkennedy@kjmlabor.com; Adrienne.Wheatley@lw.com;
drosner@kasowitz.com; mfay@kasowitz.com; jgleit@kasowitz.com; Mark.Broude@lw.com; | Latham
& Watkins: Brandt, James; tlauria@whitecase.com; gkurtz@ny.whitecase.com;
dbaumstein@ny.whitecase.com; gbray@milbank.com; cbell@milbank.com; dcohen2@milbank.com;
Michael.kessler@weil.com; jeff.tanenbaum@weil.com; | Weil: Ommen, Todd;
robert.lemons@weil.com; blair.connelly@lw.com; jgleit@kasowitz.com; sjennik@kjmlabor.com;
kenric.kattner@haynesboone.com; lenard.parkins@haynesboone.com;
brian.hail@haynesboone.com; judith.elkin@haynesboone.com; kourtney.lyda@haynesboone.com;
john.penn@haynesboone.com
Cc: Hogan III, Albert; Corcoran, Sean P
Subject: Delphi--Supplemental Production of Rothschild Documents I

Counsel, this is the first of two e-mails containing documents that David Resnick and/or
Rothschild Inc. developed in connection with formulating the views and opinions that Mr.
Resnick expressed to Delphi Corporation's Board of Directors. The documents in this set
bear Bates numbers DELPHI-FL 002032 through DELPHI-FL 002093. As with all documents
produced by the Debtors in connection with the framework motion, these documents are
subject to the stipulations and agreed protective orders executed in connection with the
motion.

Nick D. Campanario
Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2200
Chicago, Illinois 60606-1285
Tel: (312) 407-0974
Fax: (312) 407-0411

E-mail: ncampana@skadden.com

--------------------------------------------------------------------
To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

******************************************************
This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
******************************************************
============================================================================