**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                                                       Chapter 11

                                                                                             Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                        Jointly Administered

                                         Debtors

----------------------------------------------------------------x

# **ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

     UPON the motion of Lenard M. Parkins, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Lenard M. Parkins, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 8, 2007
         New York, New York

                                       /s/Robert D. Drain_____
                                       UNITED STATES BANKRUPTCY JUDGE