**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                          Chapter 11

                                                Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                     Jointly Administered

                    Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Kenric D. Kattner, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Kenric D. Kattner, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 8, 2007
         New York, New York

                                    /s/Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE