Lori V. Vaughan *(admitted Pro Hac Vice)*
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
(212) 682-7474
*-and-*
Judy A. O'Neill *(admitted Pro Hac Vice)*
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226
(313) 234-7100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             )
In re:                                                       )
                                                             )    Chapter 11
DELPHI CORPORATION, et al.,                                  )    Case No. 05-44481 (RDD)
                                                             )    Jointly Administered
                    Debtors.                                 )
-------------------------------------------------------------x

## AMENDED RULE 2019 VERIFIED STATEMENT
## OF ATTORNEY FOR MULTIPLE CREDITORS

1. Foley & Lardner LLP ("F & L"), filed its Rule 2019 Verified Statement of Attorney for Multiple Creditors on November 1, 2005 and hereby submits this Amended Rule 2019 Verified Statement of Attorney for Multiple Creditors to include the following creditors of Delphi Corporation, et al., (the "Debtors") in addition to those creditors listed on the statement filed on November 1, 2005, as are listed below:

| NAME AND ADDRESSES OF CREDITOR | NATURE OF CREDITOR'S CLAIM | AMOUNT OF CREDITOR'S CLAIM and TIME OF ACQUISITION |
|---|---|---|
| Kuss Corporation | Trade Debt/ Supply Contracts | Approximately $700,000; Pre-Petition Claim |
| Peugeot Japy Industries S A Usine Sous-Roches 25402 Audincourt Cedex France | Trade Debt/ Supply Contracts | Approximately $933,276.00; Pre-Petition Claim |

2.  F & L has extensive experience in representing creditors in Chapter 11 cases and is qualified to represent the entities listed above.

## VERIFICATION

I hereby certify that, based on inquiry, I have personal knowledge of the matters contained in this statement and that the foregoing facts and representations are true and correct.

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ Lori V. Vaughan
Lori V. Vaughan  *(admitted Pro Hac Vice)*
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

*-and-*

Judy A. O'Neill *(admitted Pro Hac Vice)*
500 Woodward Ave., Suite 2700
Detroit, Michigan 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Executed on this 8th day of January, 2007