**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                                Chapter 11

                                                                      Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                            Jointly Administered

                          Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Thomas R. Kreller, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Thomas R. Kreller, is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: January 8, 2007
          New York, New York

                                          /s/Robert D. Drain_____
                                          UNITED STATES BANKRUPTCY JUDGE