UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                    :        Chapter 11

In re                         :

                                  :        Case No. 05-44481 (RDD)

**DELPHI CORPORATION, et al.,**    :

                                  :        (Jointly Administered)

                                  :

**Debtors**                   :
------------------------------------------------------x

## ORDER FOR ADMISSION TO PRACTICE: *PRO HAC VICE*

David S. Cohen, a member in good standing of the Bars of the State of Georgia and District of Columbia, having requested admission, *pro hac vice*, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, to represent Cerberus Capital Management, L.P. and Dolce Investments LLC in the above referenced cases; and having paid the required $25 filing fee due at the time of filing such motion; it is

**ORDERED**, that David S. Cohen, is admitted to practice *pro hac vice* in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York.

Date: January 8, 2007
      New York, New York

                                                              /s/Robert D. Drain
                                                              United States Bankruptcy Judge