**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
James E. Brandt (JB-3400)
Blair Connelly (BC-0237)
Email:   robert.rosenberg@lw.com
         mitchell.seider@lw.com
         mark.broude@lw.com
         james.brandt@lw.com
         blair.connelly@lw.com

Counsel for The Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Cases |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**MOTION PURSUANT TO SECTIONS 105(a) AND 107(b) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 FOR
ORDER AUTHORIZING MOVANTS TO FILE UNDER SEAL
THE JOINT EXPEDITED MOTION TO COMPEL DOCUMENTS AND
TESTIMONY IMPROPERLY WITHHELD AS PRIVILEGED**

TO:   THE HONORABLE ROBERT D. DRAIN
      UNITED STATES BANKRUPTCY JUDGE:

By and through their respective counsel, the Official Committee of Unsecured Creditors ("Creditors' Committee"), the Official Committee of Equity Security Holders ("Equity Committee"), and the Ad Hoc Trade Committee, (collectively, the "Committees") of Delphi

NY\1229549.1

Corporation as a debtor in possession and a reorganized debtor ("Delphi" or "Debtors"), hereby respectfully request leave of Court, pursuant to 11 U.S.C. § 107(b) and Bankruptcy Rule 9018, to file under seal the following documents which are or reference materials designated as Confidential or Highly Confidential in this matter:

      1.  The Committees' Joint Expedited Motion to Compel Documents and Testimony Improperly Withheld as Privileged; and

      2.  All Exhibits affixed to the Committees' Joint Expedited Motion.

      3.  Each of the above documents contains copies, excerpts of, or references to, deposition transcripts and production documents that have been designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order entered in this matter.

      4.  Pursuant to the Protective Orders in this matter, if documents, materials, or information (including portions of deposition transcripts) designated as Confidential or Highly Confidential are to be included in any papers to be filed in this Court, counsel seeking to file such documentation shall seek a protective order under U.S.C. §107 (b) and move to file under seal those portions of the proposed filing containing information subject to the Protective Order.

5.  The Committees respectfully request leave to file under seal the above referenced materials.

Dated:  January 8, 2007
New York, New York

**LATHAM & WATKINS LLP**

By: /s/ Robert J. Rosenberg
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone:  (212) 906-1200

Counsel for the Official Committee of
Unsecured Creditors

- 3 -

NY\1229549.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Cases |
| DELPHI CORPORATION, <u>et al.</u>, | ) | Case No. 05-44481 (RDD) |
| Debtors. | ) | Jointly Administered |

**ORDER AUTHORIZING MOVANTS TO FILE UNDER SEAL
THE JOINT EXPEDITED MOTION TO COMPEL DOCUMENTS AND
TESTIMONY IMPROPERLY WITHHELD AS PRIVILEGED AND ALL
ATTACHED EXHIBITS**

PENDING BEFORE THE COURT is the Official Committee of Unsecured Creditors' Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Order Authorizing Movants to File Under Seal the Joint Expedited Motion to Compel Documents and Testimony Improperly Withheld as Privileged.  (Ct. Rec. ___).

The Court has considered the file and pending Motion, and is fully informed. Accordingly,

**IT IS ORDERED THAT**:

1. The Official Committee of Unsecured Creditors' Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Order Authorizing Movants to File Under Seal the Joint Expedited Motion to Compel Documents and Testimony Improperly Withheld as Privileged, **Ct. Rec. ___ ,** is **GRANTED**.

2. The Joint Expedited Motion to Compel Documents and Testimony Improperly Withheld as Privileged and all Affixed Exhibits shall be **FILED UNDER SEAL**.

NY\1229549.1

**IT IS SO ORDERED**.

Dated: _____, 2007    _____
                                HON. ROBERT D. DRAIN
                                UNITED STATES BANKRUPTCY JUDGE

- 2 -

NY\1229549.1