**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**Delphi Corporation, <u>et al.</u>,**<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007 I caused to be served Samtech Corporation's Response to Debtors' Fifth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (a) Claims With Insufficient Documentation and (b) Claims Not Reflected on Debtors' Books and Records (The "Fifth Omnibus Objection") by causing copies of the same to be delivered via electronic filing and via federal express as set forth in Notice of Objection to Claim on the following:

Honorable Robert D. Drain, U.S.B.J.
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

　　　　　　　Duane Morris LLP,
　　　　　　　/s/ Joseph Lemkin
　　　　　　　Joseph Lemkin, Esq.
　　　　　　　744 Broad Street, Suite 1200
　　　　　　　Newark, New Jersey 07102
　　　　　　　Telephone: (973) 424-2000

Dated: January 9, 2007
　　　　Newark, New Jersey

DM3\436165.1