David S. Rosner (DR-4214)
Michael M. Fay (MF-7006)
Adam L. Shiff (AS-7571)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel to the Delphi Trade Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
| | |
|---|---|
| In re                        : | Chapter 11 |
|                              : | |
| DELPHI CORPORATION, <u>et al.</u>,   : | Case No. 05-44481 (RDD) |
|                              : | |
| Debtors.          : | (Jointly Administered) |

-------------------------------------------------------x

NOTICE OF WITHDRAWAL

The Committee of Delphi Trade Claim Holders (the "<u>Delphi Trade Committee</u>"), by and through its undersigned counsel, hereby withdraws its *Preliminary Objection of the Delphi Trade Committee to the Expedited Motion for Order Authorizing and Approving the Equity Purchase and Commitment Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and the Plan Framework Support Agreement Pursuant to Sections 105(a), 363(b) and 1125(e) of the Bankruptcy Code* [docket no. 6254].

The Delphi Trade Committee also withdraws its participation in, and support for, the following joint pleadings:

- *Joint Opposition of the Official Committee of Unsecured Creditors, Official Committee of Equity Security Holders and the Ad Hoc Trade Committee to the Debtor's Motion Under Fed. R. Bankr. P 9016 and Fed. R. Civ. P. 45 to Quash Trial Subpoenas Served on Robert S. Miller and John D. Opie* [docket no. 6470];

- *Joint Emergency Motion of The Official Committee of Unsecured Creditors, Official Committee of Equity Security Holders and the Ad Hoc Trade Committee to Preclude Testimony of David L. Resnick Relating to Debtors' Expedited Motion for Order Authorizing and Approving Equity Purchase and Commitment Agreement Pursuant to 11 U.S.C. § 105(a), 363(b), 503(b), and 507(a) and Plan Framework and Support Agreement Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 1125(e)* [docket no. 6471]; and

- *Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Order Authorizing Movants to File Under Seal the Joint Expedited Motion to Compel Documents and Testimony Improperly Withheld As Privileged* [docket no. 6493].

This withdrawal is in reliance on the terms of the settlement reached among the Delphi Trade Committee, the Debtors, and the Plan Investors as set forth in the electronic mail communications among counsel this morning.

Dated: New York, New York
January 9, 2007

        KASOWITZ, BENSON, TORRES
        &amp; FRIEDMAN LLP

        /s/ David S. Rosner
        David S. Rosner (DR-4214)
        Michael M. Fay (MF-7006)
        Adam L. Shiff (AS-7571)
        1633 Broadway
        New York, New York 10019
        Telephone: (212) 506-1700
        Facsimile: (212) 506-1800