HONORABLE JUDGE ROBERT D. DRAIN    JAN 3, 2007
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, ROOM 610
NEW YORK, NEW YORK 10004


ON JUNE 13TH 2000 I WAS SOLD $10,000 WORTH OF DELPHI COMMON STOCK. ON MARCH 3RD 2005 I WAS SOLD ANOTHER $10,000 WORTH OF DELPHI COMMON STOCK, FOR A TOTAL OF $20,000 DOLLARS.

DELPHI CORPORATION AND FIDELITY INVESTMENT COMPANIES SOLD THIS STOCK IN A FRAUDULENT SCHEME, TO MAKE DELPHI'S EMPLOYEES BELIEVE THAT THEY PAINTED AN HONEST PICTURE OF DELPHI'S FINANCIAL HEALTH. SO THE EMPLOYEES WOULD INVEST IN THE STOCK FROM THEIR OWN RETIREMENT PROGRAMS.

THE MANAGERS AT BOTH COMPANIES HAD A DUTY TO CONVEY TO IT'S MEMBERS COMPLETE AND ACCURATE INFORMATION ABOUT IT'S TRUE FINANCIAL PICTURE.

ALAN DAWES WAS FINED BY THE SECURITIES AND EXCHANGE COMMISSION FOR PARTICIPATING IN OR AIDING AND ABETTING THE COMPANY'S FRAUD.

FINES AND RESTITUTION FOR ALAN DAWES WAS $687,000.

I RECEIVED FROM THE DELPHI CORPORATION $2,025.36 AFTER THEY SOLD MY STOCK FOR .32 CENTS A SHARE. THEY SCREWED ME OUT OF $17,974.64 WHICH I ASK THE COURT TO RETURN 100% OF MY CLAIM RETURNED TO MY FIDELITY RETIREMENT ACCOUNT.

THESE CROOKED COMPANY'S SHOULD NOT BE GIVEN THE

RECEIVED JAN - 9 2007 USBC-SDNY RDD

OPPORTUNITY TO RIP OFF THEIR EMPLOYEES RETIREMENT ACCOUNTS.

PLEASE YOUR HONOR......... DO NOT LET THESE COMPANY'S ATTORNEYS TAKE AVENGE OF THE COMMON STOCK HOLDERS RIGHTS.

DELPHI'S ATTORNEYS ARE CONTINUING TO HARASS ME WITH LETTERS TELLING ME THAT I AM OWED THIS MONEY AND THAT MEDIATORS WILL A CARE OF THIS MATTER. THE LETTER IS DATED DEC. 11, 2006

I RECEIVED ANOTHER LETTER TODAY JAN. 3, 2007 SAYING BASED ON ALLEGED SECURITIES FRAUD OR COMMON LAW FRAUD PROOFS OF CLAIM SHOULD BE DISALLOWED AND EXPUNGED.

YOUR HONOR..... WE NEED YOU TO RULE ON THIS MATTER NOT DELPHI'S MULTI-MILLION DEFENSE TEAMS.
THANK YOU

TERRY R. MOCNY 141 NORMAN STREET VASSAR MICHIGAN 48768 1-989-823-2943

*Terry R. Mocny SR.* (signature)



The Saginaw News Friday 12-29-2006

# BUSINESS/LABOR

## SEC to file claims against Delphi execs

THE ASSOCIATED PRESS

The Securities and Exchange Commission has approved the filing of civil fraud claims against the former chief executive of auto parts maker Delphi Corp. and against its former chief financial officer in connection with accounting improprieties, The Wall Street Journal reported.

The SEC's five-member commission voted unanimously Wednesday to approve a settlement with Delphi in which the auto parts maker would settle claims of accounting improprieties that resulted in a multi-year restatement of earnings, the newspaper said on its Web site Thursday.

The Troy-based company, which is in bankruptcy court protection, won't be subject to a penalty, the people said.

Delphi spokeswoman Claudia Piccinin declined comment but said, "Delphi has been cooperating with the SEC investigation."

Former Chairman and Chief Executive J.T. Battenberg III will be named in a civil complaint and is expected to fight the allegations, the paper said. Battenberg's attorney, William Jeffress, didn't respond to an e-mail.

Former Chief Financial Officer Alan Dawes also is expected to be named in the paper said. Dawes has agreed to a settlement, which the commission has approved, those people said. Dawes' attorney, Michael Bierce, had no comment.

The SEC is also suing nearly a dozen Delphi former executives who will face civil claims against according to the newspaper.

Shares traded on NYSE: 3,258,202,910
- Up 2,200
- Down 1,002
- Unchanged 495

| | | |
|---|---|---|
| NYSE Index | 8,845.32 | ▲ Up 49.98 |
| S&P Composite | 1,309.08 | ▲ Up 6.16 |
| Dow Jones Ind. | 12,463.66 | ▲ Up 28.98 |
| Nasdaq | 2,719.10 | ▲ Up 22.51 |

Terry R. Mocny
141 Norman St.
Vassar, MI 48768

"PERSONAL"





HONORABLE JUDGE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, ROOM 610
NEW YORK, NEW YORK 10004



"PERSONAL"

Terry R. Mocny
141 Norman St.
Vassar, MI 48768

HONORABLE JUDGE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, ROOM 610
NEW YORK, NEW YORK 10004

05-44481-rdd    Doc 6507    Filed 01/09/07    Entered 01/09/07 15:12:00    Main Document
                                    Pg 5 of 5