David S. Rosner (DR-4214)
Michael M. Fay (MF-7006)
Adam L. Shiff (AS-7571)
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel to the Delphi Trade Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------x

## STATEMENT OF THE DELPHI TRADE COMMITTEE IN SUPPORT OF THE EXPEDITED MOTION FOR ORDER AUTHORIZING AND APPROVING THE EQUITY PURCHASE AND COMMITMENT AGREEMENT PURSUANT TO SECTIONS 105(a), 363(b), 503(b) AND 507(a) OF THE BANKRUPTCY CODE AND THE PLAN FRAMEWORK SUPPORT AGREEMENT PURSUANT TO SECTIONS 105(a), 363(b) AND 1125(e) OF THE BANKRUPTCY CODE

Based upon agreements reached between the Debtors, the Plan Investors, and the

Committee of Delphi Trade Claim Holders (the "Delphi Trade Committee"), the Delphi Trade

Committee, by and through its undersigned counsel, hereby affirmatively supports the Debtors'

*Expedited Motion for Order Authorizing and Approving Equity Purchase and Commitment*

*Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and*

*the Plan Framework Support Agreement Pursuant to Sections 105(a), 363(b) and 1125(e) of the*

*Bankruptcy Code.*

This statement in support is in reliance on the terms of the settlement reached among the Delphi Trade Committee, the Debtors, and the Plan Investors as set forth in the electronic mail communications among counsel this morning.


Dated: New York, New York
       January 9, 2007

                                        KASOWITZ, BENSON, TORRES
                                        & FRIEDMAN LLP

                                        /s/ David S. Rosner
                                        David S. Rosner (DR-4214)
                                        Michael M. Fay (MF-7006)
                                        Adam L. Shiff (AS-7571)
                                        1633 Broadway
                                        New York, New York 10019
                                        Telephone: (212) 506-1700
                                        Facsimile:  (212) 506-1800