## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK (Manhattan)

| | | |
|---|---|---|
| **In re:** | ) | |
| **DELPHI CORPORATION,** *et al* | ) | **Case No. 05-44481 (RDD)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| | ) | **Chapter 11** |
| | ) | |
| | ) | |
| | ) | |
| **Debtors** | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF LARRY LATTIG IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF MESIROW FINANCIAL CONSULTING, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

State of New York   )
                  ) ss:
County of New York  )

I, Larry Lattig, being duly sworn, depose and say:

1. I am a Senior Managing Director of Mesirow Financial Consulting, LLC ("MFC"), a professional services firm engaged in the business of providing financial advisory and related professional consulting services. MFC is a wholly-owned subsidiary of Mesirow Financial Holdings, Inc., a diversified financial services firm which also offers services in investment management, insurance services, investment services, investment banking and real estate (collectively "Mesirow Financial"). I submit this supplemental affidavit (the "Supplemental Affidavit") on behalf of MFC, pursuant to Rules 2014 (a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules"), with respect to the retention and employment of MFC as financial advisors to the Official Committee of Unsecured Creditors (the "Committee") appointed in the Debtor's Chapter 11 case of Delphi Corporation, et al, debtors and debtors-in-possession herein (collectively, the "Debtors"). Except as otherwise indicated, I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.[1]

2.   On November 17, 2005, I filed an Affidavit (the "Affidavit") in Support of the Application for Entry of Order Authorizing the Employment and Retention of MFC as Financial Advisors to the Official Committee of Unsecured Creditors of the Debtors (the "Application")[2] pursuant to sections 328, 1103(a) and 1103(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Bankruptcy Rules and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules").

3.   On November 28, 2005, the Committee made the Application and on January 6, 2006, this Court entered an order (the "Employment Order") authorizing the Committee to employ and retain MFC as financial advisors to the Committee effective as of October 19, 2005.  The Application, Affidavit, and Employment Order are incorporated herein by reference, as if fully set forth herein.

4.   This Supplemental Affidavit supplements those disclosures previously made by MFC in the Affidavit.

---

[1] Certain of the disclosures herein relate to matters within the knowledge of other professionals at MFC.
[2] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

## DISINTERESTEDNESS OF PROFESSIONALS

5.  This Supplemental Affidavit discloses additional connections that have come to our attention since the Original Affidavit was filed on November 17, 2005 as a result of an updated search of MFC's client database for connections to the names listed on Exhibit A attached to the Affidavit and as a result of additional names provided by the Committee's counsel. The names provided to MFC by the Committee's counsels are set forth in Exhibit A attached hereto.

6.  Based upon the database search described above, MFC does not represent any other entity having an adverse interest in connection with this case, and does not represent or hold an interest adverse to the interests of the estates with respect to the matter on which MFC will be employed, in accordance with section 328(c) and 1103(b) of the Bankruptcy Code.

7.  Subject to the Affidavit and this Supplemental Affidavit, to the best of my knowledge, MFC does not hold or represent an interest adverse to the estates and remains a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

8.  To the best of my knowledge, except as disclosed in the Affidavit, or as set forth herein and in Exhibit B attached hereto and incorporated herein by reference and subject to the limitations discussed above, MFC has no other connections with the Debtor, creditors and any other party-in-interest, or their respective attorneys and advisors.

9.  Each of MFC's connections listed on Exhibit B in the Affidavit or as set forth in Exhibit B attached hereto or as referenced herein, are unrelated to this Chapter 11 case and do not have any effect on MFC's ability to perform in its role as financial advisor to the Committee.

10. MFC has not provided, and will not provide, any professional services to any of the individual creditors, other parties-in-interest, or their respective attorneys and accountants, with respect to any matter related to this case.

11. If and when additional information becomes known with respect to any other relationships that may exist between MFC or its professionals and the Debtor, creditors, or any other party-in-interest which may affect this case, supplemental affidavits describing such information will be filed with the Court.

12. This Supplemental Affidavit is provided in accordance with section 328(c) and 1103(b) of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1.

I have read this Supplemental Affidavit, and, to the best of my knowledge, information and

belief, the contents of said Supplemental Affidavit are true and correct.

Larry Lattig
Senior Managing Director
Mesirow Financial Consulting, LLC
666 Third Ave, 21st Floor
New York, NY 10017

Sworn to and subscribed before me this 5TH
day of January, 2007.

Anne V. Miller

Notary Public

State of  NEW YORK

County of  NEW YORK

ANNE V. MILLER
Notary Public, State of New York
No. 01MI6079551
Qualified in New York County
Commission Expires August 26, 2010

## EXHIBIT A

This information is being provided in connection with the Affidavit of Larry Lattig in support of the Application for Order Authorizing the Employment and Retention of Mesirow Financial Consulting, LLC as Financial Advisors to the Official Committee of Unsecured Creditors. The following names were compared to Mesirow Financial Consulting LLC's client data base and certain portions of Mesirow Financial Holdings, Inc.'s client database to identify any connection or relationship:

a.   **Debtors. Affiliates and Subsidiaries**

Delphi Corporation

ASEC Manufacturing General Partnership
ASEC Sales General Partnership
Aspire, Inc.
Delco Electronics Overseas Corporation
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems Global (Holding), Inc.
Delphi Automotive Systems Human Resources LLC
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems Korea, Inc.
Delphi Automotive Systems LLC
Delphi Automotive Systems Overseas Corporation
Delphi Automotive Systems Risk Management Corp.
Delphi Automotive Systems Services LLC
Delphi Automotive Systems Tennessee, Inc.
Delphi Automotive Systems Thailand, Inc.
Delphi China LLC
Delphi Connection Systems
Delphi Diesel Systems Corp.
Delphi Electronics (Holding) LLC

Delphi Foreign Sales Corporation
Delphi Integrated Service Solutions, Inc.
Delphi International Holdings Corp.
Delphi International Services, Inc.
Delphi Liquidation Holding Company
Delphi LLC, Delphi Mechatronic Systems, Inc.
Delphi Medical Systems Colorado Corporation
Delphi Medical Systems Corporation
Delphi Medical Systems Texas Corporation
Delphi NY Holdings Corporation
Delphi Services Holding Corporation
Delphi Technologies, Inc.
DREAL, Inc.
Environmental Catalysts, LLC
Exhaust Systems Corporation
Packard Hughes Interconnect Company
Specialty Electronics, Inc.
Specialty Electronics International Ltd.

b.   **Non filing entities**

Delphi Automotive Systems-Ashimori LLC
Delphi Foundation, Inc
Delphi Furukawa Wiring Systems LLC
Delphi Receivables, LLC
Delphi Trust I
Delphi Trust II
Delphi Trust III

Delphi Trust IV
EnerDel, Inc.
HE Microwave LLC
InPlay Technologies, Inc.
MobileAria, Inc.
PBR KnoxvilleLLC

c.     **Directors (August 2004- Present)**

Brust, Robert H.                          Naylor, Craig G.
Colbert, Virgis W.                        Neto, Oscar Paula Bernardes
Dellinger, Robert J.                      O'Neal, Rodney
Englar, John D.                           Opie, John D.
Farr, David N.                            Sheehan, John D.
Gottschalk, Bernd                         Sherbin, David M.
Irimajiri, Shoichiro                      Walker, John H.
Milchorich, Raymond J.                    Welch, Martin E.
Miller, Robert S.

d.   **Significant Employee Related Parties (including unions, pension plan trustees and administrators of benefit plans)**

International Association of Electronic, Electrical,       Pension Benefit Guaranty Corporation
    Salaried Machine and Furniture Workers-               United Auto Workers
    Communication Workers of America                      United Steel Workers

e.  **Significant Professionals**

FTI Consulting Inc.                       Rothschild Inc.
Groom Law Group Chartered                 Shearman & Sterling LLP
Jefferies & Company, Inc.                 Skadden, Arps, Slate, Meagher & Flom LLP
Kurtzman Carson Consultants LLC           Togut Segal & Segal LLP
Latham & Watkins LLP                      Warner Stevens, L.L.P.
O'Melveny & Myers LLP

f.   **Significant Vendors**

Alps Automotive                           Panasonic Automotive
American Axle & Manufacturing Inc.        PBR Automotive USA Pacific Group Ltd.
Applied Bio Systems                       Philips Semiconductors
Autocam Corporation                       Pioneer Automotive Electronics Sales Inc.
Aw Transmission Engineering Aisin Seiki Co Ltd.   Pioneer Industrial Components
Engelhard Corporation                     Robert Bosch Corporation
Flextronics International Asia Pacific     Semiconductor Components
Freescale Semiconductor Inc.              SGS Thompson
Fujitsu Ten Corporation                   Sharp Electronic Corp.
Futaba Corp of America                    Siemens Automotive Ltd.
General Motors Corporation                Solectron De Mexico SA de CV
Hitachi Chemical Asia Pacific             TDK Corporation of America
HSS LLC                                   Texas Instruments Inc.
Infineon Technologies                     TI Group Automotive Systems
ISI of Indiana Inc.                       Timken Company
Methode Electronics Inc.                  Traxle Manufacturing Ltd.
Molex Inc.                                TRW Automotive
Murata Electronics North                  Tyco Electronics Corp.
NEC Electronics Inc.                      Victory Packaging
Niles USA Inc.                            Waupaca Foundry Inc.
Olin Corp.

g.  **Significant Holders of Unsecured Debt (and Parties Related Thereto)**

Dodge & Cox                                    Capital Research & Management Company
Brandes Investment Partners LLC                State Street Global Advisors


h.  **Significant Banking Relationships (including investment banks, potential DIP Lenders)**

Citibank, N.A.                                 J.P. Morgan Securities


i.  **Trustees**

**Designated Trustees of Unsecured Debt**
Wilmington Trust Company


j.  **Objecting/Adverse Parties/Postpetition Parties:**

Alcan Rolled Products-Ravenswood, LLC          Miniature Precision Components
Alicia M. Leonhard                             Motion Industries, Inc.
Appaloosa Management L.P.                       National Molding Corp.
Avenue Capital Group                            Omega Tool Corp.
Baker Hughes Incorporated                       OSRAM Opto Semiconductors Inc.
Baker Petrolite Corporation                     Penn United Technology
Barnes Group Inc,                               Pioneer Automotive Technologies, Inc.
Benteler Automotive Corp.                       Pridgeon & Clay, Inc.
CSX Transporation, Inc.                         Pullman Bank and Trust Company
D.C. Capital Partners, L.P.                     Robin Industries, Inc.
Daewoo International (America) Corp.            SBC Communications Inc.
Detroit Heading, LLC                            Sensus Precision Die Casting, Inc.
DK Acquisition Partners LP                      Serigraph, Inc.
ENTEK International, LLC                         Sojitz Corporation of America
ESPEC North America, Inc.                       Sony Electronics, Inc.
Flextronics Technology (M) SDN. BHD             Specmo Enterprises
GKN Sinter Metals, Inc.                         Sumitomo Corporation of America
Hitachi Magnetics Corporation                   TRW Canada Limited
Hoover Precision Products, Inc.                 TRW Electronica Ensambles S.A. de C.V.
INA USA, Inc.                                   TRW Vehicle Safety Systems, Inc.
Kensington International Limited                 Valeo Climate Control Corp.
Koyo Corporation                                Venture Plastics, Inc.
L&W Engineering Co.                             Worthington Steel Company
Longacre Fund Management  LLC                   Wren Industries, Inc.
Mercedes-Benz International, Inc.               XM Satellite Radio, Inc.

k.  **Master Service List and 2002 List** (where not previously noted)

| | |
|---|---|
| Aluminum International, Inc. | Motorola Semiconductor Systems |
| American Finance Group, Inc. | National City Commercial Capital |
| APS Clearing Inc. | Norsk Hydro Canada, Inc. |
| Bank of Lincolnwood | Oki Semiconductor Company |
| Bing Metals Group, Inc. | Phillips Nizer LLP |
| Brazeway, Inc. | Precision Mold and Tool Group |
| Brembo S.p.A. | QAD.Inc. |
| Calsonic Kansei North America, Inc. | Quadrangle Debt Recovery Advisors, LLC |
| Cerberus Capital Management, L.P. | Quadrangle Group LLC |
| Compuware Corporation | Reliable Castings |
| Crown Enterprises, Inc. | SAP America, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Schunk Graphite Technology |
| Federal Express Corporation | Siemens Logistics Assembly Systems, Inc. |
| Honigman Miller Schwartz & Cohen LLP | Simpson Thacher & Bartlett LLP |
| ICX Corporation | Solectron Corporation |
| Internal Revenue Service | Solectron Invotronics |
| ITW Mortgage Investments IV, Inc. | Taiho Corporation of America |
| KDS America | Thyssenkrupp Stahl Company |
| Kramer Levin Naftalis & Frankel LLP | Thyssenkrupp Waupaca, Inc. |
| Kuss Corporation | Toshiba America Electronic Components, Inc |
| Madison Capital Management | Toyota Tsusho America, Inc. |
| Marshall E. Campbell Company | Umicore Autocat Canada Corporation |
| McDermott Will & Emery LLP | Victory Packaging |
| McTigue Law Firm | Weil, Gotshal & Manges LLP |
| MeadWestvaco Corporation | Worker's Compensation Agency |

l.  **SDNY Judges and US Trustees**

| | |
|---|---|
| Deirdre A. Martini | Robert D. Drain |
| Elizabeth J. Austin | Tracy Hope Davis |
| Mary Elizabeth Tom | |

m.  **Additional Parties**

| | |
|---|---|
| Alpine Electronics of America, Inc. | NGK Automotive Ceramics USA, Inc. |
| Ameritech Credit Corporation | Offshore International, Inc. |
| Buck Consultants, LLC | Ontario Limited |
| Compuware Corporation | Paul Hastings Janofsky & Walker LLP |
| Corning Incorporated | SBC Capital Services |
| Entergy Services, Inc. | ThyssenKrupp Budd Systems, LLC |
| Gene T.Moore | |

n.   **Additional 2002 Parties**

Continental Cass
Riverside Claims

o.   **Additional Retained Professionals**

Banner & Witcoff, Ltd.
Blake, Cassels & Graydon LLP
Butzel, Long
Cadwalader, Wickersham & Taft, LLP
Chanin Capital Partners LLC
Covington & Burling LLP
Dickinson Wright PLLC
Fried, Frank, Harris, Shriver & Jacobson LLP
Howard & Howard Attorneys, P.C.

Jaeckle, Fleischmann & Mugel, LLP
Jones Lang Lasalle Americas, Inc.
Lazard Freres & Co.
Price, Heneveld, Cooper, DeWitt & Litton, LLP
Quinn Emanuel Urquhart Oliver & Hedges
Rader Fishman & Grauer LLP
Thompson Hine & Flory, LLP
Wilmer, Cutler, Pickering, Hale & Dorr LLP

p.   **Additional Parties**

A.T. Kearney, Inc.
Argo Partners, Inc.
Avenue Capital Management, LLC
Bishop, Sr. James E.
Hain Capital Group
James H. Kelly
James Koury
Kaiser Aluminum & Chemical Corporation
King Street Capital Management, L.L.C.
King Street Capital, L.P.

King Street Capital, Ltd.
King Street Institutional, L.P.
Luqman Yacub
Marathon Asset Management LLC
Merrill Lynch Credit Products, LLC
Pardus Capital Management, L.P.
Pardus European Special Opportunities Master Fund,
L.P.
SPCP Group, L.L.C.

# EXHIBIT B

This information is being provided in connection with the Affidavit of Larry Lattig in support of the Application for Order Authorizing the Retention and Employment of Mesirow Financial Consulting, LLC's as Financial Advisors to the Official Committee of Unsecured Creditors. Mesirow Financial Consulting, LLC currently renders or has previously rendered services in matters unrelated to these Chapter 11 cases for the following entities:

| Counterparty | Mesirow Entity/Relationship |
|---|---|
| Capital Research and Management | Institutional markets – Fixed Income |
| CSX Transportation Inc. | Mesirow Financial Consulting – Partners to actual or potential litigation |
| Dodge and Cox | Institutional markets – Fixed Income |
| FTI Consulting Inc. | |
| Groom Law Group Chartered | |
| HSS LLC | Former KPMG client that did not transfer to Mesirow Financial |
| Kurtzman Carson Consultants | |
| Miller, Robert, S | |
| SAP America, Inc. | Mesirow Financial Insurance |
| Sherbin, David, M | |
| Skadden Arps Slate Meagher & Flom LLP | |
| Sony Electronics Inc. | Mesirow Financial Insurance |
| State Street Associates LLC | Mesirow Financial Insurance and Real Estate |
| State Street Bank & Trust Co | Listed Equity client |
| State Street Capital Markets LLC | Institutional markets – Fixed Income |
| State Street Global Advisors | Institutional markets – Fixed Income |
| TDK Corporation of America | Mesirow Financial Insurance |
| Togut Segal & Segal LLP | |
| Tyco Electronics Power Systems Inc. | Mesirow Financial Consulting - Parties to significant actual or known potential litigation |
| Wilmington Trust Company | Mesirow Financial Insurance and Public Finance |