SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

APPLICATION UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE*

("PRO HAC VICE APPLICATION")

1. Kayalyn A. Marafioti ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Skadden, Arps, Slate, Meagher and Flom LLP ("Skadden, Arps"), hereby submits this application (the "Application") for an order permitting Kurt Ramlo of Skadden, Arps to practice pro hac vice before the United States Bankruptcy Court for the Southern District of New York and to appear and represent Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), under Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York (the "Local Rules"). In support of the Application, the Movant states as follows:

2. Kurt Ramlo is counsel to Skadden, Arps and has appeared regularly in federal and state jurisdictions across the country. Based on the annexed certification, Mr. Ramlo is admitted, practicing, and in good standing as a member of the bar of the State of California and the trial bar of the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California. Mr. Ramlo has been practicing law since 1993. There are no disciplinary proceedings pending against Mr. Ramlo.

3. The Movant requests that this Court grant this Application so that Mr. Ramlo may file pleadings and appear and be heard at hearings in the above-captioned chapter 11 cases.

4. Pursuant to the annexed certificate, Mr. Ramlo submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of these cases. In addition, as indicated on the attached certificate, Mr. Ramlo has acquired or has access to a copy of the Local Rules and is generally familiar with such rules.

2

  5. Mr. Ramlo is submitting a fee of $25 upon the filing of this Application.

<u>Memorandum Of Law</u>

  6. Because the legal points and authorities upon which this Application relies are incorporated herein, the Debtors respectfully request that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) be deemed satisfied.

  WHEREFORE, the Movant respectfully requests that this Court enter an order (a) permitting Kurt Ramlo to appear <u>pro hac vice</u> in association with the Movant as counsel for the Debtors in these chapter 11 cases and (b) granting the Debtors such other and further relief as is just.

Dated: New York, New York
   January 9, 2007

      SKADDEN, ARPS, SLATE, MEAGHER
       & FLOM LLP

      By: /s/ Kayalyn A. Marafioti
       Kayalyn A. Marafioti (KM 9632)
      Four Times Square
      New York, New York 10036
      (212) 735-3000

      Attorneys for Delphi Corporation, <u>et</u> <u>al.</u>,
       Debtors and Debtors-in-Possession

CERTIFICATE

        The undersigned certifies that he is eligible for admission to this Court, is admitted to practice, and is in good standing in the jurisdictions set forth in the Application, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that arises in the course of these chapter 11 cases pursuant to Local Bankruptcy Rules for the Southern District of New York, and has acquired or has access to a copy of such rules and is generally familiar with such rules.

Dated: New York, New York
       January 9, 2007

                              /s/ Kurt Ramlo
                             SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP
                             300 South Grand Avenue
                             Los Angeles, CA 90071-3144
                             (213) 687-5000