UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                               :
    In re                                  :     Chapter 11
                                                               :
DELPHI CORPORATION, et al.,                                    :     Case No. 05-44481
                                                               :
            Debtors.      :     (Jointly Administered)
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER")


Upon the application of Kayalyn A. Marafioti, dated January 9, 2007, for

admission pro hac vice of Kurt Ramlo in the above-captioned reorganization cases; it is

hereby

ORDERED, that Kurt Ramlo is admitted to practice pro hac vice in the above-

captioned reorganization cases in the United States Bankruptcy Court for the Southern

District of New York, subject to payment of the filing fee.


Dated: New York, New York
      January __, 2007


                         _____
                         UNITED STATES BANKRUPTCY JUDGE