UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:

Delphi Automotive Systems Llc

                            Debtors.

Chapter 11

Case No. 05-44481
Jointly Administered

----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Liquidity Solutions, Inc. d/b/a Revenue Management, as Assignee of Warren City of Util Srvcs Ohio, hereby withdraws with prejudice proof of claim number 7274, originally filed on or about June 1, 2006 as a non-priority unsecured claim in the amount of $71,897.16.

LIQUIDITY SOLUTIONS, INC.

By: ___/s/ James Yenzer___



RECEIVED
DEC 27 2006
CLAIMS PROCESSING CENTER
USBC, SDNY