UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                       :
                                                             :    Chapter 11
Delphi Medical Systems Colorado Corp                         :
                                                             :    Case No. 05-44507
                               Debtors.                      :    Jointly Administered
                                                             :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Liquidity Solutions, Inc. d/b/a Revenue Management, as Assignee of Rodak Plastics., hereby withdraws with prejudice proof of claim number 16359, originally filed on or about September 21, 2006 as a non-priority unsecured claim in the amount of $2,393.65.

LIQUIDITY SOLUTIONS, INC.

By: __/s/ Jeffrey Caress__

