UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
NEW YORK DIVISION

Case number:   05-44623-RDD

In re:  DELPHI INTEGRATED SERVICE SOLUTIONS, INC.

Taxpayer number:   1-38-3473261-5

WITHDRAWAL OF
FIRST AMENDED
Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts on behalf of the
State of Texas, Texas Municipalities, Texas Counties,
Special Purpose Districts and/or Texas Metropolitan or
Regional Transportation Authorities.

Send notices to:  Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM              : 03/13/2006

2. TOTAL AMOUNT OF CLAIM      : $2,134.52
   SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED:  09/01/2005 to 10/08/2005

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 12/20/2006

*Richard Craig* (signature)
Richard Craig
Legal Counsel
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-04/3)

# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
## AUSTIN, TEXAS 78774-0100

December 20, 2006

Clerk
U.S. Bankruptcy Court
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408

Re:  Taxpayer #1-38-3473261-5
     Bankruptcy Case # 05-44623-RDD
     DELPHI INTEGRATED SERVICE SOLUTIONS, INC.

Enclosed is the state's notice of withdrawal in the above-captioned proceeding for a Pre-petition Tax Claim.

Attached is an extra copy of the withdrawal. Please stamp this copy with the date filed and return in the enclosed self-addressed envelope. The Comptroller of Public Accounts is being represented in this proceeding by the Office of the Attorney General. Please direct all notices and correspondence to:

Office of the Attorney General
Collections Division/Bankruptcy Section
P.O. Box 12548, Capitol Station
Austin, TX  78711-2548

Thank you for your cooperation in this matter.

Respectfully yours,

Richard Craig
Legal Counsel
Revenue Accounting Division
P.O. Box 13528
Austin, TX  78711-3528

Enclosure

Form 00-360 (Rev. 2-94/2)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
NEW YORK
NEW YORK DIVISION



Case number:  05-44623-RDD

In re:  DELPHI INTEGRATED SERVICE SOLUTIONS, INC.

Taxpayer number:  1-38-3473261-5

## WITHDRAWAL OF
## FIRST AMENDED
## Priority Proof Of Claim

Name of Creditor:  Texas Comptroller of Public Accounts on behalf of the
State of Texas, Texas Municipalities, Texas Counties,
Special Purpose Districts and/or Texas Metropolitan or
Regional Transportation Authorities.

Send notices to:  Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM                : 03/13/2006

2. TOTAL AMOUNT OF CLAIM        : $2,134.52
   SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED:  09/01/2005 to 10/08/2005

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  12/20/2006

*Richard Craig*

Richard Craig
Legal Counsel
Texas Comptroller of Public Accounts

RECEIVED
CLAIMS PROCESSING CENTER
USBC SDNY             1

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-04/3)