UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
    In re:                                                            :         Chapter 11
                                                                   :
DELPHI CORPORATION, et al.,                :         Case no. 05-44481-RDD
                                                                   :
                            Debtors.                :
---------------------------------------------------------------X

## NOTICE OF SUBSTITUTION OF COUNSEL

To:     The Clerk of the Bankruptcy Court and all interested parties

       PLEASE TAKE NOTICE that Daniels & Kaplan, P.C. is no longer counsel for DaimlerChrysler Corporation in the above-referenced case, and the firm of Kutak Rock LLP hereby enters its appearance as counsel for DaimlerChrysler Corporation, DaimlerChrysler Motors Comopany, LLC, and DaimlerChrysler Canada, Inc., and requests that all further notices should be served upon the counsel as follows:

                        Kutak Rock LLP
                        Jay N. Selanders, Esq.
                        1010 Grand Blvd., Suite 500
                        Kansas City MO 64106
                        Phone: 816-502-4617
                        Facsimile: 816-960-0041
                        jay.selanders@kutakrock.com

                                               KUTAK ROCK LLP

                                               /s/ Jan N. Selanders
                                               Jay N. Selanders, Esq.
                                               1010 Grand Blvd., Suite 500
                                               Kansas City MO 64106-2220

                                               Counsel to DaimlerChrysler Corporation

Dated: January 10, 2007

4835-6152-7809.1

Certificate of Service

I hereby certify that on the 10th day of January, 2007, I filed a Notice of Substitution of Counsel electronically with the United States Bankruptcy Court for the Southern District of New York, which will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. The parties on the Service List below were served at the addresses set forth herein as indicated by first class U.S. mail.

/s/ Jay N. Selanders

SERVICE LIST

Via First Class Mail

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Skadden, Arps, Slate, Meagher & Flom<br>Attn: John Win. Butler, Jr.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606 |
| Simpson Thatcher & Bartlett LLP<br>Attn: Kenneth S. Ziman<br>425 Lexington Avenue<br>New York, New York 10017 | Davis Polk & Wardel<br>Attn: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, New York 10017 |
| Latham & Watkins LLP<br>Attn: Robert S. Rosenberg and Mark A. Broude<br>885 Third Avenue<br>New York, New York 10022 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, New York 10004 |
| Offices of the US Trustee for the<br>Southern District of New York<br>Attn: A1icia M. Leonhard<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 | |

4835-6152-7809.1