**Hearing Date: January 11, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - And -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
    In re                                   :   Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :   Case No. 05-44481 (RDD)
                                            :
                         Debtors.           :   (Jointly Administered)
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>PROPOSED PLAN INVESTMENT AND FRAMEWORK SUPPORT APPROVAL MOTION
NON-OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:     United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

**A. Matter Set for Hearing**

1. **"Plan Investment And Framework Support Approval Motion"**- Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125 (e) Of The Bankruptcy Code (Docket No. 6179)

    *Responses Filed:*   *Preliminary Objection Of The Official Committee Of Unsecured Creditors To The Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6209)*

    *Preliminary Objection Of The Official Committee Of Equity Security Holders To Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6211)*

    *Preliminary Objection Of IUE-CWA To Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363 (b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b) And 1125(e) Of The Bankruptcy Code (Docket No. 6242)*

    *First Supplemental Objection Of The Official Committee Of Equity Security Holders In Opposition To Debtors' Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code*

2

*And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6247)*

*Preliminary Objection Of The Delphi Trade Committee To The Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6254); Notice Of Withdrawal Of The Delphi Trade Committee's Preliminary Objection At Docket No. 6254, And Its Participation In, And Support For, Docket Nos. 6470, 6471, 6493 (Docket No. 6501); Statement Of The Delphi Trade Committee In Support Of The Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b) And 1125(e) Of The Bankruptcy Code (Docket No. 6508)*

*Highland Capital Management, LP's Objection And Response To Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6330)*

*Preliminary Objection And Response Of International Union Of Operating Engineers Local Union Nos. 18S, 101S And 832S To Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a),*

3

05-44481-rdd    Doc 6524    Filed 01/10/07    Entered 01/10/07 12:19:00    Main Document
Pg 4 of 8

*363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6344)*

*Preliminary Objection Of The IBEW And IAMAW To Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6367)*

*Objection Of The United States Trustee To Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b), And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6401)*

*Joinder/Support Of Certain Parties To Debtors' Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b) And 1125(a) Of The Bankruptcy Code (Docket No. 6460)*

*Supplemental Objection Of IUE-CWA To Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b) And 1125(e) Of The Bankruptcy Code (Docket No. 6496)*

*Second Supplemental Objection Of The Official Committee Of Equity Security Holders In Opposition To Debtors' Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework*

4

|  |  |
|---|---|
|  | *Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6497)* |
|  | *Supplemental Objection Of The IUE-CWA To Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b) And 1125(e) Of The Bankruptcy Code - Appendix (Docket No. 6500)* |
| *Reply Filed:* | *A reply will be filed.* |
| *Related Filings:* | *Order Scheduling Non-Omnibus Hearings On Debtors' Plan Investment And Framework Support Approval Motion and DIP Refinancing Motion (Docket No. 6193)* |
|  | *Pretrial And Scheduling Order Relating To Debtors' Expedited Motion For Order Authorizing And Approving Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) And Plan Framework And Support Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), And 1125(e) (Docket No. 6272)* |
|  | *Motion Under Fed. R. Bankr. P. 9016 And Fed. R. Civ. P. 45 To Quash Trial Subpoenas Served By The Official Committee Of Unsecured Creditors, The Official Committee Of Equity Security Holders, And The Ad Hoc Trade Committee On Robert S. Miller And John D. Opie (Docket No. 6469)* |
|  | *Joint Opposition Of The Official Committee Of Unsecured Creditors, Official Committee Of Equity Security Holders And The Ad Hoc Committee To The Debtor's Motion Under Fed. R. Bankr. P. 9016 And Fed. R. Civ. P. 45 To Quash Trial Subpoenas Served On Robert S. Miller And John D. Opie (Docket No. 6470); Notice Of Withdrawal Of The Delphi Trade Committee's Preliminary Objection At Docket No. 6254, And Its Participation In, And Support For, Docket Nos. 6470, 6471, 6493 (Docket No. 6501)* |

*Joint Emergency Motion Of The Official Committee Of Unsecured Creditors, Official Committee Of Equity Security Holders And The Ad Hoc Trade Committee To Preclude Testimony Of David L. Resnick Relating To Debtors' Expedited Motion For Order Authorizing And Approving Equity Purchase And Commitment Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), 503(b), And 507(a) And Plan Framework And Support Agreement Pursuant To 11 U.S.C. §§ 105(a), 363(b), And 1125(e) (Docket No. 6471); Notice Of Withdrawal Of The Delphi Trade Committee's Preliminary Objection At Docket No. 6254, And Its Participation In, And Support For, Docket Nos. 6470, 6471, 6493 (Docket No. 6501)*

*Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File A Redacted Version Of Its Second Supplemental Objection To Debtors' Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6480); Order Authorizing The Official Committee Of Equity Security Holders To File A Redacted Version Of Its Second Supplemental Objection To Debtors Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), and 1125 (e) Of The Bankruptcy Code (Docket No. 6494)*

*Motion Pursuant To §§ 105(a) And 107(b) Of The Bankruptcy Code And Bankruptcy Rule 9018 For Order Authorizing Movants To File Under Seal The Joint Expedited Motion To Compel Documents And Testimony Improperly Withheld As Privileged (Docket No. 6493); Notice Of Withdrawal Of The Delphi Trade Committee's Preliminary*

*Objection At Docket No. 6254, And Its Participation In, And Support For, Docket Nos. 6470, 6471, 6493 (Docket No. 6501)*

*Stipulation And Agreed Protective Order Governing Production And Use Of Confidential And Highly Confidential Information In Connection With The Debtors' Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6511)*

*Stipulation And Agreed Protective Order Governing Production And Use Of Confidential And Highly Confidential Information In Connection With The Debtors' Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To §§ 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To §§ 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6512)*

  *Status:*  *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
January 10, 2007

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
   John Wm. Butler, Jr. (JB 4711)
   John K. Lyons (JL 9331)
   Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

- and -

By:  /s/ Kayalyn A. Marafioti
   Kayalyn A. Marafioti (KM 9632)
   Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession