# *Hinshaw Roofing & Sheet Metal Co., Inc.*

2452 S. State Road 39
P.O. Box 636
Frankfort, IN 46041-0636
Phone: (765) 659-3311

December 11, 2006

United States Bankruptcy Judge
United States Bankruptcy Court for
The Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

RE: Case No. 05-44481 (RDD)
    Delphi Corporation

To Whom It May Concern:

Hinshaw Roofing & Sheet Metal Co., Inc. an Indiana Corporation here-by
withdraws its claim against Delphi Corporation Case # 133 in the amount
of $ 345,481.07.

Sincerely,

John W. Hinshaw
President

Cc: Delphi Corporation
    Skadden, Arps, Slate, Meagher & Flom LLP




MIDWEST
ROOFING
CONTRACTORS
ASSOCIATION


NATIONAL
ROOFING
CONTRACTORS
ASSOCIATION