ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        :
**In re:**                              :    Chapter 11
                                        :
   **DELPHI CORPORATION,** *et. al.*,    :    Case No. 05-44481 (RDD)
                                        :
                    **Debtors.**    :    Jointly Administered
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF GEROGIA    )
                             ) ss:
COUNTY OF FULTON   )

      DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

      1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

      2.    On the 10th day of January 2007, I caused true and correct copies of the **Omnibus Reply of Cadence Innovation LLC in Support of Its Motion for Relief from the Automatic Stay to Proceed with Its Patent Litigation Against the Debtors and Application Pursuant to 11 U.S.C. § 503 for Allowance and Payment of an Administrative Expense Claim** to be delivered via UPS overnight delivery to the parties

listed on the service list attached hereto as Exhibit "A" and to be delivered via hand delivery to the following:

The Honorable Robert D. Drain<br>
United States Bankruptcy Court<br>
Southern District of New York<br>
One Bowling Green<br>
Courtroom 610<br>
New York, NY  10004

FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 10th day of January 2007.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2008

- 2 -

# EXHIBIT "A"

## SERVICE LIST

| | |
|---|---|
| Kenneth S. Ziman<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017 | Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI  48098 |
| Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 | John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606 |
| Alicia M. Leonhard<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004 | Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 |
| Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 | |