**Exhibit C**

**In re Delphi Corporation, et al.; Case No. 05-44481 (RDD)**

*Informal Responses For Which The Hearing On The Debtors' Fourth Omnibus Claims Objection Is Adjourned*

|  | **RESPONDENT** | **CLAIM NUMBER(S)** | **DATE OF ADJOURNMENT** |
|---|---|---|---|
| 1. | IAMAW District 10 and Lodge 78 on behalf of the Employees and Retirees it Represents | 10431, 10432, 10433, 13839, 13840, 13841, 13842, 13843, 13844, 13845, 13846, 13847, 13848, 13849, 13850, 13851, 13852, 13853, 13854, 13855, 13856, 13857, 13858, 13859, 13860, 13861, 13862, 14328, 14329, 14330, 14331, 14332, 14333, 14335, 14336, 14337, 14339, 14340, 14341, 14342, 14343, 14344, 14974 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 2. | IBEW Local 663 on behalf of the Employees and Retirees it Represents | 10435, 10436, 10437, 13864, 13865 13866, 13867, 13868, 13869, 13870, 13871, 13872, 13873, 13874, 13876, 13877, 13878, 13879, 14285, 14286, 14287, 14288, 14289, 14290, 14291, 14292, 14293, 14294, 14310, 14345, 14346, 14348, 14349, 14351, 14352, 14353, 14354, 14355, 14356, 14357, 14358, 14359, 14360 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |

| | **RESPONDENT** | **CLAIM NUMBER(S)** | **DATE OF ADJOURNMENT** |
|---|---|---|---|
| 3. | International Union of Operating Engineers Local 101 S on behalf of the Employees and Retirees it Represents | 13651, 13652, 13653, 13654, 13656, 13657, 13660, 13661, 13662, 13664, 13665, 13666, 13667, 13668, 13669, 13670, 13671, 13672, 13673, 13674, 13675, 13676, 13677, 13678, 13679, 13680, 13681, 13682, 13683, 13684, 13685, 13686, 13687, 13688, 13689, 13690, 13691, 13692, 13693, 13694, 13695, 13696, 13697, 13698, 13700, 13701, 13702, 13703, 13704, 13705, 13706, 13707, 13721, 13722, 13723, 13724, 13725, 13726, 13727, 13728, 13729, 13731, 13732, 13733, 13735, 13736, 13737, 13738, 13739, 13741, 13742, 13744, 13745, 13746, 13747, 13748, 13749, 13750, 13751, 13753, 13754, 13755, 13756, 13757, 13758, 13759, 13760, 13761, 13762, 13763, 13764, 13765, 13766, 14033, 14055, 14108, 14185, 14984, 14986, 14987, 14988, 14989, 14990, 15021, 15022, 15023, 15069, 15070, 15072, 15073, 15074, 15076, 15077, 15078, 15079, 15080, 15081, 15082, 15083, 15084 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007.  The deadline for the Claimant to file a response is February 7, 2007.  The deadline for the Debtors to file a reply is February 13, 2007. |