CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
tel: (212) 408-5100
fax: (212) 541-5369
Howard Seife (HS 7995)
Douglas Deutsch (DD 7992)

*Counsel for EagleRock Capital Management, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
In re:                                      )    Chapter 11
                                            )
DELPHI CORPORATION, et al.                  )    Case No. 05-44481 (RDD)
                                            )
            Debtors.                        )    (Jointly Administered)
_____)

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that EagleRock Capital Management, LLC ("EagleRock"), by and through his undersigned counsel, Chadbourne & Parke LLP, hereby files this Notice of Appearance and Request for Service of Documents in the above-captioned jointly administered cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2002, 3017, and 9007, notice of all matters arising in the case and all papers served or required to be served in the case, be given to and served upon the undersigned counsel, at the address set forth below.

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone: (212) 408-5100
Telecopier: (212) 541-5369
Attn.: Douglas E. Deutsch, Esq.
email: DDeutsch@chadbourne.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, or plans of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, hand or courier delivery, telephone, telegraph, telecopier, telex, electronically, or otherwise, which affects the debtors, or any property or proceeds in which the debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Documents, nor any subsequent appearance, pleading, claim or suit is intended to waive (1) EagleRock's rights to have final orders in non-core matters entered only after de novo review by a district judge, (2) EagleRock's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) EagleRock's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or

NY4 - 199660.01

recoupments to which EagleRock is or may be entitled to under agreements in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments EagleRock expressly reserves.

Dated: New York, New York
January 10, 2007

**CHADBOURNE & PARKE LLP**

By: */s/ Howard Seife*
Howard Seife (HS 7995)
A Member of the Firm
30 Rockefeller Plaza
New York, New York 10112
Phone: (212) 408-5100
Fax: (212) 541-5369

*Counsel for EagleRock Capital Management, LLC*

NY4 - 199660.01