## Delphi
*Implied Equity Value Calculation Under Cerberus/Appaloosa Plan*

| Year of Maturity | | 2006 | | 2009 | | 2013 | | 2029 | | Trust Pref. | | Preferred |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maturity Date | | 6/15/06 | | 5/1/09 | | 8/15/13 | | 5/1/29 | | 11/15/33 | | 10/15/33 |
| Coupon | | 6.550% | | 6.500% | | 6.500% | | 7.125% | | 6.197% | | 8.250% |
| Last Coupon Date | | 6/15/05 | | 5/1/05 | | 8/15/05 | | 5/1/05 | | 5/15/05 | | 9/28/05 |
| Petition Date | | 10/8/05 | | 10/8/05 | | 10/8/05 | | 10/8/05 | | 10/8/05 | | 10/8/05 |
| Investment Date | | 12/28/06 | | 12/28/06 | | 12/28/06 | | 12/28/06 | | 12/28/06 | | 12/28/06 |
| Assumed Exit Date | | 12/28/06 | | 12/28/06 | | 12/28/06 | | 12/28/06 | | 12/28/06 | | 12/28/06 |
| | | | | | | | | | | | | |
| Pre-Petition Accrued Interest | $ | 2.1 | $ | 2.8 | $ | 1.0 | $ | 3.1 | $ | 2.5 | $ | 0.1 |
| Post-Petition Accrued Interest | | 8.0 | | 7.9 | | 7.9 | | 8.7 | | 7.6 | | 10.1 |
| Total Accrued Interest at Exit | $ | 10.1 | $ | 10.8 | $ | 8.9 | $ | 11.8 | $ | 10.1 | $ | 10.1 |
| | | | | | | | | | | | | |
| Current Market | | | | | | | | | | | | |
| Bid | | | | | | | | | | | | |
| Offer | | 114.000 | | 114.000 | | 111.500 | | 114.500 | | 128.000 | | 132.500 |
| Date | | 12/20/06 | | 12/20/06 | | 12/20/06 | | 12/20/06 | | 12/20/06 | | 12/20/06 |
| Source | | Trace | | Trace | | Trace | | Trace | | Trace | | Trace |
| | | | | | | | | | | | | |
| Claim at Exit | | 110.1% | | 110.8% | | 108.9% | | 111.8% | | 110.1% | | 110.1% |
| Face Value | $ | 500.0 | $ | 500.0 | $ | 500.0 | $ | 500.0 | $ | 150.0 | $ | 250.0 |
| Total Claim at Exit | $ | 550.3 | $ | 554.0 | $ | 544.5 | $ | 559.1 | $ | 165.1 | $ | 275.3 |
| | | | | | | | | | | | | |
| Total Claim of Class | $ | 2,208.0 | $ | 2,208.0 | $ | 2,208.0 | $ | 2,208.0 | $ | 440.4 | $ | 440.4 |
| General Unsecured Claim | | 1,700.0 | | 1,700.0 | | 1,700.0 | | 1,700.0 | | - | | - |
| Total Unsecured Claim | $ | 3,908.0 | $ | 3,908.0 | $ | 3,908.0 | $ | 3,908.0 | $ | 440.4 | $ | 440.4 |
| | | | | | | | | | | | | |
| Shares Received Under Plan | | 18.0 | | 18.0 | | 18.0 | | 18.0 | | 10.0 | | 10.0 |
| Plan Value / Share | $ | 45.00 | $ | 45.00 | $ | 45.00 | $ | 45.00 | $ | 45.00 | $ | 45.00 |
| Equity Value to Unsecured (Plan) | $ | 810.0 | $ | 810.0 | $ | 810.0 | $ | 810.0 | $ | 450.0 | $ | 450.0 |
| | | | | | | | | | | | | |
| Cash to Unsecured | $ | 3,098.0 | $ | 3,098.0 | $ | 3,098.0 | $ | 3,098.0 | $ | (9.6) | $ | (9.6) |
| | | | | | | | | | | | | |
| Implied Value to Security based on Current Offer | $ | 570.0 | $ | 570.0 | $ | 557.5 | $ | 572.5 | $ | 192.0 | $ | 331.3 |
| Less: Pro-Rata Cash to Security | | (436.3) | | (439.1) | | (431.7) | | (443.3) | | 3.6 | | 6.0 |
| Value of Shares to Security | $ | 133.7 | $ | 130.9 | $ | 125.8 | $ | 129.2 | $ | 195.6 | $ | 337.2 |
| | | | | | | | | | | | | |
| Pro-Rata Shares to Security | | 2.5 | | 2.6 | | 2.5 | | 2.6 | | 3.7 | | 6.3 |
| **Implied Value / Share** | **$** | **52.76** | **$** | **51.29** | **$** | **50.18** | **$** | **50.18** | **$** | **52.18** | **$** | **53.94** |

| | | |
|---|---|---|
| Current Equity Price (12/19/06) | $ | 2.62 |
| Current Shares Outstanding | | 561.8 |
| Current Equity Value | $ | 1,471.9 |
| | | |
| Rights Shares | | 56.7 |
| Strike Price | $ | 35.00 |
| Cash to be Contributed in Plan | $ | 1,984.5 |
| | | |
| Total Cost/Value of New Shares | $ | 3,456.4 |
| | | |
| Shares Under Plan | | 3.0 |
| Shares Through Rights Offering | | 56.7 |
| Total New Shares to Existing Equity holders | | 59.7 |
| | | |
| **Implied New Equity Value/ Share** | **$** | **57.90** |

| | | |
|---|---|---|
| Average Implied Price of Bonds | $ | 51.10 |
| Average Implied Price of Preferred | $ | 53.06 |
| Implied Price of Equity | $ | 57.90 |

**Highly Confidential**

HCM 0003

**Delphi Corp.**
*Value Transferred to Cerberus / Appaloosa in the Existing Plan*

### SUMMARY

| Total Incremental Value Gained | Amount | Fees | Total Amt. | Per Share |
|---|---|---|---|---|
| Cerberus | $ 464,706,448 | $ 38,062,501 | $ 502,768,949 | $ 0.89 |
| Appaloosa | 357,338,149 | 24,937,500 | 382,275,650 | 0.68 |
| Harbinger | 40,263,101 | 4,921,875 | 45,184,976 | 0.08 |
| Merrill Lynch | 33,552,599 | 4,101,563 | 37,654,162 | 0.07 |
| UBS Securities | 33,552,599 | 4,101,563 | 37,654,162 | 0.07 |
| Bonds and GUCs | 232,200,000 | - | 232,200,000 | 0.41 |
| Junior Bonds (TRUPs/Pref) | 129,000,000 | - | - | 0.00 |
| Total | $ 1,290,612,896 | $ 76,125,001 | $ 1,237,737,900 | $ 2.20 |

**Assumptions:**
- Market Value of New Common Stock: $ 57.90
- Total Current Shares Outstanding: 561.8
- Preferred Commitment Fee: 1.75%
- Standby Commitment Fee: 2.50%

### Backstop Shares

| Party | Shares | Cost/Share | Total Cost | Total Value | Value/Share | Total Value |
|---|---|---|---|---|---|---|
| Cerberus | 3,150,000 | $ 35.00 | $ 110,250,000 | | $ 57.90 | $ 1,174,956,478 |
| Appaloosa | 1,890,000 | 35.00 | 66,150,000 | | 57.90 | 903,488,159 |
| Harbinger | 472,500 | 35.00 | 16,537,500 | | 57.90 | 101,800,591 |
| Merrill Lynch | 393,750 | 35.00 | 13,781,250 | | 57.90 | 84,833,864 |
| UBS Securities | 393,750 | 35.00 | 13,781,250 | | 57.90 | 84,833,864 |
| Total | 6,300,000 | | $ 220,500,000 | | | $ 2,349,912,956 |

### Series A-1 Preferred / Series A-2 Preferred

| Party | Shares | Cost/Share | Total Cost | Shares | Cost/Share | Total Cost |
|---|---|---|---|---|---|---|
| | | | | | | |
| Appaloosa | 8,571,429 | $ 35.00 | 300,000,015 | 8,571,429 | $ 35.00 | 300,000,015 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | 8,571,429 | | $ 300,000,015 | 8,571,429 | | $ 300,000,015 |

### Series B Preferred

| Shares | Cost/Share | Total Cost | Preferred Comm. Fee |
|---|---|---|---|
| 8,571,429 | $ 35.00 | $ 300,000,015 | $ 10,500,001 |
| 5,142,857 | 35.00 | 179,999,995 | 8,400,000 |
| 1,285,714 | 35.00 | 44,999,990 | 787,500 |
| 1,071,429 | 35.00 | 37,500,015 | 656,250 |
| 1,071,429 | 35.00 | 37,500,015 | 656,250 |
| 17,142,858 | | $ 600,000,030 | $ 21,000,001 |

### Total Cost of Shares / Total Shares

| Shares | Cost/Share | Total Cost | Total Shares | Cost/Share | Total Cost |
|---|---|---|---|---|---|
| 20,292,858 | $ 35.00 | 710,250,030 | 20,292,858 | $ 35.00 | 710,250,030 |
| 15,604,286 | 35.00 | 546,150,010 | 15,604,286 | 35.00 | 546,150,010 |
| 1,758,214 | 35.00 | 61,537,490 | 1,758,214 | 35.00 | 61,537,490 |
| 1,465,179 | 35.00 | 51,281,265 | 1,465,179 | 35.00 | 51,281,265 |
| 1,465,179 | 35.00 | 51,281,265 | 1,465,179 | 35.00 | 51,281,265 |
| 40,585,716 | | $ 1,420,500,060 | 40,585,716 | | $ 1,420,500,060 |

### Incremental Value Gained / Fees

| Party | Shares | Per Share | Total | Share of Back. Fee | Backstop Fee | Share of Pref. Comm. Fee | Fee on Guar. Commitment | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Cerberus | 20,292,858 | $ 22.90 | $ 464,706,448 | 50.0% | $ 24,806,250 | 50.0% | $ 2,756,250 | $ 38,062,501 |
| Appaloosa | 15,604,286 | 22.90 | 357,338,149 | 30.0% | 14,883,750 | 40.0% | 1,653,750 | 24,937,500 |
| Harbinger | 1,758,214 | 22.90 | 40,263,101 | 7.5% | 3,720,938 | 3.8% | 413,438 | 4,921,875 |
| Merrill Lynch | 1,465,179 | 22.90 | 33,552,599 | 6.3% | 3,100,781 | 3.1% | 344,531 | 4,101,563 |
| UBS Securities | 1,465,179 | 22.90 | 33,552,599 | 6.3% | 3,100,781 | 3.1% | 344,531 | 4,101,563 |
| Total | 40,585,716 | | $ 929,412,896 | 100.0% | $ 49,612,500 | 100.0% | $ 5,512,500 | 76,125,001 |

### Total Cost of Shares / Incremental Value Gained

| Shares | Cost/Share | Total Cost | Shares | Per Share | Total | Per Existing Share |
|---|---|---|---|---|---|---|
| Bonds and GUCs | 18,000,000 | $ 45.00 | 810,000,000 | 18,000,000 | $ 12.90 | $ 232,200,000 | $ 0.41 |
| Junior Bonds (TRUPs/Pref) | 10,000,000 | 45.00 | 450,000,000 | 10,000,000 | 12.90 | 129,000,000 | 0.23 |
| | 28,000,000 | | $ 1,260,000,000 | 28,000,000 | | $ 361,200,000 | 0.64 |

**Highly Confidential**

HCM 0004

**Delphi Automotive**
*Scenario Analysis*

| | |
|---|---:|
| Current Market Price | $ 3.82 |
| Shares Outstanding | 561.8 |
| Current Market Capitalization | $ 2,146.0 |

| | |
|---|---:|
| Estimated PF EBITDA | $ 2,400.0 |
| Estimated PF Capex | 900.0 |
| Estimated PF EBITDA - Capex | $ 1,500.0 |

### EXISTING DEAL

**CONDITIONS:**
- DIP taken out with cash from exit facility
- Senior bonds and GUCs taken out with 18mm shares at $45/share and the balance in cash
- Junior bonds converted to equity at $45/share
- GM Receives $2630mm in cash, 7mm shares in new common and $2,000mm pension note
- New investment of $1.4B at $35 valuation
- $2.0B rights offering

**Sources:**

| | Amount | % |
|---|---:|---:|
| Cash on Hand | $ 750.0 | 7.2% |
| Exit Facility | 6,311.0 | 60.3% |
| Rights Offering | 1,984.5 | 19.0% |
| New Investment | 1,420.5 | 13.6% |
| **Total Sources** | **$ 10,466.0** | **100.0%** |

**Uses:**

| | Amount | % |
|---|---:|---:|
| DIP | $ 2,742.0 | 26.2% |
| Bonds | 1,746.7 | 16.7% |
| GUCs | 1,347.3 | 12.9% |
| GM Claim | 2,630.0 | 25.1% |
| GM Pension Note | 2,000.0 | 19.1% |
| Junior Bonds | — | 0.0% |
| Pension Funding | — | 0.0% |
| **Total Uses** | **$ 10,466.0** | **100.0%** |

**Pro Forma Capital Structure**

| | Amount | EBITDA Multiple | Implied EBITDA-Capex Multiple |
|---|---:|---:|---:|
| Foreign Cash | $ 1,138.0 | | |
| Exit Facility | 6,311.0 | 2.6x | 4.2x |
| Other Foreign Debt | 772.0 | 3.0x | 4.7x |
| Pension Commitment | 1,500.0 | 3.6x | 5.7x |
| Common Equity @ $45 / Share | 6,087.9 | 6.1x | 9.8x |

**Equity Distribution**

| | Shares | % |
|---|---:|---:|
| Existing Equity | 3.0 | 2.2% |
| Rights to Existing Equity | 56.7 | 41.9% |
| New Investors | 40.6 | 30.0% |
| GM | 7.0 | 5.2% |
| Bonds / GUCs | 18.0 | 13.3% |
| Junior Debt | 10.0 | 7.4% |
| **Total** | **135.3** | **100.0%** |

| | |
|---|---:|
| New Rights Capital / Existing Market Cap | 0.92x |
| Rights Offering Price | $ 35.00 |

| New Equity Price | Implied EBITDA Multiple | Implied EBITDA-Capex Multiple | Implied Current Equity Price |
|---:|---:|---:|---:|
| 37.50 | 5.69 | 9.10 | 0.45 |
| 42.50 | 5.97 | 9.56 | 0.98 |
| 47.50 | 6.25 | 10.01 | 1.52 |
| 52.50 | 6.54 | 10.46 | 2.05 |
| 57.50 | 6.82 | 10.91 | 2.58 |
| 62.50 | 7.10 | 11.36 | 3.11 |

Incremental Value Gained Over Existing Plan

### ALTERNATIVE 1

**CONDITIONS:**
- DIP taken out with cash from exit facility
- Senior bonds and GUCs taken out with cash from exit facility at par + accrued
- Junior bonds taken out at par + accrued
- GM Receives $2630mm in cash, 7mm shares in new common and $2,000mm pension note
- $4.7B rights offering

**Sources:**

| | Amount | % |
|---|---:|---:|
| | $ 750.0 | 6.4% |
| | 6,311.0 | 53.8% |
| | 4,665.0 | 39.8% |
| | — | 0.0% |
| | $ 11,726.0 | 100.0% |

**Uses:**

| | Amount | % |
|---|---:|---:|
| | $ 2,742.0 | 23.4% |
| | 2,204.0 | 18.8% |
| | 1,700.0 | 14.5% |
| | 2,630.0 | 22.4% |
| | 2,000.0 | 17.1% |
| | 450.0 | 3.8% |
| | — | 0.0% |
| | $ 11,726.0 | 100.0% |

**Pro Forma Capital Structure**

| | Amount | EBITDA Multiple | EBITDA-Capex Multiple |
|---|---:|---:|---:|
| | $ 1,138.0 | | |
| | 6,311.0 | 2.6x | 4.2x |
| | 772.0 | 3.0x | 4.7x |
| | 1,500.0 | 3.6x | 5.7x |
| | 6,087.9 | 6.1x | 9.8x |

**Equity Distribution**

| | Shares | % |
|---|---:|---:|
| | 3.0 | 2.2% |
| | 125.3 | 92.6% |
| | — | 0.0% |
| | 7.0 | 5.2% |
| | — | 0.0% |
| | — | 0.0% |
| | 135.3 | 100.0% |

| | |
|---|---:|
| | 2.04x |
| | $ 37.23 |

| | Implied EBITDA Multiple | Implied EBITDA-Capex Multiple | Implied Current Equity Price |
|---:|---:|---:|---:|
| | 5.69 | 9.10 | 0.26 |
| | 5.97 | 9.56 | 1.40 |
| | 6.25 | 10.01 | 2.54 |
| | 6.54 | 10.46 | 3.68 |
| | 6.82 | 10.91 | 4.83 |
| | 7.10 | 11.36 | 5.97 |
| | | | $ 1.94 |

### ALTERNATIVE 2

**CONDITIONS:**
- DIP taken out with cash from exit facility
- Senior bonds and GUCs taken out with cash from exit facility at par + accrued
- Junior bonds converted to equity at $45/share
- GM Receives $2630mm in cash, 7mm shares in new common and $2,000mm pension note
- $4.2B rights offering

**Sources:**

| | Amount | % |
|---|---:|---:|
| | $ 750.0 | 6.7% |
| | 6,311.0 | 56.0% |
| | 4,215.0 | 37.4% |
| | — | 0.0% |
| | $ 11,276.0 | 100.0% |

**Uses:**

| | Amount | % |
|---|---:|---:|
| | $ 2,742.0 | 24.3% |
| | 2,204.0 | 19.5% |
| | 1,700.0 | 15.1% |
| | 2,630.0 | 23.3% |
| | 2,000.0 | 17.7% |
| | — | 0.0% |
| | — | 0.0% |
| | $ 11,276.0 | 100.0% |

**Pro Forma Capital Structure**

| | Amount | EBITDA Multiple | EBITDA-Capex Multiple |
|---|---:|---:|---:|
| | $ 1,138.0 | | |
| | 6,311.0 | 2.6x | 4.2x |
| | 772.0 | 3.0x | 4.7x |
| | 1,500.0 | 3.6x | 5.7x |
| | 6,087.9 | 6.1x | 9.8x |

**Equity Distribution**

| | Shares | % |
|---|---:|---:|
| | 3.0 | 2.2% |
| | 115.3 | 85.2% |
| | — | 0.0% |
| | 7.0 | 5.2% |
| | 10.0 | 7.4% |
| | — | 0.0% |
| | 135.3 | 100.0% |

| | |
|---|---:|
| | 1.88x |
| | $ 36.56 |

| | Implied EBITDA Multiple | Implied EBITDA-Capex Multiple | Implied Current Equity Price |
|---:|---:|---:|---:|
| | 5.69 | 9.10 | 0.39 |
| | 5.97 | 9.56 | 1.45 |
| | 6.25 | 10.01 | 2.50 |
| | 6.54 | 10.46 | 3.55 |
| | 6.82 | 10.91 | 4.60 |
| | 7.10 | 11.36 | 5.66 |
| | | | $ 1.77 |

**Highly Confidential**

HCM 0005

**Delphi Corp.**
*Shareholder Value Lost in the Cerberus/Appaloosa Plan*

### SUMMARY

| Total Incremental Value Gained | Amount | Fees | Total Amt. | Per Share |
|---|---|---|---|---|
| Cerberus | $ 464,706,448 | $ 38,062,501 | $ 502,768,949 | $ 0.89 |
| Appaloosa | 357,338,149 | 24,937,500 | 382,275,650 | 0.68 |
| Harbinger | 40,263,101 | 4,921,875 | 45,184,976 | 0.08 |
| Merrill Lynch | 33,552,599 | 4,101,563 | 37,654,162 | 0.07 |
| UBS Securities | 33,552,599 | 4,101,563 | 37,654,162 | 0.07 |
| Bonds and GUCs | 232,200,000 | - | 232,200,000 | 0.41 |
| Junior Bonds (TRUPs/Pref) | 129,000,000 | - | 129,000,000 | 0.23 |
| Total | [redacted] | $ 76,125,001 | $ 1,366,737,897 | $ 2.43 |

| Assumptions: | |
|---|---|
| Implied Mkt. Value of New Common Stock* | $ 57.90 |
| Total Current Shares Outstanding | 561.8 |
| Preferred Commitment Fee | 1.75% |
| Standby Commitment Fee | 2.50% |

### DIRECT SUBSCRIPTION SHARES:

| | Backstop Shares (Direct Subscription Shrs) | | | Total Value of Backstop Shares | | | Incremental Value Gained | | |
|---|---|---|---|---|---|---|---|---|---|
| Party | Shares | Cost/Share | Total Cost | Shares | Value/Share | Total Value | Shares | Value/Share | Total Value |
| Cerberus | 3,150,000 | $ 35.00 | $ 110,250,000 | 3,150,000 | $ 57.90 | $ 182,385,000 | 3,150,000 | $ 22.90 | $ 72,135,000 |
| Appaloosa | 1,890,000 | $ 35.00 | 66,150,000 | 1,890,000 | $ 57.90 | 109,431,000 | 1,890,000 | $ 22.90 | 43,281,000 |
| Harbinger | 472,500 | $ 35.00 | 16,537,500 | 472,500 | $ 57.90 | 27,357,750 | 472,500 | $ 22.90 | 10,820,250 |
| Merrill Lynch | 393,750 | $ 35.00 | 13,781,250 | 393,750 | $ 57.90 | 22,798,125 | 393,750 | $ 22.90 | 9,016,875 |
| UBS Securities | 393,750 | $ 35.00 | 13,781,250 | 393,750 | $ 57.90 | 22,798,125 | 393,750 | $ 22.90 | 9,016,875 |
| Total | 6,300,000 | | $ 220,500,000 | 6,300,000 | | $ 364,770,000 | 6,300,000 | | [redacted] |
| Formula | A | B | A*B | A | C | A*C | A | C-B | A*(C-B) |

### PREFERRED SHARES:

| | Cost of Series A-1 Preferred | | | Cost of Series A-2 Preferred | | | Cost of Series B Preferred | | |
|---|---|---|---|---|---|---|---|---|---|
| Party | Shares | Cost/Share | Total Cost | Shares | Cost/Share | Total Cost | Shares | Cost/Share | Total Cost |
| Cerberus | 8,571,429 | $ 35.00 | $ 300,000,015 | - | $ - | - | 8,571,429 | $ 35.00 | $ 300,000,015 |
| Appaloosa | - | | - | 8,571,429 | $ 35.00 | 300,000,015 | 5,142,857 | $ 35.00 | 179,999,995 |
| Harbinger | - | | - | - | | - | 1,285,714 | $ 35.00 | 44,999,990 |
| Merrill Lynch | - | | - | - | | - | 1,071,429 | $ 35.00 | 37,500,015 |
| UBS Securities | - | | - | - | | - | 1,071,429 | $ 35.00 | 37,500,015 |
| Total | 8,571,429 | | $ 300,000,015 | 8,571,429 | | $ 300,000,015 | 17,142,858 | | $ 600,000,030 |
| Formula | A | B | A*B | C | B | C*B | E | B | E*B |

| | Total Cost of Preferred Shares (Sum of Above) | | | Total Value of Preferred Shares | | | Incremental Value Gained | | |
|---|---|---|---|---|---|---|---|---|---|
| Party | Total Shares | Cost/Share | Total Cost | Shares | Value/Share | Total Value | Shares | Per Share | Total |
| Cerberus | 17,142,858 | $ 35.00 | $ 600,000,030 | 17,142,858 | $ 57.90 | $ 992,571,478 | 17,142,858 | $ 22.90 | $ 392,571,448 |
| Appaloosa | 13,714,286 | $ 35.00 | 480,000,010 | 13,714,286 | $ 57.90 | 794,057,159 | 13,714,286 | $ 22.90 | 314,057,149 |
| Harbinger | 1,285,714 | $ 35.00 | 44,999,990 | 1,285,714 | $ 57.90 | 74,442,841 | 1,285,714 | $ 22.90 | 29,442,851 |
| Merrill Lynch | 1,071,429 | $ 35.00 | 37,500,015 | 1,071,429 | $ 57.90 | 62,035,739 | 1,071,429 | $ 22.90 | 24,535,724 |
| UBS Securities | 1,071,429 | $ 35.00 | 37,500,015 | 1,071,429 | $ 57.90 | 62,035,739 | 1,071,429 | $ 22.90 | 24,535,724 |
| Total | 34,285,716 | | $ 1,200,000,060 | 34,285,716 | | $ 1,985,142,956 | 34,285,716 | | [redacted] |
| Formula | A+C+E | B | (A+C+E)*B | A+C+E | F | (A+C+E)*F | A+C+E | F-B | (A+C+E)*(F-B) |

### VALUE TO BONDS/GUCs:

| | Total Cost of Shares | | | Total Value of Shares | | | Incremental Value Gained | | |
|---|---|---|---|---|---|---|---|---|---|
| Party | Shares | Cost/Share | Total Cost | Shares | Value/Share | Total Value | Shares | Per Share | Total |
| Bonds and GUCs | 18,000,000 | $ 45.00 | $ 810,000,000 | 18,000,000 | $ 57.90 | $ 1,042,200,000 | 18,000,000 | $ 12.90 | [redacted] |
| Junior Bonds (TRUPs/Pref.) | 10,000,000 | $ 45.00 | 450,000,000 | 10,000,000 | $ 57.90 | 579,000,000 | 10,000,000 | $ 12.90 | [redacted] |
| | 28,000,000 | | $ 1,260,000,000 | 28,000,000 | | $ 1,621,200,000 | 28,000,000 | | $ 361,200,000 |
| Formula | A | B | A*B | A | C | A*C | A | (C-B) | A*(C-B) |

### FEES

| | Preferred Commitment Fees | | | Backstop Fees | | | Direct Investment Fees | | |
|---|---|---|---|---|---|---|---|---|---|
| Party | Share of Pref. Comm. Fee | Total Cost of Preferred | Preferred Com. Fee @ 1.75% | Share of Back. Fee | Total Backstop Amount | Backstop Com. Fee @ 2.50% | Direct Inv. Amount | Dir. Inv. Fee @ 2.50% | Total Fees |
| Cerberus | 50.0% | $ 1,200,000,060 | $ 10,500,001 | 50.0% | $ 1,984,500,000 | $ 24,806,250 | $ 110,250,000 | $ 2,756,250 | $ 38,062,501 |
| Appaloosa | 40.0% | 1,200,000,060 | 8,400,000 | 30.0% | 1,984,500,000 | 14,883,750 | 66,150,000 | 1,653,750 | 24,937,500 |
| Harbinger | 3.8% | 1,200,000,060 | 787,500 | 7.5% | 1,984,500,000 | 3,720,938 | 16,537,500 | 413,438 | 4,921,875 |
| Merrill Lynch | 3.1% | 1,200,000,060 | 656,250 | 6.3% | 1,984,500,000 | 3,100,781 | 13,781,250 | 344,531 | 4,101,563 |
| UBS Securities | 3.1% | 1,200,000,060 | 656,250 | 6.3% | 1,984,500,000 | 3,100,781 | 13,781,250 | 344,531 | 4,101,563 |
| Total | 100.0% | | $ 21,000,001 | 100.0% | | $ 49,612,500 | $ 220,500,000 | $ 5,512,500 | $ 76,125,001 |
| Formula | A | B (From Above) | C=A*B*1.75% | D | E | F=D*E*2.50% | G (From Above) | H=G*2.50% | C+F+H |

*Source: Schedule 2 of Equity Commitment Agreement, Filed 12/18/06 with the SEC, with the exception of the "Implied Market Value of New Common Stock."*
* *Source: "Implied Market Value of New Common Stock" is calculated on the "Implied Equity Value Calculation Under Cerberus/Appaloosa Plan" spreadsheet.*

HCM 154

# Delphi
*Implied Equity Value Calculation Under Cerberus/Appaloosa Plan*

|  | BONDS | | | | JUNIOR BONDS (TRUPs) | |
|---|---|---|---|---|---|---|
| Year of Maturity | **2006** | **2009** | **2013** | **2029** | **2033** | **2033** |
| Maturity Date | 6/15/06 | 5/1/09 | 8/15/13 | 5/1/29 | 11/15/33 | 10/15/33 |
| Coupon | 6.550% | 6.500% | 6.500% | 7.125% | 6.197% | 8.250% |
| Last Coupon Date | 6/15/05 | 5/1/05 | 8/15/05 | 5/1/05 | 5/15/05 | 9/28/05 |
| Petition Date | 10/8/05 | 10/8/05 | 10/8/05 | 10/8/05 | 10/8/05 | 10/8/05 |
| Facility Face Amount ($mm) | $ 500.0 | $ 500.0 | $ 500.0 | $ 500.0 | $ 150.0 | $ 250.0 |
| Ranking | Unsecured; Unsubordinated | Unsecured; Unsubordinated | Unsecured; Unsubordinated | Unsecured; Unsubordinated | Unsecured; Subordinated | Unsecured; Subordinated |
| Covenants: | Limitation on liens, sale/leasebacks and M&A | Limitation on liens, sale/leasebacks and M&A | Limitation on liens, sale/leasebacks and M&A | Limitation on liens, sale/leasebacks and M&A | None | None |
| **Current Market** | | | | | | |
| Bid | 111.250 | 111.500 | 108.500 | 110.750 | 119.500 | 122.000 |
| Offer | 112.250 | 112.500 | 109.500 | 111.750 | 122.500 | 125.000 |
| Date | 1/5/07 | 1/5/07 | 1/5/07 | 1/5/07 | 1/5/07 | 1/5/07 |
| Source | Goldman | Goldman | Goldman | Goldman | Goldman | Goldman |

| | |
|---|---|
| Equity Price Before Highland Proposal Announcement (12/19/06) | $ 2.62 |
| Current Shares Outstanding | 561.8 |
| Current Equity Value | $ 1,471.9 |
| **Rights** | |
| Rights Shares | 56.7 |
| Strike Price | $ 35.00 |
| Cash to be Contributed in Plan | $ 1,984.5 |
| Total Value of Existing Shares + Cost of Rights | $ 3,456.4 |
| Shares Received Under Plan | 3.0 |
| Shares Purchased Through Rights Offering | 56.7 |
| Total New Shares to Existing Equity holders | 59.7 |
| **Implied New Equity Value/Share** | |