UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| DELPHI CORPORATION, et al. | ) | |
| | ) | Case No. 05-44481 (RDD) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FILING AND CERTIFICATE OF MAILING**

To:  General Counsel               Skadden, Arps, Slate, Meagher & Flom LLP
     Delphi Corporation            Attn: John Wm. Butler, Jr., John K. Lyons &
     5725 Delphi Drive             Randall G. Reese
     Troy, MI 48098                333 W. Wacker Drive, Suite 2100
                                   Chicago, IL 60606

   PLEASE TAKE NOTICE that on January 3, 2007, Claimant CONTROL MASTERS, INC. filed its "Claimant Control Masters, Inc.'s Response to Debtors' Fifth Omnibus Claims Objection and Response to Debtors' Notice of Objection to Claim" by sending such document on a 3.5 inch disk to the Clerk of the Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1409 by overnight delivery.

                                 Michael G. Philipp

**CERTIFICATE OF MAILING**

   I, _____, being first duly sworn on oath, certify that I served a copy of the foregoing Notice of Filing and its attachments, along with certain letters of enclosures upon the parties listed on the attached list at their respective addresses by overnight delivery on January 3, 2007.

Subscribed and sworn to before me this \_\_\_\_\_
day of _____, 2007.

Notary Public

## SERVICE LIST

1.  Clerk of the Court for the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1409

    - Original of Claimant Control Masters, Inc.'s Response to Debtors' Fifth Omnibus Claims Objection and Response to Debtors' Notice of Objection to Claim

    - Notice of Filing and Certificate of Mailing

    - 3.5 inch disk containing the above Response

    - Letter of enclosure

2.  Honorable Robert D. Drain, United States Bankruptcy Judge, United States Court for the Southern District of New York, One Bowling Green, Room 610, New York, NY 10004

    - Copy of Claimant Control Masters, Inc.'s Response to Debtors' Fifth Omnibus Claims Objection and Response to Debtors' Notice of Objection to Claim

    - Letter of enclosure

3.  Delphi Corporation, Attn: General Counsel, 5725 Delphi Drive, Troy, MI 48098

    - Copy of Claimant Control Masters, Inc.'s Response to Debtors' Fifth Omnibus Claims Objection and Response to Debtors' Notice of Objection to Claim

    - Notice of Filing and Certificate of Mailing

    - Copy of Judge Drain letter of enclosure

    - Copy of Clerk of Court letter of enclosure

4.  Skadden, Arps, Slate, Meagher & Flom LLP, Attn: John Wm. Butler, Jr., John K. Lyons and Randall G. Reese), 333 West Wacker Drive, Suite 2100, Chicago, IL 60606

    - Copy of Claimant Control Masters, Inc.'s Response to Debtors' Fifth Omnibus Claims Objection and Response to Debtors' Notice of Objection to Claim

    - CD with confidential, proprietary or otherwise protected information

    - Notice of Filing and Certificate of Mailing

    - Copy of Judge Drain letter of enclosure

- Copy of Clerk of Court letter of enclosure