# G. BRIAN PATTERSON
## REVENUE COMMISSIONER

LIMESTONE COUNTY REVENUE COMMISSION
100 SOUTH CLINTON STREET, SUITE A
ATHENS, ALABAMA 35611
PHONE: 256 233-6435
FAX: 256 233-6692


January 2, 2007

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Sir or Madam:

Reference Bankruptcy Case #05-44481 for Delphi Corporation.

On 4/26/06 this office filed a Proof of Claim in referenced bankruptcy case for 2005 and 2006 ad valorem taxes in the amount of $279,385.42.

Delphi has made a payment of $137,013.86 by check dated 12/15/06. Please adjust our claim to reflect this payment.

Thank you for your assistance.

Sincerely,

G. Brian Patterson
Revenue Commissioner

RECEIVED
JAN - 9 2007


G. BRIAN PATTERSON
LIMESTONE CO. REVENUE COMMISSIONER
100 S. Clinton St. Ste. A
Athens, Alabama 35611

HUNTSVILLE / HVS
03 JAN 2007 PM

JAN - 9 2007

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

10004+1400