12/5/06.

US Bankruptcy Court
So District of New York

Re: Delphi Corp, et al.,
Debtors

Chp 11
Case # 05-44481 (RDD)
Jointly Administered

Orlond R Burnett (Rosemary Burnett - wife)
SS# 432 56 8037

Please Change Residence Address from
212 Alanbrook Ave
Sherwood, Ar 72120-4826.

To

11900 Pleasant Ridge Road
# 1312
Little Rock, Ar. 72223
Ph 501-201-3565

Thank you.

Bennett Belmont-Edge Rd.
11900 #1371
Little Rock, AR 72223

US Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004

CENTRAL AR PDC 722
12 DEC 2006 PM 3 L