## <u>CERTIFICATE OF SERVICE</u>

I, Scott S. McKessy, hereby certify that on the 11th day of January, 2007, I caused a true and correct copy of the Siemens VDO Automotive SAS's Response to the Debtor's Fifth Omnibus Claims Objection to be served by:

(a)     United States mail, postage prepaid, addressed to:

Delphi Corporation
Attention:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Attention:  John Wm. Butler, Jr., John K, Lyons and Randall G. Reese

(b)     electronic mail addressed to:

Randall G. Reese
rareese@skadden.com

_____

Scott S. McKessy