UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
In re:                                      )    Chapter 11
                                            )
DELPHI CORPORATION, et al.                  )    Case No. 05-44481 (RDD)
                                            )
          Debtors.                          )    (Jointly Administered)
_____)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

    Helen M. Lamb, being duly sworn, deposes and says:

1. That I am in the employ of Chadbourne & Parke LLP, that I am not a party to this action and that I am over the age of eighteen years;

2. That on January 11, 2007, I caused to be served a true and correct copy of *Notice of Appearance and Request for Service of Documents* on those parties listed on the attached service list by United States First Class mail.


                                                    */s/ Helen M. Lamb*
                                                     Helen M. Lamb

Sworn to before me
this 11th day of January 2007

*/s/ Francisco Vazquez*
Francisco Vazquez
Notary Public, State of New York
No. 31-6013920
Qualified in New York County
Commission Expires December 27, 2010

NY4 - 199662.01

# SERVICE LIST

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606

Robert J. Rosenberg, Esq.
Mitchell A. Seider, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4802

Alicia M. Leonard, Esq.
Office of the United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004