**Hearing Date: January 12, 2007**
**Hearing Time: 1:00 p.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                            :

In re                    :    Chapter 11
                            :

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                            :

              Debtors.    :    (Jointly Administered)
                            :
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## PROPOSED SECOND CLAIMS HEARING AGENDA

Location Of Hearing:      United States Bankruptcy Court for the Southern District of New
                            York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                            One Bowling Green, New York, New York 10004-1408

1.    **"Second Omnibus Claims Objection"**– Debtors' Second Omnibus Objection
(Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (I) Equity Claims, (II) Claims Duplicative Of Consolidated Trustee Or
Agent Claims, And (III) Duplicate And Amended Claims (Docket No. 5451)

Claims As To Which The Hearing On The Second Omnibus Claims Objection Was
Adjourned From The Thirteenth Omnibus Hearing On November 30, 2006 (Proofs
Of Claim Nos.: (1) Electronic Data Systems, EDS Information Services L.L.C.
And EDS de Mexico S.A. de C.V.: 12679, 12680, 12683; (2) Robert Bosch
GmbH: 13622, 13623, 13624, 13625, 13626, 13627, 13628, 13629, 13630, 13631,
13632, 13633, 13634, 13635, 13636, 13637, 13638, 13639, 13640, 13641, 13642,
13643, 13644, 13645, 13646, 13647, 13648, 13649, 16219, 16221, 16222, 16223,
16224, 16225, 16226, 16227, 16228, 16229, 16230, 16231, 16232, 16233, 16234,
16235, 16236, 16237, 16238, 16239, 16240, 16241, 16242, 16243, 16244, 16245,
16246 and (3) Cadence Innovation LLC: 10074, 10077, 10078, 10079, 10080,
10081, 10082, 10083, 10084, 10085, 10086, 10087, 10088, 10089, 10090, 10091,
10092, 10093, 10094, 10095, 10096, 10097, 10098, 10099, 10101, 10102, 10103,
10104, 10105, 10106, 10107, 10108, 10109, 10110, 10112, 10113, 10114, 10115,
10116, 10117)

| | |
|---|---|
| *Responses Filed:* | *Motion Response of Electronic Data Systems, EDS Information Services L.L.C. and EDS de Mexico S.A. de C.V. to the Debtors Second Omnibus Objection (Procedural) to Certain (I) Equity Claims, (II) Claims Duplicative of Consolidated Trustee or Agent Claims and (III) Duplicate and Amended Claims (Docket No. 5451); and Third Omnibus Objection (Substantive) to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors Books and Records, and (C) Claims Subject to Modification (Docket No. 5452)* |
| | *Response Of Robert Bosch GmbH To Debtors' Second Omnibus Objection To Claims (Docket No. 5766)* |
| | *Response Of Cadence Innovation LLC To Debtors' Second Omnibus Objection To Claims (Docket No. 5767)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |

| | |
|---|---|
| *Status:* | *The hearing will be proceeding with respect to the response of Cadence Innovation LLC.  This matter has been resolved with respect to the responses of Electronic Data Systems, EDS Information Services L.L.C, EDS de Mexico S.A. de C.V., and Robert Bosch GmbH.* |

2.    **"Sufficiency Hearing Regarding Claims Of Lafonza E. Washington"** - Sufficiency Hearing Regarding Claims Of Lafonza Washington As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Response Of Lafonza E. Washington To Debtors' Third Omnibus Claims Objection (Docket No. 5863)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | *Debtors' Supplemental Reply To The Response Of Lafonza Washington To The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502 (b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 6374)* |
| *Related Filing:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claims Nos. 257, 264, 288, 297, 1271, 1272, And 1334 (Docket No. 6110)* |

Status:                    *The hearing with respect to this matter will be proceeding.*

3.      **"Sufficiency Hearing Regarding Claims Of Michael Sieloff"** - Sufficiency Hearing Regarding Claims Of Michael Sieloff As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Response Filed:            *Response Of Michael Sieloff To Debtors' Third Omnibus Claims Objection (Docket No. 5667)*

Replies Filed:             *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)*

                           *Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)*

Related Filing:            *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 7075 (Docket No. 6115)*

Status:                    *The hearing with respect to this matter will be proceeding.*

4.      **"Sufficiency Hearing Regarding Claims Of Ronald Jorgenson" -** Sufficiency
Hearing Regarding Claims Of Ronald Jorgenson As Objected To On The Debtors'
(I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B)
Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject
To Modification And (II) Motion To Estimate Contingent And Unliquidated
Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|   |   |
|---|---|
| *Response Filed:* | *Response Of Ronald Jorgenson To Debtors' Third Omnibus Claims Objection (Docket No. 5672)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
|   | *Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)* |
| *Related Filing:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 11892 (Docket No. 6116)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

5.      **"Sufficiency Hearing Regarding Claims Of Terry R. Mocny" -** Sufficiency
Hearing Regarding Claims Of Terry R. Mocny As Objected To On The Debtors' (I)
Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed.
R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B)
Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject

To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses Filed:* | *Response Of Terry R. Mocny To Debtors' Third Omnibus Claims Objection (Docket No. 5584)* |
| | *Response Of Terry R. Mocny To Debtors' Third Omnibus Claims Objection (Docket No. 6507)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | *Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)* |
| *Related Filing:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 3886 (Docket No. 6119)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

6.   **"Sufficiency Hearing Regarding Claims Of William Kerscher" -** Sufficiency Hearing Regarding Claims Of Terry R. Mocny As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Response Of William Kerscher To Debtors' Third Omnibus Claims Objection (Docket No. 5665)* |
| | *Response Of William Kerscher To Debtors' Third Omnibus Claims Objection (Docket No. 5583)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | *Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)* |
| *Related Filing:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 9674 (Docket No. 6118)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

7. **"Sufficiency Hearing Regarding Claims Of Douglas Deykes" -** Sufficiency Hearing Regarding Claims Of Douglas Deykes As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Response Of Douglas Deykes To Debtors' Third Omnibus Claims Objection (Docket No. 5855)* |
| | *Supplemental Response Of Douglas Deykes To Debtors' Third Omnibus Claims Objection (Docket No. 6546)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | *Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)* |
| *Related Filing:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 13411 (Docket No. 6117)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

8

8.    **"Sufficiency Hearing Regarding Claims Of William P. Downey"** - Sufficiency
Hearing Regarding Claims Of William P. Downey As Objected To On The
Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient
Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And
(C) Claims Subject To Modification And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Response Filed:* | *Response Of William P. Downey To Debtors' Third Omnibus Claims Objection (Docket No. 5830)* |
|  | *Supplemental Response Of William P. Downey To Debtors' Third Omnibus Claims Objection (Docket No. 6544)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
|  | *Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)* |
| *Related Filing:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12129, 14370 (Docket No. 6111)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

9

9. **"Sufficiency Hearing Regarding Claims Of Wilfred D. Leong" -** Sufficiency Hearing Regarding Claims Of Wilfred D. Leong (As Custodian For Clifford Leong) As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Response Filed:* | *Response Of Wilfred D. Leong As Custodian For Clifford Leong To Debtors' Third Omnibus Claims Objection (Docket No. 6152)* |
|  | *Response Of Wilfred D. Leong As Custodian For Clifford Leong To Debtors' Third Omnibus Claims Objection (Docket No. 6441)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
|  | *Debtors' Omnibus Supplemental Reply To The Responses Of Victoria E. Perez And Wilfred D. Leong (As Custodian For Clifford Leong) To The Debtors' Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 6376)* |
| *Related Filing:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2856 (Docket No. 6113)* |

10

| | |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

10. **"Sufficiency Hearing Regarding Claims Of Victoria B. Perez"** - Sufficiency Hearing Regarding Claims Of Victoria B. Perez As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Response Of Victoria B. Perez To Debtors' Third Omnibus Claims Objection (Docket No. 5935)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | *Debtors' Omnibus Supplemental Reply To The Responses Of Victoria E. Perez And Wilfred D. Leong (As Custodian For Clifford Leong) To The Debtors' Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C.§ 502(c) (Docket No. 6376)* |
| *Related Filing:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim No. 4321 (Docket No. 6120)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

11

Dated:   New York, New York
         January 11, 2007

                           SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

                           By:   /s/ John Wm. Butler, Jr.
                                John Wm. Butler, Jr. (JB 4711)
                                John K. Lyons (JL 9331)
                                Ron E. Meisler (RM 3026)
                           333 West Wacker Drive, Suite 2100
                           Chicago, Illinois 60606

                                - and -

                           By:   /s/ Kayalyn A. Marafioti
                                Kayalyn A. Marafioti (KM 9632)
                                Thomas J. Matz (TM 5986)
                           Four Times Square
                           New York, New York 10036

                           Attorneys for Delphi Corporation, et al.,
                                Debtors and Debtors-in-Possession