UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re                                              :        Chapter 11

DELPHI CORPORATION,    et al.,                     :        Case No. 05-44481 (RDD)

                Debtors.                           :        (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


CERTIFICATE OF SERVICE

State of New York      )
                       )        ss.:
County of New York     )


     1.   I, Laura Guido, certify under penalty of perjury pursuant to 28 U.S.C.

§ 1746 that on January 11, 2007, I caused to be served a true and correct copy of the

document(s) listed below (i) upon the parties listed on Exhibit A hereto via overnight

courier; and (ii) upon the party listed on Exhibit B hereto via pre-paid first class U.S.

Mail, as indicated:

> ➢ Third Supplemental Objection of the Official Committee of Equity Security
>   Holders in Opposition to Debtors' Expedited Motion for Order Authorizing and
>   Approving the Equity Purchase Agreement Pursuant to Sections 105(a), 363(b),
>   503(b) and 507(a) of the Bankruptcy Code and the Plan Framework Support
>   Agreement Pursuant to Sections 105(a), 363(b) and 1125(e) of the Bankruptcy
>   Code, *together with electronic filing receipt*


Dated:  January 11, 2007
     New York, New York

                                         /s/ Laura Guido
                                         Laura Guido

# **Exhibit A**

**Service by Overnight Courier**

Brandes Investment Partners LP
11988 El Camino Real
Suite 500
San Diego, CA  92103
Attn:   Ted Kim

Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036
Attn:   Robert J. Stark

Cohen, Weiss & Simon
330 W. 42nd Street
New York, NY  10036
Attn:   Bruce Simon

Curtis, Mallet-Prevost, Colt & Mosle
LLP
101 Park Avenue
New York, NY  10178-0061
Attn:   Steven J. Reisman

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn:   Brian Resnick
        Donald Bernstein

DC Capital Partners LP
800 Third Avenue
40th Floor
New York, NY  10022
Attn:   Douglas L. Dethy

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:   Sean Corcoran
        Karen Craft

Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI  48098
Attn:   Michael Nefkens

Flextronics International
305 Interlocken Parkway
Broomfield, CO  80021
Attn:   Carrie L. Schiff

Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA  95131
Attn:   Paul W. Anderson

Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX  78735
Attn:   Richard Lee Chambers, III

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY  10036
Attn:   Randall S. Eisenberg

General Electric Company
9930 Kincey Avenue
Huntersville, NC  28078
Attn:   Valerie Venable

Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Attn:   Lonie A. Hassel

Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY  10019
Attn:   Stephen H. Gross

Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
Attn:   Frank L. Gorman, Esq.

Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
Attn:    Robert B. Weiss, Esq.

Internal Revenue Service
290 Broadway
5th Floor
New York, NY  10007
Attn:    Insolvency Department,
        Maria Valerio

Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI  48226
Attn:    Insolvency Department

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH  45439
Attn:    Henry Reichard

James E. Bishop Sr.
502 Shiloh Dr.
No. 9
Laredo, TX  78045

James H. Kelly
P.O. Box 4426
Boulder, CO  80306

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY  10022
Attn:    William Q. Derrough

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017
Attn:    Thomas F. Maher
        Richard Duker
        Gianni Russello

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017
Attn:    Vilma Francis

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:    Gordon Z. Novod

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:    Thomas Moers Mayer

Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA  90066
Attn:    James Le

Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attn:    Robert J. Rosenberg

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY  10017
Attn:    Patrick J. Healy

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY  10017
Attn:    Daniel R. Fisher

Luqman Yacub
P.O. Box 1026
Hartville, OH  44632

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn:    David D. Cleary

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
Attn:    Mohsin N. Khambati

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015
Attn:    J. Brian McTigue

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC  20015
Attn:    Cornish F. Hitchcock

Mesirow Financial
666 Third Ave.
21st Floor
New York, NY  10017
Attn:    Leon Szlezinger

Morrison Cohen LLP
909 Third Avenue
New York, NY  10022
Attn:    Joseph T. Moldovan, Esq.

Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY  10281
Attn:    Mark Schonfeld, Regional
Director

Office of New York State
120 Broadway
New York, NY  10271
Attn:    Attorney General Eliot Spitzer

O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA  90071
Attn:    Robert Siegel

O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC  20006
Attn:    Tom A. Jerman
         Rachel Janger

Pardus European Special Opportunities
Master Fund LP
Pardus Capital Management LP
1101 Avenue of the Americas
Suite 1100
New York, NY  10018
Attn:    Joseph R. Thornton

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005-4026
Attn:    Ralph L. Landy

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005
Attn:    Jeffrey Cohen

Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103
Attn:    Sandra A. Riemer

Rothchild Inc.
1251 Avenue of the Americas
New York, NY  10020
Attn:    David L. Resnick

Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York NY 10020-1801
Attn:    Robert W. Dremluk

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Attn:    Douglas Bartner
         Jill Frizzley

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Attn:    Kenneth S. Ziman
             Robert H. Trust
             William T. Russell, Jr.

Skadden, Arps, Slate, Meagher & Flom
LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606
Attn:    John Wm. Butler
             John K. Lyons
             Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom
LLP
4 Times Square
P.O. Box 300
New York, NY  10036
Attn:    Kayalyn A. Marafioti
             Thomas J. Matz

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:    Daniel D. Doyle

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:    Nicholas Franke

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022
Attn:    Chester B. Salomon
             Constantine D. Pourakis

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119
Attn:    Albert Togut

Trustee of the Koury Family Trust
410 Reposado Dr.
La Habra Heights, CA  90631
Attn:    James N. Koury

Tyco Electronics Corporation
 60 Columbia Road
Morristown, NJ  7960
Attn:    MaryAnn Brereton,
             Assistant General Counsel

United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112
Attn:    Alicia M. Leonhard

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102
Attn:    Michael D. Warner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:    Jeffrey L. Tanenbaum, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:    Martin J. Bienenstock, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:    Michael P. Kessler, Esq.

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890
Attn:    Steven M. Cimalore

James H. Kelly
10409 W. Meade
Sun City, AZ 85351

# Exhibit B

**<u>Service by Pre-Paid First Class U.S. Mail</u>**

Professional Technologies Services
P.O. Box 304
Frankenmuth, MI  48734
Attn :   John V. Gorman

8