UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                       Debtors.    :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER REGARDING DEBTORS' MOTION TO QUASH TRIAL
SUBPOENAS SERVED ON ROBERT S. MILLER AND JOHN D. OPIE BY
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OFFICIAL COMMITTEE
OF EQUITY SECURITY HOLDERS, AND AD HOC TRADE COMMITTEE

("MOTION TO QUASH MILLER AND OPIE TRIAL SUBPOENAS ORDER")

Upon the motion, dated January 7, 2007 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for an order (the "Order") quashing the trial subpoenas served on Robert S. Miller and John D. Opie by the Official Committee of Unsecured Creditors, the Official Committee of Equity Security Holders, and the Ad Hoc Trade Committee; and upon the Joint Opposition Of The Official Committee Of Unsecured Creditors, Official Committee Of Equity Security Holders And The Ad Hoc Trade Committee To The Debtors' Motion Under Fed. R. Bankr. P. 9016 And Fed. R. Civ. P. 45 To Quash Trial Subpoenas Served On Robert S. Miller And John D. Opie (Docket No. 6470); and upon the record of the telephonic chambers conference on the Motion; and after due deliberation thereon; and for the reasons stated by the Court during the chambers conference, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED with respect to Mr. Opie without prejudice to the rights of the Official Committee of Security Holders to ask the Court to reconsider the matter at the close of testimony at the hearing to consider the Expedited Motion For Order Authorizing And Approving The Equity Purchase And Commitment Agreement Pursuant To Sections 105(a), 363(b), 503(b) And 507(a) Of The Bankruptcy Code And The Plan Framework Support Agreement Pursuant To Sections 105(a), 363(b), And 1125(e) Of The Bankruptcy Code (Docket No. 6179).

2. The Motion is DENIED with respect to Mr. Miller.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
January 10, 2007

/s/Robert D. Drain                    
UNITED STATES BANKRUPTCY JUDGE