UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re:                                              :
                                                    :        Chapter 11
DELPHI CORPORATION, *et al.*,                       :        Case No. 05-44481 (RDD)
                                                    :
                        Debtors.                    :        Jointly Administered
                                                    :
-----------------------------------------------------------------x


# CONSENT ORDER WITHDRAWING ORDER TO
# SHOW CAUSE ISSUED AGAINST DEUTSCH DAGAN LTD.


This Court having entered an Order to Show Cause dated January 19, 2006 (the "Show Cause Order"), upon the motion of Delphi Corporation, *et al.* (the "Debtors") directing Deutsch Dagan Ltd. (the "Supplier" and together with the Debtors, the "Parties") to show cause as to why Supplier should not be held in violation of the automatic stay provisions of 11 U.S.C. § 362 for allegedly threatening to withhold essential goods from the Debtors under one or more contracts between the Parties, and the Parties having agreed to a settlement of the issues raised by the Show Cause Order pursuant to a separate agreement between the Parties (the "Agreement"), it is hereby

**ORDERED**, that this matter is settled in accordance with, and pursuant to the terms of, the Parties' Agreement; and it is further

**[Continued on Following Page]**

**ORDERED**, that the Show Cause Order be, and it hereby is, withdrawn.

Dated: January 10, 2007
      New York, New York       /s/Robert D. Drain
                                      United States Bankruptcy Judge

Consent to the foregoing:

| December 22, 2006 | December 22, 2006 |
|---|---|
| DELPHI CORPORATION, *et al.*, | DEUTSCH DAGAN LTD., |
| By their attorneys, | By its attorney, |
| TOGUT, SEGAL & SEGAL LLP | |
| By: | |
| /s/ Neil Berger | /s/ Richard L. Koral |
| NEIL BERGER (NB-3599) | RICHARD L. KORAL (RK--2498) |
| A Member of the Firm | 60 East 42nd Street |
| One Penn Plaza | Suite 2320 |
| New York, New York 10119 | New York, New York 10165 |
| (212) 594-5000 | (212) 682-1212 |