In re Delphi Corporation, et al.  
05-44481-rdd    Doc 6571-1    Filed 01/12/07    Entered 01/12/07 12:35:14    Exhibit A-1  
Pg 1 of 13  
Sixth Omnibus Claims Objection

EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 816<br>Date Filed: 11/23/2005<br>Creditor's Name and Address:<br>AIR ACADEMY PRESS & ASSOCIATES LLC<br>1650 TELSTAR DR NO 110<br>COLORADO SPRINGS, CO 80920<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $70,254.09<br>Total: $70,254.09 | Claim Number: 7993<br>Date Filed: 06/14/2006<br>Creditor's Name and Address:<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $70,254.09<br>Total: $70,254.09 |
| Claim Number: 57<br>Date Filed: 10/19/2005<br>Creditor's Name and Address:<br>ALPINE ELECTRONICS OF AMERICA INC<br>19145 GRAMERCY PL<br>TORRANCE, CA 90501<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,019,168.32<br>Total: $2,019,168.32 | Claim Number: 16192<br>Date Filed: 08/01/2006<br>Creditor's Name and Address:<br>ALPINE ELECTRONICS OF AMERICA<br>240 BOROLINE RD<br>ALLENDALE, NJ 07401<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $409,245.00<br>Total: $409,245.00 |
| Claim Number: 7515<br>Date Filed: 06/06/2006<br>Creditor's Name and Address:<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>FASTENAL CO<br>PO BOX 978<br>2001 THEURER BLVD<br>WINONA, MN 55987<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $58,187.44<br>Administrative:<br>Unsecured:<br>Total: $58,187.44 | Claim Number: 7514<br>Date Filed: 06/06/2006<br>Creditor's Name and Address:<br>FASTENAL COMPANY<br>PO BOX 978<br>WINONA, MN 55987-0978<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $58,187.44<br>Total: $58,187.44 |
| Claim Number: 14067<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>AT ABATEMENT SERVICES INC<br>4915 STILWELL<br>KANSAS CITY, MO 64120<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,900.00<br>Total: $8,900.00 | Claim Number: 14069<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>AT ABATEMENT SERVICES INC<br>4915 STILWELL<br>KANSAS CITY, MO 64120<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,900.00<br>Total: $8,900.00 |

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 14066<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>AT ABATEMENT SERVICES INC<br>4915 STILWELL<br>KANSAS CITY, MO 64120<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $28,365.02<br>Total: $28,365.02 | Claim Number: 14068<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>AT ABATEMENT SERVICES INC<br>4915 STILWELL<br>KANSAS CITY, MO 64120<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $28,365.02<br>Total: $28,365.02 |
| Claim Number: 15668<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>ATS AUTOMATION TOOLING SYSTEMS INC<br>250 ROYAL OAK RD<br>CAMBRIDGE, ON N3H 4R6<br>CANADA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,218,225.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,218,225.00 | Claim Number: 16415<br>Date Filed: 11/09/2006<br>Creditor's Name and Address:<br>ATS AUTOMATION TOOLING SYSTEMS INC<br>250 ROYAL OAK RD<br>CAMBRIDGE, ON N3H 4R6<br>CANADA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $1,983,000.60<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,983,000.60 |
| Claim Number: 2744<br>Date Filed: 04/24/2006<br>Creditor's Name and Address:<br>BALES COMPANY & SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,160.00<br>Total: $3,160.00 | Claim Number: 14675<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE BALES COMPANY ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,160.00<br>Total: $3,160.00 |
| Claim Number: 2737<br>Date Filed: 04/24/2006<br>Creditor's Name and Address:<br>BENDCO MACHINE & TOOL & SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,683.15<br>Total: $1,683.15 | Claim Number: 14679<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE BENDCO MACHINE & TOOL INC ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,683.15<br>Total: $1,683.15 |
| Claim Number: 8950<br>Date Filed: 07/05/2006<br>Creditor's Name and Address:<br>BLACKSTONE EC CO<br>INDUSTRIAL DISTRIBUTION GROUP<br>2510 MATTOX ST<br>TUPELO, MS 38801<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,745.66<br>Total: $1,745.66 | Claim Number: 7131<br>Date Filed: 05/30/2006<br>Creditor's Name and Address:<br>INDUSTRIAL DIST GROUP MEMPHIS<br>2510 MATTOX ST<br>TUPELO, MS 38801<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $1,745.66<br>Administrative:<br>Unsecured:<br>Total: $1,745.66 |

In re Delphi Corporation, et al.  05-44481-rdd  Doc 6571-1  Filed 01/12/07  Entered 01/12/07 12:35:14  Exhibit A-1  Pg 3 of 13  Sixth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 13740<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>BREEN COLOR CONCENTRATES INC<br>GIBBONS DEL DEO DOLAN GRIFFINGER &<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,505.71<br>Total: $11,505.71 | Claim Number: 14174<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>BREEN COLOR CONCENTRATES INC<br>GIBBONS DEL DEO DOLAN GRIFFINGER &<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,505.71<br>Total: $11,505.71 |
| Claim Number: 2347<br>Date Filed: 03/21/2006<br>Creditor's Name and Address:<br>CELLUSUEDE PRODUCTS INC<br>500 N MADISON ST<br>ROCKFORD, IL 61107<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,489.60<br>Total: $5,489.60 | Claim Number: 14684<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>CALLUSUEDE PRODUCTS INC ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,489.60<br>Total: $5,489.60 |
| Claim Number: 764<br>Date Filed: 11/22/2005<br>Creditor's Name and Address:<br>CITY OF GORDONSVILLE TENNESSEE<br>BELLAR & WINKLER<br>212 MAIN ST N<br>PO BOX 332<br>CARTHAGE, TN 37030<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $5,819.39<br>Administrative:<br>Unsecured:<br>Total: $5,819.39 | Claim Number: 7561<br>Date Filed: 06/06/2006<br>Creditor's Name and Address:<br>CITY OF GORDONSVILLE TENNESSEE<br>BELLAR & WINKLER<br>212 MAIN ST N<br>PO BOX 332<br>CARTHAGE, TN 37030<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $16.91<br>Administrative:<br>Unsecured:<br>Total: $16.91 |
| Claim Number: 2300<br>Date Filed: 03/15/2006<br>Creditor's Name and Address:<br>CONSTELLATION NEWENERGY INC<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>6225 SMITH AVE<br>BALTIMORE, MD 21209<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $793,411.29<br>Total: $793,411.29 | Claim Number: 2382<br>Date Filed: 03/23/2006<br>Creditor's Name and Address:<br>CONSTELLATION NEWENERGY INC<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>6225 SMITH AVE<br>BALTIMORE, MD 21209<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $793,411.29<br>Total: $793,411.29 |
| Claim Number: 2299<br>Date Filed: 03/15/2006<br>Creditor's Name and Address:<br>CONSTELLATION NEWENERGY INC GAS<br>DIVISION LLC<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>6225 SMITH AVE<br>BALTIMORE, MD 21209<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $93,001.07<br>Total: $93,001.07 | Claim Number: 2381<br>Date Filed: 03/23/2006<br>Creditor's Name and Address:<br>CONSTELLATION NEWENERGY GAS DIVISION<br>LLC<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>6225 SMITH AVE<br>BALTIMORE, MD 21209<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $93,001.07<br>Total: $93,001.07 |

In re Delphi Corporation, et al.  05-44481-rdd    Doc 6571-1    Filed 01/12/07    Entered 01/12/07 12:35:14    Exhibit A-1
Pg 4 of 13

Sixth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 11243<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br>Debtor: EXHAUST SYSTEMS CORPORATION (05-44573)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 | Claim Number: 11241<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br>Debtor: ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 |
| Claim Number: 11245<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br>Debtor: ASEC SALES GENERAL PARTNERSHIP (05-44484)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 | Claim Number: 11241<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br>Debtor: ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 |
| Claim Number: 11242<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br>Debtor: ENVIRONMENTAL CATALYSTS, LLC (05-44503)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 | Claim Number: 11241<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br>Debtor: ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 |
| Claim Number: 10590<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br>DENSO SALES CALIFORNIA INC<br>3900 VIA ORO AVE<br>LONG BEACH, CA 90810<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $22,200.24<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,200.24 | Claim Number: 15026<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br>DENSO SALES CALIFORNIA INC<br>3900 VIA ORO AVE<br>LONG BEACH, CA 90810<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $22,200.24<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,200.24 |
| Claim Number: 2001<br>Date Filed: 02/14/2006<br>Creditor's Name and Address:<br>DESIGN PATTERN WORKS INC<br>376 REGENCY RIDGE DR<br>CENTERVILLE, OH 45459<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $62,390.00<br>Total: $62,390.00 | Claim Number: 16103<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>DESIGN PATTERN WORKS INC<br>376 REGENCY RIDGE DR<br>CENTERVILLE, OH 45459<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $34,500.00<br>Total: $34,500.00 |

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| **Claim Number:** 7895<br>**Date Filed:** 06/13/2006<br>**Creditor's Name and Address:**<br>ENGINEERED LUBRICANTS CO<br>11525 ROCK ISLAND CT<br>MARYLAND HEIGHTS, MO 63043-3597<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,888.00<br>Total: $1,888.00 | **Claim Number:** 7896<br>**Date Filed:** 06/13/2006<br>**Creditor's Name and Address:**<br>ENGINEERED LUBRICANTS CO<br>11525 ROCK ISLAND CT<br>MARYLAND HEIGHTS, MO 63043-3597<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,888.00<br>Total: $1,888.00 |
| **Claim Number:** 16270<br>**Date Filed:** 08/28/2006<br>**Creditor's Name and Address:**<br>GAYSON SPECIALTY DISPERSIONS<br>REDROCK CAPITAL PARTNERS<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,812.57<br>Total: $8,812.57 | **Claim Number:** 5518<br>**Date Filed:** 05/10/2006<br>**Creditor's Name and Address:**<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,805.95<br>Total: $8,805.95 |
| **Claim Number:** 1878<br>**Date Filed:** 02/06/2006<br>**Creditor's Name and Address:**<br>GE CONSUMER & INDUSTRIAL FKA GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,235.00<br>Total: $11,235.00 | **Claim Number:** 7246<br>**Date Filed:** 06/01/2006<br>**Creditor's Name and Address:**<br>GE CONSUMER & INDUSTRIAL F/K/A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,235.00<br>Total: $11,235.00 |
| **Claim Number:** 9730<br>**Date Filed:** 07/18/2006<br>**Creditor's Name and Address:**<br>GENESEE PACKAGING INC<br>WINEGARDERN HALEY LINDHOLM & ROBERT<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,659,778.51<br>Total: $2,659,778.51 | **Claim Number:** 16204<br>**Date Filed:** 08/14/2006<br>**Creditor's Name and Address:**<br>GENESEE PACKAGING INC<br>WINEGARDEN HALEY LINDHOLM & ROBERTS<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,504,043.71<br>Total: $2,504,043.71 |
| **Claim Number:** 12365<br>**Date Filed:** 07/28/2006<br>**Creditor's Name and Address:**<br>GKN SINTER METALS INC<br>ATTEN GENERAL COUNSEL<br>3300 UNIVERSITY DR<br>AUBURN HILLS, MI 48326<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $167,941.58<br>Total: $167,941.58 | **Claim Number:** 12366<br>**Date Filed:** 07/28/2006<br>**Creditor's Name and Address:**<br>GKN SINTER METALS INC<br>ATTEN GENERAL COUNSEL<br>3300 UNIVERSITY DR<br>AUBURN HILLS, MI 48326<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $279,597.43<br>Total: $279,597.43 |

In re Delphi Corporation, et al.　　05-44481-rdd　Doc 6571-1　Filed 01/12/07　Entered 01/12/07 12:35:14　Exhibit A-1
Pg 6 of 13　　Sixth Omnibus Claims Objection

EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 10368<br>Date Filed: 07/24/2006<br>Creditor's Name and Address:<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $161,100.80<br>Total: $161,100.80 | Claim Number: 15846<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>ADAC PLASTICS INC AND ITS WHOLLY OWNED<br>SUBSIDIARIES ADAC DOOR COMPONENTS INC<br>& ADAC AUTOMOTIVE TRIM INC<br>5920 TAHOE DR SE<br>GRAND RAPIDS, MI 49546<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $124,723.20<br>Total: $124,723.20 |
| Claim Number: 2543<br>Date Filed: 04/04/2006<br>Creditor's Name and Address:<br>HELLA INC<br>201 KELLY DR<br>PEACHTREE CITY, GA 30269<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $166,825.00<br>Total: $166,825.00 | Claim Number: 9011<br>Date Filed: 07/05/2006<br>Creditor's Name and Address:<br>HELLA INC<br>PO BOX 2665<br>PEACHTREE, GA 30269<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $148,939.15<br>Total: $148,939.15 |
| Claim Number: 14181<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HERITAGE INTERACTIVE SERVICES LLC<br>10 W MARKET ST<br>INDIANAPOLIS, IN 46204<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,367.34<br>Total: $38,367.34 | Claim Number: 13834<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HERITAGE INTERACTIVE SERVICES LLC<br>10 W MARKET ST<br>INDIANAPOLIS, IN 46204<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,367.34<br>Total: $38,367.34 |
| Claim Number: 8298<br>Date Filed: 06/21/2006<br>Creditor's Name and Address:<br>HEXCEL CORPORATION<br>PO BOX 90316<br>CHICAGO, IL 60696-0316<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $99,653.28<br>Total: $99,653.28 | Claim Number: 15458<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $100,584.84<br>Total: $100,584.84 |
| Claim Number: 1043<br>Date Filed: 12/06/2005<br>Creditor's Name and Address:<br>HP GEISLER CO INC<br>1482 STANLEY AVE<br>DAYTON, OH 45404<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $967.61<br>Total: $967.61 | Claim Number: 6475<br>Date Filed: 05/22/2006<br>Creditor's Name and Address:<br>HD GEISLER CO INC<br>1482 STANLEY AVE<br>DAYTON, OH 45404<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $967.61<br>Total: $967.61 |

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 2591<br>Date Filed: 04/10/2006<br>Creditor's Name and Address:<br>INCAI TECHNOLOGIES INC & SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,607.55<br>Total: $20,607.55 | Claim Number: 14689<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>INCAI TECHNOLOGIES INC & SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,607.55<br>Total: $20,607.55 |
| Claim Number: 8983<br>Date Filed: 07/05/2006<br>Creditor's Name and Address:<br>INOVISE MEDICAL INC<br>PERKINS COIE LLP<br>1120 NW COUCH ST 10TH FL<br>PORTLAND, OR 97209-4128<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $600,000.00<br>Total: $600,000.00 | Claim Number: 16322<br>Date Filed: 09/18/2006<br>Creditor's Name and Address:<br>INOVISE MEDICAL INC<br>PERKINS COLE<br>1120 NW COUCH ST 10TH FLR<br>PORTLAND, OR 97209-4128<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $600,000.00<br>Total: $600,000.00 |
| Claim Number: 16315<br>Date Filed: 09/14/2006<br>Creditor's Name and Address:<br>INOVISE MEDICAL INC<br>PERKINS COLE<br>1120 NW COUCH ST 10TH FLR<br>PORTLAND, OR 97209-4128<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $600,000.00<br>Total: $600,000.00 | Claim Number: 16322<br>Date Filed: 09/18/2006<br>Creditor's Name and Address:<br>INOVISE MEDICAL INC<br>PERKINS COLE<br>1120 NW COUCH ST 10TH FLR<br>PORTLAND, OR 97209-4128<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $600,000.00<br>Total: $600,000.00 |
| Claim Number: 16385<br>Date Filed: 10/24/2006<br>Creditor's Name and Address:<br>JAMES HUTZ JR<br>6365 THOMPSON SHARPSVILLE RD<br>FOWLER, OH 44418<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,157,683.93<br>Total: $2,157,683.93 | Claim Number: 3139<br>Date Filed: 04/28/2006<br>Creditor's Name and Address:<br>JAMES HUTZ JR<br>6365 THOMPSON SHARPSVILLE RD<br>FOWLER, OH 44418<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,157,683.93<br>Total: $2,157,683.93 |

In re Delphi Corporation, et al.  05-44481-rdd  Doc 6571-1  Filed 01/12/07  Entered 01/12/07 12:35:14  Exhibit A-1  Pg 8 of 13  Sixth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 14017<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>LEAR CORPORATION FOR ITSELF AND THE<br>LEAR ENTITIES LISTED ON THE ATTACHED<br>SUMMARY<br>BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226<br><br>Debtor: DELPHI MECHATRONIC SYSTEMS, INC (05-44567)<br>Secured: $1,750,068.62<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,750,068.62 | Claim Number: 14015<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>LEAR CORPORATION FOR ITSELF AND THE<br>LEAR ENTITIES LISTED ON THE ATTACHED<br>SUMMARY<br>BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $1,750,068.82<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,750,068.82 |
| Claim Number: 276<br>Date Filed: 11/01/2005<br>Creditor's Name and Address:<br>LEE SPRING CO<br>420 LAKE ST<br>BROOKLYN, NY 11219<br><br>Debtor: DELPHI CONNECTION SYSTEMS (05-44624)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $491.00<br>Total: $491.00 | Claim Number: 2971<br>Date Filed: 04/27/2006<br>Creditor's Name and Address:<br>LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN, NY 11219-5477<br><br>Debtor: DELPHI CONNECTION SYSTEMS (05-44624)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $491.00<br>Total: $491.00 |
| Claim Number: 814<br>Date Filed: 11/23/2005<br>Creditor's Name and Address:<br>LIMESTONE CARE AUTHORITY OF ATHENS<br>AND LIMESTONE COUNTY DBA ATHENS<br>LIMESTONE<br>WILMER & LEE PA<br>PO BOX 710<br>ATHENS, AL 35612<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,785.00<br>Total: $1,785.00 | Claim Number: 6604<br>Date Filed: 05/22/2006<br>Creditor's Name and Address:<br>ATHENS LIMESTONE HOSPITAL<br>WILMER & LEE PA<br>P O BOX 710<br>ATHENS, AL 35612<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,352.10<br>Total: $1,352.10 |
| Claim Number: 11432<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>LORD CORPORATION<br>2000 WEST GRANDVIEW BLVD<br>ERIE, PA 16514<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $712,371.05<br>Total: $712,371.05 | Claim Number: 16307<br>Date Filed: 09/12/2006<br>Creditor's Name and Address:<br>LORD CORPORATION<br>2000 W GRANDVIEW BLVD<br>ERIE, PA 16514<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $362,371.05<br>Total: $362,371.05 |

In re Delphi Corporation, et al.  05-44481-rdd  Doc 6571-1  Filed 01/12/07  Entered 01/12/07 12:35:14  Exhibit A-1  Pg 9 of 13  Sixth Omnibus Claims Objection

EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS

| Claim to be Expunged | Surviving Claim |
|---|---|
| **Claim Number:** 16194<br>**Date Filed:** 08/14/2006<br>**Creditor's Name and Address:**<br>METHODE ELECTRONICS INC<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606<br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,939,137.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,939,137.00 | **Claim Number:** 4573<br>**Date Filed:** 05/03/2006<br>**Creditor's Name and Address:**<br>AUTOMOTIVE SAFETY TECHNOLOGIES INC A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC<br>C O TIMOTHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606<br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $2,939,137.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,939,137.00 |
| **Claim Number:** 13499<br>**Date Filed:** 07/24/2006<br>**Creditor's Name and Address:**<br>MICHIGAN STATE UNIVERSITY<br>110 ADMINISTRATION BLDG<br>MICHIGAN STATE UNIVERSITY<br>EAST LANSING, MI 48824-1046<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $32,186.01<br>Total: $32,186.01 | **Claim Number:** 16423<br>**Date Filed:** 11/20/2006<br>**Creditor's Name and Address:**<br>MICHIGAN STATE UNIVERSITY<br>110 ADMINISTRATION BLDG<br>MICHIGAN STATE UNIVERSITY<br>EAST LANSING, MI 48824-1046<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,751.74<br>Total: $16,751.74 |
| **Claim Number:** 2254<br>**Date Filed:** 03/10/2006<br>**Creditor's Name and Address:**<br>MIDWEST TOOL & DIE CORP<br>ROTHBERG LOGAN & WARSCO LLP<br>PO BOX 11647<br>FORT WAYNE, IN 46859-1647<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured: $784,062.10<br>Priority:<br>Administrative:<br>Unsecured: $188,413.44<br>Total: $972,475.54 | **Claim Number:** 16441<br>**Date Filed:** 12/01/2006<br>**Creditor's Name and Address:**<br>MIDWEST TOOL & DIE CORP<br>ROTHBERG LOGAN & WARSCO LLP<br>PO BOX 11647<br>FORT WAYNE, IN 46859-1647<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $188,413.44<br>Total: $188,413.44 |
| **Claim Number:** 13816<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**<br>MULTEK FLEXIBLE CIRCUITS INC ET AL<br>CURTIS MALLET PREVOST COLT & MOSLE<br>101 PARK AVE<br>NEW YORK, NY 10178-061<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $28,136.03<br>Administrative:<br>Unsecured: $195,706.98<br>Total: $223,843.01 | **Claim Number:** 13815<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**<br>MULTEK FLEXIBLE CIRCUITS INC ET AL<br>CURTIS MALLET PREVOST COLT & MOSLE<br>101 PARK AVE<br>NEW YORK, NY 10178-0061<br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $28,136.03<br>Administrative:<br>Unsecured: $195,706.98<br>Total: $223,843.01 |
| **Claim Number:** 5244<br>**Date Filed:** 05/08/2006<br>**Creditor's Name and Address:**<br>NEBRASKA DEPARTMENT OF REVENUE<br>PO BOX 94818<br>LINCOLN, NE 68509-4818<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $4,520.35<br>Administrative:<br>Unsecured: $1,000.00<br>Total: $5,520.35 | **Claim Number:** 16330<br>**Date Filed:** 09/21/2006<br>**Creditor's Name and Address:**<br>NEBRASKA DEPARTMENT OF REVENUE<br>PO BOX 94818<br>LINCOLN, NE 68509-4818<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $2,251.51<br>Administrative:<br>Unsecured: $102.90<br>Total: $2,354.41 |

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 3931<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br>NEFF ENGINEERING COMPANY INC<br>PO BOX 8604<br>FORT WAYNE, IN 46898<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,549.93<br>Total: $3,549.93 | Claim Number: 5741<br>Date Filed: 05/12/2006<br>Creditor's Name and Address:<br>NEFF ENGINEERING CO INC<br>PO BOX 8604<br>FORT WAYNE, IN 46898<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,250.71<br>Total: $6,250.71 |
| Claim Number: 16363<br>Date Filed: 10/11/2006<br>Creditor's Name and Address:<br>NISSHINBO AUTOMOTIVE CORP<br>COX HODGMAN & GIARMARCO PC<br>101 W BIG BEAVER RD 10TH FL<br>TROY, MI 48084<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $154,629.40<br>Administrative:<br>Unsecured: $914,212.99<br>Total: $1,068,842.39 | Claim Number: 16391<br>Date Filed: 10/10/2006<br>Creditor's Name and Address:<br>NISSHINBO AUTOMOTIVE CORP<br>COX HODGMAN & GIARMARCO PC<br>101 W BIG BEAVER RD 10TH FLR<br>TROY, MI 48084<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $223,420.11<br>Priority:<br>Administrative:<br>Unsecured: $690,792.88<br>Total: $914,212.99 |
| Claim Number: 552<br>Date Filed: 11/14/2005<br>Creditor's Name and Address:<br>PAINTING PROCESS ASSOCIATES INC<br>300 PHILLIPS AVE<br>TOLEDO, OH 43612<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $5,364.64<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $5,364.64 | Claim Number: 7286<br>Date Filed: 06/01/2006<br>Creditor's Name and Address:<br>PAINTING AND PROCESS ASSOCIATES<br>ONE UNIVERSITY PLAZA<br>STE 312<br>HACKENSACK, NJ 07601<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,364.64<br>Total: $5,364.64 |
| Claim Number: 16311<br>Date Filed: 09/13/2006<br>Creditor's Name and Address:<br>QUANEX CORP<br>MACSTEEL<br>1 JACKSON SQUARE STE 500<br>JACKSON, MI 49201<br><br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $511,659.39<br>Total: $511,659.39 | Claim Number: 10624<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br>QUANEX CORP<br>MACSTEEL<br>ONE JACKSON SQ STE 500<br>JACKSON, MI 49201<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $511,659.39<br>Total: $511,659.39 |

In re Delphi Corporation, et al.　　05-44481-rdd　Doc 6571-1　Filed 01/12/07　Entered 01/12/07 12:35:14　Exhibit A-1　Pg 11 of 13　　Sixth Omnibus Claims Objection

EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 10004<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $223,420.11<br>Priority: $154,629.40<br>Administrative:<br>Unsecured: $690,792.88<br>Total: $1,068,842.39 | Claim Number: 16391<br>Date Filed: 10/10/2006<br>Creditor's Name and Address:<br>NISSHINBO AUTOMOTIVE CORP<br>COX HODGMAN & GIARMARCO PC<br>101 W BIG BEAVER RD 10TH FLR<br>TROY, MI 48084<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $223,420.11<br>Priority:<br>Administrative:<br>Unsecured: $690,792.88<br>Total: $914,212.99 |
| Claim Number: 8136<br>Date Filed: 06/19/2006<br>Creditor's Name and Address:<br>SID TOOL CO INC<br>MSC INDUSTRIAL SUPPLY<br>PO BOX 9072<br>MELVILLEW, NY 11747<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,405.77<br>Total: $4,405.77 | Claim Number: 8386<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br>MSC INDUSTRIAL SUPPLY<br>75 MAXESS RD<br>MELVILLE, NY 11747<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,334.62<br>Total: $4,334.62 |
| Claim Number: 185<br>Date Filed: 10/28/2005<br>Creditor's Name and Address:<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,391.00<br>Total: $1,391.00 | Claim Number: 14686<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>EDDYTECH SYSTEMS INC ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,391.00<br>Total: $1,391.00 |
| Claim Number: 102<br>Date Filed: 10/25/2005<br>Creditor's Name and Address:<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,103.70<br>Total: $8,103.70 | Claim Number: 2734<br>Date Filed: 04/24/2006<br>Creditor's Name and Address:<br>CAC DESIGN & MFG & SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10,838.93<br>Total: $10,838.93 |
| Claim Number: 15977<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>INDUSTRIAL SPECIALISTS MFG ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,236.19<br>Total: $15,236.19 | Claim Number: 1242<br>Date Filed: 12/21/2005<br>Creditor's Name and Address:<br>SIERRA LIQUIDITY FUND INDUSTRIAL<br>SPECIALTIES MFG<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,236.19<br>Total: $15,236.19 |

In re Delphi Corporation, et al.  
05-44481-rdd    Doc 6571-1    Filed 01/12/07    Entered 01/12/07 12:35:14    Exhibit A-1  
Pg 12 of 13  
Sixth Omnibus Claims Objection

EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 3192<br>Date Filed: 04/28/2006<br>Creditor's Name and Address:<br>SORDS RO CO INC<br>ANDERSON BOLDS SALES DIV<br>24050 COMMERCE PK<br>CLEVELAND, OH 44122-5824<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $915.00<br>Administrative:<br>Unsecured:<br>Total: $915.00 | Claim Number: 1148<br>Date Filed: 12/13/2005<br>Creditor's Name and Address:<br>ANDERSON BOLDS<br>24050 COMMERCE PK<br>CLEVELAND, OH 44122-5838<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $915.00<br>Total: $915.00 |
| Claim Number: 5011<br>Date Filed: 05/08/2006<br>Creditor's Name and Address:<br>SOUTHEASTERN BUSINESS MACHINES INC<br>PO BOX 780<br>BAXLEY, GA 31515-0780<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,133.50<br>Total: $4,133.50 | Claim Number: 3645<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br>SOUTHEASTERN SYSTEM TECHNOLOGIES<br>610 SIMPSON DR<br>PO BOX 780<br>BAXLEY, GA 31515-0780<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,133.50<br>Total: $4,133.50 |
| Claim Number: 16306<br>Date Filed: 09/12/2006<br>Creditor's Name and Address:<br>T M MORRIS MFG CO INC<br>PO BOX 658<br>LOGANSPORT, IN 46947<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $19,365.01<br>Total: $19,365.01 | Claim Number: 800<br>Date Filed: 11/22/2005<br>Creditor's Name and Address:<br>T M MORRIS MFG CO INC<br>PO BOX 658<br>LOGANSPORT, IN 46947<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $19,365.01<br>Total: $19,365.01 |
| Claim Number: 2025<br>Date Filed: 02/15/2006<br>Creditor's Name and Address:<br>T S EXPEDITING SERVICES INC<br>PO BOX 307<br>PERRYSBURG, OH 43616<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $55,331.79<br>Total: $55,331.79 | Claim Number: 16358<br>Date Filed: 10/10/2006<br>Creditor's Name and Address:<br>T S EXPEDITING SERVICE INC<br>PO BOX 307 SCATSCI<br>PERRYSBURG, OH 43552<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $44,188.02<br>Total: $44,188.02 |
| Claim Number: 11710<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>TI AUTOMOTIVE NEUSS GMBH<br>TI GROUP AUTOMOTIVE SYSTEMS LLC<br>12345 E NINE MILE RD<br>WARREN, MI 48089<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $29,664.00<br>Total: $29,664.00 | Claim Number: 15839<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>TI AUTOMOTIVE NEUSS GMBH<br>HORTZSTR 24 30<br>76275 ETTLINGENGERMANY<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $29,644.00<br>Total: $29,644.00 |

In re Delphi Corporation, et al.   05-44481-rdd   Doc 6571-1   Filed 01/12/07   Entered 01/12/07 12:35:14   Exhibit A-1   Pg 13 of 13

Sixth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 8343<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br>TREASURER OF TIPTON COUNTY<br>COURTHOUSE<br>TIPTON, IN 46072<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $9,379.17<br>Administrative:<br>Unsecured:<br>Total: $9,379.17 | Claim Number: 8344<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br>TIPTON COUNTY IN<br>TIPTON COUNTY TREASURER<br>COURTHOUSE<br>TIPTON, IN 46072<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: $9,379.17<br>Administrative:<br>Unsecured:<br>Total: $9,379.17 |
| Claim Number: 2405<br>Date Filed: 03/27/2006<br>Creditor's Name and Address:<br>VACCO INDUSTRIES<br>10350 VACCO ST<br>SOUTH EL MONTE, CA 91733<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,998.00<br>Total: $7,998.00 | Claim Number: 8724<br>Date Filed: 06/28/2006<br>Creditor's Name and Address:<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,998.00<br>Total: $7,998.00 |

**Total Claims to be Expunged:** 58
**Total Asserted Amount to be Expunged:** $22,222,111.93