In re Delphi Corporation, et al.                                                                                                Sixth Omnibus Claims Objection

## EXHIBIT A-2 - DUPLICATE AND AMENDED CLAIMS WITH MULTIPLE SURVIVING CLAIMS

| Claims to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 2465<br>Date Filed: 3/31/2006<br>Creditor's Name and Address:<br><br>SPECIAL SITUATIONS INVESTING GROUP INC<br>ASSIGNEE STMICROELECTRONICS INC FKA SGS<br>THOMPSON MICROELECTRONICS<br>THOMPSON & KNIGHT<br>333 CLAY ST STE 3300<br>HOUSTON, TX 77002<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 7,723,369.91<br>Total: $ 7,723,369.91 | Claim Number: 10682<br>Date Filed: 7/26/2006<br>Creditor's Name and Address:<br><br>STMICROELECTRONICS INC FKA SGS THOMPSON MICROELECTRONICS<br>THOMPSON & KNIGHT<br>333 CLAY ST STE 3300<br>HOUSTON, TX 77002<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 1,569,568.55<br>Total: $ 1,569,568.55 |
| | Claim Number: 15423<br>Date Filed: 7/31/2006<br>Creditor's Name and Address:<br><br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17th FL<br>JERSEY CITY, NJ 07302<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 6,153,413.36<br>Total: $ 6,153,413.36 |
| Claim Number: 12367<br>Date Filed: 7/28/2006<br>Creditor's Name and Address:<br><br>MASTER AUTOMATIC INC<br>40485 SCHOOLCRAFT RD<br>PLYMOUTH, MI 48170<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 579,674.30<br>Total: $ 579,674.30 | Claim Number: 16387<br>Date Filed: 10/26/2006<br>Creditor's Name and Address:<br><br>MASTER AUTOMATIC INC<br>40485 SCHOOLCRAFT RD<br>PLYMOUTH, MI 48170<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 17,622.70<br>Total: $ 17,622.70 |
| | Claim Number: 16388<br>Date Filed: 10/26/2006<br>Creditor's Name and Address:<br><br>MASTER AUTOMATIC INC<br>40485 SCHOOLCRAFT RD<br>PLYMOUTH, MI 48170<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 105,434.11<br>Total: $ 105,434.11 |

**Total Claims to be Expunged:** 2
**Total Asserted Amount to be Expunged:** $8,303,044.21