**EXHIBIT B-1 - EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF CINCINNATI<br>801 PLUM ST<br>CINCINNATI, OH 45202 | 2444 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$423.00<br>$423.00 | 03/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$423.00** | | |