**EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DONALD A HOPFINGER<br>107 ENGELHARDT DR<br>BAY CITY, MI 48706 | 16424 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/17/2006 | DELPHI CORPORATION (05-44481) |
| EDWARD J MOONEY<br>333 ROSEDALE ST<br>ROCHESTER, NY 14620-1688 | 16440 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,000.00<br>Total: $2,000.00 | 11/13/2006 | DELPHI CORPORATION (05-44481) |
| ELEANOR MAE STULL AND THOBURN R R STULL JT TEN<br>BOX 15<br>DAYTON, PA 16222-0015 | 16445 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 12/11/2006 | DELPHI CORPORATION (05-44481) |
| JAMES J JACKSON<br>3222 ELLISVILLE DLVD<br>LARUEL, MS 39440 | 16329 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 09/21/2006 | DELPHI CORPORATION (05-44481) |
| JOHN G SCHUHMANN JR<br>129 HYACINTH<br>LAKE JACKSON, TX 77566-4613 | 16431 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,355.70<br>Total: $1,355.70 | 11/27/2006 | DELPHI CORPORATION (05-44481) |
| LAWRENCE M BAXTER JR AND LUTRICIA A BAXTER JT TEN<br>PO BOX 1040<br>WOODLAND PK, CO 80866 | 16419 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/13/2006 | DELPHI CORPORATION (05-44481) |
| MARY ANN MONGAN TR<br>MARY ANN MONGAN TRUST<br>UA 103097<br>3729 BROADVIEW<br>CINCINNATI, OH 45208-1901 | 16367 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 10/13/2006 | DELPHI CORPORATION (05-44481) |
| MISS HILDA T TAMELER<br>245 MAIN<br>CATASAUQUA, PA 18032-1430 | 16394 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 10/30/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PEGGY W DRYDEN<br>572 N FOREST<br>WILLIAMSVILLE, NY 14221-4936 | 16432 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| ROBERT A MARSH TR<br>MARSH FAMILY TRUST UA DTD 81788<br>2618 VETERAN AVE<br>LOS ANGELES, CA 90064 | 16379 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 10/23/2006 | DELPHI CORPORATION<br>(05-44481) |
| ROSE RUTH PURDY<br>1 B POTOMAC LN<br>WHITING, NJ 08759-1813 | 16411 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/08/2006 | DELPHI CORPORATION<br>(05-44481) |
| SPENCER JAMES<br>483 HUBBARD ST NE<br>GRAND RAPIDS, MI 49525-2533 | 16383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 10/23/2006 | DELPHI CORPORATION<br>(05-44481) |
| STELLA B HOUSE<br>BOX 422<br>MANCHESTER, KY 40962-0422 | 16382 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 10/23/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **13** | **$3,355.70** | | |