**EXHIBIT C - LATE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ALLSTATE INSURANCE COMPANY<br>1500 MEETINGHOUSE RD<br>SEA GIRT, NJ 07850 | 16435 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,755.40<br>Total: $11,755.40 | 11/27/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF BOWLING GREEN KY<br>PO BOX 430<br>BOWLING GREEN, KY 42102-0430 | 13811 | Secured:<br>Priority: $12,978.00<br>Administrative:<br>Unsecured:<br>Total: $12,978.00 | 08/21/2006 | DELPHI CORPORATION (05-44481) |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA | 16332 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $772.74<br>Total: $772.74 | 09/21/2006 | DELPHI CORPORATION (05-44481) |
| MARSILLI NORTH AMERICA INC EFT FORMERLY CMT MARSILLI INC<br>11445 CRONRIDGE DR<br>OWINGS MILLS, MD 21117 | 16283 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $80,626.37<br>Total: $80,626.37 | 09/05/2006 | DELPHI CORPORATION (05-44481) |
| MONROE INC<br>4707 40TH ST SE<br>GRAND RAPIDS, MI 49512 | 16429 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,151.09<br>Total: $31,151.09 | 11/27/2006 | DELPHI CORPORATION (05-44481) |
| PORTAGE COUNTY WATER RESOU OH<br>449 S MERIDIAN ST<br>PO BOX 812<br>RAVENNA, OH 44266 | 16292 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $17,967.88<br>Total: $17,967.88 | 09/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRECISION STAMPINGS INC<br>500 EGAN AVE<br>BEAUMONT, CA 92223 | 16405 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $704,081.68<br>Total: $704,081.68 | 11/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RITTER ENGINEERING CO<br>100 WILLIAMS DR<br>ZELIENOPLE, PA 16063-9698 | 16285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,822.83<br>Total: $5,822.83 | 09/05/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT C - LATE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SAN BENITO CISD<br>LINEBARGER GOGGAN BLAIR & SAMPSON L<br>1949 S IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16357 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,314.57<br><br><br><br>$1,314.57 | 10/10/2006 | DELPHI CORPORATION (05-44481) |
| TEST AMERICA ANALYTICAL TESTING CORPORATION FORMALLY DEL MAR ANALYTICAL<br>DIRECTOR OF CORP CREDIT COLLECTIONS<br>17461 DERIAN AVE STE 100<br>IRVINE, CA 92614 | 16430 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,050.00<br>$1,050.00 | 11/27/2006 | DELPHI CORPORATION (05-44481) |
| TETRA TECH INC<br>710 AVIS DR<br>ANN ARBOR, MI 48108 | 16337 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,866.50<br>$5,866.50 | 09/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| US XPRESS ENTERPRISES INC EFT<br>4080 JENKINS RD<br>CHATTANOOGA, TN 37421 | 13806 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$72,704.52<br>$72,704.52 | 08/21/2006 | DELPHI CORPORATION (05-44481) |
| WARREN COUNTY TAX COMMISSIONER<br>PO BOX 189<br>WARRENTON, GA 30828-0189 | 13809 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$254.20<br><br><br>$254.20 | 08/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 13 | $946,345.78 | | | |