# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>Delphi Automotive Systems LLC<br><br>("the Debtors") | Chapter 11<br><br>Case No. 05-44481 (RDD) Jointly Administered<br><br>Case No. 05-44640<br><br>Schedule No.: <u>1636947-10401765</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, TAL-PORT INDUSTRIES LLC, IN THE AMOUNT OF $215,254.16, TO STONEHILL INSTITUTIONAL PARTNERS, L.P.

**To Transferor:**    Tal-Port Industries LLC
Attn: Robert R. Patterson, CFO
P.O. Box 1970
Jackson, MS 39215
USA

PLEASE TAKE NOTICE that the transfer of $215,254.16 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**    Stonehill Institutional Partners, L.P.
Attn: Steve Nelson
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022
Phone: 212-739-7474

The evidence of transfer of claim is attached hereto. An excerpt of the Debtor's Schedule of Liabilities listing the claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Automotive Systems, et al.

Debtor

Case No. 05-44640

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Tal-Port Industries LLC ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Schedule No: |
|---|---|
| $215,254.16 | 10401765 |

have been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stonehill Institutional Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below.

ASSIGNEE: Stonehill Institutional Partners, L.P.
Address:   Re: Delphi claim
           c/o Stonehill Capital Management
           885 Third Avenue, 30th Floor
           New York, NY 10022

ASSIGNOR: Tal-Port Industries LLC
Address:   P.O. Box 1970
           Jackson, MS 39215-1970
Signature: /s/ Robert R. Patterson
Name:      Robert R. Patterson
Title:     CFO
Date:      1/5/07

# EXHIBIT A

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1636936 - 10401762<br>TAIYO YUDEN SINGAPORE PTE LTD<br>19 JOO KOON CIRCLE<br>JURONG TOWN<br>629051<br>SINGAPORE | ACCOUNTS PAYABLE | | $8,571.42 |
| 1636940 - 10404523<br>TAKATA PETRI INC<br>PO BOX 67000 DEPT 268901<br>DETROIT    MI   482672689 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1636943 - 10401763<br>TAKE-A-LABEL INC<br>16900 POWER DRIVE<br>NUNICA    MI   49448 | ACCOUNTS PAYABLE | | $1,138.00 |
| 1636946 - 10401764<br>TAKUMI STAMPING INC<br>8955 SEWARD ROAD<br>FAIRFIELD    OH   45011 | ACCOUNTS PAYABLE | | $6,005.84 |
| 1636947 - 10401765<br>TAL-PORT INDUSTRIES LLC<br>PO BOX 1253<br>PRENTISS    MS   394741253 | ACCOUNTS PAYABLE | | $215,254.16 |
| 1636952 - 10401766<br>TALCUP INC<br>DBA RS ELECTRONICS<br>34443 SCHOOLCRAFT RD<br>LIVONIA    MI   48150 | ACCOUNTS PAYABLE | | $192.80 |
| 1038628 - 10007223<br>TALL DEBORAH<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 05-820834 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1636957 - 10401767<br>TALL PINE COUNCIL | ACCOUNTS PAYABLE | | $300.00 |
| 1038630 - 10007224<br>TALL RONALD<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1636959 - 10401768<br>TALLADEGA MACHINERY & SUPPLY<br>PO BOX 736<br>TALLADEGA    AL   35160 | ACCOUNTS PAYABLE | | $1,717.00 |
| 1636961 - 10401769<br>TALLERES DIVERSIFICADOS<br>623 LANGTRY ST STE 464<br>EL PASO    TX   79902 | ACCOUNTS PAYABLE | | $2,436.00 |
| 1561317 - 10107969<br>TALLEY INDUSTRIES, INC.<br>2702 NORTH 44TH STREET<br>PHOENIX    AZ   85008 | ENVIRONMENTAL CLAIMS<br>CERCLA: SANDOVAL | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1636967 - 10401770<br>TALTON COMMUNICATIONS INC<br>PO BOX 1117<br>SELMA    AL   367021117 | ACCOUNTS PAYABLE | | $940.70 |