**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                                          In Proceedings For A
                                                                                                    Reorganization Under
          **DELPHI CORPORATION, et al,**                              Chapter 11
                                                                                                    Case No.: 05-44481
                                                                                                    Jointly Administered

          Delphi Automotive Systems
                           Debtors.                         Case No.: 05-44640

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

          Amroc Investments, LLC
          535 Madison Avenue, 15th Floor
          New York, New York 10022
          Attention: David S. Leinwand, Esq.

A transfer in the amount of **$21,285.00** from:

          SYNERGEERING GROUP LLC (Transferor)
          37640 HILLS TECH DR.
          BLDG #4
          FARMINGTON HILL, MI  48331
          Attention: THOMAS GOGOE

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                           Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                   _____
                                                                           Deputy Clerk