SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

NOTICE OF FIFTH QUARTERLY STATEMENT PURSUANT TO
ORDER AUTHORIZING RETENTION OF PROFESSIONALS
<u>UTILIZED BY DEBTORS IN ORDINARY COURSE OF BUSINESS</u>

("NOTICE OF FIFTH QUARTERLY ORDINARY
COURSE PROFESSIONAL STATEMENT")

PLEASE TAKE NOTICE that pursuant to the Order Under 11 U.S.C. §§ 327, 330, And 331 Authorizing Retention Of Professionals Utilized By Debtors In Ordinary Course Of Business, dated November 4, 2005 (Docket No. 883), attached hereto is a statement of fees and disbursements for each professional utilized by the Debtors in the ordinary course of business during the period from October 1, 2006 to December 31, 2006.

Dated: New York, New York
       January 16, 2007

                     SKADDEN, ARPS, SLATE, MEAGHER
                       & FLOM LLP

                     By: /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                     333 West Wacker Drive, Suite 2100
                     Chicago, Illinois  60606
                     (312) 407-0700

                            - and -

                     By: /s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                     Four Times Square
                     New York, New York 10036
                     (212) 735-3000

                     Attorneys for Delphi Corporation, et al.,
                       Debtors and Debtors-in-Possession

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Anne Murphy Patent Services | Legal | - | - | $785 | $8 |
| Arent, Fox, Kintner, Plotkin & Kahn | Legal | $6,016 | - | $13,572 | - |
| Association Of Business Advocating Tariff Equity (A.B.A.T.E.) | Legal | $7,810 | - | $42,083 | - |
| Baker & Daniels | Legal | $31 | - | $53,514 | $2,414 |
| Baker & McKenzie LLP | Tax And Legal Consulting | $17,923 | $319 | $112,140 | $1,114 |
| Balch & Bingham | Legal | - | - | $1,309[*] | $7[*] |
| Barnett Associates, Inc. | Tax Consulting | $7,500 | - | $36,929 | - |
| Booth Udall, PLC | Legal | $420 | - | $8,219 | $2,684 |
| Brennan Steil & Basting SC | Legal | - | - | $700 | $1 |
| Cadena Law Firm, P.C. | Legal | $102 | $4 | $449 | $18 |
| Charles K. Veenstra | Legal | $23,760 | - | $43,680 | - |
| China Patent Agent (H.K.) Ltd. | Legal | $2,660 | $870 | $2,660 | $870 |
| Christie, Parker & Hale, LLP | Legal | $492 | $210 | $6,191 | $4,888 |

---

[*] This figure reflects corrections made to amounts reported in the Notice Of Fourth Quarterly Ordinary Course Professional Statement (Docket No. 5309).

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Ciara Systems, Inc. | Legal | $29,588 | - | $47,438 | - |
| Clark Consulting | Tax Advisory And Advocacy | - | - | $100,000 | - |
| Clark, Thomas & Winters | Legal | $674 | $1 | $7,380* | $643* |
| Conway McKenzie & Dunleavy Inc. | Legal | - | - | $3,593 | $173 |
| Couch White, LLP | Legal | $14,456 | $10 | $131,397 | $1,779 |
| Crew Buchanan | Legal | - | - | $1,668 | - |
| Dechert LLP | Tax Legal Services | $16,231 | - | $16,231 | - |
| Dewitt Ross & Stevens | Legal | $2,330 | $24 | $4,597 | $74 |
| Dickinson Wright P.L.L.C. | Legal | - | - | $10,467 | $214 |
| Dierker & Associates, PC | Legal | $8,441 | $400 | $30,579 | $1,501 |
| Dinsmore & Shohl, LLP | Legal | $1,653 | $54 | $39,978* | $507* |
| Drinker Biddle & Reath LLP | Legal | $2,670 | - | $39,163 | $25 |
| DuCharme, McMillan & Associates, Inc. | Tax Compliance | - | - | $43,851 | $1,666 |

---

* This figure reflects corrections made to amounts reported in the Notice Of Fourth Quarterly Ordinary Course Professional Statement (Docket No. 5309).

2

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Dykema Gossett P.L.L.C. | Legal | $22,131 | $17 | $77,555 | $1,634 |
| Eldridge Cooper Steichen & Leach, PLLC | Legal | - | - | $380 | $3 |
| Ernst & Young AG | Tax And Custom Consultancy | $2,311 | $92 | $18,541 | $390 |
| Falkowski PLLC | Legal | $1,380 | - | $18,260 | - |
| Foster, Swift, Collins & Smith, P.C. | Legal | $11,460 | $1,459 | $17,579 | $1,463 |
| Global Quality Institute | Auditing | $5,000 | - | $13,000 | - |
| Goldberg Segalla LLP | Legal | $1,054 | $15 | $3,181* | $456* |
| Gowling Lafleur Henderson LLP | Legal | $237 | - | $3,708 | - |
| Grant Thorton | Auditing And Tax | $79,971 | - | $154,071 | - |
| Hack, Piro, O'Day, Merklinger | Legal | - | - | $1,102* | $54* |
| Hamilton, Brown & Babst b/k/a Lamothe & Hamilton, APLC | Legal | - | - | $10,221 | $302 |
| Hartman & Hartman P.C. | Legal | $925 | - | $8,275 | $40 |

---

* This figure reflects corrections made to amounts reported in the Notice Of Fourth Quarterly Ordinary Course Professional Statement (Docket No. 5309).

3

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Hewitt & Associates | Auditing | - | - | $52,955 | - |
| Horwood Marcus & Berk | Tax Consulting | $2,964 | $510 | $32,810 | $532 |
| INDIEC Indiana Industrial Energy Consumers, Inc. | Legal | $911 | - | $15,361 | - |
| Ivins, Phillips & Barker Chartered | Legal | $101,275 | - | $231,744 | - |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | Legal | $33,110 | - | $183,260 | $368 |
| Jefferson Wells | Auditing | $81,175 | $4,577 | $347,032[1] | $5,939 |
| Johnston Barton Proctor & Powell LLP | Legal | $148 | - | $4,380 | $18 |
| Keating, Muething & Klekamp, P.L.L. | Legal | - | - | $2,650 | - |
| Keefe And Associates | Legal | $1,450 | $180 | $18,994 | $1,100 |
| Kenyon & Kenyon | Legal | - | - | $13,426 | $98 |
| Kevin P. Weldon | Legal | $1,800 | - | $4,500 | - |
| Kim & Chang | Legal | - | - | $9,794 | $1,136 |
| Kirton & McConkie | Legal | - | - | $56 | - |
| KPMG, Hungary | Tax Compliance | $6,221 | - | $12,351 | - |
| L.C. Begin & Associates, PLLC | Legal | - | - | $46,317 | $11,707 |
| Lathrop & Gage | Legal | $92 | $16 | $2,799 | $281 |

---

[1] This amount reflects payments made during the time period from July 1, 2006 through September 30, 2006 in the aggregate amount of $89,504 which were not previously reported.

4

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Lavin O'Neil Ricci Cedrone | Legal | - | - | $2,717* | $92* |
| Law Offices Of Albert Gutierrez | Legal | - | - | $3,358* | $385* |
| Law Offices Of Brian C. Pauls | Legal | $21,047 | $3,920 | $38,668 | $7,078 |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Legal | $5,530 | $103 | $20,879* | $316* |
| Locke Reynolds LLP | Legal | $7,664 | $596 | $7,664 | $596 |
| Mark A. Navarre | Legal | $32,447 | $485 | $134,279 | $1,607 |
| Marshall, Gerstein & Borun | Legal | - | - | $103 | - |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | Legal | $532 | $1 | $12,497 | $632 |
| McGlynn & Luther | Legal | - | - | $1,877* | $30* |
| McNees Wallace & Nurick LLC | Legal | $27,464 | - | $27,464 | - |

---

* This figure reflects corrections made to amounts reported in the Notice Of Fourth Quarterly Ordinary Course Professional Statement (Docket No. 5309).

5

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Michael D. Schloff, PLLC | Legal | - | - | $1,050 | $9 |
| Momsen, Leonardos & Cia | Legal | - | - | $160 | $85 |
| Morgan, Lewis & Bockius LLP | Legal | - | - | $22,261 | $5 |
| Neal Gerber & Eisenberg, LLP | Legal | $35,875 | $758 | $109,344 | $5,437 |
| Ogne, Alberts & Stuart, P.C. | Legal | - | - | $326 | $3 |
| Paul, Hastings, Janofsky & Walker LLP | Legal | - | - | - | $35 |
| Phelps Dunbar LLP | Legal | $10,476 | $624 | $64,800 | $51,356 |
| Pillsbury Winthrop Shaw Pittman LLP | Legal | - | - | $23,869 | $351 |
| Porterfield, Harper & Mills, P.A. | Legal | $622 | - | $3,422[*] | $53[*] |
| Prichard, Hawkins, McFarland & Young, LLP | Legal | $30 | $13 | $2,186 | $2,603 |
| Quattlebaum, Groom, Tull & Burrow PLLC | Legal | $155 | - | $3,549[*] | $61[*] |

---

[*] This figure reflects corrections made to amounts reported in the Notice Of Fourth Quarterly Ordinary Course Professional Statement (Docket No. 5309).

6

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Reising, Ethington, Barnes Kisselle, P.C. | Legal | $31,560 | $1,876 | $189,599 | $9,296 |
| Rogitz & Associates | Legal | $1,500 | - | $21,000 | - |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | Legal | - | - | $3,878* | -* |
| Sidley Austin Brown & Wood LLP | Tax and Custom Consultancy | $16,926 | - | $16,926 | - |
| Stout Risius Ross, Inc. | Tax Valuation | - | - | $28,655 | $443 |
| Swift Currie McGhee & Hiers, LLP | Legal | - | - | $731 | $35 |
| Thorn, Gershon, Tymann | Legal | $783 | $3 | $932* | $6* |
| Turner Reid Duncan Loomer & Patton P.C. | Legal | - | - | $218 | $13 |
| Vorys, Sater, Seymour and Pease LLP | Tax Consulting | $1,469 | - | $1,897 | - |
| Ward Norris Heller & Reidy, LLP | Legal | $1,276 | - | $2,278 | $41 |
| Wax Law Group | Legal | $38,630 | - | $87,691 | - |

---

* This figure reflects corrections made to amounts reported in the Notice Of Fourth Quarterly Ordinary Course Professional Statement (Docket No. 5309).

7

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered During Chapter 11 Cases | Aggregate Reimbursement Of Expenses During Chapter 11 Cases |
|---|---|---|---|---|---|
| Wells, Anderson & Race, LLC | Legal | - | - | $4,093[*] | $11[*] |
| Wimer Law Offices, P.C. | Legal | - | - | $570 | $4 |
| Wood, Herron & Evans, L.L.P. | Legal | $6,131 | $403 | $34,050 | $3,793 |
| Wooden & McLaughlin, LLP | Legal | $579 | $18 | $11,829 | $360 |
| Young & Basile P.C. | Legal | $12,062 | - | $51,759 | $2,981 |
| Yuasa & Hara | Legal | $33,446 | - | $215,233 | $8,239 |

---

[*] This figure reflects corrections made to amounts reported in the Notice Of Fourth Quarterly Ordinary Course Professional Statement (Docket No. 5309).

8