# UNITED STATES BANKRUPTCY COURT FOR
# SOUTHERN NEW YORK BANKRUPTCY COURT

| In re: Delphi Corporation | Chapter 11 |
| Debtor | Case Nos. 05-44481 |
|  | Claim No. (See Attachment) |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:   Madison Investment Trust – Series 38     ("Transferor")
   [TRANSFEROR NAME & ADDRESS]

   6310 Lamar Ave. 120

   Overland Park, Kansas 66202

2. Please take notice of the transfer of $2,576,441.34 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $2,576,441.34 to:
   Goldman Sachs Credit Partners L.P. c/o Goldman Sachs&    ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   30 Hudson, 17 Floor
   Jersey City, NJ 07302

No action is required if you do not object to the transfer of your claim.

*Kristy Stark* (signature)
Kristy Stark
Madison Liquidity Investors, LLC
800-896-8913

EVIDENCE OF TRANSFER OF CLAIM

TO: Southern District of New York Bankruptcy Court
AND TO: Madison Investment Trust – Series 38
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

Madison Investment Trust – Series 38 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Purchase and Sale Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Credit Partners L.P. c/o Goldman Sachs & Co., its successors, with offices at 30 Hudson, 17th Floor, Jersey City, NJ 07302 ("Buyer"), and assigns all right, title and interest in and to the Claim(s) of Seller, shown on the attached Schedule, against Delphi Corporation in the Southern District of New York, in the case entitled In re Delphi Corporation, with a Case Number of 05-44481 pending in the Court, including without limitation those receivables of Seller.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of January 17, 2007

Name: Madison Investment Trust – Series 38

By: *Kristy Stark*
(Signature of Claimant)

Print Name: Kristy Stark

6310 Lamar Ave., Suite 120
(Address)

Overland Park, KS 66202
(Address)

20-6539324
(SS#/Tax ID)


Accepted:
By: *[signature]*

Brian J. Clarke
Authorized Signatory

10

| Company | Entity | Ownership Entity | Scheduled |
|---|---|---|---|
| 1ST VISION INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 2,258.00 |
| ADVANTAGE FUNDING CORPORATION ASSIGNEE GENESIS QUALITY GROUP | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 2,330.00 |
| AG ONE COOP INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 4,248.50 |
| AMERICAN/JEBCO CORPORATION | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 3,747.78 |
| APPLIED PROCESS INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 6,849.82 |
| HALL, CHRISTOPHER J. D/B/A BC RACING SOLUTIONS | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 8,000.00 |
| CANTEEN CORP | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 26,136.00 |
| HENNESSEY CAPITAL SOLUTIONS as assignee of CARIUS TOOL | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 131,559.17 |
| CHAHTA ENTERPRISE | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 3,360.00 |
| CINTAS CORP | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 3,373.82 |
| DAYTON DOOR SALES INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 14,669.99 |
| DECISIONONE CORPORATION | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 2,352.08 |
| DIRECTED ELECTRONICS INC EFT | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 9,510.87 |
| DOUBLE T SERVICES INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 8,386.33 |
| EPES EXPRESS SERVICES | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 2,975.00 |
| EPSON AMERICA INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 26,258.00 |
| EXAIR CORP | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 2,500.00 |
| EXECUTIVE OFFICE SUPPLY INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 3,060.85 |
| FALCON INDUSTRIAL SUPPLY INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 4,306.00 |
| INJECTEC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 7,218.00 |
| INTELLECT CONTROLS GROUP INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 2,550.00 |
| JOHN RYBURN SERVICES INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 27,254.05 |
| KNO MAR TOOL AND MOLD INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 19,475.00 |
| HENNESSEY CAPITAL SOLUTIONS as assignee of MARKIN TUBING LP | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 111,098.65 |
| PREMIER MANUFACTURING | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 810,371.41 |
| RECO EQUIPMENT INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 3,427.15 |
| REHM USA LLC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 36,545.00 |
| REYNOLDS COMPANY THE | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 5,736.28 |
| SANDERS LEAD CO | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 504,778.10 |
| SCHWARTZ MACHINE | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 8,490.00 |
| SILVENT INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 2,292.00 |
| STEPHENSON AND LAWYER INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 6,688.50 |
| STRECKFUSS USA INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 3,690.00 |
| TOX PRESSOTECHNIK INC EFT | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 5,643.00 |
| TRUGREEN CHEMLAWN | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 7,015.00 |
| UNIVERSAL BEARINGS INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 123,510.57 |
| US SILICA CO | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 55,424.86 |
| WALTON MANAGEMENT SERVICES INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 12,942.64 |
| WRIGHT STATE UNIVERSITY | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 64,674.11 |
| WRIGHT STATE UNIVERSITY | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 17,720.20 |
| YOUNGS ENVIRONMENTAL CLEANUP INC | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 4,002.92 |
| GM NAMEPLATE | Delphi Connection Systems | Madison Investment Trust - Series 38 | $ 1,062.00 |
| MANIA TECHNOLOGIES INC. | Delphi Connection Systems | Madison Investment Trust - Series 38 | $ 6,430.77 |
| MANIABARCO | Delphi Connection Systems | Madison Investment Trust - Series 38 | $ 2,250.00 |

| | | | |
|---|---|---|---|
| MINCO PRODUCTS INC. | Delphi Connection Systems | Madison Investment Trust - Series 38 | $ 31,928.33 |
| NEUTRONIC STAMPING AND PLATING | Delphi Connection Systems | Madison Investment Trust - Series 38 | $ 51,936.00 |
| SANDERS LEAD CO | Delphi Automotive Systems LLC (Recl | Madison Investment Trust - Series 38 | $ 79,676.69 |
| UNIVERSAL BEARINGS INC | Delphi Automotive Systems LLC (Recl | Madison Investment Trust - Series 38 | $ 1,391.75 |
| NEWTON AND ASSOCIATES LLC | Delphi Diesel Systems Corporation | Madison Investment Trust - Series 38 | $ 2,481.77 |
| FILTER FIRST | Delphi Mechatronics Systems | Madison Investment Trust - Series 38 | $ 6,566.50 |
| STERLING SPRING LLC | Delphi Mechatronics Systems | Madison Investment Trust - Series 38 | $ 24,293.51 |
| BEARING ENGINEERING or BEARING ENGINEERS | Delphi Medical Systems Colorado Cor | Madison Investment Trust - Series 38 | $ 16,994.14 |
| CLAYTON'S MERCHANTILE SUPPLY | Delphi Medical Systems Colorado Cor | Madison Investment Trust - Series 38 | $ 3,619.50 |
| GM NAMEPLATE | Delphi Medical Systems Colorado Cor | Madison Investment Trust - Series 38 | $ 2,756.60 |
| MINCO PRODUCTS INC. | Delphi Medical Systems Colorado Cor | Madison Investment Trust - Series 38 | $ 18,512.58 |
| NATIONAL DISPLAY SYSTEMS INC. | Delphi Medical Systems Colorado Cor | Madison Investment Trust - Series 38 | $ 7,124.59 |
| POWERVAR INC. | Delphi Medical Systems Colorado Cor | Madison Investment Trust - Series 38 | $ 2,936.00 |
| SALEM METAL FABRICATORS INC | Delphi Medical Systems Colorado Cor | Madison Investment Trust - Series 38 | $ 2,203.20 |
| GM NAMEPLATE | Delphi Medical Systems Texas Corpor | Madison Investment Trust - Series 38 | $ 3,933.29 |
| MINCO PRODUCTS INC. | Delphi Medical Systems Texas Corpor | Madison Investment Trust - Series 38 | $ 1,893.75 |
| STAFFMARK | Delphi Medical Systems Texas Corpor | Madison Investment Trust - Series 38 | $ 9,852.30 |
| AD TAPE AND LABEL CO INC | Exhaust Systems Corporation | Madison Investment Trust - Series 38 | $ 3,628.18 |
| ASSEMBLY SUPPLIES | Exhaust Systems Corporation | Madison Investment Trust - Series 38 | $ 2,300.00 |
| BRAINERD CHEMICAL CO. INC. | Exhaust Systems Corporation | Madison Investment Trust - Series 38 | $ 2,138.04 |
| SHEPHERD CONTROLS AND ASSOCIATES | Exhaust Systems Corporation | Madison Investment Trust - Series 38 | $ 3,632.48 |
| NEUTRONIC STAMPING | Specialty Electronics Inc. | Madison Investment Trust - Series 38 | $ 3,169.80 |
| ROBERT MCKEOWN COMPANY | Specialty Electronics Inc. | Madison Investment Trust - Series 38 | $ 14,200.66 |
| MERCER HUMAN RESOURCE CONSULTING | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 18,719.00 |
| INSPECTORATE AMERICA CORP | Exhaust Systems Corporation | Madison Investment Trust - Series 38 | $ 36,440.62 |
| SOUTHWEST PUMPS FILTERS INC | ASEC Manufacturing General Partners | Madison Investment Trust - Series 38 | $ 20,852.02 |
| CENVEO | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 4,524.62 |
| LANE PUNCH CORP | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 5,708.67 |
| RIVIERA UTILITIES | Delphi Connection Systems | Madison Investment Trust - Series 38 | $ 8,068.63 |
| CENVEO (CHAMPAGNE) | Delphi Medical Systems Colorado Cor | Madison Investment Trust - Series 38 | $ 1,303.00 |
| PHILADELPHIA MIXING SOLUTIONS | Exhaust Systems Corporation | Madison Investment Trust - Series 38 | $ 55,460.00 |
| H.E. LENNON INC | Exhaust Systems Corporation | Madison Investment Trust - Series 38 | $ 5,756.44 |
| LABELLE INDUSTRIAL SALES | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 2,573.00 |
| VALLEY TIRE COMPANY | Delphi Automotive Systems LLC | Madison Investment Trust - Series 38 | $ 3,693.26 |
| | | | $ 2,576,441.34 |