**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 10074<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI RECEIVABLES LLC (05-47459)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10097<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10094<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10096<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CONNECTION SYSTEMS (05-44624)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10107<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CHINA LLC (05-44577)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 10104<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10093<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10088<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI ELECTRONICS (HOLDING) LLC (05-44547)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10085<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI LLC (05-44615)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10109<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 10089<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI LIQUIDATION HOLDING COMPANY (05-44542)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10103<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI MEDICAL SYSTEMS CORPORATION (05-44529)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10106<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI SERVICES HOLDING CORPORATION (05-44633)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10077<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: MOBILEARIA, INC. (05-47474)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10080<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 10114<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI INTERNATIONAL HOLDINGS CORP (05-44591)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10081<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: ENVIRONMENTAL CATALYSTS, LLC (05-44503)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10082<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: SPECIALTY ELECTRONICS, INC (05-44539)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10116<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI DIESEL SYSTEMS CORP (05-44612)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10095<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI MECHATRONIC SYSTEMS, INC (05-44567)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 10091<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10083<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: PACKARD HUGHES INTERCONNECT COMPANY (05-44626)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10084<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI TECHNOLOGIES, INC (05-44554)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10092<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: ASPIRE, INC (05-44618)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10087<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI FOREIGN SALES CORPORATION (05-44638)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 10101<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: EXHAUST SYSTEMS CORPORATION (05-44573)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10086<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10078<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10099<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10102<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| **Claim Number:** 10098<br>**Date Filed:** 07/20/2006<br>**Creditor's Name and Address:**<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>**Debtor:** ASEC SALES GENERAL PARTNERSHIP (05-44484)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | **Claim Number:** 10100<br>**Date Filed:** 07/20/2006<br>**Creditor's Name and Address:**<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| **Claim Number:** 10117<br>**Date Filed:** 07/20/2006<br>**Creditor's Name and Address:**<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | **Claim Number:** 10100<br>**Date Filed:** 07/20/2006<br>**Creditor's Name and Address:**<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| **Claim Number:** 10105<br>**Date Filed:** 07/20/2006<br>**Creditor's Name and Address:**<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>**Debtor:** DELPHI NY HOLDING CORPORATION (05-44480)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | **Claim Number:** 10100<br>**Date Filed:** 07/20/2006<br>**Creditor's Name and Address:**<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| **Claim Number:** 10110<br>**Date Filed:** 07/20/2006<br>**Creditor's Name and Address:**<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | **Claim Number:** 10100<br>**Date Filed:** 07/20/2006<br>**Creditor's Name and Address:**<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| **Claim Number:** 10090<br>**Date Filed:** 07/20/2006<br>**Creditor's Name and Address:**<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | **Claim Number:** 10100<br>**Date Filed:** 07/20/2006<br>**Creditor's Name and Address:**<br>CADENCE INNOVATION LLC SUCCESSOR IN INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424<br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |

| Claim to be Expunged | | Surviving Claim | |
|---|---|---|---|
| Claim Number: 10113<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br><br>CADENCE INNOVATION LLC SUCCESSOR IN<br>INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | Debtor: DELPHI AUTOMOTIVE SYSTEMS<br>INTERNATIONAL, INC (05-44589)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br><br>CADENCE INNOVATION LLC SUCCESSOR IN<br>INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10108<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br><br>CADENCE INNOVATION LLC SUCCESSOR IN<br>INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | Debtor: DELPHI AUTOMOTIVE SYSTEMS<br>THAILAND, INC (05-44586)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br><br>CADENCE INNOVATION LLC SUCCESSOR IN<br>INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10115<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br><br>CADENCE INNOVATION LLC SUCCESSOR IN<br>INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | Debtor: DELPHI INTERNATIONAL SERVICES INC<br>(05-44583)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br><br>CADENCE INNOVATION LLC SUCCESSOR IN<br>INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10079<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br><br>CADENCE INNOVATION LLC SUCCESSOR IN<br>INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | Debtor: DREAL INC (05-44627)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br><br>CADENCE INNOVATION LLC SUCCESSOR IN<br>INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |
| Claim Number: 10112<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br><br>CADENCE INNOVATION LLC SUCCESSOR IN<br>INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | Debtor: DELPHI AUTOMOTIVE SYSTEMS KOREA,<br>INC (05-44580)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 | Claim Number: 10100<br>Date Filed: 07/20/2006<br>Creditor's Name and Address:<br><br>CADENCE INNOVATION LLC SUCCESSOR IN<br>INTEREST TO PATENT HOLDING COMPANY<br>ALSTON & BIRD LLP<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $0.00<br>Administrative:<br>Unsecured: $21,000,000.00<br>Total: $21,000,000.00 |

**EXHIBIT A - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
| --- | --- |
| | **Total Claims to be Expunged:** 40 |
| | **Total Asserted Amount to be Expunged:** $840,000,000.00 |