# UNITED STATES BANKRUPTCY COURT FOR
# SOUTHERN NEW YORK BANKTRUPTCY COURT

| | |
|---|---|
| In re: Delphi Corporation<br><br>    Debtor | Chapter 11<br>Case Nos. 05-44481<br>Claim No. (See Attachment) |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO: Madison Niche Opportunities, LLC  ("Transferor")
    [TRANSFEROR NAME & ADDRESS]

    6310 Lamar Ave Ste 120

    Overland Park, KS 66202

2. Please take notice of the transfer of $1,735,795.81 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    Transfer $1,735,795.81 to:
    Goldman Sachs Credit Partners L.P. c/o Goldman Sachs & ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    30 Hudson, 17 FLoor
    Jersey City, NJ 07302

No action is required if you do not object to the transfer of your claim.

*Kristy Stark* (signature)
Kristy Stark
Madison Liquidity Investors, LLC
800-896-8913

Exhibit "B"

### EVIDENCE OF TRANSFER OF CLAIM

TO: Southern District of New York Bankruptcy Court
AND TO: Madison Niche Opportunities, LLC
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

Madison Niche Opportunities, LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Purchase and Sale Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Credit Partners L.P. c/o Goldman Sachs & Co., its successors, with offices at 30 Hudson, 17th Floor, Jersey City, NJ 07302 ("Buyer"), and assigns all right, title and interest in and to the Claim(s) of Seller, shown on the attached Schedule, against Delphi Corporation in the Southern District of New York, in the case entitled In re Delphi Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Seller.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of January 17, 2007

Name: Madison Niche Opportunities, LLC

By: _Kristy Stark_
(Signature of Claimant)

Print Name: Kristy Stark

6310 Lamar Ave., Suite 120
(Address)

Overland Park, KS 66202
(Address)

41-2058974
(SS#/Tax ID)

Accepted:
By: _[signature]_
Brian J Clarke
Authorized Signatory

9

Schedule 1

| Company | Entity | Ownership Entity | Scheduled Amount |
|---|---|---|---|
| AIDEA INC | Delphi Automotive Systems LLC | MNO LLC | $ 18,931.00 |
| ALPHA TECHNOLOGIES SVCS INC | Delphi Automotive Systems LLC | MNO LLC | $ 4,037.50 |
| AMERICAN MATERIAL HANDLING INC | Delphi Automotive Systems LLC | MNO LLC | $ 27,428.00 |
| AMERITRONICS SYSTEMS | Delphi Automotive Systems LLC | MNO LLC | $ 1,775.00 |
| BICERANO & ASSOCIATES LLC | Delphi Automotive Systems LLC | MNO LLC | $ 1,650.00 |
| BOBIER TOOL SUPPLY | Delphi Automotive Systems LLC | MNO LLC | $ 3,897.30 |
| CIRCUIT CHECK INC | Delphi Automotive Systems LLC | MNO LLC | $ 7,137.00 |
| CORRPRO COMPANIES INC | Delphi Automotive Systems LLC | MNO LLC | $ 2,600.00 |
| CREATIVE AUTOMATION INC | Delphi Automotive Systems LLC | MNO LLC | $ 5,940.50 |
| DAYTON COATING TECHNOLOGIES | Delphi Automotive Systems LLC | MNO LLC | $ 5,109.29 |
| DLI ENGINEERING CORP | Delphi Automotive Systems LLC | MNO LLC | $ 3,700.00 |
| DODSON TECHNICAL SERVICES INC | Delphi Automotive Systems LLC | MNO LLC | $ 5,614.40 |
| ELECTRIC MOTOR SALES AND SERVICE | Delphi Automotive Systems LLC | MNO LLC | $ 2,910.00 |
| FLOWER CITY COMMUNICATIONS | Delphi Automotive Systems LLC | MNO LLC | $ 5,811.85 |
| GCS/EMTRON GAUGE CO | Delphi Automotive Systems LLC | MNO LLC | $ 3,568.32 |
| GCS/EMTRON GAUGE CO | Delphi Automotive Systems LLC | MNO LLC | $ 14,227.00 |
| GRAND NORTHERN PRODUCTS LTD | Delphi Automotive Systems LLC | MNO LLC | $ 25,190.00 |
| HASS ASSOCIATES INC | Delphi Automotive Systems LLC | MNO LLC | $ 9,001.00 |
| HK SYSTEMS INC | Delphi Automotive Systems LLC | MNO LLC | $ 4,402.00 |
| JO GALLOUP COMPANY | Delphi Automotive Systems LLC | MNO LLC | $ 6,017.41 |
| KENWORTH TRUCK OF UPSTATE NEW YORK INC | Delphi Automotive Systems LLC | MNO LLC | $ 7,000.00 |
| KINGSFORD BROACH AND TOOL INC | Delphi Automotive Systems LLC | MNO LLC | $ 7,320.00 |
| LEXIS NEXIS | Delphi Automotive Systems LLC | MNO LLC | $ 46,555.00 |
| LIFTECH EQUIPMENT COMPANIES | Delphi Automotive Systems LLC | MNO LLC | $ 9,921.65 |
| MICRON PRECISION MACHINING | Delphi Automotive Systems LLC | MNO LLC | $ 359,340.10 |
| MOLDING AUTOMATION CONCEPTS | Delphi Automotive Systems LLC | MNO LLC | $ 4,220.17 |
| PATRIOT PAINT CO INC | Delphi Automotive Systems LLC | MNO LLC | $ 10,430.70 |
| PILLSBURY WINTHROP SHAW | Delphi Automotive Systems LLC | MNO LLC | $ 3,289.39 |
| PIPE CRAFT INC | Delphi Automotive Systems LLC | MNO LLC | $ 31,491.00 |
| PRECISION METROLOGY | Delphi Automotive Systems LLC | MNO LLC | $ 12,577.45 |
| PRO TEAM CLEANING INC 2017 62ND AVE ADD CHG 04/04/05 AM | Delphi Automotive Systems LLC | MNO LLC | $ 9,700.66 |
| QWIK TAPE LLC | Delphi Automotive Systems LLC | MNO LLC | $ 25,678.56 |
| REBER MACHINE & TOOL | Delphi Automotive Systems LLC | MNO LLC | $ 3,720.00 |
| SCARBROUGH & SONS | Delphi Automotive Systems LLC | MNO LLC | $ 9,420.00 |
| SHAMROCK TECHNOLOGIES INC | Delphi Automotive Systems LLC | MNO LLC | $ 2,362.50 |
| SHELF TAG SUPPLY | Delphi Automotive Systems LLC | MNO LLC | $ 2,678.20 |
| SHUMSKY ENTERPRISES | Delphi Automotive Systems LLC | MNO LLC | $ 48,897.72 |
| SMITH PERCY J. | Delphi Automotive Systems LLC | MNO LLC | $ 2,675.00 |
| SYNOPSYS INC | Delphi Automotive Systems LLC | MNO LLC | $ 66,299.43 |
| THEIS PRECISION STEEL CORP EFT | Delphi Automotive Systems LLC | MNO LLC | $ 16,876.69 |
| TOPPER MANUFACTURING INC | Delphi Automotive Systems LLC | MNO LLC | $ 44,890.00 |
| TRAINING SERVICE & REPAIR INC | Delphi Automotive Systems LLC | MNO LLC | $ 2,980.74 |
| UNICHEM INDUSTRIES INC | Delphi Automotive Systems LLC | MNO LLC | $ 9,641.15 |
| UNITED PAINT AND CHEMICAL CORP | Delphi Automotive Systems LLC | MNO LLC | $ 38,286.40 |
| UNITED REFRIGERATION | Delphi Automotive Systems LLC | MNO LLC | $ 4,578.75 |
| UNIVERSAL BEARINGS INC | Delphi Automotive Systems LLC | MNO LLC | $ 464,157.46 |
| UNIVERSAL METAL PRODUCTS INC | Delphi Automotive Systems LLC | MNO LLC | $ 52,986.04 |
| WORLDWIDE TECHNOLOGIES LLC | Delphi Automotive Systems LLC | MNO LLC | $ 3,800.00 |
| CONTINENTAL CONNECTOR CO. | Delphi Connection Systems | MNO LLC | $ 1,974.70 |
| INSULATION SUPPLY CO | Delphi Connection Systems | MNO LLC | $ 2,712.35 |

| | | | |
|---|---|---|---|
| JOSLYN SUNBANK | Delphi Connection Systems | MNO LLC | $ 50,153.59 |
| LA CHEMICAL | Delphi Connection Systems | MNO LLC | $ 36,102.59 |
| MORGAN'S MECHANICAL SERVICE | Delphi Connection Systems | MNO LLC | $ 5,311.93 |
| NC SERVICE TECHNOLOGY | Delphi Connection Systems | MNO LLC | $ 5,543.68 |
| PLASMA TECH | Delphi Connection Systems | MNO LLC | $ 2,535.00 |
| ROGERS CORPORATION | Delphi Connection Systems | MNO LLC | $ 25,233.09 |
| FORECAST PRODUCTS | Delphi Diesel Systems Corporation | MNO LLC | $ 2,689.08 |
| MORAN MITSUBISHI | Delphi Diesel Systems Corporation | MNO LLC | $ 3,434.56 |
| PRESCIENT TECHNOLOGIES INC | Delphi Diesel Systems Corporation | MNO LLC | $ 55,932.12 |
| WYANDOTTE WELDING SUPPLY | Delphi Diesel Systems Corporation | MNO LLC | $ 1,347.52 |
| TOOLING TECHNOLOGIES LLC | Delphi Mechatronics Systems | MNO LLC | $ 2,769.20 |
| APPLIED MOTION PRODUCTS INC | Delphi Medical Systems Colorado Corporation | MNO LLC | $ 7,118.27 |
| CONDOR D.C. POWER SUPPLIES | Delphi Medical Systems Colorado Corporation | MNO LLC | $ 15,295.00 |
| KENSINGTON ELECTRONICS | Delphi Medical Systems Colorado Corporation | MNO LLC | $ 3,100.00 |
| MEANWELL USA | Delphi Medical Systems Colorado Corporation | MNO LLC | $ 7,817.80 |
| MERITEC | Delphi Medical Systems Colorado Corporation | MNO LLC | $ 7,902.00 |
| ONE SOURCE DISTRIBUTORS | Delphi Medical Systems Colorado Corporation | MNO LLC | $ 457.08 |
| GELLCO CLOTHING AND SHOES INC | Exhaust Systems Corporation | MNO LLC | $ 3,560.16 |
| SOUTHERN SHEET METAL WORKS INC | Exhaust Systems Corporation | MNO LLC | $ 10,109.00 |
| CONTECH RESEARCH | Specialty Electronics Inc. | MNO LLC | $ 8,132.76 |
| SELTROL INC. | Specialty Electronics Inc. | MNO LLC | $ 5,025.00 |
| Service Engineering | Specialty Electronics Inc. | MNO LLC | $ 10,817.00 |
| | Totals | | $ 1,735,795.81 |