

December 8, 2005

Mr. Larry Brown
American Energy LLC
3111 S. Madison
Anderson, IN 46016

Dear Larry,

Delphi Product & Service Solutions accepts American Energy's offer of $825,000.00 as payment in full for all outstanding balances remaining on account #s 502816 & 502817.

This $825,000 payment constitutes settlement of all past, present, and future claims and obligations of both parties, contingent upon said payment being given to Craig Kellogg, Delphi, Battery Business Line Director, on December 9, 2005.

Delphi Product & Service Solutions

Joseph T. Willis
Credit Manager
Delphi

American Energy

Larry Brown
General Manager
American Energy