# UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Westbury, New York.

2. On January 17, 2007, a true and correct copy of the (*FULL TRANSFER) Transfer of claim #11566 (claim amount $5,764,040.00), from ON Semiconductor Components Industries LLC to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD,* in the above captioned proceeding was caused to be served on the parties listed on the attached Service List via first class mail.

                                                            **Dreier LLP**

                                            By: _/s/Jean L. Guerrier_____
                                                  **Jean L. Guerrier**

**Sworn to before me this**
**17th day of January, 2007.**

_/s/ Lori Rudolph_
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2007**

{00220677.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098


**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner


**Kurtzman Carson Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036


**ON Semiconductor Components Industries LLC**
5005 East McDowell Road
Phoenix, Arizona 85008
Attn: Legal Department c/o Judy Boyle
judy.boyle@onsemi.com


**Quarles & Brady**
2 North Central Avenue
Phoenix, Arizona 85004
Attn: Scott Goldberg, Esq.

{00220677.DOC;}