**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801
Robert Stark (#3575)

Counsel for Law Debenture Trust Company of New York,
As successor Indenture Trustee and Property Trustee
for the 8.25% Junior Subordinated Note Due 2033
and the Adjustable Rate Junior Subordinated Note Due 2033

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |

## NOTICE OF ADDRESS CHANGE

Please take notice that, Law Debenture Trust Company of New York ("Law Debenture"), Successor Indenture Trustee and Property Trustee for the 8.25% Junior Subordinated Note Due 2033 and the Adjustable Rate Junior Subordinated Note Due 2033, is changing its address effective as of January 22, 2007.  As of that date, Law Debenture's address will be: 400 Madison Avenue, Fourth Floor, New York, New York 10017.  Law Debenture's telephone number (212-750-0888) and facsimile number (212-750-1361) will remain the same.

Dated: New York, New York
January 18, 2007

        Respectfully submitted
        BROWN RUDNICK BERLACK ISRAELS LLP

        By:   /s/ Robert Stark, Esq.
              Robert Stark, Esq.

        Seven Times Square
        New York, New York 10036
        Telephone: (212) 209-4800
        Facsimile:  (212) 209-4801

        Counsel for Law Debenture Trust Company of New York, as
        successor Indenture Trustee for the
        8.25% Junior Subordinated Note Due 2033 and the Adjustable
        Rate Junior Subordinated Note Due 2033