**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Robert Stark (#3575)

Counsel for Law Debenture Trust Company of New York,
As successor Indenture Trustee and Property Trustee
for the 8.25% Junior Subordinated Note Due 2033
and the Adjustable Rate Junior Subordinated Note Due 2033

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., ) | (Jointly Administered) |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Christopher Michael Lau Kamg, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 18th day of January 2007, I caused to be served a true copy of the Notice of Address Change For The Law Debenture Trust Company of New York on the parties listed on

8152586

2

the attached service list by the manner indicated thereon and by electronic mail.

     /s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
18th day of January, 2007.

 /s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2007

2