Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

      - and -

Robert B. Weiss, Esq.
Frank L. Gorman, Esq.
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Telephone: (313) 465-7000
Facsimile: (313) 465-8000

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| **In re** :  | |
| : | **Chapter 11 Case No.** |
| : | |
| **DELPHI CORPORATION, et al.,** : | **05-44481 (RDD)** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

State of New York  )
                     ) ss.:
County of New York  )

      Michael J. Walsh, being duly sworn, hereby deposes and says:

      1.      I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

      2.      On the 10th day of January 2007, I caused a true and correct copy

2

of the following listed pleading to be served upon the parties listed on **Exhibit A** at the addresses set forth therein by electronic mail, unless otherwise indicated.

- ➢ Response of General Motors Corporation In Support of Debtors' Motion for Order Authorizing and Approving Equity Purchase and Commitment Agreement and Plan Framework Support Agreement [Docket No. 6533]

/s/ Michael J Walsh
Michael J Walsh

Sworn to before me this
   18th day of January 2007

/s/ Angela M. Williams
ANGELA M. WILLIAMS
Notary Public, State of New York
No. 01WI4917470
Qualified in Nassau County
Expires Jan 19, 2010

## EXHIBIT A

**By Electronic Mail:**

Latham & Watkins LLP

robert.rosenberg@lw.com
mitchell.seider@lw.com
adrienne.wheatley@lw.com
mark.broude@lw.com
james.brandt@lw.com
blair.connelly@lw.com

Kasowitz, Benson, Torres & Friedman LLP

drosner@kasowitz.com
mfay@kasowitz.com
jgleit@kasowitz.com

White & Case LLP

tlauria@whitecase.com
gkurtz@ny.whitecase.com
dbaumstein@ny.whitecase.com

Milbank, Tweed, Hadley & McCloy LLP

gbray@milbank.com
cbell@milbank.com
dcohen2@milbank.com

Haynes and Boone, LLP

kenric.kattner@haynesboone.com
lenard.parkins@haynesboone.com
brian.hail@haynesboone.com
Judith.elkin@haynesboone.com
kourtney.lyda@haynesboone.com
john.penn@haynesboone.com

Skadden, Arps, Slate, Meagher & Flom LLP

ahogan@skadden.com
ncampana@skadden.com
jbutler@skadden.com

Davis Polk & Wardwell

donald.bernstein@dpw.com
brian.resnick@dpw.com

Fried Frank Harris Shriver & Jacobson LLP

steinbo@ffhsj.com,
torrede@ffhsj.com
goddada@ffhsj.com

Kennedy, Jennik & Murray, P.C.

tkennedy@kjmlabor.com
sjennik@kjmlabor.com

Gorlick, Kravitz and Listhaus, P.C.

bmehlsack@gkllaw.com

Delphi Corporation

sean.p.corcoran@delphi.com

Simpson Thacher & Bartlett LLP

kziman@stblaw.com

Weil, Gotshal & Manges LLP

Michael.Kessler@weil.com
Jeffery.Tanenbaum@weil.com
Robert.Lemons@weil.com

**By Hand Delivery:**

The Honorable Robert D. Drain
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004