**DAY PITNEY LLP**
Ronald S. Beacher (RB8837)
Conrad K. Chiu (CC6346)
7 Times Square
New York, New York 10036
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
E-Mail: rbeacher@daypitney.com
        cchiu@daypitney.com
Attorneys for IBJTC Business Credit Corporation,
as successor to IBJ Whitehall Business Credit Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                          :   Chapter 11
                                                :
**DELPHI CORPORATION**, *et al.*,               :   Case No. 05-44481 (RDD)
                                                :
                            Debtors.            :   (Jointly Administered)
                                                :
---------------------------------------------------------------X

## NOTICE OF LAW FIRM MERGER AND NAME CHANGE

**PLEASE TAKE NOTICE** that, effective January 1, 2007, Pitney Hardin LLP, the law firm serving as counsel of record for IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation ("IBJ") in the above-captioned matter, has merged with Day, Berry & Howard.

The new firm name of counsel of record for IBJ is Day Pitney LLP. Contact information is as follows:

1490219A03011807

Ronald S. Beacher (RSB8837)
Conrad K. Chiu (CKC 6346)
Day Pitney LLP
7 Times Square
New York, New York 10036
Telephone: (212) 297-5800
Facsimile: (212) 916-2940
E-Mail: rbeacher@daypitney.com
cchiu@daypitney.com

DAY PITNEY LLP
Attorneys for IBJTC Business Credit Corporation,
as successor to IBJ Whitehall Business Credit
Corporation

By: /s/ Ronald S. Beacher
RONALD S. BEACHER

Dated: January 18, 2007
New York, New York