Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

     - and -

Robert B. Weiss, Esq.
Frank L. Gorman, Esq.
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Telephone: (313) 465-7000
Facsimile: (313) 465-8000

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                    :
                                             :    **Chapter 11 Case No.**
                                             :
**DELPHI CORPORATION, et al.,**              :    **05-44481 (RDD)**
                                             :
        **Debtors.**               :    **(Jointly Administered)**
                                             :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York   )
                            )    ss.:
County of New York  )

      Ilusion Rodriguez, being duly sworn, hereby deposes and says:

          1.     I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

          2.     On the 10th day of January 2007, I caused a true and correct copy

of the following listed pleading to be served upon the parties listed on **Exhibit A** Exhibit A by facsimile.

> ➢ Response of General Motors Corporation In Support of Debtors' Motion for Order Authorizing and Approving Equity Purchase and Commitment Agreement and Plan Framework Support Agreement [Docket No. 6533]

/s/ Ilusion Rodriguez
Ilusion Rodriguez

Sworn to before me this
  18th day of January 2007

/s/ Heather L Aaronson
HEATHER L. AARONSON
Notary Public, State of New York
No. 01AA6117801
Qualified in New York County
Commission Expires Nov. 1, 2008

## EXHIBIT A

**By Facsimile:**

| PLEASE DELIVER TO: | FAX NUMBER: | PHONE NUMBER: |
|---|---|---|
| Alicia M. Leonhard | 212-668-2255 | 212-510-0500 |