HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7000
Lawrence J. Murphy (P47129)
Gregory R. Schermerhorn (P44016)
E. Todd Sable (P54956)

Attorneys for Lightsource Parent Corporation and Guide Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                                    :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                    Debtors.                              :    (Jointly Administered)
-------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Judy A. Mosello, hereby certify that a copy of the *Supplemental Response of Lightsource Parent Corporation and Guide Corporation to Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. § 502(c)* was served via electronic notification and by regular U. S. Mail on the 18th day of January 2007 to the following:

Honorable Robert D. Drain
United States Bankruptcy Judge,
United States Bankruptcy Court
    for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel


Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr.; John K. Lyons; Randall G. Reese

                HONIGMAN MILLER SCHWARTZ AND COHN LLP

                By: _____/s/ Judy A. Mosello_____
                2290 First National Building
                660 Woodward Ave.
                Detroit, MI 48226-3506
                (313) 465-7956
                jmosello@honigman.com

Dated: January 19, 2007

DETROIT.2479617.1