UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:  
In re     :    Chapter 11
:  
DELPHI CORPORATION, <u>et al.</u>,     :    Case No. 05-44481 (RDD)
:  
Debtors.     :    (Jointly Administered)
:  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF
WILMER CUTLER PICKERING HALE AND DORR LLP AS SPECIAL COUNSEL
<u>TO DELPHI NUNC PRO TUNC TO NOVEMBER 1, 2006</u>

Upon the supplemental retention application, dated December 26, 2006 (the "Supplemental Retention Application"), of Delphi Corporation ("Delphi"), for an order (the "Order") under 11 U.S.C. §§ 327(e) and 1107(b) and Fed. R. Bankr. P. 2014 authorizing the employment and retention of Wilmer Cutler Pickering Hale and Dorr LLP ("WCPHD") to act as special counsel to Delphi; and upon the Supplemental Declaration And Disclosure Statement Of Knute J. Salhus, sworn to December 22, 2006 in support of the Supplemental Retention Application; and this Court having determined that the relief requested in the Supplemental Retention Application is in the best interests of Delphi, its estates, its creditors, and other parties-in-interest, and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Supplemental Retention Application is GRANTED.

2. Delphi's retention and employment of WCPHD to act as special counsel, pursuant to the Supplemental Retention Application, is approved under sections 327(e) and

1107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended and in effect on October 8, 2005 (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with approval of such employment being effective as of November 1, 2006.

       3.   WCPHD shall be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), guidelines established by the Office of the United States Trustee, and further orders of this Court.

       4.   This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

       5.   The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Supplemental Retention Application.

Dated:   New York, New York
          January 18, 2007

       /s/Robert D. Drain
       UNITED STATES BANKRUPTCY JUDGE