Megan E. Clark (MC-2550) (Motion for Admission for Pro Hac Vice pending)
Freking and Betz, LLC
225 Vine Street Suite 600
Cincinnati, Ohio 45202
mclark@frekingandbetz.com
Telephone: 513-721-1975
Facsimile: 513-651-2570

Attorney for Creditor Carl Allison

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : |  |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, MEGAN E. CLARK, a member in good standing of the bar in the State of Ohio and of the the U.S. District Court for the South District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Carl Allison regarding Claim 2205 in the above-referenced case.

My address is:
Megan E. Clark, Esq.
Freking & Betz
525 Vine Street, Sixth Street
Cincinnati, OH  45202
mclark@frekingandbetz.com
Phone:  (513) 721-1975
Fax:  (513) 651-2570

Payment of $25 is enclosed.

                Respectfully submitted,

                FREKING & BETZ

                _____

Dated: January 18, 2007        Megan E. Clark (0065159)
       Cincinnati, Ohio

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Admission Pro Hac Vice will be served via regular U.S. Mail to all parties listed below on January 19, 2007:

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | John Wm. Butler, Jr.<br>Skadden Arps, Slate, Meagher<br>& Flom, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 |
| Kenneth S. Ziman<br>Simpson Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022<br>Counsel for the Official Committee of Unsecured Creditors | Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson, LLP<br>One New York Plaza<br>New York, NY 10004<br>Counsel for the Official Committee of Equity Security Holders |
| Alicia M. Leonard<br>Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | |

Dated: January 18, 2007

_____
Megan E. Clark  (00651590