LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

     Leslie Salcedo, being duly sworn, deposes and says:

     1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

     2.     On January 9, 2007, I caused true and correct copies of the Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Order Authorizing Movants to File Under Seal the Joint Expedited Motion to Compel Documents and Testimony Improperly Withheld as Privileged, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

       3.      In addition, on January 10, 2007, I also caused true and correct copies of the Motion Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Order Authorizing Movants to File Under Seal the Joint Expedited Motion to Compel Documents and Testimony Improperly Withheld as Privileged, to be served upon the parties identified in Exhibit B hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
22nd day of January, 2007

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

**Exhibit A**

**Via E- Mail**

'jgleit@kasowitz.com'; 'jeff.tanenbaum@weil.com'; 'martin.bienenstock@weil.com'; 'michael.kessler@weil.com'; 'jbutler@skadden.com'; 'jlyonsch@skadden.com'; 'rmeisler@skadden.com'; 'kmarafio@skadden.com'; 'tmatz@skadden.com'; 'brian.hail@haynesboone.com'; 'arenenger@milbank.com'; 'dbaumstein@whitecase.com'; 'tkennedy@kjmlabor.com'; 'steinbo@friedfrank.com'; 'dHock@cwsny.com'

**Via Overnight Mail**

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
101 Park Ave
New York, NY 10178-0061

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Carrie L. Schiff
Terry Zale
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

Stephen H Gross
Hodgson Russ LLP
152 West 57th St
35th Fl
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Thomas F Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Ste I
Los Angeles, CA 90066

David D. Cleary
Mohsin N. Khambati
Jason J. DeJonker
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL   60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY 10017

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothchild Inc
1251 Ave Of The Americas
New York, NY 10020

Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
1270 Avenue Of The Americas
Ste 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

| | |
|---|---|
| Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>     Bonnie Steingart<br>     Vivek Melwani<br>     Jennifer L. Rodburg<br>     Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |

**Via First Class Mail**

| | |
|---|---|
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202<br>Attn: Beth Klimczak<br>      General Counsel |
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL  33130 | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker<br>Suite  2300<br>Chicago, IL  60606 |

## Exhibit B

**Via E-Mail**

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
aee@hurwitzfine.com
aenglund@orrick.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amcmullen@bccb.com
amina.maddox@dol.lps.state.nj.us
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
aprinci@orrick.com
tkent@orrick.com
arosenberg@paulweiss.com
jbrass@paulweiss.com
asherman@sillscummis.com
aswiech@akebono-usa.com
athau@cm-p.com
austin.bankruptcy@publicans.com
ayala.hassell@eds.com
bankruptcy@goodwin.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com
bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bharwood@sheehan.com
bkessinger@akebono-usa.com
bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com
cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
carren.shulman@hellerehrman.com
timothy.mehok@hellerehrman.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com
charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com

cs@stevenslee.com
cp@stevenslee.com
cschulman@sachnoff.com
agelman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com
dbaty@honigman.com
DBR@tbfesq.com
dconnolly@alston.com
dwender@alston.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddraper@terra-law.com
derrien@coollaw.com
dfreedman@ermanteicher.com
dgheiman@jonesday.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
driggio@candklaw.com
dweiner@schaferandweiner.com
eabdelmasieh@nmmlaw.com
EAKleinhaus@wlrk.com
ecdolan@hhlaw.com
echarlton@hiscockbarclay.com
efox@klng.com
egc@lydenlaw.com
egunn@mcguirewoods.com
ekutchin@kutchinrufo.com
elazarou@reedsmith.com
elizabeth.flaagan@hro.com
Elliott@cmplaw.com
emarcks@ssd.com
emccolm@paulweiss.com
emeyers@mrrlaw.net
ephillips@thurman-phillips.com
ewaters@sheppardmullin.com
fatell@blankrome.com
ferrell@taftlaw.com
ffm@bostonbusinesslaw.com
fholden@orrick.com
fstevens@foxrothschild.com
ftrikkers@rikkerslaw.com
fusco@millercanfield.com
fyates@sonnenschein.com
gdiconza@dlawpc.com
george.cauthen@nelsonmullins.com
gerdekomarek@bellsouth.net
gettelman@e-hlaw.com
ggotto@kellerrohrback.com
ggreen@fagelhaber.com

gjarvis@ggelaw.com
gkurtz@ny.whitecase.com
guzzi@whitecase.com
dbaumstein@ny.whitecase.com
gogimalik@andrewskurth.com
gpeters@weltman.com
greenj@millercanfield.com
greg.bibbes@infineon.com
gregory.kaden@ropesgray.com
grichards@kirkland.com
growsb@wnj.com
gsantella@masudafunai.com
gschwed@loeb.com
gtoering@wnj.com
hannah@blbglaw.com
hborin@schaferandweiner.com
heather@inplaytechnologies.com
herb.reiner@guarantygroup.com
Hirsh.Robert@arentfox.com
hkolko@msek.com
hleinwand@aol.com
holly@regencap.com
housnerp@michigan.gov
houston_bankruptcy@publicans.com
hwangr@michigan.gov
hzamboni@underbergkessler.com
ian@gazesllc.com
ilevee@lowenstein.com
ira.herman@tklaw.com
jaffeh@pepperlaw.com
james.bentley@srz.com
jangelovich@nixlawfirm.com
japplebaum@clarkhill.com
jay.hurst@oag.state.tx.us
jbernstein@mdmc-law.com
jcrotty@rieckcrotty.com
Jeff.Ott@molex.com
jeffery.gillispie@infineon.com
jeisenhofer@gelaw.com
jengland@linear.com
jforstot@tpw.com
jgtougas@mayerbrownrowe.com
jguy@orrick.com
jh@previant.com
mgr@previant.com
jharris@quarles.com
jhinshaw@boselaw.com
jhlemkin@duanemorris.com
jimbriaco@gentek-global.com
jkp@qad.com
jkreher@hodgsonruss.com
jlanden@madisoncap.com
jlapinsky@republicengineered.com
jlevi@toddlevi.com
jmanheimer@pierceatwood.com
jmbaumann@steeltechnologies.com
jminias@stroock.com
jml@ml-legal.com
lmc@ml-legal.com

| | | |
|---|---|---|
| jmsullivan@mwe.com | mark.owens@btlaw.com | prubin@herrick.com |
| jmurch@foley.com | marvin.clements@state.tn.us | raterinkd@michigan.gov |
| joel_gross@aporter.com | massimiliano_cini@brembo.it | rbeacher@pitneyhardin.com |
| john.brannon@tklaw.com | mbane@kelleydrye.com | rcharles@lrlaw.com |
| john.gregg@btlaw.com | mblacker@andrewskurth.com | rcovino@lordbissell.com |
| john.persiani@dinslaw.com | mbusenkell@eckertseamans.com | rdaversa@mayerbrown.com |
| john.sieger@kattenlaw.com | mcheney@orrick.com | rdremluk@seyfarth.com |
| jonathan.greenberg@engelhard.com | mcruse@wnj.com | resterkin@morganlewis.com |
| jposta@sternslaw.com | mdallago@morrisoncohen.com | RGMason@wlrk.com |
| jrhunter@hunterschank.com | mdebbeler@graydon.com | rgoldi@sotablaw.com |
| jrobertson@mcdonaldhopkins.com | metkin@lowenstein.com | rgordon@clarkhill.com |
| JRS@Parmenterlaw.com | mfarquhar@winstead.com | rgriffin@iuoe.org |
| jsalmas@mccarthy.ca | mgreger@allenmatkins.com | rheilman@schaferandweiner.com |
| lsalzman@mccarthy.ca | mhall@burr.com | rhett.campbell@tklaw.com |
| jshickich@riddellwilliams.com | mhamilton@amph.com | richard.epling@pillsburylaw.com |
| jsimon@foley.com | miag@michigan.gov | richard.kremen@dlapiper.com |
| jsmairo@pbnlaw.com | miag@michigan.gov | rjclark@hancocklaw.com |
| jtaylor@binghammchale.com | michael.cook@srz.com | rjones@bccb.com |
| malerding@binghammchale.com | michael.mccrory@btlaw.com | rjsidman@vssp.com |
| wmosby@binghammchale.com | michaelz@orbotech.com | rkidd@srcm-law.com |
| judith.elkin@haynesboone.com | miller@taftlaw.com | rmcdowell@bodmanllp.com |
| jvitale@cwsny.com | mkilgore@UP.com | rmeth@pitneyhardin.com |
| bceccotti@cwsny.com | mkohayer@aol.com | rnorton@reedsmith.com |
| jwilson@tylercooper.com | mlee@contrariancapital.com | rnsteinwurtzel@swidlaw.com |
| jwisler@cblh.com | jstanton@contrariancapital.com | robert.goodrich@stites.com |
| jzackin@sillscummis.com | wraine@contrariancapital.com | robert.morris@timken.com |
| karen.dine@pillsburylaw.com | solax@contrariancapital.com | robert.welhoelter@wallerlaw.com |
| kcookson@keglerbrown.com | mmassad@hunton.com | robin.spear@pillsburylaw.com |
| kcunningham@pierceatwood.com | mmeyers@gsmdlaw.com | rparks@mijb.com |
| ken.higman@hp.com | mmharner@jonesday.com | rpeterson@jenner.com |
| khansen@stroock.com | mmoody@okmlaw.com | rrichards@sonnenschein.com |
| khopkins@milesstockbridge.com | mnewman@schaferandweiner.com | rrosenbaum@mrrlaw.net |
| kim.robinson@bfkpn.com | mrichards@blankrome.com | rsmolev@kayescholer.com |
| klaw@bbslaw.com | mrichman@foley.com | rsz@curtinheefner.com |
| kmayhew@pepehazard.com | mrr@previant.com | rthibeaux@shergarner.com |
| kmiller@skfdelaware.com | mscott@riemerlaw.com | rthibeaux@shergarner.com |
| Knathan@nathanneuman.com | mseidl@pszyjw.com | rtrack@msn.com |
| knorthup@kutchinrufo.com | mshaiken@stinsonmoheck.com | rurbanik@munsch.com |
| knye@quarles.com | msmcelwee@varnumlaw.com | jwielebinski@munsch.com |
| krk4@daimlerchrysler.com | msomerstein@kelleydrye.com | drukavina@munsch.com |
| krosen@lowenstein.com | msternstein@sheppardmullin.com | rusadi@cahill.com |
| kwalsh@lordbissell.com | mtf@afrct.com | rweisberg@carsonfischer.com |
| lawallf@pepperlaw.com | murph@berrymoorman.com | rwyron@orrick.com |
| lawtoll@comcast.net | mviscount@foxrothschild.com | sabelman@cagewilliams.com |
| lberkoff@moritthock.com | mwarner@warnerstevens.com | sagolden@hhlaw.com |
| lcurcio@tpw.com | mwinthrop@winthropcouchot.com | sandy@nlsg.com |
| lekvall@wgllp.com | myarnoff@sbclasslaw.com | sarah.morrison@doj.ca.gov |
| lenard.parkins@haynesboone.com | myetnikoff@schiffhardin.com | sarbt@millerjohnson.com |
| kenric.kattner@haynesboone.com | mzelmanovitz@morganlewis.com | wolfordr@millerjohnson.com |
| lisa.moore2@nationalcity.com | nhp4@cornell.edu | scargill@lowenstein.com |
| lloyd.sarakin@am.sony.com | niizeki.tetsuhiro@furukawa.co.jp | schnabel@klettrooney.com |
| lmagarik@kjmlabor.com | office@gazesllc.com | dbrown@klettrooney.com |
| lnewman@fagelhaber.com | oiglesias@wlross.com | schristianson@buchalter.com |
| lpeterson@msek.com | pabutler@ssd.com | sdabney@kslaw.com |
| lpinto@wcsr.com | patrick.bartels@quadranglegroup.com | bdimos@kslaw.com |
| lsarko@kellerrohrback.com | pbaisier@seyfarth.com | sdeeby@clarkhill.com |
| claufenberg@kellerrohrback.com | pbarr@jaffelaw.com | sdonato@bsk.com |
| eriley@kellerrohrback.com | pbilowz@goulstonstorrs.com | sean@blbglaw.com |
| lschwab@bbslaw.com | pbosswick@ssbb.com | selanders@danielsandkaplan.com |
| lwalzer@angelogordon.com | pcostello@bbslaw.com | sfreeman@lrlaw.com |
| madison.cashman@stites.com | pgurfein@akingump.com | sgoldber@quarles.com |
| maofiling@cgsh.com | pjanovsky@zeklaw.com | sgross@hodgsonruss.com |
| maofiling@cgsh.com | pjricotta@mintz.com | shandler@sbclasslaw.com |
| marc.hirschfield@ropesgray.com | pmears@btlaw.com | shapiro@steinbergshapiro.com |
| margot.erlich@pillsburylaw.com | Pretekin@coollaw.com | sharon.petrosino@hp.com |
| mark.houle@pillsburylaw.com | | sholmes@hunton.com |

NY\1234626.1

| | | |
|---|---|---|
| sjennik@kjmlabor.com | tajamie@ajamie.com | twardle@sheppardmullin.com |
| sjfriedman@jonesday.com | tbrink@lordbissell.com | vdagostino@lowenstein.com |
| sjohnston@cov.com | tch@previant.com | vmastromar@aol.com |
| skhoos@mintz.com | tcohen@sheppardmullin.com | wachstein@coollaw.com |
| skrause@zeklaw.com | tdonovan@finkgold.com | wallace@blbglaw.com |
| smcook@lambertleser.com | tgaa@bbslaw.com | wbeard@stites.com |
| snirmul@gelaw.com | tkennedy@kjmlabor.com | wendy.brewer@btlaw.com |
| sokeefe@winthropcouchot.com | tlauria@whitecase.com | whanlon@seyfarth.com |
| sopincar@mcdonaldhopkins.com | featon@miami.whitecase.com | whawkins@loeb.com |
| sosimmerman@kwgd.com | tmaxson@cohenlaw.com | william.barrett@bfkpn.com |
| sriley@mcdonaldhopkins.com | tmcfadden@lordbissell.com | wkohn@schiffhardin.com |
| srosen@cb-shea.com | tom@beemanlawoffice.com | wmsimkulak@duanemorris.com |
| sselbst@mwe.com | tomschank@hunterschank.com | wsavino@damonmorey.com |
| sshimshak@paulweiss.com | trenda@milesstockbridge.com | wweintraub@pszyjw.com |
| steven.keyes@aam.com | tsable@honigman.com | |
| susanwhatley@nixlawfirm.com | tscobb@vssp.com | |
| swalsh@chglaw.com | tslome@rsmllp.com | |

NY\1234626.1