LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            )   ss.:
COUNTY OF NEW YORK  )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.    On January 9, 2007, I caused true and correct copies of the Supplemental Affidavit of Larry Lattig in Connection with the Retention and Employment of Mesirow Financial Consulting, LLC as Financial Advisors to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

NY\1234727.1

3.      In addition, on January 10, 2007, I also caused true and correct copies of the Supplemental Affidavit of Larry Lattig in Connection with the Retention and Employment of Mesirow Financial Consulting, LLC as Financial Advisors to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit B hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
22nd day of January, 2007

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1234727.1

**Exhibit A**

**Via Overnight Mail**

| | |
|---|---|
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Terry Zale<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>152 West 57th St<br>35th Fl<br>New York, NY 10019 | Internal Revenue Service<br>Attn: Insolvency Department, Mario<br>Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |

| | |
|---|---|
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Conference Board Chairman<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Thomas F Maher<br>Richard Duker<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Ave., 31st Floor<br>New York, NY 10017 |
| Vilma Francis<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 | James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd<br>Ste I<br>Los Angeles, CA 90066 |
| David D. Cleary<br>Mohsin N. Khambati<br>Jason J. DeJonker<br>Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL  60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21st Floor<br>New York, NY 10017 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 |

NY\1234727.1

| | |
|---|---|
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothchild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>1270 Avenue Of The Americas<br>Ste 2500<br>New York, NY 10020-1801 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |

| | |
|---|---|
| Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>     Bonnie Steingart<br>     Vivek Melwani<br>     Jennifer L. Rodburg<br>     Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |

NY\1234727.1

**Via First Class Mail**

| | |
|---|---|
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202<br>Attn: Beth Klimczak<br>          General Counsel |
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL  33130 | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker<br>Suite  2300<br>Chicago, IL  60606 |

NY\1234727.1

**Exhibit B**

**Via E-Mail**

| | | |
|---|---|---|
| aaronsona@pepperlaw.com | cs@stevenslee.com | gjarvis@ggelaw.com |
| abrilliant@goodwinproctor.com | cp@stevenslee.com | gkurtz@ny.whitecase.com |
| aee@hurwitzfine.com | cschulman@sachnoff.com | guzzi@whitecase.com |
| aenglund@orrick.com | agelman@sachnoff.com | dbaumstein@ny.whitecase.com |
| agottfried@morganlewis.com | csullivan@bsk.com | gogimalik@andrewskurth.com |
| akatz@entergy.com | cweidler@paulweiss.com | gpeters@weltman.com |
| alan.mills@btlaw.com | dadler@mccarter.com | greenj@millercanfield.com |
| aleinoff@amph.com | dallas.bankruptcy@publicans.com | greg.bibbes@infineon.com |
| amalone@colwinlaw.com | david.aaronson@dbr.com | gregory.kaden@ropesgray.com |
| amathews@robinsonlaw.com | david.boyle@airgas.com | grichards@kirkland.com |
| amcmullen@bccb.com | david.lemke@wallerlaw.com | growsb@wnj.com |
| amina.maddox@dol.lps.state.nj.us | dbaty@honigman.com | gsantella@masudafunai.com |
| amoog@hhlaw.com | DBR@tbfesq.com | gschwed@loeb.com |
| andrew.herenstein@quadranglegroup.com | dconnolly@alston.com | gtoering@wnj.com |
| andrew.kassner@dbr.com | dwender@alston.com | hannah@blblgaw.com |
| anne.kennelly@hp.com | dcrapo@gibbonslaw.com | hborin@schaferandweiner.com |
| aordubegian@weineisen.com | ddavis@paulweiss.com | heather@inplaytechnologies.com |
| aprinci@orrick.com | ddraper@terra-law.com | herb.reiner@guarantygroup.com |
| tkent@orrick.com | derrien@coollaw.com | Hirsh.Robert@arentfox.com |
| arosenberg@paulweiss.com | dfreedman@ermanteicher.com | hkolko@msek.com |
| jbrass@paulweiss.com | dgheiman@jonesday.com | hleinwand@aol.com |
| asherman@sillscummis.com | djury@steelworkers-usw.org | holly@regencap.com |
| aswiech@akebono-usa.com | dkarp@cm-p.com | housnerp@michigan.gov |
| athau@cm-p.com | dladdin@agg.com | houston_bankruptcy@publicans.com |
| austin.bankruptcy@publicans.com | dlowenthal@thelenreid.com | |
| ayala.hassell@eds.com | dludman@brownconnery.com | hwangr@michigan.gov |
| bankruptcy@goodwin.com | dmdelphi@duanemorris.com | hzamboni@underbergkessler.com |
| barnold@whdlaw.com | dpm@curtinheefner.com | ian@gazesllc.com |
| bbeckworth@nixlawfirm.com | driggio@candklaw.com | ilevee@lowenstein.com |
| bellis-monro@sgrlaw.com | dweiner@schaferandweiner.com | ira.herman@tklaw.com |
| Ben.Caughey@icemiller.com | eabdelmasieh@nmmlaw.com | jaffeh@pepperlaw.com |
| bharwood@sheehan.com | EAKleinhaus@wlrk.com | james.bentley@srz.com |
| bkessinger@akebono-usa.com | ecdolan@hhlaw.com | jangelovich@nixlawfirm.com |
| bmcdonough@teamtogut.com | echarlton@hiscockbarclay.com | japplebaum@clarkhill.com |
| bmehlsack@gkllaw.com | efox@klng.com | jay.hurst@oag.state.tx.us |
| bnathan@lowenstein.com | egc@lydenlaw.com | jbernstein@mdmc-law.com |
| bsmoore@pbnlaw.com | egunn@mcguirewoods.com | jcrotty@rieckcrotty.com |
| bspears@winstead.com | ekutchin@kutchinrufo.com | Jeff.Ott@molex.com |
| cahn@clm.com | elazarou@reedsmith.com | jeffery.gillispie@infineon.com |
| cahope@chapter13macon.com | elizabeth.flaagan@hro.com | jeisenhofer@gelaw.com |
| carol.weiner.levy@srz.com | Elliott@cmplaw.com | jengland@linear.com |
| carol_sowa@denso-diam.com | emarcks@ssd.com | jforstot@tpw.com |
| carren.shulman@hellerehrman.com | emccolm@paulweiss.com | jgtougas@mayerbrownrowe.com |
| timothy.mehok@hellerehrman.com | emeyers@mrrlaw.net | jguy@orrick.com |
| caseyl@pepperlaw.com | ephillips@thurman-phillips.com | jh@previant.com |
| cbattaglia@halperinlaw.net | ewaters@sheppardmullin.com | mgr@previant.com |
| ahalperin@halperinlaw.net | fatell@blankrome.com | jharris@quarles.com |
| jdyas@halperinlaw.net | ferrell@taftlaw.com | jhinshaw@boselaw.com |
| cbelmonte@ssbb.com | ffm@bostonbusinesslaw.com | jhlemkin@duanemorris.com |
| cdruehl@goodwinproctor.com | fholden@orrick.com | jimbriaco@gentek-global.com |
| cfortgang@silverpointcapital.com | fstevens@foxrothschild.com | jkp@qad.com |
| cgalloway@atsautomation.com | ftrikkers@rikkerslaw.com | jkreher@hodgsonruss.com |
| charles@filardi-law.com | fusco@millercanfield.com | jlanden@madisoncap.com |
| chill@bsk.com | fyates@sonnenschein.com | jlapinsky@republicengineered.com |
| ckm@greensfelder.com | gdiconza@dlawpc.com | jlevi@toddlevi.com |
| jpb@greensfelder.com | george.cauthen@nelsonmullins.com | jmanheimer@pierceatwood.com |
| cnorgaard@ropers.com | gerdekomarek@bellsouth.net | jmbaumann@steeltechnologies.com |
| Cohen.Mitchell@arentfox.com | gettelman@e-hlaw.com | jminias@stroock.com |
| craig.freeman@alston.com | ggotto@kellerrohrback.com | jml@ml-legal.com |
| crieders@gjb-law.com | ggreen@fagelhaber.com | lmc@ml-legal.com |

jmsullivan@mwe.com
jmurch@foley.com
joel_gross@aporter.com
john.brannon@tklaw.com
john.gregg@btlaw.com
john.persiani@dinslaw.com
john.sieger@kattenlaw.com
jonathan.greenberg@engelhard.com
jposta@sternslaw.com
jrhunter@hunterschank.com
jrobertson@mcdonaldhopkins.com
JRS@Parmenterlaw.com
jsalmas@mccarthy.ca
lsalzman@mccarthy.ca
jshickich@riddellwilliams.com
jsimon@foley.com
jsmairo@pbnlaw.com
jtaylor@binghammchale.com
malerding@binghammchale.com
wmosby@binghammchale.com
judith.elkin@haynesboone.com
jvitale@cwsny.com
bceccotti@cwsny.com
jwilson@tylercooper.com
jwisler@cblh.com
jzackin@sillscummis.com
karen.dine@pillsburylaw.com
kcookson@keglerbrown.com
kcunningham@pierceatwood.com
ken.higman@hp.com
khansen@stroock.com
khopkins@milesstockbridge.com
kim.robinson@bfkpn.com
klaw@bbslaw.com
kmayhew@pepehazard.com
kmiller@skfdelaware.com
Knathan@nathanneuman.com
knorthup@kutchinrufo.com
knye@quarles.com
krk4@daimlerchrysler.com
krosen@lowenstein.com
kwalsh@lordbissell.com
lawallf@pepperlaw.com
lawtoll@comcast.net
lberkoff@moritthock.com
lcurcio@tpw.com
lekvall@wgllp.com
lenard.parkins@haynesboone.com
kenric.kattner@haynesboone.com
lisa.moore2@nationalcity.com
lloyd.sarakin@am.sony.com
lmagarik@kjmlabor.com
lnewman@fagelhaber.com
lpeterson@msek.com
lpinto@wcsr.com
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com
eriley@kellerrohrback.com
lschwab@bbslaw.com
lwalzer@angelogordon.com
madison.cashman@stites.com
maofiling@cgsh.com
maofiling@cgsh.com
marc.hirschfield@ropesgray.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com

mark.owens@btlaw.com
marvin.clements@state.tn.us
massimiliano_cini@brembo.it
mbane@kelleydrye.com
mblacker@andrewskurth.com
mbusenkell@eckertseamans.com
mcheney@orrick.com
mcruse@wnj.com
mdallago@morrisoncohen.com
mdebbeler@graydon.com
metkin@lowenstein.com
mfarquhar@winstead.com
mgreger@allenmatkins.com
mhall@burr.com
mhamilton@amph.com
miag@michigan.gov
miag@michigan.gov
michael.cook@srz.com
michael.mccrory@btlaw.com
michaelz@orbotech.com
miller@taftlaw.com
mkilgore@UP.com
mkohayer@aol.com
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com
mmassad@hunton.com
mmeyers@gsmdlaw.com
mmharner@jonesday.com
mmoody@okmlaw.com
mnewman@schaferandweiner.com
mrichards@blankrome.com
mrichman@foley.com
mrr@previant.com
mscott@riemerlaw.com
mseidl@pszyjw.com
mshaiken@stinsonmoheck.com
msmcelwee@varnumlaw.com
msomerstein@kelleydrye.com
msternstein@sheppardmullin.com
mtf@afrct.com
murph@berrymoorman.com
mviscount@foxrothschild.com
mwarner@warnerstevens.com
mwinthrop@winthropcouchot.com
myarnoff@sbclasslaw.com
myetnikoff@schiffhardin.com
mzelmanovitz@morganlewis.com
nhp4@cornell.edu
niizeki.tetsuhiro@furukawa.co.jp
office@gazesllc.com
oiglesias@wlross.com
pabutler@ssd.com
patrick.bartels@quadranglegroup.com
pbaisier@seyfarth.com
pbarr@jaffelaw.com
pbilowz@goulstonstorrs.com
pbosswick@ssbb.com
pcostello@bbslaw.com
pgurfein@akingump.com
pjanovsky@zeklaw.com
pjricotta@mintz.com
pmears@btlaw.com
Pretekin@coollaw.com

prubin@herrick.com
raterinkd@michigan.gov
rbeacher@pitneyhardin.com
rcharles@lrlaw.com
rcovino@lordbissell.com
rdaversa@mayerbrown.com
rdremluk@seyfarth.com
resterkin@morganlewis.com
RGMason@wlrk.com
rgoldi@sotablaw.com
rgordon@clarkhill.com
rgriffin@iuoe.org
rheilman@schaferandweiner.com
rhett.campbell@tklaw.com
richard.epling@pillsburylaw.com
richard.kremen@dlapiper.com
rjclark@hancocklaw.com
rjones@bccb.com
rjsidman@vssp.com
rkidd@srcm-law.com
rmcdowell@bodmanllp.com
rmeth@pitneyhardin.com
rnorton@reedsmith.com
rnsteinwurtzel@swidlaw.com
robert.goodrich@stites.com
robert.morris@timken.com
robert.welhoelter@wallerlaw.com
robin.spear@pillsburylaw.com
rparks@mijb.com
rpeterson@jenner.com
rrichards@sonnenschein.com
rrosenbaum@mrrlaw.net
rsmolev@kayescholer.com
rsz@curtinheefner.com
rthibeaux@shergarner.com
rthibeaux@shergarner.com
rtrack@msn.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com
rusadi@cahill.com
rweisberg@carsonfischer.com
rwyron@orrick.com
sabelman@cagewilliams.com
sagolden@hhlaw.com
sandy@nlsg.com
sarah.morrison@doj.ca.gov
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
scargill@lowenstein.com
schnabel@klettrooney.com
dbrown@klettrooney.com
schristianson@buchalter.com
sdabney@kslaw.com
bdimos@kslaw.com
sdeeby@clarkhill.com
sdonato@bsk.com
sean@blbglaw.com
selanders@danielsandkaplan.com
sfreeman@lrlaw.com
sgoldber@quarles.com
sgross@hodgsonruss.com
shandler@sbclasslaw.com
shapiro@steinbergshapiro.com
sharon.petrosino@hp.com
sholmes@hunton.com

Pg 10 of 10

| | | |
|---|---|---|
| sjennik@kjmlabor.com | tajamie@ajamie.com | twardle@sheppardmullin.com |
| sjfriedman@jonesday.com | tbrink@lordbissell.com | vdagostino@lowenstein.com |
| sjohnston@cov.com | tch@previant.com | vmastromar@aol.com |
| skhoos@mintz.com | tcohen@sheppardmullin.com | wachstein@coollaw.com |
| skrause@zeklaw.com | tdonovan@finkgold.com | wallace@blbglaw.com |
| smcook@lambertleser.com | tgaa@bbslaw.com | wbeard@stites.com |
| snirmul@gelaw.com | tkennedy@kjmlabor.com | wendy.brewer@btlaw.com |
| sokeefe@winthropcouchot.com | tlauria@whitecase.com | whanlon@seyfarth.com |
| sopincar@mcdonaldhopkins.com | featon@miami.whitecase.com | whawkins@loeb.com |
| sosimmerman@kwgd.com | tmaxson@cohenlaw.com | william.barrett@bfkpn.com |
| sriley@mcdonaldhopkins.com | tmcfadden@lordbissell.com | wkohn@schiffhardin.com |
| srosen@cb-shea.com | tom@beemanlawoffice.com | wmsimkulak@duanemorris.com |
| sselbst@mwe.com | tomschank@hunterschank.com | wsavino@damonmorey.com |
| sshimshak@paulweiss.com | trenda@milesstockbridge.com | wweintraub@pszyjw.com |
| steven.keyes@aam.com | tsable@honigman.com | |
| susanwhatley@nixlawfirm.com | tscobb@vssp.com | |
| swalsh@chglaw.com | tslome@rsmllp.com | |

NY\1234727.1