**Exhibit B**

**In re Delphi Corporation, et al.; Case No. 05-44481 (RDD)**

*Responses For Which The Hearing On The Debtors' Fourth Omnibus Claims Objection Is Adjourned*

| | RESPONDENT | CLAIM NUMBER(S) | DATE OF ADJOURNMENT |
|---|---|---|---|
| 1. | IAMAW District 10 and Lodge 78 on behalf of the Employees and Retirees it Represents | 10431, 10432, 10433, 13839, 13840, 13841, 13842, 13843, 13844, 13845, 13846, 13847, 13848, 13849, 13850, 13851, 13852, 13853, 13854, 13855, 13856, 13857, 13858, 13859, 13860, 13861, 13862, 14328, 14329, 14330, 14331, 14332, 14333, 14335, 14336, 14337, 14339, 14340, 14341, 14342, 14343, 14344, 14974 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007.  The deadline for the Claimant to file a response is February 7, 2007.  The deadline for the Debtors to file a reply is February 13, 2007. |
| 2. | IBEW Local 663 on behalf of the Employees and Retirees it Represents | 10435, 10436, 10437, 13864, 13865, 13866, 13867, 13868, 13869, 13870, 13871, 13872, 13873, 13874, 13876, 13877, 13878, 13879, 14285, 14286, 14287, 14288, 14289, 14290, 14291, 14292, 14293, 14294, 14310, 14345, 14346, 14348, 14349, 14351, 14352, 14353, 14354, 14355, 14356, 14357, 14358, 14359, 14360 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007.  The deadline for the Claimant to file a response is February 7, 2007.  The deadline for the Debtors to file a reply is February 13, 2007. |
| 3. | International Union of Operating Engineers Local 101 S on behalf of the Employees and Retirees it Represents | 13660, 13661, 13662, 13664, 13683, 13684, 13685, 13705, 13706, 13707, 13721, 13722, 13723, 13724, 13725, 13726, 13727, 13728, 13729, 13731, 13732, 13733, 13736, 13737, 13738, 13739, 13745, 13746, 13747, 13755, 13756, 13757, 13765, 14185, 14984, 14986, 14987, 14988, 14989, 14990 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007.  The deadline for the Claimant to file a response is February 7, 2007.  The deadline for the Debtors to file a reply is February 13, 2007. |

|   | **RESPONDENT** | **CLAIM NUMBER(S)** | **DATE OF ADJOURNMENT** |
|---|---|---|---|
| 4. | International Union of Operating Engineers Local 18 S on behalf of the Employees and Retirees it Represents | 13651, 13652, 13653, 13654, 13656, 13657, 13665, 13690, 13704, 13735, 13741, 13742, 13744, 13748, 13749, 13750, 13751, 13753, 13754, 13758, 13759, 13760, 13761, 13762, 13763, 13764, 13766, 14033, 14055, 14108, 15021, 15022, 15023, 15069, 15079, 15080, 15081, 15082, 15083, 15084 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 5. | International Union of Operating Engineers Local 832 S on behalf of the Employees and Retirees it Represents | 13666, 13667, 13668, 13669, 13670, 13671, 13672, 13673, 13674, 13675, 13676, 13677, 13678, 13679, 13680, 13681, 13682, 13686, 13687, 13688, 13689, 13691, 13692, 13693, 13694, 13695, 13696, 13697, 13698, 13700, 13701, 13702, 13703, 15070, 15072, 15073, 15074, 15076, 15077, 15078 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 6. | Hayes Lemmerz International, Inc. | 11980 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned to a future hearing date to be set by the Debtors. |
| 7. | Local 698 IUE-CWA | 12974, 12975, 12976, 12977, 12980, 12981, 12982, 12983, 12984, 12985, 12986, 12987, 12988, 12989, 12991, 12992, 12993, 12994, 12995, 12996, 13275, 13276, 13277, 13280, 13281, 13282, 13283, 13284, 13285, 13287, 13288, 13289, 13290, 13291 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 8. | Retirees of Delphi Corporation represented by IUE-CWA during their employment | 12574 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |

|     | **RESPONDENT** | **CLAIM NUMBER(S)** | **DATE OF ADJOURNMENT** |
| --- | --- | --- | --- |
| 9.  | IUE-CWA/Delphi Corp. Joint Activities Center | 13272 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 10. | Local 711 IUE-CWA | 12703, 12704, 12705, 12706, 12707, 12708, 12709, 12710, 12711, 12712, 12713, 12714, 12717, 12718, 12719, 12720, 12721, 12726, 12727, 12728, 12729, 12732, 12733, 12734, 12735, 12736, 12737, 12738, 12739, 12740, 12742, 12743, 12744, 12745 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 11. | Local 717 IUE-CWA | 12722, 12723, 12724, 12725, 12746, 12747, 12748, 12749, 12752, 12753, 12754, 12755, 12756, 12757, 12759, 12760, 12761, 12762, 12764, 12765, 12766, 12767, 12768, 12769, 12770, 12771, 12772, 12775, 12776, 12777, 12778, 12779, 12780, 12781 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 12. | Local 718 IUE-CWA | 12880, 12881, 12882, 12883, 12884, 12886, 12887, 12888, 12889, 12890, 12891, 12894, 12895, 12896, 12897, 12898, 12899, 12900, 12901, 12902, 12904, 12905, 12906, 12907, 12908, 12909, 12910, 12911, 12912, 12913, 12916, 12917, 12918, 12919 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 13. | Local 801 IUE-CWA | 12293, 12294, 12295, 12296, 12297, 12300, 12301, 12302, 12303, 12304, 12305, 12307, 12308, 12309, 12310, 12311, 12312, 12313, 12314, 12315, 12316, 12317, 12320, 12321, 12322, 12323, 12324, 12325, 12326, 12328, 12329, 12330, 12331, 12332, 12920 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |

|  | RESPONDENT | CLAIM NUMBER(S) | DATE OF ADJOURNMENT |
|---|---|---|---|
| 14. | Local 1111 IUE-CWA | 12841, 12842, 12843, 12846, 12847, 12848, 12849, 12850, 12851, 12852, 12853, 12854, 12855, 12857, 12858, 12859, 12860, 12861, 12862, 12863, 12864, 12865, 12868, 12869, 12870, 12871, 12872, 12873, 12875, 12876, 12877, 12878, 12879, 12973 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 15. | Local 416 IUE-CWA | 12531, 12532, 12533, 12534, 12535, 12537, 12538, 12539, 12540, 12541, 12542, 12545, 12546, 12547, 12548, 12549, 12550, 12551, 12552, 12553, 12555, 12556, 12557, 12558, 12559, 12560, 12561, 12562, 12563, 12564, 12567, 12568, 12569, 12570 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 16. | Local 755 IUE-CWA | 12451, 12452, 12453, 12454, 12457, 12458, 12459, 12460, 12461, 12462, 12463, 12464, 12465, 12466, 12468, 12469, 12470, 12471, 12472, 12473, 12474, 12475, 12478, 12479, 12480, 12481, 12482, 12483, 12485, 12486, 12487, 12488, 12490, 13274 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to these proofs of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |
| 17. | DBM Technologies, Inc. | 12387 | Pursuant to an agreement between the Claimant and the Debtors, the hearing on the Fourth Omnibus Claims Objection as it relates to this proof of claim will be adjourned until February 14, 2007. The deadline for the Claimant to file a response is February 7, 2007. The deadline for the Debtors to file a reply is February 13, 2007. |