VARNUM, RIDDERING, SCHMIDT
  & HOWLETT LLP
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Ste. 1700
Grand Rapids, MI 49504
Telephone:  (616) 336-6827

DICONZA LAW, P.C.
Gerard DiConza (GD 0890)
630 Third Avenue, 7th Floor
New York, New York 10017
Telephone:  (212) 682-4940

*Co-Counsel for Tower Automotive, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                                                      :
                                                                           :        Chapter 11
DELPHI CORPORATION, *et al.*,                                              :
                                                                           :        Case No. 05-44481 RDD
                                              Debtors.                     :
                                                                           :        (Jointly Administered)
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appear as co-counsel for Tower

Automotive, Inc. and its subsidiaries and affiliates as debtors and debtors in possession

(collectively, "Tower"), and pursuant to Fed. R. Bankr. P. 2002 and 9007, and section 1109 of

the Bankruptcy Code, demand that all notices given or required to be given in the above cases

and all papers served in the above cases be given to, and served upon, the undersigned at the

following offices, telephone numbers, telecopier numbers and email addresses:

> Michael S. McElwee (P36088)
> Varnum, Riddering, Schmidt & Howlett LLP
> Bridgewater Place, P.O. Box 352
> Grand Rapids, Michigan 49501-0352
> (616) 336-6827 Telephone
> (616) 336-7000 Facsimile
> msmcelwee@varnumlaw.com

and

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, New York 10017
(212) 682-4940 Telephone
(212) 682-4942 Facsimile
gdiconza@dlawpc.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, telecopier, email or otherwise, that affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Tower's right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Tower is or may be entitled, in law or in equity, all of which rights,

claims, actions, defenses, setoffs and recoupments Tower, expressly reserves.

Respectfully submitted,

Dated: Grand Rapids, Michigan
January 22, 2007                    VARNUM RIDDERING
SCHMIDT & HOWLETT, LLP

By:     /s/ Michael S. McElwee
Michael S. McElwee (P36088)
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501
(616) 336-6491
msmcelwee@varnumlaw.com

Dated: New York, New York
January 22, 2007                    DICONZA LAW, P.C.

By:     /s/ Gerard DiConza
Gerard DiConza (GD 0890)
630 Third Avenue, 7th Floor
New York, New York 10017
(212) 682-4940
gdiconza@dlawpc.com

*Co-counsel for Tower Automotive, Inc.*