| ID | NAME | PAY_INV_DATE | PAY_INV_AMT | CK_INV_NUM | LK_DET_CAS | VEN_NAME |
|---|---|---|---|---|---|---|
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 11/5/2004 | 3,429,769.20 | 166009159 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 11/5/2004 | 921,765.60 | 166009161 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 11/5/2004 | 179,213.54 | 166009162 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 11/8/2004 | 215,698.99 | 166009158 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 11/8/2004 | 73,675.14 | 166009160 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 11/18/2004 | 7,245.00 | 166009163 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 12/7/2004 | 780,813.60 | 166009327 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 12/7/2004 | 313,092.80 | 166009324 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 12/7/2004 | 172,502.63 | 166009328 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 12/9/2004 | 68,093.69 | 166009326 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 12/15/2004 | 9,315.00 | 166009329 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 12/16/2004 | 3,445,804.86 | 166009325 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 1/18/2005 | 211,962.31 | 166009531 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 1/19/2005 | 1,719,944.00 | 166009532 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 1/19/2005 | 68,093.69 | 166009533 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 1/26/2005 | 2,184,448.15 | 166009564 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 1/26/2005 | 567,105.16 | 166009565 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 1/26/2005 | 154,740.14 | 166009566 | LANSING LLC | DELPHI E&C |
| 60000514 | DELPHI ENERGY & CHASSIS SYS. | 1/26/2005 | 17,595.00 | 166009567 | LANSING LLC | DELPHI E&C |

14,540,878.50