GREENBERG TRAURIG, LLP
Maria J. DiConza (MD-4619)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Telecopier: (212) 801-6400

- and -

GREENBERG TRAURIG, LLP
Shari L. Heyen, Esq. (09564750 ) (*Pro Hac Admission Pending*)
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| **In re:** : | |
| : | **Case No.   05-44481 (RDD)** |
| **DELPHI CORPORATION, et al.,** : | **(Jointly Administered)** |
| : | |
| : | **Chapter 11** |
| **Debtors.** : | |

---------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel for Samtech Corporation ("Samtech"), and hereby enters an appearance pursuant to 11 U.S.C. §1109(b) and Fed. R. Bankr. P. 2002 and 9010(b).  Counsel for Samtech requests that copies of all notices and pleadings pursuant to Fed. R. Bank. P. 2002, 3017, 3019, 3020, 4001, 6006, 9007, 9013, and 9019 be served as follows:

- 1 -

*SV 346118822v1 1/19/2007*

| | | |
|---|---|---|
| GREENBERG TRAURIG, LLP | | GREENBERG TRAURIG, LLP |
| Maria J. DiConza | | Shari L. Heyen |
| 200 Park Avenue | | 1000 Louisiana, Suite 1800 |
| New York, New York 10166 | - and - | Houston, Texas 77002 |
| Telephone: (212) 801-9200 | | Telephone: (713) 374-3500 |
| Telecopier: (212) 801-6400 | | Telecopier: (713) 374-3505 |
| Email: DiConzaM@gtlaw.com | | Email: HeyenS@gtlaw.com |

PLEASE TAKE FURTHER NOTICE THAT the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases.

Dated:  January 22, 2007
         New York, New York

Respectfully submitted,

GREENBERG TRAURIG, LLP


By:  */s/ Maria J. DiConza*
     Maria J. DiConza (MD-4619)
     GREENBERG TRAURIG, LLP
     200 Park Avenue
     New York, New York 10166
     Telephone: (212) 801-9200
     Telecopier: (212) 801-6400
     Email: DiConzaM@gtlaw.com

     - and -

     Shari L. Heyen
     1000 Louisiana, Suite 1800
     Houston, Texas 77002
     Telephone: 713-374-3500
     Facsimile: 713-374-3505
     Email: HeyenS@gtlaw.com

COUNSEL FOR SAMTECH CORPORATION