**EXHIBIT A-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BERNICE K SUOMINEN AND<br>224 PUMPING STATION RD<br>QUARRYVILLE, PA 17566 | 16366 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 10/13/2006 | DELPHI CORPORATION<br>(05-44481) |</br>

Total: 1          $0.00