**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 W 3RD ST<br>SAN BERNARDINO, CA 92415 | 16057 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $182.56<br><br><br><br>$182.56 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 16282 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,126.56<br><br>$1,126.56 | 09/05/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| NUMBERALL STAMP & TOOL CO INC<br>HIGH ST<br>PO BOX 187<br>SANGERVILLE, ME 04479-0187 | 16193 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,762.31<br>$9,762.31 | 08/11/2006 | DELPHI CORPORATION<br>(05-44481) |
| NUMBERALL STAMP AND TOOL CO INC<br>PO BOX 187<br>SANGERVILLE, ME 04479 | 16263 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,762.31<br>$9,762.31 | 08/11/2006 | DELPHI CORPORATION<br>(05-44481) |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS ON BEHALF OF THE STATE OF TEXAS TEXAS MUNICIPALITIES TEXAS COUNTIES<br>BANKRUPTCY COLLECTION DIVISION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 16452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 12/12/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| **Total:** | **5** | | **$20,833.74** | | |