05-44481-rdd    Doc 6687-5    Filed 01/22/07    Entered 01/22/07 17:16:37    Exhibit C

In re Delphi Corporation, et al.                                    Pg 1 of 2                                    Fifth Omnibus Claims Objection

**EXHIBIT C - ADJOURNED BOOKS AND RECORDS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT MDOR<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | 3092 | Secured:<br>Priority: $723.16<br>Administrative:<br>Unsecured:<br>Total: $723.16 | 04/28/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| CONTROL MASTERS INC<br>5235 KATRINE AVE<br>DOWNERS GROVE, IL 60515 | 8219 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,340.00<br>Total: $3,340.00 | 06/19/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| CROWN CREDIT COMPANY<br>115 N MAIN ST<br>NEW BREMEN, OH 45869 | 6578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,152.00<br>Total: $2,152.00 | 05/22/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| ENERGY ENGINEERING & CONSULTING SERVICES LLC<br>2137 S 800 W<br>SWAYZEE, IN 46986 | 179 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,480.00<br>Total: $4,480.00 | 10/28/2005 | DELPHI CORPORATION (05-44481) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>ONE NEW YORK PLZ 42ND FL<br>NEW YORK, NY 10004<br><br>SIEMENS VDO AUTOMOTIVE SAS<br>1 AVE PAUL OURLIAC<br>TOULOUSE, 31036<br>FRANCE | 2247 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,309,024.84<br>Total: $9,309,024.84 | 03/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARICOPA COUNTY TREASURERS OFFICE<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16333 | Secured: $6,041.34<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $6,041.34 | 09/15/2006 | DELPHI CORPORATION (05-44481) |
| MARICOPA COUNTY TREASURERS OFFICE<br>HERBERT SCHENK PC<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16317 | Secured: $6,041.34<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $6,041.34 | 09/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| OETIKER INC<br>3305 WILSON ST<br>MARLETTE, MI 48453-0217 | 722 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $12,643.20<br>Total: $12,643.20 | 11/21/2005 | DELPHI CORPORATION (05-44481) |

**EXHIBIT C - ADJOURNED BOOKS AND RECORDS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SAMTECH CORPORATION<br>MASUDA FUNAI EIFERT & MITCHELL LTD<br>203 LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | 15611 | Secured: $375,386.80<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $375,386.80 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE DELIVERUS NETWORK INC ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 14671 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $22,290.00<br>Total: $22,290.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | 4537 | Secured:<br>Priority:<br>Administrative: $145,551.50<br>Unsecured:<br>Total: $145,551.50 | 05/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | 9273 | Secured:<br>Priority:<br>Administrative: $585,989.54<br>Unsecured:<br>Total: $585,989.54 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | 4534 | Secured:<br>Priority:<br>Administrative: $20,684.20<br>Unsecured:<br>Total: $20,684.20 | 05/02/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| TEXTRON FINANCIAL CORPORATION<br>ATTN LEONARD LACAGNIN<br>11575 GREAT OAKS WAY STE 210<br>ALPHARETTA, GA 30022 | 12935 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $288,679.23<br>Total: $288,679.23 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| YILMAZ SAHINKAYA STRUCTURAL MECHANICS ANALYSIS INC<br>STRUCTURAL MECHANICS ANALYSIS INC<br>PO BOX 700910<br>SAN JOSE, CA 95170-0910 | 7907 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $42,400.00<br>Total: $42,400.00 | 06/13/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **15** | **$10,825,427.15** | | |