GREENBERG TRAURIG, LLP
Maria J. DiConza (MD-4619)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Telecopier: (212) 801-6400

- and -

GREENBERG TRAURIG, LLP
Shari L. Heyen, Esq. (09564750 ) (*Pro Hac Admission Pending*)
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
| | |
|---|---|
| **In re:** : | |
| : | **Case No.   05-44481 (RDD)** |
| **DELPHI CORPORATION, et al.,** : | **(Jointly Administered)** |
| : | |
| Debtors. : | **Chapter 11** |

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Shari L. Heyen, a member in good standing of the bar in the State of Texas and the bar of the U.S. District court for the Southern, Northern, Western and Eastern Districts of Texas, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Samtech Corporation, a creditor in the above-referenced case. My contact information is as follows:

> GREENBERG TRAURIG, LLP
> Shari L. Heyen
> 1000 Louisiana, Suite 1800
> Houston, Texas 77002
> Telephone: (713) 374-3500
> Email: HeyenS@gtlaw.com.

A filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  January 22, 2007
       Houston, Texas

                          Respectfully submitted,

                          GREENBERG TRAURIG, LLP

                          By: */s/ Shari L. Heyen*
                                Shari L. Heyen
                                1000 Louisiana, Suite 1800
                                Houston, Texas 77002
                                Telephone: 713-374-3500
                                Facsimile: 713-374-3505
                                Email: HeyenS@gtlaw.com

                          COUNSEL FOR SAMTECH CORPORATION