**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| **In re:** : | |
| : | **Case No. 05-44481 (RDD)** |
| **DELPHI CORPORATION, et al.,** : | **(Jointly Administered)** |
| : | |
| : | **Chapter 11** |
| **Debtors.** : | |

------------------------------------------------------------x

# ORDER

ORDERED, that Shari L. Heyen, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: January __, 2007
_____, New York

_____
UNITED STATES BANKRUPTCY JUDGE