VARNUM, RIDDERING, SCHMIDT
  & HOWLETT LLP
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Ste. 1700
Grand Rapids, MI 49504
Telephone:  (616) 336-6827

DICONZA LAW, P.C.
Gerard DiConza (GD 0890)
630 Third Avenue, 7th Floor
New York, New York 10017
Telephone:  (212) 682-4940

*Co-Counsel for Tower Automotive, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | :   Chapter 11 |
| DELPHI CORPORATION, *et al.*, | : |
| | :   Case No. 05-44481 RDD |
| Debtors. | : |
| | :   (Jointly Administered) |

------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF MOTION OF TOWER**
**AUTOMOTIVE, INC. FOR RELIEF FROM THE AUTOMATIC STAY**
**PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE**

      Gerard DiConza, being duly admitted to practice before the Southern District of New York, certifies that on the 22nd day of January 2007, I caused service of the Tower Automotive Inc.'s Motion for Relief from the Automatic Stay dated January 22, 2007 (Dkt No. 6685) by overnight mail delivery on the parties listed on Exhibit "1" annexed hereto.

Dated: January 23, 2007
      New York, New York                          /s/ Gerard DiConza
                                                                Gerard DiConza (GD 0890)

## EXHIBIT 1

## NOTICE PARTIES