UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                          :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                          :
                    Debtors.    :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER DENYING CADENCE INNOVATIONS LLC'S APPLICATION PURSUANT TO 11
U.S.C. § 503 FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIM

         Upon Cadence Innovations LLC's ("Cadence") Application Pursuant To 11 U.S.C. § 503 For Allowance And Payment Of An Administrative Expense Claim, dated November 22, 2006 (the "503 Application") (Docket No. 5774); and upon the Debtors' objection and response (the "Objection") to the 503 Application, dated January 4, 2007 (Docket No. 6445); and upon Cadence's Reply in support of its 503 Application, dated January 10, 2007 (Docket No. 6526); and upon the record of, and for the reasons stated by the Court at, the hearing held on January 12, 2007; and after due deliberation thereon, it is hereby

         ORDERED, ADJUDGED, AND DECREED THAT:

         1.    The 503 Application is DENIED without prejudice.

         2.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated:  New York, New York
        January 23, 2007

                                  /s/Robert D. Drain
                            UNITED STATES BANKRUPTCY JUDGE