**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
In re:                                                    :    Chapter 11
:
**DELPHI CORPORATION, *et. al.*,**        :    Case No. 05-44481 (RDD)
:
Debtors.                            :    Jointly Administered
-------------------------------------------------------------x

### ORDER GRANTING CADENCE INNOVATION LLC's MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH ITS PATENT LITIGATION AGAINST THE DEBTORS

Upon the Motion dated November 22, 2006 (the "Motion") of Cadence Innovation LLC ("Cadence") for an order, pursuant to 11 U.S.C. § 362(d)(1), for relief from the automatic stay to proceed with its patent litigation against the Debtors[1] (Docket No. 5777); and upon the Debtor's Objection to the Motion (Docket No. 6445) and Cadence's Reply in Support of the Motion (Docket No. 6526); and the Court having held a hearing on the Motion on January, 12, 2007 (the "Hearing"); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor; and for the reasons stated by the Court on the record at the Hearing; it is hereby

---

[1] The Debtors include: Delphi NY Holding Corporation; Delphi Corporation; ASEC Manufacturing General Partnership; Delphi Medical Systems Colorado Corporation; Delphi China LLC, ASEC Sales General Partnership; Delphi Medical Systems Texas Corporation; Delphi Automotive Systems Overseas Corporation; Delphi Automotive Systems Korea, Inc.; Delphi Automotive Systems International, Inc.; Delphi International Holdings Corp.; Aspire, Inc.; Delphi Connection Systems; Delphi International Services, Inc.; Environmental Catalysts, LLC; Specialty Electronics International, LTD; Delphi Automotive Systems Thailand, Inc.; Delco Electronic Overseas Corporation; Delphi Technologies, Inc.; Delphi Automotive Systems (Holding), Inc.; Exhaust Systems Corporation; Delphi Medical Systems Corporation; Delphi Diesel Systems Corp.; Delphi Integrated Service Solutions, Inc.; Packard Hughes Interconnect Company; Delphi Electronics (Holding) LLC; Delphi Mechatronic Systems, Inc.; Specialty Electronics, Inc.; Delphi Automotive Systems Tennessee, Inc.; Delphi LLC; Dreal, Inc.; Delphi Automotive Systems Risk Management Corp.; Delphi Automotive Systems Services LLC; Delphi Liquidation Holding Company; Delphi Foreign Sales Corporation; Delphi Services Holding Corporation; Delphi Automotive Systems Human Resources LLC; Delphi Automotive Systems Global (Holding) Inc.;

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED in part;

2. Effective on the 60th day after the entry of this Order, the automatic stay of 11 U.S.C. § 362(a) shall be and hereby is lifted with respect to all Debtors in respect of the action (the "Action") captioned <u>Patent Holding Company v. Delphi Automotive Systems Corporation</u>, Case No. 99-76013, pending in the United States District Court for the Eastern District of Michigan, Southern Division, for the sole purpose of liquidating Cadence's claims asserted in the Action;

3. Except as provided in paragraphs 2 and 5 of this Order, the automatic stay of 11 U.S.C. § 362(a) remains in full force and effort for every other purpose;

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and

5. The Debtors and Cadence are hereby directed to mutually agree upon a mediator and to complete a mediation of the dispute set forth in the Action no later than the 60th day after the entry hereof, and the automatic stay of 11 U.S.C. § 362(a) is hereby modified so as to allow Cadence to proceed with such mediation prior to the Effective Date of this Order.

Date:  New York, New York

      January <u>23</u>, 2007

                                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE

---

Delphi Automotive Systems LLC; Furukawa Wiring Systems LLC; Delphi-Receivables LLC; and MobileAria, Inc.