**EXHIBIT A - EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VICTORIA B PEREZ<br>BOX 24083<br>EL PASO, TX 79914-0083 | 4321 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| WILFRED D LEONG AS CUST FOR<br>CLIFFORD LEONG UTHE<br>CALIFORNIA UNIFORM GIFTS TO<br>MINORS ACT 3616 GARNER PL<br>ENCINITAS, CA 92024-5504 | 2856 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 04/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **2** | | **$0.00** | | |