**In re Delphi Corporation, et al.**                                        **Third Omnibus Claims Objection**

**EXHIBIT B - UNSUBSTANTIATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEYKES DOUGLAS<br>1321 KENNEBEC COURT<br>CANTON, MI 48187 | 13411 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,000.00<br>$40,000.00 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| KERSCHER WILLIAM<br>1321 KINGS CARRIAGE RD<br>GRAND BLANC, MI 48439 | 9674 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $15,463.00<br>$15,463.00 | 07/17/2006 | DELPHI CORPORATION<br>(05-44481) |
| LAFONZA E WASHINGTON SR<br>7010 CRANWOOD DR<br>FLINT, MI 48505 | 297 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,000,000.00<br>$30,000,000.00 | 11/03/2005 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| LAFONZA E WASHINGTON SR<br>7010 CRANWOOD DR<br>FLINT, MI 48505 | 264 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,000,000.00<br>$30,000,000.00 | 11/01/2005 | DELPHI CORPORATION<br>(05-44481) |
| LAFONZA E WASHINGTON SR<br>7010 CRANWOOD DR<br>FLINT, MI 48505 | 257 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,000,000.00<br>$30,000,000.00 | 10/31/2005 | DELPHI CORPORATION<br>(05-44481) |
| LAFONZA E WASHINGTON SR<br>7010 CRANWOOD DR<br>FLINT, MI 48505 | 288 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,000,000.00<br>$30,000,000.00 | 11/02/2005 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| LAFONZA EARL WASHINGTON<br>7010 CRANWOOD DR<br>FLINT, MI 48505-5425 | 1271 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,000,000.00<br>$30,000,000.00 | 12/27/2005 | DELPHI CORPORATION<br>(05-44481) |
| LAFONZA EARL WASHINGTON<br>7010 CRANWOOD DR<br>FLINT, MI 48505-5425 | 1334 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,000,000.00<br>$30,000,000.00 | 12/27/2005 | DELPHI CORPORATION<br>(05-44481) |

05-44481-rdd   Doc 6701-2   Filed 01/23/07   Entered 01/23/07 17:40:46   Exhibit B

In re Delphi Corporation, et al.                     Pg 2 of 2                     **Third Omnibus Claims Objection**

**EXHIBIT B - UNSUBSTANTIATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LAFONZA EARL WASHINGTON<br>7010 CRANWOOD DR<br>FLINT, MI 48505-5425 | 1272 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$30,000,000.00<br>$30,000,000.00 | 12/27/2005 | DELPHI CORPORATION<br>(05-44481) |
| MICHAEL E SIELOFF<br>16075 NORTH COUNTY RD 459<br>HILLMAN, MI 49746-9510 | 7075 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,330.00<br>$5,330.00 | 05/30/2006 | DELPHI CORPORATION<br>(05-44481) |
| MOCNY TERRY R<br>141 NORMAN ST<br>VASSAR, MI 48768-1808 | 3886 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$17,974.64<br><br><br>$17,974.64 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| WILLIAM P DOWNEY<br>3456 FISHINGER RD<br>COLUMBUS, OH 43221-4722 | 12129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$6,750.26<br><br>$13,891.18<br>$20,641.44 | 07/28/2006 | DELPHI CORPORATION<br>(05-44481) |

|  | **Total:** | **12** | **$210,099,409.08** |  |  |