UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | CASE NO. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | CLAIM #9956 |

_____

MOTION FOR PRO HAC VICE ADMISSION
_____

Comes now Brad A. Chalker, being first duly sworn, and applies for leave to appear as attorney for Claimant Joseph Reno, in the above-entitled action and in support thereof states as follows:

1. He is an attorney at law who is authorized to practice law under and by virtue of the laws of the States of Ohio, Florida, and Texas. His office is located at 848-C East Franklin Street, Centerville, Ohio.

2. He attended the Miami (Florida) School of Law in Miami, Florida, which conferred upon him the degree of Doctor of Jurisprudence on May 31, 1981.

3. He has been duly admitted to practice to the State Bar of Ohio (November 6, 1981), the State Bar of Florida (June 29, 1982), the State Bar of Texas (January 17, 1986), the United States Southern District of Ohio (December 1, 1981), and the United States Sixth Circuit Court of Appeals (October 30, 1991).

4. He has practiced law on a full-time basis since November 6, 1981, at all times in

good standing with the State Bars of Ohio, Florida, and Texas.

5. He has previously served as Mr. Reno's attorney in Case No. 3:04CV0321 in the U.S. District Court, Southern District of Ohio. This case was automatically stayed by the bankruptcy filing of the Delphi Corporation and is now venued in this Court as captioned above.

6. He has never appeared in any action in the United States Bankruptcy Court, Southern District of New York, and he makes this Motion to appear in the above-entitled action only.

7. A proposed Order granting leave to appear <u>pro hac vice</u> in this specific action is attached hereto and a $25.00 fee is enclosed with this Motion.

WHEREFORE, Brad A. Chalker respectfully moves the Court for an Order granted him leave to appear as attorney for Claimant Joseph Reno, in the above-entitled action.

                Respectfully submitted,

                <u>s/Brad A. Chalker</u>
                Brad A. Chalker
                Law Offices of Brad A. Chalker LLC
                P.O. Box 750726
                Dayton, OH 45475
                (937) 436-1893 telephone
                (937) 436-1894 fax
                Email: BAC@chalkerlaw.com

STATE OF OHIO )
) SS:
COUNTY OF MONTGOMERY )

Before me, a Notary Public for The State of Ohio, personally appeared the above named Brad A. Chalker, who acknowledged that he signed the foregoing instrument and that the statements therein contained are true and correct.

IN TESTIMONY WHEREOF, I have hereto subscribed my name and affixed my seal this 15th day of January, 2007.

s/Rosemary Shannon
Notary Public

My Commission Expires: November 1, 2008

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | CASE NO. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | CLAIM #9956 |

_____

ORDER GRANTING PRO HAC VICE ADMISSION
_____

This matter having been presented to the Court as the Motion for Pro Hac Vice Admission of Attorney Brad A. Chalker and good cause having been shown,

It is Ordered that Brad A. Chalker is hereby granted leave to appear as attorney for Claimant Joseph Reno in the above-entitled action.

Dated this ___ day of January, 2007.

_____
Judge

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent on January 15th 2007, by ordinary U.S. Mail, postage prepaid to the following:

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Judge


Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Dr., Suite 2100
Chicago, IL 60606
Attn:  John William Butler, Jr.

Counsel to the agent under the Detors' prepetition credit facility,
Simpson Thacher & Bartlett LLP
425 Lexington Ave.
New York NY 10017
Attn:  Kenneth S. Ziman

Counsel to the agent under the postpetition credit facility,
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017
Attn:  Donald Bernstein and Brian Resnick

Counsel to the Official Committee of Unsecured Creditors,
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022
Attn:  Robert J. Rosenberg and Mark A. Broude

Counsel to the Official Committee of Equity Security Holders,
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn:  Bonnie Steingart

and
Office of the United States Trustee for the Southern District of New York

33 Whitehall St., Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard

s/Brad A. Chalker
Brad A. Chalker
