IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors, | (Jointly Administered) |



RECEIVED JAN 2 2 2007 CLAIMS PROCESSING CENTER USBC, SDNY

## RESPONSE OF JAMES H. NGUYEN TO OBJECTION

Creditor James H. Nguyen, by counsel, in response to an undated, unsigned objection titled Notice Of Objection To Claim received with a Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Federal R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c), which stated that a form Notice Of Objection To Claim was attached, states as follows.

1. The caption of the case is set forth above.

2. The name of the claimant is James H. Nguyen and the description of the basis for the amount of the claim are the damages suffered by James H. Nguyen as a result of discrimination and retaliation as more fully described in Mr. Nguyen's claim which has affidavits and other evidence attached. The claim has been assigned claim number 3978.

3. The basis on which Mr. Nguyen's claim should be allowed is that he was discriminated against and retaliated against by the debtors as more fully shown by his affidavit attached to his claim, the affidavits of other witnesses, and the

other evidence attached to his claim. The affidavit of Mr. Nguyen is again attached to this Response.

4. The documentation supporting the claim is attached to the original claim setting forth the extensive details.

5. The amount of the claim is $560,795.41 and it is a contingent claim.

6. The address for the reply is the same as on the original claim, and the address is also listed below.

7. The name, address and telephone number of the attorney possessing the ultimate authority to reconcile, settle, or otherwise resolve the claim is Richard L. Darst listed below.

Dated: Indianapolis, Indiana
January 17, 2007

Respectfully submitted,

*[signature]*

Richard L. Darst
Attorney at Law
Suite 800
8888 Keystone Crossing Blvd.
Indianapolis, IN 46240
(317) 573-8888

Attorney for James H. Nguyen
Creditor and Claimant

Certificate of Service

I certify that I have served a copy of the foregoing by first class United States mail on this 17th day of January, 2007 on the following persons:

2

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P. O. Box 5058
New York, New York 10274-5058

Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green
New York, New York 10004-1408

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher
    & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher
    & Flom LLP
Four Times Square
New York, New York 10036

Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Robert J. Rosenberg
Mark A. Broude
Official Committee of Unsecured Creditors
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart
Official Committee of Equity Security Holders
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Alicia M. Leonard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004

Richard L. Darst

4