**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

**ORDERED**, that Megan E. Clark, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York.

 

_____
Hon. Robert D. Drain
United States Bankruptcy Judge

Dated: January \_\_\_, 2007
       New York, New York