ORIGINAL

1  MICHAEL R. SMENT, ESQ., SBN 090949
   LAW OFFICES OF MICHAEL R. SMENT
2  770 County Square Drive, Suite 210
   Ventura, CA 93003-5407
3  805.654.0311

4
   Attorneys for
5  Secured Creditor/Creditor/Administrative Claimant
   CH&I TECHNOLOGIES, INC.
6

7
   UNITED STATES BANKRUPTCY COURT
8  FOR THE SOUTHERN DISTRICT OF NEW YORK

9  ------------------------------------)
   In re                               ) Chapter 11
10                                      )
   DELPHI CORPORATION, et al.,          ) Case No. 05-44481 (RDD)
11                                      ) (Jointly Administered)
                                        )
12                                      ) NOTICE OF WITHDRAWAL OF
13                    Debtors.          ) PROOFS OF CLAIM
                                        ) (WITHOUT PREJUDICE)
14                                      )
                                        ) [No Hearing Set]
15                                      ) [No Hearing Required]
                                        )
16 ------------------------------------)

17
   TO: DEBTORS AND DEBTORS-IN-POSSESSION, THEIR ATTORNEYS, ALL OFFICIAL
18 AND UNOFFICIAL COMMITTEES, CREDIT FACILITIES, ANY TRUSTEE(S), THE
   UNITED STATES TRUSTEE AND DEPARTMENT OF JUSTICE, THE CLERK OF THE
19 COURT, AND ALL ATTORNEYS, AND ALL INTERESTED PARTIES

20
        PLEASE TAKE NOTICE that, pursuant to Rule 3006 Federal
21
   Bankruptcy Rules and 11 U.S.C. section 105(a), and other applicable
22
   rules and authorities, Secured Creditor/Creditor/Administrative
23
   Claimant CH&I TECHNOLOGIES, INC. ("Secured Creditor") hereby
24
   voluntarily withdraws, without prejudice, its Proofs of Claim herein:
25
   1.) **"Proof of Claim (Secured)" "(Partially Secured Claim)",**
26
   **Claim No. 12674** (Total Amount: $1,031,653.07); and
27
28 2.) **"Proof of Claim (Priority-Administrative)" "(Administrative**

1

Claim)", **Claim No. 12675** (Total Amount: $941,810.32*). The withdrawal

of this Claim is without prejudice as to a later Request(s) For

Payment Of Administrative Expense(s) by Secured Creditor.

[Both Proofs of Claim were filed herein on July 28, 2006.]

Any communications regarding the foregoing should be delivered

to Secured Creditor's bankruptcy counsel at the firm and address set

forth at the top of the first page of this Notice.

DATED: December 20, 2006          LAW OFFICES OF MICHAEL R. SMENT

By: _____
    MICHAEL R. SMENT
    Attorneys for
    Secured Creditor/Creditor/
    Administrative Claimant
    CH&I TECHNOLOGIES, INC.

## PROOF OF SERVICE

I am over the age of 18 years and am not a party to the within action. I am employed in the County of Ventura, State of California. My business address is 770 County Square Drive, Suite 210, Ventura, CA 93003.

On December 20, 2006, on behalf of Secured Creditor/Creditor/ Administrative Claimant, I served the foregoing document described as **NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM (WITHOUT PREJUDICE)** on the debtors, the attorneys for the debtors and the committees, and the United States Trustee in these cases, by placing true and correct copies thereof in the United States mail at Ventura, California enclosed in sealed envelopes, with first class postage fully prepaid thereon, addressed as follows:

### [SEE ATTACHED SERVICE LIST]

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Executed this 20th day of December 2006 at Ventura, California.



_____
DAVID RAMOS

## SERVICE LIST

DELPHI CORPORATION, et al.
Att'n: General Counsel
5725 Delphi Drive
Troy, MI 48098
[DEBTORS]

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
[DEBTORS' ATTORNEYS]

Kenneth S. Ziman, Esq.
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017
[PRE-PETITION CREDIT]

Donald Bernstein, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
[POST-PETITION CREDIT]

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022
[UNSECURED COMMITTEE]

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver
One New York Plaza
New York, NY 10004
[EQUITY SECURITY COMMITTEE]

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10044
[UNITED STATES TRUSTEE]

4