SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :
    In re                           :    Chapter 11
                             :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                             :
                   Debtors.    :    (Jointly Administered)
                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF HEARING OF FIRST, SECOND, AND THIRD FEE AND
EXPENSE APPLICATIONS OF DEBTORS' PROFESSIONALS

PLEASE TAKE NOTICE THAT in accordance with paragraph one of the Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145), the hearing to consider the first, second, and third applications for interim or final court approval and allowance of compensation and reimbursement of expenses (each, a "Fee Application," and collectively, the "Fee Applications"), has been scheduled for February 15, 2007 at 10:00 a.m. (Prevailing Eastern Time) during the omnibus hearing to be held on that date (the "Hearing").

PLEASE TAKE FURTHER NOTICE THAT the Fee Applications of the retained professionals listed in Exhibit 1 attached hereto will be considered at the Hearing.

PLEASE TAKE FURTHER NOTICE THAT the deadline for filing and serving an objection to any retained professionals' third Fee Application is February 8, 2007 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that objections, to any retained professionals' third Fee Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Amended Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered by this Court on October 26, 2006, as amended (the "Amended Eighth Supplemental Case Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format)), (d) be submitted in

2

hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Brian Resnick), (v) counsel for the Official Committee Of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii) counsel for the Official Committee Of Equity Security Holders, Fried Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT in accordance with the Court's instructions at the hearing held on November 30, 2006, in the event that a retained professionals' Fee Application is unopposed, a representative of such retained professional need not attend the Hearing.

Dated:  New York, New York
         January 24, 2007

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        By:  /s/ John Wm. Butler, Jr.
           John Wm. Butler, Jr.
           John K. Lyons
           Ron E. Meisler
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois  60606
        (312) 407-0700

         - and -

        By:  /s/ Kayalyn A. Marafioti
           Kayalyn A. Marafioti (KM 9632)
           Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
          Debtors and Debtors-in-Possession

# Exhibit 1[1]

1. Banner & Witcoff, Ltd.
2. Blake, Cassels & Graydon LLP
3. Butzel Long, P.C.
4. Cadwalader, Wickersham & Taft LLP
5. Cantor Colburn LLP
6. Covington & Burling LLP
7. Deloitte & Touche LLP
8. Dickinson Wright PLLC
9. DLA Piper LLP
10. Ernst & Young LLP
11. FTI Consulting, Inc.
12. Groom Law Group, Chartered
13. Howard & Howard Attorneys, P.C.
14. Jaeckle Fleischmann & Mugel, LLP
15. Jones Lang LaSalle Americas, Inc.
16. KPMG LLP
17. Mayer, Brown, Rowe & Maw LLP
18. O'Melveny & Myers LLP
19. Price, Heneveld, Cooper, DeWitt & Litton, LLP
20. Quinn Emanuel Urquhart Oliver & Hedges LLP
21. Rader, Fishman & Grauer PLLC
22. Rothschild Inc.
23. Shearman & Sterling LLP
24. Skadden, Arps, Slate, Meagher & Flom LLP
25. Thompson, Hine & Flory, LLP
26. Togut, Segal & Segal LLP
27. Wilmer Cutler Pickering Hale & Dorr LLP

---

[1] PricewaterhouseCoopers LLP has not filed a Fee Application.