DICONZA LAW, P.C.
Gerard DiConza (GD 0890)
Lance A. Schildkraut (LS 9350)
630 Third Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 682-4940
Facsimile: (212) 682-4942

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
In re                                                              :
                                                                   :   Chapter 11
DELPHI CORPORATION, *et al.*,                                      :
                                                                   :   Case No. 05-44481 RDD
                              Debtors.                             :
                                                                   :   (Jointly Administered)
----------------------------------------------------------------------x

**VERIFIED STATEMENT OF DICONZA LAW, P.C.,**
**PURSUANT TO BANKRUPTCY RULE 2019**

       DiConza Law, P.C. (the "DiConza Firm"), respectfully submits this verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019.

       1.    *Clients:*  The DiConza Firm appears in the bankruptcy cases filed by Delphi Corporation and its affiliates and subsidiaries (collectively, the "Debtors") for the following creditors and parties in interest (together, the "DiConza Clients"):

- Tyz-All Plastics, Inc.; and
- Eva Orlik

       The DiConza Firm also appears in these cases as co-counsel to Varnum, Riddering, Schmidt & Howlett LLP for each of the creditors and parties in interest identified below (together, the "Varnum Clients," and together with the DiConza Clients, the "Clients"):

- Tower Automotive, Inc. and its subsidiaries and affiliates; and

- Furukawa Electric North America.

2. *Nature and amount of claim and time of acquisition*: Each of the Clients filed a separate proof of claim against the Debtors. Further information about the claims and interests held by the Clients is set forth in their respective proofs of claim.

3. *Pertinent facts and circumstances in connection with the employment of the DiConza Firm*: The DiConza Firm holds no ownership interest in the claims described above.

4. The undersigned has direct knowledge of the statements herein and verifies that these statements are true and correct to the best of his knowledge and belief.

Dated: January 24, 2007
New York, New York

DICONZA LAW, P.C.

By: /s/ Gerard DiConza
Gerard DiConza (GD 0890)
Lance A. Schildkraut (LS 9350)
630 Third Avenue
New York, NY 10017
Telephone: (212) 682-4940