Hearing Date and Time:  February 15, 2007 at 11:00 A.M.
Objection Deadline:  February 8, 2007 at 4:00 P.M.

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Jayme T. Goldstein  (JG-9054)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :       Chapter 11
DELPHI CORPORATION, et al.,                                 :       Case No. 05-44481 [RDD]
                                                            :
                                 Debtors.                   :       Jointly Administered
                                                            :
------------------------------------------------------------x

## NOTICE OF HEARING ON MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING SETTLEMENT AGREEMENT WITH BARCLAYS BANK, PLC

PLEASE TAKE NOTICE THAT a hearing (the "Hearing") to consider the

motion (the "Motion") of Delphi Corporation ("Delphi") and certain of its subsidiaries

and affiliates, debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors"), by their undersigned counsel, for an Order pursuant to

Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")

approving a Settlement Agreement,[1] annexed to the Motion as Exhibit "1", by and

---

[1]    Capitalized terms used herein but not defined, shall have the meaning ascribed to them in the Motion.

between Delphi and Barclays Bank, PLC ("Barclays Bank"), shall be conducted before

the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 610 of the

United States Bankruptcy Court, One Bowling Green, New York, New York, 10004, on

February 15, 2007, at 11:00 a.m. (New York City Time), or as soon thereafter as counsel

may be heard.

**PLEASE TAKE FURTHER NOTICE THAT** responses or objections, if

any, to the relief requested by the Motion  (a) must be in writing, (b) must conform to

the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New

York, and the Second Supplemental Order under 11 U.S.C. §§ 102 (1) and 105 and Fed.

R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and

Certain Notice, Case Management, and Administrative Procedures, (the "Case

Management Order") (Docket No. 2995), (c) must be filed with the Bankruptcy Court in

accordance with General Order M-242 (General Order M-242, as amended, and the

User's Manual for the Electronic Case Filing System can be found at

www.nysb.ucourts.gov, the official website for the Bankruptcy Court) - registered users

of the Bankruptcy Court's case filing system must file electronically, and all other

parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format

(PDF), WordPerfect, or any other Windows-based word processing format), (d) must be

submitted in hard-copy form directly to the chambers of the Honorable Robert D.

Drain, United States Bankruptcy Judge, and (e) and must be served upon:  (i) Delphi

Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn:  General Counsel);

(ii) conflicts counsel for the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, New

York, New York 10119 (Attn:  Neil Berger, Esq.);  (iii) counsel for the Debtors, Skadden

Arps Slate Meagher & Flom, Four Times Square, New York, New York 10036 (Attn:

John Wm. Butler, Jr., Esq.);  (iv) counsel for the agent under the Debtors' prepetition

credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn: Kenneth S. Ziman, Esq.); (v) counsel for the agent under the post-petition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Marlane Melican, Esq.); (vi) commercial and litigation counsel to the Debtors, Butzel & Long, P.C., 100 Bloomfield Hills Parkway, Suite 200, Bloomfield Hills, Michigan 48304 (Attn: James Darien, Esq.); (vii) conflicts counsel for the Official Committee of Unsecured Creditors, Warner Stevens, LLP, 1700 City Center Tower II, 301 Commerce Street, Forth Worth, Texas 776102 (Attn: Michael D. Warner, Esq. and David T. Cohen, Esq.); (viii) counsel for Barclays Bank, PLC, Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020 (Attn: Kenneth P. Coleman, Esq.); and (ix) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard, Esq.), in each case so as to be **received** by such persons no later than **4:00 p.m. (Prevailing Eastern Time) on February 8, 2007** (the "Objection Deadline").

**[Concluded on Following Page]**

**PLEASE TAKE FURTHER NOTICE** that only those timely, written objections made in accordance herewith will be considered by the Bankruptcy Court, and that if no objections to the Settlement Agreement are timely filed and served the Bankruptcy Court may so order the Settlement Agreement.

Dated:  New York, New York
         January 26, 2007

                                 DELPHI CORPORATION, *et al.*
                                 By their attorneys,
                                 TOGUT, SEGAL & SEGAL LLP
                                 By:


                                 /s/ Neil Berger
                                 ALBERT TOGUT (AT-9759)
                                 NEIL BERGER (NB-3599)
                                 Members of the Firm
                                 One Penn Plaza
                                 New York, New York 10119
                                 (212) 594-5000