Megan E. Clark (MC-2550) (Motion for Admission for Pro Hac Vice pending)
Freking and Betz, LLC
225 Vine Street Suite 600
Cincinnati, Ohio 45202
mclark@frekingandbetz.com
Telephone: 513-721-1975
Facsimile: 513-651-2570

Attorney for Creditor Carl Allison

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

RECEIVED JAN 19 2007 U.S. BANKRUPTCY COURT, SDNY

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, MEGAN E. CLARK, a member in good standing of the bar in the State of Ohio and of the the U.S. District Court for the South District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Carl Allison regarding Claim 2205 in the above-referenced case.

My address is:
Megan E. Clark, Esq.
Freking & Betz
525 Vine Street, Sixth Street
Cincinnati, OH 45202
*mclark@frekingandbetz.com*
Phone: (513) 721-1975
Fax: (513) 651-2570

Payment of $25 is enclosed.

Respectfully submitted,

FREKING & BETZ

*/s/ Megan E. Clark*

Dated: January 18, 2007
Cincinnati, Ohio

Megan E. Clark (0065159)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Admission Pro Hac Vice will be served via regular U.S. Mail to all parties listed below on January 19, 2007:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098

John Wm. Butler, Jr.
Skadden Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Kenneth S. Ziman
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins, LLP
885 Third Avenue
New York, NY  10022
Counsel for the Official Committee of
Unsecured Creditors

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY  10004
Counsel for the Official Committee of
Equity Security Holders

Alicia M. Leonard
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Dated: January 18, 2007

_____
Megan E. Clark  (00651590)