UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In re:                                                                    In proceedings for Reorganization under Chapter 11

Delphi Corporation., et al.,                                   Case No. 05-44481
                                                                              (Jointly Administered)
     (the "Debtor")

                                                         Claim No. **11641**
                                                         Claim Amount: **$775,807.89**

-------------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIMS PURSUANT TO
### FRBP RULE 3001 (e) (2)

**To Transferor:**        Yushin USA Ltd. (dba Ortech)

                            Your unsecured claim no. 11641, in the amount of **$775,807.89** has been transferred to:

**Transferee:**            **DEUTSCHE BANK SECURITIES, INC.**
                            60 Wall Street, 3rd Floor, New York, NY 10005
                            Attn: Vikas Madan and Ross Rosenfelt
                            Phone: 212-250-5760
                            Fax: 212-797-8770

                            with copies to:

                            Attn:
                            Fax:

The Evidence of Transfer of Claim is attached hereto.  No action is required <u>if you do not object</u> to the transfer of your claim.  However, if you do object to the transfer of your claim, within <u>20 days</u> of this notice, you must:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

  Clerk's Office
  United States Bankruptcy Court
  Southern District of New York
  One Bowling Green
  New York, New York -----

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

---

(*FOR CLERK'S OFFICE USE ONLY*):
This notice was mail to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent __ Transferee __ Debtor's Attorney

                                                                                         _____
                                                                                        Clerk

Refer to INTERNAL CONTROL NO. _____ in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant in this proceeding

**EXHIBIT B**

# EVIDENCE OF TRANSFER OF CLAIM

In re Delphi Automotive Corporation et al., (the "Cases"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

AND TO:   Delphi Automotive Systems LLC ("Debtor")
          Case No 05-44481 (RDD) (jointly administered)

Claim #:   11,641

Yushin USA Ltd. (dba Ortech) its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**DEUTSCHE BANK SECURITIES INC.**
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Vikas Madan and Matthew Doheny
Phone: 212-250-5760
Email:   vikas.madan@db.com
         ross.rosenfelt@db.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$775,807.89** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated November 14, 2006.

**DEUTSCHE BANK SECURITIES INC.**                **YUSHIN USA LTD. (DBA ORTECH)**

By: _____                   By: _____
   Name:                                            Name: HIROSHI SASAKI
   Title:                                           Title: Senior Manager
        Scott G. Martin                                    Finance / Accounting
        Managing Director