**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                    Chapter 11

                                                                              Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                              Jointly Administered

                              Debtors

-------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Douglas M. Trout, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Douglas M. Trout, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  January 30, 2007
         New York, New York

                                                                /s/Robert D. Drain_____
                                                                UNITED STATES BANKRUPTCY JUDGE