**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On January 31, 2007, a true and correct copy of the (*FULL TRANSFER*) *Transfer of claim #10754 (claim amount $ 4,756,206.56), from Furukawa Electric North America APD Inc and Furukawa Electric Company to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD,* in the above captioned proceeding was caused to be served on the parties listed on the attached Service List via first class mail.

**Dreier LLP**

By: _/s/Jean L. Guerrier____
**Jean L. Guerrier**

**Sworn to before me this**
**31st day of January, 2007.**

_/s/ Lori Rudolph_
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2010**

{00224246.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098


**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner


**Kurtzman Carson
Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036


**Furukawa Electric North America APD Inc
and Furukawa Electric Company**
c/o Varnum Riddering Schmidt & Howlett
PO Box 352
Grand Rapids, MI 49501-0352
Attn: Michael S McElwee

{00224246.DOC;}