McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for General Products Delaware Corporation

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Case No. 05-44481 (RDD)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that General Products Delaware Corporation ("General Products"), a creditor in the above-captioned bankruptcy proceeding, by and through its attorneys, McCarter & English, LLP, hereby enters its appearance in this proceeding pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code.  It is respectfully requested that all further notices given or required to be given in these proceedings and copies of all papers served in these proceedings be given to and served upon the undersigned, attorneys for General Products, at the offices, postal addresses, e-mail addresses telephone numbers and facsimile numbers set forth below:

>Eduardo J. Glas, Esq.
>McCARTER & ENGLISH, LLP
>Four Gateway Center
>100 Mulberry Street
>Newark, New Jersey 07102-4096
>(973) 622-4444
>(973) 624-7070  facsimile
>eglas@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission or otherwise.

>McCARTER & ENGLISH, LLP
>Attorneys for General Products Delaware
> Corporation
>
>By:    /s/Eduardo J. Glas
>        Eduardo J. Glas (EG7027)
>        Gateway Four
>        100 Mulberry Street
>        Newark, NJ  07102
>        (973) 622-4444
>        (973) 624-7070 facsimile

Dated:  January 31, 2007