1-18-07

Honorable Judge Robert Drain
and Delphi Corp General Counsel
and Skadden, Arps, Slate, Meagher & Flom LLP


    I Brenda Lawrence am writing in response
of claim # 16271.

Response directed to Delphi
Claimant — Brenda Lawrence
Claim — Injured on the job 12-08-94
    Chemical burn to right eye.


    I have enclosed some random selections
of documentation to evidence occurrence
of injury and payments from GM or Delphi Work Comp.
towards lost work time (approx. 6mo.) plus medical visits,
medications and medical procedures afforded for me
over the years.

    I Thank-you for your concerns toward the
continuant honoring of claims in regard to the
periodic checkups and medical maintenance of
my injured eye.


        Respectfully,

        Brenda Lawrence


Brenda Lawrence
  P.O. Box 685
Davison, MI 48423

31005   000

# EMPLOYER'S BASIC REPORT OF INJURY
## Michigan Department of Labor
## Bureau of Workers' Disability Compensation
## P.O. Box 30016, Lansing, MI 48909

AN EMPLOYER SHALL REPORT IMMEDIATELY TO THE BUREAU ON FORM MDL-1-100 ALL INJURIES, INCLUDING DISEASES, WHICH ARISE OUT OF AND IN THE COURSE OF THE EMPLOYMENT, OR ON WHICH A CLAIM IS MADE AND RESULT IN ANY OF THE FOLLOWING: (A) DISABILITY EXTENDING BEYOND SEVEN (7) CONSECUTIVE DAYS, NOT INCLUDING THE DATE OF INJURY, (B) DEATH, (C) SPECIFIC LOSSES. IN CASE OF DEATH, AN EMPLOYER SHALL ALSO IMMEDIATELY FILE AN ADDITIONAL REPORT ON MDL-1-108.

## I. EMPLOYEE DATA

| 1. SOCIAL SECURITY NUMBER | 2. DATE OF INJURY | 3. EMPLOYEE NAME (LAST, FIRST, MI) | | |
|---|---|---|---|---|
| -7922 | 12/08/94 | LAWRENCE, BRENDA A | | |

| 4. ADDRESS (NUMBER AND STREET) | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| | DAVISON | MI | 48423 |

| 8. DATE OF BIRTH (MM/DD/YY) | 9. SEX | 10. NUMBER OF DEPENDENTS | 11. TELEPHONE NUMBER | 12. WORK PERMIT DATE IF UNDER AGE 1 |
|---|---|---|---|---|
| | [ ] MALE [X] FEMALE | 00 | | |

13. TAX FILING STATUS
[X] A. SINGLE
[ ] B. SINGLE, HEAD OF HOUSEHOLD
[ ] C. MARRIED, FILING JOINT
[ ] D. MARRIED, FILING SEPARATE

## II. CURRENT EMPLOYER DATA

| 14. EMPLOYER NAME | 15. FEDERAL I.D. NUMBER |
|---|---|
| GMC - AC ROCH - FLINT EAST | 380572515   002 |

| 16. INJURY LOCATION CODE | 17. MAILING LOCATION CODE | 18. MESC NUMBER | 19. TYPE OF BUSINESS (SIC) |
|---|---|---|---|
| 002 | 122 | | AUTOMOTIVE |

| 20. ADDRESS (NUMBER AND STREET) | 21. CITY | 22. STATE | 23. ZIP CODE |
|---|---|---|---|
| PO BOX 1960 | FLINT | MI | 48501 |

## III. SECOND EMPLOYER DATA

| 24. SECOND EMPLOYER NAME | 25. SECOND EMPLOYER AWW | 26. NUMBER WEEKS USED |
|---|---|---|
| | $ | |

| 27. ADDRESS (NUMBER AND STREET) | 28. CITY | 29. STATE | 30. ZIP CODE |
|---|---|---|---|
| | | | |

## IV. ALLEGED INJURY DATA

| 31. LAST DAY WORKED | 32. DATE EMPLOYEE RETURNED TO WORK (IF APPLICABLE) | 33. DID EMPLOYEE DIE? |
|---|---|---|
| 12/08/94 | | [ ] YES [X] NO |

| 34. INJURY CITY | 35. INJURY STATE | 36. INJURY COUNTY | 37. DID INJURY OCCUR ON EMPLOYER'S PREMISES? |
|---|---|---|---|
| FLINT | MI | 25 | [X] YES [ ] NO (IF NO, SEE ITEM 50) |

38. DESCRIBE THE NATURE OF INJURY OR ILLNESS (EXAMPLE AMPUTATION, BURN, CUT, FRACTURE)
CHEMICAL BURNS

39. PART OF BODY DIRECTLY AFFECTED BY THE INJURY OR ILLNESS (EXAMPLE HAND, ARM, CIRCULATORY SYSTEM)
FACE, EYES

40. DESCRIBE THE EVENTS WHICH CAUSED THE INJURY (EXAMPLE FELL, OPERATING MACHINERY, CHEMICAL EXPOSURE)
CHEMICAL SPILL

41. NAME THE OBJECT OR SUBSTANCE WHICH DIRECTLY INJURED THE EMPLOYEE (EXAMPLE KNIFE, ACID, FLOOR, OIL)
CHEMICAL

## V. OCCUPATION AND WAGE DATA

| 42. DATE HIRED | 43. TOTAL GROSS WEEKLY WAGE (HIGHEST 39 OF 52) | 44. NUMBER WEEKS USED | 45. VALUE OF DISCONTINUED FRINGES |
|---|---|---|---|
| 04/10/78 | $ 27134.64 | 39 | $ |

| 46. OCCUPATION (BE SPECIFIC) | 47. WAS EMPLOYEE A VOLUNTEER WORKER? | 48. WAS EMPLOYEE CERTIFIED AS VOCATIONALLY HANDICAPPED? |
|---|---|---|
| CONTAINER REPAIR MISC | [ ] YES [X] NO | [ ] YES [X] NO |

| 49. DATE EMPLOYER NOTIFIED BY EMPLOYEE | 50. IF TEMPORARY SERVICE AGENCY, PROVIDE NAME/ADDRESS OF EMPLOYER WHERE INJURY OCCURRED. |
|---|---|
| 12/08/94 | |

## VI. PREPARER DATA   I CERTIFY THAT A COPY OF THIS REPORT HAS BEEN GIVEN TO THE EMPLOYEE

| 51. PREPARER'S SIGNATURE | 52. TELEPHONE NUMBER | 53. DATE PREPARED |
|---|---|---|
| WORK COMP ADMINISTRATOR | (810) 236-8700 | 01/18/95 |

**NOTICE TO EMPLOYEE:** QUESTIONS OR ERRORS SHOULD BE REPORTED IMMEDIATELY TO THE INDIVIDUAL LISTED ABOVE IN LINE 5

| AUTHORITY | WORKERS' DISABILITY COMPENSATION ACT. R408.31(1)(3) | |
|---|---|---|
| COMPLETION | MANDATORY | THE DEPARTMENT OF LABOR WILL NOT DISCRIMINATE AGAINST ANY INDIVIDUAL OR GROUP BECAUSE OF RACE, SEX, RELIGION, AGE NATIONAL ORIGIN, COLOR, MARITAL STATUS, HANDICAP, OR POLITICAL BELIEFS. |
| PENALTY | WORKERS' DISABILITY COMPENSATION ACT. 418.631 | |



# NOTICE OF COMPENSATION PAYMENTS
## Michigan Department of Labor
### Bureau of Workers' Disability Compensation
P.O. Box 30016, Lansing, MI  48909

FILING #  __1__

## PART A

| | | | | | |
|---|---|---|---|---|---|
| SECURITY NUMBER: 5-7922 | 2. DATE OF INJURY: 12-08-94 | 3. EMPLOYEE NAME (LAST, FIRST, MI): LAWRENCE,  Brenda  A. | 4. | | DEATH |

| 6. E | 7. CITY: Davison | 8. STATE: MI | 9. ZIP CODE: 48423 |
|---|---|---|---|

| 10. EMPLOYER NAME: A C Rochester East | 11. FEDERAL I.D. NUMBER: 380572515 | 12. INJURY LOCATION COD: 002 |
|---|---|---|

| 13. EMPLOYER ADDRESS (NUMBER AND STREET): 1300 North Dort Highway | 14. CITY: Flint | 15. STATE: MI | 16. ZIP CODE: 48556 |
|---|---|---|---|

| 17. CARRIER OR SELF-INSURED NAME: General Motors Corporation | 18. NAIC OR SELF-INSURED NUMBER: 37999000A23 |
|---|---|

| 19. SERVICE AGENT NAME (IF APPLICABLE) | 20. SERVICE AGENT I.D. NUMBER |
|---|---|

| 21. ZIP CODE OF ISSUING OFFICE: 48501-1960 | 22. CARRIER OR SELF-INSURED CLAIM NUMBER | 23. DATE CARRIER RECEIVED NOTICE OF INJURY: 12-08-94 | 24. DATE FIRST PAYMENT MADE: 12-23-94 |
|---|---|---|---|

## PART B

| 25. NATURE OF INJURY: Chemical Burns | 26. PART OF BODY: Face, Eyes |
|---|---|

| 27. AVERAGE WEEKLY WAGE: $695.76 | 28. DISCONTINUED FRINGES: $ -0- | 29. SECOND EMPLOYER A.W.W. $ | 30. SECOND EMPLOYER DISCONTINUED FRINGES $ |
|---|---|---|---|

| 31. TAX FILING STATUS ON DATE OF INJURY: A | 32. LAST DAY WORKED: 12-08-94 | 33. NUMBER OF DAYS IN WORK WEEK: 5 | 34. NUMBER OF DEPENDENTS: 00 |
|---|---|---|---|

## PART C

| 35. REASON FOR FILING: A | 36. WEEKLY COMPENSATION BASE RATE: $ 404.43 |
|---|---|

37. WEEKLY ADJUSTMENTS TO BASE RATE     $ ____ $ ____ $ ____ $ ____
     $ ____ $ ____ $ ____ $ ____

38. WEEKLY AMOUNT BEING REIMBURSED BY A FUND (NOT REPORTED IN LINE 37)     $ ____ $ ____ $ ____ $ ____

## PART D

| BASIS OF PAYMENT | BENEFIT TYPE | SPECIAL PAYMENT | TOTAL WEEKLY RATE | FROM | THROUGH | TOTAL AMOUNT PAID | TERMINATION REASON |
|---|---|---|---|---|---|---|---|
| A | A | | 404.43 | 12-09-94 | 12-31-94 | 1,294.18 | |
| A | A | | 404.43 | 01-01-95 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

IF BASIS OF PAYMENT IS OTHER THAN "A" (VOLUNTARY PAYMENT) OR LINE 37 IS EQUAL TO "J" OR "K", ENTER ORDER # ____

IF BENEFIT TYPE IS "C" (SPECIFIC LOSS), ENTER NUMBER OF WEEKS ____ AND EFFECTIVE DATE OF LOSS ____ / ____ / ____

IF ANY FILING CODES ON THIS FORM REPRESENT "OTHER", PLEASE BE SPECIFIC ____

THIS IS TO CERTIFY THAT A COPY OF THIS FORM HAS BEEN MAILED OR GIVEN TO THE EMPLOYEE.

| 39. AUTHORIZED SIGNATURE | 40. PERSON HANDLING CLAIM (PLEASE PRINT): Bettye Jefferson | 41. TELEPHONE NUMBER: 810-236-8692 | 42. DATE: 03-22-95 |
|---|---|---|---|

NOTICE TO EMPLOYEE: IF ANY OF THE ABOVE INFORMATION IS INCORRECT, PLEASE CONTACT THE INDIVIDUAL NAMED IN LINE 40.

MDL-1-701 (REV. 5-91) FRONT  FORMERLY FORM 101 AND 102

# WORKERS' COMPENSATION HEALTH CARE SERVICES
## NOTIFICATION OF BILL ADJUSTMENT

| COPY 1   PROVIDER | Michigan Department of Labor/Bureau of Workers' Disability Compensation | DATE PROCESSED |
|---|---|---|
| COPY 2   CARRIER | Health Care Services Division | 04/25/96 |
| COPY 3   EMPLOYEE | P.O. Box 30016 | PAGE |
| | Lansing, Michigan 48909 | 1 |

| CARRIER NAME | | ICN | | TELEPHONE NUMBER |
|---|---|---|---|---|
| GENERAL MOTORS\FLINT-MED | | 08952713200004 | | (800)937-6824 |

| STREET ADDRESS | CITY | STATE | ZIP CODE | CLAIM NUMBER |
|---|---|---|---|---|
| 38705 SEVEN MILE RD | LIVONIA | MI | 48152 | 79221208 |

| EMPLOYER NAME | OTHER REFERENCE NO# | NAIC/SELF-INSURED NUMBER |
|---|---|---|
| 31005-000 | 2535 | 37999000A23 |

**THIS FORM IS REQUIRED AS SET FORTH IN PART 19, R 418.1901(1) AND R 418.1904(1) OF THE WORKER'S COMPENSATION HEALTH CARE SERVICES RULES.**

| PROVIDER NAME | EMPLOYEE NAME |
|---|---|
| HURLEY MED CTR SURGERY | BRENDA A LAWRENCE |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| PO BOX 1710 | PO BOX 113 |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| FLINT | MI | 485011710 | SWARTZ CREEK | MI | 484730113 |

| SOCIAL SECURITY/FEIN NUMBER^ | SOCIAL SECURITY NUMBER^ |
|---|---|
| 386005601 | -7922 |

| PATIENT ACCOUNT NUMBER | DATE OF BILL | DATE OF INJURY |
|---|---|---|
| 677H1770971 | 04/25/96 | 12/08/94 |

| DATE OF SERVICE | PLACE OF SERVICE | PROCEDURE CODE | DESCRIPTION--IF NEEDED | DIAGNOSIS CODE | UNITS | CHARGES | PAYMENT | NOTE** |
|---|---|---|---|---|---|---|---|---|
| 12/08/94 | 2 | 99244 | OFC CONSULT-NEW/EST PAT | 94102 | 00001 | 110.00 | 110.00 | |

| | TOTAL CHARGE | PAYMENT |
|---|---|---|
| | 110.00 | 110.00 |

**EMPLOYEE:** FOR INFORMATION ONLY. THIS IS NOT A BILL. IF YOU ARE BILLED FOR ANY SERVICES RELATED TO THIS WORKERS' COMPENSATION CLAIM, DO NOT PAY; DO CALL THE CARRIER LISTED ABOVE.

## THIS IS NOT A BILL

**PROVIDER:** IF YOU INTEND TO SEEK RECONSIDERATION, PLEASE ADVISE THE CARRIER INDICATED ABOVE WITHIN 30 CALENDAR DAYS OF RECEIPT OF THIS NOTICE AND FORWARD THE INFORMATION INDICATED IN THE NOTE COLUMN.

PROVIDER/EMPLOYEE: R 418.114 AND RULE 1901(2) OF THE WORKERS' COMPENSATION HEALTH CARE SERVICES RULES REQUIRE THAT THE CARRIER NOTIFY THE EMPLOYEE AND THE PROVIDER THAT THE RULES PROHIBIT A PROVIDER FROM BILLING AN EMPLOYEE FOR ANY AMOUNT FOR HEALTH CARE SERVICES PROVIDED FOR THE TREATMENT OF A COVERED WORK-RELATED INJURY OR ILLNESS WHEN THAT AMOUNT IS DISPUTED BY THE CARRIER PURSUANT TO ITS UTILIZATION REVIEW PROGRAM, OR WHEN THE AMOUNT EXCEEDS THE MAXIMUM ALLOWABLE PAYMENT ESTABLISHED BY THESE RULES. THE CARRIER SHALL REQUEST THE EMPLOYEE TO NOTIFY THE CARRIER IF THE PROVIDER BILLS THE EMPLOYEE.

THE DEPARTMENT OF LABOR WILL NOT DISCRIMINATE AGAINST ANY INDIVIDUAL OR GROUP BECAUSE OF RACE, SEX, RELIGION, AGE, NATIONAL ORIGIN, COLOR, MARITAL STATUS, HANDICAP OR POLITICAL BELIEFS.

^ PROTECTED INFORMATION TO BE USED FOR INDENTIFCATION PURPOSES