


# Robert G. McClure
### Tax Collector - Santa Rosa County

P.O. Box 7100
Milton, FL 32572

(850) 983-1800
(850) 623-8655 Fax
www.robertmcclure.com



(Street Address)
6495 Caroline St., Suite E
Milton, FL 32570

## OBJECTION TO ENTRY OF ORDER DISALLOWING AND EXPUNGING OF CLAIMS

IN RE: DELPHI AUTOMOTIVE SYSTEMS LLC     CASE NUMBER: 05-44640
                                        CHAPTER 11

**Comes now,** Robert G. McClure, Tax Collector of Santa Rosa County, Florida

and objects to the "Entry of order disallowing and expunging of claims" dated December 21,

2006, details of which appear in the enclosed exhibits.

The tangible taxes shown on the exhibit 1 were incurred on January 1, 2005 and reflects being

received by the bankruptcy court on November 7, 2005.

The tangible taxes shown on exhibit 2 were incurred on January 1, 2006.  This exhibit reflects

that the court received this claim on May 1, 2006.  We did not know the amount of tax due at

the time and were unable to collect said tax until the tax roll was received from the Property

Appraiser in November, 2006.

Exhibit 3 is an amended claim for 2006 taxes dated November 1, 2006 after the 2006 tax roll

was received.  We have no record of the court having received this amended claim.  If the court

does have record of receiving this amended claim, would you please provide this office with

evidence of such.

We are also enclosing tax bills for the years 2005 and 2006 for information purposes.

Our claims have no record of your claim numbers, so we are unable to determine which are

surviving claims.

That said, we are hereby requesting that you provide claim numbers for each claim and acknowledgment of having received our amended claim for 2006 taxes.

Signed by Robert G. McClure this 8th day of January, 2007.

Robert G. McClure
Santa Rosa County Tax Collector

Enclosures: 6

| United States Bankruptcy Court   SO DISTRICT OF NY | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>DELPHI AUTOMOTIVE SYSTEMS LLC | Case Number<br>05-44640 | |

NOTE: This form should not be used to make a claim for administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property.<br>TAX COLLECTOR, SANTA ROSA COUNTY | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent:<br>TAX COLLECTOR, SANTA ROSA COUNTY<br>ATTN: Carol Watford, Supervisor - Delinquent Taxes<br>P O BOX 7100<br>MILTON, FL 32572<br><br>Telephone number 850-983-1803  FAX 850-623-8655 | ☐ Check box if you have never received any notices from the Bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This space is for Court Use only |
| Account or other number by which creditor identifies debtor  0001452849 | Check here  ☐ Replaces<br>                     ☐ Amends   A previously filed claim dated: ___<br>If this claim | |

**1. Basis for Claim:**
- Goods sold
- Services performed
- Money loaned
- Personal injury/wrongful death
- ☒ Taxes
- Other_____

- Retiree benefits as defined in 11 U.S.C. § 1114(a)
- Wages, salaries, and compensation (fill out below)
  Your SS #_____
  Unpaid compensation for service performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:**
January 1, 2005

**3. If court judgement, date obtained**

**4. Total Amount of Claim at Time Case Filed:**
**$2674.95 + 18%APR INTEREST/MO.**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principle amount of the claim.
Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☒ Check this box if your claim is collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate    Motor vehicle
☐ Other      ☒ Tangible Personal Property
Value of Collateral $187,644
Amount of arrearage and other charges at time case filed
Included in secured claim, if any $_____

**6. Unsecured Priority Claim.**
Check this box if you have an unsecured priority claim.
Amount entitled to priority $_____
Specify the priority of the claim: Wages, salaries, or commissions (up to $4000). *earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier. – 11 U.S.C. § 507(a)(3).
- Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
- Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, Explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a Stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

RECEIVED NOV 7 2005 USBC-SDNY RDD

| Date:<br>11-04-2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Carol Watford*<br>/s/Carol Watford, Del. Tax Super. | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $5000.00 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| United States Bankruptcy Court | CHAPTER 11 ADMINISTRATIVE CLAIM-APPLICATION |
|---|---|
| SOUTHERN District of NEW YORK | |
| In Re: DELPHI AUTOMOTIVE SYSTEMS LLC | Case Number: 05-44640 |

| Name of Creditor (The person or other entity to whom the debtor owes money or property) **TAX COLLECTOR, Santa Rosa COUNTY** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your Chapter 11 Administrative claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address Where Notices Should be Sent: **% Robert McClure, Santa Rosa Tax Collector P O Box 7100 Milton, FL 32572** Telephone No. **850-983-1804** Fax **850-623-8655** Attn: **CINDY GRIMES, DELINQUENT TAX DEPT** | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court | THIS SPACE FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR **0001452849** | Check here ☐ replaces A previously filed Chapter 11 Administrative claim dated ___ If this claim ☐ amends | |

| 1. BASIS FOR CLAIM ☐ Goods sold ☐ Services performed ☐ Money loaned ☐ Personal injury/wrongful death ☒ Taxes ☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) ☐ Wages, salaries, and compensations (Fill out below) Your Social Security Number ___-___-___ Unpaid compensation for service performed from _____ to _____ (date)                     (date) |
|---|---|

| 2. DATE DEBT WAS INCURRED: **JANUARY 1, 2006** | 3. IF COURT JUDGEMENT, DATE OBTAINED: |
|---|---|

**4. CLASSIFICATION OF CLAIM: THIS CLAIM SHOULD ONLY BE USED FOR CHAPTER 11 ADMINISTRATIVE CLAIMS.**

| ☒ TOTAL ADMINISTRATIVE CLAIM $ **2,257.22 FOR 2006 + OTHER COSTS & ATTORNEY'S FEES IF ANY TO ACCRUE + 18% APR AFTER 4/1/2007 + Interest** A claim is an administrative expense for the actual costs & expenses of preserving the estate, including (check one) ☐ Actual, necessary costs & expenses of preserving the estate including wages, salaries, or commissions for services rendered. ☐ Goods sold after the filing of the bankruptcy case. ☐ Services provided after the filing of the bankruptcy case. ☐ Any tax incurred by the estate (except for tax of a kind specified in § 507(a)(8) of the Bankruptcy Code); or any tax attributable to an excessive allowance of a tentative carry back adjustment that the estate received, whether the taxable year to which such adjustment relates ended before or after the commencement of the case. ☐ Any fine, penalty or reduction in credit relating to a tax of a kind listed in the previous paragraph. ☐ The actual, necessary expense of a member of a committee appointed under § 1102 of this title, if such expense are incurred in the performance of the duties of such committee. | ☒ SECURED ADMINISTRATIVE CLAIM $**2,257.22 FOR 2006 + OTHER COSTS & ATTORNEY'S FEES IF ANY TO ACCRUE + 18% APR AFTER 4/1/2007 /MO. Int.** Attach evidence of perfection of security interest. Brief Description of Collateral: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe Briefly) ☐ Inventory  ☒ Tangible Personal Property Amount of arrearage and other charges at time case filed included in secured claim above, if any $ Amount of Fees, Interest, Penalty (usually 0) ☐ UNSECURED NONPRIORITY ADMINISTRATIVE CLAIM $ ___ A claim is unsecured if there is no collateral or lien on the property Of the debtor securing the claim or to the extent that the value of Such property is less than the amount of the claim. ☐ UNSECURED PRIORITY ADMINISTRATIVE CLAIM $ ___ If you claim that your Chapter 11 Administrative Claim is entitled to a priority Over other Chapter 11 Administrative Claims, list the amount entitled to such Priority and describe below the basis for such alleged priority. Basis for priority: First and superior lien on assessed property. (Fla Statutes, Chapter 197) |
|---|---|

**5. TOTAL AMOUNT OF CHAPTER 11 ADMINISTRATIVE CLAIM:**

$ _____  $ **2,257.22 FOR 2006 + Int**  $ _____  $ **+ + OTHER COSTS & ATTORNEYS FEES IF ANY TO ACCRUE+ 18% APR AFTER 4/1/2007 + Int**
(Unsecured)          (Secured)               (Priority)               (Total) Chapter 11 Administrative Claim

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

| 6. **CREDITS AND SETOFFS**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor. 7. **SUPPORTING DOCUMENTS**: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary. 8. **TIME STAMPED COPY**: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Date: **04/26/2006**   Sign and print the name and title of the creditor or other person authorized to file this claim (attach copy of Power of Attorney, if any). *Cindy Grimes* — **CINDY GRIMES, DEL. TAX DEPT.** | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 AND 3571.

| United States Bankruptcy Court | CHAPTER 11 ADMINISTRATIVE CLAIM-APPLICATION |
|---|---|
| SOUTHERN District of NEW YORK | |
| In Re: DELPHI AUTOMOTIVE SYSTEMS LLC | Case Number: 05-44640 |

| Name of Creditor (The person or other entity to whom the debtor owes money or property) **TAX COLLECTOR, Santa Rosa COUNTY** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your Chapter 11 Administrative claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address Where Notices Should be Sent: **% Robert McClure, Santa Rosa Tax Collector P O Box 7100 Milton, FL 32572** Telephone No. **850-983-1804** Fax **850-623-8655** Attn: **CINDY GRIMES, DELINQUENT TAX DEPT** | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court |

THIS SPACE FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR **0001452849**

Check here ☐ replaces   A previously filed Chapter 11 Administrative claim dated ____
If this claim ☒ amends

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)

☐ Wages, salaries, and compensations (Fill out below)
Your Social Security Number ____-__-____
Unpaid compensation for service performed
from _____ to _____
(date)         (date)

**2. DATE DEBT WAS INCURRED: JANUARY 1, 2005**

**3. IF COURT JUDGEMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM: THIS CLAIM SHOULD ONLY BE USED FOR CHAPTER 11 ADMINISTRATIVE CLAIMS.**

☒ TOTAL ADMINISTRATIVE CLAIM $ **2,530.10 FOR 2006 + 18% APR AFTER 4/1/2007 + OTHER COSTS & ATTORNEY'S FEE IF ANY TO ACCRUE + Interest**

A claim is an administrative expense for the actual costs & expenses of preserving the estate, including (check one)
- ☐ Actual, necessary costs & expenses of preserving the estate including wages, salaries, or commissions for services rendered.
- ☐ Goods sold after the filing of the bankruptcy case.
- ☐ Services provided after the filing of the bankruptcy case.
- ☐ Any tax incurred by the estate (except for tax of a kind specified in § 507(a)(8) of the Bankruptcy Code); or any tax attributable to an excessive allowance of a tentative carry back adjustment that the estate received, whether the taxable year to which such adjustment relates ended before or after the commencement of the case.
- ☐ Any fine, penalty or reduction in credit relating to a tax of a kind listed in the previous paragraph.
- ☐ The actual, necessary expense of a member of a committee appointed under § 1102 of this title, if such expense are incurred in the performance of the duties of such committee.

☒ SECURED ADMINISTRATIVE CLAIM $**2,530.10 FOR 2006 + 18% APR + OTHER COSTS & ATTORNEY'S FEES IF ANY TO ACCRUE /MO. Int.**
Attach evidence of perfection of security interest.
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe Briefly)
☐ Inventory    ☒ Tangible Personal Property

Amount of arrearage and other charges at time case filed included in secured claim above, if any $ **Amount of Fees, Interest, Penalty (usually 0)**

☐ UNSECURED NONPRIORITY ADMINISTRATIVE CLAIM $ ____
A claim is unsecured if there is no collateral or lien on the property Of the debtor securing the claim or to the extent that the value of Such property is less than the amount of the claim.

☐ UNSECURED PRIORITY ADMINISTRATIVE CLAIM $ ____
If you claim that your Chapter 11 Administrative Claim is entitled to a priority Over other Chapter 11 Administrative Claims, list the amount entitled to such Priority and describe below the basis for such alleged priority.
Basis for priority: First and superior lien on assessed property. (Fla Statutes, Chapter 197)

**5. TOTAL AMOUNT OF CHAPTER 11 ADMINISTRATIVE CLAIM:**

| $ _____ ANY TO ACCRUE+ 18% APR AFTER 4/1/2007 + Int (Unsecured) | $ ~~182,386=Int~~ (Secured) | $ _____ (Priority) | $ **+ OTHER COSTS & ATTORNEYS FEES IF** (Total) Chapter 11 Administrative Claim |
|---|---|---|---|

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date: 11/01/2006 | Sign and print the name and title of the creditor or other person authorized to file this This claim (attach copy of Power of Attorney, if any). **CINDY GRIMES** */s/ Cindy Grimes* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 AND 3571.

# ROBERT G. McCLURE
SANTA ROSA COUNTY TAX COLLECTOR

TANGIBLE PROPERTY 2006    202314.0000

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 0001452849 | | 182,356 | | 182,356 | 99 |

RETURN WITH PAYMENT

DELPHI AUTOMOTIVE SYSTEMS LLC
ATTN TAX STAFF MC 480-414-410
PO BOX 5082
TROY MI 48007

8052 ARMSTRONG

BK BANKRUPTCY

**PLEASE PAY IN U.S. FUNDS TO ROBERT G. McCLURE, TAX COLLECTOR • P.O. BOX 7100, MILTON, FL 32572**

| If Paid By Please Pay | Nov 30 2006 2,428.90 | Dec 31 2006 2,454.20 | Jan 31 2007 2,479.50 | Feb 28 2007 2,504.80 | Mar 31 2007 2,530.10 |
|---|---|---|---|---|---|

0000000000  0000253010  0000002023140000  0002  3

**ROBERT G. McCLURE**
SANTA ROSA COUNTY TAX COLLECTOR

Delinquent TANGIBLE PROPERTY 2005   202597.0000
**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 0001452849 | | 187,644 | | 187,644 | 99 |

RETURN WITH PAYMENT

DELPHI AUTOMOTIVE SYSTEMS LLC
ATTN TAX STAFF MC 480-414-410
PO BOX 5082
TROY MI 48007
CASH, MONEY ORDER, CREDIT
CARD, CASHIER'S CHECK ONLY

8052 ARMSTRONG

BK BANKRUPTCY

**PLEASE PAY IN U.S. FUNDS TO ROBERT G. McCLURE, TAX COLLECTOR • P.O. BOX 7100, MILTON, FL 32572**

| | If Paid By Please Pay | Jan 31 2007 2,359.82 | Feb 28 2007 2,390.60 | Mar 31 2007 2,421.38 | |
|---|---|---|---|---|---|

0000000000  0000205202  0000002025970000  0002  6

NOTICE OF "OBJECTION" DATED JANUARY 8, 2006

MAILED TO:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DELPHI CORPORATION CLAIMS
BOWLING GREEN STATION
P O BOX 5058
NEW YORK, NEW YORK 10274-5058