**HEBERT SCHENK, P.C.**
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840

Barbara Lee Caldwell – SBN 003246
Attorneys for Maricopa County Treasurer

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In Re: | In Chapter 11 Proceedings |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481-RDD |
| Debtor(s). | (Jointly Administered with Delphi Automotive Systems, LLC 05-44640-RDD) |
| | **NOTICE OF WITHDRAWAL OF CLAIMS** |

Maricopa County Treasurer, by and through its attorney undersigned, hereby withdraws the balance of its Claim No. 578 filed on November 15, 2005 in the amount of $2,317.72 relating to the 2005 tax liabilities in the above-entitled matters.

Maricopa County Treasurer, by and through its attorney undersigned, hereby withdraws the balance of its Claim No. 919 filed on November 28, 2005 in the amount of $2,317.72 relating to the 2005 tax liabilities in the above-entitled matters.

Maricopa County Treasurer, by and through its attorney undersigned, hereby withdraws the balance of its Claim No. 1293 filed on December 27, 2005 in the amount of $2,317.72 relating to the 2005 tax liabilities in the above-entitled matters.

...

...

...



1  Maricopa County Treasurer, by and through its attorney undersigned, hereby
2  withdraws the balance of its Claim No. 6386 filed on May 19, 2006 in the amount of
3  $2,439.99 relating to the 2005 tax liabilities in the above-entitled matters.

4  DATED this 28 day of December, 2006.

HEBERT SCHENK, P.C.

By: /s/ Barbara Lee Caldwell
Barbara L. Caldwell
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Attorney for Maricopa County Treasurer

A copy of the foregoing mailed
(or hand-delivered if marked *)
this 3rd day of January, 2007, to:

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Dr.
Chicago, IL 60606-1285
Attorney for Debtor(s)

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attorney for Debtor(s)

Kurtzman Carson Consultants LLC
Claims and Noticing Agent
12910 Culver Blvd, Suite I
Los Angeles, CA 90066

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

By: /s/ Dew Capieto

bic 9713101

# HEBERT SCHENK
ATTORNEYS AT LAW

4742 N. 24th Street
Suite 100
Phoenix, Arizona 85016

U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408