UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:

DELPHI CORPORATION, ET AL.

In re: Case No. 05-44481 (RDD)
Chapter 11

                    Debtor.
------------------------------------------------------------x

                     Plaintiff

Adversary Proceeding
Case No.

         v.

                    Defendant
------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Douglas M. Trout (Ohio Reg. # 0072027)   , a member in good standing of the bar in the State of Ohio                , or of the bar of the U.S. District Court for the Southern   District of Ohio        , request admission, *pro hac vice*, before the Honorable Robert D. Drain        , to represent Montgomery County, Ohio         , a Creditor                  in the above referenced [✓] case [ ] adversary proceeding.
My:    address is 301 West Third Street, P.O. Box 972, Dayton, Ohio 45422
       e-mail address is troutd@mcohio.org   ; telephone number is (937) 225-5607
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated:
       New York, New York         /s/ Douglas M. Trout

**ORDER**

**ORDERED,**
that Douglas M. Trout         , Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
       New York, New York    /s/
                              UNITED STATES BANKRUPTCY JUDGE