Oscar B. Fears, III (GA 257020)
Counsel for the Georgia Department of Revenue
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 656-3303
Facsimile: (404) 657-3239

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| DELPHI CORPORATION, et al., | * | Case No. 05-44481 (RDD) |
| | * | |
| | * | (Jointly Administered) |
| Debtors. | * | |
| | * | |

**GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS'**
**SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C.**
**§ 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY**
**DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS'**
**BOOKS AND RECORDS, AND (C) UNTIMELY CLAIMS**

COMES NOW the Georgia Department of Revenue, by and through counsel, Thurbert E. Baker, Attorney General for the State of Georgia, and responds to the Debtors' Seventh Omnibus Objection to Claims filed in the above case as follows:

The Georgia Department of Revenue has filed claim number 2276 against Delphi Integrated Service Solutions, Inc. ("Debtor") for unpaid withholding taxes, corporate net worth taxes, and corporate income taxes in the total amount of $8,600.00. The Department's claim is entirely estimated as the records of the Department indicate that numerous returns were not filed by the Debtor. The Department's claim is estimated for January through April of 2005 and June through October of 2005 withholding taxes as the records of the Department indicate the returns for these periods were not filed. In

addition, the Department's claim is estimated for 2002, 2003, 2004, and 2005 corporate income taxes and corporate net worth taxes as the records of the Department indicate the returns for these periods were not filed. Until the above returns are provided, the Department is unable to determine the actual tax liability of the Debtor for these periods. Therefore, until the applicable returns are provided, the Department contends that its claim against the Debtor should be allowed as filed.

WHEREFORE, the Georgia Department of Revenue respectfully requests that its claim be allowed as filed and that it be granted such other and further relief as this Court deems just and proper.

This  5th  day of February, 2007.

        Respectfully submitted,

        THURBERT E. BAKER      033887
        Attorney General

        DANIEL M. FORMBY      269350
        Deputy Attorney General

        JOHN B. BALLARD, JR.      035550
        Senior Assistant Attorney General

        /s/ Oscar B. Fears, III
        OSCAR B. FEARS, III      257020
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTS CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, AND (C) UNTIMELY CLAIMS upon:

> John Wm. Butler, Jr., Esq.
> John K. Lyons, Esq.
> Ron E. Meisler, Esq.
> Skadden, Arps, Slate, Meagher & Flom, LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois 60606
>
> Kayalyn A. Marafioti, Esq.
> Thomas J. Matz, Esq.
> Skadden, Arps, Slate, Meagher & Flom, LLP
> Four Times Square
> New York, New York 10036

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This  5th  day of February, 2007.

/s/ Oscar B. Fears, III
OSCAR B. FEARS, III
Assistant Attorney General