# EXHIBIT A

| United States Bankruptcy Court _____ District Of _____ | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC | Case Number: 05-44481 (RDD) | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): SIEMENS VDO AUTOMOTIVE SAS

Name and Address where notices should be sent:
SIEMENS VDO AUTOMOTIVE SAS
1, AVENUE PAUL OURLIAC
31036 TOULOUSE, FRANCE
Attention of Mrs Isabelle GALIBERT
Telephone Number: 33 5 61 19 80 75

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor: 121 051 62

Check here ☐ replaces ☐ amends a previously filed claim dated: _____
if this claim

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other Compensation for program cancellation

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
     (date)        (date)

**2. Date debt was incurred:** From January 14th 2004 to December 2nd 2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 9.309.024,84
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
  Value of Collateral $ _____
  Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 9.309.024,84 _____ _____ 9.309.024,84
                                                    (Unsecured)  (Secured)  (Priority)  (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date: January 24th 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): JH NOZERAN President [signature]

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## DELPHI US GENERAL STATEMENT OF ACCOUNT

| Invoice | Invoice date | Amount in EUR | EUR | Amount in invoice currency | Invoice curr | Due no later then | MNS+2 | DESCRIPTION | PROOF OF DELIVERY | Commentary |
|---|---|---|---|---|---|---|---|---|---|---|
| 5307640 | 14.01.2004 | 2,799.11 | EUR | 3,528.00 | USD | 30.04.2004 | PAST DUE | VAT ON TOOLING | | DEBIT NOTE on invoice 92816614 |
| 5307707 | 21.01.2004 | 98,000.00 | EUR | 118,011.60 | USD | 30.04.2004 | PAST DUE | VAT ON TOOLING | | debit note on invoice 92816615 |
| 5314476 | 25.08.2004 | 25,361.65 | EUR | 30,576.00 | USD | 30.11.2004 | PAST DUE | VAT ON TOOLING | | debit note on invoice 92817124 |
| 5301366 | 14.09.2004 | 11,000.33 | EUR | 13,328.00 | USD | 31.12.2004 | PAST DUE | VAT ON TOOLING | | debit note on invoice 92818025 |
| 9203339 | 08.10.2004 | 275.04 | EUR | 339.24 | USD | 31.12.2004 | PAST DUE | PROTOS | *FP 550050445 | 29510189 |
| 9221805 | 23.11.2004 | 6,272.05 | EUR | 8,000.00 | USD | 31.01.2005 | PAST DUE | Software revision for GMX222-272 | *FP DCS05791 | |
| 9252055 | 10.12.2004 | 6,013.68 | EUR | 8,000.00 | USD | 28.02.2005 | PAST DUE | PROTOTYPES | DCS03313 | |
| 9252203 | 28.01.2005 | 1,761.99 | EUR | 2,400.00 | USD | 31.03.2005 | PAST DUE | Software revision for GMX222-272 | *FP DCS05792 | 29510705 |
| 9215679 | 14.01.2005 | 2,129.07 | EUR | 2,900.00 | USD | 31.03.2005 | PAST DUE | PROTOTYPES | PPAP approval | 29510640 |
| 5357727 | 28.01.2005 | 431.69 | EUR | 588 | USD | 30.04.2005 | PAST DUE | VAT ON TOOLING | DEBIT NOTE ON INVOICE 92818511 | |
| 9244981 | 18.02.2005 | 1,841.20 | EUR | 2,400.00 | USD | 30.04.2005 | PAST DUE | PROTOTYPES | *FP DCS05792 | 29510787 |
| 9251057 | 03.03.2005 | 5,091.65 | EUR | 6,750.00 | USD | 31.05.2005 | PAST DUE | PROTOTYPES | *FA DCS06456 / PACKING SLIP 29510743 | |
| 9250102 | 14.03.2005 | 200,641.47 | EUR | 265,990.40 | USD | 31.05.2005 | PAST DUE | BRACKET TOOLING | *FP DCS04200 | |
| 9251222 | 25.03.2005 | 8,000.00 | EUR | 9,633.60 | USD | 31.05.2005 | PAST DUE | Software change GMX 272 | *FP AES34810 | |
| 9258102 | 14.03.2005 | 17,424.76 | EUR | 23,100.00 | USD | 31.05.2005 | PAST DUE | PROTOTYPES | *FP DCS 06073 | 29510964 |
| 9251561 | 28.04.2005 | 12,341.87 | EUR | 16,000.00 | USD | 30.06.2005 | PAST DUE | AVX Connector tooling | *FP DCS07816 | 29510963 |
| 9256063 | 08.04.2005 | 11,512.65 | EUR | 14,925.00 | USD | 30.06.2005 | PAST DUE | PROTOTYPES | *FP DCS08107 | 29511084 |
| 9250634 | 13.05.2005 | 9,261.40 | EUR | 12,000.00 | USD | 31.07.2005 | PAST DUE | PROTOTYPES | *FP DCS 08020 | |
| 9238857 | 08.04.2005 | 8,109.64 | EUR | 10,000.00 | USD | 31.08.2005 | PAST DUE | SOFTWARE FOR PV TESTING | *FP DCS 08308 | |
| 9238858 | 14.06.2005 | 53,523.64 | EUR | 66,000.00 | USD | 31.08.2005 | PAST DUE | GMT 900 NRE | *FP DCS 04977 | |
| 9289859 | 14.06.2005 | 150,430.04 | EUR | 181,900.00 | USD | 30.09.2005 | PAST DUE | GMT900 bracket tooling | *FP DCS 08455 | |
| 9289280 | 26.07.2005 | 6,946.74 | EUR | 8,400.00 | USD | 30.09.2005 | PAST DUE | NRE GMT900 | *FP DCS 08588 | |
| 9288287 | 20.07.2005 | 6,946.74 | EUR | 8,400.00 | USD | 30.09.2005 | PAST DUE | NRE GMX215 CHINA | *FP DCS 09152 | |
| 9281270 | 20.07.2005 | 2,501.65 | EUR | 3,025.00 | USD | 30.09.2005 | PAST DUE | reprogramming inventory | | |
| 9284126 | 26.09.2005 | 537,793.08 | EUR | 656,000.00 | USD | 30.11.2005 | 2/12/05 | TOOLING | TOOLING | *FP DCS 04974 |
| 9287333 | 08.09.2005 | 52,467.62 | EUR | 64,000.00 | USD | 30.11.2005 | 2/12/05 | R&D NRE | SW development | R&D NRE   *FP DCS 08788 |
| 9238622 | 13.09.2005 | 1,574.03 | EUR | 1,920.00 | USD | 30.11.2005 | 2/12/05 | PROTOTYPES | FEDEX D/N | *FP DCS10089    29511472 |
| 9238621 | 13.09.2005 | 4,722.09 | EUR | 5,760.00 | USD | 30.11.2005 | 2/12/05 | PROTOTYPES | FEDEX D/N | *FP DCS10090    29511470 |
| 9238622 | 13.09.2005 | 1,574.03 | EUR | 1,920.00 | USD | 30.11.2005 | 2/12/05 | PROTOTYPES | FEDEX D/N | *FP DCS10091    29511471 |

| | | TOTAL | 1,545,794.84 | USD | | | | | | |
| XXXXXX | XXXXXXX | TOTAL | 7,763,230.00 | USD | | | | R&D / PRODUCTION FIX COST GMT800 / GMX245 / GMX 295 | VOLUME DELIVERED | Non amortized R&D costs due to Siemenes VDO Automotive by Delphi on september, 6th 2005 following cancellation of GMT800 application and volume shortfall of GMX 245 and GMX 295 applications. |
| | | TOTAL | 9,309,024.84 | USD | | | | | | |

2 INVOICES IN EUROS    EXCHANGE RATE OF SEPTEMBER 2005 1€ = 1,2042$