# EXHIBIT B

# SIEMENS VDO

A u t o m o t i v e
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourilac – B.P. 1149      Tel. ++33 (0)5 61 19 88 88
31036 Toulouse cedex 1 – France         Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note    Shipping date :    / /

INVOICE
Date 12/11/2003    N°    0092816614

DUPLICATE

Others References :
Activity          : 9 - Engineering

4313 aa      N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Payment Terms
Make remittance to :·

Currency USD
L/C n° :
Your payment by Bank remittance     the 01/31/2004
Bank remittance 30 days end of month
Incoterms :

Transportation Details
Carrier            :
Broker             :

Loading Location   :
Unloading Location :
Transportation Mode :
Total Net Weight   :        0
Total Gross Weight :     0,000

| Cust. Order N° SIEMENS Ref. N° Customer Ref. N° | Description Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS00346 | | | | | | |
| SECS35-27 | Production tooling for GEN 2 DRAD | 1 | 18,000.00 | 1UN | 18,000.00 | G( |
| | C 118 193 35 | | | | | |
| | AL*: / ECCN: | | | | | |

Sub Total                                    18,000.00

VAT :
1. Output Tax      19.600  %     3,528.00

Total              18,000.00
VAT                 3,528.00

Total Amount    (USD)            21,528.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,06%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with *AL not equal to N° .are subject to European or German export authorization when being exported out of EU. Goods labeledwith *ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

CUSTOMER                                                    Folio : 1/1



# SIEMENS VDO

*A u t o m o t i v e*

**Siemens VDO Automotive S.A.S.**
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros  - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note   Shipping date :   / /

**INVOICE**

Date 12/11/2003        N°   0092816515

**DUPLICATE**

Others References :
Activity        : 9 - Engineering

Sold to    N°: 12105162
   DELPHI AUTOMOTIVE SYSTEMS LLC
   To : Marilyn TRAPPE

   MAIL STOP 1-08 PO Box 1042
   45401 DAYTON, OH
   USA

Transportation Details
Carrier        :
Broker         :

Loading Location  · :
Unloading Location  :
Transportation Mode :
Total Net Weight   :        0
Total Gross Weight  :     0,000

Payment Terms
Make remittance to :

Currency EUR
L/C n° :
Your payment by Bank remittance    the 01/31/2004
Bank remittance 30 days end of month
Incoterms :

| Cust. Order N° / SIEMENS Ref. N° / Customer Ref. N° | Description / Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS94056 | | | | | | |
| SECS35-27 | tooling for production of DRAD | 1 | 500,000.00 | 1UN | 500,000.00 | G |
| | C 118 193 35 | | | | | |
| | AL*: / ECCN: | | | | | |
| | ATTN: Joan PHILPOT | | | | | |

Sub Total        500,000.00

VAT :
1. Output Tax    19.600 %   98,000.00

| Total | 500,000.00 |
|---|---|
| VAT | 98,000.00 |
| Total amount    (EUR) | 598,000.00 |

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

CUSTOMER

Folio : 1/1



DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

SHIP TO:
US

**ORDER:** DCS94056

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Issue Parcel
Post.

VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE

INVOICE TO:
US

PHONE: 937-455-7374

TO:
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
31036
TOULOUSE CEDEX FR

| ORDER DATE | M SHIELDS |
| 12/10/02 | VZ          Buyer |

| ALTERATION ISSUE DATE | |

| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Anything should be handled as acknowledged copy which should be returned to Buyer.

PAYMENT TERMS: NET    2ND DAY OF 2ND MONTH

F.O.B.
SPCOL

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY: EUR EUROPEAN CURRENCY UNIT | | | | | | |
| | | | | PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO: DELPHI ENERGY & CHASSIS SYSTEMS ATTN: JOAN PHILPOT, MAIL STOP 1-08 P.O. BOX 1042 DAYTON, OH 45401 ANY QUESTIONS CONCERNING THIS RELEASE, PLEASE CALL MIKE SHIELDS, PH: 937-455-7374, FAX: 937-455-9133. | | | | | | |
| | | | | TOOLING LOCATION: SIEMENS VDO AUTOMOTIVE 1 AVENUE PAUL OURLIAC BOITE POSTAL 1149 TOULOUSE CEDEX FRANCE 31036 | | | | | | |
| 00001 | 1 | PR677240 001 | | T22212835, T22212839, T22197737 ECU - SUSPENSION - MRRTD - BSRTD COMPONENT PART AND ECU ASSEMBLY TOOLING FOR PRODUCTION OF MRRTD AND BSRTD GEN 2 SCR. DRAD CONTROLLERS. GMX245 22212835, 22212839, GMX295 22212839, GMT800 22197737 | | 12/10/02 | C    0.00% | 500000.0000 | | LOT |

Michel POULET
1 DEC. 2003
AT SE SC2

A003230    USER JANE T WILLIAMS

CONTINUE PAGE    2    SNDI03 11/98

# SIEMENS VDO

**A u t o m o t i v e**
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149        Tel. ++33 (0)5 61 19 88 88
31036 Toulouse cedex 1 – France          Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros  - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note   Shipping date :   / /

INVOICE

Date  02/16/2004    N°   0092817124

DUPLICATE

Others References :
Activity            : 9 - Engineering

SOLD TO    N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

| Transportation Details | | | Payment Terms |
|---|---|---|---|
| Carrier | : | | Make remittance to : |
| Broker | : | | |
| | | | Currency USD |
| Loading Location | : | | L/C n° : |
| Unloading Location | : | | Your payment by Bank remittance    the 03/31/2004 |
| Transportation Mode | : | | Bank remittance 30 days end of month |
| Total Net Weight | : | 0 | Incoterms : |
| Total Gross Weight | : | 0,000 | |

| Cust. Order N° SIEMENS Ref. N° Customer Ref. N° | Description Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DC897641 | | | | | | |
| 8ECS35-27 | Bracket production tooling for DRAD C 118 193 35 AL*: / ECCN: | 1 | 156,000.00 | 1UN | 156,000.00 | CI |

|  | Sub Total | | 156,000.00 |
|---|---|---|---|

VAT :

| | | | | | |
|---|---|---|---|---|---|
| 1. Output Tax | 19.600 % | 30,576.00 | Total | 156,000.00 | |
| | | | VAT | 30,576.00 | |
| | | | Total amount   (USD) | 186,576.00 | |

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e.
3.08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU.
Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or
"ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

CUSTOMER

Folio : 1/1



# SIEMENS VDO

*A u t o m o t i v e*
**Siemens VDO Automotive S.A.S.**
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 86 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

**Date 06/03/2004      N°: 00578180.5**

DUPLICATE

Others References : DCS02138
Activity          : 9 - Engineering

**Ship to**     N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note   Shipping date :   /  /

**Bill to**     N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance    the 08/31/2004
Bank remittance 60 days end of month
Incoterms :

**Transportation Details**
Carrier            :
Broker             :

Loading Location   :
Unloading Location :
Transportation Mode :
Total Net Weight   :        0
Total Gross Weight :     0,000

| Cust. Order N° SIEMENS Ref. N° Customer Ref. N° | Description Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS02138 SEC835-27 | TOOL SUSPENSION C 118 193 35 AL*: / ECCN: PR 678422 001- TOOLING FOR PROTOTYPE 47 WAY USCAR CONNECTOR | 1 | 68,000.00 | 1UN | 68,000.00 | C |

VAT :
1. Output Tax          19.600  %    13,328.00

Sub Total                          68,000.00

Total              68,000.00
VAT                13,328.00

**Total amount    (USD)    81,328.00**

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e
3.08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU
Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" o
"ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

CUSTOMER  .

Folio : 1/1



## DELPHI Automotive Systems

**PURCHASE ORDER:** DCS02138    PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
CHASSIS SYSTEMS TEST LAB
DELPHI AUTOMOTIVE SYSTEMS
2582 EAST RIVER ROAD
MORAINE OH
45439
US

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

INVOICE TO:
US

TO:
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

| ORDER DATE | 03/08/04 | PHONE: 937-455-7374 |
| --- | --- | --- |
| ALTERATION ISSUE DATE | | M SHIELDS Buyer |
| ALTERATION EFFECTIVE DATE | | VZ |
| | | PURCHASING AGENT |

| PAYMENT TERMS | | |
| --- | --- | --- |
| NET .2ND DAY OF 2ND MONTH | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | SPCOL | | | SHIP VIA | SEE BELOW | | |
| | | | | DESTINATION UNLESS OTHERWISE INDICATED | | | | | | |
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO: DELPHI ENERGY & CHASSIS SYSTEMS ATTN: MARILYN TRAPPE, MAIL STOP 1-08 P.O. BOX 1042 DAYTON, OH 45401 ANY QUESTIONS CONCERNING THIS RELEASE, PLEASE CALL MIKE SHIELDS, PH: 937-455-7374, FAX: 937-455-9133. | | | | | | |
| 00001 | 1 | PR678422 002 | | NRE FOR 47-WAY CONNECTOR WHO ORDERED: G. HICKEY | | 03/08/04 | C 0.00% | 20000.0000 | | LOT |
| 00002 | 1 | PR678422 001 | | TOOLING FOR PROTOTYPE 47 WAY USCAR CONNECTOR REQUIRED TO MEET GMT900 IV BUILD MUST MATE W/SST ASGPB-47-1A PER USCAR FOOTPRINT 999-S-047-Z01 WHO ORDERED: G. HICKEY | | 03/08/04 | C 0.00% | 68000.0000 | | LOT |
| | | | | *********ATTENTION ALL SUPPLIERS********* YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI COVISINT.COM) FOR FREE REGIST TION. | | | | | | |

Michel POULET
27 MAI 2004
AT SE SC

# SIEMENS VDO

*A u t o m o t i v e*

Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Tel. ++33 (0)5 61 19 86 88
Fax ++33 (0)5 61 19 25 25

INVOICE

Date 10/08/2004     N°  0092302339

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68

Vendor code :

Others References :
Activity          : 5 - Prototypes

**Ship to**      N°: 12305162
DELPHI ENERGY & CHASSIS
METROLOGY LABORATORY
for attention : Alan Wolf

Woodman Drive, Gate 4, plant 11 PO Box .
45420 KETTERING OHIO
USA

Deliv. Note 29510189  Shipping date : 10/08/2004

**Bill to**      N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance    the 12/31/2004
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

**Transportation Details**
Carrier         : FEDEX
Broker          :

Loading Location   : Toulouse
Unloading Location :
Transportation Mode : Air Freight
Total Net Weight   :          6
Total Gross Weight :      6,000

| Cust. Order N° SIEMENS Ref. N° Customer Ref. N° | Description Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| 550050445 PU118775010 22197737 | GMT 800 C 118 193 35   Commodity code  903289909000A AL*: N / ECCN: EAR99 | 6 | 56.54 | 1UN | 339.24 | CI |

|  |  | Sub Total |  | 339.24 |
|---|---|---|---|---|

VAT :
1. Output Tax
TAX relief on VAT, art. 262-I of CGI

| | | |
|---|---|---|
| Total | 339.24 | |
| VAT | 0.00 | |
| Total amount     (USD) | | 339.24 |

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the·day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                   Folio : 1/1



# DELPHI

_Energy & Chassis Systems_

Page  1  of  3

**Buyer:**

Delphi Energy & Chassis Systems
5820 Delphi Drive
TROY MI 48098
USA

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550050445 | 01/09/2004 |
| Version | |
| 01/09/2004 14:20:22 | |

**Deliver to:**

_Please deliver to:_
_See Delivery Schedule_

'ENS VDO AUTOMOTIVE
L  : postale BOITE POST

31036 TOULOUSE CEDEX
FRANCE

Vendor No:   1004346
DUNS No:   265916502

**Payment Terms:**  ZMN2    **Currency:**  USD

'n 2nd, 2nd Month

'OB· Freight Collect

PO Nr: _5500 50 445_
Project Code: _A 30 6 A_
Currency: _US $_
Invoice to: _12105162_
Deliver to: _voir page 3_
Product Family: _35_

ARRIVE LE :
1  FEV. 2004
COMPTA. CLIENT

| Item No. | Material No. Description | | Plant |
|---|---|---|---|

00010    22197737  S 118 775 001A    _PPU 118775001_  HP01 DELPHI E & C   PASS BY SALES
BI-STATE RTD CONTROLLER GMT800   _Qty 200_

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 12/01/2003 | 07/31/2005 | USD | 56,540.00 | 1,000 | PC |
| 08/01/2005 | 07/31/2006 | USD | 53,740.00 | 1,000 | PC |
| 08/01/2006 | 07/31/2007 | USD | 43,210.00 | 1,000 | PC |
| 08/01/2007 | 07/31/2008 | USD | 41,690.00 | 1,000 | PC |
| 08/01/2008 | 07/31/2009 | USD | 40,250.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00020    22212835  S 118 775 001    _PPU 118775001_  HP01 DELPHI E & C   PASS BY SALES
MR RTD CONTROLLER GMX245   _Qty 200_

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 12/01/2003 | 07/31/2005 | USD | 50,650.00 | 1,000 | PC |
| 08/01/2005 | 07/31/2006 | USD | 48,400.00 | 1,000 | PC |
| 08/01/2006 | 07/31/2007 | USD | 40,080.00 | 1,000 | PC |
| 08/01/2007 | 07/31/2008 | USD | 38,480.00 | 1,000 | PC |
| 08/01/2008 | 07/31/2009 | USD | 36,930.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Purchasing Contact: Shields, Mike

Phone: 937-455-7374

Fax: 937-455-9133

Michel POULET
5 MAR. 2004
AT SE SC2 V

Date and Time Printed:   01/09/2004 14:20:22

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD,
KETTERING OH 45420

# DELPHI _____ Energy & Chassis Systems

Page  2  of  3

| SIEMENS VDO AUTOMOTIVE<br>Bo^te postale BOITE POST<br><br>31036 TOULOUSE CEDEX<br>FRANCE | Requirements Contract ·        .. |
|---|---|

**Requirements Contract**

| PO Number<br>550050445<br>Version<br>01/09/2004 14:20:22 | Date Issued<br>01/09/2004 |
|---|---|

| Item No. | Material No.<br>Description | Plant |
|---|---|---|
| 00030 | 22212839  s ⅲ? ??f  ootⅅ  𝒫𝒰𝒜(?𝒯𝒟ℴℴℇ𝒟  HP01 DELPHI E & C   PASS BY SALES<br>MR RTD CONTROLLER GMX295  𝒬/𝓎 Zoo | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 12/01/2003 | 07/31/2005 | USD | 54,800.00 ✓ | 1,000 | PC |
| 08/01/2005 | 07/31/2006 | USD | 52,610.00 | 1,000 | PC |
| 08/01/2006 | 07/31/2007 | USD | 44,290.00 | 1,000 | PC |
| 08/01/2007 | 07/31/2008 | USD | 42,690.00 | 1,000 | PC |
| 08/01/2008 | 07/31/2009 | USD | 41,140.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

This Contract replaces previous contract # --.
*******************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company
*********************

*********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
providing limited material.

...se refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
*********************

*********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,
requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website,
delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or
commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms
and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General
Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals
in writing.
*********************

*********************

Michel POULET

5 MAR. 2004

AT SE SC2 V

# DELPHI _____ Energy & Chassis Systems

Page 3 of 3

| SIEMENS VDO AUTOMOTIVE<br>Boîte postale BOITE POST<br><br>31036 TOULOUSE CEDEX<br>FRANCE | Requirements Contract |
|---|---|

| PO Number<br>550050445<br>Version<br>01/09/2004 14:20:22 | Date Issued<br>01/09/2004 |
|---|---|

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

The term of this contract is for the period(s) of purchase indicated in the line item notes on the face of this contract.

The price(s) for the goods are set forth in the line item notes of this contract. No adjustments will be made for increases in seller's costs, including increases in the ___: for labor, material or overload.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce seller's costs, with the understanding that such savings (after financing) will be shared as follows: (i) savings resulting from reduction in the content of the goods shall be for the benefit of the Buyer; (ii.) If Seller is responsible for the design of the goods, and the price exceeds the price at which Seller was awarded production, all savings shall be for the benefit of Buyer until the price is reduced to the price at the time of award; (iii.) If the price of the product is at or below the price at which Seller was awarded production, 50% of the savings shall be for the benefit of the Buyer and 50% shall be for the benefit of the Seller.

Seller will assure that the goods remain competitive in terms of technology, design and quality with similar goods available to Buyer. However so long as Seller performs its obligation hereunder, sellers price for goods shall not be required to be competitive with prices available to Buyer from others during the first 12 months of the contract. In addition, during this period of pricing, Buyer shall forbear from exercising its rights under paragraph 11 ("termination") of this contract.

If, in the reasonable opinion of the Buyer, the goods do not remain competitive as defined in above, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which other goods are more competitive. If, within (30) days, Seller does not agree to immediately sell the goods with comparable technology, design, quality or, if applicable, at a competitive price, Buyer may terminate this contract and purchase from another supplier without liability to Seller.

Buyer and Seller will cooperate to create, maintain, update, and share technical information about the product and its manufacture, as needed without restriction and in compliance with buyer's drafting and math data standards. In the event Buyer exercises its right to terminate this contract and then makes the goods or purchases the goods from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers for any reason, including any claim for infringement of patents or other proprietary rights, arising from the manufacture, use and sale of the goods or use of the information furnished by Seller to Buyer. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this provision.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This agreement reflects the latest part numbers, pricing and timing for Suspension ECU's described in the existing Long Term Contract (LTC) executed by buyer seller as of June 16, 2000. All other Terms and Conditions of June 16, 2000 LTC remain in effect.

ECU delivery address:

PN 22212835:GM Bowling green LOC
    383 Scotty's Way
    Bowling Green,KY 42101-90006
    USA

*123 01221*

PN22212839:Tec-mar
    16130 Grove Rd
    Lansing, MI 48906
    USA

*12301220*

Invoicing address:    Delphi Chassis Systems
               PO Box 1042
               45401 Dayton , OH
               USA

*12105162*

# SIEMENS VDO

A u t o m o t i v e
**Siemens VDO Automotive S.A.S.**
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note   Shipping date :   /  /

**INVOICE**

Date 11/23/2004      N° 0092819905

DUPLICATE

Others References :
Activity          : 9 - Engineering

N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

| Transportation Details | | Payment Terms |
|---|---|---|
| Carrier | : | Make remittance to : |
| Broker | : | |
| | | Currency USD |
| Loading Location | : | L/C n° : |
| Unloading Location | : | Your payment by Bank remittance   the 01/31/2005 |
| Transportation Mode | : | Bank remittance 60 days end of month |
| Total Net Weight | : 0 | Incoterms : |
| Total Gross Weight | : 0,000 | |

| Cust. Order N° SIEMENS Ref. N° Customer Ref. N° | Description Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS05791 SESC35-21 | DEVELOPMENT SUSPENSION | 1 | 8,000.00 | 1UN | 8,000.00 | C |
| | C 118 193 35   Commodity code 999999999999Z Product made in France AL°: / ECCN: | | | | | |
| | PR6788291001 T 22208456 ECU | | | | | |
| | SW REVISION FOR GMX222-272 PROGRAM | | | | | |

Sub Total                                   8,000.00

VAT :
1. Output Tax
TAX relief on VAT, art. 262-I of CGI

Total          8,000.00
VAT            0.00
Total Amount      (USD)        8,000.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove. The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N".are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                          Folio : 1/1

