

**DELPHI** Automotive Systems

SIEMENS VDO

**PURCHASE ORDER:** DCS05791    PAGE 2

ORDER DATE: 10/22/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:
SHIP VIA: SEE BELOW

PHONE: 937-455-7374
M SHIELDS — Buyer
VZ — Purchasing Agent

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO: SEE BELOW / US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE. / US

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B.: SPCOL — DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THE SUPPLIER IS RESPONSIBLE FOR MAINTAINING TOOLS TO PRODUCE 100% PARTS TO SPECIFICATIONS FOR THE LIFE OF THE PART. PPAP SUBMISSION AT NO CHARGE. YOUR PACKING SLIP SHOULD BE MARKED ACCORDINGLY AND ALSO MUST INCLUDE PART AND PURCHASE ORDER NUMBER. | | | | | | |
| | | | | FORCED LABOR--- SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. | | | | | | |
| | | | | SELLER AGREES TO PROVIDE ALL INFORMATION NECESSARY FOR BUYER TO COMPLY WITH ALL APPLICABLE LAWS, REGULATIONS AND RELATED LEGAL REPORTING OBLIGATIONS IN THE COUNTRY(IES) OF DESTINATION. SELLER AGREES TO PROVIDE ALL DOCUMENTATION AND/OR ELECTRONIC TRANSACTION RECORDS TO ALLOW BUYER TO MEET CUSTOMS RELATED OBLIGATIONS, ANY LOCAL CONTENT/ORIGIN REQUIREMENTS, AND TO OBTAIN ALL TARIFF AND TRADE PROGRAM DUTY AVOIDANCE(S) AND/OR REFUND BENEFITS, WHERE APPLICABLE. | | | | | | |
| | | | | SELLER AGREES TO COMPLY WITH THE AUTOMOTIVE INDUSTRY | | | | | | |





**SIEMENS VDO**

**PURCHASE ORDER:** DCS05791  PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 10/22/04 | PHONE: 937-455-7374 |
| ALTERATION ISSUE DATE | | M SHIELDS Buyer |
| ALTERATION EFFECTIVE DATE | | VZ |
| SHIP VIA | SEE BELOW | |

**Delphi Automotive Systems**
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401
US

SHIP TO: SEE BELOW
US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

TO: VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
31036
TOULOUSE CEDEX FR
FRANCE

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B. SPCOL    DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | Unit of Measure |

BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH
FOLLOWING RECEIPT OF GOODS.

---------- RIGHT TO AUDIT ----------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS
PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT
ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL
DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS,
RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE
PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS
IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT
AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS
FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1)
YEAR AFTER FINAL PAYMENT HEREUNDER.

PPAP SAMPLE SUBMISSION INSTRUCTIONS:
THE ENCLOSED LABEL (FORM GM #1387) MUST BE USED
REGARDLESS OF THE METHOD OF SHIPMENT. THIS ASSURES
SPECIAL HANDLING OF THE SAMPLE PARTS WHEN THEY
ARRIVE AT DELPHI ENERGY & CHASSIS SYSTEMS.
SAMPLE PARTS AND DOCUMENTATION FOR YOUR PPAP
SHOULD BE SENT TO:

PURCHASING AGENT



**DELPHI** Automotive Systems

SIEMENS VDO

**PURCHASE ORDER:** DCS05791

PAGE 5

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

SHIP TO: SEE BELOW
US

VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE 10/22/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 937-455-7374
M SHIELDS  Buyer
V2
PURCHASING AGENT

SHIP VIA: SEE BELOW

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. SPCOL  DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DELPHI ENERGY & CHASSIS SYSTEMS KETTERING OPERATIONS ATTN: METROLOGY LAB - DOCK 11 WOODMAN DRIVE - GATE #4 KETTERING, OHIO 45420 | | | | | | |

BUYER, AT ITS EXPENSE, HAS THE RIGHT TO AUDIT AND REVIEW ALL RELEVANT BOOKS, RECORDS, PAYROLL DATA, RECEIPTS AND OTHER DOCUMENTS, INCLUDING SELLER'S ADMINISTRATIVE AND ACCOUNTING POLICIES, GUIDELINES, PRACTICES AND PROCEDURES, IN ORDER TO SUBSTANTIATE ANY CHARGES AND OTHER MATTERS UNDER THIS CONTRACT. SELLER WILL MAINTAIN AND PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF FOUR (4) YEARS FOLLOWING FINAL PAYMENT UNDER THIS CONTRACT. IN ADDITION, BUYER HAS THE RIGHT TO INSPECT ALL INVENTORIES, WORK-IN-PROCESS, MATERIALS, MACHINERY, EQUIPMENT, TOOLING, FIXTURES, GAUGES, AND OTHER ITEMS RELATED TO SELLER'S PERFORMANCE OF THIS CONTRACT. SELLER WILL PROVIDE BUYER WITH REASONABLE ACCESS TO ITS FACILITIES AND OTHERWISE COOPERATE AND FACILITATE ANY SUCH AUDITS OR INSPECTIONS BY BUYER.

**********ATTENTION ALL SUPPLIERS**********
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR.
LOG ONTO THE DELPHI SUPPLIER PORTAL



## SIEMENS VDO
### A u t o m o t i v e

Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

**INVOICE**
Date 12/10/2004    N°: 0092820055

DUPLICATE

Others References : REGUL FACT 92819753
Activity          : 9 - Engineering

**Ship to:**  N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note    Shipping date :   /  /

Transportation Details
Carrier         :
Broker          :

Loading Location    :
Unloading Location  :
Transportation Mode :
Total Net Weight    :      0
Total Gross Weight  :      0,000

**Bill to:**  N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance   the 02/28/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| REGUL FACT 92819753 | | | | | | |
| SECS35-22 | Logiciel Suspenssion | 1 | 8,000.00 | 1UN | 8,000.00 | C |
| | C 118 193 35  Commodity code 999999999999Z | | | | | |
| | Product made in France | | | | | |
| | AL*: / ECCN: | | | | | |
| | ERREUR DE CODE IMPUTATION SUR FACTURE 92819753 | | | | | |

|  |  |  |
|---|---|---|
| | Sub Total | 8,000.00 |
| VAT :<br>1. Output Tax | Total<br>VAT | 8,000.00<br>0.00 |
| | **Total amount (USD)** | **8,000.00** |

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N° are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N° are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                                          Folio : 1/1







DELPHI Automotive Systems

SIEMENS VDO

**PURCHASE ORDER:** DCS03313

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 05/19/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 937-455-7374
M SHIELDS    Buyer
VZ

SHIP TO: SEE BELOW    US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.    US

TO:
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B. SPCOL
SHIP VIA: DELPHI E&EM CALL 800-805-9433

PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

STANDARDS IN THEIR SUPPLIER INFORMATION KIT FOR U.S., CANADA, AND MEXICO IMPORTS.

SELLER AGREES TO ASSUME, AND TO INDEMNIFY BUYER AGAINST, ANY AND ALL FINANCIAL RESPONSIBILITY ARISING FROM SELLER'S FAILURE TO COMPLY WITH THESE REQUIREMENTS AND/OR TO SUPPLY BUYER WITH THE INFORMATION REQUIRED TO MEET LEGAL REPORTING OBLIGATIONS, INCLUDING, WITHOUT LIMITATION, ANY FINES, PENALTIES, FORFEITURES, OR COUNSEL FEES INCURRED OR IMPOSED AS A RESULT OF ACTIONS TAKEN BY THE IMPORTING COUNTRY'S GOVERNMENT.

THIS ORDER COVERS NECESSARY TOOLS FOR THE PRODUCTION ITEM LISTED ON THIS PURCHASE ORDER. TOOLS TO BE CONSTRUCTED TO HAVE A NET CAPACITY OF 8,000 PIECES/DAY.
DELPHI SUPPLIER TOOLING AGREEMENT APPLIES. PPAP MUST BE SUBMITTED BY 8/21/04. SUBMISSION MUST BE APPROVED BEFORE PAYMENT FOR TOOLING AND BEFORE SHIPMENT OF PRODUCTIVE PARTS.

THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2), OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH







## SIEMENS VDO
### A u t o m o t i v e
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

**INVOICE**
Date 01/28/2005    N°: 0092322203

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

N°: 12300746
DELPHI ENERGY AND CHASSIS SYSTEMS
FAO : Audrey S. Gamble
Supplier Quality Engeneer
M/C 550
1435 CINCINNATI STREET
45408 DAYTON - OH
USA

Others References :
Activity           : 5 - Prototypes

N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note 29510705   Shipping date : 01/28/2005

**Transportation Details**
Carrier              :
Broker               :

Loading Location     : Toulouse
Unloading Location   :
Transportation Mode  : Road Transport
Total Net Weight     :        0.600
Total Gross Weight   :        0,600

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance   the 03/31/2005
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

| Cust. Order N° / SIEMENS Ref. N° / Customer Ref. N° | Description / Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS05792 PU118775003 PR578892-001 | SAFETY ELECTRON / DRAD GENERIQUE  C 118 193 35   Commodity code  903289909000A  AL*: N / ECCN: EAR99 | 6 | 400.00 | 1UN | 2,400.00 | CI |

VAT :
1. Output Tax
TAX relief on VAT, art. 262-I of CGI

Sub Total                                         2,400.00
Total           2,400.00
VAT             0.00
Total amount (USD)                                2,400.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N".are subject to European or German export authorization when being exported out of EU.
Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

CUSTOMER                                                                  Folio : 1/1



