

Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

**PURCHASE ORDER:** DCS05792 PAGE 3

SHIP TO:
DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420 US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 26-591-6502

TO:
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

If Goverment Contract Number Is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 937-455-737 |
|---|---|
| 10/22/04 | M SHIELDS |
| ALTERATION ISSUE DATE | VZ Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | DELPHI E&EM CALL 800-805-943 |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS. |
|---|---|---|---|---|---|---|
| | | | THE FOLLOWING INSTRUCTIONS FOR LESS-THAN-TRUCKLOAD SHIPMENTS TO DAYTON, KETTERING AND VANDALIA, OHIO:<br>50 LBS. OR LESS - USE UPS (GROUND SERVICE ONLY)<br>COLLECT CONSIGNEE BILLING. IF NOT, SET UP CONSIGNEE BILLING - CALL UPS AT 1-800-354-7527.<br>51 LBS. OR MORE - USE CARRIER NOTED BELOW:<br>SHIPMENT FROM CARRIER<br>OH,MI,IN,IL,KY,W.NY,TN,WI---USF HOLLAND EXPRESS<br>W.PA,WV, ST. LOUIS,MO----USF HOLLAND EXPRESS<br>E.NY,NJ,VT,NH,ME,CT,MA---NEW PENN C/O LEBARNOLD<br>RI,DE,E.PA---------------NEW PENN C/O LEBARNOLD<br>ALL OTHER STATES---------YELLOW FREIGHT SYSTEM<br>CANADA-------------USF HOLLAND EXPRESS<br>ALL HEAVY HAULING (EQUIPMENT)--ARTISAN (313-272-9218)<br>WHEN AIR FREIGHT IS REQUESTED BY DELPHI ENERGY & CHASSIS SYSTEMS----------BAX GLOBAL<br>FOR TRUCKLOADS OR SPECIAL EQUIPMENT, CALL DELPHI TRANSPORTATION AT 1-800-805-9433.<br><br>TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

A003680 USER JANE T WILLIAMS SIEMENS VDO LAST PAGE

SIEMENS VDO
Automotive
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

**INVOICE**
Date 01/14/2005 N° 0092319679

DUPLICATE

Others References :
Activity : 5 - Prototypes

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

**Ship to** N°: 12305162
DELPHI CHASSIS SYSTEM
ENGINEERING MODEL SHOP DOCK
PLANT 10 DOCK 9
WOODMAN DRIVE GATE 4
2000 FORRER BLVD PO Box .
45420 KETTERING OHIO
USA

**Bill to** N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note 29510640 Shipping date : 01/14/2005

**Transportation Details**
Carrier : FEDEX
Broker :

Loading Location : Toulouse
Unloading Location :
Transportation Mode : Air Freight
Total Net Weight : 1
Total Gross Weight : 1,000

**Payment Terms**
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance the 03/31/2005
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DSC06744<br>PPB324100100<br>PR678993001 | SAFETY ELECTRON / DRAD SOCKET<br>C 118 193 35 Commodity code 903289909000A<br>AL*: N / ECCN: EAR99 | 1 | 2,900.00 | 1UN | 2,900.00 | C1 |

Sub Total 2,900.00

VAT :
1. Output Tax
TAX relief on VAT, art. 262-I of CGI

Total 2,900.00
VAT 0.00
Total amount (USD) 2,900.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE

Folio : 1/1

Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401
US

SHIP TO:
DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420
US

**PURCHASE ORDER:** DCS06744  PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

| ORDER DATE | PHONE: 937-455-7374 |
|---|---|
| 01/03/05 | M SHIELDS (Buyer) |
| ALTERATION ISSUE DATE | VZ |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B.: SPCOL — DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA: DELPHI E&EM CALL 800-805-9433

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 00001 | ~~2~~ 1 | PR678993 001 | ECU WITH SOCKETED ST10F272 MICROPROCESSOR FOR EMULATOR WHO ORDERED: GREG CAZZELL *PPB 324 100 100* | 12/21/04 | C 0.00% | $ 2900.0000 *ok* | | PC |

*********ATTENTION ALL SUPPLIERS*********
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS." FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS.

----------- RIGHT TO AUDIT ------------------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS

Delphi E&C Ket
01/12/2005 12:14 FAX 9374559133 002

DELPHI Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401
US

VENDOR NUMBER 26-591-6502

TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036

SIEMENS VDO

SHIP TO: DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420
US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

**PURCHASE ORDER:** DCS06744 PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 937-455-7374 |
|---|---|
| 01/03/05 | M SHIELDS |
| ALTERATION ISSUE DATE | VZ Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

---

DELPHI Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401
US

VENDOR NUMBER 26-591-6502

TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

SIEMENS VDO

SHIP TO: DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420
US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

**PURCHASE ORDER:** DCS06744 PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 937-455-7374 |
|---|---|
| 01/03/05 | M SHIELDS |
| ALTERATION ISSUE DATE | VZ Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | | DELPHI E&EM CALL 800-805-9433 |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER. | | | |
| | | | FORCED LABOR--- SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER | | | |

Delphi E&C Ket

**SIEMENS VDO**
Automotive
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 - VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

INVOICE
Date 07/26/2004 N° 0092818511

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note Shipping date : / /

Others References :
Activity : 9 - Engineering

Bill to N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier :
Broker :

Loading Location :
Unloading Location :
Transportation Mode :
Total Net Weight : 0
Total Gross Weight : 0,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance the 09/30/2004
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DC803762<br>SEC835-27 | TOOLING SUSPENSION<br>C 118 193 35<br>AL*: / ECCN: | 1 | 3,000.00 | 1UN | 3,000.00 | C1 |
| | PR 678617 001 Potting tool for 47 way connector header | | | | | |

Sub Total 3,000.00

VAT :
1. Output Tax 19.600 % 588.00

Total 3,000.00
VAT 588.00
Total amount (USD) 3,588.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

CUSTOMER

DELPHI
Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

**PURCHASE ORDER:** DCS03762 PAGE 1

SHIP TO:
DELPHI CHASSIS SYSTEMS
ENGINEERING MODEL SHOP
PLANT 10 DOCK 9
WOODMAN DRIVE GATE 4
KETTERING OH
45420 US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 26-591-6502

TO:
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 937-455-7374 |
|---|---|
| 06/18/04 | M SHIELDS (Buyer) |
| ALTERATION ISSUE DATE | VZ |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | DELPHI E&EM CALL 800-805-9433 |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | P R O T O T Y P E P A R T S | | | | | |
| 00001 | 1 | PR678617 001 | 47WY HEADER - POTTING TOOLING FOR PROTOTYPE PARTS<br>WHO ORDERED: GREG HICKEY | 06/17/04 | C 0.00% | 3000.0000 | | LOT |
| 00002 | 50 | PR678617 002 | BSRTD ECU FOR GMT900 WITH POTTED HEADER CONNECTOR<br>WHO ORDERED: GREG HICKEY | 06/17/04 | C 0.00% | 50.0000 | | PC |

*********ATTENTION ALL SUPPLIERS**********
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS.

Michel POULET
22 JUIL. 2004
AT SE SC2

SIEMENS VDO
Automotive

Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 - VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

INVOICE
Date 02/18/2005 N° 0092326081

DUPLICATE

Others References :
Activity : 5 - Prototypes

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

Ship to N°: 12300746
DELPHI ENERGY AND CHASSIS SYSTEMS
FAO : Mike Thompson / Jan Walden

M/C 550
1435 CINCINNATI STREET
45408 DAYTON - OH
USA

Bill to N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note 29510787 Shipping date : 02/18/2005

Transportation Details
Carrier :
Broker :

Loading Location : Toulouse
Unloading Location :
Transportation Mode : Air Freight
Total Net Weight : 0.600
Total Gross Weight : 0,600

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance the 04/30/2005
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

| Cust. Order N° / SIEMENS Ref. N° / Customer Ref. N° | Description / Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DC805792<br>PU118775003<br>PR678892-002 | SAFETY ELECTRON / DRAD GENERIQUE<br>C 118 193 35 Commodity code 903289909000A<br>AL*: N / ECCN: EAR99 | 6 | 400.00 | 1UN | 2,400.00 | CI |

Sub Total 2,400.00

VAT :
1. Output Tax
TAX relief on VAT, art. 262-I of CGI

Total 2,400.00
VAT 0.00
Total amount USD 2,400.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE

Folio : 1/1

# PURCHASE ORDER: DCS05792

PAGE 1

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO:
DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420 US

TO:
VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 937-455-7374 |
|---|---|
| 10/22/04 | M SHIELDS — Buyer |
| ALTERATION ISSUE DATE | VZ |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number Is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | DELPHI E&EM CALL 800-805-943[illegible] |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 00001 | 1 | PR678892 001 | INTERIM-E PPAP SAMPLES (6) WHO ORDERED: GREG CAZZELL | 10/21/04 | C 0.00% | 400.0000 | | L |
| 00002 | 1 | PR678892 002 | INTERIM-D PPAP SAMPLES (6) WHO ORDERED: GREG CAZZELL | 10/21/04 | C 0.00% | 400.0000 | | L |

*********ATTENTION ALL SUPPLIERS**********
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS.

----------- RIGHT TO AUDIT-----------------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS,

Deliver to :
Audrey S. Gamble
Supplier Quality Engineer
Delphi Energy & Chassis System
M/C 550
1435 Cincinnati Street
DAYTON, OHIO 45408

Po N°: DCS 05792
Project code:
Currency: USD
Invoice to:
12105162
Deliver to: A. [illegible]
Family: 35 [illegible]

A A003680 USER JANE T WILLIAMS

SIEMENS VDO

CONTINUE PAGE 2

SMDL03 11/98

US SIEMENS VDO OH 45420 WOODMAN DRIVE US

**ORDER:** DCS05792

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.

US

| ORDER DATE | PHONE: 937-455-7374 |
|---|---|
| 10/22/04 | M SHIELDS (Buyer) |
| ALTERATION ISSUE DATE | VZ |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B.: SPCOL — DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA: DELPHI E&EM CALL 800-805-9433

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER. | | | |
| | | | FORCED LABOR--- SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. | | | |
| | | | THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2), OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING RECEIPT OF GOODS. | | | |
| | | | IF YOU HAVE NOT RECEIVED A ROUTING LETTER FROM DELPHI E & C TRANSPORTATION DEPARTMENT, USE | | | |

.003680 USER JANE T WILLIAMS

CONTINUE PAGE 3

SHOL03 11/98

Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420 US

**PURCHASE ORDER:** DCS05792 PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 26-591-6502

TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | 10/22/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 937-455-737
M SHIELDS
VZ Buyer
PURCHASING AGENT

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | DELPHI E&EM CALL 800-805-943 |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|
| | | | THE FOLLOWING INSTRUCTIONS FOR LESS-THAN-TRUCKLOAD SHIPMENTS TO DAYTON, KETTERING AND VANDALIA, OHIO:<br>50 LBS. OR LESS - USE UPS (GROUND SERVICE ONLY) COLLECT CONSIGNEE BILLING. IF NOT, SET UP CONSIGNEE BILLING - CALL UPS AT 1-800-354-7527.<br>51 LBS. OR MORE - USE CARRIER NOTED BELOW:<br>SHIPMENT FROM CARRIER<br>OH,MI,IN,IL,KY,W.NY,TN,WI---USF HOLLAND EXPRESS<br>W.PA,WV, ST. LOUIS,MO----USF HOLLAND EXPRESS<br>E.NY,NJ,VT,NH,ME,CT,MA---NEW PENN C/O LEBARNOLD<br>RI,DE,E.PA---------------NEW PENN C/O LEBARNOLD<br>ALL OTHER STATES---------YELLOW FREIGHT SYSTEM<br>CANADA-------------USF HOLLAND EXPRESS<br>ALL HEAVY HAULING (EQUIPMENT)--ARTISAN (313-272-9218)<br>WHEN AIR FREIGHT IS REQUESTED BY DELPHI ENERGY & CHASSIS SYSTEMS----------BAX GLOBAL<br>FOR TRUCKLOADS OR SPECIAL EQUIPMENT, CALL DELPHI TRANSPORTATION AT 1-800-805-9433.<br><br>TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

A003680 USER JANE T WILLIAMS SIEMENS VDO LAST PAGE

SIEMENS VDO
Automotive
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac - B.P. 1149
31036 Toulouse cedex 1 - France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 - VAT number FR 03 314 722026 - SIRET 314 722 026 00031

INVOICE
Date 03/03/2005 N° 0092821057

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

Others References :
Activity : 5 - Prototypes

Ship to N°: 12300632
DELPHI CHASSIS SYSTEMS TEST CENTER

ATT: J. MORNINGSTAR

2582 E.RIVER ROAD
45439 MORAINE - OHIO
USA

Bill to N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note Shipping date : / /

Transportation Details
Carrier :
Broker :

Loading Location :
Unloading Location :
Transportation Mode :
Total Net Weight : 5
Total Gross Weight : 5,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance the 05/31/2005
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

| Cust. Order N° / SIEMENS Ref. N° / Customer Ref. N° | Description / Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS06456<br>PT317026060<br>PR678973.001 | SAFETY ELECTRON/ DRAD<br>C 118 193 35 Commodity code 903289909000A<br>AL*: N / ECCN: EAR99 | 25 | 172.00 | 1UN | 4,300.00 | C1 |
| DCS06456<br>PT317020060<br>PR678973.002 | SAFETY ELECTRON/DRAD<br>C 118 193 35 Commodity code 903289900000Y<br>Product made in France<br>AL*: N / ECCN: EAR99 | 25 | 98.00 | 1UN | 2,450.00 | C1 |
| | REFACTURATION EN USD CONFORMEMENT AU PO | | | | | |

Sub Total 6,750.00

VAT :
1. Output Tax

Total 6,750.00
VAT 0.00
Total amount (USD) 6,750.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE

Folio : 1/1





12/15/2004 15:58 FAX 9374559133 Delphi E&C Ket 004

DELPHI
Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

VENDOR NUMBER 26-591-6502

TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

SHIP TO: CHASSIS SYSTEMS TEST LAB
DELPHI AUTOMOTIVE SYSTEMS
2582 EAST RIVER ROAD
MORAINE OH
45439 US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

**PURCHASE ORDER:** DCS06456 PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 937-455-7374 |
|---|---|
| 12/06/04 | M SHIELDS |
| ALTERATION ISSUE DATE | VZ Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL DESTINATION UNLESS OTHERWISE INDICATED | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING RECEIPT OF GOODS.<br><br>IF YOU HAVE NOT RECEIVED A ROUTING LETTER FROM DELPHI E & C TRANSPORTATION DEPARTMENT, USE THE FOLLOWING INSTRUCTIONS FOR LESS-THAN-TRUCKLOAD SHIPMENTS TO DAYTON, KETTERING AND VANDALIA, OHIO:<br>50 LBS. OR LESS - USE UPS (GROUND SERVICE ONLY) COLLECT CONSIGNEE BILLING. IF NOT, SET UP CONSIGNEE BILLING - CALL UPS AT 1-800-354-7527.<br>51 LBS. OR MORE - USE CARRIER NOTED BELOW:<br>SHIPMENT FROM CARRIER<br>OH,MI,IN,IL,KY,W.NY,TN,WI---USF HOLLAND EXPRESS<br>W.PA,WV, ST. LOUIS,MO----USF HOLLAND EXPRESS<br>E.NY,NJ,VT,NH,ME,CT,MA---NEW PENN C/O LEBARNOLD<br>RI,DE,E.PA---------------NEW PENN C/O LEBARNOLD<br>ALL OTHER STATES---------YELLOW FREIGHT SYSTEM<br>CANADA-------------USF HOLLAND EXPRESS<br>ALL HEAVY HAULING (EQUIPMENT)--ARTISAN (313-272-9218)<br>WHEN AIR FREIGHT IS REQUESTED BY DELPHI ENERGY & CHASSIS SYSTEMS----------BAX GLOBAL<br>FOR TRUCKLOADS OR SPECIAL EQUIPMENT, CALL DELPHI TRANSPORTATION AT 1-800-805-9433.<br><br>TERMS AND CONDITIONS SEPTEMBER 2004, APPLY | | | |

A003711 USER JANE T WILLIAMS CONTINUE PAGE 4

SIEMENS VDO

12/15/2004 15:58 FAX 9374559133 Delphi E&C Ket

Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401
US

SHIP TO: CHASSIS SYSTEMS TEST LAB
DELPHI AUTOMOTIVE SYSTEMS
2582 EAST RIVER ROAD
MORAINE OH
45439
US

**PURCHASE ORDER:** DCS06456 PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

| ORDER DATE | PHONE: 937-455-7374 |
|---|---|
| 12/06/04 | M SHIELDS — Buyer |
| ALTERATION ISSUE DATE | VZ |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | | |

PO Nr: DCS06456
Project Code: A 306A
Currency: [illegible]
Invoice to: 12705162
Deliver to: MORAINE 12300632
Product Family: 35

Dominique CHOISY
21 DEC. 2004
Sales and Marketing Chassis Electronics

C/o M. POULET

DC → P. ARNAUD

A003711 USER JANE T WILLIAMS