## SIEMENS VDO
### Automotive
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac - B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note   Shipping date :  / /

**INVOICE**
Date 05/14/2005     N°  0092871102

DUPLICATE

Others References :
Activity            : 9 - Engineering

N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier            :
Broker             :

Loading Location   :
Unloading Location :
Transportation Mode :
Total Net Weight   :         0
Total Gross Weight :     0,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance    the 05/31/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N° / SIEMENS Ref. N° / Customer Ref. N° | Description / Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS04200 | | | | | | |
| SECS35-27 | bracket tooling | 1 | 222,400.00 | 1UN | 222,400.00 | C1 |
| | C 118 193 35   Commodity code 999999999999Z | | | | | |
| | AL*: / ECCN: | | | | | |
| | PR678632 001 T22208456 | | | | | |
| | ECU MR RTD GMX222/272 DRAD BARCKET TOOLING | | | | | |
| | & BRACKET ASM. TOOLING & NRE for new bracket including | | | | | |
| | validation. | | | | | |

VAT :                                                Sub Total                    222,400.00
1. Output Tax     19.600 %    43,590.40      Total        222,400.00
                                              VAT           43,590.40
                                              Total Amount (USD)   265,990.40

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e.
3,98%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU.
Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or
"ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                                           Folio : 1/1

**Automotive Systems**

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

SHIP TO: SEE BELOW
US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

VENDOR NUMBER 26-591-6502
TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

# PURCHASE ORDER: DCS04200

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoices Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 07/26/04 | PHONE: 937-455-7374 |
| ALTERATION ISSUE DATE | | M SHIELDS Buyer |
| ALTERATION EFFECTIVE DATE | | VZ |
| SHIP VIA | | DELPHI E&EM CALL 800-805-9433 PURCHASING AGENT |

PAYMENT TERMS: NET
2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | F.O.B. SP COL | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | NEW BRACKET | | (INCLUDING VALIDATION) P/N22208456 PART OF BISTATE & MR DRAD FAMILY WHO ORDERED: GREG CAZZELL | | | | | | |

THE SUPPLIER IS RESPONSIBLE FOR MAINTAINING TOOLS TO PRODUCE 100% PARTS TO SPECIFICATIONS FOR THE LIFE OF THE PART. PPAP SUBMISSION AT NO CHARGE. YOUR PACKING SLIP SHOULD BE MARKED ACCORDINGLY AND ALSO MUST INCLUDE PART AND PURCHASE ORDER NUMBER.

FORCED LABOR----
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT.

SELLER AGREES TO PROVIDE ALL INFORMATION NECESSARY FOR BUYER TO COMPLY WITH ALL APPLICABLE LAWS, REGULATIONS AND RELATED LEGAL REPORTING OBLIGATIONS IN THE COUNTRY(IES) OF DESTINATION. SELLER AGREES TO PROVIDE ALL DOCUMENTATION AND/OR ELECTRONIC TRANSACTION RECORDS TO ALLOW BUYER TO MEET CUSTOMS RELATED OBLIGATIONS, ANY LOCAL CONTENT/ORIGIN REQUIREMENTS, AND TO OBTAIN ALL TARIFF AND TRADE





(Page rotated 90°. Purchase Order from Delphi Chassis Systems, P.O. Box 1042, Dayton OH 45401 to Siemens VDO Automotive, 1 Avenue Paul Ourliac, Boite Postal 1149, 31036 Toulouse Cedex FR, France. Vendor Number 26-591-6502. Purchase Order DCS04200. Order Date 07/26/04. Phone: 937-455-7374. Buyer: M Shields. Payment Terms: NET 2ND DAY OF 2ND MONTH. F.O.B. SP COL. Ship Via: Delphi E&EM Call 800-805-9433.

Text: THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2), OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING RECEIPT OF GOODS.

------ RIGHT TO AUDIT ------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, DRAWINGS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER.

PPAP SAMPLE SUBMISSION INSTRUCTIONS:
THE ENCLOSED LABEL (FORM GM #1387) MUST BE USED REGARDLESS OF THE METHOD OF SHIPMENT. THIS ASSURES SPECIAL HANDLING OF THE SAMPLE PARTS WHEN THEY)







**Automotive Systems**

PURCHASE ORDER: DCS04200

PAGE /

SHIP TO: SEE BELOW
US

SIEMENS VDO

INVOICE TO:
US

NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 07/26/04
PHONE: 937-455-7374
ALTERATION ISSUE DATE
Buyer: M SHIELDS
ALTERATION EFFECTIVE DATE
V2
PURCHASING AGENT

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH 45401

TO:
VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B. SP COL
DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA: DELPHI E&EM CALL 800-805-9433

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE/MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

**********ATTENTION ALL SUPPLIERS**********
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR.
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.
CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN
IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE
FORM AND FOLLOW THE INSTRUCTIONS.

TOOLING OWNERSHIP
SPECIAL PERMANENT TOOLING, DIES, PATTERNS, AND/OR
MOLDS USED BY SELLER IN PRODUCING PARTS COVERED
HEREIN ARE THE PROPERTY OF DELPHI CHASSIS SYSTEMS
AND ARE TO BE USED EXCLUSIVELY FOR THE BENEFIT OF
DELPHI CHASSIS UNLESS OTHERWISE AUTHORIZED.
THE BUYER MAY AT ANY TIME REMOVE SAID TOOLING,
DIES, PATTERNS AND/OR MOLDS FROM SELLER PLANT
FOR ANY REASON WHATSOEVER.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

## SIEMENS VDO
*A u t o m o t i v e*

Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac - B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note    Shipping date :    / /

**INVOICE**
Date 03/25/2005    N° 00S2821222

DUPLICATE

Others References :
Activity    : 9 - Engineering

N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier    :
Broker    :

Loading Location    :
Unloading Location    :
Transportation Mode    :
Total Net Weight    :    0
Total Gross Weight    :    0,000

Payment Terms
Make remittance to :

Currency EUR
L/C n° :
Your payment by Bank remittance    the 05/31/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| AES34810<br>SESC35-21 | DEVELOPMENT SUSPENSION<br>C 118 193 35   Commodity code  999999999999Z<br>Product made in France<br>AL*: / ECCN:<br><br>PRG78438 001 SIEMENS SW CHANGE on GMX272<br><br>for diagnostic notification support. | 1 | 8,000.00 | 1UN | 8,000.00 | C |

Sub Total    8,000.00

VAT :
1. Output Tax

Total    8,000.00
VAT    0.00

**Total Amount    EUR    8,000.00**

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE    Folio : 1/1



# SIEMENS VDO
## Automotive

Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

**INVOICE**
Date: 03/14/2005    N°: 0092330332

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

Others References :
Activity            : 5 - Prototypes

Ship to    N°: 12305162
DELPHI CHASSIS SYSTEM
ENGINEERING MODEL SHOP DOCK
PLANT 10 DOCK 9
WOODMAN DRIVE GATE 4
2000 FORRER BLVD PO Box .
45420 KETTERING OHIO
USA

Bill to    N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note 1 demi-palette
Internal Ref. : 29510864
Transportation Details
Carrier             : FEDEX
Broker              :

Loading Location    : Toulouse
Unloading Location  :
Transportation Mode : Air Freight
Total Net Weight    :    4.400
Total Gross Weight  :    4,400

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance    the 05/31/2005
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS07001<br>PPA333010000<br>PR679031 001 | SAFETY ELECTRON / DRAD<br>C 118 193 35   Commodity code 903289909000A<br>AL*: N / ECCN: EAR99 | 44 | 525.00 | 1UN | 23,100.00 | C1 |

Sub Total    23,100.00

VAT :
1. Output Tax
TAX relief on VAT, art. 262-I of CGI

Total    23,100.00
VAT         0.00

Total Amount (USD)    23,100.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e.
3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU.
Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or
"ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                                Folio : 1/1







# SIEMENS VDO
### Automotive
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac - B.P. 1149       Tel. ++33 (0)5 61 19 88 88
31036 Toulouse cedex 1 – France          Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note    Shipping date :    / /

**INVOICE**
Date 04/26/2005    N° 0092821561
                                                          DUPLICATE
Others References :
Activity            : 9 - Engineering

Billed to    N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier            :
Broker             :

Loading Location   :
Unloading Location :
Transportation Mode :
Total Net Weight   :         0
Total Gross Weight :     0,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance    the 06/30/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS 06073 | | | | | | |
| SECS35-27 | TOOLING | 1 | 16,000.00 | 1UN | 16,000.00 | C1 |
| | C 118 193 35   Commodity code 999999999999Z | | | | | |
| | AL*: / ECCN: | | | | | |
| | ECU connector tooling<br>modification for potting | | | | | |
| | PR678924 001 | | | | | |
| | ECU connector tooling<br>modification for potting | | | | | |
| | PR678924 001 | | | | | |

VAT :
1. Output Tax

Sub Total                              16,000.00
Total           16,000.00
VAT                 0.00
Total Amount    (USD)      16,000.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                                                  Folio : 1/1

