

# PURCHASE ORDER: DCS06073

PAGE 2

**Delphi Chassis Systems**
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO:** SEE BELOW
US

**INVOICE TO:** NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

**VENDOR NUMBER** 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

**ORDER DATE:** 11/09/04
**ALTERATION ISSUE DATE:**
**ALTERATION EFFECTIVE DATE:**

**PHONE:** 937-455-7374
**Buyer:** M SHIELDS
VZ

**PURCHASING AGENT:** DELPHI E&EM CALL 800-805-9433

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B.:** SPCOL — DESTINATION UNLESS OTHERWISE INDICATED

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and invoices. Invoice Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**DESCRIPTION:**

TO PRODUCE 100% PARTS TO SPECIFICATIONS FOR THE LIFE OF THE PART. PPAP SUBMISSION AT NO CHARGE. YOUR PACKING SLIP SHOULD BE MARKED ACCORDINGLY AND ALSO MUST INCLUDE PART AND PURCHASE ORDER NUMBER.

FORCED LABOR----
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT.

SELLER AGREES TO PROVIDE ALL INFORMATION NECESSARY FOR BUYER TO COMPLY WITH ALL APPLICABLE LAWS, REGULATIONS AND RELATED LEGAL REPORTING OBLIGATIONS IN THE COUNTRY(IES) OF DESTINATION. SELLER AGREES TO PROVIDE ALL DOCUMENTATION AND/OR ELECTRONIC TRANSACTION RECORDS TO ALLOW BUYER TO MEET CUSTOMS RELATED OBLIGATIONS, ANY LOCAL CONTENT/ORIGIN REQUIREMENTS, AND TO OBTAIN ALL TARIFF AND TRADE PROGRAM DUTY AVOIDANCE(S) AND/OR REFUND BENEFITS, WHERE APPLICABLE.

SELLER AGREES TO COMPLY WITH THE AUTOMOTIVE INDUSTRY ACTION GROUP'S (AIAG) DOCUMENT AND EDI PROTOCOL AND





# DELPHI
Automotive Systems

**SIEMENS VDO**

## PURCHASE ORDER: DCS06073

PAGE 4

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH 45401

SHIP TO: SEE BELOW
US

VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
31036 TOULOUSE CEDEX FR
FRANCE

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoices Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 11/09/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 937-455-7374
M SHIELDS   Buyer
VZ

SHIP VIA
TAX CODE/%    DATE REQUIRED

DELPHI E&EM CALL 800-805-9433   PURCHASING AGENT

BASE UNIT PRICE   PRICE MULTIPLE   UNIT OF MEASURE

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B. SPCOL   DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER |
|---|---|---|---|---|---|
| | | | | FOLLOWING RECEIPT OF GOODS. | |

-------- RIGHT TO AUDIT---------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER.

PPAP SAMPLE SUBMISSION INSTRUCTIONS:
THE ENCLOSED LABEL (FORM GM #1387) MUST BE USED REGARDLESS OF THE METHOD OF SHIPMENT. THIS ASSURES SPECIAL HANDLING OF THE SAMPLE PARTS WHEN THEY ARRIVE AT DELPHI ENERGY & CHASSIS SYSTEMS.
SAMPLE PARTS AND DOCUMENTATION FOR YOUR PPAP SHOULD BE SENT TO:
DELPHI ENERGY & CHASSIS SYSTEMS



DELPHI Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 26-591-6502
TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

SIEMENS VDO
SHIP TO: SEE BELOW
US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

PURCHASE ORDER: DCS06073    PAGE 5

ORDER DATE 11/09/04
PHONE: 937-455-7374
M SHIELDS Buyer
VZ
DELPHI E&EM CALL 800-805-9433

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B. SPCOL   DESTINATION UNLESS OTHERWISE INDICATED

NOUN NAME: KETTERING OPERATIONS
ATTN: METROLOGY LAB - DOCK 11
WOODMAN DRIVE - GATE #4
KETTERING, OHIO 45420

BUYER, AT ITS EXPENSE, HAS THE RIGHT TO AUDIT AND
REVIEW ALL RELEVANT BOOKS, RECORDS, PAYROLL DATA,
RECEIPTS AND OTHER DOCUMENTS, INCLUDING SELLER'S
ADMINISTRATIVE AND ACCOUNTING POLICIES, GUIDELINES,
PRACTICES AND PROCEDURES, IN ORDER TO SUBSTANTIATE
ANY CHARGES AND OTHER MATTERS UNDER THIS CONTRACT.
SELLER WILL MAINTAIN AND PRESERVE ALL SUCH
DOCUMENTS FOR A PERIOD OF FOUR (4) YEARS FOLLOWING
FINAL PAYMENT UNDER THIS CONTRACT. IN ADDITION,
BUYER HAS THE RIGHT TO INSPECT ALL INVENTORIES,
WORK-IN-PROCESS, MATERIALS, MACHINERY, EQUIPMENT,
TOOLING, FIXTURES, GAUGES, AND OTHER ITEMS
RELATED TO SELLER'S PERFORMANCE OF THIS CONTRACT.
SELLER WILL PROVIDE BUYER WITH REASONABLE ACCESS
TO ITS FACILITIES AND OTHERWISE COOPERATE AND
FACILITATE ANY SUCH AUDITS OR INSPECTIONS BY BUYER.

***********ATTENTION ALL SUPPLIERS***********
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR.
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.



DELPHI
Automotive Systems

PURCHASE ORDER: DCS06073

PAGE 6

SHIP TO: SEE BELOW
SIEMENS VDO
US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 26-591-6502
TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
31036 TOULOUSE CEDEX FR
FRANCE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 11/09/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 937-455-7374
M SHIELDS    Buyer
VZ

PURCHASING AGENT

SHIP VIA: DELPHI E&EM CALL 800-805-9433

PAYMENT TERMS: NET
2ND DAY OF 2ND MONTH

F.O.B.: SPCOL
DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS. | | | | | | |
| | | | | TOOLING OWNERSHIP | | | | | | |
| | | | | SPECIAL PERMANENT TOOLING, DIES, PATTERNS, AND/OR MOLDS USED BY SELLER IN PRODUCING PARTS COVERED HEREIN ARE THE PROPERTY OF DELPHI CHASSIS SYSTEMS AND ARE TO BE USED EXCLUSIVELY FOR THE BENEFIT OF DELPHI CHASSIS UNLESS OTHERWISE AUTHORIZED. THE BUYER MAY AT ANY TIME REMOVE SAID TOOLING, DIES, PATTERNS AND/OR MOLDS FROM SELLER PLANT FOR ANY REASON WHATSOEVER. | | | | | | |
| | | | | TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

## SIEMENS VDO
*A u t o m o t i v e*

Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac - B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

**INVOICE**
Date 04/08/2005   N° 0092335053

DUPLICATE

Others References :
Activity             : 5 - Prototypes

**Ship to**       N°: 12305162
DELPHI CHASSIS SYSTEM
ENGINEERING MODEL SHOP DOCK
PLANT 10 DOCK 9
WOODMAN DRIVE GATE 4
2000 FORRER BLVD PO Box .
45420 KETTERING OHIO
USA

**Bill to**       N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note 29510963  Shipping date : 03/30/2005

**Transportation Details**
Carrier             : FEDEX
Broker              :

Loading Location    : Toulouse
Unloading Location  :
Transportation Mode : Air Freight
Total Net Weight    :     1.500
Total Gross Weight  :     1,500

**Payment Terms**
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance   the 06/30/2005
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

| Cust. Order N° SIEMENS Ref. N° Customer Ref. N° | Description Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DC807816 PPB333000000 FR679145 001 | SAFETY ELECTRON / DRAD 47 MR GENERIC  C 118 193 35   Commodity code  903289909000A  AL*: N / ECCN: EAR99 | 15 | 995.00 | 1UN | 14,925.00 | C1 |

Sub Total                          14,925.00

VAT :
1. Output Tax                Total      14,925.00
TAX relief on VAT, art. 262-I of CGI   VAT        0.00

**Total amount    (USD)    14,925.00**

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                         Folio : 1/1





# SIEMENS VDO
*A u t o m o t i v e*

Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

```
           N°: 12305162
    DELPHI CHASSIS SYSTEM
    ENGINEERING MODEL SHOP DOCK
    PLANT 10 DOCK 9
    WOODMAN DRIVE GATE 4
    2000 FORRER BLVD PO Box .
    45420 KETTERING OHIO
    USA
```

Deliv. Note 29511084    Shipping date : 04/19/2005

**Transportation Details**
Carrier            : FEDEX
Broker             :

Loading Location   : Toulouse
Unloading Location :
Transportation Mode: Air Freight
Total Net Weight   :        25
Total Gross Weight :    25,000

**INVOICE**
Date 05/13/2005    N°  0092341034

DUPLICATE

Others References :
Activity          : 5 - Prototypes

```
          N°: 12105162
    DELPHI AUTOMOTIVE SYSTEMS LLC
    To : Marilyn TRAPPE


    MAIL STOP 1-08 PO Box 1042
    45401 DAYTON, OH
    USA
```

**Payment Terms**
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance    the 07/31/2005
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS08107<br>PU122739002R<br>PR679184 001 | SAFETY ELECTRON / SUSPENS DRAD<br>C 118 193 35   Commodity code 903289900000Y<br>Product made in France<br>AL*: N / ECCN: EAR99 | 25 | 480.00 | 1UN | 12,000.00 | CJ |

|  |  |  |
|---|---|---|
|  | Sub Total | 12,000.00 |
| VAT : |  |  |
| 1. Output Tax | Total | 12,000.00 |
| TAX relief on VAT, art. 262-I of CGI | VAT | 0.00 |
|  | **Total Amount (Usd)** | **12,000.00** |

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3.08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                                                        Folio : 1/1







## SIEMENS VDO
*A u t o m o t i v e*

Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note    Shipping date :   /  /



**INVOICE**
Date 06/14/2005    N° 00 92 821 852

DUPLICATE

Others References :
Activity            : 9 - Engineering

N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier          :
Broker           :

Loading Location   :
Unloading Location :
Transportation Mode :
Total Net Weight   :        0
Total Gross Weight :      0,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance   the 08/31/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS 08020<br>SESC35-21 | DEVELOPMENT SUSPENSION<br>C 118 193 35  Commodity code 999999999999Z<br>Product made in France<br>AL*: / ECCN:<br><br>software for PV testing on GMT900MR & BS ECU PR679164 001 | 1 | 10,000.00 | 1UN | 10,000.00 | C |

Sub Total                              10,000.00
VAT :
1. Output Tax                Total      10,000.00
                             VAT            0.00
                             Total amount (USD)   10,000.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e.
3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N".are subject to European or German export authorization when being exported out of EU.
Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or
"ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                                    Folio : 1/1



