

## SIEMENS VDO
*A u t o m o t i v e*
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac - B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note   Shipping date :   / /

**INVOICE**
Date: 06/14/2005    N°: 0092821858

DUPLICATE

Others References :
Activity          : 9 - Engineering

N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-09 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier            :
Broker             :

Loading Location   :
Unloading Location :
Transportation Mode :
Total Net Weight   :         0
Total Gross Weight :     0,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance    the 08/31/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS 08308 | | | | | | |
| SESC35-21 | DEVELOPMENT SUSPENSION | 1 | 66,000.00 | 1UN | 66,000.00 | CI |
| | C 118 193 35   Commodity code 999999999999Z | | | | | |
| | Product made in France | | | | | |
| | AL*: / ECCN: | | | | | |
| | GMT900 MR | | | | | |
| | NRE for development stage & prototypes PR 679208 001 | | | | | |

|  |  |  |  |
|---|---|---|---|
|  | Sub Total |  | 66,000.00 |
| VAT : |  |  |  |
| 1. Output Tax | Total | 66,000.00 |  |
|  | VAT | 0.00 |  |
|  | Total amount   (USD) | | 66,000.00 |

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e.
3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N° are subject to European or German export authorization when being exported out of EU.
Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or
"ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                                                              Folio : 1/1

05-44481-rdd    Doc 6840-7    Filed 02/05/07    Entered 02/05/07 15:52:22    Exhibit B-Part 6 to Response    Pg 3 of 12



**DELPHI** Automotive Systems

SIEMENS VDO

**PURCHASE ORDER:** DCS08308    PAGE 1

SHIP TO: SEE BELOW / N/A / US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH 45401

VENDOR NUMBER 28-591-8502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
31036 TOULOUSE CEDEX FR
FRANCE

ORDER DATE: 04/18/05
PHONE: 937-455-9748
BUYER: L PENROD
FY PURCHASING AGENT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B.: DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE U/M |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | SPCO1 | | | | |
| | | | | THIS IS A "CONFIRMING ORDER"   DO NOT DUPLICATE | | | | | |
| | | | | PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO: DELPHI ENERGY & CHASSIS SYSTEMS ATTN: MARILYN TRAPPE, MAIL STOP 1-08 P.O. BOX 1042 DAYTON, OH 45401 ANY QUESTIONS CONCERNING THIS RELEASE, PLEASE CALL LINDA PENROD, PH: 937-455-9748, FAX: 937-455-9133. | | | | | |
| 00001 | 1 | PR679208 001 | | GMT900 MR NRE FOR DEVELOPMENT STAGE & PROTOTYPES WHO ORDERED: G. CAZZELL | | 06/01/05 | C 0.00% | 66000.0000 | CCF |
| | | | | ******ATTENTION ALL SUPPLIERS******  YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS. | | | | | |

CONTINUE PAGE



**DELPHI** Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

SIEMENS VDO

SHIP TO: SEE BELOW
US

VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

**PURCHASE ORDER:** DCS08308    PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Issue Parcel Post.

ORDER DATE: 04/18/05
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP VIA: SEE BELOW

PHONE: 937-455-9748
Buyer: L PENROD    FY

PURCHASING AGENT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B.: SPCOL    DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ---- RIGHT TO AUDIT ----  FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER.  ---- FORCED LABOR ---- SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT.  THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2), | | | | | |

04/21/2005 13:53 FAX 9374559133    Delphi E&C Ref    @003



# SIEMENS VDO
*A u t o m o t i v e*
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note   Shipping date :   / /

**INVOICE**
**Date 07/26/2005    N° 0092822345**

DUPLICATE

Others References :
Activity         : 9 - Engineering

N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier         :
Broker          :

Loading Location    :
Unloading Location  :
Transportation Mode :
Total Net Weight    :         0
Total Gross Weight  :     0,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance   the 09/30/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT<br>Code |
|---|---|---|---|---|---|---|
| DCS 04977<br>SECS35-27 | BRACKET TOOLING FOR GMT900<br>C 118 193 35   Commodity code  999999999999Z<br>AL*: / ECCN:<br><br>T22228307 ECU SUSPENSION BI-STATE RTD GMT900 DRAD ECU<br><br>- bracket tooling<br>- manufacturing tooling<br><br>PR678767 001 | 1 | 181,900.00 | 1UN | 181,900.00 | CI |

VAT :
1. Output Tax

Sub Total                                                      181,900.00
Total           181,900.00
VAT             0.00
**Total Amount    (USD)    181,900.00**

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used
COMPTABILITE                                                                                        Folio : 1/1


