**SIEMENS VDO**
Automotive
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

INVOICE
Date 07/20/2005 N° 0092822280

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note Shipping date : / /

Others References :
Activity : 9 - Engineering

Bill to N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier :
Broker :

Loading Location :
Unloading Location :
Transportation Mode :
Total Net Weight : 0
Total Gross Weight : 0,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance the 09/30/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N° / SIEMENS Ref. N° / Customer Ref. N° | Description / Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS 08455<br>SESC35-21 | DEVELOPMENT SUSPENSION<br>C 118 193 35 Commodity code 9999999999992<br>Product made in France<br>AL*: / ECCN:<br><br>NRE for development & PPAP of P/N 22235065<br><br>including 6 sample parts (PR 679220 001) | 1 | 8,400.00 | 1UN | 8,400.00 | C |

Sub Total 8,400.00

VAT :
1. Output Tax

Total 8,400.00
VAT 0.00
Total amount (USD) 8,400.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" o: "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE



04/28/2005 10:35 FAX 9374559133 Delphi E&C Ket ☒002

Automotive Systems

PURCHASE ORDER: DCS08455 PAGE

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: SEE BELOW
US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

| ORDER DATE | 04/27/05 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 937-455-9748
L PENROD
FY — Buyer
PURCHASING AGENT

If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |
| | | | PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO: DELPHI ENERGY & CHASSIS SYSTEMS ATTN: MARILYN TRAPPE, MAIL STOP 1-08 P. O. BOX 1042 DAYTON, OH 45401 ANY QUESTIONS CONCERNING THIS RELEASE, PLEASE CALL LINDA PENROD, PH: 937-455-9748, FAX: 937-455-9133. | | | |
| | | | SHIP TO: N/A | | | |
| 00001 | 1 | PR679220 001 | 4π x 295 new for 9RF 30893 — 05/20/05 C 0.00% — NRE FOR DEVELOPMENT & PPAP OF P/N 22235065 INCLUDING SIX (6) SAMPLE PARTS TO BE SUBMITTED WITH PPAP WHO ORDERED: JANE THOMPSON | 8400.0000 | ✓ | ca |
| | | | *********ATTENTION ALL SUPPLIERS********** YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE | | | |

Michel POULET
- 4 JUIL 2005
AT BE 902 V

CONTINUE PAGE 2

SIEMENS VDO

CONTINUE PAGE 3



04/28/2005 10:38 FAX 9374559133 Delphi E&C Ket ☐003

DELPHI Automotive Systems

SIEMENS VDO

# PURCHASE ORDER: DCS08455

PAGE 2

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: SEE BELOW
US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

VENDOR NUMBER 26-591-6502

TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 937-455-9748 |
|---|---|
| 04/27/05 | L PENROD (Buyer) |
| ALTERATION ISSUE DATE | FY |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | FORM AND FOLLOW THE INSTRUCTIONS. | | | |

----------- RIGHT TO AUDIT------------------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER.

FORCED LABOR---
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT.

CONTINUE PAGE 3

04/28/2005 10:37 FAX 9374559133 Delphi E&C Ket

004

DELPHI Automotive Systems

SIEMENS VDO

**PURCHASE ORDER:** DCS08455 PAGE 3

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: SEE BELOW
US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

If Government Contract Number Is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 937-455-9748 |
|---|---|
| 04/27/05 | L PENROD |
| ALTERATION ISSUE DATE | FY Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2), OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING RECEIPT OF GOODS. TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

LAST PAGE

**SIEMENS VDO**
Automotive
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 - VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

INVOICE
Date 07/20/2005 N° 0092822281

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note Shipping date : / /

Others References :
Activity : 9 - Engineering

Bill to N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier :
Broker :

Loading Location :
Unloading Location :
Transportation Mode :
Total Net Weight : 0
Total Gross Weight : 0,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance the 09/30/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS 08588<br>SESC35-21 | DEVELOPMENT SUSPENSION<br>C 118 193 35 Commodity code 9999999999992<br>Product made in France<br>AL*: / ECCN:<br><br>NRE for new GMX215 V'S China MR RTD ECU P/N 22228390<br><br>(production release)<br><br>PR 679229 001 | 1 | 8,400.00 | 1UN | 8,400.00 | C |

VAT :
1. Output Tax

Sub Total 8,400.00

Total 8,400.00
VAT 0.00
Total amount (USD) 8,400.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE



05/13/2005 15:24 FAX 9374559133 Delphi E&C Ket 002

DELPHI Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

# PURCHASE ORDER: DCS08588

PAGE 1

SHIP TO: DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420 US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Numbers must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

FILE COPY

TO: VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

| ORDER DATE | PHONE: 937-455-9748 |
|---|---|
| 05/06/05 | L PENROD |
| ALTERATION ISSUE DATE | FY Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / MFG. NUMBER / DATE REQUIRED / TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES)<br><br>PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO:<br>DELPHI ENERGY & CHASSIS SYSTEMS<br>ATTN: MARILYN TRAPPE, MAIL STOP 1-08<br>P. O. BOX 1042<br>DAYTON, OH 45401<br>ANY QUESTIONS CONCERNING THIS RELEASE, PLEASE CALL LINDA PENROD, PH: 937-455-9748, FAX: 937-455-9133. | | | |
| 00001 | 1 | PR679229 001 | 05/06/05 C 0.00% | 8400.0000 | | COP |
| | | | NRE FOR NEW GMX215 V'S CHINA<br>MR RTD ECU P/N 22228390 (handwritten: 9AF 30088 New P/N)<br>(PRODUCTION RELEASE)<br>WHO ORDERED: KAREN PIRELLO<br><br>*********ATTENTION ALL SUPPLIERS**********<br>YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS. | Michel POLLET<br>- 4 JUIL. 2005<br>SE SC2 | | |

SIEMENS VDO

CONTINUE PAGE 2



05/13/2005 15:24 FAX 9374559133 Delphi E&C Ket @003

Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

**PURCHASE ORDER:** DCS08588 PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO: DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420 US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

VENDOR NUMBER 26-591-6502

TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

ORDER DATE: 05/06/05
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 937-455-9748
L PENROD Buyer
FY
PURCHASING AGENT

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | ----------- RIGHT TO AUDIT------------------ FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER. | | | |
| | | | FORCED LABOR--- SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. | | | |
| | | | THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2), | | | |

USER JANE T WILLIAMS

CONTINUE PAGE 3

05/13/2005 15:25 FAX 9374558133 Delphi E&C Ket ☑004

Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO:
DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420 US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

TO:
VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

**PURCHASE ORDER:** DCS08588 PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 05/06/05 | PHONE: 937-455-9748 |
|---|---|---|
| ALTERATION ISSUE DATE | | L PENROD |
| | | FY Buyer |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |

If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING RECEIPT OF GOODS. | | | |
| | | | TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

LAST PAGE

SIEMENS VDO

SIEMENS VDO
Automotive
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

INVOICE
Date 07/20/2005 N° 0092822279

DUPLICATE

Others References :
Activity : 9 - Engineering

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note Shipping date : / /

Bill to N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier :
Broker :

Loading Location :
Unloading Location :
Transportation Mode :
Total Net Weight : 0
Total Gross Weight : 0,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance the 09/30/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS 09152<br>SXSC35-21 | DEVELOPMENT SUSPENSION<br>C 118 193 35 Commodity code 9999999999999Z<br>Product made in France<br>AL*: / ECCN:<br><br>REPROGRAMMING INVENTORY OF GMX 215 MR ECU with<br><br>V18.0 software (PR679281 001) | 1 | 3,025.00 | 1UN | 3,025.00 | C1 |

Sub Total 3,025.00

VAT :
1. Output Tax

Total 3,025.00
VAT 0.00
Total Amount (USD) 3,025.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE

06/20/2005 09:38 FAX 9374559133 Delphi E&C Ket 002

DELPHI Automotive Systems

SIEMENS VDO

**PURCHASE ORDER:** DCS09152 PAGE 1

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420 US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

| ORDER DATE | PHONE: 937-455-9748 |
|---|---|
| 06/17/05 | L PENROD |
| ALTERATION ISSUE DATE | FY Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | DELPHI E&EM CALL 800-805-9433 |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |
| 00001 | 275 | PR679281 001 | 06/15/05 C 0.00% REPROGRAM INVENTORY OF GMX215 MR ECU WITH V18.0 SOFTWARE WHO ORDERED: G. CAZZELL | 11.0000 | | PC |

Michel POULET
- 4 JUIL. 2005
AT SC2

*********ATTENTION ALL SUPPLIERS**********
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS.

----------- RIGHT TO AUDIT------------------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS

CONTINUE PAGE 2

06/20/2005 09:39 FAX 8374559133 Delphi E&C Ket 003

DELPHI Automotive Systems

SIEMENS VDO

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420 US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.

VENDOR NUMBER 26-591-6502

TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE US

# PURCHASE ORDER: DCS09152

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 06/17/05 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 937-455-9748
L PENROD
FY — Buyer
PURCHASING AGENT

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | DELPHI E&EM CALL 800-805-9433 |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER. | | | |
| | | | FORCED LABOR--- SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. | | | |
| | | | THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2), OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING RECEIPT OF GOODS. | | | |
| | | | IF YOU HAVE NOT RECEIVED A ROUTING LETTER FROM DELPHI E & C TRANSPORTATION DEPARTMENT, USE THE FOLLOWING INSTRUCTIONS FOR LESS-THAN-TRUCKLOAD SHIPMENTS TO DAYTON, KETTERING AND VANDALIA, OHIO: 50 LBS. OR LESS - USE UPS (GROUND SERVICE ONLY) | | | |

CONTINUE PAGE 3

08/20/2005 09:39 FAX 9374559133 Delphi E&C Ket 004

DELPHI Automotive Systems

SIEMENS VDO Automotive

# PURCHASE ORDER: DCS09152

PAGE 3

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420 US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

VENDOR NUMBER 26-591-6502

TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

| ORDER DATE | PHONE: 937-455-9748 |
|---|---|
| 06/17/05 | L PENROD (Buyer) |
| ALTERATION ISSUE DATE | FY |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

If Government Control Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | DELPHI E&EM CALL 800-805-9433 |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | COLLECT CONSIGNEE BILLING. IF NOT, SET UP CONSIGNEE BILLING - CALL UPS AT 1-800-354-7527.<br>51 LBS. OR MORE - USE CARRIER NOTED BELOW:<br>SHIPMENT FROM CARRIER<br>OH,MI,IN,IL,KY,W.NY,TN,WI---USF HOLLAND EXPRESS<br>W.PA,WV, ST. LOUIS,MO----USF HOLLAND EXPRESS<br>E.NY,NJ,VT,NH,ME,CT,MA---NEW PENN C/O LEBARNOLD<br>RI,DE,E.PA---------------NEW PENN C/O LEBARNOLD<br>ALL OTHER STATES---------YELLOW FREIGHT SYSTEM<br>CANADA-------------USF HOLLAND EXPRESS<br>ALL HEAVY HAULING (EQUIPMENT)--ARTISAN (313-272-9218)<br>WHEN AIR FREIGHT IS REQUESTED BY DELPHI ENERGY & CHASSIS SYSTEMS----------BAX GLOBAL<br>FOR TRUCKLOADS OR SPECIAL EQUIPMENT, CALL DELPHI TRANSPORTATION AT 1-800-805-9433.<br><br>TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

LAST PAGE

**SIEMENS VDO**
Automotive
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

**INVOICE**
Date 09/26/2005 N° 0092823126

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note Shipping date : / /

Others References :
Activity : 9 - Engineering

[illegible] N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Transportation Details
Carrier :
Broker :

Loading Location :
Unloading Location :
Transportation Mode :
Total Net Weight : 0
Total Gross Weight : 0,000

Payment Terms
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance the 11/30/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS 04974<br>SEC835-27 | SUSPENSION TOOLING<br>C 118 193 35 Commodity code 9999999999992<br>AL*: / ECCN:<br><br>T22228307 ECU SUSPENSION BISTATE RTD-PR678763 001<br>47 WAYS HEADER CONNECTOR TOOLING FOR 483,000 USD<br><br>MANUFACTURING TOOLING FOR 173,000 USD | 1 | 656,000.00 | 1UN | 656,000.00 | C |

Sub Total 656,000.00

VAT :
1. Output Tax

Total 656,000.00
VAT 0.00
Total amount (USD) 656,000.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e 3,08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" o "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE

Folio : 1/1

DELPHI Automotive Systems

SIEMENS VDO

**PURCHASE ORDER:** DCS04974 PAGE 1

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: DELPHI CHASSIS SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
GATE 4/PLANT 11/WOODMAN DRIVE
KETTERING OH
45420 US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

VENDOR NUMBER 26-591-6502
TO: SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
TOULOUSE CEDEX FR
31036
FRANCE

| ORDER DATE | 09/02/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 937-455-7374
M SHIELDS
VZ Buyer
PURCHASING AGENT

If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SPCOL | | DELPHI E&EM CALL 800-805-9433 |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO: DELPHI ENERGY & CHASSIS SYSTEMS ATTN: MARILYN TRAPPE, MAIL STOP 1-08 P. O. BOX 1042 DAYTON, OH 45401 ANY QUESTIONS CONCERNING THIS RELEASE, PLEASE CALL MIKE SHIELDS, PH: 937-455-7374, FAX: 937-455-9133. | | | | | |
| | | | TOOLING LOCATION: SIEMENS VDO AUTOMOTIVE 1 AVENUE PAUL OURLIAC BOITE POSTAL 1149 TOULOUSE CEDEX FRANCE 31036 | | | | | |
| 00001 | 1 | PR678763 001 | T22228307 ECU SUSPENSION - BI STATE RTD<br>47 WAY HEADER CONNECTOR TOOLING $483,000<br>MANUFACTURING TOOLING $173,000<br>TOTAL $656,000<br>REV LEVEL R4062B<br>WHO ORDERED: GREG CAZZELL | 09/02/04 | C 0.00% | 656000.0000 | | LOT |

Michel POULET
13 SEP. 2005
AT SE

SIEMENS VDO

**SIEMENS VDO**
Automotive
Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 61 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

**INVOICE**
Date 09/08/2005 N° 0092822731

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :
Deliv. Note Shipping date : / /

Others References :
Activity : 9 - Engineering

Bill to N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

**Transportation Details**
Carrier :
Broker :

Loading Location :
Unloading Location :
Transportation Mode :
Total Net Weight : 0
Total Gross Weight : 0,000

**Payment Terms**
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance the 11/30/2005
Bank remittance 60 days end of month
Incoterms :

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS 08788<br>SESC35-21 | GMT 900MR NRE for production release<br>C 118 193 35 Commodity code 99999999999Z<br>Product made in France<br>AL*: / ECCN:<br><br>PR679255 001<br>P/N 22233682<br>ORDERED BY KAREN PIRRELLO | 1 | 64,000.00 | 1UN | 64,000.00 | C1 |

VAT :
1. Output Tax

Sub Total 64,000.00

Total 64,000.00
VAT 0.00
Total Amount (USD) 64,000.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e. 3,09%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU. Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" or "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE