



# SIEMENS VDO
*A  u  t  o  m  o  t  i  v  e*

Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149
31036 Toulouse cedex 1 – France
Tel. ++33 (0)5 81 19 88 88
Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Date: 09/13/2005    N°: 0092362623

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

N°: 12305162
DELPHI CHASSIS SYSTEM
ENGINEERING MODEL SHOP DOCK
PLANT 10 DOCK 9
WOODMAN DRIVE GATE 4
2000 FORRER BLVD PO Box .
45420 KETTERING OHIO
USA

Others References :
Activity           : 5 - Prototypes

N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note 29511472   Shipping date : 09/08/2005

**Transportation Details**
Carrier            : FEDEX
Broker             :
Loading Location   : Toulouse
Unloading Location :
Transportation Mode : Air Freight
Total Net Weight   :        4
Total Gross Weight :    4,000

**Payment Terms**
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance   the 11/30/2005
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

| Cust. Order N° SIEMENS Ref. N° Customer Ref. N° | Description Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS10089 P0122739002R PR679428 001 | SAFETY ELECTRON / SUSPENS DRAD C 118 193 35  Commodity code 903289900000Y Product made in France AL*: N / ECCN: EAR99 | 4 | 480.00 | 1UN | 1,920.00 | C |

Sub Total                                           1,920.00

VAT :
1. Output Tax                          Total        1,920.00
TAX relief on VAT, art. 262-I of CGI    . VAT           0.00

Total amount    (USD)    1,920.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e 3.08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" c "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                                Folio : 1/1





# SIEMENS VDO
*A u t o m o t i v e*

Siemens VDO Automotive S.A.S.
1, avenue Paul Ourliac – B.P. 1149        Tel. ++33 (0)5 61 19 88 88
31036 Toulouse cedex 1 – France           Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

**INVOICE**
Date: 09/13/2005    N°: 0092362621

DUPLICATE

Others References :
Activity           : 5 - Prototypes

| Ship to | N°: 12305162 | | Bill to | N°: 12105162 |

DELPHI CHASSIS SYSTEM
ENGINEERING MODEL SHOP DOCK
PLANT 10 DOCK 9
WOODMAN DRIVE GATE 4
2000 FORRER BLVD PO Box .
45420 KETTERING OHIO
USA

DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note 29511470   Shipping date : 09/08/2005

**Transportation Details**
Carrier           : FEDEX
Broker            :
Loading Location  : Toulouse
Unloading Location :
Transportation Mode : Air Freight
Total Net Weight   :     12
Total Gross Weight :     12,000

**Payment Terms**
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance    the 11/30/2005
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT<br>Code |
|---|---|---|---|---|---|---|
| DCS10090<br>PU122739002R<br>PR379429 001 | SAFETY ELECTRON / SUSPENS DRAD<br>C 118 193 35  Commodity code  903289900000Y<br>Product made in France<br>AL*: N / ECCN: EAR99 | 12 | 480.00 | 1UN | 5,760.00 | C |

Sub Total                                                    5,760.00

VAT :
1. Output Tax                           Total        5,760.00
TAX relief on VAT, art. 262-I of CGI    VAT              0.00

Total amount    (USD)                                5,760.00

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e
3.08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.

*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU
Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" c
"ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                                                 Folio : 1/1





# SIEMENS VDO
*A u t o m o t i v e*

**Siemens VDO Automotive S.A.S.**
1, avenue Paul Ourliac – B.P. 1149    Tel. ++33 (0)5 61 19 88 88
31036 Toulouse cedex 1 – France    Fax ++33 (0)5 61 19 25 25
S.A.S with capital of 70 000 000 Euros - Registered in Toulouse 314 722 026 -
VAT number FR 03 314 722 026 - SIRET 314 722 026 00031

Date: 09/13/2005    N°: 0092362622

DUPLICATE

Your contact in accounting dpt : 33-561 19 85 68
Vendor code :

Others References :
Activity            : 5 - Prototypes

N°: 12305162
DELPHI CHASSIS SYSTEM
ENGINEERING MODEL SHOP DOCK
PLANT 10 DOCK 9
WOODMAN DRIVE GATE 4
2000 FORRER BLVD PO Box .
45420 KETTERING OHIO
USA

N°: 12105162
DELPHI AUTOMOTIVE SYSTEMS LLC
To : Marilyn TRAPPE

MAIL STOP 1-08 PO Box 1042
45401 DAYTON, OH
USA

Deliv. Note 29511471  Shipping date : 09/08/2005

**Transportation Details**
Carrier             : FEDEX
Broker              :

Loading Location    : Toulouse
Unloading Location  :
Transportation Mode : Air Freight
Total Net Weight    :       4
Total Gross Weight  :    4,000

**Payment Terms**
Make remittance to :

Currency USD
L/C n° :
Your payment by Bank remittance   the 11/30/2005
Bank remittance 60 days end of month
Incoterms : EXW TOULOUSE

| Cust. Order N°<br>SIEMENS Ref. N°<br>Customer Ref. N° | Description<br>Country of origin | Shipped | Unit Price | Unit | Extension | VAT Code |
|---|---|---|---|---|---|---|
| DCS10091<br>PU122739002R<br>PR679430 001 | SAFETY ELECTRON / SUSPENS DRAD<br>C 118 193 35  Commodity code 903289900000Y<br>Product made in France<br>AL*: N / ECCN: EAR99 | 4 | 480.00 | 1UN | 1,920.00 | C |

| | Sub Total | | 1,920.00 |
|---|---|---|---|
| VAT :<br>1. Output Tax<br>TAX relief on VAT, art. 262-I of CGI | Total<br>VAT | 1,920.00<br>0.00 | |
| | Total amount (USD) | | 1,920.00 |

The applicable interest rate for delayed payments shall amount to 1.5 times the "legal interest rate" applicable in France i.e 3.08%. It shall be due as of the day following the payment date indicated hereinabove.
The discount rate applicable according to our general terms and conditions is 0 %.
*AL : Goods labeled with "AL not equal to N" are subject to European or German export authorization when being exported out of EU Goods labeledwith "ECCN not equal to N" are subject to US reexport authorization. Even without a label, or with label "AL:N" o "ECCN:N", authorization may be required due to the final end-use and destination for which the goods are to be used

COMPTABILITE                                    Folio : 1/1



**DELPHI** Automotive Systems — SIEMENS VDO

**PURCHASE ORDER:** DCS10091    PAGE 1

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH 45401

SHIP TO:
DELPHI CHASSIS SYSTEMS
ENGINEERING MODEL SHOP
PLANT 10 DOCK 9
WOODMAN DRIVE GATE 4
KETTERING OH 45420
US
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.

INVOICE TO: US

TO:
VENDOR NUMBER 26-591-6502
SIEMENS VDO AUTOMOTIVE
1 AVENUE PAUL OURLIAC
BOITE POSTAL 1149
31036 TOULOUSE CEDEX FR
FRANCE

ORDER DATE: 08/19/05
PHONE: 937-455-9748
BUYER: FY PENROD

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 4 | PR679430 | | ELECTRONIC CONTROL UNIT | | 08/19/05 | C 0.00% | 480.0000 | PC |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

ELECTRONIC CONTROL UNIT
CONFIGURED PER ATTACHED SPREADSHEET
WHO ORDERED: JANE THOMPSON

PJ A22739002    livraison 30.Sept 05

**********ATTENTION ALL SUPPLIERS**********
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR.
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.
CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN
IMMEDIATE CONTACT FOR YOUR BUSINESS." FILL OUT THE
FORM AND FOLLOW THE INSTRUCTIONS.

-----RIGHT TO AUDIT-----
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS
PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT
ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL
DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS,
RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE
PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS

CONTINUE PAGE 2

A003880  USER JANE T WILLIAMS

Handwritten notes:
PO Nr: DCS 10091
Project Code: A 302 A
Currency: US $
Invoice to: 121 051 62
Deliver to: 123 051 62
Product Family: SUSP 35

