# EXHIBIT D

**Siemens VDO Automotive ASAS**                                    1/26/2007

# Delphi claim: amortization not achieved in the piece price due to shortfall volume (GMX 245 & GMX 295) or program cancellation (GMT 800) in US $

Background: amortization has been assumed based upon:
30 000 GMX 245 - 56 000 GMX 295 & 470 000 GMT 800

| | | |
|---|---:|---:|
| **GMX 245** parts not ordered by Delphi from July 2004 to June 2005 (unit) | 7,427 | |
| NRE amortization missing | 6.8 | 50,504 |
| Vendor tooling amortization missing | 1.21 | 8,987 |
| Line amortization missing | 2.7 | 20,053 |
| Indirect & fixed costs missing | 4.03 | 29,931 |
| profit missing | 3.28 | 24,361 |
| Total amortization not achieved | | 133,835 |

| | | |
|---|---:|---:|
| **GMX 295** parts not ordered by Delphi from July 2004 to June 2005 (unit) | 15,789 | |
| NRE amortization missing | 6.8 | 107,365 |
| Vendor tooling amortization missing | 1.21 | 19,105 |
| Line amortization missing | 2.7 | 42,630 |
| Indirect & fixed costs missing | 4.03 | 63,630 |
| profit missing | 3.28 | 51,788 |
| Total amortization not achieved | | 284,518 |

| | | |
|---|---:|---:|
| **GMT 800** parts not ordered by Delphi from July 2004 to June 2006 (unit) | 470,000 | |
| NRE amortization missing | 6.8 | 3,196,000 |
| Vendor tooling amortization missing | 1.21 | 568,700 |
| Line amortization missing | 2.03 | 954,100 |
| Indirect & fixed costs missing | 3.02 | 1,419,400 |
| profit missing | 2.46 | 1,156,200 |
| Total amortization not achieved | | 7,294,400 |
| **Grand total in US$** | | **7,712,752** |