## **CERTIFICATE OF SERVICE**

I, Scott S. McKessy, hereby certify that on the 5th day of February, 2007, I caused a true and correct copy of the foregoing Siemens VDO Automotive SAS's Supplemental Response to the Debtor's Fifth Omnibus Claims Objection to be served by overnight courier, addressed to:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel


Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese

Scott S. McKessy