UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                    :          Chapter 11
                                                          :
Delphi Automotive Systems LLC,                            :          Case No. 05-44640 (RDD)
                                                          :
                        Debtors.                          :
                                                          :
                                                          :
-------------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO:  NEFF PERKINS CO.**
("ASSIGNOR")

| 2950 Industrial Park Drive |
| P.O. Box 219 |
| Austinburg, OH 44010 |

As of August 23, 2006, Assignor's Claim against Debtor in the principal amount of $444,289.95 has been transferred to the following Assignee:

> **JPMorgan Chase Bank, N.A.**
> **270 Park Avenue, 17th Floor**
> **New York, NY 10017**
> **Attention:      Neelima Veluvolu**
> **Telephone:     (212) 270-2150**
> **Fascimile:      (646) 792-3855**

The Evidence of Transfer of Claim is attached as <u>Exhibit A</u> and the Assignee's payment and delivery instructions are attached as <u>Exhibit B</u>. The Proof of Claim is attached hereto as <u>Exhibit C.</u>  No action is required <u>if you do not object</u> to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>TWENTY (20) DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

**PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:**

> JPMorgan Chase Bank, N.A.
> 270 Park Avenue, 17th Floor
> New York, NY 10017
> **Attention:**      Neelima Veluvolu
> **Telephone:**    (212) 270-2150
> **Fascimile:**      (646) 792-3855

**WITH A COPY TO :**

> Kirkpatrick & Lockhart Nicholson Graham LLP
> 599 Lexington Avenue
> New York, NY  10022
> **Attention:**     Steven H. Epstein
> **Telephone:**    (212) 536-4830
> **Fascimile:**     (212) 536-4001
> **E-mail :**        sepstein@klng.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: August 23, 2006

                    JPMORGAN CHASE BANK, N.A.

                    By: _____
                    Name: Carrie A. Fares
                    Title: Authorized Signatory

**EXHIBIT A**

Evidence Of Transfer Of Claim

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
   In re:                               :             Chapter 11
                                     :
   Delphi Automotive Systems LLC,        :             Case No. 05-44640 (RDD)
                                     :
               Debtors.             :
                                     :
                                     :
---------------------------------------------------------X

     **NEFF PERKINS CO.** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **JPMORGAN CHASE BANK, N.A.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor in the principal amount of $444,289.95  plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Automotive Systems LLC, et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44640 (RDD) (Jointly Administered).

     The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated July 21, 2006, which is attached hereto as Exhibit C.  Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, dated the 23rd day of August, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee

By _____
    Name: Carrie A. Parks
    Title: Authorized Signatory

Accepted and agreed to as of this __ date of
August, 2006

NEFF PERKINS CO.,
as Assignor

By _____
    Name:
    Title:

**IN WITNESS WHEREOF**, dated the __ day of August, 2006.

**JPMORGAN CHASE BANK, N.A.,**
**as Assignee**


By _____
      Name:
      Title:


Accepted and agreed to as of this 22ND __ date of
August, 2006

**NEFF PERKINS CO.,**
**as Assignor**

By _____
      **Name:**    Andrew Budd, Jr.
      **Title:**    Secretary/Treasurer

**EXHIBIT B**

<u>Assignee's Payment and Delivery Instructions</u>:

<u>Notice</u>:

| | |
|---|---|
| Primary Contact: | **Neelima Veluvolu** |
| Street Address: | **270 Park Avenue, 17th Floor** |
| City, State, Zip Code: | **New York, NY 10017** |
| Phone Number: | **(212) 270-2150** |
| Fax Number: | **(646) 792-3855** |

| | |
|---|---|
| Backup Contact: | **Karoline Kane** |
| Phone Number: | **(212) 270-0033** |
| Fax Number: | **(212) 270-5347** |

<u>Wire</u>:

| | |
|---|---|
| Name of Bank: | **JPMorgan Chase Bank, N.A.** |
| Routing Transit/ABA number: | **021000021** |
| Name of Account: | **SPS High Yield Loan Trading** |
| Account Number: | **544-7-94742** |

457554

**EXHIBIT C**

<u>Proof of Claim</u>

2

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

## PROOF OF CLAIM

| | |
|---|---|
| Name of Debtor:<br>Delphi Automotive Systems LLC | Case Number:<br>05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Neff-Perkins Company**

Name and address where notices should be sent:
**Neff-Perkins Company**
c/o Benesch, Friedlander, Coplan & Aronoff LLP
Attn: David M. Neumann
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

Telephone number: 216/363-4500

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

**COPY**
**RECEIVED**
**AUG 02 2006**
**KURTZMAN CARSON**
THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   - ☒ Goods sold / Services performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other: _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ (date) to _____ (date)

2. **Date debt was incurred:**
   Pre-petition

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $449,534.72* _____ _____ $449,534.72*
   (unsecured) (secured) (priority) (Total)

*The filing of this claim shall not be considered a waiver of Creditor's right to treatment of a portion of this claim as a reclamation claim against the Debtor nor shall it constitute a waiver respecting any statutory molder liens of Creditor. Creditor expressly reserves the right to amend its claim.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $449,534.72
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| | |
|---|---|
| Date<br>7/21/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>By: David M. Neumann, Attorney for Neff-Perkins Company |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

7/18/2006 : 12:35:00 PM Doc 1380045 Ver 1*

FROM JPMCHASE                                    (WED) 8.23.06 10:08/ST.10:07/No. 4801805932 P 2

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Mechatronic Systems, Inc. | Case Number<br>05-44567 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Neff-Perkins Company | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>Neff-Perkins Company<br>c/o Benesch, Friedlander, Coplan & Aronoff LLP<br>Attn: David M. Neumann<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378<br><br>Telephone number: 216/363-4580 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | **COPY**<br><br>**Received**<br><br>JUL 3 1 2006<br><br>Kurtzman Carson<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor: | Check here ☐ replaces    a previously filed claim, dated: _____<br>if this claim ☐ amends | |
|---|---|---|

| 1.  Basis for Claim | |
|---|---|
| ☒ Goods sold / Services performed<br>☐ Customer Claim<br>☐ Taxes<br>☐ Money Loaned<br>☐ Personal injury<br>☐ Other: _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of SS #: _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date)           (date) |

| 2.  Date debt was incurred:<br>Pre-petition | 3.  If court judgment, date obtained: |
|---|---|

| 4.  Total Amount of Claim at Time Case Filed:    $1,545.00*    _____    _____    $1,545.00* |
|---|

| (unsecured)    (secured)    (priority)    (Total) |
|---|

*The filing of this claim shall not be considered a waiver of Creditor's right to treatment of a portion of this claim as a reclamation claim against the Debtor nor shall it constitute a waiver respecting any statutory molder liens of Creditor. Creditor expressly reserves the right to amend its claim.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5.  **Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff)<br><br>Brief Description of Collateral:<br>☐ Real Estate    ☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral:    $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | 7.  **Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority    $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8. |
|---|---|
| 6.  **Unsecured Nonpriority Claim $1,545.00**<br>☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | |

| 8.  **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| 9.  **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of liens. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | RECEIVED<br>MAY 2 2008<br>CLAIMS PROCESSING CENTER<br>USBC, SDNY |

| Date<br>7/26/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>By: _____<br>David M. Neumann, Attorney for Neff-Perkins Company | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Doc 1380379  Ver 1

## File a Claim action:

[05-44640-rdd Delphi Automotive Systems LLC](#)

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Bennett, Timothy C. entered on 8/23/2006 at 2:49 PM and filed on 8/23/2006

**Case Name:**     Delphi Automotive Systems LLC

**Case Number:**    [05-44640-rdd](#)

**Document Number:**[31](#)

**Docket Text:**
Transfer Agreement FRBP 3001(e) - *Notice of Transfer of Claim Pursuant to FRBP Rule 3001(e)(2)*
Transfer Agreement 3001 (e) 2 Transferors:Neff Perkins Co.(Amount 444,289.95).. To JPMorgan Chase Bank, N.A.. filed by Timothy C. Bennett on behalf of JPMORGAN CHASE BANK, N.A..(Bennett, Timothy)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\meyersnf\My Documents\JPMorganChase\DelphiNeff-PerkinsNoticeofTransfer.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=8/23/2006] [FileNumber=5344692-0]
[b67e3efaa4b8e81bb8a7ee2b37a736d95931e320baadba496e311a01c75527a832d6d
88750c4419d44a6a15dd79bc8c65510e6f3381cc145e0aa22034c296d76]]

**05-44640-rdd Notice will be electronically mailed to:**

Timothy C. Bennett    tbennett@klng.com,

John Wm. Butler    jbutler@skadden.com

Michael Friedman    mfriedman@rsko.com, mschneider@rsko.com

Alan D. Halperin    ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

Matthew W. Hamilton    mhamilton@amph.com,

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

**05-44640-rdd Notice will not be electronically mailed to:**

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989