IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :

In re                   :    Chapter 11

                :

DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)

                :

          Debtors.  :    (Jointly Administered)

                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 1, 2007, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via facsimile:

        Notice of Intention to Enter into a New Real Property Lease (Columbia, Tennessee Lease) [a copy of which is attached hereto as Exhibit D]

Dated: February 5, 2007

                          */s/ Evan Gershbein*
                          Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 5th day of February, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ Shannon J. Spencer*

Commission Expires:   *6/20/10*

# EXHIBIT A

Delphi Corporation
Lease Notice Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/5/2007 12:28 PM
Lease Notice Service Lists Overnight

# EXHIBIT B

Delphi Corporation
Lease Notice Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | Keith A. Simon | 233 South Wacker Drive | Sears Tower, Suite 5800 | Chicago | IL | 60606 | Keith.Simon@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/5/2007
Lease Notice Service Lists Email

# EXHIBIT C

Delphi Corporation
Lease Notice Service List

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | 212-450-3092<br>212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/5/2007 12:27 PM
Lease Notice Service Lists Fax

# EXHIBIT D

Objection Deadline: February 15, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENTION TO ENTER INTO A NEW REAL PROPERTY LEASE
(Columbia, Tennessee Lease)

1.    ORDER APPROVING PROCEDURES TO ENTER INTO OR RENEW REAL
PROPERTY LEASES

PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy
Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363,
1107, And 1108 Approving Procedures To Enter Into Or Renew Real Property Leases
Without Further Court Approval (the "Order," a copy of which is attached hereto as
Exhibit 1) (Docket No. 1777). The Order authorized the above-captioned debtors and
debtors-in-possession (the "Debtors") to enter into the following real property lease (the
"Lease") upon notice to the Notice Parties (as defined in the Order) without further Court
approval:

Location Of Leased Premises:

**1974 Ridgecrest Drive**
**Columbia, Tennessee**

2.    LEASE EFFECTIVE DATE

PLEASE TAKE FURTHER NOTICE that Delphi Automotive Systems, LLC, one
of the Debtors, intends to enter into the Lease on or after February 15, 2007 unless an
objection is served in the manner described in the Order.

3.      LESSOR

        Donald R. Sweeton and Sarah E. Sweeton

        PLEASE TAKE FURTHER NOTICE that the Lessor under the Lease is not an
"insider" of any of the Debtors as defined in 11 U.S.C. §101(31).

4.      DESCRIPTION OF LEASE TERMS

        PLEASE TAKE FURTHER NOTICE that a description of the terms of the De
Minimis Lease is attached hereto as Exhibit 2.

Dated: New York, New York
        February 1, 2007

                                SKADDEN, ARPS, SLATE, MEAGHER
                                    & FLOM LLP

                                By:  /s/ John Wm. Butler, Jr.
                                     John Wm. Butler, Jr. (JB 4711)
                                     John K. Lyons (JL 4951)
                                     Ron E. Meisler (RM 3026)
                                333 West Wacker Drive, Suite 2100
                                Chicago, Illinois  60606
                                (312) 407-0700

                                     - and -

                                By:  /s/ Kayalyn A. Marafioti
                                     Kayalyn A. Marafioti (KM 9632)
                                     Thomas J. Matz (TM 5986)
                                Four Times Square
                                New York, New York 10036
                                (212) 735-3000

                                Attorneys for Delphi Corporation, et al.,
                                    Debtors and Debtors-in-Possession

                                          2

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                    :

In re                     :      Chapter 11
                    :

DELPHI CORPORATION, et al.,   :      Case No. 05-44481 (RDD)
                    :

             Debtors.   :      (Jointly Administered)
                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
LEASES WITHOUT FURTHER COURT APPROVAL

("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

    1.   The Motion is GRANTED as provided herein.

2.    The Debtors are hereby authorized but not directed to enter into or renew the

Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or

Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors

shall be authorized but not directed to enter into or renew a De Minimis Lease without further

Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice

of the terms of any De Minimis Lease it intends to enter into to counsel for the Official

Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event

Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured

Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the

Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De

Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors

shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or

Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the

Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice")

to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel

for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors'

prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility

(collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile,

overnight delivery, or hand delivery.  The Lease Notice shall include the following information:

(a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a

statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

     5.    For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

     6.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

     7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
        January 6, 2006


                  /s/ Robert D. Drain
                  UNITED STATES BANKRUPTCY JUDGE

3

Exhibit 2 - Lease Renewal Terms

1. Landlord:                       Donald R. Sweeton and Sarah E. Sweeton
                                   214 Admiral Circle
                                   Lawrenceburg, Tennessee  33464

2. Tenant:                         Delphi Automotive Systems, LLC

3. Premises:                       Warehouse/Manufacturing Facility
                                   11,640 square foot of space in a warehouse and light
                                   manufacturing building located at:

                                   1974 Ridgecrest Drive
                                   Columbia, Tennessee

4. Commencement Date:              October 1, 2006

5. Expiration Date:                September 30, 2008

6. Monthly Base Rent:              $14,000.00

7. Lease Commencement Fee:         $100,000.00

8. Operating Expenses:             Approximately $15,715.00 per annum

9. Permitted Use:                  Warehouse and Manufacturing Facility

10. Renewal Option:                No additional renewal options

11. Termination Option             Tenant may terminate the lease upon 6 months'
                                   notice with no termination fee