Charles E. Boulbol (CB-1049)
Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, New York 10004
(212) 825-9457
Attorneys for Russell Reynolds Associates, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Hearing Date and Time:<br>February 15, 2007 at 10:00 a.m. (EDT) |
| DELPHI CORPORATION, et al., | Case No. 05-B-44481 (RDD)<br>Jointly Administered |
| Debtors. | Chapter 11 |

-----------------------------------------------------------X

**RESPONSE OF RUSSELL REYNOLDS ASSOCIATES IN OPPOSITION TO
DEBTOR'S SEVENTH OMNIBUS OBJECTIONS TO CLAIMS**

TO:   HONORABLE ROBERT D. DRAIN
       UNITED STATES BANKRUPTCY JUDGE

Russell Reynolds Associates, Inc. ("RRA"), through its attorneys, states the following in Response to Debtor's Seventh Omnibus Objection to Certain Claims (the "Seventh Omnibus Objection").

1.   On October 8 and 14, 2005, Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

2.   By order entered on April 12, 2006, this Court established July 31, 2006 as the deadline for claimants holding pre-petition claims to file proofs of claim in this case.

3.   On July 28, 2006, RRA timely filed its proof of Claim, a copy of which is attached as Exhibit A.

4. The basis for RRA's Proof of Claim are services performed in connection with the recruitment and hiring of Debtor's (i) Director of Corporate Accounting and (ii) Vice President of Audit.

5. The Debtor has objected to RRA's claim on the alleged ground that the Debtor's books and records do not support the amount stated on the Proof of Claim.

6. The Seventh Omnibus Objection is the second objection filed by Debtor in respect of RRA's Proof of Claim.

7. Debtor's Third Omnibus Objection also objected to RRA's Proof of Claim on the grounds that the amount stated in the Proof of Claim was not supported by Debtor's records. According to the Third Omnibus Objection, Debtor's records reflect that RRA is owed $98,607.73. A copy of the relevant page from Exhibit D to the Third Omnibus Objection is attached as Exhibit B.

8. Schedule F to the Petition initiating this case, the relevant page from which is attached as Exhibit C, demonstrates that Debtor's books and records reflect that $98,607.73 is owed by Debtor to RRA.

9. RRA's records, however, show only that $77,708.66 is owed by Debtor to RRA.

10. Accordingly, as shown in the relevant page from e-mail correspondence between counsel for the Debtor and RRA, a copy of which is attached as Exhibit D, the Third Omnibus Objection was resolved by fixing RRA's claim in the amount of $77,708.66, and as shown on Exhibit C to the Court's order in respect of the Third Omnibus Objections, a copy of which is attached as Exhibit E, RRA's claim was fixed at $77,708.66.

11. In light of the foregoing, there is no conceivable merit to Debtor's objection to RRA's Proof of Claim.

12.  All of the documents underlying RRA's Proof of Claim were attached thereto as exhibits and their bona fides are unassailable. RRA's attempts through counsel to amicably resolve this objection was fruitless despite the fact that there does not appear to be any basis upon which to force RRA to again oppose another objection to its Proof of Claim.

13.  RRA therefore objects to the reclassification of its claim to zero as provided in the Seventh Omnibus Objection.

14.  The Debtor owes $77,708.66 to RRA.

15.  As more fully explained in the Declaration of Michael J. Iannico in Response to Debtor's Seventh Omnibus Objection (the "Iannico Declaration"), the records and documents attached as Exhibits A through E to the Proof of Claim are business records of RRA's provision of services and rendition of invoices in the regular course of RRA's business.

16.  The Iannico Declaration establishes that each of the invoices attached as Exhibits B and D to the Proof of Claim were sent by RRA to Debtor in the regular course of business.

17.  The Iannico Declaration further establishes that the Client Invoice Statement dated as of June 29, 2006 that is attached as Exhibit E to the Proof of Claim reflects a true and accurate accounting of the amounts invoiced by RRA to Debtor.

18.  It therefore is indisputable that Debtor is indebted to RRA, based upon the statements invoiced to Debtor for both executive searches at issue, in the sum of $77,708.66.

WHEREFORE, Russell Reynolds Associates, Inc. respectfully requests that this Court enter an order denying the Seventh Omnibus Objection in respect of RRA's claim, and granting such other and further relief as may be just and proper under the circumstances.

Dated: New York, New York
February 6, 2007

                              CHARLES E. BOULBOL, P.C.

        By: _____ / s / _____
                Charles E. Boulbol (CB-1049)
                26 Broadway, 17th Floor
                New York, New York 10004
                212-825-9457
                Attorneys for Russell Reynolds Associates, Inc.