In re Delphi Corporation, et al.                                                    Third Omnibus Claims Objection

EXHIBIT D CLAIMS SUBJECT TO REDUCTION

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| RALCO INDUSTRIES INC<br>MR PAUL DELONG<br>2720 AUBURN CT<br>AUBURN HILLS, MI 48326 | 8525 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br>$163,499.09<br>$163,499.09 | 06/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$96,091.36<br>$96,091.36 |
| RECTICEL INTERIORS NORTH AMERICA LLC FKA RECTICEL NORTH AMERICA INC<br>C O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 11027 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $744,823.79<br><br><br><br>$744,823.79 | 07/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$744,823.79<br>$744,823.79 |
| RECTICEL INTERIORS NORTH AMERICA LLC FKA RECTICEL NORTH AMERICA INC<br>C O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 11026 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,605,444.08<br>$1,605,444.08 | 07/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,605,444.08<br>$1,605,444.08 |
| RELATIONAL FUNDING CORPORATION<br>3701 ALGONQUIN RD<br>STE 600<br>ROLLING MEADOWS, IL 60008 | 15210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$142,585.89<br>$142,585.89 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$26,769.62<br>$26,769.62 |
| RELATIONAL FUNDING CORPORATION<br>3701 ALGONQUIN RD<br>STE 600<br>ROLLING MEADOWS, IL 60008 | 16347 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$142,585.89<br>$142,585.89 | 10/02/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$26,769.62<br>$26,769.62 |
| ROBERT BOSCH CORPORATION<br>ATTN JUDITH LOWITZ ADLER<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 13620 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,333,984.29<br><br><br><br>$1,333,984.29 | 07/31/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,333,984.29<br>$1,333,984.29 |
| ROCHESTER DISTRIBUTION UNLTD INC<br>PO BOX 60557<br>ROCHESTER, NY 14606 | 6141 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/17/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,930.78<br>$14,930.78 |
| RUSSELL REYNOLDS ASSOCIATES INC<br>CHARLES E BOULBOL PC<br>26 BROADWAY 17TH FL<br>NEW YORK, NY 10004 | 11812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$98,607.73<br>$98,607.73 |