In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1551579 - 10008685<br>RUNYON FRANKLIN<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1632712 - 10401095<br>RUNZHEIMER INTERNATIONAL<br>RUNZHEIMER PARK<br>ROCHESTER   WI   53167 | ACCOUNTS PAYABLE | | $81,585.00 |
| 1033949 - 10006899<br>RUPPERT JAMES<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 70508699 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1632719 - 10401096<br>RURAL METRO AMBULANCE<br>PO BOX 15486<br>AUGUSTA   GA   30909 | ACCOUNTS PAYABLE | | $100.00 |
| 1033961 - 10006900<br>RUSH JOHN<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1632731 - 10404234<br>RUSKEN PACKAGING INC<br>PO BOX 11984<br>BIRMINGHAM   AL   35202 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1632735 - 10404653<br>RUSSELL A FARROW LTD<br>PO BOX 333<br>WINDSOR   ON   N9A 6L6<br>CANADA | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1033982 - 10006901<br>RUSSELL CAROLYN<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1551580 - 10008686<br>RUSSELL DONALD<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1138265 - 10008229<br>RUSSELL LARRY D<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1632747 - 10401097<br>RUSSELL REYNOLDS ASSOCIATES INC<br>CHURCH ST STATION<br>PO BOX 6427<br>NEW YORK   NY   102496427 | ACCOUNTS PAYABLE | | $98,607.73 |
| 1551581 - 10008687<br>RUSSELL WILLIAM<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80201283 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1551581 - 10008688<br>RUSSELL WILLIAM<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80301124 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |