Charles,

Per our conversation, this email will confirm that the Debtors will be revising the Claims Subject To Modification exhibit to the Third Omnibus Claims Objection Order to show that Russell Reynolds claim will be modified to $77,708.66 rather than $98,607.73, as stated in the original exhibit to the Objection.

Please let me know if you have further questions or concerns regarding this matter.

Regards,
Allison

---

Allison K. Verderber Herriott
Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.; Suite 2100
Chicago, IL 60606
(312) 407-0868 (direct phone)
(312) 827-9332 (direct facsimile)

**From:** Charles E. Boulbol [mailto:rtrack@msn.com]
**Sent:** Wednesday, November 15, 2006 9:41 AM
**To:** Perl, Michael
**Subject:** RE: Russell Reynolds Stipulation

Mike: I confirm that all payments have been received. Thank you. I need a favor. I received a motion to re-classify my client's general unsecured claim and my e-mail to Delphi@skadden.com about it has not been responded to. The objection seeks to re-classify the amount of RRA's claim to $98,607.73. We believe that our claim only should be $77,708.66. I need someone to contact me to stipulate to the correct reduced amount and resolve the objection. We have no interest in having our claim amount greater than what we really are owed. Thank you for your assistance. Regards, ceb

Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, New York 10004
phone: (212) 825-9457 fax: (212) 825-9414
rtrack@msn.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent thereof, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us at 212-825-9457 (collect, if necessary). Thank you.

**From:** Perl, Michael [mailto:MPERL@skadden.com]
**Sent:** Monday, October 23, 2006 6:43 PM
**To:** Charles E. Boulbol
**Subject:** RE: Russell Reynolds Stipulation

Charles,

2/5/2007