In re Delphi Corporation, et al.                                    Third Omnibus Claims Objection

## EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | MODIFIED CLAIM AMOUNT | |
|---|---|---|---|---|---|---|
| RUSSELL REYNOLDS ASSOCIATES INC<br>CHARLES E BOULBOL PC<br>26 BROADWAY 17TH FL<br>NEW YORK, NY 10004 | 11812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 07/28/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$77,708.66<br>$77,708.66 |
| SCIENTIFIC TUBE INC<br>IRA P GOLDBERG<br>DI MONTE & LIZAK LLC<br>216 W HIGGINS RD<br>PARK RIDGE, IL 60068 | 4409 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br>$156,672.05<br>$156,672.05 | 05/02/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$156,672.05<br>$156,672.05 |
| SEAHORSE TRANSPORT INC<br>PO BOX 3767<br>BROWNSVILLE, TX 78523 | 32 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$200,000.00<br><br><br>$200,000.00 | 10/17/2005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$20,600.68<br>$20,600.68 |
| SELECOM S R L<br>VIA JF KENNEDY 47<br>20090 RODANO MILLEPINI MI<br>ITALY | 7122 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/30/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$227.69<br>$227.69 |
| SELECT SORTING SERVICES<br>97 GRATH CRESCENT<br>WHITBY, ON L1N 6N7<br>CANADA | 7704 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 06/09/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,589.78<br>$2,589.78 |
| SGS CANADA INC<br>PO BOX 4580 DEPT 5<br>TORONTO M5W 4W2<br>CANADA | 3783 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 05/01/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$30,026.83<br>$30,026.83 |
| SOLECTRON CORPORATION<br>SOLECTRON MANUFACTURA DE<br>MEXICO SA AND VARIOUS OF THEIR<br>AFFILIATES AND SUBSIDIARIES<br>LAWRENCE SCHWAB PATRICK<br>COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 10914 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br><br>$10,382,335.46<br>$10,382,335.46 | 07/26/2006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,382,335.46<br>$10,382,335.46 |