Alan D. Halperin (AH-8432)
Christopher J. Battaglia (CB-4436)
Ethan D. Ganc (EG-3842)
**HALPERIN BATTAGLIA RAICHT, LLP**
Attorneys for Eaton Hydraulics, Inc.
555 Madison Avenue - 9th Floor
New York, New York 10022
(212) 765-9100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., *et al*., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------x

### EATON HYDRAULICS, INC.'S RESPONSE TO DEBTORS' SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

| | |
|---|---|
| Claimant: | Eaton Hydraulics, Inc. |
| Claim No: | 11029 |
| Date Claim Filed: | August 2, 2006 |
| Asserted Claim Amount: | $1,865.03 |
| Basis For Debtor's Objection: | Books and Records Claim |
| Debtor's Proposed Treatment of Claim: | Disallow and Expunge |

For its response ("Response") to the Debtors' Seventh Omnibus Objection

(the "Objection") to its Claim No. 11029, Eaton Hydraulics, Inc. ("Eaton Hydraulics")

states as follows:

### BACKGROUND

1.    Eaton Hydraulics designs, manufactures and sells high-efficiency

hydraulic systems and components for use in mobile and industrial applications.  Mobile

and industrial markets including agriculture, automotive, construction, mining, forestry,

utility, material handling, earthmoving, truck and bus, machine tools, molding, primary metals, power generation, port machinery and entertainment.  Eaton Hydraulics and Delphi Corporation have business relations and as such there were and continue to be ongoing transactions between the two parties.

2.      As of the Debtors' petition date, Debtor Delphi Corp. was indebted to Eaton Hydraulics for goods sold in the aggregate amount of $1,865.03 (the "Claim").

3.      On July 2, 2006, Eaton Hydraulics timely filed its Proof of Claim No. 11029, together with attached invoices and other documents, evidencing the amount of the Claim.

**<u>RESPONSE</u>**

4.      In the Objection, the Debtors allege that their books and records indicate that the Claim is incorrect in amount.  Eaton Hydraulics disputes the Debtors' allegation, which fails to meet Debtors' burden in challenging Proof of Claim No. 11029, which is prima facie evidence of the Claim pursuant to Bankruptcy Rule 3001(f).

5.      The Claim is supported by invoices, accounts receivable reports and other documents, which documents were attached to Proof of Claim No. 11029 as filed.  Thus, Eaton Hydraulics has sustained its minimal burden under Bankruptcy Code sections 501 and 502 and Bankruptcy Rules 3001 and 3003.

6.      In light of Eaton Hydraulics's proper documentation of the Claim, Proof of Claim No. 11029 should be deemed prima facie proof of the Claim in accordance with Bankruptcy Rule 3001(f).  The Debtors have not proffered any evidence in rebuttal of the prima facie proof of the Claim.  The Objection should be overruled accordingly.

2

WHEREFORE, for the foregoing reasons, the Objection should be overruled and the Claim should be allowed in the amount of $1,865.03.

Dated: New York, New York
         February 6, 2007

Eaton Hydraulics, Inc.

*/s/ Alan D. Halperin*
Alan D. Halperin
**HALPERIN    BATTAGLIA    RAICHT, LLP**
Alan D. Halperin (AH-8432)
Christopher J. Battaglia (CB-4436)
Ethan D. Ganc (EG-3842)
555 Madison Avenue – 9th Floor
New York, NY 10022
(212) 765-9100

and

David M. Neumann
Stuart A. Laven, Jr.
Benesch Friedlander Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH  44114-2378
(216) 363-4500

Attorneys for Eaton Hydraulics, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

In re:

DELPHI CORPORATION., *et al.*,

                    Debtors.

---------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

State of New York    )
                        )    ss.:
County of New York  )

## **AFFIDAVIT OF SERVICE**

Sydia N. Cooper, being duly sworn, deposes and says:

I am not a party to the action.  I am over the age of eighteen years and reside in Brooklyn, New York.

On February 6, 2007, I served a copy of Eaton Hydraulics, Inc.'s Response to Debtors' Seventh Omnibus Objection to Certain Claims by causing true and correct copies of the same to be sent to the persons on the attached list in the manner set forth on the following page.

                                              */s/ Sydia N. Cooper*
                                            Sydia N. Cooper

Sworn to before me this 6th
day of February 2007.

  */s/ Neal W. Cohen*
NOTARY PUBLIC
Neal W. Cohen
State of New York
No. 02CO5056426
Qualified in Nassau County
Commission Expires March 4, 2010

4

Copy in Paper Form by Federal Express to:

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Attn:   John Wm. Butler, Jr.
        John K. Lyons
        Randall G. Reese


Copy in Paper Form by First Class, United States Mail to:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Attn: General Counsel