# UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|  |  |
|---|---|
| In Re: | Case No. 05-44481-rdd |
| DELPHI CORP., | |
|  | Chapter 11 |
| Debtor. | |

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

Jean L. Guerrier, being duly sworn, deposes and says:

1. I am over 18 years of age and reside in Nassau County, NY.

2. On February 7, 2007, true and correct copies of the following were caused to be served, on the parties listed on the attached Service List via first class mail, in the above captioned proceeding:

i. *(FULL TRANSFER) Transfer of claim #11567 (claim amount $24,141.71), from ON Semiconductor Components Industries LLC to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD,* **AND**

ii. *(FULL TRANSFER) Transfer of claim #11568 (claim amount $30,102.47), from ON Semiconductor Components Industries LLC to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD*

**Dreier LLP**

By: _/s/Jean L. Guerrier____
**Jean L. Guerrier**

**Sworn to before me this**
**7TH day of February, 2007.**

*/s/ Lori Rudolph*
**Notary Public**
**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2010**

{00225980.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098

**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner

**Kurtzman Carson Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036

**ON Semiconductor Components**
Industries LLC
5005 East McDowell Road
Phoenix, Arizona 85008
Attn: Legal Department c/o Judy Boyle

**Quarles & Brady**
2 North Central Avenue
Phoenix, Arizona 85004
Attn: Scott Goldberg, Esq.

{00225980.DOC;}