# Kenneth Mason



January 16th, 2007

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408
USA


Attention: Clerk of the Bankruptcy Court

    Re: In re Delphi Corporation
        Chapter 11
        Case No. 05-44481 (RDD)


Dear Sirs,

Enclosed please find our firm's Affidavit of Ordinary Course Professional to be filed in relation to the above captioned matter pursuant to court order.

A stamped, self addressed envelope and a copy of the affidavit are enclosed. Please return to the undersigned a date-stamped copy of the Affidavit using the enclosed self-addressed envelope.

Copies of the Affidavit have been sent to the following:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

# Kenneth Mason



United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Truly Yours

Anthea Hatton Mason

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
           In re                                      :   Chapter 11
                                                      :
DELPHI CORPORATION, et, al.,                          :   Case No. 05-44481 (RDD)
                                                      :
                      Debtors.                        :   (Jointly Administered)
------------------------------------------------------x

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

UNITED KINGDOM     )
                   ) ss:
HAMPSHIRE          )

           Anthea Hatton Mason, being duly sworn, deposes and says:

1. I am a principal of Kenneth Mason Publications Limited ("KMP") which firm maintains offices at The Book Barn, White Chimney Row, Westbourne, Emsworth, Hampshire PO10 8RA, UK.

2. Neither I, "KMP", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. KMP, has represented and advised the Debtors in publication with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and KMP has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. &&101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and KMP proposes, to render the following services to the Debtors:   **Publishing Research Disclosures.**

5. KMP's current fees arrangement is $120 per page published.

6. Except as set forth herein, no promises have been received by KMP or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. KMP has no agreement with any entity to share with such entity any compensation received by KMP.

8. KMP and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. KMP does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

1

9. Neither I, KMP, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which KMP is to be engaged.

10. The foregoing constitutes the statement of KMP pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

Anthea Hatton Mason

Subscribed and sworn before me
this 16th day of January, 2007

Notary Public   COMMISSIONER FOR OATHS

David M. Prew F.Inst.L.Ex
Legal Executive
Belcher Frost
Solicitors
3 West Street
Emsworth, Hampshire
PO10 7DX

## CERTIFICATE OF SERVICE

Anthea Hatton Mason, director, hereby certifies that on January 16th 2007, served a copy of the Affidavit of Non Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Dated 16th January 2007

Anthea Hatton Mason
The Book Barn, White Chimney Row, Emsworth
Hampshire PO10 8RS, UK. ph: +44 1243 377977

Sworn before me this
16th day of January, 2007.

_____
Notary Public  COMMISSIONER FOR OATHS

David M. Prew F.Inst.L.Ex
Legal Executive
Belcher Frost
Solicitors