# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

In re:                                                    In Proceedings For A
                                                          Reorganization Under
**DELPHI CORPORATION, et al,**                            Chapter 11
                                                          Case No.: 05-44481
                                                          Jointly Administered

Debtors.

-----------------------------------------------------------------------X

**Claim Nos.: 7706**

<u>NOTICE</u> OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001** (e)(2) or (4))

To: (Transferor)          Hennessey Capital Solutions
                          Assignee Plastic Solutions Inc.
                          23261 Woodward Ave.
                          Huntington Woods, MI  48070-1362
                          Attn:  Bob Tennyson

The transfer of your claim as shown above, in the amount of **$50,895.80** has been transferred (unless previously expunged by court order) to:

                          Amroc Investments, LLC
                          535 Madison Avenue, 15th Floor
                          New York, New York 10022
                          Attn : David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:
                  UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF NEW YORK
                  ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
                  NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                    CLERK OF THE COURT
_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____

                          _____
                          Deputy Clerk