**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                                          In Proceedings For A
                                                                                                    Reorganization Under
       **DELPHI CORPORATION, et al,**                      Chapter 11
                                                                                                    Case No.: 05-44481
                                                                                                    Jointly Administered

       Delphi Automotive Systems
                      Debtors.                                   Case No.: 05-44640

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

       Amroc Investments, LLC
       535 Madison Avenue, 15th Floor
       New York, New York 10022
       Attention: David S. Leinwand, Esq.

A transfer in the amount of **$369,980.10** from:

       MONTGOMERY CNTY SAN. ENG. DEP OH (Transferor)
       1850 SPAULDING ROAD
       P.O. BOX 817601
       DAYTON, OH  45481-7601
       Attention: JOHN PARKS

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                      Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                             _____
                                                    Deputy Clerk