IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No.05-44481 (RDD) |
| DELPHI CORPORATION, et al., ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

**RESPONSE OF CONTRARIAN FUNDS, LLC, AS ASSIGNEE TO FERRO CORPORATION, TO DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502 (b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, AND (C) UNTIMELY CLAIMS**

CONTRARIAN FUNDS, LLC ("Contrarian"), as assignee to FERRO CORPORATION ("Ferro") with respect to Proof of Claim No. 9954 ("PoC 9954"), hereby submits this response (the "Response") to the Debtors' seventh omnibus claims objection (the "Claims Objection") and in support thereof states as follows:

1. This Response pertains to the claim identified in the Claims Objection as follows:

| Date Filed | Claim No. | Asserted Claim Amount | Basis for Objection | Treatment of Claim |
|---|---|---|---|---|
| 7/19/2006 | 9954 | $4,600.00 | Exhibit B-1 Books and Records Claims | Disallow and Expunge |

2. On or about July 19, 2006, Ferro filed PoC 9954, to which a statement of account was attached showing the invoice numbers, invoice dates and amounts underlying the claim asserted in PoC 9954. PoC 9954 is annexed hereto as Exhibit A.

3. PoC 9954 was timely filed before the bar date in the Debtors' cases of July 31, 2006.

4. After Ferro filed PoC 9954, the Debtors requested a copy of supporting documentation with respect to the claim asserted therein. Accordingly, Contrarian provided copies of each invoice identified in PoC 9954. Those invoices are annexed hereto as Exhibit B.

5. Despite this, the Debtors have objected to PoC 9954 without specifying the basis for doing so, other than based on "books and records."

6. The Claims Objection does not adequately state the Debtors' objection. Although the stated reason for the dispute is a vague "books and records" claim, the objection (a) did not contain an individual discussion about PoC 9954; (b) did not challenge the legitimacy or accuracy of the supporting documentation attached to PoC 9954 and subsequently provided to the Debtors (and attached as Exhibit B); and (c) did not challenge the timely filing of this claim.

7. Moreover, the Debtors failed to meet their burden of proof to controvert the prima facie validity of PoC 9954 because they introduced no evidence including any declaration verifying the allegations contained in the Claims Objection.

8. Contrarian holds a valid claim against the Debtors in the amount of $4,600.00. Thus, PoC 9954 should be allowed in the full amount of $4,600.00.

WHEREFORE, Contrarian respectfully requests that the Court overrule the Claims Objection with respect to PoC 9954 and allow PoC 9954 in full.

        Respectfully submitted,

        Contrarian Funds, LLC

        By: Contrarian Capital Management, LLC as Manager

By: _____
Name: Janice M. Stanton
Title: MEMBER

- 2 -

# Exhibit A

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

Name of Debtor: Delphi Corporation
Case Number: 05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Ferro Corporation

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
1000 Lakeside Ave
Cleveland, OH 44114

Telephone number: 216-875-6201

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

Claim #09954
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

**Received**
JUL 28 2006
Kurtzman Carson

Account or other number by which creditor identifies debtor:

Check Here ☐ replaces  ☐ amends  a previously filed claim, dated: _____

1. **Basis for Claim**
   ☒ Goods Sold / Services Performed
   ☐ Customer Claim
   ☐ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)    (date)

2. Date debt was incurred: 9/5/2005 through 9/28/2005

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 4,600.00 _____ _____ $4,600.00
   (unsecured)  (secured)  (priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. Unsecured Nonpriority Claim $ 4,600.00
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 7/18/2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
DA McDowell, D.A. McDowell, Corporate Credit Manager

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



054448106071 9000000000023

**Delphi Packard Electric**
5245 S. Prospect Street
Ravenna, OH 44266
6-Oct-05
A/C # 1505010

|  | Invoice # | Invoice date | Amount |
|---|---|---|---|
| Invoice | 90371322 | 9/5/2005 | 2,125.00 |
| Invoice | 90357688 | 9/20/2005 | 350.00 |
| Invoice | 90378444 | 9/28/2005 | 2,125.00 |
|  | Total |  | 4,600.00 |

# Exhibit B

**⊘FERRO**

Chemicals US
PO Box 147000
CLEVELAND OH  44114-7000
USA
Phone: 800-321-9942        Fax:  216-750-1419

**INVOICE**                                      Page: 1 / 1

Ferro Invoice Number:    90371322  Date: 09/06/2005
Your Purchase Order No: PEDP4950044
Ferro Order No:   538127

| Bill To: | 1505010 | Ship To: | 1505010 |
|---|---|---|---|
| Delphi Packard Electric (pad)<br>5245 S. Prospect Street<br>Ravenna OH  44266 | | Delphi Packard Electric (pad)<br>5245 S. Prospect Street<br>Ravenna OH  44266 | |

| Shipping Plant: | US17 | Payment Terms: | Net 30 Days |
|---|---|---|---|
| Cleveland Wayside Plant<br>1660 Wayside Road<br>CLEVELAND OH  44112<br>USA | | Delivery Terms (INCO 2000): EXW  Ferro Plant<br>Carrier:                              The Connection | |

| Item | Ref. No.<br>Material No. | Ferro<br>Net Qty. | Description<br>UOM | Pieces | Net Qty./<br>Pkg. | UOM | Net Price/ Unit<br>(USD) | Total Value<br>(USD) |
|---|---|---|---|---|---|---|---|---|
| 10 | 80842195 | 1313224 | Zn Stearate 8 Prill 25x50 Lb Bag | | | | | |
| | | 2,500.00 | LB | 50.00 | 50.00 | LB | 0.850<br>LB | 2,125.00 |
| | | Ship Date:  09/06/2005<br>Your material number:  M3403002<br>Batch No.: 070705599 | | | | | | |

**Billing information**
Do Not Mail Invoice.  Customer pays on receipt of delivery.

| Thank you for your order. | Total Value of Goods & Services: | 2,125.00 |
|---|---|---|
| Please contact your Ferro representatives<br>as listed below should you require further<br>assistance. | Freight, Handling and Insurance Charges: | 0.00 |
| | Sales Tax Applicable: | 0.00 |
| | Total Amount Due: | 2,125.00 |

| Remit To: | | Your Ferro Customer Service Rep: |
|---|---|---|
| Ferro Corporation<br>PO Box 5831<br>Cleveland, OH 44193-1022 | | Barbara Turner<br>Phone: 8003219942<br>Fax:    2167501419 |

**TERMS & CONDITIONS OF SALE ARE STATED ON THE REVERSE SIDE HEREOF**

**FERRO**

Chemicals US
PO Box 147000
CLEVELAND OH  44114-7000
USA
Phone: 800-321-9942     Fax:  216-750-1419

**Debit memo**

Page: 1 /  1

Ferro Invoice Number:     90375688  Date: 09/20/2005
Original Order Number:       496571       Date: 05/03/2005
Your Purchase Order No: PEDP4950044

| Bill To: | 1505010 | Ship To: | 1505010 |
|---|---|---|---|
| Delphi Packard Electric (pad)<br>5245 S. Prospect Street<br>Ravenna OH  44266 | | Delphi Packard Electric (pad)<br>5245 S. Prospect Street<br>Ravenna OH  44266 | |

| Shipping Plant: | US17 | Payment Terms: | Net 30 Days |
|---|---|---|---|
| Cleveland Wayside Plant<br>1660 Wayside Road<br>CLEVELAND OH  44112<br>USA | | | |

| Item | Ref. No. | Ferro Material No. | Description Net Qty. | UOM | Net Qty./ Places | Pkg. | UOM | Net Price/ Unit (USD) | Total Value (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 70006652 | 1313224 | Zn Stearate 8 Prill 25x50 Lb Bag | | | | | | |
| | | | 2,500.00 | LB | 50.00 | 50.00 | LB | 0.140 LB | 350.00 |
| | | | Your material number: | M3403002 | | | | | |

**Billing information**
Debit chargeback on wire transfer #20050811010489 dated
8-11-05 to adjust pricing effective 6-15-05 to $.85/lb. against
invoice #90346182 dated 6-14-05

| Thank you for your order. | Total Value of Goods & Services: | 350.00 |
|---|---|---|
| Please contact your Ferro representatives as listed below should you require further assistance. | Freight, Handling and Insurance Charges: | 0.00 |
| | Sales Tax Applicable: | 0.00 |
| | Total Amount Due: | 350.00 |

| Remit To: | | Your Ferro Customer Service Rep: |
|---|---|---|
| Ferro Corporation<br>PO Box 5831<br>Cleveland, OH 44193-1022 | | Barbara Turner<br>Phone: 8003219942<br>Fax:   2167501419 |

**TERMS & CONDITIONS OF SALE ARE STATED ON THE REVERSE SIDE HEREOF**

**⊘ FERRO**

Chemicals US
PO Box 147000
CLEVELAND OH  44114-7000
USA
Phone: 800-321-9942        Fax:  216-750-1419

INVOICE

Page: 1 / 1

Ferro Invoice Number:    90378444  Date: 09/28/2005
Your Purchase Order No: PEDP4950044
Ferro Order No:    551437

| Bill To: | 1505010 | Ship To: | 1505010 |
|---|---|---|---|
| Delphi Packard Electric (pad)<br>5245 S. Prospect Street<br>Ravenna OH  44266 | | Delphi Packard Electric (pad)<br>5245 S. Prospect Street<br>Ravenna OH  44266 | |

| Shipping Plant: | US17 | Payment Terms: | Net 30 Days |
|---|---|---|---|
| Cleveland Wayside Plant<br>1660 Wayside Road<br>CLEVELAND OH  44112<br>USA | | Delivery Terms (INCO 2000): EXW   Ferro Plant | |
| | | Carrier: | The Connection |

| Item | Ref. No. | Ferro Material No. | Description | Net Qty. | UOM | Pieces | Net Qty./Pkg. | UOM | Net Price/Unit (USD) | Total Value (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 80858417 | 1313224 | Zn Stearate 8 Prill 25x50 Lb Bag | 2,500.00 | LB | 50.00 | 50.00 | LB | 0.850 LB | 2,125.00 |
| | | | Ship Date: 09/28/2005<br>Your material number: M3403002<br>Batch No.: 070809599 | | | | | | | |

Billing information
Do Not Mail Invoice.  Customer pays on receipt of delivery.

| Thank you for your order. | Total Value of Goods & Services: | 2,125.00 |
|---|---|---|
| Please contact your Ferro representatives as listed below should you require further assistance. | Freight, Handling and Insurance Charges: | 0.00 |
| | Sales Tax Applicable: | 0.00 |
| | Total Amount Due: | 2,125.00 |

| Remit To: | | Your Ferro Customer Service Rep: |
|---|---|---|
| Ferro Corporation<br>PO Box 5831<br>Cleveland, OH  44193-1022 | | Barbara Turner<br>Phone: 8003219942<br>Fax:  2167501419 |

**TERMS & CONDITIONS OF SALE ARE STATED ON THE REVERSE SIDE HEREOF**