

5784 Widewaters Parkway, Dewitt, NY 13214
Post Office Box 4780, Syracuse, NY 13221
315-449-5752 / 315-449-5770 (Fax)

January 29, 2007

United States Bankruptcy Court
Delphi Corporation Claim Docketing Center
Bowling Green Station PO Box 5058
New York NY 10274-5058

Our Insured:   Arthur Pawlowski
Date of loss:  08/12/05
Our Claim#:    331AF391240

Dear Court:

We are withdrawing our proof of claim as we received payment on this claim.

Sincerely,

Candice Brummer
Subrogation Specialist



UNITRIN Kemper
AUTO AND HOME
Post Office Box 4780
Syracuse, NY 13221-4780

United States Bankruptcy Court
Delphi Corporation Claims Docketing Center
Bowling Green Station PO Box 5058
New York NY 10274-5058