# RICH, CRITES & DITTMER, LLC

JEFFREY A. RICH*†
D. MICHAEL CRITES
JEFFREY A. DITTMER
MARK E. PHILLIPS≠
MARK H. GILLIS
BRANDY M. MAAS‡
JOSEPH SCHMANSKY

OF COUNSEL
JAMES R. GORRY†
R. LAMONT KAISER
KENNETH J. MOLNAR
LEON DAVID BASS
JEFFREY H. JORDAN

Attorneys at Law
300 East Broad Street, Suite 300
Columbus, Ohio 43215-3452
Telephone: 614-228-5822

www.RichCrites.com
Writer's Email: mcrites@richcrites.com

Branch Offices in
Delaware and Galena, Ohio

*ALSO ADMITTED FLORIDA BAR
†ALSO ADMITTED ARIZONA BAR
‡ALSO ADMITTED CALIFORNIA BAR
≠ALSO ADMITTED W. VA. BAR

Writer's Direct Fax: 614-540-7468

February 2, 2007

Clerk of Courts
United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
One Bowling Green
Room 534
New York, NY 10004-1408

Re: United States Bankruptcy Court In re Delphi Corporation, et al.
Chapter 11; Case No.: 05-44481 (RDD)

Dear Clerk of Courts:

Enclosed herewith please find the original document: South-Western City School District Board of Education's Response to Debtors' Seventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. 502 (b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, and (C) Untimely Claims, along with a 3.5 disk containing the same. Please file the aforementioned document with the Court.

Very Truly Yours,

Kristina M. McNeish
Paralegal to Jeffrey A. Rich

Enclosures
cc: Delphi Automotive Systems, LLC
    Kurtzman Carson Consultants, LLC
    United States Trustee
    John Wm. Butler, Jr.
    John K. Lyons
    Randall G. Reese
    The Honorable Robert D. Drain
    File



Hearing Date and Time: February 15, 2007 at 10:00 a.m.
Response Date and Time: February 8, 2007 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

SOUTH-WESTERN CITY SCHOOL DISTRICT BOARD OF EDUCATION'S RESPONSE TO DEBTORS' SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, AND (C) UNTIMELY CLAIMS.

Debtors' request for an entry of an order pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007(a) disallowing and expunging the proof of claim submitted by the Board of Education of the South-Western City School District should be denied for the reasons set forth in the following Memorandum in Opposition.

Respectfully submitted,

Jeffrey A. Rich  (#0017495)
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, Ohio 43215
Telephone: (614) 228-5822
Facsimile: (614) 540-7467
E-mail: jrich@richcrites.com
Attorney for Claimant South-Western City
School District Board of Education



## MEMORANDUM IN OPPOSITION

### I. Background

On October 8 and 14, 2005, Delphi Corporation and certain of its United States affiliates (collectively referred to herein as "Debtors") filed in the United States Bankruptcy Court, Southern District of New York, voluntary petitions for reorganization pursuant to Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended.

On July 28, 2006, the South-Western City School District Board of Education (referred to herein as "Claimant") filed a Proof of Claim with this Court for all real property taxes accruing in tax year 2006, namely June 20, 2006, in the aggregate amount of $164,519.24.

Subsequent thereto, on January 17, 2007, Debtors filed the instant Debtors' Seventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, and (C) Untimely Claims (referred to herein as "Seventh Omnibus Claims Objection"). According to the Notice of Objection to Claim dated January 17, 2007, Debtors are requesting that Claimant's Proof of Claim be disallowed and expunged on the basis of a books and records claim, which is defined in the Seventh Omnibus Claims Objection as a claim asserting liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

### II. Analysis

Claimant's Proof of Claim submitted on July 28, 2006, identifies an amount due and owing Claimant in the amount of $164,519.24 for real property taxes becoming due and payable on June 20th, 2006, also referred to as taxes due for the second half of 2005. In accordance with the tax duplicates for real estate taxes for the second half of 2005, attached herein as Exhibits A and B,

Debtors real property taxes due for the second half of 2005 in Franklin County are in the amount of $7,678.74 (Columbus-Southwestern C.S.) and $293,157.48 (Franklin Township), respectively, for a total amount due and owing Franklin County of $300,836.22. Claimant is entitled to a portion of those taxes due and owing in the amount of $6,252.57 (Columbus-Southwestern C.S.) and $158,266.67 (Franklin Township), for a total amount due and owing Claimant of $164,519.24.

On January 23, 2007, Debtors submitted payment in the amount of $176,396.25 to the Franklin County Treasurer as payment for real property taxes incurred for the first half of 2006, as identified in the Bankruptcy Module, attached hereto as Exhibit C. As identified in Exhibit C, the Franklin County Treasurer filed a Proof of Claim on July 28, 2006, in the amount of $300,836.22, for real property taxes incurred the second half of 2005. Thus, Debtors' payment received on January 23, 2007, only satisfies the _current_ taxes due and payable for the first half of 2006 while the taxes due for the second half of 2005, as identified in Claimant's Proof of Claim, remain unsatisfied. In addition, as identified in Exhibit C, Debtors also now have an outstanding balance of $7,520.91 for penalties and fees accrued for its failure to satisfy the delinquent taxes identified in the Proof of Claim submitted by both the Claimant and the Franklin County Treasurer.

### III. Conclusion

Based upon the foregoing, the Debtors' request for an entry of an order pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007(a) disallowing and expunging the proof of claim submitted by the Board of Education of the South-Western City School District should be denied

WHEREFORE, the Board of Education of the South-Western City School District respectfully requests that the Debtors' request be denied.

Respectfully submitted,

_____
Jeffrey A. Rich  (#0017495)
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, Ohio 43215
Telephone: (614) 228-5822
Facsimile: (614) 540-7467
E-mail: jrich@richcrites.com
Attorney for Claimant South-Western City
School District Board of Education

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served via United States mail, postage prepaid, on this ___2nd___ day of February, 2007, upon the following:

Delphi Automotive Systems, LLC
5725 Delphi Drive
Troy, MI 48098
Tax ID: 38-3431131

Kurtzman Carson Consultants, LLC
12910 Culver Blvd., Suite I
Los Angeles, CA 90066

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606-1285

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606-1285

Randall G. Reese
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606-1285

Clerk of Courts
United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
One Bowling Green
Room 534
New York, NY 10004-1408

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 610
New York, NY 10004

_____
Jeffrey A. Rich  (#0017495)

| Homestead Exemption | 614-462-3240 | AR – | Agriculture | UC – | Unpaid Current Tax |
| Property Valuation | 614-462-4663 | | Recoupment | | SPECIAL ASSESSMENTS |
| Special Assessments | 614-462-3205 | AT – | Adjusted Current Tax | DM – | Ditch Maintenance |
| | 614-221-8124 | CT – | Net Current Tax | LR – | Light Rental |
| | | DT – | Delinquent Tax | LT – | Lights |
| ASSESSED VALUATIONS | | DR – | Delinquent Agr. Recoupment | MS – | Miscellaneous |
| % OF MARKET VALUE | | | | SD – | Sidewalk |
| B – Building   H – Homestead | | HS – | Homestead Reduction | SR – | Delinquent Sewer Rental |
| L – Land       S – Subtotal   T – Total | | | | SS – | Storm Sewer |
| | | IT – | Interest on Tax | ST – | Street |
| TAX RATES | | IR – | Interest on Agr. Recoupment | SW – | Sewer |
| ORIG. – Original Voted Millage | | | | WM – | Water Main |
| RF – Composite Reduction Factor | | OT – | Original Current Tax | WT – | Delinquent Water |
| YQ – Year First Delinquent | | PR – | Penalty on Agr. Recoupment | WC – | Weed Cutting |
| | | | | CD – | Community District |
| MAKE CHECKS PAYABLE TO: | | PT – | Penalty Tax | FA – | False Alarm |
| | | RA – | General Reduction Amount | SI – | Special Improvement District |
| RICHARD CORDRAY | | | | WW – | Weed & Waste Removal |
| FRANKLIN COUNTY TREASURER | | RB – | 10% ROLLBACK | WR – | Waste Removal |
| 373 South High Street, 17th Floor | | SB – | 2 1/2% ROLLBACK | | |
| Columbus, Ohio 43215-6306 | | | | | |

PAYMENT HOURS DURING COLLECTION    Active Duty Military personnel may qualify for more time
8:00 A.M. – 4:00 P.M.                              to pay their taxes. Call 614-462-3431.
www.franklincountyohio.gov/treasurer

(1) NOTICE: If taxes are not paid within one year from the date they are due, property is subject to foreclosure for tax delinquency.
(2) NOTICE: If the taxes charged against this parcel have been reduced by the 2-1/2 per cent tax reduction for residences occupied by the owner but the property is not a residence occupied by the owner, the owner must notify the county auditor's office not later than March 31 of the year following the year for which the taxes are due. Failure to do so may result in the owner being convicted of a fourth degree misdemeanor, which is punishable by imprisonment up to 30 days, a fine up to $250, or both, and in the owner having to repay the amount by which the taxes were erroneously or illegally reduced, plus any interest that may apply. If the taxes charged against this parcel have not been reduced by the 2-1/2 per cent tax reduction and the parcel includes a residence occupied by the owner, the parcel may qualify for the tax reduction. To obtain an application for the tax reduction or further information, the owner may contact the county auditor's office at 373 South High Street, 20th Floor, Columbus, Ohio 43215. Phone 614/462-4663.

**INTEREST:**
Interest is charged against delinquent real estate taxes twice each year, as follows:
1. On first day of the month following close of 2nd-half collection interest is charged against all prior year delinquent taxes, excluding current taxes billed during present calendar year.
2. On December 1 of each year, interest is charged against all delinquent taxes unpaid as of December 1.

**PENALTIES:**
A late payment penalty of 5% is assessed against current taxes when full payment is made within 10 days after tax collection deadline, 10% thereafter.
However, if 1st- and 2nd-half current taxes are unpaid at 2nd-half deadline, the applicable penalty is assessed against total unpaid current taxes, including the 1st-half penalty.

---

## Real Estate Taxes for 2nd Half of 2005    DUPL: 06/28/06    2-04

**RICHARD CORDRAY**
**Franklin County Treasurer**

| VALUATIONS | FULL YEAR CURRENT TAXES | 2ND-HALF TAXES | SPECIAL ASSESSMENTS | DIST/PARCEL NUMBER |
|---|---|---|---|---|
| L-  128450 | OT  11078.82 | CT-  3324.13 | | 570-216484-00 |
| B-       0 | RA  -2412.34 | UC-  3324.13 | | |
| T-  128450 | AT   8666.48 | DT-     0.00 | | 2ND HALF TAX |
| H-       0 | RB      0.00 | PT-  1030.48 | 10% | 7678.74 |
| | HS      0.00 | IT-     0.00 | | |
| | SB      0.00 | AR-     0.00 | | PAYMENT DUE DATE: |
| | CT   8666.48 | | AS of July 1st | Jun 20, 2006 |

TAX RATES
ORIG  86.25
RF   .217744

BANK:           STUB: 468556-1              570-0019D  -052-01  B-EXCPTN
OWNR:   DELPHI AUTOMOTIVE SYSTEMS           BROAD & GEORGESVI    *CDQ*
        L L C AFDT                          PT LOT 14
                                            9.054 ACRES

DELPHI AUTOMOTIVE SYSTEMS
L L C AFDT
5725 DELPHI DR                              EFFECTIVE TAX RATE   67.469618
TROY MI  48098

COLUMBUS-SOUTHWESTERN C.S

MAKE CHECKS PAYABLE TO: RICHARD CORDRAY, FRANKLIN COUNTY TREASURER

| VALUATIONS | FULL YEAR CURRENT TAXES | 2ND-HALF TAXES | SPECIAL ASSESSMENTS | DIST/PARCEL NUMBER |
|---|---|---|---|---|
| L-  128450 | OT  11078.82 | CT-  3324.13 | | 570-216484-00 |
| B-       0 | RA  -2412.34 | UC-  3324.13 | | |
| T-  128450 | AT   8666.48 | DT-     0.00 | | 2ND HALF TAX |
| H-       0 | RB      0.00 | PT-  1030.48 | 10% | 7678.74 |
| | HS      0.00 | IT-     0.00 | | |
| | SB      0.00 | AR-     0.00 | | PAYMENT DUE DATE: |
| | CT   8666.48 | | AS of July 1st | Jun 20, 2006 |

TAX RATES
ORIG  86.25
RF   .217744

OWNR:   DELPHI AUTOMOTIVE SYSTEMS   Portion Due SWCS Board of Education : # 6,852.57
        L L C AFDT
        1021648400570468556800076874000767874B

DELPHI AUTOMOTIVE SYSTEMS
L L C AFDT
5725 DELPHI DR                              DUPL: 06/28/06        B-EXCPTN
TROY MI  48098                              STUB: 468556-1        BANK:

STUB


EXHIBIT A

| omestead Exemption | 614-462-3240 | AR – | Agriculture | UC – Unpaid Current Tax | (1) NOTICE: If taxes are not paid within one year from the date they are due, property is |
|---|---|---|---|---|---|
| operty Valuation | 614-462-4663 | | Recoupment | | subject to foreclosure for tax delinquency. |
| ocial Assessments | 614-462-3205 | AT – | Adjusted Current | SPECIAL ASSESSMENTS | (2) NOTICE. If the taxes charged against this parcel have been reduced by the 2-1/2 per |
| ax | 614-221-6124 | | Tax | DM – Ditch Maintenance | cent tax reduction for residences occupied by the owner but the property is not a residence |
| | | CT – | Net Current Tax | LR – Light Rental | occupied by the owner, the owner must notify the county auditor's office not later than |
| SSESSED VALUATIONS | | DT – | Delinquent Tax | LT – Lights | March 31 of the year following the year for which the taxes are due. Failure to do so may |
| 5% OF MARKET VALUE | | DR – | Delinquent Agr. | MS – Miscellaneous | result in the owner being convicted of a fourth degree misdemeanor, which is punishable by |
| – Building H – Homestead | | | Recoupment | SD – Sidewalk | imprisonment up to 30 days, a fine up to $250, or both, and in the owner having to repay |
| – Land    S – Subtotal    T – Total | | HS – | Homestead | SR – Delinquent Sewer Rental | the amount by which the taxes were erroneously or illegally reduced, plus any interest that |
| | | | Reduction | SS – Storm Sewer | may apply. If the taxes charged against this parcel have not been reduced by the 2-1/2 per |
| AX RATES | | IT – | Interest on Tax | ST – Street | cent tax reduction and the parcel includes a residence occupied by the owner, the parcel |
| RIG. – Original Voted Millage | | IR – | Interest on Agr. | SW – Sewer | may qualify for the tax reduction. To obtain an application for the tax reduction or further |
| .F. – Composite Reduction Factor | | | Recoupment | WM – Water Main | information, the owner may contact the county auditor's office at 373 South High Street, |
| DQ – Year First Delinquent | | OT – | Original Current Tax | WT – Delinquent Water | 20th Floor, Columbus, Ohio 43215. Phone 614/462-4663. |
| | | PR – | Penalty on Agr. | WC – Weed Cutting | INTEREST: |
| | | | Recoupment | CD – Community District | Interest is charged against delinquent real estate taxes twice each year, as follows: |
| AAKE CHECKS PAYABLE TO: | | PT – | Penalty Tax | FA – False Alarm | 1. On first day of the month following close of 2nd-half collection interest is charged against |
| | | RA – | General Reduction | SI – Special Improvement District | all prior year delinquent taxes, excluding current taxes billed during present calendar year. |
| RICHARD CORDRAY | | | Amount | WW – Weed & Waste Removal | 2. On December 1 of each year, interest is charged against all delinquent taxes unpaid as |
| FRANKLIN COUNTY TREASURER | | RB – | 10% ROLLBACK | WR – Waste Removal | of December 1. |
| 373 South High Street, 17th Floor | | SB – | 2 1/2% ROLLBACK | | PENALTIES: |
| Columbus, Ohio 43215-6306 | | | | | A late payment penalty of 5% is assessed against current taxes when full payment is |
| AYMENT HOURS DURING COLLECTION | | Active Duty Military personnel may qualify for more time | | | made within 10 days after tax collection deadline, 10% thereafter. |
| 8:00 A.M. – 4:00 P.M. | | to pay their taxes. Call 614-462-3431. | | | However, if 1st-and 2nd-half current taxes are unpaid at 2nd-half deadline, the |
| www.franklincountyohio.gov/treasurer | | | | | applicable penalty is assessed against total unpaid current taxes, including the 1st-half penalty. |

**Real Estate Taxes for 2nd Half of 2005**    DUPL: 06/28/06    2-04    RICHARD CORDRAY
Franklin County Treasurer

```
  VALUATIONS        FULL YEAR CURRENT TAXES    2ND-HALF TAXES       SPECIAL ASSESSMENTS       DIST/PARCEL NUMBER
L- 1752450          OT   408337.40           CT-126908.00
B- 2284100          RA   -77470.12           UC-126908.00                                     140-003620-00
T- 4036550          AT   330867.28           DT-      0.00
H-       0          RB        0.00           PT-  39341.48
                    HS        0.00           IT-      0.00                                    2ND HALF TAX
                    SB        0.00           AR-      0.00            10%
                    CT   330867.28                                                            293157.48

  TAX RATES                                                                                   PAYMENT DUE DATE:
ORIG 101.16                                                           As of July 1st
RF    .189721                                                                                 Jun 20, 2006

BANK:              STUB:370484-6                             140-0019D      -052-00   B-EXCPTN
OWNR:    DELPHI AUTOMOTIVE SYSTEMS                           200 GEORGESVILLE         *CDQ*
         L L C AFDT                                          LOT 14
                                                             113.794 ACRES
DELPHI AUTOMOTIVE SYSTEMS
L L C AFDT
5725 DELPHI DR                                               EFFECTIVE TAX RATE     81.967840
TROY MI    48098
```

FRANKLIN TOWNSHIP

MAKE CHECKS PAYABLE TO: RICHARD CORDRAY, FRANKLIN COUNTY TREASURER

```
  VALUATIONS        FULL YEAR CURRENT TAXES    2ND-HALF TAXES       SPECIAL ASSESSMENTS       DIST/PARCEL NUMBER
L- 1752450          OT   408337.40           CT-126908.00
B- 2284100          RA   -77470.12           UC-126908.00                                     140-003620-00
T- 4036550          AT   330867.28           DT-      0.00
H-       0          RB        0.00           PT-  39341.48
                    HS        0.00           IT-      0.00                                    2ND HALF TAX
                    SB        0.00           AR-      0.00
                    CT   330867.28                                                            293157.48

  TAX RATES                                                                                   PAYMENT DUE DATE:
ORIG 101.16
RF    .189721                                                                                 Jun 20, 2006

OWNR:    DELPHI AUTOMOTIVE SYSTEMS      Portion Due State Board of Education: $153,266
         L L C AFDT
         1000362000140370484202931574802931574829

DELPHI AUTOMOTIVE SYSTEMS
L L C AFDT
5725 DELPHI DR                                       DUPL: 06/28/06           B-EXCPTN
TROY MI    48098                                     STUB: 370484-6           BANK:
```

**EXHIBIT B**

# Bankrupcty Module - Modify Case - 05-44481

| | | | |
|---|---|---|---|
| Case:* | 05-44481 | Tracking: | Tracked |
| District/Court:* | NEW YORK SOUTHERN BANKRUP | Status: | Active |
| Date Filed: | 10/8/2005 | | as of 3/6/2006 |
| Chapter:* | 11  ☑ Assets | Case Closed: | |

Checked for Delinquent taxes in: (Updated 3/6/2006 - )
☑ Real Estate  ☐ Personal Property  ☐ Manufactured Homes
View Case's Scanned Documents

---

**Proof of Claim:**   Latest POC filed on 7/28/2006 has been returned.    Print POC
Processed in
104 weekdays

| | | | |
|---|---|---|---|
| POC Amount: | $300,836.22 | Filing History | Create POC |
| Date Filed: | 1/23/2007 | 07/28/2006- $300,836.22- kjkovach (Del) | |
| Date of Debt: | 1/1/2005 | 03/06/2006- $130,232.13- (Del) | |
| Secured Properties: | 2 | | |
| Unsecured Properties: | 0 | Administrative Filings | Add Filing |

### Pre-Petition Taxes
POC Net Tax Due:      $300,836.22 (Secured: $300,836.22  Unsecured: $0.00)
Administrative Filings:     $0.00 (Secured: $0.00  Unsecured: $0.00)
POC Subtotal:         $300,836.22 (Secured: $300,836.22  Unsecured: $0.00)
Trustee Payments:       $0.00 (Secured: $0.00  Unsecured: $0.00)
Owner Payments:         $0.00 (Secured: $0.00  Unsecured: $0.00)
Pre-Petition Due:     $300,836.22 (Secured: $300,836.22  Unsecured: $0.00)

### Post-Petition Taxes
| | | | |
|---|---|---|---|
| Delinquent Taxes Due: | $7,520.91 | Owner Payments: | $176,396.25 |
| Current Taxes Due: | $176,396.25 | Pre-Pay Account Balance: | $0.00 |
| Post-Petition Due: | $183,917.16 | | |

■ **Parcels & Manufactured Homes**

■ **Personal Property**

■ **Payments & Go Backs**

■ **Bankruptcy Parties**

■ **Attorney**

■ **Alerts**

■ **Pacer Updates**

EXHIBIT C