
*Louisiana Department of Revenue*

January 11, 2007

✓ Clerk
U S Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
PO Box 5058
New York, NY 10274-5058

Gentlemen:

Subject:  Delphi Automotive Systems Corporation
Chapter 11 Bankruptcy
Case Number: 05-44481
Claim Number: 16409
Account Number: 0375683001
Amount: $297,876.31

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed by this department be withdrawn as all liabilities have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Vernette LeJeune
Collection Division
Bankruptcy Section
Phone: (225) 219-2237

RECEIVED
5 2007
CLAIMS PROCESSING CENTER
USBC, SDNY

617 North Third Street
P. O. Box 66658
Baton Rouge, Louisiana 70821-0201
225-219-2255 • 225-219-2250 Fax
TDD# 225-219-2114 • www.revenue.louisiana.gov


*Louisiana Department of Revenue*

January 11, 2007

Clerk
U S Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
PO Box 5058
New York, NY 10274-5058

Gentlemen:

Subject:  Delphi Automotive Systems Corporation
         Chapter 11 Bankruptcy
         Case Number: 05-44481
         Claim Number: 16409
         Account Number: 0375683001
         Amount: $297,876.31

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed by this department be withdrawn as all liabilities have been satisfied.

Thank you for your attention and cooperation in this matter.

Sincerely,

Vernette  LeJeune
Collection Division
Bankruptcy Section
Phone: (225) 219-2237



*617 North Third Street*
*P. O. Box 66658*
*Baton Rouge, Louisiana 70821-0201*
*225-219-2255 • 225-219-2250 Fax*
*TDD# 225-219-2114 • www.revenue.louisiana.gov*