UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation

*Debtors*

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-44481

Claim # Unknown

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Mancomm.
315 W $th St
Davenport, IA 52801

The transfer of your claim as shown above, in the amount of $ 465.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re,

Delphi Corporation.                     )    Case No.05-44481
                                        )    Jointly Administered
                                        )
                                        )    Chapter 11
                                        )
                                        )    NOTICE OF TRANSFER OF CLAIM
          Debtors.                      )    OTHER THAN FOR SECURITY AND
                                        )    WAIVER OF NOTICE.
                                        )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of MANCOMM Inc in the amount of $ 465.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of MANCOMM is not less than $ 465.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MANCOMM
315 W. 4TH ST. DAVENPORT IA 52801
Please print your name _Michelle Upton_ Signature _Mupton_
Title _Accounts Receivable_ Date _1-29-07_
Address: _315 W. 4 ST  Davenport  IA  52801_
(city,state,zip)
Telephone _563-322-4942_ Fax _563-323-0804_ Email _mupton@mancomm.com_
Federal Taxpayer ID / Social Security Number _42-1460821_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____
Timothy McGuire

                                                                          Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Corporation<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:     National Fire Protection Assoc.
                   11 Tracy Drive
                   Avon, MA 23229908

The transfer of your claim as shown above, in the amount of $ 675.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re.                                      )
                                            )   Case No. 05-44481
Delphi Corporation.                         )   Jointly Administered
                                            )
                                            )   Chapter 11
                                            )
                                            )   NOTICE OF TRANSFER OF CLAIM
                        Debtors.            )   OTHER THAN FOR SECURITY AND
                                            )   WAIVER OF NOTICE
                                            )   RULE 3001 (c)(1)

Please take notice that your unsecured claim of NATIONAL FIRE PROTECTION ASSOCIATION Inc in the amount of $ 675.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (c) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of NATIONAL FIRE PROTECTION ASSOCIATION is not less than $ 675.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

**Transferor:**
NATIONAL FIRE PROTECTION ASSOCIATION
11 TRACY DRIVE  AVON MA 23229908

Please print your name: JOSEPH CATER   Signature: Joseph Cater
Title: Director of Credit   Date: 1/29/07
Address: 11 TRACY DRIVE
(city,state,zip)
Telephone: AVON, MA 07322   Fax: 508-895-8322   Email: jcater@nfpa.org
Federal Taxpayer ID / Social Security Number: 041653090

**Transferee:**
TRADE-DEBT.NET
P.O. BOX 1487, West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Delphi Corporation | Case No. 05-44481 |
| | Claim # Unknown |
| *Debtors* | |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:     Fenner Drives Manheim.
                   311 W Stiegel ST
                   Manheim. PA 17545

The transfer of your claim as shown above, in the amount of $ 911.05 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ___

                                                    _____
                                                    Deputy Clerk

Federal Taxpayer ID / Social Security Number  36 - 2646332

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.                                    )
                                          )    Case No. 05-44481
     Delphi Corporation.                  )    Jointly Administered
                                          )
                                          )    Chapter 11
                                          )
                                          )    NOTICE OF TRANSFER OF CLAIM
          Debtors.                        )    OTHER THAN FOR SECURITY AND
                                          )    WAIVER OF NOTICE.
                                          )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of FENNER DRIVES-MANHEIM Inc in the amount of $ 911.05 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc." The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of FENNER DRIVES-MANHEIM is not less than $ 911.05 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
FENNER DRIVES-MANHEIM
311 W. STIEGEL ST. MANHEIM PA 17545

Please print your name Sharon Snyder  Signature _Sharon Snyder_
Title Credit Mgr.            Date 1-29-07
Address: 311 West Stiegel St, Manheim Pa 17545
(city,state,zip)
Telephone 717 664 8226 Fax 717 664 0053 Email Sharonsnyder@fennerdrives.com

Federal Taxpayer ID / Social Security Number 36-2646332

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                                    Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Delphi Corporation | Case No. 05-44481 |
| | Claim # Unknown |
| *Debtors* | |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    Gerli David Dba Top Labels.
                  12633 Setting Sun DR
                  El Paso, TX 79938

The transfer of your claim as shown above, in the amount of $ 490.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

                                                    _____
                                                    Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Delphi Corporation.                          )    Case No.05-44481
                                             )    Jointly Administered
                                             )
                                             )    Chapter 11
                                             )
                                             )    NOTICE OF TRANSFER OF CLAIM
                    Debtors.                 )    OTHER THAN FOR SECURITY AND
                                             )    WAIVER OF NOTICE.
                                             )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of GERLI DAVID DBA TOP LABELS Inc in the amount of $ 490.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of GERLI DAVID DBA TOP LABELS is not less than $ 490.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
GERLI DAVID DBA TOP LABELS
12633 SETTING SUN DR EL PASO TX 79938
Please print your name DAVID GERLI  Signature [signed]
Title PRESIDENT                      Date 1/28/2007
Address: 12633 SETTING SUN EL PASO, TX 79938
(city,state,zip)
Telephone (915) 855-4616  Fax (915) 857-4624  Email toplabels@sbcglobal.net
Federal Taxpayer ID / Social Security Number 20-1045586

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: [signed]
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Delphi Corporation<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Metro Waste Paper Recovery Us Inc.
Attn Pat Stark 384
Rochester, NY 14606

The transfer of your claim as shown above, in the amount of $ 500.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 \_\_\_ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent \_\_\_\_    Transferee \_\_\_\_    Debtor's Attorney \_\_\_

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

JAN 29 2007

In re.                          )
                                )
    Delphi Corporation.         )    Case No. 05-44481
                                )    Jointly Administered
                                )
                                )    Chapter 11
                                )
                                )    NOTICE OF TRANSFER OF CLAIM
         Debtors:               )    OTHER THAN FOR SECURITY AND
                                )    WAIVER OF NOTICE.
                                )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of **METRO WASTE PAPER RECOVERY US INC** Inc in the amount of $ 500.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **METRO WASTE PAPER RECOVERY US INC** is not less than $ 500.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
METRO WASTE PAPER RECOVERY US INC
ATTN PAT STARK, 384 HEE RD  ROCHESTER NY 14606

Please print your name  GARY YAKAWIAK   Signature  Gary YA

Title  CONTROLLER                Date  1/29/07

Address:  384 LEE RD    ROCHESTER    NY    14606
(city,state,zip)
Telephone 585-295-4118  Fax 585-520-8125  Email Gyakawiak@metrowaste.com

Federal Taxpayer ID / Social Security Number  16-1560164

<u>Transferee:</u>
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: Delphi Corporation *Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Automated Industrial Systems.
4238 W 12th St
Erie, PA 165053001

The transfer of your claim as shown above, in the amount of $ 851.10 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re

Delphi Corporation.    )    Case No. 05-44481
                       )    Jointly Administered
                       )
                       )    Chapter 11
                       )
         Debtors.      )    NOTICE OF TRANSFER OF CLAIM
                       )    OTHER THAN FOR SECURITY AND
                       )    WAIVER OF NOTICE.
                       )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of AUTOMATED INDUSTRIAL SYSTEMS Inc in the amount of $ 851.10 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of AUTOMATED INDUSTRIAL SYSTEMS is not less than $ 851.10 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
AUTOMATED INDUSTRIAL SYSTEMS
4238 W 12TH ST ERIE PA 165053001

Please print your name: Robert C. Lindenberger   Signature: Robert C. Lindenberger
Title: President                                  Date: 01/30/2007
Address: 4238 West 12th Street      ERIE, PA  16505-3001
(city, state, zip)
Telephone: 814-838-2270   Fax: 814-833-5661   Email

Federal Taxpayer ID / Social Security Number: 25-1324508

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Delphi Corporation<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Hobart Institute Of Welding Technology.
                 400 Trade Square E
                 Troy, OH 45373

The transfer of your claim as shown above, in the amount of $ 750.00 has been transferred *(unless previously expunged by court order)* to:

> Trade-Debt.Net
> P.O. Box 1487
> West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

> United States Bankruptcy Clerk
> Southern District of New York
> Alexander Hamilton Custom House
> One Bowling Green
> New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

                                                      _____
                                                            Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Delphi Corporation.                        )    Case No. 05-44481
                                           )    Jointly Administered
                                           )
                                           )    Chapter 11
                                           )
                    Debtors.               )    NOTICE OF TRANSFER OF CLAIM
                                           )    OTHER THAN FOR SECURITY AND
                                           )    WAIVER OF NOTICE.
                                           )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of **HOBART INSTITUTE OF WELDING** Inc in the amount of $ 750.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **HOBART INSTITUTE OF WELDING** is not less than $ 750.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
HOBART INSTITUTE OF WELDING
TECHNOLOGY, 400 TRADE SQUARE E TROY OH 45373
Please print your name  Ruth Clark  Signature Ruth Clark
Title  Finance Manager  Date 1/30/07
Address: 400 Trade Square East Troy, OH
(city, state, zip)
Telephone 1-800-332-9448  Fax 937-332-5200  Email ruth.clark@welding.org
Federal Taxpayer ID / Social Security Number  31-6032186

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Delphi Corporation | Case No. 05-44481 |
| | Claim # Unknown |
| *Debtors* | |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:     Seaway Time & Signal Inc.
PO Box 124
Grand Haven, MI 49417

The transfer of your claim as shown above, in the amount of $ 330.20 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-----------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____  Transferee ____  Debtor's Attorney ___

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation,                    )    Case No. 05-44481
                                       )    Jointly Administered
                                       )
                                       )    Chapter 11
                                       )
              Debtors.                 )    NOTICE OF TRANSFER OF CLAIM
                                       )    OTHER THAN FOR SECURITY AND
                                       )    WAIVER OF NOTICE.
                                       )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of SEAWAY TIME & SIGNAL INC Inc in the amount of $ 330.20 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of SEAWAY TIME & SIGNAL INC is not less than $ 330.20 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
SEAWAY TIME & SIGNAL INC
PO BOX 124 GRAND HAVEN MI 49417

Please print your name: DENNIS BARTON  Signature: [signature]
Title: PRESIDENT                        Date: 1/30/07
Address: 234 1/2 WASHINGTON
(city,state,zip)
Telephone (616) 844 1358  Fax (616) 844-5489  Email
Federal Taxpayer ID / Social Security Number 38-1722981

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: [signature]
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Delphi Corporation<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |
|---|---|

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Wallick Adrian L Co
                 1013 Gahanna Parkway PO Box 30671
                 Columbus, OH 43230

The transfer of your claim as shown above, in the amount of $ 669.00 has been transferred *(unless previously expunged by court order)* to:

> Trade-Debt.Net
> P.O. Box 1487
> West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

> FILE A WRITTEN OBJECTION TO THE TRANSFER with:
>
> United States Bankruptcy Clerk
> Southern District of New York
> Alexander Hamilton Custom House
> One Bowling Green
> New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation,

                                    Debtors.

Case No. 05-44481
Jointly Administered

Chapter 11

NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY AND
WAIVER OF NOTICE.
RULE 3001 (e)(1)

Please take notice that your unsecured claim of WALLICK ADRIAN L CO Inc in the amount of $ 669.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of WALLICK ADRIAN L CO is not less than $ 669.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
WALLICK ADRIAN L CO
1013 GAHANNA PARKWAY PO BOX 30671 COLUMBUS OH 43230

Please print your name  Randall Wallick  Signature  R L Wallick
Title  PRESIDENT                       Date  2/1/07
Address:  P.O. BOX 30671, Columbus, OHIO 43230
(city, state, zip)
Telephone  614-863-1868  Fax  614-863-1910  Email  rwallick@alwallickco.com

Federal Taxpayer ID / Social Security Number  31-4425505

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi 1-24-07

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Delphi Corporation | Case No. 05-44481 |
| | Claim # Unknown |
| *Debtors* | |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    Microtel Technologie Elettroni
Attn Fausto Deponti Via Di Vittorio 5
Inzago, MI Italy 20065

The transfer of your claim as shown above, in the amount of $ 387.80 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Delphi Corporation.

Debtors.

) Case No.05-44481
) Jointly Administered
)
) Chapter 11
)
) NOTICE OF TRANSFER OF CLAIM
) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE.
) RULE 3001 (e)(1)

Please take notice that your unsecured claim of MICROTEL TECHNOLOGIE ELETTRONI Inc. in the amount of $ 387.80 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of MICROTEL TECHNOLOGIE ELETTRONI is not less than $ 387.80 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MICROTEL TECHNOLOGIE ELETTRONI
Attn FAUSTO DEPONTI VIA DI VITTORIO 5 INZAGO MI, ITALY 20065

Please print your name GIUSEPPE ROCCHIA  Signature _____

Title MANAGING DIRECTOR   Date FEBRUARY 1st, 2007

Address: Via G. Di Vittorio, 5   20065 INZAGO (MI) ITALY
(city,state,zip)

Telephone +390295439O1   Fax +3902954768 1   Email rocchi@microtelgroup.it

Federal Taxpayer ID / Social Security Number  07639630156

TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi 1-24-07