# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,    Case No. 05-44481
                                     (Jointly Administered)
                                     Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Sensus Precision Die Casting LLC** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
**411 West Putnam Ave., Ste. 225**
**Greenwich, CT 06830**       Court Record Address of Transferor
**Attn: Alisa Mumola**        (Court Use Only)
**Phone 203-862-8211**

                              Last Four Digits of Acct#: N/A
Last Four Digits of Acct#: N/A
                              Name and Current Address of Transferor
Name and Address where transferee payments should be sent
(if different from above)     **Sensus Precision Die Casting, Inc.**
                              **Attn: Jim Spool, VP and General Counsel**
                              **P.O. 11587**
**Claim No. 16479 for $561,083.00**   **Richmond, VA 15871**
                              **Phone 804-756-6503**

                              Last Four Digits of Acct#: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____        Date: _____February 8, 2007_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                        _____
                                         **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

Sensus Precision Die Casting, Inc., a Delaware corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January 30", 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 30th day of January 2007.

(Assignor)
SENSUS PRECISION DIE CASTING, INC.

By: _____
Name: PETER HAINZ
Title: CFO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as manager

By: _____
Name: JON BAUER
Title: MANAGING MEMBER

(Assignor)
WITNESS:

By: Pam Heye
Name: Pam Heye
Title: Corporate treasurer

## SCHEDULE A

DEBTOR: Delphi Automotive Systems LLC
BANKRUPTCY COURT: United States Bankruptcy Court for the Southern District of New York
CHAPTER 11 CASE NO: 05-44640
OUTSTANDING PRINCIPAL AMOUNT OF CLAIM: $561,083.00
PROOF OF CLAIM AMOUNT: $561,083.00