Joseph D. Frank (IL ARDC #6216085)
Jeremy C. Kleinman (IL ARDC #6270080)
**FRANK/GECKER LLP**
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
Phone: (312) 276-1400
Fax:    (312) 276-0035
Attorneys for Jones Lang LaSalle Americas, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>Honorable Robert D. Drain |

### MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY COURT JUDGE:

I, Joseph D. Frank, a member in good standing of the bar in the State of Illinois, of the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Jones Lang LaSalle Americas, Inc. in the above-referenced bankruptcy case.

My mailing address is 325 North LaSalle Street, Suite 625, Chicago, Illinois 60610.  My email address is jfrank@fgllp.com, and my telephone number is (312) 276-1400

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  February 8, 2007.

By:   */s/ Joseph D. Frank*
       Joseph D. Frank (IL ARDC #6216085)