Joseph D. Frank (IL ARDC #6216085)
Jeremy C. Kleinman (IL ARDC #6270080)
**FRANK/GECKER LLP**
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
Phone: (312) 276-1400
Fax:    (312) 276-0035
Attorneys for Jones Lang LaSalle Americas, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> DELPHI CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br><br> Honorable Robert D. Drain |

## ORDER

      IT IS HEREBY ORDERED that Joseph D. Frank, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2007
       New York, New York

 

                                                    The Honorable Robert D. Drain
                                                    United States Bankruptcy Judge