Timothy W. Walsh (TW-7409)
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 335-4616

Maria Ellena Chavez-Ruark, Esquire
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:    (410) 580-4248

Attorneys for Constellation NewEnergy, Inc.
and Constellation NewEnergy – Gas Division, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | * | |
| DELPHI CORPORATION, *et al.*, | * | Case Nos. 05-44481 *et al.* (Jointly Administered) |
| Debtors. | * | Chapter 11 |
| | * | Related Pleading:  Dkt. No. 6571 |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**RESPONSE OF CONSTELLATION NEWENERGY, INC.**
**AND CONSTELLATION NEWENERGY – GAS DIVISION, LLC**
**TO DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS**

Constellation NewEnergy, Inc. ("CNE") and Constellation NewEnergy – Gas Division, LLC ("CNEG"), by their undersigned counsel, respond to the Debtors' Sixth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims and (B) Equity Claims [Dkt. No. 6571] (the "Objection") filed by Delphi Corporation and its related debtors (collectively, the "Debtors") and in support states as follows:

1.      On or about March 21, 2006, CNE filed a proof of claim asserting a general unsecured claim against Delphi Automotive Systems, LLC ("Delphi Automotive") in the amount of $793,411.29 [Claim No. 2382] (the "CNE Claim").

2.      On the same day, CNEG filed a proof of claim asserting a general unsecured claim against Delphi Automotive in the amount of $93,001.07 [Claim No. 2381] (the "CNEG Claim"; collectively with the CNE Claim, the "Claims").

3.      On or about January 12, 2007, the Debtors filed the Objection which states that the Claims are duplicative of other claims filed by CNE and CNEG.

4.      The proofs of claim filed by CNE and CNEG constitute *prima facie* evidence of the validity and amount of the Claims.  Fed. R. Bankr. P. 3001(f).  The Debtors now bear the burden of putting forth evidence sufficient to negate the *prima facie* validity of the Claims.  *St. Johnsbury Trucking Co., Inc. v. Adams (In re St. Johnsbury Trucking Co., Inc.)*, 206 B.R. 318, 323 (Bankr. S.D.N.Y. 1997), *aff'd*, B.R. 692 (S.D.N.Y. 1998), *aff'd*, 173 F.3d 845 (2d Cir. 1999); *In re Waterman Steamship Corp.*, 200 B.R. 770, 774-75 (Bankr. S.D.N.Y. 1996).  The Debtors have failed to offer any such evidence.

5.      The Debtors have offered no evidence to dispute the Claims.  Therefore, the Claims should be allowed and the Objection to the Claims should be overruled.

6.      The Debtors may return any reply to this Response to the undersigned counsel.

WHEREFORE, CNE and CNEG respectfully requests entry of an Order:

A.      Overruling the Objection;

B.      Allowing the Claims in their entireties; and

C.      Granting such other and further relief as this Court deems just and appropriate

under the circumstances.

Dated:  New York, New York          DLA PIPER US LLP
        February 8, 2007


                                    /s/ Timothy W. Walsh
                                    Timothy W. Walsh (TW-7409)
                                    1251 Avenue of the Americas
                                    New York, New York 10020-1104
                                    Telephone:    (212) 835-6000
                                    Facsimile:    (212) 835-6001
                                    timothy.walsh@dlapiper.com

                                    and

                                    Maria Ellena Chavez-Ruark, Esquire
                                    DLA Piper US LLP
                                    The Marbury Building
                                    6225 Smith Avenue
                                    Baltimore, Maryland 21209-3600
                                    Telephone:    (410) 580-3000
                                    Facsimile:    (410) 580-3001
                                    maria.ruark@dlapiper.com

                                    Attorneys for Constellation NewEnergy, Inc. and
                                    Constellation NewEnergy – Gas Division, LLC