1

 1

 2   UNITED STATES BANKRUPTCY COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   Case No. 05-44481

 5   - - - - - - - - - - - - - - - - - - - - - -x

 6   In the Matter of:

 7

 8   DELPHI CORPORATION,

 9

10          Debtor.

11

12   - - - - - - - - - - - - - - - - - - - - - -x

13

14              United States Bankruptcy Court

15              One Bowling Green

16              New York, New York

17

18              December 13, 2006

19              10:05 AM

20

21   B E F O R E:

22   HON. ROBERT D. DRAIN

23   U.S. BANKRUPTCY JUDGE

24

25

1
2  **HEARING re Claims Objection Hearing Agenda**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by: Amy R. Katz

```
                                                              3
 1

 2   A P P E A R A N C E S :

 3   SKADDEN ARPS SLATE MEAGHER & FLOM LLP

 4        Attorneys for Debtor

 5        333 West Wacker Drive

 6        Chicago, IL 60606-1285

 7

 8   BY:  JOHN K. LYONS, ESQ.

 9        RANDALL G. REESE, ESQ.

10        JOHN WM. BUTLER, JR., ESQ.

11

12   SKADDEN ARPS SLATE MEAGHER & FLOM LLP

13        Attorneys for Debtor

14        Four Times Square

15        New York, NY 10036

16

17   BY:  KAYALYN A. MARAFIOTI, ESQ.

18        THOMAS J. MATZ, ESQ.

19

20   SHEARMAN & STERLING LLP

21        Attorneys for Debtor

22        599 Lexington Avenue

23        New York, NY 10022-6069

24

25   BY:  DOUGLAS P. BARTNER, ESQ.
```

4

1

2  O'MELVENY & MYERS

3       Attorneys for Debtor

4       7 Times Square

5       New York, NY 10036

6

7  BY:   JESSICA KASTIN, ESQ.

8

9  MEYER, SUOZZI, ENGLISH & KLEIN

10       Attorneys for Debtor

11       1350 Broadway, Suite 501

12       New York, NY 10018

13

14  BY:   LOWELL PETERSON, ESQ.

15

16  QUINN EMANUEL URQUHARDT OLIVER & HEDGES

17       Attorneys for Debtor

18       865 S. Figueroa Street

19       Los Angeles, CA 90017

20

21  BY:   MATEO  FOWLER, ESQ.

22

23

24

25

```
 1
 2   MAYER, BROWN, ROW & MAW LLP
 3         Attorneys for Debtor
 4         71 S. Wacker Drive
 5         Chicago, IL 60606
 6
 7   BY:   PAUL J.N. ROY, ESQ.
 8
 9   WILMERHALE, LLP
10         Attorneys for Debtor
11         1875 Pennsylvania Avenue, NW
12         Washington, DC,  20006
13
14   BY:   ANDREW CURRIE, ESQ.
15         CAROLINE ROGUS, ESQ.
16
17   LATHAM & WATKINS
18         Attorneys for Creditor
19         885 Third Avenue
20         New York, NY 10022-4802
21
22   BY:   MARK A. BROUDE, ESQ.
23         ROBERT J. ROSENBERG, ESQ.
24
25
```

```
                                                                    6
 1
 2    WARNER STEVENS, LLP
 3         Attorneys for Creditor
 4         301 Commerce Street
 5         Suite 1700
 6         Forth Worth, TX 76102
 7
 8    BY:   MICHAEL D. WARNER, ESQ.
 9
10    OFFICE OF THE UNITED STATES TRUSTEE
11         33 Whitehall Street
12         21st Floor
13         New York, NY 10004
14
15    BY:   ALICIA M. LEONHARD, ESQ.
16          TRACY HOPE DAVIS, ESQ.
17
18
19
20
21
22
23
24
25
```

7

1                        P R O C E E D I N G S

2             THE COURT:  All right.  Delphi?

3             MR. LYONS:  Good morning, Your Honor.  John Lyons on

4   behalf of Delphi and various affiliated debtors.  And I have

5   here with me today in court Randall Reese, who is an associate

6   of mine who is working on these matters, and also Mr. Dean

7   Unruh, who was the person at Delphi in charge of the whole

8   claims process and the task of trying to administer thirty-five

9   billion in claims in a very short period of time.

10            Your Honor, with your permission I'd just work out

11  the agenda.  I don't anticipate this is going to take a lot of

12  time.

13            Your Honor, what we have today are a number of

14  responses to our second omnibus objection that have been

15  carried over from the hearing in November, and if we could just

16  go down the list.

17            The first two, the response of Port City and also the

18  limited response of International Rectifier, have been

19  resolved.  They have agreed to the language that we've used, or

20  a very similar language to what we've used under the terms of

21  the original second omnibus order, so those have been resolved.

22  The third response of Robert Fash, that has been adjourned by

23  agreement of the parties until January 12th, the claims hearing

24  on January 12th.

25            THE COURT:  Okay.

1      So the sole remaining response for Your Honor today
2 is that of Jeffrey Carl, and we have reached out affirmatively
3 to Mr. Carl in attempt to resolve his objection. He had filed
4 two proofs of claim, one against Delphi Corp. and the other
5 against Delphi Automotive Systems, LLC. In our view we believe
6 those are just straight duplicative claims. He was unwilling
7 to consent to having the claim against Delphi Corp. expunged,
8 he just they wanted to leave them both on the docket. If Your
9 Honor would like, I could hand up both the proofs of claim so
10 you can see, but according to our books and records the
11 appropriate entity would be DAS, LLC.
12      THE COURT: Let me make sure first, the objection
13 that is on duplication grounds, not on the grounds that it was
14 an equity interest?
15      MR. LYONS: That's correct.
16      THE COURT: Okay. Why doesn't the language that you
17 added to the order deal with this issue?
18      MR. LYONS: Your Honor, we believe it does.
19      THE COURT: So that if it's expunged from the books
20 but later proven to be a claim against the entity where the
21 claim was expunged, then it can jump back.
22      MR. LYONS: That's correct.
23      THE COURT: All right. I think that's a suitable
24 resolution.
25      MR. LYONS: Okay, very good. Your Honor, I thought

1    I'd --
2             THE COURT:  I had one more question on this, though.
3    On the chart that you gave, the HE Services and Robert Bakke,
4    has that been resolved?  It just says that unlike the other
5    objections, it says the debtors believe the claims are clearly
6    duplicative.  They didn't respond to that?
7             MR. LYONS:  I believe --
8             THE COURT:  They didn't oppose the objection?
9             MR. LYONS:  No, he did file a response to the second
10   omnibus objection but we resolved that -- the response to the
11   second omnibus objection prior to the hearing in November, and
12   he has agreed to remove the duplicative claim.
13            THE COURT:  Oh, okay.  Fine.
14            MR. LYONS:  You still, of course, have the other
15   claims you're going to have to --
16            THE COURT:  Okay.  So you have agreed with him on
17   the -- at least as to duplicative claim.
18            MR. LYONS:  That's correct.
19            THE COURT:  Okay.
20            MR. LYONS:  Your Honor, I'd like to just take this
21   time to hand up to you so Your Honor has an understanding for
22   what's coming down the road.  We did send a number of notices
23   out pursuant to the procedures order, which again we thank Your
24   Honor for entering, but so Your Honor can see what's coming
25   down the pipeline for January as well as February.  So with

10

1   your permission, I'd like to hand up that chart.

2           THE COURT:  Okay, that's fine.  Thank you.

3           MR. LYONS:  And the one -- the one thing to note,

4   Your Honor, we do have a number of meet-and-confers with the

5   first round of around eleven claims which have to be scheduled

6   by December 26th.  So in the event that we don't have all

7   consensual meet-and-confers on the discovery schedule, we may

8   need to enlist Your Honor in resolving disputes.

9           THE COURT:  All right.  Well, obviously that date

10  is -- speaks volumes.  So I would assume that you all will be

11  working out if people's holiday plans interfere, I imagine

12  you'll be giving some more time.

13          MR. LYONS:  Yes, I suspect, Your Honor, if we do have

14  disputes we could also come to Your Honor after the new year

15  and try to resolve that.

16          THE COURT:  Okay.

17          MR. LYONS:  Other than that, Your Honor, we do have a

18  revised order, which we would hand up, which resolves these

19  objections that have been adjourned.  And also we are going to

20  send to chambers later today the final second and third omnibus

21  orders that reflect the later docketed claims, so I think we'll

22  have everything wrapped up from the last hearing.

23          THE COURT:  Okay.  So the revised order, is it other

24  than setting forth the resolutions that you just laid out on

25  the record?  It's consistent with the order that you previously

```
 1   submitted that has the new language in it?
 2           MR. LYONS:  That's correct.
 3           THE COURT:  Okay.  That's fine.  That'll get entered
 4   today.
 5           MR. LYONS:  Okay, Your Honor, and I believe that's
 6   all I have.
 7           THE COURT:  Okay, thank you.
 8           MR. LYONS:  Thank you.
 9           (Whereupon this proceeding was concluded at 10:10
10   a.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

12

1

2                    **C E R T I F I C A T I O N**

3

4    I, court approved transcriber, certify that the foregoing is a

5    correct transcript from the official electronic sound recording

6    of the proceedings in the above-entitled matter.

7

8    _____   December 15, 2006

9    Signature of Transcriber                 Date

10

11        Amy R. Katz

12   typed or printed name

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**above-entitled** 12:6
**added** 8:17
**adjourned** 7:22 10:19
**administer** 7:8
**affiliated** 7:4
**affirmatively** 8:2
**agenda** 2:2 7:11
**agreed** 7:19 9:12,16
**agreement** 7:23
**ALICIA** 6:15
**Amy** 2:25 12:11
**ANDREW** 5:14
**Angeles** 4:19
**anticipate** 7:11
**appropriate** 8:11
**approved** 12:4
**ARPS** 3:3,12
**associate** 7:5
**assume** 10:10
**attempt** 8:3
**Attorneys** 3:4,13,21 4:3,10,17 5:3,10 5:18 6:3
**Automotive** 8:5
**Avenue** 3:22 5:11,19
**a.m** 11:10

**B**

**B** 1:21
**back** 8:21
**Bakke** 9:3
**Bankruptcy** 1:2,14 1:23
**BARTNER** 3:25
**behalf** 7:4
**believe** 8:5,18 9:5,7 11:5
**billion** 7:9
**books** 8:10,19
**Bowling** 1:15
**Broadway** 4:11
**BROUDE** 5:22
**BROWN** 5:2
**BUTLER** 3:10

**C**

**C** 3:2 7:1 12:2,2
**CA** 4:19
**Carl** 8:2,3
**CAROLINE** 5:15
**carried** 7:15
**Case** 1:4
**certify** 12:4
**chambers** 10:20
**charge** 7:7
**chart** 9:3 10:1
**Chicago** 3:6 5:5
**City** 7:17
**claim** 8:4,7,9,20,21 9:12,17
**claims** 2:2 7:8,9,23 8:6 9:5,15 10:5,21
**clearly** 9:5
**come** 10:14
**coming** 9:22,24
**Commerce** 6:4
**concluded** 11:9
**consensual** 10:7
**consent** 8:7
**consistent** 10:25
**Corp** 8:4,7
**CORPORATION** 1:8
**correct** 8:15,22 9:18 11:2 12:5
**course** 9:14
**court** 1:2,14 7:2,5,25 8:12,16,19,23 9:2 9:8,13,16,19 10:2 10:9,16,23 11:3,7 12:4
**Creditor** 5:18 6:3
**CURRIE** 5:14

**D**

**D** 1:22 6:8 7:1
**DAS** 8:11
**date** 10:9 12:9
**DAVIS** 6:16
**DC** 5:12
**deal** 8:17

**Dean** 7:6
**Debtor** 1:10 3:4,13 3:21 4:3,10,17 5:3 5:10
**debtors** 7:4 9:5
**December** 1:18 10:6 12:8
**Delphi** 1:8 7:2,4,7 8:4,5,7
**discovery** 10:7
**disputes** 10:8,14
**DISTRICT** 1:3
**docket** 8:8
**docketed** 10:21
**DOUGLAS** 3:25
**DRAIN** 1:22
**Drive** 3:5 5:4
**duplication** 8:13
**duplicative** 8:6 9:6 9:12,17

**E**

**E** 1:21,21 3:2,2 7:1,1 12:2
**electronic** 12:5
**eleven** 10:5
**EMANUEL** 4:16
**ENGLISH** 4:9
**enlist** 10:8
**entered** 11:3
**entering** 9:24
**entity** 8:11,20
**equity** 8:14
**ESQ** 3:8,9,10,17,18 3:25 4:7,14,21 5:7 5:14,15,22,23 6:8 6:15,16
**event** 10:6
**expunged** 8:7,19,21

**F**

**F** 1:21 12:2
**Fash** 7:22
**February** 9:25
**Figueroa** 4:18
**file** 9:9
**filed** 8:3

**final** 10:20
**fine** 9:13 10:2 11:3
**first** 7:17 8:12 10:5
**FLOM** 3:3,12
**Floor** 6:12
**foregoing** 12:4
**forth** 6:6 10:24
**Four** 3:14
**FOWLER** 4:21

**G**

**G** 3:9 7:1
**giving** 10:12
**go** 7:16
**going** 7:11 9:15 10:19
**good** 7:3 8:25
**Green** 1:15
**grounds** 8:13,13

**H**

**hand** 8:9 9:21 10:1 10:18
**hearing** 2:2,2 7:15 7:23 9:11 10:22
**HEDGES** 4:16
**holiday** 10:11
**HON** 1:22
**Honor** 7:3,10,13 8:1 8:9,18,25 9:20,21 9:24,24 10:4,8,13 10:14,17 11:5
**HOPE** 6:16

**I**

**IL** 3:6 5:5
**imagine** 10:11
**interest** 8:14
**interfere** 10:11
**International** 7:18
**issue** 8:17

**J**

**J** 3:18 5:23
**January** 7:23,24 9:25
**Jeffrey** 8:2

**JESSICA** 4:7
**John** 3:8,10 7:3
**JR** 3:10
**JUDGE** 1:23
**jump** 8:21
**J.N** 5:7

**K**
**K** 3:8
**KASTIN** 4:7
**Katz** 2:25 12:11
**KAYALYN** 3:17
**KLEIN** 4:9

**L**
**laid** 10:24
**language** 7:19,20
   8:16 11:1
**LATHAM** 5:17
**leave** 8:8
**LEONHARD** 6:15
**Lexington** 3:22
**limited** 7:18
**list** 7:16
**LLC** 8:5,11
**LLP** 3:3,12,20 5:2,9
   6:2
**Los** 4:19
**lot** 7:11
**LOWELL** 4:14
**Lyons** 3:8 7:3,3 8:15
   8:18,22,25 9:7,9
   9:14,18,20 10:3,13
   10:17 11:2,5,8

**M**
**M** 6:15
**MARAFIOTI** 3:17
**MARK** 5:22
**MATEO** 4:21
**matter** 1:6 12:6
**matters** 7:6
**MATZ** 3:18
**MAW** 5:2
**MAYER** 5:2
**MEAGHER** 3:3,12
**meet-and-confers**

   10:4,7
**MEYER** 4:9
**MICHAEL** 6:8
**mine** 7:6
**morning** 7:3
**MYERS** 4:2

**N**
**N** 3:2 7:1 12:2
**name** 12:12
**need** 10:8
**new** 1:3,16,16 3:15
   3:23 4:5,12 5:20
   6:13 10:14 11:1
**note** 10:3
**notices** 9:22
**November** 7:15 9:11
**number** 7:13 9:22
   10:4
**NW** 5:11
**NY** 3:15,23 4:5,12
   5:20 6:13

**O**
**O** 1:21 7:1 12:2
**objection** 2:2 7:14
   8:3,12 9:8,10,11
**objections** 9:5 10:19
**obviously** 10:9
**OFFICE** 6:10
**official** 12:5
**Oh** 9:13
**okay** 7:25 8:16,25
   9:13,16,19 10:2,16
   10:23 11:3,5,7
**OLIVER** 4:16
**omnibus** 7:14,21
   9:10,11 10:20
**oppose** 9:8
**order** 7:21 8:17 9:23
   10:18,23,25
**orders** 10:21
**original** 7:21
**O'MELVENY** 4:2

**P**
**P** 3:2,2,25 7:1

**parties** 7:23
**PAUL** 5:7
**Pennsylvania** 5:11
**people's** 10:11
**period** 7:9
**permission** 7:10
   10:1
**person** 7:7
**PETERSON** 4:14
**pipeline** 9:25
**plans** 10:11
**Port** 7:17
**previously** 10:25
**printed** 12:12
**prior** 9:11
**procedures** 9:23
**proceeding** 11:9
**proceedings** 12:6
**process** 7:8
**proofs** 8:4,9
**proven** 8:20
**pursuant** 9:23

**Q**
**question** 9:2
**QUINN** 4:16

**R**
**R** 1:21 2:25 3:2 7:1
   12:2,11
**Randall** 3:9 7:5
**reached** 8:2
**record** 10:25
**recording** 12:5
**records** 8:10
**Rectifier** 7:18
**Reese** 3:9 7:5
**reflect** 10:21
**remaining** 8:1
**remove** 9:12
**resolution** 8:24
**resolutions** 10:24
**resolve** 8:3 10:15
**resolved** 7:19,21 9:4
   9:10
**resolves** 10:18
**resolving** 10:8

**respond** 9:6
**response** 7:17,18,22
   8:1 9:9,10
**responses** 7:14
**revised** 10:18,23
**right** 7:2 8:23 10:9
**road** 9:22
**Robert** 1:22 5:23
   7:22 9:3
**ROGUS** 5:15
**ROSENBERG** 5:23
**round** 10:5
**ROW** 5:2
**ROY** 5:7

**S**
**S** 3:2 4:18 5:4 7:1
**says** 9:4,5
**schedule** 10:7
**scheduled** 10:5
**second** 7:14,21 9:9
   9:11 10:20
**see** 8:10 9:24
**send** 9:22 10:20
**Services** 9:3
**setting** 10:24
**SHEARMAN** 3:20
**short** 7:9
**Signature** 12:9
**similar** 7:20
**SKADDEN** 3:3,12
**SLATE** 3:3,12
**sole** 8:1
**sound** 12:5
**SOUTHERN** 1:3
**speaks** 10:10
**Square** 3:14 4:4
**States** 1:2,14 6:10
**STERLING** 3:20
**STEVENS** 6:2
**straight** 8:6
**Street** 4:18 6:4,11
**submitted** 11:1
**suitable** 8:23
**Suite** 4:11 6:5
**SUOZZI** 4:9

**sure** 8:12
**suspect** 10:13
**Systems** 8:5

**T**
**T** 12:2,2
**take** 7:11 9:20
**task** 7:8
**terms** 7:20
**thank** 9:23 10:2
   11:7,8
**thing** 10:3
**think** 8:23 10:21
**third** 5:19 7:22
   10:20
**thirty-five** 7:8
**THOMAS** 3:18
**thought** 8:25
**time** 7:9,12 9:21
   10:12
**Times** 3:14 4:4
**today** 7:5,13 8:1
   10:20 11:4
**TRACY** 6:16
**Transcribed** 2:25
**transcriber** 12:4,9
**transcript** 12:5
**TRUSTEE** 6:10
**try** 10:15
**trying** 7:8
**two** 7:17 8:4
**TX** 6:6
**typed** 12:12

**U**
**understanding** 9:21
**United** 1:2,14 6:10
**Unruh** 7:7
**unwilling** 8:6
**URQUHARDT** 4:16
**U.S** 1:23

**V**
**various** 7:4
**view** 8:5
**volumes** 10:10

**W**
**Wacker** 3:5 5:4
**wanted** 8:8
**WARNER** 6:2,8
**Washington** 5:12
**WATKINS** 5:17
**West** 3:5
**we'll** 10:21
**we've** 7:19,20
**Whitehall** 6:11
**WILMERHALE**
   5:9
**WM** 3:10
**work** 7:10
**working** 7:6 10:11
**Worth** 6:6
**wrapped** 10:22

**X**
**x** 1:5,12

**Y**
**year** 10:14
**York** 1:3,16,16 3:15
   3:23 4:5,12 5:20
   6:13

**0**
**05-44481** 1:4

**1**
**10:05** 1:19
**10:10** 11:9
**10004** 6:13
**10018** 4:12
**10022-4802** 5:20
**10022-6069** 3:23
**10036** 3:15 4:5
**12th** 7:23,24
**13** 1:18
**1350** 4:11
**15** 12:8
**1700** 6:5
**1875** 5:11

**2**
**20006** 5:12

**2006** 1:18 12:8
**21st** 6:12
**26th** 10:6

**3**
**301** 6:4
**33** 6:11
**333** 3:5

**5**
**501** 4:11
**599** 3:22

**6**
**60606** 5:5
**60606-1285** 3:6

**7**
**7** 4:4
**71** 5:4
**76102** 6:6

**8**
**865** 4:18
**885** 5:19

**9**
**90017** 4:19