
# ALSTOM

## Power Environment
Environmental Consulting

ALSTOM Power Environmental Consult GmbH  Augsburger Str. 712  70329 Stuttgart (Germany)

Honorable Robert D. Drain
United States Bankruptcy Judge,
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
Room 610
New York, New York 10004
USA

**Contact Information**
Extension: 1421, Email: k.theurer@alstom.envirocon.de

**Date**
February 2, 2007

**Response to the Seventh Omnibus Objection**
**Case No. 05-44481/Date Filed 11-17-2005/ALSTOM Power Environmental Consult GmbH, Stuttgart, Germany**
**Claim No. 652**
**Asserted Claim Amount: 2,726.00 US$**
**Basis for Objection: Books and Records Claim**

Dear Sir,

we received the notice of objection to claim for our above mentioned claim. The reason for objection is "Books and Records Claim".
Name of claimant is ALSTOM Power Environmental Consult GmbH.

The description of the basis for amount:
Delphi World Headquaters Facilities Services Group, 5825 Delphi Drive, 48098 Troy ordered in September 2003 the services for project management. We received this order from Dan Bicknell.
We have carried out services from February till June 2004. We have invoiced it in December 2004 as following services were supposed to be ordered for this project by Dan Bicknell. The total amount for this invoice was 2,726.00 US$.
Unfortunately we could not give you more detailed information about this project (Project Title: Delta) as the work we done for this project is confidential.

Delphi_02_02_07-Objection- Court.ADT

| Augsburger Str. 712 | Banken in Stuttgart | ALSTOM Power Environmental Consult GmbH |
| D-70329 Stuttgart | Landesbank Baden-Württemberg (BLZ 600 501 01) 2 159 351 | Hauptverwaltung |
| Postfach 60 02 07 | Dresdner Bank AG (BLZ 600 800 00) 9 083 480 00 | Geschäftsführung: Dr. Peter-J. Rissing |
| D-70302 Stuttgart | Commerzbank AG (BLZ 600 400 71) 5 101 886 00 | Sitz der Gesellschaft: Stuttgart |
| Telefon (0711) 9 17-18 51 | USt.-IdNr. DE 147811446 | Registergericht: AG Stuttgart HRB 13043 |
| Telefax (0711) 9 17-18 65 | | |
| E-mail: stuttgart@alstom.envirocon.de | | |
| Internet: www.alstom.envirocon.de. | | |

# ALSTOM

Honorable Robert D. Drain, United States Bankruptcy Judge,

Page 2
February 2, 2007

Dan Bicknell can confirm you that the services for this project were completely carried out by our company. Please contact him if you need more information.
Purchase Order No. for this project is DWB00232 006 and DWB00232 007. This is a misc. blanket order.

We have also send several reminders for this invoice. We can send you the copies of this correspondence if necessary.

Dan Bicknell have passed this invoice for payment so we are very surprised that this claim is not recorded in your books.

Could you please look into the matter and inform us if you can change the status of this claim in "scheduled claim".

If you need further information please contact us at the above mentioned e-mail address.

We are sending you enclosed a copy of the invoice No. 3.200.001.767. All other documents have already been passed to the court.

With best regards,
ALSTOM Power Environmental Consult GmbH



Enclosure
Invoice No. 3.200.001.767
Copy of the Omnibus Objection for the claim No. 652

Copy:
Delphi Corporation, Troy, Michigan 48098
Debtors, Skadden, Arps, Slate, Meagher and Flom LLP, Chicago, Illinois 60606



| Power |
|---|
| Boilers & Environment |
| Environmental Consulting |

ALSTOM Power Environmental Consult GmbH  Postfach 60 02 07  D-70302 Stuttgart

Delphi World Headquarters
Facilities Services Group
MC 480-410-172
Mr. Dan Bicknell
5825 Delphi Drive
Troy, MI 48098
USA

| **ALSTOM project manager** | **Phone** | **Date** |
|---|---|---|
| Dr. Michael Schubert | +49 0201 61308-70 | December 8, 2004 |

**Invoice No. 3.200.001.767**
ALSTOM project number:      437 007
ALSTOM proposal number:     727 000
ALSTOM client number         511 252
ALSTOM tax number:           37003/03826
Project title:               Delta

Your order by, date:         E-mail of September 29, 2003  from Dan Bicknell
Period of delivery:          February - June 2004

| Item | Description | Quantity | Unit | Unit Price US $ | Total Sum US$ |
|---|---|---|---|---|---|
| 1.0 | Additional project management, correspondence with Delphi staff and lawyers, preparation of CHC-concentration map | 23,5 | hr | 100,00 | 2.350,00 |
| | Subtotal | | | | 2.350,00 |
| | 16 % VAT | | | | 376,00 |
| | **Total** | | | | **2.726,00** |

Please transfer the total amount until Januar 12, 2005  to our US$ account
at Dresdner Bank account number 9 083 480 00, bank code 600 800 00, SWIFT-Code
DRES DE FF 600, IBAN DE84 6008 0000 0908 3480 00

3.200.001.767-437007.xls
Augsburger Str. 712
D-70329 Stuttgart
Postfach 60 02 07
D-70302 Stuttgart
Telefon (0711) 9 17-18 51
Telefax (0711) 9 17-18 65
E-mail: stuttgart@alstom.envirocon.de
Internet: www.alstom.envirocon.de.

Banken in Stuttgart
Landesbank Baden-Württemberg (BLZ 600 501 01) 2 159 351
Dresdner Bank AG (BLZ 600 800 00) 9 083 480 00
Commerzbank AG (BLZ 600 400 71) 5 101 886 00
USt.-IdNr. DE 147811446

Seite 1
ALSTOM Power Environmental Consult GmbH
Hauptverwaltung
Geschäftsführung: Dr. Peter-J. Rissing
Sitz der Gesellschaft: Stuttgart
Registergericht: AG Stuttgart HRB 13043




UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
                                 :
         In re                   :   Chapter 11
                                 :
DELPHI CORPORATION, et al.,      :   Case No. 05-44481 (RDD)
                                 :
                      Debtors.   :   (Jointly Administered)
                                 :
---------------------------------x

## NOTICE OF OBJECTION TO CLAIM

Alstom Power Environmental Consult GmbH:

  Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your claims identified in the table below should be disallowed and expunged as summarized in that table and described in more detail in the Debtors' Seventh Omnibus Objection to Certain Claims (the "Seventh Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Seventh Omnibus Objection is set for hearing on February 15, 2007 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED SEVENTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON FEBRUARY 8, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

  The enclosed Seventh Omnibus Objection identifies five different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

  Claims identified as having a Basis For Objection of "Insufficient Documentation" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

  Claims identified as having a Basis For Objection of "Untimely Insufficient Documentation" are those Claims that did not contain sufficient documentation in support of the Claim asserted making it impossible for the Debtors meaningfully to review the asserted Claim and also were not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely" are those Claims were not timely filed pursuant to the Bar Date Order.

| Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim |
|---|---|---|---|---|
| 11/17/2005 | 652 | $2,726.00 | Books and Records Claim | Disallow and Expunge |

If you wish to view the complete exhibits to the Seventh Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Seventh Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese). Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), ARE APPLICABLE TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO OBJECTION BY THE DEBTORS PURSUANT TO THE OBJECTION SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Seventh Omnibus Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Eastern Time) on February 8, 2007. Your Response, if any, to the Seventh Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be served upon (i)

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the claim; (v) to the extent that the claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

If you properly and timely file and serve a Response in accordance with the above procedures, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the February 15, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on February 15, 2007 at 10:00 a.m. (Prevailing Eastern Time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO PROVISIONALLY ACCEPT SUCH AMOUNT AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. If no Responses to the Seventh Omnibus Objection are timely filed and served in accordance with the procedures set forth herein and in the Claims Objection Procedures Order, the Bankruptcy Court may enter an order sustaining the Seventh Omnibus Objection without further notice other than notice of the entry of such an order as provided in the Claims Objection Procedures Order. Thus, your failure to respond may forever bar you from sustaining a claim against the Debtors.

ALSTOM POWER ENVIRONMENTAL CONSULT GMBH
ALSTOM POWER ENVIRONMENTAL CONSULT GMBH
AUGSBURGER STR 712
STUTTGART 70329
GERMANY