**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
                                             :

In re                                  :        Chapter 11

DELPHI CORPORATION, et al.    :        Case No. 05-44481 (RDD)

           Debtors.              :        (Jointly Administered)

------------------------------------------------------ X

## RESPONSE TO DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION

Teledyne Technologies Incorporated ("Teledyne") hereby responds to Debtors' Seventh Omnibus Claims Objection as follows:

1. On or about July 31, 2006, Teledyne filed an unsecured claim in the amount of $539.82 in the Debtors' bankruptcy proceeding.

2. The Debtors filed a Notice of Objection to Teledyne's claim, asserting that this amount is not owing pursuant to the Debtors' books and records.

3. Attached to the Proof of Claim was a copy of Teledyne's invoice #90038 for goods sold to Debtors dated August 18, 2005 in the amount of $539.82. To date, this invoice has not been paid by the Debtors.

4. Pursuant to the facts set forth above, Teledyne is entitled to its unsecured claim in the amount of $539.82.

DATED this _____ day of January, 2006.

FARLEIGH WITT

_____
Tara J. Schleicher, Oregon State Bar #95402
Attorneys for Teledyne Technologies, Inc.
121 SW Morrison, Suite 600
Portland, OR  97204-3136
Telephone:  (503) 228-6044

H:\Client\Teltec\80055\ObjClaim-rsp.doc           1

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007 I served the foregoing **RESPONSE TO DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION** on the following parties *via electronic notification, e-mail, facsimile or by depositing a true copy thereof, contained in a sealed envelope, with first-class postage prepaid*, addressed to said parties at the last known address shown below and in the U.S. mail at Portland, Oregon:

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098<br>**Debtor** | Skadden, Arps, Slate, et al<br>Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>**Attorneys for Debtor** |

Dated: January 31, 2007.

FARLEIGH WITT

By: /s/Tara J. Schleicher
Tara J. Schleicher, OSB #95402
(503) 228-6044
TSchleicher@farleighwitt.com
Attorneys for

Page 1 -   CERTIFICATE OF SERVICE RESPONSE TO DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION

H:\Client\Teltec\80055\COS.doc

*FARLEIGH WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741