IN THE UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Delphi Corporation, et al. | : | Case No. 05-44481 (RDD) |
| | : | Chapter 11 |
| Debtors. | : | (Jointly Administered) |

HEAD ACOUSTICS, INC'S. RESPONSE TO DEBTORS' SEVENTH OMNIBUS CLAIMS OBJECTION

Now comes HEAD acoustics, Inc. ("HEAD") of Brighton, MI 48116 for its Response to the Debtors' Seventh Omnibus Claims Objection dated January 12, 2007. Debtor is objecting to Claim No. 8668 (attached as Exhibit A) in the amount of $3,890.00.

On August 19, 2005 Debtor entered into a one-year contract for maintenance support of equipment and software with HEAD by the issuance of Purchase Order LPS98456 (attached as Exhibit B) in the amount of $3,890.00. After transitioning to a new purchasing/accounting system, Debtor re-issued the purchase order as No. 450127897 (attached as Exhibit C). HEAD created invoice #AAAI1329 (attached as Exhibit D) and acknowledged the contract on November 1, 2005 (attached as Exhibit E). HEAD, in good faith, engaged in the delivery of services as requested by the Debtor including providing software update 8.0 (attached as Exhibit F) and technical support (attached as Exhibit G).

Debtors' Basis for Objection is that they "are not owing pursuant to the Debtors' books and records." However, it is precisely those books and records which are at fault and not Claim No. 8668. Debtors' purchase orders (see Exhibits B and C) state that no invoice is required of HEAD and that the order will pay on receipt. The Debtors' purchasing/accounting system requires that the Debtor "receipt" goods and service. Once "receipted" by the Debtor, payment is automatically generated based on payment terms. However, Debtor failed to "receipt" the contract and payment was never issued. Efforts by HEAD to elicited Debtors' cooperation to rectify their books and records were unsuccessful (attached as Exhibit H).

HEAD contests the Objection of the Debtor and requests the Court to allow Claim No. 8668 in the amount of $3,890.00.

Respectfully submitted,

Michael Stephan, President
HEAD acoustics, Inc.
6964 Kensington Road
Brighton, MI 48116
248-486-0099

CERTIFICATE OF SERVICE

A copy of Response was mailed on this 6th day of February, 2007 to:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., John K. Lyons, and
Randall G. Reese
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

Michael Stephan

EXHIBIT A

FORM B10 (Official Form 10) (04/05)

UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York

PROOF OF CLAIM

Name of Debtor: Delphi Automotive Systems LLC

Case Number: 05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): HEAD acoustics, Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
HEAD acoustics, Inc.
6964 Kensington Rd.
Brighton, MI 48116

Telephone number:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

COPY

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ________

1. Basis for Claim

☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other ________

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: ______
Unpaid compensation for services performed
from ________ (date) to ________ (date)

2. Date debt was incurred: September 26, 2005

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 3,890.00 (unsecured) ________ (secured) ________ (priority) ________ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other________

Value of Collateral: $________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $________

6. Unsecured Nonpriority Claim $________

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $________

Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.*

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

RECEIVED JUN 2006 CLAIMS PROCESSING CENTER USBC, SDNY

Date: 6/23/2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Michael Stephan, President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT B

**DELPHI**

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094 US

VENDOR NUMBER 61-650-7430
HEAD ACOUSTICS INC
6964 KENSINGTON RD
BRIGHTON MI
48116

SHIP TO: DELPHI THERMAL & INTERIOR
DIVISIONAL HEADQUARTERS
1401 CROOKS RD.
TROY, MI
48084 US

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS
****PAY ON RECIPT*****
*****NO INVOICE REQUIRED*****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550 US

# PURCHASE ORDER

PAGE 1

LPS98456

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS PACKAGES AND BILLS OF LADING

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL POST.

THIS ORDER IS NOT BINDING UNTIL ACCEPTED. ACCEPTANCE SHOULD BE EXECUTED ON ACKNOWLEDGEMENT COPY WHICH SHOULD BE RETURNED TO BUYER.
ON THE REVERSE SIDE HEREOF ARE THE TERMS AND CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THIS ORDER.
THIS ORDER, INCLUDING THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, CONTAINS THE COMPLETE AND FINAL AGREEMENT BETWEEN BUYER AND SELLER AND NO OTHER AGREEMENT IN ANY WAY MODIFYING ANY OF SAID TERMS AND CONDITIONS WILL BE BINDING UPON THE BUYER UNLESS MADE IN WRITING AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVE.
IF GOVERNMENT CONTRACT NUMBER IS SHOWN HEREON, ADDITIONAL TERMS AND CONDITIONS ATTACHED HERETO APPLY.

| ORDER DATE | |
|---|---|
| 08/19/05 | PHONE: 716-439-2462 |
| ALTERATION ISSUE DATE | J KIRCHGRABER BS (BUYER) |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP | RED STAR EXPRESS LINES |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME / DESCRIPTION / RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 00001 | 3890 | PR725414 001 | MAINTENANCE AGREEMENT FOR SUPPORT OF ARTEMIS SYSTEM, SQUADRIGA AND HEADSET (ASSET #L0009050) WHO ORDERED: LITZ 248-655-8702 | 09/02/05 | D 0.00% | 1.0000 | | UNIT |

THIS ORDER WILL PAY ON RECEIPT. PLEASE DO NOT SEND AN INVOICE UNLESS THIS IS THE FIRST PAY ON RECEIPT ORDER YOU RECEIVED FROM US. THIS IS NOT A C.O.D. ORDER, BUT AN INVOICELESS SYSTEM WHICH GENERATES PAYMENT BASED ON MATERIAL RECEIPT. QUESTIONS CALL DISBURSEMENT SERVICES 248-874-4636.
IF P.O. IS IN ERROR, CONTACT BUYER BEFORE PROCEEDING.
--IF YOUR COMPANY'S AFFILIATE IS EXPECTING PAYMENT FOR THIS ORDER, PLEASE ADVISE THE DELPHI BUYER TO CANCEL AND REISSUE THE ORDER TO THE AFFILIATE.
-ALL PACKING SLIPS MUST SHOW THE ABOVE P.O. #, CORRESPONDING ITEM CODE/AND OR PART NUMBER, AND THE ASSIGNED RELEASE NUMBER, IF APPLICABLE.

-------------------------------------

IF ITEM(S) ARE UNDER 40 LBS., AND TOTAL SHIPMENT IS LESS THAN 150 LBS.-SHIP UPS CONSIGNEE
ANY QUESTIONS ON FREIGHT CONTACT 248-655-0901(J.FINK)

-----------------

A006112 USER COLLEEN R GAYLORD

CONTINUE PAGE 2

EXHIBIT B

DELPHI

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094 US

SHIP TO: DELPHI THERMAL & INTERIOR
DIVISIONAL HEADQUARTERS
1401 CROOKS RD.
TROY, MI
48084 US

**PURCHASE ORDER** LPS98456

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS PACKAGES AND BILLS OF LADING

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL POST.

VENDOR NUMBER 61-650-7430
HEAD ACOUSTICS INC
6964 KENSINGTON RD
BRIGHTON MI
48116

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS
****PAY ON RECIPT*****
*****NO INVOICE REQUIRED*****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550 US

| ORDER DATE | PHONE: 716-439-2462 |
|---|---|
| 08/19/05 | J KIRCHGRABER |
| ALTERATION ISSUE DATE | BUYER: BS |
| ALTERATION EFFECTIVE DATE | |
| | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP | RED STAR EXPRESS LINES |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME DESCRIPTION RFQ NUMBER DATE REQUIRED TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | SUPPLIERS ARE EXPECTED TO MEET ALL REQUIREMENTS DETAILED IN THE DELPHI GLOBAL PURCHASING SUPPLIER GUIDELINES AND REFERENCE DOCUMENTS. THESE GUIDELINES & DOCUMENTS ARE AVAILABLE ON THE DELPHI SYSTEMS WEBSITE, WWW.DELPHI.COM -BY CLICKING ON "SUPPLIERS" IN THE HEADER ---------------- NO CHEMICAL SHALL BE BROUGHT ONSITE FOR DEMONSTRATION EXPERIMENTAL, TRIAL, OR EVALUATION PURPOSES, OR FOR FULL USAGE, WITHOUT PRIOR APPROVAL OF DELPHI THERMAL & INTERIOR'S HAZARDOUS MATERIALS REVIEW COMMITTEE. IT IS SUPPLIER'S/CONTRACTOR'S RESPONSIBILITY TO ENSURE THAT THE EMPLOYEE HAS OBTAINED A CHEMICAL USE APPROVAL (CUA#) PRIOR TO BRINGING ANY CHEMICAL ONSITE | | | |
| | | | YOU CAN VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOGON TO THE DELPHI SUPPLIER PORTAL AT HTTP://DELPHI.COVISINT.COM FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS", FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS. | | | |
| | | | THE GENERAL TERMS AND CONDITIONS THAT APPEAR ON THE REVERSE SIDE OF THIS PURCHASE ORDER ARE NULL AND VOID AND REPLACED BY DELPHI'S GENERAL TERMS AND CONDITIONS | | | |

A006112 USER COLLEEN R GAYLORD

CONTINUE PAGE 3

EXHIBIT B

DELPHI

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094 US

SHIP TO: DELPHI THERMAL & INTERIOR
DIVISIONAL HEADQUARTERS
1401 CROOKS RD.
TROY, MI
48084 US

**PURCHASE ORDER** LPS98456

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS PACKAGES AND BILLS OF LADING

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL POST.

VENDOR NUMBER 61-650-7430
HEAD ACOUSTICS INC
6964 KENSINGTON RD
BRIGHTON MI
48116

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS
****PAY ON RECIPT*****
*****NO INVOICE REQUIRED*****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550 US

THIS ORDER IS NOT BINDING UNTIL ACCEPTED. ACCEPTANCE SHOULD BE EXECUTED ON ACKNOWLEDGEMENT COPY WHICH SHOULD BE RETURNED TO BUYER. ON THE REVERSE SIDE HEREOF ARE THE TERMS AND CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THIS ORDER. THIS ORDER, INCLUDING THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, CONTAINS THE COMPLETE AND FINAL AGREEMENT BETWEEN BUYER AND SELLER AND NO OTHER AGREEMENT IN ANY WAY MODIFYING ANY OF SAID TERMS AND CONDITIONS WILL BE BINDING UPON THE BUYER UNLESS MADE IN WRITING AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVE. IF GOVERNMENT CONTRACT NUMBER IS SHOWN HEREON, ADDITIONAL TERMS AND CONDITIONS ATTACHED HERETO APPLY.

| ORDER DATE | PHONE: 716-439-2462 |
|---|---|
| 08/19/05 | J KIRCHGRABER |
| ALTERATION ISSUE DATE | BUYER: BS |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP | RED STAR EXPRESS LINES |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | DATED MARCH 2004 FOUND ON WWW.DELPHI.COM/SUPPLIERS.<br>--------------------------------------------------<br>--------------------------------------------------<br><br>SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPT THIS CONTRACT IN WRITING OR | | | |

A006112 USER COLLEEN R GAYLORD

CONTINUE PAGE 4

DELPHI

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD.
LOCKPORT 14094-1896 NY
14094 US

SHIP TO: DELPHI THERMAL & INTERIOR
DIVISIONAL HEADQUARTERS
1401 CROOKS RD.
TROY, MI
48084 US

**PURCHASE ORDER** PAGE 4

LPS98456

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL POST.

EXHIBIT B

VENDOR NUMBER 61-650-7430
HEAD ACOUSTICS INC
6964 KENSINGTON RD
BRIGHTON MI
48116

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS
****PAY ON RECIPT*****
*****NO INVOICE REQUIRED*****
CUST SERVICE DIAL 248-874-4636
FLINT MI
48501-1550 US

THIS ORDER IS NOT BINDING UNTIL ACCEPTED. ACCEPTANCE SHOULD BE EXECUTED ON ACKNOWLEDGEMENT COPY WHICH SHOULD BE RETURNED TO BUYER.
ON THE REVERSE SIDE HEREOF ARE THE TERMS AND CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE OF THIS ORDER.
THIS ORDER, INCLUDING THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, CONTAINS THE COMPLETE AND FINAL AGREEMENT BETWEEN BUYER AND SELLER AND NO OTHER AGREEMENT IN ANY WAY MODIFYING ANY OF SAID TERMS AND CONDITIONS WILL BE BINDING UPON THE BUYER UNLESS MADE IN WRITING AND SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVE.
IF GOVERNMENT CONTRACT NUMBER IS SHOWN HEREON, ADDITIONAL TERMS AND CONDITIONS ATTACHED HERETO APPLY.

| ORDER DATE | PHONE: 716-439-2462 |
|---|---|
| 08/19/05 | J KIRCHGRABER |
| ALTERATION ISSUE DATE | BS — BUYER |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP | RED STAR EXPRESS LINES |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|
| | | | COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.<br><br>TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

A006112 USER COLLEEN R GAYLORD

CONTINUE PAGE 5

PURCHASE ORDER LPS98456 EXHIBIT B



# PURCHASE ORDER TERMS AND CONDITIONS

JUNE 1999

LAST PAGE

EXHIBIT C

DELPHI

Delphi Thermal and Interior

**Buyer:**
DELPHI
THERMAL & INTERIOR SYSTEMS
1401 CROOKS ROAD
TROY MI 48084

PO Number: 450127897
Version: 24-Jun-2006 01:13:14 EST
Date Issued: 04-Sep-2005

**Deliver to:**
DELPHI T & I TROY (HQ/ENG)
1401 Crooks Road
TROY MI 48084

Delivery date: 06-SEP-2005

HEAD ACOUSTICS INC
6964 KENSINGTON RD
BRIGHTON MI 48116

Vendor No: 1015587
DUNS No: 616507430

Payment settled on 2nd, 2nd Month

00010 3,890.000 J601 DELPHI T & I TROY (HQ/ENG)
MAINTENANCE AGREEMENT FOR SUPPORT OF

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 06-SEP-2005 | 3,890.000 | 1.00 | 1 | EA | 3,890.00 |
| | | | | USD | 3,890.00 |

*** Item reactivated

USD 3,890.00

**********************************************************************
IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS

Purchasing Contact: Kirchgraber, John
Phone: 716-439-2462
Fax: 716-439-2216

Contact Address:
1401 Crooks Road,
TROY MI 48084

Date and Time Printed: 24-Jun-2006 01:13:14 EST

EXHIBIT C

DELPHI

Delphi Thermal and Interior

HEAD ACOUSTICS INC
6964 KENSINGTON RD
BRIGHTON MI 48116

PO Number
450127897
Version
24-Jun-2006 01:13:14 EST

Date Issued
04-Sep-2005

FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
**************************************************************

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
**************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the saleable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

**************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
**************************************************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
**************************************************************
**************************************************************
**************************************************************

********************

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

This Contract replaces previous contract # LPS98456.
********************

THIS ORDER WILL PAY ON RECEIPT. PLEASE DO NOT SEND AN INVOICE UNLESS THIS IS THE FIRST PAY ON RECEIPT ORDER YOU RECEIVED FROM US. THIS IS NOT A C.O.D. ORDER, BUT AN INVOICELESS SYSTEM WHICH GENERATES PAYMENT BASED ON MATERIAL RECEIPT. QUESTIONS CALL DISBURSEMENT SERVICES 248-874-4636.
IF P.O. IS IN ERROR, CONTACT BUYER BEFORE PROCEEDING.
--IF YOUR COMPANY'S AFFILIATE IS EXPECTING PAYMENT FOR THIS ORDER, PLEASE ADVISE THE DELPHI BUYER TO CANCEL AND REISSUE THE ORDER TO THE AFFILIATE.

EXHIBIT C

DELPHI

Delphi Thermal and Interior

HEAD ACOUSTICS INC
6964 KENSINGTON RD
BRIGHTON MI 48116

PO Number
450127897
Version
24-Jun-2006 01:13:14 EST

Date Issued
04-Sep-2005

-ALL PACKING SLIPS MUST SHOW THE ABOVE P.O. #, CORRESPONDING ITEM CODE/AND OR PART NUMBER, AND THE ASSIGNED RELEASE NUMBER, IF APPLICABLE.

---

IF ITEM(S) ARE UNDER 40 LBS., AND TOTAL SHIPMENT IS LESS THAN 150 LBS.-SHIP UPS CONSIGNEE
ANY QUESTIONS ON FREIGHT CONTACT 248-655-0901(J.FINK)

---

SUPPLIERS ARE EXPECTED TO MEET ALL REQUIREMENTS DETAILED IN THE DELPHI GLOBAL PURCHASING SUPPLIER GUIDELINES AND REFERENCE DOCUMENTS. THESE GUIDELINES & DOCUMENTS ARE AVAILABLE ON THE DELPHI SYSTEMS WEBSITE, WWW.DELPHI.COM -BY CLICKING ON "SUPPLIERS" IN THE HEADER

---

NO CHEMICAL SHALL BE BROUGHT ONSITE FOR DEMONSTRATION EXPERIMENTAL, TRIAL, OR EVALUATION PURPOSES, OR FOR FULL USAGE, WITHOUT PRIOR APPROVAL OF DELPHI THERMAL & INTERIOR'S HAZARDOUS MATERIALS REVIEW COMMITTEE. IT IS SUPPLIER'S/CONTRACTOR'S RESPONSIBILITY TO ENSURE THAT THE EMPLOYEE HAS OBTAINED A CHEMICAL USE APPROVAL (CUA#) PRIOR TO BRINGING ANY CHEMICAL ONSITE
YOU CAN VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOGON TO THE DELPHI SUPPLIER PORTAL AT HTTP://DELPHI.COVISINT.COM FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS", FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS.
THE GENERAL TERMS AND CONDITIONS THAT APPEAR ON THE REVERSE SIDE OF THIS PURCHASE ORDER ARE NULL AND VOID AND REPLACED BY DELPHI'S GENERAL TERMS AND CONDITIONS DATED MARCH 2004 FOUND ON WWW.DELPHI.COM/SUPPLIERS.

---

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT

EXHIBIT C

DELPHI

Delphi Thermal and Interior

HEAD ACOUSTICS INC
6964 KENSINGTON RD
BRIGHTON MI 48116

PO Number
450127897
Version
24-Jun-2006 01:13:14 EST

Date Issued
04-Sep-2005

(SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPT THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY.

EXHIBIT D

HEAD acoustics, Inc.
6964 Kensington Road
Brighton MI 48116

Tel: (248) 486-0099
Fax: (248) 486-9470

# Invoice

Number AAAI1329 /5381
Date 09/26/05
Project No. 269/0906, H-2981

**Sold To:**

Delphi Automotive Systems
* * * Pay on Receipt * * *
* * * No Invoice Required * * *
* * * for Internal HAI Purposes only * *

**Ship To:**

Delphi Automotive Systems
Mr. M. R. Litz
1401 Crooks Road
Mail Code 480-009-148
Troy, MI 48084-7106
United States

Revised PO # 450127897

| CUSTOMER PO# | Ship Via | Payment Terms |
|---|---|---|
| LPS98456 | N/A | Net 30 days |

| Item | Qty | Code | Description | Unit Price | Ext'd Price |
|---|---|---|---|---|---|
| | | 9347 | SMA-ATS1<br>Software Maintenance & Technical Support for ArtemiS System w/ S/N: 46002084<br>*Including the following: Basic Analysis Software<br>ATP 01, ArtemiS Playback Module<br>ATP 03, ArtemiS Signature Analysis Module<br>ATP 10, ArtemiS Generator & Editor Module<br>Coverage period: 10/1/2005 - 9/30/2006<br><br>S/N: | $2,626.00 | $2,626.00 |
| | | S1369C | SQuadriga<br>Service & Maintenance Coverage of SQuadriga w/ S/N: 13690064<br>Includes an Annual Certified Calibration<br>Coverage period: 10/1/2005 - 9/30/2006<br>S/N: | $904.00 | $904.00 |
| | | S4822C | BHS<br>Service & Maintenance Coverage of Binaural HEADset w/ S/N: 48220056<br>Includes an Annual Certified Calibration<br>Coverage period: 10/1/2005 - 9/30/2006<br>S/N: | $360.00 | $360.00 |
| | | Calibrations | To occur at HEAD acoustics' Brighton, MI office.<br>Transportation not included. | | |

00001 3890 PR725414 001

| | |
|---|---|
| Sub Total | $3,890.00 |
| Tax | $0.00 |
| Shipping | $0.00 |
| Total (Payable in US Dollars) | $3,890.00 |

EXHIBIT E P.1

269

HEAD acoustics®

HEAD acoustics, Inc.
6964 Kensington Rd.
Brighton, Michigan 48116
Telephone 248-[illegible]-0099
Facsimile 248-[illegible]-470

November 1, 2005

Mr. M. Litz
Delphi Automotive Systems
1401 Crooks Road
Mail Code 480-009-148
Troy, MI 48084-7106

Ref: Delphi Automotive P.O. # LPS98456

Dear Mr. Litz:

HEAD acoustics is pleased to advise you that a Purchase Order has been received for Extended Service & Maintenance on HEAD acoustics equipment owned by Delphi Automotive Systems;

The following is an Extended Service & Maintenance Agreement confirmation:

Contact: Mr. Michael Litz
Phone: 248/655-8702
Fax:
e-mail: 'michael.r.litz@delphi.com'

The items covered are as outlined below:

ArtemiS — Software Maintenance and Technical Support for ArtemiS System
w/ S/N: 46002084
Includes following: Basic Analysis Software
ATP 01 ArtemiS Playback Module
ATP 03 ArtemiS Signature Analysis Module
ATP 10 ArtemiS Generator & Editor Module
Coverage period: 10/1/2005 – 9/30/2006

SQuadriga — Service & Maintenance Coverage of SQuadriga
w/ S/N: 13690064
Includes an Annual Certified Calibration
Coverage period: 10/1/2005 – 9/30/2006

BHS — Service & Maintenance Coverage of Binaural HEADset
w/ S/N: 48220056
Includes an Annual Certified Calibration
Coverage period: 10/1/2005 – 9/30/2006

Please contact HEAD acoustics, Inc. with any changes /additional information:

Contact (if different from above): ____________________

Phone # (if different from above): ____________________

Other discrepancies: ____________________

EXHIBIT E

P.2

HEAD acoustics®

November 1, 2005

Letter to: Mr. M. Litz
Delphi Automotive Systems

Page 2

Please call HEAD acoustics' Arlene Wainwright, at 248/486-0099, Ext. 200 with technical or maintenance questions that you may have concerning the equipment listed above.

Thank you and kind regards,

J.K. Thornton-Schwab

Ref: 269/0906, H-2981

cc: HAI Service Dept.



EXHIBIT F

HEAD acoustics, Inc.
6964 Kensington Road
Brighton MI 48116

Tel: (248) 486-0099
Fax: (248) 486-9470

# SHIPPING LIST

Number HAII4882
Date 08/18/06
Project No. NA

**Ship To:**

Delphi Automotive Systems Corporation
John Lusk
1401 Crooks Road
Mail Code 480-009-148
Troy, MI 48084-7106
United States
Telephone Number: 248-655-8712

| CUSTOMER PO# | Ship Via | Account Manager |
| --- | --- | --- |
| NA | UPS | NA |

| Item | Qty | Code | Description | Serial Number |
| --- | --- | --- | --- | --- |
| 2 | 1 | 4647 | ATU<br><br>Artemis Update 8.0.100<br>each consisting of:<br>1 ArtemiS 8.0.100 Setup CD<br>1 Keyfile CD | 46003058,<br>46002084 |

Please contact us at (248) 486-0099 with any questions or concerns.

Thank you for your order!

EXHIBIT G

# Service Report

**Service Job # 10317**

| | | | |
|---|---|---|---|
| Customer | Delphi Automotive Systems | Contact | Alan Marsh |
| Telephone | | Fax/E-mail | |
| System | ArtemiS | System S/N | 46002084 |
| Module | Dell Precision | Module S/N | BTRKG31 |

| | | | | | |
|---|---|---|---|---|---|
| Division # | 269 | H # | | Received Date | 9/15/2006 |
| Contract # | 269/0906 | PO # | | | |
| Start Date | 9/18/2006 | Close Date | 9/18/2006 | | |

Operational
Out of Tolerance
Limited
Damaged
Inoperable

Assist customer with installing ArtemiS 8 and associated Head software. The customer cannot install our software due to an outdated Windows operating system.

1. Installed latest Windows updates. 2. Updated the BIOS. 3. Installed all Head software.

| | | | |
|---|---|---|---|
| Effective Start | 9/15/2006 | Effective Stop | 9/18/2006 |

| S/N | Part Name | Price |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Notes:

| Task | Initials | Hours |
|---|---|---|
| Component Check | | |
| Component Assembly | | |
| Customer Orientation | | |
| Burn-In (post) | | |
| Final Test | | |

| Task | Initials | Hours |
|---|---|---|
| Inspection | | |
| Burn-In (pre) | | |
| Repair | JS | 4.00 |
| 3rd Party Repair | | |
| Burn-In (post) | | |
| Final Test | | |

| Task | Initials | Hours |
|---|---|---|
| Pretest | | |
| Calibration | | |
| 3rd Party Calibration | | |
| Final Test | | |

Limitations:

No Problem Found | Service Performed Satisfactorily

Returned with Limitations Ship Date 9/18/2006

| Task | Initials | Hours |
|---|---|---|
| Tech Support | | |
| Sales Support | | |
| Misc. | | |

| | |
|---|---|
| Labor | $440.00 |
| Parts | $0.00 |
| Calibration | |
| Travel/Other | |
| Tech Support | $0.00 |
| Subtotal | $460.00 |
| Amount Covered by SMA or Warranty | $460.00 |
| **Amount Due** | $0.00 |

HEAD acoustics, Inc. warrants all parts and labor for 90 days. If you have any questions concerning this document, please contact HEAD acoustics, Inc. Service Department at (248) 486-0099.

| Task | Initials | Hours |
|---|---|---|
| Inspection | | |
| Burn-In (pre) | | |
| Repair | | |
| 3rd Party Repair | | |
| Burn-In (post) | | |
| Final Test | | |
| Inventory | | |

| | | | |
|---|---|---|---|
| Service Mgr. | | Date | |
| Technician | JS | Date | 09/18/06 |
| Customer | | Date | |

| Task | Initials | Hours |
|---|---|---|
| Incoming Inspection | | |
| QC | | |
| Final Test | | |



EXHIBIT H

**Facsimile Transmission**

HEAD acoustics, Inc.
6964 Kensington Rd.
Brighton, MI 48116
Phone: 248.486.0099 X205
Fax: 248.486.9470

---

TO: Jack Kirchgraber
COMPANY: Delphi FAX PHONE: 716-439-2216
DATE: June 23, 2006
FROM: John Kennedy, Accountant
REGARDING: Invoice
NO. OF PAGES: 2

---

Jack,

Following is the invoice we discussed for the service and maintenance of equipment for which John Lusk is now the manager (not Mike Litz). I appreciate your efforts to get this invoice approved and scheduled.

John