# G. P. REEVES INC.                    LUBE LOGIC®

| | | |
|---|---|---|
| **12764 Greenly Street** | **Holland, Michigan 49424** | ■ Conveyor and chain lubricators |
| **Phone: 616-399-8893** | **Fax: 616-399-8867** | ■ Grease and oil flow sensors |
| **Toll Free Phone: 888-399-8893** | | ■ Grease spray nozzles |
| **Web Site:   http://gpreeves.com** | | ■ Production grease dispensers |

January 30, 2007

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004


Re:  Case No. 05-44481
Claimant:  Reeves G P Inc
Debtor:  Delphi Corporation, et al.
Claim No:  5506



Description of the basis for claim:

We have Purchase Order #450143634 from Delphi dated 9/30/05 for $2,296.00
We shipped the parts to Delphi on 10/10/05
We sent Delphi Invoice #13617 for $2,296.00 on 10/10/05
We have not received payment for this invoice
Parts have not been returned to us


Reasons why claim should not be disallowed and expunged:

Claim was filed in a timely manor (deadline was 7/31/06, claim was filed on 5/10/06)
Invoice matched Purchase Order
Dollar amount has not been paid
Parts have not been returned


Thank you for your attention to this matter.



Tammy De Vree
Office Manager
G. P. Reeves Inc.

# DELPHI

_____ Delphi Thermal and Interior

Page 1 of 4

| Buyer: | Purchase Order |
|---|---|
| DELPHI<br>SAFETY & INTERIOR SYSTEMS<br>1401 CROOKS RD.<br>TROY MI 48084-7106 | PO Number: 450143634<br>Version: 30-Sep-2005 15:26:31<br>Date Issued: 30-Sep-2005 |

**Deliver to:**
DELPHI THERMAL & INTERIOR
COLOMBUS OPERATIONS - IN01
200 GEORGESVILLE ROAD
COLUMBUS OH 43228

Delivery date: 30-DEC-2005

G P REEVES INC
12764 GREENLY ST
HOLLAND MI 49424-8021

Vendor No: 1016124
DUNS No: 062228267

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester | | | |
|---|---|---|---|---|---|---|
| 00010 | XTI0704-5577<br>KIT<br>G.P. REEVES RPKKA1453N REPAIR | 40.000 | RD01 DELPHI T & I COLUMBUS | | | |
| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| | 30-DEC-2005 | 40.000 | 53.40 | 1 | PC | 2,136.00 |
| | Net Line Item Value | | | | USD | 2,136.00 |
| 00020 | XTI0704-1000<br>REPAIR KIT<br>GPMD1000RPK, G.P. REEVES GREASE DISPENSER REPAIR KIT | 10.000 | RD01 DELPHI T & I COLUMBUS | | | |
| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| | 30-DEC-2005 | 10.000 | 16.00 | 1 | PC | 160.00 |
| | Net Line Item Value | | | | USD | 160.00 |
| **Total net value** | | | | | USD | 2,296.00 |

Notes:

Purchasing Contact: Gebele, Sandy
Phone: 937-356-2028
Fax: 937-356-2550    _SGebele_

Contact Address:
Delphi Safety & Interior Systems
250 Northwoods Blvd,
VANDALIA OH 45377

Date and Time Printed: 30-Sep-2005 15:26:31

# DELPHI

_____ Delphi Thermal and Interior

Page 2 of 4

G P REEVES INC
12764 GREENLY ST
HOLLAND MI 49424-8021

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450143634 | 30-Sep-2005 |
| Version | |
| 30-Sep-2005 15:26:31 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If this is your first purchase order with Delphi under this DUNS number or your remittance information has changed, you need to establish a payment link with the following:

Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
16 E. Judson St.
Pontiac, MI 48342-2205
Fax 602-797-6513
Attention: The UNA Work Group

# DELPHI

_____ Delphi Thermal and Interior

Page 3 of 4

G P REEVES INC
12764 GREENLY ST
HOLLAND MI 49424-8021

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450143634 | 30-Sep-2005 |
| Version | |
| 30-Sep-2005 15:26:31 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

Notes Continued:
Disbursements Supplier Relations Phone Number: (248) 874-4636

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNS number.

To request EFT Agreement forms go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header, then click "supplier community portal" & then click on "supplier standards" on supplier page.

You can now view payment status on-line using E-DACOR. You may go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header & "Information about payment visibility (e-DACOR-payment status)" on supplier page to find out how to get yourself set up.

Note: This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. Do, however, send a month end statement of unpaid items and/or additional charges, i.e., freight, tax, setup, etc. to Delphi Automotive Systems Disbursements, P. O. Box 1550, Flint, MI 48501-1550. This is an invoice less system, which generates payment, based on receipt.

If P.O. is in error, please advise the buyer listed below before shipping.
*************************************************************
*************************************************************

PAYMENT ISSUES and QUESTIONS REGARDING SHIPPED MATERIAL SHOULD BE DIRECTED to DISBURSEMENT SERVICES at (248)-874-4636.
*************************************************************
*************************************************************

*************************************************************
Do not bill sales or use tax on items delivered to locations within the states listed below. Delphi Automotive Systems, LLC (" DELPHI ") holds direct pay authority with these states. As a result, in all of the identified states DELPHI will remit directly to taxing authorities, all sales or use tax liability related to its purchase and use of tangible personal property and services. Therefore, effective immediately, this tax clause supersedes all tax code information found on this order except for those states not identified below. For those states not identified below, please continue to follow the specific tax code instructions found on this order. Listed below are Direct Pay Permit or Sales Tax License numbers for the eleven (11) states, or DELPHI locations within a state, where DELPHI holds direct pay authority:

Alabama ------------------805
New Jersey ---------------383-431-131/000
Georgia ------------------300-45870-8
New York -----------------DP-3487
Indiana ------------------1018702130011
Ohio ---------------------98-0002667
Kansas -------------------98-0003a
Texas --------------------1-38-3431131-1
Michigan -----------------38-3431131
Wisconsin ----------------WDP-99-01-010037
Mississippi --------------4375

If this order relates to a construction contract for real property, all applicable sales and use taxes are the responsibility of the contractor, and should be included in the contractor's bid as required pursuant to Section 7 of the DELPHI 1638 (8/00 Rev A), "Construction General Conditions", unless the responsibility for payment of sales & use taxes are otherwise specifically outlined in the contract.

# DELPHI

_____ Delphi Thermal and Interior

Page 4 of 4

G P REEVES INC
12764 GREENLY ST
HOLLAND MI 49424-8021

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450143634 | 30-Sep-2005 |
| Version | |
| 30-Sep-2005 15:26:31 | |

| Item No. Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|
| Description | | Requester |

**Notes Continued:**

Questions should be directed to: Delphi Disbursement - Customer Service Phone: (248) 874-4636

*****************************************************************

This purchase order replaces CFS55173 that did not convert from Olimpic to SAP - Do not duplicate

# Invoice

**G. P. Reeves Inc.**
**12764 Greenly Street**
**Holland, MI  49424**

Phone: 616-399-8893
Fax: 616-399-8867

Invoice Number: 13617
Invoice Date: Oct 10, 2005
Page: 1

Sold To:
Delphi Corporation
Delphi Thermal & Interior
1401 Crooks Road
Troy, MI  48084-7106
Accs Payable

Ship To:
Delphi Thermal & Interior
Columbus Operations - IN01
200 Georgesville Road
Columbus, OH  43228

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi - Troy | 450143634 | Net 30 Days | |
| Sales Order # | Shipping Method | Ship Date | Due Date |
| 06-12314 | UPS Collect | 10/10/05 | 11/9/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 40 | RPKKA1453N | Repair kit for KA1453N | 53.40 | 2,136.00 |
| 10 | GPMD1000RPK | Repair Kit for GPMD1000 series dispenser | 16.00 | 160.00 |

Subtotal $ 2,296.00
Sales Tax
Shipping & Handling

**TOTAL** $ **2,296.00**