# DELPHI

**PURCHASE ORDER**

DUPLICATE

| PO # | REV |
|---|---|
| 707527 | 000 |

| DATE | 9/27/05 |
|---|---|
| PAGE # | 1 |

**BILL TO:**

Delphi Medical Systems
Attn: AP
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8585

**TO:**

Sonic Tech, Inc.
Dr. Mark Schafer
23 Brookline Court

Ambler, PA 19002

**SHIP TO:**

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
USA

**BUYER:**
Michelle Gaschler

| VENDOR | CONFIRMING | TERMS | SHIP VIA | CLT | PPD | FOB | TAXABLE | INSPECTION |
|---|---|---|---|---|---|---|---|---|
| 8619 | | MNS2-2 | UPS Ground | | X | Origin | NO | |

| BUYER | VENDOR CONTACT | REQUISITIONER | SHIP INSTRUCTIONS | REMARKS |
|---|---|---|---|---|
| 700 | Fax# 267-872-5602 | | UPS Collect 16068W | |

| LN | UL | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 00 | 24 | ea | | | Consulting/Travel | 145.0000 | 3480.00 | 9/27/2005 |
| PO | 01: | ************************************** | | | | | | | |
| PO | 02: | PROJECT# 05C0039 | | | | | | | |
| PO | 03: | | | | | | | | |
| PO | 04: | ************************************** | | | | | | | |
| PO | 05: | Please include the Delphi Medical Systems | | | | | | | |
| PO | 06: | purchase order number, Delphi Medical | | | | | | | |
| PO | 07: | Systems part number, description, and | | | | | | | |
| PO | 08: | quantity on the packing slip. | | | | | | | |
| PO | 09: | | | | | | | | |
| PO | 10: | Please acknowledge this purchase order | | | | | | | |
| PO | 11: | within 24 hours of receipt. An email or fax | | | | | | | |
| PO | 12: | confirmation is acceptable. Fax | | | | | | | |
| PO | 13: | 303-678-8138. | | | | | | | |
| PO | 14: | | | | | | | | |
| PO | 15: | Confirming this purchase order also confirms | | | | | | | |
| PO | 16: | that the Delphi Medical Systems Purchase | | | | | | | |
| PO | 17: | Order Terms and Conditions, which can be | | | | | | | |
| PO | 18: | located on www.delphimedical.com in the | | | | | | | |
| PO | 19: | supplier information section, are accepted | | | | | | | |
| PO | 20: | by the supplier. | | | | | | | |
| PO | 21: | | | | | | | | |
| PO | 22: | Confirming this purchase order confirms that | | | | | | | |
| PO | 23: | the supplier has all of the documentation | | | | | | | |
| PO | 24: | for the revision level of the product or | | | | | | | |

*[signature]* 9-27-05
AUTHORIZED SIGNATURE

*[signature]* 9/27/05
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

# DELPHI

## PURCHASE ORDER

DUPLICATE

| PO # | REV |
|---|---|
| 707527 | 000 |

| DATE | 9/27/05 |
|---|---|
| PAGE # | 2 |

**BILL TO:**

Delphi Medical Systems
Attn: AP
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8585

**TO:**

Sonic Tech, Inc.
Dr. Mark Schafer
23 Brookline Court

Ambler, PA 19002

**SHIP TO:**

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
USA

**BUYER:**
Michelle Gaschler

| VENDOR | CONFIRMING | TERMS | SHIP VIA | CLT | PPD | FOB | TAXABLE | INSPECTION |
|---|---|---|---|---|---|---|---|---|
| 8619 | | MNS2-2 | UPS Ground | | X | Origin | NO | |

| BUYER | VENDOR CONTACT | REQUISITIONER | SHIP INSTRUCTIONS | REMARKS |
|---|---|---|---|---|
| 700 | Fax# 267-872-5602 | | UPS Collect 16068W | |

| LN | DL | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| PO | | 25: | | | | service required on the purchase order. | | | |
| | | | | | | GRAND TOTAL $ | | 3,480.00 | |

_Michelle Gaschler_ 9-27-05
AUTHORIZED SIGNATURE

_[signature]_ 9/27/05
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE