Subject: RE: Kick off Meeting
To: "Mark Schafer" <marks@sonictech.com>

Mark,
I had the same problem. I will see you on Tuesday and look forward to
meeting you and getting this project kicked off.

Thank you,


Michelle Gaschler
Project Manager

Delphi Medical Systems - Colorado Operations
4300 Rd.18

Longmont, Co. 80504
PH.   303-678-8585 x 255
FAX  866-741-3965
CELL  720-201-0569
michelle.gaschler@delphi.com


-----Original Message-----
From: Mark Schafer [mailto:marks@sonictech.com]

Sent: Friday, September 30, 2005 7:11 AM
To: Gaschler, Michelle
Subject: RE: Kick off Meeting

Dear Michelle:

As can be expected with airlines emerging from bankruptcy, they are not
very stable with ticket pricing. Between the time that I first shopped
for the prices quoted below, and the time that I made the booking, the price
jumped $500! I booked the ticket anyway (at risk, as we say), because I
did not want to delay the meeting any further. To make matters worse, the
recommended Hilton was booked up. I'll be at the Embassy Suites at 850
Tower Drive, just a few blocks away, apparently. On the good side, the
Embassy pricing is a bit lower than what I noted below (saving about
$120 over two nights).

I will let you know if any other issues befall me before traveling to the
Kick-Off meeting!

Regards,

Mark
At 05:54 PM 9/27/2005 -0400, you wrote:

>  Mark,
>Thank you for the signed agreement. Please find the PO attached for the
>first 3 days @ $145.00 per hour as agreed to.
>
>Also use this email as authorization to book your travel plans for the
>kickoff meeting Oct. 4-6th as stated below:
>
>Departing 3:00pm Thursday) price out at $583.00.
>The hotel you recommend is quoting $159/night.
>Rental car would be about $190, plus gas costs.
>Parking will be about $51.00.
>
>Thank you,
>
>Michelle Gaschler
>Project Manager
>
>Delphi Medical Systems - Colorado Operations
>4300 Rd.18
>
>Longmont, Co. 80504
>PH.   303-678-8585 x 255
>FAX  866-741-3965
>CELL  720-201-0569
>michelle.gaschler@delphi.com
>
>
>-----Original Message-----
>From: Mark Schafer [mailto:marks@sonictech.com]
>
>Sent: Tuesday, September 27, 2005 3:35 PM
>To: Gaschler, Michelle
>Cc: Kotnik, Paul; Ross, David A.; Gaschler, Michelle
>Subject: RE: Kick off Meeting
>
>Michelle:
>
>I'm sorry, I read through the document without realizing the necessity for
>my countersignature. I have printed out the PDF signature page, signed
>it, and am faxing it to you right now. Sorry for the delay.

>
>Mark
>At 02:36 PM 9/27/2005 -0400, Michelle.Gaschler wrote:
>
> >Mark,
> >I still have not heard from you.  Can you please update me on status of
> >the agreement?
> >
> >
> >
> >Michelle Gaschler
> >Project Manager
> >
> >Delphi Medical Systems - Colorado Operations
> >4300 Rd.18
> >
> >Longmont, Co. 80504
> >PH.   303-678-8585 x 255
> >FAX  866-741-3965
> >CELL  720-201-0569
> >michelle.gaschler@delphi.com
> >
> >
> >
> >-----Original Message-----
> >From: Gaschler, Michelle
> >
> >Sent: Monday, September 26, 2005 11:28 AM
> >To: 'Mark Schafer'
> >Cc: Kotnik, Paul; Ross, David A.
> >Subject: RE: Kick off Meeting
> >
> >Mark,
> >Thank you for the email.  Emailing requests for travel approvals are
> >acceptable but I will need to get a signed copy of the contract that I
> >sent to you last week  prior to giving you the PO and approval of the
> >travel arrangements.
> >
> >
> >Agenda for our meeting next week will be sent later today.
> >
> >Thank you,
> >
> >Michelle Gaschler
> >Project Manager
> >

> >Delphi Medical Systems - Colorado Operations

> >4300 Rd.18

> >

> >Longmont, Co. 80504

> >PH.   303-678-8585 x 255

> >FAX  866-741-3965

> >CELL  720-201-0569

> >michelle.gaschler@delphi.com

> >

> >

> >

> >-----Original Message-----

> >From: Mark Schafer [mailto:marks@sonictech.com]

> >

> >Sent: Monday, September 26, 2005 8:03 AM

> >To: Gaschler, Michelle

> >Cc: Kotnik, Paul; Ross, David A.

> >Subject: RE: Kick off Meeting

> >

> >Dear Michelle:

> >

> >In advance of the meetings planned for next week, I'm looking to book

> >air travel, rental car, and hotel room at the hotel suggested below.

> >

> >As of this morning, the RT flights (arriving DTW at 7:55am Tuesday,

> >departing 3:00pm Thursday) price out at $583.00.

> >The hotel you recommend is quoting $159/night.

> >Rental car would be about $190, plus gas costs.

> >Parking will be about $51.00.

> >

> >Please advise as to the mechanics of approving these travel costs before

> >I formalize them.

> >

> >I'm not sure that I have received a schedule for the meeting itself.

> >Please let me know when one is available.

> >

> >I look forward to getting started on this project.

> >

> >Regards,

> >

> >Mark Schafer

> >At 05:45 PM 9/20/2005 -0400, Michelle.Gaschler wrote:

> >

> > >Mark,

> > >Please note the change to the agreement:  travel requires written

> > >approval by the project manager prior to booking.

> > >
> > >
> > >If you are O.K. with this please sign and fax back to me as soon as you can.
> > >
> > >
> > >  I will get a hard copy in the mail to you with Christophe's signature
> > >as well.  He sent me just the signature page with his signature so I
> > >will combine the 2 and send it to you.   I attached his signature for
> > >reference as well.
> > >
> > >
> > >
> > >Thank you,
> > >
> > >Michelle Gaschler
> > >Project Manager
> > >
> > >Delphi Medical Systems - Colorado Operations
> > >4300 Rd.18
> > >
> > >Longmont, Co. 80504
> > >PH.   303-678-8585 x 255
> > >FAX  866-741-3965
> > >CELL  720-201-0569
> > >michelle.gaschler@delphi.com
> > >
> > >
> >
> >
> >
>>*********************************************************************
> >
> >Note:  If the reader of this message is not the intended recipient, or an
> >employee or agent responsible for delivering this message to the intended
> >recipient, you are hereby notified that any dissemination, distribution or
> >copying of this communication is strictly prohibited. If you have received
> >this communication in error, please notify us immediately by replying to
> >the message and deleting it from your computer. Thank you.
> >
> *********************************************************************
>
>
>
>
>*********************************************************************
>

>Note:  If the reader of this message is not the intended recipient, or an
>employee or agent responsible for delivering this message to the intended
>recipient, you are hereby notified that any dissemination, distribution or
>copying of this communication is strictly prohibited. If you have received
>this communication in error, please notify us immediately by replying to
>the message and deleting it from your computer. Thank you.
>
>
>******************************************************************
*******************************************************************

Note:  If the reader of this message is not the intended recipient, or an employee or agent
responsible for delivering this message to the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify us
immediately by replying to the message and deleting it from your computer. Thank you.


*******************************************************************