## SONIC TECH, INC.
## 210 LONEY STREET
## ROCKLEDGE, PA 19046

Invoice: 100512
Date: November 7, 2005
P.O. #: 707527
Terms: Due Upon Request
Fed. ID#: 23-3101357

Delphi Medical Systems
Attn: Michelle Gaschler
4300 Road 18
Longmont, CO 80504

Consulting services rendered by Mark E. Schafer
for the period from October 1 thru October 8, 2005:

| | |
|---|---:|
| 11 hours @$145.00/hour | $1,595.00 |
| Travel time | |
| 10 hours @72.50/hour | 725.00 |
| Expenses per attached billing detail | <u>1,469.04</u> |
| Total | <u>$3,789.04</u> |

**PLEASE REMIT TO OUR ADDRESS AS SHOWN ABOVE**