## Billing Detail for Delphi Medical
11/7/2005

| Date | Mark Scha | Description | Units | Rate | Amount |
|---|---|---|---|---|---|
| **Consutling on Greenback project** | | | | | |
| *Time* | | | | | |
| 10/4/2005 | Mark S. | Travel145<br>Travel from PHL to Delphi | 5:00 | 72.50 | 362.50 |
| | | Misc<br>On-Site Activities | 6:00 | 145.00 | 870.00 |
| 10/5/2005 | | Misc<br>On-site activities | 5:00 | 145.00 | 725.00 |
| | | Travel145<br>Return to PHL | 5:00 | 72.50 | 362.50 |
| | | | **Sub-Total of Time** | | **2,320.00** |
| | | | **Sub-Total of Consulting** | | **2,320.00** |
| **Travel** | | | | | |
| *Expense* | | | | | |
| 10/4/2005 | Mark S. | Travel Exp<br>Airfare - USAirways RT PHL-DTW - VISA | 1,028.40 | 1.00 | 1,028.40 |
| | | Travel Exp<br>Airfare ticket change fee - VISA | 100.00 | 1.00 | 100.00 |
| | | Travel Exp<br>Dinner - Charley's Crab - VISA | 53.00 | 1.00 | 53.00 |
| 10/5/2005 | | Travel Exp<br>Hotel - Embassy Suites Troy - VISA | 110.52 | 1.00 | 110.52 |
| | | Travel Exp<br>Lunch - Delphi Cafeteria - VISA | 5.40 | 1.00 | 5.40 |
| | | Travel Exp<br>Car Rental - AVIS - VISA | 164.72 | 1.00 | 164.72 |
| | | Travel Exp<br>Train - Septa - Cash | 7.00 | 1.00 | 7.00 |
| | | | **Sub-Total of Expense** | | **1,469.04** |
| | | | **Sub-Total of Travel** | | **1,469.04** |
| | | | | **TOTAL** | **3,789.04** |