# DELPHI

February 5, 2007

To Whom It May Concern:

Dr. Mark Schafer was hired as a consultant for a Delphi Medical project under Delphi Medical Systems PO # 707527.   Under this agreement, Dr. Schafer was request to be onsite on October 12th & 13th at 5725 Delphi Drive, Troy, MI 48098, Building B to provide consulting services on a medical device development project (Project Greenback).  He did perform as requested, spending 11 hours in direct consulting efforts (billable at $145/hr per contract) and an additional 10 hours of travel time (billable at $72.50/hr per contract).  He also incurred $1469.04 for airfare, hotel, car rental, meals, and local transportation, which was pre-authorized by the program manager (Michelle Gaschler) and we agreed to reimburse per the contract.

Additionally, Dr. Schafer was asked to review drawings supplied by Delphi Medical Engineer on October 12, which he did.  He spent 0.25 hours reviewing and commenting on the drawings sent to him.  The time he expended on this matter, by contract, is also billable at $145/hr.

In all of the efforts we asked Dr. Schafer to perform, he consistently met our expectations and requirements.

Sincerely,

Paul Kotnik
Sr. Medical Device Engineer
Delphi Medical Systems