IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | * | |
| DELPHI CORPORATION, *et al.*, | * | Case Nos. 05-44481 *et al.* |
| | | (Jointly Administered) |
| Debtors. | * | Chapter 11 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF MARYLAND          )
                          )  ss:
COUNTY OF BALTIMORE        )

Maria Ellena Chavez-Ruark, being duly sworn, deposes and says:

1. I am not a party to these proceedings, over eighteen years of age and am a partner at DLA Piper US LLP, 6225 Smith Avenue, Baltimore, Maryland 21209-3600.

2. On the 8th day of February, 2007, I caused to be served true copies of the Response of Constellation NewEnergy, Inc. and Constellation NewEnergy – Gas Division, LLC to Debtors' Sixth Omnibus Objection to Claims by electronic mail and/or overnight delivery, on all parties on the attached service list.

Dated: New York, New York         DLA PIPER US LLP
       February 9, 2007

                                  By:   /s/ Maria Ellena Chavez-Ruark
                                        Maria Ellena Chavez-Ruark, Esquire
                                        DLA Piper US LLP
                                        6225 Smith Avenue
                                        Baltimore, Maryland 21209-3600
                                        Telephone:   (410) 580-3000
                                        Facsimile:   (410) 580-3001

                                        Attorneys for Constellation NewEnergy, Inc. and
                                        Constellation NewEnergy – Gas Division, LLC

Sworn to before me this 9th day of February, 2007

   /s/ Lauren L. Gern
       Notary Public
       My Commission Expires: 4/1/08

## SERVICE LIST

By electronic mail and overnight delivery:

    John William Butler, Jr., Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, Illinois 60606
    Email: jbutler@skadden.com

    John K. Lyons, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, Illinois 60606
    Email: jlyonsch@skadden.com

By overnight delivery:

    Randall G. Reese, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, Illinois 60606

    Delphi Corporation
    Attn.: General Counsel
    5725 Delphi Drive
    Troy Michigan 48098