United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 </br> } </br> } </br> } </br> } </br> } Case No. </br> } 05-44640 |
| Debtor | } Amount $4,433.36 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

ZIP INDUSTRIAL PRODUCTS CORP
ATTN: ACCTS REC DEPT
6550 CAMPBELL BLVD
LOCKPORT, NY 14094

The transfer of your claim as shown above in the amount of **$4,433.36** has been transferred to:

    Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Yamila Moyano
    Revenue Management
    (201) 968-0001

876807

*Yanila Moyano*
Yanila Moyano
Liquidity Solutions, Inc.
201-968-0001

### TRANSFER NOTICE

ZIP INDUSTRIAL PRODUCTS CORP ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **Delphi Automotive Systems, LLC.** (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $4,433.36 representing all claims against the Debtor Delphi Automotive Systems, LLC in the United States Bankruptcy Court, **Southern District of New York**, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 11TH day of JAN, 2007.

ZIP INDUSTRIAL PRODUCTS CORP

By: *Joseph La Monto*
(Signature)

*Joseph La Monto*
(Print Name and Title)
V.P. FINANCE

REVENUE MANAGEMENT

By: *Yanila Moyano*
(Signature)

*Yanila Moyano*
(Print Name and Title)