**Hearing Date: February 14, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                  :
In re                               :   Chapter 11
                                  :
DELPHI CORPORATION, et al.,        :   Case No. 05-44481 (RDD)
                                  :
                   Debtors.    :   (Jointly Administered)
                                  :
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## PROPOSED THIRD CLAIMS HEARING AGENDA

<u>Location Of Hearing</u>:       United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Omnibus Claims Objection Matters (6 Matters)

    C.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (22 Matters)

        1)    Third Omnibus Claims Objection Matters (7 Matters)

        2)    Fourth Omnibus Claims Objection Matters (15 Matters)

    D.    Contested Omnibus Claims Objection Matters (2 Matters)


**B.**    **Continued Or Adjourned Omnibus Claims Objection Matters**

    1.    **"Claims Objection Hearing Regarding Claim Of Lightsource Parent Corporation"** – Claims Objection Hearing Regarding Claim Of  Lightsource Parent Corporation As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5452)

| | |
|---|---|
| *Responses Filed:* | *Response Of Lightsource Parent Corporation To Debtors'  Third Omnibus Claims Objection (Docket No. 5759)* |
| | *Supplemental Response Of Lightsource Parent Corporation And Guide Corporation To Debtors' Third Omnibus Claims Objection (Docket No. 6649)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging* |

*Certain (A) Claims With Insufficient Documentation
And (B) Claims Unsubstantiated By Debtors' Books
And Records, (II) Modifying Certain Claims, And
(III) Adjourning Hearing On Certain Contingent
And Unliquidated Claims Pursuant To 11 U.S.C. §
502(C) Identified In Third Omnibus Claims
Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect
To Debtors' Objection To Proof Of Claim No. 14245
(Docket No. 6125)*

*Debtors' Statement Of Disputed Issues With Respect
To Proof Of Claim No. 14245 (Lightsource Parent
Corporation (Docket No. 6203)*

*Notice Of Adjournment Of Claims Objection
Hearing With Respect To Debtors' Objection To
Proof Of Claim No. 14245 (Lightsource Parent
Corporation) (Docket No. 6821)*

| | |
|---|---|
| *Status:* | *By agreement of the parties this matter is being adjourned to a claims hearing date to be determined.* |

2. **"Claims Objection Hearing Regarding Claim Of LaborSource 2000, Inc."** – Claims Objection Hearing Regarding Claim Of  Laborssource 2000, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Laborsource 2000, Inc.'sS Response Corporation To Debtors'  Third Omnibus Claims Objection To Its Claim No. 2707 (Docket No. 5981)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5944)* |

3

<div style="margin-left: 40%">

*Debtors' Supplemental Reply With Respect To Proof Of Claim No. 2707 (Docket No. 6783)*

</div>

|                     |                                                                                                                                                                                                                                                                                                                                                                                                              |
| ------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| *Related Filings:*  | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|                     | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2707 (Docket No. 6130)*                                                                                                                                                                                                                                                                                          |
|                     | *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim No. 2707 (Laborsource 2000, Inc.) (Docket No. 6205)*                                                                                                                                                                                                                                                                                    |
|                     | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2707 (Laborsource 2000, Inc.) (Docket No. 6639)*                                                                                                                                                                                                                                                  |
| *Status:*           | *This matter is being adjourned to the March 1, 2007 claims hearing.*                                                                                                                                                                                                                                                                                                                                        |

3.  **"Claims Objection Hearing Regarding Claim Of H.E. Services"** – Claims Objection Hearing Regarding Claim Of H.E. Services Company As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5452)

|                     |                                                                                                                                                                                                                                                                                                                                                                                                              |
| ------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| *Response Filed:*   | *H.E. Services Company And Robert Backie's Response To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5679)* |

4

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5944)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2238 (Docket No. 6127)*

*Debtors' Omnibus Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 2237, 2238, And 14762 (Robert Backie, H.E. Services Company And Richard Janes) (Docket No. 6625)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 2237, 2238, And 14762 (Robert Backie, H.E. Services Company And Richard Janes) (Docket No. 6822)*

*Status:*          *This matter is being adjourned to the April 27, 2007 claims hearing.*

4.  **"Claims Objection Hearing Regarding Claim Of Robert Backie" –** Claims Objection Hearing Regarding Claim Of Robert Backie As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5452)

5

*Response Filed:*    *H.E. Services Company And Robert Backie's Response To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5679)*

*Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5944)*

*Related Filings:*    *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2237 (Docket No. 6128)*

*Debtors' Omnibus Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 2237, 2238, And 14762 (Robert Backie, H.E. Services Company And Richard Janes) (Docket No. 6625)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 2237, 2238, And 14762 (Robert Backie, H.E. Services Company And Richard Janes) (Docket No. 6822)*

6

*Status:*                    *This matter is being adjourned to the April 27, 2007 claims hearing.*

5.    **"Claims Objection Hearing Regarding Claim Of Richard Janes"** – Claims Objection Hearing Regarding Claim Of  Richard Janes As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5452)

*Responses Filed:*          *Response By Richard Janes To Debtors' Objection To Claim (Docket No. 5742)*

*Reply Filed:*              *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5944)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14762 (Docket No. 6129)*

*Debtors' Omnibus Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 2237, 2238, And 14762 (Robert Backie, H.E. Services Company And Richard Janes) (Docket No. 6625)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs  Of Claim Nos. 2237, 2238, And 14762*

*(Robert Backie, H.E. Services Company And Richard Janes) (Docket No. 6822)*

Status:                    *This matter is being adjourned to the April 27, 2007 claims hearing.*

6.      **"Claims Objection Hearing Regarding Claim Of DBM Technologies"** – Claims Objection Hearing Regarding Claim Of DBM Technologies, LLC As Objected to On The Debtors' Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims  (Docket No. 6099)

Responses Filed:          *DBM Technologies, LLC's Response To Debtors' Objection To Proof Of Claim 12387 (Docket No. 6436)*

Reply Filed:              *Debtors' Omnibus Reply In Support Of Debtors' Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6537)*

Related Filing:           *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Duplicate And Amended Claims Identified In Fourth Omnibus Claims Objection (Docket No. 6683)*

Status:                    *This matter is being adjourned to the March 1, 2007 claims hearing.*


C.      **Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters**

1)      **Third Omnibus Claims Objection Matters**

7.      **"Claims Objection Hearing Regarding Claim Of WorldWide Battery Company"** – Claims Objection Hearing Regarding Claim Of  Worldwide Battery Company, LLC As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses Filed:          *WorldWide Battery's Response In Opposition To Third Omnibus Claims Objection (Ref. Claim No. 2479) (Docket No. 5703)*

*WorldWide Battery Company's Supplemental Response (Re: Claim No. 2479) To Debtors' Third Omnibus Claims Objection And Statement of Disputed Issues (Docket No. 6405)*

*Reply Filed:*              *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)*

*Related Filings:*          *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2479 (Docket No. 6122)*

*Debtors' Statement of Disputed Issues With Respect To Proof Of Claim No. 2479 (WorldWide Battery Company, LLC (Docket No. 6201)*

*Status:*                  *A joint stipulation will be submitted for consideration by the Court.*

8.    **"Claims Objection Hearing Regarding Claim Of Nissan Technical Center North America"** – Claims Objection Hearing Regarding Claims Of Nissan Technical Center North America, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses Filed:* | *Response By Nissan Technical Center North America, Inc. To Debtors' Third Omnibus Claims Objection (Docket No. 5703)* |
| | *Supplemental Response By Nissan Technical Center North America, Inc. To Debtors' Third Omnibus Claims Objection (Docket No. 6265)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 13409 (Docket No. 6123)* |
| | *Debtors' Statement of Disputed Issues With Respect To Proof Of Claim No. 13409 (Nissan Technical Center North America, Inc.) (Docket No. 6202)* |
| *Status:* | *A joint stipulation will be submitted for consideration by the Court.* |

9. **"Claims Objection Hearing Regarding Claim Of InPlay Technologies, Inc."** – Claims Objection Hearing Regarding Claims Of InPlay Technologies, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate

10

Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Response Of InPlay Technologies, Inc. To Objection To Claim 2558 (Docket No. 5601)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2558 (Docket No. 6124)* |
| | *Debtors' Statement of Disputed Issues With Respect To Proof Of Claim No. 2558 (InPlay Technologies, Inc.) (Docket No. 6204)* |
| *Status:* | *A joint stipulation will be submitted for consideration by the Court.* |

10. **"Claims Objection Hearing Regarding Claim Of Longacre Master Fund Ltd."** – Claims Objection Hearing Regarding Claims Of Longacre Master Fund Ltd. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

11

| | |
|---|---|
| *Response Filed:* | *Response Of Longacre Master Fund Ltd. To Debtors' Third Omnibus Claims Objection (Docket No. 5810)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2558 (Docket No. 6124)* |
| | *Debtors' Statement of Disputed Issues With Respect To Proof Of Claim No. 2558 (InPlay Technologies, Inc.) (Docket No. 6204)* |
| *Status:* | *A joint stipulation will be submitted for consideration by the Court.* |

11. **"Claims Objection Hearing Regarding Claim Of Erika S. Parker, Chapter 7 Trustee"** – Claims Objection Hearing Regarding Claims Of Ericka S. Parker Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Response Of Ericka S. Parker, Chapter 7 Trustee To Debtors' Third Omnibus Objection To Claims (Docket No. 5644)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Objection To Hearing With Respect To Debtors' Objection to Proof of Claim No. 8324 (Docket No. 6131)* |
| | *Debtors' Statement of Disputed Issues With Respect To Proof Of Claim No. 8324 (Ericka S. Parker, Chapter 7 Trustee) (Docket No. 6206)* |
| *Status:* | *A joint stipulation will be submitted for consideration by the Court.* |

12. **"Claims Objection Hearing Regarding Claim Of Comptrol Incorporated"** – Claims Objection Hearing Regarding Claims Of Comptrol Incorporated As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Response Filed:          *Response Of Comptrol Incorporated To Debtors'*
                         *Third Omnibus Claims Objection (Docket No. 5918)*

Reply Filed:             *Debtors' Omnibus Reply In Support Of Debtors' (I)*
                         *Third Omnibus Objection (Substantive) Pursuant To*
                         *11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To*
                         *Certain (A) Claims With Insufficient Documentation,*
                         *(B) Claims Unsubstantiated By Debtors' Books And*
                         *Records, And (C) Claims Subject To Modification*
                         *And (II) Motion To Estimate Contingent And*
                         *Unliquidated Claims Pursuant to 11 U.S.C. § 502(c)*
                         *(Docket No. 5944)*

Related Filings:         *Order Pursuant To 11 U.S.C. § 502(B) And Fed. R.*
                         *Bankr. P. 3007 (I) Disallowing And Expunging*
                         *Certain (A) Claims With Insufficient Documentation*
                         *And (B) Claims Unsubstantiated By Debtors' Books*
                         *And Records, (II) Modifying Certain Claims, And*
                         *(III) Adjourning Hearing On Certain Contingent*
                         *And Unliquidated Claims Pursuant To 11 U.S.C. §*
                         *502(C) Identified In Third Omnibus Claims*
                         *Objection (Docket No. 6224)*

                         *Notice Of Claims Objection Hearing With Respect*
                         *To Debtors' Objection To Proof Of Claim No. 11627*
                         *(Docket No. 6132)*

                         *Debtors' Statement of Disputed Issues With Respect*
                         *To Proof Of Claim No. 11627 (Comptrol*
                         *Incorporated) (Docket No. 6207)*

Status:                  *A joint stipulation will be submitted for*
                         *consideration by the Court.*

13.  **"Claims Objection Hearing Regarding Claim Of Cadence Innovation LLC"** –
     Claims Objection Hearing Regarding Claim Of  Cadence Innovation LLC As
     Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant
     To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With
     Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And
     Records, And (C) Claims Subject To Modification And (II) Motion To Estimate
     Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No.
     5452)

Response Filed:          *Response Of Cadence Innovation LLC  To Third*
                         *Omnibus Objection To Claims (Docket No. 5769)*

14

*Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I)
Third Omnibus Objection (Substantive) Pursuant To
11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Claims With Insufficient Documentation,
(B) Claims Unsubstantiated By Debtors' Books And
Records, And (C) Claims Subject To Modification
And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant to 11 U.S.C. § 502(c)
(Docket No. 5944)*

*Related Filings:*    *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 (I) Disallowing And Expunging
Certain (A) Claims With Insufficient Documentation
And (B) Claims Unsubstantiated By Debtors' Books
And Records, (II) Modifying Certain Claims, And
(III) Adjourning Hearing On Certain Contingent
And Unliquidated Claims Pursuant To 11 U.S.C. §
502(c) Identified In Third Omnibus Claims
Objection (Docket No. 6224)*

*Status:*    *A stipulation and agreed order will be submitted for
consideration by the Court.*

## 2)    Fourth Omnibus Claims Objection Matters

14.    **"Fourth Omnibus Claims Objection"**– Debtors' Fourth Omnibus Objection
(Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain Duplicate And Amended Claims  (Docket No. 6099)

Claims As To Which The Hearing On The Fourth Omnibus Claims
Objection Were Adjourned From the Fourteenth Omnibus Hearing On
January 12, 2007 (Proofs of Claim Numbers):

(A) Local 698 IUE-CWA:  12974, 12975, 12976, 12977, 12980, 12981,
12982, 12983, 12984, 12985, 12986, 12987, 12988, 12989, 12991, 12992,
12993, 12994, 12995, 12996, 13275, 13276, 13277, 13280, 13281, 13282,
13283, 13284, 13285, 13287, 13288, 13289, 13290 and, 13291

(B)  Retirees Of Delphi Corporation Represented By IUE-CWA During
Their Employment:  12574

(C)  IUE-CWA/Delphi Corp. Joint Activities Center:  13272

(D)  Local 711 IUE-CWA:  12703, 12704, 12705, 12706, 12707, 12708,
12709, 12710, 12711, 12712, 12713, 12714, 12717, 12718, 12719, 12720,

15

12721, 12726, 12727, 12728, 12729, 12732, 12733, 12734, 12735, 12736, 12737, 12738, 12739, 12740, 12742, 12743, 12744, and 12745

(E)  Local 717 IUE-CWA:  12722, 12723, 12724, 12725, 12746, 12747, 12748, 12749, 12752, 12753, 12754, 12755, 12756, 12757, 12759, 12760, 12761, 12762, 12764, 12765, 12766, 12767, 12768, 12769, 12770, 12771, 12772, 12775, 12776, 12777, 12778, 12779, 12780, and 12781

(F)  Local 718 IUE-CWA:  12880, 12881, 12882, 12883, 12884, 12886, 12887, 12888, 12889, 12890, 12891, 12894, 12895, 12896, 12897, 12898, 12899, 12900, 12901, 12902, 12904, 12905, 12906, 12907, 12908, 12909, 12910, 12911, 12912, 12913, 12916, 12917, 12918, and 12919

(G)  Local 801 IUE-CWA:  12293, 12294, 12295, 12296, 12297, 12300, 12301, 12302, 12303, 12304, 12305, 12307, 12308, 12309, 12310, 12311, 12313, 12314, 12315, 12316, 12317, 12320, 12321, 12322, 12323, 12324, 12325, 12326, 12328, 12329, 12330, 12331, 12332, and 12920

(H)  Local 1111 IUE-CWA:  12841, 12842, 12843, 12846, 12847, 12848, 12849, 12850, 12851, 12852, 12853, 12854, 12855, 12857, 12858, 12859, 12860, 12861, 12862, 12863, 12864, 12865, 12868, 12869, 12870, 12871, 12872, 12873, 12875, 12876, 12877, 12878, 12879, and 12973

(I)  Local 416 IUE-CWA:  12531, 12532, 12533, 12534, 12535, 12537, 12538, 12539, 12540, 12541, 12542, 12545, 12546, 12547, 12548, 12549, 12550, 12551, 12552, 12553, 12555, 12556, 12557, 12558, 12559, 12560, 12561, 12562, 12563, 12564, 12567, 12568, 12569, and 12570

(J)  Local 755 IUE-CWA:  12312,12451, 12452, 12453, 12454, 12457, 12458, 12459, 12460, 12461, 12462, 12463, 12464, 12465, 12466, 12468, 12469, 12470, 12471, 12472, 12473, 12474, 12475, 12478, 12479, 12480, 12481, 12482, 12483, 12485, 12486, 12487, 12488, 12490, and 13274

(K)  IAMAW District 10 And Lodge 78 On Behalf Of The Employees And Retirees It Represents:  10431, 10432, 10433, 13839, 13840, 13841, 13842, 13843, 13844, 13845, 13846, 13847, 13848, 13849, 13850, 13851, 13852, 13853, 13854, 13855, 13856, 13857, 13858, 13859, 13860, 13861, 13862, 14328, 14329, 14330, 14331, 14332, 14333, 14335, 14336, 14337, 14339, 14340, 14341, 14342, 14343, 14344, and 14974

(L)  IBEW Local 663 On Behalf Of The Employees And Retirees It Represents:  10435, 10436, 10437, 13864, 13865, 13866, 13867, 13868, 13869, 13870, 13871, 13872, 13873, 13874, 13876, 13877, 13878, 13879, 14285, 14286, 14287, 14288, 14289, 14290, 14291, 14292, 14293, 14294, 14310, 14345, 14346, 14348, 14349, 14351, 14352, 14353, 14354, 14355, 14356, 14357, 14358, 14359, and 14360

16

(M)  International Union Of Operating Engineers Local 1015 On Behalf Of The Employees And Retirees It Represents: 13660, 13661, 13662, 13664, 13683, 13684, 13685, 13705, 13706, 13707, 13721, 13722, 13723, 13724, 13725, 13726, 13727, 13728, 13729, 13731, 13732, 13733, 13736, 13737, 13738, 13739, 13745, 13746, 13747, 13755, 13756, 13757, 13765, 14185, 14984, 14986, 14987, 14988, 14989, and 14990

(N)  International Union Of Operating Engineers Local 185 On Behalf Of The Employees And Retirees It Represents:  13651, 13652, 13653, 13654, 13656, 13657, 13665, 13690, 13704, 13735, 13741, 13742, 13744, 13748, 13749, 13750, 13751, 13753, 13754, 13758, 13759, 13760, 13761, 13762, 13763, 13764, 13766, 14033, 14055, 14108, 15021, 15022, 15023, 15069, 15079, 15080, 15081, 15082, 15083, and 15084

(O)  International Union Of Operating Engineers Local 8325 On Behalf Of The Employees And Retirees It Represents:  13666,13667, 13668, 13669, 13670, 13671, 13672,13673, 13674, 13675, 13676, 13677, 13678, 13679, 13680, 13681, 13682, 13686, 13687, 13688, 13689, 13691, 13692, 13693, 13694, 13695, 13696, 13697, 13698, 13700, 13701, 13702, 13703, 15070, 15072, 15073, 15074, 15076, 15077, and 15078

|  |  |
|---|---|
| *Responses Filed:* | *Response Of Retirees Of Delphi Corp. Or Any Of Its Predecessors, Subsidiaries Or Related Entities Who Were Represented By IUE-CWA During Their Employment To Notice Of Objection To Claim And To Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6424)* |
|  | *Response Of IUE-CWA/Delphi Corp. Joint Activities Center To Notice Of Objection To Claim And To Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6426)* |
|  | *Response Of Local 711 IUE-CWA And Its Members To Notice Of Objection To Claim And To Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6427)* |
|  | *Response Of Local 698 IUE-CWA And Its Members To Notice Of Objection To Claim And To Fourth Omnibus Objection (Procedural) Pursuant To 11* |

17

*U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6428)*

*Response Of Local 717 IUE-CWA And Its Members To Notice Of Objection To Claim And To Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6429)*

*Response Of Local 718 IUE-CWA And Its Members To Notice Of Objection To Claim And To Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6430)*

*Response of Local 755 IUE-CWA And Its Members To Notice Of Objection To Claim And To Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6431)*

*Response Of Local 801 IUE-CWA And Its Members To Notice Of Objection To Claim And To Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6433)*

*Response Of Local 1111 IUE-CWA And Its Members To Notice Of Objection To Claim And To Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6434)*

*Response Of Local 416 IUE-CWA And Its Members To Notice Of Objection To Claim And To Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6435)*

18

*Confirmation Of Extension And Response Of IBEW Local 663, IAMAW District 10 And Lodge 78 And IUOE To The Locals 1015, 8325 And 185 To The Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims ("Fourth Omnibus Claim Objection") (Docket No. 6454)*

Reply Filed:            *Debtors' Omnibus Reply In Support Of Debtors' Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6537)*

Related Filing:        *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Duplicate And Amended Claims Identified In Fourth Omnibus Claims Objection (Docket No. 6683)*

Status:                *A stipulation and agreed order will be submitted for consideration by the Court.*

## D.    Contested Omnibus Claims Objection Matters

15.    **"Nguyen Third Omnibus Claim Reconsideration Motion"-** Motion Of James H. Nugyen To Reconsider Claim Number 3978 (Docket No. 6707)

Response Filed:        *Debtors' Objection To James H. Nguyen's Motion To Reconsider (Docket No. 6896) (by agreement of the parties, the Debtors' deadline to object to this matter was been extended by one day to February 8, 2007.)*

Reply Filed:           *None*

Related Filings:       *Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5452 )*

*Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And*

19

*Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Response Of James H. Nguyen To Claims Objection (Docket No. 6708)*

**Status:** *The hearing with respect to this matter will be proceeding.*

16. **"Allison Third Omnibus Claim Reconsideration Motion"** – Motion Of Carl Allison To Reconsider Under Fed. R. Bankr. P. 3008 (Docket No. 6740)

**Response Filed:** *Debtors' Objection to Carl Allison's Motion To Reconsider Under Fed. R. Bankr. P. 3008 (Docket No. 6877)*

**Reply Filed:** *None*

**Related Filings:** *Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5452)*

*Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And*

20

*Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

Dated:  New York, New York
          February 13, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 4951)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By: /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession

21