UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                    Chapter 11
                                                          Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                             (Jointly Administered)
Delphi Connections Systems

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $963.00 from:

ACCRO GASKET (Transferor)
17365 DAIMLER
IRVINE CA 92614

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) Jointly Administered |
| Delphi Connections Systems | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **ACCRO GASKET** ("Transferor") against the Debtor in the amount of **$963.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $963.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**ACCRO GASKET**
**17365 DAIMLER IRVINE CA 92614**

Print Name: PHIL PEACOCK   Title: OWNER
Signature: [signature]   Date: 02-01-07
Updated Address (if needed): _____
Phone: 949-261-5846   Fax: 949-261-5846   E-Mail: _____

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: J. Fette
Traci J. Fette

Mail Ref# 9-626
2584819

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                              Chapter 11
                                                                                         Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                                      (Jointly Administered)
Delphi Connections Systems

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                            1565 Hotel Circle South, Suite 310
                            San Diego, CA  92108

A transfer in the amount of $1,225.00 from:

APPLE STEEL RULE DIE INC (Transferor)
1924 E MCFADDEN AVE
SANTA ANA, CA 92705

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br>Delphi Connections Systems<br><br>Debtors. | ) Chapter 11<br>) Case No. 05-44481 (RDD)<br>)<br>) Jointly Administered<br>)<br>) **NOTICE OF TRANSFER OF CLAIM**<br>) **OTHER THAN FOR SECURITY AND**<br>) **WAIVER OF NOTICE**<br>) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **APPLE STEEL RULE DIE INC** ("Transferor") against the Debtor in the amount of **$1,225.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,225.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**APPLE STEEL RULE DIE INC**
**1924 E MCFADDEN AVE SANTA ANA, CA 92705**

Print Name_Barbara Wambold_    Title_President_
Signature_Barbara Wambold_    Date_1/30/07_

Updated Address (if needed) _____

Phone _414-353-2444_   Fax _414-358-5605_   E-Mail _barbw@appledie.com_

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:     _J. Fette_
               Traci J. Fette

Mail Ref# 9-796
2585133

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                  Chapter 11
                                                                              Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                            (Jointly Administered)
Delphi Mechatronic Systems, Inc

Debtors.
-----------------------------------------------------------X
**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                           1565 Hotel Circle South, Suite 310
                           San Diego, CA  92108

A transfer in the amount of $1,620.00 from:

COMUS INTERNATIONAL INC. (Transferor)
454 ALLWOOD RD
CLIFTON NJ 07012

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2007.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| Delphi Mechatronic Systems, Inc | ) |
| | ) NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of COMUS INTERNATIONAL INC. ("Transferor") against the Debtor in the amount of $1,620.00, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,620.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
COMUS INTERNATIONAL INC.
454 ALLWOOD RD CLIFTON NJ 07012

Print Name __Robert P. Romano__    Title __President__
Signature ___[signature]___    Date __February 5, 2007__
Updated Address (if needed) _____
Phone __973 777-6900__    Fax __973 777-8405__    E-Mail __bobromano@comus-intl.com__

**TRANSFEREE:**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: ___[signature]___
Traci J. Fette

Mail Ref# 9-1053
2588852

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                Chapter 11
                                                                           Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                        (Jointly Administered)
Delphi Automotive Systems, LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                          1565 Hotel Circle South, Suite 310
                          San Diego, CA  92108

A transfer in the amount of $105.00 from:

IMR TEST LABS (Transferor)
131 WOODSEDGE DR
LANSING NY 14882

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) Jointly Administered |
| Delphi Automotive Systems, LLC | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **IMR TEST LABS** ("Transferor") against the Debtor in the amount of **$105.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $105.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**IMR TEST LABS**
**131 WOODSEDGE DR  LANSING NY 14882**

Print Name  John LongHouse     Title  VP - Corporate CFO
Signature  [signature]          Date  1/29/07
Updated Address (if needed) _____
Phone (607) 533-7000   Fax (607) 533-7960   E-Mail  JLongHouse@imrtest.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature:  J. Fette
Traci J. Fette

Mail Ref# 9-68
2589692

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                        Chapter 11
                                                              Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                   (Jointly Administered)
Delphi Automotive Systems, LLC

                        Debtors.
-----------------------------------------------------------X
```

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $1,060.87 from:

J & F DISTRIBUTING CO EFT (Transferor)
PO BOX 22368
INDIANAPOLIS IN 462220368

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Jointly Administered |
| Delphi Automotive Systems, LLC | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE** |
| | ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **J & F DISTRIBUTING CO EFT** ("Transferor") against the Debtor in the amount of **$1,060.87**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $1,060.87 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**J & F DISTRIBUTING CO EFT**
**PO BOX 22368  INDIANAPOLIS IN 462220368**

Print Name  John Kafoure                           Title  Chairman of the Board

Signature  *[signed] John Kafoure*                 Date  2-2-07

Updated Address (if needed) _____

Phone  317-925-8259      Fax  317-924-5976      E-Mail  N/A

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:  *[signed] J. Fette*
            Traci J. Fette

Mail Ref# 9-690
2590151

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                  Chapter 11
                                                                              Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                      (Jointly Administered)
Delphi Connections Systems

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                            1565 Hotel Circle South, Suite 310
                            San Diego, CA  92108

A transfer in the amount of $2,950.00 from:

KEMAC TECHNOLOGY INC (Transferor)
503 W. VINCENT AVE
AZUSA CA 91702

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | Jointly Administered |
| Delphi Connections Systems | ) | |
| | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
| | ) | **WAIVER OF NOTICE** |
| | ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **KEMAC TECHNOLOGY INC** ("Transferor") against the Debtor in the amount of **$2,950.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $2,950.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**KEMAC TECHNOLOGY INC**
**503 W. VINCENT AVE  AZUSA CA 91702**

Print Name _JERRY CHEN_    Title _VP_

Signature _[signature]_    Date _1/30/07_

Updated Address (if needed) _____

Phone (626) 334-1519 ext 11    Fax (626) 969-7264    E-Mail JERRYCHEN@KEMACTECH.COM

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: _J. Fette_
Traci J. Fette

Mail Ref# 9-1917
2585525

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                        Chapter 11
                                                                                   Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                                 (Jointly Administered)
Delphi Automotive Systems, LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                           1565 Hotel Circle South, Suite 310
                           San Diego, CA  92108

A transfer in the amount of $169.50 from:

SIMCO ELECTRONICS / AEL INDUSTRIES (Transferor)
1178 BORDEAUX DR
SUNNYVALE CA 94089

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                      ) Chapter 11
                                                            ) Case No. 05-44481 (RDD)
                                                            )
DELPHI CORPORATION, et al.,                                 ) Jointly Administered
Delphi Automotive Systems, LLC                              )
                                                            ) NOTICE OF TRANSFER OF CLAIM
        Debtors.                                            ) OTHER THAN FOR SECURITY AND
                                                            ) WAIVER OF NOTICE
                                                            ) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of **SIMCO ELECTRONICS / AEL INDUSTRIES** ("Transferor") against the Debtor in the amount of **$169.50**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $169.50 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**SIMCO ELECTRONICS / AEL INDUSTRIES**
**1299 PAYSPHERE CIRCLE  CHICAGO IL 60674**

Print Name  Kymberly Strack                Title  A/R Supervisor
Signature                                  Date  2/6/07
Updated Address (if needed)  1178 Bordeaux Dr. Sunnyvale CA 94089
Phone 408-734-9750   Fax 408-734-9778   E-Mail Kymberly.Strack@simco.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature:   J Fette
            Traci J. Fette

Mail Ref# 9-110
2593069

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.,* | (Jointly Administered) |
| Delphi Automotive Systems, LLC | |
| Debtors. | |

-----------------------------------------------------------X

## **NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
        1565 Hotel Circle South, Suite 310
        San Diego, CA  92108

A transfer in the amount of $2,064.00 from:

SKM SYSTEMS ANALYSIS INC (Transferor)
PO BOX 3376
MANHATTAN BEACH CA 90266

is acknowledged.

***By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.***

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2007.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) Jointly Administered |
| Delphi Automotive Systems, LLC | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **SKM SYSTEMS ANALYSIS INC** ("Transferor") against the Debtor in the amount of **$2,064.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $2,064.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**SKM SYSTEMS ANALYSIS INC**
**PO BOX 3376   MANHATTAN BEACH CA 90266**

Print Name  Shuxiong Sam Cai        Title  CFO
Signature  [signature]              Date  1/30/2007

Updated Address (if needed) _____

Phone 310-698-4700    Fax 310-698-4708   E-Mail sam@skm.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:  J. Fette
             Traci J. Fette

Mail Ref# 9-1342
2593083

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                          Chapter 11
                                                                   Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.,*                            (Jointly Administered)
Delphi Automatic Systems, LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                          1565 Hotel Circle South, Suite 310
                          San Diego, CA  92108

A transfer in the amount of $900.00 from:

SPECIALTY SYSTEMS INC (Transferor)
308 S STATE AVE
INDIANAPOLIS IN 46201

is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

Kathleen Farrell, Clerk

_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
AFTER BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) Jointly Administered |
| Delphi Automatic Systems, LLC | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **SPECIALTY SYSTEMS INC** ("Transferor") against the Debtor in the amount of **$900.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $900.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**SPECIALTY SYSTEMS INC**
**308 S STATE AVE  INDIANAPOLIS IN 46201**

Print Name __STEVE BARNES__   Title __PRESIDENT__

Signature __[signature]__   Date __1/30/07__

Updated Address (if needed) _____

Phone (317) 269-2120   Fax (317) 269-3608   E-Mail sbarnes@ssiweb.com

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: __J. Fette__
Traci J. Fette

Mail Ref# 9-585
2592045