UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF OHIO              )
                           ) ss:
COUNTY OF CUYAHOGA         )

RONALD A. RISPO, being duly sworn, deposes and says:

1.  I am a principal of Weston Hurd LLP ("Weston Hurd") which firm maintains offices at 1301 E. 9th Street, Suite 1900, Cleveland, Ohio 44114.

2.  Neither I, Ronald A. Rispo, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit. (See paragraph 8 below).

3.  Weston Hurd has represented and advised the Debtors in the matter of *Lillie Blosser v. Ace Pacific Employers Insurance Company*, Case Nos. 2004 CV 0077 and CA 2006 TR 00054, in Trumbull County, Ohio Common Pleas Court and related matters with respect to a broad range of aspects of the Debtors' businesses.

4.  The Debtors have requested, and Weston Hurd has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Weston Hurd proposes, to render the following services to the Debtors: all types of litigation services including but not limited to the defense of claims for bodily injury, indemnity or contribution by Leslie Blosser, Ace Pacific Employers Insurance Company and/or Sedgwick Claims Services.

5.  Weston Hurd's current fees arrangement is $175.00 per hour.

6.      Except as set forth herein, no promises have been received by Weston Hurd or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.      Weston Hurd has no agreement with any entity to share with such entity any compensation received by Weston Hurd.

8.      Weston Hurd and its partners, auditors and other members currently represent the following as general creditors in Chapter 11 proceedings:

  (a)     Latanick Equipment

  (b)     Gayson Specialties Dispersions, Inc

who are claimants against the Delphi Corporation Chapter 11 proceedings.

9.      Neither I, Ronald A. Rispo, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Weston Hurd is to be engaged.

10.     The foregoing constitutes the statement of Weston Hurd pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
RONALD A. RISPO

Subscribed and sworn before me
this 31st day of August, 2006

Susan M. Miller
Notary Public

My commission expires: 7/1/07

2

## CERTIFICATE OF SERVICE

Ronald A. Rispo, Partner, hereby certifies on this 12th day of January, 2007, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphia Corporation
Attention: General Counsel
5725 Delphia Drive
Troy, Michigan 48098
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
3 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Delphia Coproration
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphia Drive
Troy, MI 48098
U.S.A.

Dated January 12, 2007

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq.
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

_____
Ronald A. Rispo, Esq.
Weston Hurd LLP
1301 East 9th Street, Suite 1900
Cleveland, Ohio 44114
216-687-3217