UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

In re:                                          :        In Proceedings for
                                                :        A Reorganization Under Chapter 11
                                                :
                                                :        Case No. 05-44481
                                                :        Jointly Administered
Delphi Automotive Systems LLC, _et al._         :
                                                :
                        Debtor.                 :

---------------------------------------------------------------

                                        Claim No.: 6655
                                        Claim Amount:  $355,445.11
                                        Partial Transfer Amount: $97,429.07

**NOTICE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO F.R.B.P RULE 3001(E)(2) FOR FILED
CREDITOR, Kendall Electric, Inc. also DBA Great Lakes Automation Supply,
IN THE PARTIAL AMOUNT OF $97,429.07 OF THE AGGREGATE PROOF OF CLAIM AMOUNT OF
$355,445.11,
TO Midtown Claims LLC**

TO Transferor:          Kendall Electric, Inc. also DBA Great Lakes Automation Supply
                        131 Grand Trunk Avenue
                        Battle Creek, MI 49016
                        Attention: Judith Gates
                        Telephone: 269-963-5585 x 500
                        Facsimile:  269-963-6960

PLEASE TAKE NOTICE that the partial transfer of $97,429.07 of the above-captioned general unsecured claim has
been transferred to:

TO Transferee:          Midtown Claims LLC
                        Attention: Meghan Slow
                        65 East 55th Street, 19th Floor
                        New York, NY 10022
                        Facsimile: (212) 371-4318

The Transfer Agreement is attached as Exhibit A hereto.  No action is required if you do not object to the transfer of
your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE
DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER** with the Office
of the Clerk at  Attention:: Deputy Clerk, United States Bankruptcy Court Southern District of New York, Alexander
Hamilton Custom House, One Bowling Green, New York, New York 10004-1408.

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.** Refer to **INTERNAL CONTROL NO. _____** in
                your objection.              If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION
                IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE
                CLAIMANT IN THIS PROCEEDING.

-----------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                        _____
                                Deputy Clerk

-9-

NY379382.2/2276-00001

Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Kendall Electric, Inc. also DBA Great Lakes Automation Supply ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Midtown Claims LLC (the "Assignee") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim and a portion, in the amount of $97,429.07("Assigned Portion") of Assignor's aggregate Proof of Claim in the amount of $355,445.11 ("Kendall Claim") filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim. (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Delphi Automotive Systems LLC (the "Debtor"), Debtor in Case No. 05-44640 ("Case") Jointly Administered under Delphi Corporation, et. al. Case Number 05-44481, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The $258,016.04 difference has previously been transferred to Assignee.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this /2— day of

February, 2007.

**ASSIGNOR**

Kendall Electric, Inc.
also DBA Great Lakes Automation Supply

By:
Authorized Signatory
Name:
Title: Credit Manager

**ASSIGNEE**

Midtown Claims LLC

By:
Authorized Signatory
Name: Anthony A Yoseloff
Title: Manager

**(ASSIGNOR)**

WITNESS

By:
Name:
Title: Analyst

NY379382.2/2276-00001

-10-