UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
                                                     :
   In re                                             :   Chapter 11
                                                     :
DELPHI CORPORATION, et al.,                          :   Case No. 05-44481 (RDD)
                                                     :
                    Debtors.                         :   (Jointly Administered)
                                                     :
-----------------------------------------------------x

## RESPONSE TO OBJECTION TO CLAIM

Claimant, Stephanie Gray, submits her response to objection to claim she filed on October 24, 2006, being Claim No. 16384, with asserted amount of the claim being $1,000,000.00. The basis for the objection is untimely books and records claim.

The substance of the Claimant's claim was previously filed by James Hutz, setting forth his personal injury claims against Claimant Stephanie Gray. Stephanie Gray was an employee working in the course and scope of employment with Delphi Corporation at the time of the motor vehicle accident. Delphi Corporation's insurance is applicable covering Claimant. Delphi Corporation's insurance with Reliance National Indemnity Company is an automobile liability policy with a "matching deductible" program. This appears to require Delphi Corporation to pay monies under the deductible portion and would owe these monies directly for this claim. Further, Reliance National Indemnity Company is in liquidation. Delphi Corporation's insurance coverage and requirements to pay deductibles under the policy creates monetary exposure to Delphi Corporation and the basis for this claim and the previously filed claim of James Hutz in the amount of $2,157,683.93.

Therefore, the timeliness of Claimant Stephanie Gray's proof of claim is not prejudicial to Delphi Corporation since the exact claim was previously filed by James Hutz.

Claimant Stephanie Gray requests the Court to deny the objection to her claim.

Respectfully submitted,

_____
PFAU, PFAU & MARANDO
JOHN C. PFAU (No. 0006470)
P.O. Box 9070
Youngstown, Ohio 44513
Telephone: (330) 702-9700
Fax: (330) 702-9704
E-Mail: ppm@ppmlegal.com

ATTORNEYS FOR CLAIMANT STEPHANIE GRAY

CERTIFICATE OF SERVICE

A copy of the foregoing response has been forwarded by regular mail this 7th day of February, 2007 to:

DELPHI CORPORATION
5825 Delphi Drive
Troy, Michigan 48098

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

_____
PFAU, PFAU & MARANDO
JOHN C. PFAU