# McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

**JON LAYTON**
*Paralegal*
(504) 654-1286
Fax (504) 596-2861
jlayton@mcglinchey.com

NEW ORLEANS
HOUSTON
BATON ROUGE
JACKSON
CLEVELAND
MONROE
DALLAS
ALBANY

February 9, 2007

**VIA FEDERAL EXPRESS**
United States Bankruptcy Court
Southern District of New York
ATTN: Dorothy Li, Clerk of Court
Alexander Hamilton Customs House
One Bowling Green
New York, NY 10004-1408

RE:   In re DELPHI CORPORATION, et al.,
      USDC, SDNY Bankruptcy Court Case No. 05-44481 (RDD)
      Our File: 019818.0002

Dear Ms. Li:

Following up on our recent phone conversations, enclosed please find a copy of the Affidavit of Legal Ordinary Course Professional that McGlinchey Stafford, PLLC, attempted to file in to the record of the captioned matter in late December of last year. As we discussed, this filing has yet to appear on the Court's docket, despite the fact that it was mailed out for filing on December 20, 2006. This date is reflected on both the transmittal letter and the Certificate of Service (both are enclosed).

This pleading was served on all involved parties by U.S. Mail, as indicated on the Certificate of Service. Due to this service mailing's close proximity to the holidays, it is hard to estimate the exact date of receipt by counsel, but all parties should have received service by December 31, 2006. I have confirmed that our client's accounting office received a forwarded copy of the enclosed on January 22, 2007, but that is all of the receipt information that I was able to yield.

Per our conversation, it is my understanding that these copies should suffice to effect the docketing of our Affidavit. I am also enclosing a second copy of the Affidavit, which I would ask you to conform and return to me in the enclosed, self-addressed stamped envelope.



RECEIVED
FEB 13 2007
USBC-SDNY
RDD

United States Bankruptcy Court
February 9, 2007
Page 2

      Thank you for your courtesies. If you have any questions or require anything further, please don't hesitate to contact me at (504) 654-1286.

                                  Sincerely,

                                  **McGlinchey Stafford, PLLC**

                                  Jon Layton, Paralegal

/jdl
Encl.

cc:     General Counsel, Delphi Corporation (w/ encl.)



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
---------------------------------- x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF LOUISIANA )
) ss:
PARISH OF ORLEANS )

MARK N. BODIN, being duly sworn, deposes and says:

1. I am a principal of McGlinchey Stafford, PLLC ("McGlinchey") which firm maintains offices at 643 Magazine Street, New Orleans, Louisiana 70130.

2. Neither I, "McGlinchey", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. The Debtors have requested, and "McGlinchey" has agreed, to generally represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to litigation matters, particularly in the State of Louisiana. Additionally, the Debtors have particularly requested, and "McGlinchey" proposes, to render the legal services to the Debtors in connection with the case of Tircuit et. al. v. Stewart et. al., No. 545,489, pending in the 19th JDC for the Parish of East Baton Rouge, State of Louisiana.

4. "McGlinchey"'s current fee arrangement with the Debtors is for its work to be reimbursed at McGlinchey's standard hourly rates in effect at the time the work is performed (currently ranging from $95/hr for legal assistants to $310/hr for senior partner attorneys), as well as reimbursement of expenses incurred by McGlinchey on the behalf of the Debtors.

5. Except as set forth herein, no promises have been received by "McGlinchey" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules

1

of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

6. "McGlinchey" has no agreement with any entity to share with such entity any compensation received by "McGlinchey."

7. "McGlinchey" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "McGlinchey" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

8. Neither I, "McGlinchey", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "McGlinchey" is to be engaged.

10. The foregoing constitutes the statement of "McGlinchey" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT:

_____
MARK N. BODIN

Subscribed and sworn before me
this 20th day of December, 2006

_____
Notary Public

2

## CERTIFICATE OF SERVICE

        Mark N. Bodin, attorney with McGlinchey Stafford, PLLC, hereby certifies that on December 20, 2006, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5825 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Dated 12/20/06

Mark N. Bodin
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200

Sworn before me this 20th
day of December, 2006.

_____
Notary Public

3

RECEIVED FEB 13 2007 USBC-SDNY RDD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
:
In re                                     :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                          Debtors.        :    (Jointly Administered)
                                          :
------------------------------ x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF LOUISIANA            )
                              ) ss:
PARISH OF ORLEANS             )

MARK N. BODIN, being duly sworn, deposes and says:

1. I am a principal of McGlinchey Stafford, PLLC ("McGlinchey") which firm maintains offices at 643 Magazine Street, New Orleans, Louisiana 70130.

2. Neither I, "McGlinchey", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. The Debtors have requested, and "McGlinchey" has agreed, to generally represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to litigation matters, particularly in the State of Louisiana. Additionally, the Debtors have particularly requested, and "McGlinchey" proposes, to render the legal services to the Debtors in connection with the case of Tircuit et. al. v. Stewart et. al., No. 545,489, pending in the 19th JDC for the Parish of East Baton Rouge, State of Louisiana.

4. "McGlinchey"'s current fee arrangement with the Debtors is for its work to be reimbursed at McGlinchey's standard hourly rates in effect at the time the work is performed (currently ranging from $95/hr for legal assistants to $310/hr for senior partner attorneys), as well as reimbursement of expenses incurred by McGlinchey on the behalf of the Debtors.

5. Except as set forth herein, no promises have been received by "McGlinchey" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules

1

of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

6. "McGlinchey" has no agreement with any entity to share with such entity any compensation received by "McGlinchey."

7. "McGlinchey" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "McGlinchey" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

8. Neither I, "McGlinchey", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "McGlinchey" is to be engaged.

10. The foregoing constitutes the statement of "McGlinchey" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT:

_____
MARK N. BODIN

Subscribed and sworn before me
this 20th day of December, 2006

_____
Notary Public

2

## CERTIFICATE OF SERVICE

      Mark N. Bodin, attorney with McGlinchey Stafford, PLLC, hereby certifies that on December 20, 2006, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5825 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Dated 12/20/06

_____
Mark N. Bodin
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1200

Sworn before me this 20th
day of December, 2006.

_____
Notary Public

3