**Hearing Date: February 15, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                          :
     In re                               :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                 Debtors.         :    (Jointly Administered)
                                                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FIFTEENTH OMNIBUS HEARING AGENDA

Location Of Hearing:       United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton Custom House, Room 610, 6th Floor,
One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.     Introduction

    B.     Continued Or Adjourned Matters (7 Matters)

    C.     Uncontested, Agreed, Or Settled Matters (3 Matters)

    D.     Contested Matters (2 Matters)

    E.     Adversary Proceeding (1 Matter)

    F.     First, Second, And Third Interim Fee Applications (33 Matters)

        1)     Continued Or Adjourned Fee Application (1 Matter)

        2)     Uncontested, Agreed, Or Settled Fee Applications (32 Matters)

**B.     Continued Or Adjourned Matters\***

    1.     **"KECP Annual Incentive Program"** – Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 213)

        *Response Filed:*    *None.*

        *Reply Filed:*    *None.*

        *Related Filings:*    *Supplement To KECP Motion (Docket No. 213) Seeking Authority To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4419)*

                    *Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To: (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further*

---

\* Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4778 , 4912, and 5153 (KECP Emergence Incentive Program, Mercedes-Benz U.S. International, Inc.'s Motion To File Claims, Methode Electronics, Inc.'s Setoff Motion and Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract) and Delphi Medical Systems Colorado Corporation Adv. Pro. No. 06-01677, Docket No. 2 (Summons with Notice of Pre-Trial Conference)

*Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4660)*

Status:                  *By agreement of the Debtors and the Official Committee of Unsecured Creditors this matter is being adjourned to the March 22, 2007 omnibus hearing.*

2.    **"Creditors' Committee GM Claims And Defenses Motion"** – Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)

Response Filed:          *Debtors' Preliminary Objection To Motion For Order Authorizing Official Committee Of Unsecured Creditors To Prosecute Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of Debtors (Docket No. 4859)*

Reply Filed:             *None.*

Related Filings:         *Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4689)*

*Affidavit In Support Of Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4690)*

*Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4691)*

*Exhibits A & B To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4738)*

*Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4831)*

*So Ordered Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4837)*

*Proposed Second Stipulation and Agreed Order Amending Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal Exhibits to the Committee's Motion for an Order Authorizing it to Prosecute the Debtor's Claims and Defenses Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No. 4902)*

*Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4928)*

*Objection Of The Official Committee Of Equity Security Holders Of The Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

|  |  |
|---|---|
| *Status:* | *By agreement of the parties this matter is being adjourned to the March 22, 2007 omnibus hearing.* |

3. **"Ex Parte Motion To File Supplemental Objection Under Seal"**– Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection In Further Support Of The Equity Committee's Objection To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5229)

|  |  |
|---|---|
| *Response Filed:* | *Comment Of The Official Committee Of Unsecured Creditors To Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection To Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5230)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)* |
|  | *Objection Of The Official Committee Of Equity Security Holders To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the March 22, 2007 omnibus hearing.* |

4. **"Wachovia Bank's Relief From Stay"**– Wachovia Bank, National Association's Motion Pursuant To 11 U.S.C. §§ 362 For Relief From The Automatic Stay, If Applicable, To Proceed With Litigation Against Larry Graves, A Non-Debtor Delphi Employee, In The Circuit Court Of The Second Judicial District Of Hinds County, Mississippi (Docket No. 5951)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the March 22, 2007 omnibus hearing.* |

5.    **"Clarion Corporation"**– Motion Of Clarion Corporation Of America, Pursuant To 11 U.S.C. §§ 503 And 507, For Allowance Of An Administrative Expense Claim (Docket No. 6135)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *This matter is being  adjourned to the April 25, 2007 omnibus for an evidentiary hearing.  The parties will submit a proposed scheduling order before the hearing.* |

6.    **"Kyocera Motion"**– Motion Of Kyocera Industrial Ceramics Corporation For Relief From The Automatic Stay To Permit It To Exercise Setoff And/Or Recoupment Rights (Docket No. 6273)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the March 22, 2007 omnibus hearing.* |

7.    **"Sumida America Inc. To Allow Setoff/ Recoupment"**– Motion Of Sumida America Inc. To Allow Setoff/ Recoupment And For Relief From The Automatic Stay (Docket No. 6723)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |

|  | *Status:* | *By agreement of the parties this matter is being adjourned to the March 22, 2007 omnibus hearing.* |

**C.    Uncontested, Agreed, Or Settled Matters**

8.    **"Brandes Investment Partners, L.P. Blocking Procedures"**– Motion Of Brandes Investment Partners, L.P. For The Entry Of An Order Approving Specified Information Blocking Procedures And Permitting Trading On Debtors' Bonds Upon Establishment Of A Screening Wall (Docket No. 6737)

| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

9.    **"Barclays Bank, PLC Settlement Agreement"**– Debtors' Motion For An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Agreement With Barclays Bank, PLC (Docket No. 6738)

| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *An agreed order and stipulation will be submitted for consideration by the Court.* |

10.    **"Brake Hose Business Sale Motion"**– Motion For Orders Under 11 U.S.C. §§ 363 And 365 And Fed. R. Bankr. P. 2002. 6004, 6006, And 9014 (A) Approving (I) Bidding Procedures, (II) Certain Bid Protections, (III) Form And Manner Of Sale Notices, And (IV) Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Assets Exclusively Used In Debtors' Brake Hose Business Free And Clear Or Liens, Claims, And Encumbrances, (I) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 6742)

| *Response Filed:* | *Limited Objections Of USW To Brake Hose Business Sale Motion (Docket No. 6882)* |

7

|   |   |
|---|---|
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *The limited objection of the USW has been resolved. A revised order will be submitted for consideration by the Court.* |

## D.    Contested Matters

11.    **"Sixth Omnibus Claims Objection"**– Debtors' Sixth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 6571)

|   |   |
|---|---|
| *Responses Filed:* | *Response Of Breen Color Concentrates, Inc. To Debtors' Sixth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 6894)* |
|  | *Response Of Constellation NewEnergy, Inc. And Constellation NewEnergy- Gas Division, LLC To Debtors' Sixth Omnibus Objection To Claims (Docket No. 6898)* |
| *Reply Filed:* | *An omnibus reply will be filed.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

12.    **"Seventh Omnibus Claims Objection"**– Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documents Claims (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claim (Docket No. 6585)

|   |   |
|---|---|
| *Responses Filed†:* | *Letter From Brenda Lawrence (Docket No. 6789)* |
|  | *Georgia Department Of Revenue's Response To Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.* |

---

† Responses listed in bold were filed after the February 8, 2007 4:00 p.m. (prevailing eastern time) objection deadline.

*P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6829)*

*San Benito Consolidated Independent School District's Response To Debtor's Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected Debtor's Books And Records, And (C) Untimely Claims (Docket No. 6844)*

*Response Of Russell Reynolds Associates In Opposition To Debtors' Seventh Omnibus Objection To Claims (Docket No. 6849)*

*Eaton Hydraulics, Inc.'s Response To Debtors' Seventh Omnibus Objection To Certain Claims (Docket No. 6859)*

*Eaton Electrical, Inc.'s Response To Debtors' Seventh Omnibus Objection To Certain Claims (Docket No. 6860)*

*Response Of Contrarian Funds, LLC, As Assignee To Ferro Corporation, To Debtors' Seventh Omnibus Claims Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6876)*

*Southwest Research Institute's Response To Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims (Docket No. 6880)*

*South-Western City School District Board Of Education's Response To Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not*

9

*Reflected On Debtors' Books And Records, And (C)
Untimely Claims (Docket No. 6883)*

*US Xpress Enterprises, Inc. Eft's Response To
Debtors' Seventh Omnibus Objection To Certain
Claims (Docket No. 6895)*

*Alstom Power Environmental's Response To The
Seventh Omnibus Objection (Docket No. 6903)*

***Teledyne Technologies Incorporated's Response
To Debtors' Seventh Omnibus Claims Objection
(Docket No. 6904)***

***Head Acoustics, Inc's. Response To Debtors'
Seventh Omnibus Claims Objection (Docket No.
6905)***

***Response Of G.P. Reeves Inc. To Debtors' Seventh
Omnibus Claims Objection (Docket No. 6906)***

*Sonic Tech, Inc.'s Response To Objection Of Claim
(Docket No. 6907)*

*Response To 7th Omnibus Objection To Claims By
Delphi Corporation et al; Sierra Liquidity Fund,
LLC (Assignee); Bales Company (Assignor), Claim
No. 14675 (Docket No. 6908)*

*Response Of Portage County Water Resources
Department To Debtors' Seventh Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, And (C) Untimely
Claims (Docket No. 6909)*

*Reply Filed:*      *An omnibus reply will be filed.*

*Related Filings:*      *None.*

*Status:*      *The hearing will proceed with respect to claims for
which no responses have been filed.  The hearing
will be adjourned with respect to all other responses
to future claims hearing dates upon service of
applicable notices of adjournment in accordance
with this Court's Order Pursuant To 11 U.S.C.*

*§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

**E.   Adversary Proceeding**

13.   **"Delphi Corporation's Complaint To Recover Property Of The Estate Against NYCH LLC dba RCS Computer Experience"**– Complaint To Recover Property Of The Estate (Adversary Proceeding No. 06-01902) (Docket No. 1)

| | |
|---|---|
| *Responses Filed:* | *Defendant's Answer To Complaint (Docket No. 6)* |
| | *Defendant's Rule 7.1 Statement (Docket No. 7)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Docket No. 2)* |
| | *Summons And Notice Of Pretrial Conference In An Adversary Proceeding (Docket No. 3)* |
| | *Notice Of Adjournment Of Pretrial Conference (Docket No. 5)* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the March 22, 2007 omnibus hearing.* |

**F.   First, Second, And Third Interim Fee Applications**

**1)   Continued Or Adjourned Fee Application**

14.   **"Jones Lang LaSalle Americas, Inc. Interim Fee Applications"**– Jones Lang LaSalle Americas, Inc.'s First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 328, 330 And 331 (Docket No. 3527)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |

| | |
|---|---|
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Jones Lang LaSalle Americas, Inc.'s Second Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 328, 330 And 331 (Docket No. 4786)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| | *Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)* |
| | *Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)* |
| | *Jones Lang LaSalle Americas, Inc.'s Third Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 328, 330, And 331 (Docket No. 6001)* |
| | *Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)* |
| *Status:* | *This matter is being adjourned to the March 22, 2007 omnibus hearing.* |

**2)**    **Uncontested, Agreed, Or Settled Fee Applications**

15.    **"Howard & Howard Attorneys, P.C. Interim Fee Applications"**– First Interim Fee Application Of Howard & Howard Attorneys, P.C., Intellectual Property Counsel To Debtors, For Interim Allowance Of Compensation And Reimbursement Of Expenses For The Period October 8, 2005 Through January 31, 2006 (Docket No. 2965)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Fee Application Of Howard & Howard Attorneys, P.C., Intellectual Property Counsel To Debtors, For Interim Allowance Of Compensation And Reimbursement Of Expenses For The Period February 1, 2006 Through May 31, 2006 (Docket No. 4735)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| | *Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)* |
| | *Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve* |

13

*Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Fee Application Of Howard & Howard Attorneys, P.C., For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 5968)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

Status:           *An order will be submitted for consideration by the Court.*

16.   **"Ernst & Young LLP Fee Applications"**– First And Final Application Of Ernst & Young LLP, As Sarbanes-Oxley, Valuation, And Tax Services Providers For The Debtors, For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses (Docket No. 3018)

Response Filed:        *None.*

Reply Filed:           *None.*

Related Filings:       *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Application Of Ernst & Young LLP, As Independent Auditors, Accountants And Tax Advisors To Debtors, For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses (Docket No. 4788)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through*

14

*January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Application Of Ernst & Young LLP, As Independent Auditors, Accountants And Tax Advisors To Debtors, For Allowance And Payment Of Compensation For Professional Services And Reimbursement Of Actual And Necessary Expenses (Docket No. 5979)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*          *An order will be submitted for consideration by the Court.*

17.    **"Covington & Burling Interim Fee Applications"** – First Interim Application Of Covington & Burling, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 8, 2005 Through January 31, 2006 (Docket No. 3060)

*Response Filed:*          *Official Committee Of Unsecured Creditors' Response And Reservation Of Rights With Respect To Pending Interim Fee Applications Of Various Retained Professionals (Docket No. 5314)*

*Reply Filed:*          *None.*

*Related Filings:*          *Revised First Interim Application Of Covington & Burling, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of*

*Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 8, 2005 Through January 31, 2006 (Docket No. 3509)*

*Revised First Interim Application Of Covington & Burling, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 8, 2005 Through January 31, 2006 (Docket No. 3596)*

*Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Covington & Burling LLP, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From February 1, 2006 Through May 31, 2006 (Docket No. 4794)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Amended Second Interim Application Of Covington & Burling LLP, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From February 1, 2006 Through May 3, 2006 (Docket No. 5385)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through*

16

*January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application Of Covington & Burling LLP, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From June 1, 2006 Through September 30, 2006 (Docket No. 5972)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*          *An order will be submitted for consideration by the Court.*

18.    **"Quinn Emanuel Urquhart Oliver & Hedges LLP Interim Fee Applications"**– First Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession For Compensation And Reimbursement Of Expenses (Docket No. 3071)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession, For Compensation And Reimbursement Of Expenses (Docket No. 4769)*

*Amended Second Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To The Debtors-In-Possession, For Compensation And Reimbursement Of Expenses (Docket No. 4784)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application Of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel To the Debtors-In-Possession, For Compensation And Reimbursement Of Expenses (Docket No. 6003)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

18

*Status:*          *An order will be submitted for consideration by the Court.*

19. **"Cadwalader, Wickersham &Taft LLP Interim Fee Applications"**–
    First Application Of Cadwalader, Wickersham And Taft LLP As Attorneys
    For The Debtors For Interim Allowance Of Compensation For Professional
    Services Rendered And For Reimbursement Of Actual And Necessary
    Expenses Incurred From October 10, 2005 Through January 31, 2006
    (Docket No. 3302)

    *Response Filed:*     *Official Committee Of Unsecured Creditors'
                          Response And Reservation Of Rights With Respect
                          To Pending Interim Fee Applications Of Various
                          Retained Professionals (Docket No. 5314)*

    *Reply Filed:*        *None.*

    *Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331
                          Establishing Procedures For Interim Compensation
                          And Reimbursement Of Expenses Of Professionals
                          (Docket No. 4545)*

                         *Second Application Of Cadwalader, Wickersham
                          And Taft LLP As Attorneys For The Debtors For
                          Interim Allowance Of Compensation For
                          Professional Services Rendered And For
                          Reimbursement Of Actual And Necessary Expenses
                          Incurred From February 1, 2006 Through May 31,
                          2006 (Docket No. 4737)*

                         *Fifth Supplemental Order Under 11 U.S.C. § 331
                          Establishing Procedures For Interim Compensation
                          And Reimbursement Of Expenses Of Professionals
                          (Docket No. 5310)*

                         *Report Of The Delphi Joint Fee Review Committee
                          Regarding Applications For Award Of
                          Compensation And Reimbursements Of Expenses
                          For The Periods From October 8, 2005 Through
                          January 31, 2006 And February 1 Through May 31,
                          2006 And Request That The Court Resolve Dispute
                          With Respect To The Fee Committee (Docket No.
                          5559)*

                         *Supplemental Report Of The Delphi Joint Fee
                          Review Committee Regarding Applications For
                          Award Of Compensation And Reimbursement Of*

*Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

*Third Application Of Cadwalader, Wickersham And
Taft LLP As Attorneys For The Debtors For Interim
Allowance Of Compensation For Professional
Services Rendered And For Reimbursement Of
Actual And Necessary Expenses Incurred From June
1, 2006 Through September 30, 2006 (Docket No.
5971)*

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

*Status:*          *An order will be submitted for consideration by the
Court.*

20.   **"Togut, Segal & Segal LLP Interim Fee Applications"** – First Application
Of Togut, Segal & Segal LLP For An Allowance Of Interim Compensation
For Services Rendered As Conflicts Counsel For The Debtors For The
Period October 8, 2005 Through January 31, 2006 And For Reimbursement
Of Expenses (Docket No. 3440)

*Response Filed:*          *None.*

*Reply Filed:*          *None.*

*Related Filings:*          *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Application Of Togut, Segal & Segal LLP
For An Allowance Of Interim Compensation For
Services Rendered As Conflicts Counsel For The
Debtors For The Period February 1, 2006 Through
May 31, 2006 And For Reimbursement Of Expenses
(Docket No. 4748)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation*

*And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Application Of Togut, Segal & Segal LLP For An Allowance Of Interim Compensation For Services Rendered As Conflicts Counsel For The Debtors For The Period June 1, 2006 Through September 30, 2006 And For Reimbursement Of Expenses (Docket No. 6057)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*            *An order will be submitted for consideration by the Court.*

21.   **"Dickinson Wright PLLC Interim Fee Applications"**– First Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From January 13, 2006 Through January 31, 2006 (Docket No. 3442)

*Response Filed:*       *None.*

*Reply Filed:*          *None.*

*Related Filings:*      *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation*

*And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From February 1, 2006 Through May 31, 2006 (Docket No. 4790)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From June 1, 2006 Through September 30, 2006 (Docket No. 5997)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*          *An order will be submitted for consideration by the Court.*

22.   **"FTI Consulting, Inc. Interim Fee Applications"**– First Interim Application For Allowance Of Compensation And Reimbursement Of Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period October 8, 2005 Through January 31, 2006 (Docket No. 3454)

    *Response Filed:*    *None.*

    *Reply Filed:*    *None.*

    *Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application For Allowance Of Compensation And Reimbursement Of Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period February 1, 2006 Through May 31, 2006 (Docket No. 4760)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application For Allowance Of Compensation And Reimbursement Of Expenses*

*Incurred By FTI Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period From June 1, 2006 Through September 30, 2006 (Docket No. 5871)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

Status:                 *An order will be submitted for consideration by the Court.*

23.    **"Groom Law Group, Chartered Interim Fee Applications"**– First Interim Application Of Groom Law Group, Chartered, As Special Employee Benefits Counsel For The Debtors, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 31, 2005 (Docket No. 3460)

Response Filed:         *None.*

Reply Filed:            *None.*

Related Filings:        *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Groom Law Group, Chartered, As Special Employee Benefits Counsel For The Debtors, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4741)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31,*

24

*2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

*Third Interim Application Of Groom Law Group,
Chartered, As Special Employee Benefits Counsel
For The Debtors, Seeking Allowance Of
Compensation For Professional Services Rendered
And For Reimbursement Of Actual And Necessary
Expenses Incurred From June 1, 2006 Through
September 30, 2006 (Docket No. 6037)*

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

Status:    *An order will be submitted for consideration by the
Court.*

24.   **"Shearman & Sterling LLP Interim Fee Applications"**– First Application
Of Shearman & Sterling LLP, As Special Counsel To The Debtors, For
Allowance Of Interim Compensation For Professional Services Rendered
And For Reimbursement Of Actual And Necessary Expenses Incurred
From October 8, 2005 Through January 31, 2006 (Docket No. 3463)

*Response Filed:*    *None.*

*Reply Filed:*    *None.*

*Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Application Of Shearman & Sterling LLP, As
Special Counsel To The Debtors, For Allowance Of
Interim Compensation For Professional Services*

25

*Rendered And For Reimbursement Of Actual And
Necessary Expenses Incurred From February 1,
2006 Through May 31, 2006 (Docket No. 4779)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

*Third Application Of Shearman & Sterling LLP, As
Special Counsel To The Debtors, For Allowance Of
Interim Compensation For Professional Services
Rendered And For Reimbursement Of Actual And
Necessary Expenses Incurred From June 1, 2006
Through September 30, 2006 (Docket No. 5988)*

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

*Status:*          *An order will be submitted for consideration by the
Court.*

25.    **"Thompson Hine LLP Interim Fee Applications"**– First Interim
Application Of Thompson Hine LLP As Special Counsel For Debtors For
Interim Court Approval, Allowance And Payment Of Compensation For
Services Rendered And Expenses Advanced From October 8, 2005
Through January 31, 2006 (Docket No. 3467)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From February 1, 2006 Through May 31, 2006 (Docket No. 4731)* |
| | *Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)* |
| | *Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)* |
| | *Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)* |
| | *Third Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From June 1, 2006 Through September 30, 2006 (Docket No. 5977)* |

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

Status:            *An order will be submitted for consideration by the
                   Court.*

26.   **"O'Melveny & Myers LLP Interim Fee Applications"**– First Interim
      Application Of O'Melveny & Myers LLP For Order Authorizing And
      Approving Compensation And Reimbursement Of Expenses (Docket No.
      3469)

Response Filed:    *None.*

Reply Filed:       *None.*

Related Filings:   *Fourth Supplemental Order Under 11 U.S.C. § 331
                   Establishing Procedures For Interim Compensation
                   And Reimbursement Of Expenses Of Professionals
                   (Docket No. 4545)*

                   *Second Interim Application Of O'Melveny & Myers
                   LLP For Order Authorizing And Approving
                   Compensation And Reimbursement Of Expenses
                   (Docket No. 4757)*

                   *Fifth Supplemental Order Under 11 U.S.C. § 331
                   Establishing Procedures For Interim Compensation
                   And Reimbursement Of Expenses Of Professionals
                   (Docket No. 5310)*

                   *Report Of The Delphi Joint Fee Review Committee
                   Regarding Applications For Award Of
                   Compensation And Reimbursements Of Expenses
                   For The Periods From October 8, 2005 Through
                   January 31, 2006 And February 1 Through May 31,
                   2006 And Request That The Court Resolve Dispute
                   With Respect To The Fee Committee (Docket No.
                   5559)*

                   *Supplemental Report Of The Delphi Joint Fee
                   Review Committee Regarding Applications For
                   Award Of Compensation And Reimbursement Of
                   Expenses For The Periods From October 8, 2005
                   Through January 31, 2006 And February 1 Through
                   May 31, 2006, And Request That The Court Resolve*

28

*Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses (Docket No. 5992)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*             *An order will be submitted for consideration by the Court.*

27.    **"Warner Stevens, L.L.P. Interim Fee Applications"**– First Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of November 10, 2005 Through January 31, 2006 (Docket No. 3478)

*Response Filed:*      *None.*

*Reply Filed:*        *None.*

*Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of February 1, 2006 Through May 31, 2006 (Docket No. 4765)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through*

29

*January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured Creditors For The Period Of June 1, 2006 Through September 30, 2006 (Docket No. 5955)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

Status:  *An order will be submitted for consideration by the Court.*

28.  **"Deloitte & Touche LLP Interim Fee Applications"**– First Interim Application For Allowance Of Fees And Expenses Of Deloitte & Touche LLP As Independent Auditors And Accountants To The Debtors For The Period From October 8, 2005 Through January 31, 2006 (Docket No. 3485)

Response Filed:  *None.*

Reply Filed:  *None.*

Related Filings:  *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application For Allowance Of Fees And Expenses Of Deloitte & Touche LLP As Independent Auditors And Accountants To The*

*Debtors For The Period From February 1, 2006 Through May 31, 2006 (Docket No. 4787)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application For Allowance Of Fees Of Deloitte & Touche LLP As Independent Auditors And Accountants To The Debtors For The Period From June 1, 2006 Through September 30, 2006 (Docket No. 5960)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*            *An order will be submitted for consideration by the Court.*

29.   **"Butzel Long, P.C. Interim Fee Applications"**– First Interim Application Of Butzel Long, P.C., Commercial And Litigation Counsel To Debtors And Debtors-In-Possession, For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 31, 2006 Under 11 U.S.C. §§ 330 And 331 (Docket No. 3489)

Response Filed:                *Official Committee Of Unsecured Creditors'
                               Response And Reservation Of Rights With Respect
                               To Pending Interim Fee Applications Of Various
                               Retained Professionals (Docket No. 5314)*

Reply Filed:                   *None.*

Related Filings:               *Fourth Supplemental Order Under 11 U.S.C. § 331
                               Establishing Procedures For Interim Compensation
                               And Reimbursement Of Expenses Of Professionals
                               (Docket No. 4545)*

                               *Second Interim Application Of Butzel Long, P.C.,
                               Commercial And Litigation Counsel To Debtors And
                               Debtors-In-Possession, For Allowance And Payment
                               Of Compensation And Reimbursement Of Expenses
                               For The Period From February 1, 2006 Through
                               May 31, 2006 Under 11 U.S.C. §§ 330 And 331
                               (Docket No. 4766)*

                               *Fifth Supplemental Order Under 11 U.S.C. § 331
                               Establishing Procedures For Interim Compensation
                               And Reimbursement Of Expenses Of Professionals
                               (Docket No. 5310)*

                               *Report Of The Delphi Joint Fee Review Committee
                               Regarding Applications For Award Of
                               Compensation And Reimbursements Of Expenses
                               For The Periods From October 8, 2005 Through
                               January 31, 2006 And February 1 Through May 31,
                               2006 And Request That The Court Resolve Dispute
                               With Respect To The Fee Committee (Docket No.
                               5559)*

                               *Supplemental Report Of The Delphi Joint Fee
                               Review Committee Regarding Applications For
                               Award Of Compensation And Reimbursement Of
                               Expenses For The Periods From October 8, 2005
                               Through January 31, 2006 And February 1 Through
                               May 31, 2006, And Request That The Court Resolve
                               Dispute With Respect To The Fee Committee
                               Statements (Docket No. 5887)*

                               *Third Interim Application Of Butzel Long, P.C.,
                               Commercial And Litigation Counsel To Debtors And
                               Debtors-In-Possession, For Allowance And Payment
                               Of Compensation And Reimbursement Of Expenses*

32

*For The Period From June 1, 2006 Through
September 30, 2006 Under 11 U.S.C. §§ 330 And
331 (Docket No. 5982)*

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

Status:        *An order will be submitted for consideration by the
Court.*

30.    **"Price, Heneveld, Cooper, DeWitt & Litton, LLP Interim Fee
Applications"**– First Interim Application For Approval Of Compensation
And Reimbursement Of Expenses Of Price, Heneveld, Cooper, DeWitt &
Litton, LLP, Intellectual Property Counsel To Debtors, For Services
Rendered From October 9, 2005 Through January 31, 2006 (Docket No.
3495)

Response Filed:        *None.*

Reply Filed:        *None.*

Related Filings:        *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Interim Application For Approval Of
Compensation And Reimbursement Of Expenses Of
Price, Heneveld, Cooper, DeWitt & Litton, LLP,
Intellectual Property Counsel To Debtors, For
Services Rendered And Billed From October 9, 2005
Through May 31, 2006 (Docket No. 4703)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute*

33

*With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application For Approval Of Compensation And Reimbursement Of Expenses Of Price, Heneveld, Cooper, Dewitt & Litton, LLP, Intellectual Property Counsel To The Debtors, For Services Rendered From October 9, 2005, Through September 30, 2006 (Docket No. 5946)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*    *An order will be submitted for consideration by the Court.*

31. **"Jaeckle Fleischmann & Mugel, LLP Interim Fee Applications"**– First Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP, Intellectual Property Counsel To The Debtors, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses For The Period October 8, 2005 Through February 28, 2006 (Docket No. 3497)

*Response Filed:*    *None.*

*Reply Filed:*    *None.*

*Related Filings:*    *First Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP, Intellectual Property Counsel To The Debtors, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses For The Period October 8, 2005 Through February 28, 2006 (Docket No. 3538)*

*First Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 3593)*

*Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP, Intellectual Property Counsel To The Debtors, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses For The Period February 1, 2006 Through May 31, 2006  (Docket No. 4724)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Fee Application Of Jaeckle Fleischmann & Mugel, LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses (Docket No. 5986)*

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

Status:             *An order will be submitted for consideration by the
Court.*

32.   **"Banner & Witcoff, Ltd. Interim Fee Applications"**– First Interim
Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To
Delphi Corporation, Seeking Allowance And Payment Of Interim
Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330
And 331 (Docket No. 3506)

Response Filed:     *Official Committee Of Unsecured Creditors'
Response And Reservation Of Rights With Respect
To Pending Interim Fee Applications Of Various
Retained Professionals (Docket No. 5314)*

Reply Filed:        *None.*

Related Filings:    *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Interim Application Of Banner & Witcoff,
Ltd., Intellectual Property Counsel To Delphi
Corporation, Seeking Allowance And Payment Of
Interim Compensation And Reimbursement Of
Expenses Under 11 U.S.C. §§ 330 And 331 (Docket
No. 4761)*

*Second Interim Application Of Banner & Witcoff,
Ltd., Intellectual Property Counsel To Delphi
Corporation, Seeking Allowance And Payment Of
Interim Compensation And Reimbursement Of
Expenses Under 11 U.S.C. §§ 330 And 331 (Docket
No. 4781)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of*

*Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application OF Banner & Witcoff, Ltd., Intellectual Property Counsel To Delphi Corporation, Seeking Allowance And Payment Of Interim Compensation And Reimbursement of Expenses Under 11 U.S.C. §§ 330 and 331 (Docket No. 5947)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

Status:                  *An order will be submitted for consideration by the Court.*

33.    **"KPMG LLP Interim Fee Applications"**– First Application Of KPMG LLP, As Tax And Transaction Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 31, 2006 (Docket No. 3507)

Response Filed:          *Official Committee Of Unsecured Creditors' Response And Reservation Of Rights With Respect To Pending Interim Fee Applications Of Various Retained Professionals (Docket No. 5314)*

Reply Filed:             *None.*

Related Filings:         *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation*

*And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Application Of KPMG LLP, As Tax And Transaction Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4846)*

*Amended Second Application Of KPMG LLP, As Tax And Transaction Services Advisors And Advisory And Valuation Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4863)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Third Application Of KPMG LLP, As Tax And Transaction Services Advisors And Advisory And Valuation Services Advisors For The Debtors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From June 1, 2006 Through September 30, 2006 (Docket No. 6000)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation*

*And Reimbursement Of Expenses Of Professionals*
*(Docket No. 6145*

Status:          *An order will be submitted for consideration by the*
                 *Court.*

34.   **"Cantor Colburn LLP Interim Fee Applications"**– First Interim
      Application For Cantor Colburn LLP For Allowance Of Compensation For
      Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C.
      §§ 330, 331 (Docket No. 3514)

      *Response Filed:*     *None.*

      *Reply Filed:*        *None.*

      *Related Filings:*    *First Interim Application Of Cantor Colburn LLP*
                            *For Allowance Of Compensation For Services*
                            *Rendered And Reimbursement Of Expenses*
                            *Pursuant To 11 U.S.C. §§ 330, 331 (Docket No.*
                            *3517)*

                            *Fourth Supplemental Order Under 11 U.S.C. § 331*
                            *Establishing Procedures For Interim Compensation*
                            *And Reimbursement Of Expenses Of Professionals*
                            *(Docket No. 4545)*

                            *Second Interim Application Of Cantor Colburn LLP*
                            *For Allowance Of Compensation For Services*
                            *Rendered And Reimbursement Of Expenses*
                            *Pursuant To 11 U.S.C. §§ 330, 331 (Docket No.*
                            *4772)*

                            *Fifth Supplemental Order Under 11 U.S.C. § 331*
                            *Establishing Procedures For Interim Compensation*
                            *And Reimbursement Of Expenses Of Professionals*
                            *(Docket No. 5310)*

                            *Report Of The Delphi Joint Fee Review Committee*
                            *Regarding Applications For Award Of*
                            *Compensation And Reimbursements Of Expenses*
                            *For The Periods From October 8, 2005 Through*
                            *January 31, 2006 And February 1 Through May 31,*
                            *2006 And Request That The Court Resolve Dispute*
                            *With Respect To The Fee Committee (Docket No.*
                            *5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application Of Cantor Colburn LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 330, 331 (Docket No. 5912)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*            *An order will be submitted for consideration by the Court.*

35.    **"Wilmer Cutler Pickering Hale & Dorr LLP Interim Fee Applications"**– First Interim Application Of Wilmer Cutler Pickering Hale And Dorr LLP, Special Regulatory Counsel For The Audit Committee Of The Board Of Directors Of Delphi Corporation, For Allowance Of Compensation For Services Rendered And Expenses Incurred From October 8, 2005 Through January 31, 2006 (Docket No. 3549)

*Response Filed:*        *None.*

*Reply Filed:*        *None.*

*Related Filings:*        *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Wilmer Cutler Pickering Hale And Dorr LLP, Special Regulatory Counsel For The Audit Committee Of The Board Of Directors Of Delphi Corporation, For Allowance Of Compensation For Services Rendered And Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4739)*

*Filed Under Seal Exhibits B Through E Of Second
Interim Application Of Wilmer Cutler Pickering
Hale And Dorr LLP, Special Regulatory Counsel
For The Audit Committee Of The Board Of Directors
Of Delphi Corporation, For Allowance Of
Compensation For Services Rendered And Expenses
Incurred From February 1, 2006 Through May 31,
2006 (Docket No. 4806)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

*Third Interim Application Of Wilmer Cutler
Pickering Hale And Dorr LLP, Special Regulatory
Counsel For the Audit Committee Of The Board Of
Directors Of Delphi Corporation, For Allowance Of
Compensation For Services Rendered And Expenses
Incurred From June 1, 2006 Through September 30,
2006 (Docket No. 5994)*

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

Status:              *An order will be submitted for consideration by the Court.*

36.   **"Rothschild Inc. Interim Fee Applications"**– First Interim Application Of
      Rothschild Inc. For Compensation And Reimbursement Of Expenses
      (Docket No. 3562)

      *Response Filed:*        *None.*

      *Reply Filed:*           *None.*

      *Related Filings:*       *Fourth Supplemental Order Under 11 U.S.C. § 331
                               Establishing Procedures For Interim Compensation
                               And Reimbursement Of Expenses Of Professionals
                               (Docket No. 4545)*

                               *Second Interim Application Of Rothschild Inc. For
                               Compensation And Reimbursement Of Expenses
                               (Docket No. 4762)*

                               *Fifth Supplemental Order Under 11 U.S.C. § 331
                               Establishing Procedures For Interim Compensation
                               And Reimbursement Of Expenses Of Professionals
                               (Docket No. 5310)*

                               *Report Of The Delphi Joint Fee Review Committee
                               Regarding Applications For Award Of
                               Compensation And Reimbursements Of Expenses
                               For The Periods From October 8, 2005 Through
                               January 31, 2006 And February 1 Through May 31,
                               2006 And Request That The Court Resolve Dispute
                               With Respect To The Fee Committee (Docket No.
                               5559)*

                               *Supplemental Report Of The Delphi Joint Fee
                               Review Committee Regarding Applications For
                               Award Of Compensation And Reimbursement Of
                               Expenses For The Periods From October 8, 2005
                               Through January 31, 2006 And February 1 Through
                               May 31, 2006, And Request That The Court Resolve
                               Dispute With Respect To The Fee Committee
                               Statements (Docket No. 5887)*

                               *Third Interim Application Of Rothschild Inc. For
                               Compensation And Reimbursement Of Expenses
                               (Docket No. 5990)*

42

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

Status:        *An order will be submitted for consideration by the
                Court.*

37.   **"Rader, Fishman & Grauer PLLC Interim Fee Applications"**– First
Interim Application For Approval Of Compensation And Reimbursement
Of Expenses Of Rader, Fishman & Grauer PLLC, Intellectual Property
Counsel To Debtors, For Services Rendered From October 8, 2005 Through
January 31, 2006 (Docket No. 3740)

Response Filed:      *None.*

Reply Filed:         *None.*

Related Filings:     *Fourth Supplemental Order Under 11 U.S.C. § 331
                      Establishing Procedures For Interim Compensation
                      And Reimbursement Of Expenses Of Professionals
                      (Docket No. 4545)*

                     *Second Interim Application For Approval Of
                      Compensation And Reimbursement Of Expenses Of
                      Rader, Fishman & Grauer PLLC, Intellectual
                      Property Counsel To Debtors, For Services
                      Rendered From February 1, 2006 Through May 31,
                      2006 (Docket No. 4830)*

                     *Fifth Supplemental Order Under 11 U.S.C. § 331
                      Establishing Procedures For Interim Compensation
                      And Reimbursement Of Expenses Of Professionals
                      (Docket No. 5310)*

                     *Report Of The Delphi Joint Fee Review Committee
                      Regarding Applications For Award Of
                      Compensation And Reimbursements Of Expenses
                      For The Periods From October 8, 2005 Through
                      January 31, 2006 And February 1 Through May 31,
                      2006 And Request That The Court Resolve Dispute
                      With Respect To The Fee Committee (Docket No.
                      5559)*

                     *Supplemental Report Of The Delphi Joint Fee
                      Review Committee Regarding Applications For
                      Award Of Compensation And Reimbursement Of*

*Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

*Third Interim Application For Approval Of
Compensation And Reimbursement Of Expenses Of
Rader, Fishman & Grauer PLLC, Intellectual
Property Counsel To Debtors, For Services
Rendered From June 1, 2006 Through September 30,
2006 (Docket No. 6045)*

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

*Status:*                 *An order will be submitted for consideration by the
                         Court.*

38.    **"Jefferies & Company, Inc. Interim Fee Applications"**– First Interim
       Application Of Jefferies & Company, Inc., As Investment Banker To The
       Official Committee Of Unsecured Creditors For Interim Allowance Of
       Compensation For Professional Services Rendered And Reimbursement Of
       Actual And Necessary Expenses Incurred For The Period October 18, 2005
       To January 31, 2006 (Docket No. 3962)

       *Response Filed:*        *None.*

       *Reply Filed:*           *None.*

       *Related Filings:*       *Fourth Supplemental Order Under 11 U.S.C. § 331
                               Establishing Procedures For Interim Compensation
                               And Reimbursement Of Expenses Of Professionals
                               (Docket No. 4545)*

                               *Second Interim Application Of Jefferies & Company,
                               Inc., As Investment Banker To The Official
                               Committee Of Unsecured Creditors For Interim
                               Allowance Of Compensation For Professional
                               Services Rendered And Reimbursement Of Actual
                               And Necessary Expenses Incurred For The Period
                               February 1, 2006 To May 31, 2006 (Docket No.
                               4789)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application Of Jefferies & Company, Inc., As Investment Banker To The Official Committee Of Unsecured Creditors For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred For The Period From June 1, 2006 To September 30, 2006 (Docket No. 6051)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

Status:          *An order will be submitted for consideration by the Court.*

39.   **"Latham & Watkins LLP Interim Fee Applications"**– First Fee And Expense Application Of Latham & Watkins LLP As Counsel To The Official Committee Of Unsecured Creditors (Docket No. 3966)

*Response Filed:*       *None.*

*Reply Filed:*          *None.*

*Related Filings:*      *Amended First Fee And Expense Application Cover
                        Sheet Of Latham & Watkins LLP As Counsel To The
                        Official Committee Of Unsecured Creditors (Docket
                        No. 3969)*

                        *Fourth Supplemental Order Under 11 U.S.C. § 331
                        Establishing Procedures For Interim Compensation
                        And Reimbursement Of Expenses Of Professionals
                        (Docket No. 4545)*

                        *Second Fee And Expense Application Of Latham &
                        Watkins LLP As Counsel To The Official Committee
                        Of Unsecured Creditors (Docket No. 4742)*

                        *Fifth Supplemental Order Under 11 U.S.C. § 331
                        Establishing Procedures For Interim Compensation
                        And Reimbursement Of Expenses Of Professionals
                        (Docket No. 5310)*

                        *Report Of The Delphi Joint Fee Review Committee
                        Regarding Applications For Award Of
                        Compensation And Reimbursements Of Expenses
                        For The Periods From October 8, 2005 Through
                        January 31, 2006 And February 1 Through May 31,
                        2006 And Request That The Court Resolve Dispute
                        With Respect To The Fee Committee (Docket No.
                        5559)*

                        *Supplemental Report Of The Delphi Joint Fee
                        Review Committee Regarding Applications For
                        Award Of Compensation And Reimbursement Of
                        Expenses For The Periods From October 8, 2005
                        Through January 31, 2006 And February 1 Through
                        May 31, 2006, And Request That The Court Resolve
                        Dispute With Respect To The Fee Committee
                        Statements (Docket No. 5887)*

                        *Third Fee And Expense Application Of Latham &
                        Watkins LLP As Counsel To The Official Committee
                        Of Unsecured Creditors (Docket No. 5961)*

                        *Sixth Supplemental Order Under 11 U.S.C. § 331
                        Establishing Procedures For Interim Compensation
                        And Reimbursement Of Expenses Of Professionals
                        (Docket No. 6145)*

*Status:*        *An order will be submitted for consideration by the Court.*

40. **"Mesirow Financial Consulting, LLC Interim Fee Applications"**– First Interim Application Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors For The Period From October 19, 2005 Through January 31, 2006 (Docket No. 3967)

*Response Filed:*        *None.*

*Reply Filed:*        *None.*

*Related Filings:*        *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors For The Period From February 1, 2006 Through May 31, 2006 (Docket No. 4747)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application Of Mesirow Financial
Consulting, LLC For Allowance Of Compensation
And Reimbursement Of Expenses As Financial
Advisor To The Official Committee Of Unsecured
Creditors For The Period From June 1, 2006
Through September 30, 200 (Docket No. 5962)*

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

Status:             *An order will be submitted for consideration by the
Court.*

41.   **"Steven Hall & Partners Interim Fee Applications"**– First Fee And
Expense Application Of Steven Hall & Partners, LLC As Compensation
And Employment Agreement Advisor For The Official Committee Of
Unsecured Creditors (Docket No. 3968)

Response Filed:        *None.*

Reply Filed:           *None.*

Related Filings:       *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

*Second Fee And Expense Application Of Steven Hall
& Partners, LLC As Compensation And Employment
Agreement Advisor For The Official Committee Of
Unsecured Creditors (Docket No. 4754)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

48

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Fee And Expense Application Of Steven Hall & Partners, LLC As Compensation And Employment Agreement Advisor For The Official Committee Of Unsecured Creditors (Docket No. 5963)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*          *An order will be submitted for consideration by the Court.*

42.  **"Skadden, Arps, Slate, Meagher & Flom LLP Interim Fee Applications"**– First Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP And Affiliates, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 3975)

*Response Filed:*     *None.*

*Reply Filed:*        *None.*

*Related Filings:*    *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Second Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 4796)*

*Notice Of Filing Of Exhibit D To The Second Interim Application Of Skadden, Arps, Slate, Meagher &*

49

*Flom LLP, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 4798)*

*Notice Of Filing Of Corrected Exhibits D-1 Through D-6, And D-10  To The Second Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 4818)*

*Notice Of Filing Of Marked Exhibit D To First Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To The Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 5105)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To*

*Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 6002)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*          *An order will be submitted for consideration by the Court.*

43.   **"Blake, Cassels & Graydon LLP Interim Fee Applications"**– First Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 4167)

*Response Filed:*      *None.*

*Reply Filed:*        *None.*

*Related Filings:*      *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Second Amended Application for Interim Professional Compensation for Blake, Cassels & Graydon, LLP, Special Counsel (Docket No. 5385)*

*Second Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 5388)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through*

*January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 6039)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

Status:  *An order will be submitted for consideration by the Court.*

44.  **"Mayer, Brown, Rowe & Maw LLP Interim Fee Application"**– First Application Of Mayer, Brown, Rowe & Maw LLP, Special Information Technology Outsourcing Counsel To Debtors, For Allowance Of Interim Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From February 1, 2006 Through May 31, 2006 (Docket No. 4740)

*Response Filed:*  *None.*

*Reply Filed:*  *None.*

*Related Filings:*  *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

*Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

*Second Application Of Mayer, Brown, Rowe & Maw
LLP, Special Information Technology Outsourcing
Counsel To Debtors, For Allowance Of Interim
Compensation For Professional Services Rendered
And For Reimbursement Of Actual And Necessary
Expenses Incurred From June 1, 2006 Through
September 30, 2006 (Docket No. 5973)*

*Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

Status:            *An order will be submitted for consideration by the
Court.*

45.    **"Fried, Frank, Harris, Shriver & Jacobson LLP Interim Fee
Application"**– First Interim Fee Application Of Fried, Frank, Harris,
Shriver & Jacobson LLP, Counsel For The Official Committee Of Equity
Security Holders, For Compensation For Professional Services Rendered
And Reimbursement Of Expenses Incurred And Posted During The Period
From May 8, 2006 Through May 31, 2006 (Docket No. 4771)

*Response Filed:*       None.

*Reply Filed:*        *None.*

*Related Filings:*        *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Second Interim Fee Application Of Fried, Frank, Harris, Shriver & Jacobson LLP, Counsel For The Official Committee Of Equity Security Holders, For Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred And Posted During The Period From June 1, 2006 Through September 30, 2006 (Docket No. 5980)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*        *An order will be submitted for consideration by the Court.*

46.    **"Buck Consultants Interim Fee Application"**– First Application Of Buck
Consultants, LLC For Allowance Of Compensation For Services Rendered
As Pension And Benefits Actuary To The Official Committee Of
Unsecured Creditors (Docket No. 6019)

   *Response Filed:*      *None.*

   *Reply Filed:*      *None.*

   *Related Filings:*      *Fourth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 4545)*

   *Fifth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 5310)*

   *Report Of The Delphi Joint Fee Review Committee
Regarding Applications For Award Of
Compensation And Reimbursements Of Expenses
For The Periods From October 8, 2005 Through
January 31, 2006 And February 1 Through May 31,
2006 And Request That The Court Resolve Dispute
With Respect To The Fee Committee (Docket No.
5559)*

   *Supplemental Report Of The Delphi Joint Fee
Review Committee Regarding Applications For
Award Of Compensation And Reimbursement Of
Expenses For The Periods From October 8, 2005
Through January 31, 2006 And February 1 Through
May 31, 2006, And Request That The Court Resolve
Dispute With Respect To The Fee Committee
Statements (Docket No. 5887)*

   *Sixth Supplemental Order Under 11 U.S.C. § 331
Establishing Procedures For Interim Compensation
And Reimbursement Of Expenses Of Professionals
(Docket No. 6145)*

   *Status:*      *An order will be submitted for consideration by the
Court.*

Dated:  New York, New York
       February 14, 2007

                    SKADDEN, ARPS, SLATE, MEAGHER
                      & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

       - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
        Debtors and Debtors-in-Possession