**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To The Debtors' Sixth Omnibus Claims Objection*
*Organized By Objector[1]*

|   | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | RESOLUTION OR PROPOSAL | ORDER MODIFICATION (IF ANY) |
|---|---|---|---|---|---|
| 1. | Constellation NewEnergy, Inc. ("CNE") and Constellation NewEnergy – Gas Division LLC (CNEG) (Docket No. 6898) | 2382, 2381, 2300, 2299 | The Claimants assert that their proofs of claim constitute prima facie evidence of the validity and amount of their claims. The Claimants further assert that the Debtors now bear the burden of putting forth evidence to negate the validity of the claims, and the Claimants allege that the Debtors have not done so. | The hearing on this matter will be adjourned to a future hearing date | None |
| 2. | Breen Color Concentrates, Inc. (Docket No. 6894) | 13740, 14174 | Breen alleges that it asserted a reclamation claim, and that Breen and the Debtors agreed that the reconciled amount of Breen's reclamation claim was $5,107.39. Breen asserts that it electronically filed a proof of claim on July 31, 2006 and also hand-filed a proof of claim with the Court that same day. The claimant has no objection to the Court's expunging claim number 13740 so long as the Debtors agree not to later challenge the surviving claim as having been electronically filed. | The hearing on this matter will be adjourned to a future hearing date | None |

---

[1] This chart reflects all Responses entered on the docket as of February 14, 2007 at 12:00 p.m.