UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :
    In re               :     Chapter 11
                    :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                    :
          Debtors.     :     (Jointly Administered)
                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING (A) DUPLICATE AND AMENDED CLAIMS AND (B)
EQUITY CLAIMS IDENTIFIED IN SIXTH OMNIBUS CLAIMS OBJECTION

("SIXTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Sixth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity

Claims, dated January 12, 2007 (the "Sixth Omnibus Claims Objection"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"); and upon the record of the hearing held on the

Sixth Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient

cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

    A.      Each holder of a claim (each, a "Claim") listed on <u>Exhibits A-1</u>, <u>A-2</u>, <u>B-1</u>,

<u>B-2,</u> and <u>C</u> attached hereto was properly and timely served with a copy of the Sixth Omnibus

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Sixth Omnibus Claims Objection.

Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to

11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection

Procedures Order"), the proposed order, and notice of the deadline for responding to the Sixth

Omnibus Claims Objection.  No other or further notice of the Sixth Omnibus Claims Objection is

necessary.

B.      The Court has jurisdiction over the Sixth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Sixth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157 (b)(2).  Venue of these cases and the Sixth Omnibus Claims

Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The Claims listed on Exhibits A-1 and A-2 hereto under the column

heading "Claim To Be Expunged" are either duplicates of Claims filed with the Court or have

been amended or superseded by later-filed Claims.

D.      The Claim listed on Exhibit B-1 hereto was filed by the holder of Delphi

Corporation common stock solely on account of its stock holdings ("Equity Claims").

E.      The Claims listed on Exhibit B-2 hereto were filed by holders of Delphi

Corporation common stock solely on account of their stock holdings and were also untimely

pursuant to the Bar Date Order ("Untimely Equity Claims").

F.      The relief requested in the Sixth Omnibus Claims Objection is in the best

interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.      Each "Claim To Be Expunged" listed on <u>Exhibits A-1</u> and <u>A-2</u> hereto is

hereby disallowed and expunged in its entirety.  Those Claims identified on <u>Exhibits A-1</u> and <u>A-2</u> as "Surviving Claims" shall remain on the Debtors' claims register, but shall remain subject to

future objection by the Debtors and other parties-in-interest.

2.      The Equity Claim listed on <u>Exhibit B-1</u> hereto is hereby reclassified as an

interest, and is disallowed and expunged as a claim in its entirety.

3.      Each Untimely Equity Claim listed on <u>Exhibit B-2</u> hereto is hereby

reclassified as an interest disallowed and expunged in its entirety.

4.      The hearing with respect to each Claim listed on <u>Exhibit C</u> hereto shall be

adjourned to a hearing date to be determined.  The Debtors shall be entitled to file a reply in

support of the Sixth Omnibus Claims Objection with respect to all Claims listed on <u>Exhibit C</u>

hereto on or prior to 4:00 p.m. (prevailing Eastern time) on the day before the date of the hearing

with respect to such Claim.

5.      Entry of this order is without prejudice to the Debtors' right to object to

any other claims in these chapter 11 cases, or to further object to claims that are the subject of the

Sixth Omnibus Claims Objection, on any grounds whatsoever; <u>provided</u>, <u>however</u>, that solely to

the extent that (a) a claimant filed duplicative claims against different Debtors for the same

asserted obligation (the "Multiple Debtor Duplicative Claims") and (b) certain of such claimant's

Multiple Debtor Duplicative Claims are being disallowed and expunged hereby, the Debtors

shall not seek to have the claimant's remaining Multiple Debtor Duplicative Claim (the

"Remaining Claim") disallowed and expunged solely on the basis that such Remaining Claim is

asserted against the incorrect Debtor, <u>provided</u> that one of the Multiple Debtor Duplicative

Claims was originally filed against the correct Debtor.  For the avoidance of doubt, except as

expressly provided in the preceding sentence, the Remaining Claims shall remain subject to

further objection on any grounds whatsoever, including, without limitation, that any such

Remaining Claim is asserted against the incorrect Debtor if the claimant did not file a Multiple

Debtor Duplicative Claim against the correct Debtor.  Nothing contained herein shall restrict the

Debtors from objecting to any Remaining Claim or any holder of a Remaining Claim from

seeking relief from this Court for the purposes of requesting that this Court modify the Debtor or

Debtors against which such Remaining Claim is asserted.

6.      Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any claim asserted against any of the Debtors.

7.      This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Sixth Omnibus Claims Objection to hear and determine all matters arising

from the implementation of this order.

8.      Each Claim and the objections by the Debtors to each Claim addressed in

the Sixth Omnibus Claims Objection and set forth on Exhibits A-1, A-2, B-1, B-2, and C hereto

constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order

shall be deemed a separate order with respect to each Claim.  Any stay of this order shall apply

only to the contested matter which involves such Claim and shall not act to stay the applicability

or finality of this order with respect to the other contested matters covered hereby.

9.      Kurtzman Carson Consultants, LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

10.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Sixth Omnibus Claims

Objection.

Dated: New York, New York
        February ___, 2007

_____
        UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.

Sixth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|

| | |
|---|---|
| Claim Number: 816 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 11/23/2005<br>Creditor's Name and Address:<br>AIR ACADEMY PRESS & ASSOCIATES LLC<br>1650 TELSTAR DR  NO 110<br>COLORADO SPRINGS, CO 80920<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $70,254.09<br>Total: $70,254.09 | Claim Number: 7993 — Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Date Filed: 06/14/2006<br>Creditor's  Name and Address:<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $70,254.09<br>Total: $70,254.09 |
| Claim Number: 57 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 10/19/2005<br>Creditor's Name and Address:<br>ALPINE ELECTRONICS OF AMERICA INC<br>19145 GRAMERCY PL<br>TORRANCE, CA 90501<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,019,168.32<br>Total: $2,019,168.32 | Claim Number: 16192 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 08/01/2006<br>Creditor's  Name and Address:<br>ALPINE ELECTRONICS OF AMERICA<br>240 BOROLINE RD<br>ALLENDALE, NJ 07401<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $409,245.00<br>Total: $409,245.00 |
| Claim Number: 7515 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 06/06/2006<br>Creditor's Name and Address:<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>FASTENAL CO<br>PO BOX 978<br>2001 THEURER BLVD<br>WINONA, MN 55987<br><br>Secured:<br>Priority: $58,187.44<br>Administrative:<br>Unsecured:<br>Total: $58,187.44 | Claim Number: 7514 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 06/06/2006<br>Creditor's  Name and Address:<br>FASTENAL COMPANY<br>PO BOX 978<br>WINONA, MN 55987-0978<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $58,187.44<br>Total: $58,187.44 |
| Claim Number: 14066 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>AT ABATEMENT SERVICES INC<br>4915 STILWELL<br>KANSAS CITY, MO 64120<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $28,365.02<br>Total: $28,365.02 | Claim Number: 14068 — Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Date Filed: 07/31/2006<br>Creditor's  Name and Address:<br>AT ABATEMENT SERVICES INC<br>4915 STILWELL<br>KANSAS CITY, MO 64120<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $28,365.02<br>Total: $28,365.02 |

In re Delphi Corporation, et al.      05-44481-rdd    Doc 6952-2    Filed 02/14/07    Entered 02/14/07 15:44:00    Exhibit B      Sixth Omnibus Claims Objection

Pg 7 of 23

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | | | Surviving Claim | | |
|---|---|---|---|---|---|
| **Claim Number:** 14067<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**<br><br>AT ABATEMENT SERVICES INC<br>4915 STILWELL<br>KANSAS CITY, MO 64120 | **Debtor:** DELPHI CORPORATION (05-44481)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,900.00<br>Total: $8,900.00 | | **Claim Number:** 14069<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**<br><br>AT ABATEMENT SERVICES INC<br>4915 STILWELL<br>KANSAS CITY, MO 64120 | **Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,900.00<br>Total: $8,900.00 | |
| **Claim Number:** 15668<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**<br><br>ATS AUTOMATION TOOLING SYSTEMS INC<br>250 ROYAL OAK RD<br>CAMBRIDGE, ON N3H 4R6<br>CANADA | **Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br>Secured: $2,218,225.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,218,225.00 | | **Claim Number:** 16415<br>**Date Filed:** 11/09/2006<br>**Creditor's Name and Address:**<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | **Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br>Secured: $1,983,000.60<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,983,000.60 | |
| **Claim Number:** 4573<br>**Date Filed:** 05/03/2006<br>**Creditor's Name and Address:**<br><br>AUTOMOTIVE SAFETY TECHNOLOGIES INC A<br>WHOLLY OWNED SUBSIDIARY OF METHODE<br>ELECTRONICS INC<br>C O TIMOTHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | **Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br>Secured: $2,939,137.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,939,137.00 | | **Claim Number:** 16194<br>**Date Filed:** 08/14/2006<br>**Creditor's Name and Address:**<br><br>METHODE ELECTRONICS INC<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | **Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br>Secured: $2,939,137.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,939,137.00 | |
| **Claim Number:** 2744<br>**Date Filed:** 04/24/2006<br>**Creditor's Name and Address:**<br><br>BALES COMPANY & SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | **Debtor:** DELPHI CORPORATION (05-44481)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,160.00<br>Total: $3,160.00 | | **Claim Number:** 14675<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE BALES<br>COMPANY ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | **Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,160.00<br>Total: $3,160.00 | |
| **Claim Number:** 2737<br>**Date Filed:** 04/24/2006<br>**Creditor's Name and Address:**<br><br>BENDCO MACHINE & TOOL & SIERRA<br>LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | **Debtor:** DELPHI CORPORATION (05-44481)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,683.15<br>Total: $1,683.15 | | **Claim Number:** 14679<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>BENDCO MACHINE & TOOL INC ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | **Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,683.15<br>Total: $1,683.15 | |

In re Delphi Corporation, et al.

**Sixth Omnibus Claims Objection**

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | | Surviving Claim | |
|---|---|---|---|
| Claim Number: 8950<br>Date Filed: 07/05/2006<br>Creditor's Name and Address:<br><br>BLACKSTONE EC CO<br>INDUSTRIAL DISTRIBUTION GROUP<br>2510 MATTOX ST<br>TUPELO, MS 38801 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,745.66<br>Total: $1,745.66 | Claim Number: 7131<br>Date Filed: 05/30/2006<br>Creditor's Name and Address:<br><br>INDUSTRIAL DIST GROUP MEMPHIS<br>2510 MATTOX ST<br>TUPELO, MS 38801 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $1,745.66<br>Administrative:<br>Unsecured:<br>Total: $1,745.66 |
| Claim Number: 2347<br>Date Filed: 03/21/2006<br>Creditor's Name and Address:<br><br>CELLUSUEDE PRODUCTS INC<br>500 N MADISON ST<br>ROCKFORD, IL 61107 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,489.60<br>Total: $5,489.60 | Claim Number: 14684<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>CALLUSUEDE PRODUCTS INC ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,489.60<br>Total: $5,489.60 |
| Claim Number: 764<br>Date Filed: 11/22/2005<br>Creditor's Name and Address:<br><br>CITY OF GORDONSVILLE TENNESSEE<br>BELLAR & WINKLER<br>212 MAIN ST N<br>PO BOX 332<br>CARTHAGE, TN 37030 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $5,819.39<br>Administrative:<br>Unsecured:<br>Total: $5,819.39 | Claim Number: 7561<br>Date Filed: 06/06/2006<br>Creditor's Name and Address:<br><br>CITY OF GORDONSVILLE TENNESSEE<br>BELLAR & WINKLER<br>212 MAIN ST N<br>PO BOX 332<br>CARTHAGE, TN 37030 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $16.91<br>Administrative:<br>Unsecured:<br>Total: $16.91 |
| Claim Number: 11245<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br><br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033 | Debtor: ASEC SALES GENERAL PARTNERSHIP<br>(05-44484)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 | Claim Number: 11241<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br><br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033 | Debtor: ASEC MANUFACTURING GENERAL<br>PARTNERSHIP (05-44482)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 |
| Claim Number: 11243<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br><br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033 | Debtor: EXHAUST SYSTEMS CORPORATION<br>(05-44573)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 | Claim Number: 11241<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br><br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033 | Debtor: ASEC MANUFACTURING GENERAL<br>PARTNERSHIP (05-44482)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 |

In re Delphi Corporation, et al.

**Sixth Omnibus Claims Objection**

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|

| | |
|---|---|
| Claim Number: 11242<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br><br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033 | Debtor: ENVIRONMENTAL CATALYSTS, LLC (05-44503)<br>Secured: $223,895.11<br>Priority<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 | Claim Number: 11241<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br><br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033 | Debtor: ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482)<br>Secured: $223,895.11<br>Priority<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 |
| Claim Number: 10590<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:<br><br>DENSO SALES CALIFORNIA INC<br>3900 VIA ORO AVE<br>LONG BEACH, CA 90810 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $22,200.24<br>Priority<br>Administrative:<br>Unsecured:<br>Total: $22,200.24 | Claim Number: 15026<br>Date Filed: 07/26/2006<br>Creditor's Name and Address:<br><br>DENSO SALES CALIFORNIA INC<br>3900 VIA ORO AVE<br>LONG BEACH, CA 90810 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $22,200.24<br>Priority<br>Administrative:<br>Unsecured:<br>Total: $22,200.24 |
| Claim Number: 2001<br>Date Filed: 02/14/2006<br>Creditor's Name and Address:<br><br>DESIGN PATTERN WORKS INC<br>376 REGENCY RIDGE DR<br>CENTERVILLE, OH 45459 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $62,390.00<br>Total: $62,390.00 | Claim Number: 16103<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br><br>DESIGN PATTERN WORKS INC<br>376 REGENCY RIDGE DR<br>CENTERVILLE, OH 45459 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $34,500.00<br>Total: $34,500.00 |
| Claim Number: 7895<br>Date Filed: 06/13/2006<br>Creditor's Name and Address:<br><br>ENGINEERED LUBRICANTS CO<br>11525 ROCK ISLAND CT<br>MARYLAND HEIGHTS, MO 63043-3597 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $1,888.00<br>Total: $1,888.00 | Claim Number: 7896<br>Date Filed: 06/13/2006<br>Creditor's Name and Address:<br><br>ENGINEERED LUBRICANTS CO<br>11525 ROCK ISLAND CT<br>MARYLAND HEIGHTS, MO 63043-3597 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $1,888.00<br>Total: $1,888.00 |
| Claim Number: 16270<br>Date Filed: 08/28/2006<br>Creditor's Name and Address:<br><br>GAYSON SPECIALTY DISPERSIONS<br>REDROCK CAPITAL PARTNERS<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $8,812.57<br>Total: $8,812.57 | Claim Number: 5518<br>Date Filed: 05/10/2006<br>Creditor's Name and Address:<br><br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $8,805.95<br>Total: $8,805.95 |

In re Delphi Corporation, et al.

Sixth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | | | Surviving Claim | | |
|---|---|---|---|---|---|
| Claim Number: 1878 | Debtor: | DELPHI CORPORATION (05-44481) | Claim Number: 7246 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: 02/06/2006 | | | Date Filed: 06/01/2006 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority | | | Priority | |
| GE CONSUMER & INDUSTRIAL FKA GE | Administrative: | | GE CONSUMER & INDUSTRIAL F/K/A GE | Administrative: | |
| LIGHTING | Unsecured: | $11,235.00 | LIGHTING | Unsecured: | $11,235.00 |
| 11256 CORNELL PARK DR STE 500 | | | 11256 CORNELL PARK DR STE 500 | | |
| CINCINNATI, OH 45242 | Total: | $11,235.00 | CINCINNATI, OH 45242 | Total: | $11,235.00 |
| Claim Number: 9730 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 16204 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/18/2006 | | | Date Filed: 08/14/2006 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority | | | Priority | |
| GENESEE PACKAGING INC | Administrative: | | GENESEE PACKAGING INC | Administrative: | |
| WINEGARDERN HALEY LINDHOLM & ROBERT | Unsecured: | $2,659,778.51 | WINEGARDEN HALEY LINDHOLM & ROBERTS | Unsecured: | $2,504,043.71 |
| G 9460 S SAGINAW ST  STE A | | | G 9460 S SAGINAW ST STE A | | |
| GRAND BLANC, MI 48439 | Total: | $2,659,778.51 | GRAND BLANC, MI 48439 | Total: | $2,504,043.71 |
| Claim Number: 12365 | Debtor: | DELPHI CORPORATION (05-44481) | Claim Number: 12366 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/28/2006 | | | Date Filed: 07/28/2006 | | |
| Creditor's Name and Address: | Secured: | | Creditor's  Name and Address: | Secured: | |
| | Priority | | | Priority | |
| GKN SINTER METALS INC | Administrative: | | GKN SINTER METALS INC | Administrative: | |
| ATTEN GENERAL COUNSEL | Unsecured: | $167,941.58 | ATTEN GENERAL COUNSEL | Unsecured: | $279,597.43 |
| 3300 UNIVERSITY DR | | | 3300 UNIVERSITY DR | | |
| AUBURN HILLS, MI 48326 | Total: | $167,941.58 | AUBURN HILLS, MI 48326 | Total: | $279,597.43 |
| Claim Number: 10368 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 15846 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/24/2006 | | | Date Filed: 08/09/2006 | | |
| Creditor's Name and Address: | Secured: | | Creditor's  Name and Address: | Secured: | |
| | Priority | | | Priority | |
| HAIN CAPITAL HOLDINGS LLC | Administrative: | | ADAC PLASTICS INC AND ITS WHOLLY OWNED | Administrative: | |
| 301 RTE 17 6TH FL | Unsecured: | $161,100.80 | SUBSIDIARIES ADAC DOOR COMPONENTS INC | Unsecured: | $124,723.20 |
| RUTHERFORD, NJ 07070 | | | & ADAC AUTOMOTIVE TRIM INC | | |
| | | | 5920 TAHOE DR SE | | |
| | Total: | $161,100.80 | GRAND RAPIDS, MI 49546 | Total: | $124,723.20 |
| Claim Number: 14181 | Debtor: | DELPHI CORPORATION (05-44481) | Claim Number: 13834 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/31/2006 | | | Date Filed: 07/31/2006 | | |
| Creditor's Name and Address: | Secured: | | Creditor's  Name and Address: | Secured: | |
| | Priority | | | Priority | |
| HERITAGE INTERACTIVE SERVICES LLC | Administrative: | | HERITAGE INTERACTIVE SERVICES LLC | Administrative: | |
| 10 W MARKET ST | Unsecured: | $38,367.34 | 10 W MARKET ST | Unsecured: | $38,367.34 |
| INDIANAPOLIS, IN 46204 | | | INDIANAPOLIS, IN 46204 | | |
| | Total: | $38,367.34 | | Total: | $38,367.34 |

EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS

| Claim to be Expunged | | | Surviving Claim | | |
|---|---|---|---|---|---|
| Claim Number: 8298 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 15458 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 06/21/2006 | | | Date Filed: 07/31/2006 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority | | | Priority | |
| HEXCEL CORPORATION | Administrative: | | LIQUIDITY SOLUTIONS INC | Administrative: | |
| PO BOX 90316 | | | ONE UNIVERSITY PLAZA STE 312 | | |
| CHICAGO, IL 60696-0316 | Unsecured: | $99,653.28 | HACKENSACK, NJ 07601 | Unsecured: | $100,584.84 |
| | Total: | $99,653.28 | | Total: | $100,584.84 |
| Claim Number: 1043 | Debtor: | DELPHI CORPORATION (05-44481) | Claim Number: 6475 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: 12/06/2005 | | | Date Filed: 05/22/2006 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority | | | Priority | |
| HP GEISLER CO INC | Administrative: | | HD GEISLER CO INC | Administrative: | |
| 1482 STANLEY AVE | | | 1482 STANLEY AVE | | |
| DAYTON, OH 45404 | Unsecured: | $967.61 | DAYTON, OH 45404 | Unsecured: | $967.61 |
| | Total: | $967.61 | | Total: | $967.61 |
| Claim Number: 2591 | Debtor: | DELPHI CORPORATION (05-44481) | Claim Number: 14689 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 04/10/2006 | | | Date Filed: 07/31/2006 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority | | | Priority | |
| INCAI TECHNOLOGIES INC & SIERRA | Administrative: | | INCAL TECHNOLOGIES INC & SIERRA | Administrative: | |
| LIQUIDITY FUND | | | LIQUIDITY FUND | | |
| 2699 WHITE RD STE 255 | Unsecured: | $20,607.55 | 2699 WHITE RD STE 255 | Unsecured: | $20,607.55 |
| IRVINE, CA 92614 | Total: | $20,607.55 | IRVINE, CA 92614 | Total: | $20,607.55 |
| Claim Number: 8983 | Debtor: | DELPHI CORPORATION (05-44481) | Claim Number: 16322 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/05/2006 | | | Date Filed: 09/18/2006 | | |
| Creditor's Name and Address: | Secured: | | Creditor's Name and Address: | Secured: | |
| | Priority | | | Priority | |
| INOVISE MEDICAL INC | Administrative: | | INOVISE MEDICAL INC | Administrative: | |
| PERKINS COIE LLP | | | PERKINS COIE | | |
| 1120 NW COUCH ST 10TH FL | Unsecured: | $600,000.00 | 1120 NW COUCH ST 10TH FLR | Unsecured: | $600,000.00 |
| PORTLAND, OR 97209-4128 | Total: | $600,000.00 | PORTLAND, OR 97209-4128 | Total: | $600,000.00 |
| | | | LONGACRE MASTER FUND LTD | | |
| | | | 810 SEVENTH AVE 22ND FL | | |
| | | | NEW YORK, NY 10019 | | |

In re Delphi Corporation, et al.

**Sixth Omnibus Claims Objection**

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|

| | | | |
|---|---|---|---|
| Claim Number: 16315 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16322 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 09/14/2006 | | Date Filed: 09/18/2006 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority | | Priority |
| INOVISE MEDICAL INC | Administrative: | INOVISE MEDICAL INC | Administrative: |
| PERKINS COLE | | PERKINS COLE | |
| 1120 NW COUCH ST 10TH FLR | Unsecured: $600,000.00 | 1120 NW COUCH ST 10TH FLR | Unsecured: $600,000.00 |
| PORTLAND, OR 97209-4128 | Total: $600,000.00 | PORTLAND, OR 97209-4128 | Total: $600,000.00 |
| | | | |
| | | LONGACRE MASTER FUND LTD | |
| | | 810 SEVENTH AVE 22ND FL | |
| | | NEW YORK, NY 10019 | |

| | | | |
|---|---|---|---|
| Claim Number: 16385 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 3139 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 10/24/2006 | | Date Filed: 04/28/2006 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority | | Priority |
| JAMES HUTZ JR | Administrative: | JAMES HUTZ JR | Administrative: |
| 6365 THOMPSON SHARPSVILLE RD | Unsecured: $2,157,683.93 | 6365 THOMPSON SHARPSVILLE RD | Unsecured: $2,157,683.93 |
| FOWLER, OH 44418 | Total: $2,157,683.93 | FOWLER, OH 44418 | Total: $2,157,683.93 |

| | | | |
|---|---|---|---|
| Claim Number: 14017 | Debtor: DELPHI MECHATRONIC SYSTEMS, INC (05-44567) | Claim Number: 14015 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/31/2006 | Secured: $1,750,068.62 | Date Filed: 07/31/2006 | Secured: $1,750,068.82 |
| Creditor's Name and Address: | Priority | Creditor's Name and Address: | Priority |
| LEAR CORPORATION FOR ITSELF AND THE | Administrative: | LEAR CORPORATION FOR ITSELF AND THE | Administrative: |
| LEAR ENTITIES LISTED ON THE ATTACHED | Unsecured: | LEAR ENTITIES LISTED ON THE ATTACHED | Unsecured: |
| SUMMARY | | SUMMARY | |
| BODMAN LLP | Total: $1,750,068.62 | BODMAN LLP | Total: $1,750,068.82 |
| 6TH FLOOR AT FORD FIELD | | 6TH FLOOR AT FORD FIELD | |
| 1901 ST ANTOINE STREET | | 1901 ST ANTOINE STREET | |
| DETROIT, MI 48226 | | DETROIT, MI 48226 | |

| | | | |
|---|---|---|---|
| Claim Number: 276 | Debtor: DELPHI CONNECTION SYSTEMS (05-44624) | Claim Number: 2971 | Debtor: DELPHI CONNECTION SYSTEMS (05-44624) |
| Date Filed: 11/01/2005 | Secured: | Date Filed: 04/27/2006 | Secured: |
| Creditor's Name and Address: | Priority | Creditor's Name and Address: | Priority |
| LEE SPRING CO | Administrative: | LEE SPRING CO | Administrative: |
| 420 LAKE ST | | 1462 62ND ST | |
| BROOKLYN, NY 11219 | Unsecured: $491.00 | BROOKLYN, NY 11219-5477 | Unsecured: $491.00 |
| | Total: $491.00 | | Total: $491.00 |

In re Delphi Corporation, et al.                                                                          Sixth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|

| | | | |
|---|---|---|---|
| Claim Number: 814 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 6604 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 11/23/2005 | | Date Filed: 05/22/2006 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| LIMESTONE CARE AUTHORITY OF ATHENS | Priority | ATHENS LIMESTONE HOSPITAL | Priority |
| AND LIMESTONE COUNTY DBA ATHENS | Administrative: | WILMER & LEE PA | Administrative: |
| LIMESTONE | Unsecured: $1,785.00 | P O BOX 710 | Unsecured: $1,352.10 |
| WILMER & LEE PA | | ATHENS, AL 35612 | |
| PO BOX 710 | Total: $1,785.00 | | Total: $1,352.10 |
| ATHENS, AL 35612 | | | |

| | | | |
|---|---|---|---|
| Claim Number: 2543 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 9011 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 04/04/2006 | | Date Filed: 07/05/2006 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority | | Priority |
| LIQUIDITY SOLUTIONS INC | Administrative: | HELLA INC | Administrative: |
| ONE UNIVERSITY PLAZA STE 312 | Unsecured: $166,825.00 | PO BOX 2665 | Unsecured: $148,939.15 |
| HACKENSACK, NJ 07601 | | PEACHTREE, GA 30269 | |
| | Total: $166,825.00 | | Total: $148,939.15 |

| | | | |
|---|---|---|---|
| Claim Number: 11432 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16307 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/27/2006 | | Date Filed: 09/12/2006 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority | | Priority |
| LORD CORPORATION | Administrative: | LORD CORPORATION | Administrative: |
| 2000 WEST GRANDVIEW BLVD | Unsecured: $712,371.05 | 2000 W GRANDVIEW BLVD | Unsecured: $362,371.05 |
| ERIE, PA 16514 | | ERIE, PA 16514 | |
| | Total: $712,371.05 | | Total: $362,371.05 |

| | | | |
|---|---|---|---|
| Claim Number: 13499 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16423 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/24/2006 | | Date Filed: 11/20/2006 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority | | Priority |
| MICHIGAN STATE UNIVERSITY | Administrative: | MICHIGAN STATE UNIVERSITY | Administrative: |
| 110 ADMINISTRATION BLDG | Unsecured: $32,186.01 | 110 ADMINISTRATION BLDG | Unsecured: $16,751.74 |
| MICHIGAN STATE UNIVERSITY | | MICHIGAN STATE UNIVERSITY | |
| EAST LANSING, MI 48824-1046 | Total: $32,186.01 | EAST LANSING, MI 48824-1046 | Total: $16,751.74 |

| | | | |
|---|---|---|---|
| Claim Number: 2254 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16441 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 03/10/2006 | | Date Filed: 12/01/2006 | |
| Creditor's Name and Address: | Secured: $784,062.10 | Creditor's Name and Address: | Secured: |
| | Priority | | Priority |
| MIDWEST TOOL & DIE CORP | Administrative: | MIDWEST TOOL & DIE CORP | Administrative: |
| ROTHBERG LOGAN & WARSCO LLP | Unsecured: $188,413.44 | ROTHBERG LOGAN & WARSCO LLP | Unsecured: $188,413.44 |
| PO BOX 11647 | | PO BOX 11647 | |
| FORT WAYNE, IN 46859-1647 | Total: $972,475.54 | FORT WAYNE, IN 46859-1647 | Total: $188,413.44 |

In re Delphi Corporation, et al.

**Sixth Omnibus Claims Objection**

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | | Surviving Claim | |
|---|---|---|---|
| Claim Number: 13816 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 13815 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/31/2006 | | Date Filed: 07/31/2006 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| MULTEK FLEXIBLE CIRCUITS INC ET AL | Priority: $28,136.03 | MULTEK FLEXIBLE CIRCUITS INC ET AL | Priority: $28,136.03 |
| CURTIS MALLET PREVOST COLT & MOSLE | Administrative: | CURTIS MALLET PREVOST COLT & MOSLE | Administrative: |
| 101 PARK AVE | Unsecured: $195,706.98 | 101 PARK AVE | Unsecured: $195,706.98 |
| NEW YORK, NY 10178-061 | | NEW YORK, NY 10178-0061 | |
| | Total: $223,843.01 | | Total: $223,843.01 |
| Claim Number: 5244 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16330 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 05/08/2006 | | Date Filed: 09/21/2006 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| NEBRASKA DEPARTMENT OF REVENUE | Priority: $4,520.35 | NEBRASKA DEPARTMENT OF REVENUE | Priority: $2,251.51 |
| PO BOX 94818 | Administrative: | PO BOX 94818 | Administrative: |
| LINCOLN, NE 68509-4818 | Unsecured: $1,000.00 | LINCOLN, NE 68509-4818 | Unsecured: $102.90 |
| | Total: $5,520.35 | | Total: $2,354.41 |
| Claim Number: 3931 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 5741 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 05/01/2006 | | Date Filed: 05/12/2006 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| NEFF ENGINEERING COMPANY INC | Priority: | NEFF ENGINEERING CO INC | Priority: |
| PO BOX 8604 | Administrative: | PO BOX 8604 | Administrative: |
| FORT WAYNE, IN 46898 | Unsecured: $3,549.93 | FORT WAYNE, IN 46898 | Unsecured: $6,250.71 |
| | Total: $3,549.93 | | Total: $6,250.71 |
| Claim Number: 552 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 7286 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 11/14/2005 | | Date Filed: 06/01/2006 | |
| Creditor's Name and Address: | Secured: $5,364.64 | Creditor's Name and Address: | Secured: |
| PAINTING PROCESS ASSOCIATES INC | Priority: | PAINTING AND PROCESS ASSOCIATES | Priority: |
| 300 PHILLIPS AVE | Administrative: | ONE UNIVERSITY PLAZA | Administrative: |
| TOLEDO, OH 43612 | Unsecured: | STE 312 | Unsecured: $5,364.64 |
| | | HACKENSACK, NJ 07601 | |
| | Total: $5,364.64 | | Total: $5,364.64 |

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|

| | |
|---|---|
| Claim Number: 16311     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 09/13/2006<br>Creditor's Name and Address:    Secured:<br>   Priority:<br>QUANEX CORP    Administrative:<br>MACSTEEL<br>1 JACKSON SQUARE STE 500    Unsecured: $511,659.39<br>JACKSON, MI 49201    Total: $511,659.39<br><br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Claim Number: 10624     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/25/2006<br>Creditor's Name and Address:    Secured:<br>   Priority:<br>QUANEX CORP    Administrative:<br>MACSTEEL<br>ONE JACKSON SQ STE 500    Unsecured: $511,659.39<br>JACKSON, MI 49201    Total: $511,659.39 |
| Claim Number: 16363     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 10/11/2006<br>Creditor's Name and Address:    Secured:<br>   Priority: $154,629.40<br>REDROCK CAPITAL PARTNERS LLC    Administrative:<br>111 S MAIN ST STE C11    Unsecured: $914,212.99<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424    Total: $1,068,842.39 | Claim Number: 16391     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 10/10/2006<br>Creditor's Name and Address:    Secured: $223,420.11<br>   Priority:<br>REDROCK CAPITAL PARTNERS LLC    Administrative:<br>111 S MAIN ST STE C11    Unsecured: $690,792.88<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424    Total: $914,212.99 |
| Claim Number: 10004     Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>Date Filed: 07/20/2006     (05-44640)<br>Creditor's Name and Address:    Secured: $223,420.11<br>   Priority: $154,629.40<br>REDROCK CAPITAL PARTNERS LLC    Administrative:<br>111 S MAIN ST STE C11    Unsecured: $690,792.88<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424    Total: $1,068,842.39 | Claim Number: 16391     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 10/10/2006<br>Creditor's Name and Address:    Secured: $223,420.11<br>   Priority:<br>REDROCK CAPITAL PARTNERS LLC    Administrative:<br>111 S MAIN ST STE C11    Unsecured: $690,792.88<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424    Total: $914,212.99 |
| Claim Number: 8136     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 06/19/2006<br>Creditor's Name and Address:    Secured:<br>   Priority:<br>SID TOOL CO INC    Administrative:<br>MSC INDUSTRIAL SUPPLY<br>PO BOX 9072    Unsecured: $4,405.77<br>MELVILLEW, NY 11747    Total: $4,405.77 | Claim Number: 8386     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:    Secured:<br>   Priority:<br>MSC INDUSTRIAL SUPPLY    Administrative:<br>75 MAXESS RD<br>MELVILLE, NY 11747    Unsecured: $4,334.62<br>   Total: $4,334.62 |

In re Delphi Corporation, et al.                                                                    Sixth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|

| | |
|---|---|
| Claim Number: 185      Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 10/28/2005<br>Creditor's Name and Address:<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Number: 14686      Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>EDDYTECH SYSTEMS INC ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 |
| Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,391.00<br>Total: $1,391.00 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,391.00<br>Total: $1,391.00 |
| Claim Number: 102      Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 10/25/2005<br>Creditor's Name and Address:<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Number: 2734      Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Date Filed: 04/24/2006<br>Creditor's Name and Address:<br><br>CAC DESIGN & MFG & SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 |
| Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,103.70<br>Total: $8,103.70 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10,838.93<br>Total: $10,838.93 |
| Claim Number: 15977      Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>INDUSTRIAL SPECIALISTS MFG ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Number: 1242      Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 12/21/2005<br>Creditor's Name and Address:<br><br>SIERRA LIQUIDITY FUND INDUSTRIAL<br>SPECIALTIES MFG<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 |
| Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,236.19<br>Total: $15,236.19 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,236.19<br>Total: $15,236.19 |
| Claim Number: 3192      Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 04/28/2006<br>Creditor's Name and Address:<br><br>SORDS RO CO INC<br>ANDERSON BOLDS SALES DIV<br>24050 COMMERCE PK<br>CLEVELAND, OH 44122-5824 | Claim Number: 1148      Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 12/13/2005<br>Creditor's Name and Address:<br><br>ANDERSON BOLDS<br>24050 COMMERCE PK<br>CLEVELAND, OH 44122-5838 |
| Secured:<br>Priority: $915.00<br>Administrative:<br>Unsecured:<br>Total: $915.00 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $915.00<br>Total: $915.00 |
| Claim Number: 5011      Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 05/08/2006<br>Creditor's Name and Address:<br><br>SOUTHEASTERN BUSINESS MACHINES INC<br>PO BOX 780<br>BAXLEY, GA 31515-0780 | Claim Number: 3645      Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br><br>SOUTHEASTERN SYSTEM TECHNOLOGIES<br>610 SIMPSON DR<br>PO BOX 780<br>BAXLEY, GA 31515-0780 |
| Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,133.50<br>Total: $4,133.50 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,133.50<br>Total: $4,133.50 |

In re Delphi Corporation, et al.    Sixth Omnibus Claims Objection

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|

| Claim to be Expunged | | Surviving Claim | |
|---|---|---|---|
| Claim Number: 16306<br>Date Filed: 09/12/2006<br>Creditor's Name and Address:<br><br>T M MORRIS MFG CO INC<br>PO BOX 658<br>LOGANSPORT, IN 46947 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $19,365.01<br>Total: $19,365.01 | Claim Number: 800<br>Date Filed: 11/22/2005<br>Creditor's Name and Address:<br><br>T M MORRIS MFG CO INC<br>PO BOX 658<br>LOGANSPORT, IN 46947 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $19,365.01<br>Total: $19,365.01 |
| Claim Number: 2025<br>Date Filed: 02/15/2006<br>Creditor's Name and Address:<br><br>T S EXPEDITING SERVICES INC<br>PO BOX 307<br>PERRYSBURG, OH 43616 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $55,331.79<br>Total: $55,331.79 | Claim Number: 16358<br>Date Filed: 10/10/2006<br>Creditor's Name and Address:<br><br>T S EXPEDITING SERVICE INC<br>PO BOX 307 SCATSCI<br>PERRYSBURG, OH 43552 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $44,188.02<br>Total: $44,188.02 |
| Claim Number: 11710<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br><br>TI AUTOMOTIVE NEUSS GMBH<br>TI GROUP AUTOMOTIVE SYSTEMS LLC<br>12345 E NINE MILE RD<br>WARREN, MI 48089 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $29,664.00<br>Total: $29,664.00 | Claim Number: 15839<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br><br>TI AUTOMOTIVE NEUSS GMBH<br>HORTZSTR 24 30<br>76275 ETTLINGENGERMANY | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $29,644.00<br>Total: $29,644.00 |
| Claim Number: 8343<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br><br>TREASURER OF TIPTON COUNTY<br>COURTHOUSE<br>TIPTON, IN 46072 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority $9,379.17<br>Administrative:<br>Unsecured:<br>Total: $9,379.17 | Claim Number: 8344<br>Date Filed: 06/22/2006<br>Creditor's Name and Address:<br><br>TIPTON COUNTY IN<br>TIPTON COUNTY TREASURER<br>COURTHOUSE<br>TIPTON, IN 46072 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured:<br>Priority $9,379.17<br>Administrative:<br>Unsecured:<br>Total: $9,379.17 |
| Claim Number: 2405<br>Date Filed: 03/27/2006<br>Creditor's Name and Address:<br><br>VACCO INDUSTRIES<br>10350 VACCO ST<br>SOUTH EL MONTE, CA 91733 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $7,998.00<br>Total: $7,998.00 | Claim Number: 8724<br>Date Filed: 06/28/2006<br>Creditor's Name and Address:<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured:<br>Priority<br>Administrative:<br>Unsecured: $7,998.00<br>Total: $7,998.00 |

**EXHIBIT A-1 - DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|

**Total Claims to be Expunged:** 55
**Total Asserted Amount to be Expunged:** $21,324,193.86

In re Delphi Corporation, et al.                                                                 Sixth Omnibus Claims Objection

### EXHIBIT A-2 - DUPLICATE AND AMENDED CLAIMS WITH MULTIPLE SURVIVING CLAIMS

| Claims to be Expunged | Surviving Claim |
|---|---|

| | | | | |
|---|---|---|---|---|
| Claim Number: 2465 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 10682 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | |
| Date Filed: 3/31/2006 | | Date Filed: 7/26/2006 | | |
| Creditor's Name and Address: | | Creditor's Name and Address: | | |
| | Secured: | | Secured: | |
| SPECIAL SITUATIONS INVESTING GROUP INC | Priority: | STMICROELECTRONICS INC FKA SGS THOMPSON | Priority: | |
| ASSIGNEE STMICROELECTRONICS INC FKA SGS | Administrative: | MICROELECTRONICS | Administrative: | |
| THOMPSON MICROELECTRONICS | Unsecured: $ 7,723,369.91 | THOMPSON & KNIGHT | Unsecured: $ 1,569,568.55 | |
| THOMPSON & KNIGHT | Total: $ 7,723,369.91 | 333 CLAY ST STE 3300 | Total: $ 1,569,568.55 | |
| 333 CLAY ST STE 3300 | | HOUSTON, TX 77002 | | |
| HOUSTON, TX 77002 | | | | |

| | | |
|---|---|---|
| Claim Number: 15423 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | |
| Date Filed: 7/31/2006 | | |
| Creditor's Name and Address: | | |
| | Secured: | |
| SPECIAL SITUATIONS INVESTING GROUP INC | Priority: | |
| C O GOLDMAN SACHS & CO | Administrative: | |
| 30 HUDSON 17th FL | Unsecured: $ 6,153,413.36 | |
| JERSEY CITY, NJ 07302 | Total: $ 6,153,413.36 | |

| | | | | |
|---|---|---|---|---|
| Claim Number: 12367 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim Number: 16387 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | |
| Date Filed: 7/28/2006 | | Date Filed: 10/26/2006 | | |
| Creditor's Name and Address: | | Creditor's Name and Address: | | |
| | Secured: | | Secured: | |
| MASTER AUTOMATIC INC | Priority: | MASTER AUTOMATIC INC | Priority: | |
| 40485 SCHOOLCRAFT RD | Administrative: | 40485 SCHOOLCRAFT RD | Administrative: | |
| PLYMOUTH, MI 48170 | Unsecured: $ 579,674.30 | PLYMOUTH, MI 48170 | Unsecured: $ 17,622.70 | |
| | Total: $ 579,674.30 | | Total: $ 17,622.70 | |

| | | |
|---|---|---|
| Claim Number: 16388 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | |
| Date Filed: 10/26/2006 | | |
| Creditor's Name and Address: | | |
| | Secured: | |
| MASTER AUTOMATIC INC | Priority: | |
| 40485 SCHOOLCRAFT RD | Administrative: | |
| PLYMOUTH, MI 48170 | Unsecured: $ 105,434.11 | |
| | Total: $ 105,434.11 | |

| | |
|---|---|
| Total Claims to be Expunged: | 2 |
| Total Asserted Amount to be Expunged: | $8,303,044.21 |

**EXHIBIT B-1 - EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF CINCINNATI<br>801 PLUM ST<br>CINCINNATI, OH 45202 | 2444 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $423.00<br>$423.00 | 03/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | **$423.00** | | | |

**EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DONALD A HOPFINGER<br>107 ENGELHARDT DR<br>BAY CITY, MI 48706 | 16424 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 11/17/2006 | DELPHI CORPORATION<br>(05-44481) |
| EDWARD J MOONEY<br>333 ROSEDALE ST<br>ROCHESTER, NY 14620-1688 | 16440 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,000.00<br>$2,000.00 | 11/13/2006 | DELPHI CORPORATION<br>(05-44481) |
| ELEANOR MAE STULL AND THOBURN<br>R R STULL JT TEN<br>BOX 15<br>DAYTON, PA 16222-0015 | 16445 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 12/11/2006 | DELPHI CORPORATION<br>(05-44481) |
| JAMES J JACKSON<br>3222 ELLISVILLE DLVD<br>LARUEL, MS 39440 | 16329 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br>$0.00 | 09/21/2006 | DELPHI CORPORATION<br>(05-44481) |
| JOHN G SCHUHMANN JR<br>129 HYACINTH<br>LAKE JACKSON, TX 77566-4613 | 16431 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,355.70<br>$1,355.70 | 11/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| LAWRENCE M BAXTER JR AND<br>LUTRICIA A BAXTER JT TEN<br>PO BOX 1040<br>WOODLAND PK, CO 80866 | 16419 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 11/13/2006 | DELPHI CORPORATION<br>(05-44481) |
| MARY ANN MONGAN TR<br>MARY ANN MONGAN TRUST<br>UA 103097<br>3729 BROADVIEW<br>CINCINNATI, OH 45208-1901 | 16367 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 10/13/2006 | DELPHI CORPORATION<br>(05-44481) |
| MISS HILDA T TAMELER<br>245 MAIN<br>CATASAUQUA, PA 18032-1430 | 16394 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 10/30/2006 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT B-2 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PEGGY W DRYDEN<br>572 N FOREST<br>WILLIAMSVILLE, NY 14221-4936 | 16432 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 11/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| ROBERT A MARSH TR<br>MARSH FAMILY TRUST UA DTD 81788<br>2618 VETERAN AVE<br>LOS ANGELES, CA 90064 | 16379 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 10/23/2006 | DELPHI CORPORATION<br>(05-44481) |
| ROSE RUTH PURDY<br>1 B POTOMAC LN<br>WHITING, NJ 08759-1813 | 16411 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 11/08/2006 | DELPHI CORPORATION<br>(05-44481) |
| SPENCER JAMES<br>483 HUBBARD ST NE<br>GRAND RAPIDS, MI 49525-2533 | 16383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 10/23/2006 | DELPHI CORPORATION<br>(05-44481) |
| STELLA B HOUSE<br>BOX 422<br>MANCHESTER, KY 40962-0422 | 16382 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br>$0.00 | 10/23/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **13** | | **$3,355.70** | | |

**EXHIBIT C - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|

| Claim to be Expunged | | Surviving Claim | |
|---|---|---|---|
| Claim Number: 13740 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 14174 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 07/31/2006 | Secured: | Date Filed: 07/31/2006 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| BREEN COLOR CONCENTRATES INC | Administrative: | BREEN COLOR CONCENTRATES INC | Administrative: |
| GIBBONS DEL DEO DOLAN GRIFFINGER & | Unsecured: $11,505.71 | GIBBONS DEL DEO DOLAN GRIFFINGER & | Unsecured: $11,505.71 |
| ONE RIVERFRONT PLAZA | | ONE RIVERFRONT PLAZA | |
| NEWARK, NJ 07102 | Total: $11,505.71 | NEWARK, NJ 07102 | Total: $11,505.71 |
| Claim Number: 2299 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 2381 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 03/15/2006 | Secured: | Date Filed: 03/23/2006 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| LONGACRE MASTER FUND LTD | Administrative: | CONSTELLATION NEWENERGY GAS DIVISION LLC | Administrative: |
| 810 SEVENTH AVE 22ND FL | Unsecured: $93,001.07 | DLA PIPER RUDNICK GRAY CARY US LLP | Unsecured: $93,001.07 |
| NEW YORK, NY 10019 | | 6225 SMITH AVE | |
| | Total: $93,001.07 | BALTIMORE, MD 21209 | Total: $93,001.07 |
| Claim Number: 2300 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 2382 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 03/15/2006 | Secured: | Date Filed: 03/23/2006 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| LONGACRE MASTER FUND LTD | Administrative: | CONSTELLATION NEWENERGY INC | Administrative: |
| 810 SEVENTH AVE 22ND FL | Unsecured: $793,411.29 | DLA PIPER RUDNICK GRAY CARY US LLP | Unsecured: $793,411.29 |
| NEW YORK, NY 10019 | | 6225 SMITH AVE | |
| | Total: $793,411.29 | BALTIMORE, MD 21209 | Total: $793,411.29 |

**Total Claims to be Expunged:** 3

**Total Asserted Amount to be Expunged:** $897,918.07