**ASM Capital**
**7600 Jericho Turnpike, Suite 302**
**Woodbury, NY 11797**
**Telephone: (516) 224-6040**
**Facsimile: (516) 224-6049**

United States Bankruptcy Court
Southern District of New York

_____
                                              )
In re:                                        )
                                              )
Delphi Automotive Systems LLC                 )    Chapter 11
                                              )    Case No. 05-44640
                                              )    Docket #2565
                        Debtor                )
_____)


NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

The following transfer has been withdrawn:

Transferor:     EKB ELEKTRO UND KUNSTSTOFFTECHNIK GMBH
                INDUSTRIEZEILE 1-3
                BRAUNAU, AUSTRIA 05280

Transferee:     ASM Capital, L.P.
                7600 Jericho Tpke, Ste 302
                Woodbury, NY 11797


Dated:   February 15, 2007

/s/ Adam Moskowitz
Adam Moskowitz
ASM Capital, L.P.
516-224-6040