Michael M. Parker
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205
(210) 224-5575
Fax (210) 270-7205

David A. Rosenzweig
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY 10103-3198
(212) 318-3000
Fax (212) 318-3400

COUNSEL FOR SOUTHWEST RESEARCH INSTITUTE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | x | |
| DELPHI CORPORATION, ET AL., | : | CASE NO. 05-44481 |
| DEBTORS. | : | |
| | x | |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS BY FULBRIGHT & JAWORSKI L.L.P.

Michael M. Parker of Fulbright & Jaworski L.L.P., files this Notice of Appearance and Request for Service of Notices, Pleadings and Orders by Fulbright & Jaworski L.L.P., counsel for Southwest Research Institute and in support thereof would respectfully show the Court as follows:

1. To exercise its rights to appear and be heard under the Bankruptcy Code, Counsel must receive proper notice of hearings in this case, as well as service of all notices issued and pleadings filed herein. Accordingly, Counsel requests that all notices given and pleadings filed in this case be served upon Counsel at the following addresses:

31276028.1                              - 1 -

Michael M. Parker
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Email: mparker@fulbright.com
Facsimile: (210) 270-7205

and

David A. Rosenzweig (DR-5742)
666 Fifth Avenue
New York, NY 10103-3198
Email: drosenzweig@fulbright.com
Facsimile: (212) 318-3400

Counsel is hereby requesting service at the foregoing address of (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, and 9007, (ii) all notices of hearings and entry of orders, (iii) every order signed in this case, and (iv) every pleading or report filed in this case, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, memorandum briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal and without regard to the means by which they are transmitted or delivered.

Dated:  February 15, 2007

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: /s/David A. Rosenzweig
    David A. Rosenzweig (DR-5742)
    666 Fifth Avenue
    New York, NY 10103-3198
    Telephone:  (212) 318-3000
    Facsimile:  (212) 318-3400

and

Michael M. Parker
State Bar No.  00788163
300 Convent Street, Suite 2200
San Antonio, Texas  78205-3792
Telephone:  (210) 224-5575
Facsimile:  (210) 270-7205

COUNSEL FOR SOUTHWEST RESEARCH INSTITUTE

31276028.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, true and correct copies of the foregoing Notice of Appearance and Request for Service of Notices, Pleadings and Orders by Fulbright & Jaworski L.L.P was served on the entities listed below by United States first-class mail, postage prepaid.

*/s/ Michael M. Parker*
Michael M. Parker