**Madison Liquidity Investors, LLC**
**6310 Lamar Ave Ste 120**
**Overland Park, KS 66202**

## U. S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Delphi Corporation | Chapter 11 |
| In Re: **Perkinelmer Optoelectronics** | Case Nos **05-44481** |

### Notice of Withdraw of Transfer of Claim

Please Take Notice that **Madison Niche Opportunities, LLC** hereby withdraws the Notice of Transfer of Claim filed on 2/2/2006 Docket#: **2028** from **Perkinelmer Optoelectronics** as Transferor, to **Madison Niche Opportunities, LLC** as Transferee. The Withdraw of Transfer of Claim relates only to the schedule liability of **$13,220.00**

Submitted: **2/15/2007**

**Madison Liquidity Investors, LLC**
**6310 Lamar Ave Ste 120**
**Overland Park, KS 66202**
**913-982-5007**

By: _____
         Doyle Clark

## Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Corporation - Creditor Matrix**

    Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
PERKINELMER OPTOELECTRONICS
1300 OPTICAL DRIVE
AZUSA, CA 91702

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102167814

**File a Claim action:**
05-44481-rdd Delphi Corporation

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Stark, Kristy L. entered on 2/2/2006 at 2:37 PM and filed on 2/2/2006
**Case Name:** Delphi Corporation
**Case Number:** 05-44481-rdd
**Document Number:** 2028

**Docket Text:**
Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 1 Transferors:Micron Precision Machining(Amount 355,916.90).; Perkinelmer Opteoelectronics(Amount 13,220.00); Phoenix Passive Components Inc(Amount 11,133.32); Pro Team Cleaning Inc(Amount 9,803.79); Process Development Corp(Amount 156,180.01); Shumsky Promotional Agency(Amount 117,713.99); United Refrigeration Inc(Amount 5,049.78); Worldwide Technologies, LLC(Amount 12,800.00). To Madison Niche Opportunities, LLC.(related document(s)[2026]) filed by Madison Niche Opportunities, LLC.(Stark, Kristy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** M:\Operations\Bankruptcy\ECF Filing\Delphi\2-2-06\Batch2.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=2/2/2006] [FileNumber=4829011-0] [
8f3a98f4209eb58d68902bec4cbf7b73d0da91d78c327462f897c0d310ca6c4100aaef
ad4634010902c8495b27c5f04c75446a7c8eda548ae8d62afb76ad3195]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson   david.aaronson@dbr.com,

Elizabeth Abdelmasieh   eabdelmasieh@nmmlaw.com

Franklin C. Adams   franklin.adams@bbklaw.com

Jason R. Adams   jadams@torys.com,

Jennifer L. Adamy   bankruptcy@goodwin.com,

Stephen M. Bales   sbales@zieglermetzger.com,

C. David Bargamian   dbargamian@bsdd.com,

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Corporation - Creditor Matrix<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:  **PERKINELMER OPTOELECTRONICS**   ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **1300 OPTICAL DRIVE**

   **AZUSA, CA 91702**

2. Please take notice of the transfer of $ **13,220.00** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $13,220.00 to:**
   **Madison Niche Opportunities, LLC**   ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave**
   **Suite 120**
   **Overland Park, KS    66202**

   No action is required if you do not object to the transfer of you claim.

   Kristy Stark
   Madison Liquidity Investors, LLC.
   (800) 896-8913

999-000/Forms/27475.1



# EVIDENCE OF TRANSFER OF CLAIM

TO:         New York Southern Bankruptcy Court
AND TO:     Madison Liquidity Investors, LLC.
            6310 Lamar Ave, Suite 120
            Overland Park, KS  66202

_____[Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the   1-18-06

[NAME OF CLAIMANT]   PERKINELMER INC

By: _____
(Signature of Claimant)

Print Name:   Ahmad Qazi

2175 MISSION COLLEGE BLVD
(Address)

SANTA CLARA, CA 95054.
(Address)

04-2436772
(SS#/Tax ID)

01-24-06 A11:20 RCVD

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  102167814

Accepted:
MADISON LIQUIDITY INVESTORS, LLC

By:   Sally Meyer
              (signature)

_____
(print name)