UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    :
                                                         :
Delphi Corporation, *et al.,*                            :    Case No. 05-44481
                                                         :
                    Debtors.                             :
                                                         :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, **MICHAEL M. PARKER,** a member in good standing of the bar in the State of Texas and of the bar of the U.S. District Court for the Western District of Texas, request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Southwest Research Institute in this case.

My address is Fulbright & Jaworski L.L.P., 300 Convent Street, Suite 2200, San Antonio, Texas 78205, Telephone: 210/224.5575, Facsimile: 210/270.7205, email: mparker@fulbright.com.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: February 15, 2007                    Respectfully submitted,

                                            FULBRIGHT & JAWORSKI L.L.P.

                                            By: /s/ Michael M. Parker
                                                Michael M. Parker
                                                300 Convent Street, Suite 2200
                                                San Antonio, Texas 78205-3792
                                                Telephone: (210) 224-5575

                                                COUNSEL FOR SOUTHWEST
                                                RESEARCH INSTITUTE

31270046.1

UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                      :
                                                           :
Delphi Corporation, *et al.,*                              :    Case No. 05-44481
                                                           :
                    Debtors.                               :
                                                           :
-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

I, **MICHAEL M. PARKER**, a member in good standing of the bar in the State of Texas and of the bar of the U.S. District Court for the Western District of Texas, request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Southwest Research Institute in the above-referenced case.

## ORDER

**ORDERED**

That Michael M. Parker, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____

_____
UNITED STATES BANKRUPTCY JUDGE

31270046.1