EXHIBIT A-2 - DUPLICATES WITH MULTIPLE SURVIVING CLAIMS

| Claims to be Expunged | Surviving Claim |
|---|---|
| **Claim Number:** 11545  **Date Filed:** 7/27/2006  **Creditor's Name and Address:**  AMPHENOL CORP  AMPHENOL RF  4 OLD NEWTON RD  DANBURY, CT 06810  **Debtor:** DELPHI CORPORATION (05-44481)  Secured:  Priority:  Administrative:  Unsecured: $705,443.75  Total: $705,443.75 | **Claim Number:** 10600  **Date Filed:** 7/25/2006  **Creditor's Name and Address:**  AMPHENOL CORP  AMPHENOL RF  4 OLD NEWTON RD  DANBURY, CT 06810  **Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)  Secured:  Priority:  Administrative:  Unsecured: $11,751.37  Total: $11,751.37 |
| | **Claim Number:** 10716  **Date Filed:** 7/25/2006  **Creditor's Name and Address:**  AMPHENOL CORP  AMPHENOL RF  4 OLD NEWTON RD  DANBURY, CT 06810  **Debtor:** DELPHI CONNECTION SYSTEMS (05-44624)  Secured:  Priority:  Administrative:  Unsecured: $693,692.38  Total: $693,692.38 |
| **Claim Number:** 16299  **Date Filed:** 9/11/2006  **Creditor's Name and Address:**  BONA VISTA  PROGRAMS INC  1220 E LAGUNA  PO BOX 2496  KOKOMO, IN 46904-2496  **Debtor:** DELPHI CORPORATION (05-44481)  Secured:  Priority:  Administrative:  Unsecured: $24,799.46  Total: $24,799.46 | **Claim Number:** 1390  **Date Filed:** 12/30/2005  **Creditor's Name and Address:**  BONA VISTA  PROGRAMS INC  1220 E LAGUNA  PO BOX 2496  KOKOMO, IN 46904-2496  **Debtor:** DELPHI CORPORATION (05-44481)  Secured:  Priority:  Administrative:  Unsecured: $22,210.98  Total: $22,210.98 |
| | **Claim Number:** 9400  **Date Filed:** 7/12/2006  **Creditor's Name and Address:**  BONA VISTA  PROGRAMS INC  1220 E LAGUNA  PO BOX 2496  KOKOMO, IN 46904-2496  **Debtor:** DELPHI CORPORATION (05-44481)  Secured:  Priority:  Administrative:  Unsecured: $2,588.48  Total: $2,588.48 |

**Total Claims to be Expunged:** 2

**Total Asserted Amount to be Expunged:** $730,243.21