**EXHIBIT B - DUPLICATE OF CONSOLIDATED TRUSTEE CLAIM**

| Claim to be Expunged | | Surviving Claim | |
|---|---|---|---|
| Claim Number: 16092<br>Date Filed: 08/09/2006<br>Creditor's Name and Address:<br>GUNTHER ADEN AND KAETHE ADEN<br>FRUEHLINGSGARTEN 39<br>HAMBURG, D 22297<br>GERMANY | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,302.00<br>Total: $9,302.00 | Claim Number: 10271<br>Date Filed: 07/24/2006<br>Creditor's Name and Address:<br>WILMINGTON TRUST COMPANY AS<br>INDENTURE TRUSTEE<br>KIRKPATRICK & LOCKHART NICHOLOSN GR<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,044,593,403.00<br>Total: $2,044,593,403.00 |

Total Claims to be Expunged: 1

Total Asserted Amount to be Expunged: $9,302.00