**EXHIBIT C-1 - EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AUSTIN L JARVIS CUST KENNETH T JARVIS UNIF GIFT MIN ACT APT 5 M 1834 CATON AVE BROOKLYN, NY 11226-2815 | 3022 | Secured: Priority: Administrative: Unsecured: Total: | $0.00 $0.00 | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| WRIGHT EXPRESS CORP 97 DARLING AVE SOUTH PORTLAND, ME 04106 | 6994 | Secured: Priority: Administrative: Unsecured: Total: | $8,794.12 $8,794.12 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **2** | | **$8,794.12** | | |