**EXHIBIT C-2 - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHN F MILLER<br>66 GENTLE RD<br>SINGAPORE, 309190 | 16461 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,231.00<br>Total: $1,231.00 | 12/20/2006 | DELPHI CORPORATION (05-44481) |
| JOHN F MILLER AND JEAN R MILLER JT TEN<br>66 GENTLE RD<br>SINGAPORE, 309190 | 16462 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $935.00<br>Total: $935.00 | 12/20/2006 | DELPHI CORPORATION (05-44481) |
| MARY R BERRY<br>600 THOMAS AVE<br>ROCHESTER, NY 14617-1435 | 16463 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,539.00<br>Total: $1,539.00 | 12/22/2006 | DELPHI CORPORATION (05-44481) |
| MISS ELOISE C YAMAMOTO<br>100 STADLER DR<br>WOODSIDE, CA 94062-4817 | 16459 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 12/19/2006 | DELPHI CORPORATION (05-44481) |
| STEVEN P MC DONALD<br>923 N REMBRANDT<br>ROYAL OAK, MI 48067-2082 | 16458 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $87.00<br>Total: $87.00 | 12/19/2006 | DELPHI CORPORATION (05-44481) |
| VIVIAN ROTHSCHILD<br>1530 PALISADE AVE APT 23B<br>FORT LEE, NJ 07024-5417 | 16451 | Secured:<br>Priority: $5,300.57<br>Administrative:<br>Unsecured:<br>Total: $5,300.57 | 12/12/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **6** | **$9,092.57** | | |