**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1957 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | ASPIRE, INC (05-44618) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1984 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1976 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1979 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1980 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1948 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1960 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1983 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1946 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI CORPORATION (05-44481) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1952 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1964 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1967 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1970 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1975 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1978 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1956 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1962 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1969 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1972 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1951 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1965 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1977 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1981 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1947 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1950 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1953 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DREAL INC (05-44627) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1954 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1958 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI LLC (05-44615) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1961 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1963 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1973 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1974 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1982 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1949 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1955 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1966 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI CORPORATION (05-44481) |
| ATLANTIC AUTOMOTIVE COMPONENTS LLC<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1968 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/14/2006 | DELPHI CHINA LLC (05-44577) |
| DONALD R SWEETON AND SARAH E SWEETON<br>BOULT CUMMINGS CONNERS & BERRY PLC<br>1600 DIVISION ST STE 700<br>NASHVILLE, TN 37203 | 11198 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $326,713.00<br>Total: $326,713.00 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PULLMAN BANK & TRUST COMPANY<br>ARENT FOX PLLC<br>1675 BROADWAY<br>NEW YORK, NY 10019 | 1609 | Secured: $119,766.15<br>Priority:<br>Administrative:<br>Unsecured: $130,271.34<br>Total: $250,037.49 | 01/19/2006 | DELPHI CORPORATION (05-44481) |
| THE HUNTINGTON NATIONAL BANK<br>2361 MORE RD NC2W21<br>COLUMBUS, OH 43229 | 1009 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $635,801.40<br>Total: $635,801.40 | 12/05/2005 | DELPHI CORPORATION (05-44481) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| THE HUNTINGTON NATIONAL BANK<br>2361 MORE RD NC2W21<br>COLUMBUS, OH 43229 | 1008 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,774.64<br>Total: $8,774.64 | 12/05/2005 | DELPHI CORPORATION (05-44481) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1845 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1877 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI CORPORATION (05-44481) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1856 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1868 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1874 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1842 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1855 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1871 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1840 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1862 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1841 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1844 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DREAL INC (05-44627) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1846 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1863 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1876 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1843 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1853 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1864 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1875 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1865 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1867 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1870 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1847 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1848 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | ASPIRE, INC (05-44618) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1857 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1858 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI CORPORATION (05-44481) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1860 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI CHINA LLC (05-44577) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1866 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1869 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1872 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1839 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1849 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI LLC (05-44615) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1851 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1859 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1861 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1873 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1852 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1800 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1805 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1835 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1837 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI NY HOLDING CORPORATION (05-44480) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1838 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/02/2006 | DELPHI CORPORATION (05-44481) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1819 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI CORPORATION (05-44481) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1802 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1803 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1812 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1836 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1801 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1810 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | ASPIRE, INC (05-44618) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1806 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DREAL INC (05-44627) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1809 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1811 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI LLC (05-44615) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1804 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1807 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX S A DE C V<br>VISTEON CORPORATION<br>ONE VILLAGE DRIVE<br>VAN BUREN TOWNSHIP, MI 48111 | 1808 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1834 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1818 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1821 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI CHINA LLC (05-44577) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1833 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1828 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1816 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1824 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1829 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1826 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1827 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1814 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1817 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1830 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1831 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1832 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1815 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |

**EXHIBIT D - PROTECTIVE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1822 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1823 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1825 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1813 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| VISTEON GLASS OPERATIONS A JOINT VENTURE MEMBER OF VITRO FLEX SA DE CV<br>VISTEON CORPORATION<br>ONE VILLAGE DR<br>VAN BUREN TOWNSHIP, MI 48111 | 1820 | Secured: $0.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $0.00 | 02/06/2006 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |

**Total:** 117    **$1,221,326.53**