**EXHIBIT A-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WALTER S ROTHSCHILD AND VIVIAN A ROTHSCHILD JT TEN<br>1530 PALISADE AVE APT 23B<br>FORT LEE, NJ 07024-5417 | 16450 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$0.00<br><br><br>$0.00 | 12/12/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$0.00** | | |