**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS INC<br>2111 WILSON BLVD STE 1150<br>ARLINGTON, VA 22201 | 16016 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $17,500.00<br>Total: $17,500.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MARICOPA COUNTY TREASURERS OFFICE<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16303 | Secured: $6,041.34<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $6,041.34 | 09/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARICOPA COUNTY TREASURERS OFFICE<br>HERBERT SCHENK PC<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16302 | Secured: $6,041.34<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $6,041.34 | 09/12/2006 | DELPHI CORPORATION (05-44481) |
| SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE METRIC EQUIPMENT SALES INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 15976 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $991.00<br>Total: $991.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | **$30,573.68** | | |