In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15805<br>Date Filed: 08/02/06<br>Docketed Total:  $12,491.44<br>Filing Creditor Name and Address<br>1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO MI 49337 | Claim Holder Name and Address    Docketed Total    $12,491.44<br><br>1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO MI 49337<br><br>Case Number*    Secured      Priority        Unsecured<br>05-44481        $12,491.44<br>                $12,491.44 | Modified Total    $12,491.44<br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640        $12,491.44<br>                $12,491.44 |
| Claim: 5302<br>Date Filed: 05/18/06<br>Docketed Total:  $59.96<br>Filing Creditor Name and Address<br>3 D SERVICE LTD<br>800 NAVE RD SE<br>MASILLON OH 44646 | Claim Holder Name and Address    Docketed Total    $59.96<br><br>3 D SERVICE LTD<br>800 NAVE RD SE<br>MASILLON OH 44646<br><br>Case Number*    Secured      Priority        Unsecured<br>05-44481                                        $59.96<br>                                                $59.96 | Modified Total    $59.96<br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $59.96<br>                                                $59.96 |
| Claim: 483<br>Date Filed: 11/10/05<br>Docketed Total:  $4,696.50<br>Filing Creditor Name and Address<br>A 1 QUALITY SYSTEMS INC<br>1101 SE 59TH ST<br>OKLAHOMA CITY OK 73129 | Claim Holder Name and Address    Docketed Total    $4,696.50<br><br>A 1 QUALITY SYSTEMS INC<br>1101 SE 59TH ST<br>OKLAHOMA CITY OK 73129<br><br>Case Number*    Secured      Priority        Unsecured<br>05-44481                                        $4,696.50<br>                                                $4,696.50 | Modified Total    $4,696.50<br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $4,696.50<br>                                                $4,696.50 |
| Claim: 232<br>Date Filed: 10/31/05<br>Docketed Total:  $10,232.72<br>Filing Creditor Name and Address<br>A 1 SPRINKLER CO INC<br>3720 BENNER RD<br>MIAMISBURG OH 45342 | Claim Holder Name and Address    Docketed Total    $10,232.72<br><br>A 1 SPRINKLER CO INC<br>3720 BENNER RD<br>MIAMISBURG OH 45342<br><br>Case Number*    Secured      Priority        Unsecured<br>05-44481                                        $10,232.72<br>                                                $10,232.72 | Modified Total    $1,032.72<br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                        $1,032.72<br>                                                $1,032.72 |

In re: Delphi Corporation, et al.                                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9546<br>Date Filed:07/17/06<br>Docketed Total:   $5,002.51<br>Filing Creditor Name and Address<br> A HENRIQUES & CA SA<br> RUE OLIVEIRA JUNIOR 786<br> APARIA 3701 909 S JODO DA<br> MADEIRA<br><br> PORTUGAL | Claim Holder Name and Address    Docketed Total    $5,002.51<br><br>A HENRIQUES & CA SA<br>RUE OLIVEIRA JUNIOR 786<br>APARIA 3701 909 S JODO DA<br>MADEIRA<br><br>PORTUGAL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $5,002.51<br>                                                       $5,002.51 | Modified Total    $2,752.57<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $2,752.57<br>                                                       $2,752.57 |
| Claim: 2390<br>Date Filed:03/24/06<br>Docketed Total:   $29,406.50<br>Filing Creditor Name and Address<br> A LAB GRAY AMERICA CORP<br> GRAY AMERICA CORP<br> 3050 DRYDEN RD<br> DAYTON OH 45439 | Claim Holder Name and Address    Docketed Total    $29,406.50<br><br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $29,406.50<br>                                                       $29,406.50 | Modified Total    $28,650.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $28,650.00<br>                                                       $28,650.00 |
| Claim: 9388<br>Date Filed:07/12/06<br>Docketed Total:   $20,018.54<br>Filing Creditor Name and Address<br> A SYNC INCORPORATED<br> T VAN SICKLE<br> 10515 MUIR LN<br> FISHERS IN 46037 | Claim Holder Name and Address    Docketed Total    $20,018.54<br><br>A SYNC INCORPORATED<br>T VAN SICKLE<br>10515 MUIR LN<br>FISHERS IN 46037<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $20,018.54<br>                                                       $20,018.54 | Modified Total    $20,018.54<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $20,018.54<br>                                                       $20,018.54 |
| Claim: 2143<br>Date Filed:02/21/06<br>Docketed Total:   $48.71<br>Filing Creditor Name and Address<br> ABASH INSECT CONTROL SERVICE<br> 509 N COMMERCE<br> HARLINGEN TX 78550 | Claim Holder Name and Address    Docketed Total    $48.71<br><br>ABASH INSECT CONTROL SERVICE<br>509 N COMMERCE<br>HARLINGEN TX 78550<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $48.71<br>                                                       $48.71 | Modified Total    $11.13<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                              $11.13<br>                                                       $11.13 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2981<br>Date Filed:04/27/06<br>Docketed Total:  $3,748.80<br>Filing Creditor Name and Address<br> ABB AUTOMATION INC<br> INSTRUMENTATION DIV<br> 125 E COUNTY LINE RD<br> WARMINSTER PA 18974-4974 | Claim Holder Name and Address    Docketed Total    $3,748.80<br><br>ABB AUTOMATION INC<br>INSTRUMENTATION DIV<br>125 E COUNTY LINE RD<br>WARMINSTER PA 18974-4974<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                            $3,748.80<br>                                                    $3,748.80 | Modified Total    $3,748.80<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $3,748.80<br>                                                    $3,748.80 |
| Claim: 403<br>Date Filed:11/07/05<br>Docketed Total:  $10,530.08<br>Filing Creditor Name and Address<br> ABBA RUBBER INTERNATIONAL INC<br> PO BOX 4030<br> ONTARIO CA 91761-1014 | Claim Holder Name and Address    Docketed Total    $10,530.08<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                            $10,530.08<br>                                                    $10,530.08 | Modified Total    $10,530.08<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44624                                            $10,530.08<br>                                                    $10,530.08 |
| Claim: 5989<br>Date Filed:05/16/06<br>Docketed Total:  $2,230.00<br>Filing Creditor Name and Address<br> ABC FINANCIAL LLC<br> 9534 GOEHRING RD<br> CRANBERRY TWP PA 16066 | Claim Holder Name and Address    Docketed Total    $2,230.00<br><br>ABC FINANCIAL LLC<br>9534 GOEHRING RD<br>CRANBERRY TWP PA 16066<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $2,230.00<br>                                                    $2,230.00 | Modified Total    $1,300.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $1,300.00<br>                                                    $1,300.00 |
| Claim: 11273<br>Date Filed:07/27/06<br>Docketed Total:  $1,708.59<br>Filing Creditor Name and Address<br> ABC METALS INC<br> PO BOX 300<br> LOGANSPORT IN 46947 | Claim Holder Name and Address    Docketed Total    $1,708.59<br><br>ABC METALS INC<br>PO BOX 300<br>LOGANSPORT IN 46947<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                            $1,708.59<br>                                                    $1,708.59 | Modified Total    $1,376.81<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $1,376.81<br>                                                    $1,376.81 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2647<br>Date Filed:04/13/06<br>Docketed Total:  $4,284.04<br>Filing Creditor Name and Address<br>ABCO FIRE PROTECTION INC &<br>SIERRA LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $4,284.04<br><br>ABCO FIRE PROTECTION INC & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $4,284.04<br>                                                  $4,284.04 | Modified Total    $3,398.89<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $3,398.89<br>                                                  $3,398.89 |
| Claim: 1186<br>Date Filed:12/19/05<br>Docketed Total:  $145,020.66<br>Filing Creditor Name and Address<br>ABLE ELECTRONICS CORPORATION A<br>DIVISION OF SIGMATRON<br>INTERNATIONAL INC<br>SIGMATRON INTERNATIONAL INC<br>LINDA K BLAKE<br>2201 LANDMEIER RD<br>ELK GROVE IL 60007 | Claim Holder Name and Address    Docketed Total    $145,020.66<br><br>KS CAPITAL PARTNERS LP<br>11 W 42ND ST 30TH FL<br>NEW YORK NY 10036<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $145,020.66<br><br><br>                                                  $145,020.66 | Modified Total    $145,020.66<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44511                                          $145,020.66<br><br><br>                                                  $145,020.66 |
| Claim: 5819<br>Date Filed:05/15/06<br>Docketed Total:  $67,714.50<br>Filing Creditor Name and Address<br>ABRASIVES INC<br>43311 JOY RD 413<br>CANTON MI 48187-2075 | Claim Holder Name and Address    Docketed Total    $67,714.50<br><br>ABRASIVES INC<br>43311 JOY RD 413<br>CANTON MI 48187-2075<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $67,714.50<br>                                                  $67,714.50 | Modified Total    $67,714.50<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $67,714.50<br>                                                  $67,714.50 |
| Claim: 303<br>Date Filed:11/03/05<br>Docketed Total:  $46,000.00<br>Filing Creditor Name and Address<br>ACCU DIE & MOLD INC<br>7473 RED ARROW HWY<br>STEVENSVILLE MI 49127 | Claim Holder Name and Address    Docketed Total    $46,000.00<br><br>ACCU DIE & MOLD INC<br>7473 RED ARROW HWY<br>STEVENSVILLE MI 49127<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                  $46,000.00<br>                          $46,000.00 | Modified Total    $46,000.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $46,000.00<br>                                                  $46,000.00 |

In re: Delphi Corporation, et al.                                                                                                   Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3888<br>Date Filed:05/01/06<br>Docketed Total:   $1,105.74<br>Filing Creditor Name and Address<br>ACE HARDWARE<br>SCOTT<br>8258 COUNTY RD 13<br>FIRESTONE CO 80504 | Claim Holder Name and Address     Docketed Total     $1,105.74<br><br>ACE HARDWARE<br>SCOTT<br>8258 COUNTY RD 13<br>FIRESTONE CO 80504<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                              $1,105.74<br>                                                      $1,105.74 | Modified Total     $613.57<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                              $613.57<br>                                                      $613.57 |
| Claim: 714<br>Date Filed:11/21/05<br>Docketed Total:   $250.00<br>Filing Creditor Name and Address<br>ACE WIRE SPRING & FORM CO INC<br>1105 THOMPSON AVE<br>MCKEES ROCKS PA 15136 | Claim Holder Name and Address     Docketed Total     $250.00<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $250.00<br>                                                      $250.00 | Modified Total     $250.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $250.00<br>                                                      $250.00 |
| Claim: 3342<br>Date Filed:04/28/06<br>Docketed Total:   $16,661.00<br>Filing Creditor Name and Address<br>ACME CARBIDE DIE INC<br>6202 EXECUTIVE DR EAST<br>WESTLAND MI 48185 | Claim Holder Name and Address     Docketed Total     $16,661.00<br><br>ACME CARBIDE DIE INC<br>6202 EXECUTIVE DR EAST<br>WESTLAND MI 48185<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $16,661.00<br>                                                      $16,661.00 | Modified Total     $16,661.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $16,661.00<br>                                                      $16,661.00 |
| Claim: 384<br>Date Filed:11/07/05<br>Docketed Total:   $4,018.81<br>Filing Creditor Name and Address<br>ACME SPIRALLY WOUND PAPER<br>PRODUCTS INC<br>PO BOX 35320<br>4810 W 139TH ST<br>CLEVELAND OH 44135 | Claim Holder Name and Address     Docketed Total     $4,018.81<br><br>ACME SPIRALLY WOUND PAPER PRODUCTS<br>INC<br>PO BOX 35320<br>4810 W 139TH ST<br>CLEVELAND OH 44135<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $4,018.81<br>                                        $4,018.81 | Modified Total     $4,018.81<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $4,018.81<br>                                                      $4,018.81 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 385<br>Date Filed:11/07/05<br>Docketed Total:   $3,386.88<br>Filing Creditor Name and Address<br>  ACME SPIRALLY WOUND PAPER<br>  PRODUCTS INC<br>  PO BOX 35320<br>  4810 W 139TH ST<br>  CLEVELAND OH 44135 | Claim Holder Name and Address     Docketed Total     $3,386.88<br><br>ACME SPIRALLY WOUND PAPER PRODUCTS<br>INC<br>PO BOX 35320<br>4810 W 139TH ST<br>CLEVELAND OH 44135 | Modified Total     $3,386.88 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                 $3,386.88<br>                                         $3,386.88 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                      $3,386.88<br>                                              $3,386.88 |
| Claim: 1597<br>Date Filed:01/18/06<br>Docketed Total:   $596.87<br>Filing Creditor Name and Address<br>  ACOPIAN TECHNICAL CO<br>  131 LOOMIS STREET<br>  EASTON PA 18045 | Claim Holder Name and Address     Docketed Total     $596.87<br><br>ACOPIAN TECHNICAL CO<br>131 LOOMIS STREET<br>EASTON PA 18045 | Modified Total     $596.87 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                   $596.87<br>                                           $596.87 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                        $596.87<br>                                                $596.87 |
| Claim: 2970<br>Date Filed:04/27/06<br>Docketed Total:   $1,100.00<br>Filing Creditor Name and Address<br>  ACS INDUSTRIES INC EFT<br>  WIRE & CABLE DIV<br>  160 HAMLET AVE<br>  WOONSOCKET RI 02895 | Claim Holder Name and Address     Docketed Total     $1,100.00<br><br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>ATTN TRACI J FETTE<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO CA 92108 | Modified Total     $400.00 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                 $1,100.00<br>                                         $1,100.00 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                      $400.00<br>                                              $400.00 |
| Claim: 807<br>Date Filed:11/22/05<br>Docketed Total:   $16,142.50<br>Filing Creditor Name and Address<br>  ACTEL CORPORATION<br>  ATTN ACCOUNTS RECEIVABLE<br>  2061 STIERLIN CT<br>  MOUNTAIN VIEW CA 94043-4655 | Claim Holder Name and Address     Docketed Total     $16,142.50<br><br>ACTEL CORPORATION<br>ATTN ACCOUNTS RECEIVABLE<br>2061 STIERLIN CT<br>MOUNTAIN VIEW CA 94043-4655 | Modified Total     $13,447.50 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                 $16,142.50<br>                                         $16,142.50 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                      $13,447.50<br>                                              $13,447.50 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5472**
Date Filed: 05/10/06
Docketed Total:   $5,782.05
Filing Creditor Name and Address
 ACTION INDUSTRIES
 BILL BATHURST
 6453 FIG ST
 ARVADA CO 80004

Claim Holder Name and Address     Docketed Total     $5,782.05

ACTION INDUSTRIES
BILL BATHURST
6453 FIG ST
ARVADA CO 80004

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $5,782.05 |
| | | | $5,782.05 |

Modified Total     $4,079.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $4,079.37 |
| | | | $4,079.37 |

---

**Claim: 6360**
Date Filed: 05/19/06
Docketed Total:   $872.59
Filing Creditor Name and Address
 ACTION RUBBER CO INC
 601 FAME RD
 WEST CARROLLTON OH 45449

Claim Holder Name and Address     Docketed Total     $872.59

ACTION RUBBER CO INC
601 FAME RD
WEST CARROLLTON OH 45449

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $872.59 |
| | | | $872.59 |

Modified Total     $872.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $872.59 |
| | | | $872.59 |

---

**Claim: 3000**
Date Filed: 04/27/06
Docketed Total:   $26,420.00
Filing Creditor Name and Address
 ACTIVE TOOL CO
 825 WASHINGTON ST
 MEADVILLE PA 16335-2158

Claim Holder Name and Address     Docketed Total     $26,420.00

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $26,420.00 |
| | | | $26,420.00 |

Modified Total     $26,140.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $26,140.00 |
| | | | $26,140.00 |

---

**Claim: 2472**
Date Filed: 04/03/06
Docketed Total:   $25,800.00
Filing Creditor Name and Address
 ACTORAS PARTNERS LTD
 2300 N BARRINGTON RD STE 400
 HOFFMAN ESTATES IL 60195

Claim Holder Name and Address     Docketed Total     $25,800.00

ACTORAS PARTNERS LTD
2300 N BARRINGTON RD STE 400
HOFFMAN ESTATES IL 60195

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $25,800.00 |
| | | | $25,800.00 |

Modified Total     $25,800.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,800.00 |
| | | | $25,800.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1362<br>Date Filed:12/29/05<br>Docketed Total:  $17,784.23<br>Filing Creditor Name and Address<br> ADAPTIVE<br> 6434 S DORT HWY<br> GRAND BLANC MI 48439 | Claim Holder Name and Address   Docketed Total   $17,784.23<br><br>ADAPTIVE<br>6434 S DORT HWY<br>GRAND BLANC MI 48439<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $17,784.23<br>                                                  $17,784.23 | Modified Total   $17,257.21<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                        $17,257.21<br>                                                $17,257.21 |
| Claim: 2746<br>Date Filed:04/24/06<br>Docketed Total:  $3,195.55<br>Filing Creditor Name and Address<br> ADCON ENGINEERING<br> 20102 PROGROSS DR<br> CLEVELAND OH 44149 | Claim Holder Name and Address   Docketed Total   $3,195.55<br><br>ADCON ENGINEERING<br>20102 PROGROSS DR<br>CLEVELAND OH 44149<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $3,195.55<br>                                                  $3,195.55 | Modified Total   $3,195.55<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                        $3,195.55<br>                                                $3,195.55 |
| Claim: 4032<br>Date Filed:05/01/06<br>Docketed Total:  $4,238.40<br>Filing Creditor Name and Address<br> ADCON ENGINEERING CO INC<br> HANK TELEP<br> 20102 PROGRESS DR<br> CLEVELAND OH 44136-3216 | Claim Holder Name and Address   Docketed Total   $4,238.40<br><br>ADCON ENGINEERING CO INC<br>HANK TELEP<br>20102 PROGRESS DR<br>CLEVELAND OH 44136-3216<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $4,238.40<br>                                                  $4,238.40 | Modified Total   $4,238.40<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                        $4,238.40<br>                                                $4,238.40 |
| Claim: 2566<br>Date Filed:04/05/06<br>Docketed Total:  $2,609.50<br>Filing Creditor Name and Address<br> ADLER FEED EXPRESS<br> ADLERS FEED EXPRESS<br> 1020 S APPERSON WY<br> KOKOMO IN 46902 | Claim Holder Name and Address   Docketed Total   $2,609.50<br><br>ADLER FEED EXPRESS<br>ADLERS FEED EXPRESS<br>1020 S APPERSON WY<br>KOKOMO IN 46902<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $2,609.50<br>                                                  $2,609.50 | Modified Total   $2,609.50<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                        $2,609.50<br>                                                $2,609.50 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16406**
Date Filed: 11/06/06
Docketed Total:   $149,294.92
Filing Creditor Name and Address
 ADMIRAL TOOL & MFG CO OF
 ILLINOIS
 MERYL MORGAN
 ASM CAPITAL
 7600 JERICHO TPKE STE 302
 WOODBURY NY 11797

Claim Holder Name and Address    Docketed Total    $149,294.92

ADMIRAL TOOL & MFG CO OF ILLINOIS
MERYL MORGAN
ASM CAPITAL
7600 JERICHO TPKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $149,294.92 |
| | | | $149,294.92 |

Modified Total    $127,228.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $127,228.74 |
| | | | $127,228.74 |

---

**Claim: 4256**
Date Filed: 05/01/06
Docketed Total:   $330.00
Filing Creditor Name and Address
 ADRIAN RACK CO INC
 795 DIVISION ST
 ADRIAN MI 49221

Claim Holder Name and Address    Docketed Total    $330.00

ADRIAN RACK CO INC
795 DIVISION ST
ADRIAN MI 49221

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $330.00 |
| | | | $330.00 |

Modified Total    $330.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $330.00 |
| | | | $330.00 |

---

**Claim: 1729**
Date Filed: 01/31/06
Docketed Total:   $154,411.76
Filing Creditor Name and Address
 ADRONICS ELROB MFG CORP
 9 SAND PARK RD
 CEDAR GROVE NJ 07003

Claim Holder Name and Address    Docketed Total    $154,411.76

ADRONICS ELROB MFG CORP
9 SAND PARK RD
CEDAR GROVE NJ 07003

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $154,411.76 |
| | | | $154,411.76 |

Modified Total    $154,411.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $154,411.76 |
| | | | $154,411.76 |

---

**Claim: 9390**
Date Filed: 07/12/06
Docketed Total:   $26,025.85
Filing Creditor Name and Address
 ADVANCE PRECISION LTD
 6610 EDWARDS BLVD
 MISSISSAUGA ON L5T 2V6
 CANADA

Claim Holder Name and Address    Docketed Total    $26,025.85

ADVANCE PRECISION LTD
6610 EDWARDS BLVD
MISSISSAUGA ON L5T 2V6
CANADA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $26,025.85 |
| | | | $26,025.85 |

Modified Total    $25,880.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,880.02 |
| | | | $25,880.02 |

---

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15782<br>Date Filed: 08/01/06<br>Docketed Total:  $2,430.24<br>Filing Creditor Name and Address<br> ADVANCED FINISHING<br> TECHNOLOGIES<br> 835 WEST RIVER CTR<br> COMSTOCK PK MI 49321 | Claim Holder Name and Address    Docketed Total    $2,430.24<br><br>ADVANCED FINISHING TECHNOLOGIES<br>835 WEST RIVER CTR<br>COMSTOCK PK MI 49321<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $2,430.24<br>                                                                $2,430.24 | Modified Total    $1,473.76<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $1,473.76<br>                                                                $1,473.76 |
| Claim: 205<br>Date Filed: 10/31/05<br>Docketed Total:  $13,399.76<br>Filing Creditor Name and Address<br> ADVANCED FLOOR COATINGS<br> 1915 CIDER MILL RD<br> SALEM OH 44460 | Claim Holder Name and Address    Docketed Total    $13,399.76<br><br>ADVANCED FLOOR COATINGS<br>1915 CIDER MILL RD<br>SALEM OH 44460<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $13,399.76<br>                                                                $13,399.76 | Modified Total    $9,784.20<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $9,784.20<br>                                                                $9,784.20 |
| Claim: 15216<br>Date Filed: 07/31/06<br>Docketed Total:  $4,793.00<br>Filing Creditor Name and Address<br> ADVANCED MACHINE AND<br> ENGINEERING CO<br> 2500 LATHAM ST<br> ROCKFORD IL 61103-4095 | Claim Holder Name and Address    Docketed Total    $4,793.00<br><br>ADVANCED MACHINE AND ENGINEERING CO<br>2500 LATHAM ST<br>ROCKFORD IL 61103-4095<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $4,793.00<br>                                                                $4,793.00 | Modified Total    $4,793.00<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $4,793.00<br>                                                                $4,793.00 |
| Claim: 7140<br>Date Filed: 05/30/06<br>Docketed Total:  $1,714.83<br>Filing Creditor Name and Address<br> ADVANCED MACHINERY CO<br> 4530 WADWORTH RD<br> DAYTON OH 45414 | Claim Holder Name and Address    Docketed Total    $1,714.83<br><br>ADVANCED MACHINERY CO<br>4530 WADWORTH RD<br>DAYTON OH 45414<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $1,714.83<br>                                                                $1,714.83 | Modified Total    $1,714.83<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $1,714.83<br>                                                                $1,714.83 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 120<br>Date Filed:10/25/05<br>Docketed Total:  $24,644.00<br>Filing Creditor Name and Address<br> ADVANCED SPLINE & ENGINEERING<br> INC<br> 22851 HESLIP DR<br> NOVI MI 48375-4146 | Claim Holder Name and Address    Docketed Total    $24,644.00<br><br>ADVANCED SPLINE & ENGINEERING INC<br>22851 HESLIP DR<br>NOVI MI 48375-4146<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                $24,644.00<br>                                                        $24,644.00 | Modified Total    $23,011.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $23,011.00<br>                                                  $23,011.00 |
| Claim: 7877<br>Date Filed:06/13/06<br>Docketed Total:  $36,000.00<br>Filing Creditor Name and Address<br> ADVANSTAR COMMUNICATIONS INC<br> 131 W 1ST ST<br> DULUTH MN 55802-206 | Claim Holder Name and Address    Docketed Total    $36,000.00<br><br>ADVANSTAR COMMUNICATIONS INC<br>131 W 1ST ST<br>DULUTH MN 55802-206<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                $36,000.00<br>                                                        $36,000.00 | Modified Total    $30,000.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                          $30,000.00<br>                                                  $30,000.00 |
| Claim: 580<br>Date Filed:11/15/05<br>Docketed Total:  $2,452.15<br>Filing Creditor Name and Address<br> ADVANTECH CORP<br> 15375 BARRANCA PKWY A106<br> IRVINE CA 92618 | Claim Holder Name and Address    Docketed Total    $2,452.15<br><br>ADVANTECH CORP<br>15375 BARRANCA PKWY A106<br>IRVINE CA 92618<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44529                                                $2,452.15<br>                                                        $2,452.15 | Modified Total    $2,452.15<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $2,452.15<br>                                                  $2,452.15 |
| Claim: 123<br>Date Filed:10/25/05<br>Docketed Total:  $127,102.34<br>Filing Creditor Name and Address<br> ADVENT TOOL & MOLD INC<br> 999 RIDGEWAY AVE<br> ROCHESTER NY 14615 | Claim Holder Name and Address    Docketed Total    $127,102.34<br><br>ADVENT TOOL & MOLD INC<br>999 RIDGEWAY AVE<br>ROCHESTER NY 14615<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                $127,102.34<br>                                                        $127,102.34 | Modified Total    $120,915.98<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $120,915.98<br>                                                  $120,915.98 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9023<br>Date Filed:07/05/06<br>Docketed Total:  $6,797.70<br>Filing Creditor Name and Address<br> AES INTERCONNECTS<br> ACCOUNTS PAYABLE<br> 340 TRANSFER DR STE A<br> INDIANAPOLIS IN 46214 | Claim Holder Name and Address    Docketed Total    $6,797.70<br><br>AES INTERCONNECTS<br>ACCOUNTS PAYABLE<br>340 TRANSFER DR STE A<br>INDIANAPOLIS IN 46214<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $6,797.70<br>                                                      $6,797.70 | Modified Total    $6,797.70<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                     $6,797.70<br>                                                      $6,797.70 |
| Claim: 8986<br>Date Filed:07/05/06<br>Docketed Total:  $4,006.70<br>Filing Creditor Name and Address<br> AFC TOOL CO INC<br> 4900 WEBSTER ST<br> DAYTON OH 45414 | Claim Holder Name and Address    Docketed Total    $4,006.70<br><br>AFC TOOL CO INC<br>4900 WEBSTER ST<br>DAYTON OH 45414<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $4,006.70<br>                                                      $4,006.70 | Modified Total    $4,006.70<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $4,006.70<br>                                                      $4,006.70 |
| Claim: 4873<br>Date Filed:05/05/06<br>Docketed Total:  $738.76<br>Filing Creditor Name and Address<br> APM INCORPORATED<br> 11530 SW TIEDEMAN AVE<br> TIGARD OR 97223-4170 | Claim Holder Name and Address    Docketed Total    $738.76<br><br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC AS TRANSFEREE TO WHEELS<br>INTERNATIONAL FREIGHT SYSTEMS INC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO CA 92108<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $738.76<br>                                                      $738.76 | Modified Total    $738.76<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                     $738.76<br>                                                      $738.76 |
| Claim: 4219<br>Date Filed:05/01/06<br>Docketed Total:  $2,775.79<br>Filing Creditor Name and Address<br> AGILITY INC<br> 7761 CUNNINGHAM RD<br> BRISTOL VA 24202 | Claim Holder Name and Address    Docketed Total    $2,775.79<br><br>AGILITY INC<br>7761 CUNNINGHAM RD<br>BRISTOL VA 24202<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                     $2,775.79<br>                                      $2,775.79 | Modified Total    $374.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $374.50<br>                                                      $374.50 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1102<br>Date Filed:12/09/05<br>Docketed Total:   $102,550.00<br>Filing Creditor Name and Address<br>  AHAUS TOOL & ENGINEERING INC<br>  200 INDUSTRIAL PKWY<br>  PO BOX 280<br>  RICHMOND IN 47374-0280 | Claim Holder Name and Address<br><br>AHAUS TOOL & ENGINEERING INC<br>200 INDUSTRIAL PKWY<br>PO BOX 280<br>RICHMOND IN 47374-0280 | Docketed Total | | $102,550.00 | | Modified Total | | $102,550.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$102,550.00<br>$102,550.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$102,550.00<br>$102,550.00 |
| Claim: 4884<br>Date Filed:05/05/06<br>Docketed Total:   $5,750.00<br>Filing Creditor Name and Address<br>  AIR ENERGY PRODUCTS CO<br>  5562 PLEASANT VIEW RD<br>  MEMPHIS TN 38134 | Claim Holder Name and Address<br><br>AIR ENERGY PRODUCTS CO<br>5562 PLEASANT VIEW RD<br>MEMPHIS TN 38134 | Docketed Total | | $5,750.00 | | Modified Total | | $5,750.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,750.00<br>$5,750.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,750.00<br>$5,750.00 |
| Claim: 183<br>Date Filed:10/28/05<br>Docketed Total:   $51,129.66<br>Filing Creditor Name and Address<br>  AIR INCORPORATED<br>  9 FORGE PARK<br>  FRANKLIN MA 02038 | Claim Holder Name and Address<br><br>AIR INCORPORATED<br>9 FORGE PARK<br>FRANKLIN MA 02038 | Docketed Total | | $51,129.66 | | Modified Total | | $51,129.66 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$51,129.66<br>$51,129.66 | Unsecured | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$51,129.66<br>$51,129.66 |
| Claim: 5853<br>Date Filed:05/15/06<br>Docketed Total:   $252.40<br>Filing Creditor Name and Address<br>  AIR QUALITY ENGINEERING INC<br>  7140 NORTHLAND DR NORTH<br>  MINNEAPOLIS MN 55428-1520 | Claim Holder Name and Address<br><br>AIR QUALITY ENGINEERING INC<br>7140 NORTHLAND DR NORTH<br>MINNEAPOLIS MN 55428-1520 | Docketed Total | | $252.40 | | Modified Total | | $209.80 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$252.40<br>$252.40 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$209.80<br>$209.80 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3042<br>Date Filed:04/28/06<br>Docketed Total:   $580.00<br>Filing Creditor Name and Address<br> AIRCLEAN SYSTEMS<br> SUE DOBBYN<br> 3248 LAKE WOODWARD DR<br> RALEIGH NC 27604 | Claim Holder Name and Address    Docketed Total    $580.00<br><br>AIRCLEAN SYSTEMS<br>SUE DOBBYN<br>3248 LAKE WOODWARD DR<br>RALEIGH NC 27604<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $580.00<br>                                              $580.00 | Modified Total    $580.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                      $580.00<br>                                              $580.00 |
| Claim: 9027<br>Date Filed:07/05/06<br>Docketed Total:   $1,818.00<br>Filing Creditor Name and Address<br> AIRCRAFT & ELECTRONIC SPECIALT<br> AES INTERCONNECTS<br> 340 TRANSFER DR STE A<br> INDIANAPOLIS IN 46214-4969 | Claim Holder Name and Address    Docketed Total    $1,818.00<br><br>AIRCRAFT & ELECTRONIC SPECIALT<br>AES INTERCONNECTS<br>340 TRANSFER DR STE A<br>INDIANAPOLIS IN 46214-4969<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $1,818.00<br>                                              $1,818.00 | Modified Total    $1,818.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $1,818.00<br>                                              $1,818.00 |
| Claim: 4175<br>Date Filed:05/01/06<br>Docketed Total:   $326.86<br>Filing Creditor Name and Address<br> AIRGAS<br> W9645 AIRGAS SAFETY<br> PO BOX 7777<br> PHILADELPHIA PA 19175-3645 | Claim Holder Name and Address    Docketed Total    $326.86<br><br>AIRGAS<br>W9645 AIRGAS SAFETY<br>PO BOX 7777<br>PHILADELPHIA PA 19175-3645<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $326.86<br>                                              $326.86 | Modified Total    $326.86<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $326.86<br>                                              $326.86 |
| Claim: 9444<br>Date Filed:07/13/06<br>Docketed Total:   $27,129.68<br>Filing Creditor Name and Address<br> AIRTEX PRODUCTS LP<br> 407 W MAIN ST<br> FAIRFIELD IL 62837 | Claim Holder Name and Address    Docketed Total    $27,129.68<br><br>AIRTEX PRODUCTS LP<br>407 W MAIN ST<br>FAIRFIELD IL 62837<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $27,129.68<br>                                              $27,129.68 | Modified Total    $25,314.30<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                      $25,314.30<br>                                              $25,314.30 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9445<br>Date Filed:07/13/06<br>Docketed Total: $12,639.87<br>Filing Creditor Name and Address<br>AIRTEX PRODUCTS LP<br>407 W MAIN<br>FAIRFIELD IL 62837 | Claim Holder Name and Address<br><br>AIRTEX PRODUCTS LP<br>407 W MAIN<br>FAIRFIELD IL 62837 | Docketed Total | | $12,639.87 | | Modified Total | | $12,639.87 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $12,639.87<br>$12,639.87 | 05-44612 | | | $12,639.87<br>$12,639.87 |
| Claim: 2979<br>Date Filed:04/27/06<br>Docketed Total: $4,320.00<br>Filing Creditor Name and Address<br>AKIBIA INC<br>4 TECHNOLOGY DR<br>WESTBOROUGH TECHNOLOGY PK<br>WESTBOROUGH MA 01581 | Claim Holder Name and Address<br><br>AKIBIA INC<br>4 TECHNOLOGY DR<br>WESTBOROUGH TECHNOLOGY PK<br>WESTBOROUGH MA 01581 | Docketed Total | | $4,320.00 | | Modified Total | | $4,320.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $4,320.00<br>$4,320.00 | 05-44640 | | | $4,320.00<br>$4,320.00 |
| Claim: 5106<br>Date Filed:05/08/06<br>Docketed Total: $1,873.43<br>Filing Creditor Name and Address<br>ALABAMA SLING CENTER INC<br>PO BOX 5977<br>VIRGINIA BEACH VA 23471 | Claim Holder Name and Address<br><br>ALABAMA SLING CENTER INC<br>PO BOX 5977<br>VIRGINIA BEACH VA 23471 | Docketed Total | | $1,873.43 | | Modified Total | | $1,816.92 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,873.43<br>$1,873.43 | 05-44640 | | | $1,816.92<br>$1,816.92 |
| Claim: 443<br>Date Filed:11/08/05<br>Docketed Total: $48,986.30<br>Filing Creditor Name and Address<br>ALCATEL VACUUM PRODUCTS INC<br>JOHN HIGGINS VP ADMINISTRATION<br>67 SHARP ST<br>HINGHAM MA 02043 | Claim Holder Name and Address<br><br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $48,986.30 | | Modified Total | | $48,986.30 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $48,986.30<br>$48,986.30 | 05-44640 | | | $48,986.30<br>$48,986.30 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6680**
Date Filed: 05/23/06
Docketed Total:   $22.09
Filing Creditor Name and Address
 ALICE C BROWN
 60 LAKE LORRAINE CIRCLE
 SHALIMAR FL 32579-1638

Claim Holder Name and Address        Docketed Total        $22.09
ALICE C BROWN
60 LAKE LORRAINE CIRCLE
SHALIMAR FL 32579-1638

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $22.09 | |
| | | $22.09 | |

Modified Total        $22.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $22.09 |
| | | | $22.09 |

---

**Claim: 3152**
Date Filed: 04/28/06
Docketed Total:   $8,396.80
Filing Creditor Name and Address
 ALL FOILS INC
 4597 VAN EPPS RD
 BROOKLYN HEIGHTS OH 44131

Claim Holder Name and Address        Docketed Total        $8,396.80
ALL FOILS INC
4597 VAN EPPS RD
BROOKLYN HEIGHTS OH 44131

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,396.80 |
| | | | $8,396.80 |

Modified Total        $8,318.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,318.64 |
| | | | $8,318.64 |

---

**Claim: 4518**
Date Filed: 05/01/06
Docketed Total:   $4,875.00
Filing Creditor Name and Address
 ALL WORLD MACHINERY SUPPL
 1301 WEST DIGGINS
 HARVARD IL 60033

Claim Holder Name and Address        Docketed Total        $4,875.00
ALL WORLD MACHINERY SUPPL
1301 WEST DIGGINS
HARVARD IL 60033

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,875.00 |
| | | | $4,875.00 |

Modified Total        $4,875.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,875.00 |
| | | | $4,875.00 |

---

**Claim: 994**
Date Filed: 12/05/05
Docketed Total:   $509.37
Filing Creditor Name and Address
 ALLIED ELECTRONICS INC
 CO RECEIVABLES MANAGEMENT
 SERVICES
 PO BOX 5126
 TIMONIUM MD 21094

Claim Holder Name and Address        Docketed Total        $509.37
ALLIED ELECTRONICS INC
CO RECEIVABLES MANAGEMENT
SERVICES
PO BOX 5126
TIMONIUM MD 21094

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $509.37 |
| | | | $509.37 |

Modified Total        $127.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $127.96 |
| | | | $127.96 |

*See Exhibit E for a listing of debtor entities by case number                        Page:   16  of  433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7916**
Date Filed: 06/13/06
Docketed Total:  $14,645.10
Filing Creditor Name and Address
 ALLIED SUPPLY CO INC
 3205 10TH AVE
 HUNTSVILLE AL 35805-4027

| Claim Holder Name and Address | | Docketed Total | $14,645.10 |
|---|---|---|---|

ALLIED SUPPLY CO INC
3205 10TH AVE
HUNTSVILLE AL 35805-4027

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,645.10 |
| | | | $14,645.10 |

Modified Total    $9,681.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,681.28 |
| | | | $9,681.28 |

---

**Claim: 531**
Date Filed: 11/14/05
Docketed Total:  $4,390.25
Filing Creditor Name and Address
 ALLSTAR PROFESSIONAL SERVICES
 5417 NOLAND DR
 TECUMSEH MI 49286

| Claim Holder Name and Address | | Docketed Total | $4,390.25 |
|---|---|---|---|

ALLSTAR PROFESSIONAL SERVICES
5417 NOLAND DR
TECUMSEH MI 49286

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $4,390.25 | |
| | | $4,390.25 | |

Modified Total    $4,390.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,390.25 |
| | | | $4,390.25 |

---

**Claim: 1747**
Date Filed: 02/02/06
Docketed Total:  $330.00
Filing Creditor Name and Address
 ALLTEQ INDUSTRUES INC
 ALLTEQ INDUSTRIES INC
 ATTN TONY R DRAGA
 335 LINDBERGH AVE
 LIVERMORE CA 94551

| Claim Holder Name and Address | | Docketed Total | $330.00 |
|---|---|---|---|

ALLTEQ INDUSTRUES INC
ALLTEQ INDUSTRIES INC
ATTN TONY R DRAGA
335 LINDBERGH AVE
LIVERMORE CA 94551

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $330.00 |
| | | | $330.00 |

Modified Total    $330.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $330.00 |
| | | | $330.00 |

---

**Claim: 4687**
Date Filed: 05/04/06
Docketed Total:  $27,697.52
Filing Creditor Name and Address
 ALOI MATERIALS HANDLING INC
 660 W METRO PK
 ROCHESTER NY 14623

| Claim Holder Name and Address | | Docketed Total | $27,697.52 |
|---|---|---|---|

ALOI MATERIALS HANDLING INC
660 W METRO PK
ROCHESTER NY 14623

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,697.52 |
| | | | $27,697.52 |

Modified Total    $23,935.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $23,935.52 |
| | | | $23,935.52 |

---

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 436<br>Date Filed:11/08/05<br>Docketed Total:   $10,000.00<br>Filing Creditor Name and Address<br> ALPHA STAR CORPORATION<br> 5199 E PACIFIC COAST HWY STE<br> 410<br> LONG BEACH CA 90804 | Claim Holder Name and Address    Docketed Total    $10,000.00<br><br>ALPHA STAR CORPORATION<br>5199 E PACIFIC COAST HWY STE<br>410<br>LONG BEACH CA 90804 | Modified Total    $10,000.00 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                                        $10,000.00<br>                                                                       $10,000.00 | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                                        $10,000.00<br>                                                                       $10,000.00 |
| Claim: 2308<br>Date Filed:03/16/06<br>Docketed Total:   $108,240.49<br>Filing Creditor Name and Address<br> ALPHA TECHNOLOGY CORPORATION<br> 251 MASON RD<br> HOWELL MI 48843 | Claim Holder Name and Address    Docketed Total    $108,240.49<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Modified Total    $108,240.49 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                                        $108,240.49<br>                                                                       $108,240.49 | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                                        $108,240.49<br>                                                                       $108,240.49 |
| Claim: 16192<br>Date Filed:08/01/06<br>Docketed Total:   $409,245.00<br>Filing Creditor Name and Address<br> ALPINE ELECTRONICS OF AMERICA<br> MR KAZUNOBU WATANABE<br> 240 BOROLINE RD<br> ALLENDALE NJ 07401 | Claim Holder Name and Address    Docketed Total    $409,245.00<br><br>ALPINE ELECTRONICS OF AMERICA<br>MR KAZUNOBU WATANABE<br>240 BOROLINE RD<br>ALLENDALE NJ 07401 | Modified Total    $409,245.00 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                                        $409,245.00<br>                                                                       $409,245.00 | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                                        $409,245.00<br>                                                                       $409,245.00 |
| Claim: 3624<br>Date Filed:05/01/06<br>Docketed Total:   $4,660.00<br>Filing Creditor Name and Address<br> ALTAIR ENGINEERING<br> TEJAS KARMARKAR<br> 1820 E BIG BEAVER<br> TROY MI 48083-2031 | Claim Holder Name and Address    Docketed Total    $4,660.00<br><br>ALTAIR ENGINEERING<br>TEJAS KARMARKAR<br>1820 E BIG BEAVER<br>TROY MI 48083-2031 | Modified Total    $4,660.00 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                     $4,660.00<br>                                                         $4,660.00 | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                                        $4,660.00<br>                                                                       $4,660.00 |

\*See Exhibit E for a listing of debtor entities by case number                    Page:   18 of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6002<br>Date Filed:05/16/06<br>Docketed Total:    $400.00<br>Filing Creditor Name and Address<br>  ALUMINA MICRO LLC<br>  DBA MICROSTAQ<br>  PO BOX 28538<br>  BELLINGHAM WA 98228-0538 | Claim Holder Name and Address    Docketed Total    $400.00<br><br>ALUMINA MICRO LLC<br>DBA MICROSTAQ<br>PO BOX 28538<br>BELLINGHAM WA 98228-0538 | Modified Total    $400.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $400.00<br>                                                 $400.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $400.00<br>                                                 $400.00 |
| Claim: 7270<br>Date Filed:06/01/06<br>Docketed Total:    $5,198.00<br>Filing Creditor Name and Address<br>  AMERICAN CONVEYOR GROUP INC<br>  7103 JUNIPER RD<br>  FAIRVIEW TN 37062 | Claim Holder Name and Address    Docketed Total    $5,198.00<br><br>AMERICAN CONVEYOR GROUP INC<br>7103 JUNIPER RD<br>FAIRVIEW TN 37062 | Modified Total    $5,198.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $5,198.00<br>                                                 $5,198.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $5,198.00<br>                                                 $5,198.00 |
| Claim: 5612<br>Date Filed:05/11/06<br>Docketed Total:    $4,080.49<br>Filing Creditor Name and Address<br>  AMERICAN FINANCE GROUP<br>  ATTN E HENKEL<br>  DBA GUARANTY CAPITAL CORP<br>  8333 DOUGLAS AVE STE 530<br>  DALLAS TX 75225 | Claim Holder Name and Address    Docketed Total    $4,080.49<br><br>AMERICAN FINANCE GROUP<br>ATTN E HENKEL<br>DBA GUARANTY CAPITAL CORP<br>8333 DOUGLAS AVE STE 530<br>DALLAS TX 75225 | Modified Total    $4,080.47 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $4,080.49<br>                                                 $4,080.49 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $4,080.47<br>                                                 $4,080.47 |
| Claim: 4228<br>Date Filed:05/01/06<br>Docketed Total:    $2,990.01<br>Filing Creditor Name and Address<br>  AMERICAN INDUSTRIAL CORP<br>  1400 AMERICAN WAY<br>  GREENWOOD IN 46143 | Claim Holder Name and Address    Docketed Total    $2,990.01<br><br>AMERICAN INDUSTRIAL CORP<br>1400 AMERICAN WAY<br>GREENWOOD IN 46143 | Modified Total    $2,990.01 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $2,990.01<br>                                                 $2,990.01 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $2,990.01<br>                                                 $2,990.01 |

*See Exhibit E for a listing of debtor entities by case number            Page:   19  of  433

In re: Delphi Corporation, et al.                                                                                        Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8987<br>Date Filed:07/05/06<br>Docketed Total:   $4,607.22<br>Filing Creditor Name and Address<br> AMERICAN JEBCO<br> JEBCO SCREW & SPECIALTY<br> 11330 MELROSE AVE<br> FRANKLIN PK IL 60131 | Claim Holder Name and Address    Docketed Total    $4,607.22<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                               $4,607.22<br>                                                                         $4,607.22 | Modified Total    $3,747.78<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $3,747.78<br>                                                                         $3,747.78 |
| Claim: 1352<br>Date Filed:12/28/05<br>Docketed Total:   $123,066.00<br>Filing Creditor Name and Address<br> AMERICAN KEEPER CORPORATION<br> 3300 SOUTH COMMERCE DR<br> NEW CASTLE IN 47362 | Claim Holder Name and Address    Docketed Total    $123,066.00<br><br>AMERICAN KEEPER CORPORATION<br>3300 SOUTH COMMERCE DR<br>NEW CASTLE IN 47362<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                               $123,066.00<br>                                                                         $123,066.00 | Modified Total    $123,066.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $123,066.00<br>                                                                         $123,066.00 |
| Claim: 1059<br>Date Filed:12/07/05<br>Docketed Total:   $4,784.82<br>Filing Creditor Name and Address<br> AMERICAN LED GIBLE INC<br> 1776 LONE EAGLE ST<br> COLUMBUS OH 43228 | Claim Holder Name and Address    Docketed Total    $4,784.82<br><br>AMERICAN LED GIBLE INC<br>1776 LONE EAGLE ST<br>COLUMBUS OH 43228<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                               $4,784.82<br>                                                                         $4,784.82 | Modified Total    $4,784.82<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $4,784.82<br>                                                                         $4,784.82 |
| Claim: 1163<br>Date Filed:12/14/05<br>Docketed Total:   $87,097.70<br>Filing Creditor Name and Address<br> AMERICAN PRODUCTS COMPANY<br> ATTN ROSEMARY RAMANAUSKAS<br> 610 RAHWAY AVE<br> UNION NJ 07083-1943 | Claim Holder Name and Address    Docketed Total    $87,097.70<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                               $87,097.70<br>                                                                         $87,097.70 | Modified Total    $79,425.14<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $79,425.14<br>                                                                         $79,425.14 |

In re: Delphi Corporation, et al.                                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14256<br>Date Filed:07/31/06<br>Docketed Total:  $38,397.95<br>Filing Creditor Name and Address<br>  AMERICAN RECYCLING & MFG CO<br>  INC<br>  FKA UNLIMITED VENTURES INC OF<br>  NORTH<br>  58 MCKEE RD<br>  ROCHESTER NY 14611 | Claim Holder Name and Address   Docketed Total   $38,397.95<br><br>AMERICAN RECYCLING & MFG CO INC<br>FKA UNLIMITED VENTURES INC OF<br>NORTH<br>58 MCKEE RD<br>ROCHESTER NY 14611 | | | | Modified Total   $33,759.16 | | | |
| | Case Number*   05-44640 | Secured | Priority | Unsecured<br>$38,397.95<br>$38,397.95 | Case Number*   05-44640 | Secured | Priority | Unsecured<br>$33,759.16<br>$33,759.16 |
| Claim: 3701<br>Date Filed:05/01/06<br>Docketed Total:  $9,000.00<br>Filing Creditor Name and Address<br>  AMERICAN SHIZUKI CORP<br>  ASC CAPACITORS<br>  301 W O ST<br>  OGALLALA NE 36153 | Claim Holder Name and Address   Docketed Total   $9,000.00<br><br>AMERICAN SHIZUKI CORP<br>ASC CAPACITORS<br>301 W O ST<br>OGALLALA NE 36153 | | | | Modified Total   $9,000.00 | | | |
| | Case Number*   05-44481 | Secured | Priority | Unsecured<br>$9,000.00<br>$9,000.00 | Case Number*   05-44640 | Secured | Priority | Unsecured<br>$9,000.00<br>$9,000.00 |
| Claim: 9969<br>Date Filed:07/20/06<br>Docketed Total:  $62,099.50<br>Filing Creditor Name and Address<br>  AMERICAN STAINLESS CORPORATION<br>  1374 CLINTON ST<br>  BUFFALO NY 14206 | Claim Holder Name and Address   Docketed Total   $62,099.50<br><br>AMERICAN STAINLESS CORPORATION<br>1374 CLINTON ST<br>BUFFALO NY 14206 | | | | Modified Total   $41,593.10 | | | |
| | Case Number*   05-44481 | Secured | Priority | Unsecured<br>$62,099.50<br>$62,099.50 | Case Number*   05-44640 | Secured | Priority | Unsecured<br>$41,593.10<br>$41,593.10 |
| Claim: 3358<br>Date Filed:04/28/06<br>Docketed Total:  $11,214.73<br>Filing Creditor Name and Address<br>  AMERICAN TECHNICAL CERAMICS<br>  1 NORDEN LN<br>  HUNTINGTON STATION NY<br>  11746-2102 | Claim Holder Name and Address   Docketed Total   $11,214.73<br><br>AMERICAN TECHNICAL CERAMICS<br>1 NORDEN LN<br>HUNTINGTON STATION NY<br>11746-2102 | | | | Modified Total   $11,214.73 | | | |
| | Case Number*   05-44481 | Secured | Priority | Unsecured<br>$11,214.73<br>$11,214.73 | Case Number*   05-44640 | Secured | Priority | Unsecured<br>$11,214.73<br>$11,214.73 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11634￼<br>Date Filed:07/27/06￼<br>Docketed Total:   $4,253.45￼<br>Filing Creditor Name and Address￼<br> AMERICAN TECHNOLOGY INC￼<br> ATTN JOHN RICHERS￼<br> 41 EAGLE RD￼<br> DANBURY CT 06810 | Claim Holder Name and Address    Docketed Total    $4,253.45￼<br><br>AMERICAN TECHNOLOGY INC￼<br>ATTN JOHN RICHERS￼<br>41 EAGLE RD￼<br>DANBURY CT 06810￼<br><br>Case Number*    Secured    Priority    Unsecured￼<br>05-44481                                            $4,253.45￼<br>                                                    $4,253.45 | Modified Total    $2,468.25￼<br><br><br><br>Case Number*    Secured    Priority    Unsecured￼<br>05-44640                                            $2,468.25￼<br>                                                    $2,468.25 |
| Claim: 2416￼<br>Date Filed:03/27/06￼<br>Docketed Total:   $9,658.83￼<br>Filing Creditor Name and Address￼<br> AMERICLERK INC DBA CONTRACT￼<br> COUNSEL￼<br> 1025 N CAMPBELL RD￼<br> ROYAL OAK MI 48067-1519 | Claim Holder Name and Address    Docketed Total    $9,658.83￼<br><br>AMERICLERK INC DBA CONTRACT COUNSEL￼<br>1025 N CAMPBELL RD￼<br>ROYAL OAK MI 48067-1519￼<br><br>Case Number*    Secured    Priority    Unsecured￼<br>05-44481                                            $9,658.83￼<br>                                                    $9,658.83 | Modified Total    $9,658.83￼<br><br><br><br>Case Number*    Secured    Priority    Unsecured￼<br>05-44640                                            $9,658.83￼<br>                                                    $9,658.83 |
| Claim: 3154￼<br>Date Filed:04/28/06￼<br>Docketed Total:   $9,200.00￼<br>Filing Creditor Name and Address￼<br> AMERITHERM INC￼<br> 39 MAIN ST￼<br> SCOTTSVILLE NY 14546-135 | Claim Holder Name and Address    Docketed Total    $9,200.00￼<br><br>AMERITHERM INC￼<br>39 MAIN ST￼<br>SCOTTSVILLE NY 14546-135￼<br><br>Case Number*    Secured    Priority    Unsecured￼<br>05-44481                                            $9,200.00￼<br>                                                    $9,200.00 | Modified Total    $9,200.00￼<br><br><br><br>Case Number*    Secured    Priority    Unsecured￼<br>05-44640                                            $9,200.00￼<br>                                                    $9,200.00 |
| Claim: 946￼<br>Date Filed:12/01/05￼<br>Docketed Total:   $3,550.00￼<br>Filing Creditor Name and Address￼<br> AMERITRONICS SYSTEMS INC￼<br> 22215 HURON RIVER DR￼<br> ROCKWOOD MI 48173 | Claim Holder Name and Address    Docketed Total    $3,550.00￼<br><br>GOLDMAN SACHS CREDIT PARTNERS LP￼<br>ATTN PEDRO RAMIREZ￼<br>C O GOLDMAN SACHS & CO￼<br>30 HUDSON 17TH FL￼<br>JERSEY CITY NJ 07302￼<br><br>Case Number*    Secured    Priority    Unsecured￼<br>05-44481                                            $3,550.00￼<br>                                                    $3,550.00 | Modified Total    $1,775.00￼<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured￼<br>05-44640                                            $1,775.00￼<br>                                                    $1,775.00 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

**EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11914<br>Date Filed: 07/28/06<br>Docketed Total:  $7,026.81<br>Filing Creditor Name and Address<br>  AMETEK INC<br>  J GREGG MILLER ESQ<br>  3000 TWO LOGAN SQ 18TH & ARCH<br>  STREE<br>  PHILADELPHIA PA 19103 | Claim Holder Name and Address    Docketed Total    $7,026.81<br>AMETEK INC<br>J GREGG MILLER ESQ<br>3000 TWO LOGAN SQ 18TH & ARCH<br>STREE<br>PHILADELPHIA PA 19103<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $7,026.81<br>                                                      $7,026.81 | Modified Total    $7,026.81<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $7,026.81<br>                                                  $7,026.81 |
| Claim: 5252<br>Date Filed: 05/08/06<br>Docketed Total:   $1,886.40<br>Filing Creditor Name and Address<br>  AMG INDUSTRIES INC<br>  200 COMMERCE DR<br>  MT VERNON OH 43050 | Claim Holder Name and Address    Docketed Total    $1,886.40<br><br>AMG INDUSTRIES INC<br>200 COMMERCE DR<br>MT VERNON OH 43050<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $1,886.40<br>                                                      $1,886.40 | Modified Total    $1,440.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $1,440.00<br>                                                  $1,440.00 |
| Claim: 515<br>Date Filed: 11/14/05<br>Docketed Total:   $960.00<br>Filing Creditor Name and Address<br>  AMPE INC<br>  ANGEL RUBIO VALDEZ<br>  2120 E PAISANO DR STE 294<br>  EL PASO TX 79905 | Claim Holder Name and Address    Docketed Total    $960.00<br><br>AMPE INC<br>ANGEL RUBIO VALDEZ<br>2120 E PAISANO DR STE 294<br>EL PASO TX 79905<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $960.00<br>                                                      $960.00 | Modified Total    $960.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $960.00<br>                                                  $960.00 |
| Claim: 2772<br>Date Filed: 04/26/06<br>Docketed Total:   $2,168.58<br>Filing Creditor Name and Address<br>  AMR INDUSTRIES INC<br>  12734 BRANFORD ST 20<br>  PACOIMA CA 91331 | Claim Holder Name and Address    Docketed Total    $2,168.58<br><br>AMR INDUSTRIES INC<br>12734 BRANFORD ST 20<br>PACOIMA CA 91331<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $2,168.58<br>                                                      $2,168.58 | Modified Total    $2,168.58<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                          $2,168.58<br>                                                  $2,168.58 |

*See Exhibit E for a listing of debtor entities by case number          Page:   23  of  433

In re: Delphi Corporation, et al.                                                           Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | | |
|---|---|---|---|
| Claim: 8582<br>Date Filed:06/26/06<br>Docketed Total:  $13,343.16<br>Filing Creditor Name and Address<br>  AMROC INVESTMENT LLC AS<br>  ASSIGNEE OF COASTAL TRAINING<br>  TECHNOLOGIES<br>  ATTN DAVID S LEINWAND<br>  AMROC INVESTMENT LLC AS<br>  ASSIGNEE OF<br>  535 MAIDSON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address    Docketed Total    $13,343.16<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>_Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                                          $13,343.16<br><br>            _____                        _____<br>                                                              $13,343.16 | Modified Total    $12,078.01<br><br><br><br><br><br>_Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                                          $12,078.01<br><br>            _____                        _____<br>                                                              $12,078.01 |
| Claim: 7993<br>Date Filed:06/14/06<br>Docketed Total:  $70,254.09<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF AIR ACADEMY PRESS<br>  & ASSOCIATES<br>  ATTN DAVID S LEINWAND ESQ<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address    Docketed Total    $70,254.09<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>_Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                                          $70,254.09<br><br>            _____                        _____<br>                                                              $70,254.09 | Modified Total    $69,367.09<br><br><br><br><br><br>_Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                                          $69,367.09<br><br>            _____                        _____<br>                                                              $69,367.09 |
| Claim: 11578<br>Date Filed:07/27/06<br>Docketed Total:  $22,924.00<br>Filing Creditor Name and Address<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF COOLANT CONTROL<br>  INC<br>  AS ASSIGNEE OF COOLANT CONTROL<br>  INC<br>  ATTN DAVID S LEINWAND<br>  535 MADISON AVE 15TH FL<br>  NEW YORK NY 10022 | Claim Holder Name and Address    Docketed Total    $22,924.00<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>_Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                                          $22,924.00<br><br>            _____                        _____<br>                                                              $22,924.00 | Modified Total    $20,967.01<br><br><br><br><br><br>_Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                                          $20,967.01<br><br>            _____                        _____<br>                                                              $20,967.01 |

*See Exhibit E for a listing of debtor entities by case number            Page:   24 of 433

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8721<br>Date Filed:06/28/06<br>Docketed Total:  $6,079.84<br>Filing Creditor Name and Address<br> AMROC INVESTMENTS LLC AS<br> ASSIGNEE OF FIVE STAR<br> EQUIPMENT INC<br> ATTN DAVID S LEINWAND ESQ<br> 535 MADISON AVE 15TH FL<br> NEW YORK NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $6,079.84 | Modified Total | | | $5,506.22 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,079.84<br>$6,079.84 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,506.22<br>$5,506.22 |
| Claim: 7546<br>Date Filed:06/06/06<br>Docketed Total:  $12,195.11<br>Filing Creditor Name and Address<br> AMROC INVESTMENTS LLC AS<br> ASSIGNEE OF RATH INCORPORATED<br> ATTN DAVID S LEINWAND ESQ<br> 535 MADISON AVE 15TH FL<br> NEW YORK NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $12,195.11 | Modified Total | | | $11,849.21 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,195.11<br>$12,195.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,849.21<br>$11,849.21 |
| Claim: 8583<br>Date Filed:06/26/06<br>Docketed Total:  $175,204.95<br>Filing Creditor Name and Address<br> AMROC INVESTMENTS LLC AS<br> ASSIGNEE OF REUM COPORATION<br> ATTN DAVID S LEINWAND ESQ<br> 535 MADISON AVE 15TH FL<br> NEW YORK NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $175,204.95 | Modified Total | | | $160,060.95 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$175,204.95<br>$175,204.95 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$160,060.95<br>$160,060.95 |
| Claim: 8723<br>Date Filed:06/28/06<br>Docketed Total:  $48,318.47<br>Filing Creditor Name and Address<br> AMROC INVESTMENTS LLC AS<br> ASSIGNEE OF SPRIMAG INC<br> ATTN DAVID S LEINWAND ESQ<br> 535 MADISON AVE 15TH FL<br> NEW YORK NY 10022 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $48,318.47 | Modified Total | | | $47,800.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$48,318.47<br>$48,318.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$47,800.00<br>$47,800.00 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                     Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8576**
Date Filed:06/26/06
Docketed Total:  $554,635.03
Filing Creditor Name and Address
 AMROC INVESTMENTS LLC AS
 ASSIGNEE OF STEERE ENTERPRISES
 INC
 ATTN DAVID S LEINWAND ESQ
 535 MADISON AVE 15TH FL
 NEW YORK NY 10022

Claim Holder Name and Address    Docketed Total    $554,635.03

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $554,635.03 |
| | | | $554,635.03 |

Modified Total    $546,970.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $546,970.56 |
| | | | $546,970.56 |

---

**Claim: 9301**
Date Filed:07/11/06
Docketed Total:  $2,451.78
Filing Creditor Name and Address
 AMSTEK METAL LLC
 ATTN JOHN B STEVENS CEO
 PO BOX 3848
 JOLIET IL 60434

Claim Holder Name and Address    Docketed Total    $2,451.78

AMSTEK METAL LLC
ATTN JOHN B STEVENS CEO
PO BOX 3848
JOLIET IL 60434

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,451.78 |
| | | | $2,451.78 |

Modified Total    $1,328.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,328.35 |
| | | | $1,328.35 |

---

**Claim: 2904**
Date Filed:04/27/06
Docketed Total:  $1,944,373.96
Filing Creditor Name and Address
 ANALOG DEVICES INC
 ATTN WILLIAM CASEY CORPORATE
 CREDIT
 3 TECHNOLOGY WY
 NORWOOD MA 02062-9106

Claim Holder Name and Address    Docketed Total    $1,944,373.96

ANALOG DEVICES INC
ATTN WILLIAM CASEY CORPORATE
CREDIT
3 TECHNOLOGY WY
NORWOOD MA 02062-9106

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,944,373.96 |
| | | | $1,944,373.96 |

Modified Total    $1,944,373.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,944,373.96 |
| | | | $1,944,373.96 |

---

**Claim: 802**
Date Filed:11/22/05
Docketed Total:  $1,090.00
Filing Creditor Name and Address
 ANAREN MICROWAVE INC
 6635 KIRKVILLE RD
 EAST SYRACUSE NY 13057

Claim Holder Name and Address    Docketed Total    $1,090.00

ANAREN MICROWAVE INC
6635 KIRKVILLE RD
EAST SYRACUSE NY 13057

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,090.00 |
| | | | $1,090.00 |

Modified Total    $1,090.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,090.00 |
| | | | $1,090.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9898<br>Date Filed:07/19/06<br>Docketed Total:   $1,239.50<br>Filing Creditor Name and Address<br> ANCHOR RUBBER CO<br> 235 S PIONEER BLVD<br> SPRINGBORO OH 45066-118 | Claim Holder Name and Address    Docketed Total    $1,239.50<br><br>ANCHOR RUBBER CO<br>235 S PIONEER BLVD<br>SPRINGBORO OH 45066-118 | Modified Total    $1,183.50 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $1,239.50<br>                                                $1,239.50 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $1,183.50<br>                                                $1,183.50 |
| Claim: 1148<br>Date Filed:12/13/05<br>Docketed Total:   $915.00<br>Filing Creditor Name and Address<br> ANDERSON BOLDS<br> 24050 COMMERCE PK<br> CLEVELAND OH 44122-5838 | Claim Holder Name and Address    Docketed Total    $915.00<br><br>ANDERSON BOLDS<br>24050 COMMERCE PK<br>CLEVELAND OH 44122-5838 | Modified Total    $915.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $915.00<br>                                                $915.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $915.00<br>                                                $915.00 |
| Claim: 4200<br>Date Filed:05/01/06<br>Docketed Total:   $500.00<br>Filing Creditor Name and Address<br> ANGEVINE ACCOUSTICAL<br> CONSULTANTS INC<br> 1021 MAPLE ST<br> ELMA NY 14059-9530 | Claim Holder Name and Address    Docketed Total    $500.00<br><br>ANGEVINE ACCOUSTICAL CONSULTANTS<br>INC<br>1021 MAPLE ST<br>ELMA NY 14059-9530 | Modified Total    $500.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $500.00<br>                                                $500.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $500.00<br>                                                $500.00 |
| Claim: 8400<br>Date Filed:06/23/06<br>Docketed Total:   $1,865.00<br>Filing Creditor Name and Address<br> ANGSTROM TECHNOLOGY LMTD<br> JONI MCDONNELL<br> 26 NORTH MAIN ST<br> ROCKFORD MI 49341 | Claim Holder Name and Address    Docketed Total    $1,865.00<br><br>ANGSTROM TECHNOLOGY LMTD<br>JONI MCDONNELL<br>26 NORTH MAIN ST<br>ROCKFORD MI 49341 | Modified Total    $650.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $1,865.00<br>                                                $1,865.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $650.00<br>                                                $650.00 |

*See Exhibit E for a listing of debtor entities by case number                    Page:    27  of  433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6612<br>Date Filed:05/22/06<br>Docketed Total:  $2,102.00<br>Filing Creditor Name and Address<br> ANIXTER INC<br> ATTN CREDIT DEPARTMENT<br> 2301 PATRIOT BLVD 2S<br> GLENVIEW IL 60026 | Claim Holder Name and Address    Docketed Total    $2,102.00<br><br>ANIXTER INC<br>ATTN CREDIT DEPARTMENT<br>2301 PATRIOT BLVD 2S<br>GLENVIEW IL 60026<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $2,102.00<br>                                                $2,102.00 | Modified Total    $2,102.00<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $2,102.00<br>                                                $2,102.00 |
| Claim: 2936<br>Date Filed:04/27/06<br>Docketed Total:  $8,244.65<br>Filing Creditor Name and Address<br> ANOMIL ENTERPRISES INC<br> 401 ROWLAND<br> SANTA ANA CA 92707 | Claim Holder Name and Address    Docketed Total    $8,244.65<br><br>ANOMIL ENTERPRISES INC<br>401 ROWLAND<br>SANTA ANA CA 92707<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                        $8,244.65<br>                                                $8,244.65 | Modified Total    $3,956.86<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                        $3,956.86<br>                                                $3,956.86 |
| Claim: 349<br>Date Filed:11/04/05<br>Docketed Total:  $147,550.00<br>Filing Creditor Name and Address<br> APPLIED DATA SYSTEMS INC<br> JAN ELDRIDGE<br> 10260 G OLD COLUMBIA RD<br> COLUMBIA MD 21046 | Claim Holder Name and Address    Docketed Total    $147,550.00<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $147,550.00<br>                                                $147,550.00 | Modified Total    $147,550.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                        $147,550.00<br>                                                $147,550.00 |
| Claim: 2440<br>Date Filed:03/28/06<br>Docketed Total:  $3,690.68<br>Filing Creditor Name and Address<br> APPLIED TECH INDUSTRIES &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $3,690.68<br><br>APPLIED TECH INDUSTRIES & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $3,690.68<br>                                                $3,690.68 | Modified Total    $1,915.70<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $1,915.70<br>                                                $1,915.70 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 31<br>Date Filed:10/17/05<br>Docketed Total:   $1,770.61<br>Filing Creditor Name and Address<br> APPLIED TECHNICAL SERVICES<br> CORP<br> 5911 TRANSIT RD<br> DEPEW NY 14043 | Claim Holder Name and Address      Docketed Total      $1,770.61<br><br>APPLIED TECHNICAL SERVICES CORP<br>5911 TRANSIT RD<br>DEPEW NY 14043<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                        $1,770.61<br>                                                                  $1,770.61 | Modified Total      $1,770.61<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                        $1,770.61<br>                                                                  $1,770.61 |
| Claim: 16449<br>Date Filed:12/12/06<br>Docketed Total:   $175,084.92<br>Filing Creditor Name and Address<br> ARGO PARTNERS AS ASSIGNEE OF<br> HERITAGE CRYSTAL CLEAN<br> ATTN SCOTT KROCHEK<br> 12 W 37TH ST 9TH FL<br> NEW YORK NY 10018 | Claim Holder Name and Address      Docketed Total      $175,084.92<br><br>ARGO PARTNERS AS ASSIGNEE OF<br>HERITAGE CRYSTAL CLEAN<br>ATTN SCOTT KROCHEK<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                        $175,084.92<br>                                                                  $175,084.92 | Modified Total      $171,361.98<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                        $171,361.98<br>                                                                  $171,361.98 |
| Claim: 8191<br>Date Filed:06/19/06<br>Docketed Total:   $26,978.34<br>Filing Creditor Name and Address<br> ARNOPALLET CORPORATION<br> 1101 12TH ST STE D<br> PO BOX 219<br> BEDFORD IN 47421-0219 | Claim Holder Name and Address      Docketed Total      $26,978.34<br><br>ARNOPALLET CORPORATION<br>1101 12TH ST STE D<br>PO BOX 219<br>BEDFORD IN 47421-0219<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                        $26,978.34<br>                                                                  $26,978.34 | Modified Total      $26,978.34<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                        $26,978.34<br>                                                                  $26,978.34 |
| Claim: 423<br>Date Filed:11/07/05<br>Docketed Total:   $47,642.69<br>Filing Creditor Name and Address<br> ARROW ELECTRONICS INC<br> DOUGLASS P CHRISTENSEN<br> 7459 S LIMA ST<br> ENGLEWOOD CO 80112 | Claim Holder Name and Address      Docketed Total      $47,642.69<br><br>ARROW ELECTRONICS INC<br>DOUGLASS P CHRISTENSEN<br>7459 S LIMA ST<br>ENGLEWOOD CO 80112<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                        $47,642.69<br>                                                                  $47,642.69 | Modified Total      $44,346.69<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44507                                                        $44,346.69<br>                                                                  $44,346.69 |

*See Exhibit E for a listing of debtor entities by case number            Page:   29 of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9178<br>Date Filed:07/10/06<br>Docketed Total:  $50,351.63<br>Filing Creditor Name and Address<br> ASE ELECTRONICS M SDN BHD<br> C O ASE US INC<br> 3590 PETERSON WAY<br> SANTA CLARA CA 95054 | Claim Holder Name and Address<br><br>ASE ELECTRONICS M SDN BHD<br>C O ASE US INC<br>3590 PETERSON WAY<br>SANTA CLARA CA 95054 | Docketed Total | | $50,351.63 | | Modified Total | | $42,351.63 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$50,351.63<br>$50,351.63 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$42,351.63<br>$42,351.63 |
| Claim: 6873<br>Date Filed:05/25/06<br>Docketed Total:  $9,475.14<br>Filing Creditor Name and Address<br> ASE INDUSTRIES INC<br> 23850 PINEWOOD<br> WARREN MI 48091-4753 | Claim Holder Name and Address<br><br>ASE INDUSTRIES INC<br>23850 PINEWOOD<br>WARREN MI 48091-4753 | Docketed Total | | $9,475.14 | | Modified Total | | $9,475.14 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,475.14<br>$9,475.14 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,475.14<br>$9,475.14 |
| Claim: 9177<br>Date Filed:07/10/06<br>Docketed Total:  $177,717.99<br>Filing Creditor Name and Address<br> ASE KOREA INC<br> C O ASE US INC<br> 3590 PETERSON WAY<br> SANTA CLARA CA 95054 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $177,717.99 | | Modified Total | | $176,674.70 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$177,717.99<br>$177,717.99 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$176,674.70<br>$176,674.70 |
| Claim: 2389<br>Date Filed:03/24/06<br>Docketed Total:  $2,563.00<br>Filing Creditor Name and Address<br> ASI ENVIRONMENTAL TECHNOL<br> C O DAVE WARNER<br> 410 E DOWLAND ST<br> LUDINGTON MI 49431 | Claim Holder Name and Address<br><br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | Docketed Total | | $2,563.00 | | Modified Total | | $2,163.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,563.00<br>$2,563.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,163.00<br>$2,163.00 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2165<br>Date Filed: 03/01/06<br>Docketed Total:   $25,675.80<br>Filing Creditor Name and Address<br> ASM CAPITAL AS ASSIGNEE FOR<br> MRC POLYMERS INC<br> ASM CAPITAL<br> 7600 JERICHO TPKE STE 302<br> WOODBURY NY 11797 | Claim Holder Name and Address    Docketed Total    $25,675.80<br><br>ASM CAPITAL AS ASSIGNEE FOR MRC<br>POLYMERS INC<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                                 $25,675.80<br>                                                         $25,675.80 | Modified Total    $22,085.44<br><br><br><br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                                 $22,085.44<br>                                                         $22,085.44 |
| Claim: 2164<br>Date Filed: 03/01/06<br>Docketed Total:   $369,751.60<br>Filing Creditor Name and Address<br> ASM CAPITAL AS ASSIGNEE FOR<br> POLTRON CORPORATION<br> ASM CAPITAL<br> 7600 JERICHO TPKE STE 302<br> WOODBURY NY 11797 | Claim Holder Name and Address    Docketed Total    $369,751.60<br><br>ASM CAPITAL AS ASSIGNEE FOR POLTRON<br>CORPORATION<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                                 $369,751.60<br>                                                         $369,751.60 | Modified Total    $349,717.60<br><br><br><br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                                 $349,717.60<br>                                                         $349,717.60 |
| Claim: 15809<br>Date Filed: 08/03/06<br>Docketed Total:   $25,216.00<br>Filing Creditor Name and Address<br> ASM CAPITAL AS ASSIGNEE FOR<br> STAPLA ULTRASONICS CORPORATION<br> ASM CAPITAL<br> 7600 JERICHO TURNPIKE STE 302<br> WOODBURY NY 11797 | Claim Holder Name and Address    Docketed Total    $25,216.00<br><br>ASM CAPITAL AS ASSIGNEE FOR STAPLA<br>ULTRASONICS CORPORATION<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                                 $25,216.00<br>                                                         $25,216.00 | Modified Total    $24,450.00<br><br><br><br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                                 $24,450.00<br>                                                         $24,450.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2090<br>Date Filed: 02/21/06<br>Docketed Total:   $467,697.04<br>Filing Creditor Name and Address<br> ASM CAPITAL AS ASSIGNEE FOR<br> WESTBROOK MFG INC<br> 7600 JERICHO TURNPIKE STE 302<br> WOODBURY NY 11797 | Claim Holder Name and Address    Docketed Total    $467,697.04<br><br>ASM CAPITAL AS ASSIGNEE FOR<br>WESTBROOK MFG INC<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $467,697.04<br>                                                 $467,697.04 | Modified Total    $465,817.21<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $465,817.21<br>                                                 $465,817.21 |
| Claim: 2318<br>Date Filed: 03/16/06<br>Docketed Total:   $135,690.16<br>Filing Creditor Name and Address<br> ASM CAPITAL AS ASSIGNEE FOR<br> WORLD PRODUCTS INC<br> ASM CAPITAL<br> 7600 JERICHO TPKE STE 302<br> WOODBURY NY 11797 | Claim Holder Name and Address    Docketed Total    $135,690.16<br><br>ASM CAPITAL AS ASSIGNEE FOR WORLD<br>PRODUCTS INC<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $135,690.16<br>                                                 $135,690.16 | Modified Total    $133,587.74<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                         $117,772.30<br>05-44640                                          $15,815.44<br>                                                 $133,587.74 |
| Claim: 6398<br>Date Filed: 05/22/06<br>Docketed Total:   $888.00<br>Filing Creditor Name and Address<br> ASPECT SYSTEMS INC<br> 375 E ELLIOT RD STE 6<br> CHANDLER AZ 85225 | Claim Holder Name and Address    Docketed Total    $888.00<br><br>ASPECT SYSTEMS INC<br>375 E ELLIOT RD STE 6<br>CHANDLER AZ 85225<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $888.00<br>                                                 $888.00 | Modified Total    $888.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $888.00<br>                                                 $888.00 |
| Claim: 10352<br>Date Filed: 07/24/06<br>Docketed Total:   $160,001.00<br>Filing Creditor Name and Address<br> ASSET INTERTECH INC<br> 2201 N CENTRAL EXPY STE 105<br> RICHARDSON TX 75080 | Claim Holder Name and Address    Docketed Total    $160,001.00<br><br>ASSET INTERTECH INC<br>2201 N CENTRAL EXPY STE 105<br>RICHARDSON TX 75080<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $160,001.00<br>                                                 $160,001.00 | Modified Total    $120,000.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $120,000.00<br>                                                 $120,000.00 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10353<br>Date Filed:07/24/06<br>Docketed Total:  $4,593.00<br>Filing Creditor Name and Address<br> ASSET INTERTECH INC<br> 2201 N CENTRAL EXPY STE 105<br> RICHARDSON TX 75080 | Claim Holder Name and Address    Docketed Total    $4,593.00<br>ASSET INTERTECH INC<br>2201 N CENTRAL EXPY STE 105<br>RICHARDSON TX 75080<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $4,593.00<br>                                              $4,593.00 | Modified Total    $4,592.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $4,592.00<br>                                              $4,592.00 |
| Claim: 488<br>Date Filed:11/10/05<br>Docketed Total:  $554.00<br>Filing Creditor Name and Address<br> ASSOCIATED BAG CO<br> 400 W BODEN ST<br> MILWAUKEE WI 53207 | Claim Holder Name and Address    Docketed Total    $554.00<br>ASSOCIATED BAG CO<br>400 W BODEN ST<br>MILWAUKEE WI 53207<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $554.00<br>                                              $554.00 | Modified Total    $543.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $543.50<br>                                              $543.50 |
| Claim: 4853<br>Date Filed:05/08/06<br>Docketed Total:  $4,468.63<br>Filing Creditor Name and Address<br> ASSOCIATED PACKAGING INC<br> 435 CALVERT DR<br> GALLATIN TN 37066 | Claim Holder Name and Address    Docketed Total    $4,468.63<br>ASSOCIATED PACKAGING INC<br>435 CALVERT DR<br>GALLATIN TN 37066<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $4,468.63<br>                                              $4,468.63 | Modified Total    $4,120.26<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $4,120.26<br>                                              $4,120.26 |
| Claim: 8590<br>Date Filed:06/26/06<br>Docketed Total:  $4,210.00<br>Filing Creditor Name and Address<br> ASTRONAUTICS KEARFOTT GUIDANCE<br> & NAVIGATION CORPORATION<br> STEPHEN GIVANT<br> KEARFOTT GUIDANCE & NAVIGATION<br> CORP<br> HEADQUARTERS 1150 MCBRIDE AVE<br> LITTLE FALLS NJ 07424 | Claim Holder Name and Address    Docketed Total    $4,210.00<br>ASTRONAUTICS KEARFOTT GUIDANCE &<br>NAVIGATION CORPORATION<br>STEPHEN GIVANT<br>KEARFOTT GUIDANCE & NAVIGATION<br>CORP<br>HEADQUARTERS 1150 MCBRIDE AVE<br>LITTLE FALLS NJ 07424<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $4,210.00<br>                                              $4,210.00 | Modified Total    $4,210.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $4,210.00<br>                                              $4,210.00 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6150<br>Date Filed:05/10/06<br>Docketed Total:   $1,845.28<br>Filing Creditor Name and Address<br> ATCO INDUSTRIES INC<br> 7200 15 MILE RD<br> STERLING HEIGHTS MI 48312-4524 | Claim Holder Name and Address    Docketed Total    $1,845.28<br><br>ATCO INDUSTRIES INC<br>7200 15 MILE RD<br>STERLING HEIGHTS MI 48312-4524 | Modified Total    $1,845.28 |
| | **Case Number\***   Secured   Priority   Unsecured<br>05-44580                              $1,845.28<br>                                      $1,845.28 | **Case Number\***   Secured   Priority   Unsecured<br>05-44567                              $1,845.28<br>                                      $1,845.28 |
| Claim: 4168<br>Date Filed:05/01/06<br>Docketed Total:   $3,998.00<br>Filing Creditor Name and Address<br> ATEQ CORP<br> 42000 KOPPERNICK RD<br> CANTON MI 48187-2417 | Claim Holder Name and Address    Docketed Total    $3,998.00<br><br>ATEQ CORP<br>42000 KOPPERNICK RD<br>CANTON MI 48187-2417 | Modified Total    $3,998.00 |
| | **Case Number\***   Secured   Priority   Unsecured<br>05-44481                              $3,998.00<br>                                      $3,998.00 | **Case Number\***   Secured   Priority   Unsecured<br>05-44640                              $3,998.00<br>                                      $3,998.00 |
| Claim: 8161<br>Date Filed:06/19/06<br>Docketed Total:   $2,016.63<br>Filing Creditor Name and Address<br> ATLAS ELECTRIC DEVICES CO<br> ATLAS WEATHERING SERVICES GROU<br> 17301 OKEECHOBEE RD<br> MIAMI FL 33018 | Claim Holder Name and Address    Docketed Total    $2,016.63<br><br>ATLAS ELECTRIC DEVICES CO<br>ATLAS WEATHERING SERVICES GROU<br>17301 OKEECHOBEE RD<br>MIAMI FL 33018 | Modified Total    $1,927.90 |
| | **Case Number\***   Secured   Priority   Unsecured<br>05-44481                              $2,016.63<br>                                      $2,016.63 | **Case Number\***   Secured   Priority   Unsecured<br>05-44640                              $1,927.90<br>                                      $1,927.90 |
| Claim: 16417<br>Date Filed:11/13/06<br>Docketed Total:   $4,835.77<br>Filing Creditor Name and Address<br> ATMOS ENERGY<br> REDROCK CAPITAL PARTNERS LLC<br> 111 S MAIN ST STE C11<br> PO BOX 9095<br> BRECKENRIDGE CO 80424 | Claim Holder Name and Address    Docketed Total    $4,835.77<br><br>ATMOS ENERGY<br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | Modified Total    $4,643.22 |
| | **Case Number\***   Secured   Priority   Unsecured<br>05-44640                              $4,835.77<br>                                      $4,835.77 | **Case Number\***   Secured   Priority   Unsecured<br>05-44640                              $4,643.22<br>                                      $4,643.22 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4495<br>Date Filed:05/02/06<br>Docketed Total:  $35,278.00<br>Filing Creditor Name and Address<br> ATOTECH USA INC<br> PO BOX 932461<br> ATLANTA NY 31193-2461 | Claim Holder Name and Address<br><br>ATOTECH USA INC<br>PO BOX 932461<br>ATLANTA GA 31193-2461 | Docketed Total | | $35,278.00 | | Modified Total | | $34,254.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$35,278.00<br>$35,278.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$34,254.00<br>$34,254.00 |
| Claim: 383<br>Date Filed:11/07/05<br>Docketed Total:  $25,817.40<br>Filing Creditor Name and Address<br> AUBURN VACUUM FORMING CO INC<br> 40 YORK ST<br> PO BOX 489<br> AUBURN NY 13021 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $25,817.40 | | Modified Total | | $25,817.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$25,817.40<br>$25,817.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,817.40<br>$25,817.40 |
| Claim: 526<br>Date Filed:11/14/05<br>Docketed Total:  $194.25<br>Filing Creditor Name and Address<br> AUDIO COMMUNICATIONS DBA SOUND<br> ENGINEERING INC<br> SOUND ENGINEERING INC<br> 12933 FARMINGTON RD<br> LIVONIA MI 48150 | Claim Holder Name and Address<br><br>AUDIO COMMUNICATIONS DBA SOUND<br>ENGINEERING INC<br>SOUND ENGINEERING INC<br>12933 FARMINGTON RD<br>LIVONIA MI 48150 | Docketed Total | | $194.25 | | Modified Total | | $194.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$194.25<br>$194.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$194.25<br>$194.25 |
| Claim: 10391<br>Date Filed:07/24/06<br>Docketed Total:  $8,363.28<br>Filing Creditor Name and Address<br> AUMA SA DE CV<br> C O MICHAEL G CRUSE<br> WARNER NORCROSS & JUDD LLP<br> 2000 TOWN CENTER STE 2700<br> SOUTHFIELD MI 48075 | Claim Holder Name and Address<br><br>AUMA SA DE CV<br>C O MICHAEL G CRUSE<br>WARNER NORCROSS & JUDD LLP<br>2000 TOWN CENTER STE 2700<br>SOUTHFIELD MI 48075 | Docketed Total | | $8,363.28 | | Modified Total | | $8,330.52 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,363.28<br>$8,363.28 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,330.52<br>$8,330.52 |

*See Exhibit E for a listing of debtor entities by case number          Page:   35 of 433

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10383**
Date Filed: 07/24/06
Docketed Total:   $33,417.69
Filing Creditor Name and Address
 AUMA TEC SA DE CV
 C O MICHAEL G CRUSE
 WARNER NORCROSS & JUDD LLP
 2000 TOWN CENTER STE 2700
 SOUTHFIELD MI 48075

Claim Holder Name and Address        Docketed Total        $33,417.69

AUMA TEC SA DE CV
C O MICHAEL G CRUSE
WARNER NORCROSS & JUDD LLP
2000 TOWN CENTER STE 2700
SOUTHFIELD MI 48075

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $33,417.69 | 05-44640 | | | $33,235.09 |
| | | | $33,417.69 | | | | $33,235.09 |

Modified Total        $33,235.09

---

**Claim: 763**
Date Filed: 11/22/05
Docketed Total:   $2,889.63
Filing Creditor Name and Address
 AURORA CIRCUITS LLC
 2250 WHITE OAK CIR
 AURORA IL 60502

Claim Holder Name and Address        Docketed Total        $2,889.63

AURORA CIRCUITS LLC
2250 WHITE OAK CIR
AURORA IL 60502

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,889.63 | 05-44567 | | | $2,735.08 |
| | | | $2,889.63 | | | | $2,735.08 |

Modified Total        $2,735.08

---

**Claim: 847**
Date Filed: 11/28/05
Docketed Total:   $19,121.65
Filing Creditor Name and Address
 AUSTRO MOLD INC
 DAVIDSON FINK COOK KELLY &
 GALBRAIT
 28 E MAIN ST STE 1700
 ROCHESTER NY 14614

Claim Holder Name and Address        Docketed Total        $19,121.65

AUSTRO MOLD INC
DAVIDSON FINK COOK KELLY &
GALBRAIT
28 E MAIN ST STE 1700
ROCHESTER NY 14614

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $19,121.65 | 05-44640 | | | $15,046.46 |
| | | | $19,121.65 | | | | $15,046.46 |

Modified Total        $15,046.46

---

**Claim: 1999**
Date Filed: 02/14/06
Docketed Total:   $196,323.80
Filing Creditor Name and Address
 AUTO CAST INC
 4565 SPARTAN INDUSTRIAL DR SW
 GRANDVILLE MI 49418

Claim Holder Name and Address        Docketed Total        $196,323.80

AUTO CAST INC
4565 SPARTAN INDUSTRIAL DR SW
GRANDVILLE MI 49418

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $196,323.80 | 05-44640 | | | $196,323.80 |
| | | | $196,323.80 | | | | $196,323.80 |

Modified Total        $196,323.80

---

In re: Delphi Corporation, et al.                                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 2923<br>Date Filed:04/27/06<br>Docketed Total:   $2,010.00<br>Filing Creditor Name and Address<br> AUTOMATED EQUIPMENT SERVICES<br> INC<br> 2335 W VANCOUVER ST<br> BROKEN ARROW OK 74012 | Claim Holder Name and Address    Docketed Total    $2,010.00<br><br>AUTOMATED EQUIPMENT SERVICES INC<br>2335 W VANCOUVER ST<br>BROKEN ARROW OK 74012 | Modified Total    $2,010.00 |

Case Number*    Secured    Priority    Unsecured
05-44481                                        $2,010.00
                                                $2,010.00

Case Number*    Secured    Priority    Unsecured
05-44482                                        $2,010.00
                                                $2,010.00

| | | |
|---|---|---|
| Claim: 6114<br>Date Filed:05/17/06<br>Docketed Total:   $476.00<br>Filing Creditor Name and Address<br> AUTOMATION CONTROLS<br> 743 CAMDEN<br> PO BOX 110326<br> CAMPCELL CA 95008 | Claim Holder Name and Address    Docketed Total    $476.00<br><br>AUTOMATION CONTROLS<br>743 CAMDEN<br>PO BOX 110326<br>CAMPCELL CA 95008 | Modified Total    $88.99 |

Case Number*    Secured    Priority    Unsecured
05-44567                                        $476.00
                                                $476.00

Case Number*    Secured    Priority    Unsecured
05-44507                                        $88.99
                                                $88.99

| | | |
|---|---|---|
| Claim: 1070<br>Date Filed:12/08/05<br>Docketed Total:   $280.35<br>Filing Creditor Name and Address<br> AUTOSWAGE PRODUCTS INC<br> DAVID BRENTON<br> 726 RIVER RD<br> SHELTON CT 06484 | Claim Holder Name and Address    Docketed Total    $280.35<br><br>AUTOSWAGE PRODUCTS INC<br>DAVID BRENTON<br>726 RIVER RD<br>SHELTON CT 06484 | Modified Total    $280.35 |

Case Number*    Secured    Priority    Unsecured
05-44481                                        $280.35
                                                $280.35

Case Number*    Secured    Priority    Unsecured
05-44640                                        $280.35
                                                $280.35

| | | |
|---|---|---|
| Claim: 8270<br>Date Filed:06/20/06<br>Docketed Total:   $2,297.68<br>Filing Creditor Name and Address<br> AVAYA INC<br> RMS BANKRUPTCY SERVICES<br> PO BOX 5126<br> TIMONIUM MD 21094 | Claim Holder Name and Address    Docketed Total    $2,297.68<br><br>AVAYA INC<br>RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | Modified Total    $2,297.68 |

Case Number*    Secured    Priority    Unsecured
05-44626                                        $2,297.68
                                                $2,297.68

Case Number*    Secured    Priority    Unsecured
05-44624                                        $2,297.68
                                                $2,297.68

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10501<br>Date Filed:07/24/06<br>Docketed Total:  $222.60<br>Filing Creditor Name and Address<br> AVAYA INC<br> C O RMS BANKRUPTCY SERVICES<br> PO BOX 5126<br> TIMONIUM MD 21094 | Claim Holder Name and Address    Docketed Total    $222.60<br>AVAYA INC<br>C O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44626                                       $222.60<br>                                               $222.60 | Modified Total    $222.60<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44624                                       $222.60<br>                                               $222.60 |
| Claim: 15363<br>Date Filed:07/31/06<br>Docketed Total:  $3,721.07<br>Filing Creditor Name and Address<br> AVI FOODSYSTEMS INC<br> 2590 ELM RD NE<br> WARREN OH 44483-2997 | Claim Holder Name and Address    Docketed Total    $3,721.07<br>AVI FOODSYSTEMS INC<br>2590 ELM RD NE<br>WARREN OH 44483-2997<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                       $3,721.07<br>                                               $3,721.07 | Modified Total    $3,592.82<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $3,592.82<br>                                               $3,592.82 |
| Claim: 8481<br>Date Filed:06/26/06<br>Docketed Total:  $18,261.08<br>Filing Creditor Name and Address<br> AVIS RENT A CAR<br> ATTN KEVIN FOWLER<br> 300 CTR POINTE DR<br> VIRGINIA BEACH VA 23462 | Claim Holder Name and Address    Docketed Total    $18,261.08<br>AVIS RENT A CAR<br>ATTN KEVIN FOWLER<br>300 CTR POINTE DR<br>VIRGINIA BEACH VA 23462<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                       $18,261.08<br>                                               $18,261.08 | Modified Total    $17,838.10<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $17,838.10<br>                                               $17,838.10 |
| Claim: 1738<br>Date Filed:01/31/06<br>Docketed Total:  $11,180.00<br>Filing Creditor Name and Address<br> AVOCET SYSTEMS INC<br> PO BOX 1347<br> ROCKLAND ME 04841 | Claim Holder Name and Address    Docketed Total    $11,180.00<br>AVOCET SYSTEMS INC<br>PO BOX 1347<br>ROCKLAND ME 04841<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                       $11,180.00<br>                                               $11,180.00 | Modified Total    $11,180.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507                                       $11,180.00<br>                                               $11,180.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 540**
Date Filed: 11/14/05
Docketed Total: $14,350.00
Filing Creditor Name and Address
 AXSYS INCORPORATED
 ATTN KATHERINE BOWMAN
 29627 W TECH DR
 WIXOM MI 48393

Claim Holder Name and Address    Docketed Total    $14,350.00

AXSYS INCORPORATED
ATTN KATHERINE BOWMAN
29627 W TECH DR
WIXOM MI 48393

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,350.00 |
| | | | $14,350.00 |

Modified Total    $14,350.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,350.00 |
| | | | $14,350.00 |

---

**Claim: 542**
Date Filed: 11/14/05
Docketed Total: $996.00
Filing Creditor Name and Address
 B & B MACHINING & GRINDING
 303 W EVANS AVE
 DENVER CO 80223-4102

Claim Holder Name and Address    Docketed Total    $996.00

B & B MACHINING & GRINDING
303 W EVANS AVE
DENVER CO 80223-4102

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $996.00 |
| | | | $996.00 |

Modified Total    $996.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $996.00 |
| | | | $996.00 |

---

**Claim: 2046**
Date Filed: 02/16/06
Docketed Total: $281.08
Filing Creditor Name and Address
 B2B DIRECT
 4112 KODJAK CT STE A
 FREDERICK CO 80504

Claim Holder Name and Address    Docketed Total    $281.08

B2B DIRECT
4112 KODJAK CT STE A
FREDERICK CO 80504

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $281.08 |
| | | | $281.08 |

Modified Total    $281.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $281.08 |
| | | | $281.08 |

---

**Claim: 4632**
Date Filed: 05/04/06
Docketed Total: $262.08
Filing Creditor Name and Address
 BABCOCK & WILCOX COMPANY
 20 S VAN BUREN AVE
 BARBERTON OH 44203

Claim Holder Name and Address    Docketed Total    $262.08

BABCOCK & WILCOX COMPANY
20 S VAN BUREN AVE
BARBERTON OH 44203

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $262.08 |
| | | | $262.08 |

Modified Total    $262.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $262.08 |
| | | | $262.08 |

In re: Delphi Corporation, et al.                                                        Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5381**
Date Filed: 05/09/06
Docketed Total:  $17,100.00
Filing Creditor Name and Address
 BABCOX
 3550 EMBASSY PKWY
 AKRON OH 44333-8318

Claim Holder Name and Address    Docketed Total    $17,100.00

BABCOX
3550 EMBASSY PKWY
AKRON OH 44333-8318

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $17,100.00 | 05-44612 | | | $17,100.00 |
| | | | $17,100.00 | | | | $17,100.00 |

Modified Total    $17,100.00

---

**Claim: 16308**
Date Filed: 09/11/06
Docketed Total:  $8,567.88
Filing Creditor Name and Address
 BAJA FREIGHT
 8662 SIEMPRE VIVA RD
 SAN DIEGO CA 92154

Claim Holder Name and Address    Docketed Total    $8,567.88

FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE
2305
NEW YORK NY 10001

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,567.88 | 05-44624 | | | $8,567.88 |
| | | | $8,567.88 | | | | $8,567.88 |

Modified Total    $8,567.88

---

**Claim: 16377**
Date Filed: 10/20/06
Docketed Total:  $93,339.39
Filing Creditor Name and Address
 BAKER & DANIELS LLP
 JAY JAFFE
 600 E 96TH ST STE 600
 INDIANAPOLIS IN 46240

Claim Holder Name and Address    Docketed Total    $93,339.39

CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44554 | | | $93,339.39 | 05-44554 | | | $87,872.04 |
| | | | $93,339.39 | | | | $87,872.04 |

Modified Total    $87,872.04

---

**Claim: 4010**
Date Filed: 05/01/06
Docketed Total:  $17,585.00
Filing Creditor Name and Address
 BAKER PETROLITE CORPORATION
 SUSAN M WOOLEY
 C O BAKER HUGHES INC
 PO BOX 4740
 HOUSTON TX 77210-4740

Claim Holder Name and Address    Docketed Total    $17,585.00

BAKER PETROLITE CORPORATION
SUSAN M WOOLEY
C O BAKER HUGHES INC
PO BOX 4740
HOUSTON TX 77210-4740

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $17,585.00 | 05-44640 | | | $17,298.40 |
| | | | $17,585.00 | | | | $17,298.40 |

Modified Total    $17,298.40

---

*See Exhibit E for a listing of debtor entities by case number                  Page:   40 of 433

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6253<br>Date Filed:05/18/06<br>Docketed Total:  $29,618.30<br>Filing Creditor Name and Address<br> BALCH & BINGHAM LLP<br> C O W CLARK WATSON ESQ<br> BALCH & BINGHAM LLP<br> P O BOX 306<br> BIRMINGHAM AL 35201 | Claim Holder Name and Address    Docketed Total    $29,618.30<br><br>BALCH & BINGHAM LLP<br>C O W CLARK WATSON ESQ<br>BALCH & BINGHAM LLP<br>P O BOX 306<br>BIRMINGHAM AL 35201 | | | | | | | Modified Total    $24,285.75 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$29,618.30<br>$29,618.30 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$24,285.75<br>$24,285.75 |
| Claim: 10789<br>Date Filed:07/25/06<br>Docketed Total:  $2,855.99<br>Filing Creditor Name and Address<br> BALL SYSTEMS INC<br> TOM HOUCK<br> 622 S RANGE LINE RD STE 624B<br> CARMEL IN 46032 | Claim Holder Name and Address    Docketed Total    $2,855.99<br><br>BALL SYSTEMS INC<br>TOM HOUCK<br>622 S RANGE LINE RD STE 624B<br>CARMEL IN 46032 | | | | | | | Modified Total    $2,807.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,855.99<br>$2,855.99 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,807.00<br>$2,807.00 |
| Claim: 10790<br>Date Filed:07/25/06<br>Docketed Total:  $1,060.50<br>Filing Creditor Name and Address<br> BALL SYSTEMS INC<br> TOM HOUCK<br> 622 S RANGE LINE RD STE 624B<br> CARMEL IN 46032 | Claim Holder Name and Address    Docketed Total    $1,060.50<br><br>BALL SYSTEMS INC<br>TOM HOUCK<br>622 S RANGE LINE RD STE 624B<br>CARMEL IN 46032 | | | | | | | Modified Total    $1,050.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,060.50<br>$1,060.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,050.00<br>$1,050.00 |
| Claim: 10791<br>Date Filed:07/25/06<br>Docketed Total:  $11,848.46<br>Filing Creditor Name and Address<br> BALL SYSTEMS INC<br> TOM HOUCK<br> 622 S RANGE LINE RD STE 624B<br> CARMEL IN 46032 | Claim Holder Name and Address    Docketed Total    $11,848.46<br><br>BALL SYSTEMS INC<br>TOM HOUCK<br>622 S RANGE LINE RD STE 624B<br>CARMEL IN 46032 | | | | | | | Modified Total    $11,550.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,848.46<br>$11,848.46 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,550.00<br>$11,550.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10792<br>Date Filed:07/25/06<br>Docketed Total:  $10,818.16<br>Filing Creditor Name and Address<br> BALL SYSTEMS INC<br> TOM HOUCK<br> 622 S RANGE LINE RD STE 624B<br> CARMEL IN 46032 | Claim Holder Name and Address   Docketed Total     $10,818.16<br><br>BALL SYSTEMS INC<br>TOM HOUCK<br>622 S RANGE LINE RD STE 624B<br>CARMEL IN 46032<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $10,818.16<br>                                                 $10,818.16 | Modified Total    $10,500.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $10,500.00<br>                                                 $10,500.00 |
| Claim: 1200<br>Date Filed:12/19/05<br>Docketed Total:  $3,024.00<br>Filing Creditor Name and Address<br> BAMA URGENT MEDICINE INC<br> 1771 SKYLAND BLVD E<br> TUSCALOOSA AL 35405 | Claim Holder Name and Address   Docketed Total     $3,024.00<br><br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $3,024.00<br>                                                  $3,024.00 | Modified Total    $3,024.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $3,024.00<br>                                                  $3,024.00 |
| Claim: 8792<br>Date Filed:06/30/06<br>Docketed Total:  $29,222.60<br>Filing Creditor Name and Address<br> BANNER & WITCOFF LTD<br> 10 S WACKER DR STE 3000<br> CHICAGO IL 60606 | Claim Holder Name and Address   Docketed Total     $29,222.60<br><br>BANNER & WITCOFF LTD<br>10 S WACKER DR STE 3000<br>CHICAGO IL 60606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44554                                         $29,222.60<br>                                                 $29,222.60 | Modified Total    $28,269.60<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44554                                         $28,269.60<br>                                                 $28,269.60 |
| Claim: 7058<br>Date Filed:05/30/06<br>Docketed Total:  $11,936.30<br>Filing Creditor Name and Address<br> BARLOWORLD HANDLING LP<br> 11301 C GRANITE ST<br> CHARLOTTE NC 28273 | Claim Holder Name and Address   Docketed Total     $11,936.30<br><br>BARLOWORLD HANDLING LP<br>11301 C GRANITE ST<br>CHARLOTTE NC 28273<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $11,936.30<br>                                                 $11,936.30 | Modified Total    $11,936.30<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $11,936.30<br>                                                 $11,936.30 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2962<br>Date Filed:04/27/06<br>Docketed Total:   $1,388.00<br>Filing Creditor Name and Address<br> BARNES INTERNATIONAL INC<br> 814 CHESTNUT ST<br> ROCKFORD IL 61105 | Claim Holder Name and Address   Docketed Total   $1,388.00<br><br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                          $1,388.00<br>                                                  $1,388.00 | Modified Total   $1,388.00<br><br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                          $1,388.00<br>                                                  $1,388.00 |
| Claim: 2907<br>Date Filed:04/27/06<br>Docketed Total:   $910.40<br>Filing Creditor Name and Address<br> BARNSTEAD THERMOLYNE<br> PO BOX 797<br> DUBUQUE IA 52004-0797 | Claim Holder Name and Address   Docketed Total   $910.40<br><br>BARNSTEAD THERMOLYNE<br>PO BOX 797<br>DUBUQUE IA 52004-0797<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                          $910.40<br>                                                  $910.40 | Modified Total   $910.40<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44482                                          $910.40<br>                                                  $910.40 |
| Claim: 5590<br>Date Filed:05/10/06<br>Docketed Total:   $23,785.00<br>Filing Creditor Name and Address<br> BARTON CONSTRUCTION CO INC<br> 2702 E N SHERIDAN<br> TULSA OK 74115-2321 | Claim Holder Name and Address   Docketed Total   $23,785.00<br><br>BARTON CONSTRUCTION CO INC<br>2702 E N SHERIDAN<br>TULSA OK 74115-2321<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                          $23,785.00<br>                                                  $23,785.00 | Modified Total   $23,785.00<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44482                                          $23,785.00<br>                                                  $23,785.00 |
| Claim: 6333<br>Date Filed:05/19/06<br>Docketed Total:   $51,588.18<br>Filing Creditor Name and Address<br> BASF MEXICANA SA DE CV<br> MS LAURA RANGEL<br> AMERICAN POSTAL CENTER<br> 501 N BRIDGE ST<br> HIDALGO TX 78557 | Claim Holder Name and Address   Docketed Total   $51,588.18<br><br>BASF MEXICANA SA DE CV<br>MS LAURA RANGEL<br>AMERICAN POSTAL CENTER<br>501 N BRIDGE ST<br>HIDALGO TX 78557<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                          $51,588.18<br>                                                  $51,588.18 | Modified Total   $51,588.18<br><br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44567                                          $51,588.18<br>                                                  $51,588.18 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   43 of 433

In re: Delphi Corporation, et al.                                                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9593<br>Date Filed:07/17/06<br>Docketed Total:  $25,764.58<br>Filing Creditor Name and Address<br> BASIC CHEMICAL SOLUTIONS LLC<br> ATTN JAMES WALLACE<br> 5 STEEL RD E<br> MORRISVILLE PA 19067 | Claim Holder Name and Address      Docketed Total      $25,764.58<br><br>BASIC CHEMICAL SOLUTIONS LLC<br>ATTN JAMES WALLACE<br>5 STEEL RD E<br>MORRISVILLE PA 19067<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $25,764.58<br>                                                        $25,764.58 | Modified Total      $24,580.53<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $24,580.53<br>                                                        $24,580.53 |
| Claim: 14047<br>Date Filed:07/31/06<br>Docketed Total:  $1,155.00<br>Filing Creditor Name and Address<br> BATSON MACHINING AND<br>  LUBRICATION<br> 400 SMITH ST<br> SULPHUR ROCK AR 72579 | Claim Holder Name and Address      Docketed Total      $1,155.00<br><br>BATSON MACHINING AND LUBRICATION<br>400 SMITH ST<br>SULPHUR ROCK AR 72579<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $1,155.00<br>                                                        $1,155.00 | Modified Total      $1,155.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $1,155.00<br>                                                        $1,155.00 |
| Claim: 670<br>Date Filed:11/18/05<br>Docketed Total:  $5,066.87<br>Filing Creditor Name and Address<br> BAUBLYS CONTROL LASER CORP<br> VENDOR NO 00 444 3875<br> 41 RESEARCH WAY<br> E SETAUKET NY 11733 | Claim Holder Name and Address      Docketed Total      $5,066.87<br><br>BAUBLYS CONTROL LASER CORP VENDOR<br>NO 00 444 3875<br>41 RESEARCH WAY<br>E SETAUKET NY 11733<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $5,066.87<br>                                                        $5,066.87 | Modified Total      $5,066.87<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $5,066.87<br>                                                        $5,066.87 |
| Claim: 8202<br>Date Filed:06/19/06<br>Docketed Total:  $9,987.43<br>Filing Creditor Name and Address<br> BAY ADVANCED TECHNOLOGIES<br> TODD<br> 8100 CENTRAL AVE<br> NEWARK CA 94560-3449 | Claim Holder Name and Address      Docketed Total      $9,987.43<br><br>BAY ADVANCED TECHNOLOGIES<br>TODD<br>8100 CENTRAL AVE<br>NEWARK CA 94560-3449<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44511                                              $9,987.43<br>                                                        $9,987.43 | Modified Total      $9,866.38<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44511                                              $9,866.38<br>                                                        $9,866.38 |

In re: Delphi Corporation, et al.                                                                        Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 5961<br>Date Filed:05/16/06<br>Docketed Total:   $615.28<br>Filing Creditor Name and Address<br> BAY AREA LABELS<br> ATTN ACCOUNTING DEPT<br> JENNIFER<br> 1980 LUNDY AVE<br> SAN JOSE CA 95131 | Claim Holder Name and Address    Docketed Total    $615.28<br><br>BAY AREA LABELS<br>ATTN ACCOUNTING DEPT<br>JENNIFER<br>1980 LUNDY AVE<br>SAN JOSE CA 95131 | | Modified Total    $615.28 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                                                $615.28<br>                                                                        $615.28 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44507                                                                $615.28<br>                                                                        $615.28 | |
| Claim: 1897<br>Date Filed:02/08/06<br>Docketed Total:   $18,388.98<br>Filing Creditor Name and Address<br> BAY INDUSTRIAL FINISHING INC<br> 2632 BROADWAY ST<br> BAY CITY MI 48708 | Claim Holder Name and Address    Docketed Total    $18,388.98<br><br>BAY INDUSTRIAL FINISHING INC<br>2632 BROADWAY ST<br>BAY CITY MI 48708 | | Modified Total    $17,946.36 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                                                $18,388.98<br>                                                                        $18,388.98 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                                                $17,946.36<br>                                                                        $17,946.36 | |
| Claim: 7573<br>Date Filed:06/06/06<br>Docketed Total:   $3,956.00<br>Filing Creditor Name and Address<br> BAYTECH INDUSTRIES INC<br> 820 BRIDGEVIEW NORTH<br> SAGINAW MI 48604 | Claim Holder Name and Address    Docketed Total    $3,956.00<br><br>BAYTECH INDUSTRIES INC<br>820 BRIDGEVIEW NORTH<br>SAGINAW MI 48604 | | Modified Total    $3,956.00 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                                                $3,956.00<br>                                                                        $3,956.00 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                                                $3,956.00<br>                                                                        $3,956.00 | |
| Claim: 7574<br>Date Filed:06/06/06<br>Docketed Total:   $1,634.00<br>Filing Creditor Name and Address<br> BAYTECH INDUSTRIES INC<br> 820 BRIDGEVIEW N<br> SAGINAW MI 48604 | Claim Holder Name and Address    Docketed Total    $1,634.00<br><br>BAYTECH INDUSTRIES INC<br>820 BRIDGEVIEW N<br>SAGINAW MI 48604 | | Modified Total    $1,634.00 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                                                $1,634.00<br>                                                                        $1,634.00 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                                                $1,634.00<br>                                                                        $1,634.00 | |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6920<br>Date Filed:05/26/06<br>Docketed Total:   $1,754.28<br>Filing Creditor Name and Address<br> BBC LIGHTING AND SUPPLY<br> PATTY X218<br> 2015 W ST PAUL AVE<br> MILWAUKEE WI 53233 | Claim Holder Name and Address   Docketed Total   $1,754.28<br><br>BBC LIGHTING AND SUPPLY<br>PATTY X218<br>2015 W ST PAUL AVE<br>MILWAUKEE WI 53233<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                   $1,754.28<br>                                           $1,754.28 | Modified Total   $1,754.28<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $1,754.28<br>                                           $1,754.28 |
| Claim: 5099<br>Date Filed:05/08/06<br>Docketed Total:   $14,940.00<br>Filing Creditor Name and Address<br> BEACON REEL CO<br> 19 WELLS RD<br> NEW MILFORD CT 06776-0787 | Claim Holder Name and Address   Docketed Total   $14,940.00<br><br>BEACON REEL CO<br>19 WELLS RD<br>NEW MILFORD CT 06776-0787<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                   $14,940.00<br>                                           $14,940.00 | Modified Total   $14,940.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $14,940.00<br>                                           $14,940.00 |
| Claim: 5100<br>Date Filed:05/08/06<br>Docketed Total:   $4,305.00<br>Filing Creditor Name and Address<br> BEACON REEL CO<br> 19 WELLS RD<br> NEW MILFORD CT 067760787 | Claim Holder Name and Address   Docketed Total   $4,305.00<br><br>BEACON REEL CO<br>19 WELLS RD<br>NEW MILFORD CT 067760787<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                   $4,305.00<br>                                           $4,305.00 | Modified Total   $4,305.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $4,305.00<br>                                           $4,305.00 |
| Claim: 11822<br>Date Filed:07/28/06<br>Docketed Total:   $17,799.50<br>Filing Creditor Name and Address<br> BEARING DISTRIBUTORS INC<br> 8000 HUBU PKWY<br> CLEVELAND OH 44125-5731 | Claim Holder Name and Address   Docketed Total   $17,799.50<br><br>BEARING DISTRIBUTORS INC<br>8000 HUBU PKWY<br>CLEVELAND OH 44125-5731<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                   $17,799.50<br>                                           $17,799.50 | Modified Total   $17,799.50<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $17,799.50<br>                                           $17,799.50 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9968<br>Date Filed:07/20/06<br>Docketed Total:  $9,800.00<br>Filing Creditor Name and Address<br>  BEAUMONT RUNNER TECHNOLOGIES I<br>  2103 E 33RD ST<br>  ERIE PA 16510 | Claim Holder Name and Address    Docketed Total    $9,800.00<br><br>BEAUMONT RUNNER TECHNOLOGIES I<br>2103 E 33RD ST<br>ERIE PA 16510<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $9,800.00<br>                                                  $9,800.00 | Modified Total    $9,800.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $9,800.00<br>                                                  $9,800.00 |
| Claim: 6631<br>Date Filed:05/23/06<br>Docketed Total:  $482.81<br>Filing Creditor Name and Address<br>  BEHCO INC<br>  32613 FOLSOM<br>  FARMINGTON HILLS MI 48336 | Claim Holder Name and Address    Docketed Total    $482.81<br><br>BEHCO INC<br>32613 FOLSOM<br>FARMINGTON HILLS MI 48336<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $482.81<br>                                                    $482.81 | Modified Total    $482.81<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $482.81<br>                                                    $482.81 |
| Claim: 16439<br>Date Filed:12/01/06<br>Docketed Total:  $409,399.05<br>Filing Creditor Name and Address<br>  BEHR INDUSTRIES CORP<br>  STEPHEN B GROW<br>  WARNER NORCROSS & JUDD LLP<br>  900 FIFTH THIRD CTR<br>  111 LYON NW<br>  GRAND RAPIDS MI 49503 | Claim Holder Name and Address    Docketed Total    $409,399.05<br><br>BEHR INDUSTRIES CORP<br>STEPHEN B GROW<br>WARNER NORCROSS & JUDD LLP<br>900 FIFTH THIRD CTR<br>111 LYON NW<br>GRAND RAPIDS MI 49503<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $409,399.05<br>                                                $409,399.05 | Modified Total    $59,399.05<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $59,399.05<br>                                                 $59,399.05 |
| Claim: 7713<br>Date Filed:06/09/06<br>Docketed Total:  $325,000.00<br>Filing Creditor Name and Address<br>  BEI KIMCO MAGNETICS<br>  CO MANSOOR ALI<br>  170 TECHNOLOGY DR<br>  IRVINE CA 92618-2401 | Claim Holder Name and Address    Docketed Total    $325,000.00<br><br>BEI KIMCO MAGNETICS<br>CO MANSOOR ALI<br>170 TECHNOLOGY DR<br>IRVINE CA 92618-2401<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $325,000.00<br>                                                $325,000.00 | Modified Total    $325,000.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $325,000.00<br>                                                $325,000.00 |

*See Exhibit E for a listing of debtor entities by case number            Page:   47 of 433

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4463<br>Date Filed:05/01/06<br>Docketed Total:   $450.00<br>Filing Creditor Name and Address<br> BEI TECHNOLOGIES INC<br> TRISH WARFIELD<br> 7230 HOLLISTER AVE<br> GOLETA CA 93117 | Claim Holder Name and Address   Docketed Total   $450.00<br><br>BEI TECHNOLOGIES INC<br>TRISH WARFIELD<br>7230 HOLLISTER AVE<br>GOLETA CA 93117 | Modified Total   $450.00 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                         $450.00<br>                                                  $450.00 | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                         $450.00<br>                                                  $450.00 |
| Claim: 1791<br>Date Filed:02/06/06<br>Docketed Total:   $8,866.55<br>Filing Creditor Name and Address<br> BEKAERT CORPORATION<br> RICHARD AUGUSTINE<br> 1395 S MARIETTA PKWY<br> MARIETTA GA 30067 | Claim Holder Name and Address   Docketed Total   $8,866.55<br><br>BEKAERT CORPORATION<br>RICHARD AUGUSTINE<br>1395 S MARIETTA PKWY<br>MARIETTA GA 30067 | Modified Total   $8,845.95 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44624                   $8,866.55<br>                                 $8,866.55 | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44624                                      $8,845.95<br>                                               $8,845.95 |
| Claim: 8569<br>Date Filed:06/26/06<br>Docketed Total:   $63,696.63<br>Filing Creditor Name and Address<br> BELL ANDERSON & SANDERS LLC<br> 496 BROADWAY<br> LAGUNA BEACH CA 92651 | Claim Holder Name and Address   Docketed Total   $63,696.63<br><br>BELL ANDERSON & SANDERS LLC<br>496 BROADWAY<br>LAGUNA BEACH CA 92651 | Modified Total   $63,696.63 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44481                                         $63,696.63<br>                                                  $63,696.63 | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                         $63,696.63<br>                                                  $63,696.63 |
| Claim: 7086<br>Date Filed:05/30/06<br>Docketed Total:   $89,828.89<br>Filing Creditor Name and Address<br> BELL ENGINEERING INC<br> 735 OUTER DR<br> SAGINAW MI 48601 | Claim Holder Name and Address   Docketed Total   $89,828.89<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Modified Total   $89,799.49 |
| | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                         $89,828.89<br>                                                  $89,828.89 | **Case Number\*** **Secured** **Priority** **Unsecured**<br>05-44640                                         $89,799.49<br>                                                  $89,799.49 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3096<br>Date Filed:04/28/06<br>Docketed Total:  $15,083.19<br>Filing Creditor Name and Address<br> BEMIS COMPANY INC<br> 1350 N FRUITRIDGE AVE<br> TERRE HAUTE IN 47804 | Claim Holder Name and Address    Docketed Total    $15,083.19<br><br>BEMIS COMPANY INC<br>1350 N FRUITRIDGE AVE<br>TERRE HAUTE IN 47804<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $15,083.19<br>                                                  $15,083.19 | Modified Total    $15,083.19<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $15,083.19<br>                                                  $15,083.19 |
| Claim: 2973<br>Date Filed:04/27/06<br>Docketed Total:   $2,387.50<br>Filing Creditor Name and Address<br> BENDON GEAR & MACHINE INC<br> PETER BELEZOS<br> 100 WEYMOUTH ST UNIT A<br> ROCKLAND MA 02370 | Claim Holder Name and Address    Docketed Total     $2,387.50<br><br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO CA 92108<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $2,387.50<br>                                                   $2,387.50 | Modified Total     $2,387.50<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                           $2,387.50<br>                                                   $2,387.50 |
| Claim: 2434<br>Date Filed:03/28/06<br>Docketed Total:  $29,008.35<br>Filing Creditor Name and Address<br> BERTRAM AUTOMATION INC<br> 5340 W 700 S<br> MORGANTOWN IN 46160 | Claim Holder Name and Address    Docketed Total    $29,008.35<br><br>BERTRAM AUTOMATION INC<br>5340 W 700 S<br>MORGANTOWN IN 46160<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $29,008.35<br>                                                  $29,008.35 | Modified Total    $29,008.35<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $29,008.35<br>                                                  $29,008.35 |
| Claim: 3034<br>Date Filed:04/28/06<br>Docketed Total:   $3,224.00<br>Filing Creditor Name and Address<br> BI STATE PACKAGING INC<br> 4905 77TH AVE E<br> MILAN IL 61264-3250 | Claim Holder Name and Address    Docketed Total     $3,224.00<br><br>BI STATE PACKAGING INC<br>4905 77TH AVE E<br>MILAN IL 61264-3250<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $3,224.00<br>                                                   $3,224.00 | Modified Total     $2,552.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $2,552.00<br>                                                   $2,552.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2618<br>Date Filed:04/13/06<br>Docketed Total:   $371.56<br>Filing Creditor Name and Address<br> BIJUR LUBRICATING CORP<br> BRUCE<br> 808 AVIATION PKWY<br> STE 1400<br> MORRISVILLE NC 27560-6600 | Claim Holder Name and Address    Docketed Total        $371.56<br><br>BIJUR LUBRICATING CORP<br>BRUCE<br>808 AVIATION PKWY<br>STE 1400<br>MORRISVILLE NC 27560-6600<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481                                                      $371.56<br>                                                              $371.56 | Modified Total        $371.56<br><br><br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                                      $371.56<br>                                                              $371.56 |
| Claim: 1187<br>Date Filed:12/19/05<br>Docketed Total:   $988.03<br>Filing Creditor Name and Address<br> BIO CHEM VALUE INC<br> 85 FULTON ST<br> BOONTON NJ 07005 | Claim Holder Name and Address    Docketed Total        $988.03<br><br>BIO CHEM VALUE INC<br>85 FULTON ST<br>BOONTON NJ 07005<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481                                                      $988.03<br>                                                              $988.03 | Modified Total        $546.93<br><br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44507                                                      $546.93<br>                                                              $546.93 |
| Claim: 518<br>Date Filed:11/14/05<br>Docketed Total:   $15,000.00<br>Filing Creditor Name and Address<br> BIOS CONSULTING LLC<br> THERESA ATKINSON PHD<br> 2344 LAKE RIDGE DR<br> GRAND BLANC MI 48439 | Claim Holder Name and Address    Docketed Total        $15,000.00<br><br>BIOS CONSULTING LLC<br>THERESA ATKINSON PHD<br>2344 LAKE RIDGE DR<br>GRAND BLANC MI 48439<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481                         $10,000.00      $5,000.00<br>                                 $10,000.00      $5,000.00 | Modified Total        $15,000.00<br><br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                                      $15,000.00<br>                                                              $15,000.00 |
| Claim: 4187<br>Date Filed:05/01/06<br>Docketed Total:   $8,655.75<br>Filing Creditor Name and Address<br> BIRMINGHAM TOLEDO INC<br> 3620 VANN RD<br> BIRMINGHAM AL 35235 | Claim Holder Name and Address    Docketed Total        $8,655.75<br><br>BIRMINGHAM TOLEDO INC<br>3620 VANN RD<br>BIRMINGHAM AL 35235<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481          $3,297.25                      $5,358.50<br>                  $3,297.25                      $5,358.50 | Modified Total        $6,344.25<br><br><br><br><br>Case Number*    Secured        Priority        Unsecured<br>05-44640                                                      $6,344.25<br>                                                              $6,344.25 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   50 of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 920<br>Date Filed:11/28/05<br>Docketed Total:  $7,919.09<br>Filing Creditor Name and Address<br> BISCO IND INC<br> 1500 N LAKEVIEW AVE<br> ANAHEIM CA 92807 | Claim Holder Name and Address<br><br>BISCO IND INC<br>1500 N LAKEVIEW AVE<br>ANAHEIM CA 92807 | Docketed Total | | $7,919.09 | | Modified Total | | $7,643.09 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,919.09<br>$7,919.09 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$7,643.09<br>$7,643.09 |
| Claim: 4263<br>Date Filed:05/01/06<br>Docketed Total:  $7,210.00<br>Filing Creditor Name and Address<br> BISHOP CO<br> 1125 E MILHAM RD<br> KALAMAZOO MI 49002 | Claim Holder Name and Address<br><br>BISHOP CO<br>1125 E MILHAM RD<br>KALAMAZOO MI 49002 | Docketed Total | | $7,210.00 | | Modified Total | | $5,890.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,210.00<br>$7,210.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,890.00<br>$5,890.00 |
| Claim: 5073<br>Date Filed:05/08/06<br>Docketed Total:  $4,241.60<br>Filing Creditor Name and Address<br> BISHOP STEERING TECHNOLOGY INC<br> 8802 BASH ST STE A<br> INDIANAPOLIS IN 46256 | Claim Holder Name and Address<br><br>BISHOP STEERING TECHNOLOGY INC<br>8802 BASH ST STE A<br>INDIANAPOLIS IN 46256 | Docketed Total | | $4,241.60 | | Modified Total | | $4,241.60 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,241.60<br>$4,241.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,241.60<br>$4,241.60 |
| Claim: 4949<br>Date Filed:05/05/06<br>Docketed Total:  $5,752.50<br>Filing Creditor Name and Address<br> BLACK RIVER MANUFACTURING INC<br> 2625 20TH ST<br> PORT HURON MI 48060 | Claim Holder Name and Address<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $5,752.50 | | Modified Total | | $4,985.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,752.50<br>$5,752.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,985.50<br>$4,985.50 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6621**
Date Filed: 05/22/06
Docketed Total:   $301.14
Filing Creditor Name and Address
 BLAKE MANUFACTURING COMPANY
 ATTN ELBA TEJEDA
 15310 PROCTOR AVE
 CITY OF INDUSTRY CA 91745

Claim Holder Name and Address — Docketed Total — $301.14

BLAKE MANUFACTURING COMPANY
ATTN ELBA TEJEDA
15310 PROCTOR AVE
CITY OF INDUSTRY CA 91745

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $301.14 |
| | | | $301.14 |

Modified Total — $301.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $301.14 |
| | | | $301.14 |

---

**Claim: 1941**
Date Filed: 02/10/06
Docketed Total:   $1,635.60
Filing Creditor Name and Address
 BLOSSMAN GAS INC
 PO BOX 1110
 OCEAN SPRINGS MS 39564

Claim Holder Name and Address — Docketed Total — $1,635.60

BLOSSMAN GAS INC
PO BOX 1110
OCEAN SPRINGS MS 39564

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $1,635.60 | | |
| | $1,635.60 | | |

Modified Total — $1,184.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,184.00 |
| | | | $1,184.00 |

---

**Claim: 721**
Date Filed: 11/21/05
Docketed Total:   $5,803.28
Filing Creditor Name and Address
 BMF CORP VEGAS FASTENER MFG
 VEGAS FASTENER MFG
 4315 W OQUENDO RD
 LAS VEGAS NV 89118

Claim Holder Name and Address — Docketed Total — $5,803.28

BMF CORP VEGAS FASTENER MFG
VEGAS FASTENER MFG
4315 W OQUENDO RD
LAS VEGAS NV 89118

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,803.28 |
| | | | $5,803.28 |

Modified Total — $5,373.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,373.30 |
| | | | $5,373.30 |

---

**Claim: 6441**
Date Filed: 05/22/06
Docketed Total:   $6,798.66
Filing Creditor Name and Address
 BOKERS INC
 3104 SNELLING AVE
 MINNEAPOLIS MN 55406

Claim Holder Name and Address — Docketed Total — $6,798.66

BOKERS INC
3104 SNELLING AVE
MINNEAPOLIS MN 55406

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $6,798.66 |
| | | | $6,798.66 |

Modified Total — $6,424.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $6,424.26 |
| | | | $6,424.26 |

---

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5118<br>Date Filed:05/08/06<br>Docketed Total:   $4,590.35<br>Filing Creditor Name and Address<br> BOMAR PNEUMATICS INC EFT<br> ADD CHG 3 97<br> 5785 W 74TH ST<br> INDIANAPOLIS IN 46278 | Claim Holder Name and Address      Docketed Total      $4,590.35<br><br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $4,590.35<br>                                                      $4,590.35 | Modified Total      $4,590.35<br><br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $4,590.35<br>                                                      $4,590.35 |
| Claim: 1390<br>Date Filed:12/30/05<br>Docketed Total:   $22,210.98<br>Filing Creditor Name and Address<br> BONA VISTA PROGRAMS INC<br> 1220 E LAGUNA<br> PO BOX 2496<br> KOKOMO IN 46904-2496 | Claim Holder Name and Address      Docketed Total      $22,210.98<br><br>BONA VISTA PROGRAMS INC<br>1220 E LAGUNA<br>PO BOX 2496<br>KOKOMO IN 46904-2496<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $22,210.98<br>                                                      $22,210.98 | Modified Total      $22,210.98<br><br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $22,210.98<br>                                                      $22,210.98 |
| Claim: 9400<br>Date Filed:07/12/06<br>Docketed Total:   $2,588.48<br>Filing Creditor Name and Address<br> BONA VISTA PROGRAMS INC<br> 1220 E LAGUNA<br> PO BOX 2496<br> KOKOMO IN 46904-2496 | Claim Holder Name and Address      Docketed Total      $2,588.48<br><br>BONA VISTA PROGRAMS INC<br>1220 E LAGUNA<br>PO BOX 2496<br>KOKOMO IN 46904-2496<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $2,588.48<br>                                                      $2,588.48 | Modified Total      $2,588.48<br><br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $2,588.48<br>                                                      $2,588.48 |
| Claim: 6406<br>Date Filed:05/22/06<br>Docketed Total:   $5,600.00<br>Filing Creditor Name and Address<br> BOURNS INC<br> ATTN MARY RODGERS<br> 1200 COLUMBIA AVE<br> RIVERSIDE CA 92507 | Claim Holder Name and Address      Docketed Total      $5,600.00<br><br>BOURNS INC<br>ATTN MARY RODGERS<br>1200 COLUMBIA AVE<br>RIVERSIDE CA 92507<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44567                                              $5,600.00<br>                                                      $5,600.00 | Modified Total      $2,800.00<br><br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44567                                              $2,800.00<br>                                                      $2,800.00 |

*See Exhibit E for a listing of debtor entities by case number                 Page:   53  of  433

In re: Delphi Corporation, et al.                                                                                  Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10719**
Date Filed: 07/25/06
Docketed Total:   $11,572.50
Filing Creditor Name and Address
  BRADLEY COATING INC
  410 S 38TH AVE
  SAINT CHARLES IL 60174-542

Claim Holder Name and Address        Docketed Total    $11,572.50
BRADLEY COATING INC
410 S 38TH AVE
SAINT CHARLES IL 60174-542

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,572.50 |
| | | | $11,572.50 |

Modified Total    $10,425.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,425.25 |
| | | | $10,425.25 |

---

**Claim: 5509**
Date Filed: 05/10/06
Docketed Total:   $8,788.07
Filing Creditor Name and Address
  BRADLEY SUPPLY COMPANY
  PO BOX 29096
  CHICAGO IL 60629

Claim Holder Name and Address        Docketed Total    $8,788.07
BRADLEY SUPPLY COMPANY
PO BOX 29096
CHICAGO IL 60629

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,788.07 |
| | | | $8,788.07 |

Modified Total    $8,788.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $8,788.07 |
| | | | $8,788.07 |

---

**Claim: 3660**
Date Filed: 05/01/06
Docketed Total:   $2,138.04
Filing Creditor Name and Address
  BRAINERD CHEMICAL CO INC
  PO BOX 52160
  TULSA OK 74152-0160

Claim Holder Name and Address        Docketed Total    $2,138.04
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,138.04 |
| | | | $2,138.04 |

Modified Total    $2,138.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $2,138.04 |
| | | | $2,138.04 |

---

**Claim: 16300**
Date Filed: 09/12/06
Docketed Total:   $54,069.91
Filing Creditor Name and Address
  BRAININ ADVANCE INDUSTRIES INC
  C O REDROCK CAPITAL PARTNERS
  LLC
  111 S MAIN ST STE C11
  PO BOX 9095
  BRECKENRIDGE CO 80424

Claim Holder Name and Address        Docketed Total    $54,069.91
REDROCK CAPITAL PARTNERS LLC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,069.91 |
| | | | $54,069.91 |

Modified Total    $52,577.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $52,577.79 |
| | | | $52,577.79 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9172**
Date Filed: 07/10/06
Docketed Total:   $1,507.05
Filing Creditor Name and Address
 BRECHBUHLER SCALES IN
 7550 JACKS LN
 CLAYTON OH 45315

| | Claim Holder Name and Address | | Docketed Total | $1,507.05 | | Modified Total | $1,459.70 |
|---|---|---|---|---|---|---|---|
| | BRECHBUHLER SCALES IN 7550 JACKS LN CLAYTON OH 45315 | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,507.05 | 05-44640 | | | $1,459.70 |
| | | | | $1,507.05 | | | | $1,459.70 |

**Claim: 9171**
Date Filed: 07/10/06
Docketed Total:   $589.50
Filing Creditor Name and Address
 BRECHBUHLER SCALES INC
 4070 PERIMETER DR
 COLUMBUS OH 43228

| | Claim Holder Name and Address | | Docketed Total | $589.50 | | Modified Total | $582.60 |
|---|---|---|---|---|---|---|---|
| | BRECHBUHLER SCALES INC 4070 PERIMETER DR COLUMBUS OH 43228 | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $589.50 | 05-44640 | | | $582.60 |
| | | | | $589.50 | | | | $582.60 |

**Claim: 9173**
Date Filed: 07/10/06
Docketed Total:   $1,209.43
Filing Creditor Name and Address
 BRECHBUHLER SCALES INC
 1406 SADLIER CIR W DR
 INDIANAPOLIS IN 46239

| | Claim Holder Name and Address | | Docketed Total | $1,209.43 | | Modified Total | $1,168.52 |
|---|---|---|---|---|---|---|---|
| | BRECHBUHLER SCALES INC 1406 SADLIER CIR W DR INDIANAPOLIS IN 46239 | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,209.43 | 05-44640 | | | $1,168.52 |
| | | | | $1,209.43 | | | | $1,168.52 |

**Claim: 1717**
Date Filed: 01/30/06
Docketed Total:   $2,496.00
Filing Creditor Name and Address
 BREHOB CORPORATION
 BREHOB CORPORATION
 1334 S MERIDIAN
 INDIANAPOLIS IN 46225

| | Claim Holder Name and Address | | Docketed Total | $2,496.00 | | Modified Total | $2,496.00 |
|---|---|---|---|---|---|---|---|
| | BREHOB CORPORATION BREHOB CORPORATION 1334 S MERIDIAN INDIANAPOLIS IN 46225 | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $2,496.00 | 05-44640 | | | $2,496.00 |
| | | | | $2,496.00 | | | | $2,496.00 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4745<br>Date Filed:05/04/06<br>Docketed Total:  $77,929.99<br>Filing Creditor Name and Address<br>  BRENNTAG SOUTHWEST INC<br>  206 E MORROW<br>  SAND SPRINGS OK 74063 | Claim Holder Name and Address<br><br>BRENNTAG SOUTHWEST INC<br>206 E MORROW<br>SAND SPRINGS OK 74063 | Docketed Total | | $77,929.99 | | Modified Total | | $70,682.30 |
| | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$77,929.99<br>$77,929.99 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$70,682.30<br>$70,682.30 |
| Claim: 4253<br>Date Filed:05/01/06<br>Docketed Total:  $1,810.94<br>Filing Creditor Name and Address<br>  BRINKS INCORPORATED<br>  PO BOX 651696<br>  CHARLOTTE NC 28265-1696 | Claim Holder Name and Address<br><br>BRINKS INCORPORATED<br>PO BOX 651696<br>CHARLOTTE NC 28265-1696 | Docketed Total | | $1,810.94 | | Modified Total | | $1,810.94 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,810.94<br>$1,810.94 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$1,810.94<br>$1,810.94 |
| Claim: 1723<br>Date Filed:01/31/06<br>Docketed Total:  $3,237.00<br>Filing Creditor Name and Address<br>  BROACHING MACHINE SPECIALTIES<br>  25180 SEELEY RD<br>  NOVI MI 48375-2044 | Claim Holder Name and Address<br><br>BROACHING MACHINE SPECIALTIES<br>25180 SEELEY RD<br>NOVI MI 48375-2044 | Docketed Total | | $3,237.00 | | Modified Total | | $2,913.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,237.00<br>$3,237.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,913.30<br>$2,913.30 |
| Claim: 12004<br>Date Filed:07/28/06<br>Docketed Total:  $7,155.50<br>Filing Creditor Name and Address<br>  BROWN CORPORATION OF IONIA INC<br>  314 S STEELE ST<br>  IONIA MI 48846 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $7,155.50 | | Modified Total | | $7,155.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,155.50<br>$7,155.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,155.50<br>$7,155.50 |

*See Exhibit E for a listing of debtor entities by case number          Page:   56 of  433

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1061**
Date Filed: 12/07/05
Docketed Total:   $386.63
Filing Creditor Name and Address
 BRUCE FOX INC
 1909 MCDONALD LN
 NEW ALBANY IN 47150

| Claim Holder Name and Address | | Docketed Total | $386.63 | | | Modified Total | $386.63 |
|---|---|---|---|---|---|---|---|
| BRUCE FOX INC 1909 MCDONALD LN NEW ALBANY IN 47150 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $386.63 | 05-44640 | | | $386.63 |
| | | | $386.63 | | | | $386.63 |

**Claim: 10754**
Date Filed: 07/25/06
Docketed Total:   $38,326.04
Filing Creditor Name and Address
 BRUKER OPTICS
 19 FORTUNE DR
 BILLERICA MA 01821

| Claim Holder Name and Address | | Docketed Total | $38,326.04 | | | Modified Total | $38,326.04 |
|---|---|---|---|---|---|---|---|
| BRUKER OPTICS 19 FORTUNE DR BILLERICA MA 01821 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $38,326.04 | 05-44482 | | | $38,326.04 |
| | | | $38,326.04 | | | | $38,326.04 |

**Claim: 2726**
Date Filed: 04/24/06
Docketed Total:   $13,436.15
Filing Creditor Name and Address
 BRYANT RUBBER CORP
 1112 LOMITA BLVD
 HARBOR CITY CA 90710

| Claim Holder Name and Address | | Docketed Total | $13,436.15 | | | Modified Total | $13,436.15 |
|---|---|---|---|---|---|---|---|
| BRYANT RUBBER CORP 1112 LOMITA BLVD HARBOR CITY CA 90710 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $13,436.15 | 05-44624 | | | $13,436.15 |
| | | | $13,436.15 | | | | $13,436.15 |

**Claim: 766**
Date Filed: 11/22/05
Docketed Total:   $30,798.12
Filing Creditor Name and Address
 BSI INSPECTORATE PRECIOUS
 METALS
 12000 AERO SPACE ST 200
 HOUSTON TX 77034

| Claim Holder Name and Address | | Docketed Total | $30,798.12 | | | Modified Total | $30,798.12 |
|---|---|---|---|---|---|---|---|
| BSI INSPECTORATE PRECIOUS METALS 12000 AERO SPACE ST 200 HOUSTON TX 77034 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $30,798.12 | 05-44482 | | | $30,798.12 |
| | | | $30,798.12 | | | | $30,798.12 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                         Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3616<br>Date Filed: 05/01/06<br>Docketed Total:   $334.38<br>Filing Creditor Name and Address<br> BUCKEYE PUMPS INC<br> PO BOX 643002<br> CINCINNATI OH 45264-3002 | Claim Holder Name and Address    Docketed Total    $334.38<br><br>BUCKEYE PUMPS INC<br>PO BOX 643002<br>CINCINNATI OH 45264-3002<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $334.38<br>                                             $334.38 | Modified Total    $334.38<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $334.38<br>                                             $334.38 |
| Claim: 1898<br>Date Filed: 02/08/06<br>Docketed Total:   $3,086.40<br>Filing Creditor Name and Address<br> BUEHLER MOTOR INC<br> 175 SOUTHPORT DRIVE STE 900<br> MORRISVILLE NC 27560 | Claim Holder Name and Address    Docketed Total    $3,086.40<br><br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE NC 27560<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $3,086.40<br>                                $3,086.40 | Modified Total    $2,994.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $2,994.00<br>                                             $2,994.00 |
| Claim: 1899<br>Date Filed: 02/08/06<br>Docketed Total:   $4,522.65<br>Filing Creditor Name and Address<br> BUEHLER MOTOR INC<br> 175 SOUTHPORT DRIVE STE 900<br> MORRISVILLE NC 27560 | Claim Holder Name and Address    Docketed Total    $4,522.65<br><br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE NC 27560<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $4,522.65<br>                                $4,522.65 | Modified Total    $4,522.65<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $4,522.65<br>                                             $4,522.65 |
| Claim: 1900<br>Date Filed: 02/08/06<br>Docketed Total:   $4,228.95<br>Filing Creditor Name and Address<br> BUEHLER MOTOR INC<br> 175 SOUTHPORT DRIVE STE 900<br> MORRISVILLE NC 27560 | Claim Holder Name and Address    Docketed Total    $4,228.95<br><br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE NC 27560<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $4,228.95<br>                                $4,228.95 | Modified Total    $4,228.95<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $4,228.95<br>                                             $4,228.95 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1901<br>Date Filed: 02/08/06<br>Docketed Total:  $3,190.40<br>Filing Creditor Name and Address<br> BUEHLER MOTOR INC<br> 175 SOUTHPORT DRIVE STE 900<br> MORRISVILLE NC 27560 | Claim Holder Name and Address<br><br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE NC 27560 | Docketed Total | $3,190.40 | | | Modified Total | $3,190.40 | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$3,190.40<br>$3,190.40 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,190.40<br>$3,190.40 |
| Claim: 1902<br>Date Filed: 02/08/06<br>Docketed Total:  $3,190.40<br>Filing Creditor Name and Address<br> BUEHLER MOTOR INC<br> 175 SOUTHPORT DRIVE STE 900<br> MORRISVILLE NC 27560 | Claim Holder Name and Address<br><br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE NC 27560 | Docketed Total | $3,190.40 | | | Modified Total | $3,190.40 | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$3,190.40<br>$3,190.40 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,190.40<br>$3,190.40 |
| Claim: 1907<br>Date Filed: 02/08/06<br>Docketed Total:  $6,425.10<br>Filing Creditor Name and Address<br> BUEHLER MOTOR INC<br> 175 SOUTHPORT DRIVE STE 900<br> MORRISVILLE NC 27560 | Claim Holder Name and Address<br><br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE NC 27560 | Docketed Total | $6,425.10 | | | Modified Total | $6,425.10 | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$6,425.10<br>$6,425.10 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,425.10<br>$6,425.10 |
| Claim: 1908<br>Date Filed: 02/08/06<br>Docketed Total:  $6,425.10<br>Filing Creditor Name and Address<br> BUEHLER MOTOR INC<br> 175 SOUTHPORT DRIVE STE 900<br> MORRISVILLE NC 27560 | Claim Holder Name and Address<br><br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE NC 27560 | Docketed Total | $6,425.10 | | | Modified Total | $6,425.10 | |
| | Case Number*<br>05-44481 | Secured | Priority<br>$6,425.10<br>$6,425.10 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,425.10<br>$6,425.10 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2736<br>Date Filed:04/24/06<br>Docketed Total:  $650.00<br>Filing Creditor Name and Address<br> BUILDERS OVERHEAD CRANES &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address   Docketed Total     $650.00<br><br>BUILDERS OVERHEAD CRANES & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $650.00<br>                                             $650.00 | Modified Total     $650.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44482                                     $650.00<br>                                             $650.00 |
| Claim: 5465<br>Date Filed:05/10/06<br>Docketed Total:   $883.81<br>Filing Creditor Name and Address<br> BUILDING SPECIALTIES<br> SALES<br> 3393 NEEDMORE RD<br> DAYTON OH 45414 | Claim Holder Name and Address   Docketed Total     $883.81<br><br>BUILDING SPECIALTIES<br>SALES<br>3393 NEEDMORE RD<br>DAYTON OH 45414<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $883.81<br>                                             $883.81 | Modified Total     $883.81<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $883.81<br>                                             $883.81 |
| Claim: 9225<br>Date Filed:07/10/06<br>Docketed Total:  $2,563.35<br>Filing Creditor Name and Address<br> BULK LIFT INTERNATIONAL INC<br> 1013 TAMARAC DR<br> CARPENTERSVILLE IL 60110 | Claim Holder Name and Address   Docketed Total    $2,563.35<br><br>BULK LIFT INTERNATIONAL INC<br>1013 TAMARAC DR<br>CARPENTERSVILLE IL 60110<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $2,563.35<br>                                            $2,563.35 | Modified Total    $2,563.35<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $2,563.35<br>                                            $2,563.35 |
| Claim: 235<br>Date Filed:10/31/05<br>Docketed Total:   $4,716.73<br>Filing Creditor Name and Address<br> BUNTING MAGNETICS COMPANY<br> ATTN KIMBERLY K ZIELKE<br> 500 S SPENCER AVE<br> PO BOX 468<br> NEWTON KS 67114 | Claim Holder Name and Address   Docketed Total    $4,716.73<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $4,716.73<br><br>                                            $4,716.73 | Modified Total    $4,716.73<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507                                    $4,716.73<br><br>                                            $4,716.73 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2770<br>Date Filed: 04/26/06<br>Docketed Total:  $22,366.37<br>Filing Creditor Name and Address<br> BURKE HANDLING SYSTEMS INC EFT<br> PO BOX 97089<br> JACKSON MS 39288-7089 | Claim Holder Name and Address<br><br>BURKE HANDLING SYSTEMS INC EFT<br>PO BOX 97089<br>JACKSON MS 39288-7089 | Docketed Total | | $22,366.37 | | Modified Total | | $22,047.92 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,366.37<br>$22,366.37 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,047.92<br>$22,047.92 |
| Claim: 7330<br>Date Filed: 06/02/06<br>Docketed Total:  $65,974.29<br>Filing Creditor Name and Address<br> BURSON MARSTELLER LLC<br> ATTN LINDA A HERSH<br> 230 PARK AVE S<br> NEW YORK NY 10003 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $65,974.29 | | Modified Total | | $65,956.41 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$65,974.29<br>$65,974.29 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$65,956.41<br>$65,956.41 |
| Claim: 328<br>Date Filed: 11/04/05<br>Docketed Total:  $1,568.50<br>Filing Creditor Name and Address<br> BUSHEY GLASS SERVICE INC<br> PO BOX 2314<br> SAGINAW MI 48605 | Claim Holder Name and Address<br><br>BUSHEY GLASS SERVICE INC<br>PO BOX 2314<br>SAGINAW MI 48605 | Docketed Total | | $1,568.50 | | Modified Total | | $1,568.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,568.50<br>$1,568.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,568.50<br>$1,568.50 |
| Claim: 4676<br>Date Filed: 05/04/06<br>Docketed Total:  $904.82<br>Filing Creditor Name and Address<br> C & H DISTRIBUTORS INC<br> SCOTT GIRMSCHEID<br> 770 S 70TH ST<br> MILWAUKEE WI 53214 | Claim Holder Name and Address<br><br>C & H DISTRIBUTORS INC<br>SCOTT GIRMSCHEID<br>770 S 70TH ST<br>MILWAUKEE WI 53214 | Docketed Total | | $904.82 | | Modified Total | | $904.82 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$904.82<br>$904.82 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$904.82<br>$904.82 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2104<br>Date Filed: 02/22/06<br>Docketed Total:  $83,607.00<br>Filing Creditor Name and Address<br>C & M TOOL INC<br>1235 INDUSTRIAL DR STE 1<br>SALINE MI 48176 | Claim Holder Name and Address  Docketed Total  $83,607.00<br><br>C & M TOOL INC<br>1235 INDUSTRIAL DR STE 1<br>SALINE MI 48176<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                       $83,607.00<br>                                               $83,607.00 | Modified Total  $83,607.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $83,607.00<br>                                               $83,607.00 |
| Claim: 2729<br>Date Filed: 04/24/06<br>Docketed Total:  $2,878.65<br>Filing Creditor Name and Address<br>C&K INDUSTRIAL SERVICES INC<br>5617 SCHAAF ROAD<br>CLEVELAND OH 44131 | Claim Holder Name and Address  Docketed Total  $2,878.65<br><br>C&K INDUSTRIAL SERVICES INC<br>5617 SCHAAF ROAD<br>CLEVELAND OH 44131<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                       $2,878.65<br>                                               $2,878.65 | Modified Total  $2,878.65<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $2,878.65<br>                                               $2,878.65 |
| Claim: 3359<br>Date Filed: 04/28/06<br>Docketed Total:  $11,000.00<br>Filing Creditor Name and Address<br>CACHAT MF CO THE<br>14600 DETROIT AVE STE 600<br>LAKEWOOD OH 44107 | Claim Holder Name and Address  Docketed Total  $11,000.00<br><br>CACHAT MF CO THE<br>14600 DETROIT AVE STE 600<br>LAKEWOOD OH 44107<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                       $11,000.00<br>                                               $11,000.00 | Modified Total  $8,070.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $8,070.00<br>                                               $8,070.00 |
| Claim: 5973<br>Date Filed: 05/16/06<br>Docketed Total:  $1,268.00<br>Filing Creditor Name and Address<br>CADEMUIR TOOLMAKING LTD<br>COLON MCMILLAN<br>UNIT 8 WEAVERS COURT<br>FOREST MILL  TD75NY<br>UNITED KINGDOM | Claim Holder Name and Address  Docketed Total  $1,268.00<br><br>CADEMUIR TOOLMAKING LTD<br>COLON MCMILLAN<br>UNIT 8 WEAVERS COURT<br>FOREST MILL  TD75NY<br>UNITED KINGDOM<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44624                                       $1,268.00<br>                                               $1,268.00 | Modified Total  $1,214.54<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44624                                       $1,214.54<br>                                               $1,214.54 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7233<br>Date Filed:05/31/06<br>Docketed Total:  $1,355.12<br>Filing Creditor Name and Address<br>  CADENA LAW FIRM PC<br>  1017 MONTANA AVE<br>  EL PASO TX 79902-5411 | Claim Holder Name and Address    Docketed Total    $1,355.12<br><br>CADENA LAW FIRM PC<br>1017 MONTANA AVE<br>EL PASO TX 79902-5411<br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                                    $1,355.12<br>                                                             $1,355.12 | Modified Total    $1,337.44<br><br><br><br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                                    $1,337.44<br>                                                             $1,337.44 |
| Claim: 1122<br>Date Filed:12/12/05<br>Docketed Total:  $9,601.73<br>Filing Creditor Name and Address<br>  CADWALADER WICKERSHAM &amp; TAFT<br>  LLP<br>  JAMES K ROBINSON ESQ<br>  1201 F STREET NW<br>  WASHINGTON DC 20004 | Claim Holder Name and Address    Docketed Total    $9,601.73<br><br>CADWALADER WICKERSHAM &amp; TAFT LLP<br>JAMES K ROBINSON ESQ<br>1201 F STREET NW<br>WASHINGTON DC 20004<br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                                    $9,601.73<br>                                                             $9,601.73 | Modified Total    $9,601.73<br><br><br><br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                                    $9,601.73<br>                                                             $9,601.73 |
| Claim: 7132<br>Date Filed:05/30/06<br>Docketed Total:  $1,463.62<br>Filing Creditor Name and Address<br>  CALCO LTD<br>  960 MUIRFIELD DR<br>  HANOVER PK IL 60133 | Claim Holder Name and Address    Docketed Total    $1,463.62<br><br>CALCO LTD<br>960 MUIRFIELD DR<br>HANOVER PK IL 60133<br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                                    $1,463.62<br>                                                             $1,463.62 | Modified Total    $1,463.62<br><br><br><br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                                    $1,463.62<br>                                                             $1,463.62 |
| Claim: 10458<br>Date Filed:07/24/06<br>Docketed Total:  $14,063.11<br>Filing Creditor Name and Address<br>  CALGON CARBON CORPORATION<br>  PO BOX 717<br>  PITTSBURGH PA 15230-0717 | Claim Holder Name and Address    Docketed Total    $14,063.11<br><br>CALGON CARBON CORPORATION<br>PO BOX 717<br>PITTSBURGH PA 15230-0717<br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                                    $14,063.11<br>                                                             $14,063.11 | Modified Total    $7,380.00<br><br><br><br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                                    $7,380.00<br>                                                             $7,380.00 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5263**
Date Filed: 05/08/06
Docketed Total:   $1,639.10
Filing Creditor Name and Address
  CALLAHAN MOTION CONTROL INC
  9760 COUNTY RD
  CLARENCE CTR NY 14032

Claim Holder Name and Address    Docketed Total    $1,639.10
CALLAHAN MOTION CONTROL INC
9760 COUNTY RD
CLARENCE CTR NY 14032

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,639.10 |
| | | | $1,639.10 |

Modified Total    $212.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $212.80 |
| | | | $212.80 |

---

**Claim: 368**
Date Filed: 11/07/05
Docketed Total:   $1,253.67
Filing Creditor Name and Address
  CAMPBELL & SONS OIL CO INC
  PO BOX 18968
  HUNTSVILLE AL 35804

Claim Holder Name and Address    Docketed Total    $1,253.67
CAMPBELL & SONS OIL CO INC
PO BOX 18968
HUNTSVILLE AL 35804

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,253.67 |
| | | | $1,253.67 |

Modified Total    $1,253.67

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,253.67 |
| | | | $1,253.67 |

---

**Claim: 5825**
Date Filed: 05/15/06
Docketed Total:   $493.00
Filing Creditor Name and Address
  CANDY MANUFACTURING CO INC
  CANDY CONTROLS
  5633 W HOWARD ST
  NILES IL 60714

Claim Holder Name and Address    Docketed Total    $493.00
CANDY MANUFACTURING CO INC
CANDY CONTROLS
5633 W HOWARD ST
NILES IL 60714

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $493.00 |
| | | | $493.00 |

Modified Total    $493.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $493.00 |
| | | | $493.00 |

---

**Claim: 7363**
Date Filed: 06/02/06
Docketed Total:   $317.64
Filing Creditor Name and Address
  CANNON IV INC
  950 DORMAN ST
  INDIANAPOLIS IN 46202

Claim Holder Name and Address    Docketed Total    $317.64
CANNON IV INC
950 DORMAN ST
INDIANAPOLIS IN 46202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $317.64 |
| | | | $317.64 |

Modified Total    $317.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $317.64 |
| | | | $317.64 |

---

*See Exhibit E for a listing of debtor entities by case number                Page:   64 of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7364<br>Date Filed: 06/02/06<br>Docketed Total: $750.40<br>Filing Creditor Name and Address<br>CANNON IV INC<br>950 DORMAN ST<br>INDIANAPOLIS IN 46202 | Claim Holder Name and Address   Docketed Total   $750.40<br><br>CANNON IV INC<br>950 DORMAN ST<br>INDIANAPOLIS IN 46202<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $750.40<br>                                             $750.40 | Modified Total   $750.40<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $750.40<br>                                             $750.40 |
| Claim: 6057<br>Date Filed: 05/16/06<br>Docketed Total: $2,685.00<br>Filing Creditor Name and Address<br>CAP COLLET & TOOL COMPANY INC<br>4082 6TH ST<br>WYANDOTTE MI 48192-7104 | Claim Holder Name and Address   Docketed Total   $2,685.00<br><br>CAP COLLET & TOOL COMPANY INC<br>4082 6TH ST<br>WYANDOTTE MI 48192-7104<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $2,685.00<br>                                             $2,685.00 | Modified Total   $2,685.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $2,685.00<br>                                             $2,685.00 |
| Claim: 6408<br>Date Filed: 05/22/06<br>Docketed Total: $3,896.80<br>Filing Creditor Name and Address<br>CARBIDE PROBES INC<br>1328 RESEARCH PK DR<br>DAYTON OH 45432-2818 | Claim Holder Name and Address   Docketed Total   $3,896.80<br><br>CARBIDE PROBES INC<br>1328 RESEARCH PK DR<br>DAYTON OH 45432-2818<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                        $3,896.80<br>                                $3,896.80 | Modified Total   $3,896.80<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $3,896.80<br>                                             $3,896.80 |
| Claim: 1222<br>Date Filed: 12/20/05<br>Docketed Total: $93,944.66<br>Filing Creditor Name and Address<br>CARBONE KIRKWOOD LLC AKA<br>CARBONE OF AMERICA<br>ATTN DAN DIORIO<br>300 INDUSTRIAL PARK RD<br>FARMVILLE VA 23901 | Claim Holder Name and Address   Docketed Total   $93,944.66<br><br>CARBONE KIRKWOOD LLC AKA CARBONE OF<br>AMERICA<br>ATTN DAN DIORIO<br>300 INDUSTRIAL PARK RD<br>FARMVILLE VA 23901<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $93,944.66<br>                                             $93,944.66 | Modified Total   $90,049.80<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $90,049.80<br>                                             $90,049.80 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 952**<br>Date Filed: 12/01/05<br>Docketed Total: $511.67<br>Filing Creditor Name and Address<br> CARBONE OF AMERICA<br> 400 MYRTLE AVE<br> BOONTON NJ 07005 | Claim Holder Name and Address<br><br>CARBONE OF AMERICA<br>400 MYRTLE AVE<br>BOONTON NJ 07005 | Docketed Total | | $511.67 | Modified Total | | | $511.67 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $511.67<br>$511.67 | 05-44612 | | | $511.67<br>$511.67 |
| **Claim: 190**<br>Date Filed: 10/28/05<br>Docketed Total: $3,178.68<br>Filing Creditor Name and Address<br> CARLISLE PLASTICS COMPANY INC<br> SHANNAN STEWART<br> 320 S OHIO AVE<br> PO BOX 146<br> NEW CARLISLE OH 45344-0146 | Claim Holder Name and Address<br><br>CARLISLE PLASTICS COMPANY INC<br>SHANNAN STEWART<br>320 S OHIO AVE<br>PO BOX 146<br>NEW CARLISLE OH 45344-0146 | Docketed Total | | $3,178.68 | Modified Total | | | $948.20 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $3,178.68<br>$3,178.68 | 05-44640 | | | $948.20<br>$948.20 |
| **Claim: 887**<br>Date Filed: 11/28/05<br>Docketed Total: $1,380.00<br>Filing Creditor Name and Address<br> CARLSON DIMOND & WRIGHT INC<br> VERNA JOHNSON<br> 2338 MORRISSEY<br> WARREN MI 48091 | Claim Holder Name and Address<br><br>CARLSON DIMOND & WRIGHT INC<br>VERNA JOHNSON<br>2338 MORRISSEY<br>WARREN MI 48091 | Docketed Total | | $1,380.00 | Modified Total | | | $1,380.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,380.00<br>$1,380.00 | 05-44640 | | | $1,380.00<br>$1,380.00 |
| **Claim: 15722**<br>Date Filed: 07/31/06<br>Docketed Total: $2.33<br>Filing Creditor Name and Address<br> CARMEN J MANDATO<br> 2645 EAST 112 ST<br> CLEVELAND OH 44104-2665 | Claim Holder Name and Address<br><br>CARMEN J MANDATO<br>2645 EAST 112 ST<br>CLEVELAND OH 44104-2665 | Docketed Total | | $2.33 | Modified Total | | | $2.33 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $2.33<br>$2.33 | | 05-44481 | | | $2.33<br>$2.33 |

In re: Delphi Corporation, et al.                                                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15816<br>Date Filed:08/03/06<br>Docketed Total:  $5.24<br>Filing Creditor Name and Address<br>  CAROLE W KILLALEA<br>  17 DEERCREST SQUARE<br>  INDIAN HEAD PK IL 60525-4433 | Claim Holder Name and Address    Docketed Total        $5.24<br><br>CAROLE W KILLALEA<br>17 DEERCREST SQUARE<br>INDIAN HEAD PK IL 60525-4433<br><br>Case Number*    Secured      Priority        Unsecured<br>05-44481              $5.24                                  <br>                            $5.24 | Modified Total        $5.24<br><br><br><br><br>Case Number*    Secured      Priority        Unsecured<br>05-44481                                                    $5.24<br>                                                                  $5.24 |
| Claim: 15948<br>Date Filed:08/09/06<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address<br>  CAROLYN M SERACKA<br>  1208 SUNNYFIELD LN<br>  SCOTCH PLAINS NJ 07076-2220 | Claim Holder Name and Address    Docketed Total<br><br>CAROLYN M SERACKA<br>1208 SUNNYFIELD LN<br>SCOTCH PLAINS NJ 07076-2220<br><br>Case Number*    Secured      Priority        Unsecured<br>05-44481              $0.00                                  | Modified Total      $230.32<br><br><br><br><br>Case Number*    Secured      Priority        Unsecured<br>05-44481                                                    $230.32<br>                                                                  $230.32 |
| Claim: 929<br>Date Filed:11/29/05<br>Docketed Total:  $4,080.65<br>Filing Creditor Name and Address<br>  CARPENTER IND SUPPLY CO INC<br>  3300 CISCO DR<br>  PO BOX 743<br>  JACKSON MI 49204 | Claim Holder Name and Address    Docketed Total      $4,080.65<br><br>CARPENTER IND SUPPLY CO INC<br>3300 CISCO DR<br>PO BOX 743<br>JACKSON MI 49204<br><br>Case Number*    Secured      Priority        Unsecured<br>05-44481                                                    $4,080.65<br>                                                                  $4,080.65 | Modified Total    $4,080.65<br><br><br><br><br>Case Number*    Secured      Priority        Unsecured<br>05-44640                                                    $4,080.65<br>                                                                  $4,080.65 |
| Claim: 5746<br>Date Filed:05/12/06<br>Docketed Total:  $1,825.08<br>Filing Creditor Name and Address<br>  CASE LOGIC INC<br>  6303 DRY CREEK PKY<br>  LONGMONT CO 80503 | Claim Holder Name and Address    Docketed Total      $1,825.08<br><br>CASE LOGIC INC<br>6303 DRY CREEK PKY<br>LONGMONT CO 80503<br><br>Case Number*    Secured      Priority        Unsecured<br>05-44481                                                    $1,825.08<br>                                                                  $1,825.08 | Modified Total    $1,825.08<br><br><br><br><br>Case Number*    Secured      Priority        Unsecured<br>05-44612                                                    $1,825.08<br>                                                                  $1,825.08 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 7464<br>Date Filed:06/05/06<br>Docketed Total:   $5,352.50<br>Filing Creditor Name and Address<br> CATION LLC<br> DEPT CH17520<br> PALENTINE IL 60055-7520 | Claim Holder Name and Address    Docketed Total    $5,352.50<br><br>CATION LLC<br>DEPT CH17520<br>PALENTINE IL 60055-7520 | Modified Total    $5,007.00 |

| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $5,352.50<br>                                                 $5,352.50 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $5,007.00<br>                                                 $5,007.00 |
|---|---|---|

| Claim: 3628<br>Date Filed:05/01/06<br>Docketed Total:   $270.71<br>Filing Creditor Name and Address<br> CATOOSA FLOWERS<br> 603 S CHEROKEE<br> PO BOX 726<br> CATOOSA OK 74015 | Claim Holder Name and Address    Docketed Total    $270.71<br><br>CATOOSA FLOWERS<br>603 S CHEROKEE<br>PO BOX 726<br>CATOOSA OK 74015 | Modified Total    $270.71 |
|---|---|---|
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $270.71<br>                                                 $270.71 | Case Number*    Secured    Priority    Unsecured<br>05-44482                                   $270.71<br>                                                 $270.71 |

| Claim: 957<br>Date Filed:12/01/05<br>Docketed Total:   $428.43<br>Filing Creditor Name and Address<br> CAVALLERO PLASTICS INC<br> ATTN TOM EHMANN<br> 1250 NORTH ST<br> PITTSFIELD MA 01201 | Claim Holder Name and Address    Docketed Total    $428.43<br><br>CAVALLERO PLASTICS INC<br>ATTN TOM EHMANN<br>1250 NORTH ST<br>PITTSFIELD MA 01201 | Modified Total    $428.43 |
|---|---|---|
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $428.43<br>                                                 $428.43 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $428.43<br>                                                 $428.43 |

| Claim: 6416<br>Date Filed:05/22/06<br>Docketed Total:   $36.90<br>Filing Creditor Name and Address<br> CEDARBERG COMPANIES<br> 1960 SENECA RD<br> EAGAN MN 55122 | Claim Holder Name and Address    Docketed Total    $36.90<br><br>CEDARBERG COMPANIES<br>1960 SENECA RD<br>EAGAN MN 55122 | Modified Total    $36.90 |
|---|---|---|
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $36.90<br>                                                 $36.90 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $36.90<br>                                                 $36.90 |

*See Exhibit E for a listing of debtor entities by case number                Page:   68 of 433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11533**
Date Filed: 07/27/06
Docketed Total:  $1,911.32
Filing Creditor Name and Address
 CELESCO TRANSDUCERS
 20630 PLUMMER ST
 CHATSWORTH CA 91311

Claim Holder Name and Address        Docketed Total        $1,911.32

CELESCO TRANSDUCERS
20630 PLUMMER ST
CHATSWORTH CA 91311

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,911.32 |
| | | | $1,911.32 |

Modified Total        $1,911.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $1,911.32 |
| | | | $1,911.32 |

---

**Claim: 5580**
Date Filed: 05/10/06
Docketed Total:  $36,593.40
Filing Creditor Name and Address
 CELTIC PRODUCTS INC
 KMS BEARINGS AUTOMOTIVE
 1535 N HARMONY CIRCLE
 ANAHEIM CA 92807

Claim Holder Name and Address        Docketed Total        $36,593.40

CELTIC PRODUCTS INC
KMS BEARINGS AUTOMOTIVE
1535 N HARMONY CIRCLE
ANAHEIM CA 92807

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $36,593.40 |
| | | | $36,593.40 |

Modified Total        $34,026.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,026.60 |
| | | | $34,026.60 |

---

**Claim: 204**
Date Filed: 10/31/05
Docketed Total:  $9,118.05
Filing Creditor Name and Address
 CENTER FOR MANAGEMENT &
 ORAGNIZATION EFFECTIVENESS
 CMOE
 CMOE
 9146 S 700 E
 SANDY UT 84070

Claim Holder Name and Address        Docketed Total        $9,118.05

CENTER FOR MANAGEMENT &
ORAGNIZATION EFFECTIVENESS CMOE
CMOE
9146 S 700 E
SANDY UT 84070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $9,118.05 | |
| | | $9,118.05 | |

Modified Total        $9,118.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,118.05 |
| | | | $9,118.05 |

---

**Claim: 6697**
Date Filed: 05/23/06
Docketed Total:  $46,799.00
Filing Creditor Name and Address
 CENTER OF DESIGN & MACHINING
 JORGE NAVA LIMAS
 2120 E PAISANO PMB 508
 EL PASO TX 79905

Claim Holder Name and Address        Docketed Total        $46,799.00

CENTER OF DESIGN & MACHINING
JORGE NAVA LIMAS
2120 E PAISANO PMB 508
EL PASO TX 79905

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $46,799.00 | |
| | | $46,799.00 | |

Modified Total        $46,799.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $46,799.00 |
| | | | $46,799.00 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| | Claim Holder Name and Address | Docketed Total $3,745.16 | | Modified Total $3,745.16 |
|---|---|---|---|---|
| Claim: 2348<br>Date Filed:03/21/06<br>Docketed Total: $3,745.16<br>Filing Creditor Name and Address<br> CENTRAL STEEL & WIRE CO<br> JAMES E RINN<br> 3000 W 51 ST<br> CHICAGO IL 60632-2198 | CENTRAL STEEL & WIRE CO<br>JAMES E RINN<br>3000 W 51 ST<br>CHICAGO IL 60632-2198 | | | |
| | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                            $3,745.16<br>                                       $3,745.16 | | <u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                           $3,745.16<br>                                   $3,745.16 |

| | Claim Holder Name and Address | Docketed Total $135.40 | | Modified Total $115.50 |
|---|---|---|---|---|
| Claim: 3830<br>Date Filed:05/01/06<br>Docketed Total: $135.40<br>Filing Creditor Name and Address<br> CENTRO MEMPHIS<br> 3315 OVERTON CROSSING<br> MEMPHIS IN 38127 | CENTRO MEMPHIS<br>3315 OVERTON CROSSING<br>MEMPHIS IN 38127 | | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481                      $135.40<br>                                  $135.40 | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                      $115.50<br>                                  $115.50 |

| | Claim Holder Name and Address | Docketed Total $6,374.56 | | Modified Total $5,300.00 |
|---|---|---|---|---|
| Claim: 9055<br>Date Filed:07/06/06<br>Docketed Total: $6,374.56<br>Filing Creditor Name and Address<br> CENTURY CONVEYOR SERVICE INC<br> 4 GLADYS CT<br> EDISON NJ 08817-225 | CENTURY CONVEYOR SERVICE INC<br>4 GLADYS CT<br>EDISON NJ 08817-225 | | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481                     $6,374.56<br>                                $6,374.56 | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640                     $5,300.00<br>                                $5,300.00 |

| | Claim Holder Name and Address | Docketed Total $1,507.42 | | Modified Total $1,363.42 |
|---|---|---|---|---|
| Claim: 7828<br>Date Filed:06/12/06<br>Docketed Total: $1,507.42<br>Filing Creditor Name and Address<br> CENTURY SPRING CORP<br> 222 E 16TH ST<br> LOS ANGELES CA 90015 | CENTURY SPRING CORP<br>222 E 16TH ST<br>LOS ANGELES CA 90015 | | | |
| | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481                     $1,507.42<br>                                $1,507.42 | | <u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44507                     $1,363.42<br>                                $1,363.42 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 8180**
Date Filed: 06/19/06
Docketed Total:   $1,943.00
Filing Creditor Name and Address
 CENVEO CHAMPAGNE
 ATTN LEGAL DEPT
 ONE CANTERBURY GREEN
 201 BROAD ST
 STAMFORD CT 06901

Claim Holder Name and Address    Docketed Total    $1,943.00

CENVEO CHAMPAGNE
ATTN LEGAL DEPT
ONE CANTERBURY GREEN
201 BROAD ST
STAMFORD CT 06901

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,943.00 |
| | | | $1,943.00 |

Modified Total    $1,303.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $1,303.00 |
| | | | $1,303.00 |

---

**Claim: 1063**
Date Filed: 12/07/05
Docketed Total:   $5,260.97
Filing Creditor Name and Address
 CERIDIAN CORPORATION
 BANKRUPTCY PROCESSING
 9150 S HILLS BLVD 100
 BROADVIEW HTS OH 44147

Claim Holder Name and Address    Docketed Total    $5,260.97

CERIDIAN CORPORATION
BANKRUPTCY PROCESSING
9150 S HILLS BLVD 100
BROADVIEW HTS OH 44147

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,260.97 |
| | | | $5,260.97 |

Modified Total    $4,210.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $631.90 |
| 05-44511 | | | $863.32 |
| 05-44567 | | | $1,192.08 |
| 05-44612 | | | $1,523.08 |
| | | | $4,210.38 |

---

**Claim: 8183**
Date Filed: 06/19/06
Docketed Total:   $80.00
Filing Creditor Name and Address
 CHAT OF MICHIGAN INC
 35790 NORTHLINE RD
 ROMULUS MI 48147

Claim Holder Name and Address    Docketed Total    $80.00

CHAT OF MICHIGAN INC
35790 NORTHLINE RD
ROMULUS MI 48147

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $80.00 |
| | | | $80.00 |

Modified Total    $80.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80.00 |
| | | | $80.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 900<br>Date Filed:11/28/05<br>Docketed Total:  $3,132.63<br>Filing Creditor Name and Address<br>  CHEM AQUA<br>  CHEM AQUA DIV OF NCH<br>  2727 CHEMSEARCH BLVD<br>  IRVING TX 75062 | Claim Holder Name and Address    Docketed Total    $3,132.63<br><br>CHEM AQUA<br>CHEM AQUA DIV OF NCH<br>2727 CHEMSEARCH BLVD<br>IRVING TX 75062 | | | | | | | Modified Total    $3,040.04 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481    $3,132.63<br>    $3,132.63 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640    $3,040.04<br>    $3,040.04 | | | |
| Claim: 1195<br>Date Filed:12/19/05<br>Docketed Total:  $22,815.00<br>Filing Creditor Name and Address<br>  CHEM SALES INC SIERRA<br>  LIQUIDITY FUND<br>  SIERRA LIQUIDITY FUND LLC<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $22,815.00<br><br>CHEM SALES INC SIERRA LIQUIDITY<br>FUND<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | | | Modified Total    $22,815.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481    $22,815.00<br>    $22,815.00 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640    $22,815.00<br>    $22,815.00 | | | |
| Claim: 9149<br>Date Filed:07/10/06<br>Docketed Total:  $559.00<br>Filing Creditor Name and Address<br>  CHEMICAL EQUIPMENT TECHNOLOGY<br>  INCORPORATED<br>  2801 LOCKHEED WAY<br>  CARSON CITY NV 89706 | Claim Holder Name and Address    Docketed Total    $559.00<br><br>CHEMICAL EQUIPMENT TECHNOLOGY<br>INCORPORATED<br>2801 LOCKHEED WAY<br>CARSON CITY NV 89706 | | | | | | | Modified Total    $559.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481    $559.00<br>    $559.00 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640    $559.00<br>    $559.00 | | | |
| Claim: 2588<br>Date Filed:04/10/06<br>Docketed Total:  $4,930.36<br>Filing Creditor Name and Address<br>  CHEMPLATE INDUSTRIES & SIERRA<br>  LIQUIDITY FUND<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $4,930.36<br><br>CHEMPLATE INDUSTRIES & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | | | | | Modified Total    $3,206.55 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481    $4,930.36<br>    $4,930.36 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640    $3,206.55<br>    $3,206.55 | | | |

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 33**<br>Date Filed:10/17/05<br>Docketed Total:  $23,500.00<br>Filing Creditor Name and Address<br> CHEROKEE CHEMICAL CCI<br> 3540 E 26TH ST<br> VERNON CA 90023 | Claim Holder Name and Address<br><br>CHEROKEE CHEMICAL CCI<br>3540 E 26TH ST<br>VERNON CA 90023 | Docketed Total | | $23,500.00 | | Modified Total | | $23,500.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$23,500.00<br>$23,500.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$23,500.00<br>$23,500.00 |
| **Claim: 3171**<br>Date Filed:04/28/06<br>Docketed Total:  $2,945.00<br>Filing Creditor Name and Address<br> CHICAGO WHITE METAL CASTING<br> MELINDA GONZALEZ<br> ROUTE 83 & FAIRWAY DR<br> BENSENVILLE IL 60106 | Claim Holder Name and Address<br><br>CHICAGO WHITE METAL CASTING<br>MELINDA GONZALEZ<br>ROUTE 83 & FAIRWAY DR<br>BENSENVILLE IL 60106 | Docketed Total | | $2,945.00 | | Modified Total | | $2,945.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,945.00<br>$2,945.00 | Case Number*<br>05-44624 | Secured | Priority | Unsecured<br>$2,945.00<br>$2,945.00 |
| **Claim: 6030**<br>Date Filed:05/16/06<br>Docketed Total:  $17,433.70<br>Filing Creditor Name and Address<br> CHINA PATENT AGENT HK LTD<br> ADD CHG 4 02 MH<br> 23 HARBOUR RD<br> WANCHAI<br> HONG KONG<br> HONG KONG | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $17,433.70 | | Modified Total | | $6,416.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,433.70<br><br>$17,433.70 | Case Number*<br>05-44554 | Secured | Priority | Unsecured<br>$6,416.20<br><br>$6,416.20 |
| **Claim: 4227**<br>Date Filed:05/01/06<br>Docketed Total:  $3,371.24<br>Filing Creditor Name and Address<br> CINCINNATI ABRASIVE SUPPLY CO<br> 5700 HILLSIDE AVE<br> CINCINNATI OH 45233 | Claim Holder Name and Address<br><br>CINCINNATI ABRASIVE SUPPLY CO<br>5700 HILLSIDE AVE<br>CINCINNATI OH 45233 | Docketed Total | | $3,371.24 | | Modified Total | | $3,371.24 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,371.24<br>$3,371.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,371.24<br>$3,371.24 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 8957<br>Date Filed: 07/05/06<br>Docketed Total: $1,032.57<br>Filing Creditor Name and Address<br>CINCINNATI DRUM SERVICE INC<br>PO BOX 16141<br>1 LOUISE CT<br>LUOLOW KY 41016 | Claim Holder Name and Address    Docketed Total    $1,032.57<br><br>CINCINNATI DRUM SERVICE INC<br>PO BOX 16141<br>1 LOUISE CT<br>LUOLOW KY 41016<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                                $1,032.57<br>                                                                              $1,032.57 | Modified Total    $1,002.50<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                $1,002.50<br>                                                                              $1,002.50 |
| Claim: 7193<br>Date Filed: 05/31/06<br>Docketed Total: $3,301.03<br>Filing Creditor Name and Address<br>CINCINNATI PRECISION<br>INSTRUMENTS INC<br>253 CIRCLE FREEWAY DR<br>CINCINNATI OH 45246 | Claim Holder Name and Address    Docketed Total    $3,301.03<br><br>CINCINNATI PRECISION INSTRUMENTS<br>INC<br>253 CIRCLE FREEWAY DR<br>CINCINNATI OH 45246<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                $3,301.03<br>                                                                              $3,301.03 | Modified Total    $1,670.10<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                $1,670.10<br>                                                                              $1,670.10 |
| Claim: 1056<br>Date Filed: 12/07/05<br>Docketed Total: $861.12<br>Filing Creditor Name and Address<br>CINCINNATI SUB ZERO PRODUCTS<br>INC<br>PO BOX 641258<br>CINCINATTI OH 45264-1258 | Claim Holder Name and Address    Docketed Total    $861.12<br><br>CINCINNATI SUB ZERO PRODUCTS INC<br>PO BOX 641258<br>CINCINATTI OH 45264-1258<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                                  $861.12<br>                                                                                $861.12 | Modified Total    $852.16<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                  $852.16<br>                                                                                $852.16 |
| Claim: 268<br>Date Filed: 11/01/05<br>Docketed Total: $1,353.50<br>Filing Creditor Name and Address<br>CINCINNATI TOOL STEEL CO<br>JOY HEASLIP ACCTG MGR<br>5190 28TH AVE<br>ROCKFORD IL 61109 | Claim Holder Name and Address    Docketed Total    $1,353.50<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                                $1,353.50<br>                                                                              $1,353.50 | Modified Total    $1,353.50<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                $1,353.50<br>                                                                              $1,353.50 |

In re: Delphi Corporation, et al.                                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7494￼Date Filed: 06/05/06￼Docketed Total:  $602.94￼Filing Creditor Name and Address￼ CINCINNATI VALVE & FITTING￼ COMPANY DBA RADEMACHER INC￼ CINCINNATI VALVE & FITTING￼ COMPANY￼ 11633 DEERFIELD RD￼ CINCINNATI OH 45242 | Claim Holder Name and Address    Docketed Total      $602.94￼￼CINCINNATI VALVE & FITTING COMPANY￼DBA RADEMACHER INC￼CINCINNATI VALVE & FITTING￼COMPANY￼11633 DEERFIELD RD￼CINCINNATI OH 45242￼￼Case Number*      Secured      Priority      Unsecured￼05-44481                                                  $602.94￼                                                              $602.94 | Modified Total      $602.94￼￼￼￼￼￼￼￼Case Number*      Secured      Priority      Unsecured￼05-44640                                                  $602.94￼                                                              $602.94 |
| Claim: 7505￼Date Filed: 06/05/06￼Docketed Total:  $1,120,697.22￼Filing Creditor Name and Address￼ CINERGY PSI￼ MARY TAYLOR￼ PO BOX 960 EF 367￼ CINCINNATI OH 45273-9568 | Claim Holder Name and Address    Docketed Total   $1,120,697.22￼￼CINERGY PSI￼MARY TAYLOR￼PO BOX 960 EF 367￼CINCINNATI OH 45273-9568￼￼Case Number*      Secured      Priority      Unsecured￼05-44481                                          $1,120,697.22￼                                                      $1,120,697.22 | Modified Total   $1,088,877.16￼￼￼￼￼￼Case Number*      Secured      Priority      Unsecured￼05-44640                                          $1,088,877.16￼                                                      $1,088,877.16 |
| Claim: 2663￼Date Filed: 04/17/06￼Docketed Total:  $16,635.05￼Filing Creditor Name and Address￼ CINTAS CORPORATION￼ 3470 W COUNTY ROAD 0 NS￼ FRANKFORT IN 46041 | Claim Holder Name and Address    Docketed Total    $16,635.05￼￼CINTAS CORPORATION￼3470 W COUNTY ROAD 0 NS￼FRANKFORT IN 46041￼￼Case Number*      Secured      Priority      Unsecured￼05-44481                                             $16,635.05￼                                                         $16,635.05 | Modified Total    $12,055.95￼￼￼￼￼￼Case Number*      Secured      Priority      Unsecured￼05-44640                                             $12,055.95￼                                                         $12,055.95 |
| Claim: 16069￼Date Filed: 08/09/06￼Docketed Total:  $1,500.00￼Filing Creditor Name and Address￼ CIRCLE MOLD & MACHINE INC￼ PO BOX 513￼ TALLMADGE OH 44278 | Claim Holder Name and Address    Docketed Total     $1,500.00￼￼CIRCLE MOLD & MACHINE INC￼PO BOX 513￼TALLMADGE OH 44278￼￼Case Number*      Secured      Priority      Unsecured￼05-44481                                              $1,500.00￼                                                          $1,500.00 | Modified Total     $1,500.00￼￼￼￼￼￼Case Number*      Secured      Priority      Unsecured￼05-44640                                              $1,500.00￼                                                          $1,500.00 |

In re: Delphi Corporation, et al.                                                                     Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16070<br>Date Filed:08/09/06<br>Docketed Total:    $500.00<br>Filing Creditor Name and Address<br>  CIRCLE MOLD & MACHINE INC<br>  PO BOX 513<br>  TALLMADGE OH 44278 | Claim Holder Name and Address    Docketed Total    $500.00<br><br>CIRCLE MOLD & MACHINE INC<br>PO BOX 513<br>TALLMADGE OH 44278<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $500.00<br>                                                $500.00 | Modified Total    $500.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $500.00<br>                                                $500.00 |
| Claim: 16071<br>Date Filed:08/09/06<br>Docketed Total:    $600.00<br>Filing Creditor Name and Address<br>  CIRCLE MOLD & MACHINE INC<br>  PO BOX 513<br>  TALLMADGE OH 44278 | Claim Holder Name and Address    Docketed Total    $600.00<br><br>CIRCLE MOLD & MACHINE INC<br>PO BOX 513<br>TALLMADGE OH 44278<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $600.00<br>                                                $600.00 | Modified Total    $600.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $600.00<br>                                                $600.00 |
| Claim: 245<br>Date Filed:10/31/05<br>Docketed Total:   $12,484.50<br>Filing Creditor Name and Address<br>  CIRCUIT SERVICE INC<br>  DAVID GENTRY<br>  1475 S WHEELING RD<br>  WHEELING IL 60090 | Claim Holder Name and Address    Docketed Total    $12,484.50<br><br>CIRCUIT SERVICE INC<br>DAVID GENTRY<br>1475 S WHEELING RD<br>WHEELING IL 60090<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                    $12,484.50<br>                            $12,484.50 | Modified Total    $12,484.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                        $12,484.50<br>                                                $12,484.50 |
| Claim: 4431<br>Date Filed:05/02/06<br>Docketed Total:   $10,665.49<br>Filing Creditor Name and Address<br>  CISCO EAGLE INC<br>  5208 S 100TH E AVE<br>  TULSA OK 74146 | Claim Holder Name and Address    Docketed Total    $10,665.49<br><br>CISCO EAGLE INC<br>5208 S 100TH E AVE<br>TULSA OK 74146<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $10,665.49<br>                                                $10,665.49 | Modified Total    $8,100.16<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $8,100.16<br>                                                $8,100.16 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 433**
Date Filed: 11/08/05
Docketed Total:   $2,596.76
Filing Creditor Name and Address
 CITY OF BROOKHAVEN WATER
 DEPART
 ATTN CITY CLERK
 PO BOX 560
 BROOKHAVEN MS 39602

Claim Holder Name and Address     Docketed Total     $2,596.76

CITY OF BROOKHAVEN WATER DEPART
ATTN CITY CLERK
PO BOX 560
BROOKHAVEN MS 39602

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,596.76 | |
| | | $2,596.76 | |

Modified Total     $2,569.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,569.76 |
| | | | $2,569.76 |

---

**Claim: 2466**
Date Filed: 04/03/06
Docketed Total:   $13,069.40
Filing Creditor Name and Address
 CLARKLIFT OF DETROIT INC
 ATTN CHERIE DOZIER
 DBA FRAZA FORKLIFTS OF DETROIT
 15725 TWELVE MILE
 ROSEVILLE MI 48066

Claim Holder Name and Address     Docketed Total     $13,069.40

CLARKLIFT OF DETROIT INC
ATTN CHERIE DOZIER
DBA FRAZA FORKLIFTS OF DETROIT
15725 TWELVE MILE
ROSEVILLE MI 48066

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,069.40 |
| | | | $13,069.40 |

Modified Total     $12,149.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,149.40 |
| | | | $12,149.40 |

---

**Claim: 3994**
Date Filed: 05/01/06
Docketed Total:   $3,619.50
Filing Creditor Name and Address
 CLAYTONS MERCHANTILE SUPPLY
 AJ
 220 DANBURY RD
 NEW MILFORD CT 06776

Claim Holder Name and Address     Docketed Total     $3,619.50

GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,619.50 |
| | | | $3,619.50 |

Modified Total     $3,619.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $3,619.50 |
| | | | $3,619.50 |

---

**Claim: 12014**
Date Filed: 07/28/06
Docketed Total:   $4,922.92
Filing Creditor Name and Address
 CLEANLITES RECYCLING INC
 665 HULL RD
 MASON MI 48854

Claim Holder Name and Address     Docketed Total     $4,922.92

CLEANLITES RECYCLING INC
665 HULL RD
MASON MI 48854

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,922.92 |
| | | | $4,922.92 |

Modified Total     $638.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $638.33 |
| | | | $638.33 |

---

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 780<br>Date Filed:11/22/05<br>Docketed Total:   $60,726.08<br>Filing Creditor Name and Address<br> CLEARWATER ENTERPRISES LLC<br> ATTN LISA OWENS<br> 301 NW 63RD NO 620<br> OKLAHOMA CITY OK 73116 | Claim Holder Name and Address<br><br>CLEARWATER ENTERPRISES LLC<br>ATTN LISA OWENS<br>301 NW 63RD NO 620<br>OKLAHOMA CITY OK 73116 | Docketed Total | | $60,726.08 | | Modified Total | | $60,726.08 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$60,726.08<br>$60,726.08 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$60,726.08<br>$60,726.08 |
| Claim: 3186<br>Date Filed:04/28/06<br>Docketed Total:   $633.18<br>Filing Creditor Name and Address<br> CLEARY DEVELOPMENTS INC<br> BELMONT EQUIPMENT CO DIV<br> 32055 EDWARD AVE<br> MADISON HEIGHTS MI 48071-1419 | Claim Holder Name and Address<br><br>CLEARY DEVELOPMENTS INC<br>BELMONT EQUIPMENT CO DIV<br>32055 EDWARD AVE<br>MADISON HEIGHTS MI 48071-1419 | Docketed Total | | $633.18 | | Modified Total | | $625.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$633.18<br>$633.18 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$625.00<br>$625.00 |
| Claim: 6266<br>Date Filed:05/18/06<br>Docketed Total:   $3,900.00<br>Filing Creditor Name and Address<br> CLEVELAND VALVE AND GAUGE<br> 4755 WEST 150TH ST<br> CLEVELAND OH 44135 | Claim Holder Name and Address<br><br>CLEVELAND VALVE AND GAUGE<br>4755 WEST 150TH ST<br>CLEVELAND OH 44135 | Docketed Total | | $3,900.00 | | Modified Total | | $3,900.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,900.00<br>$3,900.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,900.00<br>$3,900.00 |
| Claim: 2930<br>Date Filed:04/27/06<br>Docketed Total:   $4,854.94<br>Filing Creditor Name and Address<br> CLEVELAND WIRE CLOTH MFG<br> 3573 E 78TH ST<br> CLEVELAND OH 44105-1517 | Claim Holder Name and Address<br><br>CLEVELAND WIRE CLOTH MFG<br>3573 E 78TH ST<br>CLEVELAND OH 44105-1517 | Docketed Total | | $4,854.94 | | Modified Total | | $4,854.94 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,854.94<br>$4,854.94 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,854.94<br>$4,854.94 |

*See Exhibit E for a listing of debtor entities by case number                Page:   78 of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 130<br>Date Filed:10/26/05<br>Docketed Total:  $11,974.00<br>Filing Creditor Name and Address<br> CNC TECHNICAL SERVICES LLC<br> N1384 CRANBERRY RD<br> ADELL WI 53001 | Claim Holder Name and Address    Docketed Total    $11,974.00<br><br>CNC TECHNICAL SERVICES LLC<br>N1384 CRANBERRY RD<br>ADELL WI 53001<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $11,974.00<br>                                        $11,974.00 | Modified Total    $1,285.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $1,285.00<br>                                        $1,285.00 |
| Claim: 1617<br>Date Filed:01/20/06<br>Docketed Total:  $6,040.00<br>Filing Creditor Name and Address<br> COFACE COLLECTIONS NORTH<br> AMERICA INC AS AGENT FOR<br> PRODUITS PLASTIQUES<br> PERFORMANS<br> ATTN DAVID MILLER<br> PO BOX 2102<br> CRANBURY NJ 08512 | Claim Holder Name and Address    Docketed Total    $6,040.00<br><br>COFACE COLLECTIONS NORTH AMERICA<br>INC AS AGENT FOR PRODUITS<br>PLASTIQUES PERFORMANS<br>ATTN DAVID MILLER<br>PO BOX 2102<br>CRANBURY NJ 08512<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $6,040.00<br>                                        $6,040.00 | Modified Total    $5,913.84<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $5,913.84<br>                                        $5,913.84 |
| Claim: 1534<br>Date Filed:01/13/06<br>Docketed Total:  $1,830.00<br>Filing Creditor Name and Address<br> COFACE NORTH AMERICA INC AS<br> AGENT FOR A & A MANUFACTURING<br> CO INC<br> ATTN DAVID MILLER<br> COFACE NORTH AMERICA INC<br> PO BOX 2102<br> CRANBURY NJ 08512 | Claim Holder Name and Address    Docketed Total    $1,830.00<br><br>COFACE NORTH AMERICA INC AS AGENT<br>FOR A & A MANUFACTURING CO INC<br>ATTN DAVID MILLER<br>COFACE NORTH AMERICA INC<br>PO BOX 2102<br>CRANBURY NJ 08512<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $1,830.00<br>                                        $1,830.00 | Modified Total    $1,830.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $1,830.00<br>                                        $1,830.00 |

*See Exhibit E for a listing of debtor entities by case number          Page:   79  of  433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 455**
Date Filed: 11/08/05
Docketed Total: $23,271.83
Filing Creditor Name and Address
 COFACE NORTH AMERICA INC AS
 AGENT FOR ST LOUIS COLD DRAWN
 INC
 ATTN DAVID MILLER
 PO BOX 2102
 CRANBURY NJ 08512

Claim Holder Name and Address    Docketed Total    $23,271.83

COFACE NORTH AMERICA INC AS AGENT
FOR ST LOUIS COLD DRAWN INC
ATTN DAVID MILLER
PO BOX 2102
CRANBURY NJ 08512

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $23,271.83 | 05-44640 | | | $4,684.00 |
| | | | $23,271.83 | | | | $4,684.00 |

Modified Total    $4,684.00

---

**Claim: 2727**
Date Filed: 04/24/06
Docketed Total: $2,658.20
Filing Creditor Name and Address
 COIN SECURITY SYSTEMS INC
 ARLEEN GOLD
 7119 GERALD AVE
 VAN NUYS CA 91406

Claim Holder Name and Address    Docketed Total    $2,658.20

COIN SECURITY SYSTEMS INC
ARLEEN GOLD
7119 GERALD AVE
VAN NUYS CA 91406

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,658.20 | 05-44507 | | | $2,653.20 |
| | | | $2,658.20 | | | | $2,653.20 |

Modified Total    $2,653.20

---

**Claim: 517**
Date Filed: 11/14/05
Docketed Total: $5,903.36
Filing Creditor Name and Address
 COLE PARMER INSTRUMENT CO
 ATTN CREDIT DEPT
 625 E BUNKER CT
 VERNON HILLS IL 60061

Claim Holder Name and Address    Docketed Total    $5,903.36

COLE PARMER INSTRUMENT CO
ATTN CREDIT DEPT
625 E BUNKER CT
VERNON HILLS IL 60061

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,903.36 | 05-44507 | | | $356.79 |
| | | | | 05-44640 | | | $5,546.57 |
| | | | $5,903.36 | | | | $5,903.36 |

Modified Total    $5,903.36

---

**Claim: 8210**
Date Filed: 06/19/06
Docketed Total: $245.00
Filing Creditor Name and Address
 COLESCO INC
 6060 INTERSTATE CIRCLE
 CINCINNATI OH 45242

Claim Holder Name and Address    Docketed Total    $245.00

COLESCO INC
6060 INTERSTATE CIRCLE
CINCINNATI OH 45242

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $245.00 | 05-44640 | | | $245.00 |
| | | | $245.00 | | | | $245.00 |

Modified Total    $245.00

---

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15338<br>Date Filed:07/31/06<br>Docketed Total:  $1,481,668.72<br>Filing Creditor Name and Address<br> COLLINS & AIKMAN<br> RICK ONISKO<br> 26533 EVERGREEN<br> SOUTHFIELD MI 48076 | Claim Holder Name and Address<br><br>COLLINS & AIKMAN<br>RICK ONISKO<br>26533 EVERGREEN<br>SOUTHFIELD MI 48076 | Docketed Total | | $1,481,668.72 | Modified Total | | | $27,103.34 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$1,481,668.72<br>$1,481,668.72 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$27,103.34<br>$27,103.34 |
| Claim: 545<br>Date Filed:11/14/05<br>Docketed Total:  $7,448.40<br>Filing Creditor Name and Address<br> COLORADO FLUIDPOWER INC<br> COLORADO FLUIDPOWER INC<br> 9046 MARSHALL CT<br> WESTMINSTER CO 80031 | Claim Holder Name and Address<br><br>RIVERSIDE CLAIMS LLC<br>PO BOX 626<br>PLANETARIUM STATION<br>NEW YORK NY 10024-0540 | Docketed Total | | $7,448.40 | Modified Total | | | $7,448.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,448.40<br>$7,448.40 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$7,448.40<br>$7,448.40 |
| Claim: 956<br>Date Filed:12/01/05<br>Docketed Total:  $2,128.75<br>Filing Creditor Name and Address<br> COLUMBUS STEEL DRUM<br> 1937 SOUTH ST<br> CINCINNATI OH 45204 | Claim Holder Name and Address<br><br>COLUMBUS STEEL DRUM<br>1937 SOUTH ST<br>CINCINNATI OH 45204 | Docketed Total | | $2,128.75 | Modified Total | | | $1,158.75 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,128.75<br>$2,128.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,158.75<br>$1,158.75 |
| Claim: 3799<br>Date Filed:05/01/06<br>Docketed Total:  $639.20<br>Filing Creditor Name and Address<br> COLUMBUS TECHNICAL SVC INC<br> 5763 WESTBOURNE AVE<br> COLUMBUS OH 43213 | Claim Holder Name and Address<br><br>COLUMBUS TECHNICAL SVC INC<br>5763 WESTBOURNE AVE<br>COLUMBUS OH 43213 | Docketed Total | | $639.20 | Modified Total | | | $639.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$639.20<br>$639.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$639.20<br>$639.20 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3346<br>Date Filed:04/28/06<br>Docketed Total:  $361.30<br>Filing Creditor Name and Address<br> COMMERCIAL KITCHEN SERVICE CO<br> 704 E JOHN ST<br> BAY CITY MI 48706 | Claim Holder Name and Address    Docketed Total        $361.30<br><br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>ATTN TRACI J FETTE<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO CA 92108<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $361.30<br>                                $361.30 | Modified Total        $334.20<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $334.20<br>                                        $334.20 |
| Claim: 3304<br>Date Filed:04/28/06<br>Docketed Total:   $230.00<br>Filing Creditor Name and Address<br> COMMERCIAL PACKAGING INC<br> 6548 W HIGGINS<br> CHICAGO IL 60656-2161 | Claim Holder Name and Address    Docketed Total        $230.00<br><br>COMMERCIAL PACKAGING INC<br>6548 W HIGGINS<br>CHICAGO IL 60656-2161<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                        $230.00<br>                                $230.00 | Modified Total        $115.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                $115.00<br>                                        $115.00 |
| Claim: 2133<br>Date Filed:02/27/06<br>Docketed Total:   $6,512.70<br>Filing Creditor Name and Address<br> COMMERCIAL STEEL TREATING<br> CORPORATION<br> PO BOX 276<br> TROY MI 48099-0276 | Claim Holder Name and Address    Docketed Total      $6,512.70<br><br>COMMERCIAL STEEL TREATING<br>CORPORATION<br>PO BOX 276<br>TROY MI 48099-0276<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                      $6,512.70<br>                              $6,512.70 | Modified Total      $6,512.68<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $6,512.68<br>                                      $6,512.68 |
| Claim: 305<br>Date Filed:11/03/05<br>Docketed Total:   $543.00<br>Filing Creditor Name and Address<br> COMPAX INCORPORATED<br> 1210 N BLUE GUM ST<br> ANAHEIM CA 92806 | Claim Holder Name and Address    Docketed Total        $543.00<br><br>COMPAX INCORPORATED<br>1210 N BLUE GUM ST<br>ANAHEIM CA 92806<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $543.00<br>                                $543.00 | Modified Total        $306.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                $306.00<br>                                        $306.00 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 346<br>Date Filed:11/04/05<br>Docketed Total:  $17,172.56<br>Filing Creditor Name and Address<br> COMPETITIVENESS THROUGH<br> TECHNOLOGY INC<br> 5616 SEIP RD<br> GEORGETOWN OH 45121 | Claim Holder Name and Address    Docketed Total    $17,172.56<br><br>COMPETITIVENESS THROUGH TECHNOLOGY<br>INC<br>5616 SEIP RD<br>GEORGETOWN OH 45121<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____  $17,172.56<br>                                   $17,172.56 | Modified Total    $17,172.56<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____  $17,172.56<br>                                   $17,172.56 |
| Claim: 2966<br>Date Filed:04/27/06<br>Docketed Total:  $1,147.50<br>Filing Creditor Name and Address<br> COMPLETE PLUMBING SERVICES INC<br> DBA ROTO ROOTER SERVICES CO<br> 291 BUELL RD<br> ROCHESTER NY 14624 | Claim Holder Name and Address    Docketed Total    $1,147.50<br><br>COMPLETE PLUMBING SERVICES INC<br>DBA ROTO ROOTER SERVICES CO<br>291 BUELL RD<br>ROCHESTER NY 14624<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____  $1,147.50<br>                                   $1,147.50 | Modified Total    $1,147.50<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____  $1,147.50<br>                                   $1,147.50 |
| Claim: 7170<br>Date Filed:05/31/06<br>Docketed Total:  $21,222.25<br>Filing Creditor Name and Address<br> COMPONENT PLASTICS INC<br> 700 TOLLGATE RD<br> ELGIN IL 60123 | Claim Holder Name and Address    Docketed Total    $21,222.25<br><br>COMPONENT PLASTICS INC<br>700 TOLLGATE RD<br>ELGIN IL 60123<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____  $21,222.25<br>                                   $21,222.25 | Modified Total    $19,402.25<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567 _____ _____ _____  $19,402.25<br>                                   $19,402.25 |
| Claim: 9026<br>Date Filed:07/05/06<br>Docketed Total:  $439,572.36<br>Filing Creditor Name and Address<br> COMPRESSORWORKS INC<br> ATTN PHILIP STAYMAN<br> 3609 PIPESTONE RD<br> DALLAS TX 75212-6110 | Claim Holder Name and Address    Docketed Total    $439,572.36<br><br>COMPRESSORWORKS INC<br>ATTN PHILIP STAYMAN<br>3609 PIPESTONE RD<br>DALLAS TX 75212-6110<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____  $439,572.36<br><br>                                   $439,572.36 | Modified Total    $439,572.36<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612 _____ _____ _____  $275,554.52<br>05-44640 _____ _____ _____  $164,017.84<br>                                   $439,572.36 |

*See Exhibit E for a listing of debtor entities by case number            Page:   83  of  433

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 881<br>Date Filed:11/28/05<br>Docketed Total:   $3,214.80<br>Filing Creditor Name and Address<br> COMPTON CONTROLS<br> 5998 MEIJER DR<br> PO BOX 848<br> MILFORD OH 45150 | Claim Holder Name and Address    Docketed Total    $3,214.80<br><br>COMPTON CONTROLS<br>5998 MEIJER DR<br>PO BOX 848<br>MILFORD OH 45150 | | | | | | Modified Total | $1,383.48 |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                       $3,214.80<br>                                                  $3,214.80 | | | | <u>Case Number*</u>   <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                       $1,383.48<br>                                                  $1,383.48 | | | |
| Claim: 6592<br>Date Filed:05/22/06<br>Docketed Total:   $450.52<br>Filing Creditor Name and Address<br> COMPUTER ASSET MANAGEMENT<br> C A M CORP<br> 4730 E M 36 HWY<br> LAKELAND MI 48143 | Claim Holder Name and Address    Docketed Total    $450.52<br><br>COMPUTER ASSET MANAGEMENT<br>C A M CORP<br>4730 E M 36 HWY<br>LAKELAND MI 48143 | | | | | | Modified Total | $450.52 |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                        $450.52<br>                                                   $450.52 | | | | <u>Case Number*</u>   <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                        $450.52<br>                                                   $450.52 | | | |
| Claim: 581<br>Date Filed:11/15/05<br>Docketed Total:   $3,535.20<br>Filing Creditor Name and Address<br> COMPUTYPE INC<br> 2285 WEST COUNTY RD C<br> ST PAUL MN 55113-2567 | Claim Holder Name and Address    Docketed Total    $3,535.20<br><br>COMPUTYPE INC<br>2285 WEST COUNTY RD C<br>ST PAUL MN 55113-2567 | | | | | | Modified Total | $3,335.09 |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44547                                       $3,535.20<br>                                                  $3,535.20 | | | | <u>Case Number*</u>   <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                       $3,335.09<br>                                                  $3,335.09 | | | |
| Claim: 2311<br>Date Filed:03/16/06<br>Docketed Total:   $3,955.70<br>Filing Creditor Name and Address<br> COMTORGAGE CORPORATION<br> 58 NS INDUSTRIAL DR<br> PO BOX 1217<br> SLATERSVILLE RI 02876-0896 | Claim Holder Name and Address    Docketed Total    $3,955.70<br><br>COMTORGAGE CORPORATION<br>58 NS INDUSTRIAL DR<br>PO BOX 1217<br>SLATERSVILLE RI 02876-0896 | | | | | | Modified Total | $3,405.70 |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                       $3,955.70<br>                                                  $3,955.70 | | | | <u>Case Number*</u>   <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                       $3,405.70<br>                                                  $3,405.70 | | | |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1658<br>Date Filed:01/24/06<br>Docketed Total:  $6,341.84<br>Filing Creditor Name and Address<br> CON WAY NOW<br> 4840 VENTURE DR<br> ANN ARBOR MI 48102-9559 | Claim Holder Name and Address    Docketed Total    $6,341.84<br><br>CON WAY NOW<br>4840 VENTURE DR<br>ANN ARBOR MI 48102-9559 | Modified Total    $3,894.33 |
| | **Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44481                                                         $6,341.84<br>                                                                $6,341.84 | **Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44640                                                         $3,894.33<br>                                                                $3,894.33 |
| Claim: 4231<br>Date Filed:05/01/06<br>Docketed Total:   $6,317.78<br>Filing Creditor Name and Address<br> CONE DRIVE OPERATIONS INC<br> TEXTRON POWER & TRANSMISSIONS<br> 240 E 12TH ST<br> TRAVERSE CITY MI 49684 | Claim Holder Name and Address    Docketed Total    $6,317.78<br><br>CONE DRIVE OPERATIONS INC<br>TEXTRON POWER & TRANSMISSIONS<br>240 E 12TH ST<br>TRAVERSE CITY MI 49684 | Modified Total    $6,317.73 |
| | **Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44481                                                         $6,317.78<br>                                                                $6,317.78 | **Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44640                                                         $6,317.73<br>                                                                $6,317.73 |
| Claim: 538<br>Date Filed:11/14/05<br>Docketed Total:   $550.00<br>Filing Creditor Name and Address<br> CONFIDENTIAL MATERIAL<br> DESTRUCTION INC<br> PO BOX 292062<br> DAYTON OH 45429 | Claim Holder Name and Address    Docketed Total    $550.00<br><br>CONFIDENTIAL MATERIAL DESTRUCTION<br>INC<br>PO BOX 292062<br>DAYTON OH 45429 | Modified Total    $550.00 |
| | **Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44481                                                         $550.00<br>                                                                $550.00 | **Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44640                                                         $550.00<br>                                                                $550.00 |
| Claim: 9754<br>Date Filed:07/18/06<br>Docketed Total:   $859.90<br>Filing Creditor Name and Address<br> CONKLIN EQUIPMENT<br> DICK MARKANO<br> 584 INDUSTRIAL WAY<br> FALLBROOK CA 92028 | Claim Holder Name and Address    Docketed Total    $859.90<br><br>CONKLIN EQUIPMENT<br>DICK MARKANO<br>584 INDUSTRIAL WAY<br>FALLBROOK CA 92028 | Modified Total    $859.90 |
| | **Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44481                                                         $859.90<br>                                                                $859.90 | **Case Number\***    **Secured**    **Priority**    **Unsecured**<br>05-44640                                                         $859.90<br>                                                                $859.90 |

\*See Exhibit E for a listing of debtor entities by case number              Page:   85 of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 147<br>Date Filed:10/28/05<br>Docketed Total:  $1,743.18<br>Filing Creditor Name and Address<br> CONNECTRONICS CORP<br> ATTN CARL CHURCH<br> 2745 AVONDALE<br> TOLEDO OH 43607 | Claim Holder Name and Address     Docketed Total    $1,743.18<br><br>CONNECTRONICS CORP<br>ATTN CARL CHURCH<br>2745 AVONDALE<br>TOLEDO OH 43607<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $1,743.18<br>                                                   $1,743.18 | Modified Total    $1,743.18<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44511                                           $1,743.18<br>                                                   $1,743.18 |
| Claim: 937<br>Date Filed:11/30/05<br>Docketed Total:  $19,533.00<br>Filing Creditor Name and Address<br> CONSENSUS SCIENTIFIC LLC<br> CONSENSUS SCIENTIFIC<br> 1912 A N BATAVIA ST<br> ORANGE CA 92865 | Claim Holder Name and Address     Docketed Total    $19,533.00<br><br>CONSENSUS SCIENTIFIC LLC<br>CONSENSUS SCIENTIFIC<br>1912 A N BATAVIA ST<br>ORANGE CA 92865<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507      $19,533.00<br>              $19,533.00 | Modified Total    $19,533.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                           $19,533.00<br>                                                   $19,533.00 |
| Claim: 4956<br>Date Filed:05/05/06<br>Docketed Total:  $10,869.99<br>Filing Creditor Name and Address<br> CONSOLIDATED ELECTRICAL DIST<br> ADD CHG 9 02 MH<br> PO BOX 461667<br> SAN ANTONIO TX 78263 | Claim Holder Name and Address     Docketed Total    $10,869.99<br><br>CONSOLIDATED ELECTRICAL DIST<br>ADD CHG 9 02 MH<br>PO BOX 461667<br>SAN ANTONIO TX 78263<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $10,869.99<br>                                                   $10,869.99 | Modified Total    $9,886.08<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $9,886.08<br>                                                   $9,886.08 |
| Claim: 6065<br>Date Filed:05/16/06<br>Docketed Total:  $137.35<br>Filing Creditor Name and Address<br> CONSOLIDATED PLASTICS CO INC<br> 8181 DARROW RD<br> TWINSBURG OH 44087-9822 | Claim Holder Name and Address     Docketed Total    $137.35<br><br>CONSOLIDATED PLASTICS CO INC<br>8181 DARROW RD<br>TWINSBURG OH 44087-9822<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $137.35<br>                                                   $137.35 | Modified Total    $137.35<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                           $137.35<br>                                                   $137.35 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5051<br>Date Filed: 05/08/06<br>Docketed Total:  $8,132.76<br>Filing Creditor Name and Address<br> CONTECH RESEARCH<br> MAX PEEL<br> 67 MECHANIC ST<br> ATTLEBORO MA 02703 | Claim Holder Name and Address    Docketed Total    $8,132.76<br><br>CONTECH RESEARCH<br>MAX PEEL<br>67 MECHANIC ST<br>ATTLEBORO MA 02703<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $8,132.76<br>                                                     $8,132.76 | Modified Total    $8,132.76<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44539                                              $8,132.76<br>                                                     $8,132.76 |
| Claim: 9843<br>Date Filed: 07/18/06<br>Docketed Total:  $3,120.10<br>Filing Creditor Name and Address<br> CONTINENTAL CARTON & PACKAGING<br> POBOX 46639<br> MT CLEMENS MI 48046-6639 | Claim Holder Name and Address    Docketed Total    $3,120.10<br><br>CONTINENTAL CARTON & PACKAGING<br>POBOX 46639<br>MT CLEMENS MI 48046-6639<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $3,120.10<br>                                                     $3,120.10 | Modified Total    $3,120.10<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                              $3,120.10<br>                                                     $3,120.10 |
| Claim: 8728<br>Date Filed: 06/28/06<br>Docketed Total:  $78,601.08<br>Filing Creditor Name and Address<br> CONTINENTAL TEVES CORPORATION<br> FINANCE<br> 1 1 25 SHIN URASHIMACHO<br> KANAGAWA KU<br> YOKOHAMA CITY KANAGAWA<br> 221-0031<br> JAPAN | Claim Holder Name and Address    Docketed Total    $78,601.08<br><br>CONTINENTAL TEVES CORPORATION<br>FINANCE<br>1 1 25 SHIN URASHIMACHO<br>KANAGAWA KU<br>YOKOHAMA CITY KANAGAWA<br>221-0031<br>JAPAN<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $78,601.08<br>                                                     $78,601.08 | Modified Total    $78,193.64<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $78,193.64<br>                                                     $78,193.64 |
| Claim: 3162<br>Date Filed: 04/28/06<br>Docketed Total:  $12,964.10<br>Filing Creditor Name and Address<br> CONTRACT INDUSTRIAL TOOLING IN<br> 2351 PRODUCTION CT<br> RICHMOND IN 47374 | Claim Holder Name and Address    Docketed Total    $12,964.10<br><br>CONTRACT INDUSTRIAL TOOLING IN<br>2351 PRODUCTION CT<br>RICHMOND IN 47374<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $12,964.10<br>                                                     $12,964.10 | Modified Total    $12,964.10<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $12,964.10<br>                                                     $12,964.10 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 73<br>Date Filed:10/21/05<br>Docketed Total:  $11,639.18<br>Filing Creditor Name and Address<br> CONTRACT MANUFACTURING INC<br> ROBERT M SEVERSON ESQ<br> MCGLOIN DAVENPORT SEVERSON &<br> SNOW P<br> 1600 STOUT ST STE 1600<br> DENVER CO 80202-3103 | Claim Holder Name and Address    Docketed Total    $11,639.18<br><br>CONTRACT MANUFACTURING INC<br>ROBERT M SEVERSON ESQ<br>MCGLOIN DAVENPORT SEVERSON &<br>SNOW P<br>1600 STOUT ST STE 1600<br>DENVER CO 80202-3103<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $11,639.18<br>                                                          $11,639.18 | Modified Total    $11,639.18<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                             $11,639.18<br>                                                          $11,639.18 |
| Claim: 1137<br>Date Filed:12/13/05<br>Docketed Total:   $7,410.33<br>Filing Creditor Name and Address<br> CONTRACT SWEEPERS & EQUIPMENT<br> COMPANY<br> 561 SHORT ST<br> COLUMBUS OH 43215 | Claim Holder Name and Address    Docketed Total    $7,410.33<br><br>CONTRACT SWEEPERS & EQUIPMENT<br>COMPANY<br>561 SHORT ST<br>COLUMBUS OH 43215<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $7,410.33<br>                                                          $7,410.33 | Modified Total    $7,000.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $7,000.00<br>                                                          $7,000.00 |
| Claim: 9790<br>Date Filed:07/18/06<br>Docketed Total:   $222,063.43<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF AG MACHINING &<br> INDUSTRIES INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $222,063.43<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>AG MACHINING & INDUSTRIES INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                             $222,063.43<br>                                                          $222,063.43 | Modified Total    $218,795.52<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                             $218,795.52<br>                                                          $218,795.52 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   88 of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9110<br>Date Filed: 07/07/06<br>Docketed Total:  $112,891.80<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF ENA AMERICA INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $112,891.80<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>ENA AMERICA INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Modified Total    $112,725.80 |

<table>
<tr><td></td><td>Case Number*<br>05-44640</td><td>Secured</td><td>Priority</td><td>Unsecured<br>$112,891.80<br>$112,891.80</td><td>Case Number*<br>05-44640</td><td>Secured</td><td>Priority</td><td>Unsecured<br>$112,725.80<br>$112,725.80</td></tr>
</table>

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9114<br>Date Filed: 07/07/06<br>Docketed Total:  $134,050.00<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF OKMETIC INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $134,050.00<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>OKMETIC INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Modified Total    $126,674.00 |

<table>
<tr><td></td><td>Case Number*<br>05-44640</td><td>Secured</td><td>Priority</td><td>Unsecured<br>$134,050.00<br>$134,050.00</td><td>Case Number*<br>05-44640</td><td>Secured</td><td>Priority</td><td>Unsecured<br>$126,674.00<br>$126,674.00</td></tr>
</table>

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9115<br>Date Filed: 07/07/06<br>Docketed Total:  $259,872.00<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF OKMETIC OYJ<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $259,872.00<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>OKMETIC OYJ<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Modified Total    $235,679.69 |

<table>
<tr><td></td><td>Case Number*<br>05-44640</td><td>Secured</td><td>Priority</td><td>Unsecured<br>$259,872.00<br>$259,872.00</td><td>Case Number*<br>05-44640</td><td>Secured</td><td>Priority</td><td>Unsecured<br>$235,679.69<br>$235,679.69</td></tr>
</table>

In re: Delphi Corporation, et al.                                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12697<br>Date Filed:07/28/06<br>Docketed Total:  $51,720.76<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF OMRON DUALTEC<br> AUTOMOTIVE ELECTRONICS INC<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $51,720.76<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>OMRON DUALTEC AUTOMOTIVE<br>ELECTRONICS INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | Modified Total    $48,471.13 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44567 | | | $51,720.76 | 05-44567 | | | $48,471.13 |
| | | | | $51,720.76 | | | | $48,471.13 |
| Claim: 12668<br>Date Filed:07/28/06<br>Docketed Total:  $184,138.31<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF PLASTIC DECORATORS<br> INC<br> ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $184,138.31<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>PLASTIC DECORATORS INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | Modified Total    $9,252.30 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $184,138.31 | 05-44640 | | | $9,252.30 |
| | | | | $184,138.31 | | | | $9,252.30 |
| Claim: 10387<br>Date Filed:07/24/06<br>Docketed Total:  $36,892.83<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF REGENCY MCALLEN<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $36,892.83<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>REGENCY MCALLEN<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | Modified Total    $33,640.76 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $36,892.83 | 05-44640 | | | $33,640.76 |
| | | | | $36,892.83 | | | | $33,640.76 |

*See Exhibit E for a listing of debtor entities by case number          Page:   90 of 433

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8029<br>Date Filed:06/15/06<br>Docketed Total:   $48,333.03<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SIDLER GMBH & CO<br> KG<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $48,333.03<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SIDLER GMBH & CO KG<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $48,333.03<br>                                                 $48,333.03 | Modified Total    $43,620.00<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $43,620.00<br>                                                 $43,620.00 |
| Claim: 9794<br>Date Filed:07/18/06<br>Docketed Total:   $84,265.84<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF TRIUMPH LLC<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $84,265.84<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRIUMPH LLC<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $84,265.84<br>                                                 $84,265.84 | Modified Total    $81,800.77<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $81,800.77<br>                                                 $81,800.77 |
| Claim: 9116<br>Date Filed:07/07/06<br>Docketed Total:   $291,859.33<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF WACKER CHEMICAL<br> CORPORATION<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $291,859.33<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>WACKER CHEMICAL CORPORATION<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $291,859.33<br>                                                 $291,859.33 | Modified Total    $290,509.23<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $290,509.23<br>                                                 $290,509.23 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7372<br>Date Filed:06/02/06<br>Docketed Total:   $100,861.90<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF WESTWOOD<br> ASSOCIATES INC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $100,861.90<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>WESTWOOD ASSOCIATES INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                        $100,861.90<br>                                                $100,861.90 | Modified Total    $28,255.92<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                        $28,255.92<br>                                                $28,255.92 |
| Claim: 1181<br>Date Filed:12/16/05<br>Docketed Total:   $1,586.18<br>Filing Creditor Name and Address<br> CONTROL & POWER INC<br> PO BOX 59288<br> BIRMINGHAM AL 35259-9288 | Claim Holder Name and Address    Docketed Total    $1,586.18<br><br>CONTROL & POWER INC<br>PO BOX 59288<br>BIRMINGHAM AL 35259-9288<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $1,586.18<br>                                                $1,586.18 | Modified Total    $1,586.18<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $1,586.18<br>                                                $1,586.18 |
| Claim: 8609<br>Date Filed:06/27/06<br>Docketed Total:   $2,708.40<br>Filing Creditor Name and Address<br> CONVEYORS & MATERIALS HANDLING<br> 460 EAGLE DR<br> EL PASO TX 79912 | Claim Holder Name and Address    Docketed Total    $2,708.40<br><br>CONVEYORS & MATERIALS HANDLING<br>460 EAGLE DR<br>EL PASO TX 79912<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $2,708.40<br>                                                $2,708.40 | Modified Total    $502.38<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                        $502.38<br>                                                $502.38 |
| Claim: 3040<br>Date Filed:04/28/06<br>Docketed Total:   $2,268.30<br>Filing Creditor Name and Address<br> COOL ZONE<br> BILL FAULKENSTE<br> 4350 S ARVILLE<br> STE 39B<br> LAS VEGAS NV 89103 | Claim Holder Name and Address    Docketed Total    $2,268.30<br><br>COOL ZONE<br>BILL FAULKENSTE<br>4350 S ARVILLE<br>STE 39B<br>LAS VEGAS NV 89103<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $2,268.30<br>                                                $2,268.30 | Modified Total    $2,268.30<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $2,268.30<br>                                                $2,268.30 |

In re: Delphi Corporation, et al.                                                                                               Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1499<br>Date Filed: 01/10/06<br>Docketed Total: $129,243.04<br>Filing Creditor Name and Address<br> COPPER & BRASS SALES<br> 5755 GRANT AVE<br> CLEVELAND OH 44105 | Claim Holder Name and Address  Docketed Total  $129,243.04<br><br>STONEHILL INSTITUTIONAL PARTNERS LP<br>CO STONEHILL CAPITAL<br>MANAGEMENT<br>885 THIRD AVE 30TH FL<br>NEW YORK NY 10022 | | | | Modified Total  $129,243.04 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $129,243.04<br>$129,243.04 | 05-44640 | | | $129,243.04<br>$129,243.04 |
| Claim: 471<br>Date Filed: 11/10/05<br>Docketed Total: $2,244,881.76<br>Filing Creditor Name and Address<br> CORNING INCORPORATED<br> ATTN CORPORATE SECRETARY<br> ONE RIVERFRONT PLZ<br> CORNING NY 14831 | Claim Holder Name and Address  Docketed Total  $2,244,881.76<br><br>JPMORGAN CHASE BANK NA<br>STANLEY LIM<br>270 PARK AVE 17TH FL<br>NEW YORK NY 10017 | | | | Modified Total  $2,244,881.76 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $2,244,881.76<br><br>$2,244,881.76 | 05-44482<br>05-44640 | | | $2,180,778.36<br>$64,103.40<br>$2,244,881.76 |
| Claim: 7027<br>Date Filed: 05/30/06<br>Docketed Total: $1,578.00<br>Filing Creditor Name and Address<br> COSMO SOLUTIONS TECHNOLOGY INC<br> 27200 HAGGERTY RD STE B1<br> FARMINGTON HILLS MI 48331 | Claim Holder Name and Address  Docketed Total  $1,578.00<br><br>COSMO SOLUTIONS TECHNOLOGY INC<br>27200 HAGGERTY RD STE B1<br>FARMINGTON HILLS MI 48331 | | | | Modified Total  $1,578.00 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $1,578.00<br>$1,578.00 | 05-44640 | | | $1,578.00<br>$1,578.00 |
| Claim: 3055<br>Date Filed: 04/28/06<br>Docketed Total: $716.25<br>Filing Creditor Name and Address<br> COYNE INTERNATIONAL ENTERPRISE<br> COYNE TEXTILE SERVICES<br> PO BOX 3468 DEPT A<br> SYRACUSE NY 13220-3468 | Claim Holder Name and Address  Docketed Total  $716.25<br><br>COYNE INTERNATIONAL ENTERPRISE<br>COYNE TEXTILE SERVICES<br>PO BOX 3468 DEPT A<br>SYRACUSE NY 13220-3468 | | | | Modified Total  $577.89 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $716.25<br>$716.25 | 05-44640 | | | $577.89<br>$577.89 |

*See Exhibit E for a listing of debtor entities by case number            Page:   93  of  433

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 636**
Date Filed: 11/17/05
Docketed Total:   $1,581.75
Filing Creditor Name and Address
 CPI INTERNATIONAL
 5580 SKYLANE BLVD
 SANTA ROSA CA 95403

Claim Holder Name and Address      Docketed Total      $1,581.75

CPI INTERNATIONAL
5580 SKYLANE BLVD
SANTA ROSA CA 95403

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44484 | | | $1,581.75 |
| | | | $1,581.75 |

Modified Total      $1,581.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $1,581.75 |
| | | | $1,581.75 |

---

**Claim: 973**
Date Filed: 12/02/05
Docketed Total:   $1,342.75
Filing Creditor Name and Address
 CRANE ENVIRONMENTAL A CRANE CO
 PAT CARNEY CREDIT MGR
 730 COMMERCE DR
 VENICE FL 34292

Claim Holder Name and Address      Docketed Total      $1,342.75

CRANE ENVIRONMENTAL A CRANE CO
PAT CARNEY CREDIT MGR
730 COMMERCE DR
VENICE FL 34292

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,342.75 |
| | | | $1,342.75 |

Modified Total      $1,342.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,342.75 |
| | | | $1,342.75 |

---

**Claim: 14795**
Date Filed: 07/31/06
Docketed Total:   $23,040.60
Filing Creditor Name and Address
 CREATIVE TECHNIQUES INC
 2441 N OPDYKE RD
 AUBURN HILLS MI 48326

Claim Holder Name and Address      Docketed Total      $23,040.60

CREATIVE TECHNIQUES INC
2441 N OPDYKE RD
AUBURN HILLS MI 48326

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $23,040.60 |
| | | | $23,040.60 |

Modified Total      $23,040.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $23,040.60 |
| | | | $23,040.60 |

---

**Claim: 9570**
Date Filed: 07/17/06
Docketed Total:   $1,208.04
Filing Creditor Name and Address
 CREST PRODUCTS INC
 2001 BUCK LN
 LEXINGTON KY 40511-1074

Claim Holder Name and Address      Docketed Total      $1,208.04

CREST PRODUCTS INC
2001 BUCK LN
LEXINGTON KY 40511-1074

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,208.04 |
| | | | $1,208.04 |

Modified Total      $975.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $975.66 |
| | | | $975.66 |

---

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14251**
Date Filed: 07/31/06
Docketed Total:   $13,609.78
Filing Creditor Name and Address
 CRITERION SYSTEMS INC
 7576 KERNSVILLE RD
 PO BOX 420
 OREFIELD PA 18069

Claim Holder Name and Address — Docketed Total $13,609.78

CRITERION SYSTEMS INC
7576 KERNSVILLE RD
PO BOX 420
OREFIELD PA 18069

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $13,609.78 |
| | | | $13,609.78 |

Modified Total $13,609.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,609.53 |
| | | | $13,609.53 |

---

**Claim: 14252**
Date Filed: 07/31/06
Docketed Total:   $22,793.95
Filing Creditor Name and Address
 CRITERION SYSTEMS INC
 ALAN BROWN
 7576 KERNSVILLE RD
 PO BOX 420
 OREFIELD PA 18069

Claim Holder Name and Address — Docketed Total $22,793.95

CRITERION SYSTEMS INC
ALAN BROWN
7576 KERNSVILLE RD
PO BOX 420
OREFIELD PA 18069

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $22,793.95 |
| | | | $22,793.95 |

Modified Total $22,793.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,793.95 |
| | | | $22,793.95 |

---

**Claim: 5526**
Date Filed: 05/10/06
Docketed Total:   $2,733.76
Filing Creditor Name and Address
 CROSS CO
 PO BOX 18508
 GREENSBORO NC 27419-8508

Claim Holder Name and Address — Docketed Total $2,733.76

CROSS CO
PO BOX 18508
GREENSBORO NC 27419-8508

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,733.76 |
| | | | $2,733.76 |

Modified Total $2,733.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | | $2,733.76 |
| | | | $2,733.76 |

---

**Claim: 5990**
Date Filed: 05/16/06
Docketed Total:   $2,507.70
Filing Creditor Name and Address
 CROSS SALES & ENGINEERING CO
 4400 PIEDMONT PKY
 GREENSBORO NC 27410

Claim Holder Name and Address — Docketed Total $2,507.70

CROSS SALES & ENGINEERING CO
4400 PIEDMONT PKY
GREENSBORO NC 27410

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,507.70 |
| | | | $2,507.70 |

Modified Total $2,507.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,507.70 |
| | | | $2,507.70 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3990<br>Date Filed:05/01/06<br>Docketed Total:  $18,185.18<br>Filing Creditor Name and Address<br> CROWN PAPER BOX CORP<br> DIV OF TENAX CORP<br> 1850 W OLIVER AVE<br> INDIANAPOLIS IN 46221 | Claim Holder Name and Address    Docketed Total    $18,185.18<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                          $18,185.18<br>                                                  $18,185.18 | Modified Total    $16,539.37<br><br><br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                          $16,539.37<br>                                                  $16,539.37 |
| Claim: 2014<br>Date Filed:02/14/06<br>Docketed Total:  $2,891.14<br>Filing Creditor Name and Address<br> CRUCIBLE SERVICE CENTERS<br> PO BOX 977<br> SYRACUSE NY 13201-0977 | Claim Holder Name and Address    Docketed Total    $2,891.14<br><br>CRUCIBLE SERVICE CENTERS<br>PO BOX 977<br>SYRACUSE NY 13201-0977<br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                          $2,891.14<br>                                                  $2,891.14 | Modified Total    $2,891.14<br><br><br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                          $2,891.14<br>                                                  $2,891.14 |
| Claim: 2015<br>Date Filed:02/14/06<br>Docketed Total:  $2,868.32<br>Filing Creditor Name and Address<br> CRUCIBLE SERVICE CENTERS<br> PO BOX 977<br> SYRACUSE NY 13201-0977 | Claim Holder Name and Address    Docketed Total    $2,868.32<br><br>CRUCIBLE SERVICE CENTERS<br>PO BOX 977<br>SYRACUSE NY 13201-0977<br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                          $2,868.32<br>                                                  $2,868.32 | Modified Total    $2,868.32<br><br><br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                          $2,868.32<br>                                                  $2,868.32 |
| Claim: 2016<br>Date Filed:02/14/06<br>Docketed Total:  $56,984.82<br>Filing Creditor Name and Address<br> CRUCIBLE SERVICE CENTERS<br> PO BOX 977<br> SYRACUSE NY 13201-0977 | Claim Holder Name and Address    Docketed Total    $56,984.82<br><br>CRUCIBLE SERVICE CENTERS<br>PO BOX 977<br>SYRACUSE NY 13201-0977<br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                          $56,984.82<br>                                                  $56,984.82 | Modified Total    $56,984.82<br><br><br><br><u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                          $56,984.82<br>                                                  $56,984.82 |

In re: Delphi Corporation, et al.                                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1094<br>Date Filed:12/09/05<br>Docketed Total:  $7,379.00<br>Filing Creditor Name and Address<br> CSA GROUP<br> MIKE WILHELM<br> 178 REXDALE BLVD<br> TORONTO ON M9W IR3<br> CANADA | Claim Holder Name and Address    Docketed Total    $7,379.00<br><br>CSA GROUP<br>MIKE WILHELM<br>178 REXDALE BLVD<br>TORONTO ON M9W IR3<br>CANADA<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $7,379.00<br>                                          $7,379.00 | Modified Total    $6,745.00<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $6,745.00<br>                                          $6,745.00 |
| Claim: 106<br>Date Filed:10/25/05<br>Docketed Total:   $17,939.34<br>Filing Creditor Name and Address<br> CTP ENGINEERING LLC<br> 11 ROBERT TONER BLVD<br> STE 5 325<br> N ATTLEBORO MA 02763 | Claim Holder Name and Address    Docketed Total    $17,939.34<br><br>CTP ENGINEERING LLC<br>11 ROBERT TONER BLVD<br>STE 5 325<br>N ATTLEBORO MA 02763<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44547                                  $17,939.34<br>                                          $17,939.34 | Modified Total    $17,939.34<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $17,939.34<br>                                          $17,939.34 |
| Claim: 4651<br>Date Filed:05/04/06<br>Docketed Total:   $1,297.10<br>Filing Creditor Name and Address<br> CULLIGAN OF TULSA<br> PO BOX 55506<br> TULSA OK 74155-0506 | Claim Holder Name and Address    Docketed Total    $1,297.10<br><br>CULLIGAN OF TULSA<br>PO BOX 55506<br>TULSA OK 74155-0506<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44482                   $489.70     $807.40<br>                           $489.70     $807.40 | Modified Total    $489.70<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44482                                  $489.70<br>                                          $489.70 |
| Claim: 6444<br>Date Filed:05/22/06<br>Docketed Total:   $2,395.90<br>Filing Creditor Name and Address<br> CURBELL INC<br> CURBELL PLASTICS<br> 7 COBHAM DR<br> ORCHARD PARK NY 14127 | Claim Holder Name and Address    Docketed Total    $2,395.90<br><br>CURBELL INC<br>CURBELL PLASTICS<br>7 COBHAM DR<br>ORCHARD PARK NY 14127<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $2,395.90<br>                                          $2,395.90 | Modified Total    $290.40<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $290.40<br>                                          $290.40 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5716<br>Date Filed:05/12/06<br>Docketed Total:  $152.00<br>Filing Creditor Name and Address<br>CURRENS ZAPFE PPR AND NOTIO<br>ANN<br>503 N BUCKEYE ST<br>KOKOMO IN 46901-4518 | Claim Holder Name and Address    Docketed Total    $152.00<br>CURRENS ZAPFE PPR AND NOTIO<br>ANN<br>503 N BUCKEYE ST<br>KOKOMO IN 46901-4518<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $152.00<br>                                                $152.00 | Modified Total    $152.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $152.00<br>                                                $152.00 |
| Claim: 2131<br>Date Filed:02/27/06<br>Docketed Total:  $852.48<br>Filing Creditor Name and Address<br>CURTIS METAL FINISHING COMPANY<br>PO BOX 276<br>TROY MI 48099-0276 | Claim Holder Name and Address    Docketed Total    $852.48<br>CURTIS METAL FINISHING COMPANY<br>PO BOX 276<br>TROY MI 48099-0276<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $852.48<br>                                                $852.48 | Modified Total    $852.48<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $852.48<br>                                                $852.48 |
| Claim: 194<br>Date Filed:10/28/05<br>Docketed Total:  $11,827.41<br>Filing Creditor Name and Address<br>CUSTOM COATING INC<br>1937 JACOB ST<br>PO BOX 143<br>AUBURN IN 46706 | Claim Holder Name and Address    Docketed Total    $11,827.41<br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $11,827.41<br>                                                $11,827.41 | Modified Total    $11,827.41<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $11,827.41<br>                                                $11,827.41 |
| Claim: 1096<br>Date Filed:12/09/05<br>Docketed Total:  $3,588.50<br>Filing Creditor Name and Address<br>CUSTOM INDUSTRIAL EQUIPMENT<br>INC<br>PO BOX 276<br>DAYTON OH 45404 | Claim Holder Name and Address    Docketed Total    $3,588.50<br>CUSTOM INDUSTRIAL EQUIPMENT INC<br>PO BOX 276<br>DAYTON OH 45404<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $3,588.50<br>                                                $3,588.50 | Modified Total    $3,588.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $3,588.50<br>                                                $3,588.50 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 508<br>Date Filed:11/14/05<br>Docketed Total:   $5,711.47<br>Filing Creditor Name and Address<br> CUSTOM PROFILES INC<br> MIA YARBROUGH<br> PO BOX 279<br> FITZGERALD GA 31750 | Claim Holder Name and Address     Docketed Total     $5,711.47<br><br>CUSTOM PROFILES INC<br>MIA YARBROUGH<br>PO BOX 279<br>FITZGERALD GA 31750<br><br>Case Number*    Secured     Priority     Unsecured<br>05-44481                                       $5,711.47<br>                                               $5,711.47 | Modified Total     $5,711.47<br><br><br><br><br><br>Case Number*    Secured     Priority     Unsecured<br>05-44640                                       $5,711.47<br>                                               $5,711.47 |
| Claim: 509<br>Date Filed:11/14/05<br>Docketed Total:   $17,378.32<br>Filing Creditor Name and Address<br> CUSTOM PROFILES INC<br> MIA YARBROUGH<br> PO BOX 279<br> FITZGERALD GA 31750 | Claim Holder Name and Address     Docketed Total     $17,378.32<br><br>CUSTOM PROFILES INC<br>MIA YARBROUGH<br>PO BOX 279<br>FITZGERALD GA 31750<br><br>Case Number*    Secured     Priority     Unsecured<br>05-44481                                       $17,378.32<br>                                               $17,378.32 | Modified Total     $17,378.32<br><br><br><br><br><br>Case Number*    Secured     Priority     Unsecured<br>05-44640                                       $17,378.32<br>                                               $17,378.32 |
| Claim: 16142<br>Date Filed:08/09/06<br>Docketed Total:   $579.00<br>Filing Creditor Name and Address<br> CUTTING TOOLS INC<br> CUSTOMER SERVIC<br> 121 E TUTT ST<br> SOUTH BEND IN 46634 | Claim Holder Name and Address     Docketed Total     $579.00<br><br>CUTTING TOOLS INC<br>CUSTOMER SERVIC<br>121 E TUTT ST<br>SOUTH BEND IN 46634<br><br>Case Number*    Secured     Priority     Unsecured<br>05-44481                                       $579.00<br>                                               $579.00 | Modified Total     $579.00<br><br><br><br><br><br>Case Number*    Secured     Priority     Unsecured<br>05-44640                                       $579.00<br>                                               $579.00 |
| Claim: 9401<br>Date Filed:07/12/06<br>Docketed Total:   $2,969.53<br>Filing Creditor Name and Address<br> CVG SPRAGUE<br> ACCOUNTS PAYABLE<br> 6530 WEST CAMPUS OVAL<br> NEW ALBANY OH 43054 | Claim Holder Name and Address     Docketed Total     $2,969.53<br><br>CVG SPRAGUE<br>ACCOUNTS PAYABLE<br>6530 WEST CAMPUS OVAL<br>NEW ALBANY OH 43054<br><br>Case Number*    Secured     Priority     Unsecured<br>05-44481                                       $2,969.53<br>                                               $2,969.53 | Modified Total     $1,976.16<br><br><br><br><br><br>Case Number*    Secured     Priority     Unsecured<br>05-44640                                       $1,976.16<br>                                               $1,976.16 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2825<br>Date Filed:04/26/06<br>Docketed Total:   $354.00<br>Filing Creditor Name and Address<br>  CYBERRESEARCH INC<br>  25 BUSINESS PK DR<br>  BRANFORD CT 06405 | Claim Holder Name and Address     Docketed Total        $354.00<br><br>CYBERRESEARCH INC<br>25 BUSINESS PK DR<br>BRANFORD CT 06405<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481                                               $354.00<br>                                                       $354.00 | Modified Total        $354.00<br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                               $354.00<br>                                                       $354.00 |
| Claim: 4471<br>Date Filed:05/02/06<br>Docketed Total:   $10,500.00<br>Filing Creditor Name and Address<br>  CYLINDER SERVICES INC<br>  GERALD J MAYHEW<br>  TREBON & MAYHEW<br>  733 N VAN BUREN ST NO 770<br>  MILWAUKEE WI 53202 | Claim Holder Name and Address     Docketed Total      $10,500.00<br><br>CYLINDER SERVICES INC<br>GERALD J MAYHEW<br>TREBON & MAYHEW<br>733 N VAN BUREN ST NO 770<br>MILWAUKEE WI 53202<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481                                             $10,500.00<br>                                                     $10,500.00 | Modified Total      $10,500.00<br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                             $10,500.00<br>                                                     $10,500.00 |
| Claim: 600<br>Date Filed:11/16/05<br>Docketed Total:   $28,920.00<br>Filing Creditor Name and Address<br>  CZECH TOOL<br>  JOHN W CZECH<br>  17741 BROOKHOUSER RD<br>  SAEGERTOWN PA 16433 | Claim Holder Name and Address     Docketed Total      $28,920.00<br><br>CZECH TOOL<br>JOHN W CZECH<br>17741 BROOKHOUSER RD<br>SAEGERTOWN PA 16433<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481                                             $28,920.00<br>                                                     $28,920.00 | Modified Total      $28,920.00<br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                             $28,920.00<br>                                                     $28,920.00 |
| Claim: 10622<br>Date Filed:07/25/06<br>Docketed Total:   $95,097.71<br>Filing Creditor Name and Address<br>  D J INC<br>  D J NYPRO<br>  7301 DISTRIBUTION DR<br>  LOUISVILLE KY 40258-283 | Claim Holder Name and Address     Docketed Total      $95,097.71<br><br>D J INC<br>D J NYPRO<br>7301 DISTRIBUTION DR<br>LOUISVILLE KY 40258-283<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481                                             $95,097.71<br>                                                     $95,097.71 | Modified Total      $93,796.43<br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                             $93,796.43<br>                                                     $93,796.43 |

*See Exhibit E for a listing of debtor entities by case number                Page:   100  of 433

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1093<br>Date Filed:12/09/05<br>Docketed Total:  $15,659.00<br>Filing Creditor Name and Address<br> D P BROWN OF DETROIT INC<br> 1646 CHAMPAIGN DR N<br> PO BOX 5907<br> SAGINAW MI 48603 | Claim Holder Name and Address    Docketed Total    $15,659.00<br><br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $15,659.00<br>                                                    $15,659.00 | Modified Total    $15,659.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $15,659.00<br>                                                    $15,659.00 |
| Claim: 8824<br>Date Filed:06/30/06<br>Docketed Total:  $464.91<br>Filing Creditor Name and Address<br> D V DIE CUTTING<br> TIMOTHY O BRIEN<br> 45 PRINCE ST<br> DANVERS MA 01923 | Claim Holder Name and Address    Docketed Total    $464.91<br><br>D V DIE CUTTING<br>TIMOTHY O BRIEN<br>45 PRINCE ST<br>DANVERS MA 01923<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $464.91<br>                                                    $464.91 | Modified Total    $464.91<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                            $464.91<br>                                                    $464.91 |
| Claim: 481<br>Date Filed:11/10/05<br>Docketed Total:  $1,000.00<br>Filing Creditor Name and Address<br> DAICEL SAFETY SYSTEMS AMERICA<br> LLC<br> 720 OLD LIBERTY CHURCH RD<br> BEAVER DAM KY 42320 | Claim Holder Name and Address    Docketed Total    $1,000.00<br><br>DAICEL SAFETY SYSTEMS AMERICA LLC<br>720 OLD LIBERTY CHURCH RD<br>BEAVER DAM KY 42320<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $1,000.00<br>                                                    $1,000.00 | Modified Total    $1,000.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $1,000.00<br>                                                    $1,000.00 |
| Claim: 3196<br>Date Filed:04/28/06<br>Docketed Total:  $4,324.40<br>Filing Creditor Name and Address<br> DAILEY ELECTRIC INC<br> PO BOX 514<br> WICHITA FALLS TX 76307 | Claim Holder Name and Address    Docketed Total    $4,324.40<br><br>DAILEY ELECTRIC INC<br>PO BOX 514<br>WICHITA FALLS TX 76307<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $4,324.40<br>                                                    $4,324.40 | Modified Total    $3,132.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $3,132.00<br>                                                    $3,132.00 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16018**
Date Filed: 08/09/06
Docketed Total:  $3,352.00
Filing Creditor Name and Address
 DAJACO INDUSTRIES INC
 49715 LEONA
 CHESTERFIELD MI 48051

Claim Holder Name and Address    Docketed Total    $3,352.00
DAJACO INDUSTRIES INC
49715 LEONA
CHESTERFIELD MI 48051

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,352.00 | 05-44640 | | | $2,600.00 |
| | | | $3,352.00 | | | | $2,600.00 |

Modified Total    $2,600.00

---

**Claim: 5477**
Date Filed: 05/10/06
Docketed Total:  $2,127.87
Filing Creditor Name and Address
 DANIELS MFG CORP
 526 THORPE RD
 ORLANDO FL 32824-8133

Claim Holder Name and Address    Docketed Total    $2,127.87
DANIELS MFG CORP
526 THORPE RD
ORLANDO FL 32824-8133

Modified Total    $1,559.63

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44624 | | | $2,127.87 | 05-44624 | | | $1,559.63 |
| | | | $2,127.87 | | | | $1,559.63 |

---

**Claim: 10981**
Date Filed: 07/26/06
Docketed Total:  $150.48
Filing Creditor Name and Address
 DANLY CONNELL
 CUST SERVICE
 11400 BROOK PK
 CLEVELAND OH 44130

Claim Holder Name and Address    Docketed Total    $150.48
DANLY CONNELL
CUST SERVICE
11400 BROOK PK
CLEVELAND OH 44130

Modified Total    $150.48

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $150.48 | 05-44640 | | | $150.48 |
| | | | $150.48 | | | | $150.48 |

---

**Claim: 9508**
Date Filed: 07/14/06
Docketed Total:  $2,508.00
Filing Creditor Name and Address
 DARMANN ABRASIVE PRODUCTS
 100 STERLING ST
 CLINTON MA 01510-1910

Claim Holder Name and Address    Docketed Total    $2,508.00
DARMANN ABRASIVE PRODUCTS
100 STERLING ST
CLINTON MA 01510-1910

Modified Total    $2,508.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,508.00 | 05-44640 | | | $2,508.00 |
| | | | $2,508.00 | | | | $2,508.00 |

---

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 906**
Date Filed: 11/28/05
Docketed Total: $10,780.36
Filing Creditor Name and Address
 DATA I O CORPORATION
 PO BOX 97046
 REDMOND WA 98073

Claim Holder Name and Address    Docketed Total    $10,780.36

DATA I O CORPORATION
PO BOX 97046
REDMOND WA 98073

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,780.36 |
| | | | $10,780.36 |

Modified Total    $10,750.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,750.36 |
| | | | $10,750.36 |

---

**Claim: 2084**
Date Filed: 02/21/06
Docketed Total: $467.84
Filing Creditor Name and Address
 DATA LTD INC
 703 DATA LTD PKWY
 PO BOX 761
 LAPORTE IN 46352-0761

Claim Holder Name and Address    Docketed Total    $467.84

DATA LTD INC
703 DATA LTD PKWY
PO BOX 761
LAPORTE IN 46352-0761

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $467.84 |
| | | | $467.84 |

Modified Total    $450.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $450.00 |
| | | | $450.00 |

---

**Claim: 2986**
Date Filed: 04/27/06
Docketed Total: $325.00
Filing Creditor Name and Address
 DATAPAQ INC
 187 BALLARDVALE ST UNIT A210
 WILMINGTON MA 018871053

Claim Holder Name and Address    Docketed Total    $325.00

DEBT ACQUISITION COMPANY OF AMERICA
V LLC
1565 HOTEL CIRCLE S STE 310
SAN DIEGO CA 92108

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $325.00 |
| | | | $325.00 |

Modified Total    $325.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $325.00 |
| | | | $325.00 |

---

**Claim: 478**
Date Filed: 11/10/05
Docketed Total: $19,989.45
Filing Creditor Name and Address
 DATAWARE INCORPORATED
 5153 EXCHANGE DR
 FLINT MI 48507

Claim Holder Name and Address    Docketed Total    $19,989.45

DATAWARE INCORPORATED
5153 EXCHANGE DR
FLINT MI 48507

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $19,989.45 |
| | | | $19,989.45 |

Modified Total    $19,989.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,989.45 |
| | | | $19,989.45 |

---

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2747<br>Date Filed:04/24/06<br>Docketed Total:  $71,255.39<br>Filing Creditor Name and Address<br> DATWYLER I O DEVICES AMERICAS<br> ATTN LINDA K BARR<br> NELSON MULLINS RILEY &<br> SCARBOROUGH<br> PO BOX 11070<br> COLUMBIA SC 29211-1070 | Claim Holder Name and Address    Docketed Total    $71,255.39<br><br>DATWYLER I O DEVICES AMERICAS<br>ATTN LINDA K BARR<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA SC 29211-1070<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567 _____ _____ _____ $71,255.39<br>                                      $71,255.39 | Modified Total    $69,387.01<br><br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567 _____ _____ _____ $69,387.01<br>                                      $69,387.01 |
| Claim: 4614<br>Date Filed:05/04/06<br>Docketed Total:  $425.81<br>Filing Creditor Name and Address<br> DAYTON CAPSCREW CO<br> KELLAY THOMPSON<br> 5747 WEBSTER ST<br> DAYTON OH 45414 | Claim Holder Name and Address    Docketed Total    $425.81<br><br>DAYTON CAPSCREW CO<br>KELLAY THOMPSON<br>5747 WEBSTER ST<br>DAYTON OH 45414<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $425.81<br>                                      $425.81 | Modified Total    $425.81<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $425.81<br>                                      $425.81 |
| Claim: 4008<br>Date Filed:05/01/06<br>Docketed Total:  $2,733.49<br>Filing Creditor Name and Address<br> DAYTON WATER SYSTEMS<br> 1288 MCCOOK AVE<br> DAYTON OH 45404-109 | Claim Holder Name and Address    Docketed Total    $2,733.49<br><br>DAYTON WATER SYSTEMS<br>1288 MCCOOK AVE<br>DAYTON OH 45404-109<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $2,733.49<br>                                      $2,733.49 | Modified Total    $2,149.75<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $2,149.75<br>                                      $2,149.75 |
| Claim: 2818<br>Date Filed:04/26/06<br>Docketed Total:  $2,375.60<br>Filing Creditor Name and Address<br> DBM CONTROL DISTRIBUTOR INC<br> 1277 MILITARY RD<br> BUFFALO NY 14217-1511 | Claim Holder Name and Address    Docketed Total    $2,375.60<br><br>DBM CONTROL DISTRIBUTOR INC<br>1277 MILITARY RD<br>BUFFALO NY 14217-1511<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $2,375.60<br>                                      $2,375.60 | Modified Total    $2,375.60<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $2,375.60<br>                                      $2,375.60 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1427<br>Date Filed:01/03/06<br>Docketed Total:   $24,839.13<br>Filing Creditor Name and Address<br> DE LA PLAZA INTERNATIONAL INC<br> 5632 BUCKLEY DR<br> EL PASO TX 79912-6420 | Claim Holder Name and Address    Docketed Total    $24,839.13<br><br>DE LA PLAZA INTERNATIONAL INC<br>5632 BUCKLEY DR<br>EL PASO TX 79912-6420<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $24,839.13<br>                                            $24,839.13 | Modified Total    $21,612.70<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $21,612.70<br>                                            $21,612.70 |
| Claim: 1402<br>Date Filed:12/30/05<br>Docketed Total:   $11,129.52<br>Filing Creditor Name and Address<br> DE MACHINE SHOP<br> 204 VERSAW CT UNIT 1<br> BERTHOUD CO 80513 | Claim Holder Name and Address    Docketed Total    $11,129.52<br><br>DE MACHINE SHOP<br>204 VERSAW CT UNIT 1<br>BERTHOUD CO 80513<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $11,129.52<br>                                            $11,129.52 | Modified Total    $11,129.52<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                    $11,129.52<br>                                            $11,129.52 |
| Claim: 11806<br>Date Filed:07/28/06<br>Docketed Total:   $717.00<br>Filing Creditor Name and Address<br> DE VERGES & ASSOCIATES<br> 1343 EAST 35TH PL<br> TULSA OK 74105 | Claim Holder Name and Address    Docketed Total    $717.00<br><br>DE VERGES & ASSOCIATES<br>1343 EAST 35TH PL<br>TULSA OK 74105<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $717.00<br>                                            $717.00 | Modified Total    $717.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                    $717.00<br>                                            $717.00 |
| Claim: 748<br>Date Filed:11/21/05<br>Docketed Total:   $6,907.98<br>Filing Creditor Name and Address<br> DEARBORN GROUP<br> 27007 HILLS TECH COURT<br> FARMINGTON HILLS MI 48331 | Claim Holder Name and Address    Docketed Total    $6,907.98<br><br>DEARBORN GROUP<br>27007 HILLS TECH COURT<br>FARMINGTON HILLS MI 48331<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $6,907.98<br>                                            $6,907.98 | Modified Total    $6,842.98<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-47474                                    $6,842.98<br>                                            $6,842.98 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8205**
Date Filed: 06/19/06
Docketed Total: $3,346.63
Filing Creditor Name and Address
  DECISIONONE CORPORATION
  DEPT CH 14055
  PALATINE IL 60055-4055

Claim Holder Name and Address    Docketed Total    $3,346.63

DECISIONONE CORPORATION
DEPT CH 14055
PALATINE IL 60055-4055

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,346.63 |
| | | | $3,346.63 |

Modified Total    $2,352.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,352.08 |
| | | | $2,352.08 |

---

**Claim: 4249**
Date Filed: 05/01/06
Docketed Total: $285.60
Filing Creditor Name and Address
  DECKER MANUFACTURING CORP
  703 N CLARK ST
  ALBION MI 49224-1455

Claim Holder Name and Address    Docketed Total    $285.60

DEBT ACQUISITION COMPANY OF AMERICA
V LLC
ATTN TRACI J FETTE
1565 HOTEL CIR S STE 310
SAN DIEGO CA 92108

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $285.60 |
| | | | $285.60 |

Modified Total    $285.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $285.60 |
| | | | $285.60 |

---

**Claim: 2914**
Date Filed: 04/27/06
Docketed Total: $750.00
Filing Creditor Name and Address
  DEETER ELECTRONICS INC EFT
  139 VALLEYVIEW AVE NW
  CANTON OH 44708

Claim Holder Name and Address    Docketed Total    $750.00

DEETER ELECTRONICS INC EFT
139 VALLEYVIEW AVE NW
CANTON OH 44708

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $750.00 |
| | | | $750.00 |

Modified Total    $750.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $750.00 |
| | | | $750.00 |

---

**Claim: 10474**
Date Filed: 07/24/06
Docketed Total: $1,501.92
Filing Creditor Name and Address
  DEFELSKO CORP
  802 PROCTOR AVE
  OGDENSBURG NY 13669

Claim Holder Name and Address    Docketed Total    $1,501.92

DEFELSKO CORP
802 PROCTOR AVE
OGDENSBURG NY 13669

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,501.92 |
| | | | $1,501.92 |

Modified Total    $1,501.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,501.92 |
| | | | $1,501.92 |

---

*See Exhibit E for a listing of debtor entities by case number          Page:   106  of  433

In re: Delphi Corporation, et al.                                                        Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 3739**
Date Filed: 05/01/06
Docketed Total:  $2,118.89
Filing Creditor Name and Address
 DEFFENBAUGH INDUSTRIES INC &
 ENGINEERED RECOVERY SYST
 ATTN BRENDA JERDE
 PO BOX 3220
 SHAWNEE KS 66217

| Claim Holder Name and Address | Docketed Total | $2,118.89 | | Modified Total | $577.50 |
|---|---|---|---|---|---|

DEFFENBAUGH INDUSTRIES INC &
ENGINEERED RECOVERY SYST
ATTN BRENDA JERDE
PO BOX 3220
SHAWNEE KS 66217

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,118.89 | 05-44640 | | | $577.50 |
| | | | $2,118.89 | | | | $577.50 |

---

**Claim: 10034**
Date Filed: 07/20/06
Docketed Total:  $402.34
Filing Creditor Name and Address
 DELTA CONTROL INC
 2532 NORDIC RD
 DAYTON OH 45414-3422

| Claim Holder Name and Address | Docketed Total | $402.34 | | Modified Total | $402.34 |
|---|---|---|---|---|---|

DELTA CONTROL INC
2532 NORDIC RD
DAYTON OH 45414-3422

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $402.34 | 05-44640 | | | $402.34 |
| | | | $402.34 | | | | $402.34 |

---

**Claim: 11884**
Date Filed: 07/28/06
Docketed Total:  $250.00
Filing Creditor Name and Address
 DELTA ELECTRICAL ENTERPRISES
 INC
 PO BOX 582683
 TULSA OK 74158-2683

| Claim Holder Name and Address | Docketed Total | $250.00 | | Modified Total | $250.00 |
|---|---|---|---|---|---|

DELTA ELECTRICAL ENTERPRISES INC
PO BOX 582683
TULSA OK 74158-2683

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $250.00 | 05-44482 | | | $250.00 |
| | | | $250.00 | | | | $250.00 |

---

**Claim: 283**
Date Filed: 11/02/05
Docketed Total:  $6,815.00
Filing Creditor Name and Address
 DELTA F CORPORATION
 4 CONSTITUTION WAY
 WOBURN MA 01801

| Claim Holder Name and Address | Docketed Total | $6,815.00 | | Modified Total | $6,815.00 |
|---|---|---|---|---|---|

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,815.00 | 05-44640 | | | $6,815.00 |
| | | | $6,815.00 | | | | $6,815.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2258<br>Date Filed:03/10/06<br>Docketed Total: $3,727.00<br>Filing Creditor Name and Address<br> DEMPSCO INC<br> 7015 CORPORATE WAY<br> DAYTON OH 45459 | Claim Holder Name and Address    Docketed Total    $3,727.00<br><br>DEMPSCO INC<br>7015 CORPORATE WAY<br>DAYTON OH 45459 | | | | Modified Total    $3,727.00 | | | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,727.00<br>$3,727.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,727.00<br>$3,727.00 |
| Claim: 3208<br>Date Filed:04/28/06<br>Docketed Total: $112.29<br>Filing Creditor Name and Address<br> DENMAN PROPANE<br> 8918 GATEWAY EAST<br> EL PASO TX 79907 | Claim Holder Name and Address    Docketed Total    $112.29<br><br>DENMAN PROPANE<br>8918 GATEWAY EAST<br>EL PASO TX 79907 | | | | Modified Total    $112.29 | | | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$112.29<br>$112.29 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$112.29<br>$112.29 |
| Claim: 13534<br>Date Filed:07/31/06<br>Docketed Total: $92.35<br>Filing Creditor Name and Address<br> DEPARTMENT OF ENVIRONMENTAL<br> QUALITY<br> PO BOX 2036<br> OKLAHOMA CITY OK 73101 | Claim Holder Name and Address    Docketed Total    $92.35<br><br>DEPARTMENT OF ENVIRONMENTAL QUALITY<br>PO BOX 2036<br>OKLAHOMA CITY OK 73101 | | | | Modified Total    $67.35 | | | |
| | <u>Case Number*</u><br>05-44482 | <u>Secured</u> | <u>Priority</u><br>$92.35<br>$92.35 | <u>Unsecured</u> | <u>Case Number*</u><br>05-44482 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$67.35<br>$67.35 |
| Claim: 782<br>Date Filed:11/22/05<br>Docketed Total: $20,069.00<br>Filing Creditor Name and Address<br> DEPENDABLE SEWER CLEANERS<br> 515 S HENRY<br> BAY CITY MI 48706 | Claim Holder Name and Address    Docketed Total    $20,069.00<br><br>DEPENDABLE SEWER CLEANERS<br>515 S HENRY<br>BAY CITY MI 48706 | | | | Modified Total    $15,736.62 | | | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$20,069.00<br>$20,069.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$15,736.62<br>$15,736.62 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 565<br>Date Filed:11/14/05<br>Docketed Total:   $720.41<br>Filing Creditor Name and Address<br>  DEPRAG INC VENDOR NO 06 582<br>  9640<br>  645 HEMBRY ST<br>  PO BOX 1554<br>  LEWISVILLE TX 75067-1554 | Claim Holder Name and Address    Docketed Total    $720.41<br><br>DEPRAG INC VENDOR NO 06 582 9640<br>645 HEMBRY ST<br>PO BOX 1554<br>LEWISVILLE TX 75067-1554<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481      _____    _____    _____    $720.41<br>                                                                $720.41 | Modified Total    $720.41<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    _____    _____    _____    $720.41<br>                                                              $720.41 |
| Claim: 15434<br>Date Filed:07/31/06<br>Docketed Total:   $1,803.44<br>Filing Creditor Name and Address<br>  DESIGN MEDIA TECHNOLOGY INC<br>  21119 HILLTOP STREET<br>  SOUTHFIELD MI 48033 | Claim Holder Name and Address    Docketed Total    $1,803.44<br><br>DESIGN MEDIA TECHNOLOGY INC<br>21119 HILLTOP STREET<br>SOUTHFIELD MI 48033<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481      _____    _____    _____    $1,803.44<br>                                                                $1,803.44 | Modified Total    $1,803.44<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    _____    _____    _____    $1,803.44<br>                                                              $1,803.44 |
| Claim: 3360<br>Date Filed:04/28/06<br>Docketed Total:   $4,545.00<br>Filing Creditor Name and Address<br>  DETECTION SYSTEMS & ENGRG CO<br>  1450 TEMPLE CITY DR<br>  TROY MI 48084-4608 | Claim Holder Name and Address    Docketed Total    $4,545.00<br><br>DETECTION SYSTEMS & ENGRG CO<br>1450 TEMPLE CITY DR<br>TROY MI 48084-4608<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481      _____    _____    _____    $4,545.00<br>                                                                $4,545.00 | Modified Total    $3,030.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    _____    _____    _____    $3,030.00<br>                                                              $3,030.00 |
| Claim: 6863<br>Date Filed:05/25/06<br>Docketed Total:   $1,911.66<br>Filing Creditor Name and Address<br>  DETROIT STOKER CO EFT<br>  PO BOX 732<br>  MONROE MI 48161 | Claim Holder Name and Address    Docketed Total    $1,911.66<br><br>DETROIT STOKER CO EFT<br>PO BOX 732<br>MONROE MI 48161<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481      _____    _____    _____    $1,911.66<br>                                                                $1,911.66 | Modified Total    $1,911.66<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    _____    _____    _____    $1,911.66<br>                                                              $1,911.66 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2938<br>Date Filed: 04/27/06<br>Docketed Total: $3,445.73<br>Filing Creditor Name and Address<br>DEVCO CORPORATION<br>BILL DURNAN<br>300 LANIDEX PLAZA<br>2ND FL<br>PARSIPPANY NJ 07054 | Claim Holder Name and Address     Docketed Total    $3,445.73<br><br>DEVCO CORPORATION<br>BILL DURNAN<br>300 LANIDEX PLAZA<br>2ND FL<br>PARSIPPANY NJ 07054<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $3,445.73<br>                                    $3,445.73 | Modified Total    $3,445.73<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $3,445.73<br>                                   $3,445.73 |
| Claim: 1586<br>Date Filed: 01/17/06<br>Docketed Total: $16,269.10<br>Filing Creditor Name and Address<br>DEVRIES INTERNATIONAL INC<br>1645 REYNOLDS AVE<br>IRVINE CA 92614 | Claim Holder Name and Address     Docketed Total    $16,269.10<br><br>DEVRIES INTERNATIONAL INC<br>1645 REYNOLDS AVE<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $16,269.10<br>                                   $16,269.10 | Modified Total    $16,269.10<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $16,269.10<br>                                   $16,269.10 |
| Claim: 4616<br>Date Filed: 05/04/06<br>Docketed Total: $890.50<br>Filing Creditor Name and Address<br>DEXTER MAGNETIC TECHNOLOGIES<br>1050 MORSE AVE<br>ELK GROVE IL 60007 | Claim Holder Name and Address     Docketed Total    $890.50<br><br>DEXTER MAGNETIC TECHNOLOGIES<br>1050 MORSE AVE<br>ELK GROVE IL 60007<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $890.50<br>                                   $890.50 | Modified Total    $514.50<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                              $514.50<br>                                   $514.50 |
| Claim: 4617<br>Date Filed: 05/04/06<br>Docketed Total: $580.00<br>Filing Creditor Name and Address<br>DEXTER MAGNETIC TECHNOLOGIES<br>1050 MORSE AVE<br>ELK GROVE VILLAGE IL 60007 | Claim Holder Name and Address     Docketed Total    $580.00<br><br>DEXTER MAGNETIC TECHNOLOGIES<br>1050 MORSE AVE<br>ELK GROVE VILLAGE IL 60007<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $580.00<br>                                   $580.00 | Modified Total    $300.60<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                              $300.60<br>                                   $300.60 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1025<br>Date Filed:12/06/05<br>Docketed Total:   $4,458.16<br>Filing Creditor Name and Address<br> DIAGRAPH MSP<br> 5307 MEADOWLAND PKWY<br> MARION IL 62959 | Claim Holder Name and Address<br><br>DIAGRAPH MSP<br>5307 MEADOWLAND PKWY<br>MARION IL 62959 | Docketed Total | | $4,458.16 | | Modified Total | | $4,458.16 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,458.16<br>$4,458.16 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,458.16<br>$4,458.16 |
| Claim: 10621<br>Date Filed:07/25/06<br>Docketed Total:   $16,996.00<br>Filing Creditor Name and Address<br> DIAMOND DESIGN & ENGINEERING<br> INC<br> PO BOX 184<br> FREELAND MI 48623 | Claim Holder Name and Address<br><br>DIAMOND DESIGN & ENGINEERING<br>INC<br>PO BOX 184<br>FREELAND MI 48623 | Docketed Total | | $16,996.00 | | Modified Total | | $16,996.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,996.00<br>$16,996.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,996.00<br>$16,996.00 |
| Claim: 1430<br>Date Filed:01/04/06<br>Docketed Total:   $8,547.69<br>Filing Creditor Name and Address<br> DIAMOND TOOL & DIE INC<br> MARK DAN WELTER<br> 508 29TH AVE<br> OAKLAND CA 94601 | Claim Holder Name and Address<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $8,547.69 | | Modified Total | | $8,547.59 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$8,547.69<br>$8,547.69 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$8,547.59<br>$8,547.59 |
| Claim: 7020<br>Date Filed:05/30/06<br>Docketed Total:   $2,330.20<br>Filing Creditor Name and Address<br> DICKMAN SUPPLY INC<br> PO BOX 569<br> SIDNEY OH 45365-0569 | Claim Holder Name and Address<br><br>DICKMAN SUPPLY INC<br>PO BOX 569<br>SIDNEY OH 45365-0569 | Docketed Total | | $2,330.20 | | Modified Total | | $2,330.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,330.20<br>$2,330.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,330.20<br>$2,330.20 |

In re: Delphi Corporation, et al.                                                                     Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5857<br>Date Filed:05/15/06<br>Docketed Total:  $18,308.60<br>Filing Creditor Name and Address<br> DIERKER & ASSOCIATES PC<br> 3331 W BIG BEAVER RD STE 109<br> TROY MI 48084-2813 | Claim Holder Name and Address<br><br>DIERKER & ASSOCIATES PC<br>3331 W BIG BEAVER RD STE 109<br>TROY MI 48084-2813 | Docketed Total | | $18,308.60 | | Modified Total | | $18,308.60 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$18,308.60<br>$18,308.60 | Case Number*<br>05-44554 | Secured | Priority | Unsecured<br>$18,308.60<br>$18,308.60 |
| Claim: 5596<br>Date Filed:05/10/06<br>Docketed Total:  $8,730.29<br>Filing Creditor Name and Address<br> DIGATRON FIRING CIRCUITS INC<br> 230 LONG HILL CROSS RD<br> SHELTON CT 06484 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $8,730.29 | | Modified Total | | $8,346.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,730.29<br>$8,730.29 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$8,346.00<br>$8,346.00 |
| Claim: 582<br>Date Filed:11/15/05<br>Docketed Total:  $15,486.00<br>Filing Creditor Name and Address<br> DIMENSION CARBIDE INC<br> 12645 STATE HWY 198<br> GUYS MILLS PA 16327 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $15,486.00 | | Modified Total | | $15,486.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$15,486.00<br>$15,486.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,486.00<br>$15,486.00 |
| Claim: 14072<br>Date Filed:07/31/06<br>Docketed Total:  $382.51<br>Filing Creditor Name and Address<br> DIRECTOR DEPARTMENT<br> OFFICE OF THE ILLINOIS STATE<br> TREASU<br> 1 WEST OLD STATE CAPITOL PLAZA<br> SPRINGFIELD IL 62701 | Claim Holder Name and Address<br><br>DIRECTOR DEPARTMENT<br>OFFICE OF THE ILLINOIS STATE<br>TREASU<br>1 WEST OLD STATE CAPITOL PLAZA<br>SPRINGFIELD IL 62701 | Docketed Total | | $382.51 | | Modified Total | | $382.51 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$382.51<br>$382.51 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$382.51<br>$382.51 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 832**
Date Filed: 11/23/05
Docketed Total:  $7,546.60
Filing Creditor Name and Address
 DISCO HI TEC AMERICA INC
 3270 SCOTT BLVD
 SANTA CLARA CA 95054-3011

Claim Holder Name and Address    Docketed Total    $7,546.60

DISCO HI TEC AMERICA INC
3270 SCOTT BLVD
SANTA CLARA CA 95054-3011

Modified Total    $4,064.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,546.60 | 05-44640 | | | $4,064.00 |
| | | | $7,546.60 | | | | $4,064.00 |

**Claim: 1391**
Date Filed: 12/30/05
Docketed Total:  $12,403.12
Filing Creditor Name and Address
 DIVAL SAFETY EQUIPMENT
 1721 NIAGARA ST
 BUFFALO NY 14207

Claim Holder Name and Address    Docketed Total    $12,403.12

DIVAL SAFETY EQUIPMENT
1721 NIAGARA ST
BUFFALO NY 14207

Modified Total    $12,097.69

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $12,403.12 | | 05-44640 | | | $12,097.69 |
| | | $12,403.12 | | | | | $12,097.69 |

**Claim: 2095**
Date Filed: 02/21/06
Docketed Total:  $3,760.67
Filing Creditor Name and Address
 DIXIE CONTAINER CORPORATION
 PACKAGING CREDIT COMPANY LLC
 ATTN KAREN MCGILL
 900 E DIEHL RD STE 131
 NAPERVILLE IL 60563

Claim Holder Name and Address    Docketed Total    $3,760.67

DIXIE CONTAINER CORPORATION
PACKAGING CREDIT COMPANY LLC
ATTN KAREN MCGILL
900 E DIEHL RD STE 131
NAPERVILLE IL 60563

Modified Total    $3,760.67

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,760.67 | 05-44640 | | | $3,760.67 |
| | | | $3,760.67 | | | | $3,760.67 |

**Claim: 3105**
Date Filed: 04/28/06
Docketed Total:  $2,673.00
Filing Creditor Name and Address
 DK SYSTEMS
 TONY
 9555 S HOWELL AVE
 OAK CREEK WI 53154

Claim Holder Name and Address    Docketed Total    $2,673.00

DK SYSTEMS
TONY
9555 S HOWELL AVE
OAK CREEK WI 53154

Modified Total    $2,673.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,673.00 | 05-44640 | | | $2,673.00 |
| | | | $2,673.00 | | | | $2,673.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 1625**
Date Filed: 01/23/06
Docketed Total:   $1,267.12
Filing Creditor Name and Address
  DOBMEIER JANITOR SUPPLY INC
  354 ENGLEWOOD AVE
  BUFFALO NY 14223

| Claim Holder Name and Address | Docketed Total | | $1,267.12 | | Modified Total | | $679.70 |
|---|---|---|---|---|---|---|---|
| DOBMEIER JANITOR SUPPLY INC 354 ENGLEWOOD AVE BUFFALO NY 14223 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $1,267.12 | 05-44640 | | | $679.70 |
| | | | $1,267.12 | | | | $679.70 |

**Claim: 2361**
Date Filed: 03/22/06
Docketed Total:   $350.00
Filing Creditor Name and Address
  DOBSON INDUSTRIAL INC
  3660 N EUCLID AVE
  BAY CITY MI 48706

| Claim Holder Name and Address | Docketed Total | | $350.00 | | Modified Total | | $350.00 |
|---|---|---|---|---|---|---|---|
| DOBSON INDUSTRIAL INC 3660 N EUCLID AVE BAY CITY MI 48706 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $350.00 | 05-44640 | | | $350.00 |
| | | | $350.00 | | | | $350.00 |

**Claim: 2362**
Date Filed: 03/22/06
Docketed Total:   $2,930.00
Filing Creditor Name and Address
  DOBSON INDUSTRIAL INC
  3660 N EUCLID AVE
  BAY CITY MI 48706

| Claim Holder Name and Address | Docketed Total | | $2,930.00 | | Modified Total | | $2,930.00 |
|---|---|---|---|---|---|---|---|
| DOBSON INDUSTRIAL INC 3660 N EUCLID AVE BAY CITY MI 48706 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $2,930.00 | 05-44640 | | | $2,930.00 |
| | | | $2,930.00 | | | | $2,930.00 |

**Claim: 2363**
Date Filed: 03/22/06
Docketed Total:   $950.00
Filing Creditor Name and Address
  DOBSON INDUSTRIAL INC
  3660 N EUCLID AVE
  BAY CITY MI 48706

| Claim Holder Name and Address | Docketed Total | | $950.00 | | Modified Total | | $950.00 |
|---|---|---|---|---|---|---|---|
| DOBSON INDUSTRIAL INC 3660 N EUCLID AVE BAY CITY MI 48706 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $950.00 | 05-44640 | | | $950.00 |
| | | | $950.00 | | | | $950.00 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2365<br>Date Filed:03/22/06<br>Docketed Total:   $930.41<br>Filing Creditor Name and Address<br>  DOBSON INDUSTRIAL INC<br>  3660 N EUCLID AVE<br>  BAY CITY MI 48706 | Claim Holder Name and Address    Docketed Total    $930.41<br><br>DOBSON INDUSTRIAL INC<br>3660 N EUCLID AVE<br>BAY CITY MI 48706<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $930.41<br>                                                $930.41 | Modified Total    $930.41<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $930.41<br>                                                $930.41 |
| Claim: 2366<br>Date Filed:03/22/06<br>Docketed Total:   $718.00<br>Filing Creditor Name and Address<br>  DOBSON INDUSTRIAL INC<br>  3660 N EUCLID AVE<br>  BAY CITY MI 48706 | Claim Holder Name and Address    Docketed Total    $718.00<br><br>DOBSON INDUSTRIAL INC<br>3660 N EUCLID AVE<br>BAY CITY MI 48706<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $718.00<br>                                                $718.00 | Modified Total    $718.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $718.00<br>                                                $718.00 |
| Claim: 2367<br>Date Filed:03/22/06<br>Docketed Total:   $15,139.00<br>Filing Creditor Name and Address<br>  DOBSON INDUSTRIAL INC<br>  3660 N EUCLID AVE<br>  BAY CITY MI 48706 | Claim Holder Name and Address    Docketed Total    $15,139.00<br><br>DOBSON INDUSTRIAL INC<br>3660 N EUCLID AVE<br>BAY CITY MI 48706<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $15,139.00<br>                                                $15,139.00 | Modified Total    $15,139.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $15,139.00<br>                                                $15,139.00 |
| Claim: 2368<br>Date Filed:03/22/06<br>Docketed Total:   $8,233.00<br>Filing Creditor Name and Address<br>  DOBSON INDUSTRIAL INC<br>  3660 N EUCLID AVE<br>  BAY CITY MI 48706 | Claim Holder Name and Address    Docketed Total    $8,233.00<br><br>DOBSON INDUSTRIAL INC<br>3660 N EUCLID AVE<br>BAY CITY MI 48706<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $8,233.00<br>                                                $8,233.00 | Modified Total    $8,233.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $8,233.00<br>                                                $8,233.00 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2369**
Date Filed: 03/22/06
Docketed Total:   $718.00
Filing Creditor Name and Address
  DOBSON INDUSTRIAL INC
  3660 N EUCLID AVE
  BAY CITY MI 48706

Claim Holder Name and Address     Docketed Total     $718.00
DOBSON INDUSTRIAL INC
3660 N EUCLID AVE
BAY CITY MI 48706

Modified Total     $718.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $718.00 | 05-44640 | | | $718.00 |
| | | | $718.00 | | | | $718.00 |

**Claim: 2370**
Date Filed: 03/22/06
Docketed Total:   $8,160.00
Filing Creditor Name and Address
  DOBSON INDUSTRIAL INC
  3660 N EUCLID AVE
  BAY CITY MI 48706

Claim Holder Name and Address     Docketed Total     $8,160.00
DOBSON INDUSTRIAL INC
3660 N EUCLID AVE
BAY CITY MI 48706

Modified Total     $8,160.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,160.00 | 05-44640 | | | $8,160.00 |
| | | | $8,160.00 | | | | $8,160.00 |

**Claim: 2373**
Date Filed: 03/22/06
Docketed Total:   $698.00
Filing Creditor Name and Address
  DOBSON INDUSTRIAL INC
  3660 N EUCLID AVE
  BAY CITY MI 48706

Claim Holder Name and Address     Docketed Total     $698.00
DOBSON INDUSTRIAL INC
3660 N EUCLID AVE
BAY CITY MI 48706

Modified Total     $698.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $698.00 | 05-44640 | | | $698.00 |
| | | | $698.00 | | | | $698.00 |

**Claim: 2375**
Date Filed: 03/22/06
Docketed Total:   $1,053.00
Filing Creditor Name and Address
  DOBSON INDUSTRIAL INC
  3660 N EUCLID AVE
  BAY CITY MI 48706

Claim Holder Name and Address     Docketed Total     $1,053.00
DOBSON INDUSTRIAL INC
3660 N EUCLID AVE
BAY CITY MI 48706

Modified Total     $1,053.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,053.00 | 05-44640 | | | $1,053.00 |
| | | | $1,053.00 | | | | $1,053.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2376**
Date Filed: 03/22/06
Docketed Total:   $1,097.00
Filing Creditor Name and Address
  DOBSON INDUSTRIAL INC
  3660 N EUCLID AVE
  BAY CITY MI 48706

Claim Holder Name and Address    Docketed Total    $1,097.00
DOBSON INDUSTRIAL INC
3660 N EUCLID AVE
BAY CITY MI 48706

Modified Total    $1,097.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,097.00 | 05-44640 | | | $1,097.00 |
| | | | $1,097.00 | | | | $1,097.00 |

**Claim: 1629**
Date Filed: 01/23/06
Docketed Total:   $443.23
Filing Creditor Name and Address
  DOLOMITE PRODUCTS COMPANY INC
  WIEDMAN VAZZANA CORCORAN &
  VOLTA PC
  5 S FITZHUGH ST
  ROCHESTER NY 14614

Claim Holder Name and Address    Docketed Total    $443.23
DOLOMITE PRODUCTS COMPANY INC
WIEDMAN VAZZANA CORCORAN &
VOLTA PC
5 S FITZHUGH ST
ROCHESTER NY 14614

Modified Total    $443.23

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $443.23 | 05-44640 | | | $443.23 |
| | | | $443.23 | | | | $443.23 |

**Claim: 246**
Date Filed: 10/31/05
Docketed Total:   $6,584.00
Filing Creditor Name and Address
  DOTRONIX
  DOTRONIX TECHNOLOGIES
  160 1ST ST SE
  NEW BRIGHTON MN 55113

Claim Holder Name and Address    Docketed Total    $6,584.00
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Modified Total    $6,584.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,584.00 | 05-44640 | | | $6,584.00 |
| | | | $6,584.00 | | | | $6,584.00 |

**Claim: 3851**
Date Filed: 05/01/06
Docketed Total:   $9,480.00
Filing Creditor Name and Address
  DOVER CHEMICAL CORP DE MILLE
  CHEMICAL CO
  PO BOX 40
  DOVER OH 44622

Claim Holder Name and Address    Docketed Total    $9,480.00
DOVER CHEMICAL CORP DE MILLE
CHEMICAL CO
PO BOX 40
DOVER OH 44622

Modified Total    $9,480.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $9,480.00 | 05-44640 | | | $9,480.00 |
| | | | $9,480.00 | | | | $9,480.00 |

In re: Delphi Corporation, et al.                                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2755<br>Date Filed:04/25/06<br>Docketed Total:  $12,167.96<br>Filing Creditor Name and Address<br> DRIV LOK INC<br> 1140 PK AVE<br> SYCAMORE IL 60178-292 | Claim Holder Name and Address     Docketed Total     $12,167.96<br><br>DRIV LOK INC<br>1140 PK AVE<br>SYCAMORE IL 60178-292<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                  $12,167.96<br>                                                          $12,167.96 | Modified Total     $10,808.85<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                  $10,808.85<br>                                                          $10,808.85 |
| Claim: 5058<br>Date Filed:05/08/06<br>Docketed Total:  $3,252.80<br>Filing Creditor Name and Address<br> DRUMETA METALL GMBH & CO KG<br> SIEMENSSTRASSE 7<br> 42551 VELBERT<br><br> GERMANY | Claim Holder Name and Address     Docketed Total     $3,252.80<br><br>DRUMETA METALL GMBH & CO KG<br>SIEMENSSTRASSE 7<br>42551 VELBERT<br><br>GERMANY<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                  $3,252.80<br>                                                          $3,252.80 | Modified Total     $3,252.80<br><br><br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                  $3,252.80<br>                                                          $3,252.80 |
| Claim: 7088<br>Date Filed:05/30/06<br>Docketed Total:  $29,435.90<br>Filing Creditor Name and Address<br> DSPACE INC<br> 28700 CABOT DR STE 1100<br> NOVI MI 48377 | Claim Holder Name and Address     Docketed Total     $29,435.90<br><br>DSPACE INC<br>28700 CABOT DR STE 1100<br>NOVI MI 48377<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                  $29,435.90<br>                                                          $29,435.90 | Modified Total     $29,435.90<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                  $29,435.90<br>                                                          $29,435.90 |
| Claim: 583<br>Date Filed:11/15/05<br>Docketed Total:  $14,600.00<br>Filing Creditor Name and Address<br> DUGGANS MANUFACTURING LLC<br> 50105 RYAN RD S 15<br> SHELBY TOWNSHIP MI 48317 | Claim Holder Name and Address     Docketed Total     $14,600.00<br><br>DUGGANS MANUFACTURING LLC<br>50105 RYAN RD S 15<br>SHELBY TOWNSHIP MI 48317<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                  $14,600.00<br>                                                          $14,600.00 | Modified Total     $14,600.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                  $14,600.00<br>                                                          $14,600.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

**EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 7402<br>Date Filed:06/05/06<br>Docketed Total:   $6,242.00<br>Filing Creditor Name and Address<br> DUKANE CORP<br> 2900 DUKANE DR<br> ST CHARLES IL 60174-3348 | Claim Holder Name and Address     Docketed Total     $6,242.00<br><br>DUKANE CORP<br>2900 DUKANE DR<br>ST CHARLES IL 60174-3348 | Modified Total     $4,800.00 |

| | | |
|---|---|---|
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                          $6,242.00<br>                                                 $6,242.00 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                          $4,800.00<br>                                                 $4,800.00 |

| | | |
|---|---|---|
| Claim: 3117<br>Date Filed:04/28/06<br>Docketed Total:   $227.67<br>Filing Creditor Name and Address<br> DUNHAM RUBBER AND BELTING EFT<br> CORP<br> PO BOX 47249<br> INDIANAPOLIS IN 46247-0249 | Claim Holder Name and Address     Docketed Total     $227.67<br><br>DUNHAM RUBBER AND BELTING EFT CORP<br>PO BOX 47249<br>INDIANAPOLIS IN 46247-0249 | Modified Total     $227.67 |

| | | |
|---|---|---|
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                          $227.67<br>                                                 $227.67 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                          $227.67<br>                                                 $227.67 |

| | | |
|---|---|---|
| Claim: 2380<br>Date Filed:03/23/06<br>Docketed Total:   $409.00<br>Filing Creditor Name and Address<br> DURPHY PACKAGING<br> MICHAEL DURPHY<br> 47 RICHARD RD<br> IVYLAND PA 18974 | Claim Holder Name and Address     Docketed Total     $409.00<br><br>DURPHY PACKAGING<br>MICHAEL DURPHY<br>47 RICHARD RD<br>IVYLAND PA 18974 | Modified Total     $409.00 |

| | | |
|---|---|---|
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                          $409.00<br>                                                 $409.00 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                          $409.00<br>                                                 $409.00 |

| | | |
|---|---|---|
| Claim: 153<br>Date Filed:10/28/05<br>Docketed Total:   $2,475.00<br>Filing Creditor Name and Address<br> DUTHIE POWER SERVICES<br> 2335 E CHERRY INDUSTRIAL<br> CIRCLE<br> LONG BEACH CA 90805 | Claim Holder Name and Address     Docketed Total     $2,475.00<br><br>DUTHIE POWER SERVICES<br>2335 E CHERRY INDUSTRIAL<br>CIRCLE<br>LONG BEACH CA 90805 | Modified Total     $2,475.00 |

| | | |
|---|---|---|
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                          $2,475.00<br>                                                 $2,475.00 | Case Number*     Secured     Priority     Unsecured<br>05-44624                                          $2,475.00<br>                                                 $2,475.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6903<br>Date Filed:05/26/06<br>Docketed Total:  $18,577.43<br>Filing Creditor Name and Address<br>  DYNECOL INC<br>  6520 GEORGIA<br>  DETROIT MI 48211 | Claim Holder Name and Address<br><br>DYNECOL INC<br>6520 GEORGIA<br>DETROIT MI 48211 | Docketed Total | | $18,577.43 | | Modified Total | | $18,577.43 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$18,577.43<br>$18,577.43 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$18,577.43<br>$18,577.43 |
| Claim: 1161<br>Date Filed:12/14/05<br>Docketed Total:  $1,400.00<br>Filing Creditor Name and Address<br>  DYTRAN INSTRUMENTS INC<br>  21592 MARILLA ST<br>  CHATSWORTH CA 91311 | Claim Holder Name and Address<br><br>DYTRAN INSTRUMENTS INC<br>21592 MARILLA ST<br>CHATSWORTH CA 91311 | Docketed Total | | $1,400.00 | | Modified Total | | $1,050.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,400.00<br>$1,400.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,050.00<br>$1,050.00 |
| Claim: 7604<br>Date Filed:06/07/06<br>Docketed Total:  $286.80<br>Filing Creditor Name and Address<br>  E AND E ENG INC<br>  7200 MILLER DR<br>  WARREN MI 48092 | Claim Holder Name and Address<br><br>E AND E ENG INC<br>7200 MILLER DR<br>WARREN MI 48092 | Docketed Total | | $286.80 | | Modified Total | | $286.80 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$286.80<br>$286.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$286.80<br>$286.80 |
| Claim: 7605<br>Date Filed:06/07/06<br>Docketed Total:  $1,348.00<br>Filing Creditor Name and Address<br>  E AND E SPECIAL PRODUCTS<br>  7200 MILLER RD<br>  WARREN MI 48092 | Claim Holder Name and Address<br><br>E AND E SPECIAL PRODUCTS<br>7200 MILLER RD<br>WARREN MI 48092 | Docketed Total | | $1,348.00 | | Modified Total | | $1,348.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,348.00<br>$1,348.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,348.00<br>$1,348.00 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8368<br>Date Filed:06/22/06<br>Docketed Total:   $20,449.14<br>Filing Creditor Name and Address<br> E D FARRELL CO INC<br> 105 EMPIRE DR<br> WEST SENECA NY 14224 | Claim Holder Name and Address      Docketed Total      $20,449.14<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $20,449.14<br>                                                  $20,449.14 | Modified Total      $15,537.52<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $15,537.52<br>                                                  $15,537.52 |
| Claim: 819<br>Date Filed:11/23/05<br>Docketed Total:   $597.99<br>Filing Creditor Name and Address<br> E S PLASTIC PRODUCTS INC<br> 809 MOHR AVE<br> WATERFORD WI 53185 | Claim Holder Name and Address      Docketed Total      $597.99<br><br>E S PLASTIC PRODUCTS INC<br>809 MOHR AVE<br>WATERFORD WI 53185<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $597.99<br>                                                  $597.99 | Modified Total      $297.70<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $297.70<br>                                                  $297.70 |
| Claim: 7064<br>Date Filed:05/30/06<br>Docketed Total:   $88.50<br>Filing Creditor Name and Address<br> E&E ENGINEERING INC<br> 7200 MILLER DR<br> WARREN MI 48092-4727 | Claim Holder Name and Address      Docketed Total      $88.50<br><br>E&E ENGINEERING INC<br>7200 MILLER DR<br>WARREN MI 48092-4727<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $88.50<br>                                                  $88.50 | Modified Total      $88.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $88.50<br>                                                  $88.50 |
| Claim: 11147<br>Date Filed:07/26/06<br>Docketed Total:   $1,552.50<br>Filing Creditor Name and Address<br> EAGLE ELECTRIC SUPPLY CO<br> 135 WILL DR<br> CANTON MA 02021 | Claim Holder Name and Address      Docketed Total      $1,552.50<br><br>EAGLE ELECTRIC SUPPLY CO<br>135 WILL DR<br>CANTON MA 02021<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $1,552.50<br>                                                  $1,552.50 | Modified Total      $1,552.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $1,552.50<br>                                                  $1,552.50 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   121  of 433

In re: Delphi Corporation, et al.                                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7657<br>Date Filed: 06/08/06<br>Docketed Total:   $11,080.20<br>Filing Creditor Name and Address<br> EAGLE FASTENERS INCORPORATED<br> 2431 PONTIAC RD<br> AUBURN HILLS MI 48326 | Claim Holder Name and Address<br><br>EAGLE FASTENERS INCORPORATED<br>2431 PONTIAC RD<br>AUBURN HILLS MI 48326 | Docketed Total | | $11,080.20 | Modified Total | | | $11,080.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,080.20<br>$11,080.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,080.20<br>$11,080.20 |
| Claim: 988<br>Date Filed: 12/05/05<br>Docketed Total:   $642,173.00<br>Filing Creditor Name and Address<br> EAGLE TEST SYSTEMS INC<br> JOHN P SIEGER ESQ<br> KATTEN MUCHIN ROSENMAN LLP<br> 525 W MONROE  ST<br> CHICAGO IL 60661 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Docketed Total | | $642,173.00 | Modified Total | | | $642,173.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$642,173.00<br>$642,173.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$642,173.00<br>$642,173.00 |
| Claim: 377<br>Date Filed: 11/07/05<br>Docketed Total:   $9,513.50<br>Filing Creditor Name and Address<br> EASTERN TOOL & MACHINE INC<br> 7887 SOUTHERN BLVD<br> YOUNGSTOWN OH 44512 | Claim Holder Name and Address<br><br>EASTERN TOOL & MACHINE INC<br>7887 SOUTHERN BLVD<br>YOUNGSTOWN OH 44512 | Docketed Total | | $9,513.50 | Modified Total | | | $9,513.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,513.50<br>$9,513.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,513.50<br>$9,513.50 |
| Claim: 2616<br>Date Filed: 04/12/06<br>Docketed Total:   $47.88<br>Filing Creditor Name and Address<br> EDNA M LOMBARDO<br> 2 JAMES ST<br> MERIDEN CT 06451-3122 | Claim Holder Name and Address<br><br>EDNA M LOMBARDO<br>2 JAMES ST<br>MERIDEN CT 06451-3122 | Docketed Total | | $47.88 | Modified Total | | | $47.88 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$47.88<br>$47.88 | Unsecured | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$47.88<br>$47.88 |

In re: Delphi Corporation, et al.                                        Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5887<br>Date Filed:05/15/06<br>Docketed Total:  $184,673.70<br>Filing Creditor Name and Address<br> EIMO AMERICAS<br> 14320 S PORTAGE RD<br> VICKSBURG MI 49097-9732 | Claim Holder Name and Address<br><br>EIMO AMERICAS<br>14320 S PORTAGE RD<br>VICKSBURG MI 49097-9732 | Docketed Total | | $184,673.70 | | Modified Total | | $183,904.80 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$184,673.70<br>$184,673.70 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$183,904.80<br>$183,904.80 |
| Claim: 2641<br>Date Filed:04/13/06<br>Docketed Total:  $4,944.50<br>Filing Creditor Name and Address<br> EL PASO HEATER & SUPPLY &<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE ROAD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br><br>EL PASO HEATER & SUPPLY & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614 | Docketed Total | | $4,944.50 | | Modified Total | | $3,654.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,944.50<br>$4,944.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,654.50<br>$3,654.50 |
| Claim: 5332<br>Date Filed:05/08/06<br>Docketed Total:  $636.00<br>Filing Creditor Name and Address<br> ELCOMETER INC<br> 1893 ROCHESTER INDUSTRIAL DR<br> ROCHESTER HILLS MI 48309-3342 | Claim Holder Name and Address<br><br>ELCOMETER INC<br>1893 ROCHESTER INDUSTRIAL DR<br>ROCHESTER HILLS MI 48309-3342 | Docketed Total | | $636.00 | | Modified Total | | $636.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$636.00<br>$636.00 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$636.00<br>$636.00 |
| Claim: 885<br>Date Filed:11/28/05<br>Docketed Total:  $128.00<br>Filing Creditor Name and Address<br> ELECTONICS FOR INDUSTRY INC<br> 6850 SW 79 TER<br> SOUTH MIAMI FL 33143-4440 | Claim Holder Name and Address<br><br>ELECTONICS FOR INDUSTRY INC<br>6850 SW 79 TER<br>SOUTH MIAMI FL 33143-4440 | Docketed Total | | $128.00 | | Modified Total | | $128.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$128.00<br>$128.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$128.00<br>$128.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5838<br>Date Filed:05/15/06<br>Docketed Total:  $1,943.35<br>Filing Creditor Name and Address<br> ELECTRIC CONTROL & INST INC<br> CLAUDIA GARCIA<br> 301 MEXICO BLVD STE E9<br> BROWNSVILLE TX 78520 | Claim Holder Name and Address  Docketed Total  $1,943.35<br><br>ELECTRIC CONTROL & INST INC<br>CLAUDIA GARCIA<br>301 MEXICO BLVD STE E9<br>BROWNSVILLE TX 78520<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567 ___ ___ ___  $1,943.35<br>                                            $1,943.35 | Modified Total  $1,703.35<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567 ___ ___ ___  $1,703.35<br>                                            $1,703.35 |
| Claim: 5839<br>Date Filed:05/15/06<br>Docketed Total:  $19,950.00<br>Filing Creditor Name and Address<br> ELECTRIC CONTROL & INSTRUMENTA<br> 301 MEXICO BLVD STE E9<br> BROWNSVILLE TX 78520 | Claim Holder Name and Address  Docketed Total  $19,950.00<br><br>ELECTRIC CONTROL & INSTRUMENTA<br>301 MEXICO BLVD STE E9<br>BROWNSVILLE TX 78520<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481 ___ ___ ___  $19,950.00<br>                                            $19,950.00 | Modified Total  $19,950.00<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640 ___ ___ ___  $19,950.00<br>                                            $19,950.00 |
| Claim: 242<br>Date Filed:10/31/05<br>Docketed Total:  $4,366.13<br>Filing Creditor Name and Address<br> ELECTRICAL SOUTH LP<br> PO BOX 49239<br> GREENSBORO NC 27419 | Claim Holder Name and Address  Docketed Total  $4,366.13<br><br>ELECTRICAL SOUTH LP<br>PO BOX 49239<br>GREENSBORO NC 27419<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481 ___ ___ ___  $4,366.13<br>                                            $4,366.13 | Modified Total  $4,366.13<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640 ___ ___ ___  $4,366.13<br>                                            $4,366.13 |
| Claim: 8494<br>Date Filed:06/26/06<br>Docketed Total:  $3,300.00<br>Filing Creditor Name and Address<br> ELECTRO SCIENTIFIC INDUSTRIES<br> INC<br> 13900 NW SCIENCE PK DR<br> PORTLAND OR 97229-5497 | Claim Holder Name and Address  Docketed Total  $3,300.00<br><br>ELECTRO SCIENTIFIC INDUSTRIES<br>INC<br>13900 NW SCIENCE PK DR<br>PORTLAND OR 97229-5497<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481 ___ ___ ___  $3,300.00<br>                                            $3,300.00 | Modified Total  $3,300.00<br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640 ___ ___ ___  $3,300.00<br>                                            $3,300.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6022<br>Date Filed:05/16/06<br>Docketed Total:   $5,049.00<br>Filing Creditor Name and Address<br> ELECTRO TIME INC<br> DBA INDUSTRIAL SEMICONDUCTOR<br> 3323 FRONTAGE RD<br> PERU IL 61354 | Claim Holder Name and Address    Docketed Total    $5,049.00<br><br>ELECTRO TIME INC<br>DBA INDUSTRIAL SEMICONDUCTOR<br>3323 FRONTAGE RD<br>PERU IL 61354<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $5,049.00<br>                                                     $5,049.00 | Modified Total    $5,049.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $5,049.00<br>                                                     $5,049.00 |
| Claim: 6290<br>Date Filed:05/18/06<br>Docketed Total:   $13,081.61<br>Filing Creditor Name and Address<br> ELECTROCHEMICALS INC<br> 5630 PIONEER CREEK DR<br> MAPLE PLAIN MN 55359 | Claim Holder Name and Address    Docketed Total    $13,081.61<br><br>ELECTROCHEMICALS INC<br>5630 PIONEER CREEK DR<br>MAPLE PLAIN MN 55359<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $13,081.61<br>                                                     $13,081.61 | Modified Total    $13,081.61<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                          $13,081.61<br>                                                     $13,081.61 |
| Claim: 4012<br>Date Filed:05/01/06<br>Docketed Total:   $525.28<br>Filing Creditor Name and Address<br> ELECTRODYNE COMPANY<br> 4188 TAYLOR RD<br> PO BOX 321<br> BATAVIA OH 45103 | Claim Holder Name and Address    Docketed Total    $525.28<br><br>ELECTRODYNE COMPANY<br>4188 TAYLOR RD<br>PO BOX 321<br>BATAVIA OH 45103<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $525.28<br>                                                     $525.28 | Modified Total    $525.28<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $525.28<br>                                                     $525.28 |
| Claim: 7055<br>Date Filed:05/30/06<br>Docketed Total:   $2,550.00<br>Filing Creditor Name and Address<br> ELECTRONIC DISPLAYS INC<br> 135 S CHURCH ST<br> ADDISON IL 60101 | Claim Holder Name and Address    Docketed Total    $2,550.00<br><br>ELECTRONIC DISPLAYS INC<br>135 S CHURCH ST<br>ADDISON IL 60101<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $2,550.00<br>                                                     $2,550.00 | Modified Total    $2,550.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $2,550.00<br>                                                     $2,550.00 |

*See Exhibit E for a listing of debtor entities by case number            Page:   125  of 433

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 665<br>Date Filed:11/18/05<br>Docketed Total:  $2,800.00<br>Filing Creditor Name and Address<br> ELEKTROBIT INC<br> ATTN SUSAN GREEN<br> 1201 S BELTINE RD NO 100<br> COPPELL TX 75019 | Claim Holder Name and Address      Docketed Total      $2,800.00<br><br>ELEKTROBIT INC<br>ATTN SUSAN GREEN<br>1201 S BELTINE RD NO 100<br>COPPELL TX 75019<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44481 _____ _____ _____ $2,800.00<br>                                                $2,800.00 | Modified Total      $2,800.00<br><br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $2,800.00<br>                                                $2,800.00 |
| Claim: 15925<br>Date Filed:07/26/06<br>Docketed Total:  $17,640.00<br>Filing Creditor Name and Address<br> ELO TOUCH SYSTEMS<br> GEORGE D NAGLE JR CREDIT MGR<br> PO BOX 3608 MS 38 26<br> HARRISBURG PA 17105 | Claim Holder Name and Address      Docketed Total      $17,640.00<br><br>ELO TOUCH SYSTEMS<br>GEORGE D NAGLE JR CREDIT MGR<br>PO BOX 3608 MS 38 26<br>HARRISBURG PA 17105<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44507 _____ _____ _____ $17,640.00<br>                                                $17,640.00 | Modified Total      $17,041.00<br><br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44507 _____ _____ _____ $17,041.00<br>                                                $17,041.00 |
| Claim: 5658<br>Date Filed:05/11/06<br>Docketed Total:  $13,000.00<br>Filing Creditor Name and Address<br> EMC TEST SYSTEMS LLP<br> ETS LINDGREN<br> 1301 ARROW POINT DR<br> CEDAR PK TX 78613 | Claim Holder Name and Address      Docketed Total      $13,000.00<br><br>EMC TEST SYSTEMS LLP<br>ETS LINDGREN<br>1301 ARROW POINT DR<br>CEDAR PK TX 78613<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44481 _____ _____ _____ $13,000.00<br>                                                $13,000.00 | Modified Total      $13,000.00<br><br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $13,000.00<br>                                                $13,000.00 |
| Claim: 2947<br>Date Filed:04/27/06<br>Docketed Total:  $2,185.00<br>Filing Creditor Name and Address<br> EMD INC<br> 1411 TWIN OAKS ST<br> WICHITA FALLS TX 76302 | Claim Holder Name and Address      Docketed Total      $2,185.00<br><br>EMD INC<br>1411 TWIN OAKS ST<br>WICHITA FALLS TX 76302<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44481 _____ _____ _____ $2,185.00<br>                                                $2,185.00 | Modified Total      $2,185.00<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $2,185.00<br>                                                $2,185.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3820<br>Date Filed: 05/01/06<br>Docketed Total:  $5,363.60<br>Filing Creditor Name and Address<br> EMPIRE AUTOMATION SYS INC EFT<br> FMLY EMPIRE AIR SYSTEMS<br> 20 VANTAGE POINT DR STE 4<br> ROCHESTER NY 14624 | Claim Holder Name and Address     Docketed Total     $5,363.60<br><br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO CA 92108 | Modified Total     $3,740.30 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $5,363.60<br>                                                         $5,363.60 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $3,740.30<br>                                                         $3,740.30 |
| Claim: 3821<br>Date Filed: 05/01/06<br>Docketed Total:  $265.79<br>Filing Creditor Name and Address<br> EMPIRE AUTOMATION SYSTEMS INC<br> 20 VANTAGE POINT DR STE 4<br> ROCHESTER NY 14624 | Claim Holder Name and Address     Docketed Total     $265.79<br><br>EMPIRE AUTOMATION SYSTEMS INC<br>20 VANTAGE POINT DR STE 4<br>ROCHESTER NY 14624 | Modified Total     $265.79 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                                $265.79<br>                                                          $265.79 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                                $265.79<br>                                                          $265.79 |
| Claim: 1677<br>Date Filed: 01/26/06<br>Docketed Total:  $67,500.00<br>Filing Creditor Name and Address<br> EMPLOYMENT ADVISORY SERVICES<br> INC<br> 1015 15TH ST NW STE 1200<br> WASHINGTON DC 20005 | Claim Holder Name and Address     Docketed Total     $67,500.00<br><br>EMPLOYMENT ADVISORY SERVICES INC<br>1015 15TH ST NW STE 1200<br>WASHINGTON DC 20005 | Modified Total     $67,500.00 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $67,500.00<br>                                                        $67,500.00 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $67,500.00<br>                                                        $67,500.00 |
| Claim: 5378<br>Date Filed: 05/09/06<br>Docketed Total:  $26,188.85<br>Filing Creditor Name and Address<br> ENCIRQ CORPORATION<br> JOHN KOGAN<br> 577 AIRPORT BLVD 700<br> BURLINGAME CA 94010 | Claim Holder Name and Address     Docketed Total     $26,188.85<br><br>ENCIRQ CORPORATION<br>JOHN KOGAN<br>577 AIRPORT BLVD 700<br>BURLINGAME CA 94010 | Modified Total     $26,188.85 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $26,188.85<br>                                                        $26,188.85 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $26,188.85<br>                                                        $26,188.85 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2695**
Date Filed: 04/19/06
Docketed Total:  $11,921.75
Filing Creditor Name and Address
 ENDURA PLASTICS & SIERRA
 LIQUIDITY FUND
 SIERRA LIQUIDITY FUND
 2699 WHITE RD STE 255
 IRVINE CA 92614

Claim Holder Name and Address    Docketed Total    $11,921.75

ENDURA PLASTICS & SIERRA LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,921.75 |
| | | | $11,921.75 |

Modified Total    $11,134.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $5,283.80 |
| 05-44640 | | | $5,850.75 |
| | | | $11,134.55 |

---

**Claim: 4400**
Date Filed: 05/02/06
Docketed Total:  $2,233.00
Filing Creditor Name and Address
 ENERGY PIPING INC
 5259 GREENWAY DR
 RM CHG PER LTR 11 09 04 AM
 JACKSON MS 39289-0508

Claim Holder Name and Address    Docketed Total    $2,233.00

ENERGY PIPING INC
5259 GREENWAY DR
RM CHG PER LTR 11 09 04 AM
JACKSON MS 39289-0508

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,233.00 |
| | | | $2,233.00 |

Modified Total    $2,233.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,233.00 |
| | | | $2,233.00 |

---

**Claim: 5965**
Date Filed: 05/16/06
Docketed Total:  $760.00
Filing Creditor Name and Address
 ENGINEERED PROCESS EQUIPMENT
 INC
 3280 MORGAN DR STE 100
 BIRMINGHAM AL 35216

Claim Holder Name and Address    Docketed Total    $760.00

ENGINEERED PROCESS EQUIPMENT INC
3280 MORGAN DR STE 100
BIRMINGHAM AL 35216

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $760.00 |
| | | | $760.00 |

Modified Total    $760.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $760.00 |
| | | | $760.00 |

---

**Claim: 573**
Date Filed: 11/14/05
Docketed Total:  $8,140.00
Filing Creditor Name and Address
 ENGINEERED SINTERINGS &
 PLASTICS INC
 MR FRED ANGELONE
 140 COMMERCIAL ST
 WATERTOWN CT 06795

Claim Holder Name and Address    Docketed Total    $8,140.00

ENGINEERED SINTERINGS & PLASTICS INC
MR FRED ANGELONE
140 COMMERCIAL ST
WATERTOWN CT 06795

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,140.00 |
| | | | $8,140.00 |

Modified Total    $8,140.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,140.00 |
| | | | $8,140.00 |

In re: Delphi Corporation, et al.                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5234<br>Date Filed:05/08/06<br>Docketed Total:  $8,835.00<br>Filing Creditor Name and Address<br> ENGINEERED SYSTEMS INC<br> 23900 HAGGERTY RD<br> FARMINGTON MI 48335 | Claim Holder Name and Address    Docketed Total    $8,835.00<br><br>ENGINEERED SYSTEMS INC<br>23900 HAGGERTY RD<br>FARMINGTON MI 48335<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $8,835.00<br>                                                   $8,835.00 | Modified Total    $8,835.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $8,835.00<br>                                                   $8,835.00 |
| Claim: 4743<br>Date Filed:05/04/06<br>Docketed Total:   $4,785.00<br>Filing Creditor Name and Address<br> ENGIS CORP<br> 105 W HINTZ RD<br> WHEELING IL 60090-6038 | Claim Holder Name and Address    Docketed Total    $4,785.00<br><br>ENGIS CORP<br>105 W HINTZ RD<br>WHEELING IL 60090-6038<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $4,785.00<br>                                                   $4,785.00 | Modified Total    $4,785.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $4,785.00<br>                                                   $4,785.00 |
| Claim: 445<br>Date Filed:11/08/05<br>Docketed Total:   $13,164.68<br>Filing Creditor Name and Address<br> ENPLAS USA INC<br> 1901 W OAK CIR<br> MARIETTA GA 30062 | Claim Holder Name and Address    Docketed Total    $13,164.68<br><br>ENPLAS USA INC<br>1901 W OAK CIR<br>MARIETTA GA 30062<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $13,164.68<br>                                                   $13,164.68 | Modified Total    $13,164.68<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $13,164.68<br>                                                   $13,164.68 |
| Claim: 1136<br>Date Filed:12/13/05<br>Docketed Total:   $4,437.31<br>Filing Creditor Name and Address<br> ENPRO INC<br> 121 S LOMBARD RD<br> ADDISON IL 60101-3084 | Claim Holder Name and Address    Docketed Total    $4,437.31<br><br>ENPRO INC<br>121 S LOMBARD RD<br>ADDISON IL 60101-3084<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $4,437.31<br>                                                   $4,437.31 | Modified Total    $4,437.31<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $4,437.31<br>                                                   $4,437.31 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 9077<br>Date Filed:07/05/06<br>Docketed Total:   $3,260.80<br>Filing Creditor Name and Address<br> EPCOS INC<br> ATTN DAVID N CRAPO ESQ<br> GIBBONS DEL DEO DOLAN ET AL<br> ONE RIVERFRONT PLAZA<br> NEWARK NJ 07102 | Claim Holder Name and Address    Docketed Total       $3,260.80<br><br>EPCOS INC<br>ATTN DAVID N CRAPO ESQ<br>GIBBONS DEL DEO DOLAN ET AL<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102 | | Modified Total       $3,260.80 | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44570 | | | $3,260.80<br>$3,260.80 | 05-44567 | | | $3,260.80<br>$3,260.80 |

| Claim: 557<br>Date Filed:11/14/05<br>Docketed Total:   $11,838.00<br>Filing Creditor Name and Address<br> ERGONOMIC CONCEPTS LLC<br> 3614 GENERAL BATE DR<br> NASHVILLE TN 37204 | Claim Holder Name and Address    Docketed Total      $11,838.00<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | | Modified Total      $11,838.00 | |
|---|---|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $11,838.00<br>$11,838.00 | 05-44640 | | | $11,838.00<br>$11,838.00 |

| Claim: 7200<br>Date Filed:05/31/06<br>Docketed Total:   $816.85<br>Filing Creditor Name and Address<br> ERNST FLUID POWER CO INC<br> 3815 WYSE RD<br> PO BOX 13267<br> DAYTON OH 45413-0267 | Claim Holder Name and Address    Docketed Total         $816.85<br><br>ERNST FLUID POWER CO INC<br>3815 WYSE RD<br>PO BOX 13267<br>DAYTON OH 45413-0267 | | Modified Total         $816.85 | |
|---|---|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $816.85<br>$816.85 | 05-44640 | | | $816.85<br>$816.85 |

| Claim: 5113<br>Date Filed:05/08/06<br>Docketed Total:   $1,270.80<br>Filing Creditor Name and Address<br> ERNST JOHN C & CO INC<br> 21 GAIL CT<br> SPARTA NJ 07871 | Claim Holder Name and Address    Docketed Total       $1,270.80<br><br>ERNST JOHN C & CO INC<br>21 GAIL CT<br>SPARTA NJ 07871 | | Modified Total       $1,270.80 | |
|---|---|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,270.80<br>$1,270.80 | 05-44640 | | | $1,270.80<br>$1,270.80 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   130  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6783<br>Date Filed:05/24/06<br>Docketed Total:  $7,337.36<br>Filing Creditor Name and Address<br>  ESMERK<br>  23 RUE D HAUTEVILLE CS 10005<br>  75479 PARIS CEDEX 10<br><br>  FRANCE | Claim Holder Name and Address    Docketed Total    $7,337.36<br><br>ESMERK<br>23 RUE D HAUTEVILLE CS 10005<br>75479 PARIS CEDEX 10<br><br>FRANCE<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $7,337.36<br>                                                    $7,337.36 | Modified Total    $7,337.36<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $7,337.36<br>                                                    $7,337.36 |
| Claim: 8439<br>Date Filed:06/23/06<br>Docketed Total:  $9,920.00<br>Filing Creditor Name and Address<br>  ESTEBAN ENRIQUE GONZALEZ EFT<br>  RUBIO<br>  SOR JUANA INES DE LA CRUZ<br>  3107 CHIHUAHUA CHIH 31320<br><br>  MEXICO | Claim Holder Name and Address    Docketed Total    $9,920.00<br><br>ESTEBAN ENRIQUE GONZALEZ EFT<br>RUBIO<br>SOR JUANA INES DE LA CRUZ<br>3107 CHIHUAHUA CHIH 31320<br><br>MEXICO<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                  $9,920.00<br>                          $9,920.00 | Modified Total    $9,920.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                  $9,920.00<br>                          $9,920.00 |
| Claim: 1355<br>Date Filed:12/28/05<br>Docketed Total:  $887.64<br>Filing Creditor Name and Address<br>  EV ROBERTS CIRRUS ENTERPRISES<br>  LLC<br>  18027 BISHOP AVE<br>  CARSON CA 90746 | Claim Holder Name and Address    Docketed Total    $887.64<br><br>EV ROBERTS CIRRUS ENTERPRISES LLC<br>18027 BISHOP AVE<br>CARSON CA 90746<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                  $887.64<br>                          $887.64 | Modified Total    $660.28<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                  $660.28<br>                          $660.28 |
| Claim: 9461<br>Date Filed:07/13/06<br>Docketed Total:  $52,740.26<br>Filing Creditor Name and Address<br>  EVOX RIFA INC<br>  HENRY ISHU<br>  1640 NORTHWIND  BLVD<br>  UNIT 102<br>  LIBERTYVILLE IL 60048 | Claim Holder Name and Address    Docketed Total    $52,740.26<br><br>EVOX RIFA INC<br>HENRY ISHU<br>1640 NORTHWIND  BLVD<br>UNIT 102<br>LIBERTYVILLE IL 60048<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $52,740.26<br>                                                    $52,740.26 | Modified Total    $49,540.76<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $49,540.76<br>                                                    $49,540.76 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4022<br>Date Filed:05/01/06<br>Docketed Total:  $5,690.00<br>Filing Creditor Name and Address<br>  EX CELL O MACHINE TOOLS INC<br>  PO BOX 67000 DEPT 102901<br>  DETROIT MI 48267-1029 | Claim Holder Name and Address    Docketed Total    $5,690.00<br><br>EX CELL O MACHINE TOOLS INC<br>PO BOX 67000 DEPT 102901<br>DETROIT MI 48267-1029 | Modified Total    $3,810.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $5,690.00<br>                                                                   $5,690.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $3,810.00<br>                                                                   $3,810.00 |
| Claim: 1194<br>Date Filed:12/19/05<br>Docketed Total:  $2,500.00<br>Filing Creditor Name and Address<br>  EXAIR CORPORATION<br>  11510 GOLDCOAST DR<br>  CINCINNATI OH 45249 | Claim Holder Name and Address    Docketed Total    $2,500.00<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302 | Modified Total    $2,500.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $2,500.00<br>                                                                   $2,500.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $2,500.00<br>                                                                   $2,500.00 |
| Claim: 1048<br>Date Filed:12/06/05<br>Docketed Total:  $989.90<br>Filing Creditor Name and Address<br>  EXCEL AUTOMATION<br>  9471 GREYSTONE PKWY<br>  BRECKSVILLE OH 44141 | Claim Holder Name and Address    Docketed Total    $989.90<br><br>EXCEL AUTOMATION<br>9471 GREYSTONE PKWY<br>BRECKSVILLE OH 44141 | Modified Total    $989.90 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $989.90<br>                                                                   $989.90 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $989.90<br>                                                                   $989.90 |
| Claim: 1934<br>Date Filed:02/09/06<br>Docketed Total:  $182,105.93<br>Filing Creditor Name and Address<br>  EXCELDA MANUFACTURING COMPANY<br>  12785 EMERSON DR<br>  BRIGHTON MI 48116 | Claim Holder Name and Address    Docketed Total    $182,105.93<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total    $182,105.93 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $182,105.93<br>                                                                   $182,105.93 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                    $182,105.93<br>                                                                   $182,105.93 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

**EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1992<br>Date Filed: 02/14/06<br>Docketed Total:  $559.31<br>Filing Creditor Name and Address<br>  EXCELLOY INDUSTRIES INC<br>  608 E MCMURRAY RD STE B3<br>  MCMURRAY PA 15317 | Claim Holder Name and Address   Docketed Total     $559.31<br><br>EXCELLOY INDUSTRIES INC<br>608 E MCMURRAY RD STE B3<br>MCMURRAY PA 15317 | | | | | | | Modified Total     $537.00 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                            $559.31<br>                                                    $559.31 | | | | Case Number*     Secured     Priority     Unsecured<br>05-44640                                            $537.00<br>                                                    $537.00 | | | |
| Claim: 9311<br>Date Filed: 07/11/06<br>Docketed Total:   $44,040.05<br>Filing Creditor Name and Address<br>  EXHIBIT WORKS INC<br>  13211 MERRIMAN RD<br>  LIVONIA MI 48150 | Claim Holder Name and Address   Docketed Total   $44,040.05<br><br>EXHIBIT WORKS INC<br>13211 MERRIMAN RD<br>LIVONIA MI 48150 | | | | | | | Modified Total   $44,040.05 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                          $44,040.05<br>                                                  $44,040.05 | | | | Case Number*     Secured     Priority     Unsecured<br>05-44612                                          $44,040.05<br>                                                  $44,040.05 | | | |
| Claim: 14064<br>Date Filed: 07/31/06<br>Docketed Total:   $730.54<br>Filing Creditor Name and Address<br>  EXITO MANUFACTURING LLC<br>  3829 PULO TRACE CT<br>  BELLBROOK OH 45305 | Claim Holder Name and Address   Docketed Total     $730.54<br><br>EXITO MANUFACTURING LLC<br>3829 PULO TRACE CT<br>BELLBROOK OH 45305 | | | | | | | Modified Total     $730.54 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                            $730.54<br>                                                    $730.54 | | | | Case Number*     Secured     Priority     Unsecured<br>05-44640                                            $730.54<br>                                                    $730.54 | | | |
| Claim: 928<br>Date Filed: 11/29/05<br>Docketed Total:   $19,710.00<br>Filing Creditor Name and Address<br>  EXPORT DEVELOPMENT CANADA EDC<br>  EDC<br>  151 O CONNOR ST 18TH FL<br>  OTTAWA ON K1A IK3<br>  CANADA | Claim Holder Name and Address   Docketed Total   $19,710.00<br><br>EXPORT DEVELOPMENT CANADA EDC<br>EDC<br>151 O CONNOR ST 18TH FL<br>OTTAWA ON K1A IK3<br>CANADA | | | | | | | Modified Total   $19,710.00 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                          $19,710.00<br>                                                  $19,710.00 | | | | Case Number*     Secured     Priority     Unsecured<br>05-44640                                          $19,710.00<br>                                                  $19,710.00 | | | |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1669<br>Date Filed:01/25/06<br>Docketed Total:  $17,226.00<br>Filing Creditor Name and Address<br> EXPORT DEVELOPMENT CANADA EDC<br> SUZANNE MARENGER<br> 151 O CONNOR ST 18TH FL<br> OTTAWA ON K1A IK3<br> CANADA | Claim Holder Name and Address<br><br>EXPORT DEVELOPMENT CANADA EDC<br>SUZANNE MARENGER<br>151 O CONNOR ST 18TH FL<br>OTTAWA ON K1A IK3<br>CANADA | Docketed Total | | $17,226.00 | Modified Total | | | $17,226.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,226.00<br>$17,226.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,226.00<br>$17,226.00 |
| Claim: 6605<br>Date Filed:05/22/06<br>Docketed Total:   $765.32<br>Filing Creditor Name and Address<br> EXTERMITAL TERMITE SVC OF DAYT<br> 1026 WAYNE AVE<br> DAYTON OH 45410 | Claim Holder Name and Address<br><br>EXTERMITAL TERMITE SVC OF DAYT<br>1026 WAYNE AVE<br>DAYTON OH 45410 | Docketed Total | | $765.32 | Modified Total | | | $349.32 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$765.32<br>$765.32 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$349.32<br>$349.32 |
| Claim: 6921<br>Date Filed:05/26/06<br>Docketed Total:   $3,281.40<br>Filing Creditor Name and Address<br> EXTRUDE HONE CORP<br> THERMOBURR MICHIGAN WEST<br> 2882 N RIDGE DR<br> WALKER MI 49544 | Claim Holder Name and Address<br><br>EXTRUDE HONE CORP<br>THERMOBURR MICHIGAN WEST<br>2882 N RIDGE DR<br>WALKER MI 49544 | Docketed Total | | $3,281.40 | Modified Total | | | $3,281.40 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,281.40<br>$3,281.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,281.40<br>$3,281.40 |
| Claim: 262<br>Date Filed:10/31/05<br>Docketed Total:   $213.00<br>Filing Creditor Name and Address<br> FAI ELECTRONICS<br> DIANE SVENDSEN<br> 41 MAIN ST<br> BOLTON MA 01740 | Claim Holder Name and Address<br><br>FAI ELECTRONICS<br>DIANE SVENDSEN<br>41 MAIN ST<br>BOLTON MA 01740 | Docketed Total | | $213.00 | Modified Total | | | $138.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$213.00<br>$213.00 | Case Number*<br>05-44624 | Secured | Priority | Unsecured<br>$138.00<br>$138.00 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5632<br>Date Filed:05/11/06<br>Docketed Total:  $719.00<br>Filing Creditor Name and Address<br>  FAIRLANE PRODUCTS INC<br>  33792 DOREKA DR<br>  FRASER MI 48026 | Claim Holder Name and Address    Docketed Total    $719.00<br><br>FAIRLANE PRODUCTS INC<br>33792 DOREKA DR<br>FRASER MI 48026<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $719.00<br>                                                       $719.00 | Modified Total    $719.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $719.00<br>                                                       $719.00 |
| Claim: 1466<br>Date Filed:01/09/06<br>Docketed Total:   $3,380.00<br>Filing Creditor Name and Address<br>  FALKOWSKI PLLC<br>  CHRIS FALKOWSKI<br>  PO BOX 650<br>  NOVI MI 48376-0650 | Claim Holder Name and Address    Docketed Total    $3,380.00<br><br>FALKOWSKI PLLC<br>CHRIS FALKOWSKI<br>PO BOX 650<br>NOVI MI 48376-0650<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $3,380.00<br>                                                       $3,380.00 | Modified Total    $3,380.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44554                                              $3,380.00<br>                                                       $3,380.00 |
| Claim: 151<br>Date Filed:10/28/05<br>Docketed Total:   $351.06<br>Filing Creditor Name and Address<br>  FARNELL EQUIPMENT COMPANY<br>  2950 TODD<br>  TROY MI 48084 | Claim Holder Name and Address    Docketed Total    $351.06<br><br>FARNELL EQUIPMENT COMPANY<br>2950 TODD<br>TROY MI 48084<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $351.06<br>                                                       $351.06 | Modified Total    $351.06<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $351.06<br>                                                       $351.06 |
| Claim: 1604<br>Date Filed:01/18/06<br>Docketed Total:   $500.00<br>Filing Creditor Name and Address<br>  FARREL CORPORATION<br>  ATTN TOM CARRA<br>  25 MAIN ST<br>  ANSONIA CT 06401 | Claim Holder Name and Address    Docketed Total    $500.00<br><br>FARREL CORPORATION<br>ATTN TOM CARRA<br>25 MAIN ST<br>ANSONIA CT 06401<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $500.00<br>                                                       $500.00 | Modified Total    $500.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $500.00<br>                                                       $500.00 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   135  of 433

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1153<br>Date Filed:12/13/05<br>Docketed Total:  $1,676.78<br>Filing Creditor Name and Address<br>  FB WRIGHT CO<br>  PO BOX 46507<br>  CINCINATTI OH 45240 | Claim Holder Name and Address    Docketed Total    $1,676.78<br><br>FB WRIGHT CO<br>PO BOX 46507<br>CINCINATTI OH 45240<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $1,676.78<br>                                                     $1,676.78 | Modified Total    $1,676.78<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $1,676.78<br>                                                     $1,676.78 |
| Claim: 373<br>Date Filed:11/07/05<br>Docketed Total:  $15,850.00<br>Filing Creditor Name and Address<br>  FBT TESTING AND ENVIRONMENTAL<br>  SERVICES<br>  ATTN ROBERT VINCENT<br>  1 NORTHGATE PARK STE 403<br>  CHATTANOOGA TN 37415 | Claim Holder Name and Address    Docketed Total    $15,850.00<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $15,850.00<br>                                                     $15,850.00 | Modified Total    $15,850.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $15,850.00<br>                                                     $15,850.00 |
| Claim: 5067<br>Date Filed:05/08/06<br>Docketed Total:  $7,000.00<br>Filing Creditor Name and Address<br>  FCMP<br>  ZONE INDUSTRIELLE DES PRES<br>  PARIS<br>  MARIGNIER  74970<br>  UNKNOWN | Claim Holder Name and Address    Docketed Total    $7,000.00<br><br>FCMP<br>ZONE INDUSTRIELLE DES PRES<br>PARIS<br>MARIGNIER  74970<br>UNKNOWN<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $7,000.00<br>                                                     $7,000.00 | Modified Total    $7,000.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $7,000.00<br>                                                     $7,000.00 |
| Claim: 336<br>Date Filed:11/04/05<br>Docketed Total:  $483.61<br>Filing Creditor Name and Address<br>  FEDERAL CORPORATION<br>  PO BOX 2600<br>  OKLAHOMA CITY OK 73101 | Claim Holder Name and Address    Docketed Total    $483.61<br><br>FEDERAL CORPORATION<br>PO BOX 2600<br>OKLAHOMA CITY OK 73101<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $483.61<br>                                                     $483.61 | Modified Total    $483.61<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                            $483.61<br>                                                     $483.61 |

*See Exhibit E for a listing of debtor entities by case number                Page:   136  of 433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15844<br>Date Filed: 08/09/06<br>Docketed Total:  $3,992.00<br>Filing Creditor Name and Address<br> FERGUSON ELECTRIC SERVICE CO<br> 321 ELLICOTT ST<br> BUFFALO NY 14203 | Claim Holder Name and Address    Docketed Total    $3,992.00<br><br>FERGUSON ELECTRIC SERVICE CO<br>321 ELLICOTT ST<br>BUFFALO NY 14203 | Modified Total    $3,992.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $3,992.00<br>                                                 $3,992.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $3,992.00<br>                                                 $3,992.00 |
| Claim: 388<br>Date Filed: 11/07/05<br>Docketed Total:   $16,500.00<br>Filing Creditor Name and Address<br> FERNANDEZ RACING LLC<br> 6835 GUION RD<br> INDPLS IN 46268 | Claim Holder Name and Address    Docketed Total    $16,500.00<br><br>FERNANDEZ RACING LLC<br>6835 GUION RD<br>INDPLS IN 46268 | Modified Total    $16,500.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $16,500.00<br>                                                $16,500.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $16,500.00<br>                                                $16,500.00 |
| Claim: 3973<br>Date Filed: 05/01/06<br>Docketed Total:   $6,557.56<br>Filing Creditor Name and Address<br> FERRIOT INC<br> SHERYL FISHER<br> 1000 ARLINGTON CIR<br> AKRON OH 44306 | Claim Holder Name and Address    Docketed Total    $6,557.56<br><br>FERRIOT INC<br>SHERYL FISHER<br>1000 ARLINGTON CIR<br>AKRON OH 44306 | Modified Total    $5,997.02 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $6,557.56<br>                                                 $6,557.56 | Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $5,997.02<br>                                                 $5,997.02 |
| Claim: 8687<br>Date Filed: 06/23/06<br>Docketed Total:   $10,240.50<br>Filing Creditor Name and Address<br> FERRIS WILLIAM E<br> TRAINING SERVICES & SOLUTIONS<br> 9111 MARQUIS DR<br> MIAMISBURG OH 45342 | Claim Holder Name and Address    Docketed Total    $10,240.50<br><br>FERRIS WILLIAM E<br>TRAINING SERVICES & SOLUTIONS<br>9111 MARQUIS DR<br>MIAMISBURG OH 45342 | Modified Total    $10,240.50 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $10,240.50<br>                                                $10,240.50 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $10,240.50<br>                                                $10,240.50 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1561<br>Date Filed: 01/17/06<br>Docketed Total:   $642.60<br>Filing Creditor Name and Address<br>  FEY INDUSTRIES INC DBA<br>  BLACKBOURN MEDIA PACKAGING<br>  FEY INDUSTRIES INC<br>  200 4TH AVE N<br>  EDGERTON MN 56128-1286 | Claim Holder Name and Address    Docketed Total    $642.60<br><br>FEY INDUSTRIES INC DBA BLACKBOURN<br>MEDIA PACKAGING<br>FEY INDUSTRIES INC<br>200 4TH AVE N<br>EDGERTON MN 56128-1286<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44623                                              $642.60<br>                                                      $642.60 | Modified Total    $642.60<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44618                                              $642.60<br>                                                      $642.60 |
| Claim: 3987<br>Date Filed: 05/01/06<br>Docketed Total:   $6,332.30<br>Filing Creditor Name and Address<br>  FIELD RUBBER PRODUCTS INC EFT<br>  3211 E CONNER ST<br>  NOBLESVILLE IN 46060 | Claim Holder Name and Address    Docketed Total    $6,332.30<br><br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $6,332.30<br>                                                      $6,332.30 | Modified Total    $5,783.80<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $5,783.80<br>                                                      $5,783.80 |
| Claim: 6860<br>Date Filed: 05/25/06<br>Docketed Total:   $978.44<br>Filing Creditor Name and Address<br>  FIES SCALES & SYSTEMS INC<br>  570 LEO ST<br>  DAYTON OH 45404-1506 | Claim Holder Name and Address    Docketed Total    $978.44<br><br>FIES SCALES & SYSTEMS INC<br>570 LEO ST<br>DAYTON OH 45404-1506<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $978.44<br>                                                      $978.44 | Modified Total    $978.44<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $978.44<br>                                                      $978.44 |
| Claim: 2310<br>Date Filed: 03/16/06<br>Docketed Total:   $2,728.73<br>Filing Creditor Name and Address<br>  FIKE CORPORATION<br>  PO BOX 610<br>  BLUE SPGS MO 64013 | Claim Holder Name and Address    Docketed Total    $2,728.73<br><br>FIKE CORPORATION<br>PO BOX 610<br>BLUE SPGS MO 64013<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $2,728.73<br>                                                      $2,728.73 | Modified Total    $2,728.73<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $2,728.73<br>                                                      $2,728.73 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10156<br>Date Filed:07/21/06<br>Docketed Total:  $11,577.25<br>Filing Creditor Name and Address<br> FILTRATION UNLIMITED INC EFT<br> PO BOX 226<br> AKRON NY 14001-0226 | Claim Holder Name and Address<br><br>FILTRATION UNLIMITED INC EFT<br>PO BOX 226<br>AKRON NY 14001-0226 | Docketed Total | | $11,577.25 | | Modified Total | | $10,536.25 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,577.25<br>$11,577.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,536.25<br>$10,536.25 |
| Claim: 1798<br>Date Filed:02/06/06<br>Docketed Total:  $38,058.36<br>Filing Creditor Name and Address<br> FINISHING TECHNOLGY INC<br> PO BOX 393<br> WEST CHESTER OH 45071 | Claim Holder Name and Address<br><br>FINISHING TECHNOLGY INC<br>PO BOX 393<br>WEST CHESTER OH 45071 | Docketed Total | | $38,058.36 | | Modified Total | | $15,529.36 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$38,058.36<br>$38,058.36 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,529.36<br>$15,529.36 |
| Claim: 7960<br>Date Filed:06/13/06<br>Docketed Total:  $160,834.60<br>Filing Creditor Name and Address<br> FIRST FARMERS BANK & TRUST CO<br> C O BINGHAM FARRER & WILSON PC<br> ATTO<br> MICHAEL E FARRER<br> PO BOX 494<br> ELWOOD IN 46036 | Claim Holder Name and Address<br><br>FIRST FARMERS BANK & TRUST CO<br>C O BINGHAM FARRER & WILSON PC<br>ATTO<br>MICHAEL E FARRER<br>PO BOX 494<br>ELWOOD IN 46036 | Docketed Total | | $160,834.60 | | Modified Total | | $4,267.96 |
| | Case Number*<br>05-44481 | Secured<br>$160,834.60<br>$160,834.60 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,267.96<br>$4,267.96 |
| Claim: 1189<br>Date Filed:12/19/05<br>Docketed Total:  $17,491.00<br>Filing Creditor Name and Address<br> FISHER MACHINE SHOP INC<br> 3145 CHAPEL HILL RD<br> UTICA MS 39175 | Claim Holder Name and Address<br><br>FISHER MACHINE SHOP INC<br>3145 CHAPEL HILL RD<br>UTICA MS 39175 | Docketed Total | | $17,491.00 | | Modified Total | | $17,491.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,491.00<br>$17,491.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,491.00<br>$17,491.00 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7067<br>Date Filed:05/30/06<br>Docketed Total:  $3,867.50<br>Filing Creditor Name and Address<br> FISHER UNITECH INC<br> 1150 STEPHENSON HWY<br> TROY MI 48083 | Claim Holder Name and Address    Docketed Total    $3,867.50<br><br>FISHER UNITECH INC<br>1150 STEPHENSON HWY<br>TROY MI 48083<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $3,867.50<br>                                                              $3,867.50 | Modified Total    $3,640.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $3,640.00<br>                                                              $3,640.00 |
| Claim: 823<br>Date Filed:11/23/05<br>Docketed Total:  $225.00<br>Filing Creditor Name and Address<br> FITE FIRE & SAFETY<br> SAFETY INSTRUMENTATION INC DBA<br> FITE<br> 3012 W KENTUCKY AVE<br> MIDLAND TX 79701 | Claim Holder Name and Address    Docketed Total    $225.00<br><br>FITE FIRE & SAFETY<br>SAFETY INSTRUMENTATION INC DBA<br>FITE<br>3012 W KENTUCKY AVE<br>MIDLAND TX 79701<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $225.00<br>                                                              $225.00 | Modified Total    $225.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $225.00<br>                                                              $225.00 |
| Claim: 588<br>Date Filed:11/15/05<br>Docketed Total:  $5,058.00<br>Filing Creditor Name and Address<br> FLEX TECH SERVICES<br> BRENT ROBINSON<br> 5601 OAK BLVD<br> AUSTIN TX 78735 | Claim Holder Name and Address    Docketed Total    $5,058.00<br><br>FLEX TECH SERVICES<br>BRENT ROBINSON<br>5601 OAK BLVD<br>AUSTIN TX 78735<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44547                              $4,113.00    $945.00<br>                                              $4,113.00    $945.00 | Modified Total    $5,058.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $5,058.00<br>                                                              $5,058.00 |
| Claim: 555<br>Date Filed:11/14/05<br>Docketed Total:  $10,291.35<br>Filing Creditor Name and Address<br> FLOWER CITY COMMUNICATIONS LLC<br> 1848 LYELL AVE<br> ROCHESTER NY 14606 | Claim Holder Name and Address    Docketed Total    $10,291.35<br><br>FLOWER CITY COMMUNICATIONS LLC<br>1848 LYELL AVE<br>ROCHESTER NY 14606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $10,291.35<br>                                                              $10,291.35 | Modified Total    $5,811.85<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $5,811.85<br>                                                              $5,811.85 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3160<br>Date Filed:04/28/06<br>Docketed Total:  $2,145.80<br>Filing Creditor Name and Address<br> FLYNN METERING SYSTEM<br> LARRY<br> 4115 TONYA TRAIL<br> HAMILTON OH 45011 | Claim Holder Name and Address    Docketed Total    $2,145.80<br><br>FLYNN METERING SYSTEM<br>LARRY<br>4115 TONYA TRAIL<br>HAMILTON OH 45011<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $2,145.80<br>                                           $2,145.80 | Modified Total    $2,145.80<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $2,145.80<br>                                           $2,145.80 |
| Claim: 1408<br>Date Filed:12/30/05<br>Docketed Total:  $12,416.25<br>Filing Creditor Name and Address<br> FOCUS BUSINESS SOLUTIONS<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $12,416.25<br><br>FOCUS BUSINESS SOLUTIONS SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $12,416.25<br>                                           $12,416.25 | Modified Total    $12,416.25<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $12,416.25<br>                                           $12,416.25 |
| Claim: 7438<br>Date Filed:06/05/06<br>Docketed Total:  $3,000.00<br>Filing Creditor Name and Address<br> FOLEY & LARDNER<br> 777E WISCONSIN AVE<br> MILWAUKEE WI 53202-9798 | Claim Holder Name and Address    Docketed Total    $3,000.00<br><br>FOLEY & LARDNER<br>777E WISCONSIN AVE<br>MILWAUKEE WI 53202-9798<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $3,000.00<br>                                           $3,000.00 | Modified Total    $3,000.00<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $3,000.00<br>                                           $3,000.00 |
| Claim: 3707<br>Date Filed:05/01/06<br>Docketed Total:  $3,571.67<br>Filing Creditor Name and Address<br> FORCE ELECTRONICS<br> PO BOX 41117<br> LOS ANGELES CA 90074-1117 | Claim Holder Name and Address    Docketed Total    $3,571.67<br><br>FORCE ELECTRONICS<br>PO BOX 41117<br>LOS ANGELES CA 90074-1117<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $3,571.67<br>                                           $3,571.67 | Modified Total    $3,528.78<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                   $3,528.78<br>                                           $3,528.78 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3753<br>Date Filed: 05/01/06<br>Docketed Total: $73.80<br>Filing Creditor Name and Address<br>FORCE ELECTRONICS<br>58 JONSPIN RD<br>WILMINGTON MA 01887-4870 | Claim Holder Name and Address     Docketed Total     $73.80<br>FORCE ELECTRONICS<br>58 JONSPIN RD<br>WILMINGTON MA 01887-4870<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                  $73.80<br>                                                          $73.80 | Modified Total     $73.80<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                  $73.80<br>                                                          $73.80 |
| Claim: 2968<br>Date Filed: 04/27/06<br>Docketed Total: $839.51<br>Filing Creditor Name and Address<br>FORD TOOL AND CARBIDE CO INC<br>JUDY ONEAL<br>PO BOX 576<br>BIRMINGHAM AL 35201 | Claim Holder Name and Address     Docketed Total     $839.51<br>FORD TOOL AND CARBIDE CO INC<br>JUDY ONEAL<br>PO BOX 576<br>BIRMINGHAM AL 35201<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                  $839.51<br>                                                          $839.51 | Modified Total     $839.51<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                  $839.51<br>                                                          $839.51 |
| Claim: 3769<br>Date Filed: 05/01/06<br>Docketed Total: $75.00<br>Filing Creditor Name and Address<br>FORM A CHIP INC<br>KNIESS SAW & TOOL SUPPLY<br>2069 WEBSTER ST<br>DAYTON OH 45404 | Claim Holder Name and Address     Docketed Total     $75.00<br>FORM A CHIP INC<br>KNIESS SAW & TOOL SUPPLY<br>2069 WEBSTER ST<br>DAYTON OH 45404<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                  $75.00<br>                                                          $75.00 | Modified Total     $75.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                  $75.00<br>                                                          $75.00 |
| Claim: 9729<br>Date Filed: 07/18/06<br>Docketed Total: $310.46<br>Filing Creditor Name and Address<br>FORRER BUSINESS INTERIORS INC<br>ATTN SANDRA ROSS<br>555 W ESTABROOK BLVD<br>MILWAUKEE WI 53222 | Claim Holder Name and Address     Docketed Total     $310.46<br>FORRER BUSINESS INTERIORS INC<br>ATTN SANDRA ROSS<br>555 W ESTABROOK BLVD<br>MILWAUKEE WI 53222<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                  $310.46<br>                                                          $310.46 | Modified Total     $310.46<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                  $310.46<br>                                                          $310.46 |

In re: Delphi Corporation, et al.                                                                                   Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10466<br>Date Filed:07/24/06<br>Docketed Total:  $17,297.10<br>Filing Creditor Name and Address<br> FORT WAYNE WIRE DIE INC<br> 2424 AMERICAN WAY<br> FORT WAYNE IN 46809-3005 | Claim Holder Name and Address<br><br>FORT WAYNE WIRE DIE INC<br>2424 AMERICAN WAY<br>FORT WAYNE IN 46809-3005 | Docketed Total | | $17,297.10 | | Modified Total | | $17,297.10 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,297.10<br>$17,297.10 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,297.10<br>$17,297.10 |
| Claim: 15646<br>Date Filed:07/31/06<br>Docketed Total:  $27,636.00<br>Filing Creditor Name and Address<br> FORTECH PRODUCTS INC<br> 10566 PLAZA DR<br> WHITMORE LAKE MI 48189-9156 | Claim Holder Name and Address<br><br>FORTECH PRODUCTS INC<br>10566 PLAZA DR<br>WHITMORE LAKE MI 48189-9156 | Docketed Total | | $27,636.00 | | Modified Total | | $26,628.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$27,636.00<br>$27,636.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$26,628.00<br>$26,628.00 |
| Claim: 942<br>Date Filed:12/01/05<br>Docketed Total:  $3,280.00<br>Filing Creditor Name and Address<br> FOSTA TEK OPTICS INC<br> 320 HAMILTON ST<br> LEOMINSTER MA 01453 | Claim Holder Name and Address<br><br>FOSTA TEK OPTICS INC<br>320 HAMILTON ST<br>LEOMINSTER MA 01453 | Docketed Total | | $3,280.00 | | Modified Total | | $1,914.00 |
| | Case Number*<br>05-44547 | Secured | Priority | Unsecured<br>$3,280.00<br>$3,280.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,914.00<br>$1,914.00 |
| Claim: 1259<br>Date Filed:12/23/05<br>Docketed Total:  $1,812.40<br>Filing Creditor Name and Address<br> FPS TECHNOLOGIES INC<br> PO BOX 310219<br> BIRMINGHAM AL 35231 | Claim Holder Name and Address<br><br>FPS TECHNOLOGIES INC<br>PO BOX 310219<br>BIRMINGHAM AL 35231 | Docketed Total | | $1,812.40 | | Modified Total | | $1,807.40 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$1,812.40<br>$1,812.40 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,807.40<br>$1,807.40 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2905**
Date Filed: 04/27/06
Docketed Total:   $964.00
Filing Creditor Name and Address
 FRANK P LANGLEY CO INC
 219 CREEKSIDE DR
 AMHERST NY 14228-0744

| | Claim Holder Name and Address | Docketed Total | $964.00 | | | Modified Total | $954.00 |
|---|---|---|---|---|---|---|---|

FRANK P LANGLEY CO INC
219 CREEKSIDE DR
AMHERST NY 14228-0744

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $964.00 | 05-44440 | | | $954.00 |
| | | | $964.00 | | | | $954.00 |

**Claim: 9670**
Date Filed: 07/17/06
Docketed Total:   $70,172.57
Filing Creditor Name and Address
 FRE FLOW DISTRIBUTION INC
 3700 INPARK CIRCLE
 DAYTON OH 45414

| | Claim Holder Name and Address | Docketed Total | $70,172.57 | | | Modified Total | $68,714.06 |
|---|---|---|---|---|---|---|---|

FRE FLOW DISTRIBUTION INC
3700 INPARK CIRCLE
DAYTON OH 45414

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $70,172.57 | 05-44440 | | | $68,714.06 |
| | | | $70,172.57 | | | | $68,714.06 |

**Claim: 12024**
Date Filed: 07/28/06
Docketed Total:   $6,517,990.78
Filing Creditor Name and Address
 FREESCALE SEMICONDUCTOR INC
 C O SUSAN M FREEMAN
 LEWIS AND ROCA LLP
 40 N CENTRAL AVE
 PHOENIX AZ 85004

| | Claim Holder Name and Address | Docketed Total | $6,517,990.78 | | | Modified Total | $6,517,990.78 |
|---|---|---|---|---|---|---|---|

FREESCALE SEMICONDUCTOR INC
C O SUSAN M FREEMAN
LEWIS AND ROCA LLP
40 N CENTRAL AVE
PHOENIX AZ 85004

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,517,990.78 | 05-44567 | | | $145,822.00 |
| | | | | 05-44610 | | | $8,401.34 |
| | | | | 05-44640 | | | $6,363,767.44 |
| | | | $6,517,990.78 | | | | $6,517,990.78 |

**Claim: 5957**
Date Filed: 05/16/06
Docketed Total:   $1,500.00
Filing Creditor Name and Address
 FRONTLINE TEST EQUIPMENT INC
 337 W RIO RD
 CHARLOTTESVILLE VA 22901

| | Claim Holder Name and Address | Docketed Total | $1,500.00 | | | Modified Total | $1,500.00 |
|---|---|---|---|---|---|---|---|

FRONTLINE TEST EQUIPMENT INC
337 W RIO RD
CHARLOTTESVILLE VA 22901

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,500.00 | 05-44640 | | | $1,500.00 |
| | | | $1,500.00 | | | | $1,500.00 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 122<br>Date Filed:10/25/05<br>Docketed Total:   $10,162.00<br>Filing Creditor Name and Address<br> FROUDE HOFMANN INC<br> 45225 POLARIS CT<br> PLYMOUTH MI 48170 | Claim Holder Name and Address<br><br>FROUDE HOFMANN INC<br>45225 POLARIS CT<br>PLYMOUTH MI 48170 | | Docketed Total | | $10,162.00 | | Modified Total | | | $10,162.00 |
| | Case Number*<br>05-44481 | Secured | Priority | | Unsecured<br>$10,162.00<br>$10,162.00 | Case Number*<br>05-44482 | Secured | Priority | | Unsecured<br>$10,162.00<br>$10,162.00 |
| Claim: 1883<br>Date Filed:02/07/06<br>Docketed Total:   $224,599.00<br>Filing Creditor Name and Address<br> FUTURE TECHNOLOGIES INC<br> 2490 MIDLAND RD<br> BAY CITY MI 48706 | Claim Holder Name and Address<br><br>FUTURE TECHNOLOGIES INC<br>2490 MIDLAND RD<br>BAY CITY MI 48706 | | Docketed Total | | $224,599.00 | | Modified Total | | | $224,599.00 |
| | Case Number*<br>05-44481 | Secured | Priority | | Unsecured<br>$224,599.00<br>$224,599.00 | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$224,599.00<br>$224,599.00 |
| Claim: 6491<br>Date Filed:05/22/06<br>Docketed Total:   $1,007.22<br>Filing Creditor Name and Address<br> FUTURE TECHNOLOGIES INC<br> 2490 MIDLAND RD<br> BAY CITY MI 48706 | Claim Holder Name and Address<br><br>FUTURE TECHNOLOGIES INC<br>2490 MIDLAND RD<br>BAY CITY MI 48706 | | Docketed Total | | $1,007.22 | | Modified Total | | | $1,007.22 |
| | Case Number*<br>05-44481 | Secured | Priority | | Unsecured<br>$1,007.22<br>$1,007.22 | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$1,007.22<br>$1,007.22 |
| Claim: 8339<br>Date Filed:06/22/06<br>Docketed Total:   $723.32<br>Filing Creditor Name and Address<br> FX SPRINGMAN PLATING COMPANY<br> LLC<br> 4600 W BETHEL AVE<br> MUNCIE IN 47204 | Claim Holder Name and Address<br><br>FX SPRINGMAN PLATING COMPANY LLC<br>4600 W BETHEL AVE<br>MUNCIE IN 47204 | | Docketed Total | | $723.32 | | Modified Total | | | $95.00 |
| | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$723.32<br>$723.32 | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$95.00<br>$95.00 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 369<br>Date Filed:11/07/05<br>Docketed Total:  $2,262.00<br>Filing Creditor Name and Address<br> G II SOLUTIONS INC<br> 201 BANK ST<br> PO BOX 428<br> CENTRAL SC 29630 | Claim Holder Name and Address    Docketed Total    $2,262.00<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $2,262.00<br>                                             $2,262.00 | Modified Total    $2,256.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $2,256.00<br>                                             $2,256.00 |
| Claim: 4741<br>Date Filed:05/04/06<br>Docketed Total:   $168,939.68<br>Filing Creditor Name and Address<br> GAGNIER PRODUCTS RKM INC<br> AD CHG PERTLTR 7 9 04 AM<br> 10161 CAPITAL AVE<br> REMOVE EFT 7 10<br> OAK PK MI 48237 | Claim Holder Name and Address    Docketed Total    $168,939.68<br><br>GAGNIER PRODUCTS RKM INC<br>AD CHG PERTLTR 7 9 04 AM<br>10161 CAPITAL AVE<br>REMOVE EFT 7 10<br>OAK PK MI 48237<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $168,939.68<br>                                             $168,939.68 | Modified Total    $168,939.68<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $168,939.68<br>                                             $168,939.68 |
| Claim: 641<br>Date Filed:11/17/05<br>Docketed Total:   $46,264.82<br>Filing Creditor Name and Address<br> GALE FIRE PROTECTION INC<br> 10248 PIERCE<br> PO BOX 208<br> FREELAND MI 48623 | Claim Holder Name and Address    Docketed Total    $46,264.82<br><br>GALE FIRE PROTECTION INC<br>10248 PIERCE<br>PO BOX 208<br>FREELAND MI 48623<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $46,264.82<br>                                             $46,264.82 | Modified Total    $9,212.75<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $9,212.75<br>                                             $9,212.75 |
| Claim: 6993<br>Date Filed:05/30/06<br>Docketed Total:   $1,535.40<br>Filing Creditor Name and Address<br> GAPI USA<br> 300 HULS DR<br> CLAYTON OH 45315 | Claim Holder Name and Address    Docketed Total    $1,535.40<br><br>GAPI USA<br>300 HULS DR<br>CLAYTON OH 45315<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $1,535.40<br>                                             $1,535.40 | Modified Total    $1,093.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $1,093.50<br>                                             $1,093.50 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2195<br>Date Filed:03/06/06<br>Docketed Total:   $172.00<br>Filing Creditor Name and Address<br> GARDEI INDUSTRIES LLC<br> 525 WHEATFIELD ST<br> N TONAWANDA NY 14120 | Claim Holder Name and Address      Docketed Total      $172.00<br><br>GARDEI INDUSTRIES LLC<br>525 WHEATFIELD ST<br>N TONAWANDA NY 14120 | Modified Total      $172.00 |
| | <u>Case Number*</u>      <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44481                                                                            $172.00<br>                                                                                           $172.00 | <u>Case Number*</u>      <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44640                                                                            $172.00<br>                                                                                           $172.00 |
| Claim: 2082<br>Date Filed:02/21/06<br>Docketed Total:   $1,375.00<br>Filing Creditor Name and Address<br> GARDNER TOBIN INC<br> DAVID P SUICH ESQ<br> 2625 COMMONS BLVD<br> BEAVERCREEK OH 45431 | Claim Holder Name and Address      Docketed Total      $1,375.00<br><br>GARDNER TOBIN INC<br>DAVID P SUICH ESQ<br>2625 COMMONS BLVD<br>BEAVERCREEK OH 45431 | Modified Total      $1,375.00 |
| | <u>Case Number*</u>      <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44481                                                                            $1,375.00<br>                                                                                           $1,375.00 | <u>Case Number*</u>      <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44640                                                                            $1,375.00<br>                                                                                           $1,375.00 |
| Claim: 1732<br>Date Filed:01/31/06<br>Docketed Total:   $12,726.00<br>Filing Creditor Name and Address<br> GATER INDUSTRIES INC<br> 4400 DEL RANGE BLVD<br> CHEYENNE WY 82009 | Claim Holder Name and Address      Docketed Total      $12,726.00<br><br>GATER INDUSTRIES INC<br>4400 DEL RANGE BLVD<br>CHEYENNE WY 82009 | Modified Total      $12,726.00 |
| | <u>Case Number*</u>      <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44481                                                                            $12,726.00<br>                                                                                           $12,726.00 | <u>Case Number*</u>      <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44507                                                                            $12,726.00<br>                                                                                           $12,726.00 |
| Claim: 852<br>Date Filed:11/28/05<br>Docketed Total:   $10,975.56<br>Filing Creditor Name and Address<br> GATEWAY COMPANIES INC<br> ATTN BONNIE FISCUS Y37<br> 610 GATEWAY DR<br> N SIOUX CITY SD 57049 | Claim Holder Name and Address      Docketed Total      $10,975.56<br><br>GATEWAY COMPANIES INC<br>ATTN BONNIE FISCUS Y37<br>610 GATEWAY DR<br>N SIOUX CITY SD 57049 | Modified Total      $6,306.98 |
| | <u>Case Number*</u>      <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44481                                                                            $10,975.56<br>                                                                                           $10,975.56 | <u>Case Number*</u>      <u>Secured</u>      <u>Priority</u>      <u>Unsecured</u><br>05-44612                                                                            $6,306.98<br>                                                                                           $6,306.98 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1066<br>Date Filed:12/08/05<br>Docketed Total:   $6,225.00<br>Filing Creditor Name and Address<br> GCH TOOL GROUP INC<br> 13265 E EIGHT MILE RD<br> WARREN MI 48089 | Claim Holder Name and Address      Docketed Total      $6,225.00<br><br>GCH TOOL GROUP INC<br>13265 E EIGHT MILE RD<br>WARREN MI 48089<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $6,225.00<br>                                                      $6,225.00 | Modified Total      $6,225.00<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $6,225.00<br>                                                      $6,225.00 |
| Claim: 1067<br>Date Filed:12/08/05<br>Docketed Total:   $5,600.00<br>Filing Creditor Name and Address<br> GCH TOOL GROUP INC<br> 13265 E EIGHT MILE RD<br> WARREN MI 48089 | Claim Holder Name and Address      Docketed Total      $5,600.00<br><br>GCH TOOL GROUP INC<br>13265 E EIGHT MILE RD<br>WARREN MI 48089<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $5,600.00<br>                                                      $5,600.00 | Modified Total      $5,600.00<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $5,600.00<br>                                                      $5,600.00 |
| Claim: 1068<br>Date Filed:12/08/05<br>Docketed Total:   $436.00<br>Filing Creditor Name and Address<br> GCH TOOL GROUP INC<br> 13265 E EIGHT MILE RD<br> WARREN MI 48089 | Claim Holder Name and Address      Docketed Total      $436.00<br><br>GCH TOOL GROUP INC<br>13265 E EIGHT MILE RD<br>WARREN MI 48089<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $436.00<br>                                                      $436.00 | Modified Total      $436.00<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $436.00<br>                                                      $436.00 |
| Claim: 1069<br>Date Filed:12/08/05<br>Docketed Total:   $435.00<br>Filing Creditor Name and Address<br> GCH TOOL GROUP INC<br> 13265 E EIGHT MILE RD<br> WARREN MI 48089 | Claim Holder Name and Address      Docketed Total      $435.00<br><br>GCH TOOL GROUP INC<br>13265 E EIGHT MILE RD<br>WARREN MI 48089<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $435.00<br>                                                      $435.00 | Modified Total      $435.00<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                              $435.00<br>                                                      $435.00 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9830<br>Date Filed:07/18/06<br>Docketed Total:   $21,921.02<br>Filing Creditor Name and Address<br> GE CAPITAL MODULAR SPACE<br> BETH IBACH<br> 530 E SWEDESFORD RD<br> WAYNE PA 19087 | Claim Holder Name and Address    Docketed Total    $21,921.02<br><br>GE CAPITAL MODULAR SPACE<br>BETH IBACH<br>530 E SWEDESFORD RD<br>WAYNE PA 19087<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $21,921.02<br>                                                     $21,921.02 | Modified Total    $1,827.12<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $1,827.12<br>                                                     $1,827.12 |
| Claim: 10239<br>Date Filed:07/21/06<br>Docketed Total:   $21,987.50<br>Filing Creditor Name and Address<br> GE OSMONICS INC<br> 4636 SOMERTON RD<br> TREVOSE PA 19053-6783 | Claim Holder Name and Address    Docketed Total    $21,987.50<br><br>GE OSMONICS INC<br>4636 SOMERTON RD<br>TREVOSE PA 19053-6783<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $21,987.50<br>                                                     $21,987.50 | Modified Total    $19,089.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                             $19,089.00<br>                                                     $19,089.00 |
| Claim: 950<br>Date Filed:12/01/05<br>Docketed Total:   $1,570.36<br>Filing Creditor Name and Address<br> GECGEN LLC<br> 26321 WOODWARD AVE<br> HUNTINGTON WOODS MI 48070 | Claim Holder Name and Address    Docketed Total    $1,570.36<br><br>GECGEN LLC<br>26321 WOODWARD AVE<br>HUNTINGTON WOODS MI 48070<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $1,570.36<br>                                                     $1,570.36 | Modified Total    $1,570.36<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $1,570.36<br>                                                     $1,570.36 |
| Claim: 11235<br>Date Filed:07/26/06<br>Docketed Total:   $9,562.77<br>Filing Creditor Name and Address<br> GEFCO U K LTD<br> YEW TREE WAY STONECROSS LN<br> WARRINGTON  WA3 3GY<br> UNITED KINGDOM | Claim Holder Name and Address    Docketed Total    $9,562.77<br><br>GEFCO U K LTD<br>YEW TREE WAY STONECROSS LN<br>WARRINGTON  WA3 3GY<br>UNITED KINGDOM<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44610                                             $9,562.77<br>                                                     $9,562.77 | Modified Total    $9,536.76<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44610                                             $9,536.76<br>                                                     $9,536.76 |

*See Exhibit E for a listing of debtor entities by case number              Page:   149  of 433

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 951<br>Date Filed:12/01/05<br>Docketed Total:   $430.00<br>Filing Creditor Name and Address<br> GEMS SENSORS INC<br> 1 COWLES RD<br> PLAINVILLE CT 06062-1198 | Claim Holder Name and Address     Docketed Total        $430.00<br><br>GEMS SENSORS INC<br>1 COWLES RD<br>PLAINVILLE CT 06062-1198<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481                                               $430.00<br>                                                       $430.00 | Modified Total      $430.00<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640                                               $430.00<br>                                                       $430.00 |
| Claim: 3844<br>Date Filed:05/01/06<br>Docketed Total:   $955.20<br>Filing Creditor Name and Address<br> GENERAL FASTENERS COMPANY<br> 11820 GLOBE RD<br> LIVONIA MI 48150 | Claim Holder Name and Address     Docketed Total        $955.20<br><br>GENERAL FASTENERS COMPANY<br>11820 GLOBE RD<br>LIVONIA MI 48150<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481                                               $955.20<br>                                                       $955.20 | Modified Total      $796.00<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640                                               $796.00<br>                                                       $796.00 |
| Claim: 444<br>Date Filed:11/08/05<br>Docketed Total:   $46,469.32<br>Filing Creditor Name and Address<br> GENERAL PALLET<br> PO BOX 1000<br> READINGTON NJ 08870 | Claim Holder Name and Address     Docketed Total     $46,469.32<br><br>GENERAL PALLET<br>PO BOX 1000<br>READINGTON NJ 08870<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481                                            $46,469.32<br>                                                    $46,469.32 | Modified Total   $46,062.96<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640                                            $46,062.96<br>                                                    $46,062.96 |
| Claim: 468<br>Date Filed:11/07/05<br>Docketed Total:   $407,189.20<br>Filing Creditor Name and Address<br> GEORGIA POWER COMPANY<br> PO BOX 4545<br> BIN 80002 LAKECIA BURNAM<br> ATLANTA GA 30302 | Claim Holder Name and Address     Docketed Total    $407,189.20<br><br>GEORGIA POWER COMPANY<br>PO BOX 4545<br>BIN 80002 LAKECIA BURNAM<br>ATLANTA GA 30302<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44481                                           $407,189.20<br>                                                   $407,189.20 | Modified Total  $406,933.35<br><br>Case Number*      Secured        Priority       Unsecured<br>05-44640                                           $406,933.35<br>                                                   $406,933.35 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3129**
Date Filed:04/28/06
Docketed Total:  $3,217.22
Filing Creditor Name and Address
 GERSTER SALES & SERVICE INC
 TRANE SERVICE OF WESTERN NEW Y
 45 EARHART DR STE 103
 WILLIAMSVILLE NY 14221-7079

Claim Holder Name and Address    Docketed Total    $3,217.22

GERSTER SALES & SERVICE INC
TRANE SERVICE OF WESTERN NEW Y
45 EARHART DR STE 103
WILLIAMSVILLE NY 14221-7079

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,217.22 |
| | | | $3,217.22 |

Modified Total    $3,217.22

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,217.22 |
| | | | $3,217.22 |

---

**Claim: 2415**
Date Filed:03/27/06
Docketed Total:  $4,855.16
Filing Creditor Name and Address
 GFS CHEMICALS INC
 PO BOX 245
 POWELL OH 43065

Claim Holder Name and Address    Docketed Total    $4,855.16

GFS CHEMICALS INC
PO BOX 245
POWELL OH 43065

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,855.16 |
| | | | $4,855.16 |

Modified Total    $4,855.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $4,668.06 |
| 05-44640 | | | $187.10 |
| | | | $4,855.16 |

---

**Claim: 5237**
Date Filed:05/08/06
Docketed Total:  $3,037.93
Filing Creditor Name and Address
 GHT INDUSTRIAL MACHINING &
 WELDING CO INC
 13808 E IMPERIAL HWY
 STE 230
 SANTA FE SPRINGS CA 90670

Claim Holder Name and Address    Docketed Total    $3,037.93

GHT INDUSTRIAL MACHINING &
WELDING CO INC
13808 E IMPERIAL HWY
STE 230
SANTA FE SPRINGS CA 90670

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,037.93 |
| | | | $3,037.93 |

Modified Total    $3,037.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $3,037.93 |
| | | | $3,037.93 |

---

**Claim: 825**
Date Filed:11/23/05
Docketed Total:  $2,886.39
Filing Creditor Name and Address
 GIBBS EQUIPMENT INC
 PO BOX 89
 BELLEVUE OH 44811

Claim Holder Name and Address    Docketed Total    $2,886.39

GIBBS EQUIPMENT INC
PO BOX 89
BELLEVUE OH 44811

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,886.39 |
| | | | $2,886.39 |

Modified Total    $2,886.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,886.39 |
| | | | $2,886.39 |

---

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2256**
Date Filed: 03/10/06
Docketed Total:   $7,050.00
Filing Creditor Name and Address
 GIDDINGS & LEWIS MACHINE TOOLS
 LLC
 142 DOTY ST
 FOND DU LAC WI 54935

Claim Holder Name and Address      Docketed Total      $7,050.00

GIDDINGS & LEWIS MACHINE TOOLS LLC
142 DOTY ST
FOND DU LAC WI 54935

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,050.00 |
| | | | $7,050.00 |

Modified Total      $7,050.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,050.00 |
| | | | $7,050.00 |

---

**Claim: 3217**
Date Filed: 04/28/06
Docketed Total:   $652.73
Filing Creditor Name and Address
 GLAUBER EQUIPMENT CORP
 1600 COMMERCE PKY W
 LANCASTER NY 14086-1731

Claim Holder Name and Address      Docketed Total      $652.73

GLAUBER EQUIPMENT CORP
1600 COMMERCE PKY W
LANCASTER NY 14086-1731

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $652.73 |
| | | | $652.73 |

Modified Total      $551.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $551.11 |
| | | | $551.11 |

---

**Claim: 2762**
Date Filed: 04/25/06
Docketed Total:   $41,028.58
Filing Creditor Name and Address
 GLENAIR INCORPORATED
 1211 AIR WAY
 GLENDALE CA 91201

Claim Holder Name and Address      Docketed Total      $41,028.58

GLENAIR INCORPORATED
1211 AIR WAY
GLENDALE CA 91201

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,028.58 |
| | | | $41,028.58 |

Modified Total      $36,718.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $17,322.99 |
| 05-44640 | | | $19,395.15 |
| | | | $36,718.14 |

---

**Claim: 5311**
Date Filed: 05/08/06
Docketed Total:   $5,465.00
Filing Creditor Name and Address
 GLOBE PRODUCTS INC MICAFIL DIV
 5051 KITRIDGE RD
 DAYTON OH 45424

Claim Holder Name and Address      Docketed Total      $5,465.00

GLOBE PRODUCTS INC MICAFIL DIV
5051 KITRIDGE RD
DAYTON OH 45424

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,465.00 |
| | | | $5,465.00 |

Modified Total      $5,465.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,465.00 |
| | | | $5,465.00 |

---

In re: Delphi Corporation, et al.                                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9125<br>Date Filed: 07/10/06<br>Docketed Total:  $47,488.79<br>Filing Creditor Name and Address<br> GLOBEX CORP<br> 3620 STUTZ DR<br> CANFIELD OH 44406 | Claim Holder Name and Address    Docketed Total    $47,488.79<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $47,488.79<br>                                                   $47,488.79 | Modified Total    $44,841.70<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $44,841.70<br>                                                   $44,841.70 |
| Claim: 13812<br>Date Filed: 08/21/06<br>Docketed Total:  $1,155.00<br>Filing Creditor Name and Address<br> GLOBTEK INC<br> BOB SIEPMANN<br> 186 VETERANS DR<br> NORTHVALE NJ 07647 | Claim Holder Name and Address    Docketed Total    $1,155.00<br><br>GLOBTEK INC<br>BOB SIEPMANN<br>186 VETERANS DR<br>NORTHVALE NJ 07647<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $1,155.00<br>                                                   $1,155.00 | Modified Total    $1,155.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                           $1,155.00<br>                                                   $1,155.00 |
| Claim: 5304<br>Date Filed: 05/08/06<br>Docketed Total:  $22,329.65<br>Filing Creditor Name and Address<br> GLORIA MARGARITA TAPIA FLORES<br> GUSTAVO LARRAGA<br> 2717 ANDREW AVE<br> MISSION TX 78572 | Claim Holder Name and Address    Docketed Total    $22,329.65<br><br>GLORIA MARGARITA TAPIA FLORES<br>GUSTAVO LARRAGA<br>2717 ANDREW AVE<br>MISSION TX 78572<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $22,329.65<br>                                                   $22,329.65 | Modified Total    $22,329.65<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $22,329.65<br>                                                   $22,329.65 |
| Claim: 4707<br>Date Filed: 05/04/06<br>Docketed Total:  $556.50<br>Filing Creditor Name and Address<br> GM ASSOCIATES<br> 9824 KITTY LN<br> OAKLAND CA 94603 | Claim Holder Name and Address    Docketed Total    $556.50<br><br>GM ASSOCIATES<br>9824 KITTY LN<br>OAKLAND CA 94603<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $556.50<br>                                                   $556.50 | Modified Total    $556.50<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                           $556.50<br>                                                   $556.50 |

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 150<br>Date Filed:10/28/05<br>Docketed Total:  $2,756.60<br>Filing Creditor Name and Address<br>  GM NAMEPLATE INC<br>  DAWN ECKHOFF<br>  2040 15TH AVE W<br>  SEATTLE WA 98119-2783 | Claim Holder Name and Address    Docketed Total    $2,756.60<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $2,756.60<br>                                              $2,756.60 | Modified Total    $2,756.60<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                      $2,756.60<br>                                              $2,756.60 |
| Claim: 2555<br>Date Filed:04/04/06<br>Docketed Total:  $4,995.29<br>Filing Creditor Name and Address<br>  GM NAMEPLATE INC<br>  2040 15TH AVE W<br>  SEATTLE WA 98119-2783 | Claim Holder Name and Address    Docketed Total    $4,995.29<br><br>GM NAMEPLATE INC<br>2040 15TH AVE W<br>SEATTLE WA 98119-2783<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $4,995.29<br>                                              $4,995.29 | Modified Total    $4,995.29<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44511                                      $3,933.29<br>05-44624                                      $1,062.00<br>                                              $4,995.29 |
| Claim: 2264<br>Date Filed:03/10/06<br>Docketed Total:  $169,455.80<br>Filing Creditor Name and Address<br>  GONGOS AND ASSOCIATES INC<br>  6001 N ADAMS RD STE 250<br>  BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address    Docketed Total    $169,455.80<br><br>GONGOS AND ASSOCIATES INC<br>6001 N ADAMS RD STE 250<br>BLOOMFIELD HILLS MI 48304<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $169,455.80<br>                                              $169,455.80 | Modified Total    $166,357.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $166,357.00<br>                                              $166,357.00 |
| Claim: 7840<br>Date Filed:06/12/06<br>Docketed Total:  $3,613.21<br>Filing Creditor Name and Address<br>  GOODING CO INC<br>  5568 DAVISON RD<br>  LOCKPORT NY 14094-2856 | Claim Holder Name and Address    Docketed Total    $3,613.21<br><br>GOODING CO INC<br>5568 DAVISON RD<br>LOCKPORT NY 14094-2856<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $3,613.21<br>                                              $3,613.21 | Modified Total    $3,613.21<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $3,613.21<br>                                              $3,613.21 |

*See Exhibit E for a listing of debtor entities by case number                    Page:    154  of 433

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3869<br>Date Filed:05/01/06<br>Docketed Total:   $553.00<br>Filing Creditor Name and Address<br> GORDON HATCH COMPANY<br> CUSTOMER SERV<br> N118 W18252 BUNSEN DR<br> GERMANTOWN WI 53022 | Claim Holder Name and Address     Docketed Total     $553.00<br><br>GORDON HATCH COMPANY<br>CUSTOMER SERV<br>N118 W18252 BUNSEN DR<br>GERMANTOWN WI 53022<br><br>Case Number*   Secured    Priority      Unsecured<br>05-44481 _____ _____      $553.00<br>                                          $553.00 | Modified Total     $553.00<br><br><br><br><br><br>Case Number*  Secured   Priority    Unsecured<br>05-44640 _____ _____   $553.00<br>                                      $553.00 |
| Claim: 1587<br>Date Filed:01/10/06<br>Docketed Total:   $47.85<br>Filing Creditor Name and Address<br> GOUDY BROS BOILER CO INC<br> PO BOX 537<br> KOKOMO IN 46903-0537 | Claim Holder Name and Address     Docketed Total     $47.85<br><br>GOUDY BROS BOILER CO INC<br>PO BOX 537<br>KOKOMO IN 46903-0537<br><br>Case Number*   Secured    Priority      Unsecured<br>05-44481 _____ _____       $47.85<br>                                           $47.85 | Modified Total     $47.85<br><br><br><br><br><br>Case Number*  Secured   Priority    Unsecured<br>05-44640 _____ _____    $47.85<br>                                       $47.85 |
| Claim: 1588<br>Date Filed:01/10/06<br>Docketed Total:   $1,489.72<br>Filing Creditor Name and Address<br> GOUDY BROS BOILER CO INC<br> PO BOX 537<br> KOKOMO IN 46903-0537 | Claim Holder Name and Address     Docketed Total     $1,489.72<br><br>GOUDY BROS BOILER CO INC<br>PO BOX 537<br>KOKOMO IN 46903-0537<br><br>Case Number*   Secured    Priority      Unsecured<br>05-44481 _____ _____    $1,489.72<br>                                        $1,489.72 | Modified Total     $1,489.72<br><br><br><br><br><br>Case Number*  Secured   Priority    Unsecured<br>05-44640 _____ _____  $1,489.72<br>                                     $1,489.72 |
| Claim: 10612<br>Date Filed:07/25/06<br>Docketed Total:   $3,023.18<br>Filing Creditor Name and Address<br> GRAND RAPIDS SCALE CO EFT INC<br> 4215 STAFFORD SW<br> GRAND RAPIDS MI 49548-3095 | Claim Holder Name and Address     Docketed Total     $3,023.18<br><br>GRAND RAPIDS SCALE CO EFT INC<br>4215 STAFFORD SW<br>GRAND RAPIDS MI 49548-3095<br><br>Case Number*   Secured    Priority      Unsecured<br>05-44640 _____ _____    $3,023.18<br>                                        $3,023.18 | Modified Total     $1,891.04<br><br><br><br><br><br>Case Number*  Secured   Priority    Unsecured<br>05-44640 _____ _____  $1,891.04<br>                                     $1,891.04 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 4546**
Date Filed: 05/03/06
Docketed Total: $2,965.74
Filing Creditor Name and Address
 GRAPHIC CONTROLS CORP
 PO BOX 1271
 BUFFAL0 NY 14240

| Claim Holder Name and Address | Docketed Total | $2,965.74 |
|---|---|---|

GRAPHIC CONTROLS CORP
PO BOX 1271
BUFFAL0 NY 14240

Modified Total    $184.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,965.74 |
| | | | $2,965.74 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $184.56 |
| | | | $184.56 |

---

**Claim: 2662**
Date Filed: 04/17/06
Docketed Total: $139.55
Filing Creditor Name and Address
 GRAPHIC ENTERPRISES INC
 3874 HIGHLAND PK NW
 N CANTON OH 44720-8080

| Claim Holder Name and Address | Docketed Total | $139.55 |
|---|---|---|

GRAPHIC ENTERPRISES INC
3874 HIGHLAND PK NW
N CANTON OH 44720-8080

Modified Total    $111.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $139.55 |
| | | | $139.55 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $111.86 |
| | | | $111.86 |

---

**Claim: 5880**
Date Filed: 05/15/06
Docketed Total: $43,252.85
Filing Creditor Name and Address
 GRAY DISTRIBUTION SERVICES INC
 PO BOX 517
 ASHBURN GA 31714

| Claim Holder Name and Address | Docketed Total | $43,252.85 |
|---|---|---|

GRAY DISTRIBUTION SERVICES INC
PO BOX 517
ASHBURN GA 31714

Modified Total    $41,231.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,252.85 |
| | | | $43,252.85 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,231.92 |
| | | | $41,231.92 |

---

**Claim: 10238**
Date Filed: 07/21/06
Docketed Total: $866.16
Filing Creditor Name and Address
 GREAT LAKES CASTER & INDSTRL E
 4652 DIVISION ST
 WAYLAND MI 49348

| Claim Holder Name and Address | Docketed Total | $866.16 |
|---|---|---|

GREAT LAKES CASTER & INDSTRL E
4652 DIVISION ST
WAYLAND MI 49348

Modified Total    $529.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $866.16 |
| | | | $866.16 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $529.41 |
| | | | $529.41 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 949<br>Date Filed:12/01/05<br>Docketed Total:  $200.09<br>Filing Creditor Name and Address<br> GREENE TWEED & CO ILP<br> ATTN MS WANDA BONASERA<br> 2075 DETWILER RD<br> PO BOX 305<br> KULPSVILLE PA 19443-0305 | Claim Holder Name and Address    Docketed Total    $200.09<br><br>GREENE TWEED & CO ILP<br>ATTN MS WANDA BONASERA<br>2075 DETWILER RD<br>PO BOX 305<br>KULPSVILLE PA 19443-0305<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44547                                              $200.09<br>                                                         $200.09 | Modified Total    $200.09<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $200.09<br>                                                         $200.09 |
| Claim: 12015<br>Date Filed:07/28/06<br>Docketed Total:   $777.54<br>Filing Creditor Name and Address<br> GREENLITES LAMP RECYCLING INC<br> 665 HULL RD<br> REMT UPDTE 03 7 97 4 99 LETTER<br> MASON MI 48854 | Claim Holder Name and Address    Docketed Total    $777.54<br><br>GREENLITES LAMP RECYCLING INC<br>665 HULL RD<br>REMT UPDTE 03 7 97 4 99 LETTER<br>MASON MI 48854<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $777.54<br>                                                         $777.54 | Modified Total    $777.54<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $777.54<br>                                                         $777.54 |
| Claim: 9798<br>Date Filed:07/18/06<br>Docketed Total:  $37,253.38<br>Filing Creditor Name and Address<br> GREER STOP NUT INC<br> CO ROBERT SZWAJKOS ESQ<br> CURTIN & HEEFNER LLP<br> 250 N PENNSYLVANIA AVE<br> MORRISVILLE PA 19067 | Claim Holder Name and Address    Docketed Total    $37,253.38<br><br>GREER STOP NUT INC<br>CO ROBERT SZWAJKOS ESQ<br>CURTIN & HEEFNER LLP<br>250 N PENNSYLVANIA AVE<br>MORRISVILLE PA 19067<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $37,253.38<br>                                                         $37,253.38 | Modified Total    $28,772.36<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $28,772.36<br>                                                         $28,772.36 |
| Claim: 2136<br>Date Filed:02/27/06<br>Docketed Total:   $2,880.00<br>Filing Creditor Name and Address<br> GREGORSOK PEERLESS OF OHIO INC<br> PEERLESS OF OHIO INC<br> PO BOX 592<br> BOWLING GREEN OH 43402 | Claim Holder Name and Address    Docketed Total    $2,880.00<br><br>GREGORSOK PEERLESS OF OHIO INC<br>PEERLESS OF OHIO INC<br>PO BOX 592<br>BOWLING GREEN OH 43402<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $2,880.00<br>                                                         $2,880.00 | Modified Total    $2,880.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $2,880.00<br>                                                         $2,880.00 |

*See Exhibit E for a listing of debtor entities by case number          Page:   157  of 433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2007<br>Date Filed: 02/14/06<br>Docketed Total:  $24,006.70<br>Filing Creditor Name and Address<br> GREIF INC GCC DRUM<br> J R BUTLER<br> 366 GREIF PKWY<br> DELAWARE OH 43015 | Claim Holder Name and Address   Docketed Total   $24,006.70<br><br>GREIF INC GCC DRUM<br>J R BUTLER<br>366 GREIF PKWY<br>DELAWARE OH 43015<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                $24,006.70<br>                                                         $24,006.70 | Modified Total   $23,936.70<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                                $23,936.70<br>                                                         $23,936.70 |
| Claim: 2235<br>Date Filed: 03/09/06<br>Docketed Total:  $48,200.00<br>Filing Creditor Name and Address<br> GRIFFIN INTERNATIONAL LLC<br> 46430 CONTINENTAL DR STE A<br> CHESTERFIELD MI 48047 | Claim Holder Name and Address   Docketed Total   $48,200.00<br><br>GRIFFIN INTERNATIONAL LLC<br>46430 CONTINENTAL DR STE A<br>CHESTERFIELD MI 48047<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481     $48,200.00<br>             $48,200.00 | Modified Total   $48,200.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                                $48,200.00<br>                                                         $48,200.00 |
| Claim: 7188<br>Date Filed: 05/31/06<br>Docketed Total:  $2,536.56<br>Filing Creditor Name and Address<br> GRIFFITH RUBBER MILLS OF GARRE<br> BAUMAN HARNISH RUBBER CO<br> 400 N TAYLOR RD<br> ADD CHG 5 99<br> GARRETT IN 46738-1044 | Claim Holder Name and Address   Docketed Total   $2,536.56<br><br>GRIFFITH RUBBER MILLS OF GARRE<br>BAUMAN HARNISH RUBBER CO<br>400 N TAYLOR RD<br>ADD CHG 5 99<br>GARRETT IN 46738-1044<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                $2,536.56<br>                                                         $2,536.56 | Modified Total   $1,785.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                                $1,785.00<br>                                                         $1,785.00 |
| Claim: 5510<br>Date Filed: 05/10/06<br>Docketed Total:  $43,178.53<br>Filing Creditor Name and Address<br> GRINER ENGINEERING INC<br> 2500 N CURRY PIKE<br> BLOOMINGTON IN 47404-148 | Claim Holder Name and Address   Docketed Total   $43,178.53<br><br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                $43,178.53<br>                                                         $43,178.53 | Modified Total   $43,177.89<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                                $43,177.89<br>                                                         $43,177.89 |

In re: Delphi Corporation, et al.                                                        Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4020<br>Date Filed: 05/01/06<br>Docketed Total:   $6,862.57<br>Filing Creditor Name and Address<br> GROTE INDUSTRIES INC<br> ACCOUNTS PAYABLE<br> 2600 LANIER DR<br> MADISON IN 47250 | Claim Holder Name and Address     Docketed Total      $6,862.57<br><br>GROTE INDUSTRIES INC<br>ACCOUNTS PAYABLE<br>2600 LANIER DR<br>MADISON IN 47250<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                                               $6,862.57<br>                                                        $6,862.57 | Modified Total      $6,862.51<br><br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                                               $6,862.51<br>                                                        $6,862.51 |
| Claim: 1915<br>Date Filed: 02/08/06<br>Docketed Total:   $7,587.40<br>Filing Creditor Name and Address<br> GROUNDSCAPE MAINTENANCE LLC<br> PO BOX 546<br> TIPP CITY OH 45371 | Claim Holder Name and Address     Docketed Total      $7,587.40<br><br>GROUNDSCAPE MAINTENANCE LLC<br>PO BOX 546<br>TIPP CITY OH 45371<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                                               $7,587.40<br>                                                        $7,587.40 | Modified Total      $3,442.25<br><br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                                               $3,442.25<br>                                                        $3,442.25 |
| Claim: 3823<br>Date Filed: 05/01/06<br>Docketed Total:   $407.05<br>Filing Creditor Name and Address<br> GUARANTEE VACUUM AND SEWING<br> BRENT<br> 702 U.S. 31 BY PASS SOUTH<br> KOKOMO IN 46901 | Claim Holder Name and Address     Docketed Total      $407.05<br><br>GUARANTEE VACUUM AND SEWING<br>BRENT<br>702 U.S. 31 BY PASS SOUTH<br>KOKOMO IN 46901<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                                               $407.05<br>                                                        $407.05 | Modified Total      $135.00<br><br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44640                                               $135.00<br>                                                        $135.00 |
| Claim: 1630<br>Date Filed: 01/23/06<br>Docketed Total:   $31,240.70<br>Filing Creditor Name and Address<br> GUARDSMARK LLC<br> 22 SOUTH 2ND ST<br> MEMPHIS TN 38103-2695 | Claim Holder Name and Address     Docketed Total      $31,240.70<br><br>GUARDSMARK LLC<br>22 SOUTH 2ND STREET<br>MEMPHIS TN 38103-2695<br><br>Case Number*     Secured       Priority        Unsecured<br>05-44481                                               $31,240.70<br>                                                        $31,240.70 | Modified Total      $31,240.70<br><br><br><br><br><br>Case Number*     Secured       Priority        Unsecured<br>05-44624                                               $31,240.70<br>                                                        $31,240.70 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4762<br>Date Filed:05/04/06<br>Docketed Total:   $2,760.00<br>Filing Creditor Name and Address<br> GUDEN CO INC<br> HILDA<br> 99 RAYNOR AVE<br> RONKONKOMA NY 11779 | Claim Holder Name and Address<br><br>GUDEN CO INC<br>HILDA<br>99 RAYNOR AVE<br>RONKONKOMA NY 11779 | Docketed Total | | $2,760.00 | | Modified Total | | $2,760.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,760.00<br>$2,760.00 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$2,760.00<br>$2,760.00 |
| Claim: 1725<br>Date Filed:01/31/06<br>Docketed Total:   $358.95<br>Filing Creditor Name and Address<br> GUYSON CORPORATION<br> ATTN JOSEPH W CODACOVI<br> 13 GRANDE BLVD<br> SARATOGA SPRINGS NY 12866 | Claim Holder Name and Address<br><br>GUYSON CORPORATION<br>ATTN JOSEPH W CODACOVI<br>13 GRANDE BLVD<br>SARATOGA SPRINGS NY 12866 | Docketed Total | | $358.95 | | Modified Total | | $358.95 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$358.95<br>$358.95 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$358.95<br>$358.95 |
| Claim: 7603<br>Date Filed:06/07/06<br>Docketed Total:   $2,614.68<br>Filing Creditor Name and Address<br> H & M COMPANY INC<br> NORMA GONZALEZ<br> 200 CHIHUAHUA ST<br> SAN ANTONIO TX 78207-6330 | Claim Holder Name and Address<br><br>H & M COMPANY INC<br>NORMA GONZALEZ<br>200 CHIHUAHUA ST<br>SAN ANTONIO TX 78207-6330 | Docketed Total | | $2,614.68 | | Modified Total | | $1,744.53 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$2,614.68<br>$2,614.68 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$1,744.53<br>$1,744.53 |
| Claim: 3795<br>Date Filed:05/01/06<br>Docketed Total:   $43.00<br>Filing Creditor Name and Address<br> H AND B PETROLEUM CO<br> MAUREEN<br> PO BOX 694<br> NEWDOUNDLAND NJ 07435 | Claim Holder Name and Address<br><br>H AND B PETROLEUM CO<br>MAUREEN<br>PO BOX 694<br>NEWDOUNDLAND NJ 07435 | Docketed Total | | $43.00 | | Modified Total | | $43.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$43.00<br>$43.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$43.00<br>$43.00 |

*See Exhibit E for a listing of debtor entities by case number          Page:   160  of 433

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 482**
Date Filed: 11/10/05
Docketed Total:   $60,471.77
Filing Creditor Name and Address
 H G FLAKE COMPANY INC
 ATTN GORDON L FLAKE
 14113 E APACHE
 TULSA OK 74116

Claim Holder Name and Address        Docketed Total        $60,471.77

H G FLAKE COMPANY INC
ATTN GORDON L FLAKE
14113 E APACHE
TULSA OK 74116

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $40,226.42 | $20,245.35 |
| | | $40,226.42 | $20,245.35 |

Modified Total        $56,837.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $56,837.21 |
| | | | $56,837.21 |

---

**Claim: 58**
Date Filed: 10/20/05
Docketed Total:   $12,671.45
Filing Creditor Name and Address
 H GALOW CO INC
 15 MAPLE ST
 NORWOOD NJ 07648

Claim Holder Name and Address        Docketed Total        $12,671.45

H GALOW CO INC
15 MAPLE ST
NORWOOD NJ 07648

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,671.45 |
| | | | $12,671.45 |

Modified Total        $12,671.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $1,450.00 |
| 05-44511 | | | $11,221.45 |
| | | | $12,671.45 |

---

**Claim: 9313**
Date Filed: 07/11/06
Docketed Total:   $26,910.41
Filing Creditor Name and Address
 HAIN CAPITAL HOLDINGS LLC
 AS ASSIGNEE OF MAINE MACHINE
 PRODUC
 301 RTE 17 6TH FL
 RUTHERFORD NJ 07070

Claim Holder Name and Address        Docketed Total        $26,910.41

HAIN CAPITAL HOLDINGS LLC
AS ASSIGNEE OF MAINE MACHINE
PRODUC
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $26,910.41 |
| | | | $26,910.41 |

Modified Total        $26,446.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $26,446.25 |
| | | | $26,446.25 |

---

**Claim: 16473**
Date Filed: 01/05/07
Docketed Total:   $96,157.52
Filing Creditor Name and Address
 HAIN CAPITAL HOLDINGS LLC
 AS ASSIGNEE OF TEST COACH
 CORPORATI
 301 RTE 17 6TH FL
 RUTHERFORD NJ 07070

Claim Holder Name and Address        Docketed Total        $96,157.52

HAIN CAPITAL HOLDINGS LLC
AS ASSIGNEE OF TEST COACH
CORPORATI
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $96,157.52 |
| | | | $96,157.52 |

Modified Total        $67,644.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $67,644.90 |
| | | | $67,644.90 |

---

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4007**
Date Filed: 05/01/06
Docketed Total:  $6,031.88
Filing Creditor Name and Address
  HANES SUPPLY INC
  55 JAMES E CASEY
  BUFFALO NY 14206

Claim Holder Name and Address        Docketed Total        $6,031.88

HANES SUPPLY INC
55 JAMES E CASEY
BUFFALO NY 14206

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,031.88 |
| | | | $6,031.88 |

Modified Total        $2,871.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,871.70 |
| | | | $2,871.70 |

---

**Claim: 15949**
Date Filed: 08/09/06
Docketed Total:  $22,931.37
Filing Creditor Name and Address
  HANKE CRIMP TECHNIK GMBH
  HIRSCHFELDER RING 8
  ZITTAU  02763
  GERMANY

Claim Holder Name and Address        Docketed Total        $22,931.37

HANKE CRIMP TECHNIK GMBH
HIRSCHFELDER RING 8
ZITTAU  02763
GERMANY

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $22,931.37 |
| | | | $22,931.37 |

Modified Total        $21,776.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $21,776.91 |
| | | | $21,776.91 |

---

**Claim: 5579**
Date Filed: 05/10/06
Docketed Total:  $1,663.53
Filing Creditor Name and Address
  HANSEN BALK STEEL TREATING CO
  1230 MONROE AVE NW
  GRAND RAPIDS MI 49505-4690

Claim Holder Name and Address        Docketed Total        $1,663.53

HANSEN BALK STEEL TREATING CO
1230 MONROE AVE NW
GRAND RAPIDS MI 49505-4690

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,663.53 |
| | | | $1,663.53 |

Modified Total        $1,151.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,151.52 |
| | | | $1,151.52 |

---

**Claim: 5095**
Date Filed: 05/08/06
Docketed Total:  $960.00
Filing Creditor Name and Address
  HARBISON BROS INC
  32 APPENHEIMER AVE
  BUFFALO NY 14214-2902

Claim Holder Name and Address        Docketed Total        $960.00

HARBISON BROS INC
32 APPENHEIMER AVE
BUFFALO NY 14214-2902

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $960.00 |
| | | | $960.00 |

Modified Total        $960.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $960.00 |
| | | | $960.00 |

---

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 3999**
Date Filed: 05/01/06
Docketed Total: $13,693.34
Filing Creditor Name and Address
 HARDWARE SPECIALTY CO INC
 48 75 36TH ST
 LONG ISLAND CITY NY 11101

| | Claim Holder Name and Address | Docketed Total | $13,693.34 | | | Modified Total | $13,693.34 |
|---|---|---|---|---|---|---|---|
| | HARDWARE SPECIALTY CO INC | | | | | | |
| | 48 75 36TH ST | | | | | | |
| | LONG ISLAND CITY NY 11101 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $13,693.34 | 05-44507 | | | $13,693.34 |
| | | | $13,693.34 | | | | $13,693.34 |

**Claim: 4742**
Date Filed: 05/04/06
Docketed Total: $49,098.20
Filing Creditor Name and Address
 HARISON TOSHIBA LIGHTING USA
 PO BOX 515251
 LOS ANGELES CA 90051-6551

| | Claim Holder Name and Address | Docketed Total | $49,098.20 | | | Modified Total | $46,223.20 |
|---|---|---|---|---|---|---|---|
| | HARISON TOSHIBA LIGHTING USA | | | | | | |
| | PO BOX 515251 | | | | | | |
| | LOS ANGELES CA 90051-6551 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $49,098.20 | 05-44640 | | | $46,223.20 |
| | | | $49,098.20 | | | | $46,223.20 |

**Claim: 371**
Date Filed: 11/07/05
Docketed Total: $4,820.64
Filing Creditor Name and Address
 HARRIS THOMAS INDUSTRIES INC
 1400 E 1ST ST
 DAYTON OH 45403-101

| | Claim Holder Name and Address | Docketed Total | $4,820.64 | | | Modified Total | $4,820.64 |
|---|---|---|---|---|---|---|---|
| | HARRIS THOMAS INDUSTRIES INC | | | | | | |
| | 1400 E 1ST ST | | | | | | |
| | DAYTON OH 45403-101 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,820.64 | 05-44640 | | | $4,820.64 |
| | | | $4,820.64 | | | | $4,820.64 |

**Claim: 5450**
Date Filed: 05/10/06
Docketed Total: $55,963.17
Filing Creditor Name and Address
 HARWICK STANDARD DIST CORP
 C O E E POUTTU
 60 S SEIBERLING ST
 AKRON OH 44305

| | Claim Holder Name and Address | Docketed Total | $55,963.17 | | | Modified Total | $55,873.33 |
|---|---|---|---|---|---|---|---|
| | HARWICK STANDARD DIST CORP | | | | | | |
| | C O E E POUTTU | | | | | | |
| | 60 S SEIBERLING ST | | | | | | |
| | AKRON OH 44305 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $55,963.17 | 05-44640 | | | $55,873.33 |
| | | | $55,963.17 | | | | $55,873.33 |

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4028<br>Date Filed: 05/01/06<br>Docketed Total:   $7,772.16<br>Filing Creditor Name and Address<br> HAUGAN CLYDE M<br> 516 ELEUTHERA LN<br> ADDED W9 INFO 3 19 04 CP<br> INDIAN HARBOUR BEACH FL 32937 | Claim Holder Name and Address    Docketed Total    $7,772.16<br><br>HAUGAN CLYDE M<br>516 ELEUTHERA LN<br>ADDED W9 INFO 3 19 04 CP<br>INDIAN HARBOUR BEACH FL 32937<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                 $7,772.16<br>                                              $7,772.16 | Modified Total    $7,772.16<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                 $7,772.16<br>                                              $7,772.16 |
| Claim: 4029<br>Date Filed: 05/01/06<br>Docketed Total:   $25,877.00<br>Filing Creditor Name and Address<br> HAUGAN CLYDE M<br> 516 ELEUTHERA LN<br> INDIAN HARBOUR BEACH FL 32937 | Claim Holder Name and Address    Docketed Total    $25,877.00<br><br>HAUGAN CLYDE M<br>516 ELEUTHERA LN<br>INDIAN HARBOUR BEACH FL 32937<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                 $25,877.00<br>                                              $25,877.00 | Modified Total    $25,877.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                 $25,877.00<br>                                              $25,877.00 |
| Claim: 16180<br>Date Filed: 08/09/06<br>Docketed Total:   $814.10<br>Filing Creditor Name and Address<br> HAVEN MANUFACTURING CORP<br> DAVE ERICKSON<br> 370 STERLING INDUSTRIAL PK<br> BRUNWICK GA 31525 | Claim Holder Name and Address    Docketed Total    $814.10<br><br>HAVEN MANUFACTURING CORP<br>DAVE ERICKSON<br>370 STERLING INDUSTRIAL PK<br>BRUNWICK GA 31525<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                 $814.10<br>                                              $814.10 | Modified Total    $814.10<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                 $814.10<br>                                              $814.10 |
| Claim: 770<br>Date Filed: 11/22/05<br>Docketed Total:   $13,155.92<br>Filing Creditor Name and Address<br> HAYNES CORPORATION<br> ATTN SCOTT FLETCHER<br> 3581 MERCANTILE AVE<br> NAPLES FL 34104 | Claim Holder Name and Address    Docketed Total    $13,155.92<br><br>HAYNES CORPORATION<br>ATTN SCOTT FLETCHER<br>3581 MERCANTILE AVE<br>NAPLES FL 34104<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                 $13,155.92<br>                                              $13,155.92 | Modified Total    $12,504.34<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                 $12,504.34<br>                                              $12,504.34 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14248<br>Date Filed:07/31/06<br>Docketed Total:   $1,078.80<br>Filing Creditor Name and Address<br>  HAYNES INTERNATIONAL INC<br>  PO BOX 9013<br>  1020 WEST PK AVE<br>  KOKOMO IN 46904-9013 | Claim Holder Name and Address    Docketed Total    $1,078.80<br><br>HAYNES INTERNATIONAL INC<br>PO BOX 9013<br>1020 WEST PK AVE<br>KOKOMO IN 46904-9013<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $1,078.80<br>                                                     $1,078.80 | Modified Total    $988.90<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $988.90<br>                                                     $988.90 |
| Claim: 9476<br>Date Filed:07/14/06<br>Docketed Total:   $6,514.53<br>Filing Creditor Name and Address<br>  HAZMAT ENVIRONMENTAL GROUP INC<br>  C O GROSS SHUMAN BRIZDLE &<br>  GILFILLA<br>  465 MAIN ST STE 600<br>  BUFFALO NY 14203 | Claim Holder Name and Address    Docketed Total    $6,514.53<br><br>HAZMAT ENVIRONMENTAL GROUP INC<br>C O GROSS SHUMAN BRIZDLE &<br>GILFILLA<br>465 MAIN ST STE 600<br>BUFFALO NY 14203<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $6,514.53<br>                                                     $6,514.53 | Modified Total    $6,514.03<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $6,514.03<br>                                                     $6,514.03 |
| Claim: 507<br>Date Filed:11/14/05<br>Docketed Total:   $15,990.00<br>Filing Creditor Name and Address<br>  HCN PUBLICATION COMPANY<br>  12 CONCORDE PL STE 800<br>  TORONTO ON M3C 4J2<br>  CANADA | Claim Holder Name and Address    Docketed Total    $15,990.00<br><br>HCN PUBLICATION COMPANY<br>12 CONCORDE PL STE 800<br>TORONTO ON M3C 4J2<br>CANADA<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $15,990.00<br>                                                     $15,990.00 | Modified Total    $15,990.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                             $15,990.00<br>                                                     $15,990.00 |
| Claim: 6475<br>Date Filed:05/22/06<br>Docketed Total:   $967.61<br>Filing Creditor Name and Address<br>  HD GEISLER CO INC<br>  1482 STANLEY AVE<br>  DAYTON OH 45404 | Claim Holder Name and Address    Docketed Total    $967.61<br><br>HD GEISLER CO INC<br>1482 STANLEY AVE<br>DAYTON OH 45404<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $967.61<br>                                                     $967.61 | Modified Total    $967.61<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $967.61<br>                                                     $967.61 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8278**
Date Filed: 06/20/06
Docketed Total:  $10,868.28
Filing Creditor Name and Address
  HE LENNON INC
  23920 FREEWAY PK DR
  FARMINGTON HILLS MI 48335

Claim Holder Name and Address    Docketed Total    $10,868.28

HE LENNON INC
23920 FREEWAY PK DR
FARMINGTON HILLS MI 48335

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,868.28 |
| | | | $10,868.28 |

Modified Total    $10,868.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $5,756.44 |
| 05-44612 | | | $159.02 |
| 05-44640 | | | $4,952.82 |
| | | | $10,868.28 |

---

**Claim: 4230**
Date Filed: 05/01/06
Docketed Total:  $1,352.10
Filing Creditor Name and Address
  HEALTHCARE AUTHORITY OF ATHENS
  WELLNESS CTR OF ATHENS LIME
  209 FITNESS WAY STE A
  ATHENS AL 35611

Claim Holder Name and Address    Docketed Total    $1,352.10

HEALTHCARE AUTHORITY OF ATHENS
WELLNESS CTR OF ATHENS LIME
209 FITNESS WAY STE A
ATHENS AL 35611

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,352.10 |
| | | | $1,352.10 |

Modified Total    $1,332.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,332.10 |
| | | | $1,332.10 |

---

**Claim: 1076**
Date Filed: 12/08/05
Docketed Total:  $5,902.00
Filing Creditor Name and Address
  HEALTHTRAX INC WORK FIT
  HEALTHTRAX INC
  2345 MAIN ST
  GLASTONBURY CT 06033

Claim Holder Name and Address    Docketed Total    $5,902.00

HEALTHTRAX INC WORK FIT
HEALTHTRAX INC
2345 MAIN ST
GLASTONBURY CT 06033

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,902.00 |
| | | | $5,902.00 |

Modified Total    $5,811.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,811.00 |
| | | | $5,811.00 |

---

**Claim: 1363**
Date Filed: 12/29/05
Docketed Total:  $18,000.00
Filing Creditor Name and Address
  HEARST BUSINESS PUBLISHING INC
  OFFICE OF GENERAL COUNSEL
  ATTN B FITZPATRICK
  THE HEARST CORPORATION
  959 EIGHTH AVE
  NEW YORK NY 10019

Claim Holder Name and Address    Docketed Total    $18,000.00

HEARST BUSINESS PUBLISHING INC
OFFICE OF GENERAL COUNSEL
ATTN B FITZPATRICK
THE HEARST CORPORATION
959 EIGHTH AVE
NEW YORK NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44623 | | | $18,000.00 |
| | | | $18,000.00 |

Modified Total    $18,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $18,000.00 |
| | | | $18,000.00 |

---

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1368<br>Date Filed:12/29/05<br>Docketed Total:  $11,731.00<br>Filing Creditor Name and Address<br> HEARST BUSINESS PUBLISHING INC<br> OFFICE OF GENERAL COUNSEL<br> ATTN B FITZPATRICK<br> THE HEARST CORPORATION<br> 959 EIGHTH AVE<br> NEW YORK NY 10019 | Claim Holder Name and Address    Docketed Total      $11,731.00<br><br>HEARST BUSINESS PUBLISHING INC<br>OFFICE OF GENERAL COUNSEL<br>ATTN B FITZPATRICK<br>THE HEARST CORPORATION<br>959 EIGHTH AVE<br>NEW YORK NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44623                                          $11,731.00<br>                                                   $11,731.00 | Modified Total      $8,718.52<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                          $8,718.52<br>                                                   $8,718.52 |
| Claim: 3721<br>Date Filed:05/01/06<br>Docketed Total:  $13,682.15<br>Filing Creditor Name and Address<br> HEARTLAND EXPRESS INC OF IOWA<br> 2777 HEARTLAND DR<br> CORALVILLE IA 52241 | Claim Holder Name and Address    Docketed Total      $13,682.15<br><br>HEARTLAND EXPRESS INC OF IOWA<br>2777 HEARTLAND DR<br>CORALVILLE IA 52241<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $13,682.15<br>                                                   $13,682.15 | Modified Total      $11,085.81<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $11,085.81<br>                                                   $11,085.81 |
| Claim: 859<br>Date Filed:11/28/05<br>Docketed Total:  $1,000.50<br>Filing Creditor Name and Address<br> HEATEFLEX CORPORATION<br> 405 E SANTA CLARA ST<br> ARCADIA CA 91006 | Claim Holder Name and Address    Docketed Total      $1,000.50<br><br>HEATEFLEX CORPORATION<br>405 E SANTA CLARA ST<br>ARCADIA CA 91006<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $1,000.50<br>                                                   $1,000.50 | Modified Total      $1,000.50<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $1,000.50<br>                                                   $1,000.50 |
| Claim: 1307<br>Date Filed:12/27/05<br>Docketed Total:  $5,374.05<br>Filing Creditor Name and Address<br> HECKETHORN MANUFACTURING CO<br> INC<br> ATTN BRUCE KERR<br> 2005 FORREST ST<br> DYERSBURG TN 38024 | Claim Holder Name and Address    Docketed Total      $5,374.05<br><br>HECKETHORN MANUFACTURING CO INC<br>ATTN BRUCE KERR<br>2005 FORREST ST<br>DYERSBURG TN 38024<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $5,374.05<br>                                                   $5,374.05 | Modified Total      $1,774.87<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $1,774.87<br>                                                   $1,774.87 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10493**
Date Filed: 07/24/06
Docketed Total: $39,435.73
Filing Creditor Name and Address
  HEINEMAN JR & SONS
  3562 RIDGECREST DR
  MIDLAND MI 48642

Claim Holder Name and Address          Docketed Total    $39,435.73
HEINEMAN JR & SONS
3562 RIDGECREST DR
MIDLAND MI 48642

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $39,435.73 |
| | | | $39,435.73 |

Modified Total    $39,435.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,435.73 |
| | | | $39,435.73 |

---

**Claim: 1041**
Date Filed: 12/06/05
Docketed Total: $9,706.16
Filing Creditor Name and Address
  HELI COIL PARKER KALON
  EMHART FAST TECHNOLOGIES
  50 SHELTON TECH CTR
  SHELTON CT 06484

Claim Holder Name and Address          Docketed Total    $9,706.16
HELI COIL PARKER KALON
EMHART FAST TECHNOLOGIES
50 SHELTON TECH CTR
SHELTON CT 06484

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,706.16 |
| | | | $9,706.16 |

Modified Total    $7,416.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,416.89 |
| | | | $7,416.89 |

---

**Claim: 238**
Date Filed: 10/31/05
Docketed Total: $100.24
Filing Creditor Name and Address
  HELICAL PRODUCTS CO
  901 W MCCOY LN
  PO BOX 1069
  SANTA MARIA CA 93456

Claim Holder Name and Address          Docketed Total    $100.24
HELICAL PRODUCTS CO
901 W MCCOY LN
PO BOX 1069
SANTA MARIA CA 93456

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $100.24 |
| | | | $100.24 |

Modified Total    $100.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44511 | | | $100.24 |
| | | | $100.24 |

---

**Claim: 239**
Date Filed: 10/31/05
Docketed Total: $57.00
Filing Creditor Name and Address
  HELICAL PRODUCTS CO
  901 W MCCOY LN
  PO BOX 1069
  SANTA MARIA CA 93456

Claim Holder Name and Address          Docketed Total    $57.00
HELICAL PRODUCTS CO
901 W MCCOY LN
PO BOX 1069
SANTA MARIA CA 93456

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $57.00 |
| | | | $57.00 |

Modified Total    $57.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $57.00 |
| | | | $57.00 |

---

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2473**
Date Filed: 04/03/06
Docketed Total:  $2,731.32
Filing Creditor Name and Address
 HELLY HANSEN SPESIALPRODUKTER
 AS
 PO BOX 218
 SOLGAARD SKOG 139
 MOSS N 1501
 NORWAY

Claim Holder Name and Address        Docketed Total        $2,731.32

HELLY HANSEN SPESIALPRODUKTER AS
PO BOX 218
SOLGAARD SKOG 139
MOSS N 1501
NORWAY

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,731.32 | 05-44640 | | | $2,731.32 |
| | | | $2,731.32 | | | | $2,731.32 |

Modified Total        $2,731.32

---

**Claim: 10020**
Date Filed: 07/20/06
Docketed Total:  $3,022.76
Filing Creditor Name and Address
 HENRIETTA BUILDING SUPPLIES
 1 RIVERTON WAY
 WEST HENRIETTA NY 14586

Claim Holder Name and Address        Docketed Total        $3,022.76

HENRIETTA BUILDING SUPPLIES
1 RIVERTON WAY
WEST HENRIETTA NY 14586

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,022.76 | 05-44640 | | | $3,022.76 |
| | | | $3,022.76 | | | | $3,022.76 |

Modified Total        $3,022.76

---

**Claim: 938**
Date Filed: 11/30/05
Docketed Total:  $12,096.00
Filing Creditor Name and Address
 HERCULES INCORPORATED
 AQUALON DIVISION
 HERCULES PLZ
 1313 N MARKET ST
 WILMINGTON DE 19894-0001

Claim Holder Name and Address        Docketed Total        $12,096.00

HERCULES INCORPORATED
AQUALON DIVISION
HERCULES PLZ
1313 N MARKET ST
WILMINGTON DE 19894-0001

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $12,096.00 | 05-44482 | | | $12,096.00 |
| | | | $12,096.00 | | | | $12,096.00 |

Modified Total        $12,096.00

---

**Claim: 2383**
Date Filed: 03/23/06
Docketed Total:  $49,924.00
Filing Creditor Name and Address
 HERKO INTERNATIONAL INC
 VP AND GENERAL MANAGER
 12975 SW 132ND ST
 MIAMI FL 33186

Claim Holder Name and Address        Docketed Total        $49,924.00

REDROCK CAPITAL PARTNERS LLC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $49,924.00 | 05-44612 | | | $49,924.00 |
| | | | $49,924.00 | | | | $49,924.00 |

Modified Total        $49,924.00

---

*See Exhibit E for a listing of debtor entities by case number          Page:   169  of 433

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 14034**
Date Filed: 07/24/06
Docketed Total: $31,092.65
Filing Creditor Name and Address
 HIGH VOLTAGE MAINTENANCE CORP
 12001 TECHNOLOGY DRIVE A803
 EDEN PRAIRIE MN 55344

Claim Holder Name and Address — Docketed Total $31,092.65
HIGH VOLTAGE MAINTENANCE CORP
12001 TECHNOLOGY DRIVE A803
EDEN PRAIRIE MN 55344

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,092.65 | 05-44640 | | | $29,541.65 |
| | | | $31,092.65 | | | | $29,541.65 |

Modified Total $29,541.65

---

**Claim: 1101**
Date Filed: 12/01/05
Docketed Total: $674.21
Filing Creditor Name and Address
 HILTI INC
 PO BOX 21148
 TULSA OK 74121

Claim Holder Name and Address — Docketed Total $674.21
HILTI INC
PO BOX 21148
TULSA OK 74121

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $674.21 | 05-44640 | | | $674.21 |
| | | | $674.21 | | | | $674.21 |

Modified Total $674.21

---

**Claim: 7781**
Date Filed: 06/12/06
Docketed Total: $895.00
Filing Creditor Name and Address
 HIMMELSTEIN S & CO
 2490 PEMBROKE AVE
 HOFFMAN ESTATES IL 60195

Claim Holder Name and Address — Docketed Total $895.00
HIMMELSTEIN S & CO
2490 PEMBROKE AVE
HOFFMAN ESTATES IL 60195

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $895.00 | 05-44640 | | | $895.00 |
| | | | $895.00 | | | | $895.00 |

Modified Total $895.00

---

**Claim: 13927**
Date Filed: 07/31/06
Docketed Total: $624.00
Filing Creditor Name and Address
 HITACHI AUTOMOTIVE PRODUCTS
 USA INC
 PAUL J RICOTTA ESQ AND
 STEPHANIE K
 MINTZ LEVIN COHN FERRIS
 GLOVSKY AND
 666 THIRD AVENUE
 NEW YORK NY 10017

Claim Holder Name and Address — Docketed Total $624.00
HITACHI AUTOMOTIVE PRODUCTS USA INC
PAUL J RICOTTA ESQ AND
STEPHANIE K
MINTZ LEVIN COHN FERRIS
GLOVSKY AND
666 THIRD AVENUE
NEW YORK NY 10017

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $624.00 | 05-44612 | | | $624.00 |
| | | | $624.00 | | | | $624.00 |

Modified Total $624.00

---

In re: Delphi Corporation, et al.                                                                                        Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 241**
Date Filed: 10/31/05
Docketed Total: $119,907.84
Filing Creditor Name and Address
  HITACHI METALS AMERICA LTD
  2 MANHATTANVILLE RD STE 301
  PURCHASE NY 10577

Claim Holder Name and Address        Docketed Total        $119,907.84
HITACHI METALS AMERICA LTD
2 MANHATTANVILLE RD STE 301
PURCHASE NY 10577

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $119,907.84 |
| | | | $119,907.84 |

Modified Total        $119,907.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $119,907.84 |
| | | | $119,907.84 |

---

**Claim: 327**
Date Filed: 11/04/05
Docketed Total: $990.00
Filing Creditor Name and Address
  HITACHI METALS AMERICA LTD
  2 MANHATTANVILLE RD STE 301
  PURCHASE NY 10577

Claim Holder Name and Address        Docketed Total        $990.00
HITACHI METALS AMERICA LTD
2 MANHATTANVILLE RD STE 301
PURCHASE NY 10577

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $990.00 |
| | | | $990.00 |

Modified Total        $990.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $990.00 |
| | | | $990.00 |

---

**Claim: 14062**
Date Filed: 07/31/06
Docketed Total: $8,900.00
Filing Creditor Name and Address
  HK SYSTEMS INC
  2855 S JAMES DR
  NEW BERLIN WI 53151

Claim Holder Name and Address        Docketed Total        $8,900.00
HK SYSTEMS INC
2855 S JAMES DR
NEW BERLIN WI 53151

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,900.00 |
| | | | $8,900.00 |

Modified Total        $4,402.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,402.00 |
| | | | $4,402.00 |

---

**Claim: 1150**
Date Filed: 12/13/05
Docketed Total: $32,730.50
Filing Creditor Name and Address
  HMC INSTRUMENT & MACHINE WORKS
  LTD
  HOWARD CHONG
  2325 BLALOCK
  HOUSTON TX 77080

Claim Holder Name and Address        Docketed Total        $32,730.50
HMC INSTRUMENT & MACHINE WORKS LTD
HOWARD CHONG
2325 BLALOCK
HOUSTON TX 77080

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $32,730.50 |
| | | | $32,730.50 |

Modified Total        $32,730.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44511 | | | $32,730.50 |
| | | | $32,730.50 |

---

In re: Delphi Corporation, et al.                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2441**
Date Filed: 03/28/06
Docketed Total: $13,144.76
Filing Creditor Name and Address
HOIST & CRANE SERVICE CORP &
SIERRA LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Claim Holder Name and Address     Docketed Total     $13,144.76

HOIST & CRANE SERVICE CORP & SIERRA
LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $13,144.76 |
| | | | $13,144.76 |

Modified Total     $11,534.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,534.27 |
| | | | $11,534.27 |

---

**Claim: 6000**
Date Filed: 05/16/06
Docketed Total: $513.30
Filing Creditor Name and Address
HOLLAND SPECIAL DELIVERY
3068 HIGHLAND DR
HUDSONVILLE MI 49426

Claim Holder Name and Address     Docketed Total     $513.30

HOLLAND SPECIAL DELIVERY
3068 HIGHLAND DR
HUDSONVILLE MI 49426

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $513.30 |
| | | | $513.30 |

Modified Total     $454.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $454.25 |
| | | | $454.25 |

---

**Claim: 6787**
Date Filed: 05/24/06
Docketed Total: $344.50
Filing Creditor Name and Address
HOLLINGSWORTH LUMBER
DARIN
6810 WEST 400 SOUTH
RUSSIAVILLE IN 46979

Claim Holder Name and Address     Docketed Total     $344.50

HOLLINGSWORTH LUMBER
DARIN
6810 WEST 400 SOUTH
RUSSIAVILLE IN 46979

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $344.50 |
| | | | $344.50 |

Modified Total     $344.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $344.50 |
| | | | $344.50 |

---

**Claim: 5508**
Date Filed: 05/10/06
Docketed Total: $29,130.00
Filing Creditor Name and Address
HOLLOWAY EQUIPMENT CO INC
35035 CRICKLEWOOD AVE
NEW BALTIMORE MI 48047

Claim Holder Name and Address     Docketed Total     $29,130.00

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $29,130.00 | |
| | | $29,130.00 | |

Modified Total     $29,130.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,130.00 |
| | | | $29,130.00 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3617<br>Date Filed:05/01/06<br>Docketed Total:  $6,505.94<br>Filing Creditor Name and Address<br> HOME OFFICE ENTERPRISES INC<br> 2306 HESS<br> SAGINAW MI 48601 | Claim Holder Name and Address<br>HOME OFFICE ENTERPRISES INC<br>2306 HESS<br>SAGINAW MI 48601 | Docketed Total | | $6,505.94 | | Modified Total | | $6,369.86 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,505.94<br>$6,505.94 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,369.86<br>$6,369.86 |
| Claim: 3746<br>Date Filed:05/01/06<br>Docketed Total:  $5,524.48<br>Filing Creditor Name and Address<br> HONIGMAN MILLER SCHWARTZ AND<br> COHN LLP<br> JUDY B CALTON<br> 660 WOODWARD AVE STE 2290<br> DETROIT MI 48226 | Claim Holder Name and Address<br>HONIGMAN MILLER SCHWARTZ AND COHN<br>LLP<br>JUDY B CALTON<br>660 WOODWARD AVE STE 2290<br>DETROIT MI 48226 | Docketed Total | | $5,524.48 | | Modified Total | | $1,194.50 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,524.48<br>$5,524.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,194.50<br>$1,194.50 |
| Claim: 8152<br>Date Filed:06/19/06<br>Docketed Total:  $2,838.00<br>Filing Creditor Name and Address<br> HOOVER MACHINE INC TA<br> CUST SERVICE<br> 3567 FREDERICK GINGHAM RD.<br> TIPP CITY OH 45371 | Claim Holder Name and Address<br>HOOVER MACHINE INC TA<br>CUST SERVICE<br>3567 FREDERICK GINGHAM RD.<br>TIPP CITY OH 45371 | Docketed Total | | $2,838.00 | | Modified Total | | $2,838.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,838.00<br>$2,838.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,838.00<br>$2,838.00 |
| Claim: 4325<br>Date Filed:05/02/06<br>Docketed Total:  $552.80<br>Filing Creditor Name and Address<br> HOPPE WALTER K<br> SCHRAUBEN GROSSHANDLUNG<br> BLUECHERSTR 32<br> BERLIN  10961<br> GERMANY | Claim Holder Name and Address<br>HOPPE WALTER K<br>SCHRAUBEN GROSSHANDLUNG<br>BLUECHERSTR 32<br>BERLIN  10961<br>GERMANY | Docketed Total | | $552.80 | | Modified Total | | $552.80 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$552.80<br>$552.80 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$552.80<br>$552.80 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 1092**
Date Filed: 12/09/05
Docketed Total:  $8,309.90
Filing Creditor Name and Address
 HOWESTEMCO INC
 ROBERT S MALOOF
 50 EARLS WY
 FRANKLIN MA 02038

Claim Holder Name and Address   Docketed Total   $8,309.90

HOWESTEMCO INC
ROBERT S MALOOF
50 EARLS WY
FRANKLIN MA 02038

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,309.90 |
| | | | $8,309.90 |

Modified Total   $8,309.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $8,309.90 |
| | | | $8,309.90 |

---

**Claim: 8790**
Date Filed: 06/30/06
Docketed Total:  $19,476.60
Filing Creditor Name and Address
 HTG CORP INC
 TIFFIN DIV
 1988 S COUNTY RD 593
 TIFFIN OH 44883

Claim Holder Name and Address   Docketed Total   $19,476.60

HTG CORP INC
TIFFIN DIV
1988 S COUNTY RD 593
TIFFIN OH 44883

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $19,476.60 |
| | | | $19,476.60 |

Modified Total   $15,018.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,018.00 |
| | | | $15,018.00 |

---

**Claim: 5582**
Date Filed: 05/10/06
Docketed Total:  $3,420.00
Filing Creditor Name and Address
 HUDSON GLOBAL RESOURCES
 ATTN BART DALDOSSO
 55 ALPHA DR W
 PITTSBURGH PA 15238

Claim Holder Name and Address   Docketed Total   $3,420.00

HUDSON GLOBAL RESOURCES
ATTN BART DALDOSSO
55 ALPHA DR W
PITTSBURGH PA 15238

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,420.00 |
| | | | $3,420.00 |

Modified Total   $3,420.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,420.00 |
| | | | $3,420.00 |

---

**Claim: 2424**
Date Filed: 03/27/06
Docketed Total:  $5,270.01
Filing Creditor Name and Address
 HUGHES H TECH
 KELLY HOFFMAN
 100 WILLIAMS DR
 ZELIENOPLE PA 16063

Claim Holder Name and Address   Docketed Total   $5,270.01

HUGHES H TECH
KELLY HOFFMAN
100 WILLIAMS DR
ZELIENOPLE PA 16063

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,270.01 |
| | | | $5,270.01 |

Modified Total   $2,819.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,819.83 |
| | | | $2,819.83 |

---

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4411**
Date Filed: 05/02/06
Docketed Total:  $3,296.38
Filing Creditor Name and Address
  HUGHES RS COMPANY LLC
  1162 SONORA CT
  SUNNYVALE CA 94086-5308

Claim Holder Name and Address        Docketed Total        $3,296.38
HUGHES RS COMPANY LLC
1162 SONORA CT
SUNNYVALE CA 94086-5308

Modified Total        $3,296.38

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,296.38 | 05-44624 | | | $3,296.38 |
| | | | $3,296.38 | | | | $3,296.38 |

**Claim: 5591**
Date Filed: 05/10/06
Docketed Total:  $8,960.49
Filing Creditor Name and Address
  HUNTING INDUSTRIAL COATINGS
  10448 CHESTER RD
  CINCINNATI OH 45215

Claim Holder Name and Address        Docketed Total        $8,960.49
HUNTING INDUSTRIAL COATINGS
10448 CHESTER RD
CINCINNATI OH 45215

Modified Total        $7,915.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,960.49 | 05-44640 | | | $7,915.00 |
| | | | $8,960.49 | | | | $7,915.00 |

**Claim: 3158**
Date Filed: 04/28/06
Docketed Total:  $181.05
Filing Creditor Name and Address
  HURON CEMENT
  JODY CAPORINI
  617 MAIN ST
  HURON OH 44839

Claim Holder Name and Address        Docketed Total        $181.05
HURON CEMENT
JODY CAPORINI
617 MAIN ST
HURON OH 44839

Modified Total        $181.05

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $181.05 | 05-44640 | | | $181.05 |
| | | | $181.05 | | | | $181.05 |

**Claim: 6335**
Date Filed: 05/19/06
Docketed Total:  $179.90
Filing Creditor Name and Address
  HYATTS GRAPHIC SUPPLY CO INC
  910 MAIN ST
  BUFFALO NY 14202

Claim Holder Name and Address        Docketed Total        $179.90
HYATTS GRAPHIC SUPPLY CO INC
910 MAIN ST
BUFFALO NY 14202

Modified Total        $179.90

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $179.90 | 05-44640 | | | $179.90 |
| | | | $179.90 | | | | $179.90 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15353<br>Date Filed:07/31/06<br>Docketed Total:   $930.45<br>Filing Creditor Name and Address<br> HYDRA AIR INC<br> 8208 INDY LN<br> INDIANAPOLIS IN 46214-2326 | Claim Holder Name and Address      Docketed Total          $930.45<br><br>HYDRA AIR INC<br>8208 INDY LN<br>INDIANAPOLIS IN 46214-2326<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44481                                              $930.45<br>                                                      $930.45 | Modified Total         $551.05<br><br><br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640                                              $551.05<br>                                                      $551.05 |
| Claim: 1253<br>Date Filed:12/21/05<br>Docketed Total:   $185,983.20<br>Filing Creditor Name and Address<br> HYDRAFORCE INC<br> 500 BARCLAY BLVD<br> LINCOLNSHIRE IL 60069 | Claim Holder Name and Address      Docketed Total        $185,983.20<br><br>HYDRAFORCE INC<br>500 BARCLAY BLVD<br>LINCOLNSHIRE IL 60069<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44481                                            $185,983.20<br>                                                    $185,983.20 | Modified Total       $183,002.70<br><br><br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640                                            $183,002.70<br>                                                    $183,002.70 |
| Claim: 3135<br>Date Filed:04/28/06<br>Docketed Total:   $1,410.75<br>Filing Creditor Name and Address<br> HYDRAMATION INC<br> 9329M RAVENNA RD.<br> TWINSBURG OH 44087 | Claim Holder Name and Address      Docketed Total         $1,410.75<br><br>HYDRAMATION INC<br>9329M RAVENNA RD.<br>TWINSBURG OH 44087<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44481                                             $1,410.75<br>                                                     $1,410.75 | Modified Total        $1,410.75<br><br><br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640                                             $1,410.75<br>                                                     $1,410.75 |
| Claim: 6550<br>Date Filed:05/22/06<br>Docketed Total:   $3,179.40<br>Filing Creditor Name and Address<br> HYDRAULIC CONNECTIONS INC<br> 2848 INTERSTATE PKWY<br> BRUNSWICK OH 44212 | Claim Holder Name and Address      Docketed Total         $3,179.40<br><br>HYDRAULIC CONNECTIONS INC<br>2848 INTERSTATE PKWY<br>BRUNSWICK OH 44212<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44481                                   $3,179.40<br>                                           $3,179.40 | Modified Total        $3,179.40<br><br><br><br>Case Number*     Secured        Priority        Unsecured<br>05-44640                                             $3,179.40<br>                                                     $3,179.40 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   176  of 433

In re: Delphi Corporation, et al.                                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | Claim Holder Name and Address | | | Docketed Total | | | | Modified Total |
|---|---|---|---|---|---|---|---|---|

**Claim: 917**
Date Filed:11/28/05
Docketed Total:   $8,051.00
Filing Creditor Name and Address
 HYDRONICS ENVIRO CORPORATION
 7250 MARLOW PL
 UNIVERSITY PARK FL 34201

Claim Holder Name and Address    Docketed Total    $8,051.00
HYDRONICS ENVIRO CORPORATION
7250 MARLOW PL
UNIVERSITY PARK FL 34201

Modified Total    $8,051.00

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | $8,051.00 | | | 05-44640 | | | $8,051.00 |
| | | $8,051.00 | | | | | | $8,051.00 |

**Claim: 480**
Date Filed:11/10/05
Docketed Total:   $203,405.32
Filing Creditor Name and Address
 HYLAND MACHINE COMPANY
 DAN HYLAND VICE PRESIDENT
 1900 KUNTZ RD
 DAYTON OH 45404

Claim Holder Name and Address    Docketed Total    $203,405.32
HYLAND MACHINE COMPANY
DAN HYLAND VICE PRESIDENT
1900 KUNTZ RD
DAYTON OH 45404

Modified Total    $22,560.00

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $203,405.32 | | 05-44640 | | | $22,560.00 |
| | | | $203,405.32 | | | | | $22,560.00 |

**Claim: 3099**
Date Filed:04/28/06
Docketed Total:   $190.13
Filing Creditor Name and Address
 HYPATIA INC
 BRUCE CAMPBELL
 15270 SW HOLLY HILL RD
 HILLSBORO OR 97123-9074

Claim Holder Name and Address    Docketed Total    $190.13
HYPATIA INC
BRUCE CAMPBELL
15270 SW HOLLY HILL RD
HILLSBORO OR 97123-9074

Modified Total    $171.84

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $190.13 | | 05-44507 | | | $171.84 |
| | | | $190.13 | | | | | $171.84 |

**Claim: 3938**
Date Filed:05/01/06
Docketed Total:   $898.60
Filing Creditor Name and Address
 HYPERTRONICS CORP
 16 BRENT DR
 HUDSON MA 017490000

Claim Holder Name and Address    Docketed Total    $898.60
HYPERTRONICS CORP
16 BRENT DR
HUDSON MA 017490000

Modified Total    $898.60

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $898.60 | | 05-44640 | | | $898.60 |
| | | | $898.60 | | | | | $898.60 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9572<br>Date Filed:07/17/06<br>Docketed Total:  $6,798.43<br>Filing Creditor Name and Address<br> I T W CHRONOMATIC<br> 75 REMITTANCE DR<br> STE 1078<br> CHICAGO IL 60675 | Claim Holder Name and Address   Docketed Total   $6,798.43<br><br>I T W CHRONOMATIC<br>75 REMITTANCE DR<br>STE 1078<br>CHICAGO IL 60675<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                   $6,798.43<br>                           $6,798.43 | Modified Total   $6,798.43<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                             $6,798.43<br>                                      $6,798.43 |
| Claim: 534<br>Date Filed:11/14/05<br>Docketed Total:  $196,101.24<br>Filing Creditor Name and Address<br> I33 COMMUNICATIONS LLC<br> 433 W 14TH ST STE 3R<br> NEW YORK NY 10014 | Claim Holder Name and Address   Docketed Total   $196,101.24<br><br>I33 COMMUNICATIONS LLC<br>433 W 14TH ST STE 3R<br>NEW YORK NY 10014<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                             $196,101.24<br>                                     $196,101.24 | Modified Total   $196,101.24<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $196,101.24<br>                                     $196,101.24 |
| Claim: 2122<br>Date Filed:02/27/06<br>Docketed Total:  $1,481.20<br>Filing Creditor Name and Address<br> ICAT LOGISTICS INC<br> 514 PROGRESS DR STE G<br> LINTHICUM MD 21090 | Claim Holder Name and Address   Docketed Total   $1,481.20<br><br>ICAT LOGISTICS INC<br>514 PROGRESS DR STE G<br>LINTHICUM MD 21090<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44529                             $1,481.20<br>                                     $1,481.20 | Modified Total   $1,481.20<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507                             $1,481.20<br>                                     $1,481.20 |
| Claim: 5105<br>Date Filed:05/08/06<br>Docketed Total:  $9,492.00<br>Filing Creditor Name and Address<br> ICON IDENTITY SOLUTIONS<br> TOM MALY<br> 1418 ELMHURST RD<br> ELK GROVE IL 60007 | Claim Holder Name and Address   Docketed Total   $9,492.00<br><br>ICON IDENTITY SOLUTIONS<br>TOM MALY<br>1418 ELMHURST RD<br>ELK GROVE IL 60007<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                             $9,492.00<br>                                     $9,492.00 | Modified Total   $9,492.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $9,492.00<br>                                     $9,492.00 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10150**
Date Filed: 07/21/06
Docketed Total:   $4,442.76
Filing Creditor Name and Address
 IFM EFECTOR INC
 782 SPRINGDALE DR
 EXTON PA 19341

Claim Holder Name and Address    Docketed Total    $4,442.76

IFM EFECTOR INC
782 SPRINGDALE DR
EXTON PA 19341

Modified Total    $3,679.30

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,442.76 | 05-44640 | | | $3,679.30 |
| | | | $4,442.76 | | | | $3,679.30 |

**Claim: 4950**
Date Filed: 05/05/06
Docketed Total:   $4,473.13
Filing Creditor Name and Address
 IKON OFFICE SOLUTIONS
 ATTN BANKRUPTCY TEAM
 ACCOUNTS RECEIVABLE CENTER
 3920 ARKWRIGHT RD STE 400
 MACON GA 31210

Claim Holder Name and Address    Docketed Total    $4,473.13

IKON OFFICE SOLUTIONS
ATTN BANKRUPTCY TEAM
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD STE 400
MACON GA 31210

Modified Total    $4,433.81

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,473.13 | 05-44640 | | | $4,433.81 |
| | | | $4,473.13 | | | | $4,433.81 |

**Claim: 8091**
Date Filed: 06/16/06
Docketed Total:   $4,984.12
Filing Creditor Name and Address
 IKON OFFICE SOLUTIONS
 ATTN BANKRUPTCY TEAM
 ACCOUNT RECEIVABLE CENTER
 3920 ARKWRIGHT RD STE 400
 MACON GA 31210

Claim Holder Name and Address    Docketed Total    $4,984.12

IKON OFFICE SOLUTIONS
ATTN BANKRUPTCY TEAM
ACCOUNT RECEIVABLE CENTER
3920 ARKWRIGHT RD STE 400
MACON GA 31210

Modified Total    $4,286.34

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,984.12 | 05-44640 | | | $4,286.34 |
| | | | $4,984.12 | | | | $4,286.34 |

**Claim: 2642**
Date Filed: 04/13/06
Docketed Total:   $5,395.00
Filing Creditor Name and Address
 IMAGE LABS INTERNATIONAL &
 SIERRA LIQUIDITY FUND
 SIERRA LIQUIDITY FUND
 2699 WHITE ROAD STE 255
 IRVINE CA 92614

Claim Holder Name and Address    Docketed Total    $5,395.00

IMAGE LABS INTERNATIONAL & SIERRA
LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE ROAD STE 255
IRVINE CA 92614

Modified Total    $5,395.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,395.00 | 05-44482 | | | $5,395.00 |
| | | | $5,395.00 | | | | $5,395.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8524**
Date Filed: 06/26/06
Docketed Total:   $48,540.00
Filing Creditor Name and Address
  IMAGINE SOFTWARE INC
  44191 PLYMOUTH OAKS BLVD STE
  900
  PLYMOUTH MI 48170

| Claim Holder Name and Address | Docketed Total | $48,540.00 |
|---|---|---|
| IMAGINE SOFTWARE INC 44191 PLYMOUTH OAKS BLVD STE 900 PLYMOUTH MI 48170 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $48,540.00 |
| | | | $48,540.00 |

| | Modified Total | $48,540.00 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,540.00 |
| | | | $48,540.00 |

---

**Claim: 1151**
Date Filed: 12/13/05
Docketed Total:   $19,750.00
Filing Creditor Name and Address
  IMC DATAWORKS LLC
  4230 E TOWNE BLVD NO 285
  MADISON WI 53704

| Claim Holder Name and Address | Docketed Total | $19,750.00 |
|---|---|---|
| IMC DATAWORKS LLC 4230 E TOWNE BLVD NO 285 MADISON WI 53704 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $19,750.00 |
| | | | $19,750.00 |

| | Modified Total | $19,750.00 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,750.00 |
| | | | $19,750.00 |

---

**Claim: 2443**
Date Filed: 03/28/06
Docketed Total:   $2,937.70
Filing Creditor Name and Address
  IMPERIAL COFFEE SERVICES &
  SIERRA LIQUIDITY FUND
  SIERRA LIQUIDITY FUND
  2699 WHITE RD STE 255
  IRVINE CA 92614

| Claim Holder Name and Address | Docketed Total | $2,937.70 |
|---|---|---|
| IMPERIAL COFFEE SERVICES & SIERRA LIQUIDITY FUND SIERRA LIQUIDITY FUND 2699 WHITE RD STE 255 IRVINE CA 92614 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,937.70 |
| | | | $2,937.70 |

| | Modified Total | $2,755.42 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $2,755.42 |
| | | | $2,755.42 |

---

**Claim: 5563**
Date Filed: 05/10/06
Docketed Total:   $10,363.27
Filing Creditor Name and Address
  INDAK MANUFACTURING CORP EFT
  1915 TECHNY RD
  NORTHBROOK IL 60062-5382

| Claim Holder Name and Address | Docketed Total | $10,363.27 |
|---|---|---|
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK NJ 07601 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,363.27 |
| | | | $10,363.27 |

| | Modified Total | $9,083.02 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,083.02 |
| | | | $9,083.02 |

*See Exhibit E for a listing of debtor entities by case number          Page:   180  of 433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6663<br>Date Filed:05/23/06<br>Docketed Total:  $4,918.26<br>Filing Creditor Name and Address<br> INDIANA FLUID SYSTEMTECHNOLOG<br> FMLY INDIANAPOLIS VALVE & FITT<br> 1170 WESTERN DR<br> RMT CHG PER LETTER 08 30 05 GJ<br> INDIANAPOLIS IN 46241 | Claim Holder Name and Address    Docketed Total    $4,918.26<br><br>INDIANA FLUID SYSTEMTECHNOLOG<br>FMLY INDIANAPOLIS VALVE & FITT<br>1170 WESTERN DR<br>RMT CHG PER LETTER 08 30 05 GJ<br>INDIANAPOLIS IN 46241<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $4,918.26<br>                                                    $4,918.26 | Modified Total    $1,169.97<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $1,169.97<br>                                                    $1,169.97 |
| Claim: 3817<br>Date Filed:05/01/06<br>Docketed Total:   $4,146.00<br>Filing Creditor Name and Address<br> INDIANAPOLIS OFFICE INTERIORS<br> INC<br> 7320 E 86TH ST STE 200<br> INDIANAPOLIS IN 46256 | Claim Holder Name and Address    Docketed Total    $4,146.00<br><br>INDIANAPOLIS OFFICE INTERIORS INC<br>7320 E 86TH ST STE 200<br>INDIANAPOLIS IN 46256<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $4,146.00<br>                                                    $4,146.00 | Modified Total    $4,146.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $4,146.00<br>                                                    $4,146.00 |
| Claim: 558<br>Date Filed:11/10/05<br>Docketed Total:   $29,984.01<br>Filing Creditor Name and Address<br> INDUSTRIAL COATING INC<br> JACK MAINE<br> PO BOX 1483<br> SAGINAW MI 48605 | Claim Holder Name and Address    Docketed Total    $29,984.01<br><br>INDUSTRIAL COATING INC<br>JACK MAINE<br>PO BOX 1483<br>SAGINAW MI 48605<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $29,984.01<br>                                                    $29,984.01 | Modified Total    $29,387.66<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $29,387.66<br>                                                    $29,387.66 |
| Claim: 7131<br>Date Filed:05/30/06<br>Docketed Total:   $1,745.66<br>Filing Creditor Name and Address<br> INDUSTRIAL DIST GROUP MEMPHIS<br> 2510 MATTOX ST<br> TUPELO MS 38801 | Claim Holder Name and Address    Docketed Total    $1,745.66<br><br>INDUSTRIAL DIST GROUP MEMPHIS<br>2510 MATTOX ST<br>TUPELO MS 38801<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                    $1,745.66<br>                            $1,745.66 | Modified Total    $1,745.66<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                    $1,745.66<br>                            $1,745.66 |

In re: Delphi Corporation, et al.                                                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9257<br>Date Filed:07/10/06<br>Docketed Total:   $1,328.21<br>Filing Creditor Name and Address<br> INDUSTRIAL ELECTRIC WIRE EFT<br> AND CABLE INC<br> PO BOX 510908<br> NEW BERLIN WI 53151-0908 | Claim Holder Name and Address     Docketed Total     $1,328.21<br><br>INDUSTRIAL ELECTRIC WIRE EFT AND<br>CABLE INC<br>PO BOX 510908<br>NEW BERLIN WI 53151-0908<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                          $1,328.21<br>                                                                    $1,328.21 | Modified Total     $1,328.21<br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                          $1,328.21<br>                                                                    $1,328.21 |
| Claim: 3822<br>Date Filed:05/01/06<br>Docketed Total:   $14,933.40<br>Filing Creditor Name and Address<br> INDUSTRIAL PACKAGING CORP<br> 300 VILLANOVA DR SW<br> ATLANTA GA 30336 | Claim Holder Name and Address     Docketed Total     $14,933.40<br><br>INDUSTRIAL PACKAGING CORP<br>300 VILLANOVA DR SW<br>ATLANTA GA 30336<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                          $14,933.40<br>                                                                    $14,933.40 | Modified Total     $14,531.40<br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                          $14,531.40<br>                                                                    $14,531.40 |
| Claim: 5307<br>Date Filed:05/08/06<br>Docketed Total:   $19,106.43<br>Filing Creditor Name and Address<br> INDUSTRIAL PAINT & STRIP INC<br> 47063 BLACK WALNUT PKY<br> WOODSFIELD OH 43793 | Claim Holder Name and Address     Docketed Total     $19,106.43<br><br>INDUSTRIAL PAINT & STRIP INC<br>47063 BLACK WALNUT PKY<br>WOODSFIELD OH 43793<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                          $19,106.43<br>                                                                    $19,106.43 | Modified Total     $19,106.43<br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                          $19,106.43<br>                                                                    $19,106.43 |
| Claim: 14881<br>Date Filed:07/31/06<br>Docketed Total:   $9,847.25<br>Filing Creditor Name and Address<br> INDUSTRIAL PLATING CO INC<br> PO BOX 16655<br> CHATTANOOGA TN 37416-0655 | Claim Holder Name and Address     Docketed Total     $9,847.25<br><br>INDUSTRIAL PLATING CO INC<br>PO BOX 16655<br>CHATTANOOGA TN 37416-0655<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                          $9,847.25<br>                                                                    $9,847.25 | Modified Total     $9,133.25<br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                          $9,133.25<br>                                                                    $9,133.25 |

In re: Delphi Corporation, et al.

<div align="right">Ninth Omnibus Objection</div>

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 361<br>Date Filed:11/04/05<br>Docketed Total:  $6,041.45<br>Filing Creditor Name and Address<br> INDUSTRIAL VISION SOURCE<br> 13710 HUTTON DR<br> FARMERS BRANCH TX 75234 | Claim Holder Name and Address<br><br>INDUSTRIAL VISION SOURCE<br>13710 HUTTON DR<br>FARMERS BRANCH TX 75234 | Docketed Total | | $6,041.45 | | Modified Total | | $3,092.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,041.45<br>$6,041.45 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,092.00<br>$3,092.00 |
| Claim: 3995<br>Date Filed:05/01/06<br>Docketed Total:  $611.52<br>Filing Creditor Name and Address<br> INDUSTRY PRODUCTS COMPANY<br> 500 STATLER RD<br> PIQUA OH 45356-115 | Claim Holder Name and Address<br><br>INDUSTRY PRODUCTS COMPANY<br>500 STATLER RD<br>PIQUA OH 45356-115 | Docketed Total | | $611.52 | | Modified Total | | $611.52 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$611.52<br>$611.52 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$611.52<br>$611.52 |
| Claim: 596<br>Date Filed:11/16/05<br>Docketed Total:  $2,482.48<br>Filing Creditor Name and Address<br> INDY EXPEDITING INC<br> PO BOX 421046<br> INDIANAPOLIS IN 46242 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $2,482.48 | | Modified Total | | $2,482.48 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$2,482.48<br>$2,482.48 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,482.48<br>$2,482.48 |
| Claim: 5080<br>Date Filed:05/08/06<br>Docketed Total:  $675.00<br>Filing Creditor Name and Address<br> INDYSHRED<br> 8746 E 33RD ST<br> INDIANAPOLIS IN 46230-0435 | Claim Holder Name and Address<br><br>INDYSHRED<br>8746 E 33RD ST<br>INDIANAPOLIS IN 46230-0435 | Docketed Total | | $675.00 | | Modified Total | | $495.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$675.00<br>$675.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$495.00<br>$495.00 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 4646<br>Date Filed:05/04/06<br>Docketed Total:   $1,113.75<br>Filing Creditor Name and Address<br> INNOVATIVE MECHANICAL SERVICE<br> INC<br> 623 YOUNG ST<br> TONAWANDA NY 14150 | Claim Holder Name and Address   Docketed Total   $1,113.75<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | Modified Total   $1,113.75 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                             $1,113.75<br>                                                     $1,113.75 | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                             $1,113.75<br>                                                     $1,113.75 | |
| Claim: 890<br>Date Filed:11/28/05<br>Docketed Total:   $267.39<br>Filing Creditor Name and Address<br> INPRO SEAL COMPANY<br> 4221 81ST AVENUE W<br> ROCK ISLAND IL 61201 | Claim Holder Name and Address   Docketed Total   $267.39<br><br>INPRO SEAL COMPANY<br>4221 81ST AVENUE W<br>ROCK ISLAND IL 61201 | | Modified Total   $267.39 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                             $267.39<br>                                                     $267.39 | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                             $267.39<br>                                                     $267.39 | |
| Claim: 4199<br>Date Filed:05/01/06<br>Docketed Total:   $1,585.00<br>Filing Creditor Name and Address<br> INSPECTION ENGINEERING<br> 29313 CLEMENS RD UNIT 2A<br> CLEVELAND OH 44145 | Claim Holder Name and Address   Docketed Total   $1,585.00<br><br>INSPECTION ENGINEERING<br>29313 CLEMENS RD UNIT 2A<br>CLEVELAND OH 44145 | | Modified Total   $875.00 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                                             $1,585.00<br>                                                     $1,585.00 | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                             $875.00<br>                                                     $875.00 | |
| Claim: 6651<br>Date Filed:05/23/06<br>Docketed Total:   $1,312.00<br>Filing Creditor Name and Address<br> INTERNATIONAL THERMAL SYSTEMS<br> LLC<br> ATTN DAVID LICHTERMAN<br> 4697 W GREENFIELD AVE<br> MILWAUKEE WI 53214 | Claim Holder Name and Address   Docketed Total   $1,312.00<br><br>INTERNATIONAL THERMAL SYSTEMS LLC<br>ATTN DAVID LICHTERMAN<br>4697 W GREENFIELD AVE<br>MILWAUKEE WI 53214 | | Modified Total   $1,312.00 | |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                             $1,312.00<br>                                                     $1,312.00 | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                             $1,312.00<br>                                                     $1,312.00 | |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1227<br>Date Filed:12/21/05<br>Docketed Total:   $249.80<br>Filing Creditor Name and Address<br> INTERSTATE BATTERIES OF<br> WESTERN OHIO<br> 2009 STANLEY AVE<br> DAYTON OH 45404 | Claim Holder Name and Address    Docketed Total    $249.80<br><br>INTERSTATE BATTERIES OF WESTERN<br>OHIO<br>2009 STANLEY AVE<br>DAYTON OH 45404 | Modified Total    $249.80 |
| | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>         <u>Unsecured</u><br>05-44481 _____ _____ _____ $249.80<br>                                                 $249.80 | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>         <u>Unsecured</u><br>05-44640 _____ _____ _____ $249.80<br>                                                 $249.80 |
| Claim: 1303<br>Date Filed:12/27/05<br>Docketed Total:   $48,499.05<br>Filing Creditor Name and Address<br> INTERSTATE CONNECTING<br> COMPONENTS INC<br> 310A COMMERCE DR<br> MOORESTOWN NJ 08057 | Claim Holder Name and Address    Docketed Total    $48,499.05<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070 | Modified Total    $48,155.46 |
| | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>         <u>Unsecured</u><br>05-44481 _____ _____ _____ $48,499.05<br>                                                 $48,499.05 | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>         <u>Unsecured</u><br>05-44624 _____ _____ _____ $48,155.46<br>                                                 $48,155.46 |
| Claim: 7899<br>Date Filed:06/13/06<br>Docketed Total:   $700.00<br>Filing Creditor Name and Address<br> IRCON INC<br> 7300 N NATCHEZ AVE<br> NILES IL 60714 | Claim Holder Name and Address    Docketed Total    $700.00<br><br>IRCON INC<br>7300 N NATCHEZ AVE<br>NILES IL 60714 | Modified Total    $700.00 |
| | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>         <u>Unsecured</u><br>05-44481 _____ _____ _____ $700.00<br>                                                 $700.00 | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>         <u>Unsecured</u><br>05-44640 _____ _____ _____ $700.00<br>                                                 $700.00 |
| Claim: 10811<br>Date Filed:07/25/06<br>Docketed Total:   $233,753.69<br>Filing Creditor Name and Address<br> ITAUTEC AMERICA INC<br> ATTN EDUARDO ARCHER DE<br> CASTILHO GEN<br> 1935 NW 87TH AVE<br> DORAL FL 33172 | Claim Holder Name and Address    Docketed Total    $233,753.69<br><br>ITAUTEC AMERICA INC<br>ATTN EDUARDO ARCHER DE<br>CASTILHO GEN<br>1935 NW 87TH AVE<br>DORAL FL 33172 | Modified Total    $118,136.73 |
| | <u>Case Number*</u>    <u>Secured</u>         <u>Priority</u>         <u>Unsecured</u><br>05-44640 $233,753.69 _____ _____<br>              $233,753.69 | <u>Case Number*</u>    <u>Secured</u>      <u>Priority</u>         <u>Unsecured</u><br>05-44640 _____ _____ _____ $118,136.73<br>                                                 $118,136.73 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1039<br>Date Filed:12/06/05<br>Docketed Total:   $3,627.00<br>Filing Creditor Name and Address<br> IVAN DOVERSPIKE CO<br> JUDITH RUSNACK<br> 9501 CONNER<br> DETROIT MI 48213 | Claim Holder Name and Address    Docketed Total    $3,627.00<br><br>IVAN DOVERSPIKE CO<br>JUDITH RUSNACK<br>9501 CONNER<br>DETROIT MI 48213<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                       $3,627.00<br>                                               $3,627.00 | Modified Total    $3,627.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $3,627.00<br>                                               $3,627.00 |
| Claim: 958<br>Date Filed:12/01/05<br>Docketed Total:   $1,386.00<br>Filing Creditor Name and Address<br> IXXAT INC<br> 120 BEDFORD CTR RD STE 102<br> BEDFORD NH 03110 | Claim Holder Name and Address    Docketed Total    $1,386.00<br><br>IXXAT INC<br>120 BEDFORD CTR RD STE 102<br>BEDFORD NH 03110<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                       $1,386.00<br>                                               $1,386.00 | Modified Total    $1,380.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $1,380.00<br>                                               $1,380.00 |
| Claim: 2841<br>Date Filed:04/27/06<br>Docketed Total:   $182.30<br>Filing Creditor Name and Address<br> J A CRAWFORD CO<br> 11813 E SLAUSON AVE<br> SANTA FE SPRINGS CA 90670 | Claim Holder Name and Address    Docketed Total    $182.30<br><br>J A CRAWFORD CO<br>11813 E SLAUSON AVE<br>SANTA FE SPRINGS CA 90670<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44624                                       $182.30<br>                                               $182.30 | Modified Total    $61.60<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44624                                       $61.60<br>                                               $61.60 |
| Claim: 5238<br>Date Filed:05/08/06<br>Docketed Total:   $57,413.00<br>Filing Creditor Name and Address<br> J COM E D I SERVICES<br> SIB PO 31060<br> TUCSON AZ 85751 | Claim Holder Name and Address    Docketed Total    $57,413.00<br><br>J COM E D I SERVICES<br>SIB PO 31060<br>TUCSON AZ 85751<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $57,413.00<br>                                               $57,413.00 | Modified Total    $54,989.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $54,989.00<br>                                               $54,989.00 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 317￼Date Filed:11/03/05￼Docketed Total:   $3,850.00￼Filing Creditor Name and Address￼ J GORDON LEWIS DBA J GORDON￼ LEWIS PLLC￼ 441 NORTH EVANSDALE DR￼ BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address     Docketed Total      $3,850.00￼￼J GORDON LEWIS DBA J GORDON LEWIS￼PLLC￼441 NORTH EVANSDALE DR￼BLOOMFIELD HILLS MI 48304￼￼Case Number*     Secured      Priority      Unsecured￼05-44481                                $3,850.00￼                                                  $3,850.00 | Modified Total      $3,850.00￼￼￼￼Case Number*     Secured      Priority      Unsecured￼05-44554                                $3,850.00￼                                                  $3,850.00 |
| Claim: 8244￼Date Filed:06/20/06￼Docketed Total:   $5,733.01￼Filing Creditor Name and Address￼ J O GALLOUP COMPANY￼ 130 N HELMER RD￼ BATTLE CREEK MI 49015 | Claim Holder Name and Address     Docketed Total      $5,733.01￼￼J O GALLOUP COMPANY￼130 N HELMER RD￼BATTLE CREEK MI 49015￼￼Case Number*     Secured      Priority      Unsecured￼05-44481                                           $5,733.01￼                                                  $5,733.01 | Modified Total      $5,733.01￼￼￼￼Case Number*     Secured      Priority      Unsecured￼05-44640                                           $5,733.01￼                                                  $5,733.01 |
| Claim: 11642￼Date Filed:07/27/06￼Docketed Total:   $35,636.57￼Filing Creditor Name and Address￼ J VOGLER ENTERPRISES LLC￼ REID A HOLTER ESQ￼ 117 W MAIN ST￼ VICTOR NY 14564 | Claim Holder Name and Address     Docketed Total      $35,636.57￼￼ARGO PARTNERS￼12 W 37TH ST 9TH FL￼NEW YORK NY 10018￼￼Case Number*     Secured      Priority      Unsecured￼05-44481                                           $35,636.57￼                                                  $35,636.57 | Modified Total      $35,636.57￼￼￼￼Case Number*     Secured      Priority      Unsecured￼05-44640                                           $35,636.57￼                                                  $35,636.57 |
| Claim: 6529￼Date Filed:05/22/06￼Docketed Total:   $1,280.00￼Filing Creditor Name and Address￼ JACKSON HIRSH INC￼ 700 ANTHONY TRAIL￼ NORTHBROOK IL 60062 | Claim Holder Name and Address     Docketed Total      $1,280.00￼￼JACKSON HIRSH INC￼700 ANTHONY TRAIL￼NORTHBROOK IL 60062￼￼Case Number*     Secured      Priority      Unsecured￼05-44640                                           $1,280.00￼                                                  $1,280.00 | Modified Total      $660.00￼￼￼￼Case Number*     Secured      Priority      Unsecured￼05-44640                                           $660.00￼                                                  $660.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1145**
Date Filed: 12/13/05
Docketed Total:   $351.65
Filing Creditor Name and Address
 JAMECO ELECTRONICS
 1355 SHOREWAY RD
 BELMONT CA 94002

Claim Holder Name and Address    Docketed Total    $351.65
JAMECO ELECTRONICS
1355 SHOREWAY RD
BELMONT CA 94002

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $351.65 |
| | | | $351.65 |

Modified Total    $351.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $351.65 |
| | | | $351.65 |

---

**Claim: 16038**
Date Filed: 08/09/06
Docketed Total:   $2,274.79
Filing Creditor Name and Address
 JAMES J KALLED TRUSTEE UW
 JOSIAH W BROWN
 BOX 132
 OSSIPEE NH 03864-0132

Claim Holder Name and Address    Docketed Total    $2,274.79
JAMES J KALLED TRUSTEE UW
JOSIAH W BROWN
BOX 132
OSSIPEE NH 03864-0132

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,274.79 |
| | | | $2,274.79 |

Modified Total    $10.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10.77 |
| | | | $10.77 |

---

**Claim: 6838**
Date Filed: 05/25/06
Docketed Total:   $20.00
Filing Creditor Name and Address
 JAMES L PETO
 15078 WOODSONG DR
 MIDDLEFIELD OH 44062

Claim Holder Name and Address    Docketed Total    $20.00
JAMES L PETO
15078 WOODSONG DR
MIDDLEFIELD OH 44062

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $20.00 | | |
| | $20.00 | | |

Modified Total    $20.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20.00 |
| | | | $20.00 |

---

**Claim: 15674**
Date Filed: 07/31/06
Docketed Total:   $2,808.45
Filing Creditor Name and Address
 JAMESTOWN MORAINE INC
 2290 ARBOR BLVD
 MORAINE OH 45439

Claim Holder Name and Address    Docketed Total    $2,808.45
JAMESTOWN MORAINE INC
2290 ARBOR BLVD
MORAINE OH 45439

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,808.45 |
| | | | $2,808.45 |

Modified Total    $2,106.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,106.34 |
| | | | $2,106.34 |

---

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 15676<br>Date Filed:07/31/06<br>Docketed Total:  $1,296.97<br>Filing Creditor Name and Address<br> JAMESTOWN MORAINE INC<br> 2290 ARBOR BLVD<br> MORAINE OH 45439 | Claim Holder Name and Address   Docketed Total   $1,296.97<br><br>JAMESTOWN MORAINE INC<br>2290 ARBOR BLVD<br>MORAINE OH 45439<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $1,296.97<br>                                               $1,296.97 | Modified Total   $1,053.17<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $1,053.17<br>                                               $1,053.17 |
| Claim: 1592<br>Date Filed:01/18/06<br>Docketed Total:  $33,132.28<br>Filing Creditor Name and Address<br> JEFFERSON WELLS<br> BRIAN VANSWOL<br> 200 S EXECTIVE DR STE 400<br> BROOKFIELD WI 53005 | Claim Holder Name and Address   Docketed Total   $33,132.28<br><br>JEFFERSON WELLS<br>BRIAN VANSWOL<br>200 S EXECTIVE DR STE 400<br>BROOKFIELD WI 53005<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $33,132.28<br>                                               $33,132.28 | Modified Total   $32,589.78<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $32,589.78<br>                                               $32,589.78 |
| Claim: 5634<br>Date Filed:05/11/06<br>Docketed Total:  $10,706.25<br>Filing Creditor Name and Address<br> JESWANI BUILDERS INC<br> 1613 VIA APPIA ST<br> EL PASO TX 79912 | Claim Holder Name and Address   Docketed Total   $10,706.25<br><br>JESWANI BUILDERS INC<br>1613 VIA APPIA ST<br>EL PASO TX 79912<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $10,706.25<br>                                               $10,706.25 | Modified Total   $10,706.25<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $10,706.25<br>                                               $10,706.25 |
| Claim: 3368<br>Date Filed:04/28/06<br>Docketed Total:  $1,782.00<br>Filing Creditor Name and Address<br> JFW INDUSTRIES INC EFT<br> 5134 COMMERCE SQUARE DR<br> INDIANAPOLIS IN 46237 | Claim Holder Name and Address   Docketed Total   $1,782.00<br><br>JFW INDUSTRIES INC EFT<br>5134 COMMERCE SQUARE DR<br>INDIANAPOLIS IN 46237<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                      $1,782.00<br>                                               $1,782.00 | Modified Total   $1,782.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                      $1,782.00<br>                                               $1,782.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4204**
Date Filed: 05/01/06
Docketed Total:   $1,750.00
Filing Creditor Name and Address
  JM MANUFACTURING INC
  PO BOX 63
  RUSHVILLE IN 46173

Claim Holder Name and Address     Docketed Total     $1,750.00

JM MANUFACTURING INC
PO BOX 63
RUSHVILLE IN 46173

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,750.00 | 05-44612 | | | $1,750.00 |
| | | | $1,750.00 | | | | $1,750.00 |

Modified Total     $1,750.00

---

**Claim: 390**
Date Filed: 11/07/05
Docketed Total:   $1,050.00
Filing Creditor Name and Address
  JOHN B GLOVER P E
  1312 13TH ST
  WICHITA FALLS TX 76301

Claim Holder Name and Address     Docketed Total     $1,050.00

JOHN B GLOVER P E
1312 13TH ST
WICHITA FALLS TX 76301

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,050.00 | | 05-44640 | | | $1,050.00 |
| | | $1,050.00 | | | | | $1,050.00 |

Modified Total     $1,050.00

---

**Claim: 533**
Date Filed: 11/14/05
Docketed Total:   $27,398.92
Filing Creditor Name and Address
  JOHN GUEST AUTOMOTIVE INC
  10 BLOOMFIELD AVE
  PO BOX 625
  PINE BROOK NJ 07058

Claim Holder Name and Address     Docketed Total     $27,398.92

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $27,398.92 | 05-44640 | | | $26,859.06 |
| | | | $27,398.92 | | | | $26,859.06 |

Modified Total     $26,859.06

---

**Claim: 6072**
Date Filed: 05/16/06
Docketed Total:   $0.00
Filing Creditor Name and Address
  JOHN V GWOZDEK AND MARY LOU
  GWOZDEK JT TEN
  10041 S WESTMINSTER
  GUTHERIE OK 73044-9195

Claim Holder Name and Address     Docketed Total

JOHN V GWOZDEK AND MARY LOU
GWOZDEK JT TEN
10041 S WESTMINSTER
GUTHERIE OK 73044-9195

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $0.00 | 05-44481 | | | $3.99 |
| | | | | | | | $3.99 |

Modified Total     $3.99

---

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6006<br>Date Filed:05/16/06<br>Docketed Total:   $975.00<br>Filing Creditor Name and Address<br> JOHNSON JOSEPH C & CO INC<br> WATSON JAMES E & CO<br> 29 DORAN AVE<br> MARIETTA GA 30060 | Claim Holder Name and Address    Docketed Total    $975.00<br><br>JOHNSON JOSEPH C & CO INC<br>WATSON JAMES E & CO<br>29 DORAN AVE<br>MARIETTA GA 30060<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                               $975.00<br>                                                       $975.00 | Modified Total    $975.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $975.00<br>                                                       $975.00 |
| Claim: 541<br>Date Filed:11/14/05<br>Docketed Total:   $54,729.35<br>Filing Creditor Name and Address<br> JOSLYN SUNBANK CO LLC<br> JENNIE HOLT<br> 1740 COMMERCE WAY<br> PASO ROBLES CA 93446 | Claim Holder Name and Address    Docketed Total    $54,729.35<br><br>JOSLYN SUNBANK CO LLC<br>JENNIE HOLT<br>1740 COMMERCE WAY<br>PASO ROBLES CA 93446<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                               $54,729.35<br>                                                       $54,729.35 | Modified Total    $50,069.89<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                               $50,069.89<br>                                                       $50,069.89 |
| Claim: 524<br>Date Filed:11/14/05<br>Docketed Total:   $17,400.00<br>Filing Creditor Name and Address<br> JSA TOOL & ENGINEERING INC<br> 14100 B LEETSBIR RD<br> STURTEUVANT WI 53177-2156 | Claim Holder Name and Address    Docketed Total    $17,400.00<br><br>JSA TOOL & ENGINEERING INC<br>14100 B LEETSBIR RD<br>STURTEUVANT WI 53177-2156<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                               $17,400.00<br>                                                       $17,400.00 | Modified Total    $17,400.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $17,400.00<br>                                                       $17,400.00 |
| Claim: 6695<br>Date Filed:05/23/06<br>Docketed Total:   $960.07<br>Filing Creditor Name and Address<br> JSA TOOL & ENGINEERING INC<br> 14100 B LEETSBIR RD<br> STURTEVANT WI 53177 | Claim Holder Name and Address    Docketed Total    $960.07<br><br>JSA TOOL & ENGINEERING INC<br>14100 B LEETSBIR RD<br>STURTEVANT WI 53177<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                               $960.07<br>                                                       $960.07 | Modified Total    $960.07<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                               $960.07<br>                                                       $960.07 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 841<br>Date Filed:11/23/05<br>Docketed Total:   $42,654.14<br>Filing Creditor Name and Address<br> JUKI AUTOMATION SYSTYEMS INC<br> 507 AIRPORT BLVD STE 101<br> MORRISVILLE NC 27560 | Claim Holder Name and Address<br><br>JUKI AUTOMATION SYSTYEMS INC<br>507 AIRPORT BLVD STE 101<br>MORRISVILLE NC 27560 | Docketed Total | | $42,654.14 | Modified Total | | | $42,455.64 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$42,654.14<br>$42,654.14 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$42,455.64<br>$42,455.64 |
| Claim: 152<br>Date Filed:10/28/05<br>Docketed Total:   $2,060.99<br>Filing Creditor Name and Address<br> JUNO INC<br> ATTN CHRIS FAIRCHILD<br> 1040 LUNO BLVD<br> ANOKA MN 55303 | Claim Holder Name and Address<br><br>JUNO INC<br>ATTN CHRIS FAIRCHILD<br>1040 LUNO BLVD<br>ANOKA MN 55303 | Docketed Total | | $2,060.99 | Modified Total | | | $2,060.99 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,060.99<br>$2,060.99 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$2,060.99<br>$2,060.99 |
| Claim: 11991<br>Date Filed:07/28/06<br>Docketed Total:   $31,744.20<br>Filing Creditor Name and Address<br> K & S INDUSTRIAL SERVICES INC<br> 15677 NOECKER WAY<br> SOUTHGATE MI 48195 | Claim Holder Name and Address<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | Docketed Total | | $31,744.20 | Modified Total | | | $31,744.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$31,744.20<br>$31,744.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$31,744.20<br>$31,744.20 |
| Claim: 5094<br>Date Filed:05/08/06<br>Docketed Total:   $1,985.30<br>Filing Creditor Name and Address<br> K R ANDERSON CO<br> 18330 SUTTER BLVD<br> MORGAN HILL CA 95037 | Claim Holder Name and Address<br><br>K R ANDERSON CO<br>18330 SUTTER BLVD<br>MORGAN HILL CA 95037 | Docketed Total | | $1,985.30 | Modified Total | | | $1,985.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,985.30<br>$1,985.30 | Case Number*<br>05-44624 | Secured | Priority | Unsecured<br>$1,985.30<br>$1,985.30 |

*See Exhibit E for a listing of debtor entities by case number               Page:   192  of 433

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 195**
Date Filed:10/28/05
Docketed Total:  $26,224.39
Filing Creditor Name and Address
 KAMAN INDUSTRIAL TECHNOLOGIES
 1 WATERSIDE XING
 WINDSOR CT 06095

Claim Holder Name and Address   Docketed Total   $26,224.39

KAMAN INDUSTRIAL TECHNOLOGIES
1 WATERSIDE XING
WINDSOR CT 06095

Modified Total   $23,702.43

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $26,224.39 | 05-44507 | | | $22,103.43 |
| | | | | 05-44640 | | | $1,599.00 |
| | | | $26,224.39 | | | | $23,702.43 |

---

**Claim: 34**
Date Filed:10/17/05
Docketed Total:  $45,641.51
Filing Creditor Name and Address
 KANDO OF CINCINNATI INC DBA
 FRANKLIN BRAZING & METAL
 TREATING
 BLAKE MICHAELS
 2025 MCKINLEY BLVD
 LEBANON OH 45036

Claim Holder Name and Address   Docketed Total   $45,641.51

NEWSTART FACTORS INC
2 STAMFORD PLZ STE 1501
281 TRESSER BLVD
STAMFORD CT 06901

Modified Total   $45,333.85

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $45,641.51 | 05-44640 | | | $45,333.85 |
| | | | $45,641.51 | | | | $45,333.85 |

---

**Claim: 3971**
Date Filed:05/01/06
Docketed Total:  $3,210.97
Filing Creditor Name and Address
 KANTHAL CORP THE
 KANTHAL BETHEL
 119 WOOSTER ST
 BETHEL CT 06801

Claim Holder Name and Address   Docketed Total   $3,210.97

KANTHAL CORP THE
KANTHAL BETHEL
119 WOOSTER ST
BETHEL CT 06801

Modified Total   $2,966.25

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,210.97 | 05-44640 | | | $2,966.25 |
| | | | $3,210.97 | | | | $2,966.25 |

---

**Claim: 10072**
Date Filed:07/20/06
Docketed Total:  $42,792.00
Filing Creditor Name and Address
 KCI KONECRANES INC
 ATTN KAREN MOORE
 4401 GATEWAY BLVD
 SPRINGFIELD OH 45502

Claim Holder Name and Address   Docketed Total   $42,792.00

KCI KONECRANES INC
ATTN KAREN MOORE
4401 GATEWAY BLVD
SPRINGFIELD OH 45502

Modified Total   $42,792.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $42,792.00 | 05-44640 | | | $42,792.00 |
| | | | $42,792.00 | | | | $42,792.00 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1309<br>Date Filed:12/27/05<br>Docketed Total:  $27,038.00<br>Filing Creditor Name and Address<br> KDS CONTROLS INC<br> 307 ROBBINS DR<br> TROY MI 48083-4561 | Claim Holder Name and Address   Docketed Total   $27,038.00<br><br>KDS CONTROLS INC<br>307 ROBBINS DR<br>TROY MI 48083-4561<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $27,038.00<br>                                       $27,038.00 | Modified Total   $23,270.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $23,270.00<br>                                       $23,270.00 |
| Claim: 4238<br>Date Filed:05/01/06<br>Docketed Total:  $43.00<br>Filing Creditor Name and Address<br> KEIR MFG INC<br> 33 MCLEAN RD<br> BREVARD NC 28712-9456 | Claim Holder Name and Address   Docketed Total   $43.00<br><br>KEIR MFG INC<br>33 MCLEAN RD<br>BREVARD NC 28712-9456<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $43.00<br>                                       $43.00 | Modified Total   $43.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $43.00<br>                                       $43.00 |
| Claim: 3031<br>Date Filed:04/28/06<br>Docketed Total:  $7,995.00<br>Filing Creditor Name and Address<br> KEITHLEY INSTRUMENTS INC<br> 28775 AURORA RD<br> CLEVELAND OH 44139-189 | Claim Holder Name and Address   Docketed Total   $7,995.00<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $7,995.00<br>                                       $7,995.00 | Modified Total   $7,995.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                              $7,995.00<br>                                       $7,995.00 |
| Claim: 5354<br>Date Filed:05/08/06<br>Docketed Total:  $2,180.25<br>Filing Creditor Name and Address<br> KENDALL PRINTING COMPANY<br> 3331 WEST 29TH ST<br> GREELEY CO 80631 | Claim Holder Name and Address   Docketed Total   $2,180.25<br><br>KENDALL PRINTING COMPANY<br>3331 WEST 29TH ST<br>GREELEY CO 80631<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507                              $2,180.25<br>                                       $2,180.25 | Modified Total   $2,168.26<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507                              $2,168.26<br>                                       $2,168.26 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11912<br>Date Filed:07/28/06<br>Docketed Total:  $34,339.44<br>Filing Creditor Name and Address<br> KENT H LANDSBERG<br> C O AMCOR SUNCLIPSE NORTH<br> AMERICA<br> 6600 VALLEY VIEW ST<br> BUENA PARK CA 90620 | Claim Holder Name and Address<br><br>KENT H LANDSBERG<br>C O AMCOR SUNCLIPSE NORTH<br>AMERICA<br>6600 VALLEY VIEW ST<br>BUENA PARK CA 90620 | Docketed Total | | $34,339.44 | | Modified Total | | $34,339.44 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$34,339.44<br>$34,339.44 | <u>Case Number*</u><br>05-44624 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$34,339.44<br>$34,339.44 |
| Claim: 3785<br>Date Filed:05/01/06<br>Docketed Total:  $172.50<br>Filing Creditor Name and Address<br> KESSLERS EQUIPMENT CO INC<br> 5180 MOWER RD<br> SAGINAW MI 48601 | Claim Holder Name and Address<br><br>KESSLERS EQUIPMENT CO INC<br>5180 MOWER RD<br>SAGINAW MI 48601 | Docketed Total | | $172.50 | | Modified Total | | $172.50 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$172.50<br>$172.50 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$172.50<br>$172.50 |
| Claim: 10849<br>Date Filed:07/25/06<br>Docketed Total:  $126,006.83<br>Filing Creditor Name and Address<br> KIMCHUK INC<br> 1 CORPORATE DR COMMERCE PK<br> DANBURY CT 06810 | Claim Holder Name and Address<br><br>KIMCHUK INC<br>1 CORPORATE DR COMMERCE PK<br>DANBURY CT 06810 | Docketed Total | | $126,006.83 | | Modified Total | | $124,819.49 |
| | <u>Case Number*</u><br>05-44507 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$126,006.83<br>$126,006.83 | <u>Case Number*</u><br>05-44507 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$124,819.49<br>$124,819.49 |
| Claim: 4875<br>Date Filed:05/05/06<br>Docketed Total:  $2,135.00<br>Filing Creditor Name and Address<br> KIMKITS INDUSTRIAL DESIGN &<br> FABRICATION<br> ATTN PAUL A PETERS ESQ<br> HISCOCK & BARCLAY LLP<br> 3 FOUNTAIN PLAZA STE 1100<br> BUFFALO NY 14203-1486 | Claim Holder Name and Address<br><br>KIMKITS INDUSTRIAL DESIGN &<br>FABRICATION<br>ATTN PAUL A PETERS ESQ<br>HISCOCK & BARCLAY LLP<br>3 FOUNTAIN PLAZA STE 1100<br>BUFFALO NY 14203-1486 | Docketed Total | | $2,135.00 | | Modified Total | | $2,135.00 |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$2,135.00<br>$2,135.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$2,135.00<br>$2,135.00 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1615<br>Date Filed:01/20/06<br>Docketed Total:  $40,069.37<br>Filing Creditor Name and Address<br> KINETICS<br> 10085 SW COMMERCE CIR<br> WILSONVILLE OR 97070 | Claim Holder Name and Address    Docketed Total    $40,069.37<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022 | | | | Modified Total    $38,561.52 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $40,069.37<br>                                              $40,069.37 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $38,561.52<br>                                              $38,561.52 | | | |
| Claim: 870<br>Date Filed:11/28/05<br>Docketed Total:  $619.00<br>Filing Creditor Name and Address<br> KING BAG & MANUFACTURING CO<br> KING BAG & MFG CO<br> 1500 SPRING LAWN AVE<br> CINCINNATI OH 45223 | Claim Holder Name and Address    Docketed Total    $619.00<br><br>KING BAG & MANUFACTURING CO<br>KING BAG & MFG CO<br>1500 SPRING LAWN AVE<br>CINCINNATI OH 45223 | | | | Modified Total    $619.00 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $619.00<br>                                              $619.00 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $619.00<br>                                              $619.00 | | | |
| Claim: 3159<br>Date Filed:04/28/06<br>Docketed Total:  $17,635.00<br>Filing Creditor Name and Address<br> KISTLER INSTRUMENT CORP<br> 75 JOHN GLENN DR<br> AMHERST NY 14228-217 | Claim Holder Name and Address    Docketed Total    $17,635.00<br><br>KISTLER INSTRUMENT CORP<br>75 JOHN GLENN DR<br>AMHERST NY 14228-217 | | | | Modified Total    $17,635.00 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $17,635.00<br>                                              $17,635.00 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $17,635.00<br>                                              $17,635.00 | | | |
| Claim: 6865<br>Date Filed:05/25/06<br>Docketed Total:  $1,264.64<br>Filing Creditor Name and Address<br> KITZINGER COOPERAGE CORP<br> 2529 E NORWICH AVE<br> SAINT FRANCIS WI 53235 | Claim Holder Name and Address    Docketed Total    $1,264.64<br><br>KITZINGER COOPERAGE CORP<br>2529 E NORWICH AVE<br>SAINT FRANCIS WI 53235 | | | | Modified Total    $1,264.64 | | | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $1,264.64<br>                                              $1,264.64 | | | | Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $1,264.64<br>                                              $1,264.64 | | | |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8914<br>Date Filed: 07/05/06<br>Docketed Total:  $15,246.00<br>Filing Creditor Name and Address<br> KLASH INC<br> 286 E 2ND AVE<br> ALEXANDRIA IN 46001 | Claim Holder Name and Address        Docketed Total    $15,246.00<br><br>KLASH INC<br>286 E 2ND AVE<br>ALEXANDRIA IN 46001<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                  $15,246.00<br>                                                          $15,246.00 | Modified Total    $15,246.00<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                $15,246.00<br>                                                                        $15,246.00 |
| Claim: 5730<br>Date Filed: 05/12/06<br>Docketed Total:  $993.43<br>Filing Creditor Name and Address<br> KLEE AND ASSOCIATES INC<br> TOM BARTELS<br> 2401 WEST MONROE ST<br> SANDUSKY OH 44870 | Claim Holder Name and Address        Docketed Total    $993.43<br><br>KLEE AND ASSOCIATES INC<br>TOM BARTELS<br>2401 WEST MONROE ST<br>SANDUSKY OH 44870<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $993.43<br>                                                                        $993.43 | Modified Total    $993.43<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                    $993.43<br>                                                                        $993.43 |
| Claim: 6481<br>Date Filed: 05/22/06<br>Docketed Total:  $1,164.15<br>Filing Creditor Name and Address<br> KLEIN STEEL SERVICE INC<br> 105 VANGUARD PKY<br> ROCHESTER NY 14606 | Claim Holder Name and Address        Docketed Total    $1,164.15<br><br>KLEIN STEEL SERVICE INC<br>105 VANGUARD PKY<br>ROCHESTER NY 14606<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $1,164.15<br>                                                                        $1,164.15 | Modified Total    $1,164.15<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                    $1,164.15<br>                                                                        $1,164.15 |
| Claim: 4026<br>Date Filed: 05/01/06<br>Docketed Total:  $1,093.50<br>Filing Creditor Name and Address<br> KNF NEUBERGER INC<br> PO BOX 8500<br> S41995<br> PHILADELPHIA PA 19178 | Claim Holder Name and Address        Docketed Total    $1,093.50<br><br>KNF NEUBERGER INC<br>PO BOX 8500<br>S41995<br>PHILADELPHIA PA 19178<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $1,093.50<br>                                                                        $1,093.50 | Modified Total    $1,093.50<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44507                                                    $1,093.50<br>                                                                        $1,093.50 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7902**
Date Filed: 06/13/06
Docketed Total:   $25,395.63
Filing Creditor Name and Address
  KNO MAR TOOL & MOLD INC
  14525 62ND ST N
  CLEARWATER FL 33760

Claim Holder Name and Address        Docketed Total        $25,395.63

KNO MAR TOOL & MOLD INC
14525 62ND ST N
CLEARWATER FL 33760

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $25,395.63 | 05-44640 | | | $22,375.00 |
| | | | $25,395.63 | | | | $22,375.00 |

Modified Total        $22,375.00

---

**Claim: 5528**
Date Filed: 05/10/06
Docketed Total:   $3,541.07
Filing Creditor Name and Address
  KNOLL AMERICA INC
  313 W GIRARD
  MADISON HEIGHTS MI 48071

Claim Holder Name and Address        Docketed Total        $3,541.07

KNOLL AMERICA INC
313 W GIRARD
MADISON HEIGHTS MI 48071

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,541.07 | 05-44640 | | | $3,541.07 |
| | | | $3,541.07 | | | | $3,541.07 |

Modified Total        $3,541.07

---

**Claim: 2944**
Date Filed: 04/27/06
Docketed Total:   $5,892.00
Filing Creditor Name and Address
  KOLENE CORPORATION
  12890 WESTWOOD AVE
  DETROIT MI 48223-3436

Claim Holder Name and Address        Docketed Total        $5,892.00

KOLENE CORPORATION
12890 WESTWOOD AVE
DETROIT MI 48223-3436

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $5,892.00 | | 05-44640 | | $5,892.00 | |
| | | $5,892.00 | | | | $5,892.00 | |

Modified Total        $5,892.00

---

**Claim: 6624**
Date Filed: 05/22/06
Docketed Total:   $21,906.85
Filing Creditor Name and Address
  KONAP MACHINE SHOP
  1111 S GAGE BLVD STE A
  PHARR TX 78577

Claim Holder Name and Address        Docketed Total        $21,906.85

KONAP MACHINE SHOP
1111 S GAGE BLVD STE A
PHARR TX 78577

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $21,906.85 | | 05-44640 | | | $21,906.85 |
| | | $21,906.85 | | | | | $21,906.85 |

Modified Total        $21,906.85

---

In re: Delphi Corporation, et al.                                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2209<br>Date Filed:03/07/06<br>Docketed Total:   $5,705.61<br>Filing Creditor Name and Address<br> KONICA MINOLTA BUSINESS<br> SOLUTIONS USA INC<br> 3000 KELLWAY DR STE 108<br> CARROLLTON TX 75006 | Claim Holder Name and Address    Docketed Total    $5,705.61<br><br>KONICA MINOLTA BUSINESS SOLUTIONS<br>USA INC<br>3000 KELLWAY DR STE 108<br>CARROLLTON TX 75006<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $5,705.61<br>                                                          $5,705.61 | Modified Total    $5,705.61<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                                  $5,705.61<br>                                                          $5,705.61 |
| Claim: 126<br>Date Filed:10/25/05<br>Docketed Total:   $17,000.00<br>Filing Creditor Name and Address<br> KOOLANT KOOLERS INC<br> ATTN DARIN ROSE<br> 2625 EMERALD DR<br> KALAMAZOO MI 49001 | Claim Holder Name and Address    Docketed Total    $17,000.00<br><br>TRADE DEBT NET<br>PO BOX 1487<br>WEST BABYLON NY 11704<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $17,000.00<br>                                                          $17,000.00 | Modified Total    $17,000.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $17,000.00<br>                                                          $17,000.00 |
| Claim: 3307<br>Date Filed:04/28/06<br>Docketed Total:   $1,106.50<br>Filing Creditor Name and Address<br> KOORSEN PROTECTION SERVICES<br> INC<br> 2719 N ARLINGTON AVE<br> INDIANAPOLIS IN 46218-3322 | Claim Holder Name and Address    Docketed Total    $1,106.50<br><br>KOORSEN PROTECTION SERVICES INC<br>2719 N ARLINGTON AVE<br>INDIANAPOLIS IN 46218-3322<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $1,106.50<br>                                                          $1,106.50 | Modified Total    $413.80<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $413.80<br>                                                          $413.80 |
| Claim: 3640<br>Date Filed:05/01/06<br>Docketed Total:   $47,083.50<br>Filing Creditor Name and Address<br> KORTEN QUALITY SYSTEMS LTD<br> ACCOUNTS PAYABLE<br> PO BOX 454<br> ROMEO MI 48065 | Claim Holder Name and Address    Docketed Total    $47,083.50<br><br>KORTEN QUALITY SYSTEMS LTD<br>ACCOUNTS PAYABLE<br>PO BOX 454<br>ROMEO MI 48065<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $47,083.50<br>                                                          $47,083.50 | Modified Total    $46,673.70<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $46,673.70<br>                                                          $46,673.70 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 353**
Date Filed:11/04/05
Docketed Total:  $8,950.00
Filing Creditor Name and Address
 KRELL TECHNOLOGIES INC
 AL CHESWICK
 1126 CAMPUS DRIVE W
 MORGANVILLE NJ 07751

Claim Holder Name and Address     Docketed Total     $8,950.00
KRELL TECHNOLOGIES INC
AL CHESWICK
1126 CAMPUS DRIVE W
MORGANVILLE NJ 07751

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,950.00 |
| | | | $8,950.00 |

Modified Total     $8,950.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $8,950.00 |
| | | | $8,950.00 |

---

**Claim: 7191**
Date Filed:05/31/06
Docketed Total:  $1,450.00
Filing Creditor Name and Address
 KRINGETA PETER M
 KRINGETA DESIGN DRAFTING
 325 AIRPORT RD
 WARREN OH 44481-3410

Claim Holder Name and Address     Docketed Total     $1,450.00
KRINGETA PETER M
KRINGETA DESIGN DRAFTING
325 AIRPORT RD
WARREN OH 44481-3410

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,450.00 |
| | | | $1,450.00 |

Modified Total     $1,450.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,450.00 |
| | | | $1,450.00 |

---

**Claim: 7158**
Date Filed:05/30/06
Docketed Total:  $1,160.50
Filing Creditor Name and Address
 KS ANALYTICAL SYSTEMS
 PO BOX 2692
 DENTON TX 76202

Claim Holder Name and Address     Docketed Total     $1,160.50
KS ANALYTICAL SYSTEMS
PO BOX 2692
DENTON TX 76202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,160.50 | |
| | | $1,160.50 | |

Modified Total     $1,160.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,160.00 |
| | | | $1,160.00 |

---

**Claim: 3744**
Date Filed:05/01/06
Docketed Total:  $477.15
Filing Creditor Name and Address
 LAB SAFETY SUPPLY INC
 401 S WRIGHT RD
 JANESVILLE WI 53547-1368

Claim Holder Name and Address     Docketed Total     $477.15
LAB SAFETY SUPPLY INC
401 S WRIGHT RD
JANESVILLE WI 53547-1368

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44511 | | | $477.15 |
| | | | $477.15 |

Modified Total     $477.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $229.07 |
| 05-44511 | | | $248.08 |
| | | | $477.15 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7121<br>Date Filed: 05/30/06<br>Docketed Total:   $449.85<br>Filing Creditor Name and Address<br> LABELTRONIX<br> TERI STUCKER<br> 1097 N BATAVIA ST<br> ORANGE CA 92867 | Claim Holder Name and Address     Docketed Total      $449.85<br><br>LABELTRONIX<br>TERI STUCKER<br>1097 N BATAVIA ST<br>ORANGE CA 92867<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481 _____ _____ $449.85<br>                                          $449.85 | Modified Total      $449.85<br><br><br><br><br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44624 _____ _____ $449.85<br>                                          $449.85 |
| Claim: 9586<br>Date Filed: 07/17/06<br>Docketed Total:   $2,121.15<br>Filing Creditor Name and Address<br> LABORATORY CORPORATION OF<br> AMERICA<br> C O KAREN W IRVING<br> JOHNSON & REPASKY PLLC<br> 108 ESPLANADE STE 310<br> LEXINGTON KY 40507 | Claim Holder Name and Address     Docketed Total      $2,121.15<br><br>LABORATORY CORPORATION OF AMERICA<br>C O KAREN W IRVING<br>JOHNSON & REPASKY PLLC<br>108 ESPLANADE STE 310<br>LEXINGTON KY 40507<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481 _____ _____ $2,121.15<br>                                          $2,121.15 | Modified Total      $343.65<br><br><br><br><br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640 _____ _____ $343.65<br>                                          $343.65 |
| Claim: 5881<br>Date Filed: 05/15/06<br>Docketed Total:   $153.00<br>Filing Creditor Name and Address<br> LAGANOWSKI AND ASSOC INC<br> 784 ST. MARYS PKWY.<br> BUFFALO GROVE IL 60089 | Claim Holder Name and Address     Docketed Total      $153.00<br><br>LAGANOWSKI AND ASSOC INC<br>784 ST. MARYS PKWY.<br>BUFFALO GROVE IL 60089<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481 _____ _____ $153.00<br>                                          $153.00 | Modified Total      $153.00<br><br><br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640 _____ _____ $153.00<br>                                          $153.00 |
| Claim: 3726<br>Date Filed: 05/01/06<br>Docketed Total:   $14,530.67<br>Filing Creditor Name and Address<br> LAIRD TECHNOLOGIES INC<br> 1751 WILKENING CT<br> SCHAUMBURG IL 60173-5310 | Claim Holder Name and Address     Docketed Total      $14,530.67<br><br>LAIRD TECHNOLOGIES INC<br>1751 WILKENING CT<br>SCHAUMBURG IL 60173-5310<br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44481 _____ _____ $14,530.67<br>                                          $14,530.67 | Modified Total      $14,530.67<br><br><br><br><u>Case Number*</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>05-44640 _____ _____ $14,530.67<br>                                          $14,530.67 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4747**
Date Filed:05/04/06
Docketed Total:   $613.48
Filing Creditor Name and Address
  LAKES PIPE & SUPPLY CORP
  IDS
  1 ACHESON DR
  NIAGARA FALLS NY 14302

Claim Holder Name and Address    Docketed Total    $613.48
LAKES PIPE & SUPPLY CORP
IDS
1 ACHESON DR
NIAGARA FALLS NY 14302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $613.48 |
| | | | $613.48 |

Modified Total    $613.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $613.48 |
| | | | $613.48 |

---

**Claim: 2589**
Date Filed:04/10/06
Docketed Total:   $2,703.75
Filing Creditor Name and Address
  LAKESHORE GRAPHIC IND
  SIERRA LIQUIDITY FUND
  2699 WHITE RD STE 255
  IRVINE CA 92614

Claim Holder Name and Address    Docketed Total    $2,703.75
LAKESHORE GRAPHIC IND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,703.75 |
| | | | $2,703.75 |

Modified Total    $1,352.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,352.25 |
| | | | $1,352.25 |

---

**Claim: 513**
Date Filed:11/14/05
Docketed Total:   $11,006.97
Filing Creditor Name and Address
  LAMPS INC DBA ENVIRONMENTAL
  RECYCLING
  527 E WOODLAND CIR
  PO BOX 167
  BOWLING GREEN OH 43402

Claim Holder Name and Address    Docketed Total    $11,006.97
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,006.97 |
| | | | $11,006.97 |

Modified Total    $11,006.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,006.97 |
| | | | $11,006.97 |

---

**Claim: 790**
Date Filed:11/22/05
Docketed Total:   $1,781.40
Filing Creditor Name and Address
  LAND INSTRUMENTS INTERNATIONAL
  LAND INSTRUMENTS INTERNATIONAL
  10 FRIENDS LN
  NEWTOWN PA 18940

Claim Holder Name and Address    Docketed Total    $1,781.40
RIVERSIDE CLAIMS LLC
PO BOX 626
PLANETARIUM STATION
NEW YORK NY 10024-0540

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,781.40 |
| | | | $1,781.40 |

Modified Total    $1,781.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,781.40 |
| | | | $1,781.40 |

---

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4738**
Date Filed: 05/04/06
Docketed Total:   $1,852.00
Filing Creditor Name and Address
 LANGLEY SYSTEMS INC
 ATTN GEORGE G LANGLEY JR
 PO BOX 660601
 BIRMINGHAM AL 35266

Claim Holder Name and Address     Docketed Total        $1,852.00
LANGLEY SYSTEMS INC
ATTN GEORGE G LANGLEY JR
PO BOX 660601
BIRMINGHAM AL 35266

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,852.00 |
| | | | $1,852.00 |

Modified Total        $1,852.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,852.00 |
| | | | $1,852.00 |

---

**Claim: 378**
Date Filed: 11/07/05
Docketed Total:   $34,734.00
Filing Creditor Name and Address
 LANXESS CORPORATION
 ANN ANDERSON
 111 RIDC PARK W DR
 PITTSBURGH PA 15275-1112

Claim Holder Name and Address     Docketed Total       $34,734.00
LANXESS CORPORATION
ANN ANDERSON
111 RIDC PARK W DR
PITTSBURGH PA 15275-1112

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,734.00 |
| | | | $34,734.00 |

Modified Total       $34,734.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,734.00 |
| | | | $34,734.00 |

---

**Claim: 240**
Date Filed: 10/31/05
Docketed Total:   $14,700.00
Filing Creditor Name and Address
 LARRY MARTIN CONSULTING
 PO BOX 997
 SEBASTOPOL CA 95473-0997

Claim Holder Name and Address     Docketed Total       $14,700.00
LARRY MARTIN CONSULTING
PO BOX 997
SEBASTOPOL CA 95473-0997

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,700.00 |
| | | | $14,700.00 |

Modified Total       $14,700.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,700.00 |
| | | | $14,700.00 |

---

**Claim: 597**
Date Filed: 11/16/05
Docketed Total:   $7,130.00
Filing Creditor Name and Address
 LASER PATH TECHNOLOGIES
 ATTN ROBERT HOPKINS
 2789 WRIGHTS RD STE 1021
 OVIEDO FL 32765

Claim Holder Name and Address     Docketed Total        $7,130.00
LASER PATH TECHNOLOGIES
ATTN ROBERT HOPKINS
2789 WRIGHTS RD STE 1021
OVIEDO FL 32765

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,130.00 |
| | | | $7,130.00 |

Modified Total        $7,130.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,130.00 |
| | | | $7,130.00 |

---

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 4619<br>Date Filed:05/04/06<br>Docketed Total:  $1,800.00<br>Filing Creditor Name and Address<br> LAUGHLIN STEPHEN LYNN DBA CJ<br> AND K TRAINING SERVICES<br> 519 HILLCREST LN<br> LINDENHURST IL 60046 | Claim Holder Name and Address    Docketed Total    $1,800.00<br><br>LAUGHLIN STEPHEN LYNN DBA CJ AND K<br>TRAINING SERVICES<br>519 HILLCREST LN<br>LINDENHURST IL 60046 | | | Modified Total    $1,100.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481 ____ ____ ____ $1,800.00<br>                                        $1,800.00 | | Case Number*    Secured    Priority    Unsecured<br>05-44640 ____ ____ ____ $1,100.00<br>                                        $1,100.00 | |
| Claim: 9895<br>Date Filed:07/19/06<br>Docketed Total:  $3,198.94<br>Filing Creditor Name and Address<br> LAUNDRY SUPPLY COMPANY INC<br> PO BOX 128<br> EL PASO TX 79941-0128 | Claim Holder Name and Address    Docketed Total    $3,198.94<br><br>LAUNDRY SUPPLY COMPANY INC<br>PO BOX 128<br>EL PASO TX 79941-0128 | | | Modified Total    $758.52 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481 ____ ____ ____ $3,198.94<br>                                        $3,198.94 | | Case Number*    Secured    Priority    Unsecured<br>05-44640 ____ ____ ____ $758.52<br>                                        $758.52 | |
| Claim: 7475<br>Date Filed:06/05/06<br>Docketed Total:  $5,464.98<br>Filing Creditor Name and Address<br> LAURIER INC<br> 10 TINKER AVE<br> LONDONDERRY NH 03053 | Claim Holder Name and Address    Docketed Total    $5,464.98<br><br>LAURIER INC<br>10 TINKER AVE<br>LONDONDERRY NH 03053 | | | Modified Total    $5,464.98 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481 ____ ____ ____ $5,464.98<br>                                        $5,464.98 | | Case Number*    Secured    Priority    Unsecured<br>05-44640 ____ ____ ____ $5,464.98<br>                                        $5,464.98 | |
| Claim: 2681<br>Date Filed:04/18/06<br>Docketed Total:  $15,369.79<br>Filing Creditor Name and Address<br> LAVELLE INDUSTRIES INC<br> 665 MCHENRY ST<br> BURLINGTON WI 53105 | Claim Holder Name and Address    Docketed Total    $15,369.79<br><br>LAVELLE INDUSTRIES INC<br>665 MCHENRY ST<br>BURLINGTON WI 53105 | | | Modified Total    $14,393.38 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481 ____ ____ ____ $15,369.79<br>                                        $15,369.79 | | Case Number*    Secured    Priority    Unsecured<br>05-44640 ____ ____ ____ $14,393.38<br>                                        $14,393.38 | |

*See Exhibit E for a listing of debtor entities by case number          Page:   204 of 433

In re: Delphi Corporation, et al.                                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1736<br>Date Filed: 01/31/06<br>Docketed Total:  $11,200.00<br>Filing Creditor Name and Address<br> LEATHER INTERNATIONAL PRODUCTS<br> INC<br> 26062 9 EDEN LANDING RD<br> HAYWARD CA 94545 | Claim Holder Name and Address    Docketed Total    $11,200.00<br><br>LEATHER INTERNATIONAL PRODUCTS INC<br>26062 9 EDEN LANDING RD<br>HAYWARD CA 94545<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $11,200.00<br>                                                      $11,200.00 | Modified Total    $11,200.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                              $11,200.00<br>                                                      $11,200.00 |
| Claim: 258<br>Date Filed: 10/31/05<br>Docketed Total:  $201.68<br>Filing Creditor Name and Address<br> LEE SPRING CO<br> 1462 62ND ST<br> BROOKLYN NY 11219-5477 | Claim Holder Name and Address    Docketed Total    $201.68<br><br>LEE SPRING CO<br>1462 62ND ST<br>BROOKLYN NY 11219-5477<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $201.68<br>                                                      $201.68 | Modified Total    $201.68<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44539                                              $201.68<br>                                                      $201.68 |
| Claim: 1710<br>Date Filed: 01/30/06<br>Docketed Total:  $3,866.13<br>Filing Creditor Name and Address<br> LEED STEEL COMPANY<br> 228 SAWYER AVE<br> TONAWANDA NY 14150 | Claim Holder Name and Address    Docketed Total    $3,866.13<br><br>LEED STEEL COMPANY<br>228 SAWYER AVE<br>TONAWANDA NY 14150<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $3,866.13<br>                                                      $3,866.13 | Modified Total    $2,803.02<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $2,803.02<br>                                                      $2,803.02 |
| Claim: 6698<br>Date Filed: 05/24/06<br>Docketed Total:  $137,048.00<br>Filing Creditor Name and Address<br> LEICESTER DIE & TOOL INC<br> LEICESTER DIE & TOOL INC<br> PO BOX 156<br> 1764 MAIN ST<br> LEICESTER MA 1524 | Claim Holder Name and Address    Docketed Total    $137,048.00<br><br>LEICESTER DIE & TOOL INC<br>PO BOX 156<br>1764 MAIN ST<br>LEICESTER MA 01524<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $137,048.00<br>                                $137,048.00 | Modified Total    $137,048.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $137,048.00<br>                                                      $137,048.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6699<br>Date Filed: 05/24/06<br>Docketed Total:  $10,248.00<br>Filing Creditor Name and Address<br> LEICESTER DIE & TOOL INC<br> PO BOX 156<br> 1764 MAIN ST<br> LEICESTER MA 01524 | Claim Holder Name and Address<br><br>LEICESTER DIE & TOOL INC<br>PO BOX 156<br>1764 MAIN ST<br>LEICESTER MA 01524 | Docketed Total | | $10,248.00 | | Modified Total | | $10,248.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$10,248.00<br>$10,248.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,248.00<br>$10,248.00 |
| Claim: 7207<br>Date Filed: 05/31/06<br>Docketed Total:  $180,407.58<br>Filing Creditor Name and Address<br> LEM INDUSTRIES INC<br> C O LIQUIDITY SOLUTIONS INC<br> DBA<br> REVENUE MANAGEMENT<br> 1 UNIVERSITY PLAZA STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address<br><br>LEM INDUSTRIES INC<br>C O LIQUIDITY SOLUTIONS INC<br>DBA<br>REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $180,407.58 | | Modified Total | | $180,407.58 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$180,407.58<br>$180,407.58 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$180,407.58<br>$180,407.58 |
| Claim: 10982<br>Date Filed: 07/26/06<br>Docketed Total:  $6.96<br>Filing Creditor Name and Address<br> LEMPCO INDUSTRIES INC<br> DIV OF CONNELL LTD PTNRSHIP<br> PO BOX 99897<br> AD CHG PER LTR 05 10 04 AM<br> CHICAGO IL 60696-7697 | Claim Holder Name and Address<br><br>LEMPCO INDUSTRIES INC<br>DIV OF CONNELL LTD PTNRSHIP<br>PO BOX 99897<br>AD CHG PER LTR 05 10 04 AM<br>CHICAGO IL 60696-7697 | Docketed Total | | $6.96 | | Modified Total | | $6.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6.96<br>$6.96 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6.96<br>$6.96 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1207<br>Date Filed: 12/19/05<br>Docketed Total: $417.96<br>Filing Creditor Name and Address<br>  LENCO ELECTRONICS INC<br>  1330 BELDEN ST<br>  MCHENRY IL 60050 | Claim Holder Name and Address        Docketed Total        $417.96<br><br>LENCO ELECTRONICS INC<br>1330 BELDEN ST<br>MCHENRY IL 60050<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481                                              $417.96<br>                                                      $417.96 | Modified Total        $417.96<br><br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44511                                              $417.96<br>                                                      $417.96 |
| Claim: 3801<br>Date Filed: 05/01/06<br>Docketed Total: $1,481.55<br>Filing Creditor Name and Address<br>  LEONI ELOCAB LTD<br>  258 MCBRINE DR<br>  KITCHENER ON N2R 1- H8<br>  CANADA | Claim Holder Name and Address        Docketed Total        $1,481.55<br><br>LEONI ELOCAB LTD<br>258 MCBRINE DR<br>KITCHENER ON N2R 1- H8<br>CANADA<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                              $1,481.55<br>                                                      $1,481.55 | Modified Total        $1,245.00<br><br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                              $1,245.00<br>                                                      $1,245.00 |
| Claim: 3982<br>Date Filed: 05/01/06<br>Docketed Total: $3,900.00<br>Filing Creditor Name and Address<br>  LETCO DISTRIBUTORS INC<br>  1316 COMMERCE DR<br>  DECATUR AL 35601 | Claim Holder Name and Address        Docketed Total        $3,900.00<br><br>LETCO DISTRIBUTORS INC<br>1316 COMMERCE DR<br>DECATUR AL 35601<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481                                              $3,900.00<br>                                                      $3,900.00 | Modified Total        $3,900.00<br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                              $3,900.00<br>                                                      $3,900.00 |
| Claim: 4165<br>Date Filed: 05/01/06<br>Docketed Total: $1,358.20<br>Filing Creditor Name and Address<br>  LEWIS SUPPLY CO<br>  PO BOX 930705<br>  ATLANTA GA 31193-0705 | Claim Holder Name and Address        Docketed Total        $1,358.20<br><br>LEWIS SUPPLY CO<br>PO BOX 930705<br>ATLANTA GA 31193-0705<br><br>Case Number*      Secured        Priority        Unsecured<br>05-44481                                              $1,358.20<br>                                                      $1,358.20 | Modified Total        $1,283.49<br><br><br><br>Case Number*      Secured        Priority        Unsecured<br>05-44640                                              $1,283.49<br>                                                      $1,283.49 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6847<br>Date Filed:05/25/06<br>Docketed Total:   $13,000.00<br>Filing Creditor Name and Address<br> LG PHILIPS LCD AMERICA INC<br> 150 EAST BROKAW RD<br> SAN JOSE CA 95112 | Claim Holder Name and Address    Docketed Total    $13,000.00<br><br>LG PHILIPS LCD AMERICA INC<br>150 EAST BROKAW RD<br>SAN JOSE CA 95112 | Modified Total    $13,000.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $13,000.00<br>                                                              $13,000.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $13,000.00<br>                                                              $13,000.00 |
| Claim: 888<br>Date Filed:11/28/05<br>Docketed Total:   $10,296.00<br>Filing Creditor Name and Address<br> LIBERTY PRECISION INDUSTRIES<br> 3025 WINTON RD S<br> PO BOX 22785<br> ROCHESTER NY 14692 | Claim Holder Name and Address    Docketed Total    $10,296.00<br><br>LIBERTY PRECISION INDUSTRIES<br>3025 WINTON RD S<br>PO BOX 22785<br>ROCHESTER NY 14692 | Modified Total    $10,296.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $10,296.00<br>                                                              $10,296.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $10,296.00<br>                                                              $10,296.00 |
| Claim: 3732<br>Date Filed:05/01/06<br>Docketed Total:   $3,898.32<br>Filing Creditor Name and Address<br> LIBRA INDUSTRIES INC OF MI EFT<br> PO BOX 1105<br> JACKSON MI 49204-1105 | Claim Holder Name and Address    Docketed Total    $3,898.32<br><br>LIBRA INDUSTRIES INC OF MI EFT<br>PO BOX 1105<br>JACKSON MI 49204-1105 | Modified Total    $3,356.04 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $3,898.32<br>                                                              $3,898.32 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $3,356.04<br>                                                              $3,356.04 |
| Claim: 1591<br>Date Filed:01/17/06<br>Docketed Total:   $27,877.73<br>Filing Creditor Name and Address<br> LIFECARE INC<br> C O KLEBAN & SAMOR P C<br> 2425 POST ROAD<br> SOUTHPORT CT 06890 | Claim Holder Name and Address    Docketed Total    $27,877.73<br><br>LIFECARE INC<br>C O KLEBAN & SAMOR P C<br>2425 POST ROAD<br>SOUTHPORT CT 06890 | Modified Total    $27,662.29 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $27,877.73<br>                                                              $27,877.73 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $27,662.29<br>                                                              $27,662.29 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6374**
Date Filed: 05/19/06
Docketed Total:   $1,800.00
Filing Creditor Name and Address
 LIFESPARC
 1971 AIRWAY DR
 HOLLISTER CA 95023

Claim Holder Name and Address     Docketed Total     $1,800.00

LIFESPARC
1971 AIRWAY DR
HOLLISTER CA 95023

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,800.00 |
| | | | $1,800.00 |

Modified Total     $1,300.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,300.00 |
| | | | $1,300.00 |

---

**Claim: 820**
Date Filed: 11/23/05
Docketed Total:   $6,683.30
Filing Creditor Name and Address
 LIFT MEDIC LLC
 2010 CO HWY 42
 ONEONTA AL 35121

Claim Holder Name and Address     Docketed Total     $6,683.30

LIFT MEDIC LLC
2010 CO HWY 42
ONEONTA AL 35121

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,683.30 |
| | | | $6,683.30 |

Modified Total     $6,683.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,683.30 |
| | | | $6,683.30 |

---

**Claim: 5168**
Date Filed: 05/08/06
Docketed Total:   $180.00
Filing Creditor Name and Address
 LILLY CAROLINE
 1020 BELMONT AVE
 UTICA NY 13501

Claim Holder Name and Address     Docketed Total     $180.00

LILLY CAROLINE
1020 BELMONT AVE
UTICA NY 13501

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $180.00 | |
| | | $180.00 | |

Modified Total     $180.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $180.00 |
| | | | $180.00 |

---

**Claim: 5583**
Date Filed: 05/10/06
Docketed Total:   $159.68
Filing Creditor Name and Address
 LIMESTONE COUNTY WATER
 AUTHORITY
 PO BOX 110
 ATHENS AL 35611

Claim Holder Name and Address     Docketed Total     $159.68

LIMESTONE COUNTY WATER
AUTHORITY
PO BOX 110
ATHENS AL 35611

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $159.68 |
| | | | $159.68 |

Modified Total     $159.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $159.68 |
| | | | $159.68 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1155<br>Date Filed:12/13/05<br>Docketed Total:   $22,200.00<br>Filing Creditor Name and Address<br> LINCOLN ELECTRIC COMPANY<br> ATTN CREDIT DEPT<br> 22801 ST CLAIR AVE<br> CLEVELAND OH 44117-1199 | Claim Holder Name and Address    Docketed Total    $22,200.00<br><br>LINCOLN ELECTRIC COMPANY<br>ATTN CREDIT DEPT<br>22801 ST CLAIR AVE<br>CLEVELAND OH 44117-1199<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $22,200.00<br>                                               $22,200.00 | Modified Total    $22,200.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $22,200.00<br>                                               $22,200.00 |
| Claim: 11320<br>Date Filed:07/27/06<br>Docketed Total:   $33,326.25<br>Filing Creditor Name and Address<br> LINK ENGINEERING COMPANY<br> 43855 PLYMOUTH OAKS RD<br> PLYMOUTH MI 48170 | Claim Holder Name and Address    Docketed Total    $33,326.25<br><br>LINK ENGINEERING COMPANY<br>43855 PLYMOUTH OAKS RD<br>PLYMOUTH MI 48170<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $33,326.25<br>                                               $33,326.25 | Modified Total    $33,326.25<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $33,326.25<br>                                               $33,326.25 |
| Claim: 11293<br>Date Filed:07/27/06<br>Docketed Total:   $5,640.00<br>Filing Creditor Name and Address<br> LINK TESTING LABORATORIES INC<br> 43855 PLYMOUTH OAKS BLVD<br> PLYMOUTH MI 48170 | Claim Holder Name and Address    Docketed Total    $5,640.00<br><br>LINK TESTING LABORATORIES INC<br>43855 PLYMOUTH OAKS BLVD<br>PLYMOUTH MI 48170<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $5,640.00<br>                                                $5,640.00 | Modified Total    $5,640.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $5,640.00<br>                                                $5,640.00 |
| Claim: 658<br>Date Filed:11/18/05<br>Docketed Total:   $1,642.50<br>Filing Creditor Name and Address<br> LIQUID CONTROL CORP<br> 8400 PORT JACKSON AVE NW<br> N CANTON OH 44720 | Claim Holder Name and Address    Docketed Total    $1,642.50<br><br>LIQUID CONTROL CORP<br>8400 PORT JACKSON AVE NW<br>N CANTON OH 44720<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $1,642.50<br>                                                $1,642.50 | Modified Total    $1,642.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $1,642.50<br>                                                $1,642.50 |

In re: Delphi Corporation, et al.                                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 2470**
Date Filed: 04/03/06
Docketed Total:   $144,608.00
Filing Creditor Name and Address
 LIQUIDITY SOLUTIONS INC DBA
 REVENUE MANAGEMENT AS ASSIGNEE
 OF SPIREX CORP
 ONE UNIVERSITY PLAZA STE 312
 HACKENSACK NJ 7601

Claim Holder Name and Address        Docketed Total        $144,608.00

LIQUIDITY SOLUTIONS INC
DBA CAPITAL MARKETS
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $144,608.00 |
| | | | $144,608.00 |

Modified Total        $144,608.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $144,608.00 |
| | | | $144,608.00 |

---

**Claim: 5991**
Date Filed: 05/16/06
Docketed Total:   $469.20
Filing Creditor Name and Address
 LIQUIPAK CORP
 2205 MICHIGAN AVE
 ALMA MI 48801-970

Claim Holder Name and Address        Docketed Total        $469.20

LIQUIPAK CORP
2205 MICHIGAN AVE
ALMA MI 48801-970

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $469.20 |
| | | | $469.20 |

Modified Total        $469.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $469.20 |
| | | | $469.20 |

---

**Claim: 5353**
Date Filed: 05/08/06
Docketed Total:   $148.33
Filing Creditor Name and Address
 LITTLE THOMPSON
 835 E HWY 56 PO BOX G
 BERTHOUD CO 80513

Claim Holder Name and Address        Docketed Total        $148.33

LITTLE THOMPSON
835 E HWY 56 PO BOX G
BERTHOUD CO 80513

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | $148.33 | |
| | | $148.33 | |

Modified Total        $118.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $118.43 |
| | | | $118.43 |

---

**Claim: 334**
Date Filed: 11/04/05
Docketed Total:   $3,748.00
Filing Creditor Name and Address
 LK MSI
 LK METROLOGY SYSTEMS INC
 12701 GRAND RIVER
 BRIGHTON MI 48116

Claim Holder Name and Address        Docketed Total        $3,748.00

LK MSI
LK METROLOGY SYSTEMS INC
12701 GRAND RIVER
BRIGHTON MI 48116

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,748.00 | |
| | | $3,748.00 | |

Modified Total        $3,748.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,748.00 |
| | | | $3,748.00 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 333**<br>Date Filed:11/04/05<br>Docketed Total:  $3,163.60<br>Filing Creditor Name and Address<br> LK MSI INC<br> LK METROLOGY SYS INC<br> 12701 GRAND RIVER<br> BRIGHTON MI 48167 | Claim Holder Name and Address<br><br>LK MSI INC<br>LK METROLOGY SYS INC<br>12701 GRAND RIVER<br>BRIGHTON MI 48167 | Docketed Total | | $3,163.60 | | Modified Total | | $3,072.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$3,163.60<br>$3,163.60 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,072.00<br>$3,072.00 |
| **Claim: 6808**<br>Date Filed:05/25/06<br>Docketed Total:  $235.00<br>Filing Creditor Name and Address<br> LLOYD WISE AND CO<br> 4005 TOWER TWO LOPPO CENTRE<br> 89 QUEENSWAY CENTRAL<br><br> CHINA | Claim Holder Name and Address<br><br>LLOYD WISE AND CO<br>4005 TOWER TWO LOPPO CENTRE<br>89 QUEENSWAY CENTRAL<br><br>CHINA | Docketed Total | | $235.00 | | Modified Total | | $235.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$235.00<br>$235.00 | Case Number*<br>05-44554 | Secured | Priority | Unsecured<br>$235.00<br>$235.00 |
| **Claim: 12442**<br>Date Filed:07/28/06<br>Docketed Total:  $93,707.33<br>Filing Creditor Name and Address<br> LOCKPORT CITY TREASURER<br> CITY OF LOCKPORT<br> 1 LOCKS PLAZA<br> LOCKPORT NY 14094 | Claim Holder Name and Address<br><br>LOCKPORT CITY TREASURER<br>CITY OF LOCKPORT<br>1 LOCKS PLAZA<br>LOCKPORT NY 14094 | Docketed Total | | $93,707.33 | | Modified Total | | $93,707.33 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$23,738.72<br>$23,738.72 | Unsecured<br>$69,968.61<br>$69,968.61 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$93,707.33<br>$93,707.33 |
| **Claim: 810**<br>Date Filed:11/22/05<br>Docketed Total:  $2,746.21<br>Filing Creditor Name and Address<br> LONGLAND CORPORATION<br> 210 S MAIN ST<br> LONGMONT CO 80501 | Claim Holder Name and Address<br><br>LONGLAND CORPORATION<br>210 S MAIN ST<br>LONGMONT CO 80501 | Docketed Total | | $2,746.21 | | Modified Total | | $2,695.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,746.21<br>$2,746.21 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$2,695.00<br>$2,695.00 |

In re: Delphi Corporation, et al.                                                                                   Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2201<br>Date Filed: 03/06/06<br>Docketed Total:  $36,449.02<br>Filing Creditor Name and Address<br>  LOS ANGELES CHEMICAL COMPANY<br>  4545 ARDINE ST<br>  SOUTHGATE CA 90280 | Claim Holder Name and Address    Docketed Total    $36,449.02<br><br>LOS ANGELES CHEMICAL COMPANY<br>4545 ARDINE ST<br>SOUTHGATE CA 90280<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $36,449.02<br>                                            $36,449.02 | Modified Total    $36,102.59<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                    $36,102.59<br>                                            $36,102.59 |
| Claim: 10594<br>Date Filed: 07/27/06<br>Docketed Total:   $1,414.58<br>Filing Creditor Name and Address<br>  LOWRY COMPUTER PRODUCTS INC<br>  9420 MALTBY RD<br>  BRIGHTON MI 48116 | Claim Holder Name and Address    Docketed Total    $1,414.58<br><br>LOWRY COMPUTER PRODUCTS INC<br>9420 MALTBY RD<br>BRIGHTON MI 48116<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $1,414.58<br>                                            $1,414.58 | Modified Total    $1,414.58<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $1,414.58<br>                                            $1,414.58 |
| Claim: 3789<br>Date Filed: 05/01/06<br>Docketed Total:   $2,808.00<br>Filing Creditor Name and Address<br>  LOY INSTRUMENT INC EFT<br>  2111 N KITLEY AVE<br>  INDIANAPOLIS IN 46219 | Claim Holder Name and Address    Docketed Total    $2,808.00<br><br>LOY INSTRUMENT INC EFT<br>2111 N KITLEY AVE<br>INDIANAPOLIS IN 46219<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $2,808.00<br>                                            $2,808.00 | Modified Total    $2,808.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $2,808.00<br>                                            $2,808.00 |
| Claim: 5847<br>Date Filed: 05/15/06<br>Docketed Total:   $1,154.17<br>Filing Creditor Name and Address<br>  LYDEN OIL CO<br>  2649 TRACY RD<br>  NORTHWOOD OH 43619 | Claim Holder Name and Address    Docketed Total    $1,154.17<br><br>LYDEN OIL CO<br>2649 TRACY RD<br>NORTHWOOD OH 43619<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $1,154.17<br>                                            $1,154.17 | Modified Total    $1,154.17<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $1,154.17<br>                                            $1,154.17 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2140<br>Date Filed: 02/27/06<br>Docketed Total:   $8,101.20<br>Filing Creditor Name and Address<br> LYON MANUFACTURING INC<br> 13017 NEWBURGH<br> LIVONIA MI 48150 | Claim Holder Name and Address    Docketed Total    $8,101.20<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $8,101.20<br>                                              $8,101.20 | Modified Total    $7,492.80<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $7,492.80<br>                                              $7,492.80 |
| Claim: 36<br>Date Filed: 10/17/05<br>Docketed Total:   $1,221.10<br>Filing Creditor Name and Address<br> M & G INDUSTRIAL PRODUCTS<br> RESEARCH CO<br> 400 PARADES LINE RD STE 1<br> BROWNSVILLE TX 78521 | Claim Holder Name and Address    Docketed Total    $1,221.10<br><br>M & G INDUSTRIAL PRODUCTS RESEARCH<br>CO<br>400 PARADES LINE RD STE 1<br>BROWNSVILLE TX 78521<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                            $1,221.10<br>                                   $1,221.10 | Modified Total    $660.10<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                      $660.10<br>                                              $660.10 |
| Claim: 5864<br>Date Filed: 05/15/06<br>Docketed Total:   $1,267.90<br>Filing Creditor Name and Address<br> M & W MICROFILM SERVICE CO INC<br> 2812 DRAKE AVE SW<br> HUNTSVILLE AL 35805 | Claim Holder Name and Address    Docketed Total    $1,267.90<br><br>M & W MICROFILM SERVICE CO INC<br>2812 DRAKE AVE SW<br>HUNTSVILLE AL 35805<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $1,267.90<br>                                              $1,267.90 | Modified Total    $1,267.90<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $1,267.90<br>                                              $1,267.90 |
| Claim: 387<br>Date Filed: 11/07/05<br>Docketed Total:   $5,128.64<br>Filing Creditor Name and Address<br> M CURRY CORPORATION<br> PO BOX 269<br> BRIDGEPORT MI 48722 | Claim Holder Name and Address    Docketed Total    $5,128.64<br><br>M CURRY CORPORATION<br>PO BOX 269<br>BRIDGEPORT MI 48722<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $5,128.64<br>                                              $5,128.64 | Modified Total    $5,128.64<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $5,128.64<br>                                              $5,128.64 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 125**
Date Filed:10/25/05
Docketed Total:   $2,609.00
Filing Creditor Name and Address
  M&G INDUSTRIAL PRODUCTS
  RESEARCH CO
  400 PAREDES LINE RD STE 1
  BROWNSVILLE TX 78521

Claim Holder Name and Address      Docketed Total      $2,609.00

M&G INDUSTRIAL PRODUCTS RESEARCH CO
400 PAREDES LINE RD STE 1
BROWNSVILLE TX 78521

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $2,609.00 | | 05-44567 | | | $2,609.00 |
| | | $2,609.00 | | | | | $2,609.00 |

Modified Total      $2,609.00

---

**Claim: 11600**
Date Filed:07/27/06
Docketed Total:   $2,700.00
Filing Creditor Name and Address
  MACARTHUR CORPORATION
  THOMAS F BARRETT
  3190 TRI PARK DR
  GRAND BLANC MI 48439-0010

Claim Holder Name and Address      Docketed Total      $2,700.00

MACARTHUR CORPORATION
THOMAS F BARRETT
3190 TRI PARK DR
GRAND BLANC MI 48439-0010

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44612 | | | $2,700.00 | 05-44612 | | | $2,100.00 |
| | | | $2,700.00 | | | | $2,100.00 |

Modified Total      $2,100.00

---

**Claim: 6978**
Date Filed:05/30/06
Docketed Total:   $1,004.75
Filing Creditor Name and Address
  MACHINE PRODUCTS CORP
  5660 WEBSTER ST
  DAYTON OH 45414-3519

Claim Holder Name and Address      Docketed Total      $1,004.75

MACHINE PRODUCTS CORP
5660 WEBSTER ST
DAYTON OH 45414-3519

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,004.75 | 05-44640 | | | $1,004.75 |
| | | | $1,004.75 | | | | $1,004.75 |

Modified Total      $1,004.75

---

**Claim: 606**
Date Filed:11/16/05
Docketed Total:   $136,175.00
Filing Creditor Name and Address
  MACHINE VISION PRODUCTS INC
  5940 DARWIN CT
  CARLSBAD CA 92008

Claim Holder Name and Address      Docketed Total      $136,175.00

MACHINE VISION PRODUCTS INC
5940 DARWIN CT
CARLSBAD CA 92008

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $136,175.00 | 05-44640 | | | $136,175.00 |
| | | | $136,175.00 | | | | $136,175.00 |

Modified Total      $136,175.00

---

*See Exhibit E for a listing of debtor entities by case number          Page:   215  of 433

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

**EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4876<br>Date Filed:05/05/06<br>Docketed Total:  $1,569.64<br>Filing Creditor Name and Address<br> MACHINING ENTERPRISES INC EFT<br> DBA ENTERPRISE AUTOMOTIVE SYS<br> 21445 HOOVER<br> WARREN MI 48089 | Claim Holder Name and Address    Docketed Total    $1,569.64<br><br>MACHINING ENTERPRISES INC EFT<br>DBA ENTERPRISE AUTOMOTIVE SYS<br>21445 HOOVER<br>WARREN MI 48089<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $1,569.64<br>                                              $1,569.64 | Modified Total    $1,569.64<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $1,569.64<br>                                              $1,569.64 |
| Claim: 781<br>Date Filed:11/22/05<br>Docketed Total:  $13,810.42<br>Filing Creditor Name and Address<br> MACLEAN ESNA DIV OF MACLEAN<br> FOGG CO<br> 611 COUNTRY CLUB RD<br> POCAHONTAS AR 72455 | Claim Holder Name and Address    Docketed Total    $13,810.42<br><br>MACLEAN ESNA DIV OF MACLEAN FOGG CO<br>611 COUNTRY CLUB RD<br>POCAHONTAS AR 72455<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $13,810.42<br>                                              $13,810.42 | Modified Total    $12,423.69<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $12,423.69<br>                                              $12,423.69 |
| Claim: 760<br>Date Filed:11/22/05<br>Docketed Total:  $840.00<br>Filing Creditor Name and Address<br> MACO PRESS INC<br> 560 3RD AVE SW<br> CARMEL IN 46032 | Claim Holder Name and Address    Docketed Total    $840.00<br><br>MACO PRESS INC<br>560 3RD AVE SW<br>CARMEL IN 46032<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44547                                      $840.00<br>                                              $840.00 | Modified Total    $840.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $840.00<br>                                              $840.00 |
| Claim: 761<br>Date Filed:11/22/05<br>Docketed Total:  $1,282.00<br>Filing Creditor Name and Address<br> MACO PRESS INC<br> 560 3RD AVE SW<br> CARMEL IN 46032 | Claim Holder Name and Address    Docketed Total    $1,282.00<br><br>MACO PRESS INC<br>560 3RD AVE SW<br>CARMEL IN 46032<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44547                                      $1,282.00<br>                                              $1,282.00 | Modified Total    $1,282.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $1,282.00<br>                                              $1,282.00 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1524<br>Date Filed:01/13/06<br>Docketed Total:   $518,452.00<br>Filing Creditor Name and Address<br> MAGNESIUM ELEKTRON INC<br> C O JERROLD S KULBACK ESQ<br> ARCHER & GREINER PC<br> ONE CENTENNIAL SQ<br> HADDONFIELD NJ 08033 | Claim Holder Name and Address    Docketed Total    $518,452.00<br><br>MAGNESIUM ELEKTRON INC<br>C O JERROLD S KULBACK ESQ<br>ARCHER & GREINER PC<br>ONE CENTENNIAL SQ<br>HADDONFIELD NJ 08033<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $518,452.00<br>                                                     $518,452.00 | Modified Total    $265,694.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                             $265,694.00<br>                                                     $265,694.00 |
| Claim: 5743<br>Date Filed:05/12/06<br>Docketed Total:   $29,435.10<br>Filing Creditor Name and Address<br> MAGNETI MARELLI POWERTRAIN USA<br> 2101 NASH ST<br> SANFORD NC 27330-976 | Claim Holder Name and Address    Docketed Total    $29,435.10<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $29,435.10<br>                                                     $29,435.10 | Modified Total    $29,435.10<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $29,435.10<br>                                                     $29,435.10 |
| Claim: 9075<br>Date Filed:07/06/06<br>Docketed Total:   $2,322.20<br>Filing Creditor Name and Address<br> MAGNETIC INSTRUMENTATION INC<br> 8431 CASTLEWOOD DR<br> INDIANAPOLIS IN 46250 | Claim Holder Name and Address    Docketed Total    $2,322.20<br><br>MAGNETIC INSTRUMENTATION INC<br>8431 CASTLEWOOD DR<br>INDIANAPOLIS IN 46250<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $2,322.20<br>                                                     $2,322.20 | Modified Total    $2,322.20<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $2,322.20<br>                                                     $2,322.20 |
| Claim: 3903<br>Date Filed:05/01/06<br>Docketed Total:   $1,170.00<br>Filing Creditor Name and Address<br> MAGRABBIT INC<br> 3815 JARRETT WAY BLDG B220<br> AUSTIN TX 78728 | Claim Holder Name and Address    Docketed Total    $1,170.00<br><br>MAGRABBIT INC<br>3815 JARRETT WAY BLDG B220<br>AUSTIN TX 78728<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                             $1,170.00<br>                                     $1,170.00 | Modified Total    $1,170.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $1,170.00<br>                                                     $1,170.00 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5577<br>Date Filed:05/10/06<br>Docketed Total:  $8,120.00<br>Filing Creditor Name and Address<br> MAGSOFT CORP<br> 20 PROSPECT ST<br> BALLSTON SPA NY 12020 | Claim Holder Name and Address    Docketed Total    $8,120.00<br><br>MAGSOFT CORP<br>20 PROSPECT ST<br>BALLSTON SPA NY 12020 | Modified Total    $8,120.00 |
| | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44481                                              $8,120.00<br>                                                      $8,120.00 | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                              $8,120.00<br>                                                      $8,120.00 |
| Claim: 11433<br>Date Filed:07/27/06<br>Docketed Total:  $3,720.00<br>Filing Creditor Name and Address<br> MAGUIRE PRODUCTS INC<br> 11 CROZERVILLE RD<br> ASTON PA 19014 | Claim Holder Name and Address    Docketed Total    $3,720.00<br><br>MAGUIRE PRODUCTS INC<br>11 CROZERVILLE RD<br>ASTON PA 19014 | Modified Total    $3,720.00 |
| | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44481                                              $3,720.00<br>                                                      $3,720.00 | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                              $3,720.00<br>                                                      $3,720.00 |
| Claim: 2013<br>Date Filed:02/14/06<br>Docketed Total:  $11,684.67<br>Filing Creditor Name and Address<br> MAHAR TOOL SUPPLY CO INC<br> PO BOX 1747<br> SAGINAW MI 48605 | Claim Holder Name and Address    Docketed Total    $11,684.67<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total    $11,192.33 |
| | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                              $11,684.67<br>                                                      $11,684.67 | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                              $11,192.33<br>                                                      $11,192.33 |
| Claim: 2569<br>Date Filed:04/05/06<br>Docketed Total:  $23,752.00<br>Filing Creditor Name and Address<br> MAK TOOL & GAGE CO INC<br> 201 PINE RIDGE RD<br> WAYNESBORO TN 38485-4538 | Claim Holder Name and Address    Docketed Total    $23,752.00<br><br>MAK TOOL & GAGE CO INC<br>201 PINE RIDGE RD<br>WAYNESBORO TN 38485-4538 | Modified Total    $22,402.00 |
| | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44481                                              $23,752.00<br>                                                      $23,752.00 | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                              $22,402.00<br>                                                      $22,402.00 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1503<br>Date Filed:01/10/06<br>Docketed Total:   $2,600.00<br>Filing Creditor Name and Address<br> MAKRO MANAGEMENT CONSULTING<br> STANFORD ALLAN CSIKY<br> STANFORD ALLAN CSIKY<br> 82 N FRENCH PL<br> PRESCOTT AZ 86303 | Claim Holder Name and Address    Docketed Total    $2,600.00<br><br>MAKRO MANAGEMENT CONSULTING<br>STANFORD ALLAN CSIKY<br>STANFORD ALLAN CSIKY<br>82 N FRENCH PL<br>PRESCOTT AZ 86303 | | | | | | Modified Total    $2,600.00 | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$2,600.00<br>$2,600.00 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$2,600.00<br>$2,600.00 |
| Claim: 11853<br>Date Filed:07/28/06<br>Docketed Total:   $68,480.00<br>Filing Creditor Name and Address<br> MALVERN INSTRUMENTS INC<br> REVENUE MANAGEMENT<br> ONE UNIVERSITY PLZ STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address    Docketed Total    $68,480.00<br><br>MALVERN INSTRUMENTS INC<br>REVENUE MANAGEMENT<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | | | | | | Modified Total    $68,480.00 | |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$68,480.00<br>$68,480.00 | <u>Case Number*</u><br>05-44507 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$68,480.00<br>$68,480.00 |
| Claim: 193<br>Date Filed:10/28/05<br>Docketed Total:   $470.00<br>Filing Creditor Name and Address<br> MANCOMM<br> 315 W 4TH ST<br> DAVENPORT IA 52801 | Claim Holder Name and Address    Docketed Total    $470.00<br><br>MANCOMM<br>315 W 4TH ST<br>DAVENPORT IA 52801 | | | | | | Modified Total    $465.00 | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$470.00<br>$470.00 | <u>Case Number*</u><br>05-44511 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$465.00<br>$465.00 |
| Claim: 1569<br>Date Filed:01/17/06<br>Docketed Total:   $291,268.45<br>Filing Creditor Name and Address<br> MANDO AMERICA CORPORATION<br> SKYE SUH PLC<br> 32000 NORTHWESTERN HWY STE 260<br> FARMINGTON HILLS MI 48334 | Claim Holder Name and Address    Docketed Total    $291,268.45<br><br>MANDO AMERICA CORPORATION<br>SKYE SUH PLC<br>32000 NORTHWESTERN HWY STE 260<br>FARMINGTON HILLS MI 48334 | | | | | | Modified Total    $264,909.24 | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$291,268.45<br>$291,268.45 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$264,909.24<br>$264,909.24 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7723<br>Date Filed:06/09/06<br>Docketed Total:  $6,827.86<br>Filing Creditor Name and Address<br> MANPOWER OF DAYTON INC<br> MANPOWER TECHNICAL SERVICES<br> 3075 GOVENORS PL BLVD<br> STE 200<br> DAYTON OH 45409 | Claim Holder Name and Address    Docketed Total    $6,827.86<br><br>MANPOWER OF DAYTON INC<br>MANPOWER TECHNICAL SERVICES<br>3075 GOVENORS PL BLVD<br>STE 200<br>DAYTON OH 45409<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $6,827.86<br>                                            $6,827.86 | Modified Total    $6,827.86<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $6,827.86<br>                                            $6,827.86 |
| Claim: 647<br>Date Filed:11/17/05<br>Docketed Total:  $3,360.00<br>Filing Creditor Name and Address<br> MANUFACTURAS KADI S A DE C V<br> COL HIDALGO<br> TEXCOCO NO 1640<br> VENDOR NO 81 274 8937<br> CIUDAD JUAREZ CI  32300<br> MEXICO | Claim Holder Name and Address    Docketed Total    $3,360.00<br><br>MANUFACTURAS KADI S A DE C V<br>COL HIDALGO<br>TEXCOCO NO 1640<br>VENDOR NO 81 274 8937<br>CIUDAD JUAREZ CI  32300<br>MEXICO<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $3,360.00<br>                                            $3,360.00 | Modified Total    $3,360.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $3,360.00<br>                                            $3,360.00 |
| Claim: 648<br>Date Filed:11/17/05<br>Docketed Total:  $4,500.00<br>Filing Creditor Name and Address<br> MANUFACTURAS KADI S A DE C V<br> COL HIDALGO<br> TEXCOCO NO 1640<br> VENDOR NO 81 274 8937<br> CIUDAD JUAREZ CI  32300<br> MEXICO | Claim Holder Name and Address    Docketed Total    $4,500.00<br><br>MANUFACTURAS KADI S A DE C V<br>COL HIDALGO<br>TEXCOCO NO 1640<br>VENDOR NO 81 274 8937<br>CIUDAD JUAREZ CI  32300<br>MEXICO<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $4,500.00<br>                                            $4,500.00 | Modified Total    $4,500.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $4,500.00<br>                                            $4,500.00 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 649<br>Date Filed:11/17/05<br>Docketed Total:  $8,500.00<br>Filing Creditor Name and Address<br> MANUFACTURAS KADI S A DE C V<br> COL HIDALGO<br> TEXCOCO NO 1640<br> VENDOR NO 81 274 8937<br> CIUDAD JUAREZ CI  32300<br> MEXICO | Claim Holder Name and Address    Docketed Total    $8,500.00<br><br>MANUFACTURAS KADI S A DE C V<br>COL HIDALGO<br>TEXCOCO NO 1640<br>VENDOR NO 81 274 8937<br>CIUDAD JUAREZ CI  32300<br>MEXICO | Modified Total    $8,500.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $8,500.00<br>                                                $8,500.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $8,500.00<br>                                                $8,500.00 |
| Claim: 650<br>Date Filed:11/17/05<br>Docketed Total:   $3,500.00<br>Filing Creditor Name and Address<br> MANUFACTURAS KADI S A DE C V<br> COL HIDALGO<br> TEXCOCO NO 1640<br> VENDOR NO 81 274 8937<br> CIUDAD JUAREZ CI  32300<br> MEXICO | Claim Holder Name and Address    Docketed Total    $3,500.00<br><br>MANUFACTURAS KADI S A DE C V<br>COL HIDALGO<br>TEXCOCO NO 1640<br>VENDOR NO 81 274 8937<br>CIUDAD JUAREZ CI  32300<br>MEXICO | Modified Total    $3,500.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $3,500.00<br>                                                $3,500.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $3,500.00<br>                                                $3,500.00 |
| Claim: 651<br>Date Filed:11/17/05<br>Docketed Total:   $3,700.00<br>Filing Creditor Name and Address<br> MANUFACTURAS KADI S A DE C V<br> COL HIDALGO<br> TEXCOCO NO 1640<br> VENDOR NO 81 274 8937<br> CIUDAD JUAREZ CI  32300<br> MEXICO | Claim Holder Name and Address    Docketed Total    $3,700.00<br><br>MANUFACTURAS KADI S A DE C V<br>COL HIDALGO<br>TEXCOCO NO 1640<br>VENDOR NO 81 274 8937<br>CIUDAD JUAREZ CI  32300<br>MEXICO | Modified Total    $3,700.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $3,700.00<br>                                                $3,700.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $3,700.00<br>                                                $3,700.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 311<br>Date Filed:11/03/05<br>Docketed Total:   $9,120.00<br>Filing Creditor Name and Address<br>  MANUSPEC COMPANY INC<br>  23802 FM2978 RD STE C2<br>  TOMBALL TX 77375 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $9,120.00 | | Modified Total | | $9,120.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$9,120.00<br>$9,120.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,120.00<br>$9,120.00 |
| Claim: 9521<br>Date Filed:07/14/06<br>Docketed Total:   $45,568.56<br>Filing Creditor Name and Address<br>  MAPES PIANO STRING CO<br>  PO BOX 700<br>  ELIZABETHTON TN 37644 | Claim Holder Name and Address<br><br>MAPES PIANO STRING CO<br>PO BOX 700<br>ELIZABETHTON TN 37644 | Docketed Total | | $45,568.56 | | Modified Total | | $37,191.66 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$45,568.56<br>$45,568.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$37,191.66<br>$37,191.66 |
| Claim: 397<br>Date Filed:11/07/05<br>Docketed Total:   $2,829.60<br>Filing Creditor Name and Address<br>  MARATHON ROOFING PRODUCTS INC<br>  367 NAGEL DR<br>  BUFFALO NY 14225 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $2,829.60 | | Modified Total | | $2,620.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,829.60<br>$2,829.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,620.00<br>$2,620.00 |
| Claim: 1498<br>Date Filed:01/11/06<br>Docketed Total:   $50,202.72<br>Filing Creditor Name and Address<br>  MARDON STEEL INC<br>  C O DONALD ROCKMAN<br>  120 FOX HOLLOW DR<br>  MAYFIELD HTS OH 44124 | Claim Holder Name and Address<br><br>MARDON STEEL INC<br>C O DONALD ROCKMAN<br>120 FOX HOLLOW DR<br>MAYFIELD HTS OH 44124 | Docketed Total | | $50,202.72 | | Modified Total | | $40,632.61 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$50,202.72<br>$50,202.72 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$40,632.61<br>$40,632.61 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| **Claim:** 1621<br>Date Filed: 01/23/06<br>Docketed Total:  $3,953.00<br>Filing Creditor Name and Address<br> MARK CARBIDE COMPANY<br> 23881 DEQUINDRE RD<br> HAZEL PARK MI 48030 | Claim Holder Name and Address    Docketed Total    $3,953.00<br><br>MARK CARBIDE COMPANY<br>23881 DEQUINDRE RD<br>HAZEL PARK MI 48030<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $3,953.00<br>                                                                  $3,953.00 | Modified Total    $3,953.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $3,953.00<br>                                                                  $3,953.00 |
| **Claim:** 1454<br>Date Filed: 01/05/06<br>Docketed Total:  $19,889.98<br>Filing Creditor Name and Address<br> MARKDOM PLASTIC PRODUCTS<br> LIMITED<br> 1220 BIRCHMOUNT RD<br> TORONTO ON M1P 2C6<br> CANADA | Claim Holder Name and Address    Docketed Total    $19,889.98<br><br>MARKDOM PLASTIC PRODUCTS LIMITED<br>1220 BIRCHMOUNT RD<br>TORONTO ON M1P 2C6<br>CANADA<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $19,889.98<br>                                                                  $19,889.98 | Modified Total    $19,889.98<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $19,889.98<br>                                                                  $19,889.98 |
| **Claim:** 9000<br>Date Filed: 07/05/06<br>Docketed Total:  $732.06<br>Filing Creditor Name and Address<br> MARKEM CORPORATION<br> PO BOX 3542<br> BOSTON MA 02241 | Claim Holder Name and Address    Docketed Total    $732.06<br><br>MARKEM CORPORATION<br>PO BOX 3542<br>BOSTON MA 02241<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                  $732.06<br>                                                                  $732.06 | Modified Total    $726.08<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                                  $453.80<br>05-44624                                                  $272.28<br>                                                                  $726.08 |
| **Claim:** 8451<br>Date Filed: 06/23/06<br>Docketed Total:  $111,819.06<br>Filing Creditor Name and Address<br> MARKIN TUBING LP<br> JAMES B LINEHAN<br> MARKIN TUBING LP<br> WYOMING NY 14591 | Claim Holder Name and Address    Docketed Total    $111,819.06<br><br>MARKIN TUBING LP<br>JAMES B LINEHAN<br>MARKIN TUBING LP<br>WYOMING NY 14591<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $111,819.06<br>                                          $111,819.06 | Modified Total    $111,098.65<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                  $111,098.65<br>                                                                  $111,098.65 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2614**
Date Filed: 04/12/06
Docketed Total:   $17,400.96
Filing Creditor Name and Address
 MARLIN LEASING CORPORATION
 300 FELLOWSHIP RD
 MOUNT LAUREL NJ 08054

| | Claim Holder Name and Address | Docketed Total | $17,400.96 | | Modified Total | $9,870.05 | |
|---|---|---|---|---|---|---|---|
| | MARLIN LEASING CORPORATION 300 FELLOWSHIP RD MOUNT LAUREL NJ 08054 | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |

Case Number*: 05-44481   Unsecured $17,400.96 / $17,400.96
Case Number (Modified)*: 05-44640   Unsecured $9,870.05 / $9,870.05

---

**Claim: 2615**
Date Filed: 04/12/06
Docketed Total:   $9,236.23
Filing Creditor Name and Address
 MARLIN LEASING CORPORATION
 300 FELLOWSHIP RD
 MOUNT LAUREL NJ 08054

Claim Holder Name and Address   Docketed Total $9,236.23
MARLIN LEASING CORPORATION
300 FELLOWSHIP RD
MOUNT LAUREL NJ 08054

Case Number*: 05-44481   Unsecured $9,236.23 / $9,236.23
Modified Total $5,618.83
Case Number*: 05-44640   Unsecured $5,618.83 / $5,618.83

---

**Claim: 1680**
Date Filed: 01/26/06
Docketed Total:   $3,048.00
Filing Creditor Name and Address
 MARSHALL DAYTON TIRE SALES CO
 DBA DAYTON TIRE SALES
 3091 S DIXIE DR
 DAYTON OH 45439

Claim Holder Name and Address   Docketed Total $3,048.00
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

Case Number*: 05-44481   Unsecured $3,048.00 / $3,048.00
Modified Total $3,048.00
Case Number*: 05-44640   Unsecured $3,048.00 / $3,048.00

---

**Claim: 272**
Date Filed: 11/01/05
Docketed Total:   $4,672.00
Filing Creditor Name and Address
 MARSHALL ELECTRIC CORPORATION
 DANIEL E MILLER CFO
 PO BOX 909
 ROCHESTER IN 46975

Claim Holder Name and Address   Docketed Total $4,672.00
MARSHALL ELECTRIC CORPORATION
DANIEL E MILLER CFO
PO BOX 909
ROCHESTER IN 46975

Case Number*: 05-44481   Unsecured $4,672.00 / $4,672.00
Modified Total $4,184.00
Case Number*: 05-44612   Unsecured $4,184.00 / $4,184.00

---

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 218<br>Date Filed:10/31/05<br>Docketed Total:  $9,385.53<br>Filing Creditor Name and Address<br> MARSHALL TOOL SERVICE INC<br> 2700 IOWA ST<br> SAGINAW MI 48601 | Claim Holder Name and Address      Docketed Total      $9,385.53<br><br>MARSHALL TOOL SERVICE INC<br>2700 IOWA ST<br>SAGINAW MI 48601<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44481                          $9,385.53<br>                                  $9,385.53 | Modified Total      $9,385.53<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                    $9,385.53<br>                                            $9,385.53 |
| Claim: 5736<br>Date Filed:05/12/06<br>Docketed Total:  $12,417.69<br>Filing Creditor Name and Address<br> MARTEK<br> RON FLANIGAN<br> 112 S ROCKFORD DR<br> TEMPE AZ 85281 | Claim Holder Name and Address      Docketed Total      $12,417.69<br><br>MARTEK<br>RON FLANIGAN<br>112 S ROCKFORD DR<br>TEMPE AZ 85281<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44481                          $12,417.69<br>                                  $12,417.69 | Modified Total      $12,417.69<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                    $12,417.69<br>                                            $12,417.69 |
| Claim: 1164<br>Date Filed:12/14/05<br>Docketed Total:  $914.91<br>Filing Creditor Name and Address<br> MARTOR USA<br> 1440 N KINGSBURY ST STE 222<br> CHICAGO IL 60622 | Claim Holder Name and Address      Docketed Total      $914.91<br><br>MARTOR USA<br>1440 N KINGSBURY ST STE 222<br>CHICAGO IL 60622<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44481                                      $914.91<br>                                              $914.91 | Modified Total      $861.10<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                      $861.10<br>                                              $861.10 |
| Claim: 186<br>Date Filed:10/28/05<br>Docketed Total:  $6,480.00<br>Filing Creditor Name and Address<br> MARYLOU J LAVOIE ESQ<br> 1 BANKS RD<br> SIMSBURG CT 06070 | Claim Holder Name and Address      Docketed Total      $6,480.00<br><br>MARYLOU J LAVOIE ESQ<br>1 BANKS RD<br>SIMSBURG CT 06070<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44481                                      $6,480.00<br>                                              $6,480.00 | Modified Total      $6,480.00<br><br>Case Number*    Secured      Priority      Unsecured<br>05-44554                                      $6,480.00<br>                                              $6,480.00 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 187<br>Date Filed:10/28/05<br>Docketed Total:  $5,040.00<br>Filing Creditor Name and Address<br> MARYLOU J LAVOIE ESQ<br> 1 BANKS RD<br> SIMSBURG CT 06070 | Claim Holder Name and Address<br><br>MARYLOU J LAVOIE ESQ<br>1 BANKS RD<br>SIMSBURG CT 06070 | Docketed Total | | $5,040.00 | | Modified Total | | $5,040.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,040.00<br>$5,040.00 | Case Number*<br>05-44554 | Secured | Priority | Unsecured<br>$5,040.00<br>$5,040.00 |
| Claim: 2706<br>Date Filed:04/21/06<br>Docketed Total:  $25,376.10<br>Filing Creditor Name and Address<br> MASSCOMP ELECTRONICS LTD<br> 40 E PEARCE ST<br> RICHMOND HILL ON L4B 1B7<br> CANADA | Claim Holder Name and Address<br><br>MASSCOMP ELECTRONICS LTD<br>40 E PEARCE ST<br>RICHMOND HILL ON L4B 1B7<br>CANADA | Docketed Total | | $25,376.10 | | Modified Total | | $21,645.68 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$25,376.10<br>$25,376.10 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$21,645.68<br>$21,645.68 |
| Claim: 16387<br>Date Filed:10/26/06<br>Docketed Total:  $17,622.70<br>Filing Creditor Name and Address<br> MASTER AUTOMATIC INC<br> STEVE SIERAKOWSKI CFO<br> 40485 SCHOOLCRAFT RD<br> PLYMOUTH MI 48170 | Claim Holder Name and Address<br><br>MASTER AUTOMATIC INC<br>STEVE SIERAKOWSKI CFO<br>40485 SCHOOLCRAFT RD<br>PLYMOUTH MI 48170 | Docketed Total | | $17,622.70 | | Modified Total | | $3,662.36 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,622.70<br>$17,622.70 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,662.36<br>$3,662.36 |
| Claim: 16388<br>Date Filed:10/26/06<br>Docketed Total:  $105,434.11<br>Filing Creditor Name and Address<br> MASTER AUTOMATIC INC<br> STEVE SIERAKOWSKI CFO<br> 40485 SCHOOLCRAFT RD<br> PLYMOUTH MI 48170 | Claim Holder Name and Address<br><br>MASTER AUTOMATIC INC<br>STEVE SIERAKOWSKI CFO<br>40485 SCHOOLCRAFT RD<br>PLYMOUTH MI 48170 | Docketed Total | | $105,434.11 | | Modified Total | | $80,597.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$105,434.11<br>$105,434.11 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$80,597.00<br>$80,597.00 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2129<br>Date Filed:02/27/06<br>Docketed Total:   $47,617.89<br>Filing Creditor Name and Address<br> MASTER PRODUCTS COMPANY<br> DAVID MITSKAVICH<br> 6400 PARK AVE<br> CLEVELAND OH 44105 | Claim Holder Name and Address    Docketed Total    $47,617.89<br><br>MASTER PRODUCTS COMPANY<br>DAVID MITSKAVICH<br>6400 PARK AVE<br>CLEVELAND OH 44105<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $47,617.89<br>                                                  $47,617.89 | Modified Total    $47,234.26<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $47,234.26<br>                                                  $47,234.26 |
| Claim: 886<br>Date Filed:11/28/05<br>Docketed Total:   $149.74<br>Filing Creditor Name and Address<br> MASTERLINE DESIGN & MFG INC<br> 41580 PRODUCTION DR<br> HARRISON TOWNSHIP MI 48045 | Claim Holder Name and Address    Docketed Total    $149.74<br><br>MASTERLINE DESIGN & MFG INC<br>41580 PRODUCTION DR<br>HARRISON TOWNSHIP MI 48045<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $149.74<br>                                                  $149.74 | Modified Total    $149.74<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $149.74<br>                                                  $149.74 |
| Claim: 3980<br>Date Filed:05/01/06<br>Docketed Total:   $1,516.00<br>Filing Creditor Name and Address<br> MATERIAL HANDLING TECHNOLOGIES<br> 7488 ROUND POND RD<br> NORTH SYRACUSE NY 13212 | Claim Holder Name and Address    Docketed Total    $1,516.00<br><br>MATERIAL HANDLING TECHNOLOGIES<br>7488 ROUND POND RD<br>NORTH SYRACUSE NY 13212<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $1,516.00<br>                                                  $1,516.00 | Modified Total    $1,516.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $1,516.00<br>                                                  $1,516.00 |
| Claim: 6898<br>Date Filed:05/26/06<br>Docketed Total:   $1,115.09<br>Filing Creditor Name and Address<br> MATERIALS TRANSPORTATION CO<br> PO BOX 1358<br> TEMPLE TX 76503-1126 | Claim Holder Name and Address    Docketed Total    $1,115.09<br><br>MATERIALS TRANSPORTATION CO<br>PO BOX 1358<br>TEMPLE TX 76503-1126<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $1,115.09<br>                                                  $1,115.09 | Modified Total    $289.04<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $289.04<br>                                                  $289.04 |

*See Exhibit E for a listing of debtor entities by case number          Page:   227  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 467**
Date Filed: 11/09/05
Docketed Total: $5,108.26
Filing Creditor Name and Address
 MATRIX MACHINING INC
 PO BOX 787
 MAULDIN SC 29662

Claim Holder Name and Address    Docketed Total    $5,108.26

MATRIX MACHINING INC
PO BOX 787
MAULDIN SC 29662

Modified Total    $5,108.26

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $5,108.26 | | 05-44539 | | | $5,108.26 |
| | | $5,108.26 | | | | | $5,108.26 |

**Claim: 1929**
Date Filed: 02/09/06
Docketed Total: $18,500.00
Filing Creditor Name and Address
 MATRIX TECHNOLOGIES INC
 1760 INDIAN WOOD CIRCLE
 MAUMEE OH 43537

Claim Holder Name and Address    Docketed Total    $18,500.00

MATRIX TECHNOLOGIES INC
1760 INDIAN WOOD CIRCLE
MAUMEE OH 43537

Modified Total    $18,500.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $18,500.00 | 05-44640 | | | $18,500.00 |
| | | | $18,500.00 | | | | $18,500.00 |

**Claim: 4013**
Date Filed: 05/01/06
Docketed Total: $5,089.00
Filing Creditor Name and Address
 MATTESON RIDOLFI INC
 14450 KING RD
 RIVERVIEW MI 48192

Claim Holder Name and Address    Docketed Total    $5,089.00

LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Modified Total    $5,089.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,089.00 | 05-44640 | | | $5,089.00 |
| | | | $5,089.00 | | | | $5,089.00 |

**Claim: 4014**
Date Filed: 05/01/06
Docketed Total: $767.50
Filing Creditor Name and Address
 MATTESON RIDOLFI INC
 14450 KING RD
 UPTD PER LTR 07 18 05 GJ
 RIVERVIEW MI 48193

Claim Holder Name and Address    Docketed Total    $767.50

LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Modified Total    $500.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $767.50 | 05-44640 | | | $500.00 |
| | | | $767.50 | | | | $500.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11598**
Date Filed: 07/27/06
Docketed Total: $86,494.74
Filing Creditor Name and Address
  MATTOON PRECISION MFG INC
  2408 S 14TH ST
  MATTOON IL 61938

| | Claim Holder Name and Address | Docketed Total | $86,494.74 | | Modified Total | $86,494.74 |
|---|---|---|---|---|---|---|

MATTOON PRECISION MFG INC
2408 S 14TH ST
MATTOON IL 61938

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $86,494.74 | 05-44640 | | | $86,494.74 |
| | | | $86,494.74 | | | | $86,494.74 |

---

**Claim: 1162**
Date Filed: 12/14/05
Docketed Total: $128,342.76
Filing Creditor Name and Address
  MAUL ELECTRIC INC
  ATTN BURTON WESTON ESQ
  C O GARFUNKEL WILD & TRAVIS PC
  111 GREAT NECK RD STE 503
  GREAT NECK NY 11021

| | Claim Holder Name and Address | Docketed Total | $128,342.76 | | Modified Total | $128,342.76 |
|---|---|---|---|---|---|---|

MAUL ELECTRIC INC
ATTN BURTON WESTON ESQ
C O GARFUNKEL WILD & TRAVIS PC
111 GREAT NECK RD STE 503
GREAT NECK NY 11021

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $128,342.76 | 05-44640 | | | $128,342.76 |
| | | | $128,342.76 | | | | $128,342.76 |

---

**Claim: 4407**
Date Filed: 05/02/06
Docketed Total: $179.90
Filing Creditor Name and Address
  MC BROOM ELECTRIC CO INC
  800 W 16TH ST
  INDIANAPOLIS IN 46202-220

| | Claim Holder Name and Address | Docketed Total | $179.90 | | Modified Total | $179.90 |
|---|---|---|---|---|---|---|

MC BROOM ELECTRIC CO INC
800 W 16TH ST
INDIANAPOLIS IN 46202-220

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $179.90 | 05-44640 | | | $179.90 |
| | | | $179.90 | | | | $179.90 |

---

**Claim: 4408**
Date Filed: 05/02/06
Docketed Total: $2,085.85
Filing Creditor Name and Address
  MC BROOM ELECTRIC CO INC
  800 W 16TH ST
  INDIANAPOLIS IN 46202

| | Claim Holder Name and Address | Docketed Total | $2,085.85 | | Modified Total | $2,085.85 |
|---|---|---|---|---|---|---|

MC BROOM ELECTRIC CO INC
800 W 16TH ST
INDIANAPOLIS IN 46202

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,085.85 | 05-44640 | | | $2,085.85 |
| | | | $2,085.85 | | | | $2,085.85 |

---

In re: Delphi Corporation, et al.                                                            Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7450**
Date Filed: 06/05/06
Docketed Total: $19,226.41
Filing Creditor Name and Address
 MC MASTER CARR SUPPLY CO
 200 AURORA INDUSTRIAL PKY
 AURORA OH 44202

Claim Holder Name and Address    Docketed Total    $19,226.41

MC MASTER CARR SUPPLY CO
200 AURORA INDUSTRIAL PKY
AURORA OH 44202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $19,226.41 |
| | | | $19,226.41 |

Modified Total    $16,197.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $378.75 |
| 05-44640 | | | $15,818.99 |
| | | | $16,197.74 |

---

**Claim: 3812**
Date Filed: 05/01/06
Docketed Total: $4,575.00
Filing Creditor Name and Address
 MCB ENVIRO CORP
 EAGLE OXIDE SERVICES
 5605 W 74TH ST
 INDIANAPOLIS IN 46278

Claim Holder Name and Address    Docketed Total    $4,575.00

MCB ENVIRO CORP
EAGLE OXIDE SERVICES
5605 W 74TH ST
INDIANAPOLIS IN 46278

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,575.00 |
| | | | $4,575.00 |

Modified Total    $4,575.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,575.00 |
| | | | $4,575.00 |

---

**Claim: 4406**
Date Filed: 05/02/06
Docketed Total: $1,050.07
Filing Creditor Name and Address
 MCBROOM ELECTRIC CO INC
 800 W 16TH ST
 INDIANAPOLIS IN 46202

Claim Holder Name and Address    Docketed Total    $1,050.07

MCBROOM ELECTRIC CO INC
800 W 16TH ST
INDIANAPOLIS IN 46202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,050.07 |
| | | | $1,050.07 |

Modified Total    $1,050.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,050.07 |
| | | | $1,050.07 |

---

**Claim: 10275**
Date Filed: 07/24/06
Docketed Total: $16,422.80
Filing Creditor Name and Address
 MCDERMOTT WILL & EMERY LLP
 C O JASON J DEJONKER ESQ
 227 W MONROE ST
 CHICAGO IL 60606-5096

Claim Holder Name and Address    Docketed Total    $16,422.80

MCDERMOTT WILL & EMERY LLP
C O JASON J DEJONKER ESQ
227 W MONROE ST
CHICAGO IL 60606-5096

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,422.80 |
| | | | $16,422.80 |

Modified Total    $16,422.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,422.80 |
| | | | $16,422.80 |

---

In re: Delphi Corporation, et al.                                                                           Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4523<br>Date Filed: 05/01/06<br>Docketed Total: $9,060.00<br>Filing Creditor Name and Address<br>MCDOWELLS HIGLAND AUTOMATION<br>4120 FRANKLIN RD SE<br>DEMING NM 88030 | Claim Holder Name and Address<br><br>MCDOWELLS HIGLAND AUTOMATION<br>4120 FRANKLIN RD SE<br>DEMING NM 88030 | Docketed Total | | $9,060.00 | | Modified Total | | $9,060.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$9,060.00<br>$9,060.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,060.00<br>$9,060.00 |
| Claim: 4233<br>Date Filed: 05/01/06<br>Docketed Total: $2,314.35<br>Filing Creditor Name and Address<br>MCG INC<br>1500 N FRONT ST<br>NEW ULM MN 56073 | Claim Holder Name and Address<br><br>MCG INC<br>1500 N FRONT ST<br>NEW ULM MN 56073 | Docketed Total | | $2,314.35 | | Modified Total | | $2,314.35 |
| | Case Number*<br>05-44507 | Secured | Priority<br>$2,314.35<br>$2,314.35 | Unsecured | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$2,314.35<br>$2,314.35 |
| Claim: 463<br>Date Filed: 11/09/05<br>Docketed Total: $36,493.48<br>Filing Creditor Name and Address<br>MCGILL MANUFACTURING COMPANY<br>INC<br>5061 ENERGY DR<br>FLINT MI 48505 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $36,493.48 | | Modified Total | | $36,493.48 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$36,493.48<br>$36,493.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$36,493.48<br>$36,493.48 |
| Claim: 6951<br>Date Filed: 05/26/06<br>Docketed Total: $1,785.37<br>Filing Creditor Name and Address<br>MCGLYNN & LUTHER<br>500 N BROADWAY STE 1515<br>SAINT LOUIS MO 63102 | Claim Holder Name and Address<br><br>MCGLYNN & LUTHER<br>500 N BROADWAY STE 1515<br>SAINT LOUIS MO 63102 | Docketed Total | | $1,785.37 | | Modified Total | | $1,097.86 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$1,025.86<br>$1,025.86 | Unsecured<br>$759.51<br>$759.51 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,097.86<br>$1,097.86 |

In re: Delphi Corporation, et al.                                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6623**
Date Filed: 05/22/06
Docketed Total:   $2,731.03
Filing Creditor Name and Address
 MCGLYNN AND LUTHER
 500 N BROADWAY STE 1515
 SAINT LOUIS MO 63102

| Claim Holder Name and Address | Docketed Total | $2,731.03 | | | | Modified Total | $1,606.27 |
|---|---|---|---|---|---|---|---|
| MCGLYNN AND LUTHER 500 N BROADWAY STE 1515 SAINT LOUIS MO 63102 | | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $1,516.27 | $1,214.76 | 05-44640 | | | $1,606.27 |
| | | $1,516.27 | $1,214.76 | | | | $1,606.27 |

**Claim: 323**
Date Filed: 11/04/05
Docketed Total:   $195.00
Filing Creditor Name and Address
 MCNALLEY OFFICE & UPHOLSTERY
 SERVICE INC
 5646 SWAN CREEK RD
 SAGINAW MI 48609

| Claim Holder Name and Address | Docketed Total | $195.00 | | | | Modified Total | $195.00 |
|---|---|---|---|---|---|---|---|
| MCNALLEY OFFICE & UPHOLSTERY SERVICE INC 5646 SWAN CREEK RD SAGINAW MI 48609 | | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $195.00 | 05-44640 | | | $195.00 |
| | | | $195.00 | | | | $195.00 |

**Claim: 324**
Date Filed: 11/04/05
Docketed Total:   $2,803.00
Filing Creditor Name and Address
 MCNALLEY OFFICE & UPHOLSTERY
 SERVICE INC
 5646 SWAN CREEK RD
 SAGINAW MI 48609

| Claim Holder Name and Address | Docketed Total | $2,803.00 | | | | Modified Total | $2,803.00 |
|---|---|---|---|---|---|---|---|
| MCNALLEY OFFICE & UPHOLSTERY SERVICE INC 5646 SWAN CREEK RD SAGINAW MI 48609 | | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,803.00 | 05-44640 | | | $2,803.00 |
| | | | $2,803.00 | | | | $2,803.00 |

**Claim: 338**
Date Filed: 11/04/05
Docketed Total:   $50.00
Filing Creditor Name and Address
 MCNALLEY OFFICE & UPHOLSTERY
 SERVICE INC
 5646 SWAN CREEK RD
 SAGINAW MI 48609

| Claim Holder Name and Address | Docketed Total | $50.00 | | | | Modified Total | $50.00 |
|---|---|---|---|---|---|---|---|
| MCNALLEY OFFICE & UPHOLSTERY SERVICE INC 5646 SWAN CREEK RD SAGINAW MI 48609 | | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $50.00 | 05-44640 | | | $50.00 |
| | | | $50.00 | | | | $50.00 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 339<br>Date Filed:11/04/05<br>Docketed Total:  $2,684.00<br>Filing Creditor Name and Address<br> MCNALLEY OFFICE & UPHOLSTERY<br> SERVICE INC<br> 5646 SWAN CREEK RD<br> SAGINAW MI 48609 | Claim Holder Name and Address<br><br>MCNALLEY OFFICE & UPHOLSTERY<br>SERVICE INC<br>5646 SWAN CREEK RD<br>SAGINAW MI 48609 | Docketed Total | | $2,684.00 | | Modified Total | | $2,684.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,684.00<br>$2,684.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,684.00<br>$2,684.00 |
| Claim: 340<br>Date Filed:11/04/05<br>Docketed Total:  $1,120.00<br>Filing Creditor Name and Address<br> MCNALLEY OFFICE & UPHOLSTERY<br> SERVICE INC<br> 5646 SWAN CREEK RD<br> SAGINAW MI 48609 | Claim Holder Name and Address<br><br>MCNALLEY OFFICE & UPHOLSTERY<br>SERVICE INC<br>5646 SWAN CREEK RD<br>SAGINAW MI 48609 | Docketed Total | | $1,120.00 | | Modified Total | | $1,120.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,120.00<br>$1,120.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,120.00<br>$1,120.00 |
| Claim: 389<br>Date Filed:11/07/05<br>Docketed Total:  $511.00<br>Filing Creditor Name and Address<br> MCNALLEY OFFICE & UPHOLSTERY<br> SERVICE INC<br> 5646 SWAN CREEK RD<br> SAGINAW MI 48609 | Claim Holder Name and Address<br><br>MCNALLEY OFFICE & UPHOLSTERY<br>SERVICE INC<br>5646 SWAN CREEK RD<br>SAGINAW MI 48609 | Docketed Total | | $511.00 | | Modified Total | | $511.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$511.00<br>$511.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$511.00<br>$511.00 |
| Claim: 12226<br>Date Filed:07/28/06<br>Docketed Total:  $338.68<br>Filing Creditor Name and Address<br> MCNAUGHTON MCKAY ELECTRIC CO O<br> 1357 E LINCOLN AVE<br> MADISON HEIGHTS MI 48071-4134 | Claim Holder Name and Address<br><br>MCNAUGHTON MCKAY ELECTRIC CO O<br>1357 E LINCOLN AVE<br>MADISON HEIGHTS MI 48071-4134 | Docketed Total | | $338.68 | | Modified Total | | $338.68 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$338.68<br>$338.68 | Case Number*<br>05-44539 | Secured | Priority | Unsecured<br>$338.68<br>$338.68 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1722<br>Date Filed: 01/31/06<br>Docketed Total:  $16,061.81<br>Filing Creditor Name and Address<br> MDM REFRACTORIES<br> PO BOX 815<br> DECATUR AL 35602 | Claim Holder Name and Address    Docketed Total    $16,061.81<br><br>MDM REFRACTORIES<br>PO BOX 815<br>DECATUR AL 35602<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $16,061.81<br>                $16,061.81 | Modified Total    $15,768.00<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $15,768.00<br>                $15,768.00 |
| Claim: 3108<br>Date Filed: 04/28/06<br>Docketed Total:  $322.20<br>Filing Creditor Name and Address<br> MEASUREMENT COMPUTING CORP<br> 16 COMMERCE BLVD<br> MIDDLEBORO MA 02346 | Claim Holder Name and Address    Docketed Total    $322.20<br><br>MEASUREMENT COMPUTING CORP<br>16 COMMERCE BLVD<br>MIDDLEBORO MA 02346<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $322.20<br>                $322.20 | Modified Total    $136.15<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44511        $136.15<br>                $136.15 |
| Claim: 4857<br>Date Filed: 05/05/06<br>Docketed Total:  $1,501.00<br>Filing Creditor Name and Address<br> MEASUREMENT SPECIALTIES INC<br> 1000 LUCAS WAY<br> ADD CHG 08 12 05 LC<br> HAMPTON VA 23666 | Claim Holder Name and Address    Docketed Total    $1,501.00<br><br>MEASUREMENT SPECIALTIES INC<br>1000 LUCAS WAY<br>ADD CHG 08 12 05 LC<br>HAMPTON VA 23666<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $1,501.00<br>                $1,501.00 | Modified Total    $1,327.00<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $1,327.00<br>                $1,327.00 |
| Claim: 11852<br>Date Filed: 07/28/06<br>Docketed Total:  $4,379.80<br>Filing Creditor Name and Address<br> MEDCO<br> REVENUE MANAGEMENT<br> ONE UNIVERSITY PLZ STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address    Docketed Total    $4,379.80<br><br>MEDCO<br>REVENUE MANAGEMENT<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640        $4,379.80<br>                $4,379.80 | Modified Total    $4,379.80<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507        $4,379.80<br>                $4,379.80 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3045<br>Date Filed:04/28/06<br>Docketed Total:  $15,045.00<br>Filing Creditor Name and Address<br> MEDCOMP SOFTWARE INC<br> PO BOX 16687<br> CHG ADD 09 18 03 VC<br> GOLDEN CO 80402-6010 | Claim Holder Name and Address    Docketed Total    $15,045.00<br><br>MEDCOMP SOFTWARE INC<br>PO BOX 16687<br>CHG ADD 09 18 03 VC<br>GOLDEN CO 80402-6010<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $15,045.00<br>                                               $15,045.00 | Modified Total    $15,045.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $15,045.00<br>                                               $15,045.00 |
| Claim: 5032<br>Date Filed:05/08/06<br>Docketed Total:   $572.50<br>Filing Creditor Name and Address<br> MEDI NUCLEAR CORP<br> 3162 MARTIN RD<br> WALLED LAKE MI 48390 | Claim Holder Name and Address    Docketed Total    $572.50<br><br>MEDI NUCLEAR CORP<br>3162 MARTIN RD<br>WALLED LAKE MI 48390<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $572.50<br>                                               $572.50 | Modified Total    $560.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44529                                       $560.00<br>                                               $560.00 |
| Claim: 2087<br>Date Filed:02/21/06<br>Docketed Total:   $49,038.57<br>Filing Creditor Name and Address<br> MEDICAL DOCTOR ASSOCIATES INC<br> JOE WODDAIL<br> 145 TECHNOLOGY PKWY NW<br> NORCROSS GA 30092 | Claim Holder Name and Address    Docketed Total    $49,038.57<br><br>MEDICAL DOCTOR ASSOCIATES INC<br>JOE WODDAIL<br>145 TECHNOLOGY PKWY NW<br>NORCROSS GA 30092<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $49,038.57<br>                                               $49,038.57 | Modified Total    $49,038.57<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $49,038.57<br>                                               $49,038.57 |
| Claim: 3112<br>Date Filed:04/28/06<br>Docketed Total:   $3,187.53<br>Filing Creditor Name and Address<br> MEE ENTERPRISES INC<br> MEE MATERIAL HANDLING EQUIPMEN<br> 11721 W CARMEN AVE<br> MILWAUKEE WI 53225 | Claim Holder Name and Address    Docketed Total    $3,187.53<br><br>MEE ENTERPRISES INC<br>MEE MATERIAL HANDLING EQUIPMEN<br>11721 W CARMEN AVE<br>MILWAUKEE WI 53225<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $3,187.53<br>                                               $3,187.53 | Modified Total    $2,500.58<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $2,500.58<br>                                               $2,500.58 |

*See Exhibit E for a listing of debtor entities by case number            Page:   235  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3089<br>Date Filed:04/28/06<br>Docketed Total:   $346.02<br>Filing Creditor Name and Address<br>  MEGGER<br>  4271 BRONZE WAY<br>  DALLAS TX 75237-1088 | Claim Holder Name and Address    Docketed Total    $346.02<br><br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO CA 92108<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $346.02<br>                                                $346.02 | Modified Total    $336.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $336.00<br>                                                $336.00 |
| Claim: 880<br>Date Filed:11/28/05<br>Docketed Total:   $90,819.59<br>Filing Creditor Name and Address<br>  MEGOMAT USA INC<br>  ATTN PETE WOBORIL PRESIDENT<br>  W233 N2830 ROUNDY CIR W<br>  PEWAUKEE WI 53072 | Claim Holder Name and Address    Docketed Total    $90,819.59<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                    $84,879.59    $5,940.00<br>                            $84,879.59    $5,940.00 | Modified Total    $90,819.59<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $90,819.59<br>                                                $90,819.59 |
| Claim: 7701<br>Date Filed:06/09/06<br>Docketed Total:   $8,810.13<br>Filing Creditor Name and Address<br>  MEIER SUPPLY CO INC<br>  FMLY NOHLE REFRIGERATION SUPPL<br>  123 BROWN ST<br>  JOHNSON CITY NY 13790 | Claim Holder Name and Address    Docketed Total    $8,810.13<br><br>MEIER SUPPLY CO INC<br>FMLY NOHLE REFRIGERATION SUPPL<br>123 BROWN ST<br>JOHNSON CITY NY 13790<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $8,810.13<br>                                                $8,810.13 | Modified Total    $4,534.12<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $4,534.12<br>                                                $4,534.12 |
| Claim: 29<br>Date Filed:10/17/05<br>Docketed Total:   $841.80<br>Filing Creditor Name and Address<br>  MEKTEC INTERNATIONAL CORP<br>  1731 TECHNOLOGY DR STE 840<br>  SAN JOSE CA 95110 | Claim Holder Name and Address    Docketed Total    $841.80<br><br>MEKTEC INTERNATIONAL CORP<br>1731 TECHNOLOGY DR STE 840<br>SAN JOSE CA 95110<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $841.80<br>                                                $841.80 | Modified Total    $841.80<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $841.80<br>                                                $841.80 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 358<br>Date Filed:11/04/05<br>Docketed Total:  $51,450.00<br>Filing Creditor Name and Address<br> MELTON MACHINE & CONTROL CO<br> RANDALL M FOLKMANN<br> 6350 BLUFF RD<br> WASHINGTON MO 63090 | Claim Holder Name and Address    Docketed Total    $51,450.00<br><br>MELTON MACHINE & CONTROL CO<br>RANDALL M FOLKMANN<br>6350 BLUFF RD<br>WASHINGTON MO 63090<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $51,450.00<br>                                                      $51,450.00 | Modified Total    $51,450.00<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $51,450.00<br>                                                      $51,450.00 |
| Claim: 3044<br>Date Filed:04/28/06<br>Docketed Total:   $875.40<br>Filing Creditor Name and Address<br> MELTRIC CORPORATION<br> 4640 IRONWOOD DR<br> FRANKLIN WI 53132 | Claim Holder Name and Address    Docketed Total     $875.40<br><br>MELTRIC CORPORATION<br>4640 IRONWOOD DR<br>FRANKLIN WI 53132<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                $875.40<br>                                                        $875.40 | Modified Total     $875.40<br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44482                                                $875.40<br>                                                        $875.40 |
| Claim: 2282<br>Date Filed:03/14/06<br>Docketed Total:   $677.50<br>Filing Creditor Name and Address<br> MERCER HUMAN RESOURCE<br> CONSULTING INC<br> ACCOUNTING ATTN C VACHULA<br> 462 S 4TH ST<br> LOUISVILLE KY 40202 | Claim Holder Name and Address    Docketed Total     $677.50<br><br>MERCER HUMAN RESOURCE CONSULTING<br>INC<br>ACCOUNTING ATTN C VACHULA<br>462 S 4TH ST<br>LOUISVILLE KY 40202<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                $677.50<br>                                                        $677.50 | Modified Total     $677.50<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                $677.50<br>                                                        $677.50 |
| Claim: 9879<br>Date Filed:07/19/06<br>Docketed Total:   $18,719.00<br>Filing Creditor Name and Address<br> MERCER HUMAN RESOURCE<br> CONSULTING INC<br> CATHY STEVENS<br> PO BOX 730182<br> DALLAS TX 75373-0182 | Claim Holder Name and Address    Docketed Total    $18,719.00<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $18,719.00<br>                                                      $18,719.00 | Modified Total    $18,719.00<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $18,719.00<br>                                                      $18,719.00 |

In re: Delphi Corporation, et al.                                                         Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8764**
Date Filed: 06/29/06
Docketed Total:  $12,080.00
Filing Creditor Name and Address
 MERIT LABORATORIES INC
 2680 E LANSING DR
 EAST LANSING MI 48823

Claim Holder Name and Address — Docketed Total  $12,080.00

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK NY 10022

Modified Total  $12,080.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $12,080.00 | 05-44640 | | | $12,080.00 |
| | | | $12,080.00 | | | | $12,080.00 |

**Claim: 553**
Date Filed: 11/14/05
Docketed Total:  $7,680.00
Filing Creditor Name and Address
 METAL CUTTING CORP
 89 COMMERCE RD
 CEDAR GROVE NJ 07009

Claim Holder Name and Address — Docketed Total  $7,680.00

METAL CUTTING CORP
89 COMMERCE RD
CEDAR GROVE NJ 07009

Modified Total  $7,680.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,680.00 | 05-44640 | | | $7,680.00 |
| | | | $7,680.00 | | | | $7,680.00 |

**Claim: 11455**
Date Filed: 07/27/06
Docketed Total:  $358,636.72
Filing Creditor Name and Address
 METAL FLOW CORPORATION
 ATTN L KENT JAGNOW
 11694 JAMES ST
 HOLLAND MI 49424

Claim Holder Name and Address — Docketed Total  $358,636.72

LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Modified Total  $352,896.69

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $358,636.72 | 05-44640 | | | $352,896.69 |
| | | | $358,636.72 | | | | $352,896.69 |

**Claim: 3755**
Date Filed: 05/01/06
Docketed Total:  $89,760.00
Filing Creditor Name and Address
 METAL MATIC INC
 629 SECOND ST SE
 MINNEAPOLIS MN 55414-2106

Claim Holder Name and Address — Docketed Total  $89,760.00

ORE HILL HUB FUND LTD
650 FIFTH AVE 9TH FL
NEW YORK NY 10019

Modified Total  $86,384.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $89,760.00 | 05-44640 | | | $86,384.00 |
| | | | $89,760.00 | | | | $86,384.00 |

*See Exhibit E for a listing of debtor entities by case number            Page:   238  of 433

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8682<br>Date Filed:06/27/06<br>Docketed Total:  $323,679.01<br>Filing Creditor Name and Address<br> METAL TECHNOLOGIES INC<br> 1401 S GRANDSTAFF DR<br> AUBURN IN 46706 | Claim Holder Name and Address    Docketed Total    $323,679.01<br><br>METAL TECHNOLOGIES INC<br>1401 S GRANDSTAFF DR<br>AUBURN IN 46706<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $323,679.01<br>                                                        $323,679.01 | Modified Total    $319,954.07<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $319,954.07<br>                                                        $319,954.07 |
| Claim: 1460<br>Date Filed:01/06/06<br>Docketed Total:  $22,262.96<br>Filing Creditor Name and Address<br> METALBAGES SA<br> CO LES ARENES 1<br> POL IND STA ANNA II<br> SANTPEDOR<br> BARCELONA  08251<br> SPAIN | Claim Holder Name and Address    Docketed Total    $22,262.96<br><br>METALBAGES SA<br>CO LES ARENES 1<br>POL IND STA ANNA II<br>SANTPEDOR<br>BARCELONA  08251<br>SPAIN<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $22,262.96<br>                                                        $22,262.96 | Modified Total    $22,262.96<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $22,262.96<br>                                                        $22,262.96 |
| Claim: 5525<br>Date Filed:05/10/06<br>Docketed Total:  $420.00<br>Filing Creditor Name and Address<br> METALCUT TOOL REPAIR<br> MARGARET LAPARR<br> 962 DIMCO WAY<br> DAYTON OH 45458 | Claim Holder Name and Address    Docketed Total    $420.00<br><br>METALCUT TOOL REPAIR<br>MARGARET LAPARR<br>962 DIMCO WAY<br>DAYTON OH 45458<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $420.00<br>                                                        $420.00 | Modified Total    $420.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $420.00<br>                                                        $420.00 |
| Claim: 5271<br>Date Filed:05/08/06<br>Docketed Total:  $6,235.00<br>Filing Creditor Name and Address<br> METFORM INC<br> RAY BURBEE SKIP<br> 467 F WARDS CORNER RD<br> LOVELAND OH 45140 | Claim Holder Name and Address    Docketed Total    $6,235.00<br><br>METFORM INC<br>RAY BURBEE SKIP<br>467 F WARDS CORNER RD<br>LOVELAND OH 45140<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $6,235.00<br>                                                        $6,235.00 | Modified Total    $6,235.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $6,235.00<br>                                                        $6,235.00 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3053<br>Date Filed:04/28/06<br>Docketed Total:  $7,941.21<br>Filing Creditor Name and Address<br> METOKOTE CORP<br> 1340 NEUBRECHT RD<br> LIMA OH 45801 | Claim Holder Name and Address    Docketed Total    $7,941.21<br><br>METOKOTE CORP<br>1340 NEUBRECHT RD<br>LIMA OH 45801<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $7,941.21<br>                                                      $7,941.21 | Modified Total    $7,569.77<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $7,569.77<br>                                                      $7,569.77 |
| Claim: 7063<br>Date Filed:05/30/06<br>Docketed Total:  $2,773.27<br>Filing Creditor Name and Address<br> METROCALL<br> USA MOBILITY METROCALL ARCH<br> WIRELES<br> 890 E HEINBERG ST<br> PENSACOLA FL 32502 | Claim Holder Name and Address    Docketed Total    $2,773.27<br><br>METROCALL<br>USA MOBILITY METROCALL ARCH<br>WIRELES<br>890 E HEINBERG ST<br>PENSACOLA FL 32502<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $2,773.27<br>                                                      $2,773.27 | Modified Total    $2,773.27<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $2,773.27<br>                                                      $2,773.27 |
| Claim: 7560<br>Date Filed:06/06/06<br>Docketed Total:  $316.43<br>Filing Creditor Name and Address<br> METROCALL<br> 890 E HEINBERG ST<br> PENSACOLA FL 32502 | Claim Holder Name and Address    Docketed Total    $316.43<br><br>METROCALL<br>890 E HEINBERG ST<br>PENSACOLA FL 32502<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $316.43<br>                                                      $316.43 | Modified Total    $316.43<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $316.43<br>                                                      $316.43 |
| Claim: 15364<br>Date Filed:07/31/06<br>Docketed Total:  $154.46<br>Filing Creditor Name and Address<br> METROCALL<br> 890 E HEINBERG ST<br> PENSACOLA FL 32502 | Claim Holder Name and Address    Docketed Total    $154.46<br><br>METROCALL<br>890 E HEINBERG ST<br>PENSACOLA FL 32502<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $154.46<br>                                                      $154.46 | Modified Total    $101.08<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                              $101.08<br>                                                      $101.08 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 6930<br>Date Filed:05/26/06<br>Docketed Total: $16,356.46<br>Filing Creditor Name and Address<br> METROCALL INC<br> 890 E HEINBERG ST<br> PENSACOLA FL 32502 | Claim Holder Name and Address<br><br>METROCALL INC<br>890 E HEINBERG ST<br>PENSACOLA FL 32502 | | Docketed Total | $16,356.46 | | | Modified Total | | $10,014.11 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,356.46<br>$16,356.46 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,014.11<br>$10,014.11 |
| Claim: 3325<br>Date Filed:04/28/06<br>Docketed Total: $1,480.23<br>Filing Creditor Name and Address<br> METROL COMPANY INC<br> 7145 E DAVISON<br> DETROIT MI 48212-192 | Claim Holder Name and Address<br><br>METROL COMPANY INC<br>7145 E DAVISON<br>DETROIT MI 48212-192 | | Docketed Total | $1,480.23 | | | Modified Total | | $66.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,480.23<br>$1,480.23 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$66.00<br>$66.00 |
| Claim: 757<br>Date Filed:11/22/05<br>Docketed Total: $14,564.10<br>Filing Creditor Name and Address<br> METZGER REMOVAL INC<br> 235 RIVER RD<br> NORTH TONAWANDA NY 14120 | Claim Holder Name and Address<br><br>METZGER REMOVAL INC<br>235 RIVER RD<br>NORTH TONAWANDA NY 14120 | | Docketed Total | $14,564.10 | | | Modified Total | | $14,433.06 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$14,564.10<br>$14,564.10 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$14,433.06<br>$14,433.06 |
| Claim: 5869<br>Date Filed:05/15/06<br>Docketed Total: $477.36<br>Filing Creditor Name and Address<br> MG AUTOMATION AND CONTROLS<br> TODD OR LYNN<br> 3078 FINLEY ISLAND CIRCLE<br> DECATUR AL 35603 | Claim Holder Name and Address<br><br>MG AUTOMATION AND CONTROLS<br>TODD OR LYNN<br>3078 FINLEY ISLAND CIRCLE<br>DECATUR AL 35603 | | Docketed Total | $477.36 | | | Modified Total | | $477.36 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$477.36<br>$477.36 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$477.36<br>$477.36 |

In re: Delphi Corporation, et al.                                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 5731**
Date Filed:05/12/06
Docketed Total:   $3,678.00
Filing Creditor Name and Address
 MG MINIGEARS NORTH AMERICA
 2505 INTERNATIONAL PKWY
 VIRGINIA BEACH VA 23452-7821

Claim Holder Name and Address    Docketed Total    $3,678.00

MG MINIGEARS NORTH AMERICA
2505 INTERNATIONAL PKWY
VIRGINIA BEACH VA 23452-7821

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,678.00 |
| | | | $3,678.00 |

Modified Total    $3,678.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,678.00 |
| | | | $3,678.00 |

---

**Claim: 7346**
Date Filed:06/02/06
Docketed Total:   $1,200.00
Filing Creditor Name and Address
 MGA RESEARCH CORP
 12790 MAIN RD
 AKRON NY 14001-977

Claim Holder Name and Address    Docketed Total    $1,200.00

MGA RESEARCH CORP
12790 MAIN RD
AKRON NY 14001-977

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,200.00 |
| | | | $1,200.00 |

Modified Total    $1,200.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,200.00 |
| | | | $1,200.00 |

---

**Claim: 1596**
Date Filed:01/18/06
Docketed Total:   $116,033.97
Filing Creditor Name and Address
 MH EQUIPMENT
 2235 RELIABLE PARKWAY
 CHICAGO IL 60686

Claim Holder Name and Address    Docketed Total    $116,033.97

SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $116,033.97 |
| | | | $116,033.97 |

Modified Total    $115,263.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $115,263.43 |
| | | | $115,263.43 |

---

**Claim: 5971**
Date Filed:05/16/06
Docketed Total:   $800.28
Filing Creditor Name and Address
 MIAMI INDUSTRIAL TRUCKS INC
 AERIAL EQUIPMENT OF OHIO DIV
 2830 E RIVER RD
 DAYTON OH 45439-1538

Claim Holder Name and Address    Docketed Total    $800.28

MIAMI INDUSTRIAL TRUCKS INC
AERIAL EQUIPMENT OF OHIO DIV
2830 E RIVER RD
DAYTON OH 45439-1538

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $800.28 |
| | | | $800.28 |

Modified Total    $615.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $615.28 |
| | | | $615.28 |

---

*See Exhibit E for a listing of debtor entities by case number                    Page:   242  of 433

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3351<br>Date Filed: 04/28/06<br>Docketed Total:  $4,010.00<br>Filing Creditor Name and Address<br>MICCO MODULAR INDUSTRIAL<br>COMPONENTS<br>25831 COMMERCE DR<br>MADISON HEIGHT MI 48071 | Claim Holder Name and Address    Docketed Total    $4,010.00<br><br>MICCO MODULAR INDUSTRIAL COMPONENTS<br>25831 COMMERCE DR<br>MADISON HEIGHT MI 48071<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $4,010.00<br>                                                            $4,010.00 | Modified Total    $4,010.00<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                                  $4,010.00<br>                                                          $4,010.00 |
| Claim: 10865<br>Date Filed: 07/25/06<br>Docketed Total:  $362.50<br>Filing Creditor Name and Address<br>MICHIGAN DEPT OF AGRICULTURE<br>METROLOGY LABORATORY<br>940 VENTURE LN<br>WILLIAMSTON MI 48895 | Claim Holder Name and Address    Docketed Total    $362.50<br><br>MICHIGAN DEPT OF AGRICULTURE<br>METROLOGY LABORATORY<br>940 VENTURE LN<br>WILLIAMSTON MI 48895<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $362.50<br>                                                            $362.50 | Modified Total    $362.50<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                                  $362.50<br>                                                          $362.50 |
| Claim: 6657<br>Date Filed: 05/23/06<br>Docketed Total:  $25.00<br>Filing Creditor Name and Address<br>MICHIGAN DEPT OF CONSUMER & IN<br>MICHIGAN BUREAU OF CONSTRC COD<br>7150 HARRIS DR<br>LANSING MI 48909 | Claim Holder Name and Address    Docketed Total    $25.00<br><br>MICHIGAN DEPT OF CONSUMER & IN<br>MICHIGAN BUREAU OF CONSTRC COD<br>7150 HARRIS DR<br>LANSING MI 48909<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $25.00<br>                                                            $25.00 | Modified Total    $25.00<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                                  $25.00<br>                                                          $25.00 |
| Claim: 7024<br>Date Filed: 05/30/06<br>Docketed Total:  $766,355.00<br>Filing Creditor Name and Address<br>MICHIGAN HERITAGE BANK<br>283400 ORCHARD LAKE RD<br>FARMINGTON HILLS MI 48334 | Claim Holder Name and Address    Docketed Total    $766,355.00<br><br>MICHIGAN HERITAGE BANK<br>283400 ORCHARD LAKE RD<br>FARMINGTON HILLS MI 48334<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481      $766,355.00<br>              $766,355.00 | Modified Total    $11,178.92<br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640                                                  $11,178.92<br>                                                          $11,178.92 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2926<br>Date Filed: 04/27/06<br>Docketed Total: $2,400.00<br>Filing Creditor Name and Address<br> MICHIGAN METROLOGY<br> 17199 N LAUREL PK DR STE 51<br> LIVONIA MI 48152 | Claim Holder Name and Address    Docketed Total    $2,400.00<br><br>MICHIGAN METROLOGY<br>17199 N LAUREL PK DR STE 51<br>LIVONIA MI 48152<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $2,400.00<br>                                                   $2,400.00 | Modified Total    $2,400.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $2,400.00<br>                                                   $2,400.00 |
| Claim: 5513<br>Date Filed: 05/10/06<br>Docketed Total: $1,600.00<br>Filing Creditor Name and Address<br> MICHIGAN MOLECULAR INSTITUTE<br> IMPACT ANALYTICAL<br> 1910 W ST ANDREWS RD<br> MIDLAND MI 48640 | Claim Holder Name and Address    Docketed Total    $1,600.00<br><br>MICHIGAN MOLECULAR INSTITUTE<br>IMPACT ANALYTICAL<br>1910 W ST ANDREWS RD<br>MIDLAND MI 48640<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $1,600.00<br>                                                   $1,600.00 | Modified Total    $1,600.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $1,600.00<br>                                                   $1,600.00 |
| Claim: 5514<br>Date Filed: 05/10/06<br>Docketed Total: $4,940.00<br>Filing Creditor Name and Address<br> MICHIGAN MOLECULAR INSTITUTE<br> IMPACT ANALYTICAL<br> 1910 W ST ANDREWS RD<br> MIDLAND MI 48640 | Claim Holder Name and Address    Docketed Total    $4,940.00<br><br>MICHIGAN MOLECULAR INSTITUTE<br>IMPACT ANALYTICAL<br>1910 W ST ANDREWS RD<br>MIDLAND MI 48640<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $4,940.00<br>                                                   $4,940.00 | Modified Total    $4,940.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $4,940.00<br>                                                   $4,940.00 |
| Claim: 5515<br>Date Filed: 05/10/06<br>Docketed Total: $1,600.00<br>Filing Creditor Name and Address<br> MICHIGAN MOLECULAR INSTITUTE<br> IMPACT ANALYTICAL<br> 1910 W ST ANDREWS RD<br> MIDLAND MI 48640 | Claim Holder Name and Address    Docketed Total    $1,600.00<br><br>MICHIGAN MOLECULAR INSTITUTE<br>IMPACT ANALYTICAL<br>1910 W ST ANDREWS RD<br>MIDLAND MI 48640<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $1,600.00<br>                                                   $1,600.00 | Modified Total    $1,600.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $1,600.00<br>                                                   $1,600.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5516<br>Date Filed:05/10/06<br>Docketed Total:  $4,575.00<br>Filing Creditor Name and Address<br> MICHIGAN MOLECULAR INSTITUTE<br> IMPACT ANALYTICAL<br> 1910 W ST ANDREWS RD<br> MIDLAND MI 48640 | Claim Holder Name and Address    Docketed Total    $4,575.00<br><br>MICHIGAN MOLECULAR INSTITUTE<br>IMPACT ANALYTICAL<br>1910 W ST ANDREWS RD<br>MIDLAND MI 48640<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                         $4,575.00<br>                                                                  $4,575.00 | Modified Total    $4,175.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                         $4,175.00<br>                                                                  $4,175.00 |
| Claim: 9673<br>Date Filed:07/17/06<br>Docketed Total:  $3,631.09<br>Filing Creditor Name and Address<br> MICHIGAN PETROLEUM TECHNOLOGIE<br> SECORY OIL CO<br> 3030 MOAK ST<br> PORT HURON MI 48060 | Claim Holder Name and Address    Docketed Total    $3,631.09<br><br>MICHIGAN PETROLEUM TECHNOLOGIE<br>SECORY OIL CO<br>3030 MOAK ST<br>PORT HURON MI 48060<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                         $3,631.09<br>                                                                  $3,631.09 | Modified Total    $2,483.82<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                         $2,483.82<br>                                                                  $2,483.82 |
| Claim: 8076<br>Date Filed:06/16/06<br>Docketed Total:  $24,045.00<br>Filing Creditor Name and Address<br> MICHIGAN SPLINE GAGE CO<br> PO BOX 69<br> HAZEL PK MI 48030 | Claim Holder Name and Address    Docketed Total    $24,045.00<br><br>MICHIGAN SPLINE GAGE CO<br>PO BOX 69<br>HAZEL PK MI 48030<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                         $24,045.00<br>                                                                  $24,045.00 | Modified Total    $22,065.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                         $22,065.00<br>                                                                  $22,065.00 |
| Claim: 3370<br>Date Filed:04/28/06<br>Docketed Total:  $25,196.25<br>Filing Creditor Name and Address<br> MICO MANUFACTURING CO INC<br> 66 INDUSTRIAL WAY<br> WILMINGTON MA 01887 | Claim Holder Name and Address    Docketed Total    $25,196.25<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                         $25,196.25<br>                                                                  $25,196.25 | Modified Total    $25,196.25<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                                         $25,196.25<br>                                                                  $25,196.25 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   245  of 433

In re: Delphi Corporation, et al.                                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2896**
Date Filed: 04/27/06
Docketed Total:   $1,680.00
Filing Creditor Name and Address
  MICRO MOLDING INC
  91 HOWARD ST
  PHILLIPSBURG NJ 08865-3101

| | Claim Holder Name and Address | Docketed Total | $1,680.00 | | | Modified Total | $1,260.00 |
|---|---|---|---|---|---|---|---|

MICRO MOLDING INC
91 HOWARD ST
PHILLIPSBURG NJ 08865-3101

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,680.00 | 05-44640 | | | $1,260.00 |
| | | | $1,680.00 | | | | $1,260.00 |

---

**Claim: 1724**
Date Filed: 01/31/06
Docketed Total:   $53,123.50
Filing Creditor Name and Address
  MICRO PROBE INC
  2281 LAS PALMAS DR
  CARLSBAD CA 92009

| | Claim Holder Name and Address | Docketed Total | $53,123.50 | | | Modified Total | $53,123.50 |
|---|---|---|---|---|---|---|---|

MICRO PROBE INC
2281 LAS PALMAS DR
CARLSBAD CA 92009

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $53,123.50 | 05-44640 | | | $53,123.50 |
| | | | $53,123.50 | | | | $53,123.50 |

---

**Claim: 6932**
Date Filed: 05/26/06
Docketed Total:   $12,279.00
Filing Creditor Name and Address
  MICROSEMI CORP
  2381 MORSE AVE
  IRVINE CA 92614

| | Claim Holder Name and Address | Docketed Total | $12,279.00 | | | Modified Total | $9,029.00 |
|---|---|---|---|---|---|---|---|

MICROSEMI CORP
2381 MORSE AVE
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $12,279.00 | 05-44640 | | | $9,029.00 |
| | | | $12,279.00 | | | | $9,029.00 |

---

**Claim: 6577**
Date Filed: 05/22/06
Docketed Total:   $258,352.13
Filing Creditor Name and Address
  MID CONTINENT SPRING CO EFT
  PO BOX 649
  HOPKINSVILLE KY 42241-0649

| | Claim Holder Name and Address | Docketed Total | $258,352.13 | | | Modified Total | $256,323.39 |
|---|---|---|---|---|---|---|---|

MID CONTINENT SPRING CO EFT
PO BOX 649
HOPKINSVILLE KY 42241-0649

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $258,352.13 | 05-44640 | | | $256,323.39 |
| | | | $258,352.13 | | | | $256,323.39 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 318**
Date Filed: 11/03/05
Docketed Total: $4,206.39
Filing Creditor Name and Address
  MID SOUTH METALLURGICAL INC
  742 OLD SALEM RD
  MURFREESBORO TN 37129

Claim Holder Name and Address     Docketed Total     $4,206.39
MID SOUTH METALLURGICAL INC
742 OLD SALEM RD
MURFREESBORO TN 37129

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,206.39 |
| | | | $4,206.39 |

Modified Total     $4,206.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,206.39 |
| | | | $4,206.39 |

---

**Claim: 4958**
Date Filed: 05/05/06
Docketed Total: $4,620.00
Filing Creditor Name and Address
  MID WEST SPRING & STAMPING
  1935 E LAKETON AVE
  MUSKEGON MI 49442

Claim Holder Name and Address     Docketed Total     $4,620.00
MID WEST SPRING & STAMPING
1935 E LAKETON AVE
MUSKEGON MI 49442

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,620.00 |
| | | | $4,620.00 |

Modified Total     $4,620.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,620.00 |
| | | | $4,620.00 |

---

**Claim: 4710**
Date Filed: 05/04/06
Docketed Total: $5,858.60
Filing Creditor Name and Address
  MID WEST WIRE PRODUCTS INC
  800 WOODWARD HGTS BLVD
  FERNDALE MI 48220-1488

Claim Holder Name and Address     Docketed Total     $5,858.60
FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE
2305
NEW YORK NY 10001

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,858.60 |
| | | | $5,858.60 |

Modified Total     $3,035.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,035.00 |
| | | | $3,035.00 |

---

**Claim: 916**
Date Filed: 11/28/05
Docketed Total: $1,239.28
Filing Creditor Name and Address
  MIDWEST CHEMICAL & SUPPLY
  340 E 56TH AVE
  DENVER CO 80216

Claim Holder Name and Address     Docketed Total     $1,239.28
MIDWEST CHEMICAL & SUPPLY
340 E 56TH AVE
DENVER CO 80216

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,239.28 |
| | | | $1,239.28 |

Modified Total     $930.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $930.94 |
| | | | $930.94 |

---

*See Exhibit E for a listing of debtor entities by case number          Page:   247  of 433

In re: Delphi Corporation, et al.                                                                  Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3292<br>Date Filed:04/28/06<br>Docketed Total:   $648.00<br>Filing Creditor Name and Address<br> MIDWEST DIE SUPPLY CO<br> 6240 AMERICAN RD<br> TOLEDO OH 43612-3903 | Claim Holder Name and Address    Docketed Total    $648.00<br><br>MIDWEST DIE SUPPLY CO<br>6240 AMERICAN RD<br>TOLEDO OH 43612-3903 | Modified Total    $648.00 |

| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $648.00<br>                                            $648.00 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $648.00<br>                                            $648.00 |

| Claim: 1031<br>Date Filed:12/06/05<br>Docketed Total:   $3,885.83<br>Filing Creditor Name and Address<br> MIDWEST MAT SALES INC<br> 726 GOLDEN ARROW DR<br> PO BOX 11<br> MIAMISBURG OH 45342-2794 | Claim Holder Name and Address    Docketed Total    $3,885.83<br><br>MIDWEST MAT SALES INC<br>726 GOLDEN ARROW DR<br>PO BOX 11<br>MIAMISBURG OH 45342-2794 | Modified Total    $3,885.83 |

| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $3,885.83<br>                                            $3,885.83 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $3,885.83<br>                                            $3,885.83 |

| Claim: 7080<br>Date Filed:05/30/06<br>Docketed Total:   $4,700.00<br>Filing Creditor Name and Address<br> MILLER PRODUCTS INC<br> 601 FIRST ST NW<br> GRAND RAPIDS MI 49504 | Claim Holder Name and Address    Docketed Total    $4,700.00<br><br>MILLER PRODUCTS INC<br>601 FIRST ST NW<br>GRAND RAPIDS MI 49504 | Modified Total    $4,400.00 |

| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $4,700.00<br>                                            $4,700.00 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $4,400.00<br>                                            $4,400.00 |

| Claim: 8995<br>Date Filed:07/05/06<br>Docketed Total:   $82,928.26<br>Filing Creditor Name and Address<br> MIM INDUSTRIES INC<br> C O JACK ZIMMER<br> 4301 LYONS RD<br> MIAMISBURG OH 45342 | Claim Holder Name and Address    Docketed Total    $82,928.26<br><br>MIM INDUSTRIES INC<br>C O JACK ZIMMER<br>4301 LYONS RD<br>MIAMISBURG OH 45342 | Modified Total    $82,918.51 |

| | Case Number*   Secured   Priority   Unsecured<br>05-44640   $69,068.00              $13,860.26<br>           $69,068.00              $13,860.26 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $82,918.51<br>                                            $82,918.51 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2595**
Date Filed: 04/10/06
Docketed Total:   $13,728.00
Filing Creditor Name and Address
 MINACS
 34115 TWELVE MILE RD
 FARMINGTON HILLS MI 48331

Claim Holder Name and Address    Docketed Total    $13,728.00

MINACS
34115 TWELVE MILE RD
FARMINGTON HILLS MI 48331

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $13,728.00 |
| | | | $13,728.00 |

Modified Total    $13,728.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,728.00 |
| | | | $13,728.00 |

---

**Claim: 6064**
Date Filed: 05/16/06
Docketed Total:   $6,972.32
Filing Creditor Name and Address
 MINARIK CORP
 PO BOX 25033
 GLENDALE CA 91221

Claim Holder Name and Address    Docketed Total    $6,972.32

MINARIK CORP
PO BOX 25033
GLENDALE CA 91221

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,972.32 |
| | | | $6,972.32 |

Modified Total    $6,972.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $1,678.72 |
| 05-44640 | | | $5,293.60 |
| | | | $6,972.32 |

---

**Claim: 7315**
Date Filed: 06/01/06
Docketed Total:   $370.00
Filing Creditor Name and Address
 MINCO TOOL & MOLD
 370 LINDEN ST
 MEADVILLE PA 16335

Claim Holder Name and Address    Docketed Total    $370.00

MINCO TOOL & MOLD
370 LINDEN ST
MEADVILLE PA 16335

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $370.00 |
| | | | $370.00 |

Modified Total    $370.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $370.00 |
| | | | $370.00 |

---

**Claim: 3114**
Date Filed: 04/28/06
Docketed Total:   $3,754.89
Filing Creditor Name and Address
 MINER ELASTOMER PRODUCTS CORP
 1200 E STATE ST
 GENEVA IL 60134-244

Claim Holder Name and Address    Docketed Total    $3,754.89

MINER ELASTOMER PRODUCTS CORP
1200 E STATE ST
GENEVA IL 60134-244

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,754.89 |
| | | | $3,754.89 |

Modified Total    $3,750.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,750.00 |
| | | | $3,750.00 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7366<br>Date Filed:06/02/06<br>Docketed Total:  $14,411.00<br>Filing Creditor Name and Address<br> MIRAPOINT INC<br> ACCOUNTS RECEIVABLE<br> 909 HERMOSA COURT<br> SUNNYVALE CA 94085 | Claim Holder Name and Address    Docketed Total    $14,411.00<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | | | | Modified Total    $14,411.00 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $14,411.00<br>$14,411.00 | 05-44640 | | | $14,411.00<br>$14,411.00 |
| Claim: 7099<br>Date Filed:05/30/06<br>Docketed Total:  $271,306.20<br>Filing Creditor Name and Address<br> MITSUMI ELECTRONICS CORP<br> 40000 GRAND RIVER AVE STE 400<br> NOVI TECHNOLOGY CTR<br> NOVI MI 48375 | Claim Holder Name and Address    Docketed Total    $271,306.20<br><br>MITSUMI ELECTRONICS CORP<br>40000 GRAND RIVER AVE STE 400<br>NOVI TECHNOLOGY CTR<br>NOVI MI 48375 | | | | Modified Total    $271,306.20 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $271,306.20<br>$271,306.20 | 05-44612<br>05-44640 | | | $266,611.20<br>$4,695.00<br>$271,306.20 |
| Claim: 4519<br>Date Filed:05/02/06<br>Docketed Total:  $4,035.90<br>Filing Creditor Name and Address<br> MOBILE AIR TRANSPORT INC<br> PO BOX 219<br> LATHAM NY 12110-0219 | Claim Holder Name and Address    Docketed Total    $4,035.90<br><br>MOBILE AIR TRANSPORT INC<br>PO BOX 219<br>LATHAM NY 12110-0219 | | | | Modified Total    $4,035.90 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $4,035.90<br>$4,035.90 | 05-44640 | | | $4,035.90<br>$4,035.90 |
| Claim: 3837<br>Date Filed:05/01/06<br>Docketed Total:  $3,896.96<br>Filing Creditor Name and Address<br> MOBILE FIELD ENGINEER<br> 4055 VALLEY VIEW LN<br> STE 400<br> DALLAS TX 75244 | Claim Holder Name and Address    Docketed Total    $3,896.96<br><br>MOBILE FIELD ENGINEER<br>4055 VALLEY VIEW LN<br>STE 400<br>DALLAS TX 75244 | | | | Modified Total    $3,896.96 | | | |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | $3,896.96<br>$3,896.96 | | 05-44482 | | $3,896.96 | $3,896.96 |

In re: Delphi Corporation, et al.                                                                                     Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16126<br>Date Filed:08/09/06<br>Docketed Total:  $24,484.40<br>Filing Creditor Name and Address<br> MODERN HARD CHROME EFT<br> 12880 E 9 MILE RD<br> WARREN MI 48089 | Claim Holder Name and Address<br><br>MODERN HARD CHROME EFT<br>12880 E 9 MILE RD<br>WARREN MI 48089 | Docketed Total | | $24,484.40 | | Modified Total | | $23,933.38 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$24,484.40<br>$24,484.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$23,933.38<br>$23,933.38 |
| Claim: 100<br>Date Filed:10/25/05<br>Docketed Total:   $3,600.00<br>Filing Creditor Name and Address<br> MODERN HEAT TREATING & FORGING<br> 1112 NIAGARA ST<br> BUFFALO NY 14213 | Claim Holder Name and Address<br><br>MODERN HEAT TREATING & FORGING<br>1112 NIAGARA ST<br>BUFFALO NY 14213 | Docketed Total | | $3,600.00 | | Modified Total | | $2,400.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,600.00<br>$3,600.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,400.00<br>$2,400.00 |
| Claim: 1109<br>Date Filed:12/12/05<br>Docketed Total:  $406.69<br>Filing Creditor Name and Address<br> MOELLER MANUFACTURING<br> 43938 PLYMOUTH OAKS BLVD<br> PLYMOUTH MI 48170 | Claim Holder Name and Address<br><br>MOELLER MANUFACTURING<br>43938 PLYMOUTH OAKS BLVD<br>PLYMOUTH MI 48170 | Docketed Total | | $406.69 | | Modified Total | | $406.69 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$406.69<br>$406.69 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$406.69<br>$406.69 |
| Claim: 4169<br>Date Filed:05/01/06<br>Docketed Total:   $4,478.50<br>Filing Creditor Name and Address<br> MOLITOR INTERNATIONAL<br> 1550 COLLINS LN<br> MIDLAND MI 48640 | Claim Holder Name and Address<br><br>MOLITOR INTERNATIONAL<br>1550 COLLINS LN<br>MIDLAND MI 48640 | Docketed Total | | $4,478.50 | | Modified Total | | $4,478.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,478.50<br>$4,478.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,478.50<br>$4,478.50 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   251  of 433

In re: Delphi Corporation, et al.                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 1339**<br>Date Filed:12/27/05<br>Docketed Total:  $19,411.50<br>Filing Creditor Name and Address<br> MONARCH SERVICES SC<br> COL NAZARIO ORTIZ GARZA<br> CUARTA AVE 792 B<br> SALTILLO COAH  25107<br> UNKNOWN | Claim Holder Name and Address  Docketed Total  $19,411.50<br><br>MONARCH SERVICES SC<br>COL NAZARIO ORTIZ GARZA<br>CUARTA AVE 792 B<br>SALTILLO COAH  25107<br>UNKNOWN | | | | | | Modified Total | $16,413.50 |
| | Case Number* 05-44481 | Secured $19,411.50 $19,411.50 | Priority | Unsecured | Case Number* 05-44640 | Secured | Priority | Unsecured $16,413.50 $16,413.50 |
| **Claim: 3928**<br>Date Filed:05/01/06<br>Docketed Total:  $252.52<br>Filing Creditor Name and Address<br> MONROE COUNTY WATER AUTHORITY<br> PO BOX 10999<br> ROCHESTER NY 14610 | Claim Holder Name and Address  Docketed Total  $252.52<br><br>MONROE COUNTY WATER AUTHORITY<br>PO BOX 10999<br>ROCHESTER NY 14610 | | | | | | Modified Total | $252.52 |
| | Case Number* 05-44481 | Secured | Priority | Unsecured $252.52 $252.52 | Case Number* 05-44640 | Secured | Priority | Unsecured $252.52 $252.52 |
| **Claim: 4760**<br>Date Filed:05/04/06<br>Docketed Total:  $315.00<br>Filing Creditor Name and Address<br> MOORE MORGAN B DBA MORGAN B<br> MOORE OD<br> 902 KRAMER<br> BURKBURNETT TX 76354 | Claim Holder Name and Address  Docketed Total  $315.00<br><br>MOORE MORGAN B DBA MORGAN B MOORE OD<br>902 KRAMER<br>BURKBURNETT TX 76354 | | | | | | Modified Total | $225.00 |
| | Case Number* 05-44481 | Secured | Priority | Unsecured $315.00 $315.00 | Case Number* 05-44640 | Secured | Priority | Unsecured $225.00 $225.00 |
| **Claim: 2720**<br>Date Filed:04/24/06<br>Docketed Total:  $631.65<br>Filing Creditor Name and Address<br> MOREHOUSECOWLES<br> 1050 CINDY LN<br> CARPINTERIA CA 93013 | Claim Holder Name and Address  Docketed Total  $631.65<br><br>MOREHOUSECOWLES<br>1050 CINDY LN<br>CARPINTERIA CA 93013 | | | | | | Modified Total | $546.00 |
| | Case Number* 05-44481 | Secured | Priority | Unsecured $631.65 $631.65 | Case Number* 05-44640 | Secured | Priority | Unsecured $546.00 $546.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1158<br>Date Filed:12/09/05<br>Docketed Total:   $6,699.06<br>Filing Creditor Name and Address<br> MOTOROLA INC<br> TERESA TRAGER CREDIT<br> 1307 E ALGONQUIN RD SWA2<br> SCHAUMBURG IL 60196-1078 | Claim Holder Name and Address    Docketed Total    $6,699.06<br>MOTOROLA INC<br>TERESA TRAGER CREDIT<br>1307 E ALGONQUIN RD SWA2<br>SCHAUMBURG IL 60196-1078<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $6,699.06<br>                                                  $6,699.06 | Modified Total    $6,467.26<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $6,467.26<br>                                                  $6,467.26 |
| Claim: 11880<br>Date Filed:07/28/06<br>Docketed Total:   $14,731.69<br>Filing Creditor Name and Address<br> MOTT COMMUNITY COLLEGE<br> ATTN CASHIERS OFFICE<br> 1401 E COURT ST<br> FLINT MI 48503 | Claim Holder Name and Address    Docketed Total    $14,731.69<br>MOTT COMMUNITY COLLEGE<br>ATTN CASHIERS OFFICE<br>1401 E COURT ST<br>FLINT MI 48503<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $14,731.69<br>                                                  $14,731.69 | Modified Total    $10,939.69<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $10,939.69<br>                                                  $10,939.69 |
| Claim: 9123<br>Date Filed:07/10/06<br>Docketed Total:   $10,631.60<br>Filing Creditor Name and Address<br> MRA INDUSTRIES INC<br> 44785 MACOMB INDUSTRIAL DR<br> CLINTON TOWNSHIP MI 48036 | Claim Holder Name and Address    Docketed Total    $10,631.60<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $10,631.60<br>                                                  $10,631.60 | Modified Total    $7,375.60<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $7,375.60<br>                                                  $7,375.60 |
| Claim: 1468<br>Date Filed:01/09/06<br>Docketed Total:   $862.91<br>Filing Creditor Name and Address<br> MSC INDUSTRIAL SUPPLY<br> 75 MAXESS RD<br> MELVILLE NY 11747 | Claim Holder Name and Address    Docketed Total    $862.91<br>MSC INDUSTRIAL SUPPLY<br>75 MAXESS RD<br>MELVILLE NY 11747<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $862.91<br>                                                  $862.91 | Modified Total    $862.91<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $862.91<br>                                                  $862.91 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 6443<br>Date Filed:05/22/06<br>Docketed Total:   $13,321.51<br>Filing Creditor Name and Address<br> MSC INDUSTRIAL SUPPLY<br> 75 MAXESS RD<br> MELVILLE NY 11747 | Claim Holder Name and Address      Docketed Total      $13,321.51<br><br>MSC INDUSTRIAL SUPPLY<br>75 MAXESS RD<br>MELVILLE NY 11747 | Modified Total      $13,321.51 |
| | <u>Case Number*</u>      <u>Secured</u>          <u>Priority</u>            <u>Unsecured</u><br>05-44481                                                    $13,321.51<br>                                                              $13,321.51 | <u>Case Number*</u>      <u>Secured</u>          <u>Priority</u>            <u>Unsecured</u><br>05-44640                                                    $13,321.51<br>                                                              $13,321.51 |
| Claim: 618<br>Date Filed:11/16/05<br>Docketed Total:   $2,175.84<br>Filing Creditor Name and Address<br> MSC INDUSTRIAL SUPPLY CO<br> 75 MAXESS RD<br> MELVILLE NY 11747 | Claim Holder Name and Address      Docketed Total      $2,175.84<br><br>MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS RD<br>MELVILLE NY 11747 | Modified Total      $2,175.84 |
| | <u>Case Number*</u>      <u>Secured</u>          <u>Priority</u>            <u>Unsecured</u><br>05-44481                                                    $2,175.84<br>                                                              $2,175.84 | <u>Case Number*</u>      <u>Secured</u>          <u>Priority</u>            <u>Unsecured</u><br>05-44640                                                    $2,175.84<br>                                                              $2,175.84 |
| Claim: 619<br>Date Filed:11/16/05<br>Docketed Total:   $460.00<br>Filing Creditor Name and Address<br> MSC INDUSTRIAL SUPPLY CO<br> 75 MAXESS RD<br> MELVILLE NY 11747 | Claim Holder Name and Address      Docketed Total      $460.00<br><br>MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS RD<br>MELVILLE NY 11747 | Modified Total      $460.00 |
| | <u>Case Number*</u>      <u>Secured</u>          <u>Priority</u>            <u>Unsecured</u><br>05-44481                                                    $460.00<br>                                                              $460.00 | <u>Case Number*</u>      <u>Secured</u>          <u>Priority</u>            <u>Unsecured</u><br>05-44507                                                    $460.00<br>                                                              $460.00 |
| Claim: 620<br>Date Filed:11/16/05<br>Docketed Total:   $892.51<br>Filing Creditor Name and Address<br> MSC INDUSTRIAL SUPPLY CO<br> 75 MAXESS RD<br> MELVILLE NY 11747 | Claim Holder Name and Address      Docketed Total      $892.51<br><br>MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS RD<br>MELVILLE NY 11747 | Modified Total      $892.51 |
| | <u>Case Number*</u>      <u>Secured</u>          <u>Priority</u>            <u>Unsecured</u><br>05-44481                                                    $892.51<br>                                                              $892.51 | <u>Case Number*</u>      <u>Secured</u>          <u>Priority</u>            <u>Unsecured</u><br>05-44539                                                    $892.51<br>                                                              $892.51 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 621<br>Date Filed:11/16/05<br>Docketed Total: $585.63<br>Filing Creditor Name and Address<br> MSC INDUSTRIAL SUPPLY CO<br> 75 MAXESS RD<br> MELVILLE NY 11747 | Claim Holder Name and Address<br><br>MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS RD<br>MELVILLE NY 11747 | Docketed Total | | $585.63 | | Modified Total | | $460.13 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$585.63<br>$585.63 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$460.13<br>$460.13 |
| Claim: 625<br>Date Filed:11/15/05<br>Docketed Total: $2,644.03<br>Filing Creditor Name and Address<br> MSC INDUSTRIAL SUPPLY CO<br> 75 MAXESS RD<br> MELVILLE NY 11747 | Claim Holder Name and Address<br><br>MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS RD<br>MELVILLE NY 11747 | Docketed Total | | $2,644.03 | | Modified Total | | $2,501.17 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,644.03<br>$2,644.03 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,501.17<br>$2,501.17 |
| Claim: 628<br>Date Filed:11/16/05<br>Docketed Total: $261.15<br>Filing Creditor Name and Address<br> MSC INDUSTRIAL SUPPLY CO<br> 75 MAXESS RD<br> MELVILLE NY 11747 | Claim Holder Name and Address<br><br>MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS RD<br>MELVILLE NY 11747 | Docketed Total | | $261.15 | | Modified Total | | $261.15 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$261.15<br>$261.15 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$261.15<br>$261.15 |
| Claim: 2817<br>Date Filed:04/26/06<br>Docketed Total: $4,110.00<br>Filing Creditor Name and Address<br> MTI ENGINEERING CORPORATION<br> PRECISION SHEETMETAL FABRIC<br> 15678 GRAHAM ST<br> HUNTINGTON BEACH CA 92649 | Claim Holder Name and Address<br><br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001 | Docketed Total | | $4,110.00 | | Modified Total | | $4,110.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$4,110.00<br>$4,110.00 | Unsecured | Case Number*<br>05-44624 | Secured | Priority | Unsecured<br>$4,110.00<br>$4,110.00 |

In re: Delphi Corporation, et al.                                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1602<br>Date Filed: 01/18/06<br>Docketed Total:  $8,195.00<br>Filing Creditor Name and Address<br> MTI SYSTEMS INC<br> 59 INTERSTATE DR<br> WEST SPRINGFIELD MA 01089-5100 | Claim Holder Name and Address     Docketed Total     $8,195.00<br><br>MTI SYSTEMS INC<br>59 INTERSTATE DR<br>WEST SPRINGFIELD MA 01089-5100<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $8,195.00<br>                                                       $8,195.00 | Modified Total     $8,195.00<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $8,195.00<br>                                                       $8,195.00 |
| Claim: 12221<br>Date Filed: 07/28/06<br>Docketed Total:  $377,283.79<br>Filing Creditor Name and Address<br> MTRONICS COM INC SUCCESSOR BY<br> MERGER TO MULTITRONICS INC<br> DUNS NO RD 183241454<br> MTRONICS COM INC<br> 325 ELECTRONICS BLVD STE C<br> HUNTSVILLE AL 35824 | Claim Holder Name and Address     Docketed Total     $377,283.79<br><br>MTRONICS COM INC SUCCESSOR BY<br>MERGER TO MULTITRONICS INC DUNS NO<br>RD 183241454<br>MTRONICS COM INC<br>325 ELECTRONICS BLVD STE C<br>HUNTSVILLE AL 35824<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $377,283.79<br>                                                       $377,283.79 | Modified Total     $372,934.72<br><br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $372,934.72<br>                                                       $372,934.72 |
| Claim: 16412<br>Date Filed: 11/08/06<br>Docketed Total:  $88,200.65<br>Filing Creditor Name and Address<br> MTS SYSTEMS CORP EFT<br> REDROCK CAPITAL PARTNERS LLC<br> 111 S MAIN ST STE C11<br> PO BOX 9095<br> BRECKENRIDGE CO 80424 | Claim Holder Name and Address     Docketed Total     $88,200.65<br><br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $88,200.65<br>                                                       $88,200.65 | Modified Total     $88,200.65<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $88,200.65<br>                                                       $88,200.65 |
| Claim: 9550<br>Date Filed: 07/17/06<br>Docketed Total:  $135,856.48<br>Filing Creditor Name and Address<br> MUELLER INDUSTRIES INC<br> ATTN CREDIT DEPT<br> 2199 LAPEER AVE<br> PORT HURON MI 48060 | Claim Holder Name and Address     Docketed Total     $135,856.48<br><br>MUELLER INDUSTRIES INC<br>ATTN CREDIT DEPT<br>2199 LAPEER AVE<br>PORT HURON MI 48060<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $135,856.48<br>                                                       $135,856.48 | Modified Total     $135,856.48<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                              $135,856.48<br>                                                       $135,856.48 |

*See Exhibit E for a listing of debtor entities by case number                    Page:    256  of 433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 874<br>Date Filed:11/28/05<br>Docketed Total:   $201.52<br>Filing Creditor Name and Address<br> MULLARKEY ASSOCIATES INC<br> 12346 S KEELER AVE<br> ALSIP IL 60803 | Claim Holder Name and Address   Docketed Total        $201.52<br><br>MULLARKEY ASSOCIATES INC<br>12346 S KEELER AVE<br>ALSIP IL 60803<br><br>Case Number*     Secured      Priority      Unsecured<br>05-44481                                         $201.52<br>                                                 $201.52 | Modified Total        $201.52<br><br><br><br><br>Case Number*   Secured      Priority      Unsecured<br>05-44640                                         $201.52<br>                                                 $201.52 |
| Claim: 3015<br>Date Filed:04/27/06<br>Docketed Total:   $105.57<br>Filing Creditor Name and Address<br> MULTIFAB<br> 3808 N SULLIVAN RD<br> BLDG 6<br> SPOKANE WA 09921-616 | Claim Holder Name and Address   Docketed Total        $105.57<br><br>MULTIFAB<br>3808 N SULLIVAN RD<br>BLDG 6<br>SPOKANE WA 09921-616<br><br>Case Number*     Secured      Priority      Unsecured<br>05-44507                                         $105.57<br>                                                 $105.57 | Modified Total         $83.20<br><br><br><br><br>Case Number*   Secured      Priority      Unsecured<br>05-44507                                          $83.20<br>                                                  $83.20 |
| Claim: 10369<br>Date Filed:07/24/06<br>Docketed Total:   $960.00<br>Filing Creditor Name and Address<br> N D K AMERICA INC<br> C O MASUDA FUNAI EIFERT &<br> MITCHELL<br> 203 N LASALLE ST STE 2500<br> CHICAGO IL 60601-1262 | Claim Holder Name and Address   Docketed Total        $960.00<br><br>N D K AMERICA INC<br>C O MASUDA FUNAI EIFERT &<br>MITCHELL<br>203 N LASALLE ST STE 2500<br>CHICAGO IL 60601-1262<br><br>Case Number*     Secured      Priority      Unsecured<br>05-44567                                         $960.00<br>                                                 $960.00 | Modified Total        $320.00<br><br><br><br><br>Case Number*   Secured      Priority      Unsecured<br>05-44567                                         $320.00<br>                                                 $320.00 |
| Claim: 768<br>Date Filed:11/22/05<br>Docketed Total:   $11,150.00<br>Filing Creditor Name and Address<br> N H RESEARCH INCORPORATED<br> 16601 HALE AVE<br> IRVINE CA 92606 | Claim Holder Name and Address   Docketed Total      $11,150.00<br><br>N H RESEARCH INCORPORATED<br>16601 HALE AVE<br>IRVINE CA 92606<br><br>Case Number*     Secured      Priority      Unsecured<br>05-44481                                       $11,150.00<br>                                               $11,150.00 | Modified Total      $11,150.00<br><br><br><br><br>Case Number*   Secured      Priority      Unsecured<br>05-44640                                       $11,150.00<br>                                               $11,150.00 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   257  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2290**
Date Filed: 03/14/06
Docketed Total:   $16,660.00
Filing Creditor Name and Address
NACHI EUROPE GMBH SUCURSAL EN
ESPANA
AV ALBERTO ALCOCER 28 1 A
MADRID   28036
SPAIN

Claim Holder Name and Address — Docketed Total — $16,660.00
NACHI EUROPE GMBH SUCURSAL EN
ESPANA
AV ALBERTO ALCOCER 28 1 A
MADRID   28036
SPAIN

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,660.00 |
| | | | $16,660.00 |

Modified Total — $12,103.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,103.50 |
| | | | $12,103.50 |

---

**Claim: 5660**
Date Filed: 05/11/06
Docketed Total:   $15,998.22
Filing Creditor Name and Address
NADY SYSTEMS INC
6701 SHELLMOUND ST
EMERYVILLE CA 94608

Claim Holder Name and Address — Docketed Total — $15,998.22
NADY SYSTEMS INC
6701 SHELLMOUND ST
EMERYVILLE CA 94608

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $15,998.22 |
| | | | $15,998.22 |

Modified Total — $15,300.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $15,300.30 |
| | | | $15,300.30 |

---

**Claim: 5702**
Date Filed: 05/12/06
Docketed Total:   $583.96
Filing Creditor Name and Address
NAPA AUTO PARTS
ATTN ED
109 WEST WATER STREET
OAK HARBOR OH 43449

Claim Holder Name and Address — Docketed Total — $583.96
NAPA AUTO PARTS
ATTN ED
109 WEST WATER STREET
OAK HARBOR OH 43449

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $583.96 |
| | | | $583.96 |

Modified Total — $583.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $583.96 |
| | | | $583.96 |

---

**Claim: 4893**
Date Filed: 05/05/06
Docketed Total:   $152,339.60
Filing Creditor Name and Address
NARRICOT INDUSTRIES INC
TUFF TEMP CORP
928 JAYMOR RD STE C150
SOUTHAMPTON PA 18966

Claim Holder Name and Address — Docketed Total — $152,339.60
NARRICOT INDUSTRIES INC
TUFF TEMP CORP
928 JAYMOR RD STE C150
SOUTHAMPTON PA 18966

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $152,339.60 |
| | | | $152,339.60 |

Modified Total — $152,339.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $152,339.60 |
| | | | $152,339.60 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 476<br>Date Filed:11/10/05<br>Docketed Total:  $12,063.00<br>Filing Creditor Name and Address<br> NASCO NHK OF AMERICA<br> SUSPENSION COMPONENTS INC<br> 3251 NASHVILLE RD<br> BOWLING GREEN KY 42101 | Claim Holder Name and Address    Docketed Total    $12,063.00<br><br>NASCO NHK OF AMERICA SUSPENSION<br>COMPONENTS INC<br>3251 NASHVILLE RD<br>BOWLING GREEN KY 42101<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                 $12,063.00<br>                                                         $12,063.00 | Modified Total    $11,500.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $11,500.00<br>                                                         $11,500.00 |
| Claim: 3103<br>Date Filed:04/28/06<br>Docketed Total:   $572.46<br>Filing Creditor Name and Address<br> NASSCO INC<br> 5365 S MOORLAND RD<br> NEW BERLIN WI 53151 | Claim Holder Name and Address    Docketed Total    $572.46<br><br>NASSCO INC<br>5365 S MOORLAND RD<br>NEW BERLIN WI 53151<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                 $572.46<br>                                                         $572.46 | Modified Total    $540.11<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $540.11<br>                                                         $540.11 |
| Claim: 1634<br>Date Filed:01/23/06<br>Docketed Total:   $24,382.53<br>Filing Creditor Name and Address<br> NATCHEZ ELECTRIC AND SUPPLY CO<br> INC<br> PO BOX 825<br> NATCHEZ MS 39121 | Claim Holder Name and Address    Docketed Total    $24,382.53<br><br>NATCHEZ ELECTRIC AND SUPPLY CO INC<br>PO BOX 825<br>NATCHEZ MS 39121<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                 $24,382.53<br>                                                         $24,382.53 | Modified Total    $24,382.53<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $24,382.53<br>                                                         $24,382.53 |
| Claim: 12022<br>Date Filed:07/28/06<br>Docketed Total:   $5,536.98<br>Filing Creditor Name and Address<br> NATIONAL MACHINERY LLC<br> 161 GREENFIELD ST<br> TIFFIN OH 44883-2422 | Claim Holder Name and Address    Docketed Total    $5,536.98<br><br>NATIONAL MACHINERY LLC<br>161 GREENFIELD ST<br>TIFFIN OH 44883-2422<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                 $5,536.98<br>                                                         $5,536.98 | Modified Total    $3,992.51<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $3,992.51<br>                                                         $3,992.51 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12023<br>Date Filed: 07/28/06<br>Docketed Total: $10,525.77<br>Filing Creditor Name and Address<br>NATIONAL MACHINERY LLC<br>161 GREENFIELD ST<br>TIFFIN OH 44883-2422 | Claim Holder Name and Address  Docketed Total  $10,525.77<br><br>NATIONAL MACHINERY LLC<br>161 GREENFIELD ST<br>TIFFIN OH 44883-2422 | Modified Total  $10,525.77 |
| | Case Number*  Secured  Priority  Unsecured<br>05-44481                                              $10,525.77<br>                                                        $10,525.77 | Case Number*  Secured  Priority  Unsecured<br>05-44640                                              $10,525.77<br>                                                        $10,525.77 |
| Claim: 7666<br>Date Filed: 06/08/06<br>Docketed Total: $708.75<br>Filing Creditor Name and Address<br>NATIONAL RIVET & MFG CO<br>21 E JEFFERSON ST<br>PO BOX 471<br>WAUPUN WI 53963 | Claim Holder Name and Address  Docketed Total  $708.75<br><br>NATIONAL RIVET & MFG CO<br>21 E JEFFERSON ST<br>PO BOX 471<br>WAUPUN WI 53963 | Modified Total  $236.25 |
| | Case Number*  Secured  Priority  Unsecured<br>05-44481                                              $708.75<br>                                                        $708.75 | Case Number*  Secured  Priority  Unsecured<br>05-44640                                              $236.25<br>                                                        $236.25 |
| Claim: 5390<br>Date Filed: 05/09/06<br>Docketed Total: $995.20<br>Filing Creditor Name and Address<br>NATIONAL SEMICONDUCTOR CORP<br>2900 SEMICONDUCTOR DR. G2 335<br>SANTA CLARA CA 95051 | Claim Holder Name and Address  Docketed Total  $995.20<br><br>NATIONAL SEMICONDUCTOR CORP<br>2900 SEMICONDUCTOR DR. G2 335<br>SANTA CLARA CA 95051 | Modified Total  $487.50 |
| | Case Number*  Secured  Priority  Unsecured<br>05-44481                                              $995.20<br>                                                        $995.20 | Case Number*  Secured  Priority  Unsecured<br>05-44567                                              $487.50<br>                                                        $487.50 |
| Claim: 7142<br>Date Filed: 05/30/06<br>Docketed Total: $7,975.00<br>Filing Creditor Name and Address<br>NATIONAL TECHNICAL SYSTEMS<br>TERRI SENA<br>1536 EAST VALENCIA DR<br>FULLERTON CA 92831 | Claim Holder Name and Address  Docketed Total  $7,975.00<br><br>NATIONAL TECHNICAL SYSTEMS<br>TERRI SENA<br>1536 EAST VALENCIA DR<br>FULLERTON CA 92831 | Modified Total  $6,175.00 |
| | Case Number*  Secured  Priority  Unsecured<br>05-44624                                              $7,975.00<br>                                                        $7,975.00 | Case Number*  Secured  Priority  Unsecured<br>05-44624                                              $6,175.00<br>                                                        $6,175.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2776<br>Date Filed:04/26/06<br>Docketed Total:   $3,539.85<br>Filing Creditor Name and Address<br> NATIONAL VACUUM CORP<br> 408 47TH ST<br> NIAGARA FALLS NY 14304 | Claim Holder Name and Address<br><br>NATIONAL VACUUM CORP<br>408 47TH ST<br>NIAGARA FALLS NY 14304 | Docketed Total | | $3,539.85 | Modified Total | | | $1,258.35 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,539.85<br>$3,539.85 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,258.35<br>$1,258.35 |
| Claim: 3216<br>Date Filed:04/28/06<br>Docketed Total:   $2,080.00<br>Filing Creditor Name and Address<br> NEBULA INC<br> JOHN GABRYSZAK<br> 102 S. SAGER RD<br> STE 101<br> VALPARAISO IN 46383 | Claim Holder Name and Address<br><br>NEBULA INC<br>JOHN GABRYSZAK<br>102 S. SAGER RD<br>STE 101<br>VALPARAISO IN 46383 | Docketed Total | | $2,080.00 | Modified Total | | | $1,600.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$2,080.00<br>$2,080.00 | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,600.00<br>$1,600.00 |
| Claim: 5741<br>Date Filed:05/12/06<br>Docketed Total:   $6,250.71<br>Filing Creditor Name and Address<br> NEFF ENGINEERING CO INC<br> PO BOX 8604<br> FORT WAYNE IN 46898 | Claim Holder Name and Address<br><br>NEFF ENGINEERING CO INC<br>PO BOX 8604<br>FORT WAYNE IN 46898 | Docketed Total | | $6,250.71 | Modified Total | | | $2,646.42 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,250.71<br>$6,250.71 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,646.42<br>$2,646.42 |
| Claim: 91<br>Date Filed:10/24/05<br>Docketed Total:   $3,229.94<br>Filing Creditor Name and Address<br> NELSON EQUIPMENT CO INC<br> PO BOX 18005<br> SHREVEPORT LA 71138-8005 | Claim Holder Name and Address<br><br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001 | Docketed Total | | $3,229.94 | Modified Total | | | $3,229.94 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,229.94<br>$3,229.94 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,229.94<br>$3,229.94 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   261  of 433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4701**
Date Filed: 05/04/06
Docketed Total:   $2,139.24
Filing Creditor Name and Address
  NETCON ENTERPRISES INC
  5085 A WILLIAMS LAKE RD
  WATERFORD MI 48329

Claim Holder Name and Address      Docketed Total      $2,139.24

NETCON ENTERPRISES INC
5085 A WILLIAMS LAKE RD
WATERFORD MI 48329

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,139.24 |
| | | | $2,139.24 |

Modified Total      $2,118.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,118.50 |
| | | | $2,118.50 |

---

**Claim: 5229**
Date Filed: 05/08/06
Docketed Total:   $9,647.19
Filing Creditor Name and Address
  NETWORK THE
  333 RESEARCH COURT
  NORCROSS GA 30092

Claim Holder Name and Address      Docketed Total      $9,647.19

NETWORK THE
333 RESEARCH COURT
NORCROSS GA 30092

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,647.19 |
| | | | $9,647.19 |

Modified Total      $8,985.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,985.81 |
| | | | $8,985.81 |

---

**Claim: 2119**
Date Filed: 02/27/06
Docketed Total:   $52,623.06
Filing Creditor Name and Address
  NEUTRONIC STAMPING & PLATING
  10550 LAWSON RIVER AVE
  FOUNTAIN VALLEY CA 92708

Claim Holder Name and Address      Docketed Total      $52,623.06

GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
C O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $52,623.06 |
| | | | $52,623.06 |

Modified Total      $51,936.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $51,936.00 |
| | | | $51,936.00 |

---

**Claim: 1685**
Date Filed: 01/20/06
Docketed Total:   $150,906.15
Filing Creditor Name and Address
  NEW YORK STATE ELECTRIC & GAS
  CORPORATION
  PO BOX 5240
  BINGHAMTON NY 13902-5240

Claim Holder Name and Address      Docketed Total      $150,906.15

NEW YORK STATE ELECTRIC & GAS
CORPORATION
PO BOX 5240
BINGHAMTON NY 13902-5240

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $150,906.15 |
| | | | $150,906.15 |

Modified Total      $150,826.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $150,826.15 |
| | | | $150,826.15 |

---

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 2655<br>Date Filed:04/07/06<br>Docketed Total:  $17,865.65<br>Filing Creditor Name and Address<br> NEW YORK STATE ELECTRIC & GAS<br> CORPORATION<br> PO BOX 5240<br> BINGHAMTON NY 13902-5240 | Claim Holder Name and Address<br><br>NEW YORK STATE ELECTRIC & GAS<br>CORPORATION<br>PO BOX 5240<br>BINGHAMTON NY 13902-5240 | Docketed Total | | $17,865.65 | | | Modified Total | | $17,865.65 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,865.65<br>$17,865.65 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,865.65<br>$17,865.65 | |
| Claim: 7549<br>Date Filed:06/06/06<br>Docketed Total:  $1,819.50<br>Filing Creditor Name and Address<br> NEWARK ELECTRONICS CORP<br> PO BOX 94151<br> PALATINE IL 60094 | Claim Holder Name and Address<br><br>NEWARK ELECTRONICS CORP<br>PO BOX 94151<br>PALATINE IL 60094 | Docketed Total | | $1,819.50 | | | Modified Total | | $1,819.50 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,819.50<br>$1,819.50 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,819.50<br>$1,819.50 | |
| Claim: 2814<br>Date Filed:04/26/06<br>Docketed Total:  $420.64<br>Filing Creditor Name and Address<br> NEWPENN MOTOR EXPRESS<br> BOX 630 625 S 5TH AV<br> LEBANON PA 17042 | Claim Holder Name and Address<br><br>NEWPENN MOTOR EXPRESS<br>BOX 630 625 S 5TH AV<br>LEBANON PA 17042 | Docketed Total | | $420.64 | | | Modified Total | | $242.00 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$420.64<br>$420.64 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$242.00<br>$242.00 | |
| Claim: 1398<br>Date Filed:12/30/05<br>Docketed Total:  $1,320.00<br>Filing Creditor Name and Address<br> NEWPORT ELECTRONICS INC<br> 2229 S YALE ST<br> SANTA ANA CA 92704-4426 | Claim Holder Name and Address<br><br>NEWPORT ELECTRONICS INC<br>2229 S YALE ST<br>SANTA ANA CA 92704-4426 | Docketed Total | | $1,320.00 | | | Modified Total | | $1,320.00 | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,320.00<br>$1,320.00 | | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,320.00<br>$1,320.00 | |

*See Exhibit E for a listing of debtor entities by case number          Page:   263  of  433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8877**
Date Filed: 06/30/06
Docketed Total:  $14,123.68
Filing Creditor Name and Address
 NEXANS CANADA INC
 140 ALLSTATE PKWY
 MARKHAM ON L3R 0Z7
 CANADA

| Claim Holder Name and Address | Docketed Total | $14,123.68 |
|---|---|---|

NEXANS CANADA INC
140 ALLSTATE PKWY
MARKHAM ON L3R 0Z7
CANADA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,123.68 |
| | | | $14,123.68 |

| | Modified Total | $14,123.68 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,123.68 |
| | | | $14,123.68 |

---

**Claim: 6790**
Date Filed: 05/24/06
Docketed Total:  $45,000.00
Filing Creditor Name and Address
 NICHIA CORPORATION
 JOE ONO
 491 OKA KAMINAKA CHO
 ANGN-SHI TOKUSHIM  774-8601
 JAPAN

| Claim Holder Name and Address | Docketed Total | $45,000.00 |
|---|---|---|

NICHIA CORPORATION
JOE ONO
491 OKA KAMINAKA CHO
ANGN-SHI TOKUSHIM  774-8601
JAPAN

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $45,000.00 |
| | | | $45,000.00 |

| | Modified Total | $43,500.00 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $43,500.00 |
| | | | $43,500.00 |

---

**Claim: 6348**
Date Filed: 05/19/06
Docketed Total:  $519.54
Filing Creditor Name and Address
 NIKON INC
 1300 WALT WHITMAN RD
 MELVILLE NY 11747

| Claim Holder Name and Address | Docketed Total | $519.54 |
|---|---|---|

NIKON INC
1300 WALT WHITMAN RD
MELVILLE NY 11747

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $519.54 |
| | | | $519.54 |

| | Modified Total | $519.54 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $519.54 |
| | | | $519.54 |

---

**Claim: 293**
Date Filed: 11/03/05
Docketed Total:  $1,288.76
Filing Creditor Name and Address
 NISSAN TRADING CORP USA
 ATTN ALAN KALB
 34405 W 12 MILE RD STE 225
 FARMINGTON HILLS MI 48331

| Claim Holder Name and Address | Docketed Total | $1,288.76 |
|---|---|---|

NISSAN TRADING CORP USA
ATTN ALAN KALB
34405 W 12 MILE RD STE 225
FARMINGTON HILLS MI 48331

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,288.76 |
| | | | $1,288.76 |

| | Modified Total | $1,198.08 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,198.08 |
| | | | $1,198.08 |

In re: Delphi Corporation, et al.                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 4639**
Date Filed: 05/04/06
Docketed Total:   $0.00
Filing Creditor Name and Address
  NJ DEPARTMENT OF TREASURY
  UNCLAIMED PROPERTY
  PO BOX 214
  TRENTON NJ 08646-0214

Claim Holder Name and Address     Docketed Total

NJ DEPARTMENT OF TREASURY UNCLAIMED
PROPERTY
PO BOX 214
TRENTON NJ 08646-0214

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |

Modified Total     $80.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80.38 |
| | | | $80.38 |

---

**Claim: 4583**
Date Filed: 05/03/06
Docketed Total:   $102,059.47
Filing Creditor Name and Address
  NN INC INDUSTRIAL MOLDING CORP
  NN INC
  NN BALL AND ROLLER INC
  PO BOX 415000 MSC 30418
  NASHVILLE TN 37241

Claim Holder Name and Address     Docketed Total     $102,059.47

LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $102,059.47 |
| | | | $102,059.47 |

Modified Total     $32,815.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,815.98 |
| | | | $32,815.98 |

---

**Claim: 5972**
Date Filed: 05/16/06
Docketed Total:   $23,429.28
Filing Creditor Name and Address
  NOMAD ENGINEERING
  712 WATERS EDGE NO 301
  LAKE VILLA IL 60046

Claim Holder Name and Address     Docketed Total     $23,429.28

NOMAD ENGINEERING
712 WATERS EDGE NO 301
LAKE VILLA IL 60046

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $23,429.28 |
| | | | $23,429.28 |

Modified Total     $23,429.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $23,429.28 |
| | | | $23,429.28 |

---

**Claim: 10606**
Date Filed: 07/25/06
Docketed Total:   $2,380.00
Filing Creditor Name and Address
  NON DESTRUCTIVE TESTING GROUP
  8181 BROADMOOR SE
  CALEDONIA MI 49316

Claim Holder Name and Address     Docketed Total     $2,380.00

NON DESTRUCTIVE TESTING GROUP
8181 BROADMOOR SE
CALEDONIA MI 49316

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,380.00 |
| | | | $2,380.00 |

Modified Total     $2,380.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,380.00 |
| | | | $2,380.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2924<br>Date Filed:04/27/06<br>Docketed Total:  $223.15<br>Filing Creditor Name and Address<br> NORTH ALABAMA GLASS CO OF DECA<br> 625 2ND AVE SE<br> DECATUR AL 35601 | Claim Holder Name and Address    Docketed Total    $223.15<br><br>NORTH ALABAMA GLASS CO OF DECA<br>625 2ND AVE SE<br>DECATUR AL 35601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $223.15<br>                                                $223.15 | Modified Total    $193.15<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $193.15<br>                                                $193.15 |
| Claim: 4569<br>Date Filed:05/03/06<br>Docketed Total:  $1,955.53<br>Filing Creditor Name and Address<br> NORTH AMERICAN MFG<br> 4455 E 71ST ST<br> CLEVELAND OH 44105 | Claim Holder Name and Address    Docketed Total    $1,955.53<br><br>NORTH AMERICAN MFG<br>4455 E 71ST ST<br>CLEVELAND OH 44105<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $1,955.53<br>                                                $1,955.53 | Modified Total    $822.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $822.00<br>                                                $822.00 |
| Claim: 6473<br>Date Filed:05/22/06<br>Docketed Total:  $4,559.00<br>Filing Creditor Name and Address<br> NORTH SHORE PUMP AND EQUIP<br> SALES<br> 2535 CTR ST<br> CLEVELAND OH 44113 | Claim Holder Name and Address    Docketed Total    $4,559.00<br><br>NORTH SHORE PUMP AND EQUIP<br>SALES<br>2535 CTR ST<br>CLEVELAND OH 44113<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $4,559.00<br>                                                $4,559.00 | Modified Total    $4,559.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $4,559.00<br>                                                $4,559.00 |
| Claim: 14815<br>Date Filed:07/31/06<br>Docketed Total:  $1,560.40<br>Filing Creditor Name and Address<br> NORTHERN SAFETY CO INC<br> PO BOX 4250<br> UTICA NY 13504-4250 | Claim Holder Name and Address    Docketed Total    $1,560.40<br><br>NORTHERN SAFETY CO INC<br>PO BOX 4250<br>UTICA NY 13504-4250<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $1,560.40<br>                                                $1,560.40 | Modified Total    $1,326.68<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $1,326.68<br>                                                $1,326.68 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6263<br>Date Filed:05/18/06<br>Docketed Total:  $1,795.00<br>Filing Creditor Name and Address<br> NORTHERN STATES METALS CO<br> 51 N MAIN ST<br> WEST HARTFORD CT 06107 | Claim Holder Name and Address    Docketed Total    $1,795.00<br><br>NORTHERN STATES METALS CO<br>51 N MAIN ST<br>WEST HARTFORD CT 06107<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $1,795.00<br>                                                   $1,795.00 | Modified Total    $1,795.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $1,795.00<br>                                                   $1,795.00 |
| Claim: 7136<br>Date Filed:05/30/06<br>Docketed Total:  $1,251.23<br>Filing Creditor Name and Address<br> NOVA PACKAGING GROUPRP<br> NOVA PAK<br> 2409 W 2ND ST<br> MARION IN 46952 | Claim Holder Name and Address    Docketed Total    $1,251.23<br><br>NOVA PACKAGING GROUPRP<br>NOVA PAK<br>2409 W 2ND ST<br>MARION IN 46952<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $1,251.23<br>                                                   $1,251.23 | Modified Total    $1,251.23<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $1,251.23<br>                                                   $1,251.23 |
| Claim: 5232<br>Date Filed:05/08/06<br>Docketed Total:  $2,349.23<br>Filing Creditor Name and Address<br> NOVAS SOFTWARE INC EFT<br> 2025 GATEWAY PL STE 400<br> SAN JOSE  95110 | Claim Holder Name and Address    Docketed Total    $2,349.23<br><br>NOVAS SOFTWARE INC EFT<br>2025 GATEWAY PL STE 400<br>SAN JOSE  95110<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                            $2,349.23<br>                                   $2,349.23 | Modified Total    $2,349.23<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $2,349.23<br>                                   $2,349.23 |
| Claim: 1562<br>Date Filed:01/17/06<br>Docketed Total:  $672,450.29<br>Filing Creditor Name and Address<br> NSK STEERING SYSTEMS AMERICA<br> INC<br> PO BOX 134007<br> ANN ARBOR MI 48113-4007 | Claim Holder Name and Address    Docketed Total    $672,450.29<br><br>NSK STEERING SYSTEMS AMERICA INC<br>PO BOX 134007<br>ANN ARBOR MI 48113-4007<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $672,450.29<br>                                                   $672,450.29 | Modified Total    $672,450.29<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $672,450.29<br>                                                   $672,450.29 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5921**
Date Filed: 05/16/06
Docketed Total:   $3,053.90
Filing Creditor Name and Address
 NSRW INC
 NEW SOUTHERN RESISTANCE WELDIN
 701 THAMES CT
 PELHAM AL 35124

Claim Holder Name and Address        Docketed Total      $3,053.90
NSRW INC
NEW SOUTHERN RESISTANCE WELDIN
701 THAMES CT
PELHAM AL 35124

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,053.90 |
| | | | $3,053.90 |

Modified Total      $3,053.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,053.90 |
| | | | $3,053.90 |

---

**Claim: 4673**
Date Filed: 05/04/06
Docketed Total:   $664.00
Filing Creditor Name and Address
 NU DI CORPORATION
 12730 TRISKETT AVE
 CLEVELAND OH 44111

Claim Holder Name and Address        Docketed Total      $664.00
NU DI CORPORATION
12730 TRISKETT AVE
CLEVELAND OH 44111

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $664.00 |
| | | | $664.00 |

Modified Total      $664.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $664.00 |
| | | | $664.00 |

---

**Claim: 9134**
Date Filed: 07/10/06
Docketed Total:   $77,206.15
Filing Creditor Name and Address
 NYE LUBRICANTS INC
 PO BOX 8927
 12 HOWLAND RD
 NEW BEDFORD MA 02742

Claim Holder Name and Address        Docketed Total      $77,206.15
NYE LUBRICANTS INC
PO BOX 8927
12 HOWLAND RD
NEW BEDFORD MA 02742

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $77,206.15 |
| | | | $77,206.15 |

Modified Total      $74,248.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,248.55 |
| | | | $74,248.55 |

---

**Claim: 601**
Date Filed: 11/16/05
Docketed Total:   $3,115.57
Filing Creditor Name and Address
 O C TANNER RECOGNITION COMPANY
 LESIA HARMON
 O C TANNER COMPANY
 1930 S STATE ST
 SALT LAKE CITY UT 84115

Claim Holder Name and Address        Docketed Total      $3,115.57
O C TANNER RECOGNITION COMPANY
LESIA HARMON
O C TANNER COMPANY
1930 S STATE ST
SALT LAKE CITY UT 84115

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44573 | | | $3,115.57 |
| | | | $3,115.57 |

Modified Total      $3,115.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $3,115.57 |
| | | | $3,115.57 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 372**
Date Filed:11/07/05
Docketed Total:   $784.00
Filing Creditor Name and Address
 OAKLAND TOOL & MFG
 34700 COMMERCE
 FRASER MI 48026

Claim Holder Name and Address     Docketed Total     $784.00

OAKLAND TOOL & MFG
34700 COMMERCE
FRASER MI 48026

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $784.00 |
| | | | $784.00 |

Modified Total     $784.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $784.00 |
| | | | $784.00 |

---

**Claim: 146**
Date Filed:10/28/05
Docketed Total:   $596.00
Filing Creditor Name and Address
 OAKWOOD AUTO WASH
 ATTN TIM WATTS
 444 PATTERSON RD
 DAYTON OH 45419

Claim Holder Name and Address     Docketed Total     $596.00

OAKWOOD AUTO WASH
ATTN TIM WATTS
444 PATTERSON RD
DAYTON OH 45419

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $596.00 |
| | | | $596.00 |

Modified Total     $317.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $317.50 |
| | | | $317.50 |

---

**Claim: 3850**
Date Filed:05/01/06
Docketed Total:   $1,970.00
Filing Creditor Name and Address
 OAKWOOD CORPORATE HOUSING
 8804 N 23RD AVE STE A 1
 PHOENIX AZ 85021

Claim Holder Name and Address     Docketed Total     $1,970.00

OAKWOOD CORPORATE HOUSING
8804 N 23RD AVE STE A 1
PHOENIX AZ 85021

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $1,970.00 | |
| | | $1,970.00 | |

Modified Total     $420.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $420.00 |
| | | | $420.00 |

---

**Claim: 8602**
Date Filed:06/27/06
Docketed Total:   $4,348.00
Filing Creditor Name and Address
 OHIO & MICHIGAN PAPER CO THE
 PO BOX 621
 TOLEDO OH 43694-0621

Claim Holder Name and Address     Docketed Total     $4,348.00

OHIO & MICHIGAN PAPER CO THE
PO BOX 621
TOLEDO OH 43694-0621

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,348.00 |
| | | | $4,348.00 |

Modified Total     $4,348.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,348.00 |
| | | | $4,348.00 |

*See Exhibit E for a listing of debtor entities by case number          Page:   269  of 433

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4191<br>Date Filed:05/01/06<br>Docketed Total:  $231.00<br>Filing Creditor Name and Address<br> OHIO HOIST & PULLER INC<br> TUF TUG PRODUCTS DIV<br> 3434 ENERETE LN<br> DAYTON OH 45439-198 | Claim Holder Name and Address    Docketed Total    $231.00<br><br>OHIO HOIST & PULLER INC<br>TUF TUG PRODUCTS DIV<br>3434 ENERETE LN<br>DAYTON OH 45439-198<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $231.00<br>                                                 $231.00 | Modified Total    $231.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $231.00<br>                                                 $231.00 |
| Claim: 5223<br>Date Filed:05/08/06<br>Docketed Total:   $5,445.55<br>Filing Creditor Name and Address<br> OIL CAPITAL ELECTRIC LLC<br> PO BOX 21228 DEPT NO 30<br> TULSA OK 74121-1228 | Claim Holder Name and Address    Docketed Total    $5,445.55<br><br>OIL CAPITAL ELECTRIC LLC<br>PO BOX 21228 DEPT NO 30<br>TULSA OK 74121-1228<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $5,445.55<br>                                                 $5,445.55 | Modified Total    $5,329.35<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                         $5,329.35<br>                                                 $5,329.35 |
| Claim: 6572<br>Date Filed:05/22/06<br>Docketed Total:   $291.86<br>Filing Creditor Name and Address<br> OIL RITE CORP<br> 4325 CLIPPER DR<br> PO BOX 1207<br> MANITOWOC WI 54221-1207 | Claim Holder Name and Address    Docketed Total    $291.86<br><br>OIL RITE CORP<br>4325 CLIPPER DR<br>PO BOX 1207<br>MANITOWOC WI 54221-1207<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $291.86<br>                                                 $291.86 | Modified Total    $291.86<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $291.86<br>                                                 $291.86 |
| Claim: 13794<br>Date Filed:07/31/06<br>Docketed Total:   $5,760.00<br>Filing Creditor Name and Address<br> OKI AMERICA INC<br> ANNA PHAN<br> 785 N MARY AVE<br> SUNNYVALE CA 94085 | Claim Holder Name and Address    Docketed Total    $5,760.00<br><br>OKI AMERICA INC<br>ANNA PHAN<br>785 N MARY AVE<br>SUNNYVALE CA 94085<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                         $5,760.00<br>                                                 $5,760.00 | Modified Total    $1,286.27<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                         $1,286.27<br>                                                 $1,286.27 |

*See Exhibit E for a listing of debtor entities by case number                Page:   270  of 433

In re: Delphi Corporation, et al.                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8096<br>Date Filed:06/16/06<br>Docketed Total:   $2,200.00<br>Filing Creditor Name and Address<br>  OKUMA AMERICA CORP<br>  C O OSGOOD MACHINERY INC<br>  11900 WESTHALL DR<br>  CHARLOTTE NC 28278 | Claim Holder Name and Address    Docketed Total    $2,200.00<br><br>OKUMA AMERICA CORP<br>C O OSGOOD MACHINERY INC<br>11900 WESTHALL DR<br>CHARLOTTE NC 28278<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $2,200.00<br>                                                  $2,200.00 | Modified Total    $2,200.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $2,200.00<br>                                                  $2,200.00 |
| Claim: 5090<br>Date Filed:05/08/06<br>Docketed Total:   $20,621.50<br>Filing Creditor Name and Address<br>  ONANON INC<br>  373 SINCLAIR FRONTAGE RD<br>  MILPITAS CA 95035 | Claim Holder Name and Address    Docketed Total    $20,621.50<br><br>ONANON INC<br>373 SINCLAIR FRONTAGE RD<br>MILPITAS CA 95035<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                          $20,621.50<br>                                                  $20,621.50 | Modified Total    $18,964.25<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                          $18,964.25<br>                                                  $18,964.25 |
| Claim: 181<br>Date Filed:10/28/05<br>Docketed Total:   $10,135.00<br>Filing Creditor Name and Address<br>  ONEIDA RESEARCH SERVICES INC<br>  ATTN DEBORAH DELLUOMO<br>  8282 HALSEY RD<br>  WHITESBORO NY 13492 | Claim Holder Name and Address    Docketed Total    $10,135.00<br><br>ONEIDA RESEARCH SERVICES INC<br>ATTN DEBORAH DELLUOMO<br>8282 HALSEY RD<br>WHITESBORO NY 13492<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $10,135.00<br>                                                  $10,135.00 | Modified Total    $10,135.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $10,135.00<br>                                                  $10,135.00 |
| Claim: 878<br>Date Filed:11/28/05<br>Docketed Total:   $351,634.04<br>Filing Creditor Name and Address<br>  ONKYO INDUSTRIAL COMPONENTS<br>  INC<br>  580 BONNIE LN<br>  ELK GROVE VILLAGE IL 60007 | Claim Holder Name and Address    Docketed Total    $351,634.04<br><br>ONKYO INDUSTRIAL COMPONENTS INC<br>580 BONNIE LN<br>ELK GROVE VILLAGE IL 60007<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $351,634.04<br>                                                  $351,634.04 | Modified Total    $214,850.22<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $214,850.22<br>                                                  $214,850.22 |

In re: Delphi Corporation, et al.                                                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 3935**
Date Filed: 05/01/06
Docketed Total:  $1,100.00
Filing Creditor Name and Address
 OPTICAL ASSOCIATES INC
 685 RIVER OAKS PKY
 SAN JOSE CA 95134

Claim Holder Name and Address    Docketed Total    $1,100.00

OPTICAL ASSOCIATES INC
685 RIVER OAKS PKY
SAN JOSE CA 95134

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44547 | | | $1,100.00 | 05-44640 | | | $1,100.00 |
| | | | $1,100.00 | | | | $1,100.00 |

Modified Total    $1,100.00

---

**Claim: 742**
Date Filed: 11/21/05
Docketed Total:  $4,376.98
Filing Creditor Name and Address
 OPTICAL CABLE CORPORATION INC
 5290 CONCOURSE DR
 ROANOKE VA 24019

Claim Holder Name and Address    Docketed Total    $4,376.98

OPTICAL CABLE CORPORATION INC
5290 CONCOURSE DR
ROANOKE VA 24019

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,376.98 | 05-44624 | | | $2,579.97 |
| | | | $4,376.98 | | | | $2,579.97 |

Modified Total    $2,579.97

---

**Claim: 574**
Date Filed: 11/14/05
Docketed Total:  $15,709.56
Filing Creditor Name and Address
 ORC PLASTICS
 ORC PLASTICS
 104 S WARNER ST
 ONEIDA NY 13421

Claim Holder Name and Address    Docketed Total    $15,709.56

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $15,709.56 | 05-44640 | | | $15,709.56 |
| | | | $15,709.56 | | | | $15,709.56 |

Modified Total    $15,709.56

---

**Claim: 5675**
Date Filed: 05/12/06
Docketed Total:  $17,746.80
Filing Creditor Name and Address
 ORCON INDUSTRIES CORP
 8715 LAKE RD
 LEROY NY 14482

Claim Holder Name and Address    Docketed Total    $17,746.80

ORCON INDUSTRIES CORP
8715 LAKE RD
LEROY NY 14482

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $17,746.80 | 05-44640 | | | $17,746.80 |
| | | | $17,746.80 | | | | $17,746.80 |

Modified Total    $17,746.80

---

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2687<br>Date Filed:04/19/06<br>Docketed Total:  $347.00<br>Filing Creditor Name and Address<br> ORIGIN LAB CORP & SIERRA<br> LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total      $347.00<br><br>ORIGIN LAB CORP & SIERRA LIQUIDITY<br>FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $347.00<br>                                                      $347.00 | Modified Total      $329.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $329.00<br>                                                      $329.00 |
| Claim: 1910<br>Date Filed:02/08/06<br>Docketed Total:   $8,245.00<br>Filing Creditor Name and Address<br> ORTHO DESIGN INC<br> 5710 DIXIE HWY<br> SAGINAW MI 48601 | Claim Holder Name and Address    Docketed Total    $8,245.00<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $8,245.00<br>                                                    $8,245.00 | Modified Total    $8,245.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $8,245.00<br>                                                    $8,245.00 |
| Claim: 1911<br>Date Filed:02/08/06<br>Docketed Total:   $3,737.50<br>Filing Creditor Name and Address<br> ORTHO DESIGN INC<br> 5710 DIXIE HWY<br> SAGINAW MI 48601 | Claim Holder Name and Address    Docketed Total    $3,737.50<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $3,737.50<br>                                                    $3,737.50 | Modified Total    $3,737.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $3,737.50<br>                                                    $3,737.50 |
| Claim: 10215<br>Date Filed:07/21/06<br>Docketed Total:   $44,598.66<br>Filing Creditor Name and Address<br> OSPREY SA LTD<br> 7600 GRAND RIVER NO 210<br> BRIGHTON MI 48114 | Claim Holder Name and Address    Docketed Total    $44,598.66<br><br>OSPREY SA LTD<br>7600 GRAND RIVER NO 210<br>BRIGHTON MI 48114<br><br>Case Number*    Secured    Priority       Unsecured<br>05-44481                            $40,780.36     $3,818.30<br>                                    $40,780.36     $3,818.30 | Modified Total    $3,818.30<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $3,818.30<br>                                                    $3,818.30 |

*See Exhibit E for a listing of debtor entities by case number                Page:   273  of 433

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9961<br>Date Filed:07/19/06<br>Docketed Total:  $18,090.00<br>Filing Creditor Name and Address<br> OSRAM OPTO SEMICONDUCTORS INC<br> C O ROBERT L EISENBACH III<br> COOLEY GODWARD LLP<br> 101 CALIFORNIA ST 5TH FL<br> SAN FRANCISCO CA 94111-5800 | Claim Holder Name and Address    Docketed Total    $18,090.00<br><br>OSRAM OPTO SEMICONDUCTORS INC<br>C O ROBERT L EISENBACH III<br>COOLEY GODWARD LLP<br>101 CALIFORNIA ST 5TH FL<br>SAN FRANCISCO CA 94111-5800 | | | | | Modified Total    $18,090.00 | | |
| | Case Number*<br>05-44567 | Secured<br>$0.00 | Priority | Unsecured<br>$18,090.00<br>$18,090.00 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$18,090.00<br>$18,090.00 |
| Claim: 11608<br>Date Filed:07/26/06<br>Docketed Total:  $128,489.64<br>Filing Creditor Name and Address<br> OUTOKUMPU COPPER NIPPERT INC<br> NOW KNOWN AS LUVATA OHIO INC<br> ATTN JULIA S KREHER ESQ<br> HODGSON RUSS LLP<br> ONE M&T PLZ STE 2000<br> BUFFALO NY 14203 | Claim Holder Name and Address    Docketed Total    $128,489.64<br><br>OUTOKUMPU COPPER NIPPERT INC NOW<br>KNOWN AS LUVATA OHIO INC<br>ATTN JULIA S KREHER ESQ<br>HODGSON RUSS LLP<br>ONE M&T PLZ STE 2000<br>BUFFALO NY 14203 | | | | | Modified Total    $116,866.15 | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$128,489.64<br>$128,489.64 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$116,866.15<br>$116,866.15 |
| Claim: 9214<br>Date Filed:07/10/06<br>Docketed Total:  $13,434.96<br>Filing Creditor Name and Address<br> P & R COMMUNICATIONS SERVICE<br> INC<br> 731 E 1ST ST<br> DAYTON OH 45402 | Claim Holder Name and Address    Docketed Total    $13,434.96<br><br>P & R COMMUNICATIONS SERVICE INC<br>731 E 1ST ST<br>DAYTON OH 45402 | | | | | Modified Total    $9,609.99 | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$13,434.96<br>$13,434.96 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,609.99<br>$9,609.99 |
| Claim: 11118<br>Date Filed:07/27/06<br>Docketed Total:  $7,550.00<br>Filing Creditor Name and Address<br> P TOOL & DIE CO INC<br> 3535 UNION ST<br> NORTH CHILI NY 14514 | Claim Holder Name and Address    Docketed Total    $7,550.00<br><br>P TOOL & DIE CO INC<br>3535 UNION ST<br>NORTH CHILI NY 14514 | | | | | Modified Total    $6,750.00 | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,550.00<br>$7,550.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,750.00<br>$6,750.00 |

In re: Delphi Corporation, et al.                                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1892**
Date Filed: 02/08/06
Docketed Total:   $3,356.00
Filing Creditor Name and Address
  PACE ANALYTICAL SERVICES INC
  ATTN JASON BYERS
  1700 ELM STREET SE STE 200
  MINNEAPOLIS MN 55414

Claim Holder Name and Address        Docketed Total    $3,356.00

LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,356.00 |
| | | | $3,356.00 |

Modified Total    $2,378.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,378.00 |
| | | | $2,378.00 |

---

**Claim: 111**
Date Filed: 10/25/05
Docketed Total:   $1,236.00
Filing Creditor Name and Address
  PACESETTER SYSTEMS
  25315 AVENUE STANFORD
  VALENCIA CA 91355

Claim Holder Name and Address        Docketed Total    $1,236.00

PACESETTER SYSTEMS
25315 AVENUE STANFORD
VALENCIA CA 91355

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,236.00 |
| | | | $1,236.00 |

Modified Total    $1,236.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,236.00 |
| | | | $1,236.00 |

---

**Claim: 5983**
Date Filed: 05/16/06
Docketed Total:   $17,870.90
Filing Creditor Name and Address
  PACKAGE DESIGN & MANUFACTURING
  INC
  PO BOX 67000 DEPT 283701
  DETROIT MI 48267-2837

Claim Holder Name and Address        Docketed Total    $17,870.90

PACKAGE DESIGN & MANUFACTURING
INC
PO BOX 67000 DEPT 283701
DETROIT MI 48267-2837

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,870.90 |
| | | | $17,870.90 |

Modified Total    $16,922.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,922.90 |
| | | | $16,922.90 |

---

**Claim: 2091**
Date Filed: 02/21/06
Docketed Total:   $34,333.02
Filing Creditor Name and Address
  PACKAGING CORPORATION OF
  AMERICA
  KAREN MCGILL
  PACKAGING CREDIT COMPANY LLC
  900 E DIEHL RD ST 131
  NAPERVILLE IL 60563

Claim Holder Name and Address        Docketed Total    $34,333.02

PACKAGING CORPORATION OF AMERICA
KAREN MCGILL
PACKAGING CREDIT COMPANY LLC
900 E DIEHL RD ST 131
NAPERVILLE IL 60563

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,333.02 |
| | | | $34,333.02 |

Modified Total    $34,333.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,333.02 |
| | | | $34,333.02 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   275  of 433

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2903<br>Date Filed:04/27/06<br>Docketed Total:  $5,839.68<br>Filing Creditor Name and Address<br> PAGING USA INC<br> AD CHG 04 25 05 GJ<br> 101 BUSINESS PK DR STE A<br> RIDGELAND MS 39157-6008 | Claim Holder Name and Address    Docketed Total    $5,839.68<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                      $5,839.68<br>                                                              $5,839.68 | Modified Total    $5,839.68<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                      $5,839.68<br>                                                              $5,839.68 |
| Claim: 5588<br>Date Filed:05/10/06<br>Docketed Total:  $3,201.64<br>Filing Creditor Name and Address<br> PANNAM INAGING<br> BARRY MCCRAY<br> 18531 SOUTH MILES RAOD<br> CLEVELAND OH 44128 | Claim Holder Name and Address    Docketed Total    $3,201.64<br><br>PANNAM INAGING<br>BARRY MCCRAY<br>18531 SOUTH MILES RAOD<br>CLEVELAND OH 44128<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                                      $3,201.64<br>                                                              $3,201.64 | Modified Total    $2,424.06<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                                      $2,424.06<br>                                                              $2,424.06 |
| Claim: 4<br>Date Filed:10/13/05<br>Docketed Total:  $21,978.80<br>Filing Creditor Name and Address<br>PARADIGM DESIGN SOLUTIONS INC<br>4300 GRAND HAVEN RD<br>NORTON SHORES MI 49441 | Claim Holder Name and Address    Docketed Total    $21,978.80<br><br>PARADIGM DESIGN SOLUTIONS INC<br>4300 GRAND HAVEN RD<br>NORTON SHORES MI 49441<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                      $21,978.80<br>                                                              $21,978.80 | Modified Total    $21,931.80<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                      $21,931.80<br>                                                              $21,931.80 |
| Claim: 525<br>Date Filed:11/14/05<br>Docketed Total:  $14,578.43<br>Filing Creditor Name and Address<br> PARKER RUST PROOF OF CLEVELAND<br> 1688 ARABELLA RD<br> CLEVELAND OH 44112 | Claim Holder Name and Address    Docketed Total    $14,578.43<br><br>PARKER RUST PROOF OF CLEVELAND<br>1688 ARABELLA RD<br>CLEVELAND OH 44112<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $14,578.43<br>                                      $14,578.43 | Modified Total    $10,851.92<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                      $10,851.92<br>                                                              $10,851.92 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11191**
Date Filed:07/26/06
Docketed Total:  $56,219.54
Filing Creditor Name and Address
 PARLEX CORPORATION
 EDWARD D KUTCHIN ESQ
 KUTCHIN & RUFO  PC
 155 FEDERAL ST 17TH FL
 BOSTON MA 02110

Claim Holder Name and Address    Docketed Total    $56,219.54

PARLEX CORPORATION
EDWARD D KUTCHIN ESQ
KUTCHIN & RUFO  PC
155 FEDERAL ST 17TH FL
BOSTON MA 02110

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $56,219.54 |
| | | | $56,219.54 |

Modified Total    $49,738.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $49,738.28 |
| | | | $49,738.28 |

---

**Claim: 12128**
Date Filed:07/28/06
Docketed Total:  $2,000.00
Filing Creditor Name and Address
 PARSONS BRINCKERHOFF QUADE
 & DOUGLAS INC
 50 LAKEFRONT BLVD STE 111
 BUFFALO NY 14202

Claim Holder Name and Address    Docketed Total    $2,000.00

PARSONS BRINCKERHOFF QUADE
& DOUGLAS INC
50 LAKEFRONT BLVD STE 111
BUFFALO NY 14202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,000.00 |
| | | | $2,000.00 |

Modified Total    $2,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,000.00 |
| | | | $2,000.00 |

---

**Claim: 15132**
Date Filed:07/31/06
Docketed Total:  $77,410.06
Filing Creditor Name and Address
 PAULO PRODUCTS CO
 5620 W PARK AVE
 ST LOUIS MO 63110

Claim Holder Name and Address    Docketed Total    $77,410.06

PAULO PRODUCTS CO
5620 W PARK AVE
ST LOUIS MO 63110

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $77,410.06 |
| | | | $77,410.06 |

Modified Total    $73,340.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $73,340.11 |
| | | | $73,340.11 |

---

**Claim: 10210**
Date Filed:07/21/06
Docketed Total:  $369.48
Filing Creditor Name and Address
 PAWO INC
 1370 PULLMAN DR BLDG B
 EL PASO TX 79936

Claim Holder Name and Address    Docketed Total    $369.48

PAWO INC
1370 PULLMAN DR BLDG B
EL PASO TX 79936

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $369.48 |
| | | | $369.48 |

Modified Total    $123.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $123.16 |
| | | | $123.16 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2484**
Date Filed: 04/03/06
Docketed Total:   $830.00
Filing Creditor Name and Address
  PCB PIEZOTRONICS
  C O DAMON & MOREY LLP
  1000 CATHEDRAL PL
  298 MAIN ST
  BUFFALO NY 14202

Claim Holder Name and Address    Docketed Total        $830.00

PCB PIEZOTRONICS
C O DAMON & MOREY LLP
1000 CATHEDRAL PL
298 MAIN ST
BUFFALO NY 14202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $830.00 |
| | | | $830.00 |

Modified Total        $830.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $830.00 |
| | | | $830.00 |

---

**Claim: 4184**
Date Filed: 05/01/06
Docketed Total:   $3,806.70
Filing Creditor Name and Address
  PCS
  34488 DOREKA
  FRASER MI 48026

Claim Holder Name and Address    Docketed Total      $3,806.70

PCS
34488 DOREKA
FRASER MI 48026

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,806.70 |
| | | | $3,806.70 |

Modified Total      $3,806.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,806.70 |
| | | | $3,806.70 |

---

**Claim: 6028**
Date Filed: 05/16/06
Docketed Total:   $1,899.75
Filing Creditor Name and Address
  PCT SYSTEMS WRNTY REP
  JULIE GARCIA
  44000 OLD WARM SPRINGS BLVD.
  FREMONT CA 94538

Claim Holder Name and Address    Docketed Total      $1,899.75

PCT SYSTEMS WRNTY REP
JULIE GARCIA
44000 OLD WARM SPRINGS BLVD.
FREMONT CA 94538

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,899.75 |
| | | | $1,899.75 |

Modified Total      $1,899.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,899.75 |
| | | | $1,899.75 |

---

**Claim: 1656**
Date Filed: 01/24/06
Docketed Total:   $7,552.67
Filing Creditor Name and Address
  PEAK IP SOLUTIONS LLC
  470 LINDBERGH AVE
  LIVERMORE CA 94551

Claim Holder Name and Address    Docketed Total      $7,552.67

PEAK IP SOLUTIONS LLC
470 LINDBERGH AVE
LIVERMORE CA 94551

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-47474 | $495.79 | | $7,056.88 |
| | $495.79 | | $7,056.88 |

Modified Total      $7,395.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-47474 | | | $7,395.79 |
| | | | $7,395.79 |

In re: Delphi Corporation, et al.                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |

**Claim: 899**
Date Filed: 11/28/05
Docketed Total:   $295.85
Filing Creditor Name and Address
  PEARSON EDUCATION INC
  PEARSON BUSINESS SERVICES
  ATTN PE NO 5221771
  200 OLD TAPPAN RD
  OLD TAPPAN NJ 07675

Claim Holder Name and Address     Docketed Total     $295.85

PEARSON EDUCATION INC
PEARSON BUSINESS SERVICES
ATTN PE NO 5221771
200 OLD TAPPAN RD
OLD TAPPAN NJ 07675

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $295.85 |
| | | | $295.85 |

Modified Total     $295.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $295.85 |
| | | | $295.85 |

---

**Claim: 777**
Date Filed: 11/22/05
Docketed Total:   $3,579.00
Filing Creditor Name and Address
  PEC OF AMERICA CORPORATION
  2297 NEILS BOHR CT STE 100
  SAN DIEGO CA 92154

Claim Holder Name and Address     Docketed Total     $3,579.00

PEC OF AMERICA CORPORATION
2297 NEILS BOHR CT STE 100
SAN DIEGO CA 92154

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,579.00 |
| | | | $3,579.00 |

Modified Total     $3,579.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,579.00 |
| | | | $3,579.00 |

---

**Claim: 326**
Date Filed: 11/04/05
Docketed Total:   $6,361.49
Filing Creditor Name and Address
  PEERLESS MILL SUPPLY CO INC
  79 PERRY ST
  BUFFALO NY 14203-3037

Claim Holder Name and Address     Docketed Total     $6,361.49

PEERLESS MILL SUPPLY CO INC
79 PERRY ST
BUFFALO NY 14203-3037

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,361.49 |
| | | | $6,361.49 |

Modified Total     $3,342.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,342.00 |
| | | | $3,342.00 |

---

**Claim: 78**
Date Filed: 10/24/05
Docketed Total:   $1,111.48
Filing Creditor Name and Address
  PENN TOOL CO
  1776 SPRINGFIELD AVE
  MAPLEWOOD NJ 07040

Claim Holder Name and Address     Docketed Total     $1,111.48

LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,111.48 |
| | | | $1,111.48 |

Modified Total     $1,111.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,111.48 |
| | | | $1,111.48 |

*See Exhibit E for a listing of debtor entities by case number          Page:   279  of 433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16371<br>Date Filed:10/17/06<br>Docketed Total:  $80,772.02<br>Filing Creditor Name and Address<br> PENTASTAR AVIATION LLC<br> RALPH E MCDOWELL<br> BODMAN LLP<br> 6TH FL AT FORD FIELD<br> 1901 ST ANTOINE ST<br> DETROIT MI 48226 | Claim Holder Name and Address    Docketed Total    $80,772.02<br><br>LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK NY 10019<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44639                                              $80,772.02<br>                                        $80,772.02 | Modified Total    $80,772.02<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $80,772.02<br>                                        $80,772.02 |
| Claim: 1643<br>Date Filed:01/24/06<br>Docketed Total:  $297,014.59<br>Filing Creditor Name and Address<br> PEPCO ENERGY SERVICES INC<br> ATTN GENERAL COUNSEL<br> 1300 N 17TH ST STE 1600<br> ARLINGTON VA 22209 | Claim Holder Name and Address    Docketed Total    $297,014.59<br><br>PEPCO ENERGY SERVICES INC<br>ATTN GENERAL COUNSEL<br>1300 N 17TH ST STE 1600<br>ARLINGTON VA 22209<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $297,014.59<br>                                        $297,014.59 | Modified Total    $297,014.59<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $297,014.59<br>                                        $297,014.59 |
| Claim: 5870<br>Date Filed:05/15/06<br>Docketed Total:  $1,839.20<br>Filing Creditor Name and Address<br> PERFECT WATER CO LLC THE<br> 51410 MILANO DR STE 110<br> MACOMB MI 48042 | Claim Holder Name and Address    Docketed Total    $1,839.20<br><br>PERFECT WATER CO LLC THE<br>51410 MILANO DR STE 110<br>MACOMB MI 48042<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $1,839.20<br>                                        $1,839.20 | Modified Total    $1,839.20<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $1,839.20<br>                                        $1,839.20 |
| Claim: 3941<br>Date Filed:05/01/06<br>Docketed Total:  $32,270.61<br>Filing Creditor Name and Address<br> PERFECTION GROUP INC<br> 2649 COMMERCE BLVD<br> CINCINNATI OH 45241 | Claim Holder Name and Address    Docketed Total    $32,270.61<br><br>PERFECTION GROUP INC<br>2649 COMMERCE BLVD<br>CINCINNATI OH 45241<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $32,270.61<br>                                        $32,270.61 | Modified Total    $27,648.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $27,648.00<br>                                        $27,648.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2070<br>Date Filed: 02/21/06<br>Docketed Total:  $5,481.50<br>Filing Creditor Name and Address<br> PERFECTION SPRING & STAMPING<br> CORP<br> STEPHEN R EPSTEIN<br> 1449 E ALGONQUIN RD<br> PO BOX 275<br> MT PROSPECT IL 60056-0275 | Claim Holder Name and Address    Docketed Total    $5,481.50<br><br>PERFECTION SPRING & STAMPING CORP<br>STEPHEN R EPSTEIN<br>1449 E ALGONQUIN RD<br>PO BOX 275<br>MT PROSPECT IL 60056-0275<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $5,481.50<br>                              $5,481.50 | Modified Total    $2,973.00<br><br><br><br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $2,973.00<br>                              $2,973.00 |
| Claim: 1172<br>Date Filed: 12/15/05<br>Docketed Total:  $35,403.84<br>Filing Creditor Name and Address<br> PERFORMANCE FRICTION CORP<br> 83 CARBON METALLIC HWY<br> CLOVER SC 29710-963 | Claim Holder Name and Address    Docketed Total    $35,403.84<br><br>PERFORMANCE FRICTION CORP<br>83 CARBON METALLIC HWY<br>CLOVER SC 29710-963<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $35,403.84<br>                              $35,403.84 | Modified Total    $35,403.84<br><br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $35,403.84<br>                              $35,403.84 |
| Claim: 2210<br>Date Filed: 03/07/06<br>Docketed Total:   $30,714.25<br>Filing Creditor Name and Address<br> PERFORMANCE QUALITY SERVICES<br> INC<br> PO BOX 980369<br> YPSILANTI MI 48198-0369 | Claim Holder Name and Address    Docketed Total    $30,714.25<br><br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $30,714.25<br>                              $30,714.25 | Modified Total    $29,215.25<br><br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $29,215.25<br>                              $29,215.25 |
| Claim: 438<br>Date Filed: 11/08/05<br>Docketed Total:   $278.00<br>Filing Creditor Name and Address<br> PESTRITE PEST MGMT<br> 621 INNOVATION DR NO A<br> WINDSOR CO 80550 | Claim Holder Name and Address    Docketed Total    $278.00<br><br>PESTRITE PEST MGMT<br>621 INNOVATION DR NO A<br>WINDSOR CO 80550<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $278.00<br>                              $278.00 | Modified Total    $278.00<br><br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44507 _____ _____ _____ $278.00<br>                              $278.00 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15943<br>Date Filed: 08/09/06<br>Docketed Total: $2,601.00<br>Filing Creditor Name and Address<br> PETERS DRY CLEANING<br> C O PO BOX 450<br> 76 WEST AVE<br> LOCKPORT NY 14094 | Claim Holder Name and Address   Docketed Total   $2,601.00<br><br>PETERS DRY CLEANING<br>C O PO BOX 450<br>76 WEST AVE<br>LOCKPORT NY 14094<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                        $2,601.00<br>                                 $2,601.00 | Modified Total   $2,601.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $2,601.00<br>                                 $2,601.00 |
| Claim: 2808<br>Date Filed: 04/26/06<br>Docketed Total: $2,601.00<br>Filing Creditor Name and Address<br> PETERS EARL W INC<br> PETERS DRY CLEANING<br> 316 WILLOW ST<br> LOCKPORT NY 14094 | Claim Holder Name and Address   Docketed Total   $2,601.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                        $2,601.00<br>                                 $2,601.00 | Modified Total   $2,601.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $2,601.00<br>                                 $2,601.00 |
| Claim: 4688<br>Date Filed: 05/04/06<br>Docketed Total: $4,233.00<br>Filing Creditor Name and Address<br> PGA TOURNAMENT CORPORATION<br> PGA HOSPITALITY<br> 100 AVE OF THE CHAMPIONS<br> PALM BEACH GARDENS FL 33418 | Claim Holder Name and Address   Docketed Total   $4,233.00<br><br>PGA TOURNAMENT CORPORATION<br>PGA HOSPITALITY<br>100 AVE OF THE CHAMPIONS<br>PALM BEACH GARDENS FL 33418<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                        $4,233.00<br>                                 $4,233.00 | Modified Total   $4,233.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                        $4,233.00<br>                                 $4,233.00 |
| Claim: 9433<br>Date Filed: 07/13/06<br>Docketed Total: $15,127.20<br>Filing Creditor Name and Address<br> PGS INCORPORATED<br> PO BOX 471465<br> TULSA OK 74147-1465 | Claim Holder Name and Address   Docketed Total   $15,127.20<br><br>PGS INCORPORATED<br>PO BOX 471465<br>TULSA OK 74147-1465<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                        $15,127.20<br>                                $15,127.20 | Modified Total   $15,122.25<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44482                        $15,122.25<br>                                $15,122.25 |

*See Exhibit E for a listing of debtor entities by case number       Page:  282 of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11626**
Date Filed: 07/27/06
Docketed Total: $435,473.06
Filing Creditor Name and Address
  PHELPS DUNBAR LLP
  PO BOX 23066
  JACKSON MS 39225-3066

Claim Holder Name and Address — Docketed Total $435,473.06

PHELPS DUNBAR LLP
PO BOX 23066
JACKSON MS 39225-3066

Modified Total $429,951.07

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $435,473.06 | 05-44640 | | | $429,951.07 |
| | | | $435,473.06 | | | | $429,951.07 |

---

**Claim: 8292**
Date Filed: 06/21/06
Docketed Total: $282.00
Filing Creditor Name and Address
  PHOENIX INTERNATIONAL CORP
  1441 44TH ST NW
  FARGO ND 58102

Claim Holder Name and Address — Docketed Total $282.00

PHOENIX INTERNATIONAL CORP
1441 44TH ST NW
FARGO ND 58102

Modified Total $282.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $282.00 | 05-44640 | | | $282.00 |
| | | | $282.00 | | | | $282.00 |

---

**Claim: 2759**
Date Filed: 04/25/06
Docketed Total: $40,840.20
Filing Creditor Name and Address
  PHOTO RESEARCH INC
  9731 TOPANGA CANYON PL
  CHATSWORTH CA 91311

Claim Holder Name and Address — Docketed Total $40,840.20

PHOTO RESEARCH INC
9731 TOPANGA CANYON PL
CHATSWORTH CA 91311

Modified Total $40,146.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $40,840.20 | 05-44640 | | | $40,146.00 |
| | | | $40,840.20 | | | | $40,146.00 |

---

**Claim: 15446**
Date Filed: 07/31/06
Docketed Total: $13,221.00
Filing Creditor Name and Address
  PHOTOCIRCUITS CORP
  ATTN CONTROLLER
  31 SEA CLIFF AVE
  GLEN COVE NY 11542

Claim Holder Name and Address — Docketed Total $13,221.00

CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

Modified Total $13,209.12

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $13,221.00 | 05-44567 | | | $13,209.12 |
| | | | $13,221.00 | | | | $13,209.12 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6055<br>Date Filed:05/16/06<br>Docketed Total:   $213,802.70<br>Filing Creditor Name and Address<br> PICKERING INTERFACES<br> 2900 NORTHWEST VINE ST<br> GRANTS PASS OR 97526 | Claim Holder Name and Address      Docketed Total      $213,802.70<br><br>PICKERING INTERFACES<br>2900 NORTHWEST VINE ST<br>GRANTS PASS OR 97526<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $213,802.70<br>                                                            $213,802.70 | Modified Total      $212,083.48<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                    $212,083.48<br>                                                            $212,083.48 |
| Claim: 2682<br>Date Filed:04/18/06<br>Docketed Total:   $900.00<br>Filing Creditor Name and Address<br> PIERBURG INC<br> 5 SOUTHCHASE CT<br> FOUNTAIN INN SC 29644 | Claim Holder Name and Address      Docketed Total      $900.00<br><br>PIERBURG INC<br>5 SOUTHCHASE CT<br>FOUNTAIN INN SC 29644<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $900.00<br>                                                            $900.00 | Modified Total      $900.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                    $900.00<br>                                                            $900.00 |
| Claim: 4278<br>Date Filed:05/01/06<br>Docketed Total:   $3,010.00<br>Filing Creditor Name and Address<br> PIHER INTERNATIONAL CORP<br> KATHY FIELDS<br> 1640 NORTHWIND BLVD<br> LIBERTYVILLE IL 60048 | Claim Holder Name and Address      Docketed Total      $3,010.00<br><br>PIHER INTERNATIONAL CORP<br>KATHY FIELDS<br>1640 NORTHWIND BLVD<br>LIBERTYVILLE IL 60048<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $3,010.00<br>                                                            $3,010.00 | Modified Total      $3,010.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44567                                                    $3,010.00<br>                                                            $3,010.00 |
| Claim: 6638<br>Date Filed:05/23/06<br>Docketed Total:   $14,400.00<br>Filing Creditor Name and Address<br> PINE RIVER PLASTICS INC<br> 1111 FRED W MOORE HWY<br> SAINT CLAIR MI 48079-1813 | Claim Holder Name and Address      Docketed Total      $14,400.00<br><br>PINE RIVER PLASTICS INC<br>1111 FRED W MOORE HWY<br>SAINT CLAIR MI 48079-1813<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $14,400.00<br>                                                            $14,400.00 | Modified Total      $14,400.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                    $14,400.00<br>                                                            $14,400.00 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   284  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**
Claim: 7456
Date Filed: 06/05/06
Docketed Total:   $5,232.26
Filing Creditor Name and Address
 PINNACLE DATA SYSTEMS
 SHERI MYERS
 6600 PORT RD
 STE 100
 GROVEPORT OH 43125

**CLAIM AS DOCKETED**
Claim Holder Name and Address     Docketed Total     $5,232.26

PINNACLE DATA SYSTEMS
SHERI MYERS
6600 PORT RD
STE 100
GROVEPORT OH 43125

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $5,232.26 |
| | | | $5,232.26 |

**CLAIM AS MODIFIED**
Modified Total     $3,703.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $3,703.48 |
| | | | $3,703.48 |

---

**CLAIM TO BE MODIFIED**
Claim: 6740
Date Filed: 05/11/06
Docketed Total:   $1,125.74
Filing Creditor Name and Address
 PITNEY BOWES CREDIT
 CORPORATION
 ATTN RECOVERY DEPT
 27 WATERVIEW DR
 SHELTON CT 06484-4361

**CLAIM AS DOCKETED**
Claim Holder Name and Address     Docketed Total     $1,125.74

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON CT 06484-4361

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44618 | | | $1,125.74 |
| | | | $1,125.74 |

**CLAIM AS MODIFIED**
Modified Total     $1,125.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $1,125.74 |
| | | | $1,125.74 |

---

**CLAIM TO BE MODIFIED**
Claim: 3303
Date Filed: 04/28/06
Docketed Total:   $7,272.00
Filing Creditor Name and Address
 PIVOX CORP
 9 CAMELLIA
 IRVINE CA 92620

**CLAIM AS DOCKETED**
Claim Holder Name and Address     Docketed Total     $7,272.00

PIVOX CORP
9 CAMELLIA
IRVINE CA 92620

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $7,272.00 | |
| | | $7,272.00 | |

**CLAIM AS MODIFIED**
Modified Total     $7,272.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,272.00 |
| | | | $7,272.00 |

---

**CLAIM TO BE MODIFIED**
Claim: 12439
Date Filed: 07/28/06
Docketed Total:   $15,964.33
Filing Creditor Name and Address
 PLAINFIELD MOLDING INC
 24035 RIVER WALK CT
 PLAINFIELD IL 60544

**CLAIM AS DOCKETED**
Claim Holder Name and Address     Docketed Total     $15,964.33

PLAINFIELD MOLDING INC
24035 RIVER WALK CT
PLAINFIELD IL 60544

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $15,964.33 |
| | | | $15,964.33 |

**CLAIM AS MODIFIED**
Modified Total     $15,895.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $15,895.18 |
| | | | $15,895.18 |

---

*See Exhibit E for a listing of debtor entities by case number          Page:   285  of 433

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3194**
Date Filed: 04/28/06
Docketed Total: $19,094.40
Filing Creditor Name and Address
  PLASTIQUES CELLULAIRES
  POLYFORM INC
  454 EDOUARD
  GRANBY PQ J2G 3Z3
  CANADA

Claim Holder Name and Address    Docketed Total    $19,094.40
PLASTIQUES CELLULAIRES POLYFORM INC
454 EDOUARD
GRANBY PQ J2G 3Z3
CANADA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $19,094.40 | |
| | | $19,094.40 | |

Modified Total    $18,351.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,351.45 |
| | | | $18,351.45 |

---

**Claim: 13775**
Date Filed: 07/31/06
Docketed Total: $188,727.41
Filing Creditor Name and Address
  PLATING TECHNOLOGY INC
  800 FREBIS AVE
  COLUMBUS OH 43206

Claim Holder Name and Address    Docketed Total    $188,727.41
CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $188,727.41 |
| | | | $188,727.41 |

Modified Total    $184,726.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $184,726.19 |
| | | | $184,726.19 |

---

**Claim: 7051**
Date Filed: 05/30/06
Docketed Total: $339.19
Filing Creditor Name and Address
  PLI LLC
  1509 RAPIDS DR
  POBOX 044051
  RACINE WI 53404-7001

Claim Holder Name and Address    Docketed Total    $339.19
PLI LLC
1509 RAPIDS DR
POBOX 044051
RACINE WI 53404-7001

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $339.19 |
| | | | $339.19 |

Modified Total    $164.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $164.19 |
| | | | $164.19 |

---

**Claim: 4035**
Date Filed: 05/01/06
Docketed Total: $955.49
Filing Creditor Name and Address
  PLUNKETT & COONEY PC
  ATTN DOUGLAS C BERNSTEIN ESQ
  38505 WOODWARD STE 2000
  BLOOMFIELD HILLS MI 48304

Claim Holder Name and Address    Docketed Total    $955.49
PLUNKETT & COONEY PC
ATTN DOUGLAS C BERNSTEIN ESQ
38505 WOODWARD STE 2000
BLOOMFIELD HILLS MI 48304

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $955.49 |
| | | | $955.49 |

Modified Total    $900.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $900.00 |
| | | | $900.00 |

---

*See Exhibit E for a listing of debtor entities by case number          Page:   286  of 433

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1918<br>Date Filed: 02/08/06<br>Docketed Total:  $55,523.16<br>Filing Creditor Name and Address<br> PMS MANUFACTURED PRODUCTS INC<br> 10 SADLER ST EXT<br> GLOUCESTER MA 01930 | Claim Holder Name and Address    Docketed Total    $55,523.16<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $55,523.16<br>                                           $55,523.16 | Modified Total    $55,523.16<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                   $55,523.16<br>                                           $55,523.16 |
| Claim: 3621<br>Date Filed: 05/01/06<br>Docketed Total:  $2,286.18<br>Filing Creditor Name and Address<br> PNEU CON<br> PNEUMATIC CONVEYING INC<br> 960 E GREVILLEA CT<br> ONTARIO CA 91761 | Claim Holder Name and Address    Docketed Total    $2,286.18<br><br>PNEU CON<br>PNEUMATIC CONVEYING INC<br>960 E GREVILLEA CT<br>ONTARIO CA 91761<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $2,286.18<br>                                           $2,286.18 | Modified Total    $2,268.37<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                   $2,268.37<br>                                           $2,268.37 |
| Claim: 8689<br>Date Filed: 06/23/06<br>Docketed Total:  $88,822.61<br>Filing Creditor Name and Address<br> POLVOS METALICOS SA<br> POLMETASA<br> AV ALAVA 30<br> MONDRAGON  20500<br> SPAIN | Claim Holder Name and Address    Docketed Total    $88,822.61<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $88,822.61<br>                                           $88,822.61 | Modified Total    $88,822.61<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $88,822.61<br>                                           $88,822.61 |
| Claim: 11452<br>Date Filed: 07/27/06<br>Docketed Total:  $216,528.87<br>Filing Creditor Name and Address<br> POLYMER SEALING SOLUTIONS INC<br> SEALS DIVISION<br> 2842 COLLECTION CTR DR<br> CHICAGO IL 60693 | Claim Holder Name and Address    Docketed Total    $216,528.87<br><br>POLYMER SEALING SOLUTIONS INC SEALS<br>DIVISION<br>2842 COLLECTION CTR DR<br>CHICAGO IL 60693<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $216,528.87<br>                                           $216,528.87 | Modified Total    $177,094.60<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $177,094.60<br>                                           $177,094.60 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15215<br>Date Filed:07/31/06<br>Docketed Total:  $32,966.50<br>Filing Creditor Name and Address<br> POLYMER SERVICES INC<br> 2400 CUSTER RD<br> DECKERVILLE MI 48427 | Claim Holder Name and Address<br><br>POLYMER SERVICES INC<br>2400 CUSTER RD<br>DECKERVILLE MI 48427 | Docketed Total | | $32,966.50 | | Modified Total | | $32,612.34 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,966.50<br>$32,966.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,612.34<br>$32,612.34 |
| Claim: 12002<br>Date Filed:07/28/06<br>Docketed Total:  $35,897.76<br>Filing Creditor Name and Address<br> POLYONE CORPORATION EM GROUP<br> 33587 WALKER RD<br> AVON LAKE OH 44012 | Claim Holder Name and Address<br><br>POLYONE CORPORATION EM GROUP<br>33587 WALKER RD<br>AVON LAKE OH 44012 | Docketed Total | | $35,897.76 | | Modified Total | | $33,099.75 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$35,897.76<br>$35,897.76 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$33,099.75<br>$33,099.75 |
| Claim: 10462<br>Date Filed:07/24/06<br>Docketed Total:  $9,896.04<br>Filing Creditor Name and Address<br> POLYONE DISTRIBUTION<br> 2600 E 107TH ST<br> LEMONT IL 60439 | Claim Holder Name and Address<br><br>POLYONE DISTRIBUTION<br>2600 E 107TH ST<br>LEMONT IL 60439 | Docketed Total | | $9,896.04 | | Modified Total | | $7,736.04 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,896.04<br>$9,896.04 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$7,736.04<br>$7,736.04 |
| Claim: 7440<br>Date Filed:06/05/06<br>Docketed Total:  $264,162.48<br>Filing Creditor Name and Address<br> POLYONE ENGINEERED FILMS GROUP<br> ATTN K JOHN SWEET<br> 1944 VALLEY AVE<br> WINCHESTER VA 22601 | Claim Holder Name and Address<br><br>POLYONE ENGINEERED FILMS GROUP<br>ATTN K JOHN SWEET<br>1944 VALLEY AVE<br>WINCHESTER VA 22601 | Docketed Total | | $264,162.48 | | Modified Total | | $246,542.43 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$264,162.48<br>$264,162.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$246,542.43<br>$246,542.43 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6887<br>Date Filed: 05/26/06<br>Docketed Total:  $13,033.60<br>Filing Creditor Name and Address<br> POLYSI TECHNOLOGIES INC<br> ADD CHG 12 08 04 AH<br> 5108 REX MCLEOD DR<br> SANFORD NC 27330 | Claim Holder Name and Address    Docketed Total    $13,033.60<br><br>POLYSI TECHNOLOGIES INC<br>ADD CHG 12 08 04 AH<br>5108 REX MCLEOD DR<br>SANFORD NC 27330<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $13,033.60<br>                                            $13,033.60 | Modified Total    $13,033.60<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $13,033.60<br>                                            $13,033.60 |
| Claim: 2446<br>Date Filed: 03/20/06<br>Docketed Total:   $4,649.46<br>Filing Creditor Name and Address<br> POPPELMANN KUNSTSTOFF TECHNIK<br> GMBH & CO KG<br> DIETER KALVELAGE<br> BAKUMER STR 73<br> LOHNE  D-49393<br> GERMANY | Claim Holder Name and Address    Docketed Total    $4,649.46<br><br>POPPELMANN KUNSTSTOFF TECHNIK GMBH<br>& CO KG<br>DIETER KALVELAGE<br>BAKUMER STR 73<br>LOHNE  D-49393<br>GERMANY<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640       $0.00                         $4,649.46<br>                                             $4,649.46 | Modified Total    $4,137.51<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $4,137.51<br>                                             $4,137.51 |
| Claim: 5466<br>Date Filed: 05/10/06<br>Docketed Total:   $5,223.12<br>Filing Creditor Name and Address<br> PORTERFIELD HARPER & MILLS PA<br> RM CHG PER GOI 04 20 04 AM<br> STE 600<br> 22 INVERNESS CTR PKWY<br> BIRMINGHAM AL 35242 | Claim Holder Name and Address    Docketed Total    $5,223.12<br><br>PORTERFIELD HARPER & MILLS PA<br>RM CHG PER GOI 04 20 04 AM<br>STE 600<br>22 INVERNESS CTR PKWY<br>BIRMINGHAM AL 35242<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $5,223.12<br>                                             $5,223.12 | Modified Total    $1,921.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $1,921.00<br>                                             $1,921.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 3317**
Date Filed:04/28/06
Docketed Total:   $3,025.37
Filing Creditor Name and Address
 POSI FLATE
 1125 WILLOW LAKE BLVD
 SAINT PAUL MN 55110

| | Claim Holder Name and Address | Docketed Total | $3,025.37 | | | Modified Total | $3,025.37 |
|---|---|---|---|---|---|---|---|
| | POSI FLATE 1125 WILLOW LAKE BLVD SAINT PAUL MN 55110 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,025.37 | 05-44482 | | | $3,025.37 |
| | | | $3,025.37 | | | | $3,025.37 |

**Claim: 16267**
Date Filed:08/25/06
Docketed Total:   $2,807.96
Filing Creditor Name and Address
 POWER COMPONENTS
 ACCOUNTS PAYABLE
 56641 TWIN BRANCH DR
 MISHAWAKA IN 46546

| | Claim Holder Name and Address | Docketed Total | $2,807.96 | | | Modified Total | $2,711.24 |
|---|---|---|---|---|---|---|---|
| | POWER COMPONENTS ACCOUNTS PAYABLE 56641 TWIN BRANCH DR MISHAWAKA IN 46546 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,807.96 | 05-44507 | | | $2,711.24 |
| | | | $2,807.96 | | | | $2,711.24 |

**Claim: 7883**
Date Filed:06/13/06
Docketed Total:   $2,504.98
Filing Creditor Name and Address
 POWER DRIVES INC
 PO BOX 10
 133 HOPKINS ST
 BUFFALO NY 14220-0010

| | Claim Holder Name and Address | Docketed Total | $2,504.98 | | | Modified Total | $2,175.78 |
|---|---|---|---|---|---|---|---|
| | POWER DRIVES INC PO BOX 10 133 HOPKINS ST BUFFALO NY 14220-0010 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,504.98 | 05-44640 | | | $2,175.78 |
| | | | $2,504.98 | | | | $2,175.78 |

**Claim: 6614**
Date Filed:05/22/06
Docketed Total:   $7,225.70
Filing Creditor Name and Address
 POWER MATION DIV INC
 PO BOX 8198
 ST PAUL MN 55108-0198

| | Claim Holder Name and Address | Docketed Total | $7,225.70 | | | Modified Total | $6,432.24 |
|---|---|---|---|---|---|---|---|
| | POWER MATION DIV INC PO BOX 8198 ST PAUL MN 55108-0198 | | | | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $7,225.70 | 05-44640 | | | $6,432.24 |
| | | | $7,225.70 | | | | $6,432.24 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3658<br>Date Filed:05/01/06<br>Docketed Total:   $29,448.00<br>Filing Creditor Name and Address<br> POWER SERVICES LLC<br> JOHN T O BRIEN<br> POWER SERVICES<br> PO BOX 750066<br> DAYTON OH 45475 | Claim Holder Name and Address    Docketed Total    $29,448.00<br><br>POWER SERVICES LLC<br>JOHN T O BRIEN<br>POWER SERVICES<br>PO BOX 750066<br>DAYTON OH 45475<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $29,448.00<br>                                               $29,448.00 | Modified Total    $29,140.00<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $29,140.00<br>                                               $29,140.00 |
| Claim: 10420<br>Date Filed:07/24/06<br>Docketed Total:   $104,022.46<br>Filing Creditor Name and Address<br> PRAXAIR INC<br> JOE CAMPANA<br> 39 OLD RIDGEBURY RD<br> DANBURY CT 06810-5113 | Claim Holder Name and Address    Docketed Total    $104,022.46<br><br>PRAXAIR INC<br>JOE CAMPANA<br>39 OLD RIDGEBURY RD<br>DANBURY CT 06810-5113<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $104,022.46<br>                                               $104,022.46 | Modified Total    $104,022.46<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $104,022.46<br>                                               $104,022.46 |
| Claim: 965<br>Date Filed:12/02/05<br>Docketed Total:   $222.00<br>Filing Creditor Name and Address<br> PRECISION BALANCING &<br> ANALYZING CO<br> 7265 COMMERCE DR<br> MENTOR OH 44060-5307 | Claim Holder Name and Address    Docketed Total    $222.00<br><br>PRECISION BALANCING & ANALYZING CO<br>7265 COMMERCE DR<br>MENTOR OH 44060-5307<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $222.00<br>                                               $222.00 | Modified Total    $222.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $222.00<br>                                               $222.00 |
| Claim: 724<br>Date Filed:11/21/05<br>Docketed Total:   $17,596.25<br>Filing Creditor Name and Address<br> PRECISION GRINDING & MFG CORP<br> ATTN DOUGLAS CAUWELS<br> 1305 EMERSON ST<br> ROCHESTER NY 14606 | Claim Holder Name and Address    Docketed Total    $17,596.25<br><br>PRECISION GRINDING & MFG CORP<br>ATTN DOUGLAS CAUWELS<br>1305 EMERSON ST<br>ROCHESTER NY 14606<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $17,596.25<br>                                               $17,596.25 | Modified Total    $14,736.25<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $14,736.25<br>                                               $14,736.25 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6050<br>Date Filed: 05/16/06<br>Docketed Total:   $872.40<br>Filing Creditor Name and Address<br> PRECISION INTERNATIONAL<br> CORPORATION<br> 105 OLD WINDSOR RD<br> BLOOMFIELD CT 06002 | Claim Holder Name and Address   Docketed Total   $872.40<br><br>PRECISION INTERNATIONAL<br>CORPORATION<br>105 OLD WINDSOR RD<br>BLOOMFIELD CT 06002<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                            $872.40<br>                                    $872.40 | Modified Total   $872.40<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                            $872.40<br>                                    $872.40 |
| Claim: 3988<br>Date Filed: 05/01/06<br>Docketed Total:   $15,000.00<br>Filing Creditor Name and Address<br> PRECISION JOINING TECHNOLOGIES<br> INC<br> INC<br> ATTN JOSEPH J KWIATKOWSKI<br> PO BOX 531<br> MIAMISBURG OH 45343-0531 | Claim Holder Name and Address   Docketed Total   $15,000.00<br><br>PRECISION JOINING TECHNOLOGIES INC<br>ATTN JOSEPH J KWIATKOWSKI<br>PO BOX 531<br>MIAMISBURG OH 45343-0531<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                            $15,000.00<br><br>                                    $15,000.00 | Modified Total   $15,000.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                            $15,000.00<br><br>                                    $15,000.00 |
| Claim: 3803<br>Date Filed: 05/01/06<br>Docketed Total:   $3,044.52<br>Filing Creditor Name and Address<br> PRECISION PRODUCTS GROUP INC<br> PARAMOUNT TUBE DIV<br> 1430 PROGRESS RD<br> FORT WAYNE IN 46808 | Claim Holder Name and Address   Docketed Total   $3,044.52<br><br>PRECISION PRODUCTS GROUP INC<br>PARAMOUNT TUBE DIV<br>1430 PROGRESS RD<br>FORT WAYNE IN 46808<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                            $3,044.52<br>                                    $3,044.52 | Modified Total   $3,044.52<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                            $3,044.52<br>                                    $3,044.52 |
| Claim: 3831<br>Date Filed: 05/01/06<br>Docketed Total:   $2,872.80<br>Filing Creditor Name and Address<br> PRECISION STAMPING CO INC<br> 1244 GRAND OAKS DR<br> HOWELL MI 48843 | Claim Holder Name and Address   Docketed Total   $2,872.80<br><br>PRECISION STAMPING CO INC<br>1244 GRAND OAKS DR<br>HOWELL MI 48843<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                            $2,872.80<br>                                    $2,872.80 | Modified Total   $2,462.40<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                            $2,462.40<br>                                    $2,462.40 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 2442<br>Date Filed:03/28/06<br>Docketed Total:  $1,229.76<br>Filing Creditor Name and Address<br> PRECISION WIRE TECHNOLOGIES<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $1,229.76<br><br>PRECISION WIRE TECHNOLOGIES SIERRA<br>LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | | Modified Total    $872.30 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $1,229.76<br>                                                 $1,229.76 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $872.30<br>                                                $872.30 | |
| Claim: 2194<br>Date Filed:03/06/06<br>Docketed Total:  $36,250.00<br>Filing Creditor Name and Address<br> PREMIER COMMUNICATIONS GROUP<br> RANDY FOSSANO<br> 123 S MAIN ST STE 260<br> ROYAL OAK MI 48067 | Claim Holder Name and Address    Docketed Total    $36,250.00<br><br>PREMIER COMMUNICATIONS GROUP<br>RANDY FOSSANO<br>123 S MAIN ST STE 260<br>ROYAL OAK MI 48067 | | | Modified Total    $34,465.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $36,250.00<br>                                                $36,250.00 | | Case Number*    Secured    Priority    Unsecured<br>05-44612                                      $34,465.00<br>                                               $34,465.00 | |
| Claim: 4951<br>Date Filed:05/05/06<br>Docketed Total:  $8,623.63<br>Filing Creditor Name and Address<br> PREMIER EXPEDITED SERVICES INC<br> 1336 SEABORN ST STE 1 & 2<br> MINERAL RIDGE OH 44440 | Claim Holder Name and Address    Docketed Total    $8,623.63<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | | | Modified Total    $8,623.63 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $8,623.63<br>                                                 $8,623.63 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $8,623.63<br>                                                $8,623.63 | |
| Claim: 494<br>Date Filed:11/10/05<br>Docketed Total:  $4,852.90<br>Filing Creditor Name and Address<br> PREMIER SAFETY & SERVICE INC<br> ATTN KEITH VARADI PRESIDENT<br> TWO INDUSTRIAL PARK DR<br> OAKDALE PA 15071 | Claim Holder Name and Address    Docketed Total    $4,852.90<br><br>PREMIER SAFETY & SERVICE INC<br>ATTN KEITH VARADI PRESIDENT<br>TWO INDUSTRIAL PARK DR<br>OAKDALE PA 15071 | | | Modified Total    $4,436.40 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $4,852.90<br>                                                 $4,852.90 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $4,436.40<br>                                                $4,436.40 | |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Claim: 16420**
Date Filed: 11/16/06
Docketed Total: $172,202.38
Filing Creditor Name and Address
 PREMIER TRIM LLC
 3300 NAFTA PKY STE A
 BROWNSVILLE TX 78526

Claim Holder Name and Address — Docketed Total $172,202.38
LONGACRE MASTER FUND LTD
VLADIMIR JELISAVCIC
810 SEVENTH AVE 22ND FL
NEW YORK NY 10019

Modified Total $165,905.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $172,202.38 |
| | | | $172,202.38 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $165,905.84 |
| | | | $165,905.84 |

---

**Claim: 1351**
Date Filed: 12/28/05
Docketed Total: $26,018.00
Filing Creditor Name and Address
 PREMIERE MOLD & DIE INC
 ROBERT J DINGES PRESIDENT
 4140 HELTON DR
 PO BOX 2910
 FLORENCE AL 35630

Claim Holder Name and Address — Docketed Total $26,018.00
PREMIERE MOLD & DIE INC
ROBERT J DINGES PRESIDENT
4140 HELTON DR
PO BOX 2910
FLORENCE AL 35630

Modified Total $26,018.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $26,018.00 |
| | | | $26,018.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $26,018.00 |
| | | | $26,018.00 |

---

**Claim: 2439**
Date Filed: 03/28/06
Docketed Total: $3,744.80
Filing Creditor Name and Address
 PRESS AUTOMATION INC & SIERRA
 LIQUIDITY FUND
 SIERRA LIQUIDITY FUND
 2699 WHITE RD STE 255
 IRVINE CA 92614

Claim Holder Name and Address — Docketed Total $3,744.80
PRESS AUTOMATION INC & SIERRA
LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Modified Total $1,610.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,744.80 |
| | | | $3,744.80 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,610.00 |
| | | | $1,610.00 |

---

**Claim: 3932**
Date Filed: 05/01/06
Docketed Total: $1,555.97
Filing Creditor Name and Address
 PRICE ENGINEERING CO INC
 1175 COTTONWOOD AVE
 HARTLAND WI 53029-8309

Claim Holder Name and Address — Docketed Total $1,555.97
PRICE ENGINEERING CO INC
1175 COTTONWOOD AVE
HARTLAND WI 53029-8309

Modified Total $1,393.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,555.97 |
| | | | $1,555.97 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,393.33 |
| | | | $1,393.33 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 354<br>Date Filed:11/04/05<br>Docketed Total:   $630.00<br>Filing Creditor Name and Address<br> PRIMA NORTH AMERICA CONVERGENT<br> LASERS<br> PAM LIND<br> 711 E MAIN ST<br> CHICOPEE MA 01020 | Claim Holder Name and Address     Docketed Total        $630.00<br><br>PRIMA NORTH AMERICA CONVERGENT<br>LASERS<br>PAM LIND<br>711 E MAIN ST<br>CHICOPEE MA 01020<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                            $630.00<br>                                                    $630.00 | Modified Total        $630.00<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $630.00<br>                                                    $630.00 |
| Claim: 8880<br>Date Filed:07/05/06<br>Docketed Total:   $595.00<br>Filing Creditor Name and Address<br> PRINTRONIX INC<br> 14600 MYFORD RD<br> IRVINE CA 92614 | Claim Holder Name and Address     Docketed Total        $595.00<br><br>PRINTRONIX INC<br>14600 MYFORD RD<br>IRVINE CA 92614<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                            $595.00<br>                                                    $595.00 | Modified Total        $550.00<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $550.00<br>                                                    $550.00 |
| Claim: 302<br>Date Filed:11/03/05<br>Docketed Total:   $21,409.00<br>Filing Creditor Name and Address<br> PRISIM BUSINESS WAR GAMES<br> JEFF JEFEBVRE<br> 150 E COOK STE 4<br> LIBERTYVILLE IL 60048 | Claim Holder Name and Address     Docketed Total        $21,409.00<br><br>PRISIM BUSINESS WAR GAMES<br>JEFF JEFEBVRE<br>150 E COOK STE 4<br>LIBERTYVILLE IL 60048<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                            $21,409.00<br>                                                    $21,409.00 | Modified Total        $21,409.00<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $21,409.00<br>                                                    $21,409.00 |
| Claim: 11584<br>Date Filed:07/27/06<br>Docketed Total:   $22,302.60<br>Filing Creditor Name and Address<br> PRO EFF LP<br> 7 42916E 008<br> 6920 VILLA HERMOSA<br> EL PASO TX 79912 | Claim Holder Name and Address     Docketed Total        $22,302.60<br><br>PRO EFF LP<br>7 42916E 008<br>6920 VILLA HERMOSA<br>EL PASO TX 79912<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                            $22,302.60<br>                                                    $22,302.60 | Modified Total        $22,295.60<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $22,295.60<br>                                                    $22,295.60 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3221<br>Date Filed:04/28/06<br>Docketed Total:  $713.70<br>Filing Creditor Name and Address<br> PRO STAINLESS<br> JIM STOKES INSIDES SALES<br> 333 E BROKAW RD<br> SAN JOSE CA 95112 | Claim Holder Name and Address    Docketed Total    $713.70<br><br>PRO STAINLESS<br>JIM STOKES INSIDES SALES<br>333 E BROKAW RD<br>SAN JOSE CA 95112<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                         $713.70<br>                                                 $713.70 | Modified Total    $388.70<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44511                                         $388.70<br>                                                 $388.70 |
| Claim: 1740<br>Date Filed:02/01/06<br>Docketed Total:  $2,613.86<br>Filing Creditor Name and Address<br> PROBUSINESS SERVICES INC<br> ATTN PAT KELL<br> 4125 HOPYARD ROAD<br> PLEASANTON CA 94588 | Claim Holder Name and Address    Docketed Total    $2,613.86<br><br>PROBUSINESS SERVICES INC<br>ATTN PAT KELL<br>4125 HOPYARD ROAD<br>PLEASANTON CA 94588<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $2,613.86<br>                $2,613.86 | Modified Total    $2,613.86<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                         $2,613.86<br>                                                 $2,613.86 |
| Claim: 6569<br>Date Filed:05/22/06<br>Docketed Total:  $3,733.20<br>Filing Creditor Name and Address<br> PROCESS EQUIPMENT & SUPPLY INC<br> 31255 LORAIN RD<br> CLEVELAND OH 44070 | Claim Holder Name and Address    Docketed Total    $3,733.20<br><br>PROCESS EQUIPMENT & SUPPLY INC<br>31255 LORAIN RD<br>CLEVELAND OH 44070<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $3,733.20<br>                                                 $3,733.20 | Modified Total    $3,733.20<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $3,733.20<br>                                                 $3,733.20 |
| Claim: 6570<br>Date Filed:05/22/06<br>Docketed Total:  $3,733.20<br>Filing Creditor Name and Address<br> PROCESS EQUIPMENT & SUPPLY INC<br> 31255 LORAIN RD<br> CLEVELAND OH 44070 | Claim Holder Name and Address    Docketed Total    $3,733.20<br><br>PROCESS EQUIPMENT & SUPPLY INC<br>31255 LORAIN RD<br>CLEVELAND OH 44070<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $3,733.20<br>                                                 $3,733.20 | Modified Total    $3,733.20<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $3,733.20<br>                                                 $3,733.20 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14941<br>Date Filed:07/31/06<br>Docketed Total:   $10,727.15<br>Filing Creditor Name and Address<br> PROCESS MACHINERY<br> ANNE<br> PO BOX 3076<br> 1316 STATE DOCKS RD<br> DECATUR AL 35601 | Claim Holder Name and Address    Docketed Total    $10,727.15<br><br>PROCESS MACHINERY<br>ANNE<br>PO BOX 3076<br>1316 STATE DOCKS RD<br>DECATUR AL 35601 | Modified Total    $10,727.15 |
| | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44481                                    $10,727.15<br>                                                $10,727.15 | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                    $10,727.15<br>                                                $10,727.15 |
| Claim: 15731<br>Date Filed:07/31/06<br>Docketed Total:   $1,500.00<br>Filing Creditor Name and Address<br> PROCESS PROTOTYPE<br> 27850 WICK RD<br> ROMULUS MI 48174 | Claim Holder Name and Address    Docketed Total    $1,500.00<br><br>PROCESS PROTOTYPE<br>27850 WICK RD<br>ROMULUS MI 48174 | Modified Total    $1,500.00 |
| | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44481                                    $1,500.00<br>                                                $1,500.00 | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                    $1,500.00<br>                                                $1,500.00 |
| Claim: 3948<br>Date Filed:05/01/06<br>Docketed Total:   $160.00<br>Filing Creditor Name and Address<br> PROCESS SOLUTIONS INC<br> 7845 PALACE DR<br> CINCINNATI OH 45249 | Claim Holder Name and Address    Docketed Total    $160.00<br><br>PROCESS SOLUTIONS INC<br>7845 PALACE DR<br>CINCINNATI OH 45249 | Modified Total    $160.00 |
| | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44481                                    $160.00<br>                                                $160.00 | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                    $160.00<br>                                                $160.00 |
| Claim: 3722<br>Date Filed:05/01/06<br>Docketed Total:   $15,417.00<br>Filing Creditor Name and Address<br> PROCESS SYSTEMS INC EFT<br> 23633 PINEWOOD<br> WARREN MI 48091 | Claim Holder Name and Address    Docketed Total    $15,417.00<br><br>PROCESS SYSTEMS INC EFT<br>23633 PINEWOOD<br>WARREN MI 48091 | Modified Total    $15,417.00 |
| | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44481                                    $15,417.00<br>                                                $15,417.00 | _Case Number*_    _Secured_    _Priority_    _Unsecured_<br>05-44640                                    $15,417.00<br>                                                $15,417.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1107<br>Date Filed:12/12/05<br>Docketed Total:  $3,630.00<br>Filing Creditor Name and Address<br> PRODUCTION DEVICES<br> 53 ISLAND VIEW RD<br> HYANNIS MA 02601 | Claim Holder Name and Address    Docketed Total    $3,630.00<br><br>PRODUCTION DEVICES<br>53 ISLAND VIEW RD<br>HYANNIS MA 02601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $3,630.00<br>                                            $3,630.00 | Modified Total    $3,630.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $3,630.00<br>                                            $3,630.00 |
| Claim: 4410<br>Date Filed:05/02/06<br>Docketed Total:   $500.00<br>Filing Creditor Name and Address<br> PRODUCTION MACH & TOOL CO INC<br> 1225 FM 368 S<br> IOWA PK TX 76367 | Claim Holder Name and Address    Docketed Total    $500.00<br><br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO CA 92108<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $500.00<br>                                            $500.00 | Modified Total    $500.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $500.00<br>                                            $500.00 |
| Claim: 322<br>Date Filed:11/04/05<br>Docketed Total:  $2,000.00<br>Filing Creditor Name and Address<br> PRODUCTION SERVICE CO<br> KENNETH IVANCIC<br> 16025 BROOKPARK RD<br> CLEVELAND OH 44142 | Claim Holder Name and Address    Docketed Total    $2,000.00<br><br>PRODUCTION SERVICE CO<br>KENNETH IVANCIC<br>16025 BROOKPARK RD<br>CLEVELAND OH 44142<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                      $2,000.00<br>                              $2,000.00 | Modified Total    $2,000.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $2,000.00<br>                                            $2,000.00 |
| Claim: 974<br>Date Filed:12/06/05<br>Docketed Total:   $15,707.50<br>Filing Creditor Name and Address<br> PROFESSIONAL MAINTENANCE OF<br> DAYTON<br> 233 E HELENA ST<br> DAYTON OH 45404 | Claim Holder Name and Address    Docketed Total    $15,707.50<br><br>PROFESSIONAL MAINTENANCE OF DAYTON<br>233 E HELENA ST<br>DAYTON OH 45404<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                      $15,707.50<br>                              $15,707.50 | Modified Total    $9,424.50<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $9,424.50<br>                                            $9,424.50 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7478<br>Date Filed:06/05/06<br>Docketed Total:  $9,243.05<br>Filing Creditor Name and Address<br> PROFESSIONAL TECHNOLOGIES<br> SERVICES 382826590<br> PO BOX 304<br> FRANKENMUTH MI 48734 | Claim Holder Name and Address    Docketed Total    $9,243.05<br><br>PROFESSIONAL TECHNOLOGIES<br>SERVICES 382826590<br>PO BOX 304<br>FRANKENMUTH MI 48734<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                            $9,243.05<br>                                    $9,243.05 | Modified Total    $9,243.05<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $9,243.05<br>                                    $9,243.05 |
| Claim: 3710<br>Date Filed:05/01/06<br>Docketed Total:   $420.00<br>Filing Creditor Name and Address<br> PROFORM TOOL CORP<br> 606 ERIE ST<br> SAEGERTOWN PA 16433 | Claim Holder Name and Address    Docketed Total    $420.00<br><br>PROFORM TOOL CORP<br>606 ERIE ST<br>SAEGERTOWN PA 16433<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                            $420.00<br>                                    $420.00 | Modified Total    $420.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $420.00<br>                                    $420.00 |
| Claim: 6521<br>Date Filed:05/22/06<br>Docketed Total:   $119.66<br>Filing Creditor Name and Address<br> PROGRESS SUPPLY INC<br> PO BOX 25067<br> CINCINNATI OH 45225 | Claim Holder Name and Address    Docketed Total    $119.66<br><br>PROGRESS SUPPLY INC<br>PO BOX 25067<br>CINCINNATI OH 45225<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                            $119.66<br>                                    $119.66 | Modified Total    $119.66<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $119.66<br>                                    $119.66 |
| Claim: 3320<br>Date Filed:04/28/06<br>Docketed Total:  $2,605.00<br>Filing Creditor Name and Address<br> PROGRESS TOOL & DIE SHOP<br> 632 MILL ST<br> TIPTON IN 46072-1052 | Claim Holder Name and Address    Docketed Total    $2,605.00<br><br>PROGRESS TOOL & DIE SHOP<br>632 MILL ST<br>TIPTON IN 46072-1052<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                            $2,605.00<br>                                    $2,605.00 | Modified Total    $2,605.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $2,605.00<br>                                    $2,605.00 |

In re: Delphi Corporation, et al.                                                        Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2032**
Date Filed: 02/15/06
Docketed Total:   $49,782.58
Filing Creditor Name and Address
 PROGRESSIVE STAMPING CO DE INC
 BILL LARY
 2807 SAMOSET RD
 ROYAL OAK MI 48073-172

Claim Holder Name and Address    Docketed Total    $49,782.58

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $49,782.58 |
| | | | $49,782.58 |

Modified Total    $47,828.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $47,828.43 |
| | | | $47,828.43 |

---

**Claim: 1912**
Date Filed: 02/08/06
Docketed Total:   $20,600.00
Filing Creditor Name and Address
 PROGRESSIVE TECHNOLOGIES INC
 4695 DANVERS DR SE
 GRAND RAPIDS MI 49512

Claim Holder Name and Address    Docketed Total    $20,600.00

PROGRESSIVE TECHNOLOGIES INC
4695 DANVERS DR SE
GRAND RAPIDS MI 49512

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $20,600.00 | | |
| | $20,600.00 | | |

Modified Total    $20,600.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,600.00 |
| | | | $20,600.00 |

---

**Claim: 124**
Date Filed: 10/25/05
Docketed Total:   $23,878.34
Filing Creditor Name and Address
 PROMOTECH KUNSTSTOFF UND
 METTALLVERARBEITUNGSGES MBH
 GUENTER BENNINGER
 UNTERLOCHEN 44
 SCHALCHEN  5231
 AUSTRIA

Claim Holder Name and Address    Docketed Total    $23,878.34

LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $23,878.34 |
| | | | $23,878.34 |

Modified Total    $23,878.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $23,878.34 |
| | | | $23,878.34 |

---

**Claim: 15858**
Date Filed: 08/09/06
Docketed Total:   $19,925.00
Filing Creditor Name and Address
 PROTOTYPE INDUSTRIES
 SUSAN ALBRECHT
 349 CONGRESS PK DR
 CENTERVILLE OH 45459

Claim Holder Name and Address    Docketed Total    $19,925.00

PROTOTYPE INDUSTRIES
SUSAN ALBRECHT
349 CONGRESS PK DR
CENTERVILLE OH 45459

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $19,925.00 |
| | | | $19,925.00 |

Modified Total    $19,925.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,925.00 |
| | | | $19,925.00 |

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15859**
Date Filed: 08/09/06
Docketed Total:   $3,007.00
Filing Creditor Name and Address
 PROTOTYPE INDUSTRIES
 SUSAN ALBRECHT
 349 CONGRESS PK DR
 CENTERVILLE OH 45459

Claim Holder Name and Address    Docketed Total    $3,007.00

PROTOTYPE INDUSTRIES
SUSAN ALBRECHT
349 CONGRESS PK DR
CENTERVILLE OH 45459

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,007.00 |
| | | | $3,007.00 |

Modified Total    $3,007.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,007.00 |
| | | | $3,007.00 |

---

**Claim: 3894**
Date Filed: 05/01/06
Docketed Total:   $5,395.55
Filing Creditor Name and Address
 PROVEN PRODUCTS & SERVICES INC
 1801 COMMERICAL NE
 ALBUQUERQUE NM 87102

Claim Holder Name and Address    Docketed Total    $5,395.55

PROVEN PRODUCTS & SERVICES INC
1801 COMMERICAL NE
ALBUQUERQUE NM 87102

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,395.55 |
| | | | $5,395.55 |

Modified Total    $4,916.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,916.95 |
| | | | $4,916.95 |

---

**Claim: 892**
Date Filed: 11/28/05
Docketed Total:   $2,590.00
Filing Creditor Name and Address
 PSYTRONICS INC
 545 CAPITAL DR
 LAKE ZURICH IL 60047-6711

Claim Holder Name and Address    Docketed Total    $2,590.00

PSYTRONICS INC
545 CAPITAL DR
LAKE ZURICH IL 60047-6711

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,590.00 |
| | | | $2,590.00 |

Modified Total    $2,590.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,590.00 |
| | | | $2,590.00 |

---

**Claim: 450**
Date Filed: 11/08/05
Docketed Total:   $56,414.15
Filing Creditor Name and Address
 PUA MIMTECH LLC
 107 COMMERCE RD
 CEDAR GROVE NJ 07009-1207

Claim Holder Name and Address    Docketed Total    $56,414.15

PUA MIMTECH LLC
107 COMMERCE RD
CEDAR GROVE NJ 07009-1207

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $56,414.15 |
| | | | $56,414.15 |

Modified Total    $56,414.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,414.15 |
| | | | $56,414.15 |

---

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 3983**
Date Filed: 05/01/06
Docketed Total:  $6,831.00
Filing Creditor Name and Address
 PUMPING SOLUTIONS INC
 1400 A S VINEYARD
 ONTARIO CA 91761

Claim Holder Name and Address    Docketed Total    $6,831.00
PUMPING SOLUTIONS INC
1400 A S VINEYARD
ONTARIO CA 91761

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,831.00 |
| | | | $6,831.00 |

Modified Total    $5,845.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $5,845.15 |
| | | | $5,845.15 |

---

**Claim: 1525**
Date Filed: 01/13/06
Docketed Total:  $2,698.00
Filing Creditor Name and Address
 PUMPS PARTS & SERVICE INC
 PO BOX 7788
 CHARLOTTE NC 28241

Claim Holder Name and Address    Docketed Total    $2,698.00
PUMPS PARTS & SERVICE INC
PO BOX 7788
CHARLOTTE NC 28241

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,698.00 |
| | | | $2,698.00 |

Modified Total    $2,698.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,698.00 |
| | | | $2,698.00 |

---

**Claim: 8282**
Date Filed: 06/20/06
Docketed Total:  $380.00
Filing Creditor Name and Address
 Q&M CONSULTORES SC
 BLVD TOMAS FERNANDEZ NO 793
 TORRES CAMPESTRE EDIF B STE 30
 CIUDAD JUAREZ  32434
 MEXICO

Claim Holder Name and Address    Docketed Total    $380.00
Q&M CONSULTORES SC
BLVD TOMAS FERNANDEZ NO 793
TORRES CAMPESTRE EDIF B STE 30
CIUDAD JUAREZ  32434
MEXICO

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $380.00 |
| | | | $380.00 |

Modified Total    $380.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $380.00 |
| | | | $380.00 |

---

**Claim: 2553**
Date Filed: 04/04/06
Docketed Total:  $1,147.50
Filing Creditor Name and Address
 QUALCOMM INC
 ATTN ANGELA HARRELL
 5775 MOREHOUSE DR
 SAN DIEGO CA 92121

Claim Holder Name and Address    Docketed Total    $1,147.50
QUALCOMM INC
ATTN ANGELA HARRELL
5775 MOREHOUSE DR
SAN DIEGO CA 92121

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,147.50 |
| | | | $1,147.50 |

Modified Total    $1,147.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,147.50 |
| | | | $1,147.50 |

---

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 477<br>Date Filed:11/10/05<br>Docketed Total:  $20,869.76<br>Filing Creditor Name and Address<br> QUALITY CONTAINMENT SERVICES<br> INC<br> 1455 EMERSON ST<br> ROCHESTER NY 14606 | Claim Holder Name and Address  Docketed Total    $20,869.76<br><br>QUALITY CONTAINMENT SERVICES INC<br>1455 EMERSON ST<br>ROCHESTER NY 14606 | | | | | | | Modified Total    $15,951.20 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,869.76<br>$20,869.76 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$15,951.20<br>$15,951.20 |
| Claim: 1935<br>Date Filed:02/09/06<br>Docketed Total:  $528,714.82<br>Filing Creditor Name and Address<br> QUASAR INDUSTRIES INC<br> DENISE HIGGINS<br> 1911 NORTHFIELD DR<br> ROCHESTER HILLS MI 48309 | Claim Holder Name and Address  Docketed Total    $528,714.82<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | | Modified Total    $476,205.96 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$528,714.82<br>$528,714.82 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$476,205.96<br>$476,205.96 |
| Claim: 4640<br>Date Filed:05/04/06<br>Docketed Total:  $5,750.00<br>Filing Creditor Name and Address<br> QUASAR INTERNATIONAL INC<br> 5550 MIDWAY PK PL NE<br> ALBUQUERQUE NM 87109 | Claim Holder Name and Address  Docketed Total    $5,750.00<br><br>QUASAR INTERNATIONAL INC<br>5550 MIDWAY PK PL NE<br>ALBUQUERQUE NM 87109 | | | | | | | Modified Total    $5,750.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,750.00<br>$5,750.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,750.00<br>$5,750.00 |
| Claim: 35<br>Date Filed:10/17/05<br>Docketed Total:  $27,510.24<br>Filing Creditor Name and Address<br> QWIK TAPE LLC<br> 5021 N 55TH AVE STE 4<br> GLENDALE AZ 85301 | Claim Holder Name and Address  Docketed Total    $27,510.24<br><br>QWIK TAPE LLC<br>5021 N 55TH AVE STE 4<br>GLENDALE AZ 85301 | | | | | | | Modified Total    $25,678.56 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$27,510.24<br>$27,510.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,678.56<br>$25,678.56 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7480<br>Date Filed:06/05/06<br>Docketed Total:   $185.00<br>Filing Creditor Name and Address<br> R & D CALIBRATIONS INC<br> OPTO CAL<br> 13891 DEANLY CT<br> LAKESIDE CA 92040 | Claim Holder Name and Address    Docketed Total    $185.00<br><br>R & D CALIBRATIONS INC<br>OPTO CAL<br>13891 DEANLY CT<br>LAKESIDE CA 92040<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $185.00<br>                                                  $185.00 | Modified Total    $185.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $185.00<br>                                                  $185.00 |
| Claim: 6490<br>Date Filed:05/22/06<br>Docketed Total:   $439.79<br>Filing Creditor Name and Address<br> R A C TRANSPORT CO INC<br> 6050 E 56TH AVE<br> COMMERCE CITY CO 80022 | Claim Holder Name and Address    Docketed Total    $439.79<br><br>R A C TRANSPORT CO INC<br>6050 E 56TH AVE<br>COMMERCE CITY CO 80022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $439.79<br>                                                  $439.79 | Modified Total    $409.11<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $409.11<br>                                                  $409.11 |
| Claim: 427<br>Date Filed:11/08/05<br>Docketed Total:   $3,367.50<br>Filing Creditor Name and Address<br> R B SATKOWIAKS CITY SEWER<br> CLEANERS<br> CITY SEWER CLEANERS<br> PO BOX 229<br> CARROLLTON MI 48724 | Claim Holder Name and Address    Docketed Total    $3,367.50<br><br>R B SATKOWIAKS CITY SEWER CLEANERS<br>CITY SEWER CLEANERS<br>PO BOX 229<br>CARROLLTON MI 48724<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $3,367.50<br>                                                  $3,367.50 | Modified Total    $2,812.50<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $2,812.50<br>                                                  $2,812.50 |
| Claim: 3956<br>Date Filed:05/01/06<br>Docketed Total:   $416.80<br>Filing Creditor Name and Address<br> R H WELF AND ASSOC INC<br> JIM RYAN<br> 3540 NORTON RD<br> CLEVELAND OH 44111 | Claim Holder Name and Address    Docketed Total    $416.80<br><br>R H WELF AND ASSOC INC<br>JIM RYAN<br>3540 NORTON RD<br>CLEVELAND OH 44111<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $416.80<br>                                                  $416.80 | Modified Total    $416.80<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $416.80<br>                                                  $416.80 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5844<br>Date Filed:05/15/06<br>Docketed Total:  $1,824.60<br>Filing Creditor Name and Address<br> R J STUCKEL CO INC<br> 211 SEEGERS AVE<br> ELK GROVE VILLAGE IL 60007 | Claim Holder Name and Address<br><br>R J STUCKEL CO INC<br>211 SEEGERS AVE<br>ELK GROVE VILLAGE IL 60007 | Docketed Total | | $1,824.60 | | Modified Total | | $938.00 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$1,824.60<br>$1,824.60 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$938.00<br>$938.00 |
| Claim: 1778<br>Date Filed:02/06/06<br>Docketed Total:  $3,641.00<br>Filing Creditor Name and Address<br> R W SIDLEY INC<br> PO BOX 150<br> PAINESVILLE OH 44077 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $3,641.00 | | Modified Total | | $3,641.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,641.00<br>$3,641.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,641.00<br>$3,641.00 |
| Claim: 5098<br>Date Filed:05/08/06<br>Docketed Total:  $4,200.00<br>Filing Creditor Name and Address<br> R&R SALES<br> PO BOX 161<br> GRAND HAVEN MI 49417 | Claim Holder Name and Address<br><br>R&R SALES<br>PO BOX 161<br>GRAND HAVEN MI 49417 | Docketed Total | | $4,200.00 | | Modified Total | | $4,200.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,200.00<br>$4,200.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,200.00<br>$4,200.00 |
| Claim: 6054<br>Date Filed:05/16/06<br>Docketed Total:  $145,734.00<br>Filing Creditor Name and Address<br> RADIALL INCORPORATED DBA<br> RADIALL LARSEN ANTENNA<br> TECHNOLOGIES<br> RADIALL INCORPORATED<br> PO BOX 823210<br> VANCOUVER WA 98682-0067 | Claim Holder Name and Address<br><br>RADIALL INCORPORATED DBA RADIALL<br>LARSEN ANTENNA TECHNOLOGIES<br>RADIALL INCORPORATED<br>PO BOX 823210<br>VANCOUVER WA 98682-0067 | Docketed Total | | $145,734.00 | | Modified Total | | $145,734.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$145,734.00<br>$145,734.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$145,734.00<br>$145,734.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 226<br>Date Filed:10/31/05<br>Docketed Total:  $29,400.00<br>Filing Creditor Name and Address<br> RADIOSHACK CREDIT SERVICES<br> WF5 323 CREDIT SERVICES<br> 300 RADIOSHACK CIR<br> FORT WORTH TX 76102-1964 | Claim Holder Name and Address    Docketed Total    $29,400.00<br><br>RADIOSHACK CREDIT SERVICES<br>WF5 323 CREDIT SERVICES<br>300 RADIOSHACK CIR<br>FORT WORTH TX 76102-1964<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481    $29,400.00                   $29,400.00<br>            $29,400.00 | Modified Total    $29,400.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $29,400.00<br>                                      $29,400.00 |
| Claim: 1919<br>Date Filed:02/08/06<br>Docketed Total:  $2,338.60<br>Filing Creditor Name and Address<br> RADWELL INTERNATIONAL INC<br> 111 MT HOLLY BYPASS<br> LUMBERTON NJ 08048 | Claim Holder Name and Address    Docketed Total    $2,338.60<br><br>RADWELL INTERNATIONAL INC<br>111 MT HOLLY BYPASS<br>LUMBERTON NJ 08048<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $2,338.60<br>                                      $2,338.60 | Modified Total    $2,338.60<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $2,338.60<br>                                      $2,338.60 |
| Claim: 6271<br>Date Filed:05/18/06<br>Docketed Total:  $6,529.00<br>Filing Creditor Name and Address<br> RALPH MCELROY & ASSOCIATES LTD<br> RALPH MCELROY TRANSLATION CO<br> RALPH MCELROY TRANSLATION CO<br> 910 WEST AVE<br> AUSTIN TX 78701 | Claim Holder Name and Address    Docketed Total    $6,529.00<br><br>RALPH MCELROY & ASSOCIATES LTD<br>RALPH MCELROY TRANSLATION CO<br>RALPH MCELROY TRANSLATION CO<br>910 WEST AVE<br>AUSTIN TX 78701<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44554                              $6,529.00<br>                                      $6,529.00 | Modified Total    $5,581.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44554                              $5,581.00<br>                                      $5,581.00 |
| Claim: 6607<br>Date Filed:05/22/06<br>Docketed Total:  $3,716.91<br>Filing Creditor Name and Address<br> RALPH W EARL CO INC EFT<br> 5930 E MOLLOY<br> PO BOX 2369<br> SYRACUSE NY 13220 | Claim Holder Name and Address    Docketed Total    $3,716.91<br><br>RALPH W EARL CO INC EFT<br>5930 E MOLLOY<br>PO BOX 2369<br>SYRACUSE NY 13220<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $3,716.91<br>                                      $3,716.91 | Modified Total    $3,624.90<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                              $3,624.90<br>                                      $3,624.90 |

*See Exhibit E for a listing of debtor entities by case number          Page:   306  of  433

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 2288**
Date Filed: 03/14/06
Docketed Total:   $10,665.56
Filing Creditor Name and Address
 RAM METER INC
 1903 BARRETT DR
 TROY MI 48084-5396

Claim Holder Name and Address    Docketed Total    $10,665.56

LIQUIDITY SOLUTIONS INC
DBA CAPITAL MARKETS
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,665.56 |
| | | | $10,665.56 |

Modified Total    $10,563.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,563.30 |
| | | | $10,563.30 |

---

**Claim: 5960**
Date Filed: 05/16/06
Docketed Total:   $186.00
Filing Creditor Name and Address
 RAMER PRODUCTS INC
 1840 TERMINAL RD
 NILES MI 49120-1246

Claim Holder Name and Address    Docketed Total    $186.00

RAMER PRODUCTS INC
1840 TERMINAL RD
NILES MI 49120-1246

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $186.00 |
| | | | $186.00 |

Modified Total    $180.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $180.00 |
| | | | $180.00 |

---

**Claim: 2943**
Date Filed: 04/27/06
Docketed Total:   $86.32
Filing Creditor Name and Address
 RANKIN ROBERT
 DBA RANKIN BIOMEDICAL CORP
 9580 DOLORES DR
 CLARKSTON MI 48348

Claim Holder Name and Address    Docketed Total    $86.32

RANKIN ROBERT
DBA RANKIN BIOMEDICAL CORP
9580 DOLORES DR
CLARKSTON MI 48348

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $86.32 |
| | | | $86.32 |

Modified Total    $86.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $86.32 |
| | | | $86.32 |

---

**Claim: 1937**
Date Filed: 02/10/06
Docketed Total:   $2,530.00
Filing Creditor Name and Address
 RAPID GRANULATOR INC
 SUE CUNNINGHAM
 PO BOX 5887
 ROCKFORD IL 61125

Claim Holder Name and Address    Docketed Total    $2,530.00

RAPID GRANULATOR INC
SUE CUNNINGHAM
PO BOX 5887
ROCKFORD IL 61125

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,530.00 |
| | | | $2,530.00 |

Modified Total    $2,530.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,530.00 |
| | | | $2,530.00 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15620**
Date Filed: 07/31/06
Docketed Total: $1,880.00
Filing Creditor Name and Address
  RAPID SOLUTIONS INC
  1186 COMBERMERE DR
  TROY MI 48083

Claim Holder Name and Address    Docketed Total    $1,880.00

RAPID SOLUTIONS INC
1186 COMBERMERE DR
TROY MI 48083

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,880.00 |
| | | | $1,880.00 |

Modified Total    $1,880.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,880.00 |
| | | | $1,880.00 |

---

**Claim: 5402**
Date Filed: 05/09/06
Docketed Total: $5,833.24
Filing Creditor Name and Address
  RAVENNA REPAIR SERVICE EFT
  5361 MCCORMICK RD
  RAVENNA OH 44266

Claim Holder Name and Address    Docketed Total    $5,833.24

RAVENNA REPAIR SERVICE EFT
5361 MCCORMICK RD
RAVENNA OH 44266

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,833.24 |
| | | | $5,833.24 |

Modified Total    $3,878.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,878.04 |
| | | | $3,878.04 |

---

**Claim: 244**
Date Filed: 10/31/05
Docketed Total: $1,722.50
Filing Creditor Name and Address
  RC COIL SPRING MFG CO INC
  490 MITCHELL RD
  GLENDALE HEIGHTS IL 60139

Claim Holder Name and Address    Docketed Total    $1,722.50

RC COIL SPRING MFG CO INC
490 MITCHELL RD
GLENDALE HEIGHTS IL 60139

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,722.50 |
| | | | $1,722.50 |

Modified Total    $1,722.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,722.50 |
| | | | $1,722.50 |

---

**Claim: 2099**
Date Filed: 02/22/06
Docketed Total: $286,377.08
Filing Creditor Name and Address
  RCMA AMERICAS INC
  115 COLLEGE PL
  NORFOLK VA 23510

Claim Holder Name and Address    Docketed Total    $286,377.08

ORE HILL HUB FUND LTD
650 FIFTH AVE 9TH FL
NEW YORK NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $286,377.08 |
| | | | $286,377.08 |

Modified Total    $286,377.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $286,377.08 |
| | | | $286,377.08 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1315**
Date Filed:12/27/05
Docketed Total:   $1,532.95
Filing Creditor Name and Address
  RDP ELECTROSENSE INC
  2216 POTTSTOWN PIKE
  POTTSTOWN PA 19465

Claim Holder Name and Address    Docketed Total    $1,532.95

RDP ELECTROSENSE INC
2216 POTTSTOWN PIKE
POTTSTOWN PA 19465

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,532.95 | 05-44640 | | | $1,532.95 |
| | | | $1,532.95 | | | | $1,532.95 |

Modified Total    $1,532.95

---

**Claim: 598**
Date Filed:11/16/05
Docketed Total:   $10,900.00
Filing Creditor Name and Address
  REALTIME CONSULTANTS INC
  1245 HOMESTEAD
  MILFORD MI 48381

Claim Holder Name and Address    Docketed Total    $10,900.00

REALTIME CONSULTANTS INC
1245 HOMESTEAD
MILFORD MI 48381

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $10,900.00 | 05-44640 | | | $10,900.00 |
| | | | $10,900.00 | | | | $10,900.00 |

Modified Total    $10,900.00

---

**Claim: 330**
Date Filed:11/04/05
Docketed Total:   $953.80
Filing Creditor Name and Address
  RECHARGEABLE TECHNOLOGY
  SERVICES
  716 PELLEGRINO STE I
  LAREDO TX 78045

Claim Holder Name and Address    Docketed Total    $953.80

SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $953.80 | | 05-44640 | | $953.80 | |
| | | $953.80 | | | | $953.80 | |

Modified Total    $953.80

---

**Claim: 2835**
Date Filed:04/26/06
Docketed Total:   $14,250.00
Filing Creditor Name and Address
  RECOVERYPLANNER INC
  2 ENTERPRISE DR STE 200
  SHELTON CT 06484

Claim Holder Name and Address    Docketed Total    $14,250.00

RECOVERYPLANNER INC
2 ENTERPRISE DR STE 200
SHELTON CT 06484

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $14,250.00 | 05-44640 | | | $14,250.00 |
| | | | $14,250.00 | | | | $14,250.00 |

Modified Total    $14,250.00

---

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2834**
Date Filed: 04/26/06
Docketed Total:   $975.82
Filing Creditor Name and Address
  RECOVERYPLANNERCOM INC
  2 ENTERPRISE DR STE 200
  SHELTON CT 06484

| Claim Holder Name and Address | Docketed Total | $975.82 |
|---|---|---|
| RECOVERYPLANNERCOM INC | | |
| 2 ENTERPRISE DR STE 200 | | |
| SHELTON CT 06484 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $975.82 |
| | | | $975.82 |

| | Modified Total | $975.82 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $975.82 |
| | | | $975.82 |

---

**Claim: 319**
Date Filed: 11/03/05
Docketed Total:   $24,630.00
Filing Creditor Name and Address
  RECTRON ELECTRONICS ENTERPRISE
  INC
  WILLIAM KELLEY CEO
  13405 YORBA AVE
  CHINO CA 91710

| Claim Holder Name and Address | Docketed Total | $24,630.00 |
|---|---|---|
| RECTRON ELECTRONICS ENTERPRISE INC | | |
| WILLIAM KELLEY CEO | | |
| 13405 YORBA AVE | | |
| CHINO CA 91710 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $24,630.00 |
| | | | $24,630.00 |

| | Modified Total | $24,510.00 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $24,510.00 |
| | | | $24,510.00 |

---

**Claim: 834**
Date Filed: 11/23/05
Docketed Total:   $68.63
Filing Creditor Name and Address
  RECYCLING EQUIPMENT CORP
  1082 SPUR RD
  SOUDERTON PA 18964

| Claim Holder Name and Address | Docketed Total | $68.63 |
|---|---|---|
| RECYCLING EQUIPMENT CORP | | |
| 1082 SPUR RD | | |
| SOUDERTON PA 18964 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $68.63 |
| | | | $68.63 |

| | Modified Total | $68.63 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $68.63 |
| | | | $68.63 |

---

**Claim: 343**
Date Filed: 11/04/05
Docketed Total:   $106,714.22
Filing Creditor Name and Address
  RED BOARD LTD
  ACCOUNTS RECEIVABLE
  940 WATERMAN AVE
  EAST PROVIDENCE RI 02914

| Claim Holder Name and Address | Docketed Total | $106,714.22 |
|---|---|---|
| RED BOARD LTD | | |
| ACCOUNTS RECEIVABLE | | |
| 940 WATERMAN AVE | | |
| EAST PROVIDENCE RI 02914 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $106,714.22 |
| | | | $106,714.22 |

| | Modified Total | $39,720.00 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,720.00 |
| | | | $39,720.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5966**
Date Filed: 05/16/06
Docketed Total:  $18,475.70
Filing Creditor Name and Address
 RED SPOT CORP
 RED SPOT PAINT & VARNISH
 COMPANY IN
 PO BOX 418
 EVANSVILLE IN 47703-0418

Claim Holder Name and Address        Docketed Total        $18,475.70

HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 RTE 17 6TH FL
RUTHERFORD NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $18,475.70 |
| | | | $18,475.70 |

Modified Total        $13,568.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $13,568.75 |
| | | | $13,568.75 |

---

**Claim: 154**
Date Filed: 10/28/05
Docketed Total:   $594.00
Filing Creditor Name and Address
 REDI MIX CONCRETE COMPANY
 PO BOX 100
 ADRIAN MI 49221

Claim Holder Name and Address        Docketed Total        $594.00

REDI MIX CONCRETE COMPANY
PO BOX 100
ADRIAN MI 49221

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $594.00 |
| | | | $594.00 |

Modified Total        $584.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $584.00 |
| | | | $584.00 |

---

**Claim: 2345**
Date Filed: 03/21/06
Docketed Total:   $206.44
Filing Creditor Name and Address
 REGAL STEEL CO
 MIKE KURDYNA
 2220 MORRISSEY
 WARREN MI 48091

Claim Holder Name and Address        Docketed Total        $206.44

REGAL STEEL CO
MIKE KURDYNA
2220 MORRISSEY
WARREN MI 48091

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $206.44 |
| | | | $206.44 |

Modified Total        $206.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $206.44 |
| | | | $206.44 |

---

**Claim: 6474**
Date Filed: 05/22/06
Docketed Total:   $201.00
Filing Creditor Name and Address
 REGLOPLAS CORPORATION
 ROBERT OVIATT
 1088 MINERS RD
 ST JOSEPH MI 49085

Claim Holder Name and Address        Docketed Total        $201.00

REGLOPLAS CORPORATION
ROBERT OVIATT
1088 MINERS RD
ST JOSEPH MI 49085

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $201.00 |
| | | | $201.00 |

Modified Total        $201.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $201.00 |
| | | | $201.00 |

---

*See Exhibit E for a listing of debtor entities by case number                    Page:   311  of 433

In re: Delphi Corporation, et al.                                                                                        Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1268**
Date Filed: 12/27/05
Docketed Total:   $8,016.23
Filing Creditor Name and Address
 RELATS S A
 C PRIORAT S N
 POL IND LA BORDA
 CALDES DE MONTBUI   08140
 SPAIN

| Claim Holder Name and Address | Docketed Total | $8,016.23 |
|---|---|---|

RELATS S A
C PRIORAT S N
POL IND LA BORDA
CALDES DE MONTBUI   08140
SPAIN

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,016.23 |
| | | | $8,016.23 |

| | Modified Total | $6,990.00 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,990.00 |
| | | | $6,990.00 |

---

**Claim: 2332**
Date Filed: 03/20/06
Docketed Total:   $229,526.90
Filing Creditor Name and Address
 REMAN INC
 PO BOX 900
 DECATUR MS 39327

| Claim Holder Name and Address | Docketed Total | $229,526.90 |
|---|---|---|

REMAN INC
PO BOX 900
DECATUR MS 39327

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $229,526.90 |
| | | | $229,526.90 |

| | Modified Total | $229,526.90 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $229,526.90 |
| | | | $229,526.90 |

---

**Claim: 9198**
Date Filed: 07/10/06
Docketed Total:   $13,610.65
Filing Creditor Name and Address
 REPUBLIC SERVICES INC
 ADD CHG 10 21 04 AH
 832 LANGSDALE AVE
 INDIANAPOLIS IN 46202-1150

| Claim Holder Name and Address | Docketed Total | $13,610.65 |
|---|---|---|

REPUBLIC SERVICES INC
ADD CHG 10 21 04 AH
832 LANGSDALE AVE
INDIANAPOLIS IN 46202-1150

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $13,610.65 |
| | | | $13,610.65 |

| | Modified Total | $13,483.39 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,483.39 |
| | | | $13,483.39 |

---

**Claim: 2043**
Date Filed: 02/16/06
Docketed Total:   $57,116.60
Filing Creditor Name and Address
 REVENUE MANAGEMENT AS ASSIGNEE
 OF ADVANTECH PLASTICS LLC
 ONE UNIVERSITY PLAZA STE 312
 HACKENSACK NJ 07601

| Claim Holder Name and Address | Docketed Total | $57,116.60 |
|---|---|---|

REVENUE MANAGEMENT AS ASSIGNEE OF
ADVANTECH PLASTICS LLC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $57,116.60 |
| | | | $57,116.60 |

| | Modified Total | $56,927.98 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,927.98 |
| | | | $56,927.98 |

---

*See Exhibit E for a listing of debtor entities by case number            Page:   312  of 433

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2549**
Date Filed: 04/04/06
Docketed Total:   $8,714.00
Filing Creditor Name and Address
 REVENUE MANAGEMENT AS ASSIGNEE
 OF CORNERSTONE DESIGN LTD
 ONE UNIVERSITY PLZ STE 312
 HACKENSACK NJ 07601

Claim Holder Name and Address     Docketed Total     $8,714.00

REVENUE MANAGEMENT AS ASSIGNEE OF
CORNERSTONE DESIGN LTD
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

Modified Total     $5,075.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $8,714.00 | 05-44640 | | | $5,075.20 |
| | | | $8,714.00 | | | | $5,075.20 |

---

**Claim: 3835**
Date Filed: 05/01/06
Docketed Total:   $620.00
Filing Creditor Name and Address
 REWARD INC
 11060 4A RD
 PLYMOUTH IN 46563

Claim Holder Name and Address     Docketed Total     $620.00

REWARD INC
11060 4A RD
PLYMOUTH IN 46563

Modified Total     $620.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $620.00 | 05-44640 | | | $620.00 |
| | | | $620.00 | | | | $620.00 |

---

**Claim: 9723**
Date Filed: 07/18/06
Docketed Total:   $1,251.31
Filing Creditor Name and Address
 REX SUPPLY CORP
 DEPT 587
 PO BOX 67000
 DETROIT MI 48267-0587

Claim Holder Name and Address     Docketed Total     $1,251.31

REX SUPPLY CORP
DEPT 587
PO BOX 67000
DETROIT MI 48267-0587

Modified Total     $1,245.55

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,251.31 | 05-44567 | | | $1,245.55 |
| | | | $1,251.31 | | | | $1,245.55 |

---

**Claim: 1526**
Date Filed: 01/13/06
Docketed Total:   $4,889.00
Filing Creditor Name and Address
 REYNARD CORPORATION
 1020 CALLE SOMBRA
 SAN CLEMENTE CA 92673

Claim Holder Name and Address     Docketed Total     $4,889.00

REYNARD CORPORATION
1020 CALLE SOMBRA
SAN CLEMENTE CA 92673

Modified Total     $4,875.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,889.00 | 05-44511 | | | $4,875.00 |
| | | | $4,889.00 | | | | $4,875.00 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2748<br>Date Filed:04/24/06<br>Docketed Total:  $141,705.00<br>Filing Creditor Name and Address<br>  RF MICRO DEVICES INC<br>  7628 THORNDIKE RD<br>  GREENSBORO NC 27409 | Claim Holder Name and Address<br><br>RF MICRO DEVICES INC<br>7628 THORNDIKE RD<br>GREENSBORO NC 27409 | Docketed Total | | $141,705.00 | | Modified Total | | $141,049.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$141,705.00<br>$141,705.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$141,049.05<br>$141,049.05 |
| Claim: 2916<br>Date Filed:04/27/06<br>Docketed Total:  $2,679.25<br>Filing Creditor Name and Address<br>  RICE LAKE WEIGHING SYSTEMS INC<br>  230 W COLEMAN<br>  RICE LAKE WI 54868 | Claim Holder Name and Address<br><br>RICE LAKE WEIGHING SYSTEMS INC<br>230 W COLEMAN<br>RICE LAKE WI 54868 | Docketed Total | | $2,679.25 | | Modified Total | | $2,597.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,679.25<br>$2,679.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,597.00<br>$2,597.00 |
| Claim: 4164<br>Date Filed:05/01/06<br>Docketed Total:  $1,152.00<br>Filing Creditor Name and Address<br>  RICHARDSAPEX INC<br>  4202 24 MAIN ST<br>  PHILADELPHIA PA 19127 | Claim Holder Name and Address<br><br>RICHARDSAPEX INC<br>4202 24 MAIN ST<br>PHILADELPHIA PA 19127 | Docketed Total | | $1,152.00 | | Modified Total | | $1,152.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,152.00<br>$1,152.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,152.00<br>$1,152.00 |
| Claim: 520<br>Date Filed:11/14/05<br>Docketed Total:  $193.34<br>Filing Creditor Name and Address<br>  RICHCO INC<br>  8145 RIVER DR<br>  MORTON GROVE IL 60053 | Claim Holder Name and Address<br><br>RICHCO INC<br>8145 RIVER DR<br>MORTON GROVE IL 60053 | Docketed Total | | $193.34 | | Modified Total | | $20.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$193.34<br>$193.34 | Case Number*<br>05-44610 | Secured | Priority | Unsecured<br>$20.00<br>$20.00 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim:** 9823<br>Date Filed: 07/18/06<br>Docketed Total: $50,326.75<br>Filing Creditor Name and Address<br>RINECO<br>PO BOX 729<br>BENTON AR 72018 | Claim Holder Name and Address<br><br>RINECO<br>PO BOX 729<br>BENTON AR 72018 | Docketed Total | | $50,326.75 | | Modified Total | | $50,326.75 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $50,326.75 | 05-44624<br>05-44640 | | | $1,079.70<br>$49,247.05 |
| | | | | $50,326.75 | | | | $50,326.75 |
| **Claim:** 9473<br>Date Filed: 07/13/06<br>Docketed Total: $18,234.70<br>Filing Creditor Name and Address<br>RIO GRANDE TOOL CO INC<br>5295 COMMERCIAL DR<br>BROWNSVILLE TX 78521 | Claim Holder Name and Address<br><br>MADISON INVESTMENT TRUST SERIES 38<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | Docketed Total | | $18,234.70 | | Modified Total | | $16,704.70 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $18,234.70 | 05-44640 | | | $16,704.70 |
| | | | | $18,234.70 | | | | $16,704.70 |
| **Claim:** 1037<br>Date Filed: 12/06/05<br>Docketed Total: $1,871.50<br>Filing Creditor Name and Address<br>RIS PAPER COMPANY<br>T LAEACE<br>635 W 7TH ST<br>CINCINNATI OH 45203 | Claim Holder Name and Address<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $1,871.50 | | Modified Total | | $1,871.50 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,871.50 | 05-44640 | | | $1,871.50 |
| | | | | $1,871.50 | | | | $1,871.50 |
| **Claim:** 8528<br>Date Filed: 06/26/06<br>Docketed Total: $39,600.00<br>Filing Creditor Name and Address<br>RITE TRACK EQUIPMENT SERVICES<br>8655 RITE TRACK WAY<br>WEST CHESTER OH 45069 | Claim Holder Name and Address<br><br>RITE TRACK EQUIPMENT SERVICES<br>8655 RITE TRACK WAY<br>WEST CHESTER OH 45069 | Docketed Total | | $39,600.00 | | Modified Total | | $39,600.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $39,600.00 | 05-44640 | | | $39,600.00 |
| | | | | $39,600.00 | | | | $39,600.00 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8993<br>Date Filed: 07/05/06<br>Docketed Total:  $5,703.00<br>Filing Creditor Name and Address<br> RITE TRACK EQUIPMENT SERVICES<br> 8655 RITE TRACK WAY<br> WEST CHESTER OH 45069 | Claim Holder Name and Address    Docketed Total    $5,703.00<br><br>RITE TRACK EQUIPMENT SERVICES<br>8655 RITE TRACK WAY<br>WEST CHESTER OH 45069 | Modified Total    $5,703.00 |
|  | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                 $5,703.00<br>                                                            $5,703.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $5,703.00<br>                                                            $5,703.00 |
| Claim: 868<br>Date Filed: 11/28/05<br>Docketed Total:  $51,160.00<br>Filing Creditor Name and Address<br> RITEWAY TRUCKING INC<br> 2777 STEMMONS FWY STE 1800<br> DALLAS TX 75207 | Claim Holder Name and Address    Docketed Total    $51,160.00<br><br>RITEWAY TRUCKING INC<br>2777 STEMMONS FWY STE 1800<br>DALLAS TX 75207 | Modified Total    $50,635.00 |
|  | Case Number*    Secured    Priority    Unsecured<br>05-44481                                                 $51,160.00<br>                                                            $51,160.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $50,635.00<br>                                                            $50,635.00 |
| Claim: 8857<br>Date Filed: 06/30/06<br>Docketed Total:  $1,458.64<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR FORCE CONTROL<br> INDUSTRIES INC<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STA<br> NEW YORK NY 10024 | Claim Holder Name and Address    Docketed Total    $1,458.64<br><br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR FORCE CONTROL INDUSTRIES INC<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STA<br>NEW YORK NY 10024 | Modified Total    $1,437.08 |
|  | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $1,458.64<br>                                                            $1,458.64 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $1,437.08<br>                                                            $1,437.08 |
| Claim: 8863<br>Date Filed: 06/30/06<br>Docketed Total:  $25,198.10<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR LAUREN<br> MANUFACTURING<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STATION<br> NEW YORK NY 10024 | Claim Holder Name and Address    Docketed Total    $25,198.10<br><br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR LAUREN MANUFACTURING<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024 | Modified Total    $23,290.40 |
|  | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $25,198.10<br>                                                            $25,198.10 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                 $23,290.40<br>                                                            $23,290.40 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8860<br>Date Filed: 06/30/06<br>Docketed Total:  $4,745.00<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR SA TECHNOLOGIES<br> INC<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STATION<br> NEW YORK NY 10024 | Claim Holder Name and Address    Docketed Total      $4,745.00<br><br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR SA TECHNOLOGIES INC<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44507                                          $4,745.00<br>                                                  $4,745.00 | Modified Total      $1,655.00<br><br><br><br><br><br>Case Number*    Secured    Priority      Unsecured<br>05-44507                                      $1,655.00<br>                                              $1,655.00 |
| Claim: 8865<br>Date Filed: 06/30/06<br>Docketed Total:  $2,026.50<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR STANDARD SCALE &<br> SUPPLY CO<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STATION<br> NEW YORK NY 10024 | Claim Holder Name and Address    Docketed Total      $2,026.50<br><br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR STANDARD SCALE & SUPPLY CO<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $2,026.50<br>                                                  $2,026.50 | Modified Total      $1,976.50<br><br><br><br><br><br>Case Number*    Secured    Priority      Unsecured<br>05-44640                                      $1,976.50<br>                                              $1,976.50 |
| Claim: 8858<br>Date Filed: 06/30/06<br>Docketed Total:  $12,982.30<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR VANEX FIRE<br> SYSTEMS<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STATION<br> NEW YORK NY 10024 | Claim Holder Name and Address    Docketed Total      $12,982.30<br><br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR VANEX FIRE SYSTEMS<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $12,982.30<br>                                                  $12,982.30 | Modified Total      $11,923.00<br><br><br><br><br><br>Case Number*    Secured    Priority      Unsecured<br>05-44640                                      $11,923.00<br>                                              $11,923.00 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 2388<br>Date Filed:03/24/06<br>Docketed Total: $48,888.20<br>Filing Creditor Name and Address<br> RJW MANUFACTURING INC<br> 1968 HWY 31 S<br> PO BOX 1103<br> ATHENS AL 35611-9028 | Claim Holder Name and Address    Docketed Total    $48,888.20<br><br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | | Modified Total    $45,703.07 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $48,888.20<br>                                                      $48,888.20 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $45,703.07<br>                                                      $45,703.07 | |
| Claim: 1212<br>Date Filed:12/20/05<br>Docketed Total: $99.14<br>Filing Creditor Name and Address<br> ROAD EQUIPMENT PARTS CENTER<br> MARK A HESS<br> 400 GORDON INDUSTRIAL CT SW<br> BYRON CENTER MI 49315 | Claim Holder Name and Address    Docketed Total    $99.14<br><br>ROAD EQUIPMENT PARTS CENTER<br>MARK A HESS<br>400 GORDON INDUSTRIAL CT SW<br>BYRON CENTER MI 49315 | | Modified Total    $99.14 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $99.14<br>                                                      $99.14 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $99.14<br>                                                      $99.14 | |
| Claim: 1943<br>Date Filed:02/14/06<br>Docketed Total: $17,804.77<br>Filing Creditor Name and Address<br> ROBERT HALF MANAGEMENT<br> RESOURCES<br> ATTN LYNDA TRAVERS<br> DIV OF ROBERT HALF<br> INTERNATIONAL<br> 5720 STONERIDGE DRIVE STE<br> THREE<br> PLEASANTON CA 94588 | Claim Holder Name and Address    Docketed Total    $17,804.77<br><br>ROBERT HALF MANAGEMENT RESOURCES<br>ATTN LYNDA TRAVERS<br>DIV OF ROBERT HALF<br>INTERNATIONAL<br>5720 STONERIDGE DRIVE STE<br>THREE<br>PLEASANTON CA 94588 | | Modified Total    $17,804.77 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $17,804.77<br>                                                      $17,804.77 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $17,804.77<br>                                                      $17,804.77 | |

*See Exhibit E for a listing of debtor entities by case number          Page:   318  of 433

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5235**
Date Filed: 05/08/06
Docketed Total: $29,637.53
Filing Creditor Name and Address
ROCHESTER HILLS CHRYSLER JEEP
INC
1301 S ROCHESTER RD
ROCHESTER HILLS MI 48307

Claim Holder Name and Address    Docketed Total    $29,637.53
ROCHESTER HILLS CHRYSLER JEEP INC
1301 S ROCHESTER RD
ROCHESTER HILLS MI 48307

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $29,637.53 |
| | | | $29,637.53 |

Modified Total    $29,026.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $29,026.60 |
| | | | $29,026.60 |

---

**Claim: 682**
Date Filed: 11/18/05
Docketed Total: $6,125.75
Filing Creditor Name and Address
ROCHESTER STEEL TREATING WORKS
INC
962 MAIN ST E
ROCHESTER NY 14605

Claim Holder Name and Address    Docketed Total    $6,125.75
ROCHESTER STEEL TREATING WORKS INC
962 MAIN ST E
ROCHESTER NY 14605

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,125.75 |
| | | | $6,125.75 |

Modified Total    $5,625.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,625.71 |
| | | | $5,625.71 |

---

**Claim: 3120**
Date Filed: 04/28/06
Docketed Total: $24,266.00
Filing Creditor Name and Address
ROCK VALLEY OIL & CHEMICAL CO
1911 WINDSOR RD
ROCKFORD IL 61111

Claim Holder Name and Address    Docketed Total    $24,266.00
ROCK VALLEY OIL & CHEMICAL CO
1911 WINDSOR RD
ROCKFORD IL 61111

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $24,266.00 |
| | | | $24,266.00 |

Modified Total    $24,266.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $24,266.00 |
| | | | $24,266.00 |

---

**Claim: 3030**
Date Filed: 04/28/06
Docketed Total: $1,317.00
Filing Creditor Name and Address
ROCKFORD MFG GROUP INC
14343 INDUSTRIAL PKWY
SOUTH BELOIT IL 61080-2603

Claim Holder Name and Address    Docketed Total    $1,317.00
ROCKFORD MFG GROUP INC
14343 INDUSTRIAL PKWY
SOUTH BELOIT IL 61080-2603

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,317.00 |
| | | | $1,317.00 |

Modified Total    $1,317.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,317.00 |
| | | | $1,317.00 |

---

In re: Delphi Corporation, et al.                                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4267<br>Date Filed:05/01/06<br>Docketed Total:   $7,290.00<br>Filing Creditor Name and Address<br> ROEMER INDUSTRIES INC<br> 1555 MASURY RD<br> MASURY OH 44438 | Claim Holder Name and Address    Docketed Total    $7,290.00<br><br>ROEMER INDUSTRIES INC<br>1555 MASURY RD<br>MASURY OH 44438<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $7,290.00<br>                                                   $7,290.00 | Modified Total    $7,290.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $7,290.00<br>                                                   $7,290.00 |
| Claim: 2437<br>Date Filed:03/28/06<br>Docketed Total:   $12,687.09<br>Filing Creditor Name and Address<br> ROESSEL & CO INC<br> 199 LAGRANGE AVE<br> ROCHESTER NY 14613-1511 | Claim Holder Name and Address    Docketed Total    $12,687.09<br><br>KT TRUST<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $12,687.09<br>                                                   $12,687.09 | Modified Total    $12,007.43<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $12,007.43<br>                                                   $12,007.43 |
| Claim: 440<br>Date Filed:11/08/05<br>Docketed Total:   $1,300.00<br>Filing Creditor Name and Address<br> ROHDE & SCHWARZ INC<br> ATTN MARK LASH<br> 8661A ROBERT FULTON DR<br> COLUMBIA MD 21046 | Claim Holder Name and Address    Docketed Total    $1,300.00<br><br>ROHDE & SCHWARZ INC<br>ATTN MARK LASH<br>8661A ROBERT FULTON DR<br>COLUMBIA MD 21046<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44596                                           $1,300.00<br>                                                   $1,300.00 | Modified Total    $1,300.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $1,300.00<br>                                                   $1,300.00 |
| Claim: 441<br>Date Filed:11/08/05<br>Docketed Total:   $176,670.70<br>Filing Creditor Name and Address<br> ROHDE & SCHWARZ INC<br> ATTN MARK LASH<br> 8661A ROBERT FULTON DR<br> COLUMBIA MD 21046 | Claim Holder Name and Address    Docketed Total    $176,670.70<br><br>ROHDE & SCHWARZ INC<br>ATTN MARK LASH<br>8661A ROBERT FULTON DR<br>COLUMBIA MD 21046<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44547                                           $176,670.70<br>                                                   $176,670.70 | Modified Total    $176,670.70<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $176,670.70<br>                                                   $176,670.70 |

*See Exhibit E for a listing of debtor entities by case number                Page:   320  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 434<br>Date Filed:11/08/05<br>Docketed Total:   $12,217.58<br>Filing Creditor Name and Address<br> ROLLIN J LOBAUGH<br> 240 RYAN WY<br> SOUTH SAN FRANCISCO CA 94080 | Claim Holder Name and Address    Docketed Total    $12,217.58<br><br>ROLLIN J LOBAUGH<br>240 RYAN WY<br>SOUTH SAN FRANCISCO CA 94080<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                         $12,217.58<br>_____<br>                                $12,217.58 | Modified Total    $9,165.83<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                    $109.00<br>05-44511                                  $9,056.83<br>_____<br>                                           $9,165.83 |
| Claim: 1147<br>Date Filed:12/13/05<br>Docketed Total:   $5,532.94<br>Filing Creditor Name and Address<br> RONALD OTT TECHNICAL SERVICES<br> LLC<br> PO BOX 58648<br> CINCINNATI OH 45258-0648 | Claim Holder Name and Address    Docketed Total    $5,532.94<br><br>RONALD OTT TECHNICAL SERVICES LLC<br>PO BOX 58648<br>CINCINNATI OH 45258-0648<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $5,532.94<br>_____<br>                                           $5,532.94 | Modified Total    $4,533.06<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $4,533.06<br>_____<br>                                           $4,533.06 |
| Claim: 1100<br>Date Filed:12/09/05<br>Docketed Total:   $3,085.00<br>Filing Creditor Name and Address<br> RONALD STEMEN DBA GT&R SALES &<br> SERVICE<br> PO BOX 4299<br> PENSACOLA FL 32507 | Claim Holder Name and Address    Docketed Total    $3,085.00<br><br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $3,085.00<br>_____<br>                                           $3,085.00 | Modified Total    $3,085.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $3,085.00<br>_____<br>                                           $3,085.00 |
| Claim: 1641<br>Date Filed:01/23/06<br>Docketed Total:   $7,218.00<br>Filing Creditor Name and Address<br> ROOT INTERNATIONAL INC DBA<br> CASES2GO<br> 24650 STATE RD 54<br> LUTZ FL 33559 | Claim Holder Name and Address    Docketed Total    $7,218.00<br><br>ROOT INTERNATIONAL INC DBA CASES2GO<br>24650 STATE RD 54<br>LUTZ FL 33559<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $7,218.00<br>_____<br>                                           $7,218.00 | Modified Total    $7,218.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                  $7,218.00<br>_____<br>                                           $7,218.00 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 299<br>Date Filed:11/03/05<br>Docketed Total:  $11,666.60<br>Filing Creditor Name and Address<br> ROPE & PLASTIC SALES USA PTY<br> LTD<br> MR ROD ARTHUR<br> PO BOX 142<br> EDWARDSTOWN  5309<br> AUSTRALIA | Claim Holder Name and Address     Docketed Total     $11,666.60<br><br>ROPE & PLASTIC SALES USA PTY LTD<br>MR ROD ARTHUR<br>PO BOX 142<br>EDWARDSTOWN  5309<br>AUSTRALIA<br><br>Case Number*     Secured        Priority       Unsecured<br>05-44481                                              $11,666.60<br>                                                      $11,666.60 | | | | Modified Total     $8,749.95<br><br><br><br><br><br>Case Number*     Secured       Priority      Unsecured<br>05-44640                                            $8,749.95<br>                                                    $8,749.95 | | | |
| Claim: 10894<br>Date Filed:07/25/06<br>Docketed Total:   $80,988.00<br>Filing Creditor Name and Address<br> ROSE SYSTEMS CORPORATION<br> 11450 ROJAS D6<br> EL PASO TX 79936 | Claim Holder Name and Address     Docketed Total     $80,988.00<br><br>ROSE SYSTEMS CORPORATION<br>11450 ROJAS D6<br>EL PASO TX 79936<br><br>Case Number*     Secured        Priority       Unsecured<br>05-44640                                              $80,988.00<br>                                                      $80,988.00 | | | | Modified Total     $77,328.00<br><br><br><br><br>Case Number*     Secured       Priority      Unsecured<br>05-44640                                            $77,328.00<br>                                                    $77,328.00 | | | |
| Claim: 7344<br>Date Filed:06/02/06<br>Docketed Total:   $3,997.42<br>Filing Creditor Name and Address<br> ROSTRA TOOL CO<br> 30 E INDUSTRIAL RD<br> BRANFORD CT 06405 | Claim Holder Name and Address     Docketed Total     $3,997.42<br><br>ROSTRA TOOL CO<br>30 E INDUSTRIAL RD<br>BRANFORD CT 06405<br><br>Case Number*     Secured        Priority       Unsecured<br>05-44481                                              $3,997.42<br>                                                      $3,997.42 | | | | Modified Total     $3,958.42<br><br><br><br><br>Case Number*     Secured       Priority      Unsecured<br>05-44640                                            $3,958.42<br>                                                    $3,958.42 | | | |
| Claim: 11527<br>Date Filed:07/27/06<br>Docketed Total:   $45,258.00<br>Filing Creditor Name and Address<br> ROTAFORM LLC<br> C O REBECCA SIMONI ESQ<br> VON BRIESEN & ROPER<br> 411 E WISCONSIN AVE STE 700<br> MILWAUKEE WI 53202 | Claim Holder Name and Address     Docketed Total     $45,258.00<br><br>ROTAFORM LLC<br>C O REBECCA SIMONI ESQ<br>VON BRIESEN & ROPER<br>411 E WISCONSIN AVE STE 700<br>MILWAUKEE WI 53202<br><br>Case Number*     Secured        Priority       Unsecured<br>05-44640                                              $45,258.00<br>                                                      $45,258.00 | | | | Modified Total     $43,242.00<br><br><br><br><br><br>Case Number*     Secured       Priority      Unsecured<br>05-44640                                            $43,242.00<br>                                                    $43,242.00 | | | |

*See Exhibit E for a listing of debtor entities by case number                Page:   322  of 433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9166<br>Date Filed: 07/10/06<br>Docketed Total:  $228,167.00<br>Filing Creditor Name and Address<br> ROUSH INDUSTRIES INC<br> 12445 LEVAN<br> LIVONIA MI 48150 | Claim Holder Name and Address    Docketed Total    $228,167.00<br><br>ROUSH INDUSTRIES INC<br>12445 LEVAN<br>LIVONIA MI 48150<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                    $228,167.00<br>                                                            $228,167.00 | Modified Total    $228,167.00<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $228,167.00<br>                                            $228,167.00 |
| Claim: 3939<br>Date Filed: 05/01/06<br>Docketed Total:  $1,726.76<br>Filing Creditor Name and Address<br> ROYAL OAK WASTE PAPER & METAL<br> 414 EAST HUDSON<br> ROYAL OAK MI 48067 | Claim Holder Name and Address    Docketed Total    $1,726.76<br><br>ROYAL OAK WASTE PAPER & METAL<br>414 EAST HUDSON<br>ROYAL OAK MI 48067<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                    $1,726.76<br>                                                            $1,726.76 | Modified Total    $271.88<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $271.88<br>                                            $271.88 |
| Claim: 2250<br>Date Filed: 03/10/06<br>Docketed Total:  $61,380.00<br>Filing Creditor Name and Address<br> ROYBERG INC DBA PRECISION MOLD<br> & TOOL DBA PRECISION MOLD &<br> TOOL GROUP<br> C O ED PHILLIPS JR<br> 8000 IH 10 WEST STE 1000<br> SAN ANTONIO TX 78230 | Claim Holder Name and Address    Docketed Total    $61,380.00<br><br>ROYBERG INC DBA PRECISION MOLD &<br>TOOL DBA PRECISION MOLD & TOOL<br>GROUP<br>C O ED PHILLIPS JR<br>8000 IH 10 WEST STE 1000<br>SAN ANTONIO TX 78230<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                    $61,380.00<br>                                                            $61,380.00 | Modified Total    $61,380.00<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $61,380.00<br>                                            $61,380.00 |
| Claim: 1095<br>Date Filed: 12/09/05<br>Docketed Total:  $6,430.86<br>Filing Creditor Name and Address<br> RS ELECTRONICS<br> MICHELLE ROSS<br> 34443 SCHOOLCRAFT RD<br> LIVONIA MI 48150 | Claim Holder Name and Address    Docketed Total    $6,430.86<br><br>RS ELECTRONICS<br>MICHELLE ROSS<br>34443 SCHOOLCRAFT RD<br>LIVONIA MI 48150<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                    $6,430.86<br>                                                            $6,430.86 | Modified Total    $5,652.86<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $5,652.86<br>                                            $5,652.86 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| **Claim:** 15939<br>Date Filed:08/09/06<br>Docketed Total:  $16,662.36<br>Filing Creditor Name and Address<br>  RT SUB LLC FORMERLY KNOWN AS<br>  RECEPTEC LLC<br>  GEORGE E CASTON MANAGER<br>  RT SUB LLC<br>  20791 TORREY PINES WAY<br>  ESTERO FL 33928 | Claim Holder Name and Address    Docketed Total    $16,662.36<br><br>RT SUB LLC FORMERLY KNOWN AS<br>RECEPTEC LLC<br>GEORGE E CASTON MANAGER<br>RT SUB LLC<br>20791 TORREY PINES WAY<br>ESTERO FL 33928<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $16,662.36<br>                                                   $16,662.36 | Modified Total    $13,853.48<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $13,853.48<br>                                                   $13,853.48 |
| **Claim:** 9910<br>Date Filed:07/19/06<br>Docketed Total:  $401,017.30<br>Filing Creditor Name and Address<br>  RTP CO<br>  580 E FRONT ST<br>  WINONA MN 55987 | Claim Holder Name and Address    Docketed Total    $401,017.30<br><br>RTP CO<br>580 E FRONT ST<br>WINONA MN 55987<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $401,017.30<br>                                                   $401,017.30 | Modified Total    $394,557.30<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $394,557.30<br>                                                   $394,557.30 |
| **Claim:** 237<br>Date Filed:10/31/05<br>Docketed Total:  $12,076.40<br>Filing Creditor Name and Address<br>  RUDOLPH BROS & CO<br>  PO BOX 425<br>  CANAL WINCHESTER OH 43110 | Claim Holder Name and Address    Docketed Total    $12,076.40<br><br>RUDOLPH BROS & CO<br>PO BOX 425<br>CANAL WINCHESTER OH 43110<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $12,076.40<br>                                                   $12,076.40 | Modified Total    $12,076.40<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $12,076.40<br>                                                   $12,076.40 |
| **Claim:** 9498<br>Date Filed:07/14/06<br>Docketed Total:  $3,113.12<br>Filing Creditor Name and Address<br>  S & K TOP QUALITY LIAISONS<br>  CUSTOMER SERVICE<br>  1109 WINCHESTER WAY<br>  CHESAPEAKE VA 23320 | Claim Holder Name and Address    Docketed Total    $3,113.12<br><br>S & K TOP QUALITY LIAISONS<br>CUSTOMER SERVICE<br>1109 WINCHESTER WAY<br>CHESAPEAKE VA 23320<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                          $3,113.12<br>                                                   $3,113.12 | Modified Total    $3,088.75<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                          $3,088.75<br>                                                   $3,088.75 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 376<br>Date Filed:11/07/05<br>Docketed Total:  $9,725.29<br>Filing Creditor Name and Address<br> S & S TECHNOLOGY<br> ATTN THOMAS CHANDO<br> 10625 TELGE RD<br> HOUSTON TX 77095 | Claim Holder Name and Address   Docketed Total   $9,725.29<br><br>S & S TECHNOLOGY<br>ATTN THOMAS CHANDO<br>10625 TELGE RD<br>HOUSTON TX 77095<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507                                 $9,725.29<br>                                         $9,725.29 | Modified Total   $8,549.29<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507                                 $8,549.29<br>                                         $8,549.29 |
| Claim: 6754<br>Date Filed:05/24/06<br>Docketed Total:  $8,340.00<br>Filing Creditor Name and Address<br> S K BRAZING CO EFT<br> 565 2 SINCHEON DONG SIHEUNG<br> CITY KYUNGK DO<br> KOREA, REPUBLIC OF | Claim Holder Name and Address   Docketed Total   $8,340.00<br><br>S K BRAZING CO EFT<br>565 2 SINCHEON DONG SIHEUNG<br>CITY KYUNGK DO<br>KOREA, REPUBLIC OF<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $8,340.00<br>                                         $8,340.00 | Modified Total   $8,340.00<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $8,340.00<br>                                         $8,340.00 |
| Claim: 3802<br>Date Filed:05/01/06<br>Docketed Total:  $2,528.32<br>Filing Creditor Name and Address<br> SAF T GARD INTERNATIONAL INC<br> 205 HUEHL RD<br> NORTHBROOK IL 60062 | Claim Holder Name and Address   Docketed Total   $2,528.32<br><br>SAF T GARD INTERNATIONAL INC<br>205 HUEHL RD<br>NORTHBROOK IL 60062<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $2,528.32<br>                                         $2,528.32 | Modified Total   $2,528.32<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $2,528.32<br>                                         $2,528.32 |
| Claim: 10452<br>Date Filed:07/24/06<br>Docketed Total:  $7,112.74<br>Filing Creditor Name and Address<br> SAFE SYSTEMS<br> TONY CHIRIKOS<br> 3640 WALNUT<br> BOULDER CO 80301 | Claim Holder Name and Address   Docketed Total   $7,112.74<br><br>SAFE SYSTEMS<br>TONY CHIRIKOS<br>3640 WALNUT<br>BOULDER CO 80301<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $7,112.74<br>                                         $7,112.74 | Modified Total   $6,524.29<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507                                 $6,524.29<br>                                         $6,524.29 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7208**
Date Filed: 05/31/06
Docketed Total:   $19,250.00
Filing Creditor Name and Address
 SAFETY KLEEN CORP
 2549 N NEW YORK ST
 WICHITA KS 67219

Claim Holder Name and Address    Docketed Total    $19,250.00

SAFETY KLEEN CORP
2549 N NEW YORK ST
WICHITA KS 67219

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $19,250.00 |
| | | | $19,250.00 |

Modified Total    $19,250.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,250.00 |
| | | | $19,250.00 |

---

**Claim: 7891**
Date Filed: 06/13/06
Docketed Total:   $11,737.52
Filing Creditor Name and Address
 SAGER ELECTRONICS
 ACCOUNTS PAYABLE
 97 LIBBEY INDUSTRIAL PKWY
 WEYMOUTH MA 02189

Claim Holder Name and Address    Docketed Total    $11,737.52

SAGER ELECTRONICS
ACCOUNTS PAYABLE
97 LIBBEY INDUSTRIAL PKWY
WEYMOUTH MA 02189

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,737.52 |
| | | | $11,737.52 |

Modified Total    $11,087.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $11,087.00 |
| | | | $11,087.00 |

---

**Claim: 10247**
Date Filed: 07/21/06
Docketed Total:   $6,757.56
Filing Creditor Name and Address
 SAIA MOTOR FREIGHT LINE INC
 PO BOX A STATION 1
 HOUMA LA 70363

Claim Holder Name and Address    Docketed Total    $6,757.56

SAIA MOTOR FREIGHT LINE INC
PO BOX A STATION 1
HOUMA LA 70363

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,757.56 |
| | | | $6,757.56 |

Modified Total    $2,342.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,342.23 |
| | | | $2,342.23 |

---

**Claim: 15600**
Date Filed: 07/31/06
Docketed Total:   $26,750.00
Filing Creditor Name and Address
 SAISHA TECHNOLOGY AND CIRCUITS
 INTERNATIONAL LC
 2921 W CYPRESS CREEK RD
 FORT LAUDERDALE FL 33309

Claim Holder Name and Address    Docketed Total    $26,750.00

LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $26,750.00 |
| | | | $26,750.00 |

Modified Total    $25,950.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,950.00 |
| | | | $25,950.00 |

---

*See Exhibit E for a listing of debtor entities by case number                Page:   326  of 433

In re: Delphi Corporation, et al.

<div align="right">Ninth Omnibus Objection</div>

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4413<br>Date Filed:05/02/06<br>Docketed Total:   $216.00<br>Filing Creditor Name and Address<br> SALIS INC<br> STE 300<br> 300 COLONIAL CTR PKWY<br> ROSWELL GA 30076 | Claim Holder Name and Address<br><br>SALIS INC<br>STE 300<br>300 COLONIAL CTR PKWY<br>ROSWELL GA 30076 | Docketed Total | | $216.00 | | Modified Total | | $216.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$216.00<br>$216.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$216.00<br>$216.00 |
| Claim: 233<br>Date Filed:10/31/05<br>Docketed Total:   $1,186.74<br>Filing Creditor Name and Address<br> SAMTEC INC<br> ATTN CHERI NOON<br> 520 PARK E BLVD<br> NEW ALBANY IN 47151 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $1,186.74 | | Modified Total | | $1,068.12 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,186.74<br>$1,186.74 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,068.12<br>$1,068.12 |
| Claim: 6136<br>Date Filed:05/17/06<br>Docketed Total:   $235.60<br>Filing Creditor Name and Address<br> SAN BAY INC EFT<br> 161 E MARKET ST<br> SANDUSKY OH 44870-2507 | Claim Holder Name and Address<br><br>SAN BAY INC EFT<br>161 E MARKET ST<br>SANDUSKY OH 44870-2507 | Docketed Total | | $235.60 | | Modified Total | | $235.60 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$235.60<br>$235.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$235.60<br>$235.60 |
| Claim: 6043<br>Date Filed:05/16/06<br>Docketed Total:   $29,866.36<br>Filing Creditor Name and Address<br> SANDUSKY ELECTRIC INC<br> 1516 MILAN RD<br> SANDUSKY OH 44870-4116 | Claim Holder Name and Address<br><br>SANDUSKY ELECTRIC INC<br>1516 MILAN RD<br>SANDUSKY OH 44870-4116 | Docketed Total | | $29,866.36 | | Modified Total | | $29,866.36 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$29,866.36<br>$29,866.36 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$29,866.36<br>$29,866.36 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 1555<br>Date Filed: 01/17/06<br>Docketed Total:  $485,490.00<br>Filing Creditor Name and Address<br> SANYO SEMICONDUCTOR<br> CORPORATION<br> KATSUHITO TAKEI TREASURER<br> 80 COMMERCE DR<br> ALLENDALE NJ 07401 | Claim Holder Name and Address    Docketed Total    $485,490.00<br><br>SANYO SEMICONDUCTOR CORPORATION<br>KATSUHITO TAKEI TREASURER<br>80 COMMERCE DR<br>ALLENDALE NJ 07401 | | | | Modified Total    $464,595.00 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $485,490.00<br>                                                 $485,490.00 | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $464,595.00<br>                                                 $464,595.00 | | |
| Claim: 1481<br>Date Filed: 01/09/06<br>Docketed Total:  $3,928.74<br>Filing Creditor Name and Address<br> SAP AMERICA INC<br> DONALD K LUDMAN ESQ<br> BROWN & CONNERY LLP<br> 6 N BROAD ST<br> WOODBURY NJ 08096 | Claim Holder Name and Address    Docketed Total    $3,928.74<br><br>SAP AMERICA INC<br>DONALD K LUDMAN ESQ<br>BROWN & CONNERY LLP<br>6 N BROAD ST<br>WOODBURY NJ 08096 | | | | Modified Total    $1,528.74 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $3,928.74<br>                                                 $3,928.74 | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $1,528.74<br>                                                 $1,528.74 | | |
| Claim: 1998<br>Date Filed: 02/14/06<br>Docketed Total:  $35,457.92<br>Filing Creditor Name and Address<br> SARGENT DOCKS & TERMINAL INC<br> 2840 BAY RD<br> SAGINAW MI 48604 | Claim Holder Name and Address    Docketed Total    $35,457.92<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | | | Modified Total    $35,457.90 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $35,457.92<br>                                                 $35,457.92 | | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $35,457.90<br>                                                 $35,457.90 | | |
| Claim: 460<br>Date Filed: 11/09/05<br>Docketed Total:  $53,054.40<br>Filing Creditor Name and Address<br> SASOL GERMANY GMBH<br> INORGANIC SPECIALTY CHEMICALS<br> ATTN DR STEFAN MAEDJE<br> ANCKELMANNSPLATZ 1<br> HAMBURG  D 20537<br> GERMANY | Claim Holder Name and Address    Docketed Total    $53,054.40<br><br>SASOL GERMANY GMBH<br>INORGANIC SPECIALTY CHEMICALS<br>ATTN DR STEFAN MAEDJE<br>ANCKELMANNSPLATZ 1<br>HAMBURG  D 20537<br>GERMANY | | | | Modified Total    $53,054.40 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $53,054.40<br>                                                 $53,054.40 | | | Case Number*    Secured    Priority    Unsecured<br>05-44482                                        $53,054.40<br>                                                 $53,054.40 | | |

In re: Delphi Corporation, et al.                                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6332<br>Date Filed:05/19/06<br>Docketed Total:   $20,640.00<br>Filing Creditor Name and Address<br>  SATURN ELECTRONICS &<br>  ENGINEERING, INC<br>  C/O DONALD F BATY, ESQ<br>  HONIGMAN MILLER SCHWARTZ AND<br>  COHN L<br>  2290 FIRST NATIONAL BUILDING<br>  DETROIT MI 48226 | Claim Holder Name and Address    Docketed Total    $20,640.00<br><br>SATURN ELECTRONICS & ENGINEERING,<br>INC<br>C/O DONALD F BATY, ESQ<br>HONIGMAN MILLER SCHWARTZ AND<br>COHN L<br>2290 FIRST NATIONAL BUILDING<br>DETROIT MI 48226<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $20,640.00<br>                                                    $20,640.00 | Modified Total    $18,523.00<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $18,523.00<br>                                                    $18,523.00 |
| Claim: 236<br>Date Filed:10/31/05<br>Docketed Total:   $1,117.83<br>Filing Creditor Name and Address<br>  SC LOGIC INC<br>  MARIAN ROBINSON<br>  304 M HARRY S TRUMAN PKWY<br>  ANNAPOLIS MD 21401 | Claim Holder Name and Address    Docketed Total    $1,117.83<br><br>SC LOGIC INC<br>MARIAN ROBINSON<br>304 M HARRY S TRUMAN PKWY<br>ANNAPOLIS MD 21401<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $1,117.83<br>                $1,117.83 | Modified Total    $1,107.29<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $1,107.29<br>                                                    $1,107.29 |
| Claim: 2900<br>Date Filed:04/27/06<br>Docketed Total:   $5,969.70<br>Filing Creditor Name and Address<br>  SCHAEFER PLUMBING SUPPLY CO IN<br>  146 CLINTON ST<br>  BUFFALO NY 14203-2023 | Claim Holder Name and Address    Docketed Total    $5,969.70<br><br>SCHAEFER PLUMBING SUPPLY CO IN<br>146 CLINTON ST<br>BUFFALO NY 14203-2023<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $5,969.70<br>                                                    $5,969.70 | Modified Total    $5,043.40<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $5,043.40<br>                                                    $5,043.40 |
| Claim: 6834<br>Date Filed:05/25/06<br>Docketed Total:   $303.60<br>Filing Creditor Name and Address<br>  SCHAEFFERS SPECIALIZED LUBRIC<br>  ADD CHG 06 25 04 AH<br>  8611 SENECA HWY<br>  MORENCI MI 49256-9541 | Claim Holder Name and Address    Docketed Total    $303.60<br><br>SCHAEFFERS SPECIALIZED LUBRIC<br>ADD CHG 06 25 04 AH<br>8611 SENECA HWY<br>MORENCI MI 49256-9541<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $303.60<br>                                $303.60 | Modified Total    $288.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $288.00<br>                                                    $288.00 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5740**
Date Filed:05/12/06
Docketed Total:  $6,275.37
Filing Creditor Name and Address
 SCHERER INDUSTRIAL GROUP INC
 940 S WEST ST
 INDIANAPOLIS IN 46225-146

| Claim Holder Name and Address | Docketed Total | $6,275.37 |
|---|---|---|

SCHERER INDUSTRIAL GROUP INC
940 S WEST ST
INDIANAPOLIS IN 46225-146

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,275.37 |
| | | | $6,275.37 |

| | Modified Total | $3,809.00 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,809.00 |
| | | | $3,809.00 |

---

**Claim: 7059**
Date Filed:05/30/06
Docketed Total:   $19,907.21
Filing Creditor Name and Address
 SCHICKLER R J LANDSCAPE CO
 870 CHILI SCOTTSVILLE RD
 SCOTTSVILLE NY 14546-9751

| Claim Holder Name and Address | Docketed Total | $19,907.21 |
|---|---|---|

SCHICKLER R J LANDSCAPE CO
870 CHILI SCOTTSVILLE RD
SCOTTSVILLE NY 14546-9751

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,887.93 | $18,019.28 |
| | | $1,887.93 | $18,019.28 |

| | Modified Total | $18,019.28 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,019.28 |
| | | | $18,019.28 |

---

**Claim: 6923**
Date Filed:05/26/06
Docketed Total:  $6,314.26
Filing Creditor Name and Address
 SCHINDLER ELEVATOR CORP
 PO BOX 1935
 MORRISTOWN NJ 07962-1935

| Claim Holder Name and Address | Docketed Total | $6,314.26 |
|---|---|---|

SCHINDLER ELEVATOR CORP
PO BOX 1935
MORRISTOWN NJ 07962-1935

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,314.26 |
| | | | $6,314.26 |

| | Modified Total | $5,511.42 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,511.42 |
| | | | $5,511.42 |

---

**Claim: 6924**
Date Filed:05/26/06
Docketed Total:   $9,197.28
Filing Creditor Name and Address
 SCHINDLER ELEVATOR CORP
 PO BOX 1935
 MORRISTOWN NJ 07962-1935

| Claim Holder Name and Address | Docketed Total | $9,197.28 |
|---|---|---|

SCHINDLER ELEVATOR CORP
PO BOX 1935
MORRISTOWN NJ 07962-1935

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,197.28 |
| | | | $9,197.28 |

| | Modified Total | $9,197.28 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,197.28 |
| | | | $9,197.28 |

---

*See Exhibit E for a listing of debtor entities by case number                    Page:  330  of 433

In re: Delphi Corporation, et al.                                                                  Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 6925**
Date Filed: 05/26/06
Docketed Total: $1,034.83
Filing Creditor Name and Address
 SCHINDLER ELEVATOR CORP
 PO BOX 1935
 MORRISTOWN NJ 07962-1935

| Claim Holder Name and Address | Docketed Total | $1,034.83 |
|---|---|---|

SCHINDLER ELEVATOR CORP
PO BOX 1935
MORRISTOWN NJ 07962-1935

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,034.83 |
| | | | $1,034.83 |

| | Modified Total | $778.23 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $778.23 |
| | | | $778.23 |

---

**Claim: 8242**
Date Filed: 06/20/06
Docketed Total: $47,120.00
Filing Creditor Name and Address
 SCHUNK GRAPHITE TECHNOLOGY LLC
 W146 N9300 HELD DR
 MENOMONEE FALLS WI 53051

| Claim Holder Name and Address | Docketed Total | $47,120.00 |
|---|---|---|

SCHUNK GRAPHITE TECHNOLOGY LLC
W146 N9300 HELD DR
MENOMONEE FALLS WI 53051

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44632 | | | $47,120.00 |
| | | | $47,120.00 |

| | Modified Total | $47,120.00 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $47,120.00 |
| | | | $47,120.00 |

---

**Claim: 3339**
Date Filed: 04/28/06
Docketed Total: $604.30
Filing Creditor Name and Address
 SCIENTIFIC COMPONENTS CORP
 PO BOX 350165
 BROOKLYN NY 11235

| Claim Holder Name and Address | Docketed Total | $604.30 |
|---|---|---|

SCIENTIFIC COMPONENTS CORP
PO BOX 350165
BROOKLYN NY 11235

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $604.30 |
| | | | $604.30 |

| | Modified Total | $604.30 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $604.30 |
| | | | $604.30 |

---

**Claim: 6687**
Date Filed: 05/23/06
Docketed Total: $464.68
Filing Creditor Name and Address
 SEAGATE CONTROL SYSTEMS CO
 57 N WESTWOOD AVE
 TOLEDO OH 43607

| Claim Holder Name and Address | Docketed Total | $464.68 |
|---|---|---|

SEAGATE CONTROL SYSTEMS CO
57 N WESTWOOD AVE
TOLEDO OH 43607

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $464.68 |
| | | | $464.68 |

| | Modified Total | $464.68 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $464.68 |
| | | | $464.68 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 897<br>Date Filed:11/28/05<br>Docketed Total:  $956.25<br>Filing Creditor Name and Address<br>  SEAGATE OFFICE PRODUCTS<br>  1044 HAMILTON DR<br>  HOLLAND OH 43528 | Claim Holder Name and Address<br><br>SEAGATE OFFICE PRODUCTS<br>1044 HAMILTON DR<br>HOLLAND OH 43528 | Docketed Total | | $956.25 | Modified Total | | | $956.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$956.25<br>$956.25 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$956.25<br>$956.25 |
| Claim: 3087<br>Date Filed:04/28/06<br>Docketed Total:   $81.00<br>Filing Creditor Name and Address<br>  SEALCON LLC<br>  14853 E HINSDALE AVE STE D<br>  ENGLEWOOD CO 80112 | Claim Holder Name and Address<br><br>SEALCON LLC<br>14853 E HINSDALE AVE STE D<br>ENGLEWOOD CO 80112 | Docketed Total | | $81.00 | Modified Total | | | $81.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$81.00<br>$81.00 | Case Number*<br>05-44624 | Secured | Priority | Unsecured<br>$81.00<br>$81.00 |
| Claim: 7843<br>Date Filed:06/12/06<br>Docketed Total:   $7,427.47<br>Filing Creditor Name and Address<br>  SEALING DEVICES INC<br>  4400 WALDEN AVE<br>  LANCASTER NY 14086-971 | Claim Holder Name and Address<br><br>SEALING DEVICES INC<br>4400 WALDEN AVE<br>LANCASTER NY 14086-971 | Docketed Total | | $7,427.47 | Modified Total | | | $5,927.90 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,427.47<br>$7,427.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,927.90<br>$5,927.90 |
| Claim: 1759<br>Date Filed:02/03/06<br>Docketed Total:   $4,454.73<br>Filing Creditor Name and Address<br>  SECOR INTERNATIONAL INC<br>  12034 134TH COURT NE STE 102<br>  REDMOND WA 98052 | Claim Holder Name and Address<br><br>SECOR INTERNATIONAL INC<br>12034 134TH COURT NE STE 102<br>REDMOND WA 98052 | Docketed Total | | $4,454.73 | Modified Total | | | $4,454.73 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,454.73<br>$4,454.73 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,454.73<br>$4,454.73 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4882<br>Date Filed:05/05/06<br>Docketed Total:   $1,242.52<br>Filing Creditor Name and Address<br>  SECURENET INC<br>  PO BOX 700277<br>  DALLAS TX 75370-0277 | Claim Holder Name and Address    Docketed Total    $1,242.52<br><br>SECURENET INC<br>PO BOX 700277<br>DALLAS TX 75370-0277<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $1,242.52<br>                                                $1,242.52 | Modified Total    $1,242.52<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                        $1,242.52<br>                                                $1,242.52 |
| Claim: 2827<br>Date Filed:04/26/06<br>Docketed Total:   $93.00<br>Filing Creditor Name and Address<br>  SEHO USA INC EFT<br>  325 L HILL CARTER PKWY<br>  ASHLAND VA 23005 | Claim Holder Name and Address    Docketed Total    $93.00<br><br>SEHO USA INC EFT<br>325 L HILL CARTER PKWY<br>ASHLAND VA 23005<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $93.00<br>                                                $93.00 | Modified Total    $93.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $93.00<br>                                                $93.00 |
| Claim: 15427<br>Date Filed:07/31/06<br>Docketed Total:   $20,842.73<br>Filing Creditor Name and Address<br>  SELECT INDUSTRIES CORPORATION<br>  PAIGE LEIGH ELLERMAN ESQ<br>  TAFT STETTINIUS & HOLLISTER<br>  LLP<br>  425 WALNUT ST STE 1800<br>  CINCINNATI OH 45202 | Claim Holder Name and Address    Docketed Total    $20,842.73<br><br>SELECT INDUSTRIES CORPORATION<br>PAIGE LEIGH ELLERMAN ESQ<br>TAFT STETTINIUS & HOLLISTER<br>LLP<br>425 WALNUT ST STE 1800<br>CINCINNATI OH 45202<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $20,842.73<br>                                                $20,842.73 | Modified Total    $20,842.73<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $20,842.73<br>                                                $20,842.73 |
| Claim: 9036<br>Date Filed:07/05/06<br>Docketed Total:   $9,290.65<br>Filing Creditor Name and Address<br>  SELETA OPERACOES DA QUALIDADE<br>  LTDA<br>  RUA AIMORE 353 JARDIM OLINDA<br>  CEP 13335 360 INDAIATUBA SP<br><br>  BRAZIL | Claim Holder Name and Address    Docketed Total    $9,290.65<br><br>SELETA OPERACOES DA QUALIDADE<br>LTDA<br>RUA AIMORE 353 JARDIM OLINDA<br>CEP 13335 360 INDAIATUBA SP<br><br>BRAZIL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $9,290.65<br>                                                $9,290.65 | Modified Total    $9,290.65<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $9,290.65<br>                                                $9,290.65 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7606<br>Date Filed: 06/07/06<br>Docketed Total:   $36,759.75<br>Filing Creditor Name and Address<br> SEMBLEX CORPORATION<br> 199 WEST DIVERSEY<br> ELMHURST IL 60126 | Claim Holder Name and Address    Docketed Total    $36,759.75<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $36,759.75<br>                                                        $36,759.75 | Modified Total    $35,339.21<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $35,339.21<br>                                                        $35,339.21 |
| Claim: 2438<br>Date Filed: 03/28/06<br>Docketed Total:   $811.12<br>Filing Creditor Name and Address<br> SENECA CERAMICS CORP & SIERRA<br> LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $811.12<br><br>SENECA CERAMICS CORP & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $811.12<br>                                                        $811.12 | Modified Total    $811.12<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                                $811.12<br>                                                        $811.12 |
| Claim: 12135<br>Date Filed: 07/28/06<br>Docketed Total:   $101,752.01<br>Filing Creditor Name and Address<br> SENKO AMERICA CORP<br> ADD CHG 6 03 MH<br> 3940 OLYMPIC BLVD STE 210<br> ERLANGER KY 41018 | Claim Holder Name and Address    Docketed Total    $101,752.01<br><br>SENKO AMERICA CORP<br>ADD CHG 6 03 MH<br>3940 OLYMPIC BLVD STE 210<br>ERLANGER KY 41018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $101,752.01<br>                                                        $101,752.01 | Modified Total    $101,752.01<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $101,752.01<br>                                                        $101,752.01 |
| Claim: 6582<br>Date Filed: 05/22/06<br>Docketed Total:   $8,320.00<br>Filing Creditor Name and Address<br> SENSORDATA TECHNOLOGIES INC<br> 43626 UTICA RD<br> STERLING HIRGHTS MI 48314 | Claim Holder Name and Address    Docketed Total    $8,320.00<br><br>SENSORDATA TECHNOLOGIES INC<br>43626 UTICA RD<br>STERLING HIRGHTS MI 48314<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $8,320.00<br>                                                        $8,320.00 | Modified Total    $8,320.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $8,320.00<br>                                                        $8,320.00 |

In re: Delphi Corporation, et al.                                                                  Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1436<br>Date Filed: 01/04/06<br>Docketed Total:  $12,039.00<br>Filing Creditor Name and Address<br> SENSORTECHNICS INC<br> 896 MAIN ST<br> WALPOLE MA 02081 | Claim Holder Name and Address  Docketed Total    $12,039.00<br><br>SENSORTECHNICS INC<br>896 MAIN ST<br>WALPOLE MA 02081<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $12,039.00<br>                                               $12,039.00 | Modified Total    $12,039.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                       $12,039.00<br>                                               $12,039.00 |
| Claim: 4468<br>Date Filed: 05/02/06<br>Docketed Total:  $1,545.44<br>Filing Creditor Name and Address<br> SENTINEL FLUID CONTROLS LLC<br> 5702 OPPORTUNITY DR<br> TOLEDO OH 43612 | Claim Holder Name and Address  Docketed Total    $1,545.44<br><br>SENTINEL FLUID CONTROLS LLC<br>5702 OPPORTUNITY DR<br>TOLEDO OH 43612<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $1,545.44<br>                                               $1,545.44 | Modified Total    $1,545.44<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $1,545.44<br>                                               $1,545.44 |
| Claim: 2778<br>Date Filed: 04/26/06<br>Docketed Total:  $7,490.00<br>Filing Creditor Name and Address<br> SEQUOIA TOOL INC<br> 23537 REYNOLDS CT<br> CLINTON TOWNSHIP MI 48036 | Claim Holder Name and Address  Docketed Total    $7,490.00<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $7,490.00<br>                                               $7,490.00 | Modified Total    $7,490.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $7,490.00<br>                                               $7,490.00 |
| Claim: 754<br>Date Filed: 11/22/05<br>Docketed Total:  $620.00<br>Filing Creditor Name and Address<br> SERVICE ENGINEERING INC<br> MR JACK CLEMENTS CREDIT<br> MANAGER<br> 2190 W MAIN ST<br> PO BOX 5001<br> GREENFIELD IN 46140-5001 | Claim Holder Name and Address  Docketed Total    $620.00<br><br>SERVICE ENGINEERING INC<br>MR JACK CLEMENTS CREDIT<br>MANAGER<br>2190 W MAIN ST<br>PO BOX 5001<br>GREENFIELD IN 46140-5001<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $620.00<br>                                               $620.00 | Modified Total    $620.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $620.00<br>                                               $620.00 |

In re: Delphi Corporation, et al.                                                                  Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 755<br>Date Filed: 11/22/05<br>Docketed Total: $10,817.00<br>Filing Creditor Name and Address<br> SERVICE ENGINEERING INC<br> MR JACK CLEMENTS CREDIT<br> MANAGER<br> 2190 W MAIN ST<br> PO BOX 5001<br> GREENFIELD IN 46140-5001 | Claim Holder Name and Address    Docketed Total    $10,817.00<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $10,817.00<br>                                                      $10,817.00 | Modified Total    $10,817.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44539                                              $10,817.00<br>                                                      $10,817.00 |
| Claim: 6454<br>Date Filed: 05/22/06<br>Docketed Total: $280.50<br>Filing Creditor Name and Address<br> SERVICE FILTRATION CORP DBA<br> SERFILCO LTD<br> SERFILCO LTD<br> 2900 MACARTHUR BLVD<br> NORTHBROOK IL 60062 | Claim Holder Name and Address    Docketed Total    $280.50<br><br>SERVICE FILTRATION CORP DBA<br>SERFILCO LTD<br>SERFILCO LTD<br>2900 MACARTHUR BLVD<br>NORTHBROOK IL 60062<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $280.50<br>                                                      $280.50 | Modified Total    $280.50<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $280.50<br>                                                      $280.50 |
| Claim: 3340<br>Date Filed: 04/28/06<br>Docketed Total: $1,342.67<br>Filing Creditor Name and Address<br> SERVICE FILTRATION CORPORATION<br> SEFILCO LTD<br> 2900 MACARTHUR BLVD<br> NORTHBROOK IL 60062-2005 | Claim Holder Name and Address    Docketed Total    $1,342.67<br><br>SERVICE FILTRATION CORPORATION<br>SEFILCO LTD<br>2900 MACARTHUR BLVD<br>NORTHBROOK IL 60062-2005<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $1,342.67<br>                                                      $1,342.67 | Modified Total    $960.72<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                              $960.72<br>                                                      $960.72 |
| Claim: 132<br>Date Filed: 10/27/05<br>Docketed Total: $1,298.74<br>Filing Creditor Name and Address<br> SERVICIOS PROFESIONALES Y<br> MAQUINADOS BGH SA DE CV<br> HOMERO SOLTERO GONZALEZ<br> 2310 ALAMEDA AVE<br> EL PASO TX 79901 | Claim Holder Name and Address    Docketed Total    $1,298.74<br><br>SERVICIOS PROFESIONALES Y<br>MAQUINADOS BGH SA DE CV<br>HOMERO SOLTERO GONZALEZ<br>2310 ALAMEDA AVE<br>EL PASO TX 79901<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $1,298.74<br>                                                      $1,298.74 | Modified Total    $1,298.74<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $1,298.74<br>                                                      $1,298.74 |

*See Exhibit E for a listing of debtor entities by case number                Page:    336  of 433

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1204<br>Date Filed:12/19/05<br>Docketed Total:   $9,800.00<br>Filing Creditor Name and Address<br> SERVOFLO CORPORATION<br> DAVID EZEKIEL<br> 75 ALLEN ST<br> LEXINGTON MA 02421 | Claim Holder Name and Address    Docketed Total    $9,800.00<br><br>SERVOFLO CORPORATION<br>DAVID EZEKIEL<br>75 ALLEN ST<br>LEXINGTON MA 02421<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $9,800.00<br>                                                      $9,800.00 | Modified Total    $9,800.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                              $9,800.00<br>                                                      $9,800.00 |
| Claim: 1012<br>Date Filed:12/06/05<br>Docketed Total:   $7,078.00<br>Filing Creditor Name and Address<br> SERVOMEX COMPANY INC<br> 525 JULIE RIVERS STE 185<br> SUGAR LAND TX 77478 | Claim Holder Name and Address    Docketed Total    $7,078.00<br><br>SERVOMEX COMPANY INC<br>525 JULIE RIVERS RD STE 185<br>SUGAR LAND TX 77478<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $7,078.00<br>                $7,078.00 | Modified Total    $7,078.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                              $7,078.00<br>                                                      $7,078.00 |
| Claim: 8735<br>Date Filed:06/29/06<br>Docketed Total:   $16,349.40<br>Filing Creditor Name and Address<br> SEVERN TRENT LABORATORIES INC<br> ATTN MARSHA HEMMERICH<br> 4101 SHUFFLE DR NW<br> N CANTON OH 44720 | Claim Holder Name and Address    Docketed Total    $16,349.40<br><br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK NY 10022<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $16,349.40<br>                                                      $16,349.40 | Modified Total    $14,792.40<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $14,792.40<br>                                                      $14,792.40 |
| Claim: 7228<br>Date Filed:05/31/06<br>Docketed Total:   $4,850.00<br>Filing Creditor Name and Address<br> SGS NORTH AMERICA INC<br> 12621 FEATHERWOOD DR STE 150<br> HOUSTON TX 77034 | Claim Holder Name and Address    Docketed Total    $4,850.00<br><br>SGS NORTH AMERICA INC<br>12621 FEATHERWOOD DR STE 150<br>HOUSTON TX 77034<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $4,850.00<br>                                                      $4,850.00 | Modified Total    $4,850.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $4,850.00<br>                                                      $4,850.00 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 3977**
Date Filed: 05/01/06
Docketed Total:   $3,506.51
Filing Creditor Name and Address
 SHARP PACKAGING INC
 PO BOX 124
 SUSSEX WI 53089

Claim Holder Name and Address — Docketed Total   $3,506.51
SHARP PACKAGING INC
PO BOX 124
SUSSEX WI 53089

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,506.51 |
| | | | $3,506.51 |

Modified Total   $3,506.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,506.51 |
| | | | $3,506.51 |

---

**Claim: 11596**
Date Filed: 07/27/06
Docketed Total:   $20,393.52
Filing Creditor Name and Address
 SHIN ETSU POLYMER AMERICA INC
 5600 MOWRY SCHOOL RD STE 320
 NEWARK CA 94560

Claim Holder Name and Address — Docketed Total   $20,393.52
SHIN ETSU POLYMER AMERICA INC
5600 MOWRY SCHOOL RD STE 320
NEWARK CA 94560

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $20,393.52 |
| | | | $20,393.52 |

Modified Total   $20,211.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $845.00 |
| 05-44640 | | | $19,366.02 |
| | | | $20,211.02 |

---

**Claim: 6536**
Date Filed: 05/22/06
Docketed Total:   $75.00
Filing Creditor Name and Address
 SHIRCK THOMAS M
 4925 BRADENTON AVE
 SUITE C
 DUBLIN OH 43017

Claim Holder Name and Address — Docketed Total   $75.00
SHIRCK THOMAS M
4925 BRADENTON AVE
SUITE C
DUBLIN OH 43017

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $75.00 |
| | | | $75.00 |

Modified Total   $75.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $75.00 |
| | | | $75.00 |

---

**Claim: 6537**
Date Filed: 05/22/06
Docketed Total:   $75.00
Filing Creditor Name and Address
 SHIRCK THOMAS M
 4925 BRADENTON AVE
 SUITE C
 DUBLIN OH 43017

Claim Holder Name and Address — Docketed Total   $75.00
SHIRCK THOMAS M
4925 BRADENTON AVE
SUITE C
DUBLIN OH 43017

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $75.00 |
| | | | $75.00 |

Modified Total   $75.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $75.00 |
| | | | $75.00 |

---

*See Exhibit E for a listing of debtor entities by case number                     Page:   338  of 433

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1173<br>Date Filed:12/15/05<br>Docketed Total:  $606.50<br>Filing Creditor Name and Address<br>  SHOP SUPPLY & TOOL CO INC<br>  5814 HEISLEY RD<br>  MENTOR OH 44060 | Claim Holder Name and Address<br><br>SHOP SUPPLY & TOOL CO INC<br>5814 HEISLEY RD<br>MENTOR OH 44060 | Docketed Total | | $606.50 | Modified Total | | | $606.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$606.50<br>$606.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$606.50<br>$606.50 |
| Claim: 7831<br>Date Filed:06/12/06<br>Docketed Total:  $836.00<br>Filing Creditor Name and Address<br>  SHUE & VOEKS INC EFT<br>  PO BOX 123<br>  FLINT MI 48501 | Claim Holder Name and Address<br><br>SHUE & VOEKS INC EFT<br>PO BOX 123<br>FLINT MI 48501 | Docketed Total | | $836.00 | Modified Total | | | $198.80 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$836.00<br>$836.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$198.80<br>$198.80 |
| Claim: 6929<br>Date Filed:05/26/06<br>Docketed Total:  $522.50<br>Filing Creditor Name and Address<br>  SHUMAN PLASTICS INC<br>  35 NEOGA ST<br>  DEPEW NY 14043 | Claim Holder Name and Address<br><br>SHUMAN PLASTICS INC<br>35 NEOGA ST<br>DEPEW NY 14043 | Docketed Total | | $522.50 | Modified Total | | | $522.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$522.50<br>$522.50 | Case Number*<br>05-44539 | Secured | Priority | Unsecured<br>$522.50<br>$522.50 |
| Claim: 1246<br>Date Filed:12/21/05<br>Docketed Total:  $11,497.74<br>Filing Creditor Name and Address<br>  SIERRA LIQUIDITY FUND<br>  ALEXANDRIA EXTRUSION CO<br>  SIERRA LIQUIDITY FUND LLC<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address<br><br>SIERRA LIQUIDITY FUND ALEXANDRIA<br>EXTRUSION CO<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $11,497.74 | Modified Total | | | $10,655.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$11,497.74<br>$11,497.74 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,655.00<br>$10,655.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1242<br>Date Filed:12/21/05<br>Docketed Total:  $15,236.19<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND<br> INDUSTRIAL SPECIALTIES MFG<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $15,236.19<br><br>SIERRA LIQUIDITY FUND INDUSTRIAL<br>SPECIALTIES MFG<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Modified Total    $15,236.19 |

| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $15,236.19<br>$15,236.19 | 05-44507 | | | $15,236.19<br>$15,236.19 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14678<br>Date Filed:07/31/06<br>Docketed Total:  $133,375.00<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE AERIELLE INC ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $133,375.00<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>AERIELLE INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Modified Total    $133,375.00 |

| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
|---|---|---|---|---|---|---|---|---|
| | 05-44612 | | | $133,375.00<br>$133,375.00 | 05-44612<br>05-44640 | | | $131,175.00<br>$2,200.00<br>$133,375.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14663<br>Date Filed:07/31/06<br>Docketed Total:  $16,275.01<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE FAIR RITE PRODUCTS<br> CORPORATION ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $16,275.01<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>FAIR RITE PRODUCTS CORPORATION<br>ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Modified Total    $11,550.56 |

| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $16,275.01<br>$16,275.01 | 05-44567<br>05-44640 | | | $2,912.00<br>$8,638.56<br>$11,550.56 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15984<br>Date Filed:08/09/06<br>Docketed Total: $28,239.07<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE HTT INC ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $28,239.07<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>HTT INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Modified Total    $26,385.28 |

| | Case Number*   Secured   Priority   Unsecured<br>05-44567                               $28,239.07<br>                                       $28,239.07 | Case Number*   Secured   Priority   Unsecured<br>05-44567                               $26,385.28<br>                                       $26,385.28 |
|---|---|---|
| Claim: 15983<br>Date Filed:08/09/06<br>Docketed Total: $31,187.22<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE MAYVILLE ENGINEERING<br> CO INC ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $31,187.22<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>MAYVILLE ENGINEERING CO INC<br>ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Modified Total    $29,987.45 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44507                               $31,187.22<br>                                       $31,187.22 | Case Number*   Secured   Priority   Unsecured<br>05-44507                               $29,987.45<br>                                       $29,987.45 |
| Claim: 14690<br>Date Filed:07/31/06<br>Docketed Total: $582.46<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE NEW LOGIC RESEARCH<br> INC ASSIGNOR<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $582.46<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>NEW LOGIC RESEARCH INC ASSIGNOR<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Modified Total    $582.46 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                               $582.46<br>                                       $582.46 | Case Number*   Secured   Priority   Unsecured<br>05-44482                               $582.46<br>                                       $582.46 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 14692**<br>Date Filed:07/31/06<br>Docketed Total:  $75,027.43<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE PVI INDUSTRIAL<br> WASHING ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $75,027.43<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>PVI INDUSTRIAL WASHING ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | Modified Total    $69,372.55 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $75,027.43<br>                                              $75,027.43 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $69,372.55<br>                                              $69,372.55 | |
| **Claim: 15979**<br>Date Filed:08/09/06<br>Docketed Total:  $17,241.97<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE REPRO PARTS INC<br> ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $17,241.97<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>REPRO PARTS INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | Modified Total    $17,241.97 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $17,241.97<br>                                              $17,241.97 | | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $17,241.97<br>                                              $17,241.97 | |
| **Claim: 15978**<br>Date Filed:08/09/06<br>Docketed Total:  $16,709.43<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE SKYWORLD INTERACTIVE<br> INC ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $16,709.43<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>SKYWORLD INTERACTIVE INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | | Modified Total    $16,250.00 | |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $16,709.43<br>                                              $16,709.43 | | Case Number*    Secured    Priority    Unsecured<br>05-44612                                          $16,250.00<br>                                              $16,250.00 | |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15974<br>Date Filed: 08/09/06<br>Docketed Total:  $5,317.38<br>Filing Creditor Name and Address<br>  SIERRA LIQUIDITY FUND LLC<br>  ASSIGNEE STAFF FORCE INC<br>  ASSIGNOR<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $5,317.38<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>STAFF FORCE INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $5,317.38<br>                                                     $5,317.38 | Modified Total    $5,317.38<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                             $5,317.38<br>                                                     $5,317.38 |
| Claim: 15980<br>Date Filed: 08/09/06<br>Docketed Total:  $18,908.00<br>Filing Creditor Name and Address<br>  SIERRA LIQUIDITY FUND LLC<br>  ASSIGNEE TOLEDO FLOOR<br>  RESURFACING INC ASSIGNOR<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $18,908.00<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>TOLEDO FLOOR RESURFACING INC<br>ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $18,908.00<br>                                                     $18,908.00 | Modified Total    $18,908.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $18,908.00<br>                                                     $18,908.00 |
| Claim: 2819<br>Date Filed: 04/26/06<br>Docketed Total:  $1,280.00<br>Filing Creditor Name and Address<br>  SIEWERT EQUIPMENT CO INC<br>  KINEFLOW DIV<br>  175 AKRON ST<br>  ROCHESTER NY 14609 | Claim Holder Name and Address    Docketed Total    $1,280.00<br><br>SIEWERT EQUIPMENT CO INC<br>KINEFLOW DIV<br>175 AKRON ST<br>ROCHESTER NY 14609<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                             $1,280.00<br>                                                     $1,280.00 | Modified Total    $1,280.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                             $1,280.00<br>                                                     $1,280.00 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11597<br>Date Filed:07/27/06<br>Docketed Total:   $26,353.20<br>Filing Creditor Name and Address<br> SIGMA RESOURCES INC<br> 7720 SW HUNTOON ST<br> TOPEKA KS 66615 | Claim Holder Name and Address   Docketed Total      $26,353.20<br>SIGMA RESOURCES INC<br>7720 SW HUNTOON ST<br>TOPEKA KS 66615<br><br>Case Number*      Secured      Priority       Unsecured<br>05-44481                        $19,840.00     $6,513.00<br>                                $19,840.00     $6,513.00 | Modified Total      $26,353.20<br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                     $26,353.20<br>                                             $26,353.20 |
| Claim: 5832<br>Date Filed:05/15/06<br>Docketed Total:   $2,167.76<br>Filing Creditor Name and Address<br> SILVER CREEK ENGINEERING INC<br> 7108 WALDEMAR DR<br> INDIANAPOLIS IN 46268 | Claim Holder Name and Address   Docketed Total       $2,167.76<br>SILVER CREEK ENGINEERING INC<br>7108 WALDEMAR DR<br>INDIANAPOLIS IN 46268<br><br>Case Number*      Secured      Priority       Unsecured<br>05-44481                                     $2,167.76<br>                                             $2,167.76 | Modified Total       $2,167.76<br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                     $2,167.76<br>                                             $2,167.76 |
| Claim: 2265<br>Date Filed:03/10/06<br>Docketed Total:   $14,459.97<br>Filing Creditor Name and Address<br> SIMCORP USA INC<br> PETER SOERENSEN<br> 61 BROADWAY STE 2800<br> NEW YORK NY 10006 | Claim Holder Name and Address   Docketed Total      $14,459.97<br>SIMCORP USA INC<br>PETER SOERENSEN<br>61 BROADWAY STE 2800<br>NEW YORK NY 10006<br><br>Case Number*      Secured      Priority       Unsecured<br>05-44481                                     $14,459.97<br>                                             $14,459.97 | Modified Total      $14,459.97<br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                     $14,459.97<br>                                             $14,459.97 |
| Claim: 437<br>Date Filed:11/08/05<br>Docketed Total:   $822.50<br>Filing Creditor Name and Address<br> SIMMERS CRANE DESIGN & SERVICE<br> 1146 SALEM PKWY W<br> SALEM OH 44460 | Claim Holder Name and Address   Docketed Total         $822.50<br>SIMMERS CRANE DESIGN & SERVICE<br>1146 SALEM PKWY W<br>SALEM OH 44460<br><br>Case Number*      Secured      Priority       Unsecured<br>05-44481                                       $822.50<br>                                               $822.50 | Modified Total         $822.50<br><br><br><br>Case Number*     Secured      Priority       Unsecured<br>05-44640                                       $822.50<br>                                               $822.50 |

In re: Delphi Corporation, et al.                                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 149**
Date Filed: 10/28/05
Docketed Total: $18,780.61
Filing Creditor Name and Address
 SJS INC DBA EXPRESS PERSONNEL
 2600 MCFARLAND BLVD E STE S
 TUSCALOOSA AL 35405

Claim Holder Name and Address     Docketed Total     $18,780.61

SJS INC DBA EXPRESS PERSONNEL
2600 MCFARLAND BLVD E STE S
TUSCALOOSA AL 35405

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $15,202.40 | $3,578.21 | 05-44640 | | | $15,209.05 |
| | | $15,202.40 | $3,578.21 | | | | $15,209.05 |

Modified Total     $15,209.05

---

**Claim: 1010**
Date Filed: 12/06/05
Docketed Total: $809.00
Filing Creditor Name and Address
 SKILL INDUSTRIAL INC
 4105 MIRAMAR AVE NE
 GRAND RAPIDS MI 49525

Claim Holder Name and Address     Docketed Total     $809.00

SKILL INDUSTRIAL INC
4105 MIRAMAR AVE NE
GRAND RAPIDS MI 49525

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $809.00 | 05-44640 | | | $809.00 |
| | | | $809.00 | | | | $809.00 |

Modified Total     $809.00

---

**Claim: 304**
Date Filed: 11/03/05
Docketed Total: $1,092.00
Filing Creditor Name and Address
 SLATER EQUIPMENT CO INC
 768 CLINTON AVE SO
 ROCHESTER NY 14620-1402

Claim Holder Name and Address     Docketed Total     $1,092.00

SLATER EQUIPMENT CO INC
768 CLINTON AVE SO
ROCHESTER NY 14620-1402

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,092.00 | 05-44640 | | | $1,092.00 |
| | | | $1,092.00 | | | | $1,092.00 |

Modified Total     $1,092.00

---

**Claim: 1252**
Date Filed: 12/21/05
Docketed Total: $31,525.00
Filing Creditor Name and Address
 SLE ELECTRONIC USA INC
 11444 ROJAS DR STE C 13
 EL PASO TX 79936

Claim Holder Name and Address     Docketed Total     $31,525.00

SLE ELECTRONIC USA INC
11444 ROJAS DR STE C 13
EL PASO TX 79936

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,525.00 | 05-44640 | | | $31,525.00 |
| | | | $31,525.00 | | | | $31,525.00 |

Modified Total     $31,525.00

---

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1213<br>Date Filed:12/19/05<br>Docketed Total:   $950.00<br>Filing Creditor Name and Address<br> SLICK ENGINEERING INDUSTRIES<br> PO BOX 39<br> 8768 W STATE RD 236<br> MIDDLETOWN IN 47356 | Claim Holder Name and Address    Docketed Total      $950.00<br><br>SLICK ENGINEERING INDUSTRIES<br>PO BOX 39<br>8768 W STATE RD 236<br>MIDDLETOWN IN 47356<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $950.00<br>                                                   $950.00 | Modified Total      $950.00<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $950.00<br>                                                  $950.00 |
| Claim: 661<br>Date Filed:11/18/05<br>Docketed Total:   $26,961.09<br>Filing Creditor Name and Address<br> SMALLEY STEEL RING COMPANY<br> ATTN STU WARNER<br> 555 OAKWOOD RD<br> LAKE ZURICH IL 60047 | Claim Holder Name and Address    Docketed Total      $26,961.09<br><br>SMALLEY STEEL RING COMPANY<br>ATTN STU WARNER<br>555 OAKWOOD RD<br>LAKE ZURICH IL 60047<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $26,961.09<br>                                                  $26,961.09 | Modified Total      $23,305.57<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44507 _____ _____ _____ $4,670.23<br>05-44624 _____ _____ _____ $2,049.00<br>05-44640 _____ _____ _____ $16,586.34<br>                                                  $23,305.57 |
| Claim: 1648<br>Date Filed:01/24/06<br>Docketed Total:   $5,051.00<br>Filing Creditor Name and Address<br> SMITH & WHITE CONSTRUCTION<br> GROUP INC<br> 731 ORCHARD LANE<br> BEAVERCREEK OH 45434 | Claim Holder Name and Address    Docketed Total      $5,051.00<br><br>SMITH & WHITE CONSTRUCTION GROUP<br>INC<br>731 ORCHARD LANE<br>BEAVERCREEK OH 45434<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $5,051.00<br>                                                  $5,051.00 | Modified Total      $4,411.00<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $4,411.00<br>                                                  $4,411.00 |
| Claim: 1708<br>Date Filed:01/30/06<br>Docketed Total:   $3,279.00<br>Filing Creditor Name and Address<br> SMITH & WHITE CONSTRUCTION<br> GROUP INC<br> 731 ORCHARD LANE<br> BEAVERCREEK OH 45434 | Claim Holder Name and Address    Docketed Total      $3,279.00<br><br>SMITH & WHITE CONSTRUCTION GROUP<br>INC<br>731 ORCHARD LANE<br>BEAVERCREEK OH 45434<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $3,279.00<br>                                                  $3,279.00 | Modified Total      $3,279.00<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $3,279.00<br>                                                  $3,279.00 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 229<br>Date Filed:10/31/05<br>Docketed Total:   $1,585.00<br>Filing Creditor Name and Address<br> SMOKEETER SALES & SERVICE DBA<br> AIR QUALITY SPECIALISTS<br> 6440 E FULTON<br> ADA MI 49301 | Claim Holder Name and Address   Docketed Total   $1,585.00<br><br>SMOKEETER SALES & SERVICE DBA AIR<br>QUALITY SPECIALISTS<br>6440 E FULTON<br>ADA MI 49301 | | | | Modified Total   $1,585.00 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,585.00<br>$1,585.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,585.00<br>$1,585.00 |
| Claim: 9124<br>Date Filed:07/10/06<br>Docketed Total:   $4,100.02<br>Filing Creditor Name and Address<br> SMT LLC<br> 2768 GOLFVIEW DR<br> NAPERVILLE IL 60563 | Claim Holder Name and Address   Docketed Total   $4,100.02<br><br>SMT LLC<br>2768 GOLFVIEW DR<br>NAPERVILLE IL 60563 | | | | Modified Total   $4,100.02 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,100.02<br>$4,100.02 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,100.02<br>$4,100.02 |
| Claim: 16073<br>Date Filed:08/09/06<br>Docketed Total:   $4,583.04<br>Filing Creditor Name and Address<br> SMT RESEARCH INC<br> NICOLE JORGENSEN<br> 37575 N HWY 59<br> LAKE VILLA IL 60046 | Claim Holder Name and Address   Docketed Total   $4,583.04<br><br>SMT RESEARCH INC<br>NICOLE JORGENSEN<br>37575 N HWY 59<br>LAKE VILLA IL 60046 | | | | Modified Total   $4,088.00 | | | |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$4,583.04<br>$4,583.04 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$4,088.00<br>$4,088.00 |
| Claim: 744<br>Date Filed:11/21/05<br>Docketed Total:   $15,351.36<br>Filing Creditor Name and Address<br> SMURFIT STONE CONTAINER<br> CORPORATION<br> ATTN CREDIT DEPARTMENT<br> PO BOX 2276<br> ALTON IL 62002 | Claim Holder Name and Address   Docketed Total   $15,351.36<br><br>SMURFIT STONE CONTAINER CORPORATION<br>ATTN CREDIT DEPARTMENT<br>PO BOX 2276<br>ALTON IL 62002 | | | | Modified Total   $14,419.59 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$15,351.36<br>$15,351.36 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$14,419.59<br>$14,419.59 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4405<br>Date Filed:05/02/06<br>Docketed Total:  $17,450.83<br>Filing Creditor Name and Address<br> SODER MECHANICAL INC<br> 9526 A E 54TH ST<br> TULSA OK 74145 | Claim Holder Name and Address<br><br>SODER MECHANICAL INC<br>9526 A E 54TH ST<br>TULSA OK 74145 | Docketed Total | | $17,450.83 | | Modified Total | | $17,450.80 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,450.83<br>$17,450.83 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$17,450.80<br>$17,450.80 |
| Claim: 3379<br>Date Filed:04/28/06<br>Docketed Total:  $4,275.00<br>Filing Creditor Name and Address<br> SOLID CONCEPTS INC<br> 28309 AVE CROCKER<br> VALENCIA CA 91355 | Claim Holder Name and Address<br><br>SOLID CONCEPTS INC<br>28309 AVE CROCKER<br>VALENCIA CA 91355 | Docketed Total | | $4,275.00 | | Modified Total | | $4,275.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,275.00<br>$4,275.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,275.00<br>$4,275.00 |
| Claim: 457<br>Date Filed:11/08/05<br>Docketed Total:  $64,451.40<br>Filing Creditor Name and Address<br> SOLUTEC AMERICA INC<br> CO SKYE SUH PLC<br> 32000 NORTHWESTERN HWY STE 260<br> FARMINGTON HILLS MI 48334 | Claim Holder Name and Address<br><br>SOLUTEC AMERICA INC<br>CO SKYE SUH PLC<br>32000 NORTHWESTERN HWY STE 260<br>FARMINGTON HILLS MI 48334 | Docketed Total | | $64,451.40 | | Modified Total | | $38,569.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$64,451.40<br>$64,451.40 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$38,569.00<br>$38,569.00 |
| Claim: 8192<br>Date Filed:06/19/06<br>Docketed Total:  $115,302.79<br>Filing Creditor Name and Address<br> SOLVAY ADVANCED POLYMERS LLC<br> 4500 MCGINNIS FERRY RD<br> ALPHARETTA GA 30005 | Claim Holder Name and Address<br><br>SOLVAY ADVANCED POLYMERS LLC<br>4500 MCGINNIS FERRY RD<br>ALPHARETTA GA 30005 | Docketed Total | | $115,302.79 | | Modified Total | | $115,290.80 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$115,302.79<br>$115,302.79 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$115,290.80<br>$115,290.80 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7089<br>Date Filed:05/30/06<br>Docketed Total:  $673,732.61<br>Filing Creditor Name and Address<br> SOLVAY FLUORIDES LLC<br> 3333 RICHMOND AVE<br> HOUSTON TX 77098-3007 | Claim Holder Name and Address      Docketed Total      $673,732.61<br><br>SOLVAY FLUORIDES LLC<br>3333 RICHMOND AVE<br>HOUSTON TX 77098-3007<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $673,732.61<br>                                                  $673,732.61 | Modified Total      $550,066.96<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $550,066.96<br>                                                  $550,066.96 |
| Claim: 5773<br>Date Filed:05/12/06<br>Docketed Total:  $840.00<br>Filing Creditor Name and Address<br> SONIC & THERMAL TECHNOL EFT<br> 84 RESEARCH DR<br> MILFORD CT 06460 | Claim Holder Name and Address      Docketed Total      $840.00<br><br>SONIC & THERMAL TECHNOL EFT<br>84 RESEARCH DR<br>MILFORD CT 06460<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $840.00<br>                                                  $840.00 | Modified Total      $840.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $840.00<br>                                                  $840.00 |
| Claim: 1556<br>Date Filed:01/17/06<br>Docketed Total:  $16,030.00<br>Filing Creditor Name and Address<br> SONICS & MATERIALS INC<br> 53 CHURCH HILL RD<br> NEWTON CT 06470 | Claim Holder Name and Address      Docketed Total      $16,030.00<br><br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE<br>2305<br>NEW YORK NY 10001<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                          $16,030.00<br>                                                  $16,030.00 | Modified Total      $16,030.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $16,030.00<br>                                                  $16,030.00 |
| Claim: 5772<br>Date Filed:05/12/06<br>Docketed Total:  $510.00<br>Filing Creditor Name and Address<br> SONITEK<br> 84 RESEARCH DR<br> MILFORD CT 06460 | Claim Holder Name and Address      Docketed Total      $510.00<br><br>SONITEK<br>84 RESEARCH DR<br>MILFORD CT 06460<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44567                                          $510.00<br>                                                  $510.00 | Modified Total      $510.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                          $510.00<br>                                                  $510.00 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   349  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 3976**
Date Filed: 05/01/06
Docketed Total:   $506.53
Filing Creditor Name and Address
  SORALUCE HNOS SA
  POLIGONO INDUSTRIAL SECTOR C
  APARTADO 30 AZKOITIA 20720

  SPAIN

Claim Holder Name and Address    Docketed Total    $506.53

SORALUCE HNOS SA
POLIGONO INDUSTRIAL SECTOR C
APARTADO 30 AZKOITIA 20720

SPAIN

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $506.53 |
| | | | $506.53 |

Modified Total    $500.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $500.47 |
| | | | $500.47 |

---

**Claim: 8991**
Date Filed: 07/05/06
Docketed Total:   $5,171.65
Filing Creditor Name and Address
  SOS EXPRESS
  PO BOX 2195
  SAGINAW MI 48605-2195

Claim Holder Name and Address    Docketed Total    $5,171.65

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,171.65 |
| | | | $5,171.65 |

Modified Total    $5,171.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,171.65 |
| | | | $5,171.65 |

---

**Claim: 4944**
Date Filed: 05/05/06
Docketed Total:   $54,355.24
Filing Creditor Name and Address
  SOURCECODE NORTH AMERICA INC
  4042 148TH AVE NE
  REDMOND WA 98052

Claim Holder Name and Address    Docketed Total    $54,355.24

SOURCECODE NORTH AMERICA INC
4042 148TH AVE NE
REDMOND WA 98052

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,355.24 |
| | | | $54,355.24 |

Modified Total    $51,794.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $51,794.80 |
| | | | $51,794.80 |

---

**Claim: 5464**
Date Filed: 05/10/06
Docketed Total:   $14,913.84
Filing Creditor Name and Address
  SOUTH BAY CIRCUITS INC
  99 N MCKEMY AVE
  CHANDLER AZ 85226

Claim Holder Name and Address    Docketed Total    $14,913.84

SOUTH BAY CIRCUITS INC
99 N MCKEMY AVE
CHANDLER AZ 85226

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,913.84 |
| | | | $14,913.84 |

Modified Total    $14,470.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,470.00 |
| | | | $14,470.00 |

In re: Delphi Corporation, et al.                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2240**
Date Filed: 12/19/05
Docketed Total:  $10,288.38
Filing Creditor Name and Address
  SOUTHERN CALIFORNIA GAS
  COMPANY
  CREDIT AND REVENUE COLLECTIONS
  THE GAS COMPANY
  PO BOX 30337
  LOS ANGELES CA 90030-0337

Claim Holder Name and Address        Docketed Total        $10,288.38

SOUTHERN CALIFORNIA GAS COMPANY
CREDIT AND REVENUE COLLECTIONS
THE GAS COMPANY
PO BOX 30337
LOS ANGELES CA 90030-0337

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44626 | | | $10,288.38 |
| | | | $10,288.38 |

Modified Total        $10,189.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $10,189.00 |
| | | | $10,189.00 |

---

**Claim: 2688**
Date Filed: 04/19/06
Docketed Total:  $272.36
Filing Creditor Name and Address
  SOUTHERN HOSE & INDUSTRIAL
  SUPPLY SIERRA LIQUIDITY FUND
  SIERRA LIQUIDITY FUND
  2699 WHITE RD STE 255
  IRVINE CA 92614

Claim Holder Name and Address        Docketed Total        $272.36

SOUTHERN HOSE & INDUSTRIAL SUPPLY
SIERRA LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $272.36 |
| | | | $272.36 |

Modified Total        $142.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $142.20 |
| | | | $142.20 |

---

**Claim: 519**
Date Filed: 11/14/05
Docketed Total:  $8,159.00
Filing Creditor Name and Address
  SOUTHERN SHEET METAL WORKS INC
  PO BOX 50008
  TULSA OK 74150

Claim Holder Name and Address        Docketed Total        $8,159.00

SOUTHERN SHEET METAL WORKS INC
PO BOX 50008
TULSA OK 74150

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,159.00 |
| | | | $8,159.00 |

Modified Total        $8,159.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $8,159.00 |
| | | | $8,159.00 |

---

**Claim: 5213**
Date Filed: 05/08/06
Docketed Total:  $91.84
Filing Creditor Name and Address
  SOUTHERNLINC WIRELESS
  600 UNIVERSITY PARK PLACE STE
  400
  BIRMINGHAM AL 35209

Claim Holder Name and Address        Docketed Total        $91.84

SOUTHERNLINC WIRELESS
600 UNIVERSITY PARK PLACE STE
400
BIRMINGHAM AL 35209

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $91.84 |
| | | | $91.84 |

Modified Total        $91.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $91.84 |
| | | | $91.84 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5324<br>Date Filed: 05/08/06<br>Docketed Total:   $584.00<br>Filing Creditor Name and Address<br> SOUTHWEST LANDMARK<br> ROSALEE<br> PO BOX 189<br> 415 BELLBROOK AVE<br> XENIA OH 45385-0189 | Claim Holder Name and Address    Docketed Total    $584.00<br><br>SOUTHWEST LANDMARK<br>ROSALEE<br>PO BOX 189<br>415 BELLBROOK AVE<br>XENIA OH 45385-0189<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $584.00<br>                                                    $584.00 | Modified Total    $584.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $584.00<br>                                                    $584.00 |
| Claim: 1182<br>Date Filed: 12/16/05<br>Docketed Total:   $1,952.59<br>Filing Creditor Name and Address<br> SPANG POWER ELECTRONICS A<br> DIVISION OF SPANG & COMPANY<br> 111 ZETA DR<br> PO BOX 11422<br> PITTSBURGH PA 15238 | Claim Holder Name and Address    Docketed Total    $1,952.59<br><br>SPANG POWER ELECTRONICS A DIVISION<br>OF SPANG & COMPANY<br>111 ZETA DR<br>PO BOX 11422<br>PITTSBURGH PA 15238<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $1,952.59<br>                                                    $1,952.59 | Modified Total    $1,952.59<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $1,952.59<br>                                                    $1,952.59 |
| Claim: 14149<br>Date Filed: 07/31/06<br>Docketed Total:   $306,583.00<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> DIE NAMIC INC<br> BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $306,583.00<br><br>SPCP GROUP LLC AS ASSIGNEE OF DIE<br>NAMIC INC<br>BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $306,583.00<br>                                                    $306,583.00 | Modified Total    $304,038.87<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $304,038.87<br>                                                    $304,038.87 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14148<br>Date Filed: 07/31/06<br>Docketed Total:  $134,530.10<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> ES INVESTMENTS SUN<br> MICROSTAMPING TECHNOLOGIES<br> BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $134,530.10<br><br>SPCP GROUP LLC AS ASSIGNEE OF ES<br>INVESTMENTS SUN MICROSTAMPING<br>TECHNOLOGIES<br>BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $134,530.10<br>                                                    $134,530.10 | Modified Total    $134,509.20<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                            $134,509.20<br>                                                    $134,509.20 |
| Claim: 14132<br>Date Filed: 07/31/06<br>Docketed Total:  $250,136.80<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> PEC OF AMERICA CORP<br> BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $250,136.80<br><br>SPCP GROUP LLC AS ASSIGNEE OF PEC<br>OF AMERICA CORP<br>BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $250,136.80<br>                                                    $250,136.80 | Modified Total    $249,138.20<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $249,138.20<br>                                                    $249,138.20 |
| Claim: 14143<br>Date Filed: 07/31/06<br>Docketed Total:  $338,650.56<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> SOLUTION RECOVERY SERVICES INC<br> ATTN BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $338,650.56<br><br>SPCP GROUP LLC AS ASSIGNEE OF<br>SOLUTION RECOVERY SERVICES INC<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $338,650.56<br>                                                    $338,650.56 | Modified Total    $279,156.30<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $279,156.30<br>                                                    $279,156.30 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1667<br>Date Filed: 01/25/06<br>Docketed Total:  $15,202.00<br>Filing Creditor Name and Address<br> SPECIALIZED TEST ENGINEERING<br> MINDREADY SOLUTIONS INC<br> 2800 AVE MARIE CURIE<br> ST LAURENT QC H4S 2C2<br> CANADA | Claim Holder Name and Address    Docketed Total    $15,202.00<br><br>SPECIALIZED TEST ENGINEERING<br>MINDREADY SOLUTIONS INC<br>2800 AVE MARIE CURIE<br>ST LAURENT QC H4S 2C2<br>CANADA | Modified Total    $15,202.00 |
| | <u>Case Number*</u>      <u>Secured</u>        <u>Priority</u>        <u>Unsecured</u><br>05-44481                                                      $15,202.00<br>                                                                      $15,202.00 | <u>Case Number*</u>      <u>Secured</u>        <u>Priority</u>        <u>Unsecured</u><br>05-44507                                                      $15,202.00<br>                                                                      $15,202.00 |
| Claim: 575<br>Date Filed: 11/14/05<br>Docketed Total:  $2,220.80<br>Filing Creditor Name and Address<br> SPECIALIZED TRANSPORTATION<br> AGENT GROUP INC<br> SPECIALIZED TRANSPORTATION INC<br> 5001 US HWY 30 W<br> FORT WAYNE IN 46818 | Claim Holder Name and Address    Docketed Total    $2,220.80<br><br>SPECIALIZED TRANSPORTATION AGENT<br>GROUP INC<br>SPECIALIZED TRANSPORTATION INC<br>5001 US HWY 30 W<br>FORT WAYNE IN 46818 | Modified Total    $2,220.80 |
| | <u>Case Number*</u>      <u>Secured</u>        <u>Priority</u>        <u>Unsecured</u><br>05-44547                                                      $2,220.80<br>                                                                      $2,220.80 | <u>Case Number*</u>      <u>Secured</u>        <u>Priority</u>        <u>Unsecured</u><br>05-44640                                                      $2,220.80<br>                                                                      $2,220.80 |
| Claim: 1<br>Date Filed: 10/11/05<br>Docketed Total:  $762,920.53<br>Filing Creditor Name and Address<br> SPECMO ENTERPRISES INC<br> CO GARY H CUNNINGHAM ESQ<br> STROBL CUNNINGHAM & SHARP PC<br> 300 E LONG LAKE RD STE 200<br> BLOOMFIELD HILLS MI 48304 | Claim Holder Name and Address    Docketed Total    $762,920.53<br><br>SPECMO ENTERPRISES INC<br>CO GARY H CUNNINGHAM ESQ<br>STROBL CUNNINGHAM & SHARP PC<br>300 E LONG LAKE RD STE 200<br>BLOOMFIELD HILLS MI 48304 | Modified Total    $274,043.41 |
| | <u>Case Number*</u>      <u>Secured</u>        <u>Priority</u>        <u>Unsecured</u><br>05-44481                                  $234,591.60        $528,328.93<br>                                                  $234,591.60        $528,328.93 | <u>Case Number*</u>      <u>Secured</u>        <u>Priority</u>        <u>Unsecured</u><br>05-44640                                                      $274,043.41<br>                                                                      $274,043.41 |

*See Exhibit E for a listing of debtor entities by case number          Page:   354  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 798<br>Date Filed:11/22/05<br>Docketed Total:  $4,051.50<br>Filing Creditor Name and Address<br> SPECTRUM DIGITAL INC<br> 12502 EXCHANGE DR NO 440<br> STAFFORD TX 77477 | Claim Holder Name and Address     Docketed Total     $4,051.50<br><br>SPECTRUM DIGITAL INC<br>12502 EXCHANGE DR NO 440<br>STAFFORD TX 77477<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                  $4,051.50<br>                                                             $4,051.50 | Modified Total     $4,051.50<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                  $4,051.50<br>                                                             $4,051.50 |
| Claim: 1551<br>Date Filed:01/17/06<br>Docketed Total:  $89,870.31<br>Filing Creditor Name and Address<br> SPEED O TACH INC<br> 4090 PIKE LN<br> CONCORD CA 94520-1227 | Claim Holder Name and Address     Docketed Total     $89,870.31<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                  $89,870.31<br>                                                             $89,870.31 | Modified Total     $89,870.31<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                  $89,870.31<br>                                                             $89,870.31 |
| Claim: 11046<br>Date Filed:07/26/06<br>Docketed Total:  $160,133.75<br>Filing Creditor Name and Address<br> SPEED TECH CORP<br> NO 568 SEC 1<br> MIN SHENG N RD<br> KWEI SHAN HSIANG<br> TAOYUAN HSIEN<br> TAIWAN, PROVINCE OF CHINA | Claim Holder Name and Address     Docketed Total     $160,133.75<br><br>SPEED TECH CORP<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEI SHAN HSIANG<br>TAOYUAN HSIEN<br>TAIWAN, PROVINCE OF CHINA<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44624                              $160,133.75<br>                                         $160,133.75 | Modified Total     $160,133.75<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44624                                                  $160,133.75<br>                                                             $160,133.75 |
| Claim: 1073<br>Date Filed:12/08/05<br>Docketed Total:  $95,674.75<br>Filing Creditor Name and Address<br> SPELLMAN HIGH VOLTAGE<br> ELECTRONIC CORP<br> ROSALIE CASARONA<br> 475 WIRELESS BLVD<br> HAUPPANGE NY 11788 | Claim Holder Name and Address     Docketed Total     $95,674.75<br><br>SPELLMAN HIGH VOLTAGE ELECTRONIC<br>CORP<br>ROSALIE CASARONA<br>475 WIRELESS BLVD<br>HAUPPANGE NY 11788<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                  $95,674.75<br>                                                             $95,674.75 | Modified Total     $95,674.75<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44511                                                  $95,674.75<br>                                                             $95,674.75 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

**EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11<br>Date Filed:10/17/05<br>Docketed Total:   $3,877.20<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address     Docketed Total     $3,877.20<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total     $3,877.20 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                           $3,877.20<br>                                                  $3,877.20 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                           $3,877.20<br>                                                  $3,877.20 |
| Claim: 12<br>Date Filed:10/17/05<br>Docketed Total:   $1,091.81<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address     Docketed Total     $1,091.81<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total     $1,091.81 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                           $1,091.81<br>                                                  $1,091.81 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                           $1,091.81<br>                                                  $1,091.81 |
| Claim: 13<br>Date Filed:10/17/05<br>Docketed Total:   $181.97<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address     Docketed Total     $181.97<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total     $181.97 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                           $181.97<br>                                                  $181.97 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                           $181.97<br>                                                  $181.97 |
| Claim: 15<br>Date Filed:10/17/05<br>Docketed Total:   $5,815.80<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address     Docketed Total     $5,815.80<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total     $5,815.80 |
| | Case Number*     Secured     Priority     Unsecured<br>05-44481                                           $5,815.80<br>                                                  $5,815.80 | Case Number*     Secured     Priority     Unsecured<br>05-44640                                           $5,815.80<br>                                                  $5,815.80 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16<br>Date Filed:10/17/05<br>Docketed Total:  $1,057.14<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address   Docketed Total        $1,057.14<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44481                                           $1,057.14<br>                                                   $1,057.14 | Modified Total       $1,057.14<br><br><br><br><br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                         $1,057.14<br>                                                 $1,057.14 |
| Claim: 17<br>Date Filed:10/17/05<br>Docketed Total:   $936.00<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address   Docketed Total          $936.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44481                                            $936.00<br>                                                    $936.00 | Modified Total         $936.00<br><br><br><br><br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                           $936.00<br>                                                   $936.00 |
| Claim: 18<br>Date Filed:10/17/05<br>Docketed Total:   $528.57<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address   Docketed Total          $528.57<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44481                                            $528.57<br>                                                    $528.57 | Modified Total         $528.57<br><br><br><br><br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                           $528.57<br>                                                   $528.57 |
| Claim: 19<br>Date Filed:10/17/05<br>Docketed Total:   $936.00<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address   Docketed Total          $936.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured       Priority        Unsecured<br>05-44481                                            $936.00<br>                                                    $936.00 | Modified Total         $936.00<br><br><br><br><br><br>Case Number*     Secured      Priority        Unsecured<br>05-44640                                           $936.00<br>                                                   $936.00 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 20<br>Date Filed:10/17/05<br>Docketed Total:   $1,057.14<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total    $1,057.14<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $1,057.14<br>                                                   $1,057.14 | Modified Total    $1,057.14<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $1,057.14<br>                                                   $1,057.14 |
| Claim: 21<br>Date Filed:10/17/05<br>Docketed Total:   $2,907.90<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total    $2,907.90<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $2,907.90<br>                                                   $2,907.90 | Modified Total    $2,907.90<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $2,907.90<br>                                                   $2,907.90 |
| Claim: 22<br>Date Filed:10/17/05<br>Docketed Total:   $1,304.10<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total    $1,304.10<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $1,304.10<br>                                                   $1,304.10 | Modified Total    $1,304.10<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $1,304.10<br>                                                   $1,304.10 |
| Claim: 23<br>Date Filed:10/17/05<br>Docketed Total:   $390.00<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total    $390.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $390.00<br>                                                   $390.00 | Modified Total    $390.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                           $390.00<br>                                                   $390.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 24<br>Date Filed:10/17/05<br>Docketed Total:   $1,057.14<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address     Docketed Total     $1,057.14<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $1,057.14<br>                                             $1,057.14 | Modified Total     $1,057.14<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $1,057.14<br>                                             $1,057.14 |
| Claim: 25<br>Date Filed:10/17/05<br>Docketed Total:   $2,907.90<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address     Docketed Total     $2,907.90<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $2,907.90<br>                                             $2,907.90 | Modified Total     $2,907.90<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $2,907.90<br>                                             $2,907.90 |
| Claim: 26<br>Date Filed:10/17/05<br>Docketed Total:   $162.00<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address     Docketed Total     $162.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $162.00<br>                                             $162.00 | Modified Total     $81.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $81.00<br>                                             $81.00 |
| Claim: 155<br>Date Filed:10/28/05<br>Docketed Total:   $1,938.60<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address     Docketed Total     $1,938.60<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     $1,938.60<br>                                             $1,938.60 | Modified Total     $1,938.60<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                     $1,938.60<br>                                             $1,938.60 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 156<br>Date Filed:10/28/05<br>Docketed Total:   $528.57<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total        $528.57<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481 _____ _____ _____ $528.57<br>                                          $528.57 | Modified Total        $528.57<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $528.57<br>                                          $528.57 |
| Claim: 157<br>Date Filed:10/28/05<br>Docketed Total:   $130.00<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total        $130.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481 _____ _____ _____ $130.00<br>                                          $130.00 | Modified Total        $130.00<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $130.00<br>                                          $130.00 |
| Claim: 158<br>Date Filed:10/28/05<br>Docketed Total:   $333.61<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total        $333.61<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481 _____ _____ _____ $333.61<br>                                          $333.61 | Modified Total        $333.61<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $333.61<br>                                          $333.61 |
| Claim: 159<br>Date Filed:10/28/05<br>Docketed Total:   $2,907.90<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total        $2,907.90<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481 _____ _____ _____ $2,907.90<br>                                          $2,907.90 | Modified Total        $2,907.90<br><br><br><br><br>Case Number*    Secured      Priority      Unsecured<br>05-44640 _____ _____ _____ $2,907.90<br>                                          $2,907.90 |

*See Exhibit E for a listing of debtor entities by case number          Page:   360  of 433

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 160<br>Date Filed:10/28/05<br>Docketed Total:   $528.57<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total        $528.57<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total        $528.57 |
| | Case Number*      Secured      Priority        Unsecured<br>05-44481                                        $528.57<br>                                                $528.57 | Case Number*    Secured      Priority      Unsecured<br>05-44640                                  $528.57<br>                                          $528.57 |
| Claim: 161<br>Date Filed:10/28/05<br>Docketed Total:   $606.56<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total        $606.56<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total        $606.56 |
| | Case Number*      Secured      Priority        Unsecured<br>05-44481                                        $606.56<br>                                                $606.56 | Case Number*    Secured      Priority      Unsecured<br>05-44640                                  $606.56<br>                                          $606.56 |
| Claim: 162<br>Date Filed:10/28/05<br>Docketed Total:   $243.00<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total        $243.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total        $243.00 |
| | Case Number*      Secured      Priority        Unsecured<br>05-44481                                        $243.00<br>                                                $243.00 | Case Number*    Secured      Priority      Unsecured<br>05-44640                                  $243.00<br>                                          $243.00 |
| Claim: 163<br>Date Filed:10/28/05<br>Docketed Total:   $333.61<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total        $333.61<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total        $333.61 |
| | Case Number*      Secured      Priority        Unsecured<br>05-44481                                        $333.61<br>                                                $333.61 | Case Number*    Secured      Priority      Unsecured<br>05-44640                                  $333.61<br>                                          $333.61 |

In re: Delphi Corporation, et al.                                                            Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 164**
Date Filed:10/28/05
Docketed Total:   $2,907.90
Filing Creditor Name and Address
 SPERRY & RICE MFG CO LLC
 9146 US 52
 BROOKVILLE IN 47012

Claim Holder Name and Address    Docketed Total    $2,907.90
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,907.90 |
| | | | $2,907.90 |

Modified Total    $2,907.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,907.90 |
| | | | $2,907.90 |

---

**Claim: 165**
Date Filed:10/28/05
Docketed Total:   $156.00
Filing Creditor Name and Address
 SPERRY & RICE MFG CO LLC
 9146 US 52
 BROOKVILLE IN 47012

Claim Holder Name and Address    Docketed Total    $156.00
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $156.00 |
| | | | $156.00 |

Modified Total    $156.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $156.00 |
| | | | $156.00 |

---

**Claim: 166**
Date Filed:10/28/05
Docketed Total:   $528.57
Filing Creditor Name and Address
 SPERRY & RICE MFG CO LLC
 9146 US 52
 BROOKVILLE IN 47012

Claim Holder Name and Address    Docketed Total    $528.57
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $528.57 |
| | | | $528.57 |

Modified Total    $528.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $528.57 |
| | | | $528.57 |

---

**Claim: 167**
Date Filed:10/28/05
Docketed Total:   $969.30
Filing Creditor Name and Address
 SPERRY & RICE MFG CO LLC
 9146 US 52
 BROOKVILLE IN 47012

Claim Holder Name and Address    Docketed Total    $969.30
LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $969.30 |
| | | | $969.30 |

Modified Total    $969.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $969.30 |
| | | | $969.30 |

---

*See Exhibit E for a listing of debtor entities by case number                    Page:   362  of 433

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 168<br>Date Filed:10/28/05<br>Docketed Total:   $104.00<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address   Docketed Total   $104.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total   $104.00 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $104.00<br>$104.00 | 05-44640 | | | $104.00<br>$104.00 |

| Claim: 169<br>Date Filed:10/28/05<br>Docketed Total:   $1,938.60<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address   Docketed Total   $1,938.60<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total   $1,938.60 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,938.60<br>$1,938.60 | 05-44640 | | | $1,938.60<br>$1,938.60 |

| Claim: 170<br>Date Filed:10/28/05<br>Docketed Total:   $104.00<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address   Docketed Total   $104.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total   $104.00 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $104.00<br>$104.00 | 05-44640 | | | $104.00<br>$104.00 |

| Claim: 172<br>Date Filed:10/28/05<br>Docketed Total:   $2,907.90<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address   Docketed Total   $2,907.90<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Modified Total   $2,907.90 |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,907.90<br>$2,907.90 | 05-44640 | | | $2,907.90<br>$2,907.90 |

In re: Delphi Corporation, et al.                                                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 173<br>Date Filed:10/28/05<br>Docketed Total:  $272.95<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total    $272.95<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44481                                      $272.95<br>                                              $272.95 | Modified Total    $272.95<br><br><br><br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                                      $272.95<br>                                              $272.95 |
| Claim: 174<br>Date Filed:10/28/05<br>Docketed Total:  $1,938.60<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total    $1,938.60<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44481                                      $1,938.60<br>                                              $1,938.60 | Modified Total    $1,938.60<br><br><br><br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                                      $1,938.60<br>                                              $1,938.60 |
| Claim: 175<br>Date Filed:10/28/05<br>Docketed Total:  $293.65<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total    $293.65<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44481                                      $293.65<br>                                              $293.65 | Modified Total    $293.65<br><br><br><br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                                      $293.65<br>                                              $293.65 |
| Claim: 176<br>Date Filed:10/28/05<br>Docketed Total:  $104.00<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total    $104.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44481                                      $104.00<br>                                              $104.00 | Modified Total    $104.00<br><br><br><br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                                      $104.00<br>                                              $104.00 |

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4221<br>Date Filed:05/01/06<br>Docketed Total:   $6,030.64<br>Filing Creditor Name and Address<br> SPIRAL INDUSTRIES INC<br> 1572 N OLD US HWY 23<br> HOWELL MI 48843 | Claim Holder Name and Address     Docketed Total     $6,030.64<br><br>SPIRAL INDUSTRIES INC<br>1572 N OLD US HWY 23<br>HOWELL MI 48843 | | | | Modified Total     $1,636.03 | | | |
| | Case Number*   05-44640 | Secured | Priority | Unsecured<br>$6,030.64<br>$6,030.64 | Case Number*   05-44640 | Secured | Priority | Unsecured<br>$1,636.03<br>$1,636.03 |
| Claim: 3148<br>Date Filed:04/28/06<br>Docketed Total:   $187.50<br>Filing Creditor Name and Address<br> SPREUER AND SON INC<br> RON TROYER<br> 115 E SPRING ST<br> LAGRANGE IN 46761 | Claim Holder Name and Address     Docketed Total     $187.50<br><br>SPREUER AND SON INC<br>RON TROYER<br>115 E SPRING ST<br>LAGRANGE IN 46761 | | | | Modified Total     $187.50 | | | |
| | Case Number*   05-44481 | Secured | Priority | Unsecured<br>$187.50<br>$187.50 | Case Number*   05-44640 | Secured | Priority | Unsecured<br>$187.50<br>$187.50 |
| Claim: 1881<br>Date Filed:02/06/06<br>Docketed Total:   $5,408.44<br>Filing Creditor Name and Address<br> SPRINT COMMUNICATIONS COMPANY<br> LP<br> M S KSOPHT0101 Z2900<br> 6391 SPRINT PKWY<br> OVERLAND PARK KS 66251-2900 | Claim Holder Name and Address     Docketed Total     $5,408.44<br><br>SPRINT COMMUNICATIONS COMPANY LP<br>M S KSOPHT0101 Z2900<br>6391 SPRINT PKWY<br>OVERLAND PARK KS 66251-2900 | | | | Modified Total     $2,981.74 | | | |
| | Case Number*   05-44481 | Secured | Priority | Unsecured<br>$5,408.44<br>$5,408.44 | Case Number*   05-44624<br>05-47474 | Secured | Priority | Unsecured<br>$2,661.02<br>$320.72<br>$2,981.74 |
| Claim: 5499<br>Date Filed:05/10/06<br>Docketed Total:   $850.00<br>Filing Creditor Name and Address<br> SPUD SOFTWARE INC<br> 9468 S SAGINAW ST<br> GRAND BLANC MI 48439 | Claim Holder Name and Address     Docketed Total     $850.00<br><br>SPUD SOFTWARE INC<br>9468 S SAGINAW ST<br>GRAND BLANC MI 48439 | | | | Modified Total     $850.00 | | | |
| | Case Number*   05-44481 | Secured | Priority | Unsecured<br>$850.00<br>$850.00 | Case Number*   05-44640 | Secured | Priority | Unsecured<br>$850.00<br>$850.00 |

*See Exhibit E for a listing of debtor entities by case number                      Page:   365  of 433

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4282<br>Date Filed: 05/01/06<br>Docketed Total:  $2,100.00<br>Filing Creditor Name and Address<br> ST CLAIRE INC<br> 37440 HILLS TECH DR<br> FARMINGTON HILLS MI 48331-3472 | Claim Holder Name and Address    Docketed Total    $2,100.00<br>ST CLAIRE INC<br>37440 HILLS TECH DR<br>FARMINGTON HILLS MI 48331-3472<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                      $2,100.00<br>                                                               $2,100.00 | Modified Total    $2,100.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $2,100.00<br>                                                               $2,100.00 |
| Claim: 4746<br>Date Filed: 05/04/06<br>Docketed Total:  $92,262.14<br>Filing Creditor Name and Address<br> STADCO INC<br> STADCO AUTOMATIC DIV<br> 632 YELLOW SPRINGS FAIRFIELD R<br> FAIRBORN OH 45324-976 | Claim Holder Name and Address    Docketed Total    $92,262.14<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                      $92,262.14<br>                                                              $92,262.14 | Modified Total    $92,262.14<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                      $92,262.14<br>                                                              $92,262.14 |
| Claim: 3372<br>Date Filed: 04/28/06<br>Docketed Total:  $1,325.00<br>Filing Creditor Name and Address<br> STANDARD COMPONENTS INC<br> 44208 PHOENIX DR<br> STERLING HEIGHTS MI 48314 | Claim Holder Name and Address    Docketed Total    $1,325.00<br><br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO CA 92108<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                      $1,325.00<br>                                                               $1,325.00 | Modified Total    $1,325.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $1,325.00<br>                                                               $1,325.00 |
| Claim: 3328<br>Date Filed: 04/28/06<br>Docketed Total:  $800.00<br>Filing Creditor Name and Address<br> STANFORD RESEARCH SYSTEMS INC<br> 1290 C REAMWOOD AVE<br> SUNNYVALE CA 94089 | Claim Holder Name and Address    Docketed Total    $800.00<br>STANFORD RESEARCH SYSTEMS INC<br>1290 C REAMWOOD AVE<br>SUNNYVALE CA 94089<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                        $800.00<br>                                                                 $800.00 | Modified Total    $800.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                         $800.00<br>                                                                 $800.00 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16113<br>Date Filed:08/09/06<br>Docketed Total: $35,586.00<br>Filing Creditor Name and Address<br> STANLEY ASSEMBLY TECHNOLOGIES<br> FRMLY STANLEY AIR TOOLS<br> 5335 AVION PARK<br> CLEVELAND OH 44143-2328 | Claim Holder Name and Address    Docketed Total    $35,586.00<br><br>STANLEY ASSEMBLY TECHNOLOGIES<br>FRMLY STANLEY AIR TOOLS<br>5335 AVION PARK<br>CLEVELAND OH 44143-2328<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $35,586.00<br>                                        $35,586.00 | Modified Total    $35,586.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $35,586.00<br>                                        $35,586.00 |
| Claim: 15853<br>Date Filed:08/09/06<br>Docketed Total: $1,973.71<br>Filing Creditor Name and Address<br> STANLEY M PROCTOR COMPANY<br> ACCOUNTS PAYABLE<br> 2016 MIDWAY DR<br> TWINSBURG OH 44087-0446 | Claim Holder Name and Address    Docketed Total    $1,973.71<br><br>STANLEY M PROCTOR COMPANY<br>ACCOUNTS PAYABLE<br>2016 MIDWAY DR<br>TWINSBURG OH 44087-0446<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $1,973.71<br>                                        $1,973.71 | Modified Total    $1,973.71<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $1,973.71<br>                                        $1,973.71 |
| Claim: 1280<br>Date Filed:12/27/05<br>Docketed Total: $4,442.41<br>Filing Creditor Name and Address<br> STAPLES INC<br> MS 309M<br> 500 STAPLES DR<br> FRAMINGHAM MA 01702 | Claim Holder Name and Address    Docketed Total    $4,442.41<br><br>STAPLES INC<br>MS 309M<br>500 STAPLES DR<br>FRAMINGHAM MA 01702<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $4,442.41<br>                                        $4,442.41 | Modified Total    $4,442.41<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $4,442.41<br>                                        $4,442.41 |
| Claim: 8989<br>Date Filed:07/05/06<br>Docketed Total: $29,708.82<br>Filing Creditor Name and Address<br> STAR PRECISION FABRICATING LIM<br> PR UMATIYA<br> 5410 BRYSTONE<br> HOUSTON TX 77041 | Claim Holder Name and Address    Docketed Total    $29,708.82<br><br>STAR PRECISION FABRICATING LIM<br>PR UMATIYA<br>5410 BRYSTONE<br>HOUSTON TX 77041<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44511 _____ _____ _____ $29,708.82<br>                                        $29,708.82 | Modified Total    $29,240.98<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44511 _____ _____ _____ $29,240.98<br>                                        $29,240.98 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9515<br>Date Filed:07/14/06<br>Docketed Total:   $33,563.94<br>Filing Creditor Name and Address<br> STARBROOK INDUSTRIES INC<br> FMLY TIPP MANUFACTURING<br> 2000 INDUSTRIAL CT<br> COVINGTON OH 45318 | Claim Holder Name and Address     Docketed Total     $33,563.94<br><br>STARBROOK INDUSTRIES INC<br>FMLY TIPP MANUFACTURING<br>2000 INDUSTRIAL CT<br>COVINGTON OH 45318<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $33,563.94<br>                                               $33,563.94 | Modified Total     $33,563.94<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $33,563.94<br>                                               $33,563.94 |
| Claim: 4258<br>Date Filed:05/01/06<br>Docketed Total:   $909.00<br>Filing Creditor Name and Address<br> STARR INSTRUMENT SERVICE<br> DIV OF CALIBRATION SPECIALIST<br> 1101 W LAWRENCE HWY<br> CHARLOTTE MI 48813 | Claim Holder Name and Address     Docketed Total     $909.00<br><br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO CA 92108<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $909.00<br>                                               $909.00 | Modified Total     $859.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $859.00<br>                                               $859.00 |
| Claim: 8097<br>Date Filed:06/16/06<br>Docketed Total:   $48,465.00<br>Filing Creditor Name and Address<br> STARWIN INDUSTRIES INC<br> 3387 WOODMAN DR<br> DAYTON OH 45429 | Claim Holder Name and Address     Docketed Total     $48,465.00<br><br>STARWIN INDUSTRIES INC<br>3387 WOODMAN DR<br>DAYTON OH 45429<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $48,465.00<br>                                               $48,465.00 | Modified Total     $45,865.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $45,865.00<br>                                               $45,865.00 |
| Claim: 5296<br>Date Filed:05/08/06<br>Docketed Total:   $530.84<br>Filing Creditor Name and Address<br> STATE OF MICHIGAN DEPT OF<br> TRANSPORTATION<br> ATTN FINANCE CASHIER<br> PO BOX 30648<br> LANSING MI 48909 | Claim Holder Name and Address     Docketed Total     $530.84<br><br>STATE OF MICHIGAN DEPT OF<br>TRANSPORTATION<br>ATTN FINANCE CASHIER<br>PO BOX 30648<br>LANSING MI 48909<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $530.84<br>                                               $530.84 | Modified Total     $240.08<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $240.08<br>                                               $240.08 |

*See Exhibit E for a listing of debtor entities by case number                 Page:   368  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6654<br>Date Filed:05/23/06<br>Docketed Total:   $498.00<br>Filing Creditor Name and Address<br> STATES ENGINEERING CORP<br> CUSTOMER SRVC<br> 10216 AIRPORT DR<br> FT WAYNE IN 46819 | Claim Holder Name and Address    Docketed Total    $498.00<br><br>STATES ENGINEERING CORP<br>CUSTOMER SRVC<br>10216 AIRPORT DR<br>FT WAYNE IN 46819<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $498.00<br>                                                 $498.00 | Modified Total    $498.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $498.00<br>                                                 $498.00 |
| Claim: 3387<br>Date Filed:04/28/06<br>Docketed Total:   $1,235.34<br>Filing Creditor Name and Address<br> STEGMANN INC USA<br> MARK<br> 7496 WEBSTER ST<br> DAYTON OH 45414 | Claim Holder Name and Address    Docketed Total    $1,235.34<br><br>STEGMANN INC USA<br>MARK<br>7496 WEBSTER ST<br>DAYTON OH 45414<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $1,235.34<br>                                                $1,235.34 | Modified Total    $1,235.34<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $1,235.34<br>                                                $1,235.34 |
| Claim: 9175<br>Date Filed:07/10/06<br>Docketed Total:   $14,945.71<br>Filing Creditor Name and Address<br> STELLAR SATELLITE<br> COMMUNICATIONS<br> ACCOUNTS PAYABLE<br> 2115 LINWOOD AVE STE 100<br> FORT LEE NJ 07024 | Claim Holder Name and Address    Docketed Total    $14,945.71<br><br>STELLAR SATELLITE COMMUNICATIONS<br>ACCOUNTS PAYABLE<br>2115 LINWOOD AVE STE 100<br>FORT LEE NJ 07024<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $14,945.71<br>                                                $14,945.71 | Modified Total    $12,375.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $12,375.00<br>                                                $12,375.00 |
| Claim: 3793<br>Date Filed:05/01/06<br>Docketed Total:   $1,395.27<br>Filing Creditor Name and Address<br> STELRON COMPONENTS INC   EFT<br> 1495 MACARTHUR BLVD<br> MAHWAH NJ 07430 | Claim Holder Name and Address    Docketed Total    $1,395.27<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $1,395.27<br>                                                $1,395.27 | Modified Total    $1,395.27<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $1,395.27<br>                                                $1,395.27 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 1277<br>Date Filed:12/27/05<br>Docketed Total:  $4,000.00<br>Filing Creditor Name and Address<br> STEPHEN WALLACE DBA<br> SPECIALIZED SERVICES<br> STEPHEN M WALLACE<br> 92 O BRIEN DR<br> LOCKPORT NY 14094 | Claim Holder Name and Address    Docketed Total    $4,000.00<br><br>STEPHEN WALLACE DBA SPECIALIZED<br>SERVICES<br>STEPHEN M WALLACE<br>92 O BRIEN DR<br>LOCKPORT NY 14094 | | Modified Total    $2,000.00 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                         $2,000.00    $2,000.00<br>                                 $2,000.00    $2,000.00 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                    $2,000.00<br>                                                   $2,000.00 | |
| Claim: 8663<br>Date Filed:06/27/06<br>Docketed Total:  $5,894.00<br>Filing Creditor Name and Address<br> STEPHENSON & LAWYER INC<br> 3831 PATTERSON AVE SE<br> PO BOX 8834<br> GRAND RAPIDS MI 49518-8834 | Claim Holder Name and Address    Docketed Total    $5,894.00<br><br>STEPHENSON & LAWYER INC<br>3831 PATTERSON AVE SE<br>PO BOX 8834<br>GRAND RAPIDS MI 49518-8834 | | Modified Total    $1,326.00 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44567                                    $5,894.00<br>                                                   $5,894.00 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44567                                    $1,326.00<br>                                                   $1,326.00 | |
| Claim: 3349<br>Date Filed:04/28/06<br>Docketed Total:  $5,448.00<br>Filing Creditor Name and Address<br> STERLING SCALE CO INC<br> 20950 BOENING DR<br> SOUTHFIELD MI 48075-5783 | Claim Holder Name and Address    Docketed Total    $5,448.00<br><br>STERLING SCALE CO INC<br>20950 BOENING DR<br>SOUTHFIELD MI 48075-5783 | | Modified Total    $4,009.00 | |
| | <u>Case Number</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                    $5,448.00<br>                                                   $5,448.00 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                    $4,009.00<br>                                                   $4,009.00 | |
| Claim: 1721<br>Date Filed:01/30/06<br>Docketed Total:  $185,407.40<br>Filing Creditor Name and Address<br> STERNER AUTOMATION LIMITED<br> 43 HANNA AVE<br> TORONTO ON M6K 1X6<br> CANADA | Claim Holder Name and Address    Docketed Total    $185,407.40<br><br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | | Modified Total    $184,611.15 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                    $185,407.40<br>                                                   $185,407.40 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                    $184,611.15<br>                                                   $184,611.15 | |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6544<br>Date Filed:05/22/06<br>Docketed Total:  $12,006.35<br>Filing Creditor Name and Address<br>  STEVENS WIRE PRODUCTS INC<br>  PO BOX 1146<br>  RICHMOND IN 47375-1146 | Claim Holder Name and Address<br><br>STEVENS WIRE PRODUCTS INC<br>PO BOX 1146<br>RICHMOND IN 47375-1146 | Docketed Total | | $12,006.35 | | Modified Total | | $10,472.75 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $12,006.35<br>$12,006.35 | 05-44640 | | | $10,472.75<br>$10,472.75 |
| Claim: 1431<br>Date Filed:01/04/06<br>Docketed Total:  $20,934.54<br>Filing Creditor Name and Address<br>  STEWARD INC<br>  1200 E 36TH ST<br>  CHATTANOOGA TN 37407-2489 | Claim Holder Name and Address<br><br>STEWARD INC<br>1200 E 36TH ST<br>CHATTANOOGA TN 37407-2489 | Docketed Total | | $20,934.54 | | Modified Total | | $20,872.68 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44610 | | | $20,934.54<br>$20,934.54 | 05-44640 | | | $20,872.68<br>$20,872.68 |
| Claim: 1432<br>Date Filed:01/04/06<br>Docketed Total:  $88,443.84<br>Filing Creditor Name and Address<br>  STEWARD INC<br>  1200 E 36TH ST<br>  CHATTANOOGA TN 37407-2489 | Claim Holder Name and Address<br><br>STEWARD INC<br>1200 E 36TH ST<br>CHATTANOOGA TN 37407-2489 | Docketed Total | | $88,443.84 | | Modified Total | | $86,603.16 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $88,443.84<br>$88,443.84 | 05-44640 | | | $86,603.16<br>$86,603.16 |
| Claim: 1642<br>Date Filed:01/23/06<br>Docketed Total:  $10,479.40<br>Filing Creditor Name and Address<br>  STEWART & STEVENSON SERVICES<br>  ATTN TINA MARTINEZ<br>  601 W 38TH ST<br>  HOUSTON TX 77018 | Claim Holder Name and Address<br><br>STEWART & STEVENSON SERVICES<br>ATTN TINA MARTINEZ<br>601 W 38TH ST<br>HOUSTON TX 77018 | Docketed Total | | $10,479.40 | | Modified Total | | $7,385.91 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $10,479.40<br>$10,479.40 | 05-44640 | | | $7,385.91<br>$7,385.91 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15607<br>Date Filed:07/31/06<br>Docketed Total:  $3,603.60<br>Filing Creditor Name and Address<br> STIMPSON EDWIN B CO INC<br> STIMPSON CO<br> 900 SYLVAN AVE<br> BAYPORT NY 11705-1012 | Claim Holder Name and Address    Docketed Total    $3,603.60<br><br>STIMPSON EDWIN B CO INC<br>STIMPSON CO<br>900 SYLVAN AVE<br>BAYPORT NY 11705-1012<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $3,603.60<br>                                                        $3,603.60 | Modified Total    $2,184.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                              $2,184.00<br>                                                        $2,184.00 |
| Claim: 6501<br>Date Filed:05/22/06<br>Docketed Total:  $925.47<br>Filing Creditor Name and Address<br> STONER<br> 1070 ROBERT FULTON<br> QUARRYVILLE PA 17566 | Claim Holder Name and Address    Docketed Total    $925.47<br><br>STONER<br>1070 ROBERT FULTON<br>QUARRYVILLE PA 17566<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $925.47<br>                                                        $925.47 | Modified Total    $925.47<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $925.47<br>                                                        $925.47 |
| Claim: 5030<br>Date Filed:05/08/06<br>Docketed Total:  $30.00<br>Filing Creditor Name and Address<br> STOOPS DANNY G DBA DD STOOPS<br> LASER ENGRAVING<br> DD STOOPS LASER ENGRAVING<br> 975 GRANITE DR<br> KOKOMO IN 46902 | Claim Holder Name and Address    Docketed Total    $30.00<br><br>STOOPS DANNY G DBA DD STOOPS LASER<br>ENGRAVING<br>DD STOOPS LASER ENGRAVING<br>975 GRANITE DR<br>KOKOMO IN 46902<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                        $30.00<br>                                $30.00 | Modified Total    $30.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $30.00<br>                                                        $30.00 |
| Claim: 9559<br>Date Filed:07/14/06<br>Docketed Total:  $50,235.09<br>Filing Creditor Name and Address<br> SUBURBAN IMPORT CENTER<br> 1804 MAPLELAWN<br> TROY MI 48084 | Claim Holder Name and Address    Docketed Total    $50,235.09<br><br>SUBURBAN IMPORT CENTER<br>1804 MAPLELAWN<br>TROY MI 48084<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $50,235.09<br>                                                        $50,235.09 | Modified Total    $48,086.26<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                              $48,086.26<br>                                                        $48,086.26 |

*See Exhibit E for a listing of debtor entities by case number                    Page:    372  of 433

In re: Delphi Corporation, et al.                                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1521**
Date Filed: 01/12/06
Docketed Total:  $93,318.95
Filing Creditor Name and Address
 SUMITOMO SITIX SILICON INC
 DANIELA CAILEAN
 19801 N TATUM BLVD
 PHOENIX AZ 85050

Claim Holder Name and Address — Docketed Total — $93,318.95
SUMITOMO SITIX SILICON INC
DANIELA CAILEAN
19801 N TATUM BLVD
PHOENIX AZ 85050

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $93,318.95 | |
| | | $93,318.95 | |

Modified Total — $93,197.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $93,197.45 |
| | | | $93,197.45 |

---

**Claim: 3943**
Date Filed: 05/01/06
Docketed Total:  $1,375.00
Filing Creditor Name and Address
 SUMMERHILL TECHNOLOGY CORP
 10010 PIONEER BLVD 103
 SANTA FE SPRINGS CA 90670

Claim Holder Name and Address — Docketed Total — $1,375.00
SUMMERHILL TECHNOLOGY CORP
10010 PIONEER BLVD 103
SANTA FE SPRINGS CA 90670

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,375.00 |
| | | | $1,375.00 |

Modified Total — $1,375.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,375.00 |
| | | | $1,375.00 |

---

**Claim: 5400**
Date Filed: 05/09/06
Docketed Total:  $31,551.00
Filing Creditor Name and Address
 SUN KWANG BRAZING FILLER METAL
 SUNKWANG METAL CO LTD
 216 SAMSUNGDANG-RI SINBUK
 POCHON KYONGGI  487913
 KOREA, REPUBLIC OF

Claim Holder Name and Address — Docketed Total — $31,551.00
SUN KWANG BRAZING FILLER METAL
SUNKWANG METAL CO LTD
216 SAMSUNGDANG-RI SINBUK
POCHON KYONGGI  487913
KOREA, REPUBLIC OF

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $31,551.00 | | |
| | $31,551.00 | | |

Modified Total — $27,801.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $27,801.00 |
| | | | $27,801.00 |

---

**Claim: 1457**
Date Filed: 01/03/06
Docketed Total:  $1,881.69
Filing Creditor Name and Address
 SUPERIOR DIE SET CORP
 900 W DREXEL AVE
 OAK CREEK WI 53154

Claim Holder Name and Address — Docketed Total — $1,881.69
SUPERIOR DIE SET CORP
900 W DREXEL AVE
OAK CREEK WI 53154

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,881.69 |
| | | | $1,881.69 |

Modified Total — $1,686.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,686.00 |
| | | | $1,686.00 |

---

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4000<br>Date Filed:05/01/06<br>Docketed Total:  $174,168.40<br>Filing Creditor Name and Address<br> SUPERIOR INDUSTRIES<br> INTERNATIONAL INC<br> 7800 WOODLEY AVE<br> VAN NUYS CA 91406-4973 | Claim Holder Name and Address    Docketed Total    $174,168.40<br><br>SUPERIOR INDUSTRIES<br>INTERNATIONAL INC<br>7800 WOODLEY AVE<br>VAN NUYS CA 91406-4973<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $174,168.40<br>                                                    $174,168.40 | Modified Total    $124,695.09<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $124,695.09<br>                                                    $124,695.09 |
| Claim: 12107<br>Date Filed:07/28/06<br>Docketed Total:  $3,184.74<br>Filing Creditor Name and Address<br> SUPFINA MACHINE CO INC<br> ATTN ANDREW CORSINI<br> 181 CIRCUIT DR<br> NORTH KINGSTOWN RI 02852 | Claim Holder Name and Address    Docketed Total    $3,184.74<br><br>SUPFINA MACHINE CO INC<br>ATTN ANDREW CORSINI<br>181 CIRCUIT DR<br>NORTH KINGSTOWN RI 02852<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $3,184.74<br>                                                    $3,184.74 | Modified Total    $3,184.74<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $3,184.74<br>                                                    $3,184.74 |
| Claim: 4911<br>Date Filed:05/05/06<br>Docketed Total:  $7,726.96<br>Filing Creditor Name and Address<br> SUPPLYONE PLASTICS INC<br> JAMES P YOUNDT<br> 51 VANGUARD DR<br> READING PA 19518-0000 | Claim Holder Name and Address    Docketed Total    $7,726.96<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $7,726.96<br>                                                    $7,726.96 | Modified Total    $7,726.96<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624 _____ _____ _____ $7,726.96<br>                                                    $7,726.96 |
| Claim: 7053<br>Date Filed:05/30/06<br>Docketed Total:  $23,111.70<br>Filing Creditor Name and Address<br> SVRC INDUSTRIES INC<br> 919 VETERANS MEMORIAL PKY<br> SAGINAW MI 48601-1432 | Claim Holder Name and Address    Docketed Total    $23,111.70<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481 _____ _____ _____ $23,111.70<br>                                                    $23,111.70 | Modified Total    $23,111.70<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $23,111.70<br>                                                    $23,111.70 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 883<br>Date Filed:11/28/05<br>Docketed Total:   $288.84<br>Filing Creditor Name and Address<br> SWARCO INDUSTRIES INC<br> ATTN GARY WEATHERFORD<br> PO BOX 89<br> COLUMBIA TN 38401 | Claim Holder Name and Address    Docketed Total    $288.84<br><br>SWARCO INDUSTRIES INC<br>ATTN GARY WEATHERFORD<br>PO BOX 89<br>COLUMBIA TN 38401<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $288.84<br>                                                  $288.84 | Modified Total    $288.84<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $288.84<br>                                                  $288.84 |
| Claim: 6634<br>Date Filed:05/23/06<br>Docketed Total:   $21,967.79<br>Filing Creditor Name and Address<br> SWECOIN US INC<br> 1037 AQUIDNECK AVE<br> MIDDLETOWN RI 02842 | Claim Holder Name and Address    Docketed Total    $21,967.79<br><br>SWECOIN US INC<br>1037 AQUIDNECK AVE<br>MIDDLETOWN RI 02842<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $21,967.79<br>                                                  $21,967.79 | Modified Total    $17,745.13<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $17,745.13<br>                                                  $17,745.13 |
| Claim: 2050<br>Date Filed:02/17/06<br>Docketed Total:   $5,055.36<br>Filing Creditor Name and Address<br> SWH ENTERPRISES INC SUPER<br> WAREHOUSE<br> ACCOUNTS RECEIVABLE<br> 739 DESIGN CT STE 500<br> CHULA VISTA CA 91911 | Claim Holder Name and Address    Docketed Total    $5,055.36<br><br>SWH ENTERPRISES INC SUPER WAREHOUSE<br>ACCOUNTS RECEIVABLE<br>739 DESIGN CT STE 500<br>CHULA VISTA CA 91911<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $5,055.36<br>                                                  $5,055.36 | Modified Total    $5,055.36<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $5,055.36<br>                                                  $5,055.36 |
| Claim: 5964<br>Date Filed:05/16/06<br>Docketed Total:   $33,585.70<br>Filing Creditor Name and Address<br> SWISS MICRON<br> 22361 GILBERTO STA<br> RANCHO SANTA MARAGRI CA 92688 | Claim Holder Name and Address    Docketed Total    $33,585.70<br><br>SWISS MICRON<br>22361 GILBERTO STA<br>RANCHO SANTA MARAGRI CA 92688<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $33,585.70<br>                                                  $33,585.70 | Modified Total    $33,585.70<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                          $33,585.70<br>                                                  $33,585.70 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 1215**<br>Date Filed:12/19/05<br>Docketed Total:   $83,119.13<br>Filing Creditor Name and Address<br> SYMMETRY ELECTRONICS INC<br> 20250 144TH AVE NE NO 100<br> WOODINVILLE WA 98072 | Claim Holder Name and Address<br><br>SYMMETRY ELECTRONICS INC<br>20250 144TH AVE NE NO 100<br>WOODINVILLE WA 98072 | Docketed Total | | $83,119.13 | | Modified Total | | $83,119.13 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$83,119.13<br>$83,119.13 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$83,119.13<br>$83,119.13 |
| **Claim: 1097**<br>Date Filed:12/09/05<br>Docketed Total:  $500.00<br>Filing Creditor Name and Address<br> SYNCHROTECH<br> 3333 WILSHIRE BLVD STE 806<br> LOS ANGELES CA 90010 | Claim Holder Name and Address<br><br>SYNCHROTECH<br>3333 WILSHIRE BLVD STE 806<br>LOS ANGELES CA 90010 | Docketed Total | | $500.00 | | Modified Total | | $500.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$500.00<br>$500.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$500.00<br>$500.00 |
| **Claim: 1913**<br>Date Filed:02/08/06<br>Docketed Total:   $97,854.32<br>Filing Creditor Name and Address<br> SYPRIS TEST & MEASUREMENT<br> 6120 HANGING MOSS RD<br> ORLANDO FL 32833 | Claim Holder Name and Address<br><br>BANK OF AMERICA N A<br>ATTN INFORMATION MGR<br>100 N TRYON ST 20TH FL<br>MAIL CODE NCI 007 20 01<br>CHARLOTTE NC 28255 | Docketed Total | | $97,854.32 | | Modified Total | | $97,854.32 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$97,854.32<br><br>$97,854.32 | Case Number*<br>05-44567<br>05-44624<br>05-44640 | Secured | Priority | Unsecured<br>$1,576.00<br>$4,455.00<br>$91,823.32<br>$97,854.32 |
| **Claim: 3933**<br>Date Filed:05/01/06<br>Docketed Total:   $1,169.50<br>Filing Creditor Name and Address<br> SYSTEM SCALE CORP<br> SSC LAB DIV<br> 7715 DISTRIBUTION DR<br> LITTLE ROCK AR 72209 | Claim Holder Name and Address<br><br>SYSTEM SCALE CORP<br>SSC LAB DIV<br>7715 DISTRIBUTION DR<br>LITTLE ROCK AR 72209 | Docketed Total | | $1,169.50 | | Modified Total | | $1,169.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,169.50<br>$1,169.50 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$1,169.50<br>$1,169.50 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8000<br>Date Filed: 06/15/06<br>Docketed Total:  $47,550.00<br>Filing Creditor Name and Address<br> SYSTEM SOLUTIONS INC<br> 4 FOREST BAY LN<br> CICERO IN 46034 | Claim Holder Name and Address    Docketed Total    $47,550.00<br>SYSTEM SOLUTIONS INC<br>4 FOREST BAY LN<br>CICERO IN 46034 | Modified Total    $47,550.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>$47,550.00<br>$47,550.00 | **Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>$47,550.00<br>$47,550.00 |

### Claim 8000

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8000<br>Date Filed: 06/15/06<br>Docketed Total:  $47,550.00<br>Filing Creditor Name and Address<br> SYSTEM SOLUTIONS INC<br> 4 FOREST BAY LN<br> CICERO IN 46034 | Claim Holder Name and Address    Docketed Total    $47,550.00<br>SYSTEM SOLUTIONS INC<br>4 FOREST BAY LN<br>CICERO IN 46034 | Modified Total    $47,550.00 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $47,550.00<br>$47,550.00 | | 05-44640 | | | $47,550.00<br>$47,550.00 |

### Claim 4397

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4397<br>Date Filed: 05/02/06<br>Docketed Total:  $142.27<br>Filing Creditor Name and Address<br> T AND A INDUSTRIAL LTD<br> 12550 ROBIN LN<br> PO BOX 1330<br> BROOKFIELD WI 53008-1330 | Claim Holder Name and Address    Docketed Total    $142.27<br>T AND A INDUSTRIAL LTD<br>12550 ROBIN LN<br>PO BOX 1330<br>BROOKFIELD WI 53008-1330 | Modified Total    $142.27 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $142.27<br>$142.27 | | 05-44640 | | | $142.27<br>$142.27 |

### Claim 4887

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4887<br>Date Filed: 05/05/06<br>Docketed Total:  $500.00<br>Filing Creditor Name and Address<br> T E C ENGINEERING CORP<br> TOWN FOREST RD<br> OXFORD MA 01540 | Claim Holder Name and Address    Docketed Total    $500.00<br>T E C ENGINEERING CORP<br>TOWN FOREST RD<br>OXFORD MA 01540 | Modified Total    $500.00 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $500.00<br>$500.00 | | 05-44640 | | | $500.00<br>$500.00 |

### Claim 89

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 89<br>Date Filed: 10/24/05<br>Docketed Total:  $4,672.18<br>Filing Creditor Name and Address<br> TAH INDUSTRIES INC<br> 8 APPLEGATE DR<br> ROBBINSVILLE NJ 08691 | Claim Holder Name and Address    Docketed Total    $4,672.18<br>TAH INDUSTRIES INC<br>8 APPLEGATE DR<br>ROBBINSVILLE NJ 08691 | Modified Total    $2,125.77 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | $4,672.18<br>$4,672.18 | | | 05-44640 | | | $2,125.77<br>$2,125.77 |

In re: Delphi Corporation, et al.                                              Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4802<br>Date Filed:05/05/06<br>Docketed Total:   $564.42<br>Filing Creditor Name and Address<br> TALTON COMMUNICATIONS INC<br> PO BOX 1117<br> SELMA AL 36702-1117 | Claim Holder Name and Address    Docketed Total    $564.42<br><br>TALTON COMMUNICATIONS INC<br>PO BOX 1117<br>SELMA AL 36702-1117<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $564.42<br>                                                $564.42 | Modified Total    $564.42<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $564.42<br>                                                $564.42 |
| Claim: 4287<br>Date Filed:05/01/06<br>Docketed Total:   $4,890.91<br>Filing Creditor Name and Address<br> TANURY JAMES ASSOCIATES INC<br> J T A INTERNATIONAL DIV<br> 3150 LIVERNOIS STE 200<br> TROY MI 48083 | Claim Holder Name and Address    Docketed Total    $4,890.91<br><br>TANURY JAMES ASSOCIATES INC<br>J T A INTERNATIONAL DIV<br>3150 LIVERNOIS STE 200<br>TROY MI 48083<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $4,890.91<br>                                                $4,890.91 | Modified Total    $4,890.91<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $4,890.91<br>                                                $4,890.91 |
| Claim: 3741<br>Date Filed:05/01/06<br>Docketed Total:   $3,504.20<br>Filing Creditor Name and Address<br> TAPE PRODUCTS CO<br> PO BOX 42413<br> CINCINNATI OH 45242 | Claim Holder Name and Address    Docketed Total    $3,504.20<br><br>TAPE PRODUCTS CO<br>PO BOX 42413<br>CINCINNATI OH 45242<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $3,504.20<br>                                                $3,504.20 | Modified Total    $3,121.53<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $3,121.53<br>                                                $3,121.53 |
| Claim: 3998<br>Date Filed:05/01/06<br>Docketed Total:   $3,850.00<br>Filing Creditor Name and Address<br> TARTAN TOOL CO<br> 368 PK ST<br> TROY MI 48083-2773 | Claim Holder Name and Address    Docketed Total    $3,850.00<br><br>TARTAN TOOL CO<br>368 PK ST<br>TROY MI 48083-2773<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $3,850.00<br>                                                $3,850.00 | Modified Total    $3,850.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                        $3,850.00<br>                                                $3,850.00 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8268<br>Date Filed:06/20/06<br>Docketed Total:  $34,432.19<br>Filing Creditor Name and Address<br> TAWAS ICMS<br> 15309 STONEY CREEK WAY<br> NOBELSVILLE IN 46060 | Claim Holder Name and Address    Docketed Total    $34,432.19<br><br>TAWAS ICMS<br>15309 STONEY CREEK WAY<br>NOBELSVILLE IN 46060<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $34,432.19<br>                                               $34,432.19 | Modified Total    $34,432.19<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $34,432.19<br>                                               $34,432.19 |
| Claim: 10866<br>Date Filed:07/25/06<br>Docketed Total:  $25,362.80<br>Filing Creditor Name and Address<br> TAWAS INDUSTRIES INC<br> 905 CEDER ST<br> TAWAS MI 48763 | Claim Holder Name and Address    Docketed Total    $25,362.80<br><br>TAWAS INDUSTRIES INC<br>905 CEDER ST<br>TAWAS MI 48763<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $25,362.80<br>                                               $25,362.80 | Modified Total    $23,920.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $23,920.00<br>                                               $23,920.00 |
| Claim: 3880<br>Date Filed:05/01/06<br>Docketed Total:  $660.00<br>Filing Creditor Name and Address<br> TAYLOREEL CORP<br> JANICE MIRABELLA<br> PO BOX 476<br> OAKWOOD GA 30566 | Claim Holder Name and Address    Docketed Total    $660.00<br><br>TAYLOREEL CORP<br>JANICE MIRABELLA<br>PO BOX 476<br>OAKWOOD GA 30566<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $660.00<br>                                               $660.00 | Modified Total    $660.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                       $660.00<br>                                               $660.00 |
| Claim: 12828<br>Date Filed:07/28/06<br>Docketed Total:  $2,696,313.72<br>Filing Creditor Name and Address<br> TCS AMERICA A DIV OF TATA<br> AMERICA INTERNATIONAL<br> CORPORATION<br> ATTN SATYANARAYAN S HEDGE SR<br> VICE P<br> TCS AMERICA<br> 101 PK AVE 26TH FL<br> NEW YORK NY 10178 | Claim Holder Name and Address    Docketed Total    $2,696,313.72<br><br>SPCP GROUP LLC AS AGENT FOR SILVER<br>POINT CAPITAL FUND LP AND SILVER<br>POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $2,696,313.72<br>                                               $2,696,313.72 | Modified Total    $2,671,979.95<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $2,671,979.95<br>                                               $2,671,979.95 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| | Claim Holder Name and Address | Docketed Total | | $15,855.76 | | Modified Total | | $14,650.45 |
|---|---|---|---|---|---|---|---|---|
| Claim: 9019<br>Date Filed:07/05/06<br>Docketed Total: $15,855.76<br>Filing Creditor Name and Address<br> TDK ELECTRONICS EUROPE GMBH<br> WANHEIMER STR 57<br> DUESSELDORF 40472<br> GERMANY | TDK ELECTRONICS EUROPE GMBH<br>WANHEIMER STR 57<br>DUESSELDORF 40472<br>GERMANY | | | | | | | |
| | Case Number*<br>05-44610 | Secured | Priority | Unsecured<br>$15,855.76<br>$15,855.76 | Case Number*<br>05-44610 | Secured | Priority | Unsecured<br>$14,650.45<br>$14,650.45 |

| | Claim Holder Name and Address | Docketed Total | | $2,820.25 | | Modified Total | | $2,150.00 |
|---|---|---|---|---|---|---|---|---|
| Claim: 1401<br>Date Filed:12/30/05<br>Docketed Total: $2,820.25<br>Filing Creditor Name and Address<br> TEAM AIR EXPRESS<br> PO BOX 668<br> WINNSBORO TX 75494 | TEAM AIR EXPRESS<br>PO BOX 668<br>WINNSBORO TX 75494 | | | | | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,820.25<br>$2,820.25 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$2,150.00<br>$2,150.00 |

| | Claim Holder Name and Address | Docketed Total | | $17,803.65 | | Modified Total | | $17,803.65 |
|---|---|---|---|---|---|---|---|---|
| Claim: 4754<br>Date Filed:05/04/06<br>Docketed Total: $17,803.65<br>Filing Creditor Name and Address<br> TEAM SYSTEMS INC<br> 7806 REDSKY DR<br> CINCINNATI OH 45249-1632 | TEAM SYSTEMS INC<br>7806 REDSKY DR<br>CINCINNATI OH 45249-1632 | | | | | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$17,803.65<br>$17,803.65 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,803.65<br>$17,803.65 |

| | Claim Holder Name and Address | Docketed Total | | $4,600.00 | | Modified Total | | $4,600.00 |
|---|---|---|---|---|---|---|---|---|
| Claim: 230<br>Date Filed:10/31/05<br>Docketed Total: $4,600.00<br>Filing Creditor Name and Address<br> TECFACTS SERVICES LLC<br> PO BOX 309<br> CHESTER HEIGHTS PA 19017 | TECFACTS SERVICES LLC<br>PO BOX 309<br>CHESTER HEIGHTS PA 19017 | | | | | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,600.00<br>$4,600.00 | Case Number*<br>05-44618 | Secured | Priority | Unsecured<br>$4,600.00<br>$4,600.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1894<br>Date Filed: 02/08/06<br>Docketed Total: $11,931.84<br>Filing Creditor Name and Address<br>TECH ETCH INC<br>45 ALDRIN RD<br>PLYMOUTH MA 02360 | Claim Holder Name and Address    Docketed Total    $11,931.84<br><br>TECH ETCH INC<br>45 ALDRIN RD<br>PLYMOUTH MA 02360<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                       $11,931.84<br>                                                                   $11,931.84 | Modified Total    $8,331.84<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $8,331.84<br>                                                                   $8,331.84 |
| Claim: 1895<br>Date Filed: 02/08/06<br>Docketed Total: $890.00<br>Filing Creditor Name and Address<br>TECH ETCH INC<br>45 ALDRIN RD<br>PLYMOUTH MA 02360 | Claim Holder Name and Address    Docketed Total    $890.00<br><br>TECH ETCH INC<br>45 ALDRIN RD<br>PLYMOUTH MA 02360<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                                       $890.00<br>                                                                   $890.00 | Modified Total    $890.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44511                                                       $890.00<br>                                                                   $890.00 |
| Claim: 6320<br>Date Filed: 05/19/06<br>Docketed Total: $1,820.00<br>Filing Creditor Name and Address<br>TECH SERVICES INC<br>SCOTT CRABTREE<br>TECH SERVICES INC<br>609 JUDD RD<br>SOUTHBURY CT 06488 | Claim Holder Name and Address    Docketed Total    $1,820.00<br><br>TECH SERVICES INC<br>SCOTT CRABTREE<br>TECH SERVICES INC<br>609 JUDD RD<br>SOUTHBURY CT 06488<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                       $1,820.00<br>                                                                   $1,820.00 | Modified Total    $1,820.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $1,820.00<br>                                                                   $1,820.00 |
| Claim: 4939<br>Date Filed: 05/05/06<br>Docketed Total: $129.20<br>Filing Creditor Name and Address<br>TECHMASTER INC<br>N94 W 14367 GARWIN MACE DR<br>MENOMONEE FALLS WI 53051 | Claim Holder Name and Address    Docketed Total    $129.20<br><br>TECHMASTER INC<br>N94 W 14367 GARWIN MACE DR<br>MENOMONEE FALLS WI 53051<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                       $129.20<br>                                                                   $129.20 | Modified Total    $129.20<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                       $129.20<br>                                                                   $129.20 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14817<br>Date Filed:07/31/06<br>Docketed Total:   $1,909.00<br>Filing Creditor Name and Address<br> TECHNA TOOL INC<br> 533 S INDUSTRIAL DR<br> HARTLAND WI 53029 | Claim Holder Name and Address    Docketed Total    $1,909.00<br><br>TECHNA TOOL INC<br>533 S INDUSTRIAL DR<br>HARTLAND WI 53029<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $1,909.00<br>                                           $1,909.00 | Modified Total    $1,909.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $1,909.00<br>                                           $1,909.00 |
| Claim: 6029<br>Date Filed:05/16/06<br>Docketed Total:   $1,745.55<br>Filing Creditor Name and Address<br> TECHNICA USA<br> ROBERT A MORGENSEN & ASSOC<br> 167 CONSTITUTION DR<br> MENLO PK CA 94025 | Claim Holder Name and Address    Docketed Total    $1,745.55<br><br>TECHNICA USA<br>ROBERT A MORGENSEN & ASSOC<br>167 CONSTITUTION DR<br>MENLO PK CA 94025<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $1,745.55<br>                                           $1,745.55 | Modified Total    $897.15<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                   $897.15<br>                                           $897.15 |
| Claim: 1190<br>Date Filed:12/19/05<br>Docketed Total:   $7,728.00<br>Filing Creditor Name and Address<br> TECHNOLOGIA ACUMEN DE MEXICO<br> SA DE<br> IRMA SENCION<br> IGNACIO ALLENDE NO 18<br> COL FRANCISCO SARABIA<br> ZAPOPAN JALISCO  45236<br> MEXICO | Claim Holder Name and Address    Docketed Total    $7,728.00<br><br>TECHNOLOGIA ACUMEN DE MEXICO SA DE<br>IRMA SENCION<br>IGNACIO ALLENDE NO 18<br>COL FRANCISCO SARABIA<br>ZAPOPAN JALISCO  45236<br>MEXICO<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $7,728.00<br>                                           $7,728.00 | Modified Total    $7,714.40<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                   $7,714.40<br>                                           $7,714.40 |
| Claim: 5953<br>Date Filed:05/16/06<br>Docketed Total:   $4,367.00<br>Filing Creditor Name and Address<br> TECHNOLOGUE INC<br> 255 GREAT VALLEY PKWY<br> MALVEIN PA 19355 | Claim Holder Name and Address    Docketed Total    $4,367.00<br><br>TECHNOLOGUE INC<br>255 GREAT VALLEY PKWY<br>MALVEIN PA 19355<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                   $4,367.00<br>                                           $4,367.00 | Modified Total    $4,367.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                   $4,367.00<br>                                           $4,367.00 |

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1631**
Date Filed: 01/23/06
Docketed Total:   $101,911.92
Filing Creditor Name and Address
 TECHNOLOGY EDGE INCORPORATED
 4015 S WEBSTER ST
 KOKOMO IN 46902

Claim Holder Name and Address    Docketed Total    $101,911.92
TECHNOLOGY EDGE INCORPORATED
4015 S WEBSTER ST
KOKOMO IN 46902

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $101,911.92 |
| | | | $101,911.92 |

Modified Total    $101,911.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $101,911.92 |
| | | | $101,911.92 |

---

**Claim: 6977**
Date Filed: 05/30/06
Docketed Total:   $1,245.00
Filing Creditor Name and Address
 TECHPOWER SOLUTIONS INC
 14656 NE 95TH ST
 REDMOND WA 98052

Claim Holder Name and Address    Docketed Total    $1,245.00
TECHPOWER SOLUTIONS INC
14656 NE 95TH ST
REDMOND WA 98052

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $1,245.00 |
| | | | $1,245.00 |

Modified Total    $820.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $820.00 |
| | | | $820.00 |

---

**Claim: 3218**
Date Filed: 04/28/06
Docketed Total:   $249.00
Filing Creditor Name and Address
 TECHRACK SYSTEMS
 11615 FOREST CENTRAL DR STE
 118
 DALLAS TX 75243

Claim Holder Name and Address    Docketed Total    $249.00
TECHRACK SYSTEMS
11615 FOREST CENTRAL DR STE
118
DALLAS TX 75243

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $249.00 |
| | | | $249.00 |

Modified Total    $249.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $249.00 |
| | | | $249.00 |

---

**Claim: 4734**
Date Filed: 05/04/06
Docketed Total:   $48,220.13
Filing Creditor Name and Address
 TEFCO INC
 10120 W FLAMINGO RD
 STE 4 204
 LAS VEGAS NV 89147

Claim Holder Name and Address    Docketed Total    $48,220.13
TEFCO INC
10120 W FLAMINGO RD
STE 4 204
LAS VEGAS NV 89147

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,220.13 |
| | | | $48,220.13 |

Modified Total    $48,200.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,200.13 |
| | | | $48,200.13 |

---

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 335**
Date Filed:11/04/05
Docketed Total:   $117.98
Filing Creditor Name and Address
 TEK SUPPLY
 ATTNE CREDIT MANAGER
 1395 JOHN FITCH BLVD
 SOUTH WINDSOR CT 06074-1029

Claim Holder Name and Address    Docketed Total    $117.98

TEK SUPPLY
ATTNE CREDIT MANAGER
1395 JOHN FITCH BLVD
SOUTH WINDSOR CT 06074-1029

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $117.98 |
| | | | $117.98 |

Modified Total    $59.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $59.02 |
| | | | $59.02 |

---

**Claim: 3967**
Date Filed:05/01/06
Docketed Total:   $3,141.66
Filing Creditor Name and Address
 TENACIOUS CLEANING SVC
 481A IRMEN AVE
 ADDISON IL 60101

Claim Holder Name and Address    Docketed Total    $3,141.66

TENACIOUS CLEANING SVC
481A IRMEN AVE
ADDISON IL 60101

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,141.66 |
| | | | $3,141.66 |

Modified Total    $3,141.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,141.66 |
| | | | $3,141.66 |

---

**Claim: 6413**
Date Filed:05/22/06
Docketed Total:   $2,032.00
Filing Creditor Name and Address
 TEST & MEAUREMENT SYSTEMS INC
 750 14TH ST SW
 LOVELAND CO 80537

Claim Holder Name and Address    Docketed Total    $2,032.00

TEST & MEAUREMENT SYSTEMS INC
750 14TH ST SW
LOVELAND CO 80537

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,032.00 |
| | | | $2,032.00 |

Modified Total    $2,032.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,032.00 |
| | | | $2,032.00 |

---

**Claim: 3361**
Date Filed:04/28/06
Docketed Total:   $2,450.00
Filing Creditor Name and Address
 TEST EQUIPMENT DISTRIBUTORS
 LLC
 1370 PIEDMONT
 TROY MI 48083

Claim Holder Name and Address    Docketed Total    $2,450.00

TEST EQUIPMENT DISTRIBUTORS
LLC
1370 PIEDMONT
TROY MI 48083

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,450.00 |
| | | | $2,450.00 |

Modified Total    $2,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,000.00 |
| | | | $2,000.00 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3054**
Date Filed: 04/28/06
Docketed Total:  $160,097.00
Filing Creditor Name and Address
 TEST SOLUTIONS LLC
 6620 S 33RD ST BLDG J STE 10
 MCALLEN TX 78503

| Claim Holder Name and Address | Docketed Total | $160,097.00 |
|---|---|---|
| TEST SOLUTIONS LLC 6620 S 33RD ST BLDG J STE 10 MCALLEN TX 78503 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $25,840.00 | $134,257.00 |
| | | $25,840.00 | $134,257.00 |

Modified Total    $16,640.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $16,640.00 |
| | | | $16,640.00 |

---

**Claim: 2645**
Date Filed: 04/13/06
Docketed Total:  $16,960.00
Filing Creditor Name and Address
 TESTING SERVICES GROUP &
 SIERRA LIQUIDITY FUND
 SIERRA LIQUIDITY FUND
 2699 WHITE ROAD STE 255
 IRVINE CA 92614

| Claim Holder Name and Address | Docketed Total | $16,960.00 |
|---|---|---|
| TESTING SERVICES GROUP & SIERRA LIQUIDITY FUND SIERRA LIQUIDITY FUND 2699 WHITE ROAD STE 255 IRVINE CA 92614 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,960.00 |
| | | | $16,960.00 |

Modified Total    $16,960.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,960.00 |
| | | | $16,960.00 |

---

**Claim: 7796**
Date Filed: 06/12/06
Docketed Total:  $8,012.19
Filing Creditor Name and Address
 TESTNET INC
 1300 CHASE ST
 ALGONQUIN IL 60102-9667

| Claim Holder Name and Address | Docketed Total | $8,012.19 |
|---|---|---|
| TESTNET INC 1300 CHASE ST ALGONQUIN IL 60102-9667 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,012.19 |
| | | | $8,012.19 |

Modified Total    $8,012.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,012.19 |
| | | | $8,012.19 |

---

**Claim: 5834**
Date Filed: 05/15/06
Docketed Total:  $928.00
Filing Creditor Name and Address
 TEXAS BARCODE SYSTEMS
 PO BOX 700637
 DALLAS TX 75370-0637

| Claim Holder Name and Address | Docketed Total | $928.00 |
|---|---|---|
| DEBT ACQUISITION COMPANY OF AMERICA V LLC AS TRANSFEREE TO WHEELS INTERNATIONAL FREIGHT SYSTEMS INC 1565 HOTEL CIR S STE 310 SAN DIEGO CA 92108 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $928.00 |
| | | | $928.00 |

Modified Total    $488.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $488.00 |
| | | | $488.00 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 2055**
Date Filed: 02/17/06
Docketed Total:   $1,042.50
Filing Creditor Name and Address
 TEXAS INDUSTRIAL SUPPLY
 2000 E PAISANO DR
 EL PASO TX 79905

Claim Holder Name and Address   Docketed Total   $1,042.50
TEXAS INDUSTRIAL SUPPLY
2000 E PAISANO DR
EL PASO TX 79905

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,042.50 |
| | | | $1,042.50 |

Modified Total   $1,042.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,042.50 |
| | | | $1,042.50 |

---

**Claim: 366**
Date Filed: 11/07/05
Docketed Total:   $5,000.76
Filing Creditor Name and Address
 TFG MARKETING INC
 332 FREEHILL RD STE C
 HENDERSONVILLE TN 37075

Claim Holder Name and Address   Docketed Total   $5,000.76
REDROCK CAPITAL PARTNERS LLC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,000.76 |
| | | | $5,000.76 |

Modified Total   $5,000.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.76 |
| | | | $5,000.76 |

---

**Claim: 3989**
Date Filed: 05/01/06
Docketed Total:   $10,300.26
Filing Creditor Name and Address
 THAL MOR ASSOCIATES INC EFT
 PO BOX 49489
 DAYTON OH 45449-0489

Claim Holder Name and Address   Docketed Total   $10,300.26
THAL MOR ASSOCIATES INC EFT
PO BOX 49489
DAYTON OH 45449-0489

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,300.26 |
| | | | $10,300.26 |

Modified Total   $9,903.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,903.90 |
| | | | $9,903.90 |

---

**Claim: 30**
Date Filed: 10/17/05
Docketed Total:   $4,787.91
Filing Creditor Name and Address
 THE BERTRAM INN & CONFERENCE
 CTR
 LIZ COLWELL
 600 N AURORA RD
 AURORA OH 44202

Claim Holder Name and Address   Docketed Total   $4,787.91
THE BERTRAM INN & CONFERENCE CTR
LIZ COLWELL
600 N AURORA RD
AURORA OH 44202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,787.91 |
| | | | $4,787.91 |

Modified Total   $4,787.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,787.91 |
| | | | $4,787.91 |

---

In re: Delphi Corporation, et al.                                                                                   Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1140<br>Date Filed: 12/13/05<br>Docketed Total: $372.14<br>Filing Creditor Name and Address<br>  THE CHAS E PHIPPS COMPANY<br>  4560 WILLOW PKWY<br>  CLEVELAND OH 44125 | Claim Holder Name and Address    Docketed Total    $372.14<br><br>THE CHAS E PHIPPS COMPANY<br>4560 WILLOW PKWY<br>CLEVELAND OH 44125<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $372.14<br>                                                      $372.14 | Modified Total    $98.54<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $98.54<br>                                              $98.54 |
| Claim: 3093<br>Date Filed: 04/28/06<br>Docketed Total: $769.42<br>Filing Creditor Name and Address<br>  THE CONDIT COMPANY INC<br>  DEPT 81<br>  PO BOX 21228<br>  TULSA OK 74121-1338 | Claim Holder Name and Address    Docketed Total    $769.42<br><br>THE CONDIT COMPANY INC<br>DEPT 81<br>PO BOX 21228<br>TULSA OK 74121-1338<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $769.42<br>                                                      $769.42 | Modified Total    $769.42<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                      $769.42<br>                                              $769.42 |
| Claim: 1891<br>Date Filed: 02/08/06<br>Docketed Total: $2,012.40<br>Filing Creditor Name and Address<br>  THE ESTABROOK CORPORATION<br>  PO BOX 804<br>  BEREA OH 44017 | Claim Holder Name and Address    Docketed Total    $2,012.40<br><br>THE ESTABROOK CORPORATION<br>PO BOX 804<br>BEREA OH 44017<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $2,012.40<br>                                                      $2,012.40 | Modified Total    $2,012.40<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $2,012.40<br>                                              $2,012.40 |
| Claim: 1601<br>Date Filed: 01/18/06<br>Docketed Total: $898.26<br>Filing Creditor Name and Address<br>  THE GLIDDEN COMPANY DBA ICI<br>  PAINTS<br>  ICI PAINTS<br>  15885 W SPRAGUE RD<br>  HQW RM A105<br>  STRONGSVILLE OH 44136 | Claim Holder Name and Address    Docketed Total    $898.26<br><br>THE GLIDDEN COMPANY DBA ICI PAINTS<br>ICI PAINTS<br>15885 W SPRAGUE RD<br>HQW RM A105<br>STRONGSVILLE OH 44136<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                              $898.26<br>                                                      $898.26 | Modified Total    $898.26<br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $898.26<br>                                              $898.26 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   387  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1893**
Date Filed: 02/08/06
Docketed Total:  $4,007.57
Filing Creditor Name and Address
 THE GLIDDEN COMPANY DBA ICI
 PAINTS
 ICI PAINTS
 15885 W SPRAGUE RD
 HQW RM A105
 STRONGSVILLE OH 44136

Claim Holder Name and Address    Docketed Total    $4,007.57
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,007.57 |
| | | | $4,007.57 |

Modified Total    $4,007.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,007.57 |
| | | | $4,007.57 |

---

**Claim: 1507**
Date Filed: 01/10/06
Docketed Total:  $1,039.50
Filing Creditor Name and Address
 THE GROWING CONCERN
 JENNIFER JONES
 1918 BASSETT
 EL PASO TX 79901

Claim Holder Name and Address    Docketed Total    $1,039.50
THE GROWING CONCERN
JENNIFER JONES
1918 BASSETT
EL PASO TX 79901

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,039.50 |
| | | | $1,039.50 |

Modified Total    $1,039.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,039.50 |
| | | | $1,039.50 |

---

**Claim: 15717**
Date Filed: 07/31/06
Docketed Total:  $1,081.83
Filing Creditor Name and Address
 THE H POLL ELECTRIC CO
 PO BOX 557
 TOLEDO OH 43697

Claim Holder Name and Address    Docketed Total    $1,081.83
THE H POLL ELECTRIC CO
PO BOX 557
TOLEDO OH 43697

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,081.83 |
| | | | $1,081.83 |

Modified Total    $1,081.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,081.83 |
| | | | $1,081.83 |

---

**Claim: 11246**
Date Filed: 07/27/06
Docketed Total:  $176,540.85
Filing Creditor Name and Address
 THE MATHWORKS INC
 ATTN THOMAS SPERA
 3 APPLE HILL DR
 NATICK MA 01760-2098

Claim Holder Name and Address    Docketed Total    $176,540.85
THE MATHWORKS INC
ATTN THOMAS SPERA
3 APPLE HILL DR
NATICK MA 01760-2098

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $176,540.85 |
| | | | $176,540.85 |

Modified Total    $173,023.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $173,023.39 |
| | | | $173,023.39 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2346<br>Date Filed:03/21/06<br>Docketed Total:   $5,109.00<br>Filing Creditor Name and Address<br> THE MINSTER MACHINE COMPANY<br> 240 W FIFTH ST<br> PO BOX 120<br> MINSTER OH 45865 | Claim Holder Name and Address    Docketed Total    $5,109.00<br><br>THE MINSTER MACHINE COMPANY<br>240 W FIFTH ST<br>PO BOX 120<br>MINSTER OH 45865<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                          $5,109.00<br>                                                                          $5,109.00 | Modified Total    $5,097.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $5,097.00<br>                                                                          $5,097.00 |
| Claim: 15147<br>Date Filed:07/31/06<br>Docketed Total:   $1,088.32<br>Filing Creditor Name and Address<br> THE PIERCE CO<br> PO BOX 2000<br> UPLAND IN 46989-2000 | Claim Holder Name and Address    Docketed Total    $1,088.32<br><br>THE PIERCE CO<br>PO BOX 2000<br>UPLAND IN 46989-2000<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                          $1,088.32<br>                                                                          $1,088.32 | Modified Total    $1,088.32<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                                          $1,088.32<br>                                                                          $1,088.32 |
| Claim: 4183<br>Date Filed:05/01/06<br>Docketed Total:   $1,224.19<br>Filing Creditor Name and Address<br> THE REYNOLDS AND REYNOLDS<br> COMPANY<br> ATTN MARY BERGMAN<br> ONE REYNOLDS WAY<br> DAYTON OH 45430 | Claim Holder Name and Address    Docketed Total    $1,224.19<br><br>THE REYNOLDS AND REYNOLDS COMPANY<br>ATTN MARY BERGMAN<br>ONE REYNOLDS WAY<br>DAYTON OH 45430<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                          $1,224.19<br>                                                                          $1,224.19 | Modified Total    $1,224.19<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $1,224.19<br>                                                                          $1,224.19 |
| Claim: 6329<br>Date Filed:05/19/06<br>Docketed Total:   $689.80<br>Filing Creditor Name and Address<br> THE SANDUSKY PAINT COMPANY<br> 1401 SYCAMORE LINE<br> PO BOX 557<br> SANDUSKY OH 44870 | Claim Holder Name and Address    Docketed Total    $689.80<br><br>THE SANDUSKY PAINT COMPANY<br>1401 SYCAMORE LINE<br>PO BOX 557<br>SANDUSKY OH 44870<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                            $689.80<br>                                                                            $689.80 | Modified Total    $689.80<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                            $689.80<br>                                                                            $689.80 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 83**
Date Filed: 10/24/05
Docketed Total:  $23,349.90
Filing Creditor Name and Address
  THE WILLIAM DARLING CO INC
  PO BOX 28008
  COLUMBUS OH 43228-0008

Claim Holder Name and Address    Docketed Total    $23,349.90

THE WILLIAM DARLING CO INC
PO BOX 28008
COLUMBUS OH 43228-0008

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $23,349.90 | 05-44640 | | | $23,349.90 |
| | | | $23,349.90 | | | | $23,349.90 |

Modified Total    $23,349.90

---

**Claim: 80**
Date Filed: 10/24/05
Docketed Total:  $5,551.61
Filing Creditor Name and Address
  THELEN INC
  4191 N EUCLID
  BAY CITY MI 48706

Claim Holder Name and Address    Docketed Total    $5,551.61

THELEN INC
4191 N EUCLID
BAY CITY MI 48706

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,551.61 | 05-44640 | | | $5,551.61 |
| | | | $5,551.61 | | | | $5,551.61 |

Modified Total    $5,551.61

---

**Claim: 5955**
Date Filed: 05/16/06
Docketed Total:  $2,564.50
Filing Creditor Name and Address
  THERMOTECH COMPANY
  1302 S 5TH ST
  HOPKINS MN 55343

Claim Holder Name and Address    Docketed Total    $2,564.50

THERMOTECH COMPANY
1302 S 5TH ST
HOPKINS MN 55343

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $2,564.50 | 05-44567 | | | $2,520.10 |
| | | | $2,564.50 | | | | $2,520.10 |

Modified Total    $2,520.10

---

**Claim: 6096**
Date Filed: 05/16/06
Docketed Total:  $14,647.45
Filing Creditor Name and Address
  THERMOTECH SA DE CV
  1302 S 5TH ST
  HOPKINS MN 55343

Claim Holder Name and Address    Docketed Total    $14,647.45

THERMOTECH SA DE CV
1302 S 5TH ST
HOPKINS MN 55343

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $14,647.45 | 05-44567 | | | $12,550.38 |
| | | | $14,647.45 | | | | $12,550.38 |

Modified Total    $12,550.38

---

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11536**
Date Filed: 07/27/06
Docketed Total:   $4,591.80
Filing Creditor Name and Address
  THIERICA INC
  900 CLANCY AVE NE
  GRAND RAPIDS MI 49503

Claim Holder Name and Address    Docketed Total    $4,591.80
THIERICA INC
900 CLANCY AVE NE
GRAND RAPIDS MI 49503

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $4,591.80 | 05-44567 | | | $3,802.58 |
| | | | $4,591.80 | | | | $3,802.58 |

Modified Total    $3,802.58

---

**Claim: 2980**
Date Filed: 04/27/06
Docketed Total:   $575.00
Filing Creditor Name and Address
  THOMAS ENGINEERING & SURVEY CO
  PO BOX 28098
  COLUMBUS OH 43228-0098

Claim Holder Name and Address    Docketed Total    $575.00
THOMAS ENGINEERING & SURVEY CO
PO BOX 28098
COLUMBUS OH 43228-0098

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $575.00 | 05-44640 | | | $575.00 |
| | | | $575.00 | | | | $575.00 |

Modified Total    $575.00

---

**Claim: 1210**
Date Filed: 12/20/05
Docketed Total:   $2,285.36
Filing Creditor Name and Address
  THOMAS PUBLISHING COMPANY
  5 PENN PLZ
  NEW YORK NY 10001

Claim Holder Name and Address    Docketed Total    $2,285.36
THOMAS PUBLISHING COMPANY
5 PENN PLZ
NEW YORK NY 10001

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44624 | | | $2,285.36 | 05-44624 | | | $2,251.60 |
| | | | $2,285.36 | | | | $2,251.60 |

Modified Total    $2,251.60

---

**Claim: 1731**
Date Filed: 01/31/06
Docketed Total:   $37,112.19
Filing Creditor Name and Address
  THOMPSON EMERGENCY FREIGHT
  SYSTEMS
  278 PATILLO ROAD
  TECUMSEH ON N8N2L9
  CANADA

Claim Holder Name and Address    Docketed Total    $37,112.19
KT TRUST
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $37,112.19 | 05-44640 | | | $37,112.19 |
| | | | $37,112.19 | | | | $37,112.19 |

Modified Total    $37,112.19

---

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7166<br>Date Filed:05/30/06<br>Docketed Total:  $155,566.89<br>Filing Creditor Name and Address<br>  THOMPSON HINE LLP<br>  C O LAWRENCE T BURICK ESQ<br>  PO BOX 8801<br>  DAYTON OH 45401-8801 | Claim Holder Name and Address    Docketed Total    $155,566.89<br><br>THOMPSON HINE LLP<br>C O LAWRENCE T BURICK ESQ<br>PO BOX 8801<br>DAYTON OH 45401-8801 | | | | | Modified Total    $155,566.89 | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$155,566.89<br>$155,566.89 | Case Number*<br>05-44554 | Secured | Priority | Unsecured<br>$155,566.89<br>$155,566.89 |
| Claim: 407<br>Date Filed:11/07/05<br>Docketed Total:   $949.00<br>Filing Creditor Name and Address<br>  THOMPSON MACHINE THE TOOL &<br>  DIE GROUP INC<br>  8400 WASHINGTON PL NE<br>  ALBUQUERQUE NM 87113 | Claim Holder Name and Address    Docketed Total    $949.00<br><br>THOMPSON MACHINE THE TOOL & DIE<br>GROUP INC<br>8400 WASHINGTON PL NE<br>ALBUQUERQUE NM 87113 | | | | | Modified Total    $949.00 | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$949.00<br>$949.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$949.00<br>$949.00 |
| Claim: 408<br>Date Filed:11/07/05<br>Docketed Total:   $4,230.64<br>Filing Creditor Name and Address<br>  THOMPSON MACHINE THE TOOL &<br>  DIE GROUP INC<br>  8400 WASHINGTON PL NE<br>  ALBUQUERQUE NM 87113 | Claim Holder Name and Address    Docketed Total    $4,230.64<br><br>THOMPSON MACHINE THE TOOL & DIE<br>GROUP INC<br>8400 WASHINGTON PL NE<br>ALBUQUERQUE NM 87113 | | | | | Modified Total    $4,230.64 | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,230.64<br>$4,230.64 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,230.64<br>$4,230.64 |
| Claim: 411<br>Date Filed:11/07/05<br>Docketed Total:   $2,858.39<br>Filing Creditor Name and Address<br>  THOMPSON MACHINE THE TOOL &<br>  DIE GROUP INC<br>  8400 WASHINGTON PL NE<br>  ALBUQUERQUE NM 87113 | Claim Holder Name and Address    Docketed Total    $2,858.39<br><br>THOMPSON MACHINE THE TOOL & DIE<br>GROUP INC<br>8400 WASHINGTON PL NE<br>ALBUQUERQUE NM 87113 | | | | | Modified Total    $2,858.39 | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,858.39<br>$2,858.39 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,858.39<br>$2,858.39 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 3056**
Date Filed: 04/28/06
Docketed Total:   $269.45
Filing Creditor Name and Address
  THRUWAY FASTENERS INC
  PO BOX 766
  NORTH TONAWANDA NY 14120-0766

Claim Holder Name and Address        Docketed Total        $269.45

THRUWAY FASTENERS INC
PO BOX 766
NORTH TONAWANDA NY 14120-0766

Modified Total        $83.46

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $269.45 | 05-44640 | | | $83.46 |
| | | | $269.45 | | | | $83.46 |

**Claim: 1064**
Date Filed: 12/08/05
Docketed Total:   $6,757.46
Filing Creditor Name and Address
  THYSSENKRUPP SOFEDIT
  1 RUE THOMAS EDISON BP 605
  QUARTIER DES CHENES
  SAINT QUENTIN EN YVELINES
  78056
  FRANCE

Claim Holder Name and Address        Docketed Total        $6,757.46

THYSSENKRUPP SOFEDIT
1 RUE THOMAS EDISON BP 605
QUARTIER DES CHENES
SAINT QUENTIN EN YVELINES
78056
FRANCE

Modified Total        $6,757.46

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,757.46 | 05-44640 | | | $6,757.46 |
| | | | $6,757.46 | | | | $6,757.46 |

**Claim: 2731**
Date Filed: 04/24/06
Docketed Total:   $8,801.54
Filing Creditor Name and Address
  TIA INC & SIERRA LIQUIDITY
  FUND
  SIERRA LIQUIDITY FUND
  2699 WHITE RD STE 255
  IRVINE CA 92614

Claim Holder Name and Address        Docketed Total        $8,801.54

TIA INC & SIERRA LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Modified Total        $8,801.54

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $8,801.54 | 05-44567 | | | $8,801.54 |
| | | | $8,801.54 | | | | $8,801.54 |

**Claim: 2638**
Date Filed: 04/13/06
Docketed Total:   $2,012.50
Filing Creditor Name and Address
  TINNERMAN PALNUT ENG PRODS
  TONY PRESIDENT SALES SERV COO
  PO BOX 10
  BRUNSWICK OH 44212-2344

Claim Holder Name and Address        Docketed Total        $2,012.50

LIQUIDITY SOLUTIONS INC
DBA CAPITAL MARKETS
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

Modified Total        $1,012.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44547 | | | $2,012.50 | 05-44640 | | | $1,012.50 |
| | | | $2,012.50 | | | | $1,012.50 |

*See Exhibit E for a listing of debtor entities by case number            Page:   393  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2625￼Date Filed:04/13/06￼Docketed Total:   $202,626.18￼Filing Creditor Name and Address￼ TINNERMAN PALNUT ENGINEERED￼ PRODUCTS￼ PO BOX 10￼ BRUNSWICK OH 44212 | Claim Holder Name and Address    Docketed Total    $202,626.18￼￼LIQUIDITY SOLUTIONS INC￼DBA CAPITAL MARKETS￼ONE UNIVERSITY PLZ STE 312￼HACKENSACK NJ 07601￼￼Case Number*    Secured    Priority    Unsecured￼05-44481                                           $202,626.18￼                                                  $202,626.18 | Modified Total    $197,348.89￼￼Case Number*    Secured    Priority    Unsecured￼05-44640                                           $197,348.89￼                                                  $197,348.89 |
| Claim: 2626￼Date Filed:04/13/06￼Docketed Total:   $1,174.50￼Filing Creditor Name and Address￼ TINNERMAN PALNUT ENGINEERED￼ PRODUCTS￼ PO BOX 10￼ BRUNSWICK OH 44212 | Claim Holder Name and Address    Docketed Total    $1,174.50￼￼LIQUIDITY SOLUTIONS INC￼DBA CAPITAL MARKETS￼ONE UNIVERSITY PLZ STE 312￼HACKENSACK NJ 07601￼￼Case Number*    Secured    Priority    Unsecured￼05-44481                                           $1,174.50￼                                                  $1,174.50 | Modified Total    $1,110.83￼￼Case Number*    Secured    Priority    Unsecured￼05-44640                                           $1,110.83￼                                                  $1,110.83 |
| Claim: 2627￼Date Filed:04/13/06￼Docketed Total:   $1,923.00￼Filing Creditor Name and Address￼ TINNERMAN PALNUT ENGINEERED￼ PRODUCTS￼ PO BOX 10￼ BRUNSWICK OH 44212-2344 | Claim Holder Name and Address    Docketed Total    $1,923.00￼￼LIQUIDITY SOLUTIONS INC￼DBA CAPITAL MARKETS￼ONE UNIVERSITY PLZ STE 312￼HACKENSACK NJ 07601￼￼Case Number*    Secured    Priority    Unsecured￼05-44547                                           $1,923.00￼                                                  $1,923.00 | Modified Total    $651.88￼￼Case Number*    Secured    Priority    Unsecured￼05-44547                                           $651.88￼                                                  $651.88 |
| Claim: 2629￼Date Filed:04/13/06￼Docketed Total:   $110,520.15￼Filing Creditor Name and Address￼ TINNERMAN PALNUT ENGINEERED￼ PRODUCTS￼ PO BOX 10￼ BRUNSWICK OH 44212 | Claim Holder Name and Address    Docketed Total    $110,520.15￼￼LIQUIDITY SOLUTIONS INC￼DBA CAPITAL MARKETS￼ONE UNIVERSITY PLZ STE 312￼HACKENSACK NJ 07601￼￼Case Number*    Secured    Priority    Unsecured￼05-44481                                           $110,520.15￼                                                  $110,520.15 | Modified Total    $110,520.15￼￼Case Number*    Secured    Priority    Unsecured￼05-44640                                           $110,520.15￼                                                  $110,520.15 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2630<br>Date Filed:04/13/06<br>Docketed Total:  $320.00<br>Filing Creditor Name and Address<br> TINNERMAN PALNUT ENGINEERED<br> PRODUCTS<br> PO BOX 10<br> BRUNSWICK OH 44212-2344 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $320.00 | | Modified Total | | $320.00 |
| | Case Number*<br>05-44547 | Secured | Priority | Unsecured<br>$320.00<br>$320.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$320.00<br>$320.00 |
| Claim: 2633<br>Date Filed:04/13/06<br>Docketed Total:  $1,465.60<br>Filing Creditor Name and Address<br> TINNERMAN PALNUT ENGINEERED<br> PRODUCTS<br> PO BOX 10<br> BRUNSWICK OH 44212 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $1,465.60 | | Modified Total | | $1,465.60 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,465.60<br>$1,465.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,465.60<br>$1,465.60 |
| Claim: 2634<br>Date Filed:04/13/06<br>Docketed Total:  $4,507.75<br>Filing Creditor Name and Address<br> TINNERMAN PALNUT ENGINEERED<br> PRODUCTS<br> PO BOX 10<br> BRUNSWICK OH 44212 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $4,507.75 | | Modified Total | | $4,507.75 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$4,507.75<br>$4,507.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,507.75<br>$4,507.75 |
| Claim: 2635<br>Date Filed:04/13/06<br>Docketed Total:  $123.50<br>Filing Creditor Name and Address<br> TINNERMAN PALNUT ENGINEERED<br> PRODUCTS<br> PO BOX 10<br> BRUNSWICK OH 44212 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $123.50 | | Modified Total | | $123.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$123.50<br>$123.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$123.50<br>$123.50 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2636<br>Date Filed:04/13/06<br>Docketed Total:  $4,770.00<br>Filing Creditor Name and Address<br> TINNERMAN PALNUT ENGINEERED<br> PRODUCTS<br> PO BOX 10<br> BRUNSWICK OH 44212-2344 | Claim Holder Name and Address    Docketed Total    $4,770.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                       $4,770.00<br>                                               $4,770.00 | Modified Total    $4,759.91<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                       $4,759.91<br>                                               $4,759.91 |
| Claim: 2637<br>Date Filed:04/13/06<br>Docketed Total:  $432.00<br>Filing Creditor Name and Address<br> TINNERMAN PALNUT ENGINEERED<br> PRODUCTS<br> PO BOX 10<br> BRUNSWICK OH 44212 | Claim Holder Name and Address    Docketed Total    $432.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $432.00<br>                                               $432.00 | Modified Total    $432.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $432.00<br>                                               $432.00 |
| Claim: 50<br>Date Filed:10/17/05<br>Docketed Total:  $1,881.00<br>Filing Creditor Name and Address<br> TITAN INDUSTRIES INC<br> 735 INDUSTRIAL LOOP RD<br> NEW LONDON WI 54961-2600 | Claim Holder Name and Address    Docketed Total    $1,881.00<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $1,881.00<br>                                               $1,881.00 | Modified Total    $1,881.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $1,881.00<br>                                               $1,881.00 |
| Claim: 2815<br>Date Filed:04/26/06<br>Docketed Total:  $870.00<br>Filing Creditor Name and Address<br> TITAN TOOL SUPPLY CO INC<br> 68 COMET AVE<br> BUFFALO NY 14207-0569 | Claim Holder Name and Address    Docketed Total    $870.00<br><br>TITAN TOOL SUPPLY CO INC<br>68 COMET AVE<br>BUFFALO NY 14207-0569<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $870.00<br>                                               $870.00 | Modified Total    $870.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $870.00<br>                                               $870.00 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1733**
Date Filed: 01/31/06
Docketed Total:   $8,407.61
Filing Creditor Name and Address
  TOLLMAN SPRING CO INC
  91 ENTERPRISE DR
  BRISTOL CT 06010

Claim Holder Name and Address   Docketed Total   $8,407.61
TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL CT 06010

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $8,407.61 | 05-44567 | | | $7,798.34 |
| | | | $8,407.61 | | | | $7,798.34 |

Modified Total   $7,798.34

---

**Claim: 1920**
Date Filed: 02/08/06
Docketed Total:   $6,716.00
Filing Creditor Name and Address
  TOLLMAN SPRING CO INC
  91 ENTERPRISE DR
  BRISTOL CT 06010

Claim Holder Name and Address   Docketed Total   $6,716.00
TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL CT 06010

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,716.00 | 05-44640 | | | $5,176.00 |
| | | | $6,716.00 | | | | $5,176.00 |

Modified Total   $5,176.00

---

**Claim: 243**
Date Filed: 10/31/05
Docketed Total:   $12,000.00
Filing Creditor Name and Address
  TOOL & DIE SPECIALTIES INC
  1005 OLD PHILADELPHIA RD
  ABERDEEN MD 21001

Claim Holder Name and Address   Docketed Total   $12,000.00
TOOL & DIE SPECIALTIES INC
1005 OLD PHILADELPHIA RD
ABERDEEN MD 21001

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $12,000.00 | 05-44640 | | | $12,000.00 |
| | | | $12,000.00 | | | | $12,000.00 |

Modified Total   $12,000.00

---

**Claim: 381**
Date Filed: 11/07/05
Docketed Total:   $30,400.00
Filing Creditor Name and Address
  TOOL RITE
  WILLIAM F LEONE
  14136 W CENTER RD
  SPRINGBORO PA 16435

Claim Holder Name and Address   Docketed Total   $30,400.00
TOOL RITE
WILLIAM F LEONE
14136 W CENTER RD
SPRINGBORO PA 16435

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $30,400.00 | 05-44640 | | | $30,400.00 |
| | | | $30,400.00 | | | | $30,400.00 |

Modified Total   $30,400.00

---

*See Exhibit E for a listing of debtor entities by case number            Page:   397  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2703<br>Date Filed:04/21/06<br>Docketed Total:  $8,748.16<br>Filing Creditor Name and Address<br> TOOLING TECHNOLOGIES LLC<br> 11680 BRITTMORE PK DR<br> HOUSTON TX 77041 | Claim Holder Name and Address<br><br>TOOLING TECHNOLOGIES LLC<br>11680 BRITTMORE PK DR<br>HOUSTON TX 77041 | Docketed Total | | $8,748.16 | Modified Total | | | $8,748.16 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$8,748.16<br>$8,748.16 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$8,748.16<br>$8,748.16 |
| Claim: 426<br>Date Filed:11/08/05<br>Docketed Total:   $22,525.00<br>Filing Creditor Name and Address<br> TOPCOR SERVICES INC<br> PO BOX 87030<br> BATON ROUGE LA 70879-7030 | Claim Holder Name and Address<br><br>TOPCOR SERVICES INC<br>PO BOX 87030<br>BATON ROUGE LA 70879-7030 | Docketed Total | | $22,525.00 | Modified Total | | | $22,525.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$22,525.00<br>$22,525.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,525.00<br>$22,525.00 |
| Claim: 3945<br>Date Filed:05/01/06<br>Docketed Total:  $3,533.33<br>Filing Creditor Name and Address<br> TORNOS TECHNOLOGIES US CORP<br> PO BOX 325<br> BROOKFIELD CT 06804 | Claim Holder Name and Address<br><br>TORNOS TECHNOLOGIES US CORP<br>PO BOX 325<br>BROOKFIELD CT 06804 | Docketed Total | | $3,533.33 | Modified Total | | | $1,935.50 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,533.33<br>$3,533.33 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,935.50<br>$1,935.50 |
| Claim: 42<br>Date Filed:10/17/05<br>Docketed Total:   $7,846.65<br>Filing Creditor Name and Address<br> TORREY S CRANE CO<br> PO BOX 374<br> PLANTSVILLE CT 06479 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $7,846.65 | Modified Total | | | $7,846.65 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,846.65<br>$7,846.65 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,846.65<br>$7,846.65 |

*See Exhibit E for a listing of debtor entities by case number                    Page:  398  of 433

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 115**
Date Filed: 10/25/05
Docketed Total:   $12,942.60
Filing Creditor Name and Address
 TORREY S CRANE CO
 PO BOX 374
 PLANTSVILLE CT 06479

Claim Holder Name and Address     Docketed Total     $12,942.60

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY NY 11797

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,942.60 |
| | | | $12,942.60 |

Modified Total     $12,942.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,942.60 |
| | | | $12,942.60 |

---

**Claim: 16143**
Date Filed: 08/08/06
Docketed Total:   $225.00
Filing Creditor Name and Address
 TOSOH QUARTZ INC
 18380 NW SCIENCE PARK DR
 PORTLAND OR 97229

Claim Holder Name and Address     Docketed Total     $225.00

TOSOH QUARTZ INC
18380 NW SCIENCE PARK DR
PORTLAND OR 97229

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $225.00 |
| | | | $225.00 |

Modified Total     $225.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $225.00 |
| | | | $225.00 |

---

**Claim: 7451**
Date Filed: 06/05/06
Docketed Total:   $7,597.53
Filing Creditor Name and Address
 TOSOH USA INC
 3600 GANTZ RD
 GROVE CITY OH 43123

Claim Holder Name and Address     Docketed Total     $7,597.53

TOSOH USA INC
3600 GANTZ RD
GROVE CITY OH 43123

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | $7,597.53 | |
| | | $7,597.53 | |

Modified Total     $7,597.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $7,597.53 |
| | | | $7,597.53 |

---

**Claim: 1124**
Date Filed: 12/12/05
Docketed Total:   $17,266.00
Filing Creditor Name and Address
 TOTAL TOTE INC
 11606 N STATE RD 15
 NORTH MANCHESTER IN 46962

Claim Holder Name and Address     Docketed Total     $17,266.00

KT TRUST
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,266.00 |
| | | | $17,266.00 |

Modified Total     $17,266.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,266.00 |
| | | | $17,266.00 |

---

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13451<br>Date Filed:07/31/06<br>Docketed Total:  $30,660.85<br>Filing Creditor Name and Address<br> TOTOKU ELECTRIC CO LTD<br> YOSHINARI MAYUINI<br> 3 21 OKUBO 1 CHOME SHINJUKY<br> KU TOKYO 169 8543<br><br> JAPAN | Claim Holder Name and Address    Docketed Total    $30,660.85<br><br>TOTOKU ELECTRIC CO LTD<br>YOSHINARI MAYUINI<br>3 21 OKUBO 1 CHOME SHINJUKY<br>KU TOKYO 169 8543<br><br>JAPAN<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $30,660.85<br>                                            $30,660.85 | Modified Total    $12,492.00<br><br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $12,492.00<br>                                            $12,492.00 |
| Claim: 1931<br>Date Filed:02/09/06<br>Docketed Total:  $46,559.22<br>Filing Creditor Name and Address<br> TRADEPOINT SYSTEMS<br> 44 FRANKLIN ST<br> NASHUA NH 03064 | Claim Holder Name and Address    Docketed Total    $46,559.22<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $46,559.22<br>                                            $46,559.22 | Modified Total    $46,559.22<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $46,559.22<br>                                            $46,559.22 |
| Claim: 8688<br>Date Filed:06/23/06<br>Docketed Total:  $12,404.00<br>Filing Creditor Name and Address<br> TRAINING SERVICES & EFT<br> SOLUTIONS LTD<br> 9111 MARQUIS DR<br> MIAMISBURG OH 45342 | Claim Holder Name and Address    Docketed Total    $12,404.00<br><br>TRAINING SERVICES & EFT<br>SOLUTIONS LTD<br>9111 MARQUIS DR<br>MIAMISBURG OH 45342<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $12,404.00<br>                                            $12,404.00 | Modified Total    $12,404.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $12,404.00<br>                                            $12,404.00 |
| Claim: 11461<br>Date Filed:07/27/06<br>Docketed Total:  $179,951.83<br>Filing Creditor Name and Address<br> TRAM INC<br> JOHN BLANKENSHIP<br> 47200 PORT ST<br> PLYMOUTH MI 48170 | Claim Holder Name and Address    Docketed Total    $179,951.83<br><br>TRAM INC<br>JOHN BLANKENSHIP<br>47200 PORT ST<br>PLYMOUTH MI 48170<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $179,951.83<br>                                            $179,951.83 | Modified Total    $44,806.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $44,806.00<br>                                            $44,806.00 |

*See Exhibit E for a listing of debtor entities by case number          Page:   400  of 433

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4647<br>Date Filed:05/04/06<br>Docketed Total:   $2,079.58<br>Filing Creditor Name and Address<br> TRAVERS INC<br> 128 15 26TH AVE<br> PO BOX 541550<br> FLUSHING NY 11354-0108 | Claim Holder Name and Address    Docketed Total    $2,079.58<br><br>TRAVERS INC<br>128 15 26TH AVE<br>PO BOX 541550<br>FLUSHING NY 11354-0108<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $2,079.58<br>                                                        $2,079.58 | Modified Total    $1,934.05<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                                $1,934.05<br>                                                        $1,934.05 |
| Claim: 1474<br>Date Filed:01/09/06<br>Docketed Total:   $1,416.00<br>Filing Creditor Name and Address<br> TREASURER STATE OF OHIO<br> ATTN ROBERT LEIDY<br> OHIO DEPARTMENT OF HEALTH<br> 161 SOUTH HIGH ST STE 400<br> AKRON OH 44308 | Claim Holder Name and Address    Docketed Total    $1,416.00<br><br>TREASURER STATE OF OHIO<br>ATTN ROBERT LEIDY<br>OHIO DEPARTMENT OF HEALTH<br>161 SOUTH HIGH ST STE 400<br>AKRON OH 44308<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $1,416.00<br>                                                        $1,416.00 | Modified Total    $708.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $708.00<br>                                                        $708.00 |
| Claim: 2067<br>Date Filed:02/21/06<br>Docketed Total:   $2,394.00<br>Filing Creditor Name and Address<br> TRI CHEM CORPORATION<br> PO BOX 71550<br> MADISON HEIGHTS MI 48071-0550 | Claim Holder Name and Address    Docketed Total    $2,394.00<br><br>TRI CHEM CORPORATION<br>PO BOX 71550<br>MADISON HEIGHTS MI 48071-0550<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $2,394.00<br>                                                        $2,394.00 | Modified Total    $2,394.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $2,394.00<br>                                                        $2,394.00 |
| Claim: 7567<br>Date Filed:06/06/06<br>Docketed Total:   $69,629.70<br>Filing Creditor Name and Address<br> TRIANGLE PRECISION INC<br> FRMLY TRIANGLE PRECISION INDU<br> 1650 WOODMAN CTR DR<br> KETTERING OH 45420 | Claim Holder Name and Address    Docketed Total    $69,629.70<br><br>TRIANGLE PRECISION INC<br>FRMLY TRIANGLE PRECISION INDU<br>1650 WOODMAN CTR DR<br>KETTERING OH 45420<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                $69,629.70<br>                                                        $69,629.70 | Modified Total    $69,629.70<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                $69,629.70<br>                                                        $69,629.70 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   401  of 433

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1206<br>Date Filed:12/19/05<br>Docketed Total:  $2,535.00<br>Filing Creditor Name and Address<br>  TRILLIUM SPECIALTY PARTS &<br>  AFTERMARKET<br>  MULTICRAFT SPA DBA TRILLIUM<br>  SP&A<br>  PO BOX 679<br>  PELAHATCHIE MS 39145 | Claim Holder Name and Address    Docketed Total    $2,535.00<br><br>TRILLIUM SPECIALTY PARTS &<br>AFTERMARKET<br>MULTICRAFT SPA DBA TRILLIUM<br>SP&A<br>PO BOX 679<br>PELAHATCHIE MS 39145<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $2,535.00<br>                                                       $2,535.00 | Modified Total    $2,535.00<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $2,535.00<br>                                                       $2,535.00 |
| Claim: 4930<br>Date Filed:05/05/06<br>Docketed Total:   $264.15<br>Filing Creditor Name and Address<br>  TRIPLE E MFG<br>  8535 E MICHIGAN AVE<br>  PARMA MI 49269 | Claim Holder Name and Address    Docketed Total    $264.15<br><br>TRIPLE E MFG<br>8535 E MICHIGAN AVE<br>PARMA MI 49269<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $264.15<br>                                                       $264.15 | Modified Total    $240.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $240.00<br>                                                       $240.00 |
| Claim: 8587<br>Date Filed:06/26/06<br>Docketed Total:   $211,718.50<br>Filing Creditor Name and Address<br>  TRIQUINT SEMICONDUCTOR INC<br>  2300 NE BROOKWOOD PKWY<br>  HILLSBORO OR 97124 | Claim Holder Name and Address    Docketed Total    $211,718.50<br><br>TRIQUINT SEMICONDUCTOR INC<br>2300 NE BROOKWOOD PKWY<br>HILLSBORO OR 97124<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $211,718.50<br>                                                       $211,718.50 | Modified Total    $196,224.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $196,224.00<br>                                                       $196,224.00 |
| Claim: 7070<br>Date Filed:05/30/06<br>Docketed Total:   $26,284.50<br>Filing Creditor Name and Address<br>  TROMBETTA MOTION TECHNOLOGIES<br>  STEVEN J MILLER<br>  13901 MAIN ST<br>  MENOMONEE FALLS WI 53051 | Claim Holder Name and Address    Docketed Total    $26,284.50<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                              $26,284.50<br>                                                       $26,284.50 | Modified Total    $26,178.37<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                              $26,178.37<br>                                                       $26,178.37 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5346<br>Date Filed:05/08/06<br>Docketed Total:  $1,060.80<br>Filing Creditor Name and Address<br>  TRUCKS UNLIMITED<br>  PO BOX 518<br>  WYOMING PA 18644 | Claim Holder Name and Address    Docketed Total    $1,060.80<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $1,060.80<br>                                                       $1,060.80 | Modified Total    $1,060.80<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $1,060.80<br>                                                       $1,060.80 |
| Claim: 6366<br>Date Filed:05/19/06<br>Docketed Total:  $2,892.84<br>Filing Creditor Name and Address<br>  TRUE CUT TOOL<br>  LARRY NICODEMUS<br>  10153 DETRICK JORDAN PIKE<br>  NEW CARLISLE OH 45344-9522 | Claim Holder Name and Address    Docketed Total    $2,892.84<br><br>TRUE CUT TOOL<br>LARRY NICODEMUS<br>10153 DETRICK JORDAN PIKE<br>NEW CARLISLE OH 45344-9522<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $2,892.84<br>                                                       $2,892.84 | Modified Total    $2,892.84<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $2,892.84<br>                                                       $2,892.84 |
| Claim: 3378<br>Date Filed:04/28/06<br>Docketed Total:  $3,750.00<br>Filing Creditor Name and Address<br>  TRUING SYSTEMS INC<br>  1060 CHICAGO RD<br>  TROY MI 48083-4298 | Claim Holder Name and Address    Docketed Total    $3,750.00<br><br>TRUING SYSTEMS INC<br>1060 CHICAGO RD<br>TROY MI 48083-4298<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $3,750.00<br>                                                       $3,750.00 | Modified Total    $3,750.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $3,750.00<br>                                                       $3,750.00 |
| Claim: 8771<br>Date Filed:06/26/06<br>Docketed Total:  $132,179.00<br>Filing Creditor Name and Address<br>  TRUMPF INC<br>  111 HYDE RD<br>  FARMINGTON CT 06032 | Claim Holder Name and Address    Docketed Total    $132,179.00<br><br>TRUMPF INC<br>111 HYDE RD<br>FARMINGTON CT 06032<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $132,179.00<br>                                                       $132,179.00 | Modified Total    $132,179.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $132,179.00<br>                                                       $132,179.00 |

*See Exhibit E for a listing of debtor entities by case number          Page:   403  of 433

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7486**
Date Filed: 06/05/06
Docketed Total:   $22,963.36
Filing Creditor Name and Address
 TRUTEC INDUSTRIES INC
 4700 GATEWAY BLVD
 SPRINGFIELD OH 45502

| Claim Holder Name and Address | Docketed Total | $22,963.36 | | | | Modified Total | $18,836.85 |
|---|---|---|---|---|---|---|---|
| TRUTEC INDUSTRIES INC 4700 GATEWAY BLVD SPRINGFIELD OH 45502 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $22,963.36 | 05-44640 | | | $18,836.85 |
| | | | $22,963.36 | | | | $18,836.85 |

**Claim: 2391**
Date Filed: 03/24/06
Docketed Total:   $111,070.00
Filing Creditor Name and Address
 TRUTRON CORPORATION
 CO LISA KINGSLEY
 274 EXECUTIVE DR
 TROY MI 48083

| Claim Holder Name and Address | Docketed Total | $111,070.00 | | | | Modified Total | $109,959.30 |
|---|---|---|---|---|---|---|---|
| REDROCK CAPITAL PARTNERS LLC 111 S MAIN ST STE C11 PO BOX 9095 BRECKENRIDGE CO 80424 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44640 | | | $111,070.00 | 05-44640 | | | $109,959.30 |
| | | | $111,070.00 | | | | $109,959.30 |

**Claim: 3955**
Date Filed: 05/01/06
Docketed Total:   $990.90
Filing Creditor Name and Address
 TST EXPEDITED SERVICES
 710 SPRUCEWOOD
 WINDSOR ON N9C3Z1
 CANADA

| Claim Holder Name and Address | Docketed Total | $990.90 | | | | Modified Total | $990.90 |
|---|---|---|---|---|---|---|---|
| TST EXPEDITED SERVICES 710 SPRUCEWOOD WINDSOR ON N9C3Z1 CANADA | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $990.90 | 05-44640 | | | $990.90 |
| | | | $990.90 | | | | $990.90 |

**Claim: 8071**
Date Filed: 06/16/06
Docketed Total:   $5,608.20
Filing Creditor Name and Address
 TST SOLUTIONS INC
 1601 TRICONT AVE
 WHITBY ON L1N 7N5
 CANADA

| Claim Holder Name and Address | Docketed Total | $5,608.20 | | | | Modified Total | $3,182.35 |
|---|---|---|---|---|---|---|---|
| TST SOLUTIONS INC 1601 TRICONT AVE WHITBY ON L1N 7N5 CANADA | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44640 | | | $5,608.20 | 05-44640 | | | $3,182.35 |
| | | | $5,608.20 | | | | $3,182.35 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10486<br>Date Filed:07/24/06<br>Docketed Total:  $16,097.10<br>Filing Creditor Name and Address<br> TTI INC<br> 2441 NE PKY<br> FORT WORTH TX 76106-1896 | Claim Holder Name and Address   Docketed Total   $16,097.10<br><br>TTI INC<br>2441 NE PKY<br>FORT WORTH TX 76106-1896 | | | | | | Modified Total | $12,232.51 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$16,097.10<br>$16,097.10 | Case Number*<br>05-44507<br>05-44567<br>05-44640 | Secured | Priority | Unsecured<br>$11,616.51<br>$336.00<br>$280.00<br>$12,232.51 |
| Claim: 15652<br>Date Filed:07/31/06<br>Docketed Total:  $20.46<br>Filing Creditor Name and Address<br> TULCO OILS INC<br> 5240 E PINE ST<br> TULSA OK 74115 | Claim Holder Name and Address   Docketed Total   $20.46<br><br>TULCO OILS INC<br>5240 E PINE ST<br>TULSA OK 74115 | | | | | | Modified Total | $20.46 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20.46<br>$20.46 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$20.46<br>$20.46 |
| Claim: 228<br>Date Filed:10/31/05<br>Docketed Total:  $1,957.19<br>Filing Creditor Name and Address<br> TULSA VALVE & FITTING COMPANY<br> 1815 W DETROIT<br> PO BOX 930<br> BROKEN ARROW OK 74013 | Claim Holder Name and Address   Docketed Total   $1,957.19<br><br>TULSA VALVE & FITTING COMPANY<br>1815 W DETROIT<br>PO BOX 930<br>BROKEN ARROW OK 74013 | | | | | | Modified Total | $1,046.19 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,957.19<br>$1,957.19 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$1,046.19<br>$1,046.19 |
| Claim: 1062<br>Date Filed:12/07/05<br>Docketed Total:  $26,620.53<br>Filing Creditor Name and Address<br> TWI NETWORK INC<br> 2121 RAWSONVILLE<br> BELLEVILLE MI 48111 | Claim Holder Name and Address   Docketed Total   $26,620.53<br><br>TWI NETWORK INC<br>2121 RAWSONVILLE<br>BELLEVILLE MI 48111 | | | | | | Modified Total | $25,085.73 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$26,620.53<br>$26,620.53 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$25,085.73<br>$25,085.73 |

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15734**
Date Filed: 07/31/06
Docketed Total:   $3,939.00
Filing Creditor Name and Address
  TWIN CITY FAN COMPANIES LTD
  CLARAGE
  5959 TRENTON LN
  MINNEAPOLIS MN 55442-3237

Claim Holder Name and Address    Docketed Total    $3,939.00

TWIN CITY FAN COMPANIES LTD
CLARAGE
5959 TRENTON LN
MINNEAPOLIS MN 55442-3237

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,939.00 |
| | | | $3,939.00 |

Modified Total    $3,939.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,939.00 |
| | | | $3,939.00 |

---

**Claim: 8715**
Date Filed: 06/28/06
Docketed Total:   $36,618.89
Filing Creditor Name and Address
  TWIST INC
  ATTN JOE WRIGHT
  PO BOX 177
  JAMESTOWN OH 45335

Claim Holder Name and Address    Docketed Total    $36,618.89

TWIST INC
ATTN JOE WRIGHT
PO BOX 177
JAMESTOWN OH 45335

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,618.89 |
| | | | $36,618.89 |

Modified Total    $33,818.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $33,818.33 |
| | | | $33,818.33 |

---

**Claim: 8341**
Date Filed: 06/22/06
Docketed Total:   $15,840.26
Filing Creditor Name and Address
  TWOSON TOOL COMPANY
  PO BOX 591
  MUNCIE IN 47308

Claim Holder Name and Address    Docketed Total    $15,840.26

TWOSON TOOL COMPANY
PO BOX 591
MUNCIE IN 47308

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $15,840.26 |
| | | | $15,840.26 |

Modified Total    $14,280.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $14,280.26 |
| | | | $14,280.26 |

---

**Claim: 6584**
Date Filed: 05/22/06
Docketed Total:   $1,300.00
Filing Creditor Name and Address
  U S MOLDING MACHINERY CO
  38294 PELTON RD
  WILLOUGHBY OH 44094

Claim Holder Name and Address    Docketed Total    $1,300.00

U S MOLDING MACHINERY CO
38294 PELTON RD
WILLOUGHBY OH 44094

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,300.00 |
| | | | $1,300.00 |

Modified Total    $1,300.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,300.00 |
| | | | $1,300.00 |

---

*See Exhibit E for a listing of debtor entities by case number                 Page:   406  of 433

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10266<br>Date Filed:07/21/06<br>Docketed Total:  $49,415.19<br>Filing Creditor Name and Address<br> UFE INC<br> MARKETING SERVICES DEPT<br> 1850 S GREELEY ST<br> STILLWATER MN 55082-0007 | Claim Holder Name and Address    Docketed Total    $49,415.19<br><br>UFE INC<br>MARKETING SERVICES DEPT<br>1850 S GREELEY ST<br>STILLWATER MN 55082-0007<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $49,415.19<br>                                                      $49,415.19 | Modified Total    $49,415.19<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $49,415.19<br>                                                      $49,415.19 |
| Claim: 4608<br>Date Filed:05/04/06<br>Docketed Total:  $8,794.80<br>Filing Creditor Name and Address<br> UMICORE PRECIOUS METALS EFT<br> NJ LLC<br> 3950 SOUTH CLINTON AVE<br> PO BOX 768<br> SOUTH PLAINFIELD NJ 07080 | Claim Holder Name and Address    Docketed Total    $8,794.80<br><br>UMICORE PRECIOUS METALS EFT<br>NJ LLC<br>3950 SOUTH CLINTON AVE<br>PO BOX 768<br>SOUTH PLAINFIELD NJ 07080<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $8,794.80<br>                                                      $8,794.80 | Modified Total    $8,794.80<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $8,794.80<br>                                                      $8,794.80 |
| Claim: 227<br>Date Filed:10/31/05<br>Docketed Total:  $2,236.75<br>Filing Creditor Name and Address<br> UNEVOL INC<br> PO BOX 416<br> LUCAS OH 44843-0416 | Claim Holder Name and Address    Docketed Total    $2,236.75<br><br>UNEVOL INC<br>PO BOX 416<br>LUCAS OH 44843-0416<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $2,236.75<br>                                                      $2,236.75 | Modified Total    $2,236.75<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $2,236.75<br>                                                      $2,236.75 |
| Claim: 113<br>Date Filed:10/25/05<br>Docketed Total:  $68.93<br>Filing Creditor Name and Address<br> UNIQUE AUTOMATION LLC<br> 126 HARRISON ST<br> NEWARK NY 14513 | Claim Holder Name and Address    Docketed Total    $68.93<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $68.93<br>                                                      $68.93 | Modified Total    $53.93<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $53.93<br>                                                      $53.93 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4428<br>Date Filed: 05/02/06<br>Docketed Total: $2,754.57<br>Filing Creditor Name and Address<br>UNIQUE FABRICATING INC PLT 1<br>800 STANDARD PKY<br>AUBURN HILLS MI 48326 | Claim Holder Name and Address    Docketed Total    $2,754.57<br><br>UNIQUE FABRICATING INC PLT 1<br>800 STANDARD PKY<br>AUBURN HILLS MI 48326 | Modified Total    $547.16 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $2,754.57<br>                                                  $2,754.57 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $547.16<br>                                                 $547.16 |
| Claim: 1916<br>Date Filed: 02/08/06<br>Docketed Total: $48,784.11<br>Filing Creditor Name and Address<br>UNISEAL INC<br>PO BOX 6288<br>EVANSVILLE IN 47712 | Claim Holder Name and Address    Docketed Total    $48,784.11<br><br>UNISEAL INC<br>PO BOX 6288<br>EVANSVILLE IN 47712 | Modified Total    $48,636.80 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $48,784.11<br>                                                  $48,784.11 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                       $48,636.80<br>                                                 $48,636.80 |
| Claim: 3394<br>Date Filed: 04/28/06<br>Docketed Total: $137.38<br>Filing Creditor Name and Address<br>UNISTRUT CINCINNATI<br>MARK ELLIS<br>3799 MADISON RD<br>CINCINNATI OH 45209 | Claim Holder Name and Address    Docketed Total    $137.38<br><br>UNISTRUT CINCINNATI<br>MARK ELLIS<br>3799 MADISON RD<br>CINCINNATI OH 45209 | Modified Total    $113.18 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $137.38<br>                                                  $137.38 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $113.18<br>                                                 $113.18 |
| Claim: 3393<br>Date Filed: 04/28/06<br>Docketed Total: $5.20<br>Filing Creditor Name and Address<br>UNISTRUT OF CINCINNATI<br>CHRIS OR SALES<br>3799 MADISON RD<br>CINCINNATI OH 45209 | Claim Holder Name and Address    Docketed Total    $5.20<br><br>UNISTRUT OF CINCINNATI<br>CHRIS OR SALES<br>3799 MADISON RD<br>CINCINNATI OH 45209 | Modified Total    $5.20 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                           $5.20<br>                                                    $5.20 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $5.20<br>                                                   $5.20 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3395<br>Date Filed: 04/28/06<br>Docketed Total: $1,190.15<br>Filing Creditor Name and Address<br>UNISTRUT OF CINCINNATI<br>CHRIS OR SALES<br>3799 MADISON RD<br>CINCINNATI OH 45209 | Claim Holder Name and Address   Docketed Total   $1,190.15<br><br>UNISTRUT OF CINCINNATI<br>CHRIS OR SALES<br>3799 MADISON RD<br>CINCINNATI OH 45209<br><br><u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                           $1,190.15<br>                                   $1,190.15 | Modified Total   $1,190.15<br><br><br><br><br><u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                           $1,190.15<br>                                   $1,190.15 |
| Claim: 5066<br>Date Filed: 05/08/06<br>Docketed Total: $22,697.62<br>Filing Creditor Name and Address<br>UNITED MINERALS & PROPERTIES I<br>CIMBAR PERFORMANCE MINERALS DI<br>25 OLD RIVER RD SE<br>CARTERSVILLE GA 30120 | Claim Holder Name and Address   Docketed Total   $22,697.62<br><br>UNITED MINERALS & PROPERTIES I<br>CIMBAR PERFORMANCE MINERALS DI<br>25 OLD RIVER RD SE<br>CARTERSVILLE GA 30120<br><br><u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                           $22,697.62<br>                                  $22,697.62 | Modified Total   $22,697.62<br><br><br><br><br><u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44482                           $22,697.62<br>                                  $22,697.62 |
| Claim: 2403<br>Date Filed: 03/27/06<br>Docketed Total: $5,049.78<br>Filing Creditor Name and Address<br>UNITED REFRIGERATION<br>2301 MEACHAM BLVD<br>FT WORTH TX 76106 | Claim Holder Name and Address   Docketed Total   $5,049.78<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br><u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                           $5,049.78<br>                                  $5,049.78 | Modified Total   $4,578.75<br><br><br><br><br><u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                           $4,578.75<br>                                  $4,578.75 |
| Claim: 6411<br>Date Filed: 05/22/06<br>Docketed Total: $25.34<br>Filing Creditor Name and Address<br>UNITED STATES PLASTIC CORP<br>1390 NEUBRECHT RD<br>LIMA OH 45801-3120 | Claim Holder Name and Address   Docketed Total   $25.34<br><br>UNITED STATES PLASTIC CORP<br>1390 NEUBRECHT RD<br>LIMA OH 45801-3120<br><br><u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44481                           $25.34<br>                                  $25.34 | Modified Total   $25.34<br><br><br><br><br><u>Case Number*</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>05-44640                           $25.34<br>                                  $25.34 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 201<br>Date Filed:10/28/05<br>Docketed Total:  $2,078.20<br>Filing Creditor Name and Address<br> UNIVERSAL TEST EQUIPMENT INC<br> 1625 QUAIL RUN RD<br> CHARLOTTESVILLE VA 22911 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total    $2,078.20 | | Modified Total    $2,078.20 |
| | **Case Number\*** __Secured__ __Priority__ __Unsecured__<br>05-44481                                      $2,078.20<br>                                                    $2,078.20 | | **Case Number\*** __Secured__ __Priority__ __Unsecured__<br>05-44640                                      $2,078.20<br>                                                    $2,078.20 | |
| Claim: 202<br>Date Filed:10/28/05<br>Docketed Total:  $8,743.90<br>Filing Creditor Name and Address<br> UNIVERSAL TEST EQUIPMENT INC<br> 1625 QUAIL RUN RD<br> CHARLOTTESVILLE VA 22911 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total    $8,743.90 | | Modified Total    $8,743.90 |
| | **Case Number\*** __Secured__ __Priority__ __Unsecured__<br>05-44481                                      $8,743.90<br>                                                    $8,743.90 | | **Case Number\*** __Secured__ __Priority__ __Unsecured__<br>05-44640                                      $8,743.90<br>                                                    $8,743.90 | |
| Claim: 203<br>Date Filed:10/28/05<br>Docketed Total:  $8,024.20<br>Filing Creditor Name and Address<br> UNIVERSAL TEST EQUIPMENT INC<br> 1625 QUAIL RUN RD<br> CHARLOTTESVILLE VA 22911 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total    $8,024.20 | | Modified Total    $8,024.20 |
| | **Case Number\*** __Secured__ __Priority__ __Unsecured__<br>05-44481                                      $8,024.20<br>                                                    $8,024.20 | | **Case Number\*** __Secured__ __Priority__ __Unsecured__<br>05-44640                                      $8,024.20<br>                                                    $8,024.20 | |
| Claim: 4102<br>Date Filed:05/01/06<br>Docketed Total:  $49,304.31<br>Filing Creditor Name and Address<br> UNIVERSAL TUBE INC<br> 2607 BOND ST<br> ROCHESTER HILLS MI 48309 | Claim Holder Name and Address<br><br>UNIVERSAL TUBE INC<br>2607 BOND ST<br>ROCHESTER HILLS MI 48309 | Docketed Total    $49,304.31 | | Modified Total    $49,304.31 |
| | **Case Number\*** __Secured__ __Priority__ __Unsecured__<br>05-44481                                      $49,304.31<br>                                                    $49,304.31 | | **Case Number\*** __Secured__ __Priority__ __Unsecured__<br>05-44640                                      $49,304.31<br>                                                    $49,304.31 | |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 7444<br>Date Filed:06/05/06<br>Docketed Total:   $56,149.06<br>Filing Creditor Name and Address<br>  UOP LLC<br>  25 E ALOGONQUIN RD<br>  DES PLAINES IL 60017-5017 | Claim Holder Name and Address     Docketed Total     $56,149.06<br><br>UOP LLC<br>25 E ALOGONQUIN RD<br>DES PLAINES IL 60017-5017 | Modified Total     $49,076.24 |
|---|---|---|

Case Number* for Claim 7444: 05-44481 — Unsecured $56,149.06 — Total $56,149.06

Modified Case Number* 05-44482 Unsecured $25,616.24; 05-44507 Unsecured $23,460.00 — Total $49,076.24

| Claim: 298<br>Date Filed:11/03/05<br>Docketed Total:   $63,000.00<br>Filing Creditor Name and Address<br>  UQM TECHNOLOGIES INC<br>  DONALD A FRENCH<br>  7501 MILLER DR<br>  PO BOX 439<br>  FREDERICK CO 80530 | Claim Holder Name and Address     Docketed Total     $63,000.00<br><br>UQM TECHNOLOGIES INC<br>DONALD A FRENCH<br>7501 MILLER DR<br>PO BOX 439<br>FREDERICK CO 80530 | Modified Total     $63,000.00 |
|---|---|---|

Case Number* for Claim 298: 05-44481 — Unsecured $63,000.00 — Total $63,000.00

Modified Case Number* 05-44640 — Unsecured $63,000.00 — Total $63,000.00

| Claim: 222<br>Date Filed:10/31/05<br>Docketed Total:   $636,399.79<br>Filing Creditor Name and Address<br>  US FARATHANE CORPORATION<br>  ATT MR RICK KNAPPE<br>  38000 MOUND RD<br>  STERLING HEIGHTS MI 48310 | Claim Holder Name and Address     Docketed Total     $636,399.79<br><br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | Modified Total     $518,245.12 |
|---|---|---|

Case Number* for Claim 222: 05-44481 — Unsecured $636,399.79 — Total $636,399.79

Modified Case Number* 05-44640 — Unsecured $518,245.12 — Total $518,245.12

| Claim: 1356<br>Date Filed:12/28/05<br>Docketed Total:   $37,908.22<br>Filing Creditor Name and Address<br>  US FARATHANE CORPORATION<br>  38000 MOUND RD<br>  STERLING HEIGHTS MI 48310 | Claim Holder Name and Address     Docketed Total     $37,908.22<br><br>REDROCK CAPITAL PARTNERS LLC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | Modified Total     $30,927.10 |
|---|---|---|

Case Number* for Claim 1356: 05-44481 — Unsecured $37,908.22 — Total $37,908.22

Modified Case Number* 05-44640 — Unsecured $30,927.10 — Total $30,927.10

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4925<br>Date Filed:05/05/06<br>Docketed Total:  $3,980.26<br>Filing Creditor Name and Address<br> VALLEY CITY DISPOSAL INC<br> DBA VALLEY CITY ENVIRONMENTAL<br> SERVI<br> 1040 MARKET ST SW<br> GRAND RAPIDS MI 49503-4893 | Claim Holder Name and Address    Docketed Total    $3,980.26<br><br>VALLEY CITY DISPOSAL INC<br>DBA VALLEY CITY ENVIRONMENTAL<br>SERVI<br>1040 MARKET ST SW<br>GRAND RAPIDS MI 49503-4893<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $3,980.26<br>                                              $3,980.26 | Modified Total    $492.26<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $492.26<br>                                              $492.26 |
| Claim: 1880<br>Date Filed:02/06/06<br>Docketed Total:  $60,748.63<br>Filing Creditor Name and Address<br> VALMARK INDUSTRIES<br> WAYNE THOMAS XT 134<br> 7900 NATIONAL DR<br> LIVERMORE CA 94550 | Claim Holder Name and Address    Docketed Total    $60,748.63<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                      $60,748.63<br>                                              $60,748.63 | Modified Total    $60,577.03<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                      $60,577.03<br>                                              $60,577.03 |
| Claim: 718<br>Date Filed:11/21/05<br>Docketed Total:  $1,815.89<br>Filing Creditor Name and Address<br> VAN DYNE CROTTY INC<br> 3233 NEWMARK DR<br> MIAMISBURG OH 45342 | Claim Holder Name and Address    Docketed Total    $1,815.89<br><br>VAN DYNE CROTTY INC<br>3233 NEWMARK DR<br>MIAMISBURG OH 45342<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                      $1,815.89<br>                                              $1,815.89 | Modified Total    $1,805.66<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44612                                      $1,805.66<br>                                              $1,805.66 |
| Claim: 4941<br>Date Filed:05/05/06<br>Docketed Total:  $2,500.00<br>Filing Creditor Name and Address<br> VANDERPLAATS RESEARCH & DEVELO<br> VR & D<br> 1767 S 8TH ST STE 210<br> COLORADO SPRINGS CO 80906 | Claim Holder Name and Address    Docketed Total    $2,500.00<br><br>VANDERPLAATS RESEARCH & DEVELO<br>VR & D<br>1767 S 8TH ST STE 210<br>COLORADO SPRINGS CO 80906<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $2,500.00<br>                                              $2,500.00 | Modified Total    $2,500.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $2,500.00<br>                                              $2,500.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1400<br>Date Filed:12/30/05<br>Docketed Total:  $52,995.90<br>Filing Creditor Name and Address<br> VENKEL LTD<br> 5900 SHEPHERD MOUNTAIN COVE<br> AUSTIN TX 78730 | Claim Holder Name and Address<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY NY 11797 | Docketed Total | | $52,995.90 | | Modified Total | | $52,995.90 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$52,995.90<br>$52,995.90 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$52,995.90<br>$52,995.90 |
| Claim: 3840<br>Date Filed:05/01/06<br>Docketed Total:  $37,740.00<br>Filing Creditor Name and Address<br> VERSATILE ENGINEERING<br> ADOLF WEISS<br> 1559 W 135TH ST<br> GARDENA CA 90249 | Claim Holder Name and Address<br><br>VERSATILE ENGINEERING<br>ADOLF WEISS<br>1559 W 135TH ST<br>GARDENA CA 90249 | Docketed Total | | $37,740.00 | | Modified Total | | $35,053.59 |
| | Case Number*<br>05-44539 | Secured | Priority | Unsecured<br>$37,740.00<br>$37,740.00 | Case Number*<br>05-44539 | Secured | Priority | Unsecured<br>$35,053.59<br>$35,053.59 |
| Claim: 6516<br>Date Filed:05/22/06<br>Docketed Total:  $2,328.00<br>Filing Creditor Name and Address<br> VERSATILE PRODUCTS II<br> JOSEPH TORRE<br> 56550 S MAIN ST<br> PO BOX 331<br> MATTAWAN MI 49071 | Claim Holder Name and Address<br><br>VERSATILE PRODUCTS II<br>JOSEPH TORRE<br>56550 S MAIN ST<br>PO BOX 331<br>MATTAWAN MI 49071 | Docketed Total | | $2,328.00 | | Modified Total | | $2,328.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,328.00<br>$2,328.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,328.00<br>$2,328.00 |
| Claim: 3122<br>Date Filed:04/28/06<br>Docketed Total:  $311.00<br>Filing Creditor Name and Address<br> VHG LABS<br> 276 ABBY RD<br> MANCHESTER NH 03103 | Claim Holder Name and Address<br><br>VHG LABS<br>276 ABBY RD<br>MANCHESTER NH 03103 | Docketed Total | | $311.00 | | Modified Total | | $311.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$311.00<br>$311.00 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$311.00<br>$311.00 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 4145<br>Date Filed:05/01/06<br>Docketed Total:   $2,801.12<br>Filing Creditor Name and Address<br> VI CAS MANUFACTURING CO INC<br> PO BOX 36310<br> CINCINNATI OH 45236 | Claim Holder Name and Address   Docketed Total   $2,801.12<br><br>VI CAS MANUFACTURING CO INC<br>PO BOX 36310<br>CINCINNATI OH 45236 | | | | | | | Modified Total   $2,801.12 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $2,801.12<br>                                         $2,801.12 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44507                                 $2,801.12<br>                                         $2,801.12 | | | |
| Claim: 2580<br>Date Filed:04/07/06<br>Docketed Total:   $26,632.00<br>Filing Creditor Name and Address<br> VI MFG INC<br> 164 ORCHARD ST<br> WEBSTER NY 14580 | Claim Holder Name and Address   Docketed Total   $26,632.00<br><br>VI MFG INC<br>164 ORCHARD ST<br>WEBSTER NY 14580 | | | | | | | Modified Total   $26,632.00 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $26,632.00<br>                                         $26,632.00 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $26,632.00<br>                                         $26,632.00 | | | |
| Claim: 7468<br>Date Filed:06/05/06<br>Docketed Total:   $9,075.20<br>Filing Creditor Name and Address<br> VIKING RUBBER PRODUCTS<br> 2600 HOMESTEAD PL<br> RANCHO DOMINGUEZ CA 90220 | Claim Holder Name and Address   Docketed Total   $9,075.20<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018 | | | | | | | Modified Total   $9,051.89 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $9,075.20<br>                                         $9,075.20 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44624                                 $9,051.89<br>                                         $9,051.89 | | | |
| Claim: 6982<br>Date Filed:05/30/06<br>Docketed Total:   $9,900.00<br>Filing Creditor Name and Address<br> VILLACO INC<br> 1050 CORPORATE DR<br> PO BOX 407<br> SLINGER WI 53086 | Claim Holder Name and Address   Docketed Total   $9,900.00<br><br>VILLACO INC<br>1050 CORPORATE DR<br>PO BOX 407<br>SLINGER WI 53086 | | | | | | | Modified Total   $9,900.00 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $9,900.00<br>                                         $9,900.00 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $9,900.00<br>                                         $9,900.00 | | | |

*See Exhibit E for a listing of debtor entities by case number                        Page:   414  of 433

In re: Delphi Corporation, et al.                                                                  Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14828<br>Date Filed:07/31/06<br>Docketed Total:   $2,109.20<br>Filing Creditor Name and Address<br>  VIRGINIA A HAASS<br>  ESTATE OF VIRGINIA A HAASS<br>  BOX 5700<br>  LIGHTHOUSE POINT FL 33074-5700 | Claim Holder Name and Address    Docketed Total    $2,109.20<br><br>VIRGINIA A HAASS<br>ESTATE OF VIRGINIA A HAASS<br>BOX 5700<br>LIGHTHOUSE POINT FL 33074-5700<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $0.00    $2,109.20<br>                                                 $2,109.20 | Modified Total    $2,109.20<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $2,109.20<br>                                                 $2,109.20 |
| Claim: 6560<br>Date Filed:05/22/06<br>Docketed Total:   $7,809.00<br>Filing Creditor Name and Address<br>  VITRONICS SOLTEC<br>  BARB ROSSIGNOL EXT 222<br>  GENERAL POST OFFICE<br>  PO BOX 27566<br>  NEW YORK NY 10087-7566 | Claim Holder Name and Address    Docketed Total    $7,809.00<br><br>VITRONICS SOLTEC<br>BARB ROSSIGNOL EXT 222<br>GENERAL POST OFFICE<br>PO BOX 27566<br>NEW YORK NY 10087-7566<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                          $7,809.00<br>                                                 $7,809.00 | Modified Total    $6,363.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                          $6,363.00<br>                                                 $6,363.00 |
| Claim: 6559<br>Date Filed:05/22/06<br>Docketed Total:   $5,773.98<br>Filing Creditor Name and Address<br>  VITRONICS SOLTEC EFT<br>  2 MARIN WAY<br>  STRATHAM NH 03885 | Claim Holder Name and Address    Docketed Total    $5,773.98<br><br>VITRONICS SOLTEC EFT<br>2 MARIN WAY<br>STRATHAM NH 03885<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $5,773.98<br>                                                 $5,773.98 | Modified Total    $5,773.98<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $5,773.98<br>                                                 $5,773.98 |
| Claim: 285<br>Date Filed:11/02/05<br>Docketed Total:   $59,571.89<br>Filing Creditor Name and Address<br>  VLR EMBEDDED INC<br>  3035 W 15TH ST<br>  PLANO TX 75075 | Claim Holder Name and Address    Docketed Total    $59,571.89<br><br>VLR EMBEDDED INC<br>3035 W 15TH ST<br>PLANO TX 75075<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $59,571.89<br>                                                 $59,571.89 | Modified Total    $59,571.89<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $59,571.89<br>                                                 $59,571.89 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4435<br>Date Filed:05/02/06<br>Docketed Total:   $24,511.69<br>Filing Creditor Name and Address<br>  VOELKER CONTROLS CO EFT<br>  PO BOX 487<br>  FRANKLIN OH 45005 | Claim Holder Name and Address     Docketed Total     $24,511.69<br><br>VOELKER CONTROLS CO EFT<br>PO BOX 487<br>FRANKLIN OH 45005<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $24,511.69<br>                                                 $24,511.69 | Modified Total     $24,049.61<br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $24,049.61<br>                                                 $24,049.61 |
| Claim: 5427<br>Date Filed:05/10/06<br>Docketed Total:   $31,350.84<br>Filing Creditor Name and Address<br>  VOGELSANG CORP<br>  1790 SWARTHMORE AVE<br>  LAKEWOOD NJ 08701 | Claim Holder Name and Address     Docketed Total     $31,350.84<br><br>VOGELSANG CORP<br>1790 SWARTHMORE AVE<br>LAKEWOOD NJ 08701<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $31,350.84<br>                                                 $31,350.84 | Modified Total     $30,304.80<br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $30,304.80<br>                                                 $30,304.80 |
| Claim: 1649<br>Date Filed:01/24/06<br>Docketed Total:   $90,248.00<br>Filing Creditor Name and Address<br>  VOLCANO COMMUNICATIONS<br>  TECHNOLOGIES MENTOR GRAPHICS<br>  CORP<br>  MENTOR GRAPHICS CORP<br>  ATTN LINDA HING<br>  8005 SW BOECKMAN RD<br>  WILSONVILLE OR 97070 | Claim Holder Name and Address     Docketed Total     $90,248.00<br><br>VOLCANO COMMUNICATIONS TECHNOLOGIES<br>MENTOR GRAPHICS CORP<br>MENTOR GRAPHICS CORP<br>ATTN LINDA HING<br>8005 SW BOECKMAN RD<br>WILSONVILLE OR 97070<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                         $90,248.00<br>                                                 $90,248.00 | Modified Total     $90,248.00<br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                         $90,248.00<br>                                                 $90,248.00 |
| Claim: 8250<br>Date Filed:06/20/06<br>Docketed Total:   $2,344.29<br>Filing Creditor Name and Address<br>  VWR SCIENTIFIC PRODUCTS C<br>  VWR INTERNATIONAL INC<br>  1230 KENNESTONE CIRCLE<br>  MARIETTA GA 30066 | Claim Holder Name and Address     Docketed Total     $2,344.29<br><br>VWR SCIENTIFIC PRODUCTS C<br>VWR INTERNATIONAL INC<br>1230 KENNESTONE CIRCLE<br>MARIETTA GA 30066<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                         $2,344.29<br>                                                 $2,344.29 | Modified Total     $2,299.79<br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44482                                         $2,299.79<br>                                                 $2,299.79 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 8247**<br>Date Filed: 06/20/06<br>Docketed Total: $3,170.77<br>Filing Creditor Name and Address<br>VWR SCIENTIFIC PRODUCTS CORP<br>1230 KENNESTONE CIR<br>MARIETTA GA 30066 | Claim Holder Name and Address<br><br>VWR SCIENTIFIC PRODUCTS CORP<br>1230 KENNESTONE CIR<br>MARIETTA GA 30066 | Docketed Total | | $3,170.77 | | Modified Total | | $3,103.15 |
| | _Case Number*_<br>05-44624 | _Secured_ | _Priority_ | _Unsecured_<br>$3,170.77<br>$3,170.77 | _Case Number*_<br>05-44624 | _Secured_ | _Priority_ | _Unsecured_<br>$3,103.15<br>$3,103.15 |
| **Claim: 8894**<br>Date Filed: 07/05/06<br>Docketed Total: $6,484.00<br>Filing Creditor Name and Address<br>W W G INC<br>5602 ELMWOOD AVE STE 222<br>INDIANAPOLIS IN 46203 | Claim Holder Name and Address<br><br>W W G INC<br>5602 ELMWOOD AVE STE 222<br>INDIANAPOLIS IN 46203 | Docketed Total | | $6,484.00 | | Modified Total | | $4,964.00 |
| | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$6,484.00<br>$6,484.00 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$4,964.00<br>$4,964.00 |
| **Claim: 14212**<br>Date Filed: 07/31/06<br>Docketed Total: $26,580.40<br>Filing Creditor Name and Address<br>W W GRAINGER INC<br>NATHAN F COCO ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST STE 4400<br>CHICAGO IL 60606-5096 | Claim Holder Name and Address<br><br>W W GRAINGER INC<br>NATHAN F COCO ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST STE 4400<br>CHICAGO IL 60606-5096 | Docketed Total | | $26,580.40 | | Modified Total | | $19,688.97 |
| | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$26,580.40<br>$26,580.40 | _Case Number*_<br>05-44640 | _Secured_ | _Priority_ | _Unsecured_<br>$19,688.97<br>$19,688.97 |
| **Claim: 15003**<br>Date Filed: 07/31/06<br>Docketed Total: $34,816.85<br>Filing Creditor Name and Address<br>W W GRAINGER INC<br>NATHAN F COCO ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST STE 4400<br>CHICAGO IL 60606-5096 | Claim Holder Name and Address<br><br>W W GRAINGER INC<br>NATHAN F COCO ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST STE 4400<br>CHICAGO IL 60606-5096 | Docketed Total | | $34,816.85 | | Modified Total | | $1,318.72 |
| | _Case Number*_<br>05-44612 | _Secured_ | _Priority_ | _Unsecured_<br>$34,816.85<br>$34,816.85 | _Case Number*_<br>05-44612 | _Secured_ | _Priority_ | _Unsecured_<br>$1,318.72<br>$1,318.72 |

In re: Delphi Corporation, et al.                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 585<br>Date Filed:11/15/05<br>Docketed Total:  $172,892.82<br>Filing Creditor Name and Address<br>  WABASH TECHNOLOGIES INC<br>  ATTN GARY BROWN<br>  PO BOX 829<br>  1375 SWAN ST<br>  HUNTINGTON IN 46750 | Claim Holder Name and Address<br><br>WABASH TECHNOLOGIES INC<br>ATTN GARY BROWN<br>PO BOX 829<br>1375 SWAN ST<br>HUNTINGTON IN 46750 | Docketed Total | | $172,892.82 | | Modified Total | | $172,388.82 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$172,892.82<br>$172,892.82 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$172,388.82<br>$172,388.82 |
| Claim: 7205<br>Date Filed:05/31/06<br>Docketed Total:  $26,066.24<br>Filing Creditor Name and Address<br>  WALCO CORPORATION<br>  PO BOX 9<br>  GLENSHAW PA 15116 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $26,066.24 | | Modified Total | | $26,027.56 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$26,066.24<br>$26,066.24 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$26,027.56<br>$26,027.56 |
| Claim: 4266<br>Date Filed:05/01/06<br>Docketed Total:  $669.00<br>Filing Creditor Name and Address<br>  WALLICK ADRIAN L CO<br>  1013 GAHANNA PKY<br>  COLUMBUS OH 43230 | Claim Holder Name and Address<br><br>WALLICK ADRIAN L CO<br>1013 GAHANNA PKY<br>COLUMBUS OH 43230 | Docketed Total | | $669.00 | | Modified Total | | $669.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$669.00<br>$669.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$669.00<br>$669.00 |
| Claim: 3369<br>Date Filed:04/28/06<br>Docketed Total:  $364.98<br>Filing Creditor Name and Address<br>  WALSH MANUFACTURING CORP<br>  13825 TRISKETT RD<br>  CLEVELAND OH 44111-1523 | Claim Holder Name and Address<br><br>WALSH MANUFACTURING CORP<br>13825 TRISKETT RD<br>CLEVELAND OH 44111-1523 | Docketed Total | | $364.98 | | Modified Total | | $364.98 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$364.98<br>$364.98 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$364.98<br>$364.98 |

In re: Delphi Corporation, et al.                                                                     Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5490<br>Date Filed:05/10/06<br>Docketed Total:  $4,286.25<br>Filing Creditor Name and Address<br> WAND TOOL CO INC<br> ATTN WILLIAM N ANDERSON<br> 852 SETON CT<br> WHEELING IL 60090 | Claim Holder Name and Address    Docketed Total    $4,286.25<br><br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO CA 92108<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                         $4,286.25<br>                                 $4,286.25 | Modified Total    $4,286.25<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                         $4,286.25<br>                                 $4,286.25 |
| Claim: 5970<br>Date Filed:05/16/06<br>Docketed Total:  $78,321.60<br>Filing Creditor Name and Address<br> WARNER ELECTRIC LLC<br> 802 E SHORT ST<br> COLUMBIA CITY IN 46725 | Claim Holder Name and Address    Docketed Total    $78,321.60<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                         $78,321.60<br>                                 $78,321.60 | Modified Total    $74,592.00<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                         $74,592.00<br>                                 $74,592.00 |
| Claim: 1308<br>Date Filed:12/27/05<br>Docketed Total:  $38,900.00<br>Filing Creditor Name and Address<br> WASHINGTON LABORATORIES LTD<br> MICHAEL VIOLETTE<br> 7560 LINDBERGH DR<br> GAITHERSBURG MD 20879-5414 | Claim Holder Name and Address    Docketed Total    $38,900.00<br><br>WASHINGTON LABORATORIES LTD<br>MICHAEL VIOLETTE<br>7560 LINDBERGH DR<br>GAITHERSBURG MD 20879-5414<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                         $38,900.00<br>                                 $38,900.00 | Modified Total    $35,900.00<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                         $35,900.00<br>                                 $35,900.00 |
| Claim: 3991<br>Date Filed:05/01/06<br>Docketed Total:  $5,000.00<br>Filing Creditor Name and Address<br> WASTECH CONTROLS & ENGINEERING<br> INC<br> 21201 ITASCA ST<br> CHATSWORTH CA 91311-492 | Claim Holder Name and Address    Docketed Total    $5,000.00<br><br>WASTECH CONTROLS & ENGINEERING INC<br>21201 ITASCA ST<br>CHATSWORTH CA 91311-492<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481            $5,000.00<br>                    $5,000.00 | Modified Total    $5,000.00<br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                         $5,000.00<br>                                 $5,000.00 |

*See Exhibit E for a listing of debtor entities by case number          Page:  419  of 433

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8145<br>Date Filed:06/19/06<br>Docketed Total:   $618,610.02<br>Filing Creditor Name and Address<br>  WATER GREMLIN CO<br>  ATTN SCOTT SCHULZ<br>  1610 WHITAKER ST<br>  WHITE BEAR LAKE MN 55110 | Claim Holder Name and Address   Docketed Total   $618,610.02<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY NJ 07302<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $618,610.02<br>                                         $618,610.02 | Modified Total   $570,582.25<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $570,582.25<br>                                         $570,582.25 |
| Claim: 184<br>Date Filed:10/28/05<br>Docketed Total:   $18,182.10<br>Filing Creditor Name and Address<br>  WATERTECH OF AMERICA INC<br>  9415 W FOREST HOME AVE<br>  HALES CORNERS WI 53130 | Claim Holder Name and Address   Docketed Total   $18,182.10<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $18,182.10<br>                                         $18,182.10 | Modified Total   $18,182.10<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $18,182.10<br>                                         $18,182.10 |
| Claim: 1399<br>Date Filed:12/30/05<br>Docketed Total:   $16,112.50<br>Filing Creditor Name and Address<br>  WAX LAW GROUP<br>  JEFFREY WAX<br>  2118 WILSHIRE BLVD 407<br>  SANTA MONICA CA 90403 | Claim Holder Name and Address   Docketed Total   $16,112.50<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                    $16,112.50<br>                            $16,112.50 | Modified Total   $16,112.50<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44554                                 $16,112.50<br>                                         $16,112.50 |
| Claim: 2777<br>Date Filed:04/26/06<br>Docketed Total:   $6,236.91<br>Filing Creditor Name and Address<br>  WEBB MASON INC<br>  10830 GILROY RD<br>  HUNT VALLEY MD 21031 | Claim Holder Name and Address   Docketed Total   $6,236.91<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK NY 10018<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $6,236.91<br>                                         $6,236.91 | Modified Total   $6,236.91<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44612                                 $6,236.91<br>                                         $6,236.91 |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7460<br>Date Filed: 06/05/06<br>Docketed Total: $1,076.56<br>Filing Creditor Name and Address<br>WELLS ANDERSON & RACE LLC<br>1700 BROADWAY STE 1020<br>DENVER CO 80290 | Claim Holder Name and Address<br><br>WELLS ANDERSON & RACE LLC<br>1700 BROADWAY STE 1020<br>DENVER CO 80290 | Docketed Total | | $1,076.56 | | Modified Total | | $1,076.56 |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$1,076.56<br>$1,076.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,076.56<br>$1,076.56 |
| Claim: 7461<br>Date Filed: 06/05/06<br>Docketed Total: $3,755.52<br>Filing Creditor Name and Address<br>WELLS ANDERSON & RACE LLC<br>1700 BROADWAY STE 1020<br>DENVER CO 80290 | Claim Holder Name and Address<br><br>WELLS ANDERSON & RACE LLC<br>1700 BROADWAY STE 1020<br>DENVER CO 80290 | Docketed Total | | $3,755.52 | | Modified Total | | $1,763.99 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,755.52<br>$3,755.52 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,763.99<br>$1,763.99 |
| Claim: 5586<br>Date Filed: 05/10/06<br>Docketed Total: $4,990.86<br>Filing Creditor Name and Address<br>WEST MICHIGAN TAG & LABEL INC<br>49 COLDBROOK NE<br>GRAND RAPIDS MI 49503 | Claim Holder Name and Address<br><br>WEST MICHIGAN TAG & LABEL INC<br>49 COLDBROOK NE<br>GRAND RAPIDS MI 49503 | Docketed Total | | $4,990.86 | | Modified Total | | $3,059.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,990.86<br>$4,990.86 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,059.90<br>$3,059.90 |
| Claim: 3942<br>Date Filed: 05/01/06<br>Docketed Total: $2,000.00<br>Filing Creditor Name and Address<br>WEST SIDE INDUSTRIAL SPLY<br>KAY HELMAMM FAX 847 931 0023<br>1530 NORTH LAFOX<br>SOUTH ELGIN IL 60177 | Claim Holder Name and Address<br><br>WEST SIDE INDUSTRIAL SPLY<br>KAY HELMAMM FAX 847 931 0023<br>1530 NORTH LAFOX<br>SOUTH ELGIN IL 60177 | Docketed Total | | $2,000.00 | | Modified Total | | $364.00 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$2,000.00<br>$2,000.00 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$364.00<br>$364.00 |

*See Exhibit E for a listing of debtor entities by case number          Page:   421 of 433

In re: Delphi Corporation, et al.                                                                                      Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6419<br>Date Filed:05/22/06<br>Docketed Total:  $150.00<br>Filing Creditor Name and Address<br>  WESTERN ANALYTICAL LABS INC<br>  GREGORY CONTI<br>  13744 MONTE VISTA AVE<br>  CHINO CA 91710-5512 | Claim Holder Name and Address    Docketed Total    $150.00<br><br>WESTERN ANALYTICAL LABS INC<br>GREGORY CONTI<br>13744 MONTE VISTA AVE<br>CHINO CA 91710-5512<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $150.00<br>                                                  $150.00 | Modified Total    $150.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                          $150.00<br>                                                  $150.00 |
| Claim: 701<br>Date Filed:11/21/05<br>Docketed Total:   $705.60<br>Filing Creditor Name and Address<br>WESTERN NEW YORK FLUID SYSTEM<br>TECHNOLOGIES<br>245 SUMMIT PT DR STE 7<br>HENRIETTA NY 14467 | Claim Holder Name and Address    Docketed Total    $705.60<br><br>KT TRUST<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                     $102.31    $603.29<br>                              $102.31    $603.29 | Modified Total    $705.60<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $705.60<br>                                                  $705.60 |
| Claim: 702<br>Date Filed:11/21/05<br>Docketed Total:   $1,153.60<br>Filing Creditor Name and Address<br>WESTERN NEW YORK FLUID SYSTEM<br>TECHNOLOGIES<br>245 SUMMIT PT DR STE 7<br>HENRIETTA NY 14467 | Claim Holder Name and Address    Docketed Total    $1,153.60<br><br>KT TRUST<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                     $167.27    $986.33<br>                              $167.27    $986.33 | Modified Total    $1,153.60<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $1,153.60<br>                                                  $1,153.60 |
| Claim: 6635<br>Date Filed:05/23/06<br>Docketed Total:   $4,355.88<br>Filing Creditor Name and Address<br>  WESTERN TECHNOLOGY MARKETING<br>  315 DIGITAL DR<br>  MORGAN HILL CA 95037 | Claim Holder Name and Address    Docketed Total    $4,355.88<br><br>WESTERN TECHNOLOGY MARKETING<br>315 DIGITAL DR<br>MORGAN HILL CA 95037<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $4,355.88<br>                                                  $4,355.88 | Modified Total    $2,685.71<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $2,685.71<br>                                                  $2,685.71 |

*See Exhibit E for a listing of debtor entities by case number                    Page:   422  of 433

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1761<br>Date Filed: 02/03/06<br>Docketed Total:   $1,955.00<br>Filing Creditor Name and Address<br>  WHITESIDE COMMUNICATION<br>  MANAGEMENT<br>  ATTN LISA WHITESIDE<br>  1938 BURDETTE<br>  FERNDALE MI 48220 | Claim Holder Name and Address     Docketed Total     $1,955.00<br><br>WHITESIDE COMMUNICATION MANAGEMENT<br>ATTN LISA WHITESIDE<br>1938 BURDETTE<br>FERNDALE MI 48220<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $1,955.00<br>                                                     $1,955.00 | Modified Total     $1,955.00<br><br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $1,955.00<br>                                                     $1,955.00 |
| Claim: 1762<br>Date Filed: 02/03/06<br>Docketed Total:   $1,600.00<br>Filing Creditor Name and Address<br>  WHITESIDE COMMUNICATION<br>  MANAGEMENT<br>  ATTN LISA WHITESIDE<br>  1938 BURDETTE<br>  FERNDALE MI 48220 | Claim Holder Name and Address     Docketed Total     $1,600.00<br><br>WHITESIDE COMMUNICATION MANAGEMENT<br>ATTN LISA WHITESIDE<br>1938 BURDETTE<br>FERNDALE MI 48220<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $1,600.00<br>                                                     $1,600.00 | Modified Total     $1,600.00<br><br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $1,600.00<br>                                                     $1,600.00 |
| Claim: 1763<br>Date Filed: 02/03/06<br>Docketed Total:   $4,000.00<br>Filing Creditor Name and Address<br>  WHITESIDE COMMUNICATION<br>  MANAGEMENT<br>  ATTN LISA WHITESIDE<br>  1938 BURDETTE<br>  FERNDALE MI 48220 | Claim Holder Name and Address     Docketed Total     $4,000.00<br><br>WHITESIDE COMMUNICATION MANAGEMENT<br>ATTN LISA WHITESIDE<br>1938 BURDETTE<br>FERNDALE MI 48220<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $4,000.00<br>                                                     $4,000.00 | Modified Total     $4,000.00<br><br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $4,000.00<br>                                                     $4,000.00 |
| Claim: 1764<br>Date Filed: 02/03/06<br>Docketed Total:   $4,088.00<br>Filing Creditor Name and Address<br>  WHITESIDE COMMUNICATION<br>  MANAGEMENT<br>  ATTN LISA WHITESIDE<br>  1938 BURDETTE<br>  FERNDALE MI 48220 | Claim Holder Name and Address     Docketed Total     $4,088.00<br><br>WHITESIDE COMMUNICATION MANAGEMENT<br>ATTN LISA WHITESIDE<br>1938 BURDETTE<br>FERNDALE MI 48220<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                             $4,088.00<br>                                                     $4,088.00 | Modified Total     $4,088.00<br><br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                             $4,088.00<br>                                                     $4,088.00 |

*See Exhibit E for a listing of debtor entities by case number          Page:    423  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1765<br>Date Filed:02/03/06<br>Docketed Total:   $680.00<br>Filing Creditor Name and Address<br>  WHITESIDE COMMUNICATION<br>  MANAGEMENT<br>  ATTN LISA WHITESIDE<br>  1938 BURDETTE<br>  FERNDALE MI 48220 | Claim Holder Name and Address     Docketed Total      $680.00<br><br>WHITESIDE COMMUNICATION MANAGEMENT<br>ATTN LISA WHITESIDE<br>1938 BURDETTE<br>FERNDALE MI 48220<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $680.00<br>                                                 $680.00 | Modified Total      $680.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $680.00<br>                                                 $680.00 |
| Claim: 5784<br>Date Filed:05/12/06<br>Docketed Total:   $3,603.73<br>Filing Creditor Name and Address<br>  WILHELM KACHELE GMBH<br>  POSH 1121 73231 WEILHEIM/TECK<br>  JAHNSTR 9 73235 WEILHEIM/TECK<br><br>  GERMANY | Claim Holder Name and Address     Docketed Total      $3,603.73<br><br>WILHELM KACHELE GMBH<br>POSH 1121 73231 WEILHEIM/TECK<br>JAHNSTR 9 73235 WEILHEIM/TECK<br><br>GERMANY<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $3,603.73<br>                                                 $3,603.73 | Modified Total      $270.05<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $270.05<br>                                                 $270.05 |
| Claim: 134<br>Date Filed:10/27/05<br>Docketed Total:   $33,015.12<br>Filing Creditor Name and Address<br>  WILLIAMS METALS AND WELDING<br>  ALLOYS INC<br>  JOE WALTON<br>  125 STRAFFORD AVE STE 108<br>  WAYNE PA 19087 | Claim Holder Name and Address     Docketed Total      $33,015.12<br><br>WILLIAMS METALS AND WELDING ALLOYS<br>INC<br>JOE WALTON<br>125 STRAFFORD AVE STE 108<br>WAYNE PA 19087<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $33,015.12<br>                                                 $33,015.12 | Modified Total      $33,000.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $33,000.00<br>                                                 $33,000.00 |
| Claim: 10495<br>Date Filed:07/24/06<br>Docketed Total:   $3,864.56<br>Filing Creditor Name and Address<br>  WILLIAMS W W CO THE<br>  WW WILLIAMS<br>  2849 MORELAND AVE SE<br>  ATLANTA GA 30315 | Claim Holder Name and Address     Docketed Total      $3,864.56<br><br>WILLIAMS W W CO THE<br>WW WILLIAMS<br>2849 MORELAND AVE SE<br>ATLANTA GA 30315<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $3,864.56<br>                                                 $3,864.56 | Modified Total      $602.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $602.00<br>                                                 $602.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1513**
Date Filed: 01/11/06
Docketed Total: $667.53
Filing Creditor Name and Address
WILSON OFFICE SUPPLY COMPANY
820 8TH ST
WICHITA FALLS TX 76301-3303

Claim Holder Name and Address    Docketed Total    $667.53
WILSON OFFICE SUPPLY COMPANY
820 8TH ST
WICHITA FALLS TX 76301-3303

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $667.53 |
| | | | $667.53 |

Modified Total    $461.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $461.80 |
| | | | $461.80 |

---

**Claim: 15617**
Date Filed: 07/31/06
Docketed Total: $116,802.74
Filing Creditor Name and Address
WIND RIVER SYSTEMS INC
500 WIND RIVER WAY
ALAMEDA CA 94501

Claim Holder Name and Address    Docketed Total    $116,802.74
WIND RIVER SYSTEMS INC
500 WIND RIVER WAY
ALAMEDA CA 94501

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $116,802.74 |
| | | | $116,802.74 |

Modified Total    $116,802.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $116,802.74 |
| | | | $116,802.74 |

---

**Claim: 4017**
Date Filed: 05/01/06
Docketed Total: $10,005.95
Filing Creditor Name and Address
WINSTON HEAT TREATING INC
PO BOX 1551
DAYTON OH 45401-0001

Claim Holder Name and Address    Docketed Total    $10,005.95
WINSTON HEAT TREATING INC
PO BOX 1551
DAYTON OH 45401-0001

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,005.95 |
| | | | $10,005.95 |

Modified Total    $7,980.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,980.95 |
| | | | $7,980.95 |

---

**Claim: 8129**
Date Filed: 06/16/06
Docketed Total: $1,412.00
Filing Creditor Name and Address
WIRCO PRODUCTS INC
2550 20TH ST
PORT HURON MI 48060-6449

Claim Holder Name and Address    Docketed Total    $1,412.00
WIRCO PRODUCTS INC
2550 20TH ST
PORT HURON MI 48060-6449

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,412.00 |
| | | | $1,412.00 |

Modified Total    $1,412.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,412.00 |
| | | | $1,412.00 |

---

*See Exhibit E for a listing of debtor entities by case number                    Page:    425  of  433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 1047<br>Date Filed:12/06/05<br>Docketed Total:  $415,675.19<br>Filing Creditor Name and Address<br>  WISCONSIN ELECTRIC POWER<br>  COMPANY<br>  ATTN ELAINE BERONJA<br>  WE ENERGIES<br>  333 W EVERETT ST RM A130<br>  MILWAUKEE WI 53203 | Claim Holder Name and Address    Docketed Total    $415,675.19<br><br>WISCONSIN ELECTRIC POWER COMPANY<br>ATTN ELAINE BERONJA<br>WE ENERGIES<br>333 W EVERETT ST RM A130<br>MILWAUKEE WI 53203<br><br>Case Number*____ Secured____ Priority____ Unsecured<br>05-44640                                                $415,675.19<br>                                                        $415,675.19 | Modified Total    $405,194.95<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $405,194.95<br>                                            $405,194.95 |
| Claim: 5661<br>Date Filed:05/11/06<br>Docketed Total:  $1,526.80<br>Filing Creditor Name and Address<br>  WISCONSIN LIFT TRUCK CORP<br>  ATTN RICK SCHULTZ<br>  3125 INTERTECH DR<br>  BROOKFIELD WI 53132 | Claim Holder Name and Address    Docketed Total    $1,526.80<br><br>WISCONSIN LIFT TRUCK CORP<br>ATTN RICK SCHULTZ<br>3125 INTERTECH DR<br>BROOKFIELD WI 53132<br><br>Case Number*____ Secured____ Priority____ Unsecured<br>05-44481                                                $1,526.80<br>                                                        $1,526.80 | Modified Total    $1,469.40<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $1,469.40<br>                                              $1,469.40 |
| Claim: 2537<br>Date Filed:04/03/06<br>Docketed Total:  $2,481.10<br>Filing Creditor Name and Address<br>  WISE CARTER CHILD & CARAWAY PA<br>  PO BOX 651<br>  JACKSON MS 39205 | Claim Holder Name and Address    Docketed Total    $2,481.10<br><br>WISE CARTER CHILD & CARAWAY PA<br>PO BOX 651<br>JACKSON MS 39205<br><br>Case Number*____ Secured____ Priority____ Unsecured<br>05-44481                                                $2,481.10<br>                                                        $2,481.10 | Modified Total    $1,785.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $1,785.00<br>                                              $1,785.00 |
| Claim: 39<br>Date Filed:10/17/05<br>Docketed Total:  $4,564.90<br>Filing Creditor Name and Address<br>  WITTICHEN SUPPLY<br>  1600 3RD AVE S<br>  BIRMINGHAM AL 35233 | Claim Holder Name and Address    Docketed Total    $4,564.90<br><br>WITTICHEN SUPPLY<br>1600 3RD AVE S<br>BIRMINGHAM AL 35233<br><br>Case Number*____ Secured____ Priority____ Unsecured<br>05-44481                                                $4,564.90<br>                                                        $4,564.90 | Modified Total    $99.80<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                          $99.80<br>                                                  $99.80 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5962<br>Date Filed:05/16/06<br>Docketed Total:   $3,822.80<br>Filing Creditor Name and Address<br> WOLCOTT PARK INC<br> 1700 HUDSON AVE<br> ROCHESTER NY 14617-510 | Claim Holder Name and Address<br><br>WOLCOTT PARK INC<br>1700 HUDSON AVE<br>ROCHESTER NY 14617-510 | Docketed Total | | $3,822.80 | | Modified Total | | $3,822.80 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,822.80<br>$3,822.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,822.80<br>$3,822.80 |
| Claim: 1553<br>Date Filed:01/17/06<br>Docketed Total:   $2,113.95<br>Filing Creditor Name and Address<br> WOLFRAM RESEARCH INC<br> 100 TRADE CTR DR<br> CHAMPAIGN IL 61820-7237 | Claim Holder Name and Address<br><br>WOLFRAM RESEARCH INC<br>100 TRADE CTR DR<br>CHAMPAIGN IL 61820-7237 | Docketed Total | | $2,113.95 | | Modified Total | | $40.43 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,113.95<br>$2,113.95 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$40.43<br>$40.43 |
| Claim: 4464<br>Date Filed:05/02/06<br>Docketed Total:   $6,124.18<br>Filing Creditor Name and Address<br> WOODBURN DIAMOND DIE INC EFT<br> PO BOX 155<br> WOODBURN IN 46774 | Claim Holder Name and Address<br><br>WOODBURN DIAMOND DIE INC EFT<br>PO BOX 155<br>WOODBURN IN 46774 | Docketed Total | | $6,124.18 | | Modified Total | | $6,124.18 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,124.18<br>$6,124.18 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,124.18<br>$6,124.18 |
| Claim: 9468<br>Date Filed:07/13/06<br>Docketed Total:   $3,600.00<br>Filing Creditor Name and Address<br> WORKSMART<br> 1824 N LEE AVE<br> TIFTON GA 31794 | Claim Holder Name and Address<br><br>FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | Docketed Total | | $3,600.00 | | Modified Total | | $3,600.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,600.00<br>$3,600.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,600.00<br>$3,600.00 |

*See Exhibit E for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 4478<br>Date Filed:05/02/06<br>Docketed Total:  $7,924.00<br>Filing Creditor Name and Address<br> WORLD BUYING SERVICES INC<br> RENE BRUMLEY<br> 330 EVERGREEN RD STE 8<br> LOUISVILLE KY 40243 | Claim Holder Name and Address    Docketed Total    $7,924.00<br><br>WORLD BUYING SERVICES INC<br>RENE BRUMLEY<br>330 EVERGREEN RD STE 8<br>LOUISVILLE KY 40243<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                    $7,924.00<br>                                            $7,924.00 | | Modified Total    $7,877.15<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                    $7,877.15<br>                                            $7,877.15 | |
| Claim: 3507<br>Date Filed:05/01/06<br>Docketed Total:  $3,361.50<br>Filing Creditor Name and Address<br> WORTH CO<br> PO BOX 88<br> STEVENS POINT WI 54481 | Claim Holder Name and Address    Docketed Total    $3,361.50<br><br>WORTH CO<br>PO BOX 88<br>STEVENS POINT WI 54481<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $3,361.50<br>                                            $3,361.50 | | Modified Total    $535.90<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $535.90<br>                                            $535.90 | |
| Claim: 7748<br>Date Filed:06/09/06<br>Docketed Total:  $865,213.80<br>Filing Creditor Name and Address<br> WR GRACE & COMPANY CONN<br> 7500 GRACE DR<br> COLUMBIA MD 21044 | Claim Holder Name and Address    Docketed Total    $865,213.80<br><br>WR GRACE & COMPANY CONN<br>7500 GRACE DR<br>COLUMBIA MD 21044<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $865,213.80<br>                                            $865,213.80 | | Modified Total    $865,213.80<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44482                                    $865,213.80<br>                                            $865,213.80 | |
| Claim: 96<br>Date Filed:10/25/05<br>Docketed Total:  $12,469.00<br>Filing Creditor Name and Address<br> WRIGHT ENGINEERING INC<br> ATTN MARK WRIGHT<br> 41481 WINDMILL ST<br> HARRISON TOWNSHIP MI 48045 | Claim Holder Name and Address    Docketed Total    $12,469.00<br><br>WRIGHT ENGINEERING INC<br>ATTN MARK WRIGHT<br>41481 WINDMILL ST<br>HARRISON TOWNSHIP MI 48045<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $12,469.00<br>                                            $12,469.00 | | Modified Total    $12,469.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $12,469.00<br>                                            $12,469.00 | |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 16447<br>Date Filed:12/08/06<br>Docketed Total:   $76,844.72<br>Filing Creditor Name and Address<br>  WRIGHT PLASTIC PRODUCTS CO LLC<br>  MARVID SCHNEIDER<br>  201 CONDENSERY RD<br>  SHERIDAN MI 48884 | Claim Holder Name and Address   Docketed Total   $76,844.72<br><br>WRIGHT PLASTIC PRODUCTS CO LLC<br>MARVID SCHNEIDER<br>201 CONDENSERY RD<br>SHERIDAN MI 48884 | | | Modified Total   $72,148.40 | | | |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$76,844.72<br>$76,844.72 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$72,148.40<br>$72,148.40 |
| Claim: 5822<br>Date Filed:05/15/06<br>Docketed Total:   $453.15<br>Filing Creditor Name and Address<br>  WUERTHNER BROS INC<br>  5038 PAGE AVE<br>  PO BOX 498<br>  MICHIGAN CTR MI 49254-0498 | Claim Holder Name and Address   Docketed Total   $453.15<br><br>WUERTHNER BROS INC<br>5038 PAGE AVE<br>PO BOX 498<br>MICHIGAN CTR MI 49254-0498 | | | Modified Total   $453.15 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$453.15<br>$453.15 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$453.15<br>$453.15 |
| Claim: 10438<br>Date Filed:07/24/06<br>Docketed Total:   $21,689.05<br>Filing Creditor Name and Address<br>  X RITE INC<br>  3100 44TH ST SW<br>  GRANDVILLE MI 49418-258 | Claim Holder Name and Address   Docketed Total   $21,689.05<br><br>X RITE INC<br>3100 44TH ST SW<br>GRANDVILLE MI 49418-258 | | | Modified Total   $21,250.00 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$21,689.05<br>$21,689.05 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$21,250.00<br>$21,250.00 |
| Claim: 1719<br>Date Filed:01/30/06<br>Docketed Total:   $2,938.50<br>Filing Creditor Name and Address<br>  XANDEX INC<br>  1125 N MCDOWELL BLVD<br>  PETALUMA CA 94954 | Claim Holder Name and Address   Docketed Total   $2,938.50<br><br>XANDEX INC<br>1125 N MCDOWELL BLVD<br>PETALUMA CA 94954 | | | Modified Total   $2,938.50 | | | |
| | Case Number*<br>05-44547 | Secured | Priority | Unsecured<br>$2,938.50<br>$2,938.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,938.50<br>$2,938.50 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7648<br>Date Filed:06/08/06<br>Docketed Total:  $7,293.97<br>Filing Creditor Name and Address<br>  XPEDX<br>  PHILADELPHIA DIV<br>  5000 LINCOLN DR E<br>  MARLTON NJ 08053 | Claim Holder Name and Address     Docketed Total     $7,293.97<br>XPEDX<br>PHILADELPHIA DIV<br>5000 LINCOLN DR E<br>MARLTON NJ 08053<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                         $7,293.97<br>                                                                         $7,293.97 | Modified Total     $7,233.90<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44618                                                         $7,233.90<br>                                                                         $7,233.90 |
| Claim: 10015<br>Date Filed:07/20/06<br>Docketed Total:  $2,998.20<br>Filing Creditor Name and Address<br>  XTRA LEASE LLC<br>  1801 PK 270 DR<br>  STE 400<br>  ST LOUIS MO 63146 | Claim Holder Name and Address     Docketed Total     $2,998.20<br>XTRA LEASE LLC<br>1801 PK 270 DR<br>STE 400<br>ST LOUIS MO 63146<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44567                                                         $2,998.20<br>                                                                         $2,998.20 | Modified Total     $1,522.50<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44567                                                         $1,522.50<br>                                                                         $1,522.50 |
| Claim: 6793<br>Date Filed:05/24/06<br>Docketed Total:  $2,938.00<br>Filing Creditor Name and Address<br>  XYONICZ CORP<br>  6754 MARTIN ST<br>  ROME NY 13440 | Claim Holder Name and Address     Docketed Total     $2,938.00<br>DEBT ACQUISITION COMPANY OF AMERICA<br>V LLC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO CA 92108<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                         $2,938.00<br>                                                                         $2,938.00 | Modified Total     $1,104.70<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                         $1,104.70<br>                                                                         $1,104.70 |
| Claim: 84<br>Date Filed:10/24/05<br>Docketed Total:  $3,430.00<br>Filing Creditor Name and Address<br>  YANKEE SCREW PRODUCTS<br>  212 ELM ST<br>  HOLLY MI 48442 | Claim Holder Name and Address     Docketed Total     $3,430.00<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                         $3,430.00<br>                                                                         $3,430.00 | Modified Total     $3,430.00<br><br><br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                         $3,430.00<br>                                                                         $3,430.00 |

*See Exhibit E for a listing of debtor entities by case number                     Page:   430  of 433

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9595<br>Date Filed:07/17/06<br>Docketed Total:  $3,375.00<br>Filing Creditor Name and Address<br> YOKOWO MFG OF AMERICA LLC<br> 4811 NORTHWEST PKY<br> HILLIARD OH 43026 | Claim Holder Name and Address     Docketed Total     $3,375.00<br><br>YOKOWO MFG OF AMERICA LLC<br>4811 NORTHWEST PKY<br>HILLIARD OH 43026<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                    $3,375.00<br>                                                            $3,375.00 | Modified Total     $3,150.00<br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                    $3,150.00<br>                                                            $3,150.00 |
| Claim: 8200<br>Date Filed:06/19/06<br>Docketed Total:  $63,312.45<br>Filing Creditor Name and Address<br> YOUNG & BASILE PC LAW OFFICES<br> 3001 W BIG BEAVER RD STE 624<br> TROY MI 48084-3107 | Claim Holder Name and Address     Docketed Total     $63,312.45<br><br>YOUNG & BASILE PC LAW OFFICES<br>3001 W BIG BEAVER RD STE 624<br>TROY MI 48084-3107<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44554                                                    $63,312.45<br>                                                            $63,312.45 | Modified Total     $60,110.36<br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44554                                                    $60,110.36<br>                                                            $60,110.36 |
| Claim: 12433<br>Date Filed:07/28/06<br>Docketed Total:  $994.04<br>Filing Creditor Name and Address<br> ZELLER ELECTRIC OF BUFFALO INC<br> ATTN JOHN K MCANDREW ESQ<br> WOODS OVIATT GILMAN LLP<br> 700 CROSSROADS BLDG<br> 2 STATE ST<br> ROCHESTER NY 14614 | Claim Holder Name and Address     Docketed Total     $994.04<br><br>ZELLER ELECTRIC OF BUFFALO INC<br>ATTN JOHN K MCANDREW ESQ<br>WOODS OVIATT GILMAN LLP<br>700 CROSSROADS BLDG<br>2 STATE ST<br>ROCHESTER NY 14614<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                    $994.04<br>                                                            $994.04 | Modified Total     $252.00<br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                    $252.00<br>                                                            $252.00 |
| Claim: 7157<br>Date Filed:05/30/06<br>Docketed Total:  $2,695.68<br>Filing Creditor Name and Address<br> ZENITH CUTTER COMPANY<br> 5200 ZENITH CUTTER PKWY<br> LOVES PARK IL 61111 | Claim Holder Name and Address     Docketed Total     $2,695.68<br><br>ZENITH CUTTER COMPANY<br>5200 ZENITH CUTTER PKWY<br>LOVES PARK IL 61111<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                                    $2,695.68<br>                                                            $2,695.68 | Modified Total     $2,695.68<br><br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                    $2,695.68<br>                                                            $2,695.68 |

*See Exhibit E for a listing of debtor entities by case number                        Page:   431  of 433

In re: Delphi Corporation, et al.

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 470<br>Date Filed:11/09/05<br>Docketed Total:  $19,055.70<br>Filing Creditor Name and Address<br> ZENITH SCREW PRODUCTS INC<br> KIMBERLEY MILLER<br> PO BOX 2747<br> 10910 S PAINTER AVE<br> SANTA FE SPRINGS CA 90670 | Claim Holder Name and Address    Docketed Total    $19,055.70<br><br>ZENITH SCREW PRODUCTS INC<br>KIMBERLEY MILLER<br>PO BOX 2747<br>10910 S PAINTER AVE<br>SANTA FE SPRINGS CA 90670<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $19,055.70<br>                                        $19,055.70 | Modified Total    $19,019.45<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44624                                $19,019.45<br>                                        $19,019.45 |
| Claim: 922<br>Date Filed:11/29/05<br>Docketed Total:  $115.20<br>Filing Creditor Name and Address<br> ZEP MANUFACTURING COMPANY<br> ENGEL HAIRSTON & JOHANSON P C<br> ATTN JONATHAN E RAULSTON<br> PO BOX 11405<br> BIRMINGHAM AL 35202 | Claim Holder Name and Address    Docketed Total    $115.20<br><br>ZEP MANUFACTURING COMPANY<br>ENGEL HAIRSTON & JOHANSON P C<br>ATTN JONATHAN E RAULSTON<br>PO BOX 11405<br>BIRMINGHAM AL 35202<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $115.20<br>                                        $115.20 | Modified Total    $115.20<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $115.20<br>                                        $115.20 |
| Claim: 2940<br>Date Filed:04/27/06<br>Docketed Total:  $3,756.50<br>Filing Creditor Name and Address<br> ZEUS INDUSTRIAL PRODUCTS INC<br> PO BOX 298<br> RARITAN NJ 08869-0298 | Claim Holder Name and Address    Docketed Total    $3,756.50<br><br>ZEUS INDUSTRIAL PRODUCTS INC<br>PO BOX 298<br>RARITAN NJ 08869-0298<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                $3,756.50<br>                                        $3,756.50 | Modified Total    $3,756.50<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44511                                $3,756.50<br>                                        $3,756.50 |
| Claim: 12019<br>Date Filed:07/28/06<br>Docketed Total:  $351,071.44<br>Filing Creditor Name and Address<br> ZF LEMFORDER SISTEMAS<br> AUTOMOTRICES SA DE CV<br> JOHN J HUNTER ATTORNEY<br> HUNTER & SCHANK CO LPA<br> 1700 CANTON AVE<br> TOLEDO OH 43604 | Claim Holder Name and Address    Docketed Total    $351,071.44<br><br>ZF LEMFORDER SISTEMAS AUTOMOTRICES<br>SA DE CV<br>JOHN J HUNTER ATTORNEY<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO OH 43604<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $351,071.44<br>                                        $351,071.44 | Modified Total    $341,381.44<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                $341,381.44<br>                                        $341,381.44 |

In re: Delphi Corporation, et al.                                                                                          Ninth Omnibus Objection

## EXHIBIT D - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2206<br>Date Filed:03/07/06<br>Docketed Total:  $35,886.41<br>Filing Creditor Name and Address<br>  ZIEGLER BOLT & NUT HOUSE<br>  PO BOX 80369<br>  CANTON OH 44708-0369 | Claim Holder Name and Address    Docketed Total    $35,886.41<br><br>ZIEGLER BOLT & NUT HOUSE<br>PO BOX 80369<br>CANTON OH 44708-0369<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $35,886.41<br>                                            $35,886.41 | Modified Total    $35,886.41<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $35,886.41<br>                                            $35,886.41 |
| Claim: 2207<br>Date Filed:03/07/06<br>Docketed Total:  $399.46<br>Filing Creditor Name and Address<br>  ZIEGLER BOLT & NUT HOUSE<br>  PO BOX 80369<br>  CANTON OH 44708-0369 | Claim Holder Name and Address    Docketed Total    $399.46<br><br>ZIEGLER BOLT & NUT HOUSE<br>PO BOX 80369<br>CANTON OH 44708-0369<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                    $399.46<br>                                            $399.46 | Modified Total    $399.46<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $399.46<br>                                            $399.46 |
| Claim: 9304<br>Date Filed:07/11/06<br>Docketed Total:  $114,420.00<br>Filing Creditor Name and Address<br>  ZILOG INC<br>  ATTN AR DEPT<br>  532 RACE ST<br>  SAN JOSE CA 95126 | Claim Holder Name and Address    Docketed Total    $114,420.00<br><br>ZILOG INC<br>ATTN AR DEPT<br>532 RACE ST<br>SAN JOSE CA 95126<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                    $114,420.00<br>                                            $114,420.00 | Modified Total    $114,344.80<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                    $114,344.80<br>                                            $114,344.80 |
| Claim: 2037<br>Date Filed:01/19/06<br>Docketed Total:  $51,294.00<br>Filing Creditor Name and Address<br>  ZYGO CORPORATION<br>  EILEEN CLINE<br>  21 LAUREL BROOK RD<br>  PO BOX 448<br>  MIDDLEFIELD CT 06455-0448 | Claim Holder Name and Address    Docketed Total    $51,294.00<br><br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD NJ 07070<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                    $51,294.00<br>                                            $51,294.00 | Modified Total    $47,634.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                    $47,634.00<br>                                            $47,634.00 |

Total Count of Claims:   1,711
Total Amount as Docketed:        $61,930,865.03
Total Amount as Modified:        $55,327,093.53