# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,    Case No. 05-44481
    (Jointly Administered)
    Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Entergy Mississippi Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | |
| **Contrarian Funds, LLC**<br>**411 West Putnam Ave., Ste. 225**<br>**Greenwich, CT 06830**<br>**Attn: Alisa Mumola**<br>**Phone 203-862-8211** | Court Record Address of Transferor<br>(Court Use Only)<br><br>Last Four Digits of Acct#:  N/A |
| Last Four Digits of Acct#:  N/A | Name and Current Address of Transferor |
| Name and Address where transferee payments should be sent (if different from above)<br><br>**General Unsecured**<br>**Claim No. 813**<br>**Claim amount is $963,099.68** | **Entergy Mississippi Inc.**<br>**Mail Unit L Jef 359**<br>**P.O. Box 6008**<br>**New Orleans, LA  70174-6008**<br><br>Last Four Digits of Acct#:  N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____    Date: _____February 13, 2007_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
    **CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Entergy Mississippi, Inc., a Mississippi corporation, located at 639 Loyola Avenue, New Orleans, LA 70113 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement to Assign Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Contrarian Funds, LLC, a Delaware limited partnership, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 225, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the claim of Seller against Delphi Automotive Systems, LLC in the amount of $963,099.68 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, **Case No. 05-44640**, claim number 813.

Seller herby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules or Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23rd day of January, 2007.

WITNESS: _/s/_

(Signature)

Sandy Powlett
(Print name and title of witness)

ENTERGY MISSISSIPPI, INC.

By: _/s/ Carey J. McCoy_
(Signature of authorized corporate officer)

Carey J. McCoy, Jurisdictional Finance Director, EMI
Print name and title of authorized corporate officer

601-969-2473
(Telephone number of corporate officer)

389359v10

*Assignment of Claims*