UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                             :

     In re                                              :         Chapter 11
                                                      :
DELPHI CORPORATION, et al.,      :         Case No. 05-44481 (RDD)
                                                      :
                           Debtors.    :         (Jointly Administered)
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCHEDULING ORDER ON MOTION OF CLARION CORPORATION
OF AMERICA, PURSUANT TO 11 U.S.C. §§ 503 AND 507, FOR
ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM

Upon the Motion Of Clarion Corporation Of America, Pursuant To 11 U.S.C. §§ 503 And 507, For Allowance Of An Administrative Expense Claim (Docket No. 6135), dated December 12, 2006 (the "Motion"); and the Motion having originally been noticed for the February 2007 omnibus hearing scheduled for February 15, 2007, at 10:00 a.m. (Prevailing Eastern Time); and Clarion Corporation of America ("Clarion"), on the one hand, and Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), on the other hand, having met and conferred and reached agreement regarding discovery and other pre-hearing matters; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.     The hearing on the Motion is adjourned to the April 2007 omnibus hearing scheduled for April 25, 2007, at 10:00 a.m. (Prevailing Eastern Time).

2.     Any objections to the Motion must be filed no later than April 13, 2007, and any reply in support of the Motion must be filed no later than April 20, 2007.

3. Clarion and the Debtors shall serve any interrogatories, document requests, or requests for admission no later than February 16, 2007, and any objections to such interrogatories, document requests, or requests for admission must be served no later than February 21, 2007.

4. Clarion and the Debtors each have the right to serve one deposition notice pursuant to Fed. R. Civ. P. 30(b)(6), as made applicable here by Fed. R. Bankr. P. 7030, and any deposition conducted in connection with such a notice must be completed no later than March 30, 2007. Each deposition conducted in connection with such a notice shall be limited to seven hours in duration.

5. No later than March 9, 2007, Clarion and the Debtors shall disclose the identity of any person they may use to present evidence that falls within Fed. R. Evid. 702, 703, or 705, as made applicable here by Fed. R. Bankr. P. 9017, and describe the subject matter of any such person's testimony and a brief statement of all opinions to be expressed and the basis and reasons therefor.

6. No later than March 16, 2007, Clarion and the Debtors shall disclose the identity of any person they may use to rebut evidence presented through a person identified in accordance with paragraph 5 above and describe the subject matter of any such rebuttal testimony and a brief statement of all opinions to be expressed and the basis and reasons therefor.

7. The depositions of any person identified in accordance with paragraph 5 or 6 above must be completed no later than March 30, 2007, with any such deposition limited to seven hours in duration.

8. No later than April 2, 2007, Clarion and the Debtors shall exchange lists identifying the witnesses they will call and the exhibits they will offer at the hearing on the

2

Motion, and shall serve on all other parties to the Motion any exhibit that has not been previously served. Any objections to any witness or document so listed must be exchanged no later than April 5, 2007. In the event that Clarion identifies or the Debtors identify a witness that has not been deposed in accordance with paragraph 4 or 7 above, Clarion or the Debtors, as the case may be, shall use reasonable efforts to make such witness available for deposition during the week of April 2, 2007. Any deposition taken in accordance with this paragraph is limited to seven hours in duration.

        9. At the hearing on the Motion, the direct testimony of each witness may be presented in the form of a written declaration. Any declarations to be presented at the hearing must be served no later than April 23, 2007. Cross-examination of the witness may proceed either by engaging in live cross-examination or by designating portions of the witness's deposition transcript, but not both.

        10. The obligations set forth above with respect to the exchange of documents, materials, or information that are designated "Confidential" or "Highly Confidential" by Clarion or the Debtors are subject to this Court's entry of a protective order governing the disclosure and use of such documents, materials, or information.

Dated: February __15__, 2007
      New York, New York

                                      /s/Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE