## Hayes Brake / Delphi Action Item List

| # | Date Opened | Category | O/C | Original Due Date | Revised Due Date | Date Closed | Priority | Action Item | Update | Responsible |
|---|---|---|---|---|---|---|---|---|---|---|
| 316 | 18-Dec-04 | Manufacturing | C | | | 29-Mar-04 | | Can Hayes visit PBR or Ambrake for a tour | 3/29/04 - Message back from Tom Hack. His management denied the request for a tour. I left the offer open if anything changes. 3/25/04 - Follow-up message to Tom 3/2/04 - Spoke to Tom Hack (Ambrake Plant Manager) - he is ok with the visit, but needs to clear it with the board. 2/5/04 - Hayes to discuss if they are willing to | J. Elliott |
| 317 | 18-Dec-04 | ABS | C | | | 23-Mar-04 | | Data comparison | 3/18/04 - Data summarized and presented for FL. 3/11/04 - Fulmer to summarize data for meeting on 3/18. 12/18/03 - TRC Updates - definite improvements over last year. Hi-co as good as before, low-co much better, transitions much better. Work on plotting early next year. | Fulmer/ Sonnenberg |
| 318 | 18-Dec-04 | ABS | C | | | 7-Apr-04 | | Fluid compatibility with cars and ABS | 3/26/04 - Ford Postal vehicle was processed down the same line as the Ford Ranger - no special processing. 2/23/04 - Found an internet message that indicates DOT5 was eliminated in 1999 on postal vehicles. 2/17/04 - Message to G. Bellemare at Ford to ask about DOT5. 1/16/04 - Spoke to TIE at GM. Not sure if GM postal | Elliott |
| 319 | 18-Dec-04 | ABS | C | | | | | Hydraulic chamber test in Dayton | 5/19/04 - DOT5 activity on hold. 3/25/04 - How much of a performance degradation will occur due to valve issue. 3/18/04 - First round of DOT5 testing complete & presented to HB and H-D. Need to continue to looking at low temp anomaly 3/11/04 - Dot3 baseline complete, Dot5 to be complete by 3/15 | Cukovecki |
| 320 | 22-Dec-04 | Motorcycle | C | | | 26-Mar-04 | | Brake training class follow-up - vehicle technical specification from GM as (example) of a VTS - Investigate the possibility of brake boost for the front brake for FL using a DBC 7.4 style unit. - Please provide a PPAP worksheet and an example project - answer what "PDF" means on page 7-40 of training | 3/26/04 - Information sent to Russ Dudan. 2/5/04 - BSTS is OK - Elliott to work with Joe Sharp to get an example of a Delphi spec. | Elliott |
| 321 | 6-Jan-05 | Manufacturing | O | 3-Mar-05 | | | L | Problem Solving Tools - Delphi Overview | 4/21 - May 19 is date for Delphi visit. Elliott working to get the right person. 3/17 - Gene to provide some dates by 3/18. 2/4/05 - John is open to giving an I&CIM overview to HB. Need to coordinate a date. 2/2/05 - Message to John Waller to discuss how best to support this. 1/6/05 - Provide an overview of Delphi problem | J. Elliott |
| 322 | 6-Jan-05 | Manufacturing | O | 17-Mar-05 | | | M | Chrome defect reduction effort | 4/21 - Delphi still recommends Shainin RedX method. Hopefully can get a Hayes person trained after the Shainin overview in May. 3/1/05 - J. Waller to present examples of different problem solving methods during visit to HB. 1/6/04 - Hayes would like a person to present an example of a red x project before implementing as a process for future use. | H. Dao |
| 323 | 6-Jan-05 | Manufacturing | C | 1-Mar-05 | 2-Mar-05 | | L | Signature Analysis | 3/2/05 - Sent Geist e-mail and magazine article to HB. 1/6/05 - Share information on the Quasar system for finding m/c casting defects. | J. Elliott |
| 324 | 6-Jan-05 | Opportunities | C | 4-Apr-05 | 21-Apr-05 | | L | Electric Brake Options | 4/21 - Close - Hayes wants to pursue disc brake options only. 11/18/04 - We did electric drum brakes for the GM EV-1. Packaging space was tight in the 225mm brake, but we'd be willing to look at a small application. What size drum is most logical to evaluate? | E. Baumgartner |

# Hayes Brake / Delphi Action Item List

| # | Date Opened | Category | O/C | Original Due Date | Revised Due Date | Date Closed | Priority | Action Item | Update | Responsible |
|---|---|---|---|---|---|---|---|---|---|---|
| 325 | 6-Jan-05 | Opportunities | O | | | | | Electric Park Brake | 2/3/05 - Select meeting time with Ernst Baumgartner. 1/6/05 - self adjusting park brake, p/b park brake - how can HB do a fast track on an e-park that fits their vehicles. | J. Elliott |
| 326 | 21-Jan-05 | Motorcycle | C | | 17-Mar-05 | 21-Mar-05 | M | 2006 Carpe Diem Rear - Noise prevention study | 3/17 - HB to communicate with H-D that we've looked at noise from a theoretical standpoint and dont see any issues. Vehicle and dyno testing to date support the analysis. 3/14/05 - Per Mike and Shih-Wei, not sure if any complex eigenvalue work would be worthwile. Refer to e-mail. 3/2/05 - Asked Mike for an estimate on timing | M. Riehle |
| 327 | 21-Jan-05 | Motorcycle | C | 31-Jan-05 | 4-Feb-05 | 17-Mar-05 | M | 2006 Carpe Diem Rear Fade | 3/17 - HD ran vehicle, HB ran dyno data - AI to share data. 2/8/05 - Sent the results of thermal analysis - any follow-up required? 1/21/05 - Received list of 4 cases to use for thermal performance evaluation. Mike Lee to complete by 2/4 1/6/05 - HB to give list of desired iterations | K. Mike Lee |
| 328 | 1-Feb-05 | Manufacturing | C | | | 3-Feb-05 | H | Countdown timers | 2/3/05 - Forwarded info from Jeff Geist to Andre and Gunther. 2/1/05 - Share information on the countdown timers that HB saw in Dayton (Needmore Rd.) | J. Geist |
| 329 | 3-Feb-05 | Powersports | C | 4-Mar-05 | | 8-Mar-05 | L | Determine if Delphi dynos are capable of running at snowmobile speeds for MTB. | 3/2 - Delphi dyno max capability is 2500 RPM on "C" Dyno. Bill Myers recommends Link or Greening test labs to see if they can run faster. 2/3 - normal touring runs at 3000-3500 RPM, max speed (120mph) runs at 6000 RPM | J. Elliott |
| 330 | 2-Mar-05 | Motorcycle | O | 1-Apr-05 | | | M | Predict fuel economy impact of front brake drag on the FL. | 3/21 - Message to Steve Butler to find out H-D sensitivity to mileage and to see if we can predict city impact. 3/17 - What is running time on the bench test, Can Butler estimate city mileage - what is H-D's sensitivity to fuel econ? 3/3 - Use bench test data to predict fuel economy. 3/2 - Forwarded email from Russ to Mike Lee and Steve Butler. | J. Elliott |
| 331 | 3-Mar-05 | Supply Chain | O | 11-Mar-05 | | | H | Open discussion with Fruedenberg to leverage square seal prices. | 3/3 - Moldex quality is the biggest issue. Get a contact name to work with by next week. | D. Lewis |
| 332 | 3-Mar-05 | Supply Chain | O | 11-Mar-05 | | | H | Provide qualified supplier list for bearings | 3/3 - Needed for John Thomas' product development. | D. Lewis |
| 333 | 3-Mar-05 | Technical | O | 4-Apr-05 | | | M | Assess product audit testing to reduce the amount of testing being performed | 3/3 - Need a Delphi reliability engineer to help out. If HB tests a part for x years with no failures, how long should they continue? Does audit need to be on the process control plan. | J. Hegwood |
| 334 | 3-Mar-05 | Off-Road | O | 17-Mar-05 | | | M | Set up discussion about integrating park-brake features on the Deere Gator | 4/21 - Need brake system information on the Deere. Ernst to develop proposal for Aug tech ride. 3/3 - Need to find out what is available for demo, what's realistic for production? (Ryan & John Thomas for discussion on HB side) | E. Baumgartner |
| 335 | 3-Mar-05 | Off-Road | C | 24-Mar-05 | 21-Apr-05 | | M | Ship Gator to Delphi | 4/21 - To be shipped on 4/26 3/17 - Call Ryan to find out if it's available to ship. 3/3 - Elliott to find out if there are any shipments to/from Milwaukee coming up | J. Elliott |

## Hayes Brake / Delphi Action Item List

| # | Date Opened | Category | O/C | Original Due Date | Revised Due Date | Date Closed | Priority | Action Item | Update | Responsible |
|---|---|---|---|---|---|---|---|---|---|---|
| 336 | 3-Mar-05 | Powersports | O | 17-Mar-05 | | | M | Re-tune sled to get more aggressive braking during ABS. | 4/6 - Polaris demo went very well - follow up? 3/14 - Checkout complete. Much better. Ready for demo to Polaris week of 3/21. 3/7 - Check sent new cal packages to Sonnenberg. Mark to update sled on 3/10. 3/3 - Elliott to contact Mike Check about possible changes, have Sonnenberg re-flash? 3/3 - Lee mentioned that he'd like more decel. Wasn't obvious until he was following another rider and was being "out-braked" going into turns. | M. Sonnenberg |
| 337 | 3-Mar-05 | Powersports | O | 11-Mar-05 | 1-Apr-05 | | L | Share thermal data on dual disk | 3/3 - John showed some data that indicates some drag on the inboard pad set and disk. Will follow up by sending data. | J. Thomas |
| 338 | 21-Apr-05 | Powersports | O | | | | L | Provide information on cast iron rotor material for dual disk | | J. Elliott |
| 339 | 21-Apr-05 | Opportunities | O | | | | M | Provide assistance on tandem master cylinders design and mfg for an ABS program. | | J. Elliott |
| 340 | | | | | | | | | | |
| 341 | | | | | | | | | | |
| 342 | | | | | | | | | | |
| 343 | | | | | | | | | | |
| 344 | | | | | | | | | | |
| 345 | | | | | | | | | | |
| 346 | | | | | | | | | | |