WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, Wisconsin 53202
Patrick B. Howell (State Bar No. 1008527)
Ann M. Maher (State Bar No. 1000529)
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Contact Person Email: phowell@whdlaw.com

Attorneys for HB Performance Systems, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------ x
                               :
In re:                         :
                               :  Chapter 11
  DELPHI CORPORATION, et al.,  :
                               :  Case No. 05-44481 (RDD)
         Debtors.              :
                               :  (Jointly Administered)
------------------------------ x

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY COURT JUDGE

I, Patrick B. Howell, a member in good standing of the bar in the State of Wisconsin, of the Eastern and Western Districts of Wisconsin, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent HB Performance Systems, Inc. in the above-referenced bankruptcy case.

My mailing address is Whyte Hirschboeck Dudek S.C., 555 East Wells Street, Suite 1900, Milwaukee, WI 53202. My email address is phowell@whdlaw.com and my telephone number is (414) 978-5526.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated at Milwaukee, Wisconsin, this 8th day of February, 2007.

WHYTE HIRSCHBOECK DUDEK S.C.

By: *[signature]*
Patrick B. Howell
State Bar No. 1008527

One of the attorneys for HB Performance Systems, Inc.

Of Counsel:

Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, Wisconsin 53202
(414) 273-2100