WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, Wisconsin 53202
Patrick B. Howell (State Bar No. 1008527)
Ann M. Maher (State Bar No. 1000529)
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Contact Person Email: phowell@whdlaw.com

Attorneys for HB Performance Systems, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- x
                                   :
In re:                             :
                                   :   Chapter 11
    DELPHI CORPORATION, et al.,    :
                                   :   Case No. 05-44481 (RDD)
            Debtors.               :
                                   :   (Jointly Administered)
---------------------------------- x

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY COURT JUDGE

I, Ann M. Maher, a member in good standing of the bar in the State of Wisconsin, of the Eastern and Western Districts of Wisconsin, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent HB Performance Systems, Inc. in the above-referenced bankruptcy case.

My mailing address is Whyte Hirschboeck Dudek S.C., 555 East Wells Street, Suite 1900, Milwaukee, WI 53202. My email address is amaher@whdlaw.com and my telephone number is (414) 978-5410.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated at Milwaukee, Wisconsin, this 8th day of February, 2007.

WHYTE HIRSCHBOECK DUDEK S.C.

By: *Ann M. Maher*
Ann M. Maher
State Bar No. 1000529

One of the attorneys for HB Performance Systems, Inc.

Of Counsel:

Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, Wisconsin 53202
(414) 273-2100