WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, Wisconsin 53202
Patrick B. Howell (State Bar No. 1008527)
Ann M. Maher (State Bar No. 1000529)
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Contact Person Email: phowell@whdlaw.com

Attorneys for HB Performance Systems, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
                                     :
In re:                               :
                                     :   Chapter 11
   DELPHI CORPORATION, et al.,       :
                                     :   Case No. 05-44481 (RDD)
            Debtors.                 :
                                     :   (Jointly Administered)
------------------------------------ x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ann M. Maher, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Ann M. Maher, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated at New York, New York, this ____ day of February, 2007.

                                        _____
                                        The Honorable Robert D. Drain
                                        United States Bankruptcy Judge

WHD\5143575.1