**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

# MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Leigh S. Prugh, a member in good standing of the bar in the State of Ohio and of the U.S. District Court for the Northern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Portage County Water Resources Department regarding Claim 16292 in the above referenced case.

My address is:
Leigh S. Prugh
Portage County Prosecutor's Office
466 S. Chestnut St.
Ravenna, OH 44266
*lprugh@portageo.com*
Phone: (330) 297-3850
Fax: (330) 297-4594
Payment of $25 is enclosed.

                                  Respectfully submitted,

                                  VICTOR V. VIGLUICCI
                                  Portage County Prosecuting Attorney

By: _____
                                  Leigh S. Prugh (LP-1759)