IN RE DELPHI CORPORATION, ET AL. 05-44481 (RDD)
EXHIBIT A
FIRST INTERIM FEE APPLICATIONS

| Applicant | Date/Document No. Of Fee Application | Total Professional Fees Requested by Applicant Net of Voluntary Reductions[1] | Total Professional Fees Recommended by Fee Committee[2] | Total Professional Fees Awarded by Court | Total Charges and Disbursements Requested by Applicant Net of Voluntary Reductions[3] | Total Charges and Disbursements Recommended by Fee Committee | Total Charges and Disbursements Awarded by Court | Total Voluntary Reductions by Applicant[4] |
|---|---|---|---|---|---|---|---|---|
| Banner & Witcoff, Ltd. | 4/28/06 - Doc. #3506 | $29,580.05 | $29,580.05 | $29,580.05 | $411.95 | $411.95 | $411.95 | $0.00 |
| Blake Cassels & Graydon LLP | 6/13/06 - Doc. #4167 | $264,224.94 | $262,482.24 | $262,482.24 | $2,303.04 | $2,303.04 | $2,303.04 | $1,742.70 |
| Butzel, Long, P.C. | 4/28/06 - Doc. #3489 | $260,376.05 | $258,876.05 | $258,876.05 | $1,857.51 | $1,857.51 | $1,857.51 | $1,500.00 |
| Cadwalader, Wickersham & Taft, LLP | 4/20/06 - Doc. #3302 | $77,728.77 | $77,028.77 | $77,028.77 | $483.37 | $483.37 | $483.37 | $700.00 |
| Cantor Colburn, LLP | 4/28/06 - Doc. #3517 | $281,801.50 | $280,581.17 | $280,581.17 | $55,500.99 | $55,500.99 | $55,500.99 | $76,902.33 |
| Covington & Burling LLP | 4/28/06 - Doc. #3596 | $490,281.00 | $479,561.93 | $479,561.93 | $20,653.23 | $20,653.23 | $20,653.23 | $10,719.07 |
| Deloitte & Touche LLP | 4/28/06 - Doc. #3485 | $4,131,506.08 | $4,089,839.41 | $4,089,839.41 | $4,660.98 | $4,660.98 | $4,660.98 | $1,074,543.19 |
| Dickinson Wright PLLC | 4/26/06 - Doc. #3442 | $8,973.50 | $8,786.83 | $8,786.83 | $0.00 | $0.00 | $0.00 | $186.67 |
| Ernst & Young LLP | 3/30/06 - Doc. #3018 | $3,140,215.00 | $3,121,183.31 | $3,121,183.31 | $152,464.00 | $152,464.00 | $152,464.00 | $27,031.69 |
| FTI Consulting, Inc. | 4/27/06 - Doc. #3454 | $8,502,443.60 | $8,482,443.60 | $8,482,443.60 | $687,569.02 | $687,569.02 | $687,569.02 | $677,100.00 |
| Groom Law Group | 4/27/06 - Doc. #3460 | $127,500.30 | $127,330.30 | $127,330.30 | $5,087.96 | $5,087.96 | $5,087.96 | $14,336.70 |
| Howard & Howard Attorneys, P.C. | 3/21/06 - Doc. #2965 | $98,553.00 | $98,553.00 | $98,553.00 | $19,710.70 | $19,710.70 | $19,710.70 | $0.00 |
| Jaeckle, Fleischmann & Mugel, LLP | 4/29/06 - Doc. #3538 | $232,757.00 | $232,757.00 | $232,757.00 | $51,463.70 | $51,463.70 | $51,463.70 | $0.00 |
| Jefferies & Company | 5/30/06 - Doc. #3962 | $604,032.26 | $600,498.93 | $600,498.93 | $22,677.57 | $22,677.57 | $22,677.57 | $3,533.33 |
| Jones Lang LaSalle Americas, Inc. | 4/28/06 - Doc. #3527 | $180,103.84 | $180,103.84 | $180,103.84 | $4,208.73 | $4,208.73 | $4,208.73 | $0.00 |
| KPMG LLP | 4/28/06 - Doc. #3507 | $1,439,122.50 | $1,347,455.83 | $1,347,455.83 | $17,631.00 | $17,631.00 | $17,631.00 | $91,666.67 |
| Latham & Watkins LLP | 5/31/06 - Doc. #3966 | $3,258,050.25 | $3,216,383.58 | $3,216,383.58 | $157,230.86 | $157,230.86 | $157,230.86 | $47,695.42 |
| Mesirow Financial Consulting, LLC | 5/31/06 - Doc. #3967 | $1,654,678.00 | $1,647,011.33 | $1,647,011.33 | $66,761.00 | $66,761.00 | $66,761.00 | $7,666.67 |
| O'Melveny & Myers | 4/27/06 - Doc. #3469 | $1,322,746.50 | $1,291,079.83 | $1,291,079.83 | $90,169.23 | $90,169.23 | $90,169.23 | $31,666.67 |
| Price, Heneveld, Cooper, DeWitt & Litton, LLP | 4/27/06 - Doc. #3495 | $46,233.50 | $46,066.83 | $46,066.83 | $4,368.56 | $4,368.56 | $4,368.56 | $166.67 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | 4/03/06 - Doc. #3071 | $26,480.50 | $26,480.50 | $26,480.50 | $2,419.75 | $2,419.75 | $2,419.75 | $0.00 |
| Rader Fishman & Grauer LLP | 5/01/06 - Doc. #3740 | $82,674.00 | $82,674.00 | $82,674.00 | $63,923.00 | $63,923.00 | $63,923.00 | $0.00 |
| Rothschild, Inc. | 5/01/06 - Doc. #3562 | $943,548.39 | $939,209.66 | $939,209.66 | $88,346.27 | $88,346.27 | $88,346.27 | $4,338.73 |
| Shearman & Sterling LLP | 4/27/06 - Doc. #3463 | $2,097,867.55 | $2,080,242.14 | $2,080,242.14 | $103,201.56 | $103,201.56 | $103,201.56 | $29,797.16 |
| Skadden, Arps, Slate, Meagher & Flom LLP | 5/31/06 - Doc. #3975 | $9,200,920.00 | $9,187,586.67 | $9,187,586.67 | $622,420.00 | $622,420.00 | $622,420.00 | $826,494.33 |
| Steven Hall & Partners | 5/31/06 - Doc. #3968 | $409,161.25 | $404,161.25 | $404,161.25 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Thompson, Hine & Flory, LLP | 4/27/06 - Doc. #3467 | $82,733.00 | $82,318.00 | $82,318.00 | $16,081.58 | $16,081.58 | $16,081.58 | $415.00 |
| Togut, Segal & Segal LLP | 4/26/06 - Doc. #3440 | $789,874.00 | $781,058.00 | $781,058.00 | $14,531.15 | $14,531.15 | $14,531.15 | $8,816.00 |
| Warner Stevens LLP | 4/28/06 - Doc. #3478 | $322,376.00 | $314,245.00 | $314,245.00 | $14,929.31 | $14,929.31 | $14,929.31 | $8,131.00 |
| Wilmer, Cutler, Pickering, Hale & Dorr LLP | 5/01/06 - Doc. #3549 | $343,327.00 | $340,827.00 | $340,827.00 | $4,807.79 | $4,807.79 | $4,807.79 | $2,500.00 |

[1] This amount reflects requested fees net of (i) voluntary reductions as stated in each Professional's fee application and (ii) each Professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee as disclosed on the cover page of each Professional's fee application.

[2] The voluntary reduction agreed to with the Joint Fee Review Committee has been applied against the total fees requested by each Professional.

[3] This amount reflects requested expenses net of (i) voluntary reductions as stated in each Professional's fee application and (ii) each Professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee as disclosed on the cover page of each Professional's fee application.

[4] Total Voluntary Reductions include (i) voluntary reductions as stated in each Professional's fee application, (ii) each Professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee, and (iii) each Professional's additional voluntary reduction as agreed to with the Joint Fee Review Committee.

DATE:    2/15/2007                                                                                   INITIALS: RDD