**EXHIBIT "2"**

**GOMEZ AFFIDAVIT**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

In re                                            :        Chapter 11
                                                 :
DELPHI CORPORATION, et al.,                      :        Case No. 05-44481 (RDD)
                                                 :
                    Debtors.                     :        (Jointly Administered)
                                                 :

------------------------------------------------ x

## AFFIDAVIT OF RANDY GOMEZ, FSA, EA, MAAA

I, Randy Gomez, do swear, under the penalty for perjury, that the statements contained in

this declaration are made freely and voluntarily, that the content of this affidavit is based upon

my personal knowledge, that I am competent to testify as to the matters contained in this

affidavit, and that, if called upon to testify, my testimony would be as follows:

1.    I am over the age of eighteen (18).

2.    I am an employee at Alliance Benefit Group (Nyhart Company) in Indianapolis,

      Indiana.

3.    My professional qualifications and resume is attached hereto as Exhibit A.

4.    If necessary, I may testify on Claimant Orlik's behalf in a hearing on this matter.

5.    Attached hereto, as Exhibit B, is a damages calculation I drafted on behalf of

      Claimant Orlik, based on information provided to me by Claimant Orlik.

**UNDER THE PENALTY FOR PERJURY,** I affirm that the foregoing representations of

fact are true and accurate.

Executed on _February 19_____, 2007       _R Gomez_____

                                          Randy Gomez

**<u>EXHIBIT A</u>**

## RANDY GOMEZ, FSA, EA, MAAA

---

## PROFESSIONAL HISTORY

**Alliance Benefit Group (Nyhart Company)**                    **1995 - Present**

*Principal and Chief Actuary, Indianapolis, Indiana*

Responsibilities include: employee benefits consulting, project management, design and cost analysis for benefit plans, ESOP administration, technical research, speaking engagements, expert testimony, and training.

Samples of recurring projects: pension and postretirement welfare valuations for funding and accounting purposes, Medicare Part D analysis, multi-year asset and liability projections, ESOP annual allocations, cost analysis, healthcare budget projections, premium and COBRA rate setting, design and pricing of medical/dental plans, and health IBNR calculations.

Samples of special projects: pension plan terminations, early retirement windows, comparison of defined benefit and defined contribution plans, nondiscrimination testing, cost projections, ESOP repurchase liability studies, expert testimony, union negotiations, total compensation statements, custom projection models, and design of flexible benefit programs.

**Towers Perrin**                                              **1987 – 1995**

*Associate, Cincinnati, Ohio*                                  *1992 – 1995*

Responsibilities (health and welfare practice) included: project manager or lead analyst for accounting valuations; provide group actuarial and technical support to senior consultants.

Sample projects: COBRA rate setting, design and pricing of health plans, HMO contribution strategy, benefit and cost comparisons, design and pricing of flexible benefits.

*Associate, Atlanta, Georgia*                                  *1987 – 1992*

Responsibilities (retirement practice) included: project manager or lead analyst for annual valuations and special projects, provide technical support to senior consultants, supervise analyst team.

Sample projects: annual funding and accounting valuations, early retirement windows, plan terminations, nondiscrimination testing, union negotiations, design studies, benefit statements.





## RANDY GOMEZ, FSA, EA, MAAA

---

## PROFESSIONAL HISTORY – Continued

**Hazlehurst and Associates, Atlanta, Georgia**                                         **1982 – 1987**

*Associate Actuary*

Responsibilities included: lead analyst for annual valuations and special projects.

Sample projects: annual funding and accounting valuations, design studies, cost studies, assumption reviews, benefit statements, benefit certifications, early retirement window.

## PROFESSIONAL AFFILIATIONS

- Fellow of the Society of Actuaries, 1991
- Enrolled Actuary, 1986
- Member of the Academy of Actuaries
- Indiana ESOP Advisory Committee Member

## EDUCATION

- Master of Actuarial Science, Georgia State University, 1986
- BBA, Actuarial Science, Georgia State University, 1982

## SPEAKING ENGAGEMENTS

- Pension Protection Act
- GASB 43/45
- Medicare Part D tax subsidy
- Pension plan design



**EXHIBIT B**

# CLAIM CALCULATIONS AGAINST DELPHI CORPORATION

## DEMOGRAPHIC INFORMATION

| | |
|---|---|
| DOB | 12/3/1957 |
| DOH | 10/10/1994 |
| Brightpoint DOH | 10/1/1999 |
| Actual DOT | 9/1/1999 |
| Projected DOT at Delphi for benefit purposes | 9/1/2012 |
| Measurement date for present value purposes | 9/1/2007 |
| Discount Rate for DB plan (lump sum cashouts) | 4.81% |
| Rate of return for SSPP (employer DC match) | 8.00% |
| Rate of return for other plans (merit increases & time-off) | 5.00% |
| Interest rate for discounting purposes (PV for everything else) | 4.00% |
| Age as of measurement date | 49 years and 8 months |
| Age as of projected DOT | 54 years and 8 months |

|  | As of projected DOT |
|---|---|
| Delphi credited service | 17 years and 10 months |

## PRESENT VALUE OF BENEFITS AS OF 09/01/2007

| | | As of projected DOT | |
|---|---|---|---|
| | | Actual Salary | Hypothetical Salary * |
| (1) | Pension Plan Benefits | 108,113.21 | 119,463.05 |
| (2) | 401(k) Retirement Plan | 46,019.06 | 49,895.74 |
| (3) | Holidays / Vacation / Sick Time Allowance | 31,798.17 | 34,457.72 |
| (4) | Merit Increases | 0.00 | 12,723.18 |
| **Present Value of total benefits lost** | | **185,930.44** | **216,539.69** |

\* Hypothetical Salary is the salary that Eva Orlik would have received if her raises during 5 years of actual employment at Delphi were at the average company level of 4%.

## OTHER ASSUMPTIONS

1. Daily pay for holidays / vacation / sick time benefits were based on 2,080 annual hours worked and 8 hours day.
2. Average salary increase is assumed to be 4%.

Randy Gomez, FSA, EA, MAAA                    2/16/2007





**PENSION PLAN BENEFITS**

**DEMOGRAPHIC INFORMATION**

| | |
|---|---|
| DOB | 12/3/1957 |
| DOH | 10/10/1994 |
| Actual DOT | 9/1/1999 |
| Projected DOT at Delphi for benefit purposes | 9/1/2012 |
| Discount Rate for DB plan (lump sum cashouts) | 4.81% |
| | |
| Measurement date to calculate present value | 9/1/2007 |

| | | Yrs | Mos | Total months |
|---|---|---|---|---|
| (1) | Credited Service as of actual DOT | 4 | 10 | 58 |
| (2) | Credited Service as of projected DOT | 17 | 10 | 214 |
| (3) | Age as of measurement date | 49 | 8 | |
| (4) | Age at projected DOT | 54 | 8 | |

| | |
|---|---|
| Age reduction factor per month | 0.43% (estimated) |
| Number of months younger than 65 | 184 |
| Early retirement reduction factor | 21% |

**PART A BENEFIT** — Projected Benefit
| | | |
|---|---|---|
| (A) | Annual Part A Basic Benefit Rate | 47.45 |
| (B) | Monthly Part A Basic Benefit (A) x (1) | **846.19** |

**PART B PRIMARY BENEFIT**
| | | Actual Salary | Hypothetical Sal |
|---|---|---|---|
| (C) | Total employee contributions | 6,549.68 | 7,523.31 |
| (D) | Monthly Part B Primary Benefit (8.33% x (C)) | **545.59** | **626.69** |

**PART B SUPPLEMENTARY BENEFIT**
| | | Actual Salary | Hypothetical Sal |
|---|---|---|---|
| (E) | Average monthly base salary | 6,259.82 | 6,783.38 |
| (F) | Less applicable amount (Part B Supplementary) | 4,745.00 | 4,745.00 |
| (G) | Monthly base salary in excess of (E) | 1,514.82 | 2,038.38 |
| (H) | Monthly Part B Supplementary Benefit (1% x (G)) | **270.14** | **363.51** |

**SUMMARY OF DB ACCRUED MONTHLY BENEFITS** — Projected Benefit
| | Actual Salary | Hypothetical Sal |
|---|---|---|
| Part A Basic | 846.19 | 846.19 |
| Part B Primary | 545.59 | 626.69 |
| Part B Supplementary | 270.14 | 363.51 |
| **Total monthly accrued benefit** | **1,661.92** | **1,836.39** |
| **Reduced monthly accrued benefit** | **349.00** | **385.64** |

**LUMP SUM**

| | Lump Sum Factors | | |
|---|---|---|---|
| | Age x | Age x + 1 | Interpoled |
| Lump Sum factors using projected DOT | | | |
| Payment starts at age 65 | 5.246619 | 5.50834 | 5.4211 |
| * Payment starts on 09/01/2007 | 0.000000 | 0.000000 | 0.000000 |

| | Actual Salary | Hypothetical Sal |
|---|---|---|
| Lump Sum amount | | |
| Payment starts age age 65 | 108,113.21 | 119,463.05 |
| * Payment starts on 09/01/2007 | 0.00 | 0.00 |

| | | |
|---|---|---|
| **Final Lump Sum using accrued benefit as of projected DOT** | **108,113.21** | **119,463.05** |

* This option is only calculated if payment starts after early retirement eligibility (age 55 with 10 years of service).

---

**Summary of Benefits**

1. Part A Basic - $47.45 x credited years of service based on projected DOT.

2. Part B Primary - 8.33% x EE contribution after 10/1/1979
   EE contribution = 1.25% x monthly base salary in excess of $2,500
   First contribution is made after 6 consecutive months following DOH.

3. Part B Supplementary - 1% x monthly base salary in excess of $4,745 for retirement date on or after
   10/1/2002

Monthly base salary = highest 60 months during 120 months preceding DOR.

Lump sum cashout rate is the average of August - December 2006 30-year treasury rates.

---

Randy Gomez, FSA, EA, MAAA                    2/16/2007


ALLIANCE
BENEFIT
GROUP

**401(k) RETIREMENT PLAN**

| | |
|---|---:|
| ROR for 401(k) and 1% make-up contribution | 8.00% |
| ROR for Flexible Compensation program | 5.00% |
| DOB | 12/3/1957 |
| DOH | 10/10/1994 |
| Actual DOT | 9/1/1999 |
| Projected DOT for benefit purposes | 9/1/2012 |
| | |
| Measurement date to calculate present value | 9/1/2007 |
| Number of years from projected DOT to measurement date | 5.00 |
| Interest rate for calculating PV | 4.00% |

| | | Yrs | Mos |
|---|---|---:|---:|
| (1) | Credited Service as of DOT | 4 | 10 |
| (2) | Credited Service as of projected DOT | 17 | 10 |
| (3) | Age at projected DOT | 54 | 8 |

| | | Projected Benefit | |
|---|---|---:|---:|
| **TOTAL 401(K) EMPLOYER CONTRIBUTION** | | Actual Salary | Hypothetical Sal |
| (1) | Delphi before DOT | 0.00 | 0.00 |
| (2) | Delphi after DOT | 47,305.40 | 51,114.99 |
| (3) | Brightpoint | 30,920.15 | 30,920.15 |
| (4) | Benefits lost (1) + (2) - (3) | 16,385.25 | 20,194.84 |
| | | | |
| **1% MAKE UP CONTRIBUTION at 8.00%** | | 11,263.20 | 12,170.19 |
| | | | |
| **FLEXIBLE COMPENSATION PROGRAM at 5.00%** | | 28,340.77 | |
| | | | |
| **TOTAL BENEFITS LOST** | | **55,989.22** | **60,705.80** |
| | | | |
| Present value (PV) of total benefits lost as of 09/01/2007 | | **46,019.06** | **49,895.74** |

---

**Summary of Benefits**

1. 401(k) Contribution:
   Delphi - 70% of the first 6% of employee contribution.
   Brightpoint - 25% of the first 6% of employee contribution (before 2002)
              50% of the first 6% of employee contribution (2002 onwards)
   Only calculate benefits lost after termination from Delphi.

2. 1% make up contribution is only calculated after termination from Delphi.

3. Flexible Compension Program:
   $1,600 annual payment made on March 15 the following year.
   Only calculate benefits lost after termination from Delphi.

Randy Gomez, FSA, EA, MAAA         2/16/2007


ALLIANCE BENEFIT GROUP

**HOLIDAY AND VACATION BENEFIT**

| | | |
|---|---|---|
| Rate of Return | | 5.00% |
| DOB | | 12/3/1957 |
| DOH | | 10/10/1994 |
| Brightpoint DOH | | 10/1/1999 |
| Actual DOT | | 9/1/1999 |
| Projected DOT for benefits purposes | | 9/1/2012 |
| Annual hours worked | | 2080 |
| | | |
| Measurement date to calculated present value | | 9/1/2007 |
| Number of years from projected DOT to measurement date | | 5 |
| Interest rate for calculating PV | | 4.00% |

| | Yrs | Mos |
|---|---|---|
| (1)  Cred Svc to actual DOT (Delphi) | 4 | 10 |
| (2)  Cred Svc to projected DOT (Delphi) | 17 | 10 |
| (3)  Brightpoint svc to projected DOT | 12 | |

| | Actual Salary | Hypothetical Sal |
|---|---|---|
| Benefits lost as of projected DOT | **38,687.34** | **41,923.09** |
| | | |
| Present value (PV) of total benefits lost as of 09/01/2007 | **31,798.17** | **34,457.72** |

Randy Gomez, FSA, EA, MAAA                    2/16/2007



**MERIT INCREASE**

| | |
|---|---|
| Rate of Return | 5.00% |
| DOB | 12/3/1957 |
| DOH | 10/10/1994 |
| Brightpoint DOH | 10/1/1999 |
| Actual DOT | 9/1/1999 |
| Projected DOT for benefits purposes | 9/1/2012 |
| | |
| Measurement date to calculate present value | 9/1/2007 |
| Number of years from projected DOT to measurement date | 5 |
| Interest rate for calculating PV | 4.00% |

| | Yrs | Mos |
|---|---|---|
| Years of service to actual DOT | 4 | 10 |
| Years of service to projected DOT | 17 | 10 |

| | Through projected DOT |
|---|---|
| Benefits lost as of projected DOT | **15,479.69** |
| | |
| Present value (PV) of total benefits lost as of 09/01/2007 | **12,723.18** |

Randy Gomez, FSA, EA, MAAA          2/16/2007



# CLAIM CALCULATIONS AGAINST DELPHI CORPORATION

## DEMOGRAPHIC INFORMATION

| | |
|---|---|
| DOB | 12/3/1957 |
| DOH | 10/10/1994 |
| Brightpoint DOH | 10/1/1999 |
| Actual DOT | 9/1/1999 |
| Projected DOT at Delphi for benefit purposes | 9/1/2007 |
| Measurement date for present value purposes | 9/1/2007 |
| Discount Rate for DB plan (lump sum cashouts) | 4.81% |
| Rate of return for SSPP (employer DC match) | 8.00% |
| Rate of return for other plans (merit increases & time-off) | 5.00% |
| Interest rate for discounting purposes (PV for everything else) | 4.00% |
| Age as of measurement date | 49 years and 8 months |
| Age as of projected DOT | 49 years and 8 months |

**As of projected DOT**

Delphi credited service      12 years and 10 months

## PRESENT VALUE OF BENEFITS AS OF 09/01/2007

| | | As of projected DOT | |
|---|---|---|---|
| | | Actual Salary | Hypothetical Salary * |
| (1) | Pension Plan Benefits | 63,165.36 | 69,906.17 |
| (2) | 401(k) Retirement Plan | 27,537.00 | 29,498.61 |
| (3) | Holidays / Vacation / Sick Time Allowance | 19,097.82 | 20,695.17 |
| (4) | Merit Increases | 0.00 | 12,128.74 |
| **Present Value of total benefits lost** | | **109,800.18** | **132,228.69** |

\* Hypothetical Salary is the salary that Eva Orlik would have received if her raises during 5 years of actual employment at Delphi were at the average company level of 4%.

## OTHER ASSUMPTIONS

1. Daily pay for holidays / vacation / sick time benefits were based on 2,080 annual hours worked and 8 hours day.
2. Average salary increase is assumed to be 4%.



Randy Gomez, FSA, EA, MAAA      2/16/2007

**PENSION PLAN BENEFITS**

## DEMOGRAPHIC INFORMATION

| | |
|---|---|
| DOB | 12/3/1957 |
| DOH | 10/10/1994 |
| Actual DOT | 9/1/1999 |
| Projected DOT at Delphi for benefit purposes | 9/1/2007 |
| Discount Rate for DB plan (lump sum cashouts) | 4.81% |
| | |
| Measurement date to calculate present value | 9/1/2007 |

| | | Yrs | Mos | Total months |
|---|---|---|---|---|
| (1) | Credited Service as of actual DOT | 4 | 10 | 58 |
| (2) | Credited Service as of projected DOT | 12 | 10 | 154 |
| (3) | Age as of measurement date | 49 | 8 | |
| (4) | Age at projected DOT | 49 | 8 | |

| | |
|---|---|
| Age reduction factor per month | 0.43% (estimated) |
| Number of months younger than 65 | 184 |
| Early retirement reduction factor | 21% |

### PART A BENEFIT
**Projected Benefit**

| | | |
|---|---|---|
| (A) | Annual Part A Basic Benefit Rate | 47.45 |
| (B) | Monthly Part A Basic Benefit (A) x (1) | **608.94** |

### PART B PRIMARY BENEFIT

| | | Actual Salary | Hypothetical Sal |
|---|---|---|---|
| (C) | Total employee contributions | 3,729.82 | 4,310.77 |
| (D) | Monthly Part B Primary Benefit (8.33% x (C)) | **310.69** | **359.09** |

### PART B SUPPLEMENTARY BENEFIT

| | | Actual Salary | Hypothetical Sal |
|---|---|---|---|
| (E) | Average monthly base salary | 5,145.11 | 5,575.44 |
| (F) | Less applicable amount (Part B Supplementary) | 4,745.00 | 4,745.00 |
| (G) | Monthly base salary in excess of (E) | 400.11 | 830.44 |
| (H) | Monthly Part B Supplementary Benefit (1% x (G)) | **51.35** | **106.57** |

### SUMMARY OF DB ACCRUED MONTHLY BENEFITS
**Projected Benefit**

| | Actual Salary | Hypothetical Sal |
|---|---|---|
| Part A Basic | 608.94 | 608.94 |
| Part B Primary | 310.69 | 359.09 |
| Part B Supplementary | 51.35 | 106.57 |
| **Total monthly accrued benefit** | **970.98** | **1,074.60** |
| **Reduced monthly accrued benefit** | **203.91** | **225.67** |

### LUMP SUM

| | Lump Sum Factors | | |
|---|---|---|---|
| | Age x | Age x + 1 | Interpoled |
| Lump Sum factors using projected DOT | | | |
| Payment starts at age 65 | 5.246619 | 5.50834 | 5.4211 |
| * Payment starts on 09/01/2007 | 0.000000 | 0.000000 | 0.000000 |

| | Actual Salary | Hypothetical Sal |
|---|---|---|
| Lump Sum amount | | |
| Payment starts age age 65 | 63,165.36 | 69,906.17 |
| * Payment starts on 09/01/2007 | 0.00 | 0.00 |

| | | |
|---|---|---|
| **Final Lump Sum using accrued benefit as of projected DOT** | 63,165.36 | 69,906.17 |

\* This option is only calculated if payment starts after early retirement eligibility (age 55 with 10 years of service).

---

**Summary of Benefits**

1. Part A Basic - $47.45 x credited years of service based on projected DOT.

2. Part B Primary - 8.33% x EE contribution after 10/1/1979
   EE contribution = 1.25% x monthly base salary in excess of $2,500
   First contribution is made after 6 consecutive months following DOH.

3. Part B Supplementary - 1% x monthly base salary in excess of $4,745 for retirement date on or after
   10/1/2002

Monthly base salary = highest 60 months during 120 months preceding DOR.

Lump sum cashout rate is the average of August - December 2006 30-year treasury rates.

---

Randy Gomez, FSA, EA, MAAA                    2/16/2007


ALLIANCE
BENEFIT
GROUP

**401(k) RETIREMENT PLAN**

| | |
|---|---|
| ROR for 401(k) and 1% make-up contribution | 8.00% |
| ROR for Flexible Compensation program | 5.00% |
| DOB | 12/3/1957 |
| DOH | 10/10/1994 |
| Actual DOT | 9/1/1999 |
| Projected DOT for benefit purposes | 9/1/2007 |
| | |
| Measurement date to calculate present value | 9/1/2007 |
| Number of years from projected DOT to measurement date | 0.00 |
| Interest rate for calculating PV | 4.00% |

| | | Yrs | Mos |
|---|---|---|---|
| (1) | Credited Service as of DOT | 4 | 10 |
| (2) | Credited Service as of projected DOT | 12 | 10 |
| (3) | Age at projected DOT | 49 | 8 |

| | | Projected Benefit | |
|---|---|---|---|
| **TOTAL 401(K) EMPLOYER CONTRIBUTION** | | Actual Salary | Hypothetical Sal |
| (1) | Delphi before DOT | 0.00 | 0.00 |
| (2) | Delphi after DOT | 19,674.19 | 21,258.58 |
| (3) | Brightpoint | 12,100.10 | 12,100.10 |
| (4) | Benefits lost (1) + (2) - (3) | 7,574.09 | 9,158.48 |

| | Actual Salary | Hypothetical Sal |
|---|---|---|
| **1% MAKE UP CONTRIBUTION at 8.00%** | 4,684.34 | 5,061.56 |
| **FLEXIBLE COMPENSATION PROGRAM at 5.00%** | 15,278.57 | |
| **TOTAL BENEFITS LOST** | **27,537.00** | **29,498.61** |
| Present value (PV) of total benefits lost as of 09/01/2007 | **27,537.00** | **29,498.61** |

---

**Summary of Benefits**

1. 401(k) Contribution:
   Delphi - 70% of the first 6% of employee contribution.
   Brightpoint - 25% of the first 6% of employee contribution (before 2002)
               50% of the first 6% of employee contribution (2002 onwards)
   Only calculate benefits lost after termination from Delphi.

2. 1% make up contribution is only calculated after termination from Delphi.

3. Flexible Compension Program:
   $1,600 annual payment made on March 15 the following year.
   Only calculate benefits lost after termination from Delphi.

---

Randy Gomez, FSA, EA, MAAA          2/16/2007



| | |
|---|---|
| Rate of Return | 5.00% |
| DOB | 12/3/1957 |
| DOH | 10/10/1994 |
| Brightpoint DOH | 10/1/1999 |
| Actual DOT | 9/1/1999 |
| Projected DOT for benefits purposes | 9/1/2007 |
| Annual hours worked | 2080 |
| | |
| Measurement date to calculated present value | 9/1/2007 |
| Number of years from projected DOT to measurement date | 0 |
| Interest rate for calculating PV | 4.00% |

| | Yrs | Mos |
|---|---|---|
| (1) Cred Svc to actual DOT (Delphi) | 4 | 10 |
| (2) Cred Svc to projected DOT (Delphi) | 12 | 10 |
| (3) Brightpoint svc to projected DOT | 7 | |

| | Actual Salary | Hypothetical Sal |
|---|---|---|
| Benefits lost as of projected DOT | 19,097.82 | 20,695.17 |
| | | |
| Present value (PV) of total benefits lost as of 09/01/2007 | 19,097.82 | 20,695.17 |

Randy Gomez, FSA, EA, MAAA                2/16/2007



**MERIT INCREASE**

| | |
|---|---|
| Rate of Return | 5.00% |
| DOB | 12/3/1957 |
| DOH | 10/10/1994 |
| Brightpoint DOH | 10/1/1999 |
| Actual DOT | 9/1/1999 |
| Projected DOT for benefits purposes | 9/1/2007 |
| | |
| Measurement date to calculate present value | 9/1/2007 |
| Number of years from projected DOT to measurement date | 0 |
| Interest rate for calculating PV | 4.00% |

| | Yrs | Mos |
|---|---|---|
| Years of service to actual DOT | 4 | 10 |
| Years of service to projected DOT | 12 | 10 |

| | Through projected DOT |
|---|---|
| Benefits lost as of projected DOT | **12,128.74** |
| | |
| Present value (PV) of total benefits lost as of 09/01/2007 | **12,128.74** |



Randy Gomez, FSA, EA, MAAA                2/16/2007