Hearing Date: March 22, 2007  
Time: 10:00 a.m.  
Objection Deadline: March 13, 2007  
Time: 4:00 pm.

BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: susan.persichilli@bipc.com
Susan P. Persichilli, Esq. (SP- 0368)

*Attorneys for ATEL Leasing Corporation,*
*as agent for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :    Chapter 11
In re:                                                           :
                                                                 :    Case No. -05-44481 (RDD)
DELPHI CORPORATION, et al.,                                      :
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
---------------------------------------------------------------- X

### NOTICE OF HEARING OF MOTION OF ATEL LEASING CORPORATION (A) FOR ALLOWANCE AND PAYMENT OF OUTSTANDING POST-PETITION AMOUNTS AS AN ADMINISTRATIVE EXPENSE CLAIM; (B) TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE; AND (C) FOR IMMEDIATE TURNOVER OF EQUIPMENT UPON REJECTION

**PLEASE TAKE NOTICE,** that upon the attached motion (the "Motion") of ATEL Leasing Corporation ("ATEL") as agent for: (i) Eireann II, a division of ATEL Transatlantic Investors, Inc. ("ATI"), (ii) CAI-UBK Equipment, a division of ATI, (iii) CAI-ALJ Equipment, a division of ATI, (iv) II Bu de Mexico S.A. de C.V., and (v) Eireann III, a division of ATEL Transatlantic Investors II, Inc. (collectively, the "Lessors"), ATEL, by and through its counsel,

Buchanan Ingersoll & Rooney PC, ATEL will move before the Honorable Robert D. Drain., in his courtroom located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Room 610 at 10:00 a.m. on March 22, 2007 or as soon as counsel may be heard (the "Hearing"), for the entry of an Order (i) allowing the outstanding post-petition payments as an administrative expense claim and directing Delphi Corporation (an above-referenced "Debtor") to pay the outstanding post-petition payments immediately and remain current with its post-petition obligations to the Lessors; (ii) compelling the Debtor to assume or reject the Leases; (iii) directing the Debtor to turnover the Equipment immediately upon rejection.; and (iii) awarding such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Court for the Southern District of New York, and the Amended Eighth Supplemental Order Under 11 U.S.C. §§102(1) and 105 and Fed.R.Bankr.P.2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered by this Court on October 26, 2006 (the "Amended Eighth Supplemental Case Management Order") (Docket No. 5418), (c) shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (as amended), by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format, (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon, (i) Buchanan Ingersoll & Rooney PC, One Chase Manhattan Plaza, 35th Floor, New York, NY 10007, (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel); (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., (iv) counsel for the agent under the post-petition credit facility, Davis Polk & Wardwell,

450 Lexington Avenue, New York, New York 10017 (Attn: Donald Bernstein and Brian Resnick), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Robert J. Rosenberg and Mark A. Broude), (vi) counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York 10004 (Attn: Bonnie Steingart) and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard) in each case so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on March 22, 2007 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those objections made as set forth herein and in accordance with the Amended Eighth Supplemental Case Management Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Amended Eighth Supplemental Case Management Order, the Bankruptcy Court may enter an order granting the Motion without further notice.

DATED:  New York, New York
              February 19, 2007

                                                Respectfully submitted,

                                                **BUCHANAN INGERSOLL & ROONEY PC**

                                                /s/  Susan P. Persichilli
                                                Susan P. Persichilli, Esq. (SP - 0368)
                                                One Chase Manhattan Plaza - 35th Floor
                                                New York, NY   10005
                                                (212) 440-4400 (Telephone)
                                                (212) 440-4401 (Facsimile)

To:     The Parties on the Attached Service List