# EQUIPMENT SCHEDULE NO. 86

**RENEWAL NO. 2**
**For**
**("Equipment Schedule No. 86")**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**CAI-UBK Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee**
**Of**
**First Amerian Capital Management Group, Inc. ("Lessor")**

*70 GMCO(04 8602 R2*
*&*
*70GMCO04860 2 R1*

*********************************************************************************

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and Equipment Schedule No. 86 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.  Equipment:                          Equipment subject to Equipment Schedule No. 86, as further described on the
                                        Attached Annex A (the "Renewal Equipment")

B.  Financial Terms

    1.  Capitalized Lessor's Cost:      $203,450.00

    2.  Equipment Location:             General Motors Corporation
                                        Delphi Saginaw Steering Systems
                                        Plant #6
                                        Towerline Road off Holland Road
                                        Saginaw, MI 48601-9494

    3.  Renewal Term Lease Rate Factor/Dollars:    0.9191% / $1,870.00

    4.  Renewal Term (Number of Months):           24

    5.  Renewal Term Commencement Date:            December 1, 2004

    6.  Renewal Term Termination Date:             The date the Lessee returns the items of Renewal Equipment to
                                                   Lessor in the condition required by the Lease upon not less
                                                   than 90 days prior written notice, but in no event earlier than
                                                   November 30, 2006.

C.  Term and Rent

    1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter
        (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the
        Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding
or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and
Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

CAI-UBK Equipment, a division of ATEL Transatlantic Investors, Inc.,        General Motors Corporation
("Lessor")                                                                 ("Lessee")

By:  _____                    By:  _____

Name:  _____                    Name:  _Tohn W. Jarrett_
        **Vasco H. Morais, Esq.**
Title:  _____                    Title:  _Purchasing Mgr -Leasing_
        Senior Vice President
                                                  Federal I.D. Number: 38-0572515

ANNEX A
To Renewal No. 2
For
Equipment Schedule No. 86
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-UBK Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

***********************************************************************************

**Equipment Location:**
General Motors Corporation
Delphi Saginaw Steering Systems
Plant #6
Towerline Road off Holland Road
Saginaw, MI 48601-9494

| | SERIAL NUMBERS | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| Hyster | F108V07168T | Hyster E65XM | 10 | $20,345.00 | $203,450.00 |
| | F108V07171T | | | | |
| | F108V07172T | | | | |
| | F108V07176T | | | | |
| | F108V07178T | | | | |
| | F108V07179T | | | | |
| | F108V07180T | | | | |
| | F108V07181T | | | | |
| | F108V07183T | | | | |
| | F108V07185T | | | | |

* See Original Schedule 86 Annex C for detailed description of equipment.

TOTAL EQUIPMENT COST:                    $203,450.00

Initials:

Lessor

Lessee

RENEWAL NO. 1
For
Equipment Schedule No. 86
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-UBK Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 86 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

| | | |
|---|---|---|
| A. | Equipment: | Equipment subject to Equipment Schedule No. 86, as further described on the Attached Annex A (the "Renewal Equipment") |
| B. | Financial Terms | |
| | 1. Capitalized Lessor's Cost: | $162,760.00 |
| | 2. Equipment Location: | General Motors Corporation<br>Delphi Saginaw Steering Systems<br>Plant #6<br>Towerline Road off Holland Road<br>Saginaw, MI 48601-9494 |
| | 3. Renewal Term Lease Rate Factor/Dollars: | 1.3136% / $2,138.02 |
| | 4. Renewal Term (Number of Months): | 12 |
| | 5. Renewal Term Commencement Date: | October 1, 2001 |
| | 6. Renewal Term Termination Date: | The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than September 30, 2002. |

C.    Term and Rent

1.    Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

| | |
|---|---|
| CAI-UBK Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee of First American Capital Management Group, Inc. ("Lessor") | Delphi Automotive Systems, as Assignee of General Motors Corporation ("Lessor") |
| By: _Vasco H. Morais_ | By: _John Jarrett_ |
| Name: **Vasco H. Morais, Esq.**<br>**Senior Vice President** | Name: _John W. Jarrett_ |
| Title: _____ | Title: _Purchasing Mgr-Lease_ |
| | Federal I.D. Number: 38-0572515 |

ANNEX A
To Renewal No. 1
For
Equipment Schedule No. 86

**ORIGINAL**

To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-UBK Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

Equipment Location:
General Motors Corporation
Delphi Saginaw Steering Systems
Plant #6
Towerline Road off Holland Road
Saginaw, MI 48601-9494

Hyster

| | SERIAL NUMBER | | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|---|
| S2 | F108V07174T | F108V07176T | E65XM | 8 | $20,345.00 | $162,760.00 |
| | F108V07178T | F108V07179T | | | | |
| | F108V07180T | F108V07181T | | | | |
| | F108V07183T | F108V07185T | | | | |

* See Original Schedule 86 Annex C for detailed description of equipment.

TOTAL EQUIPMENT COST:          $162,760.00

Initials:

_____
Lessor

_____
Lessee

# ORIGINAL

Doc# 123486-001

## REVISED

### EQUIPMENT SCHEDULE
### NO. 86
### TO MASTER LEASE AGREEMENT
### DATED AS OF MAY 1, 1995

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
2330 SIOUX TRAIL N.W., SUITE 114
PRIOR LAKE, MN  55372

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost: $540,545.00

3.    Basic Term Lease Rate Factor: 1.842%

4.    Daily Lease Rate Factor: 0.0547%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement Date occurs for all the Equipment described herein.

7.    Equipment Location:    General Motors Corporation
                            Delphi Saginaw Steering Systems
                            Plant #6
                            Towerline Road off Holland Road
                            Saginaw, MI 48601-9494

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Hyster

10.   Last Delivery Date: _____.

11.   Termination Date: The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this Lease.

12.   Purchase Option: Fair Market Value.

13.   Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule has not previously been terminated, the Lessee shall have the right at its option, upon not less than 90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and Lessor.

firstame\els.86



Doc# 123486-001

14.    Return Provisions:   In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions. Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

    1.   At the time of return when loaded to its rated capacity, each unit shall:

        a.   Start under its own power and idle without water, fuel or oil leaks.

        b.   Move through its normal speed ranges in both forward and reverse;

        c.   Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

        d.   Steer normally right and left in both forward and reverse;

        e.   Be able to stop with its service brakes within a safe distance in both forward and reverse;

        f.   Lift, lower and tilt normally;

    2.   Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

    3.   With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

    4.   With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer. With respect to the battery chargers, be capable of maintaining its rated charging capacity.

C.    TAX BENEFITS

Depreciation Deductions:

    a.    Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

    b.    Recovery Period:  5 years.

    c.    Basis:  100% of Capitalized Lessor's Cost.

D.    TERM AND RENT

    1.    Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term Commencement Date.



Doc# 123486-001

2.  **Basic Term Rent**.  Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.  **Adjustment to Capitalized Lessor's Cost**.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters.  Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.  **INSURANCE**

1.  Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2.  "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect.  This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                          LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION,

By:                                              By:
Name:                                            Name:
Title:      DAVID L. MOCOL                        Title:
            V. P. / C. F. O.

3                                               firstame\eis.86

ORIGINAL

Doc# 123486-001

**REVISED**

**ANNEX A**
**TO**
**EQUIPMENT SCHEDULE NO. 86**
**TO MASTER LEASE AGREEMENT**
**DATED AS OF MAY 1, 1995**

**DESCRIPTION OF EQUIPMENT**

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Saginaw Steering Systems Plant #6 Towerline Road off Holland Road Saginaw, MI 48601-9494 | | | | | |
| Hyster PR29443 | | Hyster E65XM 6,500 lbs @ 24" LC Electric With the following: Enhanced Contrtols GE EV100 ZX SCR 36 Volt Monotrol Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Indicator s/Lift Interupt MFG STD Battery Compartment: No Side Covers Drive Tires: 21 x 8 x 15 Smooth Steer Tires: 16 x 6 x 10.5 Smooth Mast: 2 Stage Vista 148" MFH/94" LH/6" FL Carriage: Hook Type 38.5" Sideshift MFG STD Forks: 48" MFG STD Freight | 18 | $20,345.00 | $366,210.00 |
| Hyster PR29443 | | Hyster E80XL2 8,000 lbs. @ 24" LC-Electric With the following: AP Control Package-GE EV200 LX SCR 36 Volt Seat Actuated and Manual Brake Battery Compartment: No Covers Drive Tires: 22 x 9 x 16 Smooth Steer Tires: 18 x 6 x 12.1 Smooth Mast: 2 Stage Vista 145.5" MFH/96" LH/6" FL Carriage: Hook type 42" No load backrest Forks: 48" MFG STD Additional Counterweight & Spacer Shims Freight | 1 | $29,630.00 | $29,630.00 |

firstame\els.86

# ORIGINAL

Doc# 123486-001

## REVISED

## ANNEX A
## TO
## EQUIPMENT SCHEDULE NO. 86

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Saginaw Steering Systems Plant #6 Towerline Road off Holland Road Saginaw, MI 48601-9494 | | | | | |
| Hyster | | Hyster E80XL2 | 1 | $30,050.00 | $30,050.00 |
| PR29443 | | 8,000 lbs. @ 24" LC-Electric With the following: AP Control Package-GE EV200 LX SCR 36 Volt Seat Actuated and Manual Brake Battery Compartment: No Covers Drive Tires: 22 x 9 x 16 Smooth Steer Tires: 18 x 6 x 12.1 Smooth Mast: 2 Stage Vista 121" MFH/83.5" LH/61.5" FL Carriage: Hook type 42" No load backrest Forks: 54" MFG STD Flat Plate Overhead Guard Additional Counterweight & Spacer Shims Freight | | | |
| Hyster | | Hyster E80XL2 | 3 | $30,050.00 | $90,150.00 |
| PR29443 | | 8,000 lbs @ 24" LC-Electric With the following: AP Control Package-GE EV200 LX SCR 36 Volt Seat Actuated and Manual Brake Battery Compartment: No covers Drive Tires: 22 x 9 x 16 Smooth Steer Tires: 18 x 6 x 12.1 Smooth Mast: 2 Stage Vista 121" MFH/83.5" LH/51.5" FL Carriage: Hook type 42" No load backrest Sideshift: MFG STD Forks: 54" MFG STD Additional Counterweight & Spacer Shims Freight | | | |

ORIGINAL

Doc# 123486-001

## REVISED

## ANNEX A
## TO
## EQUIPMENT SCHEDULE NO. 86

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Saginaw Steering Systems Plant #6 Towerline Road off Holland Road Saginaw, MI 48601-9494 | | | | | |
| Hyster PR29443 | | Hyster E65XM 6,500 lbs @ 24" LC-Electric Enhanced Control Package GE EV100 ZX SCR 36 Volt Seat Actuated and Manual Brake Battery Compartment Less Side Covers Drive Tires: 21 x 8 x 15 Smooth Steer Tires: 16 x 6 x 10.5 Smooth Mast 3 Stage Vista 182" MFH/82" LH/57.5" FL Carriage: Hook type 38.5" No load backrest Forks: 48" MFG STD Additional Counterweight Cascade 55F-HS-A041 Sideshifting Fork Positioner Freight | 1 | $24,505.00 | $24,505.00 |

**TOTAL EQUIPMENT COST:**                    $540,545.00

Initials: Lessor   Lessee



Doc# 123486-002

**ANNEX C**
**TO**
**EQUIPMENT SCHEDULE NO. 86**
**TO MASTER LEASE AGREEMENT**
**DATED AS OF MAY 1, 1995**

ORIGINAL

**CERTIFICATE NO. 2 OF 2**

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Saginaw Steering Systems Plant #6 Towerline Road off Holland Road Saginaw, MI 48601-9494 | | | | | |
| Hyster<br><br>PR29443 | F108V07168T<br>F108V07169T<br>F108V07170T<br>F108V07171T<br>F108V07172T<br>F108V07173T<br>F108V07174T<br>F108V07175T<br>F108V07176T<br>F108V07178T<br>F108V07179T<br>F108V07180T<br>F108V07181T<br>F108V07182T<br>F108V07183T<br>F108V07184T<br>F108V07185T<br>F108V07186T | Hyster E85XM<br>6,500 lbs. @ 24" LC Electric<br>With the following:<br>Enhanced Controls GE EV100 ZX SCR<br>36 Volt<br>Monotrol Direction Control<br>SCR Hydraulics<br>Seat Actuated and Manual Brake<br>Battery Discharge Indicator s/Lift Interupt MFG STD<br>Battery Compartment: No Side Covers<br>Drive Tires: 21 x 8 x 15 Smooth<br>Steer Tires: 18 x 6 x 10.5 Smooth<br>Mast: 2 Stage Vista 148" MFH/94" LH/6" FL<br>Carriage: Hook Type 38.5"<br>Sideshift: MFG STD<br>Forks: 48" MFG STD<br>Freight | 18 | $20,345.00 | $366,210.00 |
| Hyster<br><br>PR29443 | C098D02340T | Hyster E80XL2<br>8,000 lbs. @ 24" LC-Electric<br>With the following:<br>AP Control Package-GE EV200 LX SCR<br>36 Volt<br>Seat Actuated and Manual Brake<br>Battery Compartment: No Covers<br>Drive Tires: 22 x 9 x 16 Smooth<br>Steer Tires: 18 x 6 x 12.1 Smooth<br>Mast: 2 Stage Vista 145.5" MFH/96" LH/6" FL<br>Carriage: Hook type 42"<br>No load backrest<br>Forks: 48" MFG STD<br>Additional Counterweight & Spacer Shims<br>Freight | 1 | $29,630.00 | $29,630.00 |

Doc# 123486-002
Page 2

## ANNEX C
## TO
## EQUIPMENT SCHEDULE NO. 86

ORIGINAL

### CERTIFICATE NO. 2 OF 2

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| | | Equipment Location: General Motors Corporation Delphi Saginaw Steering Systems Plant #6 Towerline Road off Holland Road Saginaw, MI 48601-9494 | | | |
| Hyster PR29443 | C098D02341T | Hyster E80XL2 8,000 lbs. @ 24" LC-Electric With the following: AP Control Package-GE EV200 LX SCR 36 Volt Seat Actuated and Manual Brake Battery Compartment: No Covers Drive Tires: 22 x 9 x 16 Smooth Steer Tires: 18 x 6 x 12.1 Smooth Mast: 2 Stage Vista 121" MFH/83.5" LH/51.5" FL Carriage: Hook type 42" No load backrest Forks: 54" MFG STD Flat Plate Overhead Guard Additional Counterweight & Spacer Shims Freight | 1 | $30,050.00 | $30,050.00 |
| Hyster PR29443 | C098D02276T C098D02277T C098D02347T | Hyster E80XL2 8,000 lbs @ 24" LC-Electric With the following: AP Control Package-GE EV200 LX SCR 36 Volt Seat Actuated and Manual Brake Battery Compartment: No covers Drive Tires: 22 x 9 x 16 Smooth Steer Tires: 18 x 6 x 12.1 Smooth Mast: 2 Stage Vista 121" MFH/83.5" LH/51.5" FL Carriage: Hook type 42" No load backrest Sideshift MFG STD Forks: 54" MFG STD Additional Counterweight & Spacer Shims Freight | 3 | $30,050.00 | $90,150.00 |

TOTAL EQUIPMENT COST:          $516,040.00

LESSEE:
GENERAL MOTORS CORPORATION

By: _Ellen a Shusto_

Authorized Representative

Name:
Title:     Purchasing Manager

Date:     9/16/96

firstname\els.86

Doc# 123486-001

# ANNEX D
## TO
### EQUIPMENT SCHEDULE NO. 86
### TO MASTER LEASE AGREEMENT
### DATED AS OF MAY 1, 1995



### STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 115% |
| 2 | 114% |
| 3 | 113% |
| 4 | 112% |
| 5 | 111% |
| 6 | 111% |
| 7 | 110% |
| 8 | 110% |
| 9 | 109% |
| 10 | 108% |
| 11 | 108% |
| 12 | 107% |
| 13 | 106% |
| 14 | 105% |
| 15 | 105% |
| 16 | 104% |
| 17 | 103% |
| 18 | 103% |
| 19 | 102% |
| 20 | 101% |
| 21 | 101% |
| 22 | 100% |
| 23 | 99% |
| 24 | 98% |
| 25 | 93% |
| 26 | 98% |
| 27 | 96% |
| 28 | 95% |
| 29 | 94% |
| 30 | 94% |
| 31 | 93% |
| 32 | 92% |
| 33 | 91% |
| 34 | 90% |
| 35 | 90% |
| 36 | 89% |
| 37 | 88% |
| 38 | 87% |

firstame\els.86

Doc# 123486-001

| | |
|---|---|
| 39 | 86% |
| 40 | 85% |
| 41 | 85% |
| 42 | 84% |
| 43 | 83% |
| 44 | 82% |
| 45 | 81% |
| 46 | 80% |
| 47 | 79% |
| 48 | 78% |
| 49 | 77% |
| 50 | 76% |
| 51 | 76% |
| 52 | 74% |
| 53 | 73% |
| 54 | 72% |
| 55 | 71% |
| 56 | 70% |
| 57 | 70% |
| 58 | 68% |
| 59 | 67% |
| 60 | 67% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.  In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials:    Lessor    Lessee

# EQUIPMENT SCHEDULE NO. 788

**RENEWAL NO. 1**
For
**Equipment Schedule No. 788**
**To Master Lease Agreement dated as of May 1, 1995**
Between
**General Motors Corporation ("Lessee")**
And
**CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee**
Of
**First American Capital Management Group, Inc. ("Lessor")**

*******************************************************************************************

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 788 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.  Equipment:                                    Equipment subject to Equipment Schedule No. 788, as further described on the
                                                  Attached Annex A (the "Renewal Equipment")

B.  Financial Terms

    1.  Capitalized Lessor's Cost:                $98,050.00

    2.  Equipment Location:                       General Motors Corporation
                                                  Delphi Packard Electric
                                                  Receiving Dock Plant 13
                                                  1265 North River Road
                                                  Warren, OH 44483

    3.  Renewal Term Lease Rate Factor/Dollars:   1.051 % / $1,030.55

    4.  Renewal Term (Number of Months):          24

    5.  Renewal Term Commencement Date:           April 1, 2005

    6.  Renewal Term Termination Date:            The date the Lessee returns the items of Renewal Equipment to
                                                  Lessor in the condition required by the Lease upon not less
                                                  than 90 days prior written notice, but in no event earlier than
                                                  March 31, 2007.

C.  Term and Rent

    1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter
        (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the
        Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding
or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and
Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc.,        General Motors Corporation
As Assignee of First American Capital Management Group, Inc.
("Lessor")                                                                  ("Lessee")

By: _____                                         By: _____

Name: _____Vasco H. Morais, Esq_____                                        Name:   John Jarrett

Title: _____Senior Vice President_____                                Title:   Purchasing Manager

                                                                            Federal I.D. Number: 38-0572515

ATEL LEGAL DEPARTMENT
**APPROVED
AS TO FORM**

BY: _____

ANNEX A
To Renewal No. 1
For
Equipment Schedule No. 788
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor") ·

**••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••**

Equipment Location:
General Motors Corporation
Delphi Packard Electric
Receiving Dock Plant 13
1265 North River Road
Warren, OH  44483

|  | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| Hyster | F108V12549V<br>F108V12550V<br>F108V12573V | Hyster E45XM<br>4500lb Lift Truck | 3 | $19,625.00 | $58,875.00 |
| Hyster | D114V03087V | Hyster E30XM<br>3000lb Lift Truck | 1 | $17,470.00 | $17,470.00 |
| Hyster | F108V12590V | Hyster E65XM<br>6500lb Lift Truck | 1 | $21,705.00 | $21,705.00 |

•   See Original Schedule 788 Annex A for detailed description of equipment.

TOTAL EQUIPMENT COST:            $98,050.00

Initials:

Lessor

Lessee

ATEL LEGAL DEPARTMENT
APPROVED
AS TO FORM

BY:



ORIGINAL

75GMCOφ78801

EQUIPMENT SCHEDULE
NO. 788
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement", said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $272,960.00

3.    Basic Term Lease Rate Factor: 1.817%

4.    Daily Lease Rate Factor: 0.0539%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement Date occurs for all the Equipment described herein.

7.    Equipment Location: General Motors Corporation
      Delphi Packard Electric
      Receiving Dock Plant 13
      1285 North River Road
      Warren, OH 44483

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Hyster Company

10.   Last Delivery Date: _____

11.   Termination Date: The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this Lease.

12.   Purchase Option: Fair Market Value.

13.   Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule has not previously been terminated, the Lessee shall have the right at its option, upon not less than 90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and Lessor.

firstame\els.788

1

ORIGINAL

Doc# 1234788-001

14. **Return Provisions:**    In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions. Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

    1.    At the time of return when loaded to its rated capacity, each unit shall:

        a.    Start under its own power and idle without water, fuel or oil leaks.

        b.    Move through its normal speed ranges in both forward and reverse;

        c.    Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

        d.    Steer normally right and left in both forward and reverse;

        e.    Be able to stop with its service brakes within a safe distance in both forward and reverse;

        f.    Lift, lower and tilt normally;

    2.    Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

    3.    With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

    4.    With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer. With respect to the battery chargers, be capable of maintaining its rated charging capacity.

C.    **TAX BENEFITS**

**Depreciation Deductions:**

    a.    **Depreciation Method:** Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

    b.    **Recovery Period:** 5 years.

    c.    **Basis:** 100% of Capitalized Lessor's Cost.

D.    **TERM AND RENT**

    1.    **Interim Rent.** For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period. Interim Rent shall be due on the Basic Term Commencement Date.

2

Doc# 1234788-001

2.  **Basic Term Rent.** Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.  **Adjustment to Capitalized Lessor's Cost.** Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters. Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above). Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.  **INSURANCE**

1.  Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2.  "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                          LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION,

By: _____             By: _____
Name:                                            Name:  Marsha L. Smith
Title: _____              Title:  Purchasing Senior Buyer
        DAVID L. MOCOL
        V. P. / C. F. O.



firstame\els.788

Doc# 1234788-001

## ANNEX A
## TO
## EQUIPMENT SCHEDULE NO. 788
## TO MASTER LEASE AGREEMENT
## DATED AS OF MAY 1, 1995

ORIGINAL

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Hyster PO#P1S90743 PRD2001A-001 | | Hyster E50XM 5,000 lbs @ 24 LC - Electric With the following: Enhanced Controls – GE EV100 ZX SCR: 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 21 X 7 X 15 Lug Steer Tires: 16 X 5 X 10.5 - Lug Mast: 2 Stage VISTA 131.0" MFH/84" LH/62" FL Carriage: Hook Type 38.5" Sideshift - Mfg Std Forks:42" K-1 98 Freight | 2 | $19,545.00 | $39,090.00 |
| Hyster PO#P1S90743 PRD2001A-002 | | Hyster E50XM 5,000 lbs @ 24 LC - Electric With the following: Enhanced Controls – GE EV100 ZX SCR: 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 21 X 7 X 15 Lug Steer Tires: 16 X 5 X 10.5 - Lug Mast: 2 Stage VISTA 131.0" MFH/84" LH/62" FL Carriage: Hook Type 38.5" Sideshift - Mfg Std Forks:42" K-1 98 Freight | 2 | $19,925.00 | $39,850.00 |

Doc# 1234788-001

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 788
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL Page 2

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Hyster PO#P1S90743 PRD2021A-001 | | Hyster E30XM 3,000 lbs @ 24 LC - Electric With the following: Enhanced Controls Pkg 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 18 X 5 X 12.1 Lug Steer Tires: 14 X 4.5 X 8 Lug Mast: 2 Stage VISTA 129.5" MFH/82" LH/59.5" FL Carriage: Hook Type 36" Sideshift - Mfg Std Forks:42" K-1 98 Operator Fan Freight | 1 | $17,470.00 | $17,470.00 |
| Hyster PO#P1S90743 PRD2021A-002 | | Hyster E65XM 6,500 lbs @ 24 LC - Electric With the following: Enhanced Controls - GE EV100 ZX SCR: 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 21 X 8 X 15 Smooth Steer Tires: 16 X 6 X 10.5 Smooth Mast: 2 Stage VISTA 126.5" MFH/84" LH/58.5" FL Carriage: Hook Type 38.5" Sideshift - Mfg Std Forks:42" K-1 98 Operator Fan Freight | 1 | $21,705.00 | $21,705.00 |



Doc# 1234788-001
ORIGINAL
Page 3

## ANNEX A
### TO
### EQUIPMENT SCHEDULE NO. 788
### TO MASTER LEASE AGREEMENT
### DATED AS OF MAY 1, 1995

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer Equipment Location: | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Hyster PO#P1S90743 PRD2024A-001 | | Hyster E30XM 3,000 lbs @ 24 LC - Electric With the following: Enhanced Controls Pkg 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 18 X 6 X 12.1 Lug Steer Tires: 14 X 4.5 X 8 Lug Mast: 2 Stage VISTA 129.5" MFH/82" LH/59.5" FL Carriage: Hook Type 36" Sideshift - Mfg Std Forks:42" K-1 98 Operator Fan Freight | 1 | $17,470.00 | $17,470.00 |
| Hyster PO#P1S90743 PRD2024A-002 | | Hyster E45XM 4,500 lbs @ 24 LC - Electric With the following: Enhanced Controls - GE EV100 ZX SCR: 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 21 X 7 X 15  Smooth Steer Tires: 16 X 5 X 10.5 Polyurethane Mast: 2 Stage VISTA 131.0" MFH/84" LH/62" FL Carriage: Hook Type 38.5" Sideshift - Mfg Std Forks:42" K-1 98 Freight | 7 | $19,625.00 | $137,375.00 |

**TOTAL EQUIPMENT COST:**                                   $272,960.00

Initial
Lessor    Lessee

Doc# 1234788-001

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 788
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

CERTIFICATE NO. 1 OF _____

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Hyster PO#P1S90743 PRD2001A-002 | F108V12382V F108V12383V | Hyster E50XM 5,000 lbs @ 24 LC - Electric With the following: Enhanced Controls - GE EV100 ZX SCR: 38 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 21 X 7 X 15 Lug Steer Tires: 16 X 5 X 10.5 - Lug Mast: 2 Stage VISTA 131.0" MFH/84" LH/62" FL Carriage: Hook Type 38.5" Sideshift - Mfg Std Forks:42" K-1 98 Freight | 2 | $19,925.00 | $39,850.00 |

TOTAL EQUIPMENT COST:                                    $39,850.00

LESSEE:
GENERAL MOTORS CORPORATION

By: _Marsha L. Smith_
Authorized Representative
Name: Marsha L. Smith
Title: Purchasing Senior Buyer

Date: _4-30-98_

firstame\ets.788

Doc #1234788-002

### ANNEX C
### TO
### EQUIPMENT SCHEDULE NO. 788
### TO MASTER LEASE AGREEMENT
### DATED AS OF MAY 1, 1995

# ORIGINAL

## CERTIFICATE NO. 2 OF _____

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Hyster PO#P1S90743 PRD2021A-001 | D114V03087V | Hyster E30XM 3,000 lbs @ 24 LC - Electric With the following: Enhanced Controls Pkg 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 18 X 5 X 12.1Lug Steer Tires: 14 X 4.5 X 8 Lug Mast: 2 Stage VISTA 129.5" MFH/82" LH/59.5" FL Carriage: Hook Type 36" Sideshift - Mfg Std Forks:42" K-1 98 Operator Fan Freight | 1 | $17,470.00 | $17,470.00 |

Doc #1234788-002
Page 2

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 788

ORIGINAL

CERTIFICATE NO. 2 OF _____

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Hyster PO#P1S90743 PRD2024A-001 | D114V03088V | Hyster E30XM 3,000 lbs @ 24 LC - Electric With the following: Enhanced Controls Pkg 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 18 X 6 X 12.1Lug Steer Tires: 14 X 4.5 X 8 Lug Mast: 2 Stage VISTA 129.5" MFH/82" LH/59.5" FL Carriage: Hook Type 36" Sideshift - Mfg Std Forks:42" K-1 98 Operator Fan Freight | 1 | $17,470.00 | $17,470.00 |
| Hyster PO#P1S90743 PRD2024A-002 | ~~F1T08V12548V~~ ~~F188V12560V~~ ~~F198V12551V~~ ~~F109V12552V~~ ~~F188V12573V~~ ~~F108V57474V~~ | Hyster E45XM 4,500 lbs @ 24 LC - Electric With the following: Enhanced Controls - GE EV100 ZX SCR: 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 21 X 7 X 15  Smooth Steer Tires: 16 X 5 X 10.5 Polyurethane Mast: 2 Stage VISTA 131.0" MFH/84" LH/62" FL Carriage: Hook Type 38.5" Sideshift - Mfg Std Forks:42" K-1 98 Freight | 6 | $19,625.00 | $117,750.00 |
| | | TOTAL EQUIPMENT COST: | | | $152,690.00 |

LESSEE:
GENERAL MOTORS CORPORATION

By: _Marsha L. Smith_

Authorized Representative

Name: Marsha L. Smith

Title: Purchasing Senior Buyer

Date: 5-21-98

firstame\els.788

Doc #1234786-003

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 788
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

# ORIGINAL

### CERTIFICATE NO. 3 OF 3

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer Equipment Location: | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Hyster PO#P1S90743 PRD2001A-001 | F108V12571V F108V12572V | Hyster E50XM 5,000 lbs @ 24 LC - Electric With the following: Enhanced Controls - GE EV100 ZX SCR: 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 21 X 7 X 15 Lug Steer Tires: 16 X 5 X 10.5 - Lug Mast: 2 Stage VISTA 131.0" MPH/84" LH/62" FL Carriage: Hook Type 38.5" Sideshift - Mfg Std Forks:42" K-1 98 Freight | 2 | $19,545.00 | $39,090.00 |

Doc #1234788-003
Page 2

ORIGINAL

## ANNEX C
## TO
## EQUIPMENT SCHEDULE NO. 788

### CERTIFICATE NO. 3 OF 3

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer Equipment Location: | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Hyster PO#P1S90743 PRD2021A-002 | F108V12590V | Hyster E65XM 6,500 lbs @ 24 LC - Electric With the following: Enhanced Controls - GE EV100 ZX SCR: 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 21 X 8 X 15 Smooth Steer Tires: 16 X 6 X 10.5 Smooth Mast: 2 Stage VISTA 126.5" MFH/84" LH/58.5" FL Carriage: Hook Type 38.5" Sideshift - Mfg Std Forks:42" K-1 98 Operator Fan Freight | 1 | $21,705.00 | $21,705.00 |
| Hyster PO#P1S90743 PRD2024A-002 | F108V12575V | Hyster E45XM 4,500 lbs @ 24 LC - Electric With the following: Enhanced Controls - GE EV100 ZX SCR: 36 Volt Lever Direction Control SCR Hydraulics Battery Discharge Indicator with Lift Interrupt Seat Actuated and Manual Brake Drive Tires: 21 X 7 X 15  Smooth Steer Tires: 16 X 5 X 10.5 Polyurethane Mast: 2 Stage VISTA 131.0" MFH/84" LH/62" FL Carriage: Hook Type 38.5" Sideshift - Mfg Std Forks:42" K-1 98 Freight | 1 | $19,625.00 | $19,625.00 |

TOTAL EQUIPMENT COST:                         $80,420.00

LESSEE:
GENERAL MOTORS CORPORATION

By: _Marsha L Smith_
    Authorized Representative
Name:   Marsha L. Smith
Title:    Purchasing Senior Buyer

Date:   6-10-98

firstame\eis 788

Doc# 1234788-001

ORIGINAL

ANNEX D
TO
EQUIPMENT SCHEDULE NO. 788
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 115% |
| 2 | 114% |
| 3 | 113% |
| 4 | 112% |
| 5 | 111% |
| 6 | 111% |
| 7 | 110% |
| 8 | 110% |
| 9 | 109% |
| 10 | 108% |
| 11 | 108% |
| 12 | 107% |
| 13 | 106% |
| 14 | 105% |
| 15 | 105% |
| 16 | 104% |
| 17 | 103% |
| 18 | 103% |
| 19 | 102% |
| 20 | 101% |
| 21 | 101% |
| 22 | 100% |
| 23 | 99% |
| 24 | 98% |
| 25 | 93% |
| 26 | 98% |
| 27 | 96% |
| 28 | 95% |
| 29 | 94% |
| 30 | 94% |
| 31 | 93% |
| 32 | 92% |
| 33 | 91% |
| 34 | 90% |

firstame\els.788

Doc# 1234788-001

| | |
|---|---|
| 35 | 90% |
| 36 | 89% |
| 37 | 88% |
| 38 | 87% |
| 39 | 86% |
| 40 | 85% |
| 41 | 85% |
| 42 | 84% |
| 43 | 83% |
| 44 | 82% |
| 45 | 81% |
| 46 | 80% |
| 47 | 79% |
| 48 | 78% |
| 49 | 77% |
| 50 | 76% |
| 51 | 76% |
| 52 | 74% |
| 53 | 73% |
| 54 | 72% |
| 55 | 71% |
| 56 | 70% |
| 57 | 70% |
| 58 | 68% |
| 59 | 67% |
| 60 | 67% |

ORIGINAL

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables. In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials:     Lessor     Lessee

# EQUIPMENT SCHEDULE NO. 806

756MCO Q 30601R2

### RENEWAL NO. 2
For
Equipment Schedule No. 806
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 806 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.  Equipment:                          Equipment subject to Equipment Schedule No. 806, as further described on the
                                        Attached Annex A (the "Renewal Equipment")

B.  Financial Terms

    1.  Capitalized Lessor's Cost:      $151,775.00

    2.  Equipment Location:             General Motors Corporation
                                        Delphi Automotive Systems
                                        Energy & Engine Management
                                        Dock 64/65
                                        1000 Lexington Avenue
                                        Rochester, NY 14606

    3.  Renewal Term Lease Rate Factor/Dollars:   0.97%  /  $1,472.52

    4.  Renewal Term (Number of Months):   12

    5.  Renewal Term Commencement Date:    February 1, 2005

    6.  Renewal Term Termination Date:     The date the Lessee returns the items of Renewal Equipment to
                                           Lessor in the condition required by the Lease upon not less
                                           than 90 days prior written notice, but in no event earlier than
                                           January 31, 2006.

C.  Term and Rent

    1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

| CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., As Assignee of First American Capital Management Group, Inc. ("Lessor") | General Motors Corporation ("Lessee") |
|---|---|
| By: | By: |
| Name: **Vasco H. Morais, Esq.** | Name:   John Jarrett |
| Title: Senior Vice President | Title:   Purchasing Manager |
| | Federal I.D. Number: 38-0572515 |

ANNEX A
To Renewal No. 2
For
Equipment Schedule No. 806
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**Equipment Location:**
General Motors Corporation
Delphi Automotive Systems
Energy & Engine Management
Dock 64/65
1000 Lexington Avenue
Rochester, NY 14606

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| Hyster | C098D04375V | Hyster E80XL2 | 5 | $30,355.00 | $151,775.00 |
| | C098D04376V | | | | |
| | C098D04382V | | | | |
| | C098D04392V | | | | |
| | C098D04393V | | | | |

º    See Original Schedule 806 Annex A for detailed description of equipment.

TOTAL EQUIPMENT COST:                    $151,775.00

**Initials:**

_Lessor_

_Lessee_

RENEWAL NO. 1
For
Equipment Schedule No. 806
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 806 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.   Equipment:                    Equipment subject to Equipment Schedule No. 806, as further described on the
                                   Attached Annex A (the "Renewal Equipment")

B.   Financial Terms

     1.  Capitalized Lessor's Cost:     $151,775.00

     2.  Equipment Location:            General Motors Corporation
                                        Delphi Automotive Systems
                                        Energy & Engine Management
                                        Dock 64/65
                                        1000 Lexington Avenue
                                        Rochester, NY 14606

     3.  Renewal Term Lease Rate Factor/Dollars:     1.2936% / $1,963.36

     4.  Renewal Term (Number of Months):            12

     5.  Renewal Term Commencement Date:             November 1, 2003

     6.  Renewal Term Termination Date:              The date the Lessee returns the items of Renewal Equipment to
                                                     Lessor in the condition required by the Lease upon not less
                                                     than 90 days prior written notice, but in no event earlier than
                                                     October 31, 2004.

C.   Term and Rent

     1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter
         (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the
         Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding
or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and
Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc.,     General Motors Corporation
As Assignee of First American Capital Management Group, Inc.
("Lessor")                                                               ("Lessee")

By:  _____                                     By:  _____

Name:  _____Vasco H. Morais, Esq._____                                Name:   John Jarrett

Title:  _____Senior Vice President_____                            Title:   Purchasing Manager

                                                                         Federal I.D. Number: 38-0572515

ORIGINAL

ANNEX A
To Renewal No. 1
For
Equipment Schedule No. 806
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

Equipment Location:
General Motors Corporation
Delphi Automotive Systems
Energy & Engine Management
Dock 64/65
1000 Lexington Avenue
Rochester, NY 14606

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| Hyster | C098D04375V | Hyster E80XL2 | 5 | $30,355.00 | $151,775.00 |
| | C098D04376V | | | | |
| | C098D04382V | | | | |
| | C098D04392V | | | | |
| | C098D04393V | | | | |

•   See Original Schedule 806 Annex A for detailed description of equipment.


TOTAL EQUIPMENT COST:                    $151,775.00

Initials:

_____
Lessor

_____
Lessee

# ORIGINAL

FIRST AMERICAN CAPITAL
MANAGEMENT GROUP, INC.
1600 RAND TOWER
527 MARQUETTE AVE., S.
MINNEAPOLIS, MN 55402

| | |
|---|---|
| INVOICE # | |
| Date Billed | Date Due |
| 12/4/03 | 11/30/03 |
| Period Covered | |
| 11/1/03-11/30/03 | |

GENERAL MOTORS CORPORATION
30009 VAN DYKE AVE
M/C 480-206-216
WARREN, MI 48090-9025

**RENTAL DUE ON LEASE AGREEMENT DATED MAY 1, 1995**
**GENERAL MOTORS LEASE NO. 802**
General Motors Corporation
Delphi Automotive Systems
Energy & Engine Management
Dock 64/65
1000 Lexington Avenue
Rochester, NY 14606

| | SERIAL NUMBER | DESCRIPTION | QTY | MONTHLY RENT |
|---|---|---|---|---|
| Hyster | C098D04375V | Hyster E80XL2 | 5 | $1,963.36 |
| | C098D04376V | | | |
| | C098D04382V | | | |
| | C098D04392V | | | |
| | C098D04393V | | | |

* See Original Schedule 806 Annex A for detailed description of equipment.

Remit to:
**FIRST AMERICAN CAPITAL**
**MANAGEMENT GROUP, INC.**
**CORPORATE TRUST DEPT. (32137)**
**P.O. BOX 30007**
**SALT LAKE CITY, UT 84130**

ORIGINAL

Doc# 1234806-001

EQUIPMENT SCHEDULE
NO. 806
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement", said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $151,776.00

3.    Basic Term Lease Rate Factor: 1.617%

4.    Daily Lease Rate Factor: 0.0539%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement Date occurs for all the Equipment described herein.

7.    Equipment Location: General Motors Corporation
Delphi Automotive Systems
Energy & Engine Management
Dock 64/65
1000 Lexington Avenmue
Rochester, NY 14606

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Hyster Company

10.    Last Delivery Date: _____.

11.    Termination Date: The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this Lease.

12.    Purchase Option: Fair Market Value.

13.    Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule has not previously been terminated, the Lessee shall have the right at its option, upon not less than 90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and Lessor.

ORIGINAL

Doc# 1234806-001

14. <u>Return Provisions</u>:    In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions. Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

1. At the time of return when loaded to its rated capacity, each unit shall:

   a.  Start under its own power and idle without water, fuel or oil leaks.

   b.  Move through its normal speed ranges in both forward and reverse;

   c.  Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

   d.  Steer normally right and left in both forward and reverse;

   e.  Be able to stop with its service brakes within a safe distance in both forward and reverse;

   f.  Lift, lower and tilt normally;

2. Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

3. With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

4. With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer. With respect to the battery chargers, be capable of maintaining its rated charging capacity.

C.   TAX BENEFITS

<u>Depreciation Deductions</u>:

a.   <u>Depreciation Method</u>: Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.   <u>Recovery Period</u>: 5 years.

c.   <u>Basis</u>: 100% of Capitalized Lessor's Cost.

D.   TERM AND RENT

1.   <u>Interim Rent</u>. For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period. Interim Rent shall be due on the Basic Term Commencement Date.

2

ORIGINAL

Doc# 1234806-001

2.  <u>Basic Term Rent</u>. Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay us rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.  <u>Adjustment to Capitalized Lessor's Cost</u>. Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters. Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above). Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1.  Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2.  "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                              LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION,

By: _____                 By: _____
Name: _____                 Name:  Marsha L. Smith
Title: _____                 Title:    Purchasing Senior Buyer

firstame\eis 806

ORIGINAL

Doc# 1234806-001

## ANNEX A
## TO
## EQUIPMENT SCHEDULE NO. 806
## TO MASTER LEASE AGREEMENT
## DATED AS OF MAY 1, 1995

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Automotive Systems Energy & Engine Management Dock 84/65 1000 Lexington Avenmue Rochester, NY 14606 | | | | | |
| Hyster PO#RPS68626 PR043941-001 | | Hyster E80XL2 8,000 lbs @ 24" LC - Electric With the following: AS Control Package - GE EV200 LX SCR 36 Volt Lever Direction Control Contactor Hydraulics Seat Actuated & Manual Brake Battery Discharge Indicator w/Lift Interrupt - MFG STD Drive Tires: 22 x 9 x 16 Smooth Steer Tires: 18 x 7 x 12.1 Smooth Mast: 3 Stage Vista 172" MFH/83.5" LH/51.5" FL Carriage: Hook Type 48" 4-Way Hydraulic Control Valve 4-Way Hydraulic Hose Group Sideshift - MFG STD Forks: 42" MFG STD Freight | 5 | $30,355.00 | $151,775.00 |

**TOTAL EQUIPMENT COST:**                                                        $151,775.00

Initials: _____
Lessor   Lessee

Doc# 1234806-001

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 806
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Automotive Systems Energy & Engine Management Dock 64/65 1000 Lexington Avenmue Rochester, NY 14606 | | | | | |
| Hyster PO#RPS68626 PR043941-001 | C098D04375V C098D04376V C098D04382V C098D04392V C098D04393V | Hyster E80XL2 8,000 lbs @ 24" LC - Electric With the following: AS Control Package - GE EV200 LX SCR     36 Volt Lever Direction Control Contactor Hydraulics Seat Actuated & Manual Brake Battery Discharge Indicator w/Lift Interrupt - MFG STD Drive Tires: 22 x 9 x 16 Smooth Steer Tires: 18 x 7 x 12.1 Smooth Mast: 3 Stage Vista 172" MFH/83.5" LH/51.5" FL Carriage: Hook Type 48" 4-Way Hydraulic Control Valve 4-Way Hydraulic Hose Group Sideshift - MFG STD Forks: 42" MFG STD Freight | 5 | $30,355.00 | $151,775.00 |

TOTAL EQUIPMENT COST:                                                                 $151,775.00

LESSEE:
GENERAL MOTORS CORPORATION

By: _Marsha L Smith_

Authorized Representative
Name:    Marsha L. Smith
Title:    Purchasing Senior Buyer

Date:    _6-1-98_

Doc# 1234806-001

ANNEX D
TO
EQUIPMENT SCHEDULE NO. 806
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 115% |
| 2 | 114% |
| 3 | 113% |
| 4 | 112% |
| 5 | 111% |
| 6 | 111% |
| 7 | 110% |
| 8 | 110% |
| 9 | 109% |
| 10 | 108% |
| 11 | 108% |
| 12 | 107% |
| 13 | 106% |
| 14 | 105% |
| 15 | 105% |
| 16 | 104% |
| 17 | 103% |
| 18 | 103% |
| 19 | 102% |
| 20 | 101% |
| 21 | 101% |
| 22 | 100% |
| 23 | 99% |
| 24 | 98% |
| 25 | 93% |
| 26 | 98% |
| 27 | 96% |
| 28 | 95% |
| 29 | 94% |
| 30 | 94% |
| 31 | 93% |
| 32 | 92% |
| 33 | 91% |

firstame\eis 806

Doc# 1234806-001

| | |
|---|---|
| 34 | 90% |
| 35 | 90% |
| 36 | 89% |
| 37 | 88% |
| 38 | 87% |
| 39 | 86% |
| 40 | 85% |
| 41 | 85% |
| 42 | 84% |
| 43 | 83% |
| 44 | 82% |
| 45 | 81% |
| 46 | 80% |
| 47 | 79% |
| 48 | 78% |
| 49 | 77% |
| 50 | 76% |
| 51 | 76% |
| 52 | 74% |
| 53 | 73% |
| 54 | 72% |
| 55 | 71% |
| 56 | 70% |
| 57 | 70% |
| 58 | 68% |
| 59 | 67% |
| 60 | 67% |

ORIGINAL

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.  In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials:

Lessor          Lessee

# EQUIPMENT SCHEDULE NO. 815

356MC008/502R1A

## RENEWAL NO. 1
### For
### Equipment Schedule No. 815
### To Master Lease Agreement dated as of May 1, 1995
### Between
### General Motors Corporation ("Lessee")
### And
### CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
### Of
### First American Capital Management Group, Inc. ("Lessor")

*******************************************************************************

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 815 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.  Equipment:                           Equipment subject to Equipment Schedule No. 815, as further described on the Attached Annex A (the "Renewal Equipment")

B.  Financial Terms

   1.  Capitalized Lessor's Cost:        $314,583.00

   2.  Equipment Location:              General Motors Corporation
                                        Delphi Packard Electric
                                        Receiving Dock Plant 13
                                        1265 North River Road
                                        Warren, OH 44483

   3.  Renewal Term Lease Rate Factor/Dollars:    1.051% / $3,306.42

   4.  Renewal Term (Number of Months):    24

   5.  Renewal Term Commencement Date:    April 1, 2005

   6.  Renewal Term Termination Date:    The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than March 31, 2007.

C.  Term and Rent

   1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc.,    General Motors Corporation
As Assignee of First American Capital Management Group, Inc.
("Lessor")                                            ("Lessee")

By: _____                        By: _____

Name: __Vasco H. Morais, Esq.__                      Name:  John Jarrett

Title: _____Senior Vice President_____                Title:  Purchasing Manager

                                                  Federal I.D. Number: 38-0572515

ATEL LEGAL DEPARTMENT
   APPROVED
   AS TO FORM

   BY: _____

**ANNEX A**
To Renewal No. 1
For
Equipment Schedule No. 815
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**Equipment Location:**
General Motors Corporation
Delphi Packard Electric
Receiving Dock Plant 13
1205 North River Road
Warren, OH 44483

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| Crown | 1A194014 | Crown Lift Truck | 8 | $17,868.00 | $142,944.00 |
| | 1A194027 | Model RC3020 | | | |
| | 1A194039 | | | | |
| | 1A194042 | | | | |
| | 1A194044 | | | | |
| | 1A194049 | | | | |
| | 1A194052 | | | | |
| | 1A194056 | | | | |
| Crown | | Crown Lift Truck | 13 | $13,203.00 | $171,639.00 |
| | 6A158841 | Model 30WRTF | | | |
| | 6A158891 | | | | |
| | 6A158895 | | | | |
| | 6A159021 | | | | |
| | 6A159070 | | | | |
| | 6A159071 | | | | |
| | 6A159113 | | | | |
| | 6A159116 | | | | |
| | 6A159156 | | | | |
| | 6A159157 | | | | |
| | 6A159158 | | | | |
| | 6A159159 | | | | |
| | 6A159160 | | | | |

●   See Original Schedule 815 Annex A for detailed description of equipment.

TOTAL EQUIPMENT COST:          $314,583.00

Initials:

Lessor

Lessee

ATEL LEGAL DEPARTMENT
APPROVED
AS TO FORM

BY:

ORIGINAL

Doc# 1234815-001

EQUIPMENT SCHEDULE
NO. 815
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

756NCO08/501

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1800 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement", said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $455,943.00

3.    Basic Term Lease Rate Factor: 1.617%

4.    Daily Lease Rate Factor: 0.539%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement Date occurs for all the Equipment described herein.

7.    Equipment Location:   General Motors Corporation
                            Delphi Packard Electric
                            Receiving Dock Plant 13
                            1265 North River Road
                            Warren, OH 44483

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Fallsway Equipment Company

10.   Last Delivery Date: _____

11.   Termination Date: The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this Lease.

12.   Purchase Option: Fair Market Value.

13.   Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule has not previously been terminated, the Lessee shall have the right at its option, upon not less than 90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and Lessor.

ORIGINAL

Doc# 1234816-001

14.    Return Provisions:    In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions. Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

1.    At the time of return when loaded to its rated capacity, each unit shall:

a.    Start under its own power and idle without water, fuel or oil leaks.

b.    Move through its normal speed ranges in both forward and reverse;

c.    Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

d.    Steer normally right and left in both forward and reverse;

e.    Be able to stop with its service brakes within a safe distance in both forward and reverse;

f.    Lift, lower and tilt normally;

2.    Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

3.    With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

4.    With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer. With respect to the battery chargers, be capable of maintaining its rated charging capacity.

C.    TAX BENEFITS

Depreciation Deductions:

a.    Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.    Recovery Period:  5 years.

c.    Basis:  100% of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.    Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term Commencement Date.

firstame·e·s 3·5

ORIGINAL

Doc# 1234815-001

2.  <u>Basic Term Rent</u>.  Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.  <u>Adjustment to Capitalized Lessor's Cost</u>.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters.  Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1.  Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2.  "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                          LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION.

By:                                              By: _Marsha L. Smith_
Name:                                            Name:  Marsha L. Smith
Title:                                           Title:   Purchasing Senior Buyer

3

ORIGINAL
Doc# 1234815-001

## ANNEX A
## TO
## EQUIPMENT SCHEDULE NO. 815
## TO MASTER LEASE AGREEMENT
## DATED AS OF MAY 1, 1995

| Supplier/ Manufacturer | Serial Numbers | DESCRIPTION OF EQUIPMENT Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Fallsway Equipment Co. PO#P1S89489 PRD2029A-001 | | Crown Lift Truck Forklift Model RC3020 With the following: 36 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 3 Stage FFL 190/83/35 Sideshifter Forks: 42" Lenght Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Emergency Power Disconnect Freight | 1 | $17,868.00 | $17,868.00 |
| PRD2029A-002 | | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 5 | $13,203.00 | $66,015.00 |

firstame·e·s ·'·

ORIGINAL

Doc# 1234815-001

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 815
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer Equipment Location: | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| PRD2027A-001 | 6A159019 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 1 | $13,203.00 | $13,203.00 |
| PRD2035A-003 | 6A159020 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 1 | $13,203.00 | $13,203.00 |
| PRD2004A-007 | 6A159021 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 1 | $13,203.00 | $13,203.00 |

ORIGINAL

Doc# 1234815-001

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 815
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| PRD2018A-004 | 6A159070 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 1 | $13,203.00 | 13,203.00 |
| PRD2023A-001 | 1A194049 1A194057 1A194056 1A194014 1A194027 1A194052 1A194042 | Crown Lift Truck Forklift Model RC3020 With the following: 36 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 3 Stage FFL 190/83/35 Sideshifter Forks: 42" Lenght Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Emergency Power Disconnect Freight | 7 | $17,868.00 | $125,076.00 |
| PRD2023A-002 | 6A159071 6A159114 6A159116 6A159158 6A158895 6A158896 6A159160 6A159159 6A159157 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 9 | $13,203.00 | $118,827.00 |

ORIGINAL

Doc# 1234815-001

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 815
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

| Supplier/ Manufacturer | Serial Numbers | DESCRIPTION OF EQUIPMENT Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| PRD2025A-001 | 1A194044 1A194039 | Crown Lift Truck Forklift Model RC3020 With the following: 36 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 3 Stage FFL 190/83/35 Sideshifter Forks: 42" Lenght Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Emergency Power Disconnect Freight | 2 | $17,868.00 | $35,736.00 |
| PRD2025A-002 | 6A159156 6A159115 6A159113 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 3 | $13,203.00 | $39,609.00 |

TOTAL EQUIPMENT COST                               $455,943.00

Initials
Lessor   Lessee

Doc# 1234815-001

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 815
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (II) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Fallsway Equipment Co. PO#P1S89489 PRD2029A-001 | 1A193988 | Crown Lift Truck Forklift Model RC3020 With the following: 36 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 3 Stage FFL 190/83/35 Sideshifter Forks: 42" Lenght Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Emergency Power Disconnect Freight | 1 | $17,868.00 | $17,868.00 |
| PRD2029A-002 | 6A158894 6A158893 6A158892 6A158891 6A158841 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 5 | $13,203.00 | $66,015.00 |

firstame\els.815

ORIGINAL Page 2

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 815
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

| Supplier/ Manufacturer Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | Serial Numbers | DESCRIPTION OF EQUIPMENT Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| PRD2027A-001 | 6A159019 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 1 | $13,203.00 | $13,203.00 |
| PRD2035A-003 | 6A159020 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 1 | $13,203.00 | $13,203.00 |
| PRD2004A-007 | 6A159021 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 1 | $13,203.00 | $13,203.00 |

firstame'e's 3'5

Doc# 1234815-001

ORIGINAL

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 815
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| PRD2018A-004 | 6A159070 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 1 | $13,203.00 | 13,203.00 |
| PRD2023A-001 | 1A194049 1A194057 1A194056 1A194014 1A194027 1A194052 1A194042 | Crown Lift Truck Forklift Model RC3020 With the following: 36 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 3 Stage FFL 190/83/35 Sideshifter Forks: 42" Lenght Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Emergency Power Disconnect Freight | 7 | $17,868.00 | $125,076.00 |
| PRD2023A-002 | 6A159071 6A159114 6A159116 6A159158 6A158895 6A158896 6A159160 6A159159 6A159157 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 2 Stage 30 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 9 | $13,203.00 | $118,827.00 |

Doc# 1234815-001

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 815
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL    Page 4

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| PRD2025A-001 | 1A194044 1A194039 | Crown Lift Truck Forklift Model RC3020 With the following: 36 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 3 Stage FFL 190/83/35 Sideshifter Forks: 42" Lenght Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Emergency Power Disconnect Freight | 2 | $17,868.00 | $35,736.00 |
| PRD2025A-002 | 6A159156 6A159115 6A159113 | Crown Lift Truck Walk/Reach Stacker Model 30WRTF With the following: 24 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 2 Stage 90 WTL 154/95/12 Tilting Fork Carriage with 48" Load Backrest Emergency Power Disconnect Three Speed Forward and Reverse Forks: 42" Length Side and Bottom Tappered Pallet Freight | 3 | $13,203.00 | $39,609.00 |

TOTAL EQUIPMENT COST                    $455,943.00

LESSEE:
GENERAL MOTORS CORPORATION

By: *Marsha L Smith*

Authorized Representative
Name:    Marsha L. Smith
Title:    Purchasing Senior Buyer

Date:    6-12-98

Doc# 1234815-001

ANNEX D
TO
EQUIPMENT SCHEDULE NO. 815
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 115% |
| 2 | 114% |
| 3 | 113% |
| 4 | 112% |
| 5 | 111% |
| 6 | 111% |
| 7 | 110% |
| 8 | 110% |
| 9 | 109% |
| 10 | 108% |
| 11 | 108% |
| 12 | 107% |
| 13 | 106% |
| 14 | 105% |
| 15 | 105% |
| 16 | 104% |
| 17 | 103% |
| 18 | 103% |
| 19 | 102% |
| 20 | 101% |
| 21 | 101% |
| 22 | 100% |
| 23 | 99% |
| 24 | 98% |
| 25 | 93% |
| 26 | 98% |
| 27 | 96% |
| 28 | 95% |
| 29 | 94% |
| 30 | 94% |
| 31 | 93% |
| 32 | 92% |
| 33 | 91% |
| 34 | 90% |
| 35 | 90% |
| 36 | 89% |

Doc# 1234815-001

ORIGINAL

| | |
|---|---|
| 37 | 88% |
| 38 | 87% |
| 39 | 86% |
| 40 | 85% |
| 41 | 85% |
| 42 | 84% |
| 43 | 83% |
| 44 | 82% |
| 45 | 81% |
| 46 | 80% |
| 47 | 79% |
| 48 | 78% |
| 49 | 77% |
| 50 | 76% |
| 51 | 76% |
| 52 | 74% |
| 53 | 73% |
| 54 | 72% |
| 55 | 71% |
| 56 | 70% |
| 57 | 70% |
| 58 | 68% |
| 59 | 67% |
| 60 | 67% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables. In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials:

Lessor            Lessee

# EQUIPMENT SCHEDULE NO. 775

**RENEWAL NO. 1**
For
Equipment Schedule No. 775
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

75GMCO0775Φ1R1A

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 775 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.    Equipment:                  Equipment subject to Equipment Schedule No. 775, as further described on the
                                  Attached Annex A (the "Renewal Equipment")

B.    Financial Terms

  1.  Capitalized Lessor's Cost:  $17,913.00

  2.  Equipment Location:         General Motors Corporation
                                  Delphi Packard Electric
                                  Receiving Dock Plant 13
                                  1265 North River Road
                                  Warren, OH 44483

  3.  Renewal Term Lease Rate Factor/Dollars:   1.051% / $188.27

  4.  Renewal Term (Number of Months):          24

  5.  Renewal Term Commencement Date:           April 1, 2005

  6.  Renewal Term Termination Date:            The date the Lessee returns the items of Renewal Equipment to
                                                Lessor in the condition required by the Lease upon not less
                                                than 90 days prior written notice, but in no event earlier than
                                                March 31, 2007.

C.    Term and Rent

  1.  Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc.,    General Motors Corporation
As Assignee of First American Capital Management Group, Inc.
("Lessor")                                                              ("Lessee")

By: _____                                          By: _____

Name: _____Vasco H. Morais, Esq._____                                  Name:    John Jarrett

Title: _____Senior Vice President_____                           Title:    Purchasing Manager

                ATEL LEGAL DEPARTMENT                                   Federal I.D. Number: 38-0572515
                APPROVED
                AS TO FORM

                BY: _____

ANNEX A
To Renewal No. 1
For
Equipment Schedule No. 775
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**Equipment Location:**
General Motors Corporation
Delphi Packard Electric
Receiving Dock Plant 13
1265 North River Road
Warren, OH 44483

|  | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| Crown | 1A193579 | Crown Model 3020-30 Forklift Truck | 1 | $17,913.00 | $17,913.00 |

\* See Original Schedule 775 Annex A for detailed description of equipment.

TOTAL EQUIPMENT COST:                    $17,913.00

Initials:

Lessor

Lessee

ATEL LEGAL DEPARTMENT
APPROVED
AS TO FORM

BY:

Doc# 1234775-001

EQUIPMENT SCHEDULE
NO. 775
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement", said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $17,913.00

3.    Basic Term Lease Rate Factor: 1.617%

4.    Daily Lease Rate Factor: 0.0539%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement Date occurs for all the Equipment described herein.

7.    Equipment Location:    General Motors Corporation
                                        Delphi Packard Electric
                                        Receiving Dock Plant 13
                                        1265 North River Road
                                        Warren, OH 44483

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Fallsway Equipment Company

10.   Last Delivery Date: _____.

11.   Termination Date: The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this Lease.

12.   Purchase Option: Fair Market Value.

13.   Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule has not previously been terminated, the Lessee shall have the right at its option, upon not less than 90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and Lessor.

firstame\els.775

1

Doc# 1234775-001

14.  Return Provisions:   In furtherance, and not in limitation of, the use, maintenance and return
conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to
return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease
and in compliance with the following special return conditions.  Lessor or its agent shall conduct a
preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease
to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable
for the Equipment unless and until it is returned to Lessor as specified below.

1.  At the time of return when loaded to its rated capacity, each unit shall:

a.  Start under its own power and idle without water, fuel or oil leaks.

b.  Move through its normal speed ranges in both forward and reverse;

c.  Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in
a clean condition, free of material rust and corrosion that would impede the normal operation
of the units;

d.  Steer normally right and left in both forward and reverse;

e.  Be able to stop with its service brakes within a safe distance in both forward and reverse;

f.  Lift, lower and tilt normally;

2.  Be complete with no missing or damaged parts and have all components able to perform the
function for which they were designed in accordance with the manufacturer's recommended
specifications;

3.  With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50%
and there shall be no damage to any individual tire that precludes normal usage.

4.  With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the
rated voltage charge and amp hours as when originally delivered and originally specified by the
manufacturer.  With respect to the battery chargers, be capable of maintaining its rated charging
capacity.

C.  TAX BENEFITS

Depreciation Deductions:

a.  Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight
line method for the first (1st) taxable year for which using the straight line method with respect to the
adjusted basis as of the beginning of such year will yield a larger allowance.

b.  Recovery Period:  5 years.

c.  Basis:  100% of Capitalized Lessor's Cost.

D.  TERM AND RENT

1.  Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term
Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of
Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such
unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term
Commencement Date.

Doc# 1234775-001

2.  Basic Term Rent.  Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.  Adjustment to Capitalized Lessor's Cost.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters. Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1.  Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2.  "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                              LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION,

By:                                                  By: _Marsha L. Smith_
Name:                                                Name:  Marsha L. Smith
Title:    DAVID L. MOCOL                             Title:    Purchasing Senior Buyer
          V. P. / C. F. O.

firstame\els.775

3

Doc# 1234775-001

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 775
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Fallsway PO#P1S89447 PRD2009A-001 | | Crown Model 3020-30 Forklift Truck With the following: Basic Capacity: 3,000# @ 24" Load Center Electric Controls: 36 Volt GE EV100LXT SCR Battery Discharge Indicator w/Lift Int. (Curtis #933) Mast: 3-Stage FFL 226/95/47 with Tilt Sideshifter: Hydraulic Forks: 42" x 1.5" x 4" Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Directional Forward Steering Emergency Power Disconnect Power Steering | 1 | $17,913.00 | $17,913.00 |

TOTAL EQUIPMENT COST:                           $17,913.00

Initials  Lessor    Lessee

Doc# 1234775-001

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 775
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

To:  FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Fallsway PO#P1S89447 PRD2009A-001 | 1A193579 ID No:Y26893PE | Crown Model 3020-30 Forklift Truck With the following: Basic Capacity: 3,000# @ 24" Load Center Electric Controls: 36 Volt GE EV100LXT SCR Battery Discharge Indicator w/Lift Int. (Curtis #933) Mast: 3-Stage FFL 226/95/47 with Tilt Sideshifter: Hydraulic Forks: 42" x 1.5" x 4" Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Directional Forward Steering Emergency Power Disconnect Power Steering | 1 | $17,913.00 | $17,913.00 |

TOTAL EQUIPMENT COST:                                    $17,913.00

LESSEE:
GENERAL MOTORS CORPORATION

By:        _Marsha L. Smith_

Authorized Representative
Name:    Marsha L. Smith
Title:    Purchasing Senior Buyer

Date:    4-29-98

Doc# 1234775-001

## ANNEX D
## TO
### EQUIPMENT SCHEDULE NO. 775
### TO MASTER LEASE AGREEMENT
### DATED AS OF MAY 1, 1995



### STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 115% |
| 2 | 114% |
| 3 | 113% |
| 4 | 112% |
| 5 | 111% |
| 6 | 111% |
| 7 | 110% |
| 8 | 110% |
| 9 | 109% |
| 10 | 108% |
| 11 | 108% |
| 12 | 107% |
| 13 | 106% |
| 14 | 105% |
| 15 | 105% |
| 16 | 104% |
| 17 | 103% |
| 18 | 103% |
| 19 | 102% |
| 20 | 101% |
| 21 | 101% |
| 22 | 100% |
| 23 | 99% |
| 24 | 98% |
| 25 | 93% |
| 26 | 98% |
| 27 | 96% |
| 28 | 95% |
| 29 | 94% |
| 30 | 94% |
| 31 | 93% |
| 32 | 92% |
| 33 | 91% |
| 34 | 90% |
| 35 | 90% |
| 36 | 89% |

Doc# 1234775-001

| | |
|---|---|
| 37 | 88%- |
| 38 | 87% |
| 39 | 86% |
| 40 | 85% |
| 41 | 85% |
| 42 | 84% |
| 43 | 83% |
| 44 | 82% |
| 45 | 81% |
| 46 | 80% |
| 47 | 79% |
| 48 | 78% |
| 49 | 77% |
| 50 | 76% |
| 51 | 76% |
| 52 | 74% |
| 53 | 73% |
| 54 | 72% |
| 55 | 71% |
| 56 | 70% |
| 57 | 70% |
| 58 | 68% |
| 59 | 67% |
| 60 | 67% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.   In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials:

Lessor           Lessee

# EQUIPMENT SCHEDULE NO. 816

ORIGINAL

Doc# 1234516-001

EQUIPMENT SCHEDULE
NO. 816
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

756MC003/691

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement
identified above ("Agreement", said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on
Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $20,933.00

3.    Basic Term Lease Rate Factor: 1.617%

4.    Daily Lease Rate Factor: 0.539%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement
Date occurs for all the Equipment described herein.

7.    Equipment Location:  General Motors Corporation
Delphi Packard Electric System
Equipment Warehouse
9650 C Railroad Dr.
El Paso, TX 79924

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Fallsway Equipment Company

10.   Last Delivery Date: _____.

11.   Termination Date: The later of (I) the 60th Basic Rent Date or (ii) the last day of any extension of this
Lease.

12.   Purchase Option: Fair Market Value.

13.   Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule
has not previously been terminated, the Lessee shall have the right at its option, upon not less than
90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less
than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested
by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and
Lessor.

firstame\sls 816

1

ORIGINAL

Doc# 1234816-001

14.  <u>Return Provisions</u>:    In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions.  Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

1.  At the time of return when loaded to its rated capacity, each unit shall:

   a.  Start under its own power and idle without water, fuel or oil leaks.

   b.  Move through its normal speed ranges in both forward and reverse;

   c.  Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

   d.  Steer normally right and left in both forward and reverse;

   e.  Be able to stop with its service brakes within a safe distance in both forward and reverse;

   f.  Lift, lower and tilt normally;

2.  Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

3.  With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

4.  With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer.  With respect to the battery chargers, be capable of maintaining its rated charging capacity.

C.  TAX BENEFITS

<u>Depreciation Deductions</u>:

a.  <u>Depreciation Method</u>:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.  <u>Recovery Period</u>:  5 years.

c.  <u>Basis</u>:  100% of Capitalized Lessor's Cost.

D.  TERM AND RENT

1.  <u>Interim Rent</u>.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term Commencement Date.

firstamo\els.816

ORIGINAL

Doc# 1234816-001

2. <u>Basic Term Rent</u>. Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3. <u>Adjustment to Capitalized Lessor's Cost</u>. Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters. Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above). Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.   INSURANCE

1. Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2. "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                               LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION.

By: _____             By: _____
Name: _____             Name:   Marsha L. Smith
Title: _____            Title:   Purchasing Senior Buyer

3

ORIGINAL

Doc# 1234816-001

## ANNEX A
## TO
## EQUIPMENT SCHEDULE NO. 816
## TO MASTER LEASE AGREEMENT
## DATED AS OF MAY 1, 1995

| Supplier/ Manufacturer | Serial Numbers | DESCRIPTION OF EQUIPMENT Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric System Equipment Warehouse 9650 C Railroad Dr. El Paso, TX 79924 | | | | | |
| Fallsway Equipment Co. PO#P1S86768 PRD2010A-002 | | Crown Lift Truck Forklift Model RC3020 With the following: 36 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 3 Stage FFL 154/71/23 Sideshifter Hydraulic Forks: 42" Lenght Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Emergency Power Disconnect Freight | 1 | $20,933.00 | $20,933.00 |

**TOTAL EQUIPMENT COST**                                                                $20,933.00

Initials
Lessor    Lessee

firstame\els 816

UCC# 1234618-001

# ORIGINAL

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 816
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric System Equipment Warehouse 9650 C Railroad Dr. El Paso, TX 79924 | | | | | |
| Fallsway Equipment Co. PO#P1S86768 PRD2010A-002 | 1A191890 | Crown Lift Truck Forklift Model RC3020 With the following: 36 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift interrupt Mast: 3 Stage FFL 154/71/23 Sideshifter Hydraulic Forks: 42" Lenght Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Emergency Power Disconnect Freight | 1 | $20,933.00 | $20,933.00 |

TOTAL EQUIPMENT COST                                    $20,933.00

LESSEE:
GENERAL MOTORS CORPORATION

By:        _Marsha L. Smith_

           Authorized Representative
Name:      Marsha L. Smith
Title:     Purchasing Senior Buyer

Date:      6-8-98

firstame\els 816

ORIGINAL

ANNEX D
TO
EQUIPMENT SCHEDULE NO. 816
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995


STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 115% |
| 2 | 114% |
| 3 | 113% |
| 4 | 112% |
| 5 | 111% |
| 6 | 111% |
| 7 | 110% |
| 8 | 110% |
| 9 | 109% |
| 10 | 108% |
| 11 | 108% |
| 12 | 107% |
| 13 | 106% |
| 14 | 105% |
| 15 | 105% |
| 16 | 104% |
| 17 | 103% |
| 18 | 103% |
| 19 | 102% |
| 20 | 101% |
| 21 | 101% |
| 22 | 100% |
| 23 | 99% |
| 24 | 98% |
| 25 | 93% |
| 26 | 98% |
| 27 | 96% |
| 28 | 95% |
| 29 | 94% |
| 30 | 94% |
| 31 | 93% |
| 32 | 92% |
| 33 | 91% |
| 34 | 90% |
| 35 | 90% |
| 36 | 89% |

UCC# 1234816-001

ORIGINAL

| | |
|---|---|
| 37 | 88% |
| 38 | 87% |
| 39 | 86% |
| 40 | 85% |
| 41 | 85% |
| 42 | 84% |
| 43 | 83% |
| 44 | 82% |
| 45 | 81% |
| 46 | 80% |
| 47 | 79% |
| 48 | 78% |
| 49 | 77% |
| 50 | 76% |
| 51 | 76% |
| 52 | 74% |
| 53 | 73% |
| 54 | 72% |
| 55 | 71% |
| 56 | 70% |
| 57 | 70% |
| 58 | 68% |
| 59 | 67% |
| 60 | 67% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.  In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials:

Lessor          Lessee

# EQUIPMENT SCHEDULE NO. 819

RENEWAL NO. 1    756MC0081901-R1
For
Equipment Schedule No. 819
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 819 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.    Equipment:    Equipment subject to Equipment Schedule No. 819, as further described on the Attached Annex A (the "Renewal Equipment")

B.    Financial Terms

    1.    Capitalized Lessor's Cost:    $28,796.00

    2.    Equipment Location:    General Motors Corporation
Delphi Interior & Lighting
Delphi I -- Vandalia Plant
250 Northwoods Blvd.
Bldg 48 Receiving
Vandalia, OH 45377

    3.    Renewal Term Lease Rate Factor/Dollars:    1.2935% / $372.50

    4.    Renewal Term (Number of Months):    12

    5.    Renewal Term Commencement Date:    October 1, 2004

    6.    Renewal Term Termination Date:    The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than September 30, 2005.

C.    Term and Rent

    1.    Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc.,    General Motors Corporation
As Assignee of First American Capital Management Group, Inc.
("Lessor")    ("Lessee")

By:    _Vasco Morais_    By:    _John W. Jarrett_

Name:    Vasco H. Morais, Esq.    Name:    ~~Harold Brown~~ John W. Jarrett

Title:    Senior Vice President    Title:    Purchasing Agent

Federal I.D. Number: 38-0572515

ATEL LEGAL DEPARTMENT
APPROVED
AS TO FORM

ANNEX A
To Renewal No. 1
For
Equipment Schedule No. 819
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Equipment Location:**
General Motors Corporation
Delphi Interior & Lighting
Delphi I – Vandalia Plant
250 Northwoods Blvd,
Bldg 48 Receiving
Vandalia, OH 45377

|  | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| Hyster | A455N01522V | Hyster W30XTR | 1 | $15,003.00 | $15,003.00 |
| Hyster | A455N01521V | Hyster W30XTR | 1 | $13,793.00 | $13,793.00 |

• See Original Schedule 819 Annex C for detailed description of equipment.


TOTAL EQUIPMENT COST:                    $28,796.00


Initials:

Lessor

Lessee

ORIGINAL

Doc# 1234819-001

EQUIPMENT SCHEDULE
NO. 819
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement
identified above ("Agreement", said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on
Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $28,796.00

3.    Basic Term Lease Rate Factor: 1.617%

4.    Daily Lease Rate Factor: 0.0539%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement
Date occurs for all the Equipment described herein.

7.    Equipment Location: General Motors Corporation
Delphi Interior & Lighting
Delphi I - Vandalia Plant
250 Northwoods Blvd.
Bldg 48 Receiving
Vandalia, OH 45377

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Hyster Company

10.    Last Delivery Date: _____.

11.    Termination Date: The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this
Lease.

12.    Purchase Option: Fair Market Value.

13.    Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule
has not previously been terminated, the Lessee shall have the right at its option, upon not less than
90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less
than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested
by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and
Lessor.

firstame\els 819

URIGINAL

Doc# 1234819-001

14.   <u>Return Provisions</u>:   In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions.  Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

1.  At the time of return when loaded to its rated capacity, each unit shall:

a.  Start under its own power and idle without water, fuel or oil leaks.

b.  Move through its normal speed ranges in both forward and reverse;

c.  Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

d.  Steer normally right and left in both forward and reverse;

e.  Be able to stop with its service brakes within a safe distance in both forward and reverse;

f.  Lift, lower and tilt normally;

2.  Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

3.  With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

4.  With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer.  With respect to the battery chargers, be capable of maintaining its rated charging capacity.

C.   TAX BENEFITS

<u>Depreciation Deductions</u>:

a.   <u>Depreciation Method</u>:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.   <u>Recovery Period</u>: 5 years.

c.   <u>Basis</u>: 100% of Capitalized Lessor's Cost.

D.   TERM AND RENT

1.   <u>Interim Rent</u>.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term Commencement Date.

URIGINAL

Doc# 1234819-001

2.    <u>Basic Term Rent</u>. Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.    <u>Adjustment to Capitalized Lessor's Cost</u>. Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters. Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above). Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1.    Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2.    "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                          LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION,

By:                                              By: _Marsha L. Smith_
Name:                                            Name: Marsha L. Smith
Title:                                           Title:    Purchasing Senior Buyer

V.P./C.F.O.

3

firstamevers 8-9

CRITICAL

Doc# 1234819-001

## ANNEX A
## TO
## EQUIPMENT SCHEDULE NO. 819
## TO MASTER LEASE AGREEMENT
## DATED AS OF MAY 1, 1995

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Interior & Lighting Delphi I - Vandalia Plant 250 Northwoods Blvd. Bldg 48 Receiving Vandalia, OH 45377 | | | | | |
| Hyster PO#IVS36598 PR1C3521-001 | | Hyster W30XTR 3,000 lbs Walkie Reach Stacker - Electric Counterbalanced Model With the following: 24 Volt Transistor Controls Mast: 2 Stage 111.5" MFH/77" LH/6.5" FL Single Reach Carriage with Sideshift: 32.5" Pin Type Forks: 48" X 1.5" X 4" - MFG STD Load Wheels: 4" X 2.8" Tandem Polyurethane Drive Tires: 10" X 5" Polyurethane Freight | 1 | $15,003.00 | $15,003.00 |
| Hyster PO#IVS36598 PR1C3522-001 | | Hyster W30XTR 3,000 lbs Walkie Reach Stacker - Electric Counterbalanced Model With the following: 24 Volt Transistor Controls Mast: 2 Stage 111.5" MFG/77" LH/6.5" FL Single Reach Carriage Without Sideshift: 32.5" Pin Type Tilt: 4 Forward/8 Back Forks: 42" X 1.5" X 4" - MFG STD Load Wheels: 4" X 2.8" Tandem Polyurethane Drive Tires: 10" X 5" Polyurethane Freight | 1 | $13,793.00 | $13,793.00 |

TOTAL EQUIPMENT COST:                                           $28,796.00

Initials

Lessor    Lessee

ORIGINAL

## ANNEX C
## TO
## EQUIPMENT SCHEDULE NO. 819
## TO MASTER LEASE AGREEMENT
## DATED AS OF MAY 1, 1995

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Interior & Lighting Delphi I - Vandalia Plant 250 Northwoods Blvd. Bldg 48 Receiving Vandalia, OH 45377 | | | | | |
| Hyster PO#IVS36598 PR1C3521-001 | A455N01522V | Hyster W30XTR 3,000 lbs Walkie Reach Stacker - Electric Counterbalanced Model With the following: 24 Volt Transistor Controls Mast: 2 Stage 111.5" MFH/77" LH/6.5" FL Single Reach Carriage with Sideshift: 32.5" Pin Type Forks: 46" X 1.5" X 4" - MFG STD Load Wheels: 4" X 2.6" Tandem Polyurethane Drive Tires: 10" X 5" Polyurethane Freight | 1 | $15,003.00 | $15,003.00 |

firstame\els.819

ORIGINAL Page 2

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 819
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer Equipment Location: General Motors Corporation Delphi Interior & Lighting Delphi I - Vandalia Plant 250 Northwoods Blvd. Bldg 48 Receiving Vandalia, OH 45377 | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Hyster PO#IVS36598 PR1C3522-001 | A455N01521V | Hyster W30XTR 3,000 lbs Walkie Reach Stacker - Electric Counterbalanced Model With the following: 24 Volt Transistor Controls Mast: 2 Stage 111.5" MFG/77" LH/6.5" FL Single Reach Carriage Without Sideshift: 32.5" Pin Type Tilt: 4 Forward/8 Back Forks: 42" X 1.5" X 4" - MFG STD Load Wheels: 4" X 2.8" Tandem Polyurethane Drive Tires: 10" X 5" Polyurethane Freight | 1 | $13,793.00 | $13,793.00 |

TOTAL EQUIPMENT COST:                                     $28,796.00

LESSEE:
GENERAL MOTORS CORPORATION

By:        _Marsha L. Smith_
           Authorized Representative
Name:      Marsha L. Smith
Title:     Purchasing Senior Buyer

Date:      6-10-98

DOC# 1234819-001

### ANNEX D
### TO
### EQUIPMENT SCHEDULE NO. 819
### TO MASTER LEASE AGREEMENT
### DATED AS OF MAY 1, 1995

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 115% |
| 2 | 114% |
| 3 | 113% |
| 4 | 112% |
| 5 | 111% |
| 6 | 111% |
| 7 | 110% |
| 8 | 110% |
| 9 | 109% |
| 10 | 108% |
| 11 | 108% |
| 12 | 107% |
| 13 | 106% |
| 14 | 105% |
| 15 | 105% |
| 16 | 104% |
| 17 | 103% |
| 18 | 103% |
| 19 | 102% |
| 20 | 101% |
| 21 | 101% |
| 22 | 100% |
| 23 | 99% |
| 24 | 98% |
| 25 | 93% |
| 26 | 98% |
| 27 | 96% |
| 28 | 95% |
| 29 | 94% |
| 30 | 94% |
| 31 | 93% |
| 32 | 92% |
| 33 | 91% |

firstame\els 819

DOC# 1234819-001

| | |
|---|---|
| 34 | 90% |
| 35 | 90% |
| 36 | 89% |
| 37 | 88% |
| 38 | 87% |
| 39 | 86% |
| 40 | 85% |
| 41 | 85% |
| 42 | 84% |
| 43 | 83% |
| 44 | 82% |
| 45 | 81% |
| 46 | 80% |
| 47 | 79% |
| 48 | 78% |
| 49 | 77% |
| 50 | 76% |
| 51 | 76% |
| 52 | 74% |
| 53 | 73% |
| 54 | 72% |
| 55 | 71% |
| 56 | 70% |
| 57 | 70% |
| 58 | 68% |
| 59 | 67% |
| 60 | 67% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.  In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials:

Lessor          Lessee

# EQUIPMENT SCHEDULE NO. 1118

ORIGINAL

Doc# 12341118-001

EQUIPMENT SCHEDULE
NO. 1118
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

876MC01234118

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement
identified above ("Agreement"; said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on
Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $176,011.00

3.    Basic Term Lease Rate Factor: 1.642%

4.    Daily Lease Rate Factor: 0.0547%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement
Date occurs for all the Equipment described herein.

7.    Equipment Location: General Motors de Mexico S.A. de C.V.
Various as described on Annex A attached hereto

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Hyster Company

10.    Last Delivery Date: _____

11.    Termination Date: The later of (I) the 60th Basic Rent Date or (ii) the last day of any extension of this
Lease.

12.    Purchase Option: Fair Market Value.

13.    Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule
has not previously been terminated, the Lessee shall have the right at its option, upon not less than
90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less
than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested
by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and
Lessor.

1

14. Return Provisions:   In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions. Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

    1. At the time of return when loaded to its rated capacity, each unit shall:

        a.  Start under its own power and idle without water, fuel or oil leaks.

        b.  Move through its normal speed ranges in both forward and reverse;

        c.  Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

        d.  Steer normally right and left in both forward and reverse;

        e.  Be able to stop with its service brakes within a safe distance in both forward and reverse;

        f.  Lift, lower and tilt normally;

    2. Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

    3. With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

    4. With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer. With respect to the battery chargers, be capable of maintaining its rated charging capacity.

    5. Tender such units to Lessor at the Equipment Location or, at the option of Lessor, at any location designated by Lessor within two thousand (2,000) kilometers of said Equipment Location.

C.   TAX BENEFITS

Depreciation Deductions:

a.   Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.   Recovery Period:  5 years.

c.   Basis:  100% of Capitalized Lessor's Cost.

D.   TERM AND RENT

1.   Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period. Interim Rent shall be due on the Basic Term Commencement Date.

2

2. <u>Basic Term Rent</u>. Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3. <u>Adjustment to Capitalized Lessor's Cost</u>. Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters. Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above). Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1. Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2. "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                               LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION

By:                                                   By: _Marsha L. Smith_
Name:                                                 Name:   Marsha L. Smith
Title:                                                Title:    Purchasing Senior Buyer

V P / C E O

firstame\els.1118

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1118
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location:<br>General Motors de Mexico S.A. de C.V.<br>Delphi Ensamble de Cables y Components S.A. de C.V.<br>Calle 2a. OTE #301<br>Parque Industrial Monterret<br>Apadoca, Nuevo Leon, Mexico 66600 | | | | | |
| Hyster/Hyster<br>PO#P1S91129<br>PRD2015A-004 | | S80XL2<br>8,000 lb Gas Lift Truck<br>With the following:<br>GM – LP Gas<br>Lever Direction Control<br>Drive Tires: 22 x 9 x 16 Lug<br>Steer Tires: 18 x 7 x 12.1 Lug<br>Wide Tread<br>Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0" FL<br>Carriage: Hook Type 48"<br>Sideshift – Mfg Std<br>Forks: 60" K-1 9B<br>Engine Shutdown if Operator Leaves Seat Without Setting Park Brake<br>Freight | 1 | $31,960.00 | $31,960.00 |
| General Motors de Mexico S.A. de C.V.<br>Delphi Alambros Automotrices S.A. de C.V.<br>Calle Iturbe #6970<br>Parque Industrial Longoria<br>Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster<br>PO#P1S91129<br>PRD2015A-004 | | S80XL2<br>8,000 lb Gas Lift Truck<br>With the following:<br>GM – LP Gas<br>Lever Direction Control<br>Drive Tires: 22 x 9 x 16 Lug<br>Steer Tires: 18 x 7 x 12.1 Lug<br>Wide Tread<br>Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0" FL<br>Carriage: Hook Type 48"<br>Sideshift – Mfg Std<br>Forks: 60" K-1 9B<br>Engine Shutdown if Operator Leaves Seat Without Setting Park Brake<br>Freight | 1 | $31,960.00 | $31,960.00 |

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1118

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: | | | | | |
| General Motors de Mexico S.A. de C.V. | | | | | |
| Delphi Alambrados Automotrices S.A. de C.V. | | | | | |
| Av De Las Fabricas #5814 | | | | | |
| Parque Industrial Finsa | | | | | |
| Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-005 | | B60XT 6,000 lb Capacity LP Electric Pallet Jack With the following: Controls – Transistor 24 Volt Forks: 84" Long x 28.5" Across Polyurethane Drive Tire 10"x 5" Tandem Articulating Load Wheels Butterfly Control Handle Battery Discharge Indicator With Lift Interrupt 60" Load Backrest Freight | 1 | $6,230.00 | $6,230.00 |
| | | | | | |
| General Motors de Mexico S.A. de C.V. | | | | | |
| Delphi Alambros Automotrices S.A. de C.V. | | | | | |
| Calle Iturbe #5970 | | | | | |
| Parque Industrial Longoria | | | | | |
| Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-006 | | E50XM 5,000 lb Capacity Electric Lift Truck With the following: Enhanced Controls – GE EV100 ZX SCR 36 Volt Lever Direction Control Seat Actuated & Manual Park Brake SCR Hydraulics Battery Discharge Indicator w/Lift Interrupt Drive Tires: 21 x 7 x 15 Lug Non-Marking Steer Tires: 16 x 5 x 10.5 Lug Non-Marking Mast: 3 Stage Vista 189.0" MFH/82" LH/61" FL Carriage: Hook Type 38.5" Sideshift – Mfg Std Forks: 42" K-1 9B Battery Compartment ROLLERS for RH Machine Removal Freight | 3 | $23,235.00 | $69,705.00 |

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1118

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|

Equipment Location:
General Motors  de Mexico S.A. de C.V.
Delphi Ensamble de Cables y Components S.A. de C.V.
Iturbe 1305
Sabinas Hidalgo, Nuevo Leon, Mexico 65200

| | | | | | |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S91129 PRD2015A-010 | | B30XTR 3,000 lb Lift Truck With the following: 24 Volt Transistor Controls Butterfly Type Accelerator Control Mast: 3 Stage 182.0" MFH/83" LH/44" FL Single Reach Carriage With Sideshift: 32.5" Pin Type Load Backrest -- 48" Forks: 42" x 1.5" x 4" -- MFG STD Battery Discharge indicator With Lift Interrupt And Hour Meter Load Wheels: 4" x 2.8" Tandem Polyurethane Drive Tires; 10" x 5" Polyurethane Freight | 1 | $18,078.00 | $18,078.00 |

General Motors  de Mexico S.A. de C.V.
Delphi Cableados S.A. de C.V.
Calz. De Lam Revolucion S/N
Parque Industrial
Guadalupe. Zacatecas, Mexico 99080

| | | | | | |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S91129 PRD2015A-010 | | B30XTR 3,000 lb Lift Truck With the following: 24 Volt Transistor Controls Butterfly Type Accelerator Control Mast: 3 Stage 182.0" MFH/83" LH/44" FL Single Reach Carriage With Sideshift: 32.5" Pin Type Load Backrest -- 48" Forks: 42" x 1.5" x 4" -- MFG STD Battery Discharge indicator With Lift Interrupt And Hour Meter Load Wheels: 4" x 2.8" Tandem Polyurethane Drive Tires; 10" x 5" Polyurethane Freight | 1 | $18,078.00 | $18,078.00 |

TOTAL EQUIPMENT COST:                                          $176,011.00

Initials: _____
          Lessor  Lessee

ORIGINAL

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

To:  FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Ensamble de Cables y Components S.A. de C.V. Calle 2a. OTE #301 Parque Industrial Monterret Apadoca, Nuevo Leon, Mexico 66600 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-004 | D004D05632V | S80XL2 8,000 lb Gas Lift Truck With the following: GM – LP Gas Lever Direction Control Drive Tires: 22 x 9 x 16 Lug Steer Tires: 18 x 7 x 12.1 Lug Wide Tread Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0" FL Carriage: Hook Type 48" Sideshift – Mfg Std Forks: 60" K-1 9B Engine Shutdown if Operator Leaves Seat Without Setting Park Brake Freight | 1 | $31,960.00 | $31,960.00 |
| General Motors de Mexico S.A. de C.V. Delphi Alambros Automotrices S.A. de C.V. Calle Iturbe #6970 Parque Industrial Longoria Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-004 | D004D05633V | S80XL2 8,000 lb Gas Lift Truck With the following: GM – LP Gas Lever Direction Control Drive Tires: 22 x 9 x 16 Lug Steer Tires: 18 x 7 x 12.1 Lug Wide Tread Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0" FL Carriage: Hook Type 48" Sideshift – Mfg Std Forks: 60" K-1 9B Engine Shutdown if Operator Leaves Seat Without Setting Park Brake Freight | 1 | $31,960.00 | $31,960.00 |

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Alambrados Automotrices S.A. de C.V. Av De Las Fabricas #5814 Parque Industrial Finsa Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-005 | B199H05155V | B60XT 6,000 lb Capacity LP Electric Pallet Jack With the following: Controls – Transistor 24 Volt Forks: 84" Long x 28.5" Across Polyurethane Drive Tire 10"x 5" Tandem Articulating Load Wheels Butterfly Control Handle Battery Discharge Indicator With Lift Interrupt 60" Load Backrest Freight | 1 | $6,230.00 | $6,230.00 |
| General Motors de Mexico S.A. de C.V. Delphi Alambros Automotrices S.A. de C.V. Calle Iturbe #6970 Parque Industrial Longoria Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-006 | F108V12620V F108V12621V F108V12641V | E50XM 5,000 lb Capacity Electric Lift Truck With the following: Enhanced Controls – GE EV100 ZX SCR 36 Volt Lever Direction Control Seat Actuated & Manual Park Brake SCR Hydraulics Battery Discharge Indicator w/Lift Interrupt Drive Tires: 21 x 7 x 15 Lug Non-Marking Steer Tires: 16 x 5 x 10.5 Lug Non-Marking Mast: 3 Stage Vista 189.0" MFH/82" LH/61" FL Carriage: Hook Type 38.5" Sideshift – Mfg Std Forks: 42" K-1 9B Battery Compartment ROLLERS for RH Machine Removal Freight | 3 | $23,235.00 | $69,705.00 |

ORIGINAL

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location:<br>General Motors de Mexico S.A. de C.V.<br>Delphi Ensamble de Cables y Components S.A. de C.V.<br>Iturbe 1305<br>Sabinas Hidalgo, Nuevo Leon, Mexico 65200 | | | | | |
| Hyster/Hyster<br>PO#P1S91129<br>PRD2015A-010 | A455N01523V | B30XTR<br>3,000 lb Lift Truck<br>With the following:<br>24 Volt<br>Transistor Controls<br>Butterfly Type Accelerator Control<br>Mast: 3 Stage 182.0" MFH/83" LH/44" FL<br>Single Reach Carriage With Sideshift: 32.5" Pin Type<br>Load Backrest – 48"<br>Forks: 42" x 1.5" x 4" – MFG STD<br>Battery Discharge indicator With Lift Interrupt And Hour Meter<br>Load Wheels: 4" x 2.8" Tandem Polyurethane<br>Drive Tires; 10" x 5" Polyurethane<br>Freight | 1 | $18,078.00 | $18,078.00 |
| General Motors de Mexico S.A. de C.V.<br>Delphi Cableados S.A. de C.V.<br>Calz. De Lam Revolucion S/N<br>Parque Industrial<br>Guadalupe, Zacatecas, Mexico 99080 | | | | | |
| Hyster/Hyster<br>PO#P1S91129<br>PRD2015A-010 | A455N01524V | B30XTR<br>3,000 lb Lift Truck<br>With the following:<br>24 Volt<br>Transistor Controls<br>Butterfly Type Accelerator Control<br>Mast: 3 Stage 182.0" MFH/83" LH/44" FL<br>Single Reach Carriage With Sideshift: 32.5" Pin Type<br>Load Backrest – 48"<br>Forks: 42" x 1.5" x 4" – MFG STD<br>Battery Discharge indicator With Lift Interrupt And Hour Meter<br>Load Wheels: 4" x 2.8" Tandem Polyurethane<br>Drive Tires; 10" x 5" Polyurethane<br>Freight | 1 | $18,078.00 | $18,078.00 |

TOTAL EQUIPMENT COST:                                        $176,011.00

LESSEE:
GENERAL MOTORS CORPORATION

By: _Marsha L Smith_

Authorized Representative

Name: Marsha L. Smith
Title: Purchasing Senior Buyer

Date: _2 - 8 - 99_

ORIGINAL

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

To:  FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Ensamble de Cables y Components S.A. de C.V. Calle 2a. OTE #301 Parque Industrial Monterrel Apadoca, Nuevo Leon, Mexico 66600 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-004 | D004D05632V | S80XL2 8,000 lb Gas Lift Truck With the following: GM – LP Gas Lever Direction Control Drive Tires: 22 x 9 x 16 Lug Steer Tires: 18 x 7 x 12.1 Lug Wide Tread Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0° FL Carriage: Hook Type 48" Sideshift – Mfg Std Forks: 60" K-1 9B Engine Shutdown if Operator Leaves Seat Without Setting Park Brake Freight | 1 | $31,960.00 | $31,960.00 |
| General Motors de Mexico S.A. de C.V. Delphi Alambros Automotrices S.A. de C.V. Calle Iturbe #5970 Parque Industrial Longoria Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-004 | D004D05633V | S80XL2 8,000 lb Gas Lift Truck With the following: GM – LP Gas Lever Direction Control Drive Tires: 22 x 9 x 16 Lug Steer Tires: 18 x 7 x 12.1 Lug Wide Tread Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0° FL Carriage: Hook Type 48" Sideshift – Mfg Std Forks: 60" K-1 9B Engine Shutdown if Operator Leaves Seat Without Setting Park Brake Freight | 1 | $31,960.00 | $31,960.00 |

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Alambrados Automotrices S.A. de C.V. Av De Las Fabricas #5814 Parque Industrial Finsa Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-005 | B199H05155V | B60XT 6,000 lb Capacity LP Electric Pallet Jack With the following: Controls – Transistor 24 Volt Forks: 84" Long x 28.5" Across Polyurethane Drive Tire 10"x 5" Tandem Articulating Load Wheels Butterfly Control Handle Battery Discharge Indicator With Lift Interrupt 60" Load Backrest Freight | 1 | $6,230.00 | $6,230.00 |
| General Motors de Mexico S.A. de C.V. Delphi Alambros Automotrices S.A. de C.V. Calle Iturbe #6970 Parque Industrial Longoria Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-006 | F108V12620V F108V12621V F108V12641V | E50XM 5,000 lb Capacity Electric Lift Truck With the following: Enhanced Controls – GE EV100 ZX SCR 36 Volt Lever Direction Control Seat Actuated & Manual Park Brake SCR Hydraulics Battery Discharge Indicator w/Lift Interrupt Drive Tires: 21 x 7 x 15 Lug Non-Marking Steer Tires: 16 x 5 x 10.5 Lug Non-Marking Mast: 3 Stage Vista 189.0" MFH/82" LH/61" FL Carriage: Hook Type 38.5" Sideshift – Mfg Std Forks: 42" K-1 9B Battery Compartment ROLLERS for RH Machine Removal Freight | 3 | $23,235.00 | $69,705.00 |

ORIGINAL

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Ensamble de Cables y Components S.A. de C.V. Iturbe 1305 Sabinas Hidalgo, Nuevo Leon, Mexico 65200 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-010 | A455N01523V | B30XTR 3,000 lb Lift Truck With the following: 24 Volt Transistor Controls Butterfly Type Accelerator Control Mast: 3 Stage 182.0" MFH/83" LH/44" FL Single Reach Carriage With Sideshift: 32.5" Pin Type Load Backrest – 48" Forks: 42" x 1.5" x 4" – MFG STD Battery Discharge Indicator With Lift Interrupt And Hour Meter Load Wheels: 4" x 2.8" Tandem Polyurethane Drive Tires; 10" x 5" Polyurethane Freight | 1 | $18,078.00 | $18,078.00 |
| General Motors de Mexico S.A. de C.V. Delphi Cableados S.A. de C.V. Calz. De Lam Revolucion S/N Parque Industrial Guadalupe, Zacatecas, Mexico 99080 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-010 | A455N01524V | B30XTR 3,000 lb Lift Truck With the following: 24 Volt Transistor Controls Butterfly Type Accelerator Control Mast: 3 Stage 182.0" MFH/83" LH/44" FL Single Reach Carriage With Sideshift: 32.5" Pin Type Load Backrest – 48" Forks: 42" x 1.5" x 4" – MFG STD Battery Discharge Indicator With Lift Interrupt And Hour Meter Load Wheels: 4" x 2.8" Tandem Polyurethane Drive Tires; 10" x 5" Polyurethane Freight | 1 | $18,078.00 | $18,078.00 |

TOTAL EQUIPMENT COST:                                      $176,011.00

LESSEE:
GENERAL MOTORS CORPORATION

By: _Marsha L. Smith_

Authorized Representative
Name:    Marsha L. Smith
Title:    Purchasing Senior Buyer

Date: _2 - 8 - 99_

ORIGINAL

ANNEX B
TO
EQUIPMENT SCHEDULE NO. 1118
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 114% |
| 2 | 113% |
| 3 | 112% |
| 4 | 111% |
| 5 | 111% |
| 6 | 110% |
| 7 | 109% |
| 8 | 108% |
| 9 | 107% |
| 10 | 106% |
| 11 | 105% |
| 12 | 104% |
| 13 | 103% |
| 14 | 102% |
| 15 | 101% |
| 16 | 100% |
| 17 | 99% |
| 18 | 98% |
| 19 | 97% |
| 20 | 96% |
| 21 | 95% |
| 22 | 94% |
| 23 | 93% |
| 24 | 92% |
| 25 | 91% |
| 26 | 90% |
| 27 | 89% |
| 28 | 88% |
| 29 | 87% |
| 30 | 86% |
| 31 | 85% |
| 32 | 84% |
| 33 | 83% |
| 34 | 82% |
| 35 | 81% |
| 36 | 80% |
| 37 | 79% |
| 38 | 77% |

firstame\els.1118

ORIGINAL

| | |
|---|---|
| 39 | 76% |
| 40 | 75% |
| 41 | 74% |
| 42 | 73% |
| 43 | 72% |
| 44 | 71% |
| 45 | 69% |
| 46 | 68% |
| 47 | 67% |
| 48 | 66% |
| 49 | 65% |
| 50 | 64% |
| 51 | 62% |
| 52 | 61% |
| 53 | 60% |
| 54 | 59% |
| 55 | 57% |
| 56 | 56% |
| 57 | 57% |
| 58 | 54% |
| 59 | 52% |
| 60 | 51% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables. In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials: _____        _____
              Lessor                    Lessee

# EQUIPMENT SCHEDULE NO. 1134

Doc# 12341134-001

EQUIPMENT SCHEDULE
NO. 1134
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995



Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement
identified above ("Agreement"; said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on
Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $594,935.00

3.    Basic Term Lease Rate Factor: 1.642%

4.    Daily Lease Rate Factor: 0.0547%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement
Date occurs for all the Equipment described herein.

7.    Equipment Location: General Motors de Mexico S.A. de C.V.
                    Various as described on Annex A attached hereto

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Hyster Company

10.    Last Delivery Date: _____

11.    Termination Date: The later of (I) the 60th Basic Rent Date or (ii) the last day of any extension of this
Lease.

12.    Purchase Option: Fair Market Value.

13.    Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule
has not previously been terminated, the Lessee shall have the right at its option, upon not less than
90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less
than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested
by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and
Lessor.

1

14.  Return Provisions:    In furtherance, and not in limitation of, the use, maintenance and return
conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to
return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease
and in compliance with the following special return conditions. Lessor or its agent shall conduct a
preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease
to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable
for the Equipment unless and until it is returned to Lessor as specified below.

1.  At the time of return when loaded to its rated capacity, each unit shall:

a.  Start under its own power and idle without water, fuel or oil leaks.

b.  Move through its normal speed ranges in both forward and reverse;

c.  Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in
a clean condition, free of material rust and corrosion that would impede the normal operation
of the units;

d.  Steer normally right and left in both forward and reverse;

e.  Be able to stop with its service brakes within a safe distance in both forward and reverse;

f.  Lift, lower and tilt normally;

2.  Be complete with no missing or damaged parts and have all components able to perform the
function for which they were designed in accordance with the manufacturer's recommended
specifications;

3.  With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50%
and there shall be no damage to any individual tire that precludes normal usage.

4.  With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the
rated voltage charge and amp hours as when originally delivered and originally specified by the
manufacturer. With respect to the battery chargers, be capable of maintaining its rated charging
capacity.

5.  Tender such units to Lessor at the Equipment Location or, at the option of Lessor, at any location
designated by Lessor within two thousand (2,000) kilometers of said Equipment Location.

C.    TAX BENEFITS

Depreciation Deductions:

a.  Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight
line method for the first (1st) taxable year for which using the straight line method with respect to the
adjusted basis as of the beginning of such year will yield a larger allowance.

b.  Recovery Period:  5 years.

c.  Basis:  100% of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.  Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term
Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of
Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such
unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term
Commencement Date.

2

2.    Basic Term Rent.  Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.    Adjustment to Capitalized Lessor's Cost.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters.  Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1.    Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2.    "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                            LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION,

By: _____                      By: _____
Name: _____                      Name:    Marsha L. Smith
Title: _____                     Title:    Purchasing Senior Buyer

V. P. / C. F. O.

ORIGINAL

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. Rio Bravo S/N Plarque Ind. Rio Bravo Juarez, Chihuahua, Mexico 32659 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Parque Ind. Paquime Monte Alban y Tulum Casas Grandes, Chihuahua, Mexico 33700 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

ANNEX A

TO

EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Carretera A Anahuac KM. 5 Cuauhtemoc, Chihuahua, Mexico 31578 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 1 | $20,515.00 | $20,515.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Parque Ind. Americas Chihuahua, Chihuahua, Mexico 31200 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

firstame\els.1134

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Carr. Panamericana Chihuahua, Chihuahua, Mexico 31090 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt — MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift — MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. 3 y 16 Poniente Delicias, Chihuahua, Mexico 745897 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt — MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift — MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Carr. Panamericana KM. 1588 Meoqui, Chihuahua, Mexico 732042 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 36.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Blvd. Macario Gaxiola 1001 Sur Col. R. Jaramillo Mochis, Sinaloa, Mexico 81280 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134    ORIGINAL

## DESCRIPTION OF EQUIPMENT

| Supplier/<br>Manufacturer | Serial<br>Numbers | Type and Model<br>of Equipment | Number<br>of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location:<br>Delphi Packard Electric Systems<br>General Motors  de Mexico S.A. de C.V.<br>Ave. Perez Serna/Dunant<br>Parque Ind. Omega<br>Juarez, Chihuahua, Mexico 32320 | | | | | |
| Hyster/Hyster<br>PO#P1S07176<br>PRD2093A-001 | | E45XM<br>4,500 lb Capacity Electric Lift Truck<br>With the following:<br>Enhanced Control Package GE EV100 ZX SCR<br>36 Volt<br>Lever Direction Control<br>SCR Hydraulics<br>Seat Actuated and Manual Brake<br>Battery Discharge Ind. With Lift Interrupt – MFG STD<br>Drive Tires: 21 x 7 x 15 Smooth<br>Steer Tires: 16 x 5 x 10.5 Poly<br>Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL<br>Carriage: Hook Type 38.5"<br>Sideshift – MFG STD<br>Forks: 42" x 1.5" x 4"<br>Battery Compartment Rollers<br>Freight | 3 | $20,515.00 | $61,545.00 |
| Delphi Packard Electric Systems<br>General Motors  de Mexico S.A. de C.V.<br>Ave. Tecnologico y Juan Kepler #69616<br>Juarez, Chihuahua, Mexico 32500 | | | | | |
| Hyster/Hyster<br>PO#P1S07176<br>PRD2093A-001 | | E45XM<br>4,500 lb Capacity Electric Lift Truck<br>With the following:<br>Enhanced Control Package GE EV100 ZX SCR<br>36 Volt<br>Lever Direction Control<br>SCR Hydraulics<br>Seat Actuated and Manual Brake<br>Battery Discharge Ind. With Lift Interrupt – MFG STD<br>Drive Tires: 21 x 7 x 15 Smooth<br>Steer Tires: 16 x 5 x 10.5 Poly<br>Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL<br>Carriage: Hook Type 38.5"<br>Sideshift – MFG STD<br>Forks: 42" x 1.5" x 4"<br>Battery Compartment Rollers<br>Freight | 2 | $20,515.00 | $41,030.00 |

firstame\els.1134

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Fresnel Farenheit #8626 Parque Ind. Bermudez Juarez, Chihuahua, Mexico 32310 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 1 | $20,515.00 | $20,515.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Calle Tapoco #6466 Juarez, Chihuahua, Mexico 32320 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. Rio Bravo S/N Parque Ind. Rio Bravo Juarez, Chihuahua, Mexico 32660 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

TOTAL EQUIPMENT COST:                                                    $594,935.00

Initials [signature] Lessor - Lessee [signature]

TO

EQUIPMENT SCHEDULE NO. 1134
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

To:  FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors  de Mexico S.A. de C.V. Ave. Rio Bravo S/N Plarque Ind. Rio Bravo Juarez, Chihuahua, Mexico 32659 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14566V F108V14569V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

ORIGINAL

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors  de Mexico S.A. de C.V. Parque Ind. Paquime Monte Alban y Tulum Casas Grandes, Chihuahua, Mexico 33700 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14543V F108V14644V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced  Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |
| Delphi Packard Electric Systems General Motors  de Mexico S.A. de C.V. Carretera A Anahuac KM. 5 Cuauhtemoc, Chihuahua, Mexico 31578 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14568V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 1 | $20,515.00 | $20,515.00 |

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Parque Ind. Americas Chihuahua, Chihuahua, Mexico 31200 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14544V F108V14570V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Carr. Panamericana Chihuahua, Chihuahua, Mexico 31090 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14539V F108V14541V F108V14572V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. 3 y 16 Poniente Delicias, Chihuahua, Mexico 745897 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14540V- F108V14650V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Carr. Panamericana KM. 1588 Meoqui, Chihuahua, Mexico 732042 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14649V- F108V14651V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

ORIGINAL

## ANNEX C
## TO
## EQUIPMENT SCHEDULE NO. 1134

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Blvd. Macario Gaxiola 1001 Sur Col. R. Jaramillo Mochis, Sinaloa, Mexico 81280 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14573V F108V14643V F108V14646V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. Perez Serna/Dunant Parque Ind. Omega Juarez, Chihuahua, Mexico 32320 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14571V F108V14641V F108V14642V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

ORIGINAL Page 6

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|

Equipment Location:
Delphi Packard Electric Systems
General Motors de Mexico S.A. de C.V.
Ave. Tecnologico y Juan Kepler #69616
Juarez, Chihuahua, Mexico 32500

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14536V F108V14538V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

Delphi Packard Electric Systems
General Motors  de Mexico S.A. de C.V.
Fresnel Farenheit #8626
Parque Ind. Bermudez
Juarez, Chihuahua, Mexico 32310

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14647V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 1 | $20,515.00 | $20,515.00 |

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Calle Tapoco #6466 Juarez, Chihuahua, Mexico 32320 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14545V F108V14645V F108V14652V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. Rio Bravo S/N Parque Ind. Rio Bravo Juarez, Chihuahua, Mexico 32660 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14542V F108V14567V F108V14648V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

TOTAL EQUIPMENT COST:                                              $594,935.00

LESSEE:
GENERAL MOTORS CORPORATION

By:    *Marsha L Smith*
       Authorized Representative
Name:  Marsha L. Smith
Title: Purchasing Senior Buyer

Date:  2-23-99

ORIGINAL

ANNEX D
TO
EQUIPMENT SCHEDULE NO. 1134
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 114% |
| 2 | 113% |
| 3 | 112% |
| 4 | 111% |
| 5 | 111% |
| 6 | 110% |
| 7 | 109% |
| 8 | 108% |
| 9 | 107% |
| 10 | 106% |
| 11 | 105% |
| 12 | 104% |
| 13 | 103% |
| 14 | 102% |
| 15 | 101% |
| 16 | 100% |
| 17 | 99% |
| 18 | 98% |
| 19 | 97% |
| 20 | 96% |
| 21 | 95% |
| 22 | 94% |
| 23 | 93% |
| 24 | 92% |
| 25 | 91% |
| 26 | 90% |
| 27 | 89% |
| 28 | 88% |
| 29 | 87% |
| 30 | 86% |
| 31 | 85% |
| 32 | 84% |
| 33 | 83% |
| 34 | 82% |
| 35 | 81% |
| 36 | 80% |
| 37 | 79% |
| 38 | 77% |

firstame\els.1134

ORIGINAL

| | |
|---|---|
| 39 | 76% |
| 40 | 75% |
| 41 | 74% |
| 42 | 73% |
| 43 | 72% |
| 44 | 71% |
| 45 | 69% |
| 46 | 68% |
| 47 | 67% |
| 48 | 66% |
| 49 | 65% |
| 50 | 64% |
| 51 | 62% |
| 52 | 61% |
| 53 | 60% |
| 54 | 59% |
| 55 | 57% |
| 56 | 56% |
| 57 | 57% |
| 58 | 54% |
| 59 | 52% |
| 60 | 51% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.  In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials:

Lessor          Lessee

# EQUIPMENT SCHEDULE NO. 1135

ORIGINAL

Doc# 12341135-001

876MCo1234 1135

EQUIPMENT SCHEDULE
NO. 1135
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

Lessor and Mailing Address: —

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $39,840.00

3.    Basic Term Lease Rate Factor: 1.642%

4.    Daily Lease Rate Factor: 0.0547%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement Date occurs for all the Equipment described herein.

7.    Equipment Location:  General Motors de Mexico S.A. de C.V.
Delphi P. E. S.
Predio Santo Tomas
Anillo Perimetral
Parral, Chihuahua, Mexico 131090

8.    Lessee's Federal Tax ID Number:  38-0572515

9.    Supplier:  Hyster Company

10.    Last Delivery Date: _____

11.    Termination Date:  The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this Lease.

12.    Purchase Option:  Fair Market Value.

13.    Renewal Option:  Provided that an Event of Default has not occurred and this Equipment Schedule has not previously been terminated, the Lessee shall have the right at its option, upon not less than 90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and Lessor.

1

ORIGINAL

Doc# 1234-1135-001

14.    Return Provisions:    In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions. Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

1.    At the time of return when loaded to its rated capacity, each unit shall:

   a.    Start under its own power and idle without water, fuel or oil leaks.

   b.    Move through its normal speed ranges in both forward and reverse;

   c.    Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

   d.    Steer normally right and left in both forward and reverse;

   e.    Be able to stop with its service brakes within a safe distance in both forward and reverse;

   f.    Lift, lower and tilt normally;

2.    Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

3.    With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

4.    With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer. With respect to the battery chargers, be capable of maintaining its rated charging capacity.

5.    Tender such units to Lessor at the Equipment Location or, at the option of Lessor, at any location designated by Lessor within two thousand (2,000) kilometers of said Equipment Location.

C.    TAX BENEFITS

Depreciation Deductions:

a.    Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.    Recovery Period:  5 years.

c.    Basis:  100% of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.    Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period. Interim Rent shall be due on the Basic Term Commencement Date.

2

ORIGINAL
Doc# 12341135-001

2.  Basic Term Rent.  Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.  Adjustment to Capitalized Lessor's Cost.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters.  Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.  INSURANCE

1.  Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2.  "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                             LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.      GENERAL MOTORS CORPORATION,

By: _____                 By: _____
Name: _____                 Name:   Marsha L. Smith
Title: _____                Title:   Purchasing Senior Buyer

        V P / C. F. O.

firstame\els.1135

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1135
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

# ORIGINAL

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi P. E. S. Predio Santo Tomas Anillo Perimetral Parral, Chihuahua, Mexico 131090 | | | | | |
| Hyster/Hyster PO#P1S01110 PRD2054A-001 | | W20XTA 2,000 lb Capacity Electric Walkie Stacker With the following: Voltage: 24V Battery Discharge Indicator with Lift Interrupt Drive Tire: Poly Load Wheels: Dual Poly Mast: 3 Stage 182/83/44FFL Sideshifter: MFG STD Butterfly Control Handle Three Speed Forward and Reverse Freight | 4 | $9,960.00 | $39,840.00 |

TOTAL EQUIPMENT COST:                                         $39,840.00

Initials: _____
Lessor   Lessee

Doc# 12341135-001

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1135
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

To:  FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi P. E. S. Predio Santo Tomas Anillo Perimetral Parral, Chihuahua, Mexico 131090 | | | | | |
| Hyster/Hyster PO#P1S01110 PRD2054A-001 | A453N01553V A453N01554V A453N01555V A453N01556V | W20XTA 2,000 lb Capacity Electric Walkie Stacker With the following: Voltage: 24V Battery Discharge Indicator with Lift Interrupt Drive Tire: Poly Load Wheels: Dual Poly Mast: 3 Stage 182/83/44FFL Sideshifter: MFG STD Butterfly Control Handle Three Speed Forward and Reverse Freight | 4 | $9,960.00 | $39,840.00 |

TOTAL EQUIPMENT COST:                                        $39,840.00

LESSEE:
GENERAL MOTORS CORPORATION

By: _Marsha L Smith_

Authorized Representative

Name:  Marsha L. Smith
Title:  Purchasing Senior Buyer

Date:  3 - 4 - 99

ANNEX D
TO
EQUIPMENT SCHEDULE NO. 1135
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 114% |
| 2 | 113% |
| 3 | 112% |
| 4 | 111% |
| 5 | 111% |
| 6 | 110% |
| 7 | 109% |
| 8 | 108% |
| 9 | 107% |
| 10 | 106% |
| 11 | 105% |
| 12 | 104% |
| 13 | 103% |
| 14 | 102% |
| 15 | 101% |
| 16 | 100% |
| 17 | 99% |
| 18 | 98% |
| 19 | 97% |
| 20 | 96% |
| 21 | 95% |
| 22 | 94% |
| 23 | 93% |
| 24 | 92% |
| 25 | 91% |
| 26 | 90% |
| 27 | 89% |
| 28 | 88% |
| 29 | 87% |
| 30 | 86% |
| 31 | 85% |
| 32 | 84% |
| 33 | 83% |
| 34 | 82% |
| 35 | 81% |
| 36 | 80% |
| 37 | 79% |
| 38 | 77% |

| | |
|---|---|
| 39 | 76% |
| 40 | 75% |
| 41 | 74% |
| 42 | 73% |
| 43 | 72% |
| 44 | 71% |
| 45 | 69% |
| 46 | 68% |
| 47 | 67% |
| 48 | 66% |
| 49 | 65% |
| 50 | 64% |
| 51 | 62% |
| 52 | 61% |
| 53 | 60% |
| 54 | 59% |
| 55 | 57% |
| 56 | 56% |
| 57 | 57% |
| 58 | 54% |
| 59 | 52% |
| 60 | 51% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.  In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials:        _____        _____
                 Lessor          Lessee

# EQUIPMENT SCHEDULE NO. A-1

EQUIPMENT SCHEDULE
SCHEDULE NO. A-1
DATED THIS 7TH DAY OF AUGUST, 1995
TO MASTER LEASE AGREEMENT NO. 9808MIG512
DATED AS OF AUGUST 1, 1995

Lessor and Mailing Address:

AMERICAN FINANCE GROUP

98 NORTH WASHINGTON STREET

BOSTON, MA   02114

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION, DELPHI
HARRISON THERMAL SYSTEMS

200 UPPER MOUNTAIN ROAD / BLDG. 7A

LOCKPORT, NY   14094

Capitalized terms not defined herein shall have the meanings assigned to them in
the Master Lease Agreement identified above ("Agreement"; said Agreement and
this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

       Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to
Lessee the Equipment listed on Schedule B attached hereto and made a part
hereof.

B.    FINANCIAL TERMS

| | | |
|---|---|---|
| 1. | Advance Rent (if any): | N/A |
| 2. | Capitalized Lessor's Cost: | $221,850.00 |
| 3. | Basic Term Lease Rate Factor: | .014783000 |
| 4. | Daily Lease Rate Factor: | .000492767 |
| 5. | Basic Term (Number of Months): | 60 |
| 6. | Basic Term Commencement Date: | 10-01-95 |
| 7. | Equipment Location: | see Annex A |
| 8. | Lessee's Federal Tax ID Number: | 01-953-9643 |
| 9. | Supplier: | see Annex A |
| 10. | Last Delivery Date: | see Annex A |
| 11. | First Termination Date: | 01-01-96        ( 3 ) months after the Basic Term Commencement Date. |
| 12. | Option Price: | Fair Market Value |

1

C.    TAX BENEFITS

Depreciation Deductions:

a.    Depreciation Method:    Two hundred percent (200%) declining balance
method, switching to straight line method for the first (1st) taxable
year for which using the straight line method with respect to the
adjusted basis as of the beginning of such year will yield a larger
allowance.

b.    Recovery Period:  5 years.

c.    Basis:  One Hundred percent (100%) of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.    Interim Rent.    For the period from and including the Lease
Commencement Date to the Basic Term Commencement Date ("Interim
Period"), Lessee shall pay as rent ("Interim Rent") for each unit of
Equipment, the product of the Daily Lease Rate Factor times the
Capitalized Lessor's Cost of such unit times the number of days in the
Interim Period.    Interim Rent shall be due on October 1, 1995.

2.    Basic Term Rent.    Commencing on October 1, 1995, and on the same day
of each month thereafter (each, a "Rent Payment Date") during the
Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product
of the Basic Term Lease Rate Factor times the Capitalized Lessor's
Cost of all Equipment on this Schedule.

3.    Adjustment to Capitalized Lessor's Cost.    Lessee hereby irrevocably
authorizes Lessor to adjust the Capitalized Lessor's Cost up or down
by no more than ten percent (10%) to account for equipment change
orders, equipment returns, invoicing errors, and similar matters.
Lessee acknowledges and agrees that the Rent shall be adjusted as a
result of such change in the Capitalized Lessor's Cost (pursuant to
paragraph 1 and 2 above).    Lessor shall send Lessee a written notice
stating the final Capitalized Lessor's Cost, if different from that
disclosed on this Schedule.

E.    RETURN CONDITIONS

In furtherance, and not in limitation of, the use, maintenance and return
conditions for the Equipment set forth in Sections V and X of the Agreement,
Lessee hereby agrees to return the Equipment to Lessor in accordance with all of
the terms and conditions of the Agreement and in compliance with the following
special return conditions:

Each item of Equipment shall be in both good appearance and operating
condition, less reasonable wear and tear. Each tire, brake and wheel shall have
50% remaining life. Each unit and component of such unit shall be capable of
performing or meeting the manufacturer's minimum performance specifications when
new, including but not limited to, the upper coupler, air lines, electrical
system, braking system, safety and warning devices and attachments. Floor, wall,
glass and roof damage will be limited to $200.00 in total.    Lessee shall also
de-identify each unit by properly removing any decals, paint and all other
Lessee markings.

Each item of Equipment shall not be operated more than 1000 hours per year. In the event that any item of Equipment is operated more than 1000 hours, Lessee shall pay to Lessor a charge of twenty-five cents (.25) for each additional hour of operation. Upon the expiration of the Lease Term, or any extension or renewal thereof, Lessee shall properly prepare, pack and ship each item of Equipment in accordance with this Section E and the Master Lease.

If any of the above conditions are not met, the Lessee has the option of repairing the Equipment at his own expense, or if repairs are performed by Lessor or Lessor's agent, Lessee shall pay any costs associated therewith.

F.   INSURANCE

    1.   Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than Five Million dollars ($5,000,000.00) per occurrence combined single limit for personal injury and property damage.

    2.   "All Risks" property insurance for the Equipment in an amount equal to the Stipulated-Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

This Equipment Schedule incorporates by reference the Equipment Lease and each Equipment Schedule constitutes a separate and independent Lease. Terms defined in an Equipment Schedule and not otherwise defined herein shall have the meanings ascribed to them in such Equipment Schedule. In the event of a conflict between the terms of an Equipment Schedule and the Equipment Lease, the terms of the Equipment Schedule shall govern.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives as of the date first above written.

LESSOR:                              LESSEE:

AMERICAN FINANCE GROUP               GENERAL MOTORS CORPORATION, DELPHI
                                     HARRISON THERMAL SYSTEMS

By: _____                By: _____

Name: _____                Name: _____

Title: _____                Title: _____

COUNTERPART NO. _1_ OF _2_ SERIALLY NUMBERED
MANUALLY EXECUTED COUNTERPARTS. TO THE EXTENT
IF ANY THAT THIS DOCUMENT CONSTITUTES CHATTEL
PAPER UNDER THE UNIFORM COMMERCIAL CODE, NO
SECURITY INTEREST MAY BE CREATED THROUGH THE
TRANSFER AND POSSESSION OF ANY COUNTERPART
OTHER THAN COUNTERPART NO. 1.

3

**ANNEX A**
**TO**
**SCHEDULE NO. A-1**
**TO MASTER LEASE AGREEMENT NO. 9808MIG512**
**DATED AS OF AUGUST 1, 1995**

| Manufacturer | Serial Numbers | Type and Model of Equipment | Number of Units | Cost Per Unit |
|---|---|---|---|---|

see Attached Schedule A and Schedule B

Initials:        Ê)C                 ____
            ────────         ────────
              Lessor            Lessee

4

NOT APPLICABLE

ANNEX B
TO
SCHEDULE NO. A-1
TO MASTER LEASE AGREEMENT NO. 9808MIG512
DATED AS OF AUGUST 1, 1995

PURCHASE ORDER ASSIGNMENT AND CONSENT

THIS ASSIGNMENT AGREEMENT, dated as of _____ ("Agreement),
between American Finance Group ("Lessor") and General Motors Corporation,
Delphi Harrison Thermal Systems ("Lessee").

WITNESSETH:

Lessee desires to lease certain equipment ("Equipment") from Lessor
pursuant to the above schedule and lease (collectively, "Lease"). All terms
used herein which are not otherwise defined shall have the meaning ascribed to
them in the Lease.

Lessee desires to assign, and Lessor is willing to acquire, certain of
Lessee's rights and interest under the purchase order(s), agreement(s), and/or
document(s) (the "Purchase Orders") Lessee has heretofore issued to the
Supplier(s) of such Equipment.

NOW, THEREFORE, in consideration of the mutual covenants herein contained,
Lessor and Lessee hereby agree as follows:

SECTION 1. ASSIGNMENT.

(a) Lessee does hereby assign and set over to Lessor all of Lessee's
rights and interests in and to such Equipment and the Purchase Orders as the
same relate thereto including, without limitation, (i) the rights to purchase,
to take title, and to be named the purchaser in the bill of sale for such
Equipment, (ii) all claims for damages in respect of such Equipment arising as a
result of any default by the Supplier (including, without limitation, all
warranty and indemnity claims), and (iii) any and all rights of Lessee to compel
performance by the Supplier.

(b) If, and so long as, no default exists under the Lease, Lessee shall
be, and is hereby, authorized during the term of the Lease to assert and
enforce, at Lessee's sole cost and expense, from time to time in the name of and
for the account of Lessor and/or Lessee, as their interest may appear, whatever
claims and rights Lessor may have against any Supplier of the Equipment.

SECTION 2. CONTINUING LIABILITY OF LESSEE.

It is expressly agreed that, anything herein contained to the contrary
notwithstanding: (a) Lessee shall at all times remain liable to the Supplier to
perform any duties and obligations of the purchaser under the Purchase Orders,
except respecting payment provided for in the Lease so long as Lessee has
complied with its obligations under Section I(b) of the Lease, to the same
extent as if this Agreement had not been executed, (b) the execution of this
Agreement shall not modify any contractual rights of the Supplier under the

Purchase Orders, except respecting payment provided for in the Lease, and the
liabilities of the Supplier under the Purchase Orders shall be to the same
extent and continue as if this Agreement had not been executed, (c) the exercise
by the Lessor of any of the rights hereunder shall not release Lessee from any
of its duties or obligations to the Supplier, except payment provided for in the
Lease, under the Purchase Orders, and (d) Lessor shall not have any obligation
or liability under the Purchase Orders by reason of, or arising out of, this
Agreement or be obligated to perform any of the obligations or duties of Lessee
under the Purchase Orders or to make any payment (other than under the terms and
conditions set forth in the Lease) or to make any inquiry of the sufficiency of
or authorization for any payment received by any Supplier or to present or file
any claim or to take any other action to collect or enforce any claim for any
payment assigned hereunder.


     IN WITNESS WHEREOF, the parties have caused this Agreement to be duly
executed as of the date first above written.

LESSOR:                            LESSEE:

AMERICAN FINANCE GROUP             GENERAL MOTORS CORPORATION, DELPHI
                                   HARRISON THERMAL SYSTEMS

By:  ___NOT APPLICABLE___          By:  ___NOT APPLICABLE___

Title: _____         Title: _____

6

ANNEX C
TO
SCHEDULE NO. A-1
TO MASTER LEASE AGREEMENT NO. 9808MIG512
DATED AS OF AUGUST 1, 1995

CERTIFICATE

To:  American Finance Group ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

DESCRIPTION OF EQUIPMENT

Manufacturer              Serial Numbers            Type and Model of Equipment

See Attached Schedule A


_____
Authorized Representative

Dated:   8/10/95

7

ANNEX D
TO
SCHEDULE NO. A-1
TO MASTER LEASE AGREEMENT NO. 9808MIG512
DATED AS OF AUGUST 1, 1995

STIPULATED LOSS AND TERMINATION VALUE TABLE*

SEE ATTACHED EXHIBIT ONE

Initials:

Lessor _____    Lessee _____

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables. In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

8

LLR40D-01

AMERICAN FINANCE GROUP

8/08/95    17:01:27    PAGE    1

Schedule A - Rental Schedule Economics

LESSEE:              DELPHI HARRISON THERMAL SYSTEMS

LESSOR:              AMERICAN FINANCE GROUP

RENTAL SCHEDULE:                    A-1

LEASE TERM (months):                        60

PRIMARY START DATE:                 10/01/1995

LEASE EXPIRATION DATE:              9/30/2000

PAYMENT FREQUENCY:                  MONTHLY

ADVANCE/ARREARS:                    ADVANCE

LEASE RATE:                         .014783000

PER DIEM LEASE RATE:                .000492767

PERIODIC RENT:                      $3,279.61

NUMBER OF PAYMENTS:                         60

TOTAL INTERIM RENT:                 $6,012.62

PAYMENT COMMENCEMENT DATE:          10/01/1995

TOTAL EQUIPMENT COST:               $221,850.00

DOCUMENTATION FEE:                  $ 20.00

_____
        LESSEE INITIALS

_____
        LESSOR INITIALS

LLR41D-01                              AMERICAN FINANCE GROUP                        8/08/95  17:01:33   PAGE   1

Schedule B Equipment Description

LESSEE: DELPHI HARRISON THERMAL SYSTEMS        RENTAL SCHEDULE AND ACCEPTANCE CERTIFICATE NUMBER: A-1

LESSOR: AMERICAN FINANCE GROUP

| Equipment Cost | Serial Number | Year Manufacturer | Model | Type | Acceptance Date |
|---|---|---|---|---|---|
| 221,850.00 | RAIL KING | | RZ SS4600 | RAILCAR MOVER | 8/07/1995 |
| | | | LOCKPORT | NY 14094 | |

221,850.00 Total for Location 200 UPPER MOUNTAIN RD

221,850.00 Total Equipment Cost

GENERAL MOTORS COPROATION, DELPHI HARRISON THERMAL SYSTEMS
EXHIBIT 1
RENTAL SCHEDULE AND ACCEPTANCE CERTIFICATE NO A-1

(Stated as Percentage of Equipment Cost)

| AFTER PRIMARY TERM PAYMENT NO. | TERMINATION BY SALE | CASUALTY VALUE |
|---|---|---|
| Prior to 1 |  | 120.00 |
| 1 |  | 119.49 |
| 2 |  | 118.96 |
| 3 |  | 118.43 |
| 4 | 120.89 | 117.89 |
| 5 | 120.34 | 117.34 |
| 6 | 119.79 | 116.79 |
| 7 | 119.22 | 116.22 |
| 8 | 118.65 | 115.65 |
| 9 | 118.06 | 115.06 |
| 10 | 117.47 | 114.47 |
| 11 | 116.87 | 113.87 |
| 12 | 116.26 | 113.26 |
| 13 | 115.63 | 112.63 |
| 14 | 115.00 | 112.00 |
| 15 | 114.36 | 111.36 |
| 16 | 113.71 | 110.71 |
| 17 | 113.05 | 110.05 |
| 18 | 112.38 | 109.38 |
| 19 | 111.70 | 108.70 |
| 20 | 111.01 | 108.01 |
| 21 | 110.30 | 107.30 |
| 22 | 109.59 | 106.59 |
| 23 | 108.87 | 105.87 |
| 24 | 108.13 | 105.13 |
| 25 | 107.38 | 104.38 |
| 26 | 106.63 | 103.63 |
| 27 | 105.86 | 102.86 |
| 28 | 105.08 | 102.08 |
| 29 | 104.28 | 101.28 |
| 30 | 103.48 | 100.48 |
| 31 | 102.66 | 99.66 |
| 32 | 101.83 | 98.83 |
| 33 | 100.99 | 97.99 |
| 34 | 100.13 | 97.13 |
| 35 | 99.27 | 96.27 |
| 36 | 98.39 | 95.39 |
| 37 | 97.49 | 94.49 |
| 38 | 96.59 | 93.59 |
| 39 | 95.66 | 92.66 |
| 40 | 94.73 | 91.73 |
| 41 | 93.78 | 90.78 |
| 42 | 92.82 | 89.82 |
| 43 | 91.84 | 88.84 |
| 44 | 90.85 | 87.85 |
| 45 | 89.85 | 86.85 |
| 46 | 88.82 | 85.82 |
| 47 | 87.79 | 84.79 |
| 48 | 86.74 | 83.74 |
| 49 | 85.67 | 82.67 |
| 50 | 84.59 | 81.59 |
| 51 | 83.49 | 80.49 |
| 52 | 82.38 | 79.38 |
| 53 | 81.25 | 78.25 |
| 54 | 80.10 | 77.10 |
| 55 | 78.93 | 75.93 |
| 56 | 77.75 | 74.75 |
| 57 | 76.56 | 73.56 |
| 58 | 75.34 | 72.34 |
| 59 | 74.11 | 71.11 |
| 60 | 73.00 | 70.00 |

## AMENDMENT AND RENEWAL

THIS AMENDMENT AND RENEWAL (the "Agreement") is entered into as of this 19th day of May, 2003 by and between **Delphi Corporation**, a Delaware corporation, with its principal office at 2900 South Scatterfield Road, Anderson, IN 46018 ("Lessee"), and **Eireann II, a division of ATEL Transatlantic Investors, Inc.,** a California corporation (as successor in interest by assignment), with its principal offices at 600 California Street, 6th Floor, San Francisco, CA 94108 ("Lessor").

**WHEREAS,** Lessor and Lessee's predecessor in interest entered into that Master Lease Agreement No. 9708DEG545 dated as of August 29, 1997 ("Master Lease") and Equipment Schedule Nos. A-2, A-3, A-4, and A-5 thereto, as amended, dated as of December 12, 1997, March 2, 1998, April 3, 1998 and April 30, 1998, respectively (Equipment Schedule Nos. A-2, A-3, A-4 and A-5, as amended, and the Master Lease to the extent it applies thereto collectively, the "Leases");

**WHEREAS,** Lessee formerly was known as "Delphi Energy and Management Systems, a division of General Motors Corporation" and became a separate corporate entity effective as of September 16, 1998 and by operation of law assumed all rights and obligations under the Leases;

**WHEREAS,** Lessee changed its name to Delphi Corporation;

**WHEREAS,** Lessee and Lessor desire to memorialize such assumption by operation of law and name change in writing;

**WHEREAS,** Lessee and Lessor desire to extend the term of each of the Leases for an additional twelve (12) months;

**NOW THEREFORE,** the undersigned, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby agree as follows in furtherance of the foregoing:

**FOR VALUE RECEIVED,** Lessee confirms all references to Lessee in the Leases shall mean Delphi Corporation and hereby acknowledges the terms of the Leases and and agrees to pay and perform all obligations of Lessee under the Leases (including, without limitation, indemnity obligations and any obligations to insure, maintain and, if any, purchase leased property).

Lessee and Lessor hereby agree to extend the terms of the Leases as follows:

| Equipment Schedule No. | Renewal Start | Renewal Maturity | Renewal Rent | No. of Pmts |
|---|---|---|---|---|
| A-2 | 1/1/03 | 12/31/03 | $33,850 | 12 mo. In adv. |
| A-3 | 5/1/03 | 4/30/04 | $8,860 | 12 mo. In adv. |
| A-4 | 6/1/03 | 5/31/04 | $5,835 | 12 mo. In adv. |
| A-5 | 6/1/03 | 5/31/04 | $9,275 | 12 mo. In adv. |

-1-

For each Lease, the Stipulated Loss Value during the term of the renewal shall be 72.03%.

For each Lease, the Termination Value during the term of the renewal shall be 75.03%.

In conjunction with this Agreement, Lessee agrees to promptly provide in form and substance acceptable to Lessor such other documents as may be reasonably required by Lessor from time to time, including, without limitation, any Uniform Commercial Code financing statements.

Except as amended hereby, all other terms and conditions of the Leases remain in full force and effect.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the date set forth above.

Lessee:
**Delphi Corporation
(f/k/a Delphi Energy and Management Systems)**

By: _____

Name: _____James A. Bertrand_____

Title: __President, S+I and Atte__

Date: __6/3/03__

Lessor:
**Eireann II, a division of
ATEL Transatlantic Investors, Inc.**

By: _____

Name: _____Vasco H. Mora_____
　　　　　　Sr. Vice President

Title: _____of Manager_____

ATEL LEGAL DEPARTMENT
**APPROVED
AS TO FORM**
BY: _____

W:\AFG PORTFOLIOS\UBK\Delphi Energy\Full Assignment Assumption  Consent without Recourse.(ES Nos. A-2 to A-5).051903.doc

## AMENDMENT AND RENEWAL

**THIS AMENDMENT AND RENEWAL** (the "Agreement") is entered into as of this 19th day of May, 2003 by and between **Delphi Corporation**, a Delaware corporation, with its principal office at 2900 South Scatterfield Road, Anderson, IN 46018 ("Lessee"), and **Eireann III, a division of ATEL Transatlantic Investors, Inc.**, a California corporation (as successor in interest by assignment), with its principal offices at 600 California Street, 6th Floor, San Francisco, CA 94108 ("Lessor").

**WHEREAS,** Lessor and Lessee's predecessor in interest entered into that Master Lease Agreement No. 9708DEG545 dated as of August 29, 1997 ("Master Lease") and Equipment Schedule No. A-1 thereto dated as of October 7, 1997 (Equipment Schedule No. A-1, and the Master Lease to the extent it applies thereto collectively, the "Lease");

**WHEREAS,** Lessee formerly was known as "Delphi Energy and Management Systems, a division of General Motors Corporation" and became a separate corporate entity effective as of September 16, 1998 and by operation of law assumed all rights and obligations under the Lease;

**WHEREAS,** Lessee changed its name to Delphi Corporation;

**WHEREAS,** Lessee and Lessor desire to memorialize such assumption by operation of law and name change in writing;

**WHEREAS,** Lessee and Lessor desire to extend the term of the Lease for an additional twelve (12) months;

**NOW THEREFORE,** the undersigned, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby agree as follows in furtherance of the foregoing:

**FOR VALUE RECEIVED,** Lessee confirms all references to Lessee in the Lease shall mean Delphi Corporation and hereby acknowledges the terms of the Lease and and agrees to pay and perform all obligations of Lessee under the Lease (including, without limitation, indemnity obligations and any obligations to insure, maintain and, if any, purchase leased property).

Lessee and Lessor hereby agree to extend the term of the Lease as follows:

| Equipment Schedule No. | Renewal Start | Renewal Maturity | Renewal Rent | No. of Pmts |
|---|---|---|---|---|
| A-1 | 6/1/03 | 5/31/04 | $2,835.00 | 12 mo. In adv. |

The Stipulated Loss Value during the term of the renewal shall be 72.03%.

The Termination Value during the term of the renewal shall be 75.03%.

In conjunction with this Agreement, Lessee agrees to promptly provide in form and substance acceptable to Lessor such other documents as may be reasonably required by Lessor from time to time, including, without limitation, any Uniform Commercial Code financing statements.

Except as amended hereby, all other terms and conditions of the Lease remain in full force and effect.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the date set forth above.

Lessee:
**Delphi Corporation
(f/k/a Delphi Energy and Management Systems)**

By: _____

Name: Uames A. Bertrand

Title: President, S&I and AHG

Date: 6/3/03

Lessor:
**Eireann III, a division of
ATEL Transatlantic Investors, Inc.**

By: _____

Name: Vasco H. Morais
Sr. Vice President
of Manager

Title: _____  6/3/03

ATEL LEGAL DEPARTMENT
APPROVED
AS TO FORM
BY:

W:\AFG PORTFOLIOS\UBK\Delphi Energy\Full Assignment Assumption  Consent without Recourse.(ES Nos. A-2 to A-5).051903.doc

# EQUIPMENT SCHEDULE NO. A-2

RSL

EQUIPMENT SCHEDULE
SCHEDULE NO. A-2
DATED THIS 12TH DAY OF DECEMBER, 1997
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

Lessor and Mailing Address:

AMERICAN FINANCE GROUP, INC.
24 SCHOOL STREET
FLOOR 7
BOSTON, MA  02108

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION,
DELPHI ENERGY & ENGINE SYSTEMS
2900 SOUTH SCATTERFIELD ROAD
ANDERSON, IN  46018-2439

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any):  N/A

2.    Capitalized Lessor's Cost:  $2,793,572.50

3.    Basic Term Lease Rate Factor:  .013462000

4.    Daily Lease Rate Factor:  .000448733

5.    Basic Term (Number of Months):  60

6.    Basic Term Commencement Date:  01-01-98

7.    Equipment Location:  2900 South Scatterfield Road, Anderson, IN  46013

8.    Lessee's Federal Tax ID Number:  38-0572515

9.    Supplier:  Liebherr-America, Inc., Saline, MI / Emag-Bohle L.L.C., Farmington Hills, MI

10.    Last Delivery Date:  N/A

11.    First Termination Date:  04-01-98 ( 3 ) months after the Basic Term Commencement Date.

12.    Option Price:  Fair Market Value

Rev. 5/14/92

C.    TAX BENEFITS

Depreciation Deductions:

a.    Depreciation Method: Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.    Recovery Period: 7 years                                                                                              .

c.    Basis: One Hundred percent (100%) of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.    Interim Rent. For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period. Interim Rent shall be due on January 1, 1998.

2.    Basic Term Rent. Commencing on _____ January 1, 1998 _____, and on the same day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.    Adjustment to Capitalized Lessor's Cost. Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters. Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above). Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1.    Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than _____ Five Million _____ dollars ($5,000,000.00) per occurrence combined single limit for personal injury and property damage.

2.    "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives as of the date first above written.

LESSOR:                                                    LESSEE:

AMERICAN FINANCE GROUP, INC.                GENERAL MOTORS CORPORATION, DELPHI ENERGY & ENGINE SYSTEMS

By _____                        By _____
Name _Lisa  G  Ryan__                              Name _Donald L. Runkle____
Title _Manager, _____                    Title _Vice President & General_ Manager

COUNTERPART NO. _1_ OF _2_ SERIALLY NUMBERED MANUALLY EXECUTED COUNTERPARTS. TO THE EXTENT IF ANY THAT THIS DOCUMENT CONSTITUTES CHATTEL PAPER UNDER THE UNIFORM COMMERCIAL CODE, NO SECURITY INTEREST MAY BE CREATED THROUGH THE TRANSFER AND POSSESSION OF ANY COUNTERPART OTHER THAN COUNTERPART NO. 1.

Rev. 5/14/92

**ANNEX A**
**TO**
**SCHEDULE NO. A-2**
**TO MASTER LEASE AGREEMENT NO. 9708DEG545**
**DATED AS OF AUGUST 29, 1997**

## DESCRIPTION OF EQUIPMENT

| Manufacturer | Serial Numbers | Type and Model of Equipment | Number of Units | Cost Per Unit |
|---|---|---|---|---|
| Emag-Bohle LLC | 6M720.05165 6M720.05166 | VSC 250 Twin Machine w/ Hopper Feed System | 2 | $721,786.25 |
| Liebherr | FN0960 FN0961 FN0962 | LC 82 CNC Hobbing Machine | 3 | $450,000.00 |

Initials: _____      _____
               Lessor                    Lessee

Rev. 5/14/92

ANNEX B
TO
SCHEDULE NO. A-2
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

PURCHASE ORDER ASSIGNMENT AND CONSENT

THIS ASSIGNMENT AGREEMENT, dated as of ____December 12, 1997_____ ("Agreement), between American Finance Group, Inc. ("Lessor") and General Motors Corporation, Delphi Energy & Engine Management Systems ("Lessee").

WITNESSETH:

Lessee desires to lease certain equipment ("Equipment") from Lessor pursuant to the above schedule and lease (collectively, "Lease"). All terms used herein which are not otherwise defined shall have the meaning ascribed to them in the Lease.

Lessee desires to assign, and Lessor is willing to acquire, certain of Lessee's rights and interest under the purchase order(s), agreement(s), and/or document(s) (the "Purchase Orders") Lessee has heretofore issued to the Supplier(s) of such Equipment.

NOW, THEREFORE, in consideration of the mutual covenants herein contained, Lessor and Lessee hereby agree as follows:

SECTION 1. ASSIGNMENT.

(a)    Lessee does hereby assign and set over to Lessor all of Lessee's rights and interests in and to such Equipment and the Purchase Orders as the same relate thereto including, without limitation, (i) the rights to purchase, to take title, and to be named the purchaser in the bill of sale for such Equipment, (ii) all claims for damages in respect of such Equipment arising as a result of any default by the Supplier (including, without limitation, all warranty and indemnity claims), and (iii) any and all rights of Lessee to compel performance by the Supplier.

(b)    If, and so long as, no default exists under the Lease, Lessee shall be, and is hereby, authorized during the term of the Lease to assert and enforce, at Lessee's sole cost and expense, from time to time in the name of and for the account of Lessor and/or Lessee, as their interest may appear, whatever claims and rights Lessor may have against any Supplier of the Equipment.

SECTION 2.    CONTINUING LIABILITY OF LESSEE.

It is expressly agreed that, anything herein contained to the contrary notwithstanding: (a) Lessee shall at all times remain liable to the Supplier to perform any duties and obligations of the purchaser under the Purchase Orders, except respecting payment provided for in the Lease so long as Lessee has complied with its obligations under Section I(b) of the Lease, to the same extent as if this Agreement had not been executed, (b) the execution of this Agreement shall not modify any contractual rights of the Supplier under the Purchase Orders, except respecting payment provided for in the Lease, and the liabilities of the Supplier under the Purchase Orders shall be to the same extent and continue as if this Agreement had not been executed, (c) the exercise by the Lessor of any of the rights hereunder shall not release Lessee from any of its duties or obligations to the Supplier, except payment provided for in the Lease, under the Purchase Orders, and (d) Lessor shall not have any obligation or liability under the Purchase Orders by reason of, or arising out of, this Agreement or be obligated to perform any of the obligations or duties of Lessee under the Purchase Orders or to make any payment (other than under the terms and conditions set forth in the Lease) or to make any inquiry of the sufficiency of or authorization for any payment

Rev. 5/14/92

received by any Supplier or to present or file any claim or to take any other action to collect or enforce any claim for any payment assigned hereunder.

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed as of the date first above written.

LESSOR:                                          LESSEE:

AMERICAN FINANCE GROUP, INC.                     GENERAL MOTORS CORPORATION,
                                                 DELPHI ENERGY & ENGINE SYSTEMS

By _____                         By _____

Title _Manager Trade Underwriting_               Title _Vice President & General Manager_


CONSENT AND AGREEMENT


Supplier hereby consents to the above assignment agreement ("Agreement") and agrees not to assert any claims against Lessor or Lessee inconsistent with such Agreement. Supplier agrees that the Purchase Orders are hereby amended as necessary to provide as follows:

(a)    Title to and risk of loss of the Equipment shall pass to Lessor upon Lessee's execution of the Certificate for such Equipment; and

(b)    Supplier hereby waives and discharges any security interest, lien, or other encumbrance in or upon the Equipment and agrees to execute such documents as Lessor may request evidencing the release of any such encumbrance and the conveyance of title thereto to Lessor.

(c)    Supplier agrees that on and after the date this Consent is executed, it will not make any addition to or delete any items from the Equipment referred to in the Agreement without the prior written consent of both Lessor and Lessee.


IN WITNESS WHEREOF, the undersigned has caused this Consent to be executed this _____ day of December, 1997.


SUPPLIER:

_____

By _____

Title _____


Rev. 5/14/92

ANNEX C
TO
SCHEDULE NO. A-2
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

CERTIFICATE

To: <u>American Finance Group, Inc.</u> ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

DESCRIPTION OF EQUIPMENT

| Manufacturer | Serial Numbers | Type and Model of Equipment |
|---|---|---|
| Emag-Bohle LLC | 6M720.05165<br>6M720.05166 | VSC 250 Twin<br>Machine w/<br>Hopper Feed System |
| Liebherr | FN0960<br>FN0961<br>FN0962 | LC 82 CNC<br>Hobbing Machine |

_____

Authorized Representative

Dated: _____ 12/16/97 _____

.

Rev. 5/14/92

ANNEX D
TO
SCHEDULE NO. A-2
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

## STIPULATED LOSS AND TERMINATION VALUE TABLE*

| AFTER PRIMARY TERM PAYMENT NO. | STIPULATED LOSS VALUE % | TERMINATION VALUE % |
|---|---|---|
|  | 120.00 |  |
| 1 | 119.51 |  |
| 2 | 119.01 |  |
| 3 | 118.50 |  |
| 4 | 117.99 | 120.99 |
| 5 | 117.46 | 120.46 |
| 6 | 116.93 | 119.93 |
| 7 | 116.39 | 119.39 |
| 8 | 115.84 | 118.84 |
| 9 | 115.28 | 118.28 |
| 10 | 114.71 | 117.71 |
| 11 | 114.13 | 117.13 |
| 12 | 113.54 | 116.54 |
| 13 | 112.95 | 115.95 |
| 14 | 112.34 | 115.34 |
| 15 | 111.73 | 114.73 |
| 16 | 111.11 | 114.11 |
| 17 | 110.47 | 113.47 |
| 18 | 109.83 | 112.83 |
| 19 | 109.17 | 112.17 |
| 20 | 108.51 | 111.51 |
| 21 | 107.84 | 110.84 |
| 22 | 107.15 | 110.15 |
| 23 | 106.46 | 109.46 |
| 24 | 105.75 | 108.75 |
| 25 | 105.04 | 108.04 |
| 26 | 104.31 | 107.31 |
| 27 | 103.57 | 106.57 |
| 28 | 102.82 | 105.82 |
| 29 | 102.06 | 105.06 |
| 30 | 101.29 | 104.29 |
| 31 | 100.50 | 103.50 |
| 32 | 99.71 | 102.71 |
| 33 | 98.90 | 101.90 |
| 34 | 98.08 | 101.08 |
| 35 | 97.25 | 100.25 |
| 36 | 96.40 | 99.40 |
| 37 | 95.54 | 98.54 |
| 38 | 94.67 | 97.67 |
| 39 | 93.79 | 96.79 |
| 40 | 92.89 | 95.89 |
| 41 | 91.98 | 94.98 |
| 42 | 91.06 | 94.06 |
| 43 | 90.12 | 93.12 |

Rev. 5 14/92

| AFTER PRIMARY TERM PAYMENT NO. | STIPULATED LOSS VALUE % | TERMINATION VALUE % |
|---|---|---|
| 44 | 89.17 | 92.17 |
| 45 | 88.20 | 91.20 |
| 46 | 87.22 | 90.22 |
| 47 | 86.23 | 89.23 |
| 48 | 85.22 | 88.22 |
| 49 | 84.20 | 87.20 |
| 50 | 83.16 | 86.16 |
| 51 | 82.10 | 85.10 |
| 52 | 81.03 | 84.03 |
| 53 | 79.95 | 82.95 |
| 54 | 78.85 | 81.85 |
| 55 | 77.73 | 80.73 |
| 56 | 76.60 | 79.60 |
| 57 | 75.45 | 78.45 |
| 58 | 74.28 | 77.28 |
| 59 | 73.10 | 76.10 |
| 60 | 72.03 | 75.03 |

Initials: _____ TW    _____ DLR
                Lessor                              Lessee

_____

\*    The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables. In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Rev. 5/14/92

## AMENDMENT AND RENEWAL

THIS AMENDMENT AND RENEWAL (the "Agreement") is entered into as of this 19th day of May, 2003 by and between **Delphi Corporation,** a Delaware corporation, with its principal office at 2900 South Scatterfield Road, Anderson, IN 46018 ("Lessee"), and **Eireann II, a division of ATEL Transatlantic Investors, Inc.,** a California corporation (as successor in interest by assignment), with its principal offices at 600 California Street, 6th Floor, San Francisco, CA 94108 ("Lessor").

WHEREAS, Lessor and Lessee's predecessor in interest entered into that Master Lease Agreement No. 9708DEG545 dated as of August 29, 1997 ("Master Lease") and Equipment Schedule Nos. A-2, A-3, A-4, and A-5 thereto, as amended, dated as of December 12, 1997, March 2, 1998, April 3, 1998 and April 30, 1998, respectively (Equipment Schedule Nos. A-2, A-3, A-4 and A-5, as amended, and the Master Lease to the extent it applies thereto collectively, the "Leases");

WHEREAS, Lessee formerly was known as "Delphi Energy and Management Systems, a division of General Motors Corporation" and became a separate corporate entity effective as of September 16, 1998 and by operation of law assumed all rights and obligations under the Leases;

WHEREAS, Lessee changed its name to Delphi Corporation;

WHEREAS, Lessee and Lessor desire to memorialize such assumption by operation of law and name change in writing;

WHEREAS, Lessee and Lessor desire to extend the term of each of the Leases for an additional twelve (12) months;

NOW THEREFORE, the undersigned, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby agree as follows in furtherance of the foregoing:

FOR VALUE RECEIVED, Lessee confirms all references to Lessee in the Leases shall mean Delphi Corporation and hereby acknowledges the terms of the Leases and and agrees to pay and perform all obligations of Lessee under the Leases (including, without limitation, indemnity obligations and any obligations to insure, maintain and, if any, purchase leased property).

Lessee and Lessor hereby agree to extend the terms of the Leases as follows:

| Equipment Schedule No. | Renewal Start | Renewal Maturity | Renewal Rent | No. of Pmts |
|---|---|---|---|---|
| A-2 | 1/1/03 | 12/31/03 | $33,850 | 12 mo. in adv. |
| A-3 | 5/1/03 | 4/30/04 | $8,860 | 12 mo. in adv. |
| A-4 | 6/1/03 | 5/31/04 | $5,835 | 12 mo. in adv. |
| A-5 | 6/1/03 | 5/31/04 | $9,275 | 12 mo. in adv. |

C.    TAX BENEFITS

<u>Depreciation Deductions</u>:

a.    <u>Depreciation Method</u>:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which employing the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.    <u>Recovery Period</u>: 7 years                                                                                           .

c.    <u>Basis</u>:  <u>One Hundred</u> percent (<u>100</u>%) of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.    <u>Interim Rent</u>.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on <u>March 1, 1998</u>.

2.    <u>Basic Term Rent</u>. Commencing on  <u>March 1, 1998</u>  , and on the same day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.    <u>Adjustment to Capitalized Lessor's Cost</u>.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters.  Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1.    Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than  <u>Five Million</u>  dollars ($<u>5,000,000.00</u>) per occurrence combined single limit for personal injury and property damage.

2.    "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect.  This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives as of the date first above written.

LESSOR:                                          LESSEE:

AMERICAN FINANCE GROUP, INC.                     GENERAL MOTORS CORPORATION, DELPHI ENERGY AND ENGINE MANAGEMENT SYSTEM

By _____                       By _____
Name L.I.S.A. G. KYP                             Name  ARNOLD L RUNKLE
Title Manager, Lease Underwriting                Title  VP

COUNTERPART NO. 1 OF 2 SERIALLY NUMBERED MANUALLY EXECUTED COUNTERPARTS. TO THE EXTENT IF ANY THAT THIS DOCUMENT CONSTITUTES CHATTEL PAPER UNDER THE UNIFORM COMMERCIAL CODE, NO SECURITY INTEREST MAY BE CREATED THROUGH THE TRANSFER AND POSSESSION OF ANY COUNTERPART OTHER THAN COUNTERPART NO. 1.

# EQUIPMENT SCHEDULE NO. A-3

EQUIPMENT SCHEDULE
SCHEDULE NO. A-3
DATED THIS 28TH DAY OF JULY, 1997
TO MASTER LEASE AGREEMENT NO. 9602ING520
DATED AS OF FEBRUARY 12, 1996

Lessor and Mailing Address:

AMERICAN FINANCE GROUP, INC.
24 SCHOOL STREET
BOSTON, MA  0210

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION,
DELPHI INTERIOR & LIGHTING SYSTEMS
2915 PENDLETON AVENUE
ANDERSON, IN  46016

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Schedule B attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any):          N/A                          .

2.    Capitalized Lessor's Cost:      $320,125.00                  .

3.    Basic Term Lease Rate Factor:   .016691000                   .

4.    Daily Lease Rate Factor:        .000556367                   .

5.    Basic Term (Number of Months):36                            .

6.    Basic Term Commencement Date:08-01-96                        .

7.    Equipment Location:             see Annex A                  .

8.    Lessee's Federal Tax ID Number:38-0572515                    .

9.    Supplier:                       see Annex A                  .

10.   Last Delivery Date:             see Annex A                  .

11.   First Termination Date:         11-01-97 ( 3 ) months after the
                                      Basic Term Commencement Date.

12.   Option Price:                   Fair Market Value            .

1

C.    TAX BENEFITS

Depreciation Deductions:

a.    Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.    Recovery Period:  5 years.

c.    Basis:  One Hundred percent (100%) of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.    Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period. Interim Rent shall be due on September 1, 1997.

2.    Basic Term Rent.  Commencing on September 1, 1997, and on the same day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.  Lessee agrees to pay both the first payment of Basic Term Rent due September 1, 1997 and the last payment of Basic Term Rent due July 31, 2000 on September 1, 1997.

3.    Adjustment to Capitalized Lessor's Cost.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters.  Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraph 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    RETURN CONDITIONS

In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Sections V and X of the Agreement, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Agreement and in compliance with the following special return conditions:

Each item of Equipment shall be in both good appearance and operating condition, less reasonable wear and tear.  Each unit and component of such unit shall be capable of performing or meeting the manufacturer's minimum performance specifications when new. Lessee shall also de-identify each unit by properly removing any decals, paint and all other Lessee markings.

2

Upon the expiration of the Lease Term, or any extension or renewal thereof, Lessee shall properly prepare, pack and ship each item of Equipment in accordance with this Section E and the Master Lease.

If any of the above conditions are not met, the Lessee has the option of repairing the Equipment at his own expense, or if repairs are performed by Lessor or Lessor's agent, Lessee shall pay any costs associated therewith.

F.    INSURANCE

    1.    Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than Five Million dollars ($5,000,000.00) per occurrence combined single limit for personal injury and property damage.

    2.    "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect.  This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

This Equipment Schedule incorporates by reference the Equipment Lease and each Equipment Schedule constitutes a separate and independent Lease.  Terms defined in an Equipment Schedule and not otherwise defined herein shall have the meanings ascribed to them in such Equipment Schedule.  In the event of a conflict between the terms of an Equipment Schedule and the Equipment Lease, the terms of the Equipment Schedule shall govern.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives as of the date first above written.

LESSOR:                                          LESSEE:

AMERICAN FINANCE GROUP, INC.          GENERAL MOTORS CORPORATION,
                                                 DELPHI INTERIOR & LIGHTING SYSTEMS

By: _Lisa M Ryan_                          By: _Paul Calhoun_  7/31/97

Name: _LISA  G  RYAN_                      Name: _PAUL  F  CALHOUN_

Title: _Manager, Lease Underwriting_      Title: _Resident  Comptroller_

COUNTERPART NO. _1_ OF _2_ SERIALLY NUMBERED
MANUALLY EXECUTED COUNTERPARTS. TO THE EXTENT
IF ANY THAT THIS DOCUMENT CONSTITUTES CHATTEL
PAPER UNDER THE UNIFORM COMMERCIAL CODE, NO
SECURITY INTEREST MAY BE CREATED THROUGH THE
TRANSFER AND POSSESSION OF ANY COUNTERPART
OTHER THAN COUNTERPART NO. 1.

3

ANNEX A
TO
SCHEDULE NO. A-3
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

DESCRIPTION OF EQUIPMENT

| Manufacturer | Serial Numbers | Type and Model of Equipment | Number of Units | Cost Per Unit |
|---|---|---|---|---|
| Emag-Bohle LLC | 6M720.05167 | VSC 250 Twin Machine w/ Hopper Feed System | 1 | $721,786.25 |

Initials: _____    _____
              Lessor              Lessee

Rev. 5/14/92

ANNEX B
TO
SCHEDULE NO. A-3
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997 ·

PURCHASE ORDER ASSIGNMENT AND CONSENT

THIS ASSIGNMENT AGREEMENT, dated as of ___March 2, 1998___ ("Agreement), between American Finance Group, Inc. ("Lessor") and General Motors Corporation, Delphi Energy and Engine Management System ("Lessee").

WITNESSETH:

Lessee desires to lease certain equipment ("Equipment") from Lessor pursuant to the above schedule and lease (collectively, "Lease"). All terms used herein which are not otherwise defined shall have the meaning ascribed to them in the Lease.

Lessee desires to assign, and Lessor is willing to acquire, certain of Lessee's rights and interest under the purchase order(s), agreement(s), and/or document(s) (the "Purchase Orders") Lessee has heretofore issued to the Supplier(s) of such Equipment.

NOW, THEREFORE, in consideration of the mutual covenants herein contained, Lessor and Lessee hereby agree as follows:

SECTION 1.  ASSIGNMENT.

(a)     Lessee does hereby assign and set over to Lessor all of Lessee's rights and interests in and to such Equipment and the Purchase Orders as the same relate thereto including, without limitation, (i) the rights to purchase, to take title, and to be named the purchaser in the bill of sale for such Equipment, (ii) all claims for damages in respect of such Equipment arising as a result of any default by the Supplier (including, without limitation, all warranty and indemnity claims), and (iii) any and all rights of Lessee to compel performance by the Supplier.

(b)     If, and so long as, no default exists under the Lease, Lessee shall be, and is hereby, authorized during the term of the Lease to assert and enforce, at Lessee's sole cost and expense, from time to time in the name of and for the account of Lessor and/or Lessee, as their interest may appear, whatever claims and rights Lessor may have against any Supplier of the Equipment.

SECTION 2.   CONTINUING LIABILITY OF LESSEE.

It is expressly agreed that, anything herein contained to the contrary notwithstanding: (a) Lessee shall at all times remain liable to the Supplier to perform any duties and obligations of the purchaser under the Purchase Orders, except respecting payment provided for in the Lease so long as Lessee has complied with its obligations under Section 1(b) of the Lease, to the same extent as if this Agreement had not been executed, (b) the execution of this Agreement shall not modify any contractual rights of the Supplier under the Purchase Orders, except respecting payment provided for in the Lease, and the liabilities of the Supplier under the Purchase Orders shall be to the same extent and continue as if this Agreement had not been executed, (c) the exercise by the Lessor of any of the rights hereunder shall not release Lessee from any of its duties or obligations to the Supplier, except payment provided for in the Lease, under the Purchase Orders, and (d) Lessor shall not have any obligation or liability under the Purchase Orders by reason of, or arising out of, this Agreement or be obligated to perform any of the obligations or duties of Lessee under the Purchase Orders or to make any payment (other than under the terms and conditions set forth in the Lease) or to make any inquiry of the sufficiency of or authorization for any payment

98 -3 HAM P1 54

received by any Supplier or to present or file any claim or to take any other action to collect or enforce any claim for any payment assigned hereunder.

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed as of the date first above written.

LESSOR:                                          LESSEE:

AMERICAN FINANCE GROUP, INC.                     GENERAL MOTORS CORPORATION,
                                                 DELPHI ENERGY AND ENGINE
                                                 MANAGEMENT SYSTEM

By _____                       By _____

Title _Manager, Trans Underwriting_              Title _VP and Gen/ Mgr._

## CONSENT AND AGREEMENT

Supplier hereby consents to the above assignment agreement ("Agreement") and agrees not to assert any claims against Lessor or Lessee inconsistent with such Agreement. Supplier agrees that the Purchase Orders are hereby amended as necessary to provide as follows:

(a)    Title to and risk of loss of the Equipment shall pass to Lessor upon Lessee's execution of the Certificate for such Equipment; and

(b)    Supplier hereby waives and discharges any security interest, lien, or other encumbrance in or upon the Equipment and agrees to execute such documents as Lessor may request evidencing the release of any such encumbrance and the conveyance of title thereto to Lessor.

(c)    Supplier agrees that on and after the date this Consent is executed, it will not make any addition to or delete any items from the Equipment referred to in the Agreement without the prior written consent of both Lessor and Lessee.

IN WITNESS WHEREOF, the undersigned has caused this Consent to be executed this _____ day of March, 1998.

SUPPLIER:

_____

By _____

Title _____

Rev. 5/14/92

ANNEX C
TO
SCHEDULE NO. A-3
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997 ·

CERTIFICATE

To: <u>American Finance Group, Inc.</u> ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

DESCRIPTION OF EQUIPMENT

| Manufacturer | Serial Numbers | Type and Model of Equipment |
|---|---|---|
| Emag-Bohle LLC | **6M720.05167** | VSC 250 Twin Machine w/ Hopper Feed System |

_____
Authorized Representative

Dated: _____3/10/9?_____

Rev. 5/14/92

ANNEX D
TO
SCHEDULE NO. A-3
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

STIPULATED LOSS AND TERMINATION VALUE TABLE*

| AFTER PRIMARY TERM PAYMENT NO. | STIPULATED LOSS VALUE | TERMINATION VALUE |
|---|---|---|
| | % | % |
| | 120.00 | |
| 1 | 119.51 | |
| 2 | 119.01 | |
| 3 | 118.50 | |
| 4 | 117.99 | 120.99 |
| 5 | 117.46 | 120.46 |
| 6 | 116.93 | 119.93 |
| 7 | 116.39 | 119.39 |
| 8 | 115.84 | 118.84 |
| 9 | 115.28 | 118.28 |
| 10 | 114.71 | 117.71 |
| 11 | 114.13 | 117.13 |
| 12 | 113.54 | 116.54 |
| 13 | 112.95 | 115.95 |
| 14 | 112.34 | 115.34 |
| 15 | 111.73 | 114.73 |
| 16 | 111.11 | 114.11 |
| 17 | 110.47 | 113.47 |
| 18 | 109.83 | 112.83 |
| 19 | 109.17 | 112.17 |
| 20 | 108.51 | 111.51 |
| 21 | 107.84 | 110.84 |
| 22 | 107.15 | 110.15 |
| 23 | 106.46 | 109.46 |
| 24 | 105.75 | 108.75 |
| 25 | 105.04 | 108.04 |
| 26 | 104.31 | 107.31 |
| 27 | 103.57 | 106.57 |
| 28 | 102.82 | 105.82 |
| 29 | 102.06 | 105.06 |
| 30 | 101.29 | 104.29 |
| 31 | 100.50 | 103.50 |
| 32 | 99.71 | 102.71 |
| 33 | 98.90 | 101.90 |
| 34 | 98.08 | 101.08 |
| 35 | 97.25 | 100.25 |
| 36 | 96.40 | 99.40 |
| 37 | 95.54 | 98.54 |
| 38 | 94.67 | 97.67 |
| 39 | 93.79 | 96.79 |
| 40 | 92.89 | 95.89 |
| 41 | 91.98 | 94.98 |
| 42 | 91.06 | 94.06 |
| 43 | 90.12 | 93.12 |

Rev. 5/14/92

| AFTER PRIMARY TERM PAYMENT NO. | STIPULATED LOSS VALUE % | TERMINATION VALUE % |
|---|---|---|
| 44 | 89.17 | 92.17 |
| 45 | 88.20 | 91.20 |
| 46 | 87.22 | 90.22 |
| 47 | 86.23 | 89.23 |
| 48 | 85.22 | 88.22 |
| 49 | 84.20 | 87.20 |
| 50 | 83.16 | 86.16 |
| 51 | 82.10 | 85.10 |
| 52 | 81.03 | 84.03 |
| 53 | 79.95 | 82.95 |
| 54 | 78.85 | 81.85 |
| 55 | 77.73 | 80.73 |
| 56 | 76.60 | 79.60 |
| 57 | 75.45 | 78.45 |
| 58 | 74.28 | 77.28 |
| 59 | 73.10 | 76.10 |
| 60 | 72.03 | 75.03 |

Initials: _____        _____
            Lessor                               Lessee

---

\*    The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables. In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Rev. 5/14/92

# EQUIPMENT SCHEDULE NO. A-4

RSL

**EQUIPMENT SCHEDULE**
**SCHEDULE NO. A-4**
**DATED THIS 3RD DAY OF APRIL, 1998**
**TO MASTER LEASE AGREEMENT NO. 9708DEG545**
**DATED AS OF AUGUST 29, 1997**

Lessor and Mailing Address:                          Lessee and Mailing Address:


**AMERICAN FINANCE GROUP, INC.**                    **GENERAL MOTORS CORPORATION,**
**24 SCHOOL STREET**                                **DELPHI ENERGY AND ENGINE**
**FLOOR 7**                                         **MANAGEMENT SYSTEM**
**BOSTON, MA  02108**                               **2900 SOUTH SCATTERFIELD ROAD**
                                                    **ANDERSON, IN  46018-2439**


Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any):    N/A

2.    Capitalized Lessor's Cost:    $450,000.00

3.    Basic Term Lease Rate Factor:    .016843000

4.    Daily Lease Rate Factor:    .000561433

5.    Basic Term (Number of Months):    36

6.    Basic Term Commencement Date:    04-01-98

7.    Equipment Location:    2900 South Scatterfield Road, Anderson, IN  46013

8.    Lessee's Federal Tax ID Number:    38-0572515

9.    Supplier:    Liebherr-America, Inc. 1465 Woodland Drive, Saline, MI  48176-1259

10.   Last Delivery Date:    N/A

11.   First Termination Date:    07-01-98 ( 3 ) months after the Basic Term Commencement Date.

12.   Option Price:    Fair Market Value

Rev. 5/14/92

C.    TAX BENEFITS

Depreciation Deductions:

a.    Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.    Recovery Period: 7 years                                                              .

c.    Basis:  One Hundred percent (100%) of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.    Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on April 1, 1998.

2.    Basic Term Rent.  Commencing on ___April 1, 1998_____, and on the same day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.    Adjustment to Capitalized Lessor's Cost.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters.  Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1.    Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than _____Five Million_____ dollars ($5,000,000.00) per occurrence combined single limit for personal injury and property damage.

2.    "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect.  This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives as of the date first above written.

LESSOR:                                    LESSEE:

AMERICAN FINANCE GROUP, INC.               GENERAL MOTORS CORPORATION,
                                           DELPHI ENERGY AND ENGINE
                                           MANAGEMENT SYSTEM

By _Lisa M. Ryan_____                      By _____
Name_ LISA G. Ryan_                        Name_ Don Runicle__
Title _Manager, Lease Underwriting_        Title _VP_____

COUNTERPART NO. _1_ OF _2_ SERIALLY NUMBERED
MANUALLY EXECUTED COUNTERPARTS. TO THE EXTENT
IF ANY THAT THIS DOCUMENT CONSTITUTES CHATTEL
PAPER UNDER THE UNIFORM COMMERCIAL CODE, NO
SECURITY INTEREST MAY BE CREATED THROUGH THE
TRANSFER AND POSSESSION OF ANY COUNTERPART
OTHER THAN COUNTERPART NO. 1.

Rev. 5/14/92

ANNEX A
TO
SCHEDULE NO. A-4
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

DESCRIPTION OF EQUIPMENT

| Manufacturer | Serial Numbers | Type and Model of Equipment | Number of Units | Cost Per Unit |
|---|---|---|---|---|
| Liebherr-America, Inc. | PN0963 | LC 82 CNC Hobbing Machine | 1 | $450,000.00 |

Initials: _____        _____
              Lessor                        Lessee

Rev. 5/14/92

ANNEX B
TO
SCHEDULE NO. A-4
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

PURCHASE ORDER ASSIGNMENT AND CONSENT

THIS ASSIGNMENT AGREEMENT, dated as of _____April 3, 1998_____ ("Agreement"), between American Finance Group, Inc. ("Lessor") and General Motors Corporation, Delphi Energy and Engine Management System ("Lessee").

WITNESSETH:

Lessee desires to lease certain equipment ("Equipment") from Lessor pursuant to the above schedule and lease (collectively, "Lease"). All terms used herein which are not otherwise defined shall have the meaning ascribed to them in the Lease.

Lessee desires to assign, and Lessor is willing to acquire, certain of Lessee's rights and interest under the purchase order(s), agreement(s), and/or document(s) (the "Purchase Orders") Lessee has heretofore issued to the Supplier(s) of such Equipment.

NOW, THEREFORE, in consideration of the mutual covenants herein contained, Lessor and Lessee hereby agree as follows:

SECTION 1.   ASSIGNMENT.

(a)    Lessee does hereby assign and set over to Lessor all of Lessee's rights and interests in and to such Equipment and the Purchase Orders as the same relate thereto including, without limitation, (i) the rights to purchase, to take title, and to be named the purchaser in the bill of sale for such Equipment, (ii) all claims for damages in respect of such Equipment arising as a result of any default by the Supplier (including, without limitation, all warranty and indemnity claims), and (iii) any and all rights of Lessee to compel performance by the Supplier.

(b)    If, and so long as, no default exists under the Lease, Lessee shall be, and is hereby, authorized during the term of the Lease to assert and enforce, at Lessee's sole cost and expense, from time to time in the name of and for the account of Lessor and/or Lessee, as their interest may appear, whatever claims and rights Lessor may have against any Supplier of the Equipment.

SECTION 2.   CONTINUING LIABILITY OF LESSEE.

It is expressly agreed that, anything herein contained to the contrary notwithstanding: (a) Lessee shall at all times remain liable to the Supplier to perform any duties and obligations of the purchaser under the Purchase Orders, except respecting payment provided for in the Lease so long as Lessee has complied with its obligations under Section 1(b) of the Lease, to the same extent as if this Agreement had not been executed, (b) the execution of this Agreement shall not modify any contractual rights of the Supplier under the Purchase Orders, except respecting payment provided for in the Lease, and the liabilities of the Supplier under the Purchase Orders shall be to the same extent and continue as if this Agreement had not been executed, (c) the exercise by the Lessor of any of the rights hereunder shall not release Lessee from any of its duties or obligations to the Supplier, except payment provided for in the Lease, under the Purchase Orders, and (d) Lessor shall not have any obligation or liability under the Purchase Orders by reason of, or arising out of, this Agreement or be obligated to perform any of the obligations or duties of Lessee under the Purchase Orders or to make any payment (other than under the terms and conditions set forth in the Lease) or to make any inquiry of the sufficiency of or authorization for any payment

received by any Supplier or to present or file any claim or to take any other action to collect or enforce any claim for any payment assigned hereunder.

     IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed as of the date first above written.

LESSOR:                                LESSEE:

AMERICAN FINANCE GROUP, INC.         GENERAL MOTORS CORPORATION,
                                  DELPHI ENERGY AND ENGINE
                                  MANAGEMENT SYSTEM

By _____       By _____
Title _____       Title _____

## CONSENT AND AGREEMENT

     Supplier hereby consents to the above assignment agreement ("Agreement") and agrees not to assert any claims against Lessor or Lessee inconsistent with such Agreement. Supplier agrees that the Purchase Orders are hereby amended as necessary to provide as follows:

     (a)    Title to and risk of loss of the Equipment shall pass to Lessor upon Lessee's execution of the Certificate for such Equipment; and

     (b)    Supplier hereby waives and discharges any security interest, lien, or other encumbrance in or upon the Equipment and agrees to execute such documents as Lessor may request evidencing the release of any such encumbrance and the conveyance of title thereto to Lessor.

     (c)    Supplier agrees that on and after the date this Consent is executed, it will not make any addition to or delete any items from the Equipment referred to in the Agreement without the prior written consent of both Lessor and Lessee.

     IN WITNESS WHEREOF, the undersigned has caused this Consent to be executed this _____ day of April, 1998.

                                SUPPLIER:

                              _____

                              By _____

                              Title _____

Rev. 5/14/92

ANNEX C
TO
SCHEDULE NO. A-4
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

### CERTIFICATE

To:  American Finance Group, Inc. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

### DESCRIPTION OF EQUIPMENT

| Manufacturer | Serial Numbers | Type and Model of Equipment |
|---|---|---|
| Liebherr-America, Inc. | FN0963 | LC 82 CNC Hobbing Machine |

Authorized Representative

Dated:  4/29/9

Rev. 5/14/92

ANNEX D
TO
SCHEDULE NO. A-4
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

## STIPULATED LOSS AND TERMINATION VALUE TABLE*

| AFTER PRIMARY TERM PAYMENT NO. | STIPULATED LOSS VALUE | TERMINATION VALUE |
|---|---|---|
| | % | % |
| | 120.00 | |
| 1 | 119.02 | |
| 2 | 118.04 | |
| 3 | 117.03 | |
| 4 | 116.02 | 119.02 |
| 5 | 114.99 | 117.99 |
| 6 | 113.94 | 116.94 |
| 7 | 112.88 | 115.88 |
| 8 | 111.81 | 114.81 |
| 9 | 110.72 | 113.72 |
| 10 | 109.62 | 112.62 |
| 11 | 108.50 | 111.50 |
| 12 | 107.37 | 110.37 |
| 13 | 106.22 | 109.22 |
| 14 | 105.05 | 108.05 |
| 15 | 103.87 | 106.87 |
| 16 | 102.67 | 105.67 |
| 17 | 101.46 | 104.46 |
| 18 | 100.22 | 103.22 |
| 19 | 98.98 | 101.98 |
| 20 | 97.71 | 100.71 |
| 21 | 96.43 | 99.43 |
| 22 | 95.13 | 98.13 |
| 23 | 93.81 | 96.81 |
| 24 | 92.48 | 95.48 |
| 25 | 91.12 | 94.12 |
| 26 | 89.75 | 92.75 |
| 27 | 88.36 | 91.36 |
| 28 | 86.95 | 89.95 |
| 29 | 85.52 | 88.52 |
| 30 | 84.07 | 87.07 |
| 31 | 82.60 | 85.60 |
| 32 | 81.12 | 84.12 |
| 33 | 79.61 | 82.61 |
| 34 | 78.08 | 81.08 |
| 35 | 76.53 | 79.53 |
| 36 | 75.00 | 78.00 |

Initials:    _Jga_    _DLR_
            Lessor              Lessee

---

* The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables. In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Rev. 5/14/92

## LEASE AMENDMENT TO EQUIPMENT SCHEDULE NO. A-4 TO
## MASTER LEASE AGREEMENT NO. 9708DEG545
### DATED AUGUST 29, 1997

THIS LEASE AMENDMENT TO EQUIPMENT SCHEDULE NO. A-4 TO MASTER LEASE AGREEMENT NO. 9708DEG545 is made and entered into as of this 7th day of February 2000, by and between Eireann II, a division of ATEL Transatlantic Investors, Inc., a California Corporation (by assignment from American Finance Group, Inc.) with its principal office at 235 Pine Street, 6th Floor, San Francisco, CA. 94104 ("Lessor"), and General Motors Corporation, Delphi Energy and Engine Management System with its principal office at 2900 Scatterfield Road, Anderson, IN 46018 ("Lessee").

WHEREAS, Lessor and Lessee have entered into an Equipment Schedule No. A-4 dated as of April 3, 1998, to Master Lease Agreement No. 9708DEG545 dated as August 29, 1997. Equipment Schedule No. A-4 as it incorporates the Master Lease Agreement No. 9708DEG545 hereinafter collectively referred to as the ("Lease") and;

WHEREAS, Lessee and Lessor desire to extend Equipment Schedule No. A-4.

NOW THEREFORE, the parties hereto agree as follows:

**The term of Equipment Schedule No. A-4 will be extended for 12 months from April 1, 2001 through March 31, 2002, for the amount of $6,825.00 per month payable in advance.**

All the terms and conditions of the Lease shall continue in full force and effect except as expressly amended herein. All capitalized terms used herein and not otherwise defined shall have the same meaning as in the Lease.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment to Lease Agreement as of the day and year written above.

Lessor:                                                      Lessee:
**Eireann II, a division of ATEL Transatlantic Investors, Inc.**    **General Motors Corporation,
                                                             Delphi Energy and Engine
                                                             Management System**

By: _____                    By: _____

Title: _____Chairman_____                        Title: ___President___

Date: ___2/26/01___                              Date: ___2/26/01___

## SECOND AMENDMENT TO EQUIPMENT SCHEDULE NO. A-4 TO

## MASTER LEASE AGREEMENT NO. 9708DEG545 DATED AUGUST 29, 1997

THIS SECOND AMENDMENT TO EQUIPMENT SCHEDULE NO. A-4 TO MASTER LEASE AGREEMENT NO. 9708DEG545 is made and entered into as of this 18th day of June 2002, by and between Eireann II, a division of ATEL Transatlantic Investors, Inc., a California Corporation, (by assignment from American Finance Group, Inc.) with its principal office at 235 Pine Street, 6th Floor, San Francisco, CA. 94104 ("Lessor"), and General Motors Corporation, Delphi Energy and Engine Management System with its principal office at 2900 Scatterfield Road, Anderson, IN 46018 ("Lessee").

WHEREAS, Lessor and Lessee have entered into an Equipment Schedule No. A-4 dated as of April 3, 1998 to Master Lease Agreement No. 9708DEG545 dated as of August 29, 1997. Equipment Schedule No. A-4 as it incorporates the Master Lease Agreement No. 9708DEG545 hereinafter collectively referred to as the ("Lease") and;

WHEREAS, Lessee and Lessor desire to extend Equipment Schedule No. A-4.

NOW THEREFORE, the parties hereto agree as follows:

**The term of Equipment Schedule No. A-4 will be extended for 12 months from June 1, 2002 through May 31, 2003 for the amount of $6,142 per unit per month payable in advance.**

All the terms and conditions of the Lease shall continue in full force and effect except as expressly amended herein. All capitalized terms used herein and not otherwise defined shall have the same meaning as in the Lease.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment to Lease Agreement as of the day and year written above.

Lessor:
**Eireann II, a division of ATEL
Transatlantic Investors, Inc.**

By: _____

Title: **Vasco H. Morais, Esq.
Senior Vice President**

Date: _____7/18/02_____

Lessee:
**General Motors Corporation,
Delphi Energy and Engine
Management System**

By: _____

Title: _President_

Date: _____7/18/02_____

## AMENDMENT AND RENEWAL

**THIS AMENDMENT AND RENEWAL** (the "Agreement") is entered into as of this 19th day of May, 2003 by and between **Delphi Corporation**, a Delaware corporation, with its principal office at 2900 South Scatterfield Road, Anderson, IN 46018 ("Lessee"), and **Eireann II, a division of ATEL Transatlantic Investors, Inc.**, a California corporation (as successor in interest by assignment), with its principal offices at 600 California Street, 6th Floor, San Francisco, CA 94108 ("Lessor").

**WHEREAS,** Lessor and Lessee's predecessor in interest entered into that Master Lease Agreement No. 9708DEG545 dated as of August 29, 1997 ("Master Lease") and Equipment Schedule Nos. A-2, A-3, A-4, and A-5 thereto, as amended, dated as of December 12, 1997, March 2, 1998, April 3, 1998 and April 30, 1998, respectively (Equipment Schedule Nos. A-2, A-3, A-4 and A-5, as amended, and the Master Lease to the extent it applies thereto collectively, the "Leases");

**WHEREAS,** Lessee formerly was known as "Delphi Energy and Management Systems, a division of General Motors Corporation" and became a separate corporate entity effective as of September 16, 1998 and by operation of law assumed all rights and obligations under the Leases;

**WHEREAS,** Lessee changed its name to Delphi Corporation;

**WHEREAS,** Lessee and Lessor desire to memorialize such assumption by operation of law and name change in writing;

**WHEREAS,** Lessee and Lessor desire to extend the term of each of the Leases for an additional twelve (12) months;

**NOW THEREFORE,** the undersigned, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby agree as follows in furtherance of the foregoing:

**FOR VALUE RECEIVED,** Lessee confirms all references to Lessee in the Leases shall mean Delphi Corporation and hereby acknowledges the terms of the Leases and and agrees to pay and perform all obligations of Lessee under the Leases (including, without limitation, indemnity obligations and any obligations to insure, maintain and, if any, purchase leased property).

Lessee and Lessor hereby agree to extend the terms of the Leases as follows:

| Equipment Schedule No. | Renewal Start | Renewal Maturity | Renewal Rent | No. of Pmts |
|---|---|---|---|---|
| A-2 | 1/1/03 | 12/31/03 | $33,850 | 12 mo. In adv. |
| A-3 | 5/1/03 | 4/30/04 | $8,860 | 12 mo. In adv. |
| A-4 | 6/1/03 | 5/31/04 | $5,835 | 12 mo. In adv. |
| A-5 | 6/1/03 | 5/31/04 | $9,275 | 12 mo. In adv. |

-1-

For each Lease, the Stipulated Loss Value during the term of the renewal shall be 72.03%.

For each Lease, the Termination Value during the term of the renewal shall be 75.03%.

In conjunction with this Agreement, Lessee agrees to promptly provide in form and substance acceptable to Lessor such other documents as may be reasonably required by Lessor from time to time, including, without limitation, any Uniform Commercial Code financing statements.

Except as amended hereby, all other terms and conditions of the Leases remain in full force and effect.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the date set forth above.

Lessee:
**Delphi Corporation**
**(f/k/a Delphi Energy and Management Systems)**

By: _____

Name: James A Bertrand

Title: President, S+I and AHG

Date: 6/3/03

Lessor:
**Eireann II, a division of**
**ATEL Transatlantic Investors, Inc.**

By: _____

Name:       Vasco H. Mora
            Sr. Vice President
Title:      of Manager

ATEL LEGAL DEPARTMENT
APPROVED
AS TO FORM

BY: _____

W:\AFG PORTFOLIOS\UBK\Delphi Energy\Full Assignment Assumption  Consent without Recourse.(ES Nos. A-2 to A-5).051903.doc

-2-

# EQUIPMENT SCHEDULE NO. A-5

R5

EQUIPMENT SCHEDULE
SCHEDULE NO. A-5
DATED THIS 30TH DAY OF APRIL, 1998
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

Lessor and Mailing Address:

AMERICAN FINANCE GROUP, INC.
24 SCHOOL STREET
FLOOR 7
BOSTON, MA  02108

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION,
DELPHI ENERGY AND ENGINE
MANAGEMENT SYSTEM
2900 SOUTH SCATTERFIELD ROAD
ANDERSON, IN  46018-2439

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified
above ("Agreement"; said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A
attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any):   N/A

2.    Capitalized Lessor's Cost:   $715,786.25

3.    Basic Term Lease Rate Factor:   .016843000

4.    Daily Lease Rate Factor:   .000561433

5.    Basic Term (Number of Months):   36

6.    Basic Term Commencement Date:   05-01-98

7.    Equipment Location:   2900 South Scatterfield Road, Anderson, IN  46013

8.    Lessee's Federal Tax ID Number:   38-0572515

9.    Supplier:   Emag-Bohle L.L.C., 38800 Grand River Avenue, Farmington Hills, MI  48335

10.   Last Delivery Date:   N/A

11.   First Termination Date:   08-01-98 ( 3 ) months after the Basic Term Commencement Date.

12.   Option Price:   Fair Market Value

Rev. 5/14/92

C.    TAX BENEFITS

Depreciation Deductions:

a.    Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.    Recovery Period: 7 years.

c.    Basis: One Hundred percent (100%) of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.    Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on May 1, 1998.

2.    Basic Term Rent. Commencing on _____ May 1, 1998 _____, and on the same day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.    Adjustment to Capitalized Lessor's Cost.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters.  Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1.    Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than _____ Five Million _____ dollars ($5,000,000.00) per occurrence combined single limit for personal injury and property damage.

2.    "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect.  This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives as of the date first above written.

LESSOR:                                                LESSEE:

AMERICAN FINANCE GROUP, INC.                          GENERAL MOTORS CORPORATION,
                                                      DELPHI ENERGY AND ENGINE
                                                      MANAGEMENT SYSTEM

By _Alan M. Nym_                                      By _____
Name _Lisa G. Ryon_                                   Name _Don Runkle_
Title _Manager, Acct Underwriting_                    Title _VP & G. Mgr._

COUNTERPART NO. _1_ OF _2_ SERIALLY NUMBERED
MANUALLY EXECUTED COUNTERPARTS. TO THE EXTENT
IF ANY THAT THIS DOCUMENT CONSTITUTES CHATTEL
PAPER UNDER THE UNIFORM COMMERCIAL CODE, NO
SECURITY INTEREST MAY BE CREATED THROUGH THE
TRANSFER AND POSSESSION OF ANY COUNTERPART
OTHER THAN COUNTERPART NO. 1.

Rev. 5/14/92

ANNEX A
TO
SCHEDULE NO. A-5
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997


DESCRIPTION OF EQUIPMENT

| Manufacturer | Serial Numbers | Type and Model of Equipment | Number of Units | Cost Per Unit |
|---|---|---|---|---|
| Emag-Bohle LLC | 6M720.05168 | VSC 250 Twin Machine w/ Hopper Feed System | 1 | $715,786.25 |

Initials: _____        _____
            Lessor                        Lessee


Rev. 5/14/92

ANNEX B
TO
SCHEDULE NO. A-5
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

PURCHASE ORDER ASSIGNMENT AND CONSENT

THIS ASSIGNMENT AGREEMENT, dated as of _____ April 30, 1998 _____ ("Agreement),  between
American Finance Group, Inc. ("Lessor") and General Motors Corporation, Delphi Energy and Engine Management
System ("Lessee").

### WITNESSETH:

Lessee desires to lease certain equipment ("Equipment") from Lessor pursuant to the above schedule and lease
(collectively, "Lease"). All terms used herein which are not otherwise defined shall have the meaning ascribed to them in the
Lease.

Lessee desires to assign, and Lessor is willing to acquire, certain of Lessee's rights and interest under the purchase
order(s), agreement(s), and/or document(s) (the "Purchase Orders") Lessee has heretofore issued to the Supplier(s) of such
Equipment.

NOW, THEREFORE, in consideration of the mutual covenants herein contained, Lessor and Lessee hereby agree
as follows:

SECTION 1.    ASSIGNMENT.

(a)    Lessee does hereby assign and set over to Lessor all of Lessee's rights and interests in and to such Equipment
and the Purchase Orders as the same relate thereto including, without limitation, (i) the rights to purchase, to take title, and
to be named the purchaser in the bill of sale for such Equipment, (ii) all claims for damages in respect of such Equipment
arising as a result of any default by the Supplier (including, without limitation, all warranty and indemnity claims), and
(iii) any and all rights of Lessee to compel performance by the Supplier.

(b)    If, and so long as, no default exists under the Lease, Lessee shall be, and is hereby, authorized during the
term of the Lease to assert and enforce, at Lessee's sole cost and expense, from time to time in the name of and for the
account of Lessor and/or Lessee, as their interest may appear, whatever claims and rights Lessor may have against any
Supplier of the Equipment.

SECTION 2.    CONTINUING LIABILITY OF LESSEE.

It is expressly agreed that, anything herein contained to the contrary notwithstanding:  (a) Lessee shall at all times
remain liable to the Supplier to perform any duties and obligations of the purchaser under the Purchase Orders, except
respecting payment provided for in the Lease so long as Lessee has complied with its obligations under Section 1(b) of the
Lease, to the same extent as if this Agreement had not been executed, (b) the execution of this Agreement shall not modify
any contractual rights of the Supplier under the Purchase Orders, except respecting payment provided for in the Lease, and
the liabilities of the Supplier under the Purchase Orders shall be to the same extent and continue as if this Agreement had not
been executed, (c) the exercise by the Lessor of any of the rights hereunder shall not release Lessee from any of its duties or
obligations to the Supplier, except payment provided for in the Lease, under the Purchase Orders, and (d) Lessor shall not
have any obligation or liability under the Purchase Orders by reason of, or arising out of, this Agreement or be obligated to
perform any of the obligations or duties of Lessee under the Purchase Orders or to make any payment (other than under the
terms and conditions set forth in the Lease) or to make any inquiry of the sufficiency of or authorization for any payment

Rev. 5/14/92

received by any Supplier or to present or file any claim or to take any other action to collect or enforce any claim for any payment assigned hereunder.

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed as of the date first above written.

LESSOR:                                                    LESSEE:

AMERICAN FINANCE GROUP, INC.                               GENERAL MOTORS CORPORATION,
                                                           DELPHI ENERGY AND ENGINE
                                                           MANAGEMENT SYSTEM

By _Lisa M. Nyp_____            .       By _____

Title _Manager, Lease Underwriting_             Title _VP and GM Delphi E_


                            CONSENT AND AGREEMENT


        Supplier hereby consents to the above assignment agreement ("Agreement") and agrees not to assert any claims against Lessor or Lessee inconsistent with such Agreement. Supplier agrees that the Purchase Orders are hereby amended as necessary to provide as follows:

        (a)    Title to and risk of loss of the Equipment shall pass to Lessor upon Lessee's execution of the Certificate for such Equipment; and

        (b)    Supplier hereby waives and discharges any security interest, lien, or other encumbrance in or upon the Equipment and agrees to execute such documents as Lessor may request evidencing the release of any such encumbrance and the conveyance of title thereto to Lessor.

        (c)    Supplier agrees that on and after the date this Consent is executed, it will not make any addition to or delete any items from the Equipment referred to in the Agreement without the prior written consent of both Lessor and Lessee.

        IN WITNESS WHEREOF, the undersigned has caused this Consent to be executed this _____ day of May, 1998.


                                        SUPPLIER:

                                        _____

                                        By _____

                                        Title _____


Rev. 5/14/92

ANNEX C
TO
SCHEDULE NO. A-5
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

CERTIFICATE

To: American Finance Group, Inc. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

DESCRIPTION OF EQUIPMENT

| Manufacturer | Serial Numbers | Type and Model of Equipment |
|---|---|---|
| Emag-Bohle LLC | 6M720.05168 | VSC 250 Twin Machine w/ Hopper Feed System |

_____
Authorized Representative

Dated: _____ 5/21/98 _____

Rev. 5/14/92

ANNEX D
TO
SCHEDULE NO. A-5
TO MASTER LEASE AGREEMENT NO. 9708DEG545
DATED AS OF AUGUST 29, 1997

### STIPULATED LOSS AND TERMINATION VALUE TABLE*

| AFTER PRIMARY TERM PAYMENT NO. | STIPULATED LOSS VALUE % | TERMINATION VALUE % |
|---|---|---|
| | 120.00 | |
| 1 | 119.02 | |
| 2 | 118.04 | |
| 3 | 117.03 | |
| 4 | 116.02 | 119.02 |
| 5 | 114.99 | 117.99 |
| 6 | 113.94 | 116.94 |
| 7 | 112.88 | 115.88 |
| 8 | 111.81 | 114.81 |
| 9 | 110.72 | 113.72 |
| 10 | 109.62 | 112.62 |
| 11 | 108.50 | 111.50 |
| 12 | 107.37 | 110.37 |
| 13 | 106.22 | 109.22 |
| 14 | 105.05 | 108.05 |
| 15 | 103.87 | 106.87 |
| 16 | 102.67 | 105.67 |
| 17 | 101.46 | 104.46 |
| 18 | 100.22 | 103.22 |
| 19 | 98.98 | 101.98 |
| 20 | 97.71 | 100.71 |
| 21 | 96.43 | 99.43 |
| 22 | 95.13 | 98.13 |
| 23 | 93.81 | 96.81 |
| 24 | 92.48 | 95.48 |
| 25 | 91.12 | 94.12 |
| 26 | 89.75 | 92.75 |
| 27 | 88.36 | 91.36 |
| 28 | 86.95 | 89.95 |
| 29 | 85.52 | 88.52 |
| 30 | 84.07 | 87.07 |
| 31 | 82.60 | 85.60 |
| 32 | 81.12 | 84.12 |
| 33 | 79.61 | 82.61 |
| 34 | 78.08 | 81.08 |
| 35 | 76.53 | 79.53 |
| 36 | 75.00 | 78.00 |

Initials:    _(signature)_ Lessor        _(signature)_ Lessee

---

* The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables. In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Rev. 5/14/92

## LEASE AMENDMENT TO EQUIPMENT SCHEDULE NO. A-5 TO
## MASTER LEASE AGREEMENT NO. 9708DEG545
### DATED AUGUST 29, 1997

THIS LEASE AMENDMENT TO EQUIPMENT SCHEDULE NO. A-5 TO MASTER LEASE AGREEMENT NO. 9708DEG545 is made and entered into as of this 7th day of February 2000, by and between Eireann II, a division of ATEL Transatlantic Investors, Inc., a California Corporation (by assignment from American Finance Group, Inc.) with its principal office at 235 Pine Street, 6th Floor, San Francisco, CA. 94104 ("Lessor"), and General Motors Corporation, Delphi Energy and Engine Management System with its principal office at 2900 Scatterfield Road, Anderson, IN 46018 ("Lessee").

WHEREAS, Lessor and Lessee have entered into an Equipment Schedule No. A-5 dated as of April 30, 1998, to Master Lease Agreement No. 9708DEG545 dated as August 29, 1997. Equipment Schedule No. A-5 as it incorporates the Master Lease Agreement No. 9708DEG545 hereinafter collectively referred to as the ("Lease") and;

WHEREAS, Lessee and Lessor desire to extend Equipment Schedule No. A-5.

NOW THEREFORE, the parties hereto agree as follows:

**The term of Equipment Schedule No. A-5 will be extended for 12 months from May 1, 2001 through April 31, 2002, for the amount of $10,850.00 per month payable in advance.**

All the terms and conditions of the Lease shall continue in full force and effect except as expressly amended herein. All capitalized terms used herein and not otherwise defined shall have the same meaning as in the Lease.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment to Lease Agreement as of the day and year written above.

Lessor:                                            Lessee:
**Eireann II, a division of ATEL Transatlantic Investors, Inc.**   **General Motors Corporation,
                                                    Delphi Energy and Engine
                                                    Management System**

By: _____              By: _____

Title: _____           Title: _____Presiden+_____

Date: ___2/26/01_____                     Date: ___2/26/01_____

## SECOND AMENDMENT TO EQUIPMENT SCHEDULE NO. A-5 TO

## MASTER LEASE AGREEMENT NO. 9708DEG545 DATED AUGUST 29, 1997

THIS SECOND AMENDMENT TO EQUIPMENT SCHEDULE NO. A-5 TO MASTER LEASE AGREEMENT NO. 9708DEG545 is made and entered into as of this 18th day of June 2002, by and between Eireann II, a division of ATEL Transatlantic Investors, Inc., a California Corporation, (by assignment from American Finance Group, Inc.) with its principal office at 235 Pine Street, 6th Floor, San Francisco, CA. 94104 ("Lessor"), and General Motors Corporation, Delphi Energy and Engine Management System with its principal office at 2900 Scatterfield Road, Anderson, IN 46018 ("Lessee").

WHEREAS, Lessor and Lessee have entered into an Equipment Schedule No. A-5 dated as of April 30, 1998 to Master Lease Agreement No. 9708DEG545 dated as of August 29, 1997. Equipment Schedule No. A-5 as it incorporates the Master Lease Agreement No. 9708DEG545 hereinafter collectively referred to as the ("Lease") and;

WHEREAS, Lessee and Lessor desire to extend Equipment Schedule No. A-5.

NOW THEREFORE, the parties hereto agree as follows:

**The term of Equipment Schedule No. A-5 will be extended for 12 months from June 1, 2002 through May 31, 2003 for the amount of $9,765 per unit per month payable in advance.**

All the terms and conditions of the Lease shall continue in full force and effect except as expressly amended herein. All capitalized terms used herein and not otherwise defined shall have the same meaning as in the Lease.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment to Lease Agreement as of the day and year written above.

Lessor:
**Eireann II, a division of ATEL Transatlantic Investors, Inc.**

By: _____

Title: __~~Vasco H. Morais, Esq.~~__
         Senior Vice President

Date: _____7|18|2_____

Lessee:
**General Motors Corporation, Delphi Energy and Engine Management System**

By: _____

Title: _____President_____

Date: _____7/18/02_____

## AMENDMENT AND RENEWAL

THIS AMENDMENT AND RENEWAL (the "Agreement") is entered into as of this 19th day of May, 2003 by and between **Delphi Corporation,** a Delaware corporation, with its principal office at 2900 South Scatterfield Road, Anderson, IN 46018 ("Lessee"), and **Eireann II, a division of ATEL Transatlantic Investors, Inc.,** a California corporation (as successor in interest by assignment), with its principal offices at 600 California Street, 6th Floor, San Francisco, CA 94108 ("Lessor").

**WHEREAS,** Lessor and Lessee's predecessor in interest entered into that Master Lease Agreement No. 9708DEG545 dated as of August 29, 1997 ("Master Lease") and Equipment Schedule Nos. A-2, A-3, A-4, and A-5 thereto, as amended, dated as of December 12, 1997, March 2, 1998, April 3, 1998 and April 30, 1998, respectively (Equipment Schedule Nos. A-2, A-3, A-4 and A-5, as amended, and the Master Lease to the extent it applies thereto collectively, the "Leases");

**WHEREAS,** Lessee formerly was known as "Delphi Energy and Management Systems, a division of General Motors Corporation" and became a separate corporate entity effective as of September 16, 1998 and by operation of law assumed all rights and obligations under the Leases;

**WHEREAS,** Lessee changed its name to Delphi Corporation;

**WHEREAS,** Lessee and Lessor desire to memorialize such assumption by operation of law and name change in writing;

**WHEREAS,** Lessee and Lessor desire to extend the term of each of the Leases for an additional twelve (12) months;

**NOW THEREFORE,** the undersigned, for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby agree as follows in furtherance of the foregoing:

**FOR VALUE RECEIVED,** Lessee confirms all references to Lessee in the Leases shall mean Delphi Corporation and hereby acknowledges the terms of the Leases and and agrees to pay and perform all obligations of Lessee under the Leases (including, without limitation, indemnity obligations and any obligations to insure, maintain and, if any, purchase leased property).

Lessee and Lessor hereby agree to extend the terms of the Leases as follows:

| Equipment Schedule No. | Renewal Start | Renewal Maturity | Renewal Rent | No. of Pmts |
|---|---|---|---|---|
| A-2 | 1/1/03 | 12/31/03 | $33,850 | 12 mo. In adv. |
| A-3 | 5/1/03 | 4/30/04 | $8,860 | 12 mo. In adv. |
| A-4 | 6/1/03 | 5/31/04 | $5,835 | 12 mo. In adv. |
| A-5 | 6/1/03 | 5/31/04 | $9,275 | 12 mo. In adv. |

-1-

For each Lease, the Stipulated Loss Value during the term of the renewal shall be 72.03%.

For each Lease, the Termination Value during the term of the renewal shall be 75.03%.

In conjunction with this Agreement, Lessee agrees to promptly provide in form and substance acceptable to Lessor such other documents as may be reasonably required by Lessor from time to time, including, without limitation, any Uniform Commercial Code financing statements.

Except as amended hereby, all other terms and conditions of the Leases remain in full force and effect.

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date set forth above.

Lessee:
**Delphi Corporation**
**(f/k/a Delphi Energy and Management Systems)**

By: _____

Name: _James A Bertrand_

Title: _President, S+I and Atte_

Date: _6/3/03_

Lessor:
**Eireann II, a division of**
**ATEL Transatlantic Investors, Inc.**

By: _____

Name: _____Vasco H. Moro_____

Title: _____Sr. Vice President____
           of Manager

ATEL LEGAL DEPARTMENT
APPROVED
AS TO FORM

BY: _____

W:\AFG PORTFOLIOS\UBK\Delphi Energy\Full Assignment Assumption  Consent without Recourse.(ES Nos. A-2 to A-5).051903.doc