| Customer Name | Lease No. | Invoice No. | Invoice Date | InvDueDate | Amount Invoiced | Amt Due on Invcoice @ 01/26/07 | Code for What Invoice Was For | Invoice Nature | Pre-Petition? | Pre-Petition Amount Due | Post-Petition Amount Due | Sub-Toal Pre-Petition by Lease # | Sub-Toal Post-Petition by Lease # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CUT OFF DATE = 10/8/2005 | | | | | | |
| | | | | | | | 1=PRE,2=POST | | | | | | |
| DELPHI CORPORATION | 68DELP0A-2R2 | 680008673.00 | 7/19/2005 | 8/17/2005 | 29,404.62 | 29,404.62 | PROPTXY | Property Tax | 1 | 29,404.62 | 0.00 | | |
| DELPHI CORPORATION | 68DELP0A-2R2 | 680008689.00 | 8/26/2005 | 10/1/2005 | 33,850.00 | 33,850.00 | XTRNTMO | Rent | 1 | 33,850.00 | 0.00 | | |
| DELPHI CORPORATION | 68DELP0A-2R2 | 680010208.00 | 12/29/2006 | 1/12/2007 | 1,828.45 | 1,828.45 | PROPFEO | Property Tax | 2 | 0.00 | 1,828.45 | | |
| DELPHI CORPORATION | 68DELP0A-2R2 | 680010208.00 | 12/29/2006 | 1/12/2007 | 35,568.94 | 35,568.94 | PROPTXO | Property Tax | 2 | 0.00 | 35,568.94 | | |
| | | | | | | | | | | | | 63,254.62 | 37,397.39 |
| DELPHI CORPORATION | 68DELP0A-3R1 | 680008674.00 | 7/19/2005 | 8/17/2005 | 7,597.35 | 7,597.35 | PROPTXY | Property Tax | 1 | 7,597.35 | 0.00 | | |
| DELPHI CORPORATION | 68DELP0A-3R1 | 680008690.00 | 8/26/2005 | 10/1/2005 | 8,860.00 | 8,860.00 | XTRNTMO | Rent | 1 | 8,860.00 | 0.00 | | |
| DELPHI CORPORATION | 68DELP0A-3R1 | 680010209.00 | 12/29/2006 | 1/12/2007 | 493.61 | 493.61 | PROPFEO | Property Tax | 2 | 0.00 | 493.61 | | |
| DELPHI CORPORATION | 68DELP0A-3R1 | 680010209.00 | 12/29/2006 | 1/12/2007 | 9,872.25 | 9,872.25 | PROPTXO | Property Tax | 2 | 0.00 | 9,872.25 | | |
| | | | | | | | | | | | | 16,457.35 | 10,365.86 |
| DELPHI CORPORATION | 68DELP0A-4-R3 | 680008675.00 | 7/19/2005 | 8/17/2005 | 4,736.61 | 4,736.61 | PROPTXY | Property Tax | 1 | 4,736.61 | 0.00 | | |
| DELPHI CORPORATION | 68DELP0A-4-R3 | 680008691.00 | 8/26/2005 | 10/1/2005 | 5,835.00 | 5,835.00 | XTRNTMO | Rent | 1 | 5,835.00 | 0.00 | | |
| DELPHI CORPORATION | 68DELP0A-4-R3 | 680010210.00 | 12/29/2006 | 1/12/2007 | 118.18 | 118.18 | PROPFEO | Property Tax | 2 | 0.00 | 118.18 | | |
| DELPHI CORPORATION | 68DELP0A-4-R3 | 680010210.00 | 12/29/2006 | 1/12/2007 | 2,363.65 | 2,363.65 | PROPTXO | Property Tax | 2 | 0.00 | 2,363.65 | | |
| | | | | | | | | | | | | 10,571.61 | 2,481.83 |
| DELPHI CORPORATION | 68DELP0A-5-R3 | 680008676.00 | 7/19/2005 | 8/17/2005 | 7,534.21 | 7,534.21 | PROPTXY | Property Tax | 1 | 7,534.21 | 0.00 | | |
| DELPHI CORPORATION | 68DELP0A-5-R3 | 680008692.00 | 8/26/2005 | 10/1/2005 | 9,275.00 | 9,275.00 | XTRNTMO | Rent | 1 | 9,275.00 | 0.00 | | |
| DELPHI CORPORATION | 68DELP0A-5-R3 | 680010211.00 | 12/29/2006 | 1/12/2007 | 186.74 | 186.74 | PROPFEO | Property Tax | 2 | 0.00 | 186.74 | | |
| DELPHI CORPORATION | 68DELP0A-5-R3 | 680010211.00 | 12/29/2006 | 1/12/2007 | 3,734.81 | 3,734.81 | PROPTXO | Property Tax | 2 | 0.00 | 3,734.81 | | |
| | | | | | | | | | | | | 16,809.21 | 3,921.55 |
| DELPHI CORPORATION | 69DELP0A-1R1 | 690001055.00 | 7/19/2005 | 8/17/2005 | 2,464.79 | 2,464.79 | PROPTXY | Property Tax | 1 | 2,464.79 | 0.00 | | |
| | | | | | | | | | | | | 2,464.79 | 0.00 |
| GENERAL MOTORS-POWERTRAIN | 70GMCO015001 | 700014827.00 | 11/28/2006 | 12/28/2006 | 138.91 | 138.91 | PROPTXO | Property Tax | 2 | 0.00 | 138.91 | | |
| GENERAL MOTORS-POWERTRAIN | 70GMCO015001 | 700014868.00 | 12/29/2006 | 1/12/2007 | 193.72 | 193.72 | PROPTXO | Property Tax | 2 | 0.00 | 193.72 | | |
| GENERAL MOTORS-POWERTRAIN | 70GMCO015001 | 700014887.00 | 1/9/2007 | 1/19/2007 | 6.22 | 6.22 | PROPTX1 | Property Tax | 2 | 0.00 | 6.22 | | |
| GENERAL MOTORS-POWERTRAIN | 70GMCO015002 | 700014888.00 | 1/9/2007 | 1/19/2007 | 19.15 | 19.15 | PROPTX1 | Property Tax | 2 | 0.00 | 19.15 | | |
| | | | | | | | | | | | | 0.00 | 358.00 |
| GENERAL MOTORS-POWERTRAIN | 70GMCO048602R1 | 700012235.00 | 9/28/2004 | 11/30/2004 | 3,474.30 | 3,474.30 | XTRNMO | Rent | 1 | 3,474.30 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 70GMCO048602R1 | 700012827.00 | 10/27/2004 | 12/30/2004 | 3,474.30 | 601.33 | XTRNMO | Rent | 1 | 601.33 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 70GMCO048602R2 | 700013259.00 | 9/28/2005 | 11/30/2005 | 1,870.00 | 430.10 | XTRNTOP | Rent | 2 | 0.00 | 430.10 | | |
| GENERAL MOTORS-POWERTRAIN | 70GMCO048602R2 | 700014810.00 | 10/31/2006 | 12/31/2006 | 1,870.00 | 187.09 | XTRNMO | Rent | 2 | 0.00 | 187.09 | | |
| GENERAL MOTORS-POWERTRAIN | 70GMCO048602R2 | 700014844.00 | 11/29/2006 | 1/31/2007 | 1,870.00 | 1,870.00 | XTRNMO | Rent | 2 | 0.00 | 1,870.00 | | |
| GENERAL MOTORS-POWERTRAIN | 70GMCO048602R2 | 700014863.00 | 12/28/2006 | 2/28/2007 | 1,870.00 | 1,870.00 | XTRNMO | Rent | 2 | 0.00 | 1,870.00 | | |
| | | | | | | | | | | | | 4,075.63 | 4,357.19 |

| Customer Name | Lease No. | Invoice No. | Invoice Date | InvDueDate | Amount Invoiced | Amt Due on Invcoice @ 01/26/07 | Code for What Invoice Was For | Invoice Nature | Pre-Petition? | Pre-Petition Amount Due | Post-Petition Amount Due | Sub-Toal Pre-Petition by Lease # | Sub-Toal Post-Petition by Lease # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CUT OFF DATE = 10/8/2005 | | | | | | |
| | | | | | | | 1=PRE,2=POST | | | | | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084001 | 700014833.00 | 11/29/2006 | 1/1/2007 | 241.80 | 241.80 | XTRNMO | Rent | 2 | 0.00 | 241.80 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084001 | 700014870.00 | 1/2/2007 | 1/12/2007 | 754.55 | 754.55 | PROPTXY | Property Tax | 2 | 0.00 | 754.55 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084001 | 700014864.00 | 12/29/2006 | 1/12/2007 | 2,776.20 | 2,776.20 | PROPTXY | Property Tax | 2 | 0.00 | 2,776.20 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084001 | 700014883.00 | 1/9/2007 | 1/19/2007 | 87.51 | 87.51 | PROPTXY | Property Tax | 2 | 0.00 | 87.51 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084001 | 700014882.00 | 1/9/2007 | 1/19/2007 | 125.22 | 125.22 | PROPTX1 | Property Tax | 2 | 0.00 | 125.22 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084001 | 700014855.00 | 12/28/2006 | 2/1/2007 | 241.80 | 241.80 | XTRNMO | Rent | 2 | 0.00 | 241.80 | | |
| | | | | | | | | | | | | 0.00 | 4,227.08 |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084001R1A | 700014865.00 | 12/29/2006 | 1/12/2007 | 1,849.66 | 1,849.66 | PROPTXO | Property Tax | 2 | 0.00 | 1,849.66 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084001R1A | 700014884.00 | 1/9/2007 | 1/19/2007 | 99.96 | 99.96 | PROPTX1 | Property Tax | 2 | 0.00 | 99.96 | | |
| | | | | | | | | | | | | 0.00 | 1,949.62 |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084101 | 700014869.00 | 1/2/2007 | 1/12/2007 | 154.24 | 154.24 | PROPTX1 | Property Tax | 2 | 0.00 | 154.24 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084101 | 700014866.00 | 12/29/2006 | 1/12/2007 | 467.28 | 467.28 | PROPTXO | Property Tax | 2 | 0.00 | 467.28 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084101 | 700014885.00 | 1/9/2007 | 1/19/2007 | 38.07 | 38.07 | PROPTX1 | Property Tax | 2 | 0.00 | 38.07 | | |
| | | | | | | | | | | | | 0.00 | 659.59 |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084201R1 | 700014874.00 | 1/4/2007 | 1/14/2007 | 596.52 | 596.52 | PROPTX1 | Property Tax | 2 | 0.00 | 596.52 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084201R1 | 700014873.00 | 1/4/2007 | 1/14/2007 | 2,063.47 | 2,063.47 | PROPTX1 | Property Tax | 2 | 0.00 | 2,063.47 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084401R1 | 700014875.00 | 1/4/2007 | 1/14/2007 | 297.63 | 297.63 | PROPTX1 | Property Tax | 2 | 0.00 | 297.63 | | |
| GENERAL MOTORS CORP-SVC.PARTS | 70GMCO084401R1 | 700014872.00 | 1/4/2007 | 1/14/2007 | 1,029.75 | 1,029.75 | PROPTX1 | Property Tax | 2 | 0.00 | 1,029.75 | | |
| | | | | | | | | | | | | 0.00 | 3,987.37 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO077501 | 750006725.00 | 11/16/2005 | 12/8/2005 | 64.88 | 64.88 | PROPTXO | Property Tax | 2 | 0.00 | 64.88 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO077501 | 750008182.00 | 10/10/2006 | 10/30/2006 | 115.48 | 115.48 | PROPTXO | Property Tax | 2 | 0.00 | 115.48 | | |
| | | | | | | | | | | | | 0.00 | 180.36 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO077501R1A | 750006676.00 | 9/28/2005 | 11/30/2005 | 188.27 | 43.30 | XTRNTOP | Rent | 2 | 0.00 | 43.30 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO077501R1A | 750008167.00 | 9/26/2006 | 11/30/2006 | 188.27 | 188.27 | XTRNTOP | Rent | 2 | 0.00 | 188.27 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO077501R1A | 750008213.00 | 10/1/2006 | 12/30/2006 | 188.27 | 188.27 | XTRNTOP | Rent | 2 | 0.00 | 188.27 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO077501R1A | 750008232.00 | 12/1/2006 | 1/30/2007 | 188.27 | 188.27 | XTRNTOP | Rent | 2 | 0.00 | 188.27 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO077501R1A | 750008256.00 | 12/28/2006 | 2/28/2007 | 188.27 | 188.27 | XTRNTOP | Rent | 2 | 0.00 | 188.27 | | |
| | | | | | | | | | | | | 0.00 | 796.38 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078801 | 750006726.00 | 11/16/2005 | 12/8/2005 | 144.32 | 144.32 | PROPTXN | Property Tax | 2 | 0.00 | 144.32 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078801 | 750007940.00 | 12/27/2005 | 2/28/2006 | 644.37 | 322.18 | XTRNMO | Rent | 2 | 0.00 | 322.18 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078801 | 750008200.00 | 11/6/2006 | 11/20/2006 | 256.90 | 256.90 | PROPTXY | Property Tax | 2 | 0.00 | 256.90 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078801 | 750008222.00 | 10/1/2006 | 12/31/2006 | 644.37 | 322.18 | XTRNMO | Rent | 2 | 0.00 | 322.18 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078801 | 750008243.00 | 12/1/2006 | 1/31/2007 | 644.37 | 644.37 | XTRNMO | Rent | 2 | 0.00 | 644.37 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078801 | 750008257.00 | 12/28/2006 | 2/28/2007 | 644.37 | 644.37 | XTRNMO | Rent | 2 | 0.00 | 644.37 | | |
| | | | | | | | | | | | | 0.00 | 2,334.32 |

| Customer Name | Lease No. | Invoice No. | Invoice Date | InvDueDate | Amount Invoiced | Amt Due on Invcoice @ 01/26/07 | Code for What Invoice Was For | Invoice Nature | Pre-Petition? (1=PRE,2=POST) | Pre-Petition Amount Due | Post-Petition Amount Due | Sub-Toal Pre-Petition by Lease # | Sub-Toal Post-Petition by Lease # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CUT OFF DATE = 10/8/2005 | | | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078803 | 750006405.00 | 1/25/2005 | 3/31/2005 | 983.06 | 983.06 | XTRNMO | Rent | 1 | 983.06 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078803 | 750006727.00 | 11/16/2005 | 12/8/2005 | 220.19 | 220.19 | PROPTXO | Property Tax | 2 | 0.00 | 220.19 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078803 | 750008191.00 | 10/10/2006 | 10/30/2006 | 139.92 | 139.92 | PROPTXO | Property Tax | 2 | 0.00 | 139.92 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078803 | 750008201.00 | 11/6/2006 | 11/20/2006 | 252.00 | 252.00 | PROPTXY | Property Tax | 2 | 0.00 | 252.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078803 | 750008244.00 | 12/1/2006 | 1/31/2007 | 632.08 | 632.08 | XTRNMO | Rent | 2 | 0.00 | 632.08 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078803 | 750008258.00 | 12/28/2006 | 2/28/2007 | 632.08 | 632.08 | XTRNMO | Rent | 2 | 0.00 | 632.08 | | |
| | | | | | | | | | | | | 983.06 | 1,876.27 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078803R1A | 750008233.00 | 12/1/2006 | 1/30/2007 | 228.13 | 228.13 | XTRNTOP | Rent | 2 | 0.00 | 228.13 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078803R1A | 750008259.00 | 12/28/2006 | 2/28/2007 | 228.13 | 228.13 | XTRNTOP | Rent | 2 | 0.00 | 228.13 | | |
| | | | | | | | | | | | | 0.00 | 456.26 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750006406.00 | 1/25/2005 | 3/31/2005 | 2,469.00 | 2,469.00 | XTRNMO | Rent | 1 | 2,469.00 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750006728.00 | 11/16/2005 | 12/8/2005 | 552.99 | 552.99 | PROPTXO | Property Tax | 2 | 0.00 | 552.99 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750008188.00 | 10/10/2006 | 10/30/2006 | 112.62 | 112.62 | PROPTXO | Property Tax | 2 | 0.00 | 112.62 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750008189.00 | 10/10/2006 | 10/30/2006 | 112.62 | 112.62 | PROPTXO | Property Tax | 2 | 0.00 | 112.62 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750008186.00 | 10/10/2006 | 10/30/2006 | 126.52 | 126.52 | PROPTXO | Property Tax | 2 | 0.00 | 126.52 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750008187.00 | 10/10/2006 | 10/30/2006 | 126.52 | 126.52 | PROPTXO | Property Tax | 2 | 0.00 | 126.52 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750008185.00 | 10/10/2006 | 10/30/2006 | 253.04 | 253.04 | PROPTXO | Property Tax | 2 | 0.00 | 253.04 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750008184.00 | 10/10/2006 | 10/30/2006 | 253.06 | 253.06 | PROPTXO | Property Tax | 2 | 0.00 | 253.06 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750008171.00 | 9/26/2006 | 11/30/2006 | 1,234.49 | 1,234.49 | XTRNMO | Rent | 2 | 0.00 | 1,234.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750008224.00 | 10/1/2006 | 12/31/2006 | 1,234.49 | 1,234.49 | XTRNMO | Rent | 2 | 0.00 | 1,234.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750008245.00 | 12/1/2006 | 1/31/2007 | 1,234.49 | 1,234.49 | XTRNMO | Rent | 2 | 0.00 | 1,234.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 750008260.00 | 12/28/2006 | 2/28/2007 | 1,234.49 | 1,234.49 | XTRNMO | Rent | 2 | 0.00 | 1,234.49 | | |
| | | | | | | | | | | | | 2,469.00 | 6,475.33 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822R1A | 750006681.00 | 9/28/2005 | 11/30/2005 | 802.42 | 237.02 | XTRNTOP | Rent | 2 | 0.00 | 237.02 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822R1A | 750008215.00 | 10/1/2006 | 12/30/2006 | 802.42 | 781.94 | XTRNTOP | Rent | 2 | 0.00 | 781.94 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO078822R1A | 750008261.00 | 12/28/2006 | 2/28/2007 | 802.42 | 802.42 | XTRNTOP | Rent | 2 | 0.00 | 802.42 | | |
| | | | | | | | | | | | | 0.00 | 1,821.38 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO079101 | 750006561.00 | 5/25/2005 | 7/31/2005 | 4,398.00 | 628.29 | XTRNMO | Rent | 1 | 628.29 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO079101 | 750006720.00 | 10/26/2005 | 12/31/2005 | 3,769.71 | 3,769.71 | XTRNMO | Rent | 2 | 0.00 | 3,769.71 | | |
| | | | | | | | | | | | | 628.29 | 3,769.71 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO079102 | 750006708.00 | 10/26/2005 | 12/30/2005 | 4,397.99 | 4,397.99 | XTRNMO | Rent | 2 | 0.00 | 4,397.99 | | |
| | | | | | | | | | | | | 0.00 | 4,397.99 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080201R1 | 750008192.00 | 10/10/2006 | 10/30/2006 | 95.76 | 95.76 | PROPTXO | Property Tax | 2 | 0.00 | 95.76 | | |
| | | | | | | | | | | | | 0.00 | 95.76 |

| Customer Name | Lease No. | Invoice No. | Invoice Date | InvDueDate | Amount Invoiced | Amt Due on Invcoice @ 01/26/07 | Code for What Invoice Was For | Invoice Nature | Pre-Petition? | Pre-Petition Amount Due | Post-Petition Amount Due | Sub-Toal Pre-Petition by Lease # | Sub-Toal Post-Petition by Lease # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1=PRE,2=POST | | | | |
| | | | | | | | | | | CUT OFF DATE = 10/8/2005 | | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750007989.00 | 3/3/2006 | 4/28/2006 | 1,472.52 | 294.50 | XTRNMO | Rent | 2 | 0.00 | 294.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750008015.00 | 3/29/2006 | 5/28/2006 | 1,472.52 | 294.50 | XTRNMO | Rent | 2 | 0.00 | 294.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750008039.00 | 3/29/2006 | 6/28/2006 | 1,472.52 | 294.50 | XTRNMO | Rent | 2 | 0.00 | 294.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750008063.00 | 5/25/2006 | 7/28/2006 | 1,472.52 | 294.50 | XTRNMO | Rent | 2 | 0.00 | 294.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750008087.00 | 6/28/2006 | 8/28/2006 | 1,472.52 | 294.50 | XTRNMO | Rent | 2 | 0.00 | 294.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750008111.00 | 7/26/2006 | 9/28/2006 | 1,472.52 | 294.50 | XTRNMO | Rent | 2 | 0.00 | 294.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750008135.00 | 8/28/2006 | 10/28/2006 | 1,472.52 | 1,472.52 | XTRNMO | Rent | 2 | 0.00 | 1,472.52 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750008160.00 | 9/26/2006 | 11/28/2006 | 1,472.52 | 1,472.52 | XTRNMO | Rent | 2 | 0.00 | 1,472.52 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750008209.00 | 10/1/2006 | 12/28/2006 | 1,472.52 | 1,472.52 | XTRNMO | Rent | 2 | 0.00 | 1,472.52 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750008229.00 | 12/1/2006 | 1/28/2007 | 1,472.52 | 1,472.52 | XTRNMO | Rent | 2 | 0.00 | 1,472.52 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO080601R2 | 750008262.00 | 12/28/2006 | 2/28/2007 | 1,472.52 | 1,472.52 | XTRNMO | Rent | 2 | 0.00 | 1,472.52 | | |
| | | | | | | | | | | | | 0.00 | 9,129.60 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081101R2A | 750008272.00 | 1/3/2007 | 1/13/2007 | 74.47 | 74.47 | PROPTXY | Property Tax | 2 | 0.00 | 74.47 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081101R2A | 750008263.00 | 12/28/2006 | 2/28/2007 | 585.62 | 585.62 | XTRNMO | Rent | 2 | 0.00 | 585.62 | | |
| | | | | | | | | | | | | 0.00 | 660.09 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750006455.00 | 2/24/2005 | 4/30/2005 | 5,878.15 | 60.02 | XTRNMO | Rent | 1 | 60.02 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750006479.00 | 3/28/2005 | 5/30/2005 | 791.36 | 60.02 | XTRNMO | Rent | 1 | 60.02 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750006528.00 | 4/25/2005 | 6/30/2005 | 791.36 | 60.02 | XTRNMO | Rent | 1 | 60.02 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750006551.00 | 5/25/2005 | 7/30/2005 | 791.36 | 60.02 | XTRNMO | Rent | 1 | 60.02 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750006582.00 | 6/29/2005 | 8/30/2005 | 577.87 | 60.02 | XTRNMO | Rent | 1 | 60.02 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750006623.00 | 7/25/2005 | 9/30/2005 | 577.87 | 60.02 | XTRNMO | Rent | 1 | 60.02 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750006729.00 | 11/16/2005 | 12/8/2005 | 1,316.58 | 1,316.58 | PROPTXO | Property Tax | 2 | 0.00 | 1,316.58 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750008142.00 | 8/28/2006 | 10/30/2006 | 577.87 | 577.87 | XTRNMO | Rent | 2 | 0.00 | 577.87 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750008183.00 | 10/10/2006 | 10/30/2006 | 1,912.76 | 1,912.76 | PROPTXO | Property Tax | 2 | 0.00 | 1,912.76 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750008202.00 | 11/6/2006 | 11/20/2006 | 230.38 | 230.38 | PROPTXY | Property Tax | 2 | 0.00 | 230.38 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750008216.00 | 10/1/2006 | 12/30/2006 | 577.87 | 577.87 | XTRNMO | Rent | 2 | 0.00 | 577.87 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750008235.00 | 12/1/2006 | 1/30/2007 | 577.87 | 577.87 | XTRNMO | Rent | 2 | 0.00 | 577.87 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 750008264.00 | 12/28/2006 | 2/28/2007 | 577.87 | 577.87 | XTRNMO | Rent | 2 | 0.00 | 577.87 | | |
| | | | | | | | | | | | | 360.12 | 5,771.20 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501R1A | 750006690.00 | 9/28/2005 | 11/30/2005 | 3,306.42 | 313.10 | XTRNTOP | Rent | 2 | 0.00 | 313.10 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501R1A | 750008203.00 | 11/6/2006 | 11/20/2006 | 115.19 | 115.19 | PROPTXY | Property Tax | 2 | 0.00 | 115.19 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501R1A | 750008217.00 | 10/1/2006 | 12/30/2006 | 3,306.42 | 3,306.42 | XTRNTOP | Rent | 2 | 0.00 | 3,306.42 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501R1A | 750008236.00 | 12/1/2006 | 1/30/2007 | 3,306.42 | 3,306.42 | XTRNTOP | Rent | 2 | 0.00 | 3,306.42 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081501R1A | 750008265.00 | 12/28/2006 | 2/28/2007 | 3,306.42 | 3,306.42 | XTRNTOP | Rent | 2 | 0.00 | 3,306.42 | | |
| | | | | | | | | | | | | 0.00 | 10,347.55 |

| | | | | | | | | CUT OFF DATE = 10/8/2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1=PRE,2=POST | | | | |
| **Customer Name** | **Lease No.** | **Invoice No.** | **Invoice Date** | **InvDueDate** | **Amount Invoiced** | **Amt Due on Invcoice @ 01/26/07** | **Code for What Invoice Was For** | **Invoice Nature** | **Pre-Petition?** | **Pre-Petition Amount Due** | **Post-Petition Amount Due** | **Sub-Toal Pre-Petition by Lease #** | **Sub-Toal Post-Petition by Lease #** |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750006597.00 | 6/29/2005 | 8/31/2005 | 338.49 | 338.49 | XTRNMO | Rent | 1 | 338.49 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750006625.00 | 7/25/2005 | 9/30/2005 | 338.49 | 338.49 | XTRNMO | Rent | 1 | 338.49 | 0.00 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750006657.00 | 8/26/2005 | 10/31/2005 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750006691.00 | 9/28/2005 | 11/30/2005 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750006722.00 | 10/26/2005 | 12/31/2005 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750007924.00 | 11/28/2005 | 1/31/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750007952.00 | 12/27/2005 | 2/28/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750007979.00 | 1/26/2006 | 3/31/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008007.00 | 3/3/2006 | 4/30/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008034.00 | 3/29/2006 | 5/31/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008057.00 | 3/29/2006 | 6/30/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008082.00 | 5/25/2006 | 7/31/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008106.00 | 6/28/2006 | 8/31/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008129.00 | 7/26/2006 | 9/30/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008154.00 | 8/28/2006 | 10/31/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008178.00 | 9/26/2006 | 11/30/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008225.00 | 10/1/2006 | 12/31/2006 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008246.00 | 12/1/2006 | 1/31/2007 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008281.00 | 1/24/2007 | 2/9/2007 | 164.51 | 164.51 | PROPTXY | Property Tax | 2 | 0.00 | 164.51 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 750008266.00 | 12/28/2006 | 2/28/2007 | 338.49 | 338.49 | XTRNMO | Rent | 2 | 0.00 | 338.49 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901 | 750008190.00 | 10/10/2006 | 10/30/2006 | 245.24 | 3.13 | PROPTXO | Property Tax | 2 | 0.00 | 3.13 | | |
| | | | | | | | | | | | | 676.98 | 5,921.97 |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750006730.00 | 11/16/2005 | 12/8/2005 | 397.78 | 397.78 | PROPTXN | Property Tax | 2 | 0.00 | 397.78 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750006723.00 | 10/26/2005 | 12/31/2005 | 372.50 | 130.39 | XTRNMO | Rent | 2 | 0.00 | 130.39 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750007925.00 | 11/28/2005 | 1/31/2006 | 372.50 | 130.39 | XTRNMO | Rent | 2 | 0.00 | 130.39 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750007953.00 | 12/27/2005 | 2/28/2006 | 372.50 | 146.36 | XTRNMO | Rent | 2 | 0.00 | 146.36 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750007980.00 | 1/26/2006 | 3/31/2006 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008008.00 | 3/3/2006 | 4/30/2006 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008035.00 | 3/29/2006 | 5/31/2006 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008058.00 | 3/29/2006 | 6/30/2006 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008083.00 | 5/25/2006 | 7/31/2006 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008107.00 | 6/28/2006 | 8/31/2006 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008130.00 | 7/26/2006 | 9/30/2006 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008155.00 | 8/28/2006 | 10/31/2006 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008179.00 | 9/26/2006 | 11/30/2006 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008226.00 | 10/1/2006 | 12/31/2006 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008247.00 | 12/1/2006 | 1/31/2007 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 750008267.00 | 12/28/2006 | 2/28/2007 | 372.50 | 372.50 | XTRNMO | Rent | 2 | 0.00 | 372.50 | | |
| | | | | | | | | | | | | 0.00 | 5,274.92 |

| | | | | | | | | CUT OFF DATE = 10/8/2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1=PRE,2=POST | | | | |
| **Customer Name** | **Lease No.** | **Invoice No.** | **Invoice Date** | **InvDueDate** | **Amount Invoiced** | **Amt Due on Invcoice @ 01/26/07** | **Code for What Invoice Was For** | **Invoice Nature** | **Pre-Petition?** | **Pre-Petition Amount Due** | **Post-Petition Amount Due** | **Sub-Toal Pre-Petition by Lease #** | **Sub-Toal Post-Petition by Lease #** |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000423.00 | 6/29/2005 | 8/30/2005 | 433.53 | 433.53 | S/T ACC | Sales Tax | 1 | 433.53 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000423.00 | 6/29/2005 | 8/30/2005 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 1 | 2,890.10 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000426.00 | 7/25/2005 | 9/30/2005 | 433.53 | 433.53 | S/T ACC | Sales Tax | 1 | 433.53 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000426.00 | 7/25/2005 | 9/30/2005 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 1 | 2,890.10 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000429.00 | 8/26/2005 | 10/30/2005 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000429.00 | 8/26/2005 | 10/30/2005 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 2 | 0.00 | 2,890.10 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000432.00 | 9/28/2005 | 11/30/2005 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000432.00 | 9/28/2005 | 11/30/2005 | 1,669.34 | 381.52 | XTRNTMO | Rent | 2 | 0.00 | 381.52 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000435.00 | 10/26/2005 | 12/30/2005 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000435.00 | 10/26/2005 | 12/30/2005 | 1,669.34 | 381.52 | XTRNTMO | Rent | 2 | 0.00 | 381.52 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000438.00 | 11/28/2005 | 1/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000438.00 | 11/28/2005 | 1/30/2006 | 1,669.34 | 381.52 | XTRNTMO | Rent | 2 | 0.00 | 381.52 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000442.00 | 12/27/2005 | 2/28/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000442.00 | 12/27/2005 | 2/28/2006 | 1,669.34 | 381.52 | XTRNTMO | Rent | 2 | 0.00 | 381.52 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000445.00 | 1/26/2006 | 3/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000445.00 | 1/26/2006 | 3/30/2006 | 1,669.34 | 381.52 | XTRNTMO | Rent | 2 | 0.00 | 381.52 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000448.00 | 3/6/2006 | 4/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000448.00 | 3/6/2006 | 4/30/2006 | 1,669.34 | 381.52 | XTRNTMO | Rent | 2 | 0.00 | 381.52 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000452.00 | 3/29/2006 | 5/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000452.00 | 3/29/2006 | 5/30/2006 | 1,669.34 | 381.52 | XTRNTMO | Rent | 2 | 0.00 | 381.52 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000456.00 | 4/27/2006 | 6/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000456.00 | 4/27/2006 | 6/30/2006 | 1,669.34 | 381.52 | XTRNTMO | Rent | 2 | 0.00 | 381.52 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000459.00 | 6/12/2006 | 7/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000459.00 | 6/12/2006 | 7/30/2006 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 2 | 0.00 | 2,890.10 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000462.00 | 6/28/2006 | 8/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000462.00 | 6/28/2006 | 8/30/2006 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 2 | 0.00 | 2,890.10 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000465.00 | 7/26/2006 | 9/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000465.00 | 7/26/2006 | 9/30/2006 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 2 | 0.00 | 2,890.10 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000468.00 | 8/28/2006 | 10/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000468.00 | 8/28/2006 | 10/30/2006 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 2 | 0.00 | 2,890.10 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000471.00 | 9/26/2006 | 11/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000471.00 | 9/26/2006 | 11/30/2006 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 2 | 0.00 | 2,890.10 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000474.00 | 10/31/2006 | 12/30/2006 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000474.00 | 10/31/2006 | 12/30/2006 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 2 | 0.00 | 2,890.10 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000477.00 | 11/29/2006 | 1/30/2007 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000477.00 | 11/29/2006 | 1/30/2007 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 2 | 0.00 | 2,890.10 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000480.00 | 12/28/2006 | 2/28/2007 | 433.53 | 433.53 | S/T ACC | Sales Tax | 2 | 0.00 | 433.53 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341118 | 870000480.00 | 12/28/2006 | 2/28/2007 | 2,890.10 | 2,890.10 | XTRNTMO | Rent | 2 | 0.00 | 2,890.10 | | |
| | | | | | | | | | | | | 6,647.26 | 36,433.07 |

| Customer Name | Lease No. | Invoice No. | Invoice Date | InvDueDate | Amount Invoiced | Amt Due on Invcoice @ 01/26/07 | Code for What Invoice Was For | Invoice Nature | Pre-Petition? | Pre-Petition Amount Due | Post-Petition Amount Due | Sub-Toal Pre-Petition by Lease # | Sub-Toal Post-Petition by Lease # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | CUT OFF DATE = 10/8/2005 | | | | | | |
| | | | | | | | | | 1=PRE,2=POST | | | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000424.00 | 6/29/2005 | 8/30/2005 | 1,465.35 | 1,465.35 | S/T ACC | Sales Tax | 1 | 1,465.35 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000424.00 | 6/29/2005 | 8/30/2005 | 9,768.83 | 9,768.83 | XTRNTMO | Rent | 1 | 9,768.83 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000427.00 | 7/25/2005 | 9/30/2005 | 1,465.35 | 1,465.35 | S/T ACC | Sales Tax | 1 | 1,465.35 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000427.00 | 7/25/2005 | 9/30/2005 | 9,768.83 | 9,768.83 | XTRNTMO | Rent | 1 | 9,768.83 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000430.00 | 8/26/2005 | 10/30/2005 | 1,465.35 | 1,465.35 | S/T ACC | Sales Tax | 2 | 0.00 | 1,465.35 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000430.00 | 8/26/2005 | 10/30/2005 | 9,768.83 | 9,768.83 | XTRNTMO | Rent | 2 | 0.00 | 9,768.83 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000433.00 | 9/28/2005 | 11/30/2005 | 1,465.35 | 1,465.35 | S/T ACC | Sales Tax | 2 | 0.00 | 1,465.35 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000433.00 | 9/28/2005 | 11/30/2005 | 9,768.83 | 9,768.83 | XTRNTMO | Rent | 2 | 0.00 | 9,768.83 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000436.00 | 10/26/2005 | 12/30/2005 | 1,465.35 | 1,465.35 | S/T ACC | Sales Tax | 2 | 0.00 | 1,465.35 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000436.00 | 10/26/2005 | 12/30/2005 | 9,768.83 | 9,768.83 | XTRNTMO | Rent | 2 | 0.00 | 9,768.83 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000439.00 | 11/28/2005 | 1/30/2006 | 1,465.35 | 1,465.35 | S/T ACC | Sales Tax | 2 | 0.00 | 1,465.35 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000439.00 | 11/28/2005 | 1/30/2006 | 9,768.83 | 9,768.83 | XTRNTMO | Rent | 2 | 0.00 | 9,768.83 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000443.00 | 12/27/2005 | 2/28/2006 | 1,465.35 | 1,465.35 | S/T ACC | Sales Tax | 2 | 0.00 | 1,465.35 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000443.00 | 12/27/2005 | 2/28/2006 | 9,768.83 | 9,768.83 | XTRNTMO | Rent | 2 | 0.00 | 9,768.83 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000446.00 | 1/26/2006 | 3/30/2006 | 1,465.35 | 1,465.35 | S/T ACC | Sales Tax | 2 | 0.00 | 1,465.35 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000446.00 | 1/26/2006 | 3/30/2006 | 9,768.83 | 9,768.83 | XTRNTMO | Rent | 2 | 0.00 | 9,768.83 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000449.00 | 3/6/2006 | 4/30/2006 | 1,465.35 | 1,465.35 | S/T ACC | Sales Tax | 2 | 0.00 | 1,465.35 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000449.00 | 3/6/2006 | 4/30/2006 | 9,768.83 | 9,768.83 | XTRNTMO | Rent | 2 | 0.00 | 9,768.83 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000453.00 | 3/29/2006 | 5/30/2006 | 1,465.35 | 1,465.35 | S/T ACC | Sales Tax | 2 | 0.00 | 1,465.35 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000453.00 | 3/29/2006 | 5/30/2006 | 9,768.83 | 9,768.83 | XTRNTMO | Rent | 2 | 0.00 | 9,768.83 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000457.00 | 4/27/2006 | 6/30/2006 | 1,263.23 | 1,263.23 | S/T ACC | Sales Tax | 2 | 0.00 | 1,263.23 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000457.00 | 4/27/2006 | 6/30/2006 | 8,421.39 | 8,421.39 | XTRNTMO | Rent | 2 | 0.00 | 8,421.39 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000460.00 | 6/12/2006 | 7/30/2006 | 1,263.23 | 1,263.23 | S/T ACC | Sales Tax | 2 | 0.00 | 1,263.23 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000460.00 | 6/12/2006 | 7/30/2006 | 8,421.39 | 8,421.39 | XTRNTMO | Rent | 2 | 0.00 | 8,421.39 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000463.00 | 6/28/2006 | 8/30/2006 | 1,263.23 | 1,263.23 | S/T ACC | Sales Tax | 2 | 0.00 | 1,263.23 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000463.00 | 6/28/2006 | 8/30/2006 | 8,421.39 | 8,421.39 | XTRNTMO | Rent | 2 | 0.00 | 8,421.39 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000466.00 | 7/26/2006 | 9/30/2006 | 1,263.23 | 1,263.23 | S/T ACC | Sales Tax | 2 | 0.00 | 1,263.23 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000466.00 | 7/26/2006 | 9/30/2006 | 8,421.39 | 8,421.39 | XTRNTMO | Rent | 2 | 0.00 | 8,421.39 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000469.00 | 8/28/2006 | 10/30/2006 | 1,263.23 | 1,263.23 | S/T ACC | Sales Tax | 2 | 0.00 | 1,263.23 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000469.00 | 8/28/2006 | 10/30/2006 | 8,421.39 | 8,421.39 | XTRNTMO | Rent | 2 | 0.00 | 8,421.39 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000472.00 | 9/26/2006 | 11/30/2006 | 1,263.23 | 1,263.23 | S/T ACC | Sales Tax | 2 | 0.00 | 1,263.23 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000472.00 | 9/26/2006 | 11/30/2006 | 8,421.39 | 8,421.39 | XTRNTMO | Rent | 2 | 0.00 | 8,421.39 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000475.00 | 10/31/2006 | 12/30/2006 | 1,263.23 | 1,263.23 | S/T ACC | Sales Tax | 2 | 0.00 | 1,263.23 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000475.00 | 10/31/2006 | 12/30/2006 | 8,421.39 | 8,421.39 | XTRNTMO | Rent | 2 | 0.00 | 8,421.39 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000478.00 | 11/29/2006 | 1/30/2007 | 1,263.23 | 1,263.23 | S/T ACC | Sales Tax | 2 | 0.00 | 1,263.23 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000478.00 | 11/29/2006 | 1/30/2007 | 8,421.39 | 8,421.39 | XTRNTMO | Rent | 2 | 0.00 | 8,421.39 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000481.00 | 12/28/2006 | 2/28/2007 | 1,263.23 | 1,263.23 | S/T ACC | Sales Tax | 2 | 0.00 | 1,263.23 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341134 | 870000481.00 | 12/28/2006 | 2/28/2007 | 8,421.39 | 8,421.39 | XTRNTMO | Rent | 2 | 0.00 | 8,421.39 | | |
| | | | | | | | | | | 22,468.36 | 177,035.02 | | |

| | | | | | | | | CUT OFF DATE = 10/8/2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1=PRE,2=POST | | | |
| **Customer Name** | **Lease No.** | **Invoice No.** | **Invoice Date** | **InvDueDate** | **Amount Invoiced** | **Amt Due on Invcoice @ 01/26/07** | **Code for What Invoice Was For** | **Invoice Nature** | **Pre-Petition?** | **Pre-Petition Amount Due** | **Post-Petition Amount Due** | **Sub-Toal Pre-Petition by Lease #** | **Sub-Toal Post-Petition by Lease #** |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000425.00 | 6/29/2005 | 8/30/2005 | 98.13 | 98.13 | S/T ACC | Sales Tax | 1 | 98.13 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000425.00 | 6/29/2005 | 8/30/2005 | 654.17 | 654.17 | XTRNTMO | Rent | 1 | 654.17 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000428.00 | 7/25/2005 | 9/30/2005 | 98.13 | 98.13 | S/T ACC | Sales Tax | 1 | 98.13 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000428.00 | 7/25/2005 | 9/30/2005 | 654.17 | 654.17 | XTRNTMO | Rent | 1 | 654.17 | 0.00 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000431.00 | 8/26/2005 | 10/30/2005 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000431.00 | 8/26/2005 | 10/30/2005 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000434.00 | 9/28/2005 | 11/30/2005 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000434.00 | 9/28/2005 | 11/30/2005 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000437.00 | 10/26/2005 | 12/30/2005 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000437.00 | 10/26/2005 | 12/30/2005 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000440.00 | 11/28/2005 | 1/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000440.00 | 11/28/2005 | 1/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000444.00 | 12/27/2005 | 2/28/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000444.00 | 12/27/2005 | 2/28/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000447.00 | 1/26/2006 | 3/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000447.00 | 1/26/2006 | 3/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000450.00 | 3/6/2006 | 4/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000450.00 | 3/6/2006 | 4/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000454.00 | 3/29/2006 | 5/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000454.00 | 3/29/2006 | 5/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000458.00 | 4/27/2006 | 6/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000458.00 | 4/27/2006 | 6/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000461.00 | 6/12/2006 | 7/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000461.00 | 6/12/2006 | 7/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000464.00 | 6/28/2006 | 8/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000464.00 | 6/28/2006 | 8/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000467.00 | 7/26/2006 | 9/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000467.00 | 7/26/2006 | 9/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000470.00 | 8/28/2006 | 10/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000470.00 | 8/28/2006 | 10/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000473.00 | 9/26/2006 | 11/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000473.00 | 9/26/2006 | 11/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000476.00 | 10/31/2006 | 12/30/2006 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000476.00 | 10/31/2006 | 12/30/2006 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000479.00 | 11/29/2006 | 1/30/2007 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000479.00 | 11/29/2006 | 1/30/2007 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000482.00 | 12/28/2006 | 2/28/2007 | 98.13 | 98.13 | S/T ACC | Sales Tax | 2 | 0.00 | 98.13 | | |
| GENERAL MOTORS CORPORATION | 87GMCO12341135 | 870000482.00 | 12/28/2006 | 2/28/2007 | 654.17 | 654.17 | XTRNTMO | Rent | 2 | 0.00 | 654.17 | | |
| | | | | | | | | | | | | 1,504.60 | 12,789.10 |
| | | | | **GRAND TOTALS** | 546,147.68 | 504,642.64 | | | | 149,370.88 | 355,271.76 | 149,370.88 | 355,271.76 |