BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: susan.persichilli@bipc.com
Susan P. Persichilli, Esq. (SP- 0368)

*Attorneys for ATEL Leasing Corporation,*
*as agent for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. -05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------- X


| STATE OF NEW YORK | ) | |
|---|---|---|
| | )ss: | **AFFIDAVIT OF SERVICE BY** |
| COUNTY OF NEW YORK | ) | **OVERNIGHT MAIL and ELECTRONIC MAIL** |


**I, ANNALIA R. GONZALEZ**, being duly sworn, deposes and says:

1.  I am not a party to the within action, am over 18 years of age and am employed at

Buchanan Ingersoll & Rooney PC, One Chase Manhattan Plaza, 35th Floor, New York, New

York 10005.

That on February 19, 2007, I served a true copy of the **MOTION OF ATEL LEASING**

**CORPORATION (A) FOR ALLOWANCE AND PAYMENT OF OUTSTANDING POST-**

**PETITION AMOUNTS AS AN ADMINISTRATIVE EXPENSE CLAIM; (B) TO COMPEL**

**ASSUMPTION OR REJECTION OF UNEXPIRED LEASE; AND (C) FOR IMMEDIATE**

2

**TURNOVER OF EQUIPMENT UPON REJECTION** upon individuals listed on the MASTER

SERVICE LIST via *Overnight Mail* and a Notice of such filing upon individuals on the 2002

Service List via *Electronic Mail,* pursuant to the certain Eighth Supplemental Order Under 11

U.S.C. §§ 102(1) and 105 Fed.R.Bankr.P.2002(m), 9006, 9007, and 9014 establishing Omnibus

Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered by

this Court on October 26, 2006.


 /s/ Annalia R. Gonzalez
Annalia R. Gonzalez

Sworn to before me this
19th day of February 2007


 /s/ Susan Persichilli
NOTARY PUBLIC
Susan Persichilli
Notary Public, State of New York
No. 01PE4778216
Qualified in New York County
Commission Expires December 31, 2009