B210
(12/04)

# United States Bankruptcy Court

Southern District of New York

In re DELPHI CORPORATION, *et al.*     Case No. 05-44481 (RDD)
Delphi Automotive Systems, LLC          Jointly Administered

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| <u>Debt Acquisition Company of America V, LLC</u><br>Name of Transferee | <u>DATA LTD INC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br><br>Debt Acquisition Company of America V, LLC<br>Attn: Traci J. Fette<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 | Court Record Address of Transferor<br>(Court Use Only) |
| Phone: (619) 220-8900<br>Last Four Digits of Acct #: | Last Four Digits of Acct. #: |
| Name and Address where transferee payments<br>Should be sent (if different from above) | Name and Current Address of Transferor<br><br>DATA LTD INC<br>PO BOX 761<br>LAPORTE IN 46352-0761 |
| Phone: Same as Above<br>Last Four Digits of Acct. #: | Phone:<br>Last Four Digits of Acct. #: |

Court Claim # (If known): 2084
Claim Amount: $467.84
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Traci J. Fette*                                    Date: February 20, 2007
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

<mark>DEADLINE TO OBJECT TO TRANSFER</mark>

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                        _____
                                              CLERK OF THE COURT

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| Delphi Automotive Systems, LLC | ) |
| | ) NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the *filed* claim of DATA LTD INC ("Transferor") against the Debtor in the amount of $467.84 (claim No. 2084), *as listed within the Claims Register,* and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $450.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
DATA LTD INC
PO BOX 761 LAPORTE IN 46352-0761

Print Name *BRYAN J WESOLEK*    Title *PRESIDENT*
Signature *[signed]*    Date *2·15·07*
Updated Address (if needed) _____
Phone *219·362·1759*    Fax *219-362-1937*    E-Mail *b.wesolek@dataltd.com*

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: *[signed]*
Traci J. Fette

Mail Ref# 9-292
2589013

3