IN RE DELPHI CORPORATION, ET AL. 05-44481 (RDD)

EXHIBIT B

PENDING SECOND INTERIM FEE APPLICATION

| Firm Name | Docket No. Of Fee Application | Total Professional Fees Requested | Total Charges and Disbursements Requested |
|---|---|---|---|
| DLA Piper US LLP | 6030 | $68,065.25 | $344.70 |