UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. |

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(1)

1. TO: **SPECIALTY TOOL & DIE CO INC** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **1614 RANK PARKWAY CT**

   **KOKOMO, IN 46901**

2. Please take notice of the transfer of $ **4,290.00** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $4,290.00 to:
   **Madison Investment Trust - Series 38** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

*Kristy Stark*
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

Specialty Tool Die Co, Inc. [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 16th day of Feb. 2007

[NAME OF CLAIMANT] Specialty Tool Die Co. Inc.

By: Gordon B. Riley
(Signature of Claimant)

Print Name: Gordon B. Riley

Address: 1614 Bank Pkwy. Crt.

Address: Kokomo, In 46901

(SS#/Tax ID): 0002792494 001 0

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address): _____

(Address): _____

(SS#/Tax ID): _____

Transfer Agreement Number: 103794605

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: Kristy Stark (signature)
KRISTY STARK (print name)

02-20-07A09:56 RCVD

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

# NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:  **CHAMPION LABORATORIES INC**                    ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **200 S 4TH ST**

   **Attn JOYCE LEIGH CORP CR MGR**
   **ALBION, IL 628061313**

2. Please take notice of the transfer of $ **2,174.04**        of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $2,174.04 to:**
   **Madison Investment Trust - Series 38**                ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS      66202**

No action is required if you do not object to the transfer of your claim.

*Kristy Stark*
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

CHAMPION LABS [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 19th DAY OF February, 2007

[NAME OF CLAIMANT] CHAMPION LABORATORIES

By: _Richard M. Hickey_
(Signature of Claimant)

Print Name: RICHARD M. HICKEY

200 S. 4th Street
(Address)

ALBION, ILLINOIS 62806
(Address)

37-0995645
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103794648

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: _Kristy Stark_
(signature)

KRISTY STARK
(print name)

02-20-07A09:55 RCVD

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| In re: Delphi Automotive Systems LLC | Chapter 11 |
|---|---|
| | Case Nos. 05-44481 |
| | Claim No. |
| Debtor. | |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:     **MNP CORPORATION**                              ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **PO BOX B33321 DRAWER 0116**

   **DETROIT, MI 482325321**

2. Please take notice of the transfer of $ **60,301.75**  of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $60,301.75 to:**

   **Madison Investment Trust - Series 38**              ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS      66202**

No action is required if you do not object to the transfer of your claim.

*Kristy Stark*
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

MNP CORP. [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 2/15/2007

[NAME OF CLAIMANT] MNP CORPORATION

By: _Craig L Stormer_ (signature)
(Signature of Claimant)

Print Name: CRAIG L STORMER

44225 UTICA ROAD
(Address)

UTICA, MI 48317
(Address)

38-2116540
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103551580

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: _Kristy Stark_
(signature)

KRISTY STARK
(print name)

02-20-07A09:56 RCVD

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Automotive Systems LLC

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No.

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(1)

1. TO: **CADON PLATING CO** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **3715 11TH ST**

   **WYANDOTTE, MI 48192**

2. Please take notice of the transfer of $ **11,301.05** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $11,301.05 to:**
   **Madison Investment Trust - Series 38** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

CADON PLATING [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 2/15/2007

[NAME OF CLAIMANT] CADON PLATING

By: _Craig L. Stormer_ (signature)
(Signature of Claimant)

Print Name: CRAIG L. STORMER

3715 11TH STREET
(Address)

WYANDOTTE, MI 48192-6496
(Address)

20-1370982
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103551580

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: _Kristy Stark_
     (signature)
   _KRISTY STARK_
     (print name)

02-20-07A09:57 RCVD