**FORM B10** (Official Form 10)(10/05)

| United States Bankruptcy Court<br>Southern District of New York | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor<br>**Delphi Corporation** | Case Number<br>**05-44481** | |

| NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. |
|---|

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>**Doosan Infracore America Corp** | [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br><br>Jeffrey S. Posta, Esq.<br>Sterns & Weinroth, P.C.<br>50 West State Street<br>PO Box 1298, Suite 1400<br>Trenton, NJ 08607-1298<br>Telephone number: 609-989-5008 | [ ] Check box if you have never received any notices from the bankruptcy court in this case.<br><br>[ ] Check box if the address differs from the address on the envelope sent to you by the court. | This Space is for Court Use Only |
| Account of other number by which creditor identifies debtor: | Check here if this claim<br>[ ] replaces<br>[ ] amends<br>a previously filed claim dated: _____ | |

| 1. | **Basis for Claim** | |
|---|---|---|
| | [X] Goods sold | [ ] Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| | [ ] Services performed | [ ] Wages, salaries, and compensation (fill out below) |
| | [ ] Money loaned | Your SS#: _____ |
| | [ ] Personal injury/wrongful death | |
| | [ ] Taxes | Unpaid compensation for services performed |
| | [ ] Other: | from _____ to _____<br>(date)    (date) |

| 2. | **Date debt was incurred**: | 3. | **If court judgment, date obtained**: |
|---|---|---|---|

| 4. | **Total Amount of Claim at Time Case Filed**: | $ **93,602.69** (Unsecured) |
|---|---|---|

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
[ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

| 5. **Secured Claim**.<br>[ ] Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>[ ] Real Estate    [ ] Motor Vehicle<br>[ ] Other _____<br><br>Value of Collateral: $_____<br><br>Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $_____ | 6. **Unsecured Priority Claim**.<br>[ ] Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>[ ] Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor business, whichever is earlier – 11 U.S.C. § 507(a)(3).<br>[ ] Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).<br>[ ] Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).<br>[ ] Alimony, maintenance, or support owed to a spouse former spouse, or child – 11 U.S.C. § 507(a)(7).<br>[ ] Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).<br>[ ] Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) (_).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|

| Date<br><br>July 28, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>/s/ Jeffrey S. Posta<br>Jeffrey S. Posta, Esq., Attorney and Agent | |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*