**DOOSAN INFRACORE AMERICA CORP**
**Delphi Unsecured Claims Detail as of 5/23/06**

| Customer Code | Customer | Invoice Number | Invoice Date | Due Date | Original Amount | Terms | DueDays |
|---|---|---|---|---|---|---|---|
| MMI118A | DELPHI SAGINAW STEERING, SAGINAW, MI | 768103-M99 | 5/31/2005 | 7/30/2005 | 83,120.00 | NET 60 DAYS | 297 |
| MMI118A | DELPHI SAGINAW STEERING, SAGINAW, MI | 777134-M99 | 6/30/2005 | 8/29/2005 | 17,640.00 | NET 60 DAYS | 267 |
| MMI124A | DELPHI AUTOMOTIVE SYSTEMS, SAGINAW, MI | D792356 | 11/7/2005 | 12/7/2005 | 4,450.00 | NET 30 DAYS | 167 |
| MMI131A | HSS MATERIAL MANAGEMENT | 796618-M97 | 9/9/2005 | 11/8/2005 | 3,930.00 | NET 60 DAYS | 196 |
| MOH74A | DELPHI, SAGINAW, MI | 755101 | 4/14/2005 | 6/13/2005 | 806.00 | NET 60 DAYS | 344 |
| MOH74A | DELPHI, SAGINAW, MI | 769801 | 6/6/2005 | 8/5/2005 | 1,980.00 | NET 60 DAYS | 291 |
| MOH74A | DELPHI, SAGINAW, MI | 777226 | 6/30/2005 | 8/29/2005 | 37,327.00 | NET 60 DAYS | 267 |
| MOH74A | DELPHI, SAGINAW, MI | 787156 | 8/5/2005 | 10/4/2005 | 19,000.00 | NET 60 DAYS | 231 |
| MOH74A | DELPHI, SAGINAW, MI | 791615 | 8/22/2005 | 10/21/2005 | 471.80 | NET 60 DAYS | 214 |
| MOH74A | DELPHI, SAGINAW, MI | 794314 | 8/30/2005 | 10/29/2005 | 205.20 | NET 60 DAYS | 206 |
| MOH74A | DELPHI, SAGINAW, MI | 794342 | 8/31/2005 | 10/30/2005 | 183.89 | NET 60 DAYS | 205 |
| MOH74A | DELPHI, SAGINAW, MI | 794758 | 9/1/2005 | 10/31/2005 | 300.00 | NET 60 DAYS | 204 |
| MOH74A | DELPHI, SAGINAW, MI | 795754 | 9/7/2005 | 11/6/2005 | 156.60 | NET 60 DAYS | 198 |
| MOH74A | DELPHI, SAGINAW, MI | 796218 | 9/8/2005 | 11/7/2005 | 4,400.00 | NET 60 DAYS | 197 |
| MOH74A | DELPHI, SAGINAW, MI | 797050 | 9/12/2005 | 11/11/2005 | 1,200.00 | NET 60 DAYS | 193 |
| MOH74A | DELPHI, SAGINAW, MI | 798522 | 9/15/2005 | 11/14/2005 | 1,427.90 | NET 60 DAYS | 190 |
| MOH74A | DELPHI, SAGINAW, MI | 799465 | 9/20/2005 | 11/19/2005 | 990.00 | NET 60 DAYS | 185 |
| MOH74A | DELPHI, SAGINAW, MI | 799853 | 9/21/2005 | 11/20/2005 | 10,800.00 | NET 60 DAYS | 184 |
| MOH74A | DELPHI, SAGINAW, MI | 801359 | 9/27/2005 | 11/26/2005 | 671.00 | NET 60 DAYS | 178 |
| MOH74A | DELPHI, SAGINAW, MI | 801360 | 9/27/2005 | 11/26/2005 | 3,784.00 | NET 60 DAYS | 178 |
| MOH74A | DELPHI, SAGINAW, MI | 801778 | 9/28/2005 | 11/27/2005 | 4,102.00 | NET 60 DAYS | 177 |
| MOH74A | DELPHI, SAGINAW, MI | 802525 | 9/29/2005 | 11/28/2005 | 2,340.50 | NET 60 DAYS | 176 |
| MOH74A | DELPHI, SAGINAW, MI | 802526 | 9/29/2005 | 11/28/2005 | 564.00 | NET 60 DAYS | 176 |
| MOH74A | DELPHI, SAGINAW, MI | 807367 | 10/17/2005 | 12/16/2005 | 1,640.72 | NET 60 DAYS | 158 |
| MOH80A | SETECH INC., DAYTON, OH | 786355 | 8/2/2005 | 10/1/2005 | 711.04 | NET 60 DAYS | 234 |
| MOH80A | SETECH INC., DAYTON, OH | 786763 | 8/4/2005 | 9/3/2005 | 1,846.26 | NET 30 DAYS | 262 |
| MOH80A | SETECH INC., DAYTON, OH | 786799 | 8/4/2005 | 10/3/2005 | 6.45 | NET 60 DAYS | 232 |
| MOH80A | SETECH INC., DAYTON, OH | 790717 | 8/17/2005 | 10/16/2005 | 82.96 | NET 60 DAYS | 219 |
| MOH80A | SETECH INC., DAYTON, OH | 790718 | 8/17/2005 | 10/16/2005 | 1,570.90 | NET 60 DAYS | 219 |
| MOH80A | SETECH INC., DAYTON, OH | 791103 | 8/18/2005 | 10/17/2005 | 308.29 | NET 60 DAYS | 218 |

**Total**

| Balance |
|--------:|
| 8,312.00 |
| 17,640.00 |
| 4,450.00 |
| 3,561.18 |
| 806.00 |
| 1,980.00 |
| 90.00 |
| 19,000.00 |
| 471.80 |
| 205.20 |
| 183.89 |
| 300.00 |
| 156.60 |
| 4,400.00 |
| 1,200.00 |
| 1,427.90 |
| 990.00 |
| 10,800.00 |
| 671.00 |
| 3,784.00 |
| 4,102.00 |
| 2,340.50 |
| 564.00 |
| 1,640.72 |
| 711.04 |
| 1,846.26 |
| 6.45 |
| 82.96 |
| 1,570.90 |
| 308.29 |
| **93,602.69** |