# **<u>EXHIBIT C</u>**

MAR-5-2004  08:57H FROM:                                              TO:4559179                 P:2/4



American Testing Services, Ltd.
3060 East River Road
Dayton, OH 45439

## On-Site Inspection Report

**Customer Information**

Pyramid Riggers
2076 North Broad Street
Fairborn,       Ohio     45324

**Date:**        2-20-04
**PO Number:**
**Job Number:**   ATS-MPF-471

**Item(s) to be Inspected:**
100% of welds on floor of chromic acid waste tank

**Inspection Method(s) to be Utilized:**
hand yoke S/N 1018 and 10517 dry red powder batch #038707-014

**Specification or Code:**
ASW D1.1 / no cracks allowed

**Results of Inspection:**
100% of welds on floor were inspected and were accepted at time of inspection. There was one crack located on the floor at the south end approx. 1.5" from outside wall and 2" west of the center weld. Crack is approx. 15" long. This tank is rejected.

**Technician:**  Jeff Adams Level III
                Signature on File

DC 417

MAR-5-2004  08:57A FROM:                                          TO:4559179                 P:4/4

## READINGS AND LOCATIONS SIDE WALL
### South



Manway → 

North

Wall thickness
Readings.
Orig. 0.25 in

| | | | |
|---|---|---|---|
| 58. | .253 | 69. | .255 |
| 59. | .254 | 70. | .267 |
| 60. | .252 | 71. | .264 |
| 61. | .248 | 72. | .266 |
| 62. | .246 | 73. | .268 |
| 63. | .249 | 74. | .264 |
| 64. | .252 | 75. | .262 |
| 65. | .255 | 76. | .259 |
| 66. | .260 | 77. | .248 |
| 67. | .260 | 78. | 255 |
| 68. | .256 | 79. | .253 |

DC 418

## READINGS AND LOCATIONS OF FLOOR
### South

East        West

Manway → 

North

Floor reading.
Orig. – 0.25 in

| #   | Reading | #   | Reading | #   | Reading | #   | Reading |
|-----|---------|-----|---------|-----|---------|-----|---------|
| 1.  | .266    | 16. | .272    | 31. | .264    | 46. | .268    |
| 2.  | .287    | 17. | .280    | 32. | .263    | 47. | .260    |
| 3.  | .283    | 18. | .270    | 33. | .262    | 48. | .270    |
| 4.  | .245    | 19. | .221    | 34. | .244    | 49. | .276    |
| 5.  | .254    | 20. | .243    | 35. | .268    | 50. | .257    |
| 6.  | .246    | 21. | .251    | 36. | .250    | 51. | .256    |
| 7.  | .246    | 22. | .246    | 37. | .258    | 52. | .256    |
| 8.  | .262    | 23. | .239    | 38. | .246    | 53. | .259    |
| 9.  | .257    | 24. | .263    | 39. | .268    | 54. | .258    |
| 10. | .268    | 25. | .230    | 40. | .253    | 55. | .246    |
| 11. | .249    | 26. | .264    | 41. | .248    | 56. | .268    |
| 12. | .239    | 27. | .265    | 42. | .266    | 57. | .263    |
| 13. | .254    | 28. | .247    | 43. | .257    |     |         |
| 14. | .239    | 29. | .255    | 44. | .253    |     |         |
| 15. | .265    | 30. | .255    | 45. | .257    |     |         |

DC 419