# **<u>EXHIBIT B</u>**

August 13, 1999

Ms. Eva Orlik
14102 Warbler Way North
Carmel, IN 46033

Dear Ms. Orlik:

Brightpoint, Inc. is pleased to offer you the position of **Business Manager** with our North American division reporting to Larry Davies, Manager of Finance and Administration. Should you accept our offer of employment, your salary will be $2,192.31 bi-weekly, equivalent to $57,000.00 annually. You will also be eligible to receive a bonus of up to 5% of your annual salary. This bonus is based on the completion of quantified department goals that are to be determined and is payable at the sole discretion of the Manager, Finance and Administration.

Please be advised that prior to performing any duties for the company, every applicant shall submit to a pre-employment controlled substance testing within 48 hours of receiving our conditional offer of employment. The testing site is Methodist Occupational Health Center, 7301 Georgetown Road. The test site hours are 8am – 11pm Monday through Friday. In the event that the test results are positive, the offer will be automatically and immediately withdrawn by Brightpoint, Inc.

Should you have any questions please feel free to contact me at (317) 297-6100 ex. 5087. I would appreciate your considering our offer and advising me of your decision by Wednesday, August 18, 1999. Thank you for your interest in Brightpoint, Inc. I look forward to hearing from you.

Sincerely,

*Pamela A. Elliott*

Pamela A. Elliott

Human Resource Representative


Cc: Larry Davies, Manager, Finance and Administration