Reliance Insurance Company (In Liquidation)

75 Broad Street, 10th Floor
New York, NY 10004

Loretta M. Jones
Paralegal
Direct Dial: 212.858.9382
Facsimile: 212.858.9098
E-mail: Loretta.Jones@Relianceinsurance.com



# Reliance

February 15, 2007

Kathleen Farrell-Willoughby
Office of the Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606-1285

**Re:  United States Bankruptcy Court,
Southern District of New York
Case #05-44481-RDD
Name of Debtor: Delphi Corporation
Creditor's Change of Address**

Dear Clerk Farrell-Willoughby:

Reliance Insurance Company (In Liquidation) ("Reliance") is a creditor of the above captioned bankruptcy pursuant to agreements or policies between Reliance and the debtor. Please take note of the following address change for Reliance and send all future notices to the following:

Reliance Insurance Company (In Liquidation)
    Attn: Drexel b. Harris – Law Department
    75 Broad Street, 10th Floor
    New York, NY 10004
    Direct Dial: 212-858-9173

Please feel free to contact the office with any questions.

Yours truly,

Loretta M. Jones
Paralegal