CHRISS W. STREET, TREASURER-TAX COLLECTOR
and Armando Azpeitia, Deputy
Office of the Orange County Tax Collector
12 Civic Center Plaza, Room G40
Post Office Box 1438
Santa Ana, CA 92702-1438

UNITED STATES BANKRUPTCY COURT

NEW YORK SOUTHERN DISTRICT, NEW YORK DIVISION

| | |
|---|---|
| In re: | Case No.: 05-44481 |
| DELPHI CORPORATION, | Chapter: 11 |
| Debtor. | BK # 0500279 |
| | **WITHDRAWAL OF PROOF OF CLAIM** |
| ORANGE COUNTY TAX COLLECTOR CALIFORNIA, | |
| Creditor. | |

The undersigned claimant hereby withdraws the proof of claim dated July 28, 2006 in the amount of $ 87,292.45 by John M. W. Moorlach. The claim has been satisfied.

Dated this 9th day of February 2007.

By: _____
Chriss W. Street, Treasurer-Tax Collector
and Armando Azpeitia, Deputy
Office of the Orange County Tax Collector
12 Civic Center Plaza, Room G40
Post Office Box 1438
Santa Ana, CA 92702-1438

RECEIVED
FEB 20 2007
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# PROOF OF SERVICE BY MAIL

## (CCP SEC. 1013A, 2015.5)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orange County Treasurer-Tax Collector, 12 Civic Center Plaza, Room G40 Santa Ana, CA 92702.

DOCUMENT(S) SERVED:    Withdrawal of Pre petition Proof of Claim

Original filed at: US Bankruptcy Court New York Southern District, New York Division

On February 13, 2007, I served the documents named above on the parties in this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with this office's practice for collecting and processing correspondence for mailing, said practice for collecting and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for.

[ ] (BY FACSIMILE) The above- reference documents(s) were transmitted by facsimile transmission was reported as completed and without error. I either caused, or had someone cause, the transmitting machine to property transmitted the attached documents to the Facsimile number(s) shown on the service list.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 13 February 2007, at Santa Ana, California by

*[signature]*

Linda Sherman
Deputy Tax Collector

NAME AND ADDRESS OF PERSON(S) SERVED:

*Attorney for Debtor:*
**John Wm. Butler, Jr.**
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

*Trustee for Debtor:*

-1-

05-44481-rdd    Doc 7015    Filed 02/20/07    Entered 02/22/07 10:08:23    Main Document
Pg 4 of 4