UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Delphi Automotive Systems LLC, et. al. | ) ) ) | Case No.: 05-44481 (RDD)<br>Jointly Administered |
| ("Debtor") | ) ) | Claim No.: **2353**<br>Claim Amount: **$1,373,431.35** |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

**TO:**  **TRANSFEROR:**   Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Ross Rosenfeld
Tel: (212) 250 – 5760
Fax: (212) 797 – 8770

PLEASE TAKE NOTICE of the transfer of all right, title and interest in **Claim No. 2353** as further described on the attached schedule in the amount of **$1,373,431.35** against Delphi Automotive Systems LLC. and its affiliates as evidenced by the attached Exhibit B (the Notice of Transfer of Claim) to:

**TRANSFEREE:**   Latigo Master Fund, Ltd.
590 Madison Avenue, 9th Floor
New York, NY 10022
Attention: Paul Malek
Tel: (212) 754 – 1627
Fax: (212) 826 – 5281

No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
-- **FILE A WRITTEN OBJECTION TO THE TRANSFER THE COURT**
-- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

_____
Clerk of the Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2007.
INTERNAL CONTROL NO. _____, Copy (check): Claims Agent: _____ Transferee: _____
_____ Debtor's Attorney: _____ Deputy Clerk _____

KL2 2491602.1

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
        Southern District of NY ("Bankruptcy Court")
        Attn:   Clerk

AND TO:   Delphi Automotive Systems LLC ("Debtor")
              Case No. 05-44481(RDD)

Claim #: 2353

**DEUTSCHE BANK SECURITIES, INC.** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    **Latigo Master Fund, Ltd.**
    Attention: Joseph Mause
    590 Madison Avenue, 9th Floor
    New York, NY 10022

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$1,373,431.35** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated February __, 2007.

| LATIGO MASTER FUND, LTD. | DEUTSCHE BANK SECURITIES, INC. |
|---|---|
| By: Latigo Partners, L.P. as its Investment Manager | |
| By: /s/ Paul Malek | By: _____ |
| Name: PAUL MALEK | Name: |
| Title: AUTHORIZED SIGNATORY | Title: |

**EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
      Southern District of NY ("Bankruptcy Court")
      Attn:   Clerk

AND TO:   Delphi Automotive Systems LLC ("Debtor")
          Case No. 05-44481(RDD)

Claim #: 2353

**DEUTSCHE BANK SECURITIES, INC.** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Latigo Master Fund, Ltd.**
Attention: Joseph Mause
590 Madison Avenue, 9th Floor
New York, NY 10022

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $1,373,431.35 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated February 21, 2007.

**LATIGO MASTER FUND, LTD.**
By: Latigo Partners, L.P. as its Investment Manager

By: _____
   Name:
   Title:

**DEUTSCHE BANK SECURITIES, INC.**

By: _____
   Name: Scott Martin
   Title: Managing Director