IN RE DELPHI CORPORATION, ET AL. 05-44481 (RDD)

EXHIBIT B

PENDING THIRD INTERIM FEE APPLICATIONS

| Firm Name | Docket No. Of Fee Application | Total Professional Fees Requested | Total Charges and Disbursements Requested |
|---|---|---|---|
| DLA Piper US LLP | 6031 | $218,036.50 | $7,688.31 |
| Houlihan Lokey Howard & Zukin Capital | 5987 | $355,645.16 | $28,061.94 |