# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

In re:  Delphi Diesel Systems
        Corporation

                Debtor.

Chapter 11
Case Nos.  05-44481

Claim No.

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.  TO:    **WELLS MANUFACTURING CORP**          ("Transferor")
           [TRANSFEROR NAME & ADDRESS]
           **26 S BROOKE STREET**


           **FOND DU LAC, WI 54935**

2.  Please take notice of the transfer of $ **47,080.28**    of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

           **Transfer $47,080.28 to:**
           **Madison Investment Trust - Series 38**          ("Transferee")
           [TRANSFEREE NAME & ADDRESS]
           **6310 Lamar Avenue, Suite 120**


           **Overland Park, KS       66202**

No action is required if you do not object to the transfer of your claim.

*Kristy Stark* (signature)
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

# EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
                6310 Lamar Ave, Suite 120
                Overland Park, KS 66202

_Wells Manufacturing_ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Diesel Systems Corporation in the New York Southern Bankruptcy Court, The case entitled In re Delphi Diesel Systems Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _21st day of February, 2007_

[NAME OF CLAIMANT] _Wells Manufacturing Corp._
                                  _N/K/A Wells Manufacturing, L.P._
By: _[signature]_
(Signature of Claimant)

Print Name: _Kenneth L Brooks_

_26 S. Brooke St._
(Address)

_Fond du Lac, WI 54935_
(Address)

_06-1763647_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103794612

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: _Kristy Stark_
           (signature)
_KRISTY STARK_
           (print name)

02-22-07A09:46 RCVD

# Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

February 22, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Diesel Systems Corporation**

   Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
WELLS MANUFACTURING CORP
26 S BROOKE STREET
FOND DU LAC, WI 54935

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103794612

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Diesel Systems
       Corporation

                                    Chapter 11
                                    Case Nos.  05-44481

                                    Claim No.

            Debtor.

# NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:    **AIRTEX PRODUCTS LLC**                                  ("Transferor")
          [TRANSFEROR NAME & ADDRESS]
          **407 W MAIN ST**

          **FAIRFIELD, IL 62837**

2. Please take notice of the transfer of $ **25,314.30** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

          **Transfer $25,314.30 to:**
          **Madison Investment Trust - Series 38**           ("Transferee")
          [TRANSFEREE NAME & ADDRESS]
          **6310 Lamar Avenue, Suite 120**

          **Overland Park, KS     66202**

   No action is required if you do not object to the transfer of your claim.

                                    *Kristy Stark* (signature)
                                    Kristy Stark
                                    Madison Liquidity Investors, LLC.
                                    (800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

Airtex Product LP [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Diesel Systems Corporation in the New York Southern Bankruptcy Court, The case entitled In re Delphi Diesel Systems Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the  02-21-07

[NAME OF CLAIMANT]  Airtex Products LP

By: _Janie Greenwalt_
(Signature of Claimant)

Print Name:  Airtex Products LP

                407 W Main St
(Address)

                Fairfield IL  62837
(Address)

                20 - 1970933
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103794614

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: _Kristy Stark_
              (signature)
     _KRISTY STARK_
              (print name)

02-22-07A09:46 RCVD

# Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

February 22, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Diesel Systems Corporation**

     Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
AIRTEX PRODUCTS LLC
407 W MAIN ST
FAIRFIELD, IL 62837

Social Sec. No./Tax ID:

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 103794614

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Diesel Systems Corporation<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO: **AIRTEX PRODUCTS** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **P.O.BOX 60198**

   **Attn MARILYN DAVIS**
   **ST. LOUIS, MO 63160-0198**

2. Please take notice of the transfer of $ **12,639.87** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $12,639.87 to:**
   **Madison Investment Trust - Series 38** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

*Kristy Stark*
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:         New York Southern Bankruptcy Court
AND TO:     Madison Liquidity Investors, LLC.
            6310 Lamar Ave, Suite 120
            Overland Park, KS 66202

Airtex Products LP [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Diesel Systems Corporation in the New York Southern Bankruptcy Court, The case entitled In re Delphi Diesel Systems Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 02-21-07

[NAME OF CLAIMANT] Airtex Products LP

By: _Jamie Greenwalt_
(Signature of Claimant)

Print Name: Airtex Products LP

407 W Main Street
(Address)

Fairfield IL 62837
(Address)

20 - 1970933
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103794616

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By:    _Kristy Stark_
            (signature)

       KRISTY STARK
            (print name)

02-22-07 A09:46 RCVD

## Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

February 22, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Diesel Systems Corporation**

    Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
AIRTEX PRODUCTS
P.O.BOX 60198
Attn MARILYN DAVIS
ST. LOUIS, MO 63160-0198

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103794616