IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------x
                                                     )
In re:                                               )    Chapter 11
                                                     )
DELPHI AUTOMOTIVE SYSTEMS LLC                        )    Case No. 05-44640 (RDD)
                                                     )
                                                     )
                                                     )
          Debtor.                                    )
-----------------------------------------------------x
```

## AMENDED NOTICE OF PARTIAL TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

1.     TO:          **DEUTSCHE BANK SECURITIES INC.** ("Transferor")
                    60 Wall Street, 3rd Floor
                    New York, NY 10005
                    Attn:    Vikas Madan and Ross Rosenfelt
                    Tel:     212-250-5760
                    Fax:     212-797-8770
                    Email:   vikas.madan@db.com
                             ross.rosenfelt@db.com

2.     Please take notice of the transfer, in the amount of $5,694,400.18, of your general unsecured claim in the amount of $5,721,969.77 against DELPHI AUTOMOTIVE SYSTEMS LLC, above, as evidenced by the Proof of Claim No. 13773 (attached in Exhibit A hereto) and as relating to the claim scheduled against the Debtor in its schedule of liabilities in the name of Hitachi Automotive Products USA Inc, has been transferred to:

        **GOLDMAN SACHS CREDIT PARTNERS, L.P.** ("Transferee")
        c/o Goldman, Sachs & Co.
        30 Hudson, 17th Floor
        Jersey City, NJ 07302
        Attn: Pedro Ramirez
        Telephone: (917) 343-8319
        Fax: (212) 428-1243

        An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached in Exhibit C. Original Notice of Transfer filed January 5, 2007 Docket No. 6458 is attached hereto as Exhibit D.

NY386352.2/153-01892

3.      No action is required <u>if you do not object</u> to the transfer of your claim.  However, **IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

--              **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

                United States Bankruptcy Court
                Southern District of New York
                Attn: Clerk of Court
                Alexander Hamilton Custom House
                One Bowling Green
                New York, NY 10004-1408

--              **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--              Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                CLERK

-------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                        _____
                        Deputy Clerk

**<u>EXHIBIT A</u>**

**PROOF OF CLAIM**

NY386352.2/153-01892

FORM B10 (Official Form 10) (4/04)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM**

| | |
|---|---|
| Name of Debtor | Case Number |
| Delphi Automotive Systems LLC | 05-44640 |

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**Hitachi Automotive Products (USA), Inc.**

Name and address where notices should be sent:

Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
666 Third Avenue
New York, New York 10017
Attn.: Paul J. Ricotta, Esq. and Stephanie K. Hoos, Esq.
Tel. No.: 212-935-3000

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim dated:

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)   (date)

**2. Date debt was incurred:** See Attachment

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 5,721,969.77

| $ | $ | $ 5,721,969.77 |
|---|---|---|
| (unsecured) | (secured)   (priority) | (Total) |

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 5,721,969.77
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| July 28, 2006 | By: _____ Mr. Masayuki Oiwa, Vice President and Treasurer |

S.D.N.Y.
2006 JUL 31 PM 4:08
U.S. BANKRUPTCY ...

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NYC 366088v.1

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

NY386352.2/153-01892

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
       Southern District of New York ("Bankruptcy Court")
       Attn:   Clerk

In re Delphi Corporation et al., Case No. 05-44481 (RDD) (Jointly Administered) (the "Cases"), in the United
States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

AND TO: Delphi Automotive Systems LLC ("Debtor")
        Case No 05-44640 (RDD)

Claim #: 13773

DEUTSCHE BANK SECURITIES INC., its successors and assigns ("Seller"), for good and valuable
consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and
irrevocably sell, transfer and assign unto:

GOLDMAN SACHS CREDIT PARTNERS L.P.
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ  07302
Attention:     Pedro Ramirez
Telephone:     (917) 343-8319
Fax:           (212) 428-1243

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights
of stoppage in transit, replevin and reclamation, in the principal amount of $5,694,400.18 ("Claim") against the
Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the
Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor
and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a
hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code,
applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates
that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the
Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other
communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized
representative dated January 3, 2006.

DEUTSCHE BANK SECURITIES INC.                GOLDMAN SACHS CREDIT PARTNERS L.P.

By: _____                        By: _____
Name:                                         Name:
Title:    Scott G. Martin                     Title:   Jaime Weisteiner
          Managing Director                            Authorized Signatory

## EXHIBIT D

### ORIGINAL NOTICE OF TRANSFER

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------------x
                                                )
In re:                                          )    Chapter 11
                                                )
DELPHI AUTOMOTIVE SYSTEMS LLC                   )    Case No. 05-44640 (RDD)
                                                )
                                                )
                                                )
        Debtor.                                 )
--------------------------------------------------------------------x
```

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:    **DEUTSCHE BANK SECURITIES INC.** ("Transferor")
             60 Wall Street, 3rd Floor
             New York, NY 10005
             Attn:    Vikas Madan and Ross Rosenfelt
             Tel:     212-250-5760
             Fax:     212-797-8770
             Email:   vikas.madan@db.com
                      ross.rosenfelt@db.com

2.    Please take notice of the transfer, in the amount of $5,694,400.18, of your general unsecured claim against DELPHI AUTOMOTIVE SYSTEMS LLC, above, as evidenced by the Proof of Claim No. 13773 (attached in Exhibit A hereto) and as relating to the claim scheduled against the Debtor in its schedule of liabilities in the name of Hitachi Automotive Products USA Inc, has been transferred to:

      **GOLDMAN SACHS CREDIT PARTNERS, L.P.** ("Transferee")
      c/o Goldman, Sachs & Co.
      30 Hudson, 17th Floor
      Jersey City, NJ 07302
      Attn: Pedro Ramirez
      Telephone: (917) 343-8319
      Fax: (212) 428-1243

      An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached in Exhibit C.

NY386352.1/153-01892

3.     No action is required <u>if you do not object</u> to the transfer of your claim.  However, **IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

--          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

            United States Bankruptcy Court
            Southern District of New York
            Attn: Clerk of Court
            Alexander Hamilton Custom House
            One Bowling Green
            New York, NY 10004-1408

--          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--          Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further
            correspondence related to this transfer.

4.     If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                        CLERK
----------------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2007.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___


                              _____
                              Deputy Clerk

NY386352.1/153-01892

**<u>EXHIBIT A</u>**

**PROOF OF CLAIM**

NY386352.1/153-01892

FORM B10 (Official Form 10) (4/04)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | PROOF OF CLAIM |
|---|---|

**Name of Debtor**

Delphi Automotive Systems LLC

**Case Number**

05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

Hitachi Automotive Products (USA), Inc.

**Name and address where notices should be sent:**
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
666 Third Avenue
New York, New York 10017
Attn.: Paul J. Ricotta, Esq. and Stephanie K. Hoos, Esq.
Tel. No.: 212-935-3000

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you have never received any notices from the bankruptcy court in this case.

☒ Check this box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which creditor identifies debtor:**

| | |
|---|---|
| **Check here** if this claim | ☐ replaces ☐ amends a previously filed claim, dated:_____ |

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #:_____
Unpaid compensation for services performed
from _____ to _____
        (date)        (date)

**2. Date debt was incurred:** See Attachment

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

$ 5,721,969.77          $_____          $_____          $ 5,721,969.77
(unsecured)          (secured)          (priority)          (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 5,721,969.77

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/03. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, selfaddressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

**Date**

July 28, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

By: _____
Mr. Masayuki Oiwa, Vice President and Treasurer

S.D.N.Y.
2006 JUL 31 P 08
U.S. BANKRUPTCY COURT
FILED

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NYC 366088v.1

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

In re Delphi Corporation et al., Case No. 05-44481 (RDD) (Jointly Administered) (the "Cases"), in the United
States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

AND TO: Delphi Automotive Systems LLC ("Debtor")
Case No 05-44640 (RDD)

Claim #: 13773

**DEUTSCHE BANK SECURITIES INC.,** its successors and assigns ("Seller"), for good and valuable
consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and
irrevocably sell, transfer and assign unto:

**GOLDMAN SACHS CREDIT PARTNERS L.P.**
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ 07302
Attention: Pedro Ramirez
Telephone: (917) 343-8319
Fax: (212) 428-1243

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights
of stoppage in transit, replevin and reclamation, in the principal amount of $5,694,400.18 ("Claim") against the
Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the
Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor
and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a
hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code,
applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates
that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the
Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other
communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized
representative dated January 3, 2006 2007.

DEUTSCHE BANK SECURITIES INC.                    GOLDMAN SACHS CREDIT PARTNERS L.P.

By: _____                      By: _____
Name:                                             Name:
Title:   Scott G. Martin                          Title:   Jaime Weisfelner
         Managing Director                                 Authorized Signatory

## EXHIBIT C

Address for Notices:

Goldman Sachs Credit Partners L.P.
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ 07302
Attention:       Pedro Ramirez
Telephone:     (917) 343-8319
Fax:                (212) 428-1243

Wire Instructions:

Citibank N.A.
New York, New York
ABA No.:         021000089
Acct. No.:        40717188
Acct. Name:     Goldman Sachs Credit Partners L.P.
Reference:       Delphi: Claim 13773 from Deutsche Bank
Attention:       Bank Loan Operations – Philip F. Green

NY386352.1/153-01892