## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC <br><br><br> Debtor. | Chapter 11 <br> Case Nos.   05-44481 <br><br> Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.  TO:  **TECH-SOURCE INC**_____("Transferor")
        [TRANSFEROR NAME & ADDRESS]
        **112 NORTH PARK DRIVE**_____

        _____

        _____

        **ANDERSON, SC 29625**_____

2.  Please take notice of the transfer of $ **12,713.20**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

        **Transfer $12,713.20 to:**
        **Madison Investment Trust - Series 38**_____("Transferee")
        [TRANSFEREE NAME & ADDRESS]
        **6310 Lamar Avenue, Suite 120**_____

        _____

        **Overland Park, KS      66202**_____

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:           New York Southern Bankruptcy Court
AND TO:       Madison Liquidity Investors, LLC.
              6310 Lamar Ave, Suite 120
              Overland Park, KS  66202

_____ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the    2/23/2007    _____

[NAME OF CLAIMANT] _____
By: _Mark J Beck_____
(Signature of Claimant)
Print Name:    MARK BECK _____
___112 NORTH PARK DRIVE_____
(Address)
___ANDERSON, SC 29625_____
(Address)
___57- 1097824_____
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)
Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103551525

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By:    _Kristy Stark_____
                        (signature)
       _KRISTY STARK_____
                        (print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 26, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
TECH-SOURCE INC
112 NORTH PARK DRIVE
ANDERSON, SC  29625

Social Sec. No./Tax ID:

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC.
:_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103551525

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **FLOYDS RIGGING & MACHINERY MOVERS** ("Transferor")
       **INC**
       [TRANSFEROR NAME & ADDRESS]
       **PO BOX 365**


       **ADRIAN, MI 492210365**


2.    Please take notice of the transfer of $ **11,400.00** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

                  Transfer $11,400.00 to:
                  **Madison Investment Trust - Series 38** ("Transferee")
                  [TRANSFEREE NAME & ADDRESS]
                  **6310 Lamar Avenue, Suite 120**


                  **Overland Park, KS         66202**

No action is required if you do not object to the transfer of your claim.

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO:            New York Southern Bankruptcy Court
AND TO:        Madison Liquidity Investors, LLC.
               6310 Lamar Ave, Suite 120
               Overland Park, KS  66202

Floyd's Rigging    [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 22nd of February,  2007

[NAME OF CLAIMANT]   Floyd's Rigging

By: _____
(Signature of Claimant)

Print Name:   Daniel L. Canning
_____

P.O. Box 365
_____
(Address)

Adrian, MI 49221
_____
(Address)

38-2574655
_____
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103551532

02-23-07A10:04 RCVD

**Accepted:**
**MADISON LIQUIDITY INVESTORS, LLC**

By: _____
(signature)

KRISTY STARK
_____
(print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

   Buyer: Madison Investment Trust - Series 38


Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
FLOYDS RIGGING & MACHINERY MOVERS INC
PO BOX 365
ADRIAN, MI  492210365

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____ _____

Transfer Agreement Number: 103551532

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

In re:  Delphi Medical Systems
      Colorado Corporation

               Debtor.

Chapter 11
Case Nos.   05-44481

Claim No.

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **DWYER INSTRUMENTS** _____ ("Transferor")
          [TRANSFEROR NAME & ADDRESS]
          **102 HWY. 212** _____

          _____

          **MICHIGAN CITY, IN 46361** _____

2.    Please take notice of the transfer of $ **11,324.41** ____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

          **Transfer $11,324.41 to:**

          **Madison Investment Trust - Series 38** _____ ("Transferee")
          [TRANSFEREE NAME & ADDRESS]
          **6310 Lamar Avenue, Suite 120** _____

          **Overland Park, KS**     **66202** _____

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_ _____
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:              New York Southern Bankruptcy Court
AND TO:          Madison Liquidity Investors, LLC.
                 6310 Lamar Ave, Suite 120
                 Overland Park, KS 66202

DWYER INSTRUMENTS, INC. [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Medical Systems Colorado Corporation in the New York Southern Bankruptcy Court , The case entitled In re Delphi Medical Systems Colorado Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the  2/20/07

[NAME OF CLAIMANT]  DWYER INSTRUMENTS, INC.

By: _Mike S. B_____
(Signature of Claimant)

Print Name: _MICHAEL S. BURAS_

_PO BOX 373_
(Address)

_MICHIGAN CITY, IN  46361_
(Address)

_35-0961454_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103604999

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _Kristy Stark_
          (signature)
_KRISTY STARK_
          (print name)

02-23-07P12:21 RCVD

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Medical Systems Colorado Corporation**

   Buyer: Madison Investment Trust - Series 38


Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
DWYER INSTRUMENTS
102 HWY. 212
MICHIGAN CITY, IN  46361

Social Sec. No./Tax ID: 35-0961454

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103604999

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

---

In re:  Delphi Automotive Systems
        LLC



                      Debtor.

Chapter 11
Case Nos.   05-44481

Claim No.

---

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:    **SCHINDLER ELEVATOR CORP** _____("Transferor")

             [TRANSFEROR NAME & ADDRESS]

             **PO BOX 93050** _____



             **CHICAGO, IL 606733050** _____

2.   Please take notice of the transfer of $ **14,823.13** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

             **Transfer $14,823.13 to:**

             **Madison Investment Trust - Series 38** _____("Transferee")

             [TRANSFEREE NAME & ADDRESS]

             **6310 Lamar Avenue, Suite 120** _____



             **Overland Park, KS    66202** _____

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:             New York Southern Bankruptcy Court
AND TO:         Madison Liquidity Investors, LLC.
                6310 Lamar Ave, Suite 120
                Overland Park, KS 66202

*Schindler Elevator Corp* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___2/21/07___

[NAME OF CLAIMANT] *Schindler Elevator Corp*

By: _____*Nancy Bursa*_____
(Signature of Claimant)

Print Name: _____Nancy M. Bursa_____
                   Manager, Accounts Receivable

_1530 Timberwolf Dr. POBox 960_
(Address)

_Holland OH 43528_
(Address)

_34 - 1270056_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103794654

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____*Kristy Stark*_____
             (signature)

_____*KRISTY STARK*_____
             (print name)

02-23-07 A10:04 RCVD

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

   Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
SCHINDLER ELEVATOR CORP
PO BOX 93050
CHICAGO, IL  606733050

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103794654

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Specialty Electronics, Inc.<br><br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **KEACO INC.** _____ ("Transferor")
      [TRANSFEROR NAME & ADDRESS]
      **PO BOX 47638** _____
      **ATTN JOHN DEAL** _____

      _____
      **SAN ANTONIO, TX 78265** _____

2.   Please take notice of the transfer of $ **8,304.00** _____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

      Transfer $8,304.00 to:
      **Madison Investment Trust - Series 38** _____ ("Transferee")
      [TRANSFEREE NAME & ADDRESS]
      **6310 Lamar Avenue, Suite 120** _____

      _____
      **Overland Park, KS         66202** _____

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_

Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

**EVIDENCE OF TRANSFER OF CLAIM**

TO:         New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

*Keaco, Inc,* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Specialty Electronics, Inc. in the New York Southern Bankruptcy Court , The case entitled In re Specialty Electronics, Inc., with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

       Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the   *2/22/07*

[NAME OF CLAIMANT]  *Keaco, Inc,*

By:  *(signature)*
(Signature of Claimant)

Print Name:  *Mark F. Keatts*

*6410 Tri County Parkway*
(Address)

*Schertz, TX 78154*
(Address)

*74-2690836*
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103699781

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By:  *Kristy Stark*
              (signature)

 *KRISTY STARK*
              (print name)

*02-23-07A10:04 RCVD*

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Specialty Electronics, Inc.**

     Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
KEACO INC.
PO BOX 47638
ATTN JOHN DEAL
SAN ANTONIO, TX  78265

Social Sec. No./Tax ID: 74-2690836

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 103699781

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Connection Systems<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **GLENAIR INC**_____("Transferor")
          [TRANSFEROR NAME & ADDRESS]
          **1211 AIR WAY**_____

          _____

          **GLENDALE, CA 91201-240**_____

2.   Please take notice of the transfer of $ **14,520.69**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

          Transfer $14,520.69 to:

          **Madison Investment Trust - Series 38**_____("Transferee")
          [TRANSFEREE NAME & ADDRESS]
          **6310 Lamar Avenue, Suite 120**_____

          _____

          **Overland Park, KS        66202**_____

No action is required if you do not object to the transfer of your claim.

*Kristy Stark*

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

**EVIDENCE OF TRANSFER OF CLAIM**

TO:               New York Southern Bankruptcy Court
AND TO:       Madison Liquidity Investors, LLC.
                    6310 Lamar Ave, Suite 120
                    Overland Park, KS  66202

*Glenair Inc* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Connection Systems in the New York Southern Bankruptcy Court , The case entitled In re Delphi Connection Systems, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the *22nd day of February 2007*

[NAME OF CLAIMANT] *Glenair Inc*

By: *Patrick J McGee*
(Signature of Claimant)

Print Name: *Patrick L McGee*

*1211 Air Way*
(Address)

*Glendale Ca 91201*
(Address)

*95-1986434*
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103794622

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By:   *Kristy Stark*
                    (signature)

*KRISTY STARK*
                    (print name)

02-23-07A10:03 RCVD

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Connection Systems**

> Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
GLENAIR INC
1211 AIR WAY
GLENDALE, CA  91201-240

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective  date  of  distribution  address  change  to  Madison  Liquidity  Investors,  LLC.
:_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103794622

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| In re:  Delphi Connection Systems | Chapter 11 |
|---|---|
| | Case Nos.   05-44481 |
| | Claim No. |
| Debtor. | |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **GLENAIR INC** _____("Transferor")

[TRANSFEROR NAME & ADDRESS]

**1200 AIR WAY** _____

_____

**AIRBORNE CONTROLS DIV** _____

**GLENDALE, CA 91201** _____

2.    Please take notice of the transfer of $ **2,802.30** _____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $2,802.30 to:

**Madison Investment Trust - Series 38** _____("Transferee")

[TRANSFEREE NAME & ADDRESS]

**6310 Lamar Avenue, Suite 120** _____

_____

**Overland Park, KS     66202** _____

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:              New York Southern Bankruptcy Court
AND TO:          Madison Liquidity Investors, LLC.
                 6310 Lamar Ave, Suite 120
                 Overland Park, KS 66202

*Glenair Inc* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Connection Systems in the New York Southern Bankruptcy Court , The case entitled In re Delphi Connection Systems, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _22 nd of February 2007_

[NAME OF CLAIMANT] *Glenair Inc*

By: *Patrick L M Gee*
(Signature of Claimant)

Print Name: *Patrick L. McGee*

*1211 Air Way*
(Address)

*Glondale    Ca    91201*
(Address)

*95-1986434*
(SS#/Tax ID)

By:
(Signature of Co-Claimant)

Print Name:


(Address)


(Address)


(SS#/Tax ID)

Transfer Agreement Number:  103794625

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By:     *Kristy Stark*
                    (signature)

        *KRISTY STARK*
                    (print name)

02-23-07A10:03  RCVD

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Connection Systems**

 Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
GLENAIR INC
1200 AIR WAY
AIRBORNE CONTROLS DIV
GLENDALE, CA  91201

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 103794625

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| |
|---|
| In re:  Delphi Automotive Systems LLC <br><br><br><br> Debtor. |

Chapter 11
Case Nos.   05-44481

Claim No.

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **GLENAIR INCORPORATED** _____ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **1211 AIR WAY** _____

   _____

   **GLENDALE, CA 91201** _____

2.   Please take notice of the transfer of $ **19,395.15** _____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $19,395.15 to:

   **Madison Investment Trust - Series 38** _____ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120** _____

   _____

   **Overland Park, KS       66202** _____

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_

Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:            New York Southern Bankruptcy Court
AND TO:        Madison Liquidity Investors, LLC.
               6310 Lamar Ave, Suite 120
               Overland Park, KS  66202

*Glenair Inc* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the *22nd day of February 2007*

[NAME OF CLAIMANT]  *Glenair Inc*

By: *Patrick L McGee*
(Signature of Claimant)

Print Name:  *Patrick L McGee*

*1211 Air Way*
(Address)

*Glendale   Ca*
(Address)

*95-1986434*
(SS#/Tax ID)

By:
(Signature of Co-Claimant)

Print Name:

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103794621

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By:  *Kristy Stark*
                    (signature)

*KRISTY STARK*
                    (print name)

02-23-07A10:04 RCVD

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
GLENAIR INCORPORATED
1211 AIR WAY
GLENDALE, CA 91201

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103794621