# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. 6922 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.  TO:  **SCHINDLER ELEVATOR CORP** ("Transferor")
    [TRANSFEROR NAME & ADDRESS]
    **PO BOX 93050**

    **CHICAGO, IL 606733050**

2.  Please take notice of the transfer of $ **1,617.37** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    **Transfer $1,617.37 to:**
    **Madison Investment Trust - Series 38** ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    **6310 Lamar Avenue, Suite 120**

    **Overland Park, KS   66202**

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_ (signature)
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# EVIDENCE OF TRANSFER OF CLAIM

TO:      New York Southern Bankruptcy Court
AND TO:  Madison Liquidity Investors, LLC.
         6310 Lamar Ave, Suite 120
         Overland Park, KS 66202

Schindler Elevator Corp [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the  2/21/07

[NAME OF CLAIMANT] Schindler Elevator Corp

By: _____Nancy Bursa_____
(Signature of Claimant)

Print Name: Nancy M. Bursa
            Manager, Accounts Receivable

1530 Timberwolf Dr.  PO Box 960
(Address)

Holland OH 43528
(Address)

34-1270056
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address)

(Address)

(SS#/Tax ID)

Transfer Agreement Number: 103794654

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____Kristy Stark_____
            (signature)

    KRISTY STARK
            (print name)

02-23-07 A 10:04 RCVD

## Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

   Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
SCHINDLER ELEVATOR CORP
PO BOX 93050
CHICAGO, IL 606733050

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103794654

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br>Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No.  6923 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: **SCHINDLER ELEVATOR CORP** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **PO BOX 93050**

   **CHICAGO, IL 606733050**

2. Please take notice of the transfer of $ **6,314.26** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $6,314.26 to:**
   **Madison Investment Trust - Series 38** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_ (signature)
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

Schindler Elevator Corp [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 2/21/07

[NAME OF CLAIMANT] Schindler Elevator Corp

By: _Nancy Bursa_
(Signature of Claimant)

Print Name: Nancy M. Bursa
Manager, Accounts Receivable

_1530 Timberwolf Dr._  _PO Box 960_
(Address)

_Holland OH 43528_
(Address)

_34-1270056_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103794654

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _Kristy Stark_
         (signature)

_KRISTY STARK_
         (print name)

02-23-07 A 10:04 RCVD

## Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

    Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
SCHINDLER ELEVATOR CORP
PO BOX 93050
CHICAGO, IL 606733050

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 103794654

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No.   6924 |

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: **SCHINDLER ELEVATOR CORP** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **PO BOX 93050**


   **CHICAGO, IL 606733050**

2. Please take notice of the transfer of $ **9,197.28** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $9,197.28 to:**
   **Madison Investment Trust - Series 38** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**


   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

*Kristy Stark*
Kristy Stark

Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:  Madison Liquidity Investors, LLC.
              6310 Lamar Ave, Suite 120
              Overland Park, KS 66202

Schindler Elevator Corp [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

       Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the __2/21/07__

[NAME OF CLAIMANT] __Schindler Elevator Corp__

By: __[signature]__
(Signature of Claimant)

Print Name: __Nancy M. Bursa, Manager, Accounts Receivable__

Address: __1530 Timberwolf Dr. PO Box 960__

__Holland OH 43528__

(SS#/Tax ID): __34-1270056__

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address) _____

(Address) _____

(SS#/Tax ID) _____

Transfer Agreement Number: 103794654

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: __Kristy Stark__
      (signature)

__KRISTY STARK__
      (print name)

02-23-07 A10:04 RCVD

# Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913  Fax: (913) 982-5039

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

    Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
SCHINDLER ELEVATOR CORP
PO BOX 93050
CHICAGO, IL 606733050

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 103794654

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br>Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No.  6925 |

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: **SCHINDLER ELEVATOR CORP** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **PO BOX 93050**

   **CHICAGO, IL 606733050**

2. Please take notice of the transfer of $ **1,034.83** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $1,034.83 to:**
   **Madison Investment Trust - Series 38** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:   Madison Liquidity Investors, LLC.
          6310 Lamar Ave, Suite 120
          Overland Park, KS  66202

Schindler Elevator Corp [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 2/21/07

[NAME OF CLAIMANT] Schindler Elevator Corp

By: _Nancy Bursa_
(Signature of Claimant)

Print Name: Nancy M. Bursa
            Manager, Accounts Receivable

Address: 1530 Timberwolf Dr. PO Box 960
         Holland OH 43528

(SS#/Tax ID): 34-1270056

By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address): _____

(Address): _____

(SS#/Tax ID): _____

Transfer Agreement Number: 103794654

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _Kristy Stark_
        (signature)

    KRISTY STARK
        (print name)

02-23-07 A 10:04 RCVD

## Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

    Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
SCHINDLER ELEVATOR CORP
PO BOX 93050
CHICAGO, IL 606733050

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 103794654

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Specialty Electronics, Inc.

Debtor.

Chapter 11
Case Nos.   05-44481

Claim No.   864

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:   **KEACO INC.**                                                    ("Transferor")
         [TRANSFEROR NAME & ADDRESS]
         **PO BOX 47638**
         **ATTN JOHN DEAL**

         **SAN ANTONIO, TX 78265**

2.   Please take notice of the transfer of $ **8,304.00** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $8,304.00 to:**
   **Madison Investment Trust - Series 38**                    ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS      66202**

No action is required if you do not object to the transfer of your claim.

*Kristy Stark*
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:   Madison Liquidity Investors, LLC.
               6310 Lamar Ave, Suite 120
               Overland Park, KS 66202

**Keaco, Inc.** [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Specialty Electronics, Inc. in the New York Southern Bankruptcy Court, The case entitled In re Specialty Electronics, Inc., with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

     Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the **2/22/07**

[NAME OF CLAIMANT] **Keaco, Inc.**

By: _[signature]_
(Signature of Claimant)

Print Name: **Mark F. Keatts**

**6410 Tri County Parkway**
(Address)

**Schertz, TX 78154**
(Address)

**74-2690836**
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103699781

Accepted:
MADISON LIQUIDITY INVESTORS, LLC
By: _[signature]_
      (signature)

**KRISTY STARK**
    (print name)

02-23-07A10:04 RCVD

## Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913  Fax: (913) 982-5039

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Specialty Electronics, Inc.**

    Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
KEACO INC.
PO BOX 47638
ATTN JOHN DEAL
SAN ANTONIO, TX 78265

Social Sec. No./Tax ID: 74-2690836

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103699781

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Automotive Systems LLC

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 2762

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:    **GLENAIR INCORPORATED** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **1211 AIR WAY**

   **GLENDALE, CA 91201**

2. Please take notice of the transfer of $ **41,028.58** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $41,028.58 to:**
   **Madison Investment Trust - Series 38** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

*Kristy Stark*
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

_Glenair Inc_ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _22nd day of February 2007_

[NAME OF CLAIMANT] _Glenair Inc_

By: _Patrick L McGee_
(Signature of Claimant)

Print Name: _Patrick L McGee_

_1211 Air Way_
(Address)

_Glendale Ca_
(Address)

_95-1986434_
(SS#/Tax ID)

By:_____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103794621

Accepted:
MADISON LIQUIDITY INVESTORS, LLC
By: _Kristy Stark_
         (signature)

_KRISTY STARK_
        (print name)

02-23-07A10:04 RCVD

# Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913 Fax: (913) 982-5039

February 23, 2007

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

    Buyer: Madison Investment Trust - Series 38

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
GLENAIR INCORPORATED
1211 AIR WAY
GLENDALE, CA 91201

Social Sec. No./Tax ID:

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103794621