WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, Wisconsin 53202
Patrick B. Howell (State Bar No. 1008527)
Ann M. Maher (State Bar No. 1000529)
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Contact Person Email: phowell@whdlaw.com

Attorneys for HB Performance Systems, Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
In re:                         :
                               :    Chapter 11
DELPHI CORPORATION, et al.,    :
                               :    Case No. 05-44481 (RDD)
              Debtors.         :
                               :    (Jointly Administered)
------------------------------ x

### NOTICE OF WITHDRAWAL OF HB PERFORMANCE SYSTEMS, INC.'S MOTIONS TO I) REQUIRE DEBTORS TO INITIATE AN ADVERSARY PROCEEDING AND II) TO DISMISS WITH PREJUDICE DEBTORS' AFFIRMATIVE CLAIM FOR MONEY DAMAGES AGAINST CLAIMANT (DOCKET NO. 6978)

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY COURT JUDGE

Notice is hereby given that HB Performance Systems, Inc. ("HB") withdraws **only** that part of Docket No. 6978 setting forth HB's Motions to I) Require Debtors to Initiate an Adversary Proceeding and II) To Dismiss with Prejudice Debtors' Affirmative Claim for Money Damages Against Claimant. Based on the agreement reached by the Debtors and HB to proceed with the parties' respective claims against the other in the same proceeding, the Motions are moot.

WHD\5150566.1

HB's Supplemental Response to Debtors' Objections to Claim No. 14012 as set forth in Docket No. 6978 shall remain as filed.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2007.

_____
Patrick B. Howell
State Bar No. 1008527
(Pro Hac Vice Admission pending)
Ann M. Maher
State Bar No. 1000529
(Pro Hac Vice Admission pending)

**OF COUNSEL:**

Patrick B. Howell
Ann M. Maher
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
Telephone: 414-273-2100
Fax: 414-223-5000
Email: phowell@whdlaw.com
       amaher@whdlaw.com