WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, Wisconsin 53202
Patrick B. Howell (State Bar No. 1008527)
Ann M. Maher (State Bar No. 1000529)
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Contact Person Email: phowell@whdlaw.com

Attorneys for HB Performance Systems, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
        :
In re:  :
        :   Chapter 11
DELPHI CORPORATION, et al.,    :
        :   Case No. 05-44481 (RDD)
        Debtors.    :
        :   (Jointly Administered)
------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned, a PACE Registered Paralegal with Whyte Hirschboeck Dudek S.C., counsel for HB Performance Systems, Inc., certifies that on February 26, 2007, she caused a copy of the following document:

1. Notice of Withdrawal of HB Performance Systems, Inc.'s Motions to I) Require Debtors to Initiate an Adversary Proceeding and II) To Dismiss With Prejudice Debtors' Affirmative Claim for Money Damages Against Claimant (Docket No. 6978); and

2. Certificate of Service

to be served via ECF Electronic Notice on the following:

   John Wm. Butler, Esq.
   Skadden, Arps, Slate, Meagher & Flom LLP
   Four Times Square
   New York, NY 10036
   jbutler@skadden.com

WHD\5150621.1

to be served via electronic mail on the following:

>Christopher Connors, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive
>Chicago, IL 60606-1285
>cconnors@skadden.com

>Joseph Wharton, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive
>Chicago, IL 60606-1285
>jwharton@skadden.com

>James Derian, Esq.
>Delphi Corporation
>5725 Delphi Drive
>Troy, MI 48098
>james.derian@delphi.com

and to be served via United States Mail on the following:

>The Honorable Robert D. Drain
>United States Bankruptcy Judge
>United States Bankruptcy Court
>for the Southern District of New York
>One Bowling Green, Room 610
>New York, NY 10004

>Delphi Corporation
>Attn: General Counsel
>5725 Delphi Drive
>Troy, MI 48098

Dated at Milwaukee, Wisconsin this 26th day of February, 2007.

**OF COUNSEL:**

Patrick B. Howell
Ann M. Maher
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
Telephone: 414-273-2100
Fax: 414-223-5000
Email: phowell@whdlaw.com

_/s/ Stephanie A. Larson_
Stephanie A. Larson, R.P.
Paralegal