UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :

      In re                                 :        Chapter 11

DELPHI CORPORATION, et al.,       :        Case No. 05–44481 (RDD)

                    Debtors.    :        (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION AND AGREED ORDER RESOLVING DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS OF RETIREES OF DELPHI CORP. OR ANY OF ITS PREDECESSORS, SUBSIDIARIES OR RELATED ENTITIES WHO WERE REPRESENTED BY IUE-CWA DURING THEIR EMPLOYMENT, IUE-CWA/DELPHI CORP. JOINT ACTIVITIES CENTER, LOCAL 711 IUE-CWA, LOCAL 717 IUE-CWA, LOCAL 718 IUE-CWA, LOCAL 801 IUE-CWA, LOCAL 1111 IUE-CWA, LOCAL 416 IUE-CWA, LOCAL 755 IUE-CWA, LOCAL 698 IUE-CWA, IAMAW DISTRICT 10 AND LODGE 78, IBEW LOCAL 663, IUOE LOCAL 101S, IUOE LOCAL 18S, AND IUOE LOCAL 832S

WHEREAS, on the date set forth below (the "Proof of Claim Filing Date"), the following claimants (the "Claimants") filed the following proofs of claim (the "Proofs of Claim") against each of the debtors and debtors-in-possession in the above-referenced jointly administered chapter 11 cases (the "Debtors")[1]:

---

[1] The Debtors include: Delphi NY Holding Corporation; Delphi Corporation; ASEC Manufacturing General Partnership; Delphi Medical Systems Colorado Corporation; Delphi China LLC, ASEC Sales General Partnership; Delphi Medical Systems Texas Corporation; Delphi Automotive Systems Overseas Corporation; Delphi Automotive Systems Korea, Inc.; Delphi Automotive Systems International, Inc.; Delphi International Holdings Corp.; Aspire, Inc.; Delphi Connection Systems; Delphi International Services, Inc.; Environmental Catalysts, LLC; Specialty Electronics International, LTD; Delphi Automotive Systems Thailand, Inc.; Delco Electronic Overseas Corporation; Delphi Technologies, Inc.; Delphi Automotive Systems (Holding), Inc.; Exhaust Systems Corporation; Delphi Medical Systems Corporation; Delphi Diesel Systems Corp.; Delphi Integrated Service Solutions, Inc.; Packard Hughes Interconnect Company; Delphi Electronics (Holding) LLC; Delphi Mechatronic Systems, Inc.; Specialty Electronics, Inc.; Delphi Automotive Systems Tennessee, Inc.; Delphi LLC; Dreal, Inc.; Delphi Automotive Systems Risk Management Corp.; Delphi Automotive Systems Services LLC; Delphi Liquidation Holding Company; Delphi Foreign Sales Corporation; Delphi Services Holding Corporation; Delphi Automotive Systems Human Resources LLC; Delphi Automotive Systems Global (Holding) Inc.; Delphi Automotive Systems LLC; Furukawa Wiring Systems LLC; Delphi-Receivables LLC; and MobileAria, Inc.

| Claimant | Proofs of Claim | Proof of Claim Filing Date |
|---|---|---|
| Retirees Of Delphi Corp. Or Any Of Its Predecessors, Subsidiaries Or Related Entities Who Were Represented By IUE-CWA During Their Employment (the "IUE-CWA Retirees") | Nos. 12574 and 12599 | July 28, 2006 |
| IUE-CWA/Delphi Corp. Joint Activities Center (the "IUE-CWA Joint Activities Center") | 12651 and 13272 | July 28, 2006 |
| Local 711 IUE-CWA | 12703, 12704, 12705, 12706, 12707, 12708, 12709, 12710, 12711, 12712, 12713, 12714, 12716, 12717, 12718, 12719, 12720, 12721, 12726, 12727, 12728, 12729, 12732, 12733, 12734, 12735, 12736, 12737, 12738, 12739, 12740, 12742, 12743, 12744, 12745 | July 28, 2006 |
| Local 717 IUE-CWA | 12722, 12723, 12724, 12725, 12746, 12747, 12748, 12749, 12750, 12752, 12753, 12754, 12755, 12756, 12757, 12759, 12760, 12761, 12762, 12764, 12765, 12766, 12767, 12768, 12769, 12770, 12771, 12772, 12775, 12776, 12777, 12778, 12779 | July 28, 2006 |

| Claimant | Proofs of Claim | Proof of Claim Filing Date |
|---|---|---|
| Local 718 IUE-CWA | 12880, 12881, 12882, 12883, 12884, 12886, 12887, 12888, 12889, 12890, 12891, 12893, 12894, 12895, 12896, 12897, 12898, 12899, 12900, 12901, 12902, 12904, 12905, 12906, 12907, 12908, 12909, 12910, 12911, 12912, 12913, 12916, 12917, 12918, 12919 | July 28, 2006 |
| Local 801 IUE-CWA | 12293, 12294, 12295, 12296, 12297, 12300, 12301, 12302, 12303, 12304, 12305, 12307, 12308, 12309, 12310, 12311, 12312, 12313, 12314, 12315, 12316, 12317, 12318, 12320, 12321, 12322, 12323, 12324, 12325, 12326, 12328, 12329, 12330, 12331, 12332, 12920 | July 28, 2006 |
| Local 1111 IUE-CWA | 12841, 12842, 12843, 12846, 12847, 12848, 12849, 12850, 12851, 12852, 12853, 12854, 12855, 12857, 12858, 12859, 12860, 12861, 12862, 12863, 12864, 12865, 12867, 12868, 12869, 12870, 12871, 12872, 12873, 12875, 12876, 12877, 12878, 12879, 12973 | July 28, 2006 |

| **Claimant** | **Proofs of Claim** | **Proof of Claim Filing Date** |
|---|---|---|
| Local 416 IUE-CWA | 12531, 12532, 12533, 12534, 12535, 12537, 12538, 12539, 12540, 12541, 12542, 12545, 12546, 12547, 12548, 12549, 12550, 12551, 12552, 12553, 12554, 12555, 12556, 12557, 12558, 12559, 12560, 12561, 12562, 12563, 12564, 12567, 12568, 12569, 12570 | July 28, 2006 |
| Local 755 IUE-CWA | 12451, 12452, 12453, 12454, 12457, 12458, 12459, 12460, 12461, 12462, 12463, 12464, 12465, 12466, 12468, 12469, 12470, 12471, 12472, 12473, 12474, 12475, 12476, 12478, 12479, 12480, 12481, 12482, 12483, 12485, 12486, 12487, 12488, 12489, 12490, 13274 | July 28, 2006 |
| Local 698 IUE-CWA | 12974, 12975, 12976, 12977, 12980, 12981, 12982, 12983, 12984, 12985, 12986, 12987, 12988, 12989, 12991, 12992, 12993, 12994, 12995, 12996, 13275, 13276, 13277, 13278, 13280, 13282, 13284, 13285, 13287, 13288, 13289, 13290, 13291, | July 28, 2006 |

| Claimant | Proofs of Claim | Proof of Claim Filing Date |
|---|---|---|
| IAMAW District 10 and Lodge 78 | 10431, 10432, 10433, 13839, 13840, 13841, 13842, 13843, 13844, 13845, 13846, 13847, 13848, 13849, 13850, 13851, 13852, 13853, 13854, 13855, 13856, 13857, 13858, 13859, 13860, 13861, 13862, 13863, 14328, 14329, 14330, 14331, 14332, 14333, 14335, 14336, 14337, 14339, 14340, 14341, 14342, 14343, 14344, 14974 | July 31, 2006 (except that Proofs of Claim Nos. 10431, 10432, and 10433 were filed July 24, 2006) |
| IBEW Local 663 | 10435, 10436, 10437, 13864, 13865, 13866, 13867, 13868, 13869, 13870, 13871, 13872, 13873, 13874, 13875, 13876, 13877, 13878, 13879, 14285, 14286, 14287, 14288, 14289, 14290, 14291, 14292, 14293, 14294, 14310, 14345, 14346, 14348, 14349, 14351, 14352, 14353, 14354, 14355, 14356, 14357, 14358, 14359, 14360 | July 31, 2006 (except that Proofs of Claim Nos. 10435, 10436, and 10437 were filed July 24, 2006) |
| IUOE Local 101S | 13660, 13661, 13662, 13663, 13664, 13683, 13684, 13685, 13705, 13706, 13707, 13721, 13722, 13723, 13724, 13725, 13726, 13727, 13728, 13729, 13731, 13732, 13733, 13736, 13737, 13738, 13739, 13745, 13746, 13747, 13755, 13756, 13757, 13765, 1418S, 14984, 14986, 14987, 14988, 14989, 14990 | July 31, 2006 |

| **Claimant** | **Proofs of Claim** | **Proof of Claim Filing Date** |
|---|---|---|
| IUOE Local 18S | 13651, 13652, 13653, 13654, 13656, 13657, 13665, 13690, 13704, 13734, 13735, 13741, 13742, 13744, 13748, 13749, 13750, 13751, 13753, 13754, 13758, 13759, 13760, 13761, 13762, 13763, 13764, 13766, 14033, 14055, 14108, 15021, 15022, 15023, 15069, 15079, 15080, 15081, 15082, 15083, 15084 | July 31, 2006 |
| IUOE Local 832S | 13666, 13667, 13668, 13669, 13670, 13671, 13672, 13673, 13674, 13675, 13676, 13677, 13678, 13679, 13680, 13681, 13682, 13686, 13687, 13688, 13689, 13691, 13692, 13693, 13694, 13695, 13696, 13697, 13698, 13700, 13701, 13702, 13703, 15070, 15072, 15073, 15074, 15075, 15076, 15077, 15078 | July 31, 2006 (except that Proof of Claim No. 13700 was filed July 29, 2006) |

WHEREAS, on December 8, 2006, the Debtors filed their Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6099) (the "Fourth Omnibus Objection"). In the Fourth Omnibus Objection, the Debtors sought to disallow and expunge the following proofs of claim (the "Duplicative Claims") as duplicative of the Surviving Claims (as defined herein), as set forth below, with the Surviving Claims remaining on the Debtors' claims register:

6

| **Claimant** | **Duplicative Claims** | **Surviving Claims** |
|---|---|---|
| IUE-CWA Retirees | 12574 | 12599 |
| IUE-CWA Joint Activities Center | 13272 | 12651 |
| Local 711 IUE-CWA | 12703, 12704, 12705, 12706, 12707, 12708, 12709, 12710, 12711, 12712, 12713, 12714, 12717, 12718, 12719, 12720, 12721, 12726, 12727, 12728, 12729, 12732, 12733, 12734, 12735, 12736, 12737, 12738, 12739, 12740, 12742, 12743, 12744, 12745 | 12716 |
| Local 717 IUE-CWA | 12722, 12723, 12724, 12725, 12746, 12747, 12748, 12749, 12752, 12753, 12754, 12755, 12756, 12757, 12759, 12760, 12761, 12762, 12764, 12765, 12766, 12767, 12768, 12769, 12770, 12771, 12772, 12775, 12776, 12777, 12778, 12779 | 12750 |
| Local 718 IUE-CWA | 12880, 12881, 12882, 12883, 12884, 12886, 12887, 12889, 12890, 12991, 12894, 12895, 12896, 12897, 12898, 12899, 12900, 12901, 12902, 12904, 12905, 12906, 12907, 12908, 12909, 12910, 12911, 12912, 12913, 12916, 12917, 12918, 12919 | 12893 |

| **Claimant** | **Duplicative Claims** | **Surviving Claims** |
|---|---|---|
| Local 801 IUE-CWA | 12293, 12294, 12295, 12296, 12297, 12300, 12301, 12302, 12303, 12304, 12305, 12307, 12308, 12309, 12310, 12311, 12312, 12313, 12314, 12315, 12316, 12317, 12320, 12321, 12322, 12323, 12324, 12325, 12326, 12328, 12329,12330, 12331, 12332, 12973 | 12318 |
| Local 1111 IUE-CWA | 12841, 12842, 12843, 12846, 12847, 12848, 12849, 12850, 12851, 12852, 12853, 12854, 12855, 12857, 12858, 12859, 12860, 12861, 12862, 12863, 12864, 12865, 12868, 12869, 12870, 12871, 12872, 12873, 12875, 12876, 12877, 12878, 12879, 12973 | 12867 |
| Local 416 IUE-CWA | 12531, 12532, 12533, 12534, 12535, 12537, 12538, 12539, 12540, 12541, 12542, 12545, 12546, 12547, 12548, 12549, 12550, 12551, 12552, 12553, 12554, 12555, 12556, 12557, 12558, 12559, 12560, 12561, 12562, 12563, 12564, 12567, 12568, 12569, 12570 | 12544 |

| **Claimant** | **Duplicative Claims** | **Surviving Claims** |
|---|---|---|
| Local 755 IUE-CWA | 12451, 12452, 12453, 12454, 12457, 12458, 12459, 12460, 12461, 12462, 12463, 12464, 12465, 12566, 12468, 12469, 12470, 12471, 12472, 12473, 12474, 12475, 12478, 12479, 12480, 12481, 12482, 12483, 12485, 12486, 12487, 12488, 12489, 12490, 13274 | 12476 |
| Local 698 IUE-CWA | 12974, 12975, 12976, 12977, 12980, 12981, 12982, 12983, 12984, 12985, 12986, 12987, 12988, 12989, 12991, 12992, 12993, 12994, 12995, 12996, 13275, 13276, 13277, 13280, 13282, 13284, 13285, 13287, 13288, 13289, 13290, 13291 | 13278 |
| IAMAW District 10 and Lodge 78 | 10431, 10432, 10433, 13839, 13840, 13841, 13842, 13843, 13844, 13845, 13846, 13847, 13848, 13849, 13850, 13851, 13852, 13853, 13854, 13855, 13856, 13857, 13858, 13859, 13860, 13861, 13862, 14328, 14329, 14330, 14331, 14332, 14333, 14335, 14336, 14337, 14339, 14340, 14341, 14342, 14343, 14344, 14974 | 13863 |

| Claimant | Duplicative Claims | Surviving Claims |
|---|---|---|
| IBEW Local 663 | 10435, 10436, 10437, 13864, 13865, 13866, 13867, 13868, 13869, 13870, 13871, 13872, 13873, 13874, 13876, 13877, 13878, 13879, 14285, 14286, 14287, 14288, 14289, 14290, 14291, 14292, 14293, 14294, 14310, 14345, 14346, 14348, 14349, 14351, 14352, 14353, 14354, 14355, 14356, 14357, 14358, 14359, 14360 | 13875 |
| IUOE Local 101S | 13660, 13661, 13662, 13664, 13683, 13684, 13685, 13705, 13706, 13707, 13721, 13722, 13723, 13724, 13725, 13726, 13727, 13728, 13729, 13731, 13732, 13733, 13736, 13737, 13738, 13739, 13745, 13746, 13747, 13755, 13756, 13757, 13765, 1418S, 14984, 14986, 14987, 14988, 14989, 14990 | 13663 |
| IUOE Local 18S | 13651, 13652, 13653, 13654, 13656, 13657, 13665, 13690, 13704, 13735, 13741, 13742, 13744, 13748, 13749, 13750, 13751, 13753, 13754, 13758, 13759, 13760, 13761, 13762, 13763, 13764, 13766, 14033, 14055, 14108, 15021, 15022, 15023, 15069, 15079, 15080, 15081, 15082, 15083, 15084 | 13734 |

| Claimant | Duplicative Claims | Surviving Claims |
|---|---|---|
| IUOE Local 832S | 13666, 13667, 13668, 13669, 13670, 13671, 13672, 13673, 13674, 13675, 13676, 13677, 13678, 13679, 13680, 13681, 13682, 13686, 13687, 13688, 13689, 13691, 13692, 13693, 13694, 13695, 13696, 13697, 13698, 13700, 13701, 13702, 13703, 15070, 15072, 15073, 15074, 15076, 15077, 15078 | 15075 |

WHEREAS, on January 4, 2007, the Claimants submitted their response, as identified by the corresponding docket number with respect to each Claimant, to the Fourth Omnibus Objection:

| Claimant | Response |
|---|---|
| IUE-CWA Retirees | Docket No. 6424 |
| IUE-CWA Joint Activities Center | Docket No. 6426 |
| Local 711 IUE-CWA | Docket No. 6427 |
| Local 717 IUE-CWA | Docket No. 6429 |
| Local 718 IUE-CWA | Docket No. 6430 |
| Local 801 IUE-CWA | Docket No. 6433 |
| Local 1111 IUE-CWA | Docket No. 6434 |
| Local 416 IUE-CWA | Docket No. 6435 |
| Local 755 IUE-CWA | Docket No. 6431 |
| Local 698 IUE-CWA | Docket No. 6428 |
| IAMAW District 10 and Lodge 78 | Docket No. 6454 |
| IBEW Local 663 | Docket No. 6454 |
| IUOE Local 101S | Docket No. 6454 |
| IUOE Local 18S | Docket No. 6454 |
| IUOE Local 832S | Docket No. 6454 |

WHEREAS, on or about January 10, 2007, the Debtors filed the Debtors' Omnibus Reply In Support Of Debtors' Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6537) where the Debtors stated that pursuant to an agreement between the Debtors and the Claimants, the hearing on the Claimants' claims would be adjourned to February 14, 2007;

WHEREAS, on January 18, 2007, this Court entered the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Duplicate And Amended Claims Identified In Fourth Omnibus Claims Objection (Docket No. 6683), adjourning the hearing on the Claimants' claims to February 14, 2007;

WHEREAS, the Debtors and the Claimants have agreed to resolve the Debtors' objection to the Claimants' claims through the entry of this Stipulation and Agreed Order.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. For administrative convenience only, and without prejudice to its rights against the Other Debtor Entities[2], each Claimant agrees that the Duplicative Claims should be and are hereby expunged.

2. Entry of this order is without prejudice to the Debtors' right to object to any other claims in these chapter 11 cases, or to further object to claims that are the subject of the Fourth Omnibus Objection, on any grounds whatsoever; <u>provided</u>, <u>however</u>, that solely to the extent that (a) Claimants filed Duplicative Claims against different Debtors for the same asserted obligation (the "Multiple Debtor Duplicative Claims") and (b) certain of such Claimants' Multiple Debtor Duplicative Claims are being disallowed and expunged hereby, the Debtors

---

[2] For purposes of this Stipulation and Agreed Order, the entities for which the Multiple Debtor Duplicative Claims (as defined below) are asserted against are referred to herein as the "Other Debtor Entities."

shall not seek to have the Claimants' remaining Multiple Debtor Duplicative Claims (the "Surviving Claim") disallowed and expunged solely on the basis that such Surviving Claims are asserted against the incorrect Debtor, provided that one of the Multiple Debtor Duplicative Claims was originally filed against the correct Debtor.  For the avoidance of doubt, except as expressly provided in the preceding sentence, the Surviving Claims shall remain subject to further objection on any grounds whatsoever, including, without limitation, that any such Surviving Claims are asserted against the incorrect Debtor if the Claimants did not file a Multiple Debtor Duplicative Claim against the correct Debtor.  Nothing contained herein shall restrict the Debtors from objecting to any Surviving Claims or any holders of Surviving Claims from seeking relief from this Court for the purposes of requesting that this Court modify the Debtor or Debtors against which such Surviving Claims are asserted.

        3.        With respect to any asserted obligation contained in the Surviving Claim of a Claimant, entry of this order is without prejudice to such Claimant's right to reassert the relevant Multiple Debtor Duplicative Claim or Claims against such other Debtor or Debtors and such reasserted claims shall relate back to the original date of filing.  In the event a Claimant wishes to reassert a Multiple Debtor Duplicative Claim or Claim against such other Debtor or Debtors, such claimant must file such reasserted claim with the Bankruptcy Court and serve such reasserted claim on counsel for the Debtors and the claims agent in these chapter 11 cases.  A Claimant's right to reassert the relevant Multiple Debtor Duplicative Claim or Claims against such other Debtor or Debtors is subject to the Debtors' or other parties-in-interest's continuing right to object to such claim on any and all other grounds and such claimant's right to respond and defend its claims.

        4.        In the event a Claimant wishes to amend its claim to assert additional or different obligations against Delphi or any of the Other Debtor Entities, such Claimant need only

amend the Surviving Claim (by filing such amendment with this Court and serving such amendment on counsel for the Debtors and on the claims agent in these chapter 11 cases) and such Claimant need not file new or amended proofs of claim against the Other Debtor Entities. Any amendment of the Surviving Claim shall be considered as having been asserted against all Other Debtor Entities as of the date of the amendment. The Debtors' rights to object to any such purported amendment on any basis, including, but not limited to, that such purported amendment constitutes an untimely assertion of a new claim, are expressly preserved.

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

     5.     This court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Stipulation and Agreed Order.

Dated: New York, New York
       February 26, 2007

                                         /s/Robert D. Drain
                                  UNITED STATES BANKRUPTCY JUDGE

/s/ John K. Lyons
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
   John Wm. Butler, Jr.
   John K. Lyons
   Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

               - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

/s/ Thomas Kennedy
KENNEDY, JENNIK & MURRAY, P.C.
Counsel for IUE-CWA Retirees
   Susan M. Jennik
   Thomas Kennedy
113 University Place, 7th Floor
New York, New York  10003
(212) 358-1500

Attorneys for IUE-CWA Retirees, IUE-CWA Joint Activities Center, Local 711 IUE-CWA, Local 717 IUE-CWA, Local 718 IUE-CWA, Local 801 IUE-CWA, Local 1111 IUE-CWA, Local 416 IUE-CWA, Local 755 IUE-CWA, and Local 698 IUE-CWA

/s/ Marianne Goldstein Robbins
PREVIANT, GOLDBERG, UELMEN,
   GRATZ, MILLER & BRUEGGEMAN, S.C.
   Marianne Goldstein Robbins
1555 N. RiverCenter Drive, Suite 202
P.O. Box 12993
Milwaukee, Wisconsin  53212
(414) 271-4500

Attorneys for IBEW Local 663 and IAMAW
   District 10 and Lodge 78

/s/ Barbara Mehlsack
GORLICK, KRAVITZ & LISTHAUS, P.C.
   Barbara Mehlsack
17 State Street
New York, New York  10004
(212) 269-2500

Attorneys for IUOE Local 101S, IUOE Lcoal 18S, and IUOE Local 832S

15