**EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GEORGE H HUBER JR AND MARIANNE T HUBER JT TEN<br>17 FOREST GATE CIRCLE<br>OAK BROOK, IL 60523-2129 | 6284 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$103.00<br>$103.00 | 05/18/2006 | DELPHI CORPORATION (05-44481) |
| JAMESTOWN MORAINE INC<br>2290 ARBOR BLVD<br>MORAINE, OH 45439 | 15673 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,070.27<br>$5,070.27 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| K&K JANITORIAL SERVICE INC<br>10 BROUGHTON ST<br>TONAWANDA, NY 14150 | 3181 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,990.00<br>$2,990.00 | 04/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RONALD D MEREDITH<br>3040 SHERWOOD LN<br>COLUMBUS, IN 47203-2613 | 9484 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,990.91<br>$1,990.91 | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| SELECOM S R L<br>VIA JF KENNEDY 47<br>20090 RODANO MILLEPINI MI, ITALY | 7122 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$227.69<br>$227.69 | 05/30/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| SIPRA M SARKAR<br>2160 CLINTONVIEW CIRCLE<br>ROCHESTER HILLS, MI 48309-2986 | 4097 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,456.00<br>$1,456.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **6** | | **$11,837.87** | | |