**EXHIBIT A-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ADA C BERIN<br>83 LYMAN RD<br>WEST HARFORD, CT 06117-1312 | 16407 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/06/2006 | DELPHI CORPORATION (05-44481) |
| EVELYN D BATTISTE<br>601 SAINT CLOUD DR<br>ANTIOCH, TN 37013-3612 | 16212 | Secured: $0.00<br>Priority: $0.00<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/16/2006 | DELPHI CORPORATION (05-44481) |
| JULIUS BERIN AND ADA BERIN JT TEN<br>83 LYMAN RD<br>WEST HARTFORD, CT 06117-1312 | 16408 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/10/2006 | DELPHI CORPORATION (05-44481) |
| RONALD P CARMICHAEL<br>711 FLEMING AVE<br>RAVENSWOOD, WV 26164-1325 | 16426 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/21/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | **$0.00** | | |