**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AJAX TOCCO MAGNETHERMIC CORP<br>1745 OVERLAND AVE NE<br>WARREN, OH 44483-2860 | 15934 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,198.75<br>Total: $2,198.75 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| EASTMAN FIRE PROTECTION EFT<br>1450 SOUTER<br>TROY, MI 48083 | 16344 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $36.62<br>Total: $36.62 | 10/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| GOODMAN G F & SON INC<br>TWO IVYBROOK BLVD<br>IVYLAND, PA 18974 | 16048 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,512.65<br>Total: $3,512.65 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| MAGNATAG VISIBLE SYSTEMS<br>2031 ONEILL RD<br>MACEDON, NY 14502 | 16402 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,154.00<br>Total: $1,154.00 | 11/03/2006 | DELPHI CORPORATION<br>(05-44481) |
| REMA TIP TOP NORTH AMERICA INC<br>ENGINEERED BELT PRODUCTS DIV<br>119 ROCKLAND AVE<br>NORTHVALE, NJ 07647 | 16169 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,329.80<br>Total: $1,329.80 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| T SYSTEMS INTERNATIONAL GMBH<br>ATTN ANDREA JENNER<br>LADEMANNBOGEN 21 23 D 22339<br>HAMBURG GERMANY, GERMANY | 16188 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $670.00<br>Total: $670.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| TBF FINANCIAL LLC<br>520 LAKE COOK RD STE 510<br>DEERFIELD, IL 60015 | 16421 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,939.18<br>Total: $3,939.18 | 11/16/2006 | DELPHI CORPORATION<br>(05-44481) |
| TEDEA HUNTLEIGH INTERNATIONAL<br>5 ZORAN ST NEW INDUSTRIAL ZONE<br>NETANYA, 42506<br>ISRAEL | 16342 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,550.00<br>Total: $2,550.00 | 10/02/2006 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THERMO ELECTRON SCIENTIFIC INSTRUMENTS LLC<br>1400 NORTHPOINTE PKWY STE 10<br>WEST PALM BEACH, FL 33407 | 16115 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$16,518.70<br>$16,518.70 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| VOLVO CONSTRUCTION EQUIPMENT<br>2169 HENDERSONVILLE RD<br>PO BOX 789<br>SKYLAND, NC 28776 | 15783 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$861.78<br>$861.78 | 08/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **10** | | **$32,771.48** | | |