**EXHIBIT C - LATE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALLSTATE INSURANCE COMPANY<br>1500 MEETINGHOUSE RD<br>SEA GIRT, NJ 07850 | 16435 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$11,755.40<br>$11,755.40 | 11/27/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF BOWLING GREEN KY<br>PO BOX 430<br>BOWLING GREEN, KY 42102-0430 | 13811 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$12,978.00<br><br><br>$12,978.00 | 08/21/2006 | DELPHI CORPORATION (05-44481) |
| FAIR HARBOR CAPITAL LLC<br>875 AVE OF THE AMERICAS STE 2305<br>NEW YORK, NY 10001 | 16337 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,866.50<br>$5,866.50 | 09/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LOS ANGELES COUNTY TREASURER<br>AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA | 16332 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$772.74<br>$772.74 | 09/21/2006 | DELPHI CORPORATION (05-44481) |
| MARSILLI NORTH AMERICA INC EFT<br>FORMERLY CMT MARSILLI INC<br>11445 CRONRIDGE DR<br>OWINGS MILLS, MD 21117 | 16283 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$80,626.37<br>$80,626.37 | 09/05/2006 | DELPHI CORPORATION (05-44481) |
| MONROE INC<br>4707 40TH ST SE<br>GRAND RAPIDS, MI 49512 | 16429 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$31,151.09<br>$31,151.09 | 11/27/2006 | DELPHI CORPORATION (05-44481) |
| PRECISION STAMPINGS INC<br>500 EGAN AVE<br>BEAUMONT, CA 92223 | 16405 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$704,081.68<br>$704,081.68 | 11/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RITTER ENGINEERING CO<br>100 WILLIAMS DR<br>ZELIENOPLE, PA 16063-9698 | 16285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,822.83<br>$5,822.83 | 09/05/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT C - LATE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TEST AMERICA ANALYTICAL TESTING CORPORATION FORMALLY DEL MAR ANALYTICAL<br>DIRECTOR OF CORP CREDIT COLLECTIONS<br>17461 DERIAN AVE STE 100<br>IRVINE, CA 92614 | 16430 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,050.00<br>$1,050.00 | 11/27/2006 | DELPHI CORPORATION (05-44481) |
| WARREN COUNTY TAX COMMISSIONER<br>PO BOX 189<br>WARRENTON, GA 30828-0189 | 13809 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$254.20<br><br><br>$254.20 | 08/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:** 10    $854,358.81