**EXHIBIT D-1 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ALSTOM POWER ENVIRONMENTAL CONSULT GMBH<br>AUGSBURGER STR 712<br>STUTTGART, 70329<br>GERMANY | 652 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,726.00<br>Total: $2,726.00 | 11/17/2005 | DELPHI CORPORATION (05-44481) |
| BD OF ED SOUTH WESTERN CITY SCH DST<br>3805 MARLANE DR<br>GROVE CITY, OH 43123 | 11881 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $164,519.24<br>Total: $164,519.24 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | 9954 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,600.00<br>Total: $4,600.00 | 07/19/2006 | DELPHI CORPORATION (05-44481) |
| EATON ELECTRICAL<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 10908 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,692.90<br>Total: $4,692.90 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| EATON HYDRAULICS INC<br>EATON CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 11029 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,865.03<br>Total: $1,865.03 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| GEORGIA DEPARTMENT OF REVENUE<br>PO BOX 161108<br>ATLANTA, GA 30321 | 2276 | Secured:<br>Priority: $8,600.00<br>Administrative:<br>Unsecured:<br>Total: $8,600.00 | 03/13/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| HEAD ACOUSTICS INC<br>6964 KENSINGTON RD<br>BRIGHTON, MI 48116 | 8668 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,890.00<br>Total: $3,890.00 | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LAWRENCE BRENDA<br>PO BOX 685<br>DAVISON, MI 48423 | 16271 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 08/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT D-1 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LETAVIS ENTERPRISES INC<br>8478 MILLER RD<br>SWARTZ CREEK, MI 48473 | 5048 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,913.47<br>Total: $1,913.47 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| NEOSONG USA INC<br>718 W LONGVIEW LN<br>PALATINE, IL 60067 | 5053 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,502.00<br>Total: $2,502.00 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| ONYX ENVIRONMENTAL SERVICES<br>ELECTRONICS RECYCLING DIV<br>1275 MINERAL SPRINGS DR<br>PORT WASHINGTON, WI 53074 | 2344 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,213.39<br>Total: $1,213.39 | 03/21/2006 | DELPHI CORPORATION (05-44481) |
| REEVES G P INC<br>12764 GREENLY ST<br>HOLLAND, MI 49424 | 5506 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,296.00<br>Total: $2,296.00 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| RUSSELL REYNOLDS ASSOCIATES INC<br>26 BROADWAY 17TH FL<br>NEW YORK, NY 10004 | 11812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $77,708.66<br>Total: $77,708.66 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE BALES COMPANY ASSIGNOR<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 14675 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,160.00<br>Total: $3,160.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SONIC TECH INCORPORATED<br>23 BROOKLINE COURT<br>AMBER, PA 19002 | 14254 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,789.04<br>Total: $3,789.04 | 07/31/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| SOUTHWEST RESEARCH INSTITUTE<br>6220 CULEBRA RD<br>SAN ANTONIO, TX 78228-0510 | 12109 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $797.40<br>Total: $797.40 | 07/28/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT D-1 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STEPHANIE GRAY<br>PO BOX 9070<br>YOUNGSTOWN, OH 44513 | 16384 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,000,000.00<br>$1,000,000.00 | 10/24/2006 | DELPHI CORPORATION<br>(05-44481) |
| TELEDYNE TECHNOLOGIES INC<br>121 SW MORRISON STE 600<br>PORTLAND, OR 97204 | 15615 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$539.82<br>$539.82 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |

**Total:**     18     **$1,284,812.95**