In re Delphi Corporation, et al.                                                    Seventh Omnibus Claims Objection

**EXHIBIT D-2 - ADJOURNED LATE CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PORTAGE COUNTY WATER RESOU OH<br>449 S MERIDIAN ST<br>PO BOX 812<br>RAVENNA, OH 44266 | 16292 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $17,967.88<br>$17,967.88 | 09/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SAN BENITO CISD<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON L<br>1949 S IH 35 78741<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 16357 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,314.57<br><br><br><br>$1,314.57 | 10/10/2006 | DELPHI CORPORATION (05-44481) |
| US XPRESS ENTERPRISES INC EFT<br>4080 JENKINS RD<br>CHATTANOOGA, TN 37421 | 13806 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $72,704.52<br>$72,704.52 | 08/21/2006 | DELPHI CORPORATION (05-44481) |

|  | Total: | 3 | $91,986.97 |
|---|---|---|---|