**In re Delphi Corporation, et al.**                                                                                                      **Sixth Omnibus Claims Objection**

### EXHIBIT A-2 - DUPLICATE AND AMENDED CLAIMS WITH MULTIPLE SURVIVING CLAIMS

| Claims to be Expunged | Surviving Claim |
|---|---|
| **Claim Number:** 2465<br>**Date Filed:** 3/31/2006<br>**Creditor's Name and Address:**<br><br>SPECIAL SITUATIONS INVESTING GROUP INC<br>ASSIGNEE STMICROELECTRONICS INC FKA SGS<br>THOMPSON MICROELECTRONICS<br>THOMPSON & KNIGHT<br>333 CLAY ST STE 3300<br>HOUSTON, TX 77002<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 7,723,369.91<br>Total: $ 7,723,369.91 | **Claim Number:** 10682<br>**Date Filed:** 7/26/2006<br>**Creditor's Name and Address:**<br><br>STMICROELECTRONICS INC FKA SGS THOMPSON<br>MICROELECTRONICS<br>THOMPSON & KNIGHT<br>333 CLAY ST STE 3300<br>HOUSTON, TX 77002<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 1,569,568.55<br>Total: $ 1,569,568.55 |
| | **Claim Number:** 15423<br>**Date Filed:** 7/31/2006<br>**Creditor's Name and Address:**<br><br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C O GOLDMAN SACHS & CO<br>30 HUDSON 17th FL<br>JERSEY CITY, NJ 07302<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 6,153,413.36<br>Total: $ 6,153,413.36 |
| **Claim Number:** 12367<br>**Date Filed:** 7/28/2006<br>**Creditor's Name and Address:**<br><br>MASTER AUTOMATIC INC<br>40485 SCHOOLCRAFT RD<br>PLYMOUTH, MI 48170<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 579,674.30<br>Total: $ 579,674.30 | **Claim Number:** 16387<br>**Date Filed:** 10/26/2006<br>**Creditor's Name and Address:**<br><br>MASTER AUTOMATIC INC<br>40485 SCHOOLCRAFT RD<br>PLYMOUTH, MI 48170<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 17,622.70<br>Total: $ 17,622.70 |
| | **Claim Number:** 16388<br>**Date Filed:** 10/26/2006<br>**Creditor's Name and Address:**<br><br>MASTER AUTOMATIC INC<br>40485 SCHOOLCRAFT RD<br>PLYMOUTH, MI 48170<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $ 105,434.11<br>Total: $ 105,434.11 |

**Total Claims to be Expunged:** 2
**Total Asserted Amount to be Expunged:** $8,303,044.21