**EXHIBIT C - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| **Claim Number:** 13740<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**<br>BREEN COLOR CONCENTRATES INC<br>GIBBONS DEL DEO DOLAN GRIFFINGER &<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102<br><br>**Debtor:** DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,505.71<br>Total: $11,505.71 | **Claim Number:** 14174<br>**Date Filed:** 07/31/2006<br>**Creditor's Name and Address:**<br>BREEN COLOR CONCENTRATES INC<br>GIBBONS DEL DEO DOLAN GRIFFINGER &<br>ONE RIVERFRONT PLAZA<br>NEWARK, NJ 07102<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,505.71<br>Total: $11,505.71 |
| **Claim Number:** 11245<br>**Date Filed:** 07/26/2006<br>**Creditor's Name and Address:**<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br><br>**Debtor:** ASEC SALES GENERAL PARTNERSHIP (05-44484)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 | **Claim Number:** 11241<br>**Date Filed:** 07/26/2006<br>**Creditor's Name and Address:**<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br><br>**Debtor:** ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 |
| **Claim Number:** 11242<br>**Date Filed:** 07/26/2006<br>**Creditor's Name and Address:**<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br><br>**Debtor:** ENVIRONMENTAL CATALYSTS, LLC (05-44503)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 | **Claim Number:** 11241<br>**Date Filed:** 07/26/2006<br>**Creditor's Name and Address:**<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br><br>**Debtor:** ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 |
| **Claim Number:** 11243<br>**Date Filed:** 07/26/2006<br>**Creditor's Name and Address:**<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br><br>**Debtor:** EXHAUST SYSTEMS CORPORATION (05-44573)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 | **Claim Number:** 11241<br>**Date Filed:** 07/26/2006<br>**Creditor's Name and Address:**<br>DENSO INTERNATIONAL AMERICA INC<br>24777 DENSO DR<br>SOUTHFIELD, MI 48033<br><br>**Debtor:** ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482)<br>Secured: $223,895.11<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $223,895.11 |
| **Claim Number:** 10590<br>**Date Filed:** 07/25/2006<br>**Creditor's Name and Address:**<br>DENSO SALES CALIFORNIA INC<br>3900 VIA ORO AVE<br>LONG BEACH, CA 90810<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $22,200.24<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,200.24 | **Claim Number:** 15026<br>**Date Filed:** 07/26/2006<br>**Creditor's Name and Address:**<br>DENSO SALES CALIFORNIA INC<br>3900 VIA ORO AVE<br>LONG BEACH, CA 90810<br><br>**Debtor:** DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $22,200.24<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,200.24 |

05-44481-rdd    Doc 7051-5    Filed 02/26/07    Entered 02/26/07 18:04:13    Exhibit C
Pg 2 of 2

In re Delphi Corporation, et al.                                                                                       Sixth Omnibus Claims Objection

**EXHIBIT C - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| Claim to be Expunged | Surviving Claim |
|---|---|
| Claim Number: 2299<br>Date Filed: 03/15/2006<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $93,001.07<br>Total: $93,001.07 | Claim Number: 2381<br>Date Filed: 03/23/2006<br>Creditor's Name and Address:<br>CONSTELLATION NEWENERGY GAS DIVISION LLC<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>6225 SMITH AVE<br>BALTIMORE, MD 21209<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $93,001.07<br>Total: $93,001.07 |
| Claim Number: 2300<br>Date Filed: 03/15/2006<br>Creditor's Name and Address:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $793,411.29<br>Total: $793,411.29 | Claim Number: 2382<br>Date Filed: 03/23/2006<br>Creditor's Name and Address:<br>CONSTELLATION NEWENERGY INC<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>6225 SMITH AVE<br>BALTIMORE, MD 21209<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $793,411.29<br>Total: $793,411.29 |

**Total Claims to be Expunged:** 7

**Total Asserted Amount to be Expunged:** $1,591,803.64