**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                       Chapter 11

                                                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                Jointly Administered

                                   Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of Leigh S. Prugh, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Leigh S. Prugh, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  February 27, 2007
         New York, New York

                                      /s/Robert D. Drain_____
                                      UNITED STATES BANKRUPTCY JUDGE