**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                                          Chapter 11

                                                                                      Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                                     Jointly Administered

                                 Debtors

------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      UPON the motion of Patrick B. Howell, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that Patrick B. Howell, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  February 27, 2007
         New York, New York

                                                  /s/Robert D. Drain_____
                                                  UNITED STATES BANKRUPTCY JUDGE