**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>                            Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>Honorable Robert D. Drain |

**ORDER**

IT IS HEREBY ORDERED that Joseph D. Frank, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: <u>February 27, 2007</u>
       New York, New York

                                                             _/s/Robert D. Drain_____
                                                              The Honorable Robert D. Drain
                                                              United States Bankruptcy Judge