# UNITED STATES BANKRUPTCY COURT
### Southern District of New York
(Manhattan)

|   |   |   |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Westbury, New York.

2. On February 27, 2007, a true and correct copy of the *Amended (Partial Transfer) Partial Transfer of $329,238.02 portion of claim #12006 (original claim amount $713,498.23) from Alumax Mill Products, Inc to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD,* in the above captioned proceeding was caused to be served on the parties listed on the attached Service List via first class mail.

**Dreier LLP**

By: /s/Jean L. Guerrier
**Jean L. Guerrier**

**Sworn to before me this
27th day of February, 2006.**

 /s/ *Lori Rudolph*
**Notary Public**

**Lori Rudolph - Notary Public, State of New York
No. 01RU4883588
Qualified in Richmond County
Commission Expires January 26, 2007**

{00230827.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098


**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner


**Kurtzman Carson Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036



**c/o Alcoa**
8550 W. Bryn Mawr Ave.
10 floor
Chicago, IL 60631
 Attn: Paul Kilpatich
(Alumax Mill Products, Alcoa Automotive Casting- A Michicgan Partnership,
AFL Automotive L.P.- A Texas Limited Partnership,
AFL Automotive Limited Partnership- Michigan Limited Partnership,
 Alumax Mill Products, Inc, Alcoa Automotive Castings- A Michigan Partnership,
AFL Automotive Limited Partnership- A Texas Limited Partnership)

{00230827.DOC;}