IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

In re                        :    Chapter 11
                            :

DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                            :

              Debtors.    :    (Jointly Administered)
                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 23, 2007, I caused to be served the documents listed below upon the parties listed on Exhibit A hereto via overnight delivery:

1)  Notice of Cure Amount With Respect to Executory Contract or Unexpired Lease to be Assumed and/or Assigned With Respect to the Sale of the Brake Hose Business, and customized exhibit (Docket No. 7029) [a copy of which is attached hereto as Exhibit B]

2)  Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Purchaser With Respect to Brake Hose Business, and customized exhibit (Docket No. 7030) [a copy of which is attached hereto as Exhibit C]

Dated: February 27, 2007

                                    */s/ Evan Gershbein*
                                  Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 27th day of February, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature :   */s/ Amy Lee Huh*

Commission Expires:   *3/15/09*

# EXHIBIT A

Brake Hose Cure and Assumption Notices Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | CONTRACT TO BE ASSUMED | CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| A B & W Inc | | 157 Washington St | | Dorchester | MA | 02121-3603 | | Purchase Order No. 550000145 | $0.00 |
| All Rite Industries Inc | | 470 Oakwood Rd | | Lake Zurich | IL | 60047-1515 | | Purchase Order Nos. 550070318, 550000180, 550000203 | $93,039.28 |
| Bae Industries Inc | | 24400 Sherwood Ave | | Center Line | MI | 48015-2023 | | Purchase Order No. 550000019 | $0.00 |
| Beaver Manufacturing Co | | 12 Ed Needham Dr | | Mansfield | GA | 30055 | | Purchase Order Nos. 550061319, 550061318, 550061317 | $266,493.66 |
| Bunzl Plastic Inc | Alliance Plastics | PO Box 7284 | | Erie | PA | 16510-0284 | | Purchase Order No. 550004907 | $420.00 |
| Carby Corp | | PO Box 427 | | Watertown | CT | 06795-0427 | | Purchase Order No. 550000030 | $5,340.00 |
| Carius Tool Co Inc | | 3762 Ridge Rd | | Cleveland | OH | 44144-1125 | | Purchase Order Nos. 550055370, 550055372, 550072240, 550072241, 550055368, 550055369, 550004416, 550024019 | $21,897.07 |
| Carlisle Plastics Co Inc | | PO Box 146 | | New Carlisle | OH | 45344-0146 | | Purchase Order No. 550000034 | $948.20 |
| Charter Manufacturing Co Inc | Charter Wire Div | 114 N Jackson St | | Milwaukee | WI | 53202 | | Purchase Order No. 550015915 | $0.00 |
| Cleveland Die & Manufacturing Co | | 20303 First St | | Cleveland | OH | 44130 | | Purchase Order Nos. 550070291, 550070294, 550016188, 550005124, 550010182, 550000161 | $0.00 |
| Cxm Inc | | 1601 S 54th Ave | | Cicero | IL | 60804-1892 | | Purchase Order Nos. 550049444, 550049449 | $177,062.67 |
| F & G Multi Slide Inc | | PO Box 39 | | Franklin | OH | 45005-0039 | | Purchase Order Nos. 550005716, 550054595, 550000257 | $0.00 |
| Furon Co | | 210 Harmony Rd | | Mickleton | NJ | 08056-1209 | | Purchase Order No. 460006190 | $0.00 |
| Harco Brake Systems Inc | | PO Box 326 | | Englewood | OH | 45322-0326 | | Purchase Order Nos. 550005885, 550005034, 550025694, 550003871, 550051902, 550025698, 550003857, 550070913, 550003858, 550003859, 550003862, 550003861, 550003869, 550003866, 550052699, 550024215, 550003860, 550003870, 550003867, 550035923, 550003864, 550003868, 550003865, 550003863, 550057799, 550059102, 550015967, 550006251, 550037280, 550025697, 550053161, 550008776, 550069296, 550075772, 550069295, 550025696, 550071697, 550071698, 550055137, 550026022, 550010114, 550010096, 550052700, 550024217, 550071695, 550070912, 550074624, 550071696, 550071183, 550074543, 550004188, 550003919, 550003974, 550004272, 550004282, 550005125, 550015328, 550015535, 550016242, 550024361, 550050407, 550051876, 550054609, 550055083, 550064239, 550069115, 550069297, 550076198, 550051123 | $1,631,015.34 |
| Hellermanntyton Corp | | PO Box 245017 | | Milwaukee | WI | 53224 | | Purchase Order No. 550070296 | $0.00 |
| Jada Precision Plastics Co Inc | | 1667 Emerson St | | Rochester | NY | 14606 | | Purchase Order No. 550061043 | $12,864.00 |
| Kando Of Cincinnati Inc | Franklin Brazing & Metal | 2025 Mckinley Blvd | | Lebanon | OH | 45036 | | Purchase Order No. 550063857 | $0.00 |
| Kecy Products Inc | | PO Box 150 | | Hudson | MI | 49247 | | Purchase Order No. 550000191 | $24,395.31 |
| Kendale Industries Inc | | 7600 Hub Pky | | Valley View | OH | 44125-5700 | | Purchase Order No. 550015999 | $24,357.38 |
| Komotech Co Ltd | | 305 3 Ma Shihwa Ind Com Chongwang Dong | | Shiheung Kyonggi Do | | 429450 | South Korea | Purchase Order Nos. 550055974, 550055975, 550055971, 550055912 | $0.00 |
| Metal Component Engineering Shanghai | | No 750 Riyin Rd N | Waigaoqiao Free Trade Zone | Shanghai | | 200131 | China | Purchase Order Nos. 550056282, 550056286, 550056285, 550056275, 550056284 | $0.00 |
| Metprotech Inc | | PO Box 1311 | | Dayton | OH | 45401-1311 | | Purchase Order No. 550073484 | $66,463.81 |
| Oem/miller Corporation | | 1300 Danner Dr | | Aurora | OH | 44202-9284 | | Purchase Order No. 550004235, 550000111 | $15,507.00 |
| Outokumpu Copper Valleycast Llc | Valley Cast Inc | PO Box 1714 | | Appleton | WI | 54912 | | Purchase Order No. 550000083 | $0.00 |
| Parker Hannifin Corp | Parker Seal Co | PO Box 11751 | | Lexington | KY | 40512-1751 | | Purchase Order No. 550076147 | $429.53 |
| Pridgeon & Clay Inc | | 50 Cottage Grove Sw | | Grand Rapids | MI | 49507-1622 | | Purchase Order No. 550000011 | $70.80 |
| Progressive Stamping Co De Inc | | 2807 Samoset Rd | | Royal Oak | MI | 48073-1726 | | Purchase Order No. 550000207 | $46,169.87 |
| Republic Engineered Products Llc | | 3770 Embassy Pky | | Akron | OH | 44333 | | Purchase Order No. 550049454 | $25,665.09 |
| Textron Inc | Textron Fastening Systems | 29201 Telegraph Rd Ste 606 | | Southfield | MI | 48034 | | Purchase Order No. 550005130 | $2,714.28 |
| Ti Group Automotive Systems Llc | Attn Corporate Accounts | PO Box Drawer Dd | | Hidalgo | TX | 78557-3033 | | Purchase Order No. 550010061 | $32,833.45 |

2/26/2007 5:19 PM
Brake Hose Cure and Assumption Notices Service List

# EXHIBIT B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                        :
    In re                               :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                        Debtor.         :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND/OR ASSIGNED
WITH RESPECT TO THE SALE OF THE BRAKE HOSE BUSINESS

PLEASE TAKE NOTICE THAT:

        1.        Pursuant to the Order Under 11 U.S.C. § 105(a) And Fed. R. Bankr. P.

2002 And 9014  Approving  Bidding Procedures, (ii) Granting Certain Bid Protections, (iii)

Approving Form And Manner Of Sale Notices, And (iv) Setting A Sale Hearing (the

"Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court") on February 15, 2007, Delphi Automotive

Systems LLC ("DAS LLC") and Delphi Technologies, Inc. (together with DAS LLC, the

"Selling Debtor Entities") have entered into a Sale And Purchase Agreement ("Agreement"),

which Agreement is subject to an overbid auction, with Harco Manufacturing Group, LLC

(the "Purchaser") and Harco Brake Systems, Inc. for the purchase of assets exclusively used

the Debtors' brake hose business and certain intellectual property (the "Assets").  The Selling

Debtor Entities hereby provide notice (the "Notice") of their intent to assume and/or assign

the executory contract or unexpired lease (the "Assigned Contract") listed on Exhibit 1 hereto

to the Successful Bidder with respect to the Assets.  Capitalized terms used but not otherwise

defined in this notice have the meanings ascribed to them in the Bidding Procedures Order.

       2.      On the date of the closing of the transactions contemplated by the

Agreement (the "Closing Date"), or as soon thereafter as is reasonably practicable, the Selling

Debtor Entities will pay the amount the Selling Debtor Entities' records reflect is owing for

prepetition arrearages, if any, as set forth on Exhibit 1 hereto (the "Cure Amount").  The

Selling Debtor Entities' records reflect that all postpetition amounts owing under the

Assigned Contract have been paid and will continue to be paid until the assumption and/or

assignment of the Assigned Contract and that, other than the Cure Amount, there are no other

defaults under the Assigned Contract.

       3.      Objections, if any, to the proposed Cure Amount must (a) be in

writing, (b) state with specificity the cure asserted to be required, (c) include appropriate

documentation thereof, (d) conform to the Federal Rules of Bankruptcy Procedure, the Local

Bankruptcy Rules for the Southern District of New York, and the Amended Eighth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),

9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered by this Court on October 26, 2006

(Docket No. 5418), (e) be filed with the Bankruptcy Court in accordance with General Order

M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (f) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (g) be served in hard-copy form so that they are actually received within ten

days of service of this Notice upon (i) Delphi Automotive Systems LLC, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate,

Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n:

John Wm. Butler, Jr.), (iv) counsel for the agent under the postpetition credit facility, Davis

Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald

Bernstein and Brian Resnick), (v) counsel for the Official Committee of Unsecured Creditors,

Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J.

Rosenberg and Mark A. Broude), (vi) counsel for the Official Committee of Equity Security

Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York,

New York 10004 (Att'n: Bonnie Steingart), (vii) counsel for the Purchaser, Coolidge Wall

Co., L.P.A., 33 West First Street, Dayton, Ohio 45402 (Att'n: Ronald S. Pretekin), and (viii)

the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

        4.      If an objection to the Cure Amount is timely filed, a hearing with

respect to the objection will be held before the Honorable Robert D. Drain, United States

Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, Room 610, New York, New York 10004, at such date and time as the

Court may schedule.  A hearing regarding the Cure Amount, if any, may be continued at the

sole discretion of the Selling Debtor Entities until after the Closing Date.

    5.  If no objection is timely received, the Cure Amount set forth in Exhibit

1 hereto shall be controlling, notwithstanding anything to the contrary in any Assigned

Contract or any other document, and the non-Debtor party to the Assigned Contract shall be

deemed to have consented to the Cure Amount and shall be forever barred from asserting any

other claims against the Debtors, the Purchaser, or the Successful Bidder (as appropriate), or

the property of either of them, as to such Assigned Contract.  The failure of any objecting

person or entity to timely file its objection shall be a bar to the assertion, at the Sale Hearing

or thereafter, of any objection to the Sale Motion, the Sale, or the Selling Debtor Entities'

consummation and performance of the Agreement (including the transfer of the Assets and

the Assigned Contracts free and clear of all Interests), if authorized by the Court.

6.      Prior to the Closing Date, the Selling Debtor Entities may amend their

decision with respect to the assumption and/or assignment of the Assigned Contract and

provide a new notice amending the information provided in this Notice.

Dated:  New York, New York
        February 23, 2007

                        SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

                        By:  /s/ John Wm. Butler, Jr.
                             John Wm. Butler, Jr. (JB 4711)
                             John K. Lyons (JL 4951)
                             Ron E. Meisler (RM 3026)
                        333 West Wacker Drive, Suite 2100
                        Chicago, Illinois  60606
                        (312) 407-0700

                                - and -

                        By:  /s/ Kayalyn A. Marafioti
                             Kayalyn A. Marafioti (KM 9632)
                             Thomas J. Matz (TM 5986)
                        Four Times Square
                        New York, New York 10036
                        (212) 735-3000

                        Attorneys for Delphi Corporation, et al.,
                          Debtors and Debtors-in-Possession

5

# EXHIBIT 1

A B & W Inc
157 Washington St
Dorchester MA 02121-3603

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550000145 | $0.00 |

# EXHIBIT 1

All Rite Industries Inc
470 Oakwood Rd
Lake Zurich IL 60047-1515

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Nos. 550070318, 550000180, 550000203 | $93,039.28 |

# EXHIBIT 1

Bae Industries Inc
24400 Sherwood Ave
Center Line MI 48015-2023

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550000019 | $0.00 |

# EXHIBIT 1

Beaver Manufacturing Co
12 Ed Needham Dr
Mansfield GA 30055

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Nos. 550061319, 550061318, 550061317 | $266,493.66 |

# EXHIBIT 1

Bunzl Plastic Inc
Alliance Plastics
PO Box 7284
Erie PA 16510-0284

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550004907 | $420.00 |

# EXHIBIT 1

Carby Corp
PO Box 427
Watertown CT 06795-0427

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550000030 | $5,340.00 |

# EXHIBIT 1

Carius Tool Co Inc
3762 Ridge Rd
Cleveland OH 44144-1125

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Nos. 550055370, 550055372, 550072240, 550072241, 550055368, 550055369, 550004416, 550024019 | $21,897.07 |

# EXHIBIT 1

Carlisle Plastics Co Inc
PO Box 146
New Carlisle OH 45344-0146

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550000034 | $948.20 |

# EXHIBIT 1

Charter Manufacturing Co Inc
Charter Wire Div
114 N Jackson St
Milwaukee WI 53202

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550015915 | $0.00 |

# EXHIBIT 1

Cleveland Die & Manufacturing Co
20303 First St
Cleveland OH 44130

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Nos. 550070291, 550070294, 550016188, 550005124, 550010182, 550000161 | $0.00 |

# EXHIBIT 1

Cxm Inc
1601 S 54th Ave
Cicero IL 60804-1892

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Nos. 550049444, 550049449 | $177,062.67 |

# EXHIBIT 1

F & G Multi Slide Inc
PO Box 39
Franklin OH 45005-0039

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Nos. 550005716, 550054595, 550000257 | $0.00 |

# EXHIBIT 1

Furon Co
210 Harmony Rd
Mickleton NJ 08056-1209

| Contract to be assumed: | Cure amount: |
|:---:|:---:|
| Purchase Order No. 460006190 | $0.00 |

# EXHIBIT 1

Harco Brake Systems Inc
PO Box 326
Englewood OH 45322-0326

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Nos. 550005885, 550005034, 550025694, 550003871, 550051902, 550025698, 550003857, 550070913, 550003858, 550003859, 550003862, 550003861, 550003869, 550003866, 550052699, 550024215, 550003860, 550003870, 550003867, 550035923, 550003864, 550003868, 550003865, 550003863, 550057799, 550059102, 550015967, 550006251, 550037280, 550025697, 550053161, 550008776, 550069296, 550075772, 550069295, 550025696, 550071697, 550071698, 550055137, 550026022, 550010114, 550010096, 550052700, 550024217, 550071695, 550070912, 550074624, 550071696, 550071183, 550074543, 550004188, 550003919, 550003974, 550004272, 550004282, 550005125, 550015328, 550015535, 550016242, 550024361, 550050407, 550051876, 550054609, 550055083, 550064239, 550069115, 550069297, 550076198, 550005123 | $1,631,015.34 |

# EXHIBIT 1

Hellermanntyton Corp
PO Box 245017
Milwaukee WI 53224

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550070296 | $0.00 |

# EXHIBIT 1

Jada Precision Plastics Co Inc
1667 Emerson St
Rochester NY 14606

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550061043 | $12,864.00 |

# EXHIBIT 1

Kando Of Cincinnati Inc
Franklin Brazing & Metal Treating
2025 Mckinley Blvd
Lebanon OH 45036

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550063857 | $0.00 |

# EXHIBIT 1

Kecy Products Inc
PO Box 150
Hudson MI 49247

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order No. 550000191 | $24,395.31 |

# EXHIBIT 1

Kendale Industries Inc
7600 Hub Pky
Valley View OH 44125-5700

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550015999 | $24,357.38 |

# EXHIBIT 1

Komotech Co Ltd
305 3 Ma Shihwa Ind Com Chongwang Dong
Shiheung Kyonggi Do 429450
South Korea

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Nos. 550055974, 550055975, 550055971, 550055912 | $0.00 |

# EXHIBIT 1

Metal Component Engineering Shanghai
No 750 Riyin Rd N
Waigaoqiao Free Trade Zone
Shanghai 200131
China

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order Nos. 550056282, 550056286, 550056285, 550056275, 550056284 | $0.00 |

# EXHIBIT 1

Metprotech Inc
PO Box 1311
Dayton OH 45401-1311

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550073484 | $66,463.81 |

# EXHIBIT 1

Oem/miller Corporation
1300 Danner Dr
Aurora OH 44202-9284

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order Nos. 550004215, 550000111 | $15,507.00 |

# EXHIBIT 1

Outokumpu Copper Valleycast Llc
Valley Cast Inc
PO Box 1714
Appleton WI 54912

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550000083 | $0.00 |

# EXHIBIT 1

Parker Hannifin Corp
Parker Seal Co
PO Box 11751
Lexington KY 40512-1751

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550076147 | $429.53 |

# EXHIBIT 1

Pridgeon & Clay Inc
50 Cottage Grove Sw
Grand Rapids MI 49507-1622

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550000011 | $70.80 |

# EXHIBIT 1

Progressive Stamping Co De Inc
2807 Samoset Rd
Royal Oak MI 48073-1726

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550000207 | $46,169.87 |

# EXHIBIT 1

Republic Engineered Products Llc
3770 Embassy Pky
Akron OH 44333

| Contract to be assumed: | Cure amount: |
| --- | --- |
| Purchase Order No. 550049454 | $25,665.09 |

# EXHIBIT 1

Textron Inc
Textron Fastening Systems
29201 Telegraph Rd Ste 606
Southfield MI 48034

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550005130 | $2,714.28 |

# EXHIBIT 1

Ti Group Automotive Systems Llc
Attn Corporate Accounts Payable
PO Box Drawer Dd
Hidalgo TX 78557-3033

| Contract to be assumed: | Cure amount: |
|---|---|
| Purchase Order No. 550010061 | $32,833.45 |

# EXHIBIT C

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                         :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO PURCHASER
 WITH RESPECT TO BRAKE HOSE BUSINESS

PLEASE TAKE NOTICE THAT:

        1.        Pursuant to the Order Under 11 U.S.C. § 105(a) And Fed. R. Bankr. P.

2002 And 9014 (i) Approving Bidding Procedures, (ii) Granting Certain Bid Protections, (iii)

Approving Form And Manner Of Sale Notices, And (iv) Setting A Sale Hearing (the

"Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court") on February 15, 2007, Delphi Automotive

Systems LLC ("DAS LLC") and Delphi Technologies, Inc. (together with DAS LLC, the

"Selling Debtor Entities") have entered into a Sale And Purchase Agreement ("Agreement"),

which Agreement is subject to an overbid auction, with Harco Manufacturing Group, LLC

(the "Purchaser") and Harco Brake Systems, Inc. for the purchase of assets exclusively used

by the Debtors' brake hose business and certain intellectual property (the "Assets").

Capitalized terms used but not otherwise defined in this notice (the "Notice") shall have the

meanings ascribed to them in the Bidding Procedures Order.

        2.      Pursuant to the terms of the Agreement and subject to completion of a

competitive bidding process described in the Bidding Procedures Order and the attachments

thereto, the Selling Debtor Entities will seek to assume and/or assign the contracts listed on

<u>Exhibit 1</u> hereto (the "Assigned Contracts") at the hearing to be held at 10:00 a.m. (Prevailing

Eastern Time) on March 22, 2007 (the "Sale Hearing") before the Honorable Robert D.

Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern

District of New York, One Bowling Green, Room 610, New York, New York 10004.

        3.      Objections, if any, to the assumption and/or assignment of an Assigned

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Amended Eighth Supplemental Order Under 11

U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014

Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And

Administrative Procedures, entered by this Court on October 26, 2006 (Docket No. 5418), (d)

be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) –

registered users of the Bankruptcy Court's case filing system must file electronically, and all

other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format

(PDF), WordPerfect, or any other Windows-based word processing format), (e) be submitted

in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States

Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, Room 610, New York, New York 10004, and (f) be served in hard-copy

form so it is actually received within ten days after the date of this Notice upon (i) Delphi

Automotive Systems LLC, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: Legal Staff), (ii)

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (iii)

counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker

Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iv) counsel for the

agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue,

New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the

Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue,

New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii) counsel

for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver &

Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart),

(viii) counsel for the Purchaser, Coolidge Wall Co., L.P.A., 33 West First Street, Dayton,

Ohio 45402 (Att'n: Ronald S. Pretekin), and (ix) the Office of the United States Trustee for

the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York

10004 (Att'n:  Alicia M. Leonhard).

        4.      If an objection to the assumption and/or assignment of an Assigned

Contract is timely filed, a hearing with respect to the objection will be held before the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, at the Sale Hearing or such date and time as the Court may schedule.  If no

objection is timely received, the non-Debtor party to the Assigned Contract shall be deemed

to have consented to the assumption and assignment of the Assigned Contract and shall be

forever barred from asserting any other claims, including, but not limited to, the propriety or

effectiveness of the assumption and assignment of the Assigned Contract, against the Debtors

or the Purchaser, or the property of either of them, as to such Assigned Contract.

       5.     Pursuant to 11 U.S.C. § 365, there is adequate assurance of future

performance that the Cure Amount set forth in the Cure Notice shall be paid in accordance

with the terms of the Sale Order.  Further, there is adequate assurance of the Purchaser's

future performance under the executory contract or unexpired lease to be assumed and

assigned because of the significant resources of the Purchaser.

       6.     Prior to the Closing Date, the Selling Debtor Entities may amend their

decision with respect to the assumption and/or assignment of any Assigned Contract and

provide a new notice amending the information provided in this Notice.

Dated:  New York, New York
       February 23, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT 1

A B & W Inc
157 Washington St
Dorchester MA 02121-3603

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550000145 |

# EXHIBIT 1

All Rite Industries Inc
470 Oakwood Rd
Lake Zurich IL 60047-1515

| Contract to be assumed: |
| --- |
| Purchase Order Nos. 550070318, 550000180, 550000203 |

# EXHIBIT 1

Bae Industries Inc
24400 Sherwood Ave
Center Line MI 48015-2023

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550000019 |

# EXHIBIT 1

Beaver Manufacturing Co
12 Ed Needham Dr
Mansfield GA 30055

| Contract to be assumed: |
| --- |
| Purchase Order Nos. 550061319, 550061318, 550061317 |

# EXHIBIT 1

Bunzl Plastic Inc
Alliance Plastics
PO Box 7284
Erie PA 16510-0284

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550004907 |

# EXHIBIT 1

Carby Corp
PO Box 427
Watertown CT 06795-0427

| **Contract to be assumed:** |
|---|
| Purchase Order No. 550000030 |

# EXHIBIT 1

Carius Tool Co Inc
3762 Ridge Rd
Cleveland OH 44144-1125

| **Contract to be assumed:** |
|---|
| Purchase Order Nos. 550055370, 550055372, 550072240, 550072241, 550055368, 550055369, 550004416, 550024019 |

# EXHIBIT 1

Carlisle Plastics Co Inc
PO Box 146
New Carlisle OH 45344-0146

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550000034 |

# EXHIBIT 1

Charter Manufacturing Co Inc
Charter Wire Div
114 N Jackson St
Milwaukee WI 53202

| **Contract to be assumed:** |
|---|
| Purchase Order No. 550015915 |

# EXHIBIT 1

Cleveland Die & Manufacturing Co
20303 First St
Cleveland OH 44130

| **Contract to be assumed:** |
|---|
| Purchase Order Nos. 550070291, 550070294, 550016188, 550005124, 550010182, 550000161 |

# EXHIBIT 1

Cxm Inc
1601 S 54th Ave
Cicero IL 60804-1892

| **Contract to be assumed:** |
|---|
| Purchase Order Nos. 550049444, 550049449 |

# EXHIBIT 1

F & G Multi Slide Inc
PO Box 39
Franklin OH 45005-0039

| **Contract to be assumed:** |
| --- |
| Purchase Order Nos. 550005716, 550054595, 550000257 |

# EXHIBIT 1

Furon Co
210 Harmony Rd
Mickleton NJ 08056-1209

| Contract to be assumed: |
| --- |
| Purchase Order No. 460006190 |

# EXHIBIT 1

Harco Brake Systems Inc
PO Box 326
Englewood OH 45322-0326

| **Contract to be assumed:** |
|---|
| Purchase Order Nos. 550005885, 550005034, 550025694, 550003871, 550051902, 550025698, 550003857, 550070913, 550003858, 550003859, 550003862, 550003861, 550003869, 550003866, 550052699, 550024215, 550003860, 550003870, 550003867, 550035923, 550003864, 550003868, 550003865, 550003863, 550057799, 550059102, 550015967, 550006251, 550037280, 550025697, 550053161, 550008776, 550069296, 550075772, 550069295, 550025696, 550071697, 550071698, 550055137, 550026022, 550010114, 550010096, 550052700, 550024217, 550071695, 550070912, 550074624, 550071696, 550071183, 550074543, 550004188, 550003919, 550003974, 550004272, 550004282, 550005125, 550015328, 550015535, 550016242, 550024361, 550050407, 550051876, 550054609, 550055083, 550064239, 550069115, 550069297, 550076198, 550005123 |

# EXHIBIT 1

Hellermanntyton Corp
PO Box 245017
Milwaukee WI 53224

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550070296 |

# EXHIBIT 1

Jada Precision Plastics Co Inc
1667 Emerson St
Rochester NY 14606

| **Contract to be assumed:** |
| :---: |
| Purchase Order No. 550061043 |

# EXHIBIT 1

Kando Of Cincinnati Inc
Franklin Brazing & Metal Treating
2025 Mckinley Blvd
Lebanon OH 45036

| **Contract to be assumed:** |
|---|
| Purchase Order No. 550063857 |

# EXHIBIT 1

Kecy Products Inc
PO Box 150
Hudson MI 49247

| **Contract to be assumed:** |
|---|
| Purchase Order No. 550000191 |

# EXHIBIT 1

Kendale Industries Inc
7600 Hub Pky
Valley View OH 44125-5700

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550015999 |

# EXHIBIT 1

Komotech Co Ltd
305 3 Ma Shihwa Ind Com Chongwang Dong
Shiheung Kyonggi Do 429450
South Korea

| **Contract to be assumed:** |
| --- |
| Purchase Order Nos. 550055974, 550055975, 550055971, 550055912 |

# EXHIBIT 1

Metal Component Engineering Shanghai
No 750 Riyin Rd N
Waigaoqiao Free Trade Zone
Shanghai 200131
China

| **Contract to be assumed:** |
|---|
| Purchase Order Nos. 550056282, 550056286, 550056285, 550056275, 550056284 |

# EXHIBIT 1

Metprotech Inc
PO Box 1311
Dayton OH 45401-1311

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550073484 |

# EXHIBIT 1

Oem/miller Corporation
1300 Danner Dr
Aurora OH 44202-9284

| Contract to be assumed: |
| --- |
| Purchase Order Nos. 550004215, 550000111 |

# EXHIBIT 1

Outokumpu Copper Valleycast Llc
Valley Cast Inc
PO Box 1714
Appleton WI 54912

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550000083 |

# EXHIBIT 1

Parker Hannifin Corp
Parker Seal Co
PO Box 11751
Lexington KY 40512-1751

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550076147 |

# EXHIBIT 1

Pridgeon & Clay Inc
50 Cottage Grove Sw
Grand Rapids MI 49507-1622

| Contract to be assumed: |
| --- |
| Purchase Order No. 550000011 |

# EXHIBIT 1

Progressive Stamping Co De Inc
2807 Samoset Rd
Royal Oak MI 48073-1726

| Contract to be assumed: |
| --- |
| Purchase Order No. 550000207 |

# EXHIBIT 1

Republic Engineered Products Llc
3770 Embassy Pky
Akron OH 44333

| **Contract to be assumed:** |
|:---:|
| Purchase Order No. 550049454 |

# EXHIBIT 1

Textron Inc
Textron Fastening Systems
29201 Telegraph Rd Ste 606
Southfield MI 48034

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550005130 |

# EXHIBIT 1

Ti Group Automotive Systems Llc
Attn Corporate Accounts Payable
PO Box Drawer Dd
Hidalgo TX 78557-3033

| **Contract to be assumed:** |
| --- |
| Purchase Order No. 550010061 |