UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
In re                                   :
                                        :           Case No. 05-44481
Delphi Corporation, et al.              :     Chapter 11, Jointly Administered
                                        :          Claim No. SEE **EXHIBIT B**
                                        :              $1,388,765.71
                                        :
                                        :
                                        :
                                        :
Debtors                                 :
---------------------------------------x


**NOTICE TO TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)**

To: ("**Transferor**")    D & R Technology LLC
                          400 East Fullerton Ave.
                          Carol Stream, IL 60188

Please take notice that the transfer of 100% of your Claim(s) (as defined in **Exhibit A** and **B** hereto), in the amount of $1,388,765.71 in the bankruptcy case referenced above, together with all applicable interest, fees and expenses thereto, has been transferred (unless previously expunged by court order) to:

From: ("**Transferee**")  APS Clearing, Inc.
                          Attn: Matthew Hamilton
                          1301 Capital of Texas Hwy,
                          Suite No. B-220
                          Austin, Texas 78746

Evidence that Transferor has assigned all of its right, title and interest in the Claim(s) to Transferee is attached hereto as **Exhibit A**.

No action is required if you do not object to the transfer of your claim. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION WITH:

> United States Bankruptcy Court
> Southern District of New York
> Attn: Special Deputy Clerk
> One Bowling Green
> New York, NY 10004-1408

If you file an objection a hearing will be scheduled. If you do not file an objection, or it is not timely filed, the transferee will be substituted on the Court's records as the Claimant. SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

EXHIBIT A
EVIDENCE OF TRANSFER

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

D & R Technology LLC, with an address at 400 East Fullerton Ave., Carol Stream, IL 60188 ("Assignor") transfers and assigns unto APS Clearing, Inc., its successors and assigns ("Assignee"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "Agreement"), all of its right, title and interest in and to (a) those certain proofs of claim, identified on the attached Schedule, as further identified in each Assignor's duly and timely filed Proof of Claim against Delphi Automotive Systems, LLC (the "Debtor"), and (b) that certain Scheduled Claim,[2] identified on the attached Schedule, as further listed in Schedule F of the Debtor's Schedules of Assets and Liabilities filed in the United States Bankruptcy Court, Southern District of New York ("Bankruptcy Court"), jointly administered under Case No. 05-44481.

Assignor hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the Assignor and the Assignee have caused this Assignment to be duly executed as of February ___, 2007.

**ASSIGNEE:**

APS CLEARING, INC.
a Delaware corporation
By: _____
Name: Matthew Hamilton, Esq.
Title: Managing Director

1301 S. Capital of Texas Hwy. Ste B-220
Austin, Texas 78746

**ASSIGNOR:**

D & R TECHNOLOGY LLC
By: _____
Name: DONALD BUZZI
Title: C.F.O.

400 East Fullerton Ave.
Carol Stream, Illinois 60188

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.
[2] The Proof of Claim and the Scheduled Claim are together hereinafter referred to as the "Claims."

A-1

EXHIBIT B
SCHEDULE OF CLAIMS

| Original Creditor Name | Debtor | Schedule No.s | Scheduled Amount | Claim No.s | Proof of Claim Amount |
|---|---|---|---|---|---|
| D & R Technology LLC | Delphi Automotive Systems, LLC | 1605273-10397381 (attached) | $1,189,544.33 | 9470 (attached) | $1,347,828.94 |
| D & R Technology LLC | Delphi Automotive Systems, LLC | 1605272-10407675 (attached) | $ 44,673.23 | 9469 (attached) | $ 40,936.77 |
| TOTAL – 2 CLAIMS | | | $1,234,217.56 | | $1,388,765.71 |

# 4970

| UNITED STATES BANKRUPTCY COURT  Southern   DISTRICT OF  New York | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Delphi Automotive Systems LLC  —  Case Number: 05-44640 | The Debtor has listed your claim as Unliquidated and Disputed on Schedule F as a General Unsecured claim in the amount of $1,189,544.33. If you believe that you have a claim against the Debtor, you are required to complete and return this form. Master Code: 10397381  Claim #09470 USBC SDNY Delphi Corporation, et al. 05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
D & R Technology Llc

Name and address where notices should be sent:
D & R Technology Llc
~~450 Windy Point Dr~~
~~Glendale Heights IL 60139~~
400 FULLERTON
CAROL STREAM IL
60188

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor: XX364246988

Check here ☐ replaces ☐ amends   a previously filed claim, dated: _____
if this claim

1. Basis for Claim
   ☒ Goods Sold / Services Performed
   ☐ Customer Claim
   ☐ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☐ Other _____

   RECEIVED
   JUL 18 2006
   KURTZMAN CARSON

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)       (date)

2. Date debt was incurred: 1/1/04 TO 10/8/05

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 1,347,828.94 _____ _____ _____ 1,347,828.94
   (unsecured)  (secured)  (priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $ 1,347,828.94

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier- 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date: 6/29/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] DONALD A SUZZI, CFO
Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544640060207175247003393

# 4969

| UNITED STATES BANKRUPTCY COURT __Southern__ | DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|---|
| **Name of Debtor**<br>Delphi Automotive Systems LLC | **Case Number**<br>05-44640 | The Debtor has listed your claim as Unliquidated and Disputed on Schedule F as a General Unsecured claim in the amount of $44,673.23. If you believe that you have a claim against the Debtor, you are required to complete and return this form.<br><br>**Master Code: 10407675**<br>Claim #09469<br>USBC SDNY<br>Delphi Corporation, et al.<br>05-44481 (RDD)<br>THIS SPACE IS FOR COURT USE ONLY |
| NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. | | |
| **Name of Creditor** (The person or other entity to whom the debtor owes money or property):<br>D & R Technology Llc<br>**Name and address where notices should be sent:**<br>D & R Technology Llc<br>~~450 Windy Point Dr~~<br>~~Glendale Heights IL 60139~~ 400 FULLERTON<br>CAROL STREAM IL<br>60188<br>Telephone number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | |

**Account or other number by which creditor identifies debtor:**
RD 13038 6357

Check here ☐ replaces    a previously filed claim, dated:_____
if this claim ☐ amends

**1. Basis for Claim**
☒ Goods Sold / Services Performed      **RECEIVED**      ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Customer Claim                                                      ☐ Wages, salaries, and compensation (fill out below)
☐ Taxes                                          JUL 18 2006          Last four digits of SS #: ___
☐ Money Loaned                                                           Unpaid compensation for services performed
☐ Personal Injury                        KURTZMAN CARSON   from _____ to _____
☐ Other                                                                                      (date)         (date)

**2. Date debt was incurred:** 1/12/05 to 10/8/05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 40,936.77 _____ _____ #40,936.77
                                              (unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

b. ☒ y; Unsecured Nonpriority Claim: $ 40,936.77
÷ fi '

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

[Stamp: RECEIVED JUL 13 2006 CLAIMS PROCESSING CENTER USBC SDNY]

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 6/29/06 | [signature] DONALD A SUZZI / CFO |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544640060418151717017786

## Creditor Data for Claim Number 9469

| | |
|---|---|
| Creditor Name: D & R Technology Llc<br>Creditor Notice Name: | Date Claim Filed: 7/13/2006<br>Delphi Claim #: 9469<br>Court Claim #: 9469<br>Amend/Replace? No |
| Debtor Name: Delphi Automotive Systems LLC<br>Case Number: 05-44640 | |
| Claim Nature: General Unsecured<br>Amount of Claim: $40,936.77 | Creditor Info Altered? N<br>Objection Filed? N |
| Schedule: F<br>Schedule Amt: $44,673.23 | |

# Creditor Data for Claim Number 9470

| | |
|---|---|
| **Creditor Name:** D & R Technology Llc<br>**Creditor Notice Name:** | **Date Claim Filed:** 7/13/2006<br>**Delphi Claim #:** 9470<br>**Court Claim #:** 9470<br>**Amend/Replace?** No |
| **Debtor Name:** Delphi Automotive Systems LLC<br>**Case Number:** 05-44640 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** $1,347,828.94 | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:** F<br>**Schedule Amt:** $1,189,544.33 | |

ATTACHMENT
SCHEDULE F

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

## AMENDED AND RESTATED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1127630 - 10007781<br>CZYMBOR JOHN T<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1605242 - 10397372<br>D & B STEEL COMPANY<br>5221 WEST 164TH STREET<br>CLEVELAND   OH   44142 | ACCOUNTS PAYABLE | | $7,706.40 |
| 1605243 - 10397373<br>D & D DESIGN ALABAMA INC<br>920 TACOMA CT<br>CLIO  MI   48420 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $6,332.90 |
| 1605244 - 10397374<br>D & D DESIGN INC<br>500 S MILL ST STE 1<br>CLIO  MI   48420 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $4,980.00 |
| 1605246 - 10397375<br>D & D MACHINERY MOVERS INC<br>24200 GROESBECK HWY<br>WARREN  MI   48089 | ACCOUNTS PAYABLE | | $2,000.00 |
| 1605249 - 10403908<br>D & F CORPORATION<br>42455 MERRILL RD<br>STERLING HEIGHTS   MI   48314 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $0.00 |
| 1605250 - 10407673<br>D & G CONSULTING INC<br>3708 S MONARCH DR<br>BOUNTIFUL  UT   84010 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10397376 SCHEDULED<br>FOR $6,207.63 | | $1,598.56 |
| 1605256 - 10397377<br>D & L ENERGY INC<br>2761 SALT SPRING RD<br>YOUNGSTOWN   OH   44509 | ACCOUNTS PAYABLE | | $1,717.05 |
| 1605263 - 10397378<br>D & M REFRIGERATION INC<br>1340 WILLIAMS ST<br>BUFFALO  NY   14206 | ACCOUNTS PAYABLE | | $1,524.50 |
| 1605267 - 10407674<br>D & N LANDSCAPE MAINTENANCE LLC<br>PO BOX 8251<br>KENTWOOD  MI   495188251 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10397379 SCHEDULED<br>FOR $40,854.40 | | $58,197.90 |
| 1605273 - 10397381<br>D & R TECHNOLOGY LLC<br>450 WINDY POINT DR<br>GLENDALE HEIGHTS   IL   60139 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $1,189,544.33 |
| 1605272 - 10407675<br>D & R TECHNOLOGY LLC<br>450 WINDY POINT DR<br>GLENDALE HEIGHTS   IL   60139 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10397380 SCHEDULED<br>FOR $36,997.78 | Disputed,<br>Unliquidated | $44,673.23 |