**Hearing Date: March 1, 2007**
                                           **Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
    In re                                    :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                              :
                    Debtors.      :    (Jointly Administered)
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FOURTH CLAIMS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New
                                     York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                                       One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Omnibus Claims Objection Matters (3 Matters)

        1)    Third Omnibus Claims Objection Matters (2 Matters)

        2)    Fourth Omnibus Claims Objection Matter (1 Matter)

    C.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (5 Matters)

    D.    Contested Omnibus Claims Objection Matter (1 Matter)

**B.**    **Continued Or Adjourned Omnibus Claims Objection Matters**

    **1)**    **Third Omnibus Claims Objection Matters**

    1.    **"Claims Objection Hearing Regarding Claim Of Eva Orlik"** – Claims Objection Hearing Regarding Claim Of Eva Orlik As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

        *Responses Filed:*    *Response Of Eva Orlik to Debtors' Second And Third Omnibus Objection To Claims (Docket No. 5789)*

        *Supplemental Response Of Eva Orlik To Debtors' Third Omnibus Objection To Proof of Claim No. 12163 (Docket No. 6989)*

        *Replies Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

        *Debtors' Supplemental Reply With Respect To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 7008)*

2

|  |  |
|---|---|
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|  | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12389 (Eva Orlik) (Docket No. 6288)* |
|  | *Amended Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 6328)* |
|  | *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 12163 (Eva Orlik) Docket No. 6406* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12163 (Eva Orlik) (Docket No. 6801)* |
| *Status:* | This matter is being adjourned to the March 21, 2007 claims hearing. |

2. **"Claims Objection Hearing Regarding Claim Of Joseph Reno"** – Claims Objection Hearing Regarding Claim Of Joseph Reno As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Response Filed:* | *Claimant Joseph Reno's Response To Debtors' Objection To Claim #9956 (Docket No. 5920)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And* |

3

|  |  |
|---|---|
|  | *Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
|  | *Debtors' Supplemental Reply With Respect To Proof Of Claim No. 9956 (Joseph Reno) (Docket No. 7006)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|  | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 9956 (Joseph Reno) (Docket No. 6287)* |
|  | *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 9956 (Joseph Reno) (Docket No. 6414)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 9956 (Joseph Reno) (Docket No. 6800)* |
| *Status:* | *This matter is being adjourned to the March 21, 2007 claims hearing.* |

**2) Fourth Omnibus Claims Objection Matters**

3. **"Claims Objection Hearing Regarding Claim Of DBM Technologies, LLC"** – Claims Objection Hearing Regarding Claim Of DBM Technologies, LLC As Objected To On The Debtors' Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6099)

|  |  |
|---|---|
| *Responses Filed:* | DBM Technologies, LLC's Response To Debtors' Objection To Proof Of Claim 12387 (Docket No. 6436) |

4

|  |  |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6537)* |
| *Related Filing:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Duplicate And Amended Claims Identified In Fourth Omnibus Claims Objection (Docket No. 6683)* |
| *Status:* | *This matter is being adjourned to the March 21, 2007 claims hearing.* |

C.  **Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters**

4.  **"Claims Objection Hearing Regarding Claim Of Edith James"** – Claims Objection Hearing Regarding Claim Of Edith James As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Response Filed:* | *Response Of Claimant Edith C. James To Debtors' Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification (Docket No. 5655)* |
| *Replies Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)*<br><br>*Debtors' Supplemental Reply With Respect To Proof Of Claim Number 6255 (Edith James) (Docket No. 6799)* |

|  |  |
|---|---|
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|  | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 6255 (Edith James) (Docket No. 6291)* |
|  | *Debtors' Statement of Disputed Issues With Respect To Proof Of Claim Number 6255 (Edith James) (Docket No. 6407)* |
| *Status:* | *An agreement in principle has been reached and an agreed order is being prepared for submission to the Court.* |

5. **"Claims Objection Hearing Regarding Claim Of Freddie L. Johnson"** – Claims Objection Hearing Regarding Claim Of Freddie L. Johnson As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Response Filed:* | *Response of Claimant/Creditor Freddie L. Johnson To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) And Motion To Lift Stay (Docket No. 5821)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And* |

6

|  |  |
|---|---|
|  | *Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|  | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Debtors' Objection To Proof Of Claim No. 9440 (Freddie Johnson) (Docket No. 6298)* |
|  | *Debtors' Statement of Disputed Issues With Respect To Proof Of Claim Number 9440 (Freddie L. Johnson) (Docket No. 6413)* |
| *Status:* | *An agreement in principle has been reached and an agreed order is being prepared for submission to the Court.* |

6. **"Claims Objection Hearing Regarding Claim Of Terrence Evans"** – Claims Objection Hearing Regarding Claim Of Terrence Evans As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Response Filed:* | *Response of Claimant/Creditor Terrence Evans To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) And Motion To Lift Stay (Docket No. 5822)* |

7

    *Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)*

    *Related Filings:*    *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

    *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 9451 (Terrence Evans) (Docket No. 6297)*

    *Debtors' Statement of Disputed Issues With Respect To Proof Of Claim Number 9451 (Terrence Evans) (Docket No. 6411)*

    *Status:*    *An agreement in principle has been reached and an agreed order is being prepared for submission to the Court.*

7.    **"Claims Objection Hearing Regarding Claim Of Thomas Wimsatt/Donna Wilson"** – Claims Objection Hearing Regarding Claim Of Thomas Wimsatt/ Donna Wilson As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

    *Responses Filed:*    *Response In Opposition To Debtor's Third Omnibus Objection To Claim Of Donna L. Wilson [No. 12083] (Docket No. 5856)*

    *Supplemental Response Of Donna Wilson, Proof Of Claim Number 12083 (Docket No. 6666)*

8

|  |  |  |
|---|---|---|
| *Replies Filed:* | | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | | *Debtors' Supplemental Reply With Respect To Proof Of Claim No. 12083 (Donna Wilson) (Docket No. 6798)* |
| *Related Filings:* | | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12083 (Thomas Wimsatt/Donna Wilson) (Docket No. 6289)* |
| | | *Debtors' Statement of Disputed Issues With Respect To Proof Of Claim No. 12083 (Thomas Wimsatt/ Donna Wilson) (Docket No. 6410)* |
| *Status:* | | *An agreement in principle has been reached and an agreed order is being prepared for submission to the Court.* |

8.  **"Claims Objection Hearing Regarding Claim Of Harold Woodson"** – Claims Objection Hearing Regarding Claim Of Harold Woodson As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Claimant, Harold Woodson's, Brief In Opposition To Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5928)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 5119 (Harold Woodson) (Docket No. 6292)* |
| | *Debtors' Statement of Disputed Issues With Respect To Proof Of Claim Number 5119 (Harold Woodson) (Docket No. 6412)* |
| *Status:* | *An agreement in principle has been reached and an agreed order is being prepared for submission to the Court.* |

10

**D.** **Contested Omnibus Claims Objection Matters**

9. **"Claims Objection Hearing Regarding Claim Of LaborSource 2000, Inc."** – Claims Objection Hearing Regarding Claim Of LaborSource 2000, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

  *Response Filed:*   *LaborSource 2000, Inc.'s Response To Debtors' Third Omnibus Claims Objection To Its Claim No. 2707 (Docket No. 5981)*

  *Replies Filed:*   *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

    *Debtors' Supplemental Reply With Respect To Proof Of Claim No. 2707 (LaborSource 2000, Inc.) (Docket No. 6783)*

  *Related Filings:*   *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

    *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2707 (Docket No. 6130)*

    *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim No. 2707 (LaborSource 2000, Inc.) (Docket No. 6205)*

11

|  |  |
|---|---|
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 2707 (LaborSource 2000, Inc.) (Docket No. 6639)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

Dated: New York, New York
       February 28, 2007

          SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

      - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession