GREENBERG TRAURIG, LLP
Maria J. DiConza (MD-4619)
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Telecopier: (212) 801-6400

- and -

GREENBERG TRAURIG, LLP
Shari L. Heyen, Esq. (09564750 ) (*Pro Hac Admission Pending*)
1000 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 374-3500
Telecopier: (713) 374-3505

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.   05-44481 (RDD)** |
| **DELPHI CORPORATION, et al.,** | : | **(Jointly Administered)** |
| | : | **Chapter 11** |
| Debtors. | : | |

------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL FOR SAMTECH CORPORATION

Samtech Corporation ("Samtech") hereby gives notice of substitution of counsel, as

follows:

1.    Samtech has retained Greenberg Traurig, LLP to serve as counsel for all matters

in these bankruptcy cases. Samtech's former counsel of record is:

| | |
|---|---|
| Gary D. Santella | Walter J. Greenhalgh |
| Rein F. Krammer | Joseph H. Lemkin |
| Masuda, Funai, Eifert & | Duane Morris LLP |
| Mitchell, Ltd. | 744 Broad Street |
| 203 North LaSalle Street | Suite 1200 |
| Suite 2500 | Newark, New Jersey 07102 |
| Chicago, Illinois 60601 | (973) 424-2000 |
| (312) 245-7500 | |

2.    All parties should direct future contact, notices, e-filings, pleadings, discovery, motions, and correspondence to lead counsel at Greenberg Traurig, LLP, as follows:

Maria J. DiConza                    Shari L. Heyen
Greenberg Traurig, LLP              Greenberg Traurig, LLP
MetLife Building                    1000 Louisiana, Suite 1800
200 Park Avenue                     Houston, Texas 77002
New York, NY 10166                  Tel: (713) 374-3500
Tel: (212) 801-9200                 Fax: (713) 374-3505
Fax: (212) 801-6400                 heyens@gtlaw.com
diconzam@gtlaw.com

3.    Ms. Heyen has moved for admission *pro hac vice,* and her application is currently pending. (Docket No. 6688)

Dated: New York, New York
       February 28, 2007

                         GREENBERG TRAURIG, LLP

                         By: Maria J. DiConza
                         Maria J. DiConza (MD-4619)
                         MetLife Building
                         200 Park Avenue
                         New York, NY 10166
                         Telephone: (212) 801-9200
                         Telecopier: (212) 801-6400

                               - and

                         Shari L. Heyen
                         GREENBERG TRAURIG, LLP
                         1000 Louisiana, Suite 1800
                         Houston, Texas 77002
                         Telephone: (713) 374-3500
                         Telecopier: (713) 374-3505

                         **ATTORNEYS FOR SAMTECH
                         CORPORATION**

Agreed:

**MASUDA, FUNAI, EIFERT &
MITCHELL, LTD.**

Gary D. Santella
Rein F. Krammer
203 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
Telephone: (312) 245-7500

**DUANE MORRIS LLP**

Walter J. Greenhalgh
Joseph H. Lemkin
744 Broad Street
Suite 1200
Newark, New Jersey 07102
Telephone: (973) 424-2000