## CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of February, 2007, I filed a ***Notice of Substitution of Counsel for Samtech Corporation*** electronically with the United States Bankruptcy Court for the Southern District of New York, which will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.  The parties on the Service List below were served at the addresses set forth herein as indicated by **First Class U.S. Mail**.

                                           /s/ Maria J. DiConza
                                             Maria J. DiConza

### Service List

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Kenneth S. Ziman, Esq.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Robert S. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Alicia M. Leonhard, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Walter J. Greenhalgh, Esq.
Joseph H. Lemkin, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardel
450 Lexington Avenue
New York, NY  10017

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Gary D. Santella, Esq.
Rein F. Krammer, Esq.
Masuda, Funai, Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500
Chicago, IL  60601