# EXHIBIT B

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

February 26, 2007

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine's invoice for the month ending January 31, 2007 is enclosed with this letter. Also enclosed as part of the invoice is a detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635

mah  428010.8

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

February 26, 2007
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of January, 2007, Thompson Hine is entitled to receive the total sum of $21,759.80, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 01/01/07 – 01/31/08 | $20,832.75 | $ 5,093.60 | $25,926.35 | $16,666.20 | $ 5,093.60 | $21,759.80 | $ 4,166.55 |

Starting January 1, 2007, my standard billing rate will be $455 per hour and my preferred billing rate, which you will receive is $395 per hour, and rates for other individuals who may be involved in the matter range from $215 per hour to $160 per hour.  These billing rates are reviewed and revised from time to time to reflect changes in the level of experience and various economic factors.  However, we will continue to adhere to previously agreed-upon fees for routine patent matters as before.

Very truly yours,

Theodore D. Lienesch

# THOMPSON HINE

February 26, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 1/01/07 – 1/31/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $20,832.75 |
| Disbursements and Charges | $ 5,093.60 |
| Total Fees, Disbursements and Charges invoiced | $25,926.35 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $16,666.20 |
| Disbursements and Charges (100%) | $ 5,093.60 |
| ***Total Fees, Disbursements and Charges due*** | ***$21,759.80*** |

*    The holdback amount (20% of the professional fees billed for this period) of $4,166.55 will be due
upon Court approval of Thompson Hine's Fee Application.

February 26, 2007
Page 3

cc:    Scott McBain, Esq.

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

February 26, 2007

Delphi Technologies, Inc.                    Invoice No. 2201583
Legal Staff-M/C 480-410-202                  Our File No. 444859
P.O. Box 5052
Troy, MI 48007-5052

Federal I.D. No. 34-0575300

_For professional services rendered for your account through 01/31/07:_

| | | |
|---|---|---|
| Fees for Professional Services | $ | 20,832.75 |
| Disbursements and Charges | $ | 5,093.60 |
| Total Fees, Disbursements and Charges | $ | 25,926.35 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 25,926.35 |

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                     Phone 937.443.6600
                           Dayton, Ohio 45401-8801           Fax 937.443.6635

# THOMPSON HINE

Page 2                                                                                    February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

Professional services rendered for your account:

**DP-309805 Patent PERCOLATION BRAKE FORCE SENSOR**
    OUR FILE NO. 444859.00110

| | |
|---|---:|
| Fees for Services | 268.00 |
| TOTAL DUE FOR THIS MATTER | 268.00 |

**DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**
    OUR FILE NO. 444859.00148

| | |
|---|---:|
| Fees for Services | 1,206.00 |
| Disbursements and Charges | 306.10 |
| TOTAL DUE FOR THIS MATTER | 1,512.10 |

**DP-311939 PATENT:  MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM**
    OUR FILE NO. 444859.00154

| | |
|---|---:|
| Fees for Services | 80.00 |
| TOTAL DUE FOR THIS MATTER | 80.00 |

**DP-312209 PATENT: GROUND PATH ISOLATION ON CONTROLLED MONOTUBE STRUT**
    OUR FILE NO. 444859.00158

| | |
|---|---:|
| Fees for Services | 80.00 |
| TOTAL DUE FOR THIS MATTER | 80.00 |

**DP-312309 PATENT:  LOW COST STABILITY CONTROL SYSTEM WITH MECHANICAL
COMBINATION VALVES**
    OUR FILE NO. 444859.00161

| | |
|---|---:|
| Fees for Services | 80.00 |
| TOTAL DUE FOR THIS MATTER | 80.00 |

**DP-312734 PATENT:  MAGNERIDE WHEEL HOP CONTROL ALGORITHM**
    OUR FILE NO. 444859.00168

| | |
|---|---:|
| Fees for Services | 80.00 |
| TOTAL DUE FOR THIS MATTER | 80.00 |

**DP-313975 Patent: LOW FORCE LOSS VACUUM BOOSTER**
    OUR FILE NO. 444859.00198

| | |
|---|---:|
| Fees for Services | 483.75 |
| Disbursements and Charges | 2.50 |
| TOTAL DUE FOR THIS MATTER | 486.25 |

**Delphi Bankruptcy Matters**

# THOMPSON
# HINE

Page 3                                                                  February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

OUR FILE NO. 444859.00208

| | |
|---|---|
| Fees for Services | 355.50 |
| Disbursements and Charges | 29.35 |
| TOTAL DUE FOR THIS MATTER | 384.85 |

## DP-314566  Patent: IMPROVED CONTROLLED BRAKE HCU WITH SIX PISTON PUMP
OUR FILE NO. 444859.00214

| | |
|---|---|
| Fees for Services | 8,757.50 |
| Disbursements and Charges | 1,061.10 |
| TOTAL DUE FOR THIS MATTER | 9,818.60 |

## DP-314834:  Patent:  EHA/E-Cal Hybrid Brake System With Hydraulic Failsafe
OUR FILE NO. 444859.00219

| | |
|---|---|
| Disbursements and Charges | 600.00 |
| TOTAL DUE FOR THIS MATTER | 600.00 |

## DP-314588: Patent: EXTREME EMERGENCY BRAKING ARCHITECTURES FOR BRAKE-BY-WIRE SYSTEMS
OUR FILE NO. 444859.00226

| | |
|---|---|
| Fees for Services | 1,032.00 |
| TOTAL DUE FOR THIS MATTER | 1,032.00 |

## DP-315127: Patent: Method for Managing Recirculating Currents in Permanent Magnet Brushless Motor Control (Technical Center/Dayton)
OUR FILE NO. 444859.00230

| | |
|---|---|
| Fees for Services | 3,190.00 |
| TOTAL DUE FOR THIS MATTER | 3,190.00 |

## DP-315329: Patent: Variable Force Rate Booster via Controlled Displacement on Air Valve (Combining DP-315329, DP-315330, DP-315332 and DP-315404)
OUR FILE NO. 444859.00235

| | |
|---|---|
| Disbursements and Charges | 550.00 |
| TOTAL DUE FOR THIS MATTER | 550.00 |

## DP-314858: Patent: Coilless Strain Sensor and Electronic Circuit Designed to Measure Its Low Inductance
OUR FILE NO. 444859.00237

| | |
|---|---|
| Fees for Services | 4,407.50 |
| Disbursements and Charges | 10.15 |
| TOTAL DUE FOR THIS MATTER | 4,417.65 |

## DP-315657: Patent: No-Additional-Cost Method of Vacuum Booster Assist
OUR FILE NO. 444859.00241

| | |
|---|---|
| Fees for Services | 537.50 |
| TOTAL DUE FOR THIS MATTER | 537.50 |

# THOMPSON HINE

Page 4                                                                    February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**2006-001036 State of the Art Search: Compact DC Brake Motor Design**
OUR FILE NO. 444859.00247

| | |
|---|---:|
| Fees for Services | 275.00 |
| Disbursements and Charges | 2,520.00 |
| TOTAL DUE FOR THIS MATTER | 2,795.00 |

**DP-315813:  Patent:  Controller Single Wire Analog Sensor Input**
OUR FILE NO. 444859.00253

| | |
|---|---:|
| Disbursements and Charges | 14.40 |
| TOTAL DUE FOR THIS MATTER | 14.40 |

TOTAL DUE FOR THIS INVOICE                    $    25,926.35

# THOMPSON HINE

Page 5                                                                February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-309805 Patent PERCOLATION BRAKE FORCE SENSOR

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/17/07 | Review application and claims; telephone conference with Mr. McBain. | | |
| | Steven J. Elleman | 0.80 | 268.00 |
| | Fee for Professional Services | | $268.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 0.80 | 335.00 | 268.00 |

# THOMPSON HINE

Page 6                                                                    February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-311073 PATENT A NEW FAMILY OF
CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/05/07 | Continue drafting amendment and prepare correspondence. | | |
| | Steven J. Elleman | 0.30 | 100.50 |
| 01/08/07 | Telephone conference with Mr. Reuter and revise amendment. | | |
| | Steven J. Elleman | 0.80 | 268.00 |
| 01/23/07 | Continue drafting amendment. | | |
| | Steven J. Elleman | 1.00 | 335.00 |
| 01/24/07 | Continue to draft amendment and file with U.S. Patent and Trademark Office; prepare correspondence. | | |
| | Steven J. Elleman | 1.50 | 502.50 |
| | Fee for Professional Services | | $1,206.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 3.60 | 335.00 | 1,206.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for Amendment with excess claims | 300.00 |
| Photocopy | 6.10 |
| Total Disbursements and Charges | 306.10 |

# THOMPSON HINE

Page 7
Our File No. 444859
Delphi Technologies, Inc.

February 26, 2007

## DP-311939 PATENT:  MAGNETORHEOLOGICAL
POWERTRAIN MOUNT SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/17/07 | DP-311939 - Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 8                                                                February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.


## DP-312209 PATENT: GROUND PATH ISOLATION ON
## CONTROLLED MONOTUBE STRUT


### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/23/07 | DP-312209 - Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 9                                                                    February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-312309 PATENT:  LOW COST STABILITY
CONTROL SYSTEM WITH MECHANICAL
COMBINATION VALVES**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/30/07 | DP-312309 - Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 10                                                                      February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-312734 PATENT:  MAGNERIDE WHEEL HOP CONTROL ALGORITHM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/17/07 | DP-312734 - Review and docket Office action. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $80.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |

# THOMPSON HINE

Page 11                                                                                          February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-313975 Patent: LOW FORCE LOSS VACUUM
BOOSTER**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/03/07 | Telephone conference with Examiner Leslie; draft revised claims. | | |
| | Victor J. Wasylyna | 1.75 | 376.25 |
| 01/09/07 | Telephone conference with Examiner Leslie; report claim amendments. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| | Fee for Professional Services | | $483.75 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 2.25 | 215.00 | 483.75 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 2.50 |
| Total Disbursements and Charges | 2.50 |

# THOMPSON HINE

Page 12                                          February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.


**Delphi Bankruptcy Matters**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/25/07 | Correspondence regarding Fee Committee Report. | | |
| | Theodore D. Lienesch | 0.80 | 316.00 |
| 01/31/07 | Correspondence regarding November fee statement. | | |
| | Theodore D. Lienesch | 0.10 | 39.50 |
| | Fee for Professional Services | | $355.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Theodore D. Lienesch | 0.90 | 395.00 | 355.50 |


### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Fedex charge by Sandi Collins, DAY TO: Skadden Arps Slate Meagher & F ATTN: John Wm. Butler Jr. Esq. | 18.35 | |
| Photocopy | 11.00 | |
| Total Disbursements and Charges | | 29.35 |

# THOMPSON HINE

Page 13                                                                February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

---

**DP-314566  Patent: IMPROVED CONTROLLED BRAKE
HCU WITH SIX PISTON PUMP**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/04/07 | Review application specification and drawings; revise application specification. | | |
| | David R. Jaglowski | 8.20 | 1,722.00 |
| 01/08/07 | Revise application specification and drawings; teleconference with Mr. Reuter regarding solid model drawings for draftsman. | | |
| | David R. Jaglowski | 8.40 | 1,764.00 |
| 01/09/07 | Revise application specification and drawings; teleconference with Mr. Reuter regarding description of boxer-6 pumping cycle. | | |
| | David R. Jaglowski | 7.80 | 1,638.00 |
| 01/10/07 | Revise application specification and claims; prepare semi-formal drawings and instructions for draftsman; teleconference with draftsman regarding cut-away views. | | |
| | David R. Jaglowski | 7.90 | 1,659.00 |
| 01/12/07 | Teleconference with Mr. Reuter regarding non-provisional specification and claims; revise specification; review and correct formal drawings. | | |
| | David R. Jaglowski | 8.70 | 1,827.00 |
| 01/17/07 | Prepare and process transmittal to the USPTO to record the Assignment of U.S. Patent Application No. 11/623,077. | | |
| | Julie Waggoner | 0.50 | 67.50 |
| 01/24/07 | DP-314566 - Review of recorded Assignment and reporting to client. | | |
| | Collette S. Kennedy | 0.50 | 80.00 |
| | Fee for Professional Services | | $8,757.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 41.00 | 210.00 | 8,610.00 |
| Collette S. Kennedy | 0.50 | 160.00 | 80.00 |
| Julie Waggoner | 0.50 | 135.00 | 67.50 |

# THOMPSON HINE

Page 14                                                          February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

### Disbursements and Charges

| Description | Amount |
|---|---|
| Filing Fees - Payee: U.S. Patent & Trademark Office - Recordation of Assignment, USSN 11/623,077 | 40.00 |
| Filing Fees - Payee: U.S. Patent and Trademark Office - Non-provisional filing fee for provisional | 1,000.00 |
| Photocopy | 21.10 |
| Total Disbursements and Charges | 1,061.10 |

# THOMPSON HINE

Page 15                                                                    February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-314834:  Patent:  EHA/E-Cal Hybrid Brake System
With Hydraulic Failsafe**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Certified Document - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent drawings | 600.00 |
| Total Disbursements and Charges | 600.00 |

# THOMPSON HINE

Page 16
Our File No. 444859
Delphi Technologies, Inc.

February 26, 2007

**DP-314588: Patent: EXTREME EMERGENCY BRAKING
ARCHITECTURES FOR BRAKE-BY-WIRE SYSTEMS**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/17/07 | Revise application; telephone conference with Mr. Disser. | | |
| | Victor J. Wasylyna | 4.00 | 860.00 |
| 01/23/07 | Telephone conference with Mr. Disser; revise application. | | |
| | Victor J. Wasylyna | 0.80 | 172.00 |
| | Fee for Professional Services | | $1,032.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.80 | 215.00 | 1,032.00 |

# THOMPSON HINE

Page 17                                                                February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315127: Patent: Method for Managing Recirculating Currents in Permanent Magnet Brushless Motor Control (Technical Center/Dayton)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/05/07 | DP-315127; Left phone messages with inventors and sent email requesting status of inventor review of revised draft patent application. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| 01/08/07 | DP-315127; Telephone discussion with co-inventor Curtis Cyran concerning claims 1 and 11 sent 1/5/2007. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 01/29/07 | DP-315127; Drafted new set of 20 claims based on inventors' new 12 page written description of invention and 2 new figures. | | |
| | Douglas E. Erickson | 2.00 | 550.00 |
| 01/31/07 | DP-315127; Preparation for meeting with 2 inventors at Delphi; meeting with inventors at Delphi; revising patent application. | | |
| | Douglas E. Erickson | 8.80 | 2,420.00 |
| | Fee for Professional Services | | $3,190.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 11.60 | 275.00 | 3,190.00 |

# THOMPSON HINE

Page 18                                                                February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315329: Patent: Variable Force Rate Booster via
Controlled Displacement on Air Valve (Combining DP-
315329, DP-315330, DP-315332 and DP-315404)**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Certified Document - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent drawings | 550.00 |
| Total Disbursements and Charges | 550.00 |

# THOMPSON HINE

Page 19                                                         February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-314858: Patent: Coilless Strain Sensor and Electronic
Circuit Designed to Measure Its Low Inductance**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/17/07 | Telephone conference with Mr. Lequesne; review record of invention. | | |
| | Victor J. Wasylyna | 3.50 | 752.50 |
| 01/18/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 6.00 | 1,290.00 |
| 01/19/07 | Draft application. | | |
| | Victor J. Wasylyna | 7.50 | 1,612.50 |
| 01/25/07 | Revise application. | | |
| | Victor J. Wasylyna | 2.50 | 537.50 |
| 01/26/07 | Revise application; review and revise formal drawings. | | |
| | Victor J. Wasylyna | 1.00 | 215.00 |
| | Fee for Professional Services | | $4,407.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 20.50 | 215.00 | 4,407.50 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Telephone | 10.15 | |
| Total Disbursements and Charges | | 10.15 |

# THOMPSON HINE

Page 20                                                     February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315657: Patent: No-Additional-Cost Method of Vacuum
Booster Assist**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/22/07 | Review record of invention; draft patent application. | | |
| | Victor J. Wasylyna | 2.50 | 537.50 |
| | Fee for Professional Services | | $537.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 2.50 | 215.00 | 537.50 |

# THOMPSON HINE

Page 21
Our File No. 444859
Delphi Technologies, Inc.

February 26, 2007

**2006-001036 State of the Art Search: Compact DC Brake Motor Design**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/16/07 | 2006-001036; State-of-the-Art search. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $275.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 1.00 | 275.00 | 275.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Anticipated Voucher Cost - Payee: Thomson Search Services, Invoice No. 2002-05426 - Services regarding conducting a novelty search regarding "Motor Bearings Search" | 504.00 |
| Anticipated Voucher Cost - Payee: Thomson Search Services, Invoice No. 2002-05427 - Services regarding conducting a novelty search regarding "Cantilevered Armature Search" | 504.00 |
| Anticipated Voucher Cost - Payee: Thomson Search Services, Invoice No. 2002-05428 - Services regarding conducting a novelty search regarding "Commutator And Brushes Search" | 504.00 |
| Anticipated Voucher Cost - Payee: Thomson Search Services, Invoice No. 2002-05429 - Services regarding conducting a novelty search regarding "Brush Holder Search" | 504.00 |
| Anticipated Voucher Cost - Payee: Thomson Search Services, Invoice No. 2002-05430 - Services regarding conducting a novelty search regarding "Lamination Stack Search" | 504.00 |
| Total Disbursements and Charges | 2,520.00 |

# THOMPSON HINE

Page 22                                                                February 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315813:  Patent:  Controller Single Wire Analog Sensor Input**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| | Fee for Professional Services | | $0.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Postage Expenses | 14.40 |
| Total Disbursements and Charges | 14.40 |