# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

January 26, 2007

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention:  David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention:  Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention:  John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention:  Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention:  John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention:  Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention:  Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention:  Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:  Thompson Hine LLP Invoices / Delphi Technologies, Inc.


Dear Sir/Madam:

Thompson Hine's invoice for the month ending December 31, 2006 is enclosed with this letter.  Also enclosed as
part of the invoice is a detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com  Phone 937.443.6958  Fax 937.443.6635        mah  428010.7

THOMPSON HINE LLP         2000 Courthouse Plaza, N.E.    www.ThompsonHine.com
ATTORNEYS AT LAW          P.O. Box 8801                  Phone  937.443.6600
                          Dayton, Ohio 45401-8801        Fax  937.443.6635

# THOMPSON HINE

January 26, 2007
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of December, 2006, Thompson Hine is entitled to receive the total sum of $23,835.73, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 12/01/06 – 12/31/06 | $27,989.50 | $ 1,444.13 | $29,433.63 | $22,391.60 | $ 1,444.13 | $23,835.73 | $ 5,597.90 |

Very truly yours,

Theodore D. Lienesch

THOMPSON
HINE

January 26, 2007
Page 3

cc:      Scott McBain, Esq.

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

January 26, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

### Summary of professional services rendered by Thompson Hine LLP
### for the period 12/01/06 – 12/31/06 (invoice detail attached)

| | |
|---|---|
| Fees for Professional Services | $27,989.50 |
| Disbursements and Charges | $ 1,444.13 |
| Total Fees, Disbursements and Charges invoiced | $29,433.63 |

#### Amount due upon receipt of attached invoice (per Retention order)

| | |
|---|---|
| Fees for Professional Services (80%) | $22,391.60 |
| Disbursements and Charges (100%) | $ 1,444.13 |
| **Total Fees, Disbursements and Charges due** | **$23,835.73** |

\*    The holdback amount (20% of the professional fees billed for this period) of $5,597.90 will be due upon Court approval of Thompson Hine's Fee Application.

---

Ted.Lienesch@ThompsonHine.com    Phone 937.443.6958    Fax 937.443.6635                                    mah  443078.4

THOMPSON HINE LLP              2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW               P.O. Box 8801                      Phone  937.443.6600
                               Dayton, Ohio 45401-8801            Fax  937.443.6635

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK

BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

January 26, 2007

Delphi Technologies, Inc.                         Invoice No. 2196846
Legal Staff-M/C 480-410-202                       Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 27,989.50 |
| Disbursements and Charges | $ | 1,444.13 |
| Total Fees, Disbursements and Charges | $ | 29,433.63 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 29,433.63 |

---

# THOMPSON HINE

Page 2                                                                                      January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

Professional services rendered for your account:

**DP-310728 Patent TRUCK CAB SUSPENSION CONTROL**
OUR FILE NO. 444859.00122

| | |
|---|---:|
| Fees for Services | 1,017.50 |
| Disbursements and Charges | 4.40 |
| TOTAL DUE FOR THIS MATTER | 1,021.90 |

**DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)**
OUR FILE NO. 444859.00148

| | |
|---|---:|
| Fees for Services | 1,984.50 |
| TOTAL DUE FOR THIS MATTER | 1,984.50 |

**DP-311926 PATENT:  LOW COST MASTER CYLINDER HOUSING DESIGN CONCEPTS**
OUR FILE NO. 444859.00153

| | |
|---|---:|
| Fees for Services | 92.50 |
| TOTAL DUE FOR THIS MATTER | 92.50 |

**DP-308295 PATENT:  VIBRATION FORCE SWITCH**
OUR FILE NO. 444859.00169

| | |
|---|---:|
| Fees for Services | 165.00 |
| TOTAL DUE FOR THIS MATTER | 165.00 |

**DP-312363 DRW WELDING PROCESS AND APPARATUS FOR HEAT EXCHANGER APPLICATION**
OUR FILE NO. 444859.00194

| | |
|---|---:|
| Fees for Services | 1,430.00 |
| Disbursements and Charges | 3.80 |
| TOTAL DUE FOR THIS MATTER | 1,433.80 |

**DP-312365 ELECTRODES FOR THE DRW PROCESS**
OUR FILE NO. 444859.00195

| | |
|---|---:|
| Fees for Services | 1,742.00 |
| Disbursements and Charges | 4.20 |
| TOTAL DUE FOR THIS MATTER | 1,746.20 |

**DP-313975 Patent: LOW FORCE LOSS VACUUM BOOSTER**
OUR FILE NO. 444859.00198

| | |
|---|---:|
| Fees for Services | 1,110.00 |
| Disbursements and Charges | 10.80 |
| TOTAL DUE FOR THIS MATTER | 1,120.80 |

THOMPSON
HINE

Page 3                                                                                January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**Delphi Bankruptcy Matters**
    OUR FILE NO. 444859.00208

| | | |
|---|---|---|
| Disbursements and Charges | (30.47) |
| TOTAL DUE FOR THIS MATTER | (30.47) |

**DP-314566  Patent: IMPROVED CONTROLLED BRAKE HCU WITH SIX PISTON PUMP**
    OUR FILE NO. 444859.00214

| | |
|---|---|
| Fees for Services | 2,960.00 |
| TOTAL DUE FOR THIS MATTER | 2,960.00 |

**DP-314842:  Patent:  MR Body Control Noise Reduction**
    OUR FILE NO. 444859.00217

| | |
|---|---|
| Disbursements and Charges | 75.00 |
| TOTAL DUE FOR THIS MATTER | 75.00 |

**DP-314834:  Patent:  EHA/E-Cal Hybrid Brake System With Hydraulic Failsafe**
    OUR FILE NO. 444859.00219

| | |
|---|---|
| Fees for Services | 1,258.00 |
| TOTAL DUE FOR THIS MATTER | 1,258.00 |

**DP-315128: Patent: Low-Cost Method of Vehicle Pre-Crash Detection (Energy and Chassis)**
    OUR FILE NO. 444859.00231

| | |
|---|---|
| Disbursements and Charges | 100.00 |
| TOTAL DUE FOR THIS MATTER | 100.00 |

**DP-315317: Patent: Reduced Drag Split-Piston Active Accumulator**
    OUR FILE NO. 444859.00233

| | |
|---|---|
| Fees for Services | 260.00 |
| TOTAL DUE FOR THIS MATTER | 260.00 |

**DP-315320: Patent: Tandem Fixed Seal Master Cylinder with Single Piston Construction**
    OUR FILE NO. 444859.00234

| | |
|---|---|
| Fees for Services | 260.00 |
| Disbursements and Charges | 175.00 |
| TOTAL DUE FOR THIS MATTER | 435.00 |

**DP-315329: Patent: Variable Force Rate Booster via Controlled Displacement on Air Valve
(Combining DP-315329, DP-315330, DP-315332 and DP-315404)**
    OUR FILE NO. 444859.00235

| | |
|---|---|
| Fees for Services | 1,535.50 |
| TOTAL DUE FOR THIS MATTER | 1,535.50 |

**DP-315451: Patent: Dual Resolution Wheel Speed Sensor**
    OUR FILE NO. 444859.00236

# THOMPSON HINE

January 26, 2007

| | |
|---|---|
| Fees for Services | 676.00 |
| Disbursements and Charges | 275.00 |
| TOTAL DUE FOR THIS MATTER | 951.00 |

**DP-315429: Patent: Algorithm for Estimation of Master Cylinder Pressure from Pedal Travel**
OUR FILE NO. 444859.00238

| | |
|---|---|
| Fees for Services | 130.00 |
| Disbursements and Charges | 135.00 |
| TOTAL DUE FOR THIS MATTER | 265.00 |

**DP-315775: Patent: Piston to Seal Configuration for Minimum Length of a Fixed Seal Master Cylinder**
OUR FILE NO. 444859.00239

| | |
|---|---|
| Fees for Services | 943.50 |
| Disbursements and Charges | 200.00 |
| TOTAL DUE FOR THIS MATTER | 1,143.50 |

**DP-315651 combined with DP-315652: Patent: Using Lateral Forces From Estimation of Tire Lateral Forces and Vehicle Parameters Tire Sensors/Using Vertical Forces from...**
OUR FILE NO. 444859.00242

| | |
|---|---|
| Fees for Services | 2,590.00 |
| TOTAL DUE FOR THIS MATTER | 2,590.00 |

**DP-315541: Patent: ESC Feed Forward Control**
OUR FILE NO. 444859.00243

| | |
|---|---|
| Fees for Services | 468.00 |
| Disbursements and Charges | 280.00 |
| TOTAL DUE FOR THIS MATTER | 748.00 |

**DP-315793: Patent:  Single Channel Hydraulic Control Unit**
OUR FILE NO. 444859.00245

| | |
|---|---|
| Fees for Services | 2,534.50 |
| TOTAL DUE FOR THIS MATTER | 2,534.50 |

**2006-001036 State of the Art Search: Compact DC Brake Motor Design**
OUR FILE NO. 444859.00247

| | |
|---|---|
| Fees for Services | 2,028.00 |
| TOTAL DUE FOR THIS MATTER | 2,028.00 |

**DP-315813:  Patent:  Controller Single Wire Analog Sensor Input**
OUR FILE NO. 444859.00253

| | |
|---|---|
| Fees for Services | 2,960.00 |
| Disbursements and Charges | 211.40 |
| TOTAL DUE FOR THIS MATTER | 3,171.40 |

# THOMPSON HINE

Page 5                                                             January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**Hutz, James, et al. v. Stephanie Gray, et al.**
    OUR FILE NO. 490004.03164

|                                      |           |
|--------------------------------------|-----------|
| Fees for Services                    | 1,844.50  |
| TOTAL DUE FOR THIS MATTER            | 1,844.50  |
|                                      |           |
| TOTAL DUE FOR THIS INVOICE        $  | 29,433.63 |

# THOMPSON HINE

Page 6                                                                                    January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-310728 Patent TRUCK CAB SUSPENSION
CONTROL**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/18/06 | Review Office action and cited art; draft response to Office action. | | |
| | Victor J. Wasylyna | 5.50 | 1,017.50 |
| | Fee for Professional Services | | $1,017.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 5.50 | 185.00 | 1,017.50 |

## Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 4.40 | |
| | Total Disbursements and Charges | | 4.40 |

# Thompson Hine

January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.


**DP-311073 PATENT A NEW FAMILY OF
CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**

<hr>

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/08/06 | Review Office action and outline response; prepare correspondence. | | |
| | Steven J. Elleman | 2.50 | 787.50 |
| 12/19/06 | Continue drafting amendment. | | |
| | Steven J. Elleman | 1.50 | 472.50 |
| 12/28/06 | Continue drafting amendment. | | |
| | Steven J. Elleman | 2.30 | 724.50 |
| | Fee for Professional Services | | $1,984.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 6.30 | 315.00 | 1,984.50 |

# THOMPSON HINE

Page 8                                                                                    January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-311926 PATENT:  LOW COST MASTER CYLINDER
HOUSING DESIGN CONCEPTS**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/21/06 | Review pending claims; telephone conference with examiner. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $92.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 185.00 | 92.50 |

# THOMPSON HINE

Page 9                                                                    January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-308295 PATENT:  VIBRATION FORCE SWITCH

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/14/06 | Review and docket Advisory Action. | | |
| | Collette S. Kennedy | 0.50 | 72.50 |
| 12/14/06 | Review Advisory Action. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $165.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 185.00 | 92.50 |
| Collette S. Kennedy | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

Page 10
Our File No. 444859
Delphi Technologies, Inc.

January 26, 2007

## DP-312363 DRW WELDING PROCESS AND APPARATUS FOR HEAT EXCHANGER APPLICATION

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/20/06 | Draft Amendment. | | |
| | Douglas E. Erickson | 3.75 | 975.00 |
| 12/21/06 | Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.75 | 455.00 |
| | Fee for Professional Services | | $1,430.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 5.50 | 260.00 | 1,430.00 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|---|
| | Photocopy | 3.80 | |
| | Total Disbursements and Charges | | 3.80 |

# THOMPSON HINE

Page 11                                                          January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-312365 ELECTRODES FOR THE DRW PROCESS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/21/06 | Draft Amendment. | | |
| | Douglas E. Erickson | 5.70 | 1,482.00 |
| 12/22/06 | Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| | Fee for Professional Services | | $1,742.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 6.70 | 260.00 | 1,742.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 4.20 |
| | Total Disbursements and Charges | 4.20 |

# THOMPSON HINE

Page 12
Our File No. 444859
Delphi Technologies, Inc.

January 26, 2007

**DP-313975 Patent: LOW FORCE LOSS VACUUM BOOSTER**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/06/06 | Review Office action and cited art; draft response to Office action. | | |
| | Victor J. Wasylyna | 6.00 | 1,110.00 |
| | Fee for Professional Services | | $1,110.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 6.00 | 185.00 | 1,110.00 |

## Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 10.80 | |
| | Total Disbursements and Charges | | 10.80 |

# THOMPSON HINE

Page 13                                                                January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**Delphi Bankruptcy Matters**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| | Fee for Professional Services | | $0.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 11/28/06 | Fedex charge by Mary Hicks, DAY TO: Thompson Hine LLP ATTN: Benjamin Feder Esq. | 23.94 |
| 11/30/06 | Fedex charge by Sandi Collins, DAY TO: The Office of the United State ATTN: Alicia M. Leonhard Esq. | 21.61 |
| 11/30/06 | Fedex charge by Sandi Collins, DAY TO: Latham & Watkins LLP ATTN: Robert J. Rosenberg Esq | 21.61 |
| 11/30/06 | Fedex charge by Sandi Collins, DAY TO: Davis Polk & Wardwell ATTN: Marlane Melican Esq. | 21.61 |
| 11/30/06 | Fedex charge by Sandi Collins, DAY TO: Simpson thacher & Bartlett LLP ATTN: Marissa Wesley Esq. | 21.61 |
| 11/30/06 | Fedex charge by Sandi Collins, DAY TO: Legal Cost Control Inc. ATTN: Joe Sykes Fee Committee | 21.61 |
| 11/30/06 | Fedex charge by Sandi Collins, DAY TO: GE Plastics Americas ATTN: Valeria Venable Fee Comm. Memb | 21.61 |
| 11/30/06 | Fedex charge by Sandi Collins, DAY TO: Delphi Corporation Fee Comm. M ATTN: John D. Sheehan | 17.37 |
| 11/30/06 | Fedex charge by Sandi Collins, DAY TO: Delphi Corporation ATTN: David M. Sherbin Esq. | 17.37 |
| 12/28/06 | Overpayment of 50% holdback for period 6/1/06 through 9/30/06 | (225.01) |
| | Photocopy | 6.20 |

Total Disbursements and Charges                                        (30.47)

# THOMPSON
# HINE

January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-314566  Patent: IMPROVED CONTROLLED BRAKE
HCU WITH SIX PISTON PUMP**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/05/06 | Prepare application. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 12/06/06 | Prepare application. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 12/08/06 | Prepare application. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 12/11/06 | Prepare application. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 12/12/06 | Prepare application. | | |
| | Kenneth Lilly | 2.00 | 370.00 |
| 12/13/06 | Prepare application. | | |
| | Kenneth Lilly | 5.00 | 925.00 |
| 12/14/06 | Finish application. | | |
| | Kenneth Lilly | 5.00 | 925.00 |
| | Fee for Professional Services | | $2,960.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Kenneth Lilly | 16.00 | 185.00 | 2,960.00 |

# THOMPSON HINE

Page 15                                                                    January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-314842:  Patent:  MR Body Control Noise Reduction**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |       | $0.00 |

## Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/06 | Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent drawings | 75.00 |
|          | Total Disbursements and Charges | 75.00 |

# THOMPSON HINE

Our File No. 444859
Delphi Technologies, Inc.

January 26, 2007

**DP-314834: Patent: EHA/E-Cal Hybrid Brake System
With Hydraulic Failsafe**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/13/06 | Review provisional application; draft non-provisional application. | | |
| | Victor J. Wasylyna | 1.00 | 185.00 |
| 12/14/06 | Draft non-provisional application. | | |
| | Victor J. Wasylyna | 5.00 | 925.00 |
| 12/19/06 | Revise application. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| | Fee for Professional Services | | $1,258.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 6.80 | 185.00 | 1,258.00 |

# THOMPSON HINE

Page 17                                                                    January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315128: Patent: Low-Cost Method of Vehicle Pre-Crash
Detection (Energy and Chassis)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/06 | Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings | 100.00 |
|  | Total Disbursements and Charges | 100.00 |

# THOMPSON HINE

Page 18                                                                                    January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315317: Patent: Reduced Drag Split-Piston Active
Accumulator**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/20/06 | Review formal drawings from Delphi draftsman Rob Farmer; request correction to formal drawings. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 12/21/06 | Review revised formal drawings; emailed formal drawings to Delphi's Scott McBain; drawing project completed. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $260.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 1.00 | 260.00 | 260.00 |

## THOMPSON
## HINE

Page 19                                                                     January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315320: Patent: Tandem Fixed Seal Master Cylinder
with Single Piston Construction**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/01/06 | Review formal drawings; request corrections to formal drawings; emailed inventor who requested status of patent application; receive revised formal drawings; review revised formal drawings; formal drawings emailed to Delphi. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| | Fee for Professional Services | | $260.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 1.00 | 260.00 | 260.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/19/06 | Cost incurred - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting A4 size patent drawings | 175.00 |
| | Total Disbursements and Charges | 175.00 |

# THOMPSON HINE

Page 20                                                        January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315329: Patent: Variable Force Rate Booster via
Controlled Displacement on Air Valve (Combining DP-
315329, DP-315330, DP-315332 and DP-315404)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/12/06 | Draft application. | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| 12/13/06 | Draft application. | | |
| | Victor J. Wasylyna | 6.00 | 1,110.00 |
| 12/14/06 | Revise application. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| | Fee for Professional Services | | $1,535.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 8.30 | 185.00 | 1,535.50 |

# THOMPSON HINE

Page 21                                                                January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315451: Patent: Dual Resolution Wheel Speed Sensor**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/05/06 | Review patent application to add 2 new figures and description for additional embodiments recently disclosed by inventor Alan Green. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 12/06/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| 12/14/06 | Review formal drawings; request drawing corrections; prepare patent application; final patent application and formal drawings emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.30 | 338.00 |
| | Fee for Professional Services | | $676.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 2.60 | 260.00 | 676.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/06 | Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings | 275.00 |
| | Total Disbursements and Charges | 275.00 |

# THOMPSON HINE

Page 22                                                                    January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-315429: Patent: Algorithm for Estimation of Master Cylinder Pressure from Pedal Travel

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/01/06 | Review formal drawings; formal drawings emailed to Delphi. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $130.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.50 | 260.00 | 130.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/19/06 | Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting A4 size patent drawings | 135.00 |
| | Total Disbursements and Charges | 135.00 |

# THOMPSON HINE

Page 23                                                                 January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315775: Patent: Piston to Seal Configuration for
Minimum Length of a Fixed Seal Master Cylinder**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/14/06 | Draft non-provisional application. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| 12/15/06 | Draft non-provisional application. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| 12/20/06 | Review/revise formal drawings. | | |
| | Victor J. Wasylyna | 0.30 | 55.50 |
| | Fee for Professional Services | | $943.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 5.10 | 185.00 | 943.50 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|---|
| 12/28/06 | Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting A4 size formal patent drawings | 200.00 | |
| | Total Disbursements and Charges | | 200.00 |

# THOMPSON HINE

Page 24
Our File No. 444859
Delphi Technologies, Inc.

January 26, 2007

**DP-315651 combined with DP-315652: Patent: Using Lateral Forces From Estimation of Tire Lateral Forces and Vehicle Parameters Tire Sensors/Using Vertical Forces from...**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/06/06 | Draft patent specification. | | |
| | David R. Jaglowski | 7.20 | 1,332.00 |
| 12/08/06 | Draft patent specification. | | |
| | David R. Jaglowski | 6.80 | 1,258.00 |
| | Fee for Professional Services | | $2,590.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 14.00 | 185.00 | 2,590.00 |

# THOMPSON
## HINE

Page 25                                                                                      January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.


**DP-315541: Patent: ESC Feed Forward Control**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/04/06 | Review formal drawings; telephone discussion with draftsman; emailed request for drawing corrections to draftsman. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 12/05/06 | Prepare patent application; final patent application emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.30 | 338.00 |
| | Fee for Professional Services | | $468.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 1.80 | 260.00 | 468.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/19/06 | Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting A4 size formal patent drawings | 280.00 |
| | Total Disbursements and Charges | 280.00 |

# THOMPSON HINE

Page 26
Our File No. 444859
Delphi Technologies, Inc.

January 26, 2007

**DP-315793: Patent:  Single Channel Hydraulic Control Unit**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/28/06 | Draft specification and preliminary figures. | | |
| | David R. Jaglowski | 6.50 | 1,202.50 |
| 12/29/06 | Draft specification and claims. | | |
| | David R. Jaglowski | 7.20 | 1,332.00 |
| | Fee for Professional Services | | $2,534.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 13.70 | 185.00 | 2,534.50 |

# THOMPSON HINE

Page 27                                                            January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**2006-001036 State of the Art Search: Compact DC Brake
Motor Design**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/06/06 | Review materials provided by Delphi including short descriptions (no drawings) of 65+ patents and including the invention disclosure for DP-315645; obtained and analyzed one of the 65+ patents. | | |
| | Douglas E. Erickson | 3.00 | 780.00 |
| 12/07/06 | PTO search of "cantilevered" feature of DP-315645; obtain and analyze one of the patents found from the PTO search. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 12/11/06 | Telephone conference with inventor; drafting US and EPO search letters for 5 different searches; emailed US search letter; emailed request for cost estimate for EPO search. | | |
| | Douglas E. Erickson | 3.80 | 988.00 |
| | Fee for Professional Services | | $2,028.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.80 | 260.00 | 2,028.00 |

THOMPSON
HINE

Page 28                                                                 January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315813:  Patent:  Controller Single Wire Analog Sensor
Input**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/20/06 | Draft provisional application. | | |
| | Victor J. Wasylyna | 6.00 | 1,110.00 |
| 12/21/06 | Draft provisional patent application. | | |
| | Victor J. Wasylyna | 6.00 | 1,110.00 |
| 12/22/06 | Telephone conference with Mr. Disser; revise and file application with USPTO. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| | Fee for Professional Services | | $2,960.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 16.00 | 185.00 | 2,960.00 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| 12/29/06 | Payee: U.S. Patent and Trademark Office - Filing fee for provisional patent application | 200.00 | |
| | Photocopy | 11.40 | |
| | Total Disbursements and Charges | | 211.40 |

THOMPSON
HINE

Page 29                                                            January 26, 2007
Our File No. 444859
Delphi Technologies, Inc.


**Hutz, James, et al. v. Stephanie Gray, et al.**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/09/06 | Teleconference with P. Tottis regarding background on Hutz lawsuit. | | |
| | Scott A. King | 0.30 | 91.50 |
| 10/10/06 | Review documents from Delphi; teleconference with P.Tottis/additional information needed to respond to counsel. | | |
| | Scott A. King | 0.40 | 122.00 |
| 10/11/06 | Review proof of claim filed by Hutz. | | |
| | Scott A. King | 0.10 | 30.50 |
| 10/24/06 | Review declarations page; teleconferences with P. Tottis and risk management department regarding background on insurance coverage, fronting policies, Hutz case and potential liability theories and strategies | | |
| | Scott A. King | 0.80 | 244.00 |
| 10/25/06 | Correspondence with P. Tottis regarding contracts with attorney for Progressive and potential responses. | | |
| | Scott A. King | 0.10 | 30.50 |
| 10/26/06 | Correspondence with P. Tottis regarding contacts with counsel for Progressive Insurance in connection with proposed mediation. | | |
| | Scott A. King | 0.10 | 30.50 |
| 10/27/06 | Correspondence with P. Tottis regarding additional contacts with Progressive Insurance counsel and scheduling meeting with Mr. Papelian. | | |
| | Scott A. King | 0.10 | 30.50 |
| 10/30/06 | Review file; teleconference with J. Papelian and P. Tottis regarding analysis of potential claims and theories and filing of a declaratory judgment action; teleconference with P. Tottis regarding contacts with Skadden Arps. | | |
| | Scott A. King | 0.90 | 274.50 |
| 10/31/06 | Teleconference with B. Houston and P. Tottis regarding background on Ohio insurance law and Hutz action; review docket from Hutz action and decision on Motion to Dismiss; correspondence with P. Tottis regarding impact of Motion to Dismiss. | | |
| | Scott A. King | 1.60 | 488.00 |
| 11/01/06 | Review docket; correspondence with P. Tottis regarding communications with Progressive's counsel. | | |

# THOMPSON HINE

Page 30
Our File No. 444859
Delphi Technologies, Inc.

January 26, 2007

|  |  |  |  |
|---|---|---|---|
|  | Scott A. King | 0.20 | 61.00 |
| 11/03/06 | Conference with D. MacLeod; correspondence and teleconference with P. Tottis regarding scheduling of trial date. | | |
|  | Scott A. King | 0.20 | 61.00 |
| 11/03/06 | Telephone conference with Court regarding upcoming trial; conference with S. King. | | |
|  | Diane E. MacLeod | 0.30 | 45.00 |
| 11/12/06 | Correspondence with P. Tottis regarding recent contacts with employee's counsel and status of investigation. | | |
|  | Scott A. King | 0.20 | 61.00 |
| 11/14/06 | Correspondence with P.Tottis regarding background on Reliance proceedings and contractual arrangements. | | |
|  | Scott A. King | 0.10 | 30.50 |
| 12/02/06 | Review correspondence with P. Tottis regarding letter to Progressive; review docket; correspondence to P. Tottis. | | |
|  | Scott A. King | 0.20 | 61.00 |
| 12/06/06 | Correspondence with P. Tottis regarding contacts with Progressive counsel and strategies for response. | | |
|  | Scott A. King | 0.30 | 91.50 |
| 12/07/06 | Correspondence with P. Tottis regarding logistics for contacts with Progressive counsel; review Reliance Insurance website. | | |
|  | Scott A. King | 0.10 | 30.50 |
| 12/12/06 | Review letter to Progressive counsel; teleconference with P.Tottis regarding preparation for contacts with Progressive counsel. | | |
|  | Scott A. King | 0.20 | 61.00 |
|  | Fee for Professional Services | | $1,844.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Scott A. King | 5.90 | 305.00 | 1,799.50 |
| Diane E. MacLeod | 0.30 | 150.00 | 45.00 |