# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK

BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

December 13, 2006

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:    Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine's invoice for the month ending November 30, 2006 is enclosed with this letter.  Also enclosed as
part of the invoice is detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com  Phone 937.443.6958  Fax 937.443.6635

mah  428010.7

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

December 13, 2006
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of November, 2006, Thompson Hine is entitled to receive the total sum of $29,718.70, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 11/01/06 – 11/30/06 | $35,379.00 | $ 1,415.50 | $36,794.50 | $28,303.20 | $ 1,415.50 | $29,718.70 | $ 7,075.80 |

Very truly yours,

Theodore D. Lienesch

# THOMPSON HINE

December 13, 2006
Page 3

cc:    Scott McBain, Esq.
        Haim Zaltzman, Esq.

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

December 8, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

### Summary of professional services rendered by Thompson Hine LLP
#### for the period 11/01/06 – 11/30/06 (invoice detail attached)

| | |
|---|---|
| Fees for Professional Services | $35,379.00 |
| Disbursements and Charges | $ 1,415.50 |
| Total Fees, Disbursements and Charges invoiced | $36,794.50 |

#### Amount due upon receipt of attached invoice (per Retention order)

| | |
|---|---|
| Fees for Professional Services (80%) | $28,303.20 |
| Disbursements and Charges (100%) | $ 1,415.50 |
| **Total Fees, Disbursements and Charges due** | **$29,718.70** |

\*    The holdback amount (20% of the professional fees billed for this period) of $7,075.80 will be due upon Court approval of Thompson Hine's Fee Application.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                mah  443078.4

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.     www.ThompsonHine.com
ATTORNEYS AT LAW            P.O. Box 8801                   Phone  937.443.6600
                           Dayton, Ohio 45401-8801         Fax  937.443.6635

# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK

BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

December 8, 2006

Delphi Technologies, Inc.                    Invoice No. 2190576
Legal Staff-M/C 480-410-202                  Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 11/30/06:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 35,379.00 |
| Disbursements and Charges | $ | 1,415.50 |
| Total Fees, Disbursements and Charges | $ | 36,794.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 36,794.50 |

THOMPSON HINE LLP            2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW            P.O. Box 8801                    Phone  937.443.6600
                           Dayton, Ohio 45401-8801            Fax  937.443.6635

# THOMPSON HINE

Professional services rendered for your account:

**DP-309805 Patent PERCOLATION BRAKE FORCE SENSOR**
OUR FILE NO. 444859.00110

| | |
|---|---:|
| Fees for Services | 157.50 |
| Disbursements and Charges | 1.40 |
| TOTAL DUE FOR THIS MATTER | 158.90 |

**DP-310728 Patent TRUCK CAB SUSPENSION CONTROL**
OUR FILE NO. 444859.00122

| | |
|---|---:|
| Fees for Services | 72.50 |
| TOTAL DUE FOR THIS MATTER | 72.50 |

**DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)**
OUR FILE NO. 444859.00148

| | |
|---|---:|
| Fees for Services | 324.50 |
| TOTAL DUE FOR THIS MATTER | 324.50 |

**DP-311939 PATENT:  MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM**
OUR FILE NO. 444859.00154

| | |
|---|---:|
| Fees for Services | 598.00 |
| Disbursements and Charges | 914.20 |
| TOTAL DUE FOR THIS MATTER | 1,512.20 |

**DP-312251 PATENT:  METHOD FOR JOINING FEATURES TO STRUCTURES USING INTERFERENCE RESISTANCE WELDING AND DRW COMPONENTS SHAPE**
OUR FILE NO. 444859.00160

| | |
|---|---:|
| Fees for Services | 1,957.50 |
| Disbursements and Charges | 2.90 |
| TOTAL DUE FOR THIS MATTER | 1,960.40 |

**DP-307258 PATENT:  DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES, AND SIMILAR SHAPES**
OUR FILE NO. 444859.00162

| | |
|---|---:|
| Fees for Services | 1,885.00 |
| Disbursements and Charges | 4.70 |
| TOTAL DUE FOR THIS MATTER | 1,889.70 |

**DP-308295 PATENT:  VIBRATION FORCE SWITCH**
OUR FILE NO. 444859.00169

| | |
|---|---:|
| Fees for Services | 1,165.50 |

# THOMPSON HINE

Page 3                                                                      December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

| | |
|---|---:|
| Disbursements and Charges | 4.00 |
| TOTAL DUE FOR THIS MATTER | 1,169.50 |

**DP-313441 Patent:  SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES**
   OUR FILE NO. 444859.00186

| | |
|---|---:|
| Fees for Services | 187.50 |
| Disbursements and Charges | 201.70 |
| TOTAL DUE FOR THIS MATTER | 389.20 |

**Delphi Bankruptcy Matters**
   OUR FILE NO. 444859.00208

| | |
|---|---:|
| Fees for Services | 3,149.50 |
| Disbursements and Charges | 272.25 |
| TOTAL DUE FOR THIS MATTER | 3,421.75 |

**DP-314842:  Patent:  MR Body Control Noise Reduction**
   OUR FILE NO. 444859.00217

| | |
|---|---:|
| Fees for Services | 4,394.00 |
| TOTAL DUE FOR THIS MATTER | 4,394.00 |

**DP-315127: Patent: Method for Managing Recirculating Currents in Permanent Magnet Brushless Motor Control (Technical Center/Dayton)**
   OUR FILE NO. 444859.00230

| | |
|---|---:|
| Fees for Services | 2,626.00 |
| TOTAL DUE FOR THIS MATTER | 2,626.00 |

**DP-315128: Patent: Low-Cost Method of Vehicle Pre-Crash Detection (Energy and Chassis)**
   OUR FILE NO. 444859.00231

| | |
|---|---:|
| Fees for Services | 2,035.00 |
| TOTAL DUE FOR THIS MATTER | 2,035.00 |

**DP-315290: Patent: Latching Device for Electro-Mechanical Actuators**
   OUR FILE NO. 444859.00232

| | |
|---|---:|
| Fees for Services | 4,569.50 |
| TOTAL DUE FOR THIS MATTER | 4,569.50 |

**DP-315317: Patent: Reduced Drag Split-Piston Active Accumulator**
   OUR FILE NO. 444859.00233

| | |
|---|---:|
| Fees for Services | 1,664.00 |
| TOTAL DUE FOR THIS MATTER | 1,664.00 |

**DP-315320: Patent: Tandem Fixed Seal Master Cylinder with Single Piston Construction**
   OUR FILE NO. 444859.00234

| | |
|---|---:|
| Fees for Services | 78.00 |

# THOMPSON HINE

Page 4                                                                           December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

                              TOTAL DUE FOR THIS MATTER              78.00

**DP-315329: Patent: Variable Force Rate Booster via Controlled Displacement on Air Valve
(Combining DP-315329, DP-315330, DP-315332 and DP-315404)**
    OUR FILE NO. 444859.00235
                                        Fees for Services              2,220.00
                              TOTAL DUE FOR THIS MATTER                2,220.00

**DP-315451: Patent: Dual Resolution Wheel Speed Sensor**
    OUR FILE NO. 444859.00236
                                        Fees for Services              1,690.00
                              TOTAL DUE FOR THIS MATTER                1,690.00

**DP-315429: Patent: Algorithm for Estimation of Master Cylinder Pressure from Pedal Travel**
    OUR FILE NO. 444859.00238
                                        Fees for Services                78.00
                              TOTAL DUE FOR THIS MATTER                  78.00

**DP-315657: Patent: No-Additional-Cost Method of Vacuum Booster Assist**
    OUR FILE NO. 444859.00241
                                        Fees for Services               370.00
                               Disbursements and Charges                 14.35
                              TOTAL DUE FOR THIS MATTER                 384.35

**DP-315651 combined with DP-315652: Patent: Using Lateral Forces From Estimation of Tire
Lateral Forces and Vehicle Parameters Tire Sensors/Using Vertical Forces from...**
    OUR FILE NO. 444859.00242
                                        Fees for Services              1,110.00
                              TOTAL DUE FOR THIS MATTER                1,110.00

**DP-315541: Patent: ESC Feed Forward Control**
    OUR FILE NO. 444859.00243
                                        Fees for Services              4,862.00
                              TOTAL DUE FOR THIS MATTER                4,862.00

**DP-315793: Patent:  Single Channel Hydraulic Control Unit**
    OUR FILE NO. 444859.00245
                                        Fees for Services               185.00
                              TOTAL DUE FOR THIS MATTER                 185.00

                              TOTAL DUE FOR THIS INVOICE        $      36,794.50

# THOMPSON HINE

Page 5
Our File No. 444859
Delphi Technologies, Inc.

December 8, 2006

**DP-309805 Patent PERCOLATION BRAKE FORCE SENSOR**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/15/06 | U.S.- Review filing receipt and prepare correspondence. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| | Fee for Professional Services | | $157.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 0.50 | 315.00 | 157.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 1.40 |
| Total Disbursements and Charges | 1.40 |

# THOMPSON HINE

Page 6
Our File No. 444859
Delphi Technologies, Inc.

December 8, 2006

**DP-310728 Patent TRUCK CAB SUSPENSION
CONTROL**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/03/06 | Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON
## HINE

Page 7                                                          December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-311073 PATENT A NEW FAMILY OF
CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/28/06 | Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 11/29/06 | Review Office action and cited art. | | |
| | Steven J. Elleman | 0.80 | 252.00 |
| | Fee for Professional Services | | $324.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 0.80 | 315.00 | 252.00 |
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

Page 8                                                                              December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

## DP-311939 PATENT:  MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/16/06 | Prepare RCE and Amendment Accompanying RCE which combines an unentered Supplemental Amendment After Final and an entered Amendment After Final with a view towards an appeal; final RCE and Amendment filed in PTO. | | |
| | Douglas E. Erickson | 2.30 | 598.00 |
| | Fee for Professional Services | | $598.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 2.30 | 260.00 | 598.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Cost incurred - Payee: U.S. Patent and Trademark Office - Filing fee RCE and one-month extension | 910.00 |
| Photocopy | 4.20 |
| Total Disbursements and Charges | 914.20 |

# THOMPSON HINE

Page 9                                                              December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-312251 PATENT:  METHOD FOR JOINING
FEATURES TO STRUCTURES USING
INTERFERENCE RESISTANCE WELDING AND DRW
COMPONENTS SHAPE**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/01/06 | Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 11/29/06 | Draft Amendment. | | |
| | Douglas E. Erickson | 6.75 | 1,755.00 |
| 11/30/06 | Prepare Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $1,957.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.25 | 260.00 | 1,885.00 |
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 2.90 |
| Total Disbursements and Charges | 2.90 |

# THOMPSON HINE

December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

## DP-307258 PATENT:  DEFORMATION RESISTANCE WELDING OF SHEET METAL, TUBES, AND SIMILAR SHAPES

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/09/06 | Draft Amendment. | | |
| | Douglas E. Erickson | 1.75 | 455.00 |
| 11/10/06 | Draft Amendment. | | |
| | Douglas E. Erickson | 4.00 | 1,040.00 |
| 11/13/06 | Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 390.00 |
| | Fee for Professional Services | | $1,885.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.25 | 260.00 | 1,885.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 4.70 | |
| Total Disbursements and Charges | | 4.70 |

# THOMPSON HINE

Page 11
Our File No. 444859
Delphi Technologies, Inc.

December 8, 2006

**DP-308295 PATENT:  VIBRATION FORCE SWITCH**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/06/06 | Review Office action and cited art; prepare response to Office action. | | |
| | Victor J. Wasylyna | 3.50 | 647.50 |
| 11/07/06 | Draft response to Office action. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| 11/10/06 | Revise and file response to Office action. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| | Fee for Professional Services | | $1,165.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 6.30 | 185.00 | 1,165.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 4.00 |
| Total Disbursements and Charges | 4.00 |

# THOMPSON
# HINE

Page 12                                                          December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-313441 Patent:  SYSTEM FOR CONTROLLED
CORRUPTION J-1850 AUTOMOTIVE SERIAL
COMMUNICATION BUSSES**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/17/06 | Prepare reporting letter to client regarding filing provisional application. | | |
| | Megan D. Dortenzo | 0.50 | 187.50 |
| | Fee for Professional Services | | $187.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Megan D. Dortenzo | 0.50 | 375.00 | 187.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Cost incurred - Payee: U.S. Patent and Trademark Office - Provisional applicaiton filing | 200.00 | |
| Photocopy | 1.70 | |
| Total Disbursements and Charges | | 201.70 |

# THOMPSON HINE

Page 13                                                                    December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**Delphi Bankruptcy Matters**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/01/06 | Prepare and transmit budget forecast. | | |
| | Theodore D. Lienesch | 0.80 | 300.00 |
| 11/10/06 | Review retention pleadings; conference with S. King/ Retention procedures. | | |
| | Lawrence T. Burick | 0.80 | 264.00 |
| 11/16/06 | Conference with Mr. Burick regarding hearing on fee applications. | | |
| | Jennifer L. Maffett | 0.20 | 39.00 |
| 11/17/06 | Address fee issues. | | |
| | Lawrence T. Burick | 0.20 | 66.00 |
| 11/27/06 | Conferences and correspondence with Mr. Feder regarding bankruptcy court hearing. | | |
| | Jennifer L. Maffett | 0.30 | 58.50 |
| 11/29/06 | Revise fee application. | | |
| | Lawrence T. Burick | 1.30 | 429.00 |
| 11/29/06 | Prepare fee application. | | |
| | Theodore D. Lienesch | 2.00 | 750.00 |
| 11/29/06 | Review Delphi Fee applications and order in preparation for fee application hearing. | | |
| | Benjamin D. Feder | 0.50 | 260.00 |
| 11/30/06 | Telephone conference with B. Feder to determine outcome of fee hearing. | | |
| | Lawrence T. Burick | 0.30 | 99.00 |
| 11/30/06 | Attend court hearing regarding fee applications (1.3 hours); review 3rd interim fee application (0.4 hours). | | |
| | Benjamin D. Feder | 1.70 | 884.00 |
| | Fee for Professional Services | | $3,149.50 |

# THOMPSON HINE

Page 14                                                                   December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Lawrence T. Burick | 2.60 | 330.00 | 858.00 |
| Theodore D. Lienesch | 2.80 | 375.00 | 1,050.00 |
| Benjamin D. Feder | 2.20 | 520.00 | 1,144.00 |
| Jennifer L. Maffett | 0.50 | 195.00 | 97.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Photocopy | 223.50 | |
| Facsimile Charges | 48.75 | |
| Total Disbursements and Charges | | 272.25 |

# THOMPSON HINE

Page 15                                                December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.


**DP-314842:  Patent:  MR Body Control Noise Reduction**


## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/15/06 | Draft non-provisional patent application. | | |
| | Douglas E. Erickson | 8.50 | 2,210.00 |
| 11/16/06 | Draft non-provisional patent application. | | |
| | Douglas E. Erickson | 2.50 | 650.00 |
| 11/27/06 | Revise non-provisional patent application. | | |
| | Douglas E. Erickson | 0.80 | 208.00 |
| 11/28/06 | Draft non-provisional patent application. | | |
| | Douglas E. Erickson | 1.80 | 468.00 |
| 11/29/06 | Prepare non-provisional patent application. | | |
| | Douglas E. Erickson | 1.80 | 468.00 |
| 11/30/06 | Prepare patent application; final patent application and formal drawings sent to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 390.00 |
| | Fee for Professional Services | | $4,394.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 16.90 | 260.00 | 4,394.00 |

# THOMPSON HINE

Page 16
Our File No. 444859
Delphi Technologies, Inc.

December 8, 2006

**DP-315127: Patent: Method for Managing Recirculating
Currents in Permanent Magnet Brushless Motor Control
(Technical Center/Dayton)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/09/06 | Review file; called Curtis Cyran, who said he has not yet completed his review of the draft application sent to the inventors on October 5th. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| 11/16/06 | Draft patent application. | | |
| | Douglas E. Erickson | 1.50 | 390.00 |
| 11/20/06 | Revise patent application for methods to operate with reduced calculated phase current in any quadrant of speed torque curve of motor as suggested by inventors. | | |
| | Douglas E. Erickson | 7.00 | 1,820.00 |
| 11/21/06 | Revise patent application. | | |
| | Douglas E. Erickson | 1.30 | 338.00 |
| | Fee for Professional Services | | $2,626.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 10.10 | 260.00 | 2,626.00 |

# THOMPSON
## HINE

Page 17                                                          December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.


**DP-315128: Patent: Low-Cost Method of Vehicle Pre-Crash
Detection (Energy and Chassis)**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/02/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| 11/03/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 5.00 | 925.00 |
| 11/16/06 | Telephone conference with Mr. Kuo; revise application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| | Fee for Professional Services | | $2,035.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 11.00 | 185.00 | 2,035.00 |

# THOMPSON HINE

Page 18                                                                December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315290: Patent: Latching Device for Electro-Mechanical Actuators**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/01/06 | Write application. | | |
| | Kenneth Lilly | 2.00 | 370.00 |
| 11/02/06 | Write application. | | |
| | Kenneth Lilly | 5.00 | 925.00 |
| 11/06/06 | Finish application and submit to inventor (Mr. Schulyer Shaw) for review and comments. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 11/14/06 | Incorporate feedback from inventor (Mr. Schuyler Shaw) into application and submit to Mr. Lienesch for review. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 11/15/06 | Review specification and drawings; review incorporated and background art (particularly USP 6,942,072 and 6,762,210); revise specification. | | |
| | David R. Jaglowski | 5.20 | 962.00 |
| 11/16/06 | Telephone conference with Mr. Shaw regarding latching device packaging and construction issues; review EAMEX materials; draft revised specification. | | |
| | David R. Jaglowski | 6.70 | 1,239.50 |
| 11/30/06 | Draft revised specification. | | |
| | David R. Jaglowski | 3.80 | 703.00 |
| | Fee for Professional Services | | $4,569.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 15.70 | 185.00 | 2,904.50 |
| Kenneth Lilly | 9.00 | 185.00 | 1,665.00 |

# THOMPSON HINE

Page 19                                                                 December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315317: Patent: Reduced Drag Split-Piston Active
Accumulator**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/02/06 | Review inventor comments to draft patent application. | | |
| | Douglas E. Erickson | 1.30 | 338.00 |
| 11/02/06 | Revise patent application. | | |
| | Douglas E. Erickson | 3.80 | 988.00 |
| 11/06/06 | Prepare patent application; final patent application, informal drawings, and a parts list emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.30 | 338.00 |
| | Fee for Professional Services | | $1,664.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 6.40 | 260.00 | 1,664.00 |

# THOMPSON HINE

Page 20                                                                 December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315320: Patent: Tandem Fixed Seal Master Cylinder
with Single Piston Construction**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/28/06 | DP-315320; Request formal drawings. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| | Fee for Professional Services | | $78.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.30 | 260.00 | 78.00 |

# THOMPSON HINE

Page 21                                                                    December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315329: Patent: Variable Force Rate Booster via
Controlled Displacement on Air Valve (Combining DP-
315329, DP-315330, DP-315332 and DP-315404)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/09/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 11/10/06 | Review record of invention; telephone conference with Mr. Bhasker. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| 11/17/06 | Conference with Messrs, Bhaskar and Sexton. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 11/21/06 | Review record of invention; draft application. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| 11/22/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 3.50 | 647.50 |
| | Fee for Professional Services | | $2,220.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 12.00 | 185.00 | 2,220.00 |

THOMPSON
HINE

Page 22                                                                December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315451: Patent: Dual Resolution Wheel Speed Sensor**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/02/06 | Revise patent application to broaden claims so they cover additional embodiments of sketches received today from inventor. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 11/02/06 | Telephone conference with inventor. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 11/06/06 | Revise patent application including adding drawings. | | |
| | Douglas E. Erickson | 5.00 | 1,300.00 |
| | Fee for Professional Services | | $1,690.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 6.50 | 260.00 | 1,690.00 |

# THOMPSON HINE

Page 23
Our File No. 444859
Delphi Technologies, Inc.

December 8, 2006

**DP-315429: Patent: Algorithm for Estimation of Master
Cylinder Pressure from Pedal Travel**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/28/06 | Request formal drawings. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| | Fee for Professional Services | | $78.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.30 | 260.00 | 78.00 |

# THOMPSON HINE

Page 24                                                                December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315657: Patent: No-Additional-Cost Method of Vacuum
Booster Assist**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/28/06 | Telephone conference with Mr. Kuo; review record of invention. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| | Fee for Professional Services | | $370.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 2.00 | 185.00 | 370.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Telephone | 14.35 |
| Total Disbursements and Charges | 14.35 |

# THOMPSON
# HINE

Page 25                                                          December 8, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315651 combined with DP-315652: Patent: Using
Lateral Forces From Estimation of Tire Lateral Forces and
Vehicle Parameters Tire Sensors/Using Vertical Forces
from...**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/02/06 | Review invention disclosures and supporting articles. | | |
| | David R. Jaglowski | 6.00 | 1,110.00 |
| | Fee for Professional Services | | $1,110.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 6.00 | 185.00 | 1,110.00 |

# THOMPSON HINE

Page 26
Our File No. 444859
Delphi Technologies, Inc.

December 8, 2006

**DP-315541: Patent: ESC Feed Forward Control**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/02/06 | Review figures (flow charts) just received from inventor. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 11/13/06 | Draft patent application. | | |
| | Douglas E. Erickson | 0.80 | 208.00 |
| 11/14/06 | Draft patent application. | | |
| | Douglas E. Erickson | 4.30 | 1,118.00 |
| 11/16/06 | Draft patent application. | | |
| | Douglas E. Erickson | 0.80 | 208.00 |
| 11/20/06 | Telephone conference with inventors to explain details of a set of block diagrams emailed to me by the inventors. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 11/21/06 | Draft patent application. | | |
| | Douglas E. Erickson | 6.80 | 1,768.00 |
| 11/22/06 | Draft patent application. | | |
| | Douglas E. Erickson | 4.00 | 1,040.00 |
| 11/30/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $4,862.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 18.70 | 260.00 | 4,862.00 |

# THOMPSON HINE

Page 27
Our File No. 444859
Delphi Technologies, Inc.

December 8, 2006

**DP-315793: Patent:  Single Channel Hydraulic Control Unit**

**Professional Service Fees**

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/02/06 | Review invention disclosure; teleconference with Mr. Reuter regarding missing report portion. | | |
| | David R. Jaglowski | 1.00 | 185.00 |
| | Fee for Professional Services | | $185.00 |

**Summary of Fees for this Matter**

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 1.00 | 185.00 | 185.00 |