# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK

BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

November 28, 2006

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: David M. Sherbin, Esq., General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10004
Attention: Robert J. Rosenberg, Esq., as counsel for The
Official Committee of Unsecured Creditors

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: John D. Sheehan, V.P. & Chief
Restructuring Officer

GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
Attention: Valeria Venable, GE Plastics, Americas
Credit Manager

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 200
Chicago, IL 60606
Attention: John William Butler, Jr., Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attention: Alicia M. Leonhard, U.S. Trustee

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq., as counsel for the agent
under the Debtors' post-petition credit facility

Joe Sykes
Fee Committee / Delphi Corporation
c/o Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033

RE:   Thompson Hine LLP Invoices / Delphi Technologies, Inc.

Dear Sir/Madam:

Thompson Hine's invoice for the month ending October 31, 2006 is enclosed with this letter. Also enclosed as part of the invoice is detailed summary of the amounts that are due, by category.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                     mah  428010.7

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

November 28, 2006
Page 2

Pursuant to the terms of the interim compensation order, Thompson Hine is entitled to receive 80% of fees invoiced and 100% of disbursements and charges.  Accordingly, for the month of October, 2006, Thompson Hine is entitled to receive the total sum of $33,898.26, broken down as follows:

| Service dates | Professional fees invoiced | Expenses invoiced | Invoice Total | Professional fees due now (80%) | Expenses due now (100%) | Total due upon receipt of invoice | Holdback Amount (20% of Fees) |
|---|---|---|---|---|---|---|---|
| 10/01/06 – 10/31/06 | $40,751.50 | $ 1,297.06 | $42,048.56 | $32,601.20 | $ 3,899.20 | $33,898.26 | $ 8,150.30 |

Very truly yours,

Theodore D. Lienesch

## THOMPSON HINE

November 28, 2006
Page 3

cc:    Scott McBain, Esq.
       Haim Zaltzman, Esq.

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

November 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 10/01/06 –10/31/06 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $40,751.50 |
| Disbursements and Charges | $ 1,297.06 |
| Total Fees, Disbursements and Charges invoiced | $42,048.56 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $32,601.20 |
| Disbursements and Charges (100%) | $ 1,297.06 |
| **Total Fees, Disbursements and Charges due** | **$33,898.26** |

\*   The holdback amount (20% of the professional fees billed for this period) of $8,150.30 will be due upon Court approval of Thompson Hine's Fee Application.

---

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                    mah  443078.4

THOMPSON HINE LLP              2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW               P.O. Box 8801                      Phone  937.443.6600
                               Dayton, Ohio 45401-8801            Fax  937.443.6635

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

November 28, 2006

Delphi Technologies, Inc.                     Invoice No. 2188582
Legal Staff-M/C 480-410-202                   Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 10/31/06:*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 40,751.50 |
| Disbursements and Charges | $ | 1,297.06 |
| Total Fees, Disbursements and Charges | $ | 42,048.56 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 42,048.56 |

# THOMPSON HINE

Page 2
Our File No. 444859
Delphi Technologies, Inc.

November 28, 2006

Professional services rendered for your account:


**DP-311926 PATENT:  LOW COST MASTER CYLINDER HOUSING DESIGN CONCEPTS**
OUR FILE NO. 444859.00153

| | |
|---|---:|
| Fees for Services | 1,202.50 |
| Disbursements and Charges | 8.50 |
| TOTAL DUE FOR THIS MATTER | 1,211.00 |


**DP-311939 PATENT:  MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM**
OUR FILE NO. 444859.00154

| | |
|---|---:|
| Fees for Services | 60.00 |
| Disbursements and Charges | 25.00 |
| TOTAL DUE FOR THIS MATTER | 85.00 |


**DP-312209 PATENT: GROUND PATH ISOLATION ON CONTROLLED MONOTUBE STRUT**
OUR FILE NO. 444859.00158

| | |
|---|---:|
| Fees for Services | 1,456.00 |
| Disbursements and Charges | 797.00 |
| TOTAL DUE FOR THIS MATTER | 2,253.00 |


**DP-308295 PATENT:  VIBRATION FORCE SWITCH**
OUR FILE NO. 444859.00169

| | |
|---|---:|
| Fees for Services | 60.00 |
| Disbursements and Charges | 1.10 |
| TOTAL DUE FOR THIS MATTER | 61.10 |


**DP-313918 Patent: COOLING APPARATUS AND METHOD USING LOW FLUID FLOW RATES**
OUR FILE NO. 444859.00185

| | |
|---|---:|
| Fees for Services | 92.50 |
| TOTAL DUE FOR THIS MATTER | 92.50 |


**DP-313441 Patent:  SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES**
OUR FILE NO. 444859.00186

| | |
|---|---:|
| Fees for Services | 4,330.00 |
| Disbursements and Charges | 7.56 |
| TOTAL DUE FOR THIS MATTER | 4,337.56 |


**DP-312363 DRW WELDING PROCESS AND APPARATUS FOR HEAT EXCHANGER APPLICATION**
OUR FILE NO. 444859.00194

# THOMPSON HINE

Page 3                                                        November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

|  | | |
|---|---|---|
| Fees for Services | 72.50 |
| TOTAL DUE FOR THIS MATTER | 72.50 |

**DP-312365 ELECTRODES FOR THE DRW PROCESS**
OUR FILE NO. 444859.00195

| Fees for Services | 72.50 |
|---|---|
| TOTAL DUE FOR THIS MATTER | 72.50 |

**DP-314168: Pat. (Combination of DP-314168 & DP- ENHANCEMENT OF FLUX RESPONSE IN ACTUATORS WITH SOLID CORES USING DIRECT FLUX CONTROL AND A**
OUR FILE NO. 444859.00203

| Fees for Services | 152.50 |
|---|---|
| Disbursements and Charges | 1.40 |
| TOTAL DUE FOR THIS MATTER | 153.90 |

**Delphi Bankruptcy Matters**
OUR FILE NO. 444859.00208

| Fees for Services | 1,435.50 |
|---|---|
| TOTAL DUE FOR THIS MATTER | 1,435.50 |

**DP-303801: Patent: Magnetorheological Fluid Da (Combination of DP-303801, 313204, 314824)**
OUR FILE NO. 444859.00220

| Fees for Services | 740.00 |
|---|---|
| TOTAL DUE FOR THIS MATTER | 740.00 |

**DP-315127: Patent: Method for Managing Recircula Currents in Permanent Magnet Brushless Motor Con (Technical Center/Dayton)**
OUR FILE NO. 444859.00230

| Fees for Services | 598.00 |
|---|---|
| Disbursements and Charges | 3.90 |
| TOTAL DUE FOR THIS MATTER | 601.90 |

**DP-315128: Patent: Low-Cost Method of Vehicle Pr Detection (Energy and Chassis)**
OUR FILE NO. 444859.00231

| Fees for Services | 1,350.50 |
|---|---|
| TOTAL DUE FOR THIS MATTER | 1,350.50 |

**DP-315290: Patent: Latching Device for Electro-M Actuators**
OUR FILE NO. 444859.00232

| Fees for Services | 3,700.00 |
|---|---|
| Disbursements and Charges | 0.40 |
| TOTAL DUE FOR THIS MATTER | 3,700.40 |

**DP-315317: Patent: Reduced Drag Split-Piston Act Accumulator**
OUR FILE NO. 444859.00233

# THOMPSON HINE

Page 4                                                                November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

|  |  |
|---|---:|
| Fees for Services | 4,498.00 |
| TOTAL DUE FOR THIS MATTER | 4,498.00 |

**DP-315320: Patent: Tandem Fixed Seal Master Cyli Single Piston Construction**
OUR FILE NO. 444859.00234

|  |  |
|---|---:|
| Fees for Services | 4,446.00 |
| TOTAL DUE FOR THIS MATTER | 4,446.00 |

**DP-315451: Patent: Dual Resolution Wheel Speed S**
OUR FILE NO. 444859.00236

|  |  |
|---|---:|
| Fees for Services | 4,940.00 |
| TOTAL DUE FOR THIS MATTER | 4,940.00 |

**DP-314858: Patent: Coilless Strain Sensor and El Circuit Designed to Measure Its Low Inductance**
OUR FILE NO. 444859.00237

|  |  |
|---|---:|
| Fees for Services | 1,110.00 |
| TOTAL DUE FOR THIS MATTER | 1,110.00 |

**DP-315429: Patent: Algorithm for Estimation of M Cylinder Pressure from Pedal Travel**
OUR FILE NO. 444859.00238

|  |  |
|---|---:|
| Fees for Services | 4,940.00 |
| TOTAL DUE FOR THIS MATTER | 4,940.00 |

**DP-315775: Patent: Piston to Seal Configuration Length of a Fixed Seal Master Cylinder**
OUR FILE NO. 444859.00239

|  |  |
|---|---:|
| Fees for Services | 2,016.50 |
| Disbursements and Charges | 228.60 |
| TOTAL DUE FOR THIS MATTER | 2,245.10 |

**DP-315658 combined with DP-315659: Patent: Confi Geometry for Deformation Resistance Welding Used Pressure Sensor/Method for Manufacturing Copper**
OUR FILE NO. 444859.00240

|  |  |
|---|---:|
| Fees for Services | 208.00 |
| TOTAL DUE FOR THIS MATTER | 208.00 |

**DP-315541: Patent: ESC Feed Forward Control**
OUR FILE NO. 444859.00243

|  |  |
|---|---:|
| Fees for Services | 208.00 |
| TOTAL DUE FOR THIS MATTER | 208.00 |

**DP-313623: Patent: Brake Caliper Guide Pin with Bushing**
OUR FILE NO. 444859.00246

|  |  |
|---|---:|
| Fees for Services | 2,312.50 |
| Disbursements and Charges | 223.60 |
| TOTAL DUE FOR THIS MATTER | 2,536.10 |

# THOMPSON HINE

Page 5                                                              November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**2006-001036 State of the Art Search: Compact DC Design**
OUR FILE NO. 444859.00247

|  | | |
|---|---|---|
| Fees for Services | 750.00 |
| TOTAL DUE FOR THIS MATTER | 750.00 |
| | |
| TOTAL DUE FOR THIS INVOICE | $    42,048.56 |

# THOMPSON
# HINE

Page 6                                                    November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

## DP-311926 PATENT:  LOW COST MASTER CYLINDER
## HOUSING DESIGN CONCEPTS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/12/06 | Review Office action and cited art. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 10/13/06 | Draft response to Office action. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| 10/16/06 | Draft response to Office action. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| | Fee for Professional Services | | $1,202.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 6.50 | 185.00 | 1,202.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 4.50 |
| Patent Download | 4.00 |
| Total Disbursements and Charges | 8.50 |

# THOMPSON HINE

Page 7                                                                                   November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

## DP-311939 PATENT:  MAGNETORHEOLOGICAL
## POWERTRAIN MOUNT SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/10/06 | Receipt and docket Office action regarding U.S. Patent Application No. 10/922,579. | | |
| | Julie Waggoner | 0.50 | 60.00 |
| | Fee for Professional Services | | $60.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Julie Waggoner | 0.50 | 120.00 | 60.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 5.00 |
| Facsimile Charges | 20.00 |
| Total Disbursements and Charges | 25.00 |

# THOMPSON HINE

Page 8                                                                November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

## DP-312209 PATENT: GROUND PATH ISOLATION ON
## CONTROLLED MONOTUBE STRUT

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/03/06 | Draft Amendment and 2 Rule 132 Declarations for an RCE. | | |
| | Douglas E. Erickson | 1.80 | 468.00 |
| 10/04/06 | Prepare Amendment and Rule 132 Declarations. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 10/11/06 | Telephone call with inventor; revise Rule 132 declaration. | | |
| | Douglas E. Erickson | 1.80 | 468.00 |
| 10/13/06 | Review additions of inventor to prepared Rule 132 declaration. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 10/17/06 | Revise Amendment; final RCE, Amendment Accompanying RCE and Rule 132 Declaration filed in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $1,456.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 5.60 | 260.00 | 1,456.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Payee:U.S. Patent and Trademark Office - filing fee for Amendment (RCE) | 790.00 | |
| Photocopy | 7.00 | |
| Total Disbursements and Charges | | 797.00 |

# THOMPSON HINE

Our File No. 444859
Delphi Technologies, Inc.

November 28, 2006

## DP-308295 PATENT:  VIBRATION FORCE SWITCH

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/03/06 | Receipt and docket Office action regarding U.S. Patent Application No. 11/047,390. | | |
| | Julie Waggoner | 0.50 | 60.00 |
| | Fee for Professional Services | | $60.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Julie Waggoner | 0.50 | 120.00 | 60.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 1.10 |
| Total Disbursements and Charges | 1.10 |

# THOMPSON HINE

Page 10                                                                November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

## DP-313918 Patent: COOLING APPARATUS AND METHOD USING LOW FLUID FLOW RATES

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/17/06 | Draft foreign filing claims and abstract. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $92.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 185.00 | 92.50 |

THOMPSON
HINE

Page 11                                                            November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-313441 Patent:  SYSTEM FOR CONTROLLED
CORRUPTION J-1850 AUTOMOTIVE SERIAL
COMMUNICATION BUSSES**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/06/06 | Telephone call to Mr. Brunts regarding patent strategy. | | |
| | Megan D. Dortenzo | 0.30 | 112.50 |
| 10/23/06 | Prepare drawings for provisional application. | | |
| | Megan D. Dortenzo | 0.80 | 300.00 |
| 10/23/06 | Prepare provisional application and drawings. | | |
| | Megan D. Dortenzo | 1.30 | 487.50 |
| 10/25/06 | Prepare figures and application for provisional filing. | | |
| | Megan D. Dortenzo | 2.80 | 1,050.00 |
| 10/26/06 | Finalize provisional application and send to inventors for review. | | |
| | Megan D. Dortenzo | 2.00 | 750.00 |
| 10/27/06 | Finalize application and figures and file; telephone call from Mr. Brundts regarding application and revisions. | | |
| | Megan D. Dortenzo | 3.30 | 1,237.50 |
| 10/27/06 | Attention to filing provisional patent application at USPTO. | | |
| | Troy S. Prince | 0.50 | 92.50 |
| 10/28/06 | Prepare notices to inventors and K. Hale regarding filing provisional application. | | |
| | Megan D. Dortenzo | 0.50 | 187.50 |
| 10/30/06 | Respond to emails from Mr. Bundts regarding filing of provisional application. | | |
| | Megan D. Dortenzo | 0.30 | 112.50 |
| | Fee for Professional Services | | $4,330.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Megan D. Dortenzo | 11.30 | 375.00 | 4,237.50 |
| Troy S. Prince | 0.50 | 185.00 | 92.50 |

# THOMPSON HINE

Page 12                                                            November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

### Disbursements and Charges

| Description | Amount |
|---|---|
| Payee:Soundpath Legal Conferencing M Dortenzo 9/29/06  conference call | 7.56 |
| Total Disbursements and Charges | 7.56 |

# THOMPSON HINE

Page 13                                                      November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-312363 DRW WELDING PROCESS AND
APPARATUS FOR HEAT EXCHANGER APPLICATION**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/25/06 | Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

Page 14                                                    November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-312365 ELECTRODES FOR THE DRW PROCESS**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/25/06 | Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Collette S. Crawford | 0.50 | 145.00 | 72.50 |

# THOMPSON HINE

Page 15                                                                 November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-314168:  Pat. (Combination of DP-314168 & DP-314171) ENHANCEMENT OF FLUX RESPONSE IN ACTUATORS WITH SOLID CORES USING DIRECT FLUX CONTROL AND ADVANCED DRIV**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/10/06 | Draft Supplemental Preliminary Amendment. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| 10/11/06 | Receipt and docket Office action regarding U.S. Patent Application No. 11/451,953. | | |
| | Julie Waggoner | 0.50 | 60.00 |
| | Fee for Professional Services | | $152.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 0.50 | 185.00 | 92.50 |
| Julie Waggoner | 0.50 | 120.00 | 60.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 1.40 |
| Total Disbursements and Charges | 1.40 |

# THOMPSON
# HINE

Page 16
Our File No. 444859
Delphi Technologies, Inc.

November 28, 2006

**Delphi Bankruptcy Matters**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/17/06 | Telephone conference with Mr. Sykes regarding electronic billing. | | |
| | Theodore D. Lienesch | 1.50 | 562.50 |
| 10/19/06 | Review fee format materials. | | |
| | Theodore D. Lienesch | 1.00 | 375.00 |
| 10/24/06 | Review most recent pleadings pertaining to invoicing. | | |
| | Lawrence T. Burick | 0.60 | 198.00 |
| 10/31/06 | Prepare quarterly budget forecast. | | |
| | Theodore D. Lienesch | 0.80 | 300.00 |
| | Fee for Professional Services | | $1,435.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Lawrence T. Burick | 0.60 | 330.00 | 198.00 |
| Theodore D. Lienesch | 3.30 | 375.00 | 1,237.50 |

# THOMPSON HINE

Page 17
Our File No. 444859
Delphi Technologies, Inc.

November 28, 2006

**DP-303801:  Patent:  Magnetorheological Fluid Damper
(Combination of DP-303801, 313204, 314824)**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/19/06 | Review additional disclosure; revise application. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| | Fee for Professional Services | | $740.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.00 | 185.00 | 740.00 |

# Thompson
## Hine

November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315127: Patent: Method for Managing Recirculating
Currents in Permanent Magnet Brushless Motor Control
(Technical Center/Dayton)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/05/06 | Draft patent application. | | |
| | Douglas E. Erickson | 1.80 | 468.00 |
| 10/26/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $598.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 2.30 | 260.00 | 598.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Photocopy | 3.90 | |
| Total Disbursements and Charges | | 3.90 |

# THOMPSON HINE

Page 19
Our File No. 444859
Delphi Technologies, Inc.

November 28, 2006

**DP-315128: Patent: Low-Cost Method of Vehicle Pre-Crash Detection (Energy and Chassis)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/04/06 | Draft application. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| 10/13/06 | Telephone conference with Mr. Kuo. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| 10/19/06 | Draft application. | | |
| | Victor J. Wasylyna | 1.80 | 333.00 |
| 10/26/06 | Draft application. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| | Fee for Professional Services | | $1,350.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 7.30 | 185.00 | 1,350.50 |

# THOMPSON
## HINE

Page 20                                                          November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315290: Patent: Latching Device for Electro-Mechanical Actuators**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/02/06 | Write application. | | |
| | Kenneth Lilly | 2.00 | 370.00 |
| 10/13/06 | Write application. | | |
| | Kenneth Lilly | 2.00 | 370.00 |
| 10/16/06 | Write application. | | |
| | Kenneth Lilly | 6.00 | 1,110.00 |
| 10/18/06 | Write application. | | |
| | Kenneth Lilly | 6.00 | 1,110.00 |
| 10/19/06 | Write application. | | |
| | Kenneth Lilly | 3.00 | 555.00 |
| 10/25/06 | Write application. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| | Fee for Professional Services | | $3,700.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Kenneth Lilly | 20.00 | 185.00 | 3,700.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 0.40 |
| Total Disbursements and Charges | 0.40 |

# THOMPSON HINE

Page 21
Our File No. 444859
Delphi Technologies, Inc.

November 28, 2006

**DP-315317: Patent: Reduced Drag Split-Piston Active Accumulator**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/18/06 | Review invention disclosure, conference at Delphi with 3 inventors, draft patent application. | | |
| | Douglas E. Erickson | 5.00 | 1,300.00 |
| 10/19/06 | Draft patent application. | | |
| | Douglas E. Erickson | 8.50 | 2,210.00 |
| 10/20/06 | Draft patent application. | | |
| | Douglas E. Erickson | 3.30 | 858.00 |
| 10/26/06 | Prepare patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $4,498.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 17.30 | 260.00 | 4,498.00 |

# THOMPSON HINE

Page 22                                                          November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315320: Patent: Tandem Fixed Seal Master Cylinder
with Single Piston Construction**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/11/06 | Draft patent application. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| 10/12/06 | Draft patent application. | | |
| | Douglas E. Erickson | 8.30 | 2,158.00 |
| 10/13/06 | Draft patent application. | | |
| | Douglas E. Erickson | 5.80 | 1,508.00 |
| 10/26/06 | Prepare patent application; email final patent application, informal drawings, and a parts list to Scott McBain with copy to Lowell Train for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 2.50 | 650.00 |
| | Fee for Professional Services | | $4,446.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 17.10 | 260.00 | 4,446.00 |

# THOMPSON HINE

Page 23                                                             November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315451: Patent: Dual Resolution Wheel Speed Sensor**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/05/06 | Review invention disclosure in preparation for drafting patent application, telephone discussion with one inventor, telephone discussions with 2 other inventors, draft patent application. | | |
| | Douglas E. Erickson | 3.30 | 858.00 |
| 10/06/06 | Draft patent application. | | |
| | Douglas E. Erickson | 8.50 | 2,210.00 |
| 10/09/06 | Draft patent application. | | |
| | Douglas E. Erickson | 7.20 | 1,872.00 |
| | Fee for Professional Services | | $4,940.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 19.00 | 260.00 | 4,940.00 |

# THOMPSON HINE

Page 24
Our File No. 444859
Delphi Technologies, Inc.

November 28, 2006

**DP-314858: Patent: Coilless Strain Sensor and Electronic
Circuit Designed to Measure Its Low Inductance**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/17/06 | Write application. | | |
| | Kenneth Lilly | 6.00 | 1,110.00 |
| | Fee for Professional Services | | $1,110.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Kenneth Lilly | 6.00 | 185.00 | 1,110.00 |

# THOMPSON HINE

Page 25                                                           November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315429: Patent: Algorithm for Estimation of Master
Cylinder Pressure from Pedal Travel**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/05/06 | Review invention disclosure in preparation for drafting patent application; left telephone message with one inventor (other two inventors presumed to no longer be with Delphi). | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 10/11/06 | Telephone call with inventor. | | |
| | Douglas E. Erickson | 0.30 | 78.00 |
| 10/13/06 | Telephone conference with inventor. | | |
| | Douglas E. Erickson | 1.30 | 338.00 |
| 10/16/06 | Draft patent application. | | |
| | Douglas E. Erickson | 8.30 | 2,158.00 |
| 10/17/06 | Draft patent application. | | |
| | Douglas E. Erickson | 5.30 | 1,378.00 |
| 10/18/06 | Draft patent application. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 10/26/06 | Prepare patent application; telephone call with Lowell Train; email final patent application, informal drawings and a parts list to Scott McBain with copy to Lowell Train for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.80 | 468.00 |
| | Fee for Professional Services | | $4,940.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 19.00 | 260.00 | 4,940.00 |

# THOMPSON HINE

Page 26                                                           November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315775: Patent: Piston to Seal Configuration for
Minimum Length of a Fixed Seal Master Cylinder**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/02/06 | Telephone conference with Mr. Shepherd; telephone conference with Mr. Zehnder. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| 10/05/06 | Review record of invention; telephone conference with Mr. Zehnder. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| 10/10/06 | Draft provisional application. | | |
| | Victor J. Wasylyna | 3.30 | 610.50 |
| 10/11/06 | Draft provisional application. | | |
| | Victor J. Wasylyna | 5.50 | 1,017.50 |
| 10/13/06 | Revise and file provisional application. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $2,016.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 10.90 | 185.00 | 2,016.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee for provisional patent application  PISTON TO SEAL CONFIGURATION FOR A FIXED SEAL MASTER CYLINDER | 200.00 |
| Payee: U.S. Postmaster, Express Mail ED774176508US - delivery to Commissioner for Patents, Alexandria, VA 10/13/06 | 14.40 |
| Photocopy | 14.20 |

# THOMPSON HINE

Page 27                                                                                  November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

Total Disbursements and Charges                          228.60

# THOMPSON HINE

Page 28                                                                            November 28, 2006
Our File No. 444859
Delphi Technologies, Inc.

**DP-315658 combined with DP-315659: Patent:**
**Configuration Geometry for Deformation Resistance**
**Welding Used in High Pressure Sensor/Method for**
**Manufacturing Copper to Copper...**

<u>Professional Service Fees</u>

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/23/06 | Review invention disclosures; telephone call with Scott McBain concerning government contracts. | | |
| | Douglas E. Erickson | 0.80 | 208.00 |
| | Fee for Professional Services | | $208.00 |

<u>Summary of Fees for this Matter</u>

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.80 | 260.00 | 208.00 |

# Thompson Hine

Page 29
Our File No. 444859
Delphi Technologies, Inc.

November 28, 2006

**DP-315541: Patent: ESC Feed Forward Control**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/23/06 | Review invention disclosure; leave message with inventors. | | |
| | Douglas E. Erickson | 0.80 | 208.00 |
| | Fee for Professional Services | | $208.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.80 | 260.00 | 208.00 |

# THOMPSON HINE

Page 30
Our File No. 444859
Delphi Technologies, Inc.

November 28, 2006

**DP-313623: Patent: Brake Caliper Guide Pin with Reversed Bushing**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/16/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| 10/17/06 | Review record of invention; telephone conference with Mr. Waag. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| 10/18/06 | Draft provisional application; telephone conference with Mr. Waag. | | |
| | Victor J. Wasylyna | 7.50 | 1,387.50 |
| | Fee for Professional Services | | $2,312.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 12.50 | 185.00 | 2,312.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee for provisional patent application | 200.00 |
| Payee: U.S. Postmaster, Express Mail ED774176539US - delivery to Commissioner for Patents, Alexandria, VA 10/19/06 | 14.40 |
| Photocopy | 9.20 |
| Total Disbursements and Charges | 223.60 |

# THOMPSON HINE

Page 31
Our File No. 444859
Delphi Technologies, Inc.

November 28, 2006

**2006-001036 State of the Art Search: Compact DC Brake
Motor Design**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/19/06 | State of the art search. | | |
| | Theodore D. Lienesch | 1.00 | 375.00 |
| 10/30/06 | Research regarding patent nos. 4,872,533 and 4,930,605; correspondence to Mr. McBain. | | |
| | Theodore D. Lienesch | 1.00 | 375.00 |
| | Fee for Professional Services | | $750.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Theodore D. Lienesch | 2.00 | 375.00 | 750.00 |