# EXHIBIT C

**Schedule A**

| | SUMMARY OF INVOICES (ITEMIZED BY MATTER #) | | | | |
|---|---|---|---|---|---|
| *TH matter #* | *Service dates* | *Invoice No.* | *Professional fees invoiced* | *Expenses invoiced* | *Total invoiced* |
| 00110 | 01/01/07 - 01/31/07 | 2201583 | $268.00 | $0.00 | $268.00 |
| 00110 | 11/01/06 - 11/30/06 | 2190576 | $157.50 | $1.40 | $158.90 |
| **00110 Total** | | | **$425.50** | **$1.40** | **$426.90** |
| 00122 | 11/01/06 - 11/30/06 | 2190576 | $72.50 | $0.00 | $72.50 |
| 00122 | 12/01/06 - 12/31/06 | 2196846 | $1,017.50 | $4.40 | $1,021.90 |
| **00122 Total** | | | **$1,090.00** | **$4.40** | **$1,094.40** |
| 00148 | 01/01/07 - 01/31/07 | 2201583 | $1,206.00 | $306.10 | $1,512.10 |
| 00148 | 11/01/06 - 11/30/06 | 2190576 | $324.50 | $0.00 | $324.50 |
| 00148 | 12/01/06 - 12/31/06 | 2196846 | $1,984.50 | $0.00 | $1,984.50 |
| **00148 Total** | | | **$3,515.00** | **$306.10** | **$3,821.10** |
| 00153 | 10/01/06 - 10/31/06 | 2188582 | $1,202.50 | $8.50 | $1,211.00 |
| 00153 | 12/01/06 - 12/31/06 | 2196846 | $92.50 | $0.00 | $92.50 |
| **00153 Total** | | | **$1,295.00** | **$8.50** | **$1,303.50** |
| 00154 | 01/01/07 - 01/31/07 | 2201583 | $80.00 | $0.00 | $80.00 |
| 00154 | 10/01/06 - 10/31/06 | 2188582 | $60.00 | $25.00 | $85.00 |
| 00154 | 11/01/06 - 11/30/06 | 2190576 | $598.00 | $914.20 | $1,512.20 |
| **00154 Total** | | | **$738.00** | **$939.20** | **$1,677.20** |
| 00158 | 01/01/07 - 01/31/07 | 2201583 | $80.00 | $0.00 | $80.00 |
| 00158 | 10/01/06 - 10/31/06 | 2188582 | $1,456.00 | $797.00 | $2,253.00 |
| **00158 Total** | | | **$1,536.00** | **$797.00** | **$2,333.00** |
| 00160 | 11/01/06 - 11/30/06 | 2190576 | $1,957.50 | $2.90 | $1,960.40 |
| **00160 Total** | | | **$1,957.50** | **$2.90** | **$1,960.40** |
| 00161 | 01/01/07 - 01/31/07 | 2201583 | $80.00 | $0.00 | $80.00 |
| **00161 Total** | | | **$80.00** | **$0.00** | **$80.00** |
| 00162 | 11/01/06 - 11/30/06 | 2190576 | $1,885.00 | $4.70 | $1,889.70 |
| **00162 Total** | | | **$1,885.00** | **$4.70** | **$1,889.70** |
| 00168 | 01/01/07 - 01/31/07 | 2201583 | $80.00 | $0.00 | $80.00 |
| **00168 Total** | | | **$80.00** | **$0.00** | **$80.00** |
| 00169 | 10/01/06 - 10/31/06 | 2188582 | $60.00 | $1.10 | $61.10 |
| 00169 | 11/01/06 - 11/30/06 | 2190576 | $1,165.50 | $4.00 | $1,169.50 |
| 00169 | 12/01/06 - 12/31/06 | 2196846 | $165.00 | $0.00 | $165.00 |
| **00169 Total** | | | **$1,390.50** | **$5.10** | **$1,395.60** |
| 00185 | 10/01/06 - 10/31/06 | 2188582 | $92.50 | $0.00 | $92.50 |
| **00185 Total** | | | **$92.50** | **$0.00** | **$92.50** |
| 00186 | 10/01/06 - 10/31/06 | 2188582 | $4,330.00 | $7.56 | $4,337.56 |
| 00186 | 11/01/06 - 11/30/06 | 2190576 | $187.50 | $201.70 | $389.20 |
| **00186 Total** | | | **$4,517.50** | **$209.26** | **$4,726.76** |
| 00194 | 10/01/06 - 10/31/06 | 2188582 | $72.50 | $0.00 | $72.50 |
| 00194 | 12/01/06 - 12/31/06 | 2196846 | $1,430.00 | $3.80 | $1,433.80 |
| **00194 Total** | | | **$1,502.50** | **$3.80** | **$1,506.30** |
| 00195 | 10/01/06 - 10/31/06 | 2188582 | $72.50 | $0.00 | $72.50 |
| 00195 | 12/01/06 - 12/31/06 | 2196846 | $1,742.00 | $4.20 | $1,746.20 |
| **00195 Total** | | | **$1,814.50** | **$4.20** | **$1,818.70** |
| 00198 | 01/01/07 - 01/31/07 | 2201583 | $483.75 | $2.50 | $486.25 |
| 00198 | 12/01/06 - 12/31/06 | 2196846 | $1,110.00 | $10.80 | $1,120.80 |
| **00198 Total** | | | **$1,593.75** | **$13.30** | **$1,607.05** |
| 00203 | 10/01/06 - 10/31/06 | 2188582 | $152.50 | $1.40 | $153.90 |

*469341.1*

| SUMMARY OF INVOICES (ITEMIZED BY MATTER #) | | | | | |
|---|---|---|---|---|---|
| **00203 Total** | | | $152.50 | $1.40 | $153.90 |
| 00208 | 01/01/07 - 01/31/07 | 2201583 | $355.50 | $29.35 | $384.85 |
| 00208 | 10/01/06 - 10/31/06 | 2188582 | $1,435.50 | $0.00 | $1,435.50 |
| 00208 | 11/01/06 - 11/30/06 | 2190576 | $3,149.50 | $272.25 | $3,421.75 |
| 00208 | 12/01/06 - 12/31/06 | 2196846 | $0.00 | -$30.47 | -$30.47 |
| **00208 Total** | | | $4,940.50 | $271.13 | $5,211.63 |
| 00214 | 01/01/07 - 01/31/07 | 2201583 | $8,757.50 | $1,061.10 | $9,818.60 |
| 00214 | 12/01/06 - 12/31/06 | 2196846 | $2,960.00 | $0.00 | $2,960.00 |
| **00214 Total** | | | $11,717.50 | $1,061.10 | $12,778.60 |
| 00217 | 11/01/06 - 11/30/06 | 2190576 | $4,394.00 | $0.00 | $4,394.00 |
| 00217 | 12/01/06 - 12/31/06 | 2196846 | $0.00 | $75.00 | $75.00 |
| **00217 Total** | | | $4,394.00 | $75.00 | $4,469.00 |
| 00219 | 01/01/07 - 01/31/07 | 2201583 | $0.00 | $600.00 | $600.00 |
| 00219 | 12/01/06 - 12/31/06 | 2196846 | $1,258.00 | $0.00 | $1,258.00 |
| **00219 Total** | | | $1,258.00 | $600.00 | $1,858.00 |
| 00220 | 10/01/06 - 10/31/06 | 2188582 | $740.00 | $0.00 | $740.00 |
| **00220 Total** | | | $740.00 | $0.00 | $740.00 |
| 00226 | 01/01/07 - 01/31/07 | 2201583 | $1,032.00 | $0.00 | $1,032.00 |
| **00226 Total** | | | $1,032.00 | $0.00 | $1,032.00 |
| 00230 | 01/01/07 - 01/31/07 | 2201583 | $3,190.00 | $0.00 | $3,190.00 |
| 00230 | 10/01/06 - 10/31/06 | 2188582 | $598.00 | $3.90 | $601.90 |
| 00230 | 11/01/06 - 11/30/06 | 2190576 | $2,626.00 | $0.00 | $2,626.00 |
| **00230 Total** | | | $6,414.00 | $3.90 | $6,417.90 |
| 00231 | 10/01/06 - 10/31/06 | 2188582 | $1,350.50 | $0.00 | $1,350.50 |
| 00231 | 11/01/06 - 11/30/06 | 2190576 | $2,035.00 | $0.00 | $2,035.00 |
| 00231 | 12/01/06 - 12/31/06 | 2196846 | $0.00 | $100.00 | $100.00 |
| **00231 Total** | | | $3,385.50 | $100.00 | $3,485.50 |
| 00232 | 10/01/06 - 10/31/06 | 2188582 | $3,700.00 | $0.40 | $3,700.40 |
| 00232 | 11/01/06 - 11/30/06 | 2190576 | $4,569.50 | $0.00 | $4,569.50 |
| **00232 Total** | | | $8,269.50 | $0.40 | $8,269.90 |
| 00233 | 10/01/06 - 10/31/06 | 2188582 | $4,498.00 | $0.00 | $4,498.00 |
| 00233 | 11/01/06 - 11/30/06 | 2190576 | $1,664.00 | $0.00 | $1,664.00 |
| 00233 | 12/01/06 - 12/31/06 | 2196846 | $260.00 | $0.00 | $260.00 |
| **00233 Total** | | | $6,422.00 | $0.00 | $6,422.00 |
| 00234 | 10/01/06 - 10/31/06 | 2188582 | $4,446.00 | $0.00 | $4,446.00 |
| 00234 | 11/01/06 - 11/30/06 | 2190576 | $78.00 | $0.00 | $78.00 |
| 00234 | 12/01/06 - 12/31/06 | 2196846 | $260.00 | $175.00 | $435.00 |
| **00234 Total** | | | $4,784.00 | $175.00 | $4,959.00 |
| 00235 | 01/01/07 - 01/31/07 | 2201583 | $0.00 | $550.00 | $550.00 |
| 00235 | 11/01/06 - 11/30/06 | 2190576 | $2,220.00 | $0.00 | $2,220.00 |
| 00235 | 12/01/06 - 12/31/06 | 2196846 | $1,535.50 | $0.00 | $1,535.50 |
| **00235 Total** | | | $3,755.50 | $550.00 | $4,305.50 |
| 00236 | 10/01/06 - 10/31/06 | 2188582 | $4,940.00 | $0.00 | $4,940.00 |
| 00236 | 11/01/06 - 11/30/06 | 2190576 | $1,690.00 | $0.00 | $1,690.00 |
| 00236 | 12/01/06 - 12/31/06 | 2196846 | $676.00 | $275.00 | $951.00 |
| **00236 Total** | | | $7,306.00 | $275.00 | $7,581.00 |
| 00237 | 01/01/07 - 01/31/07 | 2201583 | $4,407.50 | $10.15 | $4,417.65 |
| 00237 | 10/01/06 - 10/31/06 | 2188582 | $1,110.00 | $0.00 | $1,110.00 |
| **00237 Total** | | | $5,517.50 | $10.15 | $5,527.65 |
| 00238 | 10/01/06 - 10/31/06 | 2188582 | $4,940.00 | $0.00 | $4,940.00 |

469341.1

**Schedule A**

| SUMMARY OF INVOICES (ITEMIZED BY MATTER #) | | | | | |
|---|---|---|---|---|---|
| 00238 | 11/01/06 - 11/30/06 | 2190576 | $78.00 | $0.00 | $78.00 |
| 00238 | 12/01/06 - 12/31/06 | 2196846 | $130.00 | $135.00 | $265.00 |
| **00238 Total** | | | $5,148.00 | $135.00 | $5,283.00 |
| 00239 | 10/01/06 - 10/31/06 | 2188582 | $2,016.50 | $228.60 | $2,245.10 |
| 00239 | 12/01/06 - 12/31/06 | 2196846 | $943.50 | $200.00 | $1,143.50 |
| **00239 Total** | | | $2,960.00 | $428.60 | $3,388.60 |
| 00240 | 10/01/06 - 10/31/06 | 2188582 | $208.00 | $0.00 | $208.00 |
| **00240 Total** | | | $208.00 | $0.00 | $208.00 |
| 00241 | 01/01/07 - 01/31/07 | 2201583 | $537.50 | $0.00 | $537.50 |
| 00241 | 11/01/06 - 11/30/06 | 2190576 | $370.00 | $14.35 | $384.35 |
| **00241 Total** | | | $907.50 | $14.35 | $921.85 |
| 00242 | 11/01/06 - 11/30/06 | 2190576 | $1,110.00 | $0.00 | $1,110.00 |
| 00242 | 12/01/06 - 12/31/06 | 2196846 | $2,590.00 | $0.00 | $2,590.00 |
| **00242 Total** | | | $3,700.00 | $0.00 | $3,700.00 |
| 00243 | 10/01/06 - 10/31/06 | 2188582 | $208.00 | $0.00 | $208.00 |
| 00243 | 11/01/06 - 11/30/06 | 2190576 | $4,862.00 | $0.00 | $4,862.00 |
| 00243 | 12/01/06 - 12/31/06 | 2196846 | $468.00 | $280.00 | $748.00 |
| **00243 Total** | | | $5,538.00 | $280.00 | $5,818.00 |
| 00245 | 11/01/06 - 11/30/06 | 2190576 | $185.00 | $0.00 | $185.00 |
| 00245 | 12/01/06 - 12/31/06 | 2196846 | $2,534.50 | $0.00 | $2,534.50 |
| **00245 Total** | | | $2,719.50 | $0.00 | $2,719.50 |
| 00246 | 10/01/06 - 10/31/06 | 2188582 | $2,312.50 | $223.60 | $2,536.10 |
| **00246 Total** | | | $2,312.50 | $223.60 | $2,536.10 |
| 00247 | 01/01/07 - 01/31/07 | 2201583 | $275.00 | $2,520.00 | $2,795.00 |
| 00247 | 10/01/06 - 10/31/06 | 2188582 | $750.00 | $0.00 | $750.00 |
| 00247 | 12/01/06 - 12/31/06 | 2196846 | $2,028.00 | $0.00 | $2,028.00 |
| **00247 Total** | | | $3,053.00 | $2,520.00 | $5,573.00 |
| 00253 | 01/01/07 - 01/31/07 | 2201583 | $0.00 | $14.40 | $14.40 |
| 00253 | 12/01/06 - 12/31/06 | 2196846 | $2,960.00 | $211.40 | $3,171.40 |
| **00253 Total** | | | $2,960.00 | $225.80 | $3,185.80 |
| 490004.03164 | 12/01/06 - 12/31/06 | 2196846 | $1,844.50 | $0.00 | $1,844.50 |
| **490004.03164 Total** | | | $1,844.50 | $0.00 | $1,844.50 |
| **Grand Total** | | | $124,952.75 | $9,250.29 | $134,203.04 |

Schedule B

## VALUE OF SERVICES ITEMIZED BY ATTORNEY/LEGAL ASSISTANT

| Name | Title | Date graduated law school | Date of Bar admission | Hours worked | Rate/ Hour | Amount billed |
|---|---|---|---|---|---|---|
| Burick, Lawrence T. | Partner | 1968 | 1968 | 3.20 | $330.00 | $1,056.00 |
| Dortenzo, Megan D. | Partner | 1995 | 1996 | 11.80 | $375.00 | $4,425.00 |
| Elleman, Steven J. | Partner | 1996 | 1996 | 7.60 | $315.00 | $2,394.00 |
| Elleman, Steven J. | Partner | 1996 | 1996 | 4.40 | $335.00 | $1,474.00 |
| Feder, Benjamin D. | Partner | 1985 | 1985 | 2.20 | $520.00 | $1,144.00 |
| King, Scott A. | Partner | 1986 | 1986 | 5.90 | $305.00 | $1,799.50 |
| Lienisch, Theodore D. | Partner | 1976 | 1980 | 8.10 | $375.00 | $3,037.50 |
| Lienisch, Theodore D. | Partner | 1976 | 1980 | 0.90 | $395.00 | $355.50 |
| Jaglowski, David R. | Associate | 2002 | 2002 | 50.40 | $185.00 | $9,324.00 |
| Jaglowski, David R. | Associate | 2002 | 2002 | 41.00 | $210.00 | $8,610.00 |
| Maffett, Jennifer L. | Associate | 2002 | 2002 | 0.50 | $195.00 | $97.50 |
| Prince, Troy S. | Associate | 2002 | 2004 | 0.50 | $185.00 | $92.50 |
| Wasylyna, Victor J. | Associate | 2003 | 2003 | 122.20 | $185.00 | $22,607.00 |
| Wasylyna, Victor J. | Associate | 2003 | 2003 | 30.05 | $215.00 | $6,460.75 |
| Erickson, Douglas E. | Sr. Attorney | 1974 | 1989 | 184.80 | $260.00 | $48,048.00 |
| Erickson, Douglas E. | Sr. Attorney | 1974 | 1989 | 12.60 | $275.00 | $3,465.00 |
| Lilly, Kenneth | Patent Agent | n/a | n/a | 51.00 | $185.00 | $9,435.00 |
| MacLeod, Diane E. | Paralegal | n/a | n/a | 0.30 | $150.00 | $45.00 |
| Kennedy, Collette S. | Document Analyst | n/a | n/a | 3.00 | $145.00 | $435.00 |
| Kennedy, Collette S. | Document Analyst | n/a | n/a | 2.50 | $160.00 | $400.00 |
| Waggoner, Julie | Document Analyst | n/a | n/a | 1.50 | $120.00 | $180.00 |
| Waggoner, Julie | Document Analyst | n/a | n/a | 0.50 | $135.00 | $67.50 |
| **Total** | | | | 544.95 | | **$124,952.75** |

469341.1

05-44481-rdd    Doc 7070-7    Filed 02/28/07    Entered 02/28/07 15:27:01    Exhibit C
Pg 5 of 8

**Schedule C**

| SUMMARY OF EXPENSES ADVANCED BY TYPE OF EXPENSE | |
|---|---|
| *Type of Expense* | *Amount* |
| U.S. Patent & Trademark Office | $3,840.00 |
| FedEx | $206.69 |
| Photocopy | $370.40 |
| Wolcott & Company, Inc. | $0.00 |
| Dakatec (patent drafting formal patent drawings) | $2,390.00 |
| Facsimile Charges | $68.75 |
| Lexis Charges | $0.00 |
| Patent Download | $4.00 |
| Telephone | $24.50 |
| Telephone conferencing | $7.56 |
| Thomson Search Services | $2,520.00 |
| U.S. Postmaster, Express Mail | $43.20 |
| Overpayment of 50% holdback for period 6/1 - 9/30/06 | -$225.01 |
| **Total** | **$9,250.29** |

469341.1

# DELPHI

## DESCRIPTION OF SERVICES

In the period between October 1, 2006 and January 31, 2007, Thompson Hine LLP ("Thompson Hine") attorneys, patent agents and support staff worked on forty-five intellectual property matters for Delphi. Specifically, Thompson Hine attorneys and personnel worked on twenty-four utility patent applications, no patentability studies, sixteen patent application amendments responding to Office actions, four provisional patent applications and one state of the art search.

With respect to amendments responding to Office actions, Thompson Hine staff review the communication from the United States Patent and Trademark Office ("Office Action") and enter pertinent identifying information and due dates into Thompson Hine's computer docket. The matter is then forwarded to an assigned attorney or patent agent who reviews the Office action and determines what amendment or other responsive action is necessary to place that particular patent application in condition for allowance. Next, the attorney or agent discusses the proposed action with the inventor or inventors to ensure that any amendments and arguments made or advanced are technically accurate. Such discussions often include a discussion of cited reference patents that may be included in the Office action. After the discussions are completed, the attorney or agent then prepares an appropriate responsive Amendment that is filed with the United States Patent and Trademark Office.

With respect to utility patent applications, the assigned Thompson Hine patent attorney or patent agent reviews the ROI (Record of Invention) pertaining to the invention, improvement or advancement, and in most cases, discusses the details of the invention with one of the inventors listed in the ROI. Such discussion is often followed by a patentability search that is conducted either by the attorney or a patent agent of Thompson Hine to determine whether there exists pertinent prior art patents that might have an effect on the patentability of the invention or the scope of any potential patent. After completion of the search, the results are reported to Delphi's Legal Department and the attorney prepares the patent application. After the preparation of the application, the inventor is sent a draft and invited to make comments and corrections to ensure that the application is consistent with the Record of Invention and is technically accurate. After the comments from the inventors are received, the application is finalized and is filed with the United States Patent and Trademark Office. If Thompson Hine files the application itself, Thompson Hine staff record the filing information and docket this event in a proprietary computer docket system for appropriate follow-up activity.

With respect to patentability studies, the assigned Thompson Hine attorney or patent agent receives the ROI from the Delphi legal staff and performs searches of the records of the United States Patent and Trademark Office for relevant patents. In some instances, this search is done by using an online searching tool such as Lexis/Nexis. The results are received and reviewed by the Thompson Hine attorney or patent agent and, in some instances, a verbal report was given to the Delphi attorney assigned to the matter. In other instances, a brief memorandum is prepared outlining the basis for the finding of patentability or non-patentability.

With respect to provisional patent applications, the assigned Thompson Hine attorney or patent agent reviews the ROI, discusses the aspects of the invention with at least one of the inventors

and prepares a provisional patent application This provisional patent application is then sent to the inventors for review and comment. The comments received from the inventors are incorporated into the provisional patent application which is filed, either by Thompson Hine staff or by Delphi with the U.S. Patent and Trademark Office.

With respect to the state of the art studies, the assigned Thompson Hine attorney reviews the ROI and performs a search of the records of the United States Patent and Trademark Office. Often, the search will be expanded at the request of the Delphi legal staff to include foreign jurisdictions, such as European countries and the European Patent Office. In such cases, local counsel in the jurisdictions in question are retained to perform a search. The assigned Thompson Hine attorney receives the results of the searches (typically patents), reviews the documents and prepares a summary that is submitted to the Delphi legal staff.