# EXHIBIT A

# Delphi Parties of Interest For Whom Covington Burling LLP Has Open Matters

| Client name | Comments |
|---|---|
| AL Holding USA LLC | Several open matters for parent company, Alcan Inc. |
| Alcan Holdings Switzerland AG | Several open matters for parent company, Alcan Inc. |
| Alcan Inc. | Several open matters |
| Alusuisse Aluminum USA Inc. | Several open matters for parent company, Alcan Inc. |
| Carquest Corporation | Two open matters for General Parts International, Inc, which is the ultimate parent |
| CIBA-GEIGY | Open matters for CIBA-GEIGY and its parent company, Novartis AG |
| Epson | One open matter in Europe |

NY: 533720-1

# Delphi Parties of Interest For Whom Covington Burling LLP Has Open Matters

| | |
|---|---|
| FMR Corporation | Three varied matters |
| Lexmark | One open matter in Europe |
| MSD Capital, L.P. | Two corporate matters |
| PricewaterhouseCoopers | One litigation matter |
| Promontory Financial/PNC Bank | Several matters for entities related to Promontory Financial, LLC |
| RZB | Two matters for Raiffeisen Zentralbank Osterreich also known as RZB |
| TPG Credit Opportunities Investors, L.P.. | One insurance matter |
| TXU Corp | TXU has an interest in a not for profit corporation for which there are two open matters |

NY: 533720-1

# Delphi Parties of Interest For Whom Covington Burling LLP Has Open Matters

| Waste Management, Inc. | One matter for a related entity |
|---|---|