# EXHIBIT B

# Delphi Parties in Interest For Whom Covington Burling LLP Has Closed Matters For Within the Past Five Years

| Client name | Last Closed Matter | Comments |
|---|---|---|
| Silver Point Capital, L.P. | 12/14/2006 | One closed advisory matter |

NY: 533720-1