TOGUT, SEGAL & SEGAL LLP
Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Howard P. Magaliff (HM-2189)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                              :

In re:                         :        Chapter 11
                              :        Case No. 05-44481 (RDD)
                              :

DELPHI CORPORATION, *et al.*        :
                              :

              Debtors.   :
                              :

---------------------------------------------------------------x
                              :

DELPHI CORPORATION,         :        Adversary Proceeding
                              :        No. 07-01435
                              :

              Plaintiff,  :

    - against -            :

NATIONAL UNION FIRE INSURANCE  :
COMPANY OF PITTSBURGH, PA,    :

              Defendant.  :
                              :

---------------------------------------------------------------x

**STIPULATION EXTENDING**
**TIME TO ANSWER OR MOVE**

        Delphi Corporation, as Plaintiff, and National Union Fire Insurance Com-

pany of Pittsburgh, PA, as Defendant, by their counsel, stipulate and agree that the De-

fendant's time to file an answer or motion addressed to the complaint in this action is

extended for 30 days, through and including April 9, 2007.


Dated:      New York, New York            DELPHI CORPORATION, *et al.,*
            February 28, 2007              Debtors and Debtors in Possession,
                                           By their Bankruptcy Co-Counsel,
                                           TOGUT, SEGAL & SEGAL LLP,
                                           By:


                                           /s/ Howard P. Magaliff
                                           ALBERT TOGUT (AT-9759)
                                           NEIL BERGER (NB-3599)
                                           HOWARD P. MAGALIFF (HM-2189)
                                           One Penn Plaza, Suite 3335
                                           New York, New York 10119
                                           (212) 594-5000


            New York, New York            NATIONAL UNION FIRE INSURANCE
            February 28, 2007              COMPANY OF PITTSBURGH, PA,
                                           By its Counsel,
                                           D'AMATO & LYNCH,
                                           By:


                                           /s/ Stephen F. Willig
                                           STEPHEN F. WILLIG (SFW-9847)
                                           EDWARD M. ROTH (EMR-8892)
                                           70 Pine Street
                                           New York, New York  10270
                                           (212) 269-0927

2