SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, <u>et al.</u>,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING
PROOF OF CLAIM NUMBER 8324
<u>(ERICKA PARKER)</u>

1

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Ericka Parker ("Parker"), duly appointed and acting chapter 7 trustee for Toledo Professional Temps, Inc. (f/k/a Flex-Tech Professional Services, Inc.), respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8324 (Ericka Parker) (this "Stipulation") and agree and state as follows:

WHEREAS on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS Parker filed proof of claim number 8324 against Delphi Automotive Systems LLC ("DAS LLC") on June 21, 2006, which asserts an unsecured non-priority claim (the "Claim").

WHEREAS the Debtors objected to the Claim pursuant to the Debtors' (i) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, And (c) Claims Subject To Modification And (ii) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection"), which was filed on October 31, 2006.

WHEREAS on February 6, 2007 in order to resolve the Third Omnibus Claims Objection respect to the Claim, DAS LLC and Parker entered into a settlement agreement (the "Settlement Agreement").

WHEREAS pursuant to the Settlement Agreement DAS LLC acknowledge and

2

agree that the Claim shall be allowed against DAS LLC in the amount of $50,000.00.

WHEREAS DAS LLC is authorized to enter into this Settlement Agreement pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, and 503 and Fed. R. Bankr. P. 9019(b) Authorizing Debtors to Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by the this Court on June 29, 2006.

THEREFORE, DAS LLC and Parker stipulate and agree as follows:

1. The Claim shall be treated as an allowed general unsecured non-priority claim.

2. Parker waives any and all rights to assert any claim against any of the Debtors on any basis whatsoever, for any amount greater than $50,000.00.

3. Parker waives any right it has to assert the Claim should be classified as anything other than a general unsecured non-priority claim.

So Ordered in New York, New York, this 1st day of March, 2007

                                          /s/Robert D. Drain
                                         UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Patricia B. Fugee |
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606-1285<br>(312) 407-0700 | Patricia B. Fugee<br>ROETZEL & ANDRESS<br>One SeaGate, Suite 999<br>Toledo, OH 43604<br>(419) 242-7985<br><br>Attorney for Ericka Parker, Chapter 7 trustee for Toledo Professional Temps, Inc. (f/k/a Flex-Tech Professional Services, Inc.) |

                                - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession