UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK              X

In re:                                                                                    Chapter 11
DELPHI CORPORATION, et al.,                                          Case No. 05-44481
                                                                                            (Jointly Administered)
                              Debtors.
_____X

NOTICE OF TRANSFER OF PARTIAL CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    MSC Laminates & Composites Inc.
               2200 E. Pratt Blvd.
               Elk Grove Village, IL 60007
               Attn: Steve Frederiksen

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn:  Alisa Mumola

A **partial** transfer of all right, title and interest in and to the schedule amount held by MSC Laminates & Composites Inc. (the "Transferor") in the amount of $**78,234.27** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

   United States Bankruptcy Court
   Alexander Hamilton Custom House
   Attn: Bankruptcy Clerk
   One Bowling Green
   New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
   Refer to INTERNAL CONTROL No. _____ in your objection.
   If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____  Transferee_____  Debtor's Attorney _____

                                                       _____
                                                       Deputy Clerk

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

MSC LAMINATES AND COMPOSITES INC., a Delaware corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 20, 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 20th day of February 2007.

(Assignor)
MSC LAMINATES AND COMPOSITES INC.

By: _Steve Frederiksen_
Name: Steve Frederiksen
Title: Corporate Credit Mgr

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: JANICE M. STANTON
       MEMBER
Title: _____

(Assignor)
WITNESS:

By: _____
Name: James Pawlak
Title: Director of Finance

KL2:2601470.1

# Schedule A
## MSC Laminates and Composites

| Debtor | Case Number | Partial Transfer Scheduled Amount |
|---|---|---|
| Delphi Automotive Systems, LLC | 05-44640 | 78,234.27 |

Initials:

Seller _SF_

Buyer _JM_