UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK           X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Wright Bros Aero Inc.
               3700 McCauley Dr.
               Vandalia, OH 45377
               Attn: Randall Kocher

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn:  Alisa Mumola

A transfer of all right, title and interest in and to the schedule amount held by Wright Bros Aero Inc. (the "Transferor") in the amount of $**61,640.87** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____  Transferee_____ Debtor's Attorney _____

                                            _____
                                            Deputy Clerk

01/31/2007 12:33 FAX 203 629 1977    CONTRARIAN CAPITAL    ☒009/010

## EVIDENCE OF TRANSFER OF CLAIM

Wright Bros Aero Inc, an Ohio corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January 31, 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 14th day of February 2007.

(Assignor)
WRIGHT BROS AERO INC

By: _____
Name: Kevin M. Kinley
Title: President

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _____
Name: Randall L. Kocher
Title: Controller

02/15/2007 10:11    937-454-8342    WRIGHT BROS AERO    PAGE 08

## Schedule A
### Wright Bros Aero Inc.

| Debtor | Case Number | Schedule Amount |
|---|---|---|
| Delco Automotive Systems, LLC | 05-44640 | 51,640.87 |
| **Total** | | **51,640.87** |

Initials:
Seller 
Buyer