IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                       :

In re                        :     Chapter 11
                                         :

DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                                       :

                      Debtors.    :     (Jointly Administered)
                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 27, 2007, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via facsimile:

    1)   Notice of Intention to Enter into Real Property Lease (Northfield Crossing, Troy, Michigan Lease) [a copy of which is attached hereto as Exhibit D]

On February 27, 2007, I caused to be served the documents listed below (i) upon the parties listed on Exhibit E hereto via electronic notification and (ii) upon the parties listed on Exhibit F hereto via facsimile:

    2)   Notice of Intention to Renew De Minimis Real Property Lease (Amherst, New York Lease) [a copy of which is attached hereto as Exhibit G]

    3)   Notice of Intention to Enter into De Minimis Real Property Lease and Lease-Back (Rochester, New York Lease and Lease-Back) [a copy of which is attached hereto as Exhibit H]

Dated: March 1, 2007

                                      */s/ Evan Gershbein*
                                      Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 1st day of March, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature :    */s/ Amy Lee Huh*

Commission Expires:    *3/15/09*

# EXHIBIT A

Delphi Corporation
Northfield Lease Notice Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United Sltates Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/28/2007 4:54 PM
Northfield Lease Notice Service Lists Overnight

# EXHIBIT B

Delphi Corporation
Northfield Lease Notice Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|-----------|------|-------|-----|-------|------------------|
| Latham & Watkins LLP | Keith A. Simon | 233 South Wacker Drive | Sears Tower, Suite 5800 | Chicago | IL | 60606 | Keith.Simon@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/28/2007
Northfield Lease Notice Service Lists Email

# EXHIBIT C

Delphi Corporation
Northfield Lease Notice Service List

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|------|-------|-----|-------|-----|------------------|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/28/2007 4:55 PM
Northfield Lease Notice Service Lists Fax

# EXHIBIT D

**Objection Deadline:  March 13, 2007**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No.  05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>NOTICE OF INTENTION TO ENTER INTO REAL PROPERTY LEASE</u>
**(Northfield Crossing, Troy, Michigan Lease)**

1.    <u>ORDER APPROVING PROCEDURES TO ENTER INTO OR RENEW REAL
PROPERTY LEASES</u>

PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy
Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363,
1107, and 1108 Approving Procedures To Enter Into Or Renew Real Property Leases
Without Further Court Approval (the "Order," a copy of which is attached hereto as
<u>Exhibit 1</u>) (Docket No. 1777).  The Order authorized the above-captioned debtors and
debtors-in-possession (the "Debtors") to enter into certain lease transactions upon notice
to the Notice Parties (as defined in the Order) without further Court approval.  The
Debtors have determined to enter into the following real property lease (the "Lease")
pursuant to the Order:

Location Of Leased Premises:

**1441 Long Lake Road
Troy, Michigan 48098**

2.    <u>LEASE EFFECTIVE DATE</u>

PLEASE TAKE FURTHER NOTICE that the Debtors intend to enter into the
Lease on or after March 12, 2007 unless an objection is served in the manner described in
the Order.

3.    <u>LESSOR</u>

Wells Operating Partnership, L.P., a Delaware limited partnership

PLEASE TAKE FURTHER NOTICE that the Lessor under the Lease is not an "insider" of any of the Debtors as defined in 11 U.S.C. § 101(31).

4.    <u>DESCRIPTION OF LEASE TERMS</u>

PLEASE TAKE FURTHER NOTICE that a description of the terms of the Lease is attached hereto as <u>Exhibit 2</u>.

Dated: New York, New York
       February 27, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:   /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr. (JB 4711)
      John K. Lyons (JL 4951)
      Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

     - and –

By:   /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
      Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, <u>et al.</u>,
      Debtors and Debtors-in-Possession

2

<u>Exhibit 1 - Order</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
    In re                               :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
LEASES WITHOUT FURTHER COURT APPROVAL

("LEASE PROCEDURES ORDER")

        Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.    The Motion is GRANTED as provided herein.

2.    The Debtors are hereby authorized but not directed to enter into or renew the

Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or

Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors

shall be authorized but not directed to enter into or renew a De Minimis Lease without further

Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice

of the terms of any De Minimis Lease it intends to enter into to counsel for the Official

Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event

Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured

Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the

Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De

Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors

shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or

Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the

Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice")

to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel

for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors'

prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility

(collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile,

overnight delivery, or hand delivery.  The Lease Notice shall include the following information:

(a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a

statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

Bankruptcy Code), and (c) a description of the terms of the proposed Lease. The Notice Parties shall have ten business days following initial receipt of the Lease Notice to object to or request additional time to evaluate the proposed Lease. If counsel to the Debtors receives no written objection or written request for additional time prior to the expiration of such ten business day period, the Debtors shall be authorized to enter into or renew the Lease. If a Notice Party objects to the proposed Lease within ten business days after the Lease Notice is received, the Debtors and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual resolution. Should either party determine that an impasse exists, then the Debtors shall move the Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice to the objecting party and other parties-in-interest in accordance with the Court's Case Management Order entered on October 14, 2005 ("Case Management Order").

5.    For a Lease with Lease obligations in excess of $5 million in the aggregate, the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court approval of the proposed Lease after notice and a hearing.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          January 6, 2006

                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

3

## Exhibit 2 - Lease Terms

| | | |
|---|---|---|
| 1. | Landlord: | Wells Operating Partnership, L.P.<br>c/o Wells Management Company<br>6200 The Corners Parkway, Suite 250<br>Norcross, Georgia  30092 |
| 2. | Tenant: | Delphi Automotive Systems LLC |
| 3. | Premises: | Entire building located at:<br><br>1441 Long Lake Road<br>Troy, Michigan 48098<br><br>107,152 rentable square feet |
| 4. | Commencement Date: | May 1, 2007 |
| 5. | Expiration Date: | January 31, 2008 |
| 6. | Monthly Base Rent: | $198,945.55 |
| 7. | Additional Rent: | Tenant shall pay all operating expenses, utilities, real property taxes, special assessments, and insurance |
| 8. | Parking Spaces And Monthly Fee Per Space: | 4.3 parking spaces per each 1,000 square feet of rentable space in the Premises, consisting of (i) approximately 352 surface parking spaces, (ii) 88 covered parking spaces, and (iii) certain "land-banked" spaces which Tenant may, at its cost, convert into approximately 21 additional surface spaces. Tenant shall lease the covered spaces at a rate of $75 per space per month. |
| 9. | Permitted Use: | General office purposes |
| 10. | Option to Renew: | None |

# EXHIBIT E

Delphi Corporation
Amherst and Rochester De Minimis Lease Notices Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | Keith A. Simon | 233 South Wacker Drive | Sears Tower, Suite 5800 | Chicago | IL | 60606 | Keith.Simon@lw.com | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/28/2007
Amherst Rochester Lease Notices Service Lists Email

# EXHIBIT F

Delphi Corporation
Amherst and Rochester De Minimis Lease Notices Service List

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|------|-------|-----|-------|-----|------------------|
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/28/2007 4:53 PM
Amherst Rochester Lease Notices Service Lists Fax

# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No.  05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF INTENTION TO RENEW DE MINIMIS REAL PROPERTY LEASE
**(Amherst, New York Lease)**

1.    ORDER APPROVING PROCEDURES TO ENTER INTO OR RENEW REAL
        PROPERTY LEASES

        PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy
Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363,
1107, And 1108 Approving Procedures To Enter Into Or Renew Real Property Leases
Without Further Court Approval (the "Order," a copy of which is attached hereto as
Exhibit 1) (Docket No. 1777).  The Order authorized the above-captioned debtors and
debtors-in-possession (the "Debtors") to renew certain lease transactions upon notice to
the Notice Parties (as defined in the Order) without further Court approval.  The Debtors
have determined to renew the following real property lease (the "Lease") pursuant to the
Order:

                        Location Of Leased Premises:

                        **Building 4234
                        Ridge Lea Road
                        Amherst, New York 14226**

2.    LEASE EFFECTIVE DATE

        PLEASE TAKE FURTHER NOTICE that Delphi Automotive Systems, LLC, one
of the Debtors, renewed the Lease on February 9, 2007, effective as of April 1, 2007.

3.    LESSOR

Amherst Commerce Park

PLEASE TAKE FURTHER NOTICE that the Lessor under the Lease is not an "insider" of any of the Debtors as defined in 11 U.S.C. § 101(31).

4.      DESCRIPTION OF LEASE TERMS

PLEASE TAKE FURTHER NOTICE that a description of the terms of the Lease is attached hereto as Exhibit 2.

Dated: New York, New York
       February 27, 2007

                    SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

                    By:  /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                         - and -

                    By:   By:  /s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
LEASES WITHOUT FURTHER COURT APPROVAL

("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Motion is GRANTED as provided herein.

2.    The Debtors are hereby authorized but not directed to enter into or renew the

Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or

Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors

shall be authorized but not directed to enter into or renew a De Minimis Lease without further

Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice

of the terms of any De Minimis Lease it intends to enter into to counsel for the Official

Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event

Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured

Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the

Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De

Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors

shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or

Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the

Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice")

to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel

for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors'

prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility

(collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile,

overnight delivery, or hand delivery.  The Lease Notice shall include the following information:

(a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a

statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

2

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

5.    For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

6.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          January 6, 2006


                                          /s/ Robert D. Drain
                                          _____
                                          UNITED STATES BANKRUPTCY JUDGE


3

<u>Exhibit 2 - Lease Renewal Terms</u>

1. Landlord:                        Amherst Commerce Park
                                    4508 Main Street
                                    Amherst, New York  14226

2. Tenant:                          Delphi Automotive Systems, LLC

3. Premises:                        21,600 square feet of office space located at:
                                    Building 4234
                                    Ridge Lea Road
                                    Amherst, New York 14226

4. Commencement Date:               April 1, 2007

5. Expiration Date:                 October 31, 2007

6. Monthly Base Rent:               $10,500.00

7. Operating Expenses:              Tenant's proportionate share of the real estate taxes,
                                    insurance premiums, and other common area
                                    charges shall be 5.2%.

8. Permitted Use:                   Office and Industrial

9. Renewal Option:                  No additional renewal options

NOTE:  Under the Lease, Tenant also leases (a) buildings 4236 and 4238 which have a lease term expiration date of March 31, 2008 and (b) 440 square feet of storage space in building 4246 on a month-to-month basis.  This Lease renewal extends only the expiration date for building 4234.

# EXHIBIT H

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
      In re                          :    Chapter 11
                                      :
DELPHI CORPORATION, et al.,       :    Case No.  05-44481 (RDD)
                                      :
                Debtors.     :    (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENTION TO ENTER INTO DE MINIMIS REAL PROPERTY LEASE
AND LEASE-BACK
**(Rochester, New York Lease and Lease-Back)**

1.      ORDER APPROVING PROCEDURES TO ENTER INTO OR RENEW REAL
        PROPERTY LEASES

        PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy
Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363,
1107, And 1108 Approving Procedures To Enter Into Or Renew Real Property Leases
Without Further Court Approval (the "Order," a copy of which is attached hereto as
Exhibit 1) (Docket No. 1777).  The Order authorized the above-captioned debtors and
debtors-in-possession (the "Debtors") to enter into certain lease transactions upon notice
to the Notice Parties (as defined in the Order) without further Court approval.  The
Debtors have determined to enter into the following real property lease (the "Lease") and
lease-back (the "Lease-Back") pursuant to the Order:

                     Location Of Leased Premises:

                     **1000 Lexington Avenue**
                     **Rochester, New York 14606**

2.      LEASE AND LEASE-BACK EFFECTIVE DATE

        PLEASE TAKE FURTHER NOTICE that Delphi Automotive Systems, LLC (the
"Landlord/Subtenant"), one of the Debtors, entered into the Lease and Lease-Back with
respect to the premises described in paragraph 1 hereof (the "Premises") on February 22,
2007.

3.      TENANT/SUBLANDLORD

County of Monroe Industrial Development Agency (the "Tenant/Sublandlord")

PLEASE TAKE FURTHER NOTICE that the Tenant/Sublandlord under the Lease and Lease-Back, respectively, is not an "insider" of any of the Debtors as defined in 11 U.S.C. § 101(31).

4.      DESCRIPTION OF LEASE AND LEASE-BACK TERMS

PLEASE TAKE FURTHER NOTICE that a description of the terms of the Lease is attached hereto as Exhibit 2 and a description of the terms of the Lease-Back is attached hereto as Exhibit 3.

Dated: New York, New York
       February 27, 2007

                    SKADDEN, ARPS, SLATE, MEAGHER
                       & FLOM LLP

                    By:   /s/ John Wm. Butler, Jr.
                          John Wm. Butler, Jr. (JB 4711)
                          John K. Lyons (JL 4951)
                          Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                              - and -

                    By:   /s/ Kayalyn A. Marafioti
                          Kayalyn A. Marafioti (KM 9632)
                          Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                       Debtors and Debtors-in-Possession

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
        In re                                 :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                              Debtors.        :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
LEASES WITHOUT FURTHER COURT APPROVAL

("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.   The Motion is GRANTED as provided herein.

2.    The Debtors are hereby authorized but not directed to enter into or renew the Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors shall be authorized but not directed to enter into or renew a De Minimis Lease without further Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice of the terms of any De Minimis Lease it intends to enter into to counsel for the Official Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice") to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors' prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility (collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile, overnight delivery, or hand delivery.  The Lease Notice shall include the following information: (a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

2

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

     5.    For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

     6.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

     7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          January 6, 2006


               /s/ Robert D. Drain
               UNITED STATES BANKRUPTCY JUDGE

<u>Exhibit 2 - Lease Terms</u>

1.  Landlord:                          Delphi Automotive Systems, LLC

2.  Tenant:                            County of Monroe Industrial Development Agency
                                       8100 CityPlace
                                       50 West Main Street
                                       Rochester, New York  14614

3.  Premises:                          Building and equipment located at:
                                       1000 Lexington Avenue
                                       Rochester, New York 14606

4.  Commencement Date:                 February 1, 2007

5.  Expiration Date:                   January 31, 2018

6.  Annual Rent:                       $1.00

7.  Operating Expenses:                Landlord shall be responsible for all operating
                                       expenses

8.  Permitted Use:                     Office and industrial

9.  Renewal Option:                    No renewal options

10. Termination Right:                 The Lease and Lease-Back Agreements are
                                       terminable at any time upon Landlord/Subtenant's
                                       written notice

NOTE:  The Tenant/Sublandlord will, concurrently upon executing the Lease, sublease the
       Premises back to the Landlord/Subtenant pursuant to the Lease-Back.  The Lease and
       Lease-Back are being entered into by Delphi as Landlord/Subtenant in connection with a
       Payment in Lieu of Tax Agreement (known as a "PILOT Agreement") under which
       Landlord/Subtenant receives tax incentives.

## Exhibit 3 – Lease-Back Terms

1.  Sublandlord:                    County of Monroe Industrial Development Agency
                                    8100 CityPlace
                                    50 West Main Street
                                    Rochester, New York  14614

2.  Subtenant:                      Delphi Automotive Systems, LLC

3.  Premises:                       Building and equipment located at:
                                    1000 Lexington Avenue
                                    Rochester, New York 14606

4.  Commencement Date:              February 1, 2007

5.  Expiration Date:                January 31, 2018

6.  Annual Rent:                    $1.00

7.  Operating Expenses:             Subtenant shall be responsible for all operating
                                    expenses

8.  Permitted Use:                  Office and industrial

9.  Renewal Option:                 No renewal options

10. Termination Right:              The Lease and Lease-Back Agreements are
                                    terminable at any time upon Landlord/Subtenant's
                                    written notice

NOTE:  The Tenant/Sublandlord will, concurrently upon executing the Lease, sublease the
       Premises back to the Landlord/Subtenant pursuant to the Lease-Back.  The Lease and
       Lease-Back are being entered into by Delphi as Landlord/Subtenant in connection with a
       Payment in Lieu of Tax Agreement (known as a "PILOT Agreement") under which
       Landlord/Subtenant receives tax incentives.