UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                                                    Chapter 11

DELPHI CORP, et al.,                                       Case No. 05-44481 (RDD)

                                                                          Jointly Administered
                    Debtors

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, John J. Marquess, a member in good standing of the bar in the State of
New Jersey and Commonwealth of Pennsylvania and the bar of the U.S. District Court
for the District of New Jersey, request admission, *pro hac vice*, before the Honorable
Robert D. Drain, to represent Legal Cost Control, Inc., (on behalf of the Delphi Fee and
Expense Review Committee), in the above referenced case.

Mailing address: Legal Cost Control, Inc., 255 Kings Highway East, Haddonfield, NJ
08033;
E-mail address: JJM@Legalcost.com; telephone number (856) 216-0800.
The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: March 1, 2007
Haddonfield, New Jersey

                                                                          _____
                                                                          John J. Marquess, Esquire

## ORDER

**ORDERED**
That John J. Marquess, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced
case, in the United States Bankruptcy Court, Southern District of New York, provided
that the filing fee has been paid.

Dated: _____
New York, New York          /s/_____
                                          UNITED STATES BANKRUPTCY JUDGE