TO JUDGE ROBERT D. DRAIN             FEBRUARY 4TH 2007
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

HONORABLE JUDGE DRAIN,

I ASK YOU TO LOOK AT ALL THE DOCUMENTATION SENT TO YOU ABOUT MY CASE BEFORE YOU. IN YOUR COURT.

FACT # 1  MR. ALAN DAWES WAS FINED BY THE SECURITIES AND EXCHANGE COMMISSION FOR PARTICIPATING IN OR AIDING AND ABETTING IN DELPHI'S STOCK FRAUD BY COOKING THE BOOKS HE CONTROLLED. HE WAS FINED $687,00 BY THE COMMISSION. ALMOST NOTHING FOR A MULTI-MILLIONAIRE LIKE HIM.

FACT # 2 MR. J.T. BATTENBERG BEING THE C.E.O. OF DELPHI KNEW OF THE DECLINING FINANCIAL HEALTH OF DELPHI'S COMMON STOCK BUT, CONTINUED TO SELL DELPHI COMMON STOCK TO IT'S EMPLOYEES WHICH I WAS SINCE THE SPIN OFF OF DELPHI FROM GENERAL MOTORS IN 1999.

FACT # 3 THE FRAUDULENT SCHEMES THAT DELPHI AND FIDELITY INVESTMENT COMPANIES USED ON THE DELPHI STOCK HOLDERS. THESE COMPANIES BOTH FAILED TO PAINT AN HONEST PICTURE OF DELPHI'S DECLINING FINANCIAL HEALTH. THEY CONTINUED TO RIP OFF THE STOCK HOLDERS RETIREMENT P.S.P. PROGRAMS.

FACT # 4 THE MANAGERS AT BOTH THESE COMPANIES HAD A HONORABLE DUTY TO CONVEY TO IT'S MEMBERS COMPLETE AND ACCURATE INFORMATION ABOUT IT'S TRUE FINANCIAL PICTURE. AND STOP SELLING DELPHI'S STOCK AT ONCE. THERE IS NO HONOR AMONG CROOKS.

RECEIVED
FEB - 9 2007
USBC-SDNY
RDD

FACT # 5 I INVESTED IN DELPHI STOCK BECAUSE J.T. BATTENBERG TOLD ALL DELPHI EMPLOYEES THAT DELPHI NEEDED MONEY TO HELP THE NEW DELPHI COMPANY TO GROW.

FACT # 6 ONCE AGAIN THE DELPHI STOCK HOLDERS, GET TAKEN TO THE CLEANERS.

THANK YOU AND MAY GOD BLESS YOU AND YOUR FAMILY.

THE HONORABLE RETIRED DELPHI MACHINE OPERATOR.

TERRY R. MOCNY SR.

*Terry R. Mocny SR.*

*TAKEN FOR #17,974.64*

Terry Mocny Sr.
141 Norman St
Vassar, MI 48768

Honorable Robert D. Drain
United States Bankruptcy Court
For The Southern District Of New York
One Bowling Green, Room 610
New York, New York 10004

"PERSONAL"