SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :
      In re                          :    Chapter 11
                                 :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                 Debtor.    :    (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CURE AMOUNT WITH RESPECT TO ADDITIONAL EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED AND/OR ASSIGNED
WITH RESPECT TO THE SALE OF THE BRAKE HOSE BUSINESS

PLEASE TAKE NOTICE THAT:

          1.        Pursuant to the Order Under 11 U.S.C. § 105(a) And Fed. R. Bankr. P.

2002 And 9014 Approving Bidding Procedures, (ii) Granting Certain Bid Protections, (iii)

Approving Form And Manner Of Sale Notices, And (iv) Setting A Sale Hearing (the

"Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court") on February 16, 2007, Delphi Automotive

Systems LLC ("DAS LLC") and Delphi Technologies, Inc. (together with DAS LLC, the

"Selling Debtor Entities") have entered into a Sale And Purchase Agreement ("Agreement"),

which Agreement is subject to an overbid auction, with Harco Manufacturing Group, LLC

(the "Purchaser") and Harco Brake Systems, Inc. for the purchase of assets exclusively used

in the Debtors' brake hose business and certain intellectual property (the "Assets").  On

February 23, 2007, and in accordance with the Bidding Procedures Order, the Selling Debtor

Entities provided notice of their intent to assume and/or assign the executory contracts or

unexpired leases as reflected in the Notice of Assumption and/or Assignment of Executory

Contract of Unexpired Lease to Purchaser With Respect to Brake Hose Business (the

"Purchaser Assumption/Assignment Notice") (Docket No. 7030).  The Selling Debtor

Entities hereby provide notice (the "Notice") of their intent to assume and/or assign, in

addition to those executory contracts or unexpired leases reflected in the Purchaser

Assumption/Assignment Notice, the executory contract or unexpired lease (the "Assigned

Contract") listed on Exhibit 1 hereto to the Successful Bidder with respect to the Assets.

Capitalized terms used but not otherwise defined in this notice have the meanings ascribed to

them in the Bidding Procedures Order.

        2.      On the date of the closing of the transactions contemplated by the

Agreement (the "Closing Date"), or as soon thereafter as is reasonably practicable, the Selling

Debtor Entities will pay the amount the Selling Debtor Entities' records reflect is owing for

prepetition arrearages, if any, as set forth on Exhibit 1 hereto (the "Cure Amount").  The

Selling Debtor Entities' records reflect that all postpetition amounts owing under the

Assigned Contract have been paid and will continue to be paid until the assumption and/or

assignment of the Assigned Contract and that, other than the Cure Amount, there are no other

defaults under the Assigned Contract.

3.      Objections, if any, to the proposed Cure Amount must (a) be in

writing, (b) state with specificity the cure asserted to be required, (c) include appropriate

documentation thereof, (d) conform to the Federal Rules of Bankruptcy Procedure, the Local

Bankruptcy Rules for the Southern District of New York, and the Amended Eighth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),

9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered by this Court on October 26, 2006

(Docket No. 5418), (e) be filed with the Bankruptcy Court in accordance with General Order

M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (f) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (g) be served in hard-copy form so that they are actually received within ten

days of service of this Notice upon (i) Delphi Automotive Systems LLC, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate,

Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n:

John Wm. Butler, Jr.), (iv) counsel for the agent under the postpetition credit facility, Davis

Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald

Bernstein and Brian Resnick), (v) counsel for the Official Committee of Unsecured Creditors,

Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J.

Rosenberg and Mark A. Broude), (vi) counsel for the Official Committee of Equity Security

Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York,

New York 10004 (Att'n: Bonnie Steingart), (vii) counsel for the Purchaser, Coolidge Wall

Co., L.P.A., 33 West First Street, Dayton, Ohio 45402 (Att'n: Ronald S. Pretekin), and (viii)

the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard).

       4.     If an objection to the Cure Amount is timely filed, a hearing with

respect to the objection will be held before the Honorable Robert D. Drain, United States

Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, Room 610, New York, New York 10004, at such date and time as the

Court may schedule.  A hearing regarding the Cure Amount, if any, may be continued at the

sole discretion of the Selling Debtor Entities until after the Closing Date.

       5.     If no objection is timely received, the Cure Amount set forth in Exhibit

1 hereto shall be controlling, notwithstanding anything to the contrary in any Assigned

Contract or any other document, and the non-Debtor party to the Assigned Contract shall be

deemed to have consented to the Cure Amount and shall be forever barred from asserting any

other claims against the Debtors, the Purchaser, or the Successful Bidder (as appropriate), or

the property of either of them, as to such Assigned Contract.  The failure of any objecting

person or entity to timely file its objection shall be a bar to the assertion, at the Sale Hearing

or thereafter, of any objection to the Sale Motion, the Sale, or the Selling Debtor Entities'

consummation and performance of the Agreement (including the transfer of the Assets and

the Assigned Contracts free and clear of all Interests), if authorized by the Court.

6.        Prior to the Closing Date, the Selling Debtor Entities may amend their

decision with respect to the assumption and/or assignment of the Assigned Contract and

provide a new notice amending the information provided in this Notice.

Dated:  New York, New York
          March 2, 2007

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
        John Wm. Butler, Jr. (JB 4711)
        John K. Lyons (JL 4951)
        Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By:  /s/ Kayalyn A. Marafioti
        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. # 7ND000DR between General Motors Corporation and Delphi C; Part #10345989; Issue Date 9/7/2006; Amendment #2; Expires 7/31/2007; Issue Date 7/20/2004 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NC00054 between GM of Canada Ltd. and Delphi C; Part #15134754; Issue Date 8/14/2005; Amendment #2; Expiration Date 12/31/2009; Issue Date 6/14/2004 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| P.O. # 7ND000DD between General Motors Corporation and Delphi C; Part #15134754; Issue Date 8/14/2005; Amendment #2; Expiration Date 12/31/2009; Issue Date 6/14/2004 | $0.00 |

# EXHIBIT 1

Genasys L.C.
General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| P.O. #NMG0000L between Genasys L.C. and Delphi C; Part #15134754; Issue Date 8/14/2005; Amendment #1; Expiration Date 12/31/2009; Issue Date 4/13/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000F2 between General Motors Corporation and Delphi C; Part #15222937; Issue Date 9/7/2006; Amendment #1; Expiration Date 7/31/2007; Issue Date 7/26/2004 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000F3 between General Motors Corporation and Delphi C; Part #15222938; Issue Date 9/7/2006; Amendment #1; Expiration Date 7/31/2007; Issue Date 7/26/2004 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| **Contract to be assumed and assigned:** | **Cure amount:** |
|---|---|
| P.O. #7ND000GV between General Motors Corporation and Delphi C; Part #15230029; Issue Date 9/7/2006; Amendment #3; Expiration Date 7/31/2007; Issue Date 2/7/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000GW between General Motors Corporation and Delphi C; Part #15230030; Issue Date 9/7/2006; Amendment #3; Expiration Date 7/31/2007; Issue Date 2/7/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000GX between General Motors Corporation and Delphi C; Part #15230036; Issue Date 9/7/2006; Amendment #3; Expiration Date 7/31/2007; Issue Date 2/7/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000GZ between General Motors Corporation and Delphi C; Part #15230037; Issue Date 9/7/2006; Amendment #3; Expiration Date 7/31/2007; Issue Date 2/7/2005 | $0.00 |

# EXHIBIT 1

Magna Drivetrain
Steyr De Mexico, S.A. DE C.V.
Calle 1 No. 104 Parque Ind. Santa Maria
25947 Ramos Arizpe
Coahuila R.F.C. SME991215 7 NA
Mexico

| Contract to be assumed and assigned: | Cure amount: |
| :---: | :---: |
| P.O. #5500000463 between Magna Drivetrain and Delphi C; Part #15232835; Validity from 8/15/2005; Validity to 7/31/2010 | $0.00 |

# EXHIBIT 1

Magna Drivetrain
Steyr De Mexico, S.A. DE C.V.
Calle 1 No. 104 Parque Ind. Santa Maria
25947 Ramos Arizpe
Coahuila R.F.C. SME991215 7 NA
Mexico

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #5500000464 between Magna Drivetrain and Delphi C; Part #15232836; Validity from 8/15/2005; Validity to 7/31/2010 | $0.00 |

# EXHIBIT 1

Magna Drivetrain
Steyr De Mexico, S.A. DE C.V.
Calle 1 No. 104 Parque Ind. Santa Maria
25947 Ramos Arizpe
Coahuila R.F.C. SME991215 7 NA
Mexico

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #5500000204 between Magna Drivetrain and Delphi C; Part #22706789; Validity from 1/30/2005; Revision #1; Validity to 12/31/2009 | $0.00 |

# EXHIBIT 1

Dana Fluid System Products
500 Raybestos Dr
Upper Sandusky OH 43351

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #P11069-03 between Dana Fluid System Products and Delphi C, Part #17999567, Issue Date 1/28/2003, Expiration Date 12/31/2007 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NC0005K between GM of Canada Ltd. and Delphi C; Part 15238606; Issue Date 9/7/2006; Amendment #4; Expiration Date 7/31/2007; Issue Date 12/24/2004 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NC0005L between GM of Canada Ltd. and Delphi C; Part 15238607; Issue Date 9/7/2006; Amendment #4; Expiration Date 7/31/2007; Issue Date 12/24/2004 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NC0005M between GM of Canada Ltd. and Delphi C; Part 15238612; Issue Date 9/7/2006; Amendment #4; Expiration Date 7/31/2007; Issue Date 12/24/2004 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NC00063 between GM of Canada Ltd. and Delphi C; Part 15242630; Issue Date 2/8/2006; Amendment #3; Expiration Date 6/1/2007; Issue Date 12/23/2004 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NC00064 between GM of Canada Ltd. and Delphi C; Part 15242631; Issue Date 2/8/2006; Amendment #3; Expiration Date 6/1/2007; Issue Date 12/23/2004 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NC00065 between GM of Canada Ltd. and Delphi C; Part 15242632; Issue Date 2/8/2006; Amendment #3; Expiration Date 6/1/2007; Issue Date 12/23/2004 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| P.O. #7ND000J0 between General Motors Corporation and Delphi C; Part #15283581; Issue Date 1/5/2006; Amendment #2; Expiration Date 12/31/2007; Issue Date 4/1/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000J1 between General Motors Corporation and Delphi C; Part #15283582; Issue Date 1/5/2006; Amendment #2; Expiration Date 12/31/2007; Issue Date 4/1/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000J2 between General Motors Corporation and Delphi C; Part #15802375; Issue Date 2/8/2006; Amendment #2; Expiration Date 6/1/2007; Issue Date 4/14/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000J3 between General Motors Corporation and Delphi C; Part #15802376; Issue Date 2/8/2006; Amendment #2; Expiration Date 6/1/2007; Issue Date 4/14/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|:---:|:---:|
| P.O. #7ND000J4 between General Motors Corporation and Delphi C; Part #15802377; Issue Date 6/15/2006; Amendment #1; Expiration Date 7/31/2007; Issue Date 4/14/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000J5 between General Motors Corporation and Delphi C; Part #15802378; Issue Date 2/8/2006; Amendment #3; Expiration Date 6/1/2007; Issue Date 4/14/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000JF between General Motors Corporation and Delphi C; Part #15823490; Issue Date 2/8/2006; Amendment #1; Expiration Date 6/1/2007; Issue Date 6/24/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000JN between General Motors Corporation and Delphi C; Part #15823491; Issue Date 2/8/2006; Amendment #1; Expiration Date 6/1/2007; Issue Date 6/24/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000JL between General Motors Corporation and Delphi C; Part #15823492; Issue Date 9/7/2006; Amendment #3; Expiration Date 7/31/2007; Issue Date 6/24/2005 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7ND000JM between General Motors Corporation and Delphi C; Part #15823493; Issue Date 9/7/2006; Amendment #3; Expiration Date 7/31/2007; Issue Date 6/24/2005 | $0.00 |

# EXHIBIT 1

Saturn
General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoeniz AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #OPKV0002 between Saturn and Delphi C; Part #22716552; Issue Date 9/7/2006; Amendment #5; Expiration Date 7/31/2007; Issue Date 12/11/2002 | $0.00 |

# EXHIBIT 1

GM de Mexico S.de R.L. de C.V.
Av. Ejercito Nacional #843
Col. Granada D.F. 11520
Mexico

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| P.O. #7NB0003F between GM de Mexico S.de R.L. de C.V. and Delphi C; Part #22716552; Issue Date 9/7/2006; Amendment #4; Expiration Date 7/31/2007; Issue Date 10/15/2004 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| P.O. #7ND0009K between General Motors Corporation and Delphi C; Part #22716552; Issue Date 9/7/2006; Amendment #6; Expiration Date 7/31/2007; Issue Date 12/11/2002 | $0.00 |

# EXHIBIT 1

GM de Mexico S.de R.L. de C.V.
Av. Ejercito Nacional #843
Col. Granada D.F. 11520
Mexico

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NF00000 between Delphi – C – Upper Sandusky c/o Continental Hose and GM de Mexico S.de R.L. de C.V.; Part #17999746; Issue Date 10/30/06; Amendment #11; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NH00007 between Delphi – C – Upper Sandusky c/o Continental Hose and General Motors Corporation; Part #22163235; Issue Date 10/30/06; Amendment #9; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

GM de Mexico S.de R.L. de C.V.
Av. Ejercito Nacional #843
Col. Granada D.F. 11520
Mexico

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NF00001 between Delphi – C – Upper Sandusky c/o Continental Hose and GM de Mexico S.de R.L. de C.V.; Part #22111869; Issue Date 10/30/06; Amendment #9; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

GM de Mexico S.de R.L. de C.V.
Av. Ejercito Nacional #843
Col. Granada D.F. 11520
Mexico

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NF00002 between Delphi – C – Upper Sandusky c/o Continental Hose and GM de Mexico S.de R.L. de C.V.; Part #22163235; Issue Date 10/30/06; Amendment #9; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

GM de Mexico S.de R.L. de C.V.
Av. Ejercito Nacional #843
Col. Granada D.F. 11520
Mexico

| Contract to be assumed and assigned: | Cure amount: |
|:---:|:---:|
| P.O. #7NF00003 between Delphi – C – Upper Sandusky c/o Continental Hose and GM de Mexico S.de R.L. de C.V.; Part #22163441; Issue Date 10/30/06; Amendment #8; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

GM de Mexico S.de R.L. de C.V.
Av. Ejercito Nacional #843
Col. Granada D.F. 11520
Mexico

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NF00004 between Delphi – C – Upper Sandusky c/o Continental Hose and GM de Mexico S.de R.L. de C.V.; Part #15713541; Issue Date 10/30/06; Amendment #9; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

GM de Mexico S.de R.L. de C.V.
Av. Ejercito Nacional #843
Col. Granada D.F. 11520
Mexico

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NF00005 between Delphi – C – Upper Sandusky c/o Continental Hose and GM de Mexico S.de R.L. de C.V.; Part #15713542; Issue Date 10/30/06; Amendment #9; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NG00000 between Delphi – C – Upper Sandusky c/o Continental Hose and GM of Canada Ltd; Part #22163441; Issue Date 10/30/06; Amendment #8; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NG00001 between Delphi – C – Upper Sandusky c/o Continental Hose and GM of Canada Ltd; Part #22163235; Issue Date 10/30/06; Amendment #9; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NG00002 between Delphi – C – Upper Sandusky c/o Continental Hose and GM of Canada Ltd; Part #22111869; Issue Date 10/30/06; Amendment #9; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NG00005 between Delphi – C – Upper Sandusky c/o Continental Hose and GM of Canada Ltd; Part #17999746; Issue Date 10/30/06; Amendment #11; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| **Contract to be assumed and assigned:** | **Cure amount:** |
|---|---|
| P.O. #7NH0000C between Delphi – C – Upper Sandusky c/o Continental Hose and General Motors Corporation; Part #22163441; Issue Date 10/30/06; Amendment #8; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NH0000M between Delphi – C – Upper Sandusky c/o Continental Hose and General Motors Corporation; Part #15713541; Issue Date 10/30/06; Amendment #9; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NH0000N between Delphi – C – Upper Sandusky c/o Continental Hose and General Motors Corporation; Part #15713542; Issue Date 10/30/06; Amendment #9; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NH00001 between Delphi – C – Upper Sandusky c/o Continental Hose and General Motors Corporation; Part #17999746; Issue Date 10/30/06; Amendment #11; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors Corporation
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NH00006 between Delphi – C – Upper Sandusky c/o Continental Hose and General Motors Corporation; Part #22111869; Issue Date 10/30/06; Amendment #9; Expires 6/30/08; Issue Date 8/1/1998 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NC0005N between GM of Canada Ltd. and Delphi C; Part #15238613; Issue Date 9/7/2006; Amendment #4; Expiration Date 7/31/2007; Issue Date 12/24/2004 | $0.00 |

# EXHIBIT 1

General Motors of Canada Limited
Manual PO Support Workgroup
PO Box 63070
Phoenix AZ 85082-3070

| Contract to be assumed and assigned: | Cure amount: |
|---|---|
| P.O. #7NC00062 between GM of Canada Ltd. and Delphi C; Part #15242629; Issue Date 2/8/2006; Amendment #3; Expiration Date 6/1/2007; Issue Date 12/23/2004 | $0.00 |

# EXHIBIT 1

Harco Brake Systems Inc
P.O. Box 326
Englewood OH 45322-0326

| Contract to be assumed and assigned: | Cure amount: |
| --- | --- |
| Delphi Energy Chassis (AHG) & Harco Brake Systems Brake Hose Assembly Contract Policy Statements dated January 1, 2005 | $0.00 |