**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | Chapter 11 |
| Debtors. | Honorable Robert D. Drain |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that David G. Dragich of the firm Foley & Lardner LLP,

hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Intermet Corporation

("Intermet").  As a party in interest and, pursuant to Bankruptcy Rule 2002 and section 1109(b)

of 11 U.S.C. §§ 101-1330 (as amended by the Bankruptcy Abuse and Consumer Protection Act

of 2005, the "Bankruptcy Code"), the Intermet hereby request that all notices given or required

to be given in these cases be given to and served upon the undersigned at the following address:

DAVID G. DRAGICH
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, Michigan 48226-3489
ddragich@foley.com
(313) 234-7100
Facsimile: (313) 234-2800


And

ALAN MILLER
INTERMET CORPORATION
301 Commerce Street, Suite 2901
Fort Worth, Texas  76102
amiller@intermet.com


Please take further notice that pursuant to section 1109(b) of the Bankruptcy

Code, the foregoing request includes not only the notices and appearance referred to in the

Bankruptcy Rules but also includes, without limitation, notices of any application, motion,

DETR.147641

petition, pleading, request, complaint or demand, whether formal or informal, which affects or

seeks to affect in any way the rights or interest of parties in interest in this case.


Dated: March 2, 2007

Respectfully submitted,


/s/ Lori V. Vaughan_____
Lori V. Vaughan
Foley & Lardner LLP
90 Park Avenue
New York, New York  10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
lvaughan@foley.com