**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                            )
In re:                                      )   Chapter 11
                                            )
DELPHI AUTOMOTIVE SYSTEMS LLC               )   Case No. 05-44640 (RDD)
                                            )
                                            )
                                            )
          Debtor.                           )
-------------------------------------------------------------------x
```

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:          **ANALOG DEVICES, INC.** ("Transferor")
                   1 Technology Way
                   Norwood, MA 02062
                   Attn: Bill Casey, Principal Accounting

2.    Please take notice of the transfer, in the amount of $1,944,373.96, of your general unsecured claim against DELPHI AUTOMOTIVE SYSTEMS LLC, as jointly administered In re: Delphi Corporation, Case No. 05-44481, as evidenced by the Proof of Claim No. 2904 (attached in Exhibit A hereto), has been transferred to:

                   **GOLDMAN SACHS CREDIT PARTNERS, L.P.** ("Transferee")
                   c/o Goldman, Sachs & Co.
                   30 Hudson, 17th Floor
                   Jersey City, NJ 07302
                   Attn: Pedro Ramirez
                   Telephone: (917) 343-8319
                   Fax: (212) 428-1243

      As per the Debtor's Ninth Omnibus Objection, this general unsecured claim is against DELPHI AUTOMOTIVE SYSTEMS LLC.  An evidence of transfer of claim is attached hereto as Exhibit B. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the instructions attached in Exhibit C.

3.    No action is required if you do not object to the transfer of your claim.  However, **IF YOU OB-JECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

NY393599.1/153-02202

--          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

            United States Bankruptcy Court
            Southern District of New York
            Attn: Clerk of Court
            Alexander Hamilton Custom House
            One Bowling Green
            New York, NY 10004-1408

--          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

--          Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further
            correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT
TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON
OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                        CLERK
-------------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____,
2007.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                        _____
                        Deputy Clerk

NY393599.1/153-02202

## EXHIBIT A

**PROOF OF CLAIM**

NY393599.1/153-02202

12/06/2006 18:27 FAX 781 461 3903          ANALOG DEVICES                          ☑002

| United States Bankruptcy Court | District Of | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor**
DELPHI CORPORATION

**Case Number**
05-44481

This Space For Court Use Only

Claim #02904
USBC SDNY
Delphi Corporation, et al
05-44481 (RDD)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Analog Devices, Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Address where notices should be sent:**
Analog Devices, Inc.
3 Technology Way
Norwood, MA  02062-9106
   Attn: William Casey
         Corporate Credit Manager

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone Number:**

This Space For Court Use Only

**Account or other number by which creditor identifies debtor:**
1000151 + 1003647

Check here if this claim ☐ replaces or ☒ amends a previously filed claim
dated: _____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)        (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**  $1,944,373.96 _____ _____ _____ $1,944,373.96
                                                          (Unsecured Nonpriority)  (Secured)  (Unsecured Priority)  (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 1,944,373.96
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

CLAIM _____ USING CENTER
USBC SDNY          1

**Date** 4/18/2006     Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
William L. Casey, Corporate Credit Manager

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

0544481060427000000000035

## EXHIBIT B

### EVIDENCE OF TRANSFER OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Analog Devices, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Goldman Sachs Credit Partners L.P. (the "Assignee") 100% (or $1,944,373.96) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Delphi Automotive Systems, LLC (the "Debtor"), the Debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), jointly administered with other affiliates under *In re Delphi Corporation* (Case No. 05-44481), and the relevant portion of any and all proofs of claim (No. 2904) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ⎿ day of March 2007

ASSIGNOR

ANALOG DEVICES, INC.

By: _____
    Name:  *William Casey*
    Title:  *Corp Credit Mgr*

ASSIGNEE

GOLDMAN SACHS CREDIT PARTNERS L.P.

By: _____
    Name:
    Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Analog Devices, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Goldman Sachs Credit Partners L.P. (the "Assignee") 100% (or $1,944,373.96) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Delphi Automotive Systems, LLC (the "Debtor"), the Debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), jointly administered with other affiliates under *In re Delphi Corporation* (Case No. 05-44481), and the relevant portion of any and all proofs of claim (No. 2904) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ⎿ day of March 2007

ASSIGNOR

ANALOG DEVICES, INC.

By: _____     _____
     Name:
     Title:

ASSIGNEE

GOLDMAN SACHS CREDIT PARTNERS L.P.

By: *Jaime Weisfel*
     Name:
     Title:   Jaime Weisfelner
             Authorized Signatory

## EXHIBIT C

Address for Notices:

Goldman Sachs Credit Partners L.P.
c/o Goldman, Sachs & Co.
30 Hudson, 17th Floor
Jersey City, NJ  07302
Attention:      Pedro Ramirez
Telephone:     (917) 343-8319
Fax:             (212) 428-1243

Wire Instructions:

Citibank N.A.
New York, New York
ABA No.:        021000089
Acct. No.:       40717188
Acct. Name:    Goldman Sachs Credit Partners L.P.
Reference:      Delphi (Trade Claim) from Analog
Attention:      Bank Loan Operations – Philip F. Green