Will Guerrant (wg6304)
Texas State Bar No. 08581350
**CLARK, THOMAS & WINTERS,**
**A Professional Corporation**
300 W. Sixth Street, Suite 1500
Austin, Texas 78701
(512) 472-8800
(512) 474-1129 (Fax)
wbg@ctw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | )   **Chapter 11** |
| | ) |
| **DELPHI CORPORATION** | )   **Case No. 05-44481 (RDD)** |
| *et al.*, | ) |
| | )   **(Jointly Administered)** |
| **Debtors.** | ) |
| | ) |

### CERTIFICATE OF SERVICE

      I, Will Guerrant, hereby certify that on this 5th day of March, 2007, I caused a true and correct copy of the Response to be served by first class mail, postage prepaid, on the parties listed below.

**Debtors**

Delphi Corporation
Att'n: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

**Counsel to Debtors**

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., John K. Lyons, Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

      By: /s/ Will Guerrant
Will Guerrant (wg6304)
Texas State Bar No. 08581350
wbg@ctw.com

*Certificate of Service*