UNITED STATES BANKRUPTCY COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>_____X

In re:                                                    Chapter 11
DELPHI CORPORATION, <u>et al.</u>,                        Case No. 05-44481
                                                          (Jointly Administered)

                        Debtors.

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:     Phillips Plastic Corporation
                4356 Paysphere Circle
                Chicago, IL 60674

                Phillips Plastic Corporation
                7 Longlake Drive
                Phillips, WI 54555
                Attn: Mark Huey

Transferee:     Contrarian Funds, LLC
                411 West Putnam Avenue, S-225
                Greenwich, CT 06830
                Attn: Alisa Mumola

A transfer of all right, title and interest in and to the schedule amounts held by Phillips Plastic Corporation (the "Transferor") in the amount of **$352,054.77** against **Delphi Automotive Systems LLC, $4,216.00, $58,751.22, $20,321.60 and $25,622.40 against Delphi Mechatronics Systems, Inc.** and its affiliates. This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

        United States Bankruptcy Court
        Alexander Hamilton Custom House
        Attn: Bankruptcy Clerk
        One Bowling Green
        New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
        Refer to INTERNAL CONTROL No. _____ in your objection.
        If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2007.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____   Debtor's Attorney _____

                                        _____
                                        Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**PHILLIPS PLASTICS CORPORATION**, a Wisconsin corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 27, 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claims (the "Claims"), in the principal amounts listed on Schedule A attached hereto, against the Debtors listed on Schedule A attached here, (the "Debtors") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case nos. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of these Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 27th day of February 2007.

**(Assignor)**
PHILLIPS PLASTICS CORPORATION

By: _____

Name: _John L. Johnson_____

Title: _V. P._____

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____

Name: _____
JANICE M. STANTON
Title: _____
MEMBER

**(Assignor)**
**WITNESS:**

By: _____

Name: _MARK R HUEG_____

Title: _Manager of Financial Services_

MILW_2202277.1

# Schedule A
## Phillips Plstics Corporation

| Debtor | Case Number | Scheduled Amount | Proof of claim amount | Claim No. |
|---|---|---|---|---|
| Delphi Automotive Systems LLC | 05-44640 | 352,054.77 | | |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 4,216.00 | | |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 58,751.22 | | |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 20,321.60 | | |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 25,622.40 | | |
| Delphi Mechatronic Systems, Inc. | | | 112,039.75 | 10581 |
| Delphi Automotive Systems LLC | | | 203,432.68 | 10580 |
| Delphi Corporation | | | 9,001.06 | 10579  Property |
| Delphi Corporation | | | 751,115.95 | 10579  Coulete |