**LOWENSTEIN SANDLER PC**
Michael S. Etkin, (ME 0570)
Ira M. Levee (IL 9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
            and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs and the Prospective Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 05-44481-RDD<br><br>(Jointly Administered)<br><br>**Hearing Date: March 22, 2007 at 10:00 A.M.**<br>**Objection Deadline: March 19, 2007 at 4:00 P.M.** |

### NOTICE OF HEARING ON LEAD PLAINTIFFS' MOTION
### FOR A LIMITED MODIFICATION OF THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on March 6, 2007, Lead Plaintiffs in *In re Delphi Securities Litigation* filed a Supplemental Pleading In Further Support Of The Motion (Docket No. 1063) For A Limited Modification Of The Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that a continued hearing (the "Hearing") on Lead Plaintiffs' Motion for a Limited Modification of the Automatic Stay, shall be heard before the Honorable Robert D. Drain, U.S.B.J., at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on March 22, 2007 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy and shall be filed with this Court electronically in accordance with General Order M-242, by registered users of the filing system and by all other parties in interest, on a 3.5 inch disk, Document Format ("PDF"), Word Perfect or any other Windows-based system (along with a hard copy delivered directly to Chambers), and shall be served in accordance with General Order M-242 and with the Case Management Orders entered in this case and upon the undersigned attorneys for the Lead Plaintiffs, so as to be received no later than March 19, 2007 at 4:00 P.M.

**PLEASE TAKE FURTHER NOTICE** that only those objections made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set for herein, the Bankruptcy Court may enter a final order granting the Motion **without further notice**.

Dated: March 6, 2007                    **LOWENSTEIN SANDLER PC**

                                    **By:**/s/ Michael S. Etkin
                                          Michael S. Etkin, (ME 0570)
                                          Ira M. Levee (IL 9958)
                                          1251 Avenue of the Americas, 18th Floor
                                          New York, New York 10020
                                          (212) 262-6700  (Telephone)
                                          (212) 262-7402  (Facsimile)

                                                and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs and the Prospective Class*