**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I, Ira M. Levee, of full age, certify that on March 6, 2007, I caused to be served a copy of the Notice of Hearing On Lead Plaintiffs' Motion For A Limited Modification Of The Automatic Stay and Lead Plaintiffs' Supplemental Pleading In Further Support Of The Motion (Docket No. 106b) For Limited Modification Of The Automatic Stay via facsimile and first class mail on the parties listed on the attached service list, and via electronic mail on the parties on the 2002 Service List.

Dated: March 6, 2007

/s/ Ira M. Levee
    Ira M. Levee

Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
973.597.2480 (Telephone)
973.597.2481 (Facsimile)

*Bankruptcy Counsel to Lead*
*Plaintiffs and the Prospective Class*

# SERVICE LIST

John W. Butler, Jr., Esq.
David Springer, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
Fax : (312) 407-0411
**Attorneys for the Debtor**

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
Fax: 212-735-2000
**Attorneys for the Debtor**

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Fax: (212) 848-4387
**Attorneys for the Debtor**

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Fax: (212) 455-2502
**Attorneys for JP Morgan Chase Bank N.A.**

Marlane Melican, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Fax: (212) 450-3800
**Attorneys for JPMorgan Chase Bank, N.A.,
as Administrative Agent**

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax : (212) 668-2255
**U.S. Trustee**

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Fax: (212) 751-4864
**Attorneys for The Official Committee Of
Unsecured Creditors**