UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re:*

DELPHI CORPORATION, *et al.*,

Debtors.

Case No.  05-44481 (RDD)
Chapter 11 Case

(*Jointly Administered*)

# CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2007, I electronically filed the Response to Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) and Federal Rule of Bankruptcy Procedure 3007 to Certain (A) Duplicative and Amended Claims; (B) Claims Duplicative of Consolidated Trustee Claim; (C) Equity Claims; and (D) Protective Claims on behalf of Alliance Precision Plastics Corporation in regard to the captioned case with the Clerk of the Bankruptcy Court using the CM/ECF system for the Southern District of New York.

      And, I hereby further certify that also on March 6, 2007, via first-class mail, under the exclusive care and custody of the United States Postal Service for the State of New York, copies of said Response in regard to the captioned case were deposited in properly addressed, postage-paid envelopes in an official depository to the individuals at the following addresses:

**Delphi Corporation**
*Attn*.:  **General Counsel**
**5725 Delphi Drive**
**Troy, Michigan  48098**

**Skadden, Arps, Slate, Meagher & Flom, LLP**
**Counsel to the Debtors**
*Attn*.:  **John William Butler, Jr., John K.**
**Lyons & Joseph N. Wharton**
**333 West Wacker Drive, Suite 2100**
**Chicago, Illinois  60606**

/s/ Jessica S. McCarthy
JESSICA S. MCCARTHY

{H0742743.1}