UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
                        :        **Chapter 11**

In re:                      :

                        :        **Case No. 05-44481 (RDD)**

**Delphi Corporation, et al.**    :        **(Jointly Administered)**

                        :

          **Debtors**        :
------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### NOS. 9469 & 9470 PURSUANT TO FRBP RULE 3001(e)(2)

TO:    **APS CLEARING CORPORATION**
        **("Assignor")**
        Attn:  Matthew Hamilton
        1301 Capital of Texas Hwy.
        Suite No. B-220
        Austin, TX  78746

As of February 28, 2007, Assignor's claims against Debtor in the principal amount of $1,388,765.71 (the "Claim") have been transferred to the following Assignee:

      **JPMorgan Chase Bank, N.A.**
      **270 Park Avenue**
      **New York, NY 10017**
      **Attention:   Neelima Veluvolu**
      **Telephone:  (212) 270-2150**
      **Facsimile:   (646) 792-3855**
      **E-mail:      neelima.veluvolu@jpmorgan.com**

The Evidence of Transfer of Claims is attached as Exhibit A and the Assignee's payment instructions are attached as Exhibit B. The Proofs of Claim are attached hereto as Exhibit C.  No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Attn: Northwest Airlines Claims Processing<br>One Bowling Green Station, P.O. Box 5005<br>New York, New York 10274-5005 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

**PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:**

> **JPMorgan Chase Bank, N.A.**
> **270 Park Avenue**
> **New York, NY 10017**
> **Attention:    Neelima Veluvolu**
> **Telephone:    (212) 270-2150**
> **Facsimile:    (646) 792-3855**
> **E-mail:    neelima.veluvolu@jpmorgan.com**

**WITH A COPY TO :**

> **Kirkpatrick & Lockhart Preston Ellis Gates LLP**
> **599 Lexington Avenue**
> **New York, NY 10022**
> **Attention:    Steven H. Epstein**
> **Telephone:    (212) 536-4830**
> **Facsimile:    (212) 536-4001**
> **E-mail :    sepstein@klgates.com**

If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated:  March 6, 2007

**JPMORGAN CHASE BANK, N.A.**

By: _____
Name:
Title:    Andrew Opel
Authorized Signatory

## <u>EXHIBIT A</u>

**Evidence Of Transfer Of Claim**

EXHIBIT A
EVIDENCE OF TRANSFER

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

APS Clearing, Inc., with an address at 1301 Capital of Texas Hwy, Suite B-220, Austin, Texas 78746 ("**Assignor**") transfers and assigns unto JPMorgan Chase Bank, N.A., its successors and assigns ("**Assignee**"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to (a) those certain proofs of claim, identified on the attached Schedule of Claims, as further identified in each Assignor's duly and timely filed Proof of Claim (the "**Proof of Claim**") against Delphi Automotive Systems, LLC (the "**Debtor**"), and (b) those certain scheduled claims, identified on the attached Schedule of Claims, as further listed in Schedule F of the Debtor's Schedules of Assets and Liabilities (the "**Scheduled Claim**")[2] filed in the United States Bankruptcy Court, Southern District of New York ("**Bankruptcy Court**"), jointly administered under Case No. 05-44481.

Assignor hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the Assignor and the Assignee have caused this Assignment to be duly executed as of February **25**, 2007.

**ASSIGNOR:**

APS CLEARING, INC.
a Delaware corporation

By: _____
Name: Matthew Hamilton, Esq.
Title: Managing Director

**ASSIGNEE:**

JPMORGAN CHASE BANK, N.A.

By: _____
Name:
Title:        Andrew Opel
          Authorized Signatory

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.
[2] The Proof of Claim and the Scheduled Claim are together hereinafter referred to as the "**Claims.**"

A-1

## <u>EXHIBIT B</u>

**Assignee's Payment And Delivery Instructions**

<u>Assignee's Payment and Delivery Instructions</u>

<u>Wire</u>:
Name of Bank:                              **JPMorgan Chase Bank, N.A.**
Routing Transit/ABA number:                **021000021**
Name of Account:                           **SPS High Yield Loan Trading**
Account Number:                            **544-7-94742**

# EXHIBIT C

## Proofs of Claim

<u>EXHIBIT A</u>
EVIDENCE OF TRANSFER

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

D & R Technology LLC, with an address at 400 East Fullerton Ave., Carol Stream, IL 60188 ("**Assignor**") transfers and assigns unto APS Clearing, Inc., its successors and assigns ("**Assignee**"), pursuant to the terms of that certain Purchase and Sale Agreement For Certain Claims In The Chapter 11 Cases[1], of even date herewith (the "**Agreement**"), all of its right, title and interest in and to (a) those certain proofs of claim, identified on the attached <u>Schedule</u>, as further identified in each Assignor's duly and timely filed Proof of Claim against Delphi Automotive Systems, LLC (the "**Debtor**"), and (b) that certain Scheduled Claim,[2] identified on the attached <u>Schedule</u>, as further listed in Schedule F of the Debtor's Schedules of Assets and Liabilities filed in the United States Bankruptcy Court, Southern District of New York ("**Bankruptcy Court**"), jointly administered under Case No. 05-44481.

Assignor hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the Assignor and the Assignee have caused this Assignment to be duly executed as of February ___, 2007.

**ASSIGNEE:**

APS CLEARING, INC.
a Delaware corporation

By: _____
Name: Matthew Hamilton, Esq.
Title: Managing Director

1301 S. Capital of Texas Hwy. Ste B-220
Austin, Texas 78746

**ASSIGNOR:**

D & R TECHNOLOGY LLC

By: _____
Name: DONALD A. SUZZI
Title: C.F.O.

400 East Fullerton Ave.
Carol Stream, Illinois 60188

---

[1] Capitalized terms not otherwise defined herein, have those meaning ascribed to such terms in the Agreement.

[2] The Proof of Claim and the Scheduled Claim are together hereinafter referred to as the "**Claims**."

A-1

# 4969

| UNITED STATES BANKRUPTCY COURT  Southern | DISTRICT OF  New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case.  A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**The Debtor has listed your claim as Unliquidated and Disputed on Schedule F as a General Unsecured claim in the amount of $44,673.23.  If you believe that you have a claim against the Debtor, you are required to complete and return this form.**

Name of Creditor (The person or other entity to whom the debtor owes money or property):
D & R Technology Llc

Name and address where notices should be sent:
D & R Technology Llc
450 Windy Point Ln
Glendale Heights IL 60139     400 FULLERTON
                              CAROL STREAM IL
                                    60188

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

Master Code: 10407675
Claim #09469
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)
THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
RD 130386357

Check here ☐ replaces
if this claim ☐ amends     a previously filed claim, dated:_____

**1. Basis for Claim**

☒ Goods Sold / Services Performed      **RECEIVED**
☐ Customer Claim
☐ Taxes                                **JUL 18 2006**
☐ Money Loaned
☐ Personal Injury                      **KURTZMAN CARSON**
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
         (date)        (date)

**2. Date debt was incurred:**  1/12/05 TO  10/8/05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 40,936.77
                    (unsecured)     (secured)     (priority)     *40,936.77 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $ 40,936.77

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 13 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date<br>6/29/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):   DONALD A SUZZI / CFO |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544640006041815171701 7786

# 4970

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT __Southern__    DISTRICT OF __New York__ | | **PROOF OF CLAIM** |

| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>D & R Technology Llc<br>Name and address where notices should be sent:<br><br>D & R Technology Llc<br><s>450 Windy Point Dr</s>    400 FULLERTON<br><s>Glendale Heights IL 60139</s>    CAROL STREAM IL<br>60188<br><br>Telephone number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. |

**The Debtor has listed your claim as Unliquidated and Disputed on Schedule F as a General Unsecured claim in the amount of $1,189,544.33. If you believe that you have a claim against the Debtor, you are required to complete and return this form.**

**Master Code: 10397381**

Claim #09470
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)
THIS SPACE IS FOR COURT USE ONLY

| | |
|---|---|
| Account or other number by which creditor identifies debtor:<br>XX36424988 | Check here<br>if this claim ☐ replaces<br>☐ amends    a previously filed claim, dated:_____ |

**1. Basis for Claim**
- ☒ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other

RECEIVED
JUL 18 2006
KURTZMAN CARSON

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)    (date)

| | |
|---|---|
| **2. Date debt was incurred:**<br>11/04 To 10/8/05 | **3. If court judgment, date obtained:** |

**4. Total Amount of Claim at Time Case Filed: $ 1,347,828.94**

    (unsecured)    (secured)    (priority)    1,347,828.94 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate    ☐ Motor Vehicle
- ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 1,347,828.94

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
- ☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| | |
|---|---|
| Date<br>6/29/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>DONALD A SUZZI CFO |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544640060207175247003393