**Chambers Conference Date And Time: April 20, 2007 at 2:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                  :
   In re                      :       Chapter 11
                                  :
DELPHI CORPORATION, et al.,     :       Case No. 05-44481 (RDD)
                                  :
                   Debtors.    :       (Jointly Administered)
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF CHANGE OF GM CONTRACT REJECTION MOTION NO. 1
<u>CHAMBERS CONFERENCE DATE AND TIME</u>

PLEASE TAKE NOTICE THAT the in-person, in-camera chambers conference pursuant to 11 U.S.C. § 105(d)(1) with the Debtors and the Respondents, originally scheduled for April 25, 2007 at 3:00 p.m (Prevailing Eastern Time) under the Order Suspending Further Proceedings On Debtors' Motion For Order Under 11 U.S.C § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation, entered on January 31, 2007 (Docket No. 6778), has been rescheduled to April 20, 2007 at 2:00 p.m. (Prevailing Eastern Time).

Dated:   New York, New York
         March 7, 2007

                                    SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP

                                    By:   /s/ John Wm. Butler, Jr.
                                          John Wm. Butler, Jr. (JB 4711)
                                          John K. Lyons (JL 9331)
                                          Ron E. Meisler (RM 3026)
                                    333 West Wacker Drive, Suite 2100
                                    Chicago, Illinois 60606

                                       - and -

                                    By:   /s/ Kayalyn A. Marafioti
                                          Kayalyn A. Marafioti (KM 9632)
                                          Thomas J. Matz (TM 5986)
                                    Four Times Square
                                    New York, New York 10036

                                    Attorneys for Delphi Corporation, et al.,
                                       Debtors and Debtors-in-Possession