

**Alan L. LeBovidge**
Commissioner

Thomas K. Condon
Bureau Chief

*The Commonwealth of Massachusetts*
*Department of Revenue*
*Litigation Bureau - Bankruptcy Unit*
*Offices: 100 Cambridge Street, 7th Floor*
*Boston, Massachusetts 02114*
**All Mail To: Box 9564, Boston, MA 02114-9564**
*MAIN #617 626-3875 - FAX #617 626-3796*

FEBRUARY 15, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN
NEW YORK, NY 10004

DEAR CLERK OF COURT:

PLEASE **WITHDRAW** THE FOLLOWING CLAIM(S) IN THE MATTER OF:

DEBTOR : **DELPHI CORPORATION**

F. I. D. #:   **383-430-473**

DOCKET #:  **05-44481 RDD**

| TYPE OF CLAIM | AMOUNT | FILED ON |
|---|---|---|
| SECURED | $ | |
| UNSECURED PRIORITY | $456.00 | 12/19/2005 |
| UNSECURED GENERAL | $ | |
| ADMINISTRATIVE | $ | |

**PLEASE DATE-STAMP AND RETURN THE ATTACHED COPY IN THE ENCLOSED SELF-ADDRESSED ENVELOPE.**

THANK YOU FOR YOUR COOPERATION.

SINCERELY,

STEPHEN KOBIALKA
TAX SUPERVISOR
BANKRUPTCY UNIT

ANNE CHAN
TAX EXAMINER
TEL: (617) 626-3869

ENCLOSURE:  CLAIM(S)

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE
P.O.BOX 9564, BOSTON, MA 02114-9564
TEL #:(617)626-3875   FAX #:(617) 626-3796

PRIORITY PROOF-OF-CLAIM FOR MASSACHUSETTS TAXES

DOCKET #: 05-44481 RDD
PETITION DATE: 10/08/05   CHAPTER 11
I.D.#: 383-430-473

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF **SOUTHERN NEW YORK**

IN THE MATTER OF: **DELPHI CORPORATION**

☐ IN PROCEEDINGS FOR AN ARRANGEMENT UNDER CHAPTER 11.

☐ AMENDED PROOF-OF-CLAIM IN ADDITION TO CLAIM(S) FILED _____.

☒ AMENDED PROOF-OF-CLAIM TO SUPERSEDE CLAIM(S) FILED 12/05/2005.

1. THE UNDERSIGNED, A DULY AUTHORIZED AGENT OF THE COMMISSIONER OF REVENUE FOR THE COMMONWEALTH OF MASSACHUSETTS, FILES THIS PROOF-OF-CLAIM FOR UNPAID MASSACHUSETTS TAXES INCLUDING INTEREST AND PENALTIES CALCULATED TO THE PETITION DATE.

2. TAX PERIODS ARE MARKED BY AN ASTERISK (*) IF THE COMMISSIONER'S RECORDS INDICATE THAT NO TAX RETURN HAS BEEN FILED FOR THAT PERIOD. THE AMOUNTS SHOWN FOR THOSE PERIODS ARE EITHER ESTIMATES OR "UNKNOWN" AS INDICATED.

3. THE AMOUNT(S) LISTED ON THIS PAGE ARE A SUMMARY OF THE AMOUNT(S) DUE FOR EACH CLASS OF CLAIM AS IDENTIFIED IN ITEMS A, B, AND C BELOW.

4. TO THE EXTENT THAT POST-PETITION INTEREST AND PENALTIES ARE NON-DISCHARGEABLE AND REMAIN UNPAID, THEY MAY BE COLLECTIBLE FROM THE DEBTOR OR FROM ANY OTHER LIABLE ENTITY.

A.   **SECURED CLAIMS** (NOTICE OF MASSACHUSETTS TAX LIEN HAVING BEEN FILED PURSUANT TO GL CHAPTER 62C SECTION 50):

$_____

POST-PETITION INTEREST MAY BE PAYABLE (SEE 11U.S.C. SECTION 506(b); IN THE EVENT THAT ADEQUATE PROTECTION IS ALLOWED, CLAIMS WILL BE ADJUSTED ACCORDINGLY;).

B.   **UNSECURED PRIORITY CLAIMS** UNDER 507 (a) (8) OF THE BANKRUPTCY CODE:

$456.00

C.   **UNSECURED GENERAL CLAIMS**:

$

AUTHORIZED SIGNATURE: _____   DATE: December 13, 2005
ANNE CHAN, TAX EXAMINER, BANKRUPTCY UNIT, MDOR
TEL #:(617)626-3869



WILLIAM F. CONNOR, SUPERVISOR, BANKRUPTCY UNIT, MDOR
TEL #:(617)626-3238

# MDOR PRIORITY / GENERAL UNSECURED PROOF-OF-CLAIM

DISTRICT OF: SOUTHERN NEW YORK    DOCKET #: 05-44481 RDD
IN THE MATTER OF: DELPHI CORPORATION
CHAPTER 11 BANKRUPTCY
PETITION DATE:    10/08/05    TAX I.D.#: 383-430-473

TAX TYPE SYMBOLS:    WH = WITHHOLDING;  ST = SALES ;  MT = MEALS;  RO = ROOM OCCUPANCY
IT = INCOME;  CP = CORPORATE EXCISE;  SP. F. = SPECIAL FUELS;
SER=SERVICES  PU = PUBLIC UTILITY;  RL=ROOM LOCAL

| TAX TYPE | PERIOD ENDING | DATE TAX ASSESSED | TAX | INTEREST TO PETITION DATE | BALANCE DUE | GENERAL UNSECURED CLAIM PENALTY |
|---|---|---|---|---|---|---|
| CP | 12/31/05 | ___ | $456.00 * | $0.00 | $456.00 | $0.00 |
| **TOTAL THIS PAGE:** | | | $456.00 | $0.00 | $456.00 | $0.00 |
| | | | **SUMMARY TOTAL:** | | $456.00 | $0.00 |

PAGE 1 OF 1