UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## McNEES WALLACE & NURICK LLC'S CERTIFICATE OF SERVICE REGARDING ITS AFFIDAVIT OF LEGAL ORDINARY COUNSEL PROFESSIONAL

I, Clayton W. Davidson, Esquire, hereby certify that on October 13, 2006, a copy of McNees Wallace & Nurick LLC's Affidavit of Legal Ordinary Counsel Professional upon the following interested parties via first class mail:

Delphi Corporation
Attention: David M. Sherbin, Vice
President & General Counsel
5725 Delphi Drive
Troy, MI 48098

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044

Davis Polk & Wardwell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017

Legal Cost Control
Atttention: John J. Marquess, Esquire
255 King Highway East -- 1st Floor
Haddonfield, NJ 08033

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078

_____
Clayton W. Davidson, Esquire
McNees Wallace & Nurick LLC
100 Pine Street – P.O. Box 1166
Harrisburg, PA 17108-1166

Sworn before me this 27TH day of
February, 2007

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Ellen M. Palmer, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires Aug. 1, 2010