

**PROFESSIONAL HORTICULTURAL
CARE FOR
LAWNS–TREES–SHRUBS**

1918 Bassett Avenue • El Paso, Texas 79901 • (915) 533-1064

Honorable Robert D Drain
United States Bankruptcy Judge
US Bankruptcy Court Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

February 28, 2007

Ref: Delphi
Case No. 05-44481 (RDD)
Response to 'Ninth Omnibus Objection'

TITLE: Claims subject to modification
NAME: The Growing Concern
Claim No: 1507


RECEIVED MAR -5 2007 USBC-SDNY RDD

BASIS;
Sir,
We are the grounds maintenance company for a unit of Delphi in El Paso, TX. Our company has been doing grounds maintenance for Delphi since Jan 2000. We are currently still employed by Delphi. Our claim relates to 2 months of grounds maintenance service we provided in Sept and October of 2005. These services were in fact accepted and paid for, however the check we were paid with was rejected by the bank because of bankruptcy proceedings.
The manager at Delphi has assured us we would be paid for these services, which is one of the reasons we have continued to work at the El Paso location. His name is Bernie Quintinar 915 783-4700.
I have filed all paper work required for payment, enclosed are copies of invoices and prior filing. I assume this is a ploy for people like me to give up. We are a small business, we did the work which is actual physical labor, not goods that are sold at a marked up value, we deserve to be paid for our work. Please give us your full consideration.

Sincerely

*[signature]*

Jennifer Jones
Horticulturist for The Growing Concern

Original filing date 1/10/06
Amount $1039.50
CC:Skadden, Arps, Slate, Meagher & Flom LLP

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claim" are those Claims were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims for which (a) the Debtors have determined were overstated or were denominated in foreign currencies and the Debtors seek to modify to a fully liquidated, U.S.-denominated amount, and/or (b) the Debtors seek to appropriately re-classify the total amount of such remaining Claims, and/or (c) the Debtors seek to specify the appropriate Debtor by case number.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 1/10/2006 | 1507 | $1,039.50 | Claims Subject to Modification | 05-44640 | $1,039.50 | General Unsecured |

If you wish to view the complete exhibits to the Ninth Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Ninth Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), ARE APPLICABLE TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO OBJECTION BY THE DEBTORS PURSUANT TO THE OBJECTION SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

2

INVOICE

```
THE GROWING CONCERN                          Invoice: 292849
1918 BASSETT                                    Date: 09/30/05
EL PASO, TX    79901                         Account: 1054         bernie
915.533.1064                                   Route: 0
                                                Last:   /  /



Bill To                                      Service To
DELPHI ENERGY                                DELPHI ENERGY
ATTN:  BERNIE QUINTINAR                      32 CELERITY WAGON
32 CELERITY WAGON                            EL PASO, TX 79906
EL PASO, TX 79906

                                             783-4700 783-4701 fax
===================================================================================
                                                                        Amount
       Service Description
                                                                        519.75
       GROUNDS MAINTENANCE OCTOBER
                                                    Subtotal -          519.75

                                             Previous Balance -       1,070.08
                                             TOTAL AMOUNT DUE -       1,589.83
```

INVOICE

```
THE GROWING CONCERN                    Invoice: 292427
1918 BASSETT                              Date: 08/31/05
EL PASO, TX    79901                   Account: 1054        bernie
915.533.1064                             Route: 0
                                          Last:   /  /
```

```
Bill To                                Service To
DELPHI ENERGY                          DELPHI ENERGY
ATTN:  BERNIE QUINTINAR                32 CELERITY WAGON
32 CELERITY WAGON                      EL PASO, TX 79906
EL PASO, TX 79906
                                       783-4700  783-4701 fax
```

===========================================================================

| Service Description | Amount |
|---|---|
| GROUNDS MAINTENANCE SEPTEMBER | 519.75 |
| Subtotal - | 519.75 |
| Previous Balance - | 1,070.08 |
| TOTAL AMOUNT DUE - | 1,589.83 |

**The Growing Concern**
1918 Bassett Avenue • El Paso, Texas 79901

Response
Re: Ninth Omnibus Objection

Honorable Robert D Drain
United States Bankruptcy Judge
US Bankruptcy Court Southern District of New York
One Bowling Green, Room 610
New York, New York 10004