

Hollingsworth Lumber
6810 West   400 South
Russiaville, IN  46979

(765) 883-5836
(765) 883-7669 fax

March 2, 2007

We Hollingsworth Sawmill, Inc. (DBA: Hollingsworth Lumber) are the claimant against Delphi Corporation. We should not be denied our claim for materials delivered to Delphi Corporation on September 26, 2005. We have a legitimate purchase order and a signed shipping slip. It is clearly show on the purchase order that the material was ordered and delivered to Delphi Corporation in Kokomo, Indiana. We hope the court will give credence to our claim

Sincerely,

Darin Hollingsworth



Hollingsworth Lumber
6810 West 400 South
Russiaville, IN 46979
Phone (765) 883-5836
Fax (765) 883-7669
Website http://www.hollingsworthlumber.com/



**Invoice # : 14856**
**Invoice Date : 09/26/2005**
**Due Date : 10/26/2005**

**Sold To:** Setech Inc.
P.O. Box 2826
Kokomo, 46904-2826

**Shipped To:** Setech Inc./ Delphi Delco
Plant 9 Dock 9-S
2033 East Boulavard
Kokomo, IN 46902
Phone:
Fax:

| Customer No. | Customer P.O. | Shipped Via | BOL # |
|---|---|---|---|
| 1269- | 235618 | - | |

**Terms**
Net 30

| Item # | Description | Order Qty | Ship Qty | Price | Amount |
|---|---|---|---|---|---|
| PI2416 | 2x4x16 Pine | 50.00 | 50.00 | 6.49 | 324.50 |

|  |  |
|---|---|
| Product Total | $324.50 |
| Freight Charge | $20.00 |
| Sales Tax | $0.00 |
| Invoice Total | $344.50 |
| Total Paid | $0.00 |
| Total Due | $344.50 |

Hollingsworth Lumber
6810 West 400 South
Russiaville, IN 46979
Phone (765) 883-5836
Fax (765) 883-7669
Website http://www.hollingsworthlumber.com/



Shipping Slip # : 14856
Date : 09/23/2005

**Sold To:** Setech Inc.
P.O. Box 2826
Kokomo, 46904-2826
Phone:
Fax:

**Shipped To:** Setech Inc./ Delphi Delco
Plant 9 Dock 9-S
2033 East Boulavard
Kokomo, IN 46902

**Customer No.** 1269

**Customer P.O.** 235618

**Shipped Via**

**BOL #**

**Terms**

| Item # | Description | Quantity |
|---|---|---|
| PI2416 | 2x4x16 Pine | 50.00 |

c/w

OFFICE COPY

D. Jackson
Received By:

09/23/2005  14:26    7654517592                SETECH                                    PAGE  02/02

BILL TO:
Setech Inc.
P.O. Box 2826
Kokomo IN 46904-2826
(765) 451-1121

Purchase Order: 235618
          Page: 1
          Date: 09/23/05
         Buyer: Jennifer Rankert

      Ship Via: Delphi Routing
        F.O.B.: CONSIGNEE
         Terms: 2nd Day/2nd Mth

VENDOR:
===============================
DARIN
HOLLINGSWORTH LUMBER
6810 WEST 400 SOUTH
RUSSIAVILLE IN 46979
US

SHIP TO:
=================================
SETECH Inc./Delphi Delco
Plant 9 DOCK 9-S
2033 E. Boulevard
Kokomo IN 46902
US
765-451-2105

REMIT TO: --- please accept our purchase order subject to conditions below

Our order/job number must appear on invoice, B/L bundles, cases, packing list and correspondence.

| Line | Qty Ord | Qty Due | Item Description | Due Date | Unit Price/Ext |
|------|---------|---------|------------------|----------|----------------|
| 1    | 50.000  | 50.000  | 0704 8064  2" X 4"  16 FEET LONG  PC  Reference #: Q- DARIN  2" X 4"  16 FEET LONG NON TREATED  HOT JOHN HESS EXT 1776  POU:  9694/0M12/00P6 CD 9994 | 09/26/05 | $6.50000  $325.00 |

Terms & Conditions Version 05 Effective 08/01/2005 Apply.
Notify SETECH of ALL Part Number/Price/Delivery differences.
Please notify by E-Mail.  Failure to do so will delay payment.
                                                Total:           $325.00

Issued by SETECH, Inc. as agent for Delphi Corporation.

09/23/2005  14:26   7654517592                    SETECH                                PAGE  01/02

Setech, Inc.
PO Box 2826
Kokomo, IN 46904-2826

From: JENNIFER L RANKERT (PURCHASING)
Phone: 765-451-9713
Fax: 765-451-7592
E-Mail: jennifer.rankert@setechusa.com

Fri Sep 23 14:32:45 CDT 2005

================================================================

To Company Name: HOLLINGSWORTH LUMBER ( 80606)

Subject: Purchase Order 235618

Attention: DARIN

Fax: 1-765-883-7669

E-Mail:

*HOT* (handwritten)

Please notify sender if all pages are not received.

======================= C O M M E N T S =======================

*Darin - We need Monday - please* (handwritten)

*** Attention please confirm order w/pricing and delivery dates**
*** Please read the shipping instructions******

NOTE: PLEASE Verify Receipt Of This Document Via E-Mail.
PLEASE Inform Us Of Your E-Mail Address.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
:                                                     :
In re                                                 :   Chapter 11
:                                                     :
DELPHI CORPORATION, et al.,                           :   Case No. 05-44481 (RDD)
:                                                     :
Debtors.                                              :   (Jointly Administered)
:                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF OBJECTION TO CLAIM

Hollingsworth Lumber:

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your claims identified in the table below should be disallowed and expunged as summarized in that table and described in more detail in the Debtors' Ninth Omnibus Objection To Certain Claims (the "Ninth Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Ninth Omnibus Objection is set for hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED NINTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 15, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Ninth Omnibus Objection identifies six different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim, and also were not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Sent 5/19/06

**PROOF OF CLAIM**

UNITED STATES BANKRUPTCY COURT  Southern  DISTRICT OF  New York

| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Hollingsworth Lumber

Name and address where notices should be sent:
Hollingsworth Lumber
Darin
6810 West 400 South
Russiaville IN 46979

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Telephone number:

Account or other number by which creditor identifies debtor: Customer # 12169

Check here ☐ replaces   ☐ amends   a previously filed claim, dated: _____
if this claim

1. **Basis for Claim**
   - ☒ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
           (date)       (date)

2. **Date debt was incurred:** 09/26/2005

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 344.50 (unsecured)  _____ (secured)  _____ (priority)  344.58 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ 344.50
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date: 5/19/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410193126536182

Hollingsworth Lumber
6810 W. 400 S.
Russiaville, IN 46979

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

Hollingsworth Lumber
6810 W. 400 S.
Russiaville, IN 46979

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004