# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

In re:

**DELPHI CORPORATION, et al,**

Delphi Automotive Systems, LLC

Debtors.

------------------------------------------------------------------------X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 05-44481
Jointly Administered

Case No. 05-44640

**Claim Nos.: 8686**

### <u>NOTICE</u> OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001** (e)(2) or (4))

To: (Transferor)

> Training Services & Solutions Ltd.
> 9111 Marquis Dr.
> Miamisburg, OH 45342
> Attn: Bill Ferris

The transfer of your claim as shown above, in the amount of **$12,813.76** has been transferred (unless previously expunged by court order) to:

> Amroc Investments, LLC
> 535 Madison Avenue, 15th Floor
> New York, New York 10022
> Attn : David S. Leinwand, Esq.

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

--FILE A **WRITTEN** OBJECTION TO THE TRANSFER with:

> UNITED STATES BANKRUPTCY COURT
> SOUTHERN DISTRICT OF NEW YORK
> ONE BOWLING GREEN, ALEXANDER HAMILTON CUSTOM HOUSE
> NEW YORK, NY 10004

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL No. _____ in your objection.

If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

CLERK OF THE COURT

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

INTERNAL CONTROL NO. _____

Claims Agent Noticed: (Name of Outside Agent) _____

Copy to Transferee: _____

_____
Deputy Clerk