**HEBERT SCHENK, P.C.**
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840

**Barbara Lee Caldwell – SBN 003246**
Attorneys for Maricopa County Treasurer

## UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtor(s). | Case No. 05-44481-RDD<br><br>CHAPTER 11<br><br>WITHDRAWAL OF MARICOPA COUNTY'S NOTICE OF PERFECTED LIEN; AND OBJECTION TO THE DEBTOR'S MOTION FOR ORDER AUTHORIZING THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES |

Maricopa County Treasurer, by and through its attorney undersigned, hereby withdraws MARICOPA COUNTY'S NOTICE OF PERFECTED LIEN; AND OBJECTION TO THE DEBTOR'S MOTION FOR ORDER AUTHORIZING THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES filed on February 20, 2007 at docket # 7016 in the above-entitled matter.

RESPECTFULLY SUBMITTED this 5 day of March, 2007.

HEBERT SCHENK, P.C.

By: /s/ Barbara Lee Caldwell
Barbara Lee Caldwell,
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016
(602) 248-8203
Attorney for Maricopa County Treasurer

1  A copy of the foregoing mailed this
   5th day of March _____, 2007, to:
2
   John Wm. Butler, Jr.
3  Skadden Arps Slate Meagher & Flom LLP
   333 W. Wacker Dr.
   Chicago, IL  60606-1285
4  Attorney for Debtor(s)

5  Kayalyn A. Marafioti
   Skadden, Arps, Slate, Meagher & Flom LLP
6  Four Times Square
   New York, NY 10036
7  Attorney for Debtor(s)

8  United States Trustee
   33 Whitehall Street, 21st Floor
9  New York, NY 10004

10 By: _____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25