UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                 :

      In re                                    :        Chapter 11
                                                 :
DELPHI CORPORATION, et al.,         :        Case No. 05-44481 (RDD)
                                                 :
                        Debtors.      :        (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER REGARDING JAMES NGUYEN MOTION TO RECONSIDER (CLAIM
NUMBER 3978, IDENTIFIED IN THIRD OMNIBUS CLAIMS OBJECTION)

("NGUYEN ORDER")

Upon the motion (the "Motion"), dated January 22, 2007, of James Nguyen for an order vacating this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6707) (the "Order"), which Order disallows and expunges claim no. 3978; and upon the objection of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases to the Motion (Docket No. 6896); and upon the record of the hearing (the "Hearing") held on February 14, 2007 on the Motion; and, after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

      1.      The Motion is DENIED for the reasons stated on the record at the Hearing on this matter.

      2.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

      3.      Kurtzman Carson Consultants, LLC is hereby directed to serve this order in accordance with the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089), entered on December 7, 2006.

Dated: New York, New York
       March 8, 2007

      /s/Robert D. Drain
      UNITED STATES BANKRUPTCY JUDGE