SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re | : Chapter 11 |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| Debtors. | : (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APPLICATION UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE* (ARTHUR T. LIPPERT, JR.)

("PRO HAC VICE APPLICATION – ARTHUR T. LIPPERT, JR.")

1. Kayalyn A. Marafioti ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Skadden, Arps, Slate, Meagher and Flom LLP ("Skadden, Arps"), hereby submits this application (the "Application") for an order permitting Arthur T. Lippert, Jr. of Currie Kendall, PLC to practice pro hac vice before the United States Bankruptcy Court for the Southern District of New York and to appear and represent Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), under Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York (the "Local Rules"). In support of the Application, the Movant states as follows:

2. Arthur T. Lippert, Jr. is counsel to Delphi Corporation and has appeared regularly in the United States District Courts in the Eastern District of Michigan, the United States Court of Appeals for the Sixth Circuit, and the trial and appellate courts of the State of Michigan. Based on the annexed certification, Mr. Lippert is admitted, practicing, and in good standing as a member of the bar of the State of Michigan and the trial bar of the United States District Courts for the Eastern and Western District of Michigan. Mr. Lippert has been practicing law since 1959. There are no disciplinary proceedings pending against Mr. Lippert.

3. The Movant requests that this Court grant this Application so that Mr. Lippert may file pleadings and appear and be heard at hearings in the above-captioned chapter 11 cases.

4. Pursuant to the annexed certificate, Mr. Lippert submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of these cases. In

addition, as indicated on the attached certificate, Mr. Lippert has acquired or has access to a copy of the Local Rules and is generally familiar with such rules.

5. Mr. Lippert is submitting a fee of $25 upon the filing of this Application.

### Memorandum Of Law

6. Because the legal points and authorities upon which this Application relies are incorporated herein, the Debtors respectfully request that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) be deemed satisfied.

WHEREFORE, the Movant respectfully requests that this Court enter an order (a) permitting Arthur T. Lippert, Jr. to appear pro hac vice in association with the Movant as counsel for the Debtors in these chapter 11 cases and (b) granting the Debtors such other and further relief as is just.

Dated: New York, New York
      March 9, 2007

    SKADDEN, ARPS, SLATE, MEAGHER
      & FLOM LLP

    By: /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti (KM 9632)
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    Attorneys for Delphi Corporation, et al.,
      Debtors and Debtors-in-Possession

3

CERTIFICATE

       The undersigned hereby verifies the accuracy of the statements made in paragraphs 2, 4, and 5 of the foregoing Application.  The undersigned further certifies that he is eligible for admission to this Court, is admitted to practice, and is in good standing in the jurisdictions set forth in the Application, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that arises in the course of these chapter 11 cases pursuant to Local Bankruptcy Rules for the Southern District of New York, and has acquired or has access to a copy of such rules and is generally familiar with such rules.

Dated: New York, New York
       March 1, 2007

       /s/ Arthur T. Lippert, Jr.
Arthur T. Lippert, Jr.
CURRIE KENDALL, PLC
6024 Eastman Avenue
Midland, Michigan 48640-2518
989-839-0300

4