UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER – ARTHUR T. LIPPERT")

Upon the application of Kayalyn A. Marafioti, dated March 6, 2007, for admission pro hac vice of Arthur T. Lippert in the above-captioned reorganization cases; it is hereby

ORDERED, that Arthur T. Lippert is admitted to practice pro hac vice in the above-captioned reorganization cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
        March __, 2007

_____
UNITED STATES BANKRUPTCY JUDGE