HOWARD & HOWARD ATTORNEYS, P.C.
By:    Lisa S. Gretchko (P29881)
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304-5151
(248) 723-0396
(248) 645-1568
lgretchko@howardandhoward.com

Intellectual Property Counsel for Delphi Corporation, *et al.*,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
                                :
In re:                          :    Chapter 11
                                :
DELPHI CORPORATION, *et al.*,   :    Case No. 05-44481 (RDD)
                                :
                     Debtors.   :    (Jointly Administered)
                                :
------------------------------- x


## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MATRIX

**PLEASE TAKE NOTICE** that Howard & Howard Attorneys, P.C. ("Howard & Howard"), intellectual property counsel for the Debtors, hereby enters an appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002 and 9010(b). Howard & Howard requests that copies of all notices and pleadings pursuant to Fed. R. Bank. P. 2002, 3017, 3019, 3020, 4001, 6006, 9007, 9013, 9019, and otherwise, be served on Howard & Howard as follows:

   Lisa S. Gretchko (P29881)
   Howard & Howard Attorneys, P.C.
   39400 Woodward Avenue, Suite 101
   Bloomfield Hills, MI 48304-5151
   (248) 723-0396
   (248) 645-1568
   lgretchko@howardandhoward.com

#252575-v1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases.

        HOWARD & HOWARD ATTORNEYS, P.C.

By:   /s/ Lisa S. Gretchko
      Lisa S. Gretchko (P29881)
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304-5151
(248) 723-0396
(248) 645-1568
lgretchko@howardandhoward.com

Dated: March 9, 2007
      Bloomfield Hills, MI

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* to be served by first class mail, upon the persons and entities listed on the attached Exhibit A in accordance with the Federal Rules of Bankruptcy Procedure on this 9th day of March, 2007.

        */s/ Lisa S. Gretchko*
        Lisa S. Gretchko

2

Brown Rudnick Berlack Israels LLP
Robert J. Stark
Seven Times Square
New York, NY 10036

Cohen, Weiss & Simon
Bruce Simon
330 W. 42nd Street
New York, NY 10036

Curtis, Mallet-Prevost, Colt & Mosle
Steven J. Reisman
101 Park Avenue
New York, NY 10178-0061

Davis, Polk & Wardwell
Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, NY 10017

Delphi Corporation
Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, MI 48098

Electronic Data Systems Corp.
Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI 48098

Flextronics International
Carrie L. Schiff
305 Interlocken Parkway
Broomfield, CO 80021

Flextronics International USA, Inc.
Paul W. Anderson
2090 Fortune Drive
San Jose, CA 95131

Freescale Semiconductor, Inc.
Richard Lee Chambers, III
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

Fried, Frank, Harris, Shriver, Brad
Eric Sheler, Bonnie Steingart,
Vivek Melwanil Jennifer L Rodburg
Richard J Slivinski
One New York Plaza
New York, NY 10004

FTI Consulting, Inc.
Randall S. Eisenberg
3 Times Square, 11th Floor
New York, NY 10036

General Electric Company
Valerie Venable
9930 Kincey Avenue
Huntersville, NC 28078

Groom Law Group
Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Hodgson Russ LLP
Stephen H. Gross
152 West 57th Street, 35th Floor
New York, NY 10019

Honigman Miller Schwartz and Cohn
Frank L. Gorman, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Honigman Miller Schwartz and Cohn
Robert B. Weiss, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Internal Revenue Service
Attn: Insolv. Department, Maria Valerio
290 Broadway, 5th Floor
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Ave, Mail Stop 15
Detroit, MI 48226

IUE-CWA
Conference Board Chairman
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

Jefferies & Company, Inc,
William Q. Derrough
520 Madison Avenue, 12th Floor
New York, NY 10022

JPMorgan Chase Bank, N.A.
Thomas F. Maher, Richard Duker,
Gianni Russello
270 Park Avenue
New York, NY 10017

JPMorgan Chase Bank, N.A.
Vilma Francis
270 Park Avenue
New York, NY 10017

Kramer Levin Naftalis & Frankel LLP
Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10036

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY 10036

Kurtzman Carson Consultants
James Le
12910 Culver Blvd., Suite I
Los Angeles, CA 90066

Latham & Watkins LLP
Robert J. Rosenberg
885 Third Avenue
New York, NY 10022

Law Debenture Trust of New York
Patrick J. Healy
767 Third Ave., 31st Floor
New York, NY 10017

Law Debenture Trust of New York
Daniel R. Fisher
767 Third Ave., 31st Floor
New York, NY 10017

McDermott Will & Emery LLP
David D. Cleary
227 West Monroe Street, Suite 5400
Chicago, IL 60606

McDermott Will & Emery LLP
Jason J. DeJonker
227 West Monroe Street, Suite 5400
Chicago, IL 60606

McDermott Will & Emery LLP
Mohsin N. Khambati
227 West Monroe Street, Suite 5400
Chicago, IL 60606

McDermott Will & Emery LLP
Peter A. Clark
227 West Monroe Street, Suite 5400
Chicago, IL 60606

McTigue Law Firm
J. Brian McTigue
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC 20015

McTigue Law Firm
Cornish F. Hitchcock
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC 20015

Mesirow Financial
Leon Szlezinger
666 Third Ave, 21st Floor
New York, NY 10017

Milbank Tweed Hadley & McCloy LLP
Gregory A Brayl Thomas R Kreller
and James E Till
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Morrison Cohen LLP
Joseph T. Moldovan, Esq.
909 Third Avenue
New York, NY 10022

Northeast Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center, Room 4300
New York, NY 10281

Office of New York
State Attorney General
Eliot Spitzer
120 Broadway
New York City, NY 10271

O'Melveny & Myers LLP
Robert Siegel
400 South Hope Street
Los Angeles, CA 90071

O'Melveny & Myers LLP
Tom A. Jerman, Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Pension Benefit Guaranty Corporation
Ralph L. Landy
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

Pension Benefit Guaranty Corporation
Jeffrey Cohen
1200 K Street, N.W., Suite 340
Washington, DC 20005

Phillips Nizer LLP
Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Rothchild Inc.
David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

Seyfarth Shaw LLP
Robert W. Dremluk
1270 Avenue of the Americas Suite 2500
New York, NY 10020-1801

Shearman & Sterling LLP
Douglas Bartner, Jill Frizzley
599 Lexington Avenue
New York, NY 10022

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman, Robert H. Trust,
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017

Skadden, Arps, Slate, Meagher & Flom
John Wm. Butler, John K. Lyons and
E. Meisler
333 W. Wacker Dr., Ste 2100
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom
Kayalyn A. Marafioti, Thomas J. Matz
4 Times Square
P.O. Box 300
New York, NY 10036

Spencer Fane Britt & Browne LLP
Daniel D. Doyle
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Spencer Fane Britt & Browne LLP
Nicholas Franke
1 North Brentwood Boulevard Tenth Floor
St. Louis, MO 63105

Stevens & Lee, P.C.
Chester B. Salomon/
Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY 10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119

Tyco Electronics Corporation
MaryAnn Brereton, Asst. General Cnsl
60 Columbia Road
Morristown, NJ 07690

United States Trustee
Alicia M. Leonhard
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

Warner Stevens, L.L.P.
Michael D. Warner
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Martin J. Bienenstock, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY 10153

Wilmington Trust Company
Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

252778-v1