# **EXHIBIT B**

Buyer Comp: Delphi Automotive Systems  
Auth File ID: 2109062114254  
Payment Number: ACS0801763  
Payee Name: DOSHI PRETTL INTERNATIONAL EFT  
Payee Code:  
Payer Name: '1945587546 Delphi Automotive Systems  
Payer Code: 1  
Bank Trace Number: '210000020084268  
ISO Country Code: US  

Release Creation Date: Sep-24-2006  
Settlement Date: Sep-26-2006  
Payment Amount: **$129,790.19**  
Currency: USD  
Payment Method: ACH  
Status: REMITTANCE ADVICE SENT  
Instruction:

| Payee Name | Cust Name | Payment Number | Payment Date (mm dd yyyy): | Pay Mthd | Currency | PO Number | PO Release No. | Invoice Number | Invoiced Amount | Net Amount Paid | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550024181 | | 5205986862001 | 44,417.70 | 44,417.70 | DPI04029 |
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550079116 | | 5205987788001 | 17,330.00 | 17,330.00 | DPI04045 |
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550119453 | | 5205987789001 | 7,928.09 | 7,928.09 | DPI04046 |
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550079111 | | 5205987790001 | 11,809.08 | 11,809.08 | DPI04047 |
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550087032 | | 5205987791001 | 7,896.00 | 7,896.00 | DPI04048 |
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133839 | | 5206029670001 | 6,489.72 | 6,489.72 | DPI-04068 |
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133832 | | 5206029671001 | 18,277.20 | 18,277.20 | DPI-04067 |
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133840 | | 5206029672001 | 123,303.96 | 123,303.96 | DPI-04066 |
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133834 | | 5206029673001 | 36,396.72 | 36,396.72 | DPI-04065 |
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133834 | | 5206029684001 | 53,301.24 | 53,301.24 | DPI-04064 |
| DOSHI PRETTL INTER EFT | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133830 | | 5206029685001 | 35,143.92 | 35,143.92 | DPI-04063 |

| Payee Name | Cust Name | Payment Number | Payment Date (mm dd yyyy): | Pay Mthd | Currency | PO Number | PO Release No. | Invoice Number | Invoiced Amount | Net Amount Paid | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133835 | | 5206029688001 | 33,896.88 | 33,896.88 | DPI-04062 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133828 | | 5206029694001 | 25,721.82 | 25,721.82 | DPI-04061 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133827 | | 5206029695001 | 41,953.50 | 41,953.50 | DPI-04060 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133840 | | 5206029696001 | 94,849.20 | 94,849.20 | DPI-04042 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133832 | | 5206029697001 | 18,277.20 | 18,277.20 | DPI-04043 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133831 | | 5206029698001 | 27,475.20 | 27,475.20 | DPI-04044 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133827 | | 5206029699001 | 33,562.80 | 33,562.80 | DPI-04040 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0550133834 | | 5206029700001 | 18,198.36 | 18,198.36 | DPI-04029 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0450149028 | | 5206033500001 | 7,650.00 | 7,650.00 | 90004043 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0450149035 | | 5206033501001 | 6,700.00 | 6,700.00 | 90004045 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0450149032 | | 5206033503001 | 8,690.00 | 8,690.00 | 90004044 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | D0450214817 | | 5206033515001 | 8,150.00 | 8,150.00 | 90004047 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | | | ADM11DRTRF718 | -557,087.89 | -557,087.89 | TO TRANSFER UNAPPLED BALANCE FROM CASH IN ADV |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | | | ESD5205973293001 | -492.05 | -492.05 | DPI04033 |
| DOSHI PRETTL INTER EET | Delphi Automotive Systems | ACS0801763 | 9/26/2006 | ACH | USD | | | ESD5205973306001 | -48.46 | -48.46 | DPI04031 |

Grand Total Paid:    $129,790.19