**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481(RDD) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Honorable Robert D. Drain |

**CERTIFICATE OF SERVICE**

       The undersigned certifies on March 9, 2007, copies of <u>Behr Industries Corp.'s Response to Ninth Omnibus Claims Objection</u> were served on the following via Federal Express priority overnight service, and via first class, U.S. mail, postage prepaid:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District New York
One Bowling Green -- Room 610
New York, NY 10004

Delphi Corporation
Attention General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden Arps, Slate Meagher & Flom LLP
Attention: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton
333 West Wacker Drive Suite 2100
Chicago, IL 60606

       The undersigned further certifies on March 9, 2007, copies of <u>Behr Industries Corp.'s Response to Ninth Omnibus Claims Objection</u> were served on the following electronically:

Anne Marie Aaronson    aaronsoa@pepperlaw.com
David B. Aaronson    david.aaronson@dbr.com
Elizabeth Abdelmasieh    elizabeth@regencap.com
Franklin C. Adams    franklin.adams@bbklaw.com
Jason R. Adams    jadams@torys.com
Jennifer L. Adamy    bankruptcy@goodwin.com
Michael J. Alerding    malerding@binghammchale.com
Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com
Philip D. Anker    philip.anker@wilmerhale.com
Joel D. Applebaum    japplebaum@clarkhill.com
Stephen M. Bales    sbales@zieglermetzger.com
C. David Bargamian    dbargamian@bsdd.com
William J. Barrett    william.barrett@bfkpn.com
David S. Barritt    barritt@chapman.com
Douglas P. Bartner    dbartner@shearman.com, bankruptcy@shearman.com,erin.reilly@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.com,abigail.deering@shearman.com,henry.nguyen@shearman.com,;gabriella.illyes@shearman.com;cherie.spraggs@shearman
Donald F. Baty    dbaty@honigman.com
Douglas P. Baumstein    dbaumstein@whitecase.com
Ronald Scott Beacher    rbeacher@pitneyhardin.com
W. Robinson Beard    jkirk@stites.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
Ryan B. Bennett    rbennett@kirkland.com, asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com; dkarp@kirkland.com
Timothy C. Bennett    tbennett@klng.com
Neil Matthew Berger    neilberger@teamtogut.com, dgeoghan@teamtogut.com;Jhook@teamtogut.com;abrogan@teamtogut.com;mmortimer@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;scurrie@teamtogut.com;awinchell@teamtogut.com
Leslie Ann Berkoff    lberkoff@moritthock.com
Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com
Monica Susan Blacker    monicablacker@akllp.com
Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
Charles E. Boulbol    rtrack@msn.com
Eliza K. Bradley    ebradley@robergelaw.com
Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com
Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com
Timothy W. Brink    tbrink@lordbissell.com
James L. Bromley    maofiling@cgsh.com
Mark A. Broude    mark.broude@lw.com
Dewitt Brown    dbrown@klettrooney.com
Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
Tamika A. Bryant    tab@h2law.com
Deborah M. Buell    maofiling@cgsh.com
Kevin J. Burke    kburke@cahill.com
Michael G. Busenkell    mbusenkell@eckertseamans.com
John Wm. Butler    jbutler@skadden.com
Aaron R. Cahn    cahn@clm.com
Judy B. Calton    jcalton@honigman.com
Scott Cargill    scargill@lowenstein.com
D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com
Linda J. Casey    caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
Madison L. Cashman    nashvillebankruptcyfilings@stites.com
Michael Cassell    mcassell@lefkowitzhogan.com
Ben T. Caughey    ben.caughey@icemiller.com
George B. Cauthen    george.cauthen@nelsonmullins.com
Babette A. Ceccotti    bceccotti@cwsny.com
Erik G. Chappell    egc@lydenlaw.com
Eric J. Charlton    echarlton@hiscockbarclay.com
Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com
R. John Clark    rjclark@hancocklaw.com,
jmccarthy@hancocklaw.com;ssagert@hancocklaw.com
David D. Cleary    david.cleary@llgm.com, mkhambat@llgm.com
Marvin E. Clements    icnewyork@state.tn.us
Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com
Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
Dennis J. Connolly    dconnolly@alston.com
Susan M. Cook    smcook@lambertleser.com
Patrick M. Costello    pcostello@bbslaw.com, catherine@bbslaw.com
Thomas W. Cranmer    cranmer@millercanfield.com,
rouman@millercanfield.com;christenson@millercanfield.com
David N. Crapo    dcrapo@gibbonslaw.com
Tyson A. Crist    tcrist@szd.com
Michael G. Cruse    mcruse@wnj.com
Gary H. Cunningham    gcunningham@stroblpc.com
Vincent D'Agostino    vdagostino@lowenstein.com
Douglas R. Davis    ddavis@paulweiss.com
Jeffry A. Davis    jadavis@mintz.com
James J. DeCristofaro    james.decristofaro@lovells.com, karen.ostad@lovells.com
Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com
Gerard DiConza    gdiconza@dlawpc.com
Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com
John P. Dillman    houston_bankruptcy@publicans.com
Karen Dine    karen.dine@pillsburylaw.com
Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com
J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com
William E. Dornbos    william.dornbos@oag.state.ny.us
David B. Draper    ddraper@terra-law.com
Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,
ajeffrey@seyfarth.com,

Seth A. Drucker    sdrucker@clarkhill.com
David F. DuMouchel    dumouchd@butzel.com
Frank L. Eaton    featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com
Gayle Ehrlich    gehrlich@sandw.com, pholleman@sandw.com;squirk@sandw.com
Robert L. Eisenbach    reisenbach@cooley.com
Judith Elkin    judith.elkin@haynesboone.com
David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
Bruce N. Elliott    elliott@cmplaw.com
Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com
Barbara Ellis-Monro    bellis-monro@sgrlaw.com
Alyssa Englund    aenglund@orrick.com
Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
Earle I. Erman    eerman@ermanteicher.com
Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
Stephen Vincent Falanga    sfalanga@connellfoley.com,
porr@connellfoley.com;jbarrow@connellfoley.com
Eugene I. Farber    efarber747@aol.com
Robert Michael Farquhar    mfarquhar@winstead.com
Bonnie Glantz Fatell    fatell@blankrome.com
Oscar B. Fears    bfears@law.ga.gov, 02bf@law.ga.gov
Benjamin D. Feder    ben.feder@thompsonhine.com
Hermann Ferre    hferre@thelenreid.com
Richard L. Ferrell    Ferrell@taftlaw.com
Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
Mateo Fowler    mateofowler@quinnemanuel.com
Edward M. Fox    efox@klng.com
Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
Thomas M. Franklin    tmflaw@swbell.net
David H. Freedman    dfreedman@ermanteicher.com
Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
Scott J. Friedman    sjfriedman@jonesday.com,
sdignomirello@jonesday.com;ChicagoBRR@jonesday.com
Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com
Lars H. Fuller    lfuller@rothgerber.com
Timothy A. Fusco    fusco@millercanfield.com
Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com
James Gadsden    bankruptcy@clm.com
James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com
Victoria D. Garry    vgarry@ag.state.oh.us
Yann Geron    ygeron@foxrothschild.com
Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson     lgibson@bsdd.com
Celeste R. Gill     gillcr@michigan.gov, sherwoodj@michigan.com
Eduardo J. Glas     eglas@mccarter.com
Jeffrey R. Gleit     jgleit@kasowitz.com
Larry Ivan Glick     larryglick@erols.com
Matthew Alexander Gold     courts@argopartners.net
Scott R. Goldberg     sgoldber@quarles.com
Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com
Robert C. Goodrich     nashvillebankruptcyfilings@stites.com
Robert D. Gordon     rgordon@clarkhill.com
Gary A. Gotto     BankruptcyECF@krplc.com
Garry M. Graber     ggraber@hodgsonruss.com, bomalley@hodgsonruss.com
Warren R. Graham     wrg@dmlegal.com
Gary E. Green     ggreen@fagelhaber.com
Jonathan S. Green     greenj@millercanfield.com
John T. Gregg     jgregg@btlaw.com
Lisa S. Gretchko     lgretchko@howardandhoward.com, dbrandon@howardandhoward.com
Stephen H. Gross     sgross@hodgsonruss.com
Stephen B. Grow     sgrow@wnj.com, kfrantz@wnj.com
Will Guerrant     wbg@ctw.com
Peter J. Gurfein     pgurfein@akingump.com
Jonathan P. Guy     jguy@orrick.com
Dennis M. Haley     dhaley@winegarden-law.com
Michael Leo Hall     mhall@burr.com
Timothy C. Hall     tch@previant.com
Alan D. Halperin     ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net
Matthew W. Hamilton     mhamilton@amph.com
William J. Hanlon     whanlon@seyfarth.com, bosuscourt@seyfarth.com
Kristopher M. Hansen     insolvency2@stroock.com;docketing@stroock.com
Jill M. Hartley     jh@previant.com
Brian W. Harvey     bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
William M. Hawkins     whawkins@loeb.com
Gerald E. Hawxhurst     leticiabustinduy@quinnemanuel.com
Nava Hazan     nhazan@mwe.com
Ryan D. Heilman     rheilman@schaferandweiner.com
Ira L. Herman     bankr.nyc@tklaw.com, bankr.nyc@tklaw.com,;suhailah.sallie@tklaw.com
William Heuer     william.heuer@bingham.com
David M. Hillman     david.hillman@srz.com
Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, pdidandeh@boselaw.com
Robert M. Hirsh     hirsh.robert@arentfox.com
Shannon E. Hoff     Shannon.Hoff@hmw.com, mstinson@burr.com
Michelle R. Holl     mholl@mayerbrownrowe.com
Stephanie K. Hoos     skhoos@mintz.com

Patrick Howell     phowell@whdlaw.com, lramirez@whdlaw.com;slarson@whdlaw.com
John J. Hunter     jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Jay W. Hurst     jay.hurst@oag.state.tx.us
Roland Hwang     hwangr@michigan.gov
Michael G. Insalaco     minsalaco@zeklaw.com
Peter Janovsky     PJanovsky@ZEKlaw.com, minsalaco@zeklaw.com
Susan Jennik     sjennik@kjmlabor.com
Hilary Jewett     hjewett@foley.com
Mary L. Johnson     mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com;ewaters@sheppardmullin.com
Roger G. Jones     rjones@bccb.com
Gregory J. Jordan     gjordan@dykema.com
Richard Josephson     rcjosephson@stoel.com, basargent@stoel.com
Andrew C. Kassner     andrew.kassner@dbr.com
Jessica Kastin     jkastin@omm.com
Kristi A. Katsma     kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
David Kennedy     david.kennedy2@usdoj.gov
Thomas M. Kennedy     tkennedy@kjmlabor.com
Tracy L. Klestadt     tklestadt@klestadt.com, tklestadt@gmail.com
Alan M. Koschik     akoschik@brouse.com
Lawrence J. Kotler     ljkotler@duanemorris.com
Stuart A. Krause     skrause@zeklaw.com
Duane Kumagai     dkumagai@rutterhobbs.com
David R. Kuney     dkuney@sidley.com, nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com
Glenn M. Kurtz     gkurtz@whitecase.com
Darryl S. Laddin     bkrfilings@agg.com
Elena Lazarou     elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com
David S. Lefere     davidl@bolhouselaw.com
Harris Donald Leinwand     hleinwand@aol.com, hleinwand@aol.com
David E. Lemke     david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com
Joseph H. Lemkin     jhlemkin@duanemorris.com, vmarchello@duanemorris.com
Ira M. Levee     ilevee@lowenstein.com, akowalski@lowenstein.com
Jill Levi     jlevi@toddlevi.com, drosenberg@toddlevi.com
Jeffrey M. Levinson     jml@ml-legal.com
Kenneth M. Lewis     klewis@rosenpc.com, rpc@rosenpc.com;reception@rosenpc.com
Kim Martin Lewis     brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com
Eric Lopez Schnabel     schnabel@klettrooney.com
Daniel A. Lowenthal     dlowenthal@thelen.com
A. Peter Lubitz     plubitz@schiffhardin.com
Donald K. Ludman     dludman@brownconnery.com
Matthew J. Lund     kovskyd@pepperlaw.com
Sara Klettke MacWilliams     skm@h2law.com
Amina Maddox     amina.maddox@law.dol.lps.state.nj.us

John S. Mairo     jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;jmsailliard@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner@pbnlaw.com
Amy Wood Malone     amalone@colwinlaw.com
Jacob A. Manheimer     kcunningham@pierceatwood.com
Nauni Manty     ecfb@riderlaw.com
Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com
Andrew L. Margulis     amargulis@ropers.com, wendy@bindermalter.com
Dorothy H. Marinis-Riggio     demarinis@candklaw.com
Ilan Markus     imarkus@tylercooper.com
Richard Gary Mason     rgmason@wlrk.com
Victor J. Mastromarco     vmastromar@aol.com
Thomas J. Matz     tmatz@skadden.com
Kristin B. Mayhew     abothwell@pepehazard.com
Daniel P. Mazo     dpm@curtinheefner.com
Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
Ralph E. McDowell     rmcdowell@bodmanllp.com
Douglas J. McGill     douglas.mcgill@dbr.com
Frank McGinn     ffm@bostonbusinesslaw.com
Scott S. McKessy     smckessy@reedsmith.com
Greta A. McMorris     gmcmorris@stinsonmoheck.com
Austin L. McMullen     amcmulle@bccb.com
Patrick E. Mears     patrick.mears@btlaw.com
Derek F. Meek     dmeek@burr.com
Barbara S Mehlsack     bmehlsack@gkllaw.com
Timothy Mehok     timothy.mehok@hellerehrman.com, jeremy.sussman@hellerehrman.com
Richard M. Meth     msteen@daypitney.com, rmmnybankruptcy@daypitney.com
Sally Meyer     smeyer@madisonliquidity.com
Merle C. Meyers     mmeyers@gsmdlaw.com
Robert N. Michaelson     rmichaelson@kl.com
Laurie J. Michelson     michelso@butzel.com
Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com
W. Timothy Miller     miller@taftlaw.com
Alan K. Mills     amills@btlaw.com, bankruptcyindy@btlaw.com
Robert K. Minkoff     lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com
Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;ny76@ecfcbis.com
James P. Moloy     jmoloy@dannpecar.com
Michael C. Moody     mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com
Audrey E. Moog     amoog@hhlaw.com
Brett S. Moore     bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;jmsailliard@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Brian F. Moore     bmoore@mccarter.com
Gene T. Moore     gtmlaw@bellsouth.net
Thomas R. Morris     morris@silvermanmorris.com, morris@silvermanmorris.com
Andrew L. Morrison     amorrison@reedsmith.com, rmarino@reedsmith.com
Sarah E. Morrison     sarah.morrison@doj.ca.gov
Whitney L. Mosby     wmosby@binghammchale.com
Eric T. Moser     eric.moser@klgates.com, kristen.serrao@klgates.com
Alisa Mumola     alisa@contrariancapital.com
Jill L. Murch     jmurch@foley.com, khall@foley.com
James P. Murphy     murph@berrymoorman.com
Bruce S. Nathan     bnathan@lowenstein.com
Lauren Newman     lnewman@fagelhaber.com
Marie L. Nienhuis     mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
Richard P. Norton     rnorton@reedsmith.com, cpanzer@reedsmith.com;dreperowitz@reedsmith.com;;dreperowitz@reedsmith.com
Gordon Z. Novod     gnovod@kramerlevin.com, lbertko@kramerlevin.com
Kasey C. Nye     knye@quarles.com
Michael O'Hayer     mkohayer@aol.com
Martin P. Ochs     martin@oglaw.net
Sean A. Okeefe     sokeefe@winthropcouchot.com
Karen Ostad     karen.ostad@lovells.com
Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com
Charles Palella     cpalella@kurzman.com
Ingrid S. Palermo     ipalermo@hselaw.com
Lansing R. Palmer     lansing.palmer@akerman.com
Richard J. Parks     rparks@mijb.com, mtcraig@mijb.com;ksiegel@mijb.com
Susan P. Persichilli     persichillisp@bipc.com, fiedleram@bipc.com
Geoffrey J. Peters     gpeters@weltman.com
Lowell Peterson     lpeterson@msek.com
Ronald R. Peterson     rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com
Ed Phillips     ephillips@thurman-phillips.com
Christine A.M. Pierpont     cpierpont@ssd.com
Alex Pirogovsky     apirogovsky@uhlaw.com
Leslie A. Plaskon     leslieplaskon@paulhastings.com
David M. Posner     dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com
Jeffrey S. Posta     jposta@sternslaw.com
Constantine Pourakis     cp@stevenslee.com
Susan Power-Johnston     sjohnston@cov.com
Paul A. Rachmuth     prachmuth@andersonkill.com, bfiling@andersonkill.com
Thomas B. Radom     radom@butzel.com
Dennis Jay Raterink     raterinkd@michigan.gov
Steven J. Reisman     sreisman@cm-p.com, athau@cm-p.com; jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;ceilbott@cm-p.com; jdrew@cm-p.com

Kenneth A. Reynolds     kar@pryormandelup.com
Geoffrey A. Richards     grichards@kirkland.com
Marc E. Richards     mrichards@blankrome.com
Craig Philip Rieders     crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com
Sandra A. Riemer     sriemer@phillipsnizer.com, mfay@phillipsnizer.com
Marianne Goldstein Robbins     mgr@previant.com, em@previant.com
Matthew R. Robbins     mrr@previant.com
Elizabeth A. Roberge     eroberge@robergelaw.com
Jean R. Robertson     jrobertson@mcdonaldhopkins.com
Scott D. Rosen     srosen@cb-shea.com
Heath D. Rosenblat     hrosenblat@kayscholer.com
Paul M. Rosenblatt     prosenblatt@kilpatrickstockton.com
David A. Rosenzweig     DRosenzweig@Fulbright.com
David Sol Rosner     ffigueroa@kasowitz.com;jgleit@kasowitz.com;dfliman@kasowitz.com
Robert B. Rubin     brubin@burr.com
E. Todd Sable     tsable@honigman.com
Chester B. Salomon     cs@stevenslee.com
Brian D. Salwowski     bsalwowski@atg.state.in.us
Diane W. Sanders     austin.bankruptcy@publicans.com
William A. Sankbeil     was@krwlaw.com
Thomas P. Sarb     ecfsarbt@millerjohnson.com
Robert V. Sartin     rsartin@fbtlaw.com
William F. Savino     wsavino@damonmorey.com
Thomas J. Schank     tomschank@hunterschank.com
Ilan D. Scharf     ischarf@pszyjw.com
Michael L. Schein     mlschein@vedderprice.com, ecfnydocket@vedderprice.com
James R. Scheuerle     jrs@parmenterlaw.com, lms@parmenterlaw.com
Christopher P. Schueller     schuellercp@bipc.com
Charles P. Schulman     cschulman@sachnoff.com
Bryan I. Schwartz     bschwartz@lplegal.com
Mark S. Scott     mscott@riemerlaw.com
Howard Seife     andrew.rosenblatt@chadbourne.com
Jay Selanders     jay.selanders@kutakrock.com
Mark A. Shaiken     mshaiken@stinsonmoheck.com, jgant@stinsonmoheck.com;amurdock@stinsonmoheck.com
Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
Andrew Howard Sherman     asherman@sillscummis.com, asherman@sillscummis.com
Joseph E. Shickich     jshickich@riddellwilliams.com
Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com
Wallace A. Showman     was@showmanlaw.com
Robert J. Sidman     rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com
Paul N. Silverstein     paulsilverstein@andrewskurth.com, krothenberg@akllp.com;hferguson@akllp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com
John A. Simon    jsimon@foley.com
Joseph E. Simpson    jsimpson@hselaw.com
Thomas R. Slome    mail@rsmllp.com
Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;cglass@kayescholer.com;maosbny@kayescholer.com
Marc P. Solomon    msolomon@burr.com
Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com
Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com
Douglas E. Spelfogel    dspelfogel@bakerlaw.com
Robert J. Stark    claukamg@brownrudnick.com
Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Malani Sternstein    msternstein@sheppardmullin.com
Brent C. Strickland    bstrickland@wtplaw.com
James M. Sullivan    jmsullivan@mwe.com
Robert Szwajkos    rsz@curtinheefner.com
Douglas T. Tabachnik    DTTLAW@aol.com, dttlaw@optonline.net
Jeffrey L. Tanenbaum    garrett.fail@weil.com;johnson.ng@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com;samuel.cavior@weil.com
John E. Taylor    jtaylor@binghammchale.com
Zakarij O. Thomas    zothomas@klettrooney.com
Douglas M. Tisdale    doug@tisdalelaw.com, maxx@tisdalelaw.com
Gordon J. Toering    gtoering@wnj.com
Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com
Sheldon S. Toll    lawtoll@comcast.net
Laura L. Torrado    ltorrado@bear.com, msussman@bear.com
Martin B. Tucker    mtucker@fbtlaw.com
Raymond J. Urbanik    rurbanik@munsch.com
Philip Urofsky    philip.urofsky@cwt.com, purofsky@yahoo.com
Robert Usadi    rusadi@cahill.com
Shmuel Vasser    svasser@eapdlaw.com, sradish@eapdlaw.com
Lori V. Vaughan    lvaughan@foley.com
Joseph J. Vitale    jvitale@cwsny.com
Sean M. Walsh    swalsh@chglaw.com, jmahar@chglaw.com
Michael D. Warner    bankruptcy@warnerstevens.com
Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com
William P. Weintraub    wweintraub@pszyj.com, ischarf@pszyj.com;ljones@pszyjw.com
Robert J. Welhoelter    robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com
Elizabeth Weller    dallas.bankruptcy@publicans.com
Robert A White    rwhite@murthalaw.com
Eric R. Wilson    BankruptcyDepartment@KelleyDrye.com
W. Joe Wilson    jwilson@tylercooper.com
Jeffrey C. Wisler    jcw@cblhlaw.com
Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford     ecfwolfordr@millerjohnson.com
Stephen L. Yonaty     syonaty@chwattys.com
German Yusufov     pcaocvbk@pcao.pima.gov
Helen A. Zamboni     hzamboni@underbergkessler.com
Menachem O. Zelmanovitz     mzelmanovitz@morganlewis.com
Peter Alan Zisser     nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

|  |  |
|---|---|
| Dated: March 9, 2007 | /s/  Stephen B. Grow |
|  | Stephen B. Grow (P39622)(SBG9940) |
|  | WARNER NORCROSS & JUDD LLP |
|  | 900 Fifth Third Center |
|  | 111 Lyon Street N.W. |
|  | Grand Rapids, Michigan 49503-2487 |
|  | Telephone:  (616) 752-2000 |
|  | sgrow@wnj.com |
|  | Attorneys for Behr Industries Corp. |

1384833-1