# Damon & Morey
### ATTORNEYS AT LAW LLP

1000 Cathedral Place
298 Main Street
Buffalo, New York 14202-4096
716-856-5500
Fax 716-856-5510
www.damonmorey.com

Beth Ann Bivona
Partner

Writer's Direct Dial No.
(716) 858-3849
bbivona@damonmorey.com

March 12, 2007

*Via Electronic Court Filing and First Class Mail*
John William Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden, Aprs, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

   Re: In re: Delphi Corporation, et al.
      Jointly Administered Case No. 05-44481 (RDD)

Dear Gentlemen:

  We are writing in response to the Debtors' Ninth Omnibus Objection (Substantive) in which the Debtors objected to Claim Number 2484 filed by PCB Piezotronics on April 3, 2006. Please be advised that our client does not object to the reclassification of this claim from Debtor Delphi Corporation to Debtor Delphi Automotive Systems LLC.

                  Very truly yours,

                  Beth Ann Bivona
                  for DAMON & MOREY LLP

BABi/mab

cc: Honorable Robert D. Drain
   General Counsel, Delphi Corporation
   Mr. Timothy C. Foster

icc: Gust P. Pullman, Esq.
   William F. Savino, Esq.

-#1097575