**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                                                   :
                                                                        :   Chapter 11
DELPHI CORPORATION, *et al.*,                                           :
                                                                        :   Case No. 05-44481 RDD
           Debtors.                                                :
                                                                        :   (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      1.    I, Brenda Franklin Rodeheffer, a member in good standing of the bar in the State of Indiana and the bar of the U.S. District Courts for the Southern and Northern Districts of Indiana, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Ms. Eva Orlik, a creditor and claimant of the above-referenced Debtors.

      2.    My firm address is: Monday Rodeheffer Jones & Albright, 1915 Broad Ripple Avenue, Indianapolis, Indiana 46220; my email is rodeheffer@mrjalaw.com; my telephone is (317) 251-1929.

      3.    I agree to pay the fee of $25.00 upon entry of an Order admitting me to practice *pro hac vice*.

Dated: March 12, 2007
       Indianapolis, Indiana                        Respectfully submitted,

                                                        MONDAY RODEHEFFER JONES &
                                                        ALBRIGHT

                                   By:   /s/ Brenda Franklin Rodeheffer
                                              Brenda Franklin Rodeheffer, Esq.
                                              1915 Broad Ripple Avenue
                                              Indianapolis, Indiana 46220
                                              Telephone: (317) 251-1929
                                              Facsimile: (317) 251-1941

                                              Counsel for Claimant, Eva Orlik