# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| LIQUIDITY SOLUTIONS, INC<br>AS AGENT FOR SPCP GROUP LLC<br>Name of Transferee | **AMERICA ONLINE INC**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br><br>LIQUIDITY SOLUTIONS, INC<br>AS AGENT FOR SPCP GROUP LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601<br>Phone:<br>(201) 968-0001 | Court Claim # (if known):9882<br>Amount of Claim: **$969,141.63**<br>Date Claim Filed:7/19/2006<br><br><br>Phone:_____<br>Last Four Digits of Acct#:_____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Robert Minkoff            Date: 3/12/2007
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

496878

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **DELPHI CORPORATION**
Case No. **05-44481**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 9882 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 3/12/2007.

| | |
|---|---|
| Liquidity Solutions Inc, <br> AS AGENT FOR SPCP GROUP, LLC <br> **Name of Transferee** | **AMERICA ONLINE INC** <br> **Name of Alleged Transferor** |
| Address of Transferee: <br> One University Plaza <br> Suite 312 <br> Hackensack, NJ 07601 | Address of Alleged Transferor: <br> **AMERICA ONLINE INC** <br> **PO BOX 5696** <br> **NEW YORK, NY 10087** |

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                           _____
                                                CLERK OF THE COURT

496878

TRANSFER NOTICE

AOL LLC f/k/a AMERICA ONLINE, INC. C/O VORYS, SATER, SEYMOUR AND PEASE LLP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for SPCP GROUP LLC in address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Delphi Automotive Systems LLC (the "Debtor"), in the aggregate amount of $969,141.63, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the Southern District of New York, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 27th day of Feb, 2007

AOL LLC f/k/a AMERICA ONLINE, INC.

_____        _____
(Signature)                             (Signature)

James D. Villa  Assistant General Counsel      Kathryn Scott
(Print Name and Title)                  (Print Name of Witness)

County/City of: Loudon
Commonwealth/State of: VA
The foregoing instrument was acknowledged before me this 27 day of February 2007, by
Jim Villa
(name of person seeking acknowledgment)
Kathryn Scott
Notary Public
My commission expires: 8/31/08

496878