# Versatile Engineering, Inc.

*Tourslide and Punchpress Products*
*Miniature Stampings and Wireforming*

(310) 532-6044
FAX (310) 532-6510

## RESPONSE
### February 20, 2007

United States Bankruptcy Court Southern District of New York

Chapter 11

Case No. 05-44481 (RDD) Jointly Administered

In re DELPHI CORPORATION, et al.,

Debtors.

**Title of Claims Objection:** NOTICE OF OBJECTION TO CLAIM

**Claimant:** Versatile Engineering

**Basis For The Amount of The Claim:**

This claim should not be disallowed and expunged because there is clear proof that SEI (now Delphi) received $37,740.00 worth of metal stampings from Versatile Engineering;

- Attached Memo from MSI showing receipt and shipping of parts as ordered by SEI. (SEI's PO directed Versatile Engineering to ship to MSI for plating purposes before final shipment to SEI. Versatile's obligation to SEI's PO was satisfied upon shipping to MSI.)

- Attached signed packing slips from orders received by MSI that clearly prove SEI (now Delphi) was responsible for payment in the amount of $37,740.00.

Adolf Weiss
President

1559 WEST 135TH STREET · GARDENA, CALIFORNIA 90249

JUL-19-2005(TUE) 14:38    Delphi [illegible]                                                   P.002/002

PURCHASE ORDER

Send Invoices to:                                       Order Number: P70802      Revision:  0
                                                        Order Date:  07/14/05     Page:      1
Specialty Electronics, Inc.                             Print Date:  07/14/05
PO Box 519
Landrum, SC 29356-0519
United States
    Supplier: 51006504                                  Ship To: 51006472

    VERSATILE ENGINEERING                               METAL SURFACES    INC.
    1659 W 135TH STREET                                 6060 SHULL STREET
    GARDENA, CA 90249                                   BELL GARDENS, CA 90201
    United States                                       United States


    ATTENTION: ADOLF WEISS


    Confirming:  yes                            Supplier Telephone: (310) 532-6044
        Buyer:   Connie Staggs                  Supplier Fax:       (310) 532-6510
 Credit Terms:   MNS2                                    Contact:   ADOLF WEISS
                 2nd Day of 2nd Month                    Ship Via:  VENDOR TRUCK
                                                              FOB:  Seller's Facility
     Remarks:


Connie B. Staggs                                    E-Mail: connie.b.staggs@delphi.com
Phone: (864) 457-3824 X339                                        Fax: (864) 457-2535
*****************************************************************************
*---->>    PLEASE EXECUTE THIS PO AND FAX TO BUYER AT (864) 457-2535    <<----*
*****************************************************************************
* Delphi 8-4-1 (Gen. Terms & Conditions), PS-03 (NAFTA Certificate), PF-03   *
* (Property in Possession of Seller), Q-2 (First Article Requirements - if   *
* applicable), Q-16 (Certificate of Conformance), Q-4C (Seller's Quality     *
* System), Q-4I (Seller's Inspection System Rqmnts), Q-17 (Tooling and/or    *
* Process Control) and VE-01 (Value Engineering) apply to this PO unless     *
* otherwise waived herein by DCS. If you lack a copy of these documents or   *
* any other imposed requirement, contact the cognizant buyer immediately!    *

Ln  Item Number          T  Due Date     Qty Open UM        Unit Cost      Extended Cost
---  -----------         -  --------     -----------        ---------      -------------
 1  1256-01              N  09/19/05     1000000.0 EA          0.0092           9,200.00
    Revision: 8
    Site: SEI
    Contact
    Per Dwg 1256 Rev 8
 2  1256-01              N  10/10/05     1000000.0 EA          0.0092           9,200.00
    Revision: 8
    Site: SEI
    Contact
    Per Dwg 1256 Rev 8


EXAMPLE OF SEI PURCHASE ORDER DIRECTING SHIPMENT TO MSI PLATING AFTER
VERSATILE ENGINEERING COMPLETED STAMPING THE PARTS.



ISO 9001-2000
AS 9100
ISO-TS-16924-2002
Nadcap
FAA

Hi Gwen,

Here is the information you requested. Let me know if you have any questions or concerns.

| Customer Name | Date In | Shipdate | Part Number | MSI Job # | Customer PO | QTY In | Qty Out | VEC Invoice | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SPECIALTY ELECTRONICS INC | 9/23/2005 | 9/27/2005 | PL1188-01-P30;480 | 1206053 | P71460 | 400000 | 76843 | 9203 | $3,300.00 |
| SPECIALTY ELECTRONICS INC | 9/23/2005 | 9/30/2005 | PL1188-01-P30;481 | 1206053 | P71460 | B/O | 318840 | | |
| SPECIALTY ELECTRONICS INC | 7/20/2005 | 7/29/2005 | PL1245-01-P1;600 | 1203386 | P70003 | 600000 | 585282 | 8934 | $3,420.00 |
| SPECIALTY ELECTRONICS INC | 9/9/2005 | 9/16/2005 | PL1245-01-P1;600 | 1205477 | P70875 | 600000 | 600000 | 9156 | $3,420.00 |
| SPECIALTY ELECTRONICS INC | 9/8/2005 | 9/9/2005 | PL1256-01-P1;480 | 1205418 | P70876 | 500000 | 463239 | 9149 | $4,600.00 |
| SPECIALTY ELECTRONICS INC | 9/9/2005 | 9/16/2005 | PL1256-01-P1;480 | 1205476 | P70876 | 500000 | 467189 | 9157 | $4,600.00 |
| SPECIALTY ELECTRONICS INC | 9/20/2005 | 9/23/2005 | PL1256-01-P1;480 | 1205873 | P71580 | 1000000 | 971139 | 9186 | $9,200.00 |
| SPECIALTY ELECTRONICS INC | 9/29/2005 | 9/30/2005 | PL1256-01-P1;480 | 1206309 | P70876 | 1000000 | 975669 | 9215 | $9,200.00 |

TOTAL  $37,740.00

Rosalinda Martinez
Customer Service
562 927-1331 ext. 242
562 927-0692 fax
rmartinez@metalsurfaces.com



**VERSATILE ENGINEERING CO., INC.**
1559 W. 135TH ST. - GARDENA, CA 90249
(310) 532-6044
QUALITY FOURSLIDE & PUNCHPRESS PRODUCTS



**INVOICE**
9203

| | SOLD TO | | SHIPPED TO |
|---|---|---|---|
| | SPECIALTY ELECTRONICS<br>P.O. BOX 519<br>LANDRUM, S.C. 29356 | | MSI<br>SAME<br>IF NOT FILLED IN |

| INVOICE DATE | SHIPPING DATE | CUSTOMER ORDER NO. | OUR ORDER NO. | SALESPERSON |
|---|---|---|---|---|
| 9-21-05 | 9-21-05 | P71459 | | |

| TERMS | SHIPPED VIA | SHIPPED |
|---|---|---|
| NET 30 | W/C | PREPAID ☐   COLLECT ☒ |

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM AMOUNT |
|---|---|---|---|
| 400/M | 1188-01   REV. E' | 8.25/M | 3,300.00 |
| | | RESALE | |

---

**VERSATILE ENGINEERING CO., INC.**   10-8-05
1559 W. 135TH ST. - GARDENA, CA 90249
(310) 532-6044
QUALITY FOURSLIDE & PUNCHPRESS PRODUCTS



**INVOICE**
8934

| | SOLD TO | | SHIPPED TO |
|---|---|---|---|
| | SPECIALTY ELECTRONICS<br>P.O. BOX 519<br>LANDRUM, S.C. 29356 | | MSI<br>SAME<br>IF NOT FILLED IN |

| INVOICE DATE | SHIPPING DATE | CUSTOMER ORDER NO. | OUR ORDER NO. | SALESPERSON |
|---|---|---|---|---|
| 7-18-05 | 7-18-05 | P70001 | | |

| TERMS | SHIPPED VIA | SHIPPED |
|---|---|---|
| NET 30 | W/C | PREPAID ☐   COLLECT ☒ |

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM AMOUNT |
|---|---|---|---|
| 600,000 | 1245-01   REV. 9' | 5.70/M | 3,420.00 |

SHOULD HAVE BEEN PAID

**VERSATILE ENGINEERING CO., INC.**
1559 W. 135TH ST – GARDENA, CALIF 90249
(310) 532-6044
QUALITY FOURSLIDE & PUNCHPRESS PRODUCTS

**INVOICE 9156**

SOLD TO: SPECIALTY ELECTRONICS
P.O. BOX 519
LANDRUM, S.C. 29356

SHIPPED TO: MSI
SAME IF NOT FILLED IN

| INVOICE DATE | SHIPPING DATE | CUSTOMER ORDER NO. | OUR ORDER NO. | SALESMAN |
|---|---|---|---|---|
| 9-9-05 | 9-9-05 | P70797 | | |

TERMS: NET 30
SHIPPED VIA: W/C
SHIPPED: PREPAID ☐  COLLECT ☒

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM AMOUNT |
|---|---|---|---|
| 600/M | 1245-01  REV. 9' | 5.70/M | 3,420.00 |

---

**VERSATILE ENGINEERING CO., INC.**
1559 W. 135TH ST – GARDENA, CALIF 90249
(310) 532-6044
QUALITY FOURSLIDE & PUNCHPRESS PRODUCTS

**INVOICE 9149**

SOLD TO: SPECIALTY ELECTRONICS
P.O. BOX 519
LANDRUM, S.C. 29356

SHIPPED TO: MSI
SAME IF NOT FILLED IN

| INVOICE DATE | SHIPPING DATE | CUSTOMER ORDER NO. | OUR ORDER NO. | SALESMAN |
|---|---|---|---|---|
| 9-7-05 | 9-7-05 | P70802 | | |

TERMS: NET 30
SHIPPED VIA: W/C
SHIPPED: PREPAID ☐  COLLECT ☒

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM AMOUNT |
|---|---|---|---|
| 500/M | 1256-01  REV. 8' | 9.20/M | 4,600.00 |

**VERSATILE ENGINEERING CO., INC.**
1559 W. 135TH ST. - GARDENA, CA 90249
(310) 532-6044
QUALITY FOURSLIDE & PUNCHPRESS PRODUCTS

**INVOICE 9186**

| | |
|---|---|
| SOLD TO: SPECIALTY ELECTRONICS<br>P.O. BOX 519<br>LANDRUM, S.C. 29356 | SHIPPED TO: MSI<br>SAME<br>IF NOT FILLED IN |

| INVOICE DATE | SHIPPING DATE | CUSTOMER ORDER NO. | OUR ORDER NO. | SALESPERSON |
|---|---|---|---|---|
| 9-19-05 | 9-19-05 | P70802 | | |

| TERMS | SHIPPED VIA | SHIPPED |
|---|---|---|
| NET 30 | W/C | PREPAID ☐  COLLECT ☒ |

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM AMOUNT |
|---|---|---|---|
| 1,000,000 | 1256-01  REV. 8' | 9.20/M | 9,200.00 |

---

**VERSATILE ENGINEERING CO., INC.**
1559 W. 135TH ST - GARDENA, CALIF 90249
(310) 532-6044
QUALITY FOURSLIDE & PUNCHPRESS PRODUCTS

**INVOICE 9157**

| | |
|---|---|
| SOLD TO: SPECIALTY ELECTRONICS<br>P.O. BOX 519<br>LANDRUM, S.C. 29356 | SHIPPED TO: MSI<br>SAME<br>IF NOT FILLED IN |

| INVOICE DATE | SHIPPING DATE | CUSTOMER ORDER NO. | OUR ORDER NO. | SALESMAN |
|---|---|---|---|---|
| 9-9-05 | 9-9-05 | P70802 | | |

| TERMS | SHIPPED VIA | SHIPPED |
|---|---|---|
| NET 30 | W/C | PREPAID ☐  COLLECT ☒ |

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM AMOUNT |
|---|---|---|---|
| 500/M | 1256-01  REV. 8' | 9.20/M | 4,600.00 |

RESALE



**VERSATILE ENGINEERING CO., INC.**
1559 W. 135TH ST – GARDENA, CALIF. 90249
(310) 532-6044
QUALITY FOURSLIDE & PUNCHPRESS PRODUCTS

**INVOICE 9215**

SOLD TO: SPECIALTY ELECTRONICS
P.O. BOX 519
LANDRUM, S.C. 29356

SHIPPED TO: MSI
SAME IF NOT FILLED IN

| INVOICE DATE | SHIPPING DATE | CUSTOMER ORDER NO. | OUR ORDER NO. | SALESMAN |
|---|---|---|---|---|
| 9-27-05 | 9-27-05 | P71579 | | |

| TERMS | SHIPPED VIA | SHIPPED |
|---|---|---|
| NET 30 | W/C | PREPAID ☐  COLLECT ☒ |

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM AMOUNT |
|---|---|---|---|
| 1,000,000 | 1256-01  REV. 8' | 9.20/M | 9,200.00 |

RESALE

GBF 7A-74NL

Thank You

PLEASE PAY FROM THIS INVOICE