Sheldon S. Toll  
SHELDON S. TOLL PLLC  
2000 Town Center  
Suite 2550  
Southfield, MI 48075  
Telephone 248-358-2460  
Facsimile 248-358-2740  
Email: lawtoll@comcast.net  

Attorneys for Landlord  
Milwaukee Investment Company  

**Hearing Date: March 22, 2007, 10 a.m.**

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### OBJECTION OF LANDLORD, MILWAUKEE INVESTMENT COMPANY, TO DEBTORS' MOTION TO REJECT SHELBY LEASE

Milwaukee Investment Company ("Milwaukee"), a Michigan corporation, hereby objects to Debtors' motion dated March 2, 2007 to reject the Shelby lease (the "Motion"), and states as follows:

1.  Milwaukee is the owner of premises located at 51786 Shelby Parkway, Building A, Shelby Township, MI 48315-1786, and is Delphi's landlord. The premises are occupied by Delphi's R&D facility.

2.  <u>Lack of notice</u>. On November 15, 2005, the undersigned counsel filed an appearance and request for all pleadings and notices, Dkt. 1036. The appearance clearly

identified Milwaukee as the Shelby landlord.  However, despite this fact, Debtors failed to serve Milwaukee or the undersigned counsel with the Motion.

       3.       <u>The decision to reject the Shelby lease is an unsound business decision</u>.

       (a)       Debtors concede they will use at least 76% of the Shelby space in the future.  Motion, para. 26.  Thus, Debtors by their own admission will make substantial use of the Shelby premises until the lease expiration date on July 31, 2010.

       (b)       Debtors admit that the new space will cost $7.35 per square foot per annum and that the effective cost per square foot is $19.98.  Motion, para. 23.  However, the cost of the Shelby space is $6.75 per square foot and the effective cost per square foot is $9.91, i.e. $10 per square foot less than the new space.

       (c)       Delphi put $4,000,000 worth of improvements into the Shelby building which are difficult or impossible to remove.  Delphi has too much money tied up in Shelby to make moving out a sound business decision.

       (d)       The lab equipment in the Shelby building is costly scientific equipment, emplaced in floors and walls, and may be seriously damaged by moving.  The Motion makes no mention of this risk and contains no cost estimate for repairing or replacing equipment damaged by moving.

       (e)       Because of the facts recited in subparagraph (d), moving out may seriously damage Milwaukee's premises.  The Motion makes no disclosure of the cost to the estate of compensating the landlord for structural damage.

WHEREFORE, Milwaukee respectfully requests that the Motion be denied, and that Milwaukee receive such other relief as is equitable and just.

/s/ S. S. Toll  
Sheldon S. Toll  
SHELDON S. TOLL PLLC  
2000 Town Center  
Suite 2550  
Southfield, MI 48075  
Telephone 248-358-2460  
Facsimile 248-358-2740  
Email: lawtoll@comcast.net

Dated: March 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the annexed pleading was served by me today via U. S. Mail, first class postage prepaid, on the persons listed below.

Dated: March 13, 2007              /s/ S. S. Toll  
Sheldon S. Toll


John William Butler, Esq.  
Skadden, Arps, Slate, Meagher & Flom LLP  
333 West Wacker Drive, Suite 2100  
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, NY 10036

Delphi Corporation  
5725 Delphi Drive  
Troy, MI 48098-2815  
Attn: General Counsel

Kenneth S. Ziman, Esq.  
Simpson Thacher and Bartlett LLP  
425 Lexington Ave.  
New York, NY 10017

Marlane Melican, Esq.  
Davis Polk & Wardwell  
450 Lexington Ave.  
New York, NY 10017

3

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

Alicia M. Leonhard, Esq.
Office of the U. S. Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004