United States Bankruptcy Court
Southern District of New York
------------------------------------------------------------X
In re:
Delphi Automotive Systems, LLC , et al.

: Chapter 11
: Case No. 05-44640 (Jointly Administered Under
Case No. 05-44481)
:
: Amount $6045.14, Claim # 2407

                        Debtor
------------------------------------------------------------X

### NOTICE: TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e) (2)

To: (Transferor)

        Fair Harbor Capital, LLC
        875 Avenue of the Americas, Suite 2305
        New York, NY 10001

The transfer of your claim as shown above, in the amount of $6045.14, has been transferred (unless previously expunged by court order) to:

        Pumping Systems Inc.
        Steve
        1100 Vijay Drive
        Atlanta, GA 30341

_____/S/_____
Fredric Glass