KIRKPATRICK & LOCKHART  
PRESTON GATES ELLIS LLP  
Robert N. Michaelson (RM-5925)  
599 Lexington Avenue  
New York, NY 10022  
(212) 536-3900  

Hearing date: March 22, 2007 at 10:00 a.m.

Attorneys for TPO Displays, USA, Inc.  
f/k/a Mobile Display Systems  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------------x  
In re                                                           :   Chapter 11  
                                                                :
DELPHI CORPORATION, et al.,                                     :   Case No. 05-44481 (RDD)  
                                                                :
                                                                :
                       Debtors.                                 :
----------------------------------------------------------------x  

## TPO DISPLAYS USA, INC.'S RESPONSE TO THE DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION DATED FEBRUARY 15, 2007

TPO Displays USA, Inc. (f/k/a Mobile Display Systems, and hereinafter referred to as "TPO"), by its undersigned attorneys, Kirkpatrick & Lockhart Preston Gates Ellis LLP, respectfully submits this response in support of the allowance of Amended Proof of Claim No. 16375 (the "Amended Claim") against Delphi Corporation, et al. (the "Debtor"), and in opposition to the Debtor's Ninth Omnibus Objection to certain (A) Insufficiently Documented Claims; (B) Claims Not Reflected On Debtors' Books And Records; (C) Untimely Claims; and (D) Claims Subject to Modification filed by the Debtor and its affiliated debtors (collectively, the "Debtors"), stating as follows:

### FACTUAL BACKGROUND

1.  On October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (11 U.S.C. §§ 101 et

NY-514429 v1

seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.

2.   Prior to the Petition Date, Philips Mobile Display Systems ("MDS") provided goods to the Debtors.

3.   On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b), 501, 502, and 1111(a) and Fed. R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), and 5005(a) Establishing Bar Dates For Filing Proofs of Claim And Approving Form And Manner Of Notice Thereof (the "Bar Date Order") establishing July 31, 2006 (the "Bar Date") as the last date for all persons and entities to file proof of claims.

4.   On or about June 6, 2006, MDS merged with Toppoly Optoelectronics Corporation of Taiwan to form TPO Displays USA, Inc. ("TPO").

5.   On the Bar Date, MDS filed Proof of Claim No. 14295 in the amount of $124, 961.82, a general unsecured pre-petition claim for goods sold to the Debtors (the "Initial Claim"). In the Initial Claim, MDS specifically reserved that the aggregate amount may be subject to adjustment.

6.   On or about October 19, 2006, MDS filed its Amended Claim in the amount of $ 595, 386.02, in the name of its newly merged entity "TPO", to adjust the aggregate amount of goods sold as expressly reserved in its Initial Claim. All such adjustments consist of general pre-petition claims brought by MDS, currently TPO, for goods sold to the Debtors.

7.   On February 15, 2007, the Debtors filed an objection to the Amended Claim contending that such claim was untimely (the "Objection").

## THE DEBTORS' CLAIM OBJECTION SHOULD BE OVERRULED
## WITH RESPECT TO TPO'S AMENDED CLAIM (CLAIM NO. 16375)

8. The Debtors' Objection should be overruled and TPO's Amended Claim allowed because amendments to claims should be freely granted where the creditor has made a timely assertion of a similar claim or demand evidencing an intention to hold the Debtors liable. Midland Cogeneration Venture Ltd. P'ship v. Enron Corp. ("In re Enron Corp."), 419 F.3d 115, 133 (2d Cir. 2005); Maxwell Macmillan Realization Liquidating Trust and MCC GAO v. Aboff ("In re Macmillan Inc."), 186 B.R. 35, 49 (Bankr. S.D.N.Y. 1995).

9. Amendments to claims are permissible where the creditor has provided notice, either informally or by some pleading in the bankruptcy proceeding, as to the nature of the creditor's claim. In re Macmillan Inc., 186 B.R. at 49-50; In re G.L. Miller & Co., 42 F.2d 115, 116 (2d Cir. 1930). Such amendments are deemed to "relate back" to the timely filed claim. In re Enron Corp., 419 F.3d at 133; In re Macmillan Inc., 186 B.R. at 48-50.

10. TPO's Initial Claim was timely filed on the Bar Date and the Initial Claim clearly demonstrated TPO's intention to hold the Debtors liable for pre-petition goods sold to the Debtors.

11. All claims asserted by TPO in both the Initial Claim and the Amended Claim consist of pre-petition goods sold to the Debtors and are of the same nature. Collectively, the claims constitute the aggregate amount of TPO's general pre-petition unsecured claim.

12. TPO expressly reserved the right to adjust the aggregate amount in its Initial Claim, and therefore, the Debtors were on notice of both the nature of these claims and the potential for adjustment of the claim amount.

13. All of the claims in both the Initial Claim and the Amended Claim stem from various requirements contracts and purchase orders between the Debtors and Philips.

These requirements contracts include invoices both for goods sold as cited in the Initial Claim and the Amended Claim.[1] All of the claims stem from the same nexis of transactions between the Debtors and TPO. As such, the Debtors were on notice of the existence and nature of these claims. Accordingly, TPO's Amended Claim relates back to its Initial Claim and is timely.

14.     TPO's Amended Claim will not unduly prejudice the Debtors. Belated amendments are freely allowed where they are not unduly prejudicial to the Debtors. In re Enron Corp., 419 F.3d at 133-34. The Debtors have not, to date, filed a reorganization plan. At this juncture in the bankruptcy proceeding, there has been no detrimental reliance on TPO's Initial Claim in the negotiating process nor will an amendment to the aggregate amount claimed have a significantly prejudicial impact on the Debtors' bankruptcy proceeding.

15.     TPO did not have access to the additional invoices listed in the Amended Claim at the time that TPO filed its Initial Claim, and knowing this fact, expressly reserved its right of adjustment. TPO acted in good faith and its inability to file its Amended Claim at the time of its Initial Claim was justified.

WHEREFORE, TPO respectfully requests that the Court enter an Order overruling the Debtor's Ninth Omnibus Claim Objection insofar as it relates to TPO's Amended Claim (Claim No. 16375), allowing the Amended Claim as filed, and granting such other and further relief as this Court deems just and proper.

---

[1] A copy of several of these requirements contracts is annexed hereto as Exhibit A.

Dated: New York, New York
      March 14, 2007

Respectfully submitted,

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: /s/ Robert N. Michaelson
    Robert N. Michaelson (RM-5925)
    A Member of the Firm
Attorneys for TPO Displays, USA, Inc.
f/k/a Mobile Display Systems
599 Lexington Avenue
New York, New York 10022
(212) 536-3900

# EXHIBIT A

# DELPHI

Delphi Electronics and Safety
Page 1 of 3

| Buyer: | Requirements Contract |
|---|---|
| DELPHI ELECTRONICS & SAFETY P.O. Box 9005 KOKOMO IN 46904-9005 | PO Number: 550045341  Date Issued: 01-Jan-2004 Version: 30-Aug-2005 03:48:31 EST |

**Deliver to:**
Delco Electronics Corp
c/o SPAN Reynosa
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS TX 78567

PHILIPS ELECTRONICS NORTH AMERICA
5550 PRAIRIE STONE PKY STE 150
HOFFMAN ESTATES IL 60192

Vendor No: 1010734
DUNS No: 123615135

**Payment Terms:** ZMN2   **Currency:** EUR
Payment settled on 2nd, 2nd Month

**Incoterms:** FCA- Freight Forwarder's Dock

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 9398335 DISPLAY-ASM, COLORAD | DA26 DELPHI D DELTRONICOS |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2003 | 31-Dec-2003 | EUR | 19,350.00 | 1,000 | PC |
| 01-Jan-2004 | 31-Dec-2004 | EUR | 18,350.00 | 1,000 | PC |
| 01-Jan-2005 | 31-Dec-2005 | EUR | 14,222.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Item cancelled

**Notes:**
*********************
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address.
Parque Industrial Del Norte
H. Matamoros Tam.
Matamoros, Mexico

| Purchasing Contact: Neihart, Dawn  Phone: 765-451-7447  Fax: 765-451-1547 | Contact Address: DELPHI DELCO ELECTRONICS SYSTEMS ONE CORPORATE CENTER MS:CTLLM, KOKOMO IN 46902 |
|---|---|

Date and Time Printed: 30-Aug-2005 03:48:31 EST

# DELPHI

Delphi Electronics and Safety

Page 2 of

```
PHILIPS ELECTRONICS NORTH AMERICA
5550 PRAIRIE STONE PKY STE 150
HOFFMAN ESTATES IL 60192
```

## Requirements Contract

PO Number                           Date Issued
250045642                           01-Jan-2004
Version
30-Aug-2005 12:46:21 PCT

| Item No. | Material No. | | Plant |
| --- | --- | --- | --- |
| | Description | | |

**Notes Continued:**

State of Texas Direct Payment Authorization Number 3-00093-5831-5
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder: Delco Electronics Corporation
*********************

Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more than four (4) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
*********************

This Contract replaces previous contract # 00787562-001.
*********************


*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*********************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*********************
Restricted, toxic and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who

**DELPHI**

Delphi Electronics and Sales
Page 3 of 3

| PHILIPS ELECTRONICS NORTH AMERICA<br>5550 PRAIRIE STONE PKY STE 150<br>HOFFMAN ESTATES IL 60192 | **Requirements Contract**<br>PO Number                    Date Issued<br>Version |
|---|---|

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**
requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

****************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

****************************************************************

**DELPHI**

_____ Delphi Electronics and Safety

Page 1 of 3

| Buyer: |
|---|
| Delphi Automotive Systems LLC<br>Delphi Electronics & Safety Div<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 |

| Deliver to: |
|---|
| Delco Electronics Corp<br>c/o SPAN Reynosa<br>702 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS TX 78567 |

PHILIPS ELECTRONICS NORTH AMERICA
PHILIPS SEMICONDUCTORS
34119 W 12 MILE RD STE 103
FARMINGTON HILLS MI 48331

## Requirements Contract

PO Number: 550073125    Date Issued: 12-Aug-2005
Version: 19-Oct-2005 03:04:16 EST

Vendor No: 1023597
DUNS No: 786518563

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FCA- Freight Forwarder's Dock

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00010 | 9400563<br>DISPLAY-ASM,VWP7-NA | | DA26 DELPHI D DELTRONICOS | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 12-Aug-2005 | 31-Dec-2005 | USD | 16,250.00 | 1,000 | PC |
| | 01-Jan-2006 | 31-Dec-2006 | USD | 15,750.00 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 14,670.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record changed

| Notes: |
|---|
| ********************************************************************************<br>*****************************************************<br>Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).<br>***************************************************** |

Purchasing Contact: Neihart, Dawn
Phone: 765-451-7447
Fax: 765-451-1547

Contact Address:
DELPHI ELECTRONICS & SAFETY
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 19-Oct-2005 03:04:16 EST

**DELPHI**
_____ Delphi Electronics and Safety

Page 1 of 3

| PHILIPS ELECTRONICS NORTH AMERICA<br>PHILIPS SEMICONDUCTORS<br>34119 W 12 MILE RD STE 103<br>FARMINGTON HILLS MI 48331 | **Requirements Contract** |
|---|---|
| | PO Number: 5500777725<br>Version<br>19-Oct-2005 02:04:16 EST | Date Issued: 12-Aug-2005 |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

### Notes Continued:

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*******************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*******************************************************

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

*******************************************************

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

*******************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*******************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

*********************************************************************************

*******************

# DELPHI

Delphi Electronics and Safety

Page 3 of 3

PHILIPS ELECTRONICS NORTH AMERICA
PHILIPS SEMICONDUCTORS
34119 W 12 MILE RD STE 103
FARMINGTON HILLS MI 48331

## Requirements Contract

PO Number: 550077725
Date Issued: 12-Aug-2005
Version: 19-Oct-2005 03:04:16 EST

| Item No. | Material No.  |  | Plant |
|---|---|---|---|
|  | Description |  |  |

**Notes Continued:**
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities; weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured the Forecast as a total quantity over the period of time between the most recent planning week and _____ consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Sellers agrees that no more then _____ weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address:
Industrial Park
K. 13.5
Reynosa, Mexico
State of Texas Direct Payment Authorization Number
1-38-3431131-1
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder: Delphi Automotive Systems, LLC
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DELPHI**

_Delphi Electronics and Safety_

Page 1 of 2

| Buyer: |
|---|
| Delphi Automotive Systems LLC |
| Delphi Electronics & Safety Div |
| P.O. Box 9005 |
| KOKOMO IN 46904-9005 |

| Requirements Contract | |
|---|---|
| PO Number | Date Issued |
| 5500?7724 | 12-Aug-2005 |
| Version | |
| 19-Oct-2005 03:04:16 EST | |

| Deliver to: |
|---|
| Delco Electronics Corp |
| c/o SPAN Reynosa |
| 702 JOAQUIN CAVAZOS ROAD |
| LOS INDIOS TX 78567 |

| PHILIPS ELECTRONICS NORTH AMERICA |
|---|
| PHILIPS SEMICONDUCTORS |
| 34119 W 12 MILE RD STE 103 |
| FARMINGTON HILLS MI 48331 |

| Vendor No: 1023597 | |
|---|---|
| DUNS No: 786518563 | |
| **Payment Terms:** ZMN2 | **Currency:** USD |
| Payment settled on 2nd, 2nd Month | |
| **Incoterms:** FCA- Freight Forwarder's Dock | |

\*\*\* _Condition record changed_

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 9394225 DISPLAY-ASM,COG,DST | DA31 DELPHI D DELNOSA Plant 5-6 | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 12-Aug-2005 | 31-Dec-2005 | USD | 15,160.00 | 1,000 | PC |
| | 01-Jan-2006 | 31-Dec-2006 | USD | 14,700.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* _Condition record added_
\*\*\* _Condition record changed_

| 00020 | 9400563 DISPLAY-ASM,VWP7-NA | DA31 DELPHI D DELNOSA Plant 5-6 | | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 12-Aug-2005 | 31-Dec-2005 | USD | 16,250.00 | 1,000 | PC |
| | 01-Jan-2006 | 31-Dec-2006 | USD | 15,750.00 | 1,000 | PC |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 14,670.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* _Condition record changed_

| Purchasing Contact: Neihart, Dawn | Contact Address: |
|---|---|
| Phone: 765-451-7447 | DELPHI ELECTRONICS & SAFETY |
| Fax: 765-451-1547 | ONE CORPORATE CENTER MS:CTLLM, |
| | KOKOMO IN 46902 |

Date and Time Printed: 19-Oct-2005 03:04:16 EST

**DELPHI**

_____ Delphi Electronics and Safety

Page    of

| PHILIPS ELECTRONICS NORTH AMERICA<br>PHILIPS SEMICONDUCTORS<br>34119 W 12 MILE RD STE 103<br>FARMINGTON HILLS MI 48331 | **Requirements Contract** |
|---|---|
| | PO Number                                            Date Issued<br>550077724                                             12-Aug-2005<br>Version<br>19-Oct-2005  03:04:16  EST |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

### Notes:

*******************
Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities; weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured the Forecast as a total quantity over the period of time between the most recent planning week and _____ consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Sellers agrees that no more then _____ weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
*******************

*******************
The ultimate destination of this purchase order is Mexico. When shipping from Mexico, use the following "Ship To" address:
Industrial Park
K. 13.5
Reynosa, Mexico
State of Texas Direct Payment Authorization Number
1-38-3431131-1
The undersigned hereby claims exemption from the payment of state, local and MTA sales & use taxes upon its purchases of taxable items. Permit Holder: Delphi Automotive Systems, LLC
*******************
*******************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*******************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

*******************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials: as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*******************

# DELPHI

_____ Delphi Electronics and Safety

Page   of

| PHILIPS ELECTRONICS NORTH AMERICA<br>PHILIPS SEMICONDUCTORS<br>34119 W 12 MILE RD STE 103<br>FARMINGTON HILLS MI 48331 | **Requirements Contract** |
|---|---|
| | PO Number                                    Date Issued<br>5500724                                      11-Aug-2005<br>Version<br>11-Oct-2005   4:04:16 EST |

| Item No.   Material No.<br>Description | Plant |
|---|---|

**Notes Continued:**

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements  in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*