**Moraine Maintenance Co., Inc.**
2611 Nordic Road
DAYTON, OHIO 45414

DELPHI BANKRUPTCY CASE NO 05-44481 (RDD)
OUR CLAIM NO 447/FILED 11/8/2005

FEBRUARY 20, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DELPHI CORP CLAIM DOCKETING CENTER
P.O. BOX 5058, BOWLING GREEN STATION
NEW YORK, NEW YORK 10274-5058

RE: PHONE CALL FROM LADY REPRESENTING DELPHI ATTORNEYS/2-6-07 AT
12:15 P.M. LACK OF INFORMATION BECAUSE OF SNOW STORM.

WE ARE A SMALL, FAMILY OWNED BUSINESS AND WE DO NOT HAVE OR HAVE
NOT NEEDED A LEGAL DEPARTMENT. WE HAVE WORKED FOR GM/DELPHI FOR
28 YEARS. WE SENT OUR CLAIMS IN TO THE BANKRUPTCY COURT WITHIN
A FEW DAYS AFTER DELPHI FILED BANKRUPTCY. OUR CLAIM WAS FOR
$22,109.84 AND APPARENTLY ONLY $19,910.28 WAS VERIFIED. WE SENT
SIGNED INVOICES FOR THE LARGER AMOUNT BECAUSE THAT IS THE AMOUNT
OWED. THE LADY WHO CALLED SAID THE CLAIMS COULD BE THROWN OUT,
WHICH WE DO NOT UNDERSTAND AS WE HAD A MASTER P.O. WHICH DID NOT
EXPIRE UNTIL DECEMBER 2005. SHE ALSO MENTIONED GETTING AN
ATTORNEY WHICH WOULD BE VERY COSTLY ON THAT AMOUNT. SHE MENTIONED
THAT THE DIFFERENT NAMES DELPHI HAS USED COULD BE A FACTOR. WHY???
THE CHECKS THEY PAY WITH HAVE BEEN UNDER DELPHI AUTOMOTIVE SYSTEMS
AND THEN CHANGED TO DELPHI ABOUT 2004/PRESENT TIME. THE CHECK
NUMBERS HAVE REMAINED CONSECUTIVE. WE HAVE RECEIVED MANY OFFERS
FOR OUR CLAIM WHICH STARTED LOW BUT IS NOW UP TO 93%. IN THE
PAST, WE HAVE DECLINED THE OFFERS BECAUSE WE HAVE PUT A LOT OF
EFFORT IN TRYING TO HELP DELPHI EMERGE FROM BANKRUPTCY. OUR LABOR
RATE HAS BEEN THE SAME FOR THEM SINCE 2/4/2000 AS WE WANTED TO
HELP THEM AVOID BANKRUPTCY AND NOW TRYING TO HELP THEM EMERGE.

RESPECTFULLY SUBMITTED,

*Wilma S Jackson*
WILMA S JACKSON, TREAS
937-276-4515 PHONE
937-276-2793 FAX



RECEIVED
6 2007
CLAIMS PROCESSING CENTER
USBC, SDNY

**Moraine Maintenance Co., Inc.**
2611 Nordic Road
DAYTON, OHIO 45414

DELPHI BANKRUPTCY CASE NO 05-44481 (RDD)
OUR CLAIM NO 447/FILED 11/8/2005

NOVEMBER 4, 2005

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DELPHI CORPORATION CLAIM DOCKETING CENTER
P.O. BOX 5058
BOWLING GREEN STATION
NEW YORK, NEW YORK  10274-5058

RE:  UNPAID DELPHI INVOICES ACCORDING TO OUR RECORDS PRIOR TO
     OCTOBER 8, 2005 BANKRUPTCY FILING.

DELPHI/HOME AVE/DAYTON, OH

| | | | | | | |
|---|---|---|---|---|---|---|
| 7837 | 8/31/02 | 700.32 | | 8346 | 5/31/05 | 2496.20 |
| 7854 | 9/30/02 | 460.38 | | 8358 | 6/30/05 | 1480.63 |
| 7960 | 3/31/03 | 469.75 | | 8369 | 7/31/05 | 821.95 |
| 8040 | 8/31/03 | 216.78 | | 8381 | 8/31/05 | 3793.72 |
| 8327 | 3/31/05 | 2280.83 | | 8392 | 9/30/05 | 1569.50 |
| 8338 | 4/30/05 | 2163.19 | | | | 16,453.25 |

DELPHI HARRISON THERMAL/3535 KETTERING BLVD/MORAINE, OH

| | | |
|---|---|---|
| 8382 | 8/31/05 | 3468.00 |
| 8393 | 9/30/05 | 850.86 |
| | | 4318.86 |

NOTE:
EVEN THOUGH WE HAD A BLANKET PURCHASE
ORDER, THESE INVOICES DATED MARCH
2005 THRU SEPT 2005 HAD NOT BEEN PAID.
THEN, WE RECEIVED P.O. 450143027
DATED 9/29/05 FOR $20,000.00 TO COVER
PAST DUE INVOICES.  IT WAS SO CLOSE
TO BANKRUPTCY FILING THAT NONE WERE
PAID.  A COPY IS ATTACHED.

DELPHI/NEEDMORE RD/DAYTON, OH

| | | |
|---|---|---|
| 8359 | 6/30/05 | 774.51 |
| 8383 | 8/31/05 | 263.82 |
| 8394 | 9/30/05 | 139.86 |
| | | 1178.19 |

DELPHI/WOODMAN DR/KETTERING, OH

| | | |
|---|---|---|
| 8348 | 5/31/05 | 47.74 |
| 8371 | 7/31/05 | 111.80 |
| | | 159.54 |

RESPECTFULLY SUBMITTED,

*Wilma S Jackson*
WILMA S JACKSON, TREAS
937-276-4515 PHONE
937-276-2793 FAX

# DELPHI

EVIDENCE FOR DELPHI BANKRUPTCY CASE NO
05-44481 (RDD) & MORAINE MAINT CO., INC
CLAIM NO 447 FILED 11/8/2005

Energy & Chassis Systems

Page 1 of 4

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**
DELPHI ENERGY & CHASSIS SYSTEMS
HOME AVE OPERATIONS - IN01
DOCK S20
2701 HOME AVE.
DAYTON MI 45417

MORAINE MAINTENANCE CO INC
2611 NORDIC RD
DAYTON OH 45414-3423

**Purchase Order**

PO Number: 450143027
Version
29-Sep-2005 14:26:16

Date Issued: 29-Sep-2005

Delivery date: 31-OCT-2005

Vendor No: 1020870
DUNS No: 084750256

**Payment Terms:** ZMN2   **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FCA- Shipping Point collect

THIS PURCHASE ORDER WAS TO COVER PAST DUE INVOICES
BUT IT DID NOT DO IT BECAUSE IT WAS SO CLOSE TO
BANKRUPTCY FILING.

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10226393 00010 Pay past due & current invoices | 20,000.000 | H401 DELPHI E & C  HOME AVENUE G. Spears |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-OCT-2005 | 20,000.000 | 1.00 | 1 | EA | 20,000.00 |
| Net Line Item Value | | | | USD | 20,000.00 |

**Total net value**   USD   20,000.00

**Notes:**
Replacement for DCB06739 Blanket order

Small package Ground Service within the U.S. and Canada - - LESS THAN 150# - Ship UPS Consignee Billing Use UPS WorldShip Software, UPS Hardware, UPS Website, or UPS 800.742.5877, UPS Consignee #800-354-7527

Less-than-Truckload (LTL) - GREATER THAN 150# and LESS THAN 12,000 - LINC/Central Transport 800.221.9602  Ship Collect

Purchasing Contact: Clancy, Willie
Phone: 937-455-7721
Fax:   937-455-7798

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD,
KETTERING OH 45420

Date and Time Printed: 29-Sep-2005 14:26:16

**DELPHI** Automotive Systems

# PURCHASE ORDER ALTERATION

DCB06739 005

PAGE

SHIP TO:
DELPHI ENERGY & CHASSIS SYSTEM
P.O. BOX 1042, 4-09
DAYTON OH
45401-1042

###ESTABLISHED PER RELEASE###

VENDOR NUMBER 08-475-0256
MORAINE MAINTENANCE CO INC
2611 NORDIC RD
DAYTON OH
45414-3423
US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

###ALTERATION###

This Number Must Appear On All Invoices, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 11/07/03 |
| ALTERATION ISSUE DATE | 08/09/05 |
| ALTERATION EFFECTIVE DATE | 08/09/05 |

PHONE: 937-455-7721
W CLANCY, JR
8F  Buyer

PURCHASING AGENT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

This order is not binding until accepted. Acceptance should be executed on an acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. OP PPD

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA: DELPHI E&EM CALL 800-805-943

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |

M0018100    USER: LINDA A BULLENS

THIS IS A MISC BLANKET ORDER FOR THE COMMODITY TRK REPAIR

#LOCAL BLANKET DCB06739 HAS BEEN ALTERED AS FOLLOWS#

EFFECTIVE DATE: 11/07/03   EXPIRATION DATE: 12/31/05

THIS ALTERATION LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

P.O. IS AMENDED TO EXTEND ORDER TO 12/31/05.

LAST PAGE

SMDL03 11/98



| Post-it® Fax Note | 7671 | Date 11/22 | # of pages ▶ 1 |
| To Wilma Jackson | From Candy Irvin |
| Co./Dept. | Co. |
| Phone # | Phone # 937.455-7710 |
| Fax # | Fax # |

# DELPHI
### Automotive Systems

To: Moraine Maintenance

From: Delphi Global Supply Management

Date: November 23, 2005

Subject: Extension of Annual Purchase Orders

---

Delphi is in the process of extending our purchase orders with your company through calendar year 2006.

You should have received applicable purchase order extensions through the OLIMPIC Blanket # DCB06739. A replacement blanket will be issued in Delphi's new purchasing system SAP at a later date.

Please review the purchase orders extensions carefully. If you have any questions regarding, or disagree with, any part numbers, pricing or other terms of the amendments, please contact your Delphi Buyer, Willie Clancy, at 937.455.7721 immediately so that we can seek to resolve any discrepancies in a timely manner.

If the purchase order extensions are acceptable, please either sign and return this letter in the space provided below or send a confirming email (referencing the PO number and amendment level) to Delphi Buyer Willie Clancy @ willie.l.clancy@delphi.com.

If you do not respond to this notice within ten (10) business days, Delphi will assume that you accept and agree to the purchase orders and will perform in accordance with their terms.

Thank you for your attention to this matter as well as your continued efforts as a valued Delphi supplier.

Please acknowledge acceptance by faxing to 937.455.7798.

| MORAINE MAINT. CO., INC. | WILMA S. JACKSON |
| Company Name | Supplier Representative (Please Print) |
| *Wilma J Jackson* | 11/26/05 | 937-276-4515 |
| Supplier Representative Signature | Date | Phone Number |

Energy & Chassis Systems
2000 Forrer Boulevard Kettering, Ohio 45420 PO Box 1042 Dayton, Ohio 45401-1042 USA

VENDOR NO 0P-475-0256

**Moraine Maintenance Co., Inc.**
2611 Nordic Road
DAYTON, OHIO 45414

FEBRUARY 4, 2000

DELPHI AUTOMOTIVE SYSTEMS
TALBOTT TOWERS   ATTN: JERRY BUEHLER
131 NORTH LUDLOW ST., SUITE 900
DAYTON, OH  45402

RE:  REQUEST FOR QUOTATION G161370    → *RATE STILL SAME* *Wilma S Jackson 2/20/01*

LABOR RATE:  ($39.00 HR)   WE HAVE BEEN AT THE SAME RATE OF $33.00
HR SINCE SEPTEMBER '95 SO MUST INCREASE TO MAINTAIN GOOD MECHANICS.

INSURANCE:  WE CAN PROVIDE YOU WITH THE REQUIRED INSURANCE CERTIFI-
CATES AND THE NAME OF OUR AGENT/AGENCY.  WE ARE ALLOWED ON ALL
DIVISIONS PROPERTY, OPERATE THEIR EQUIPMENT AND CARRY THE REQUIRED
COVERAGE TO SATISFY THEM.

PARTS:  ALL PARTS ARE O.E.M. IF AT ALL POSSIBLE, AS WE BUY QUALITY--
NOT PRICE.  WE WORK ON A 20% MARK-UP.

MILEAGE ON SERVICE CALLS:   35¢ PER MILE

TOWING:  WE USE SANDY'S TOWING - CHARGED "AT COST" BASIS

CERTAIN JOBS, AFTER INSPECTION, ARE SENT OUT IF IT IS MORE COST/TIME
EFFECTIVE TO GO TO SOMEONE WHO SPECIALIZES IN CERTAIN TYPES REPAIR.
OUR NORMAL OPERATING HOURS ARE 7:00 AM TO 5:30 PM, MONDAY THROUGH
FRIDAY, BUT WE HAVE NEVER LEFT A CUSTOMER IN A BIND, IF AVOIDABLE.

*Michael E. Jackson*
MICHAEL E. JACKSON, MGR

JANUARY 3, 2001

TO:  JIM PICHLER    FAX NO:  937-455-4505

REGARDING OUR CONVERSATION TODAY FOR A QUOTE FOR WORK COVERING
1-1-01 THRU 12-31-01, ALL COSTS WILL REMAIN THE SAME AS LAST
YEAR.  SEE ABOVE INFORMATION FROM 2-4-2000 QUOTE.

WE APPRECIATE THE OPPORTUNITY TO QUOTE.

*Wilma S Jackson*
WILMA S JACKSON, ACCT

**(513) 276-4515**