```
                    UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
```

IN RE:

DELPHI CORPORATION, et.al.                Case No. 05-44481 (RDD)
                                          Chapter 11
              Debtors.                    (Jointly Administered)
_____/

               MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

   I, Mark S. Frankel, a member in good standing of the bar in the State of Michigan and, the bar of the US District Court for the Eastern and Western Districts of Michigan, requests admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent SPCP Group LLC, assignee of Solution Recovery Services Inc., in the above referenced case.

        39395 W. Twelve Mile Road, Suite 200
        Farmington Hills, MI 48331
        (248) 489-8600
        mfrankel@couzens.com

   The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

                                       Respectfully submitted:

                                       COUZENS, LANSKY, FEALK, ELLIS,
                                            ROEDER & LAZAR, P.C.

                                By:    /s/ Mark S. Frankel
                                       MARK S. FRANKEL (P41565)
                                       Attorneys for SPCP Group LLC,
                                       assignee of Solution Recovery
                                       Services Inc.
                                       mfrankel@couzens.com
Dated: March 9, 2007

                                   **ORDER**

   ORDERED, that Mark S. Frankel is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provide that the filing fee has been paid.

Dated: _____        /s/_____
       _____, New York      UNITED STATES BANKRUPTCY JUDGE