Response Date and Time: March 15, 2007 at 4:00 pm

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, et al.,<br>          Debtors, | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## Response to the Debtors' Ninth Omnibus Claims Objection

COMES NOW CTP Carrera, Inc. d/b/a Carclo Technical Plastics ("Carclo"), a Delphi creditor, files this Response to the Debtors' Ninth Omnibus Objection to Claims:

1.      Carclo was a supplier of custom plastic injection molded parts to Delphi Mechatronic Systems ("Debtor") and has been for several years.

2.      On October 8, 2005, Delphi Corporation and certain of its subsidiaries and affiliates, including Debtor, filed voluntary petitions in this Court for reorganization under Chapter 11 of the United States Bankruptcy Code. This Court entered an Order directing the joint administration of the Debtors Chapter 11 cases.

Page 1 of 3

3. On June 1, 2006, Carclo filed its proof of claim against the Debtor, in the amount of $1,870.85, Claim No. 7311 (the "Claim").

4. The Claim is based on amounts owed by the Debtor to Carclo for products sold and delivered to Debtor prior to the filing of the bankruptcy, (the "Product").

5. On September 6, 2005, September 12, 2005, September 19, 2005, September 26, 2005 and October 3, 2005 Carclo, at the direction of Debtor, under Debtor's purchase order number 9571-05416, Carclo sold and delivered the Product to Debtor. Copies of the invoices, packing slips and tracking detail showing the material, price and delivery of the Product via UPS to Debtor are attached hereto and made a part hereof as Exhibit A.

6. Debtor generally asserts that Carclo's Claim should be disallowed because the liability does not appear to be owing pursuant to the Debtors' books and records. Although Debtor claims the entire Claim should be removed, the Schedule F filed by Debtor showed $1,446.54 due and owing to Carclo Technical Plastics of pre-petition debt.

7. Debtor's objections to Carclo's Claim are merely general assertions and the Debtor fails to provide any specific evidence or documentation in support of their objection. The supporting documents attached to Carclo's Claim and Exhibit A, attached hereto, establish the basis for Carclo's Claim. The Claim is based upon the fair and reasonable prices for the Product and the prices to which the Debtor agreed to pay.

WHEREFORE, Carclo respectfully requests that this Court overrule the Debtors' objection to Carclo's Claim and allow Carclo's Claim in the amount of $1,870.85.

Dated: March 7, 2007

Respectfully submitted:

CTP CARRERA, INC., d/b/a
CARCLO TECHNICAL PLASTICS

By: _____
Diane K. McNealy, Chief Financial Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al.,
        Debtors,

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing **Response to the Debtors' Ninth Omnibus Claims Objection** was mailed to the following by first class U. S. mail, postage pre-paid, on this 7th day of March, 2007:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District on New York
One Bowling Green, Room 610
New York, New York  10004

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom, LLP.
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom, LLP.
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom, LLP.
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

CTP CARRERA, INC., d/b/a
CARCLO TECHNICAL PLASTICS

By: _____
Diane K. McNealy, Chief Financial Officer

S:\Carol\Wood\CTP Carrera, Inc.(Carclo)\Delphi Bankruptcy\Response to Debtors 9th omnibus.doc

**carclo**
technical plastics
CTP Carrera
600 Depot Street
Latrobe, PA 15650
Tel: (724)539-1833 Fax: (724)539-6620
DUNS #: 107329708

# Invoice

| | |
|---|---|
| Invoice No.: | LIN14580 |
| Invoice Date: | 09/06/05 |
| Page: | 1 |

**Bill-to Customer No.:** PED MECH

**Bill-to Address:**

Delphi Mechatronics Systems
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship-to Address:**

Delphi Mechatronics Systems
615 Elca Lane, Suite A
Brownsville, TX 78521

| | | | |
|---|---|---|---|
| Ship Via: | UPS/ORANGE | Ship Date: | 09/06/05 |
| Payment Terms: | Net 60 | Your PO Number: | 9571-054161 |
| Payment Due Date: | 11/05/05 | | |
| FOB: | Latrobe, PA | | |

| Line | Item: | Quantity: | Units: | Unit Price: | Amount: |
|---|---|---|---|---|---|
| 1 | 15416386 Rev 03<br>outside air temp sensor | 1,600 | EACH | 0.14616 | 233.86 |
| | | | | Invoice Total (US DOLLARS): | 233.86 |

PLEASE REMIT PAYMENT TO:
CTP CARRERA
PO BOX 752193
CHARLOTTE, NC 28275-2193
OR WIRE TO:
ACCT #:2003207779498
ROUTING #: 053207766

**Thank You For Your Business**

technical plastics
CTP Carrera
600 Depot Street
Latrobe, PA 15650
Tel: (724)539-1833 Fax: (724)539-6620
DUNS #: 107329708

# Pack Slip

| | | | |
|---|---|---|---|
| Bill-to: | Delphi Mechatronics Systems<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Pack Slip No<br>Pack Slip Date:<br>Payment Terms:<br>Page: | LTD14580<br>09/06/05<br>Net 30<br>1 |

Ship Code:   BROWNSVILL
Ship-to:     Delphi Mechatronics Systems
             Delphi Mechatronics Systems         Your PO No:    9571-054161
             615 Elca Lane, Suite A              FOB:           Latrobe, PA
             Brownsville, TX 78521               Ship Via:      UPS/ORANGE

| Part Number: | Rev. No.: | Description: | Quantity Shipped: | No of Cartons: | Standard Pack: | Weight: |
|---|---|---|---|---|---|---|
| 15416386 | 03 | outside air temp sensor | 1,600 | 1 | 1,600 | 14 |

```
SERVICE 3DS                   BILL WT 14
TRACKING# 1Z26551712426135320
REF 1:
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:         SERVICE   $F/C
IV   $0.00            COD  $0.00      RS  $0.00
DC   $0.00           HZMT  $0.00      SD  $0.00
AH   $0.00           NTFY  $0.00      SP  $0.00
TOT REF CHG   $24.10       REF+HANDLING $24.10
```

Thank You For Your Business

🗙 Close Window



# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 265 517 12 4261 352 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 09/09/2005  10:38 A.M. |
| Signed by: | E SALINAS |
| Location: | DOCK |
| Delivered to: | BROWNSVILLE, TX, US |
| Service Type: | 3 DAY SELECT |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| BROWNSVILLE, TX, US | 09/09/2005 | 10:38 A.M. | DELIVERY |

Tracking results provided by UPS: 02/21/2007  11:41 A.M. EST (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

🗙 Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.

**carclo**
technical plastics

CTP Carrera
600 Depot Street
Latrobe, PA 15650
Tel: (724)539-1833 Fax: (724)539-6620
DUNS #: 107329708

# Invoice

Invoice No.: LIN14713
Invoice Date: 09/12/05
Page: 1

Bill-to Customer No.: PED MECH

Bill-to Address:

Delphi Mechatronics Systems
615 Elca Lane, Suite A
Brownsville, TX 78521

Ship-to Address:

Delphi Mechatronics Systems
615 Elca Lane, Suite A
Brownsville, TX 78521

Ship Via: UPS/ORANGE
Payment Terms: Net 60
Payment Due Date: 11/11/05
FOB: Latrobe, PA

Ship Date: 09/12/05
Your PO Number: 9571-054161

| Line | Item: | Quantity: | Units: | Unit Price: | Amount: |
|---|---|---|---|---|---|
| 1 | 15416386 Rev 03<br>outside air temp sensor | 1,600 | EACH | 0.14616 | 233.86 |
| | | | | Invoice Total (US DOLLARS): | 233.86 |

PLEASE REMIT PAYMENT TO:
CTP CARRERA
PO BOX 752193
CHARLOTTE, NC 28275-2193
OR WIRE TO:
ACCT #:2003207779498
ROUTING #: 053207766

**Thank You For Your Business**

technical plastics
CTP Carrera
600 Depot Street
Latrobe, PA 15650
Tel: (724)539-1833 Fax: (724)539-6620
DUNS #: 107329708

# Pack Slip

| Bill-to: | Delphi Mechatronics Systems<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Pack Slip No<br>Pack Slip Date:<br>Payment Terms:<br>Page: | LTD14713<br>09/12/05<br>Net 30<br>1 |
|---|---|---|---|

| Ship Code: | BROWNSVILL | | |
|---|---|---|---|
| Ship-to: | Delphi Mechatronics Systems<br>Delphi Mechatronics Systems<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Your PO No:<br>FOB:<br>Ship Via: | 9571-054161<br>Latrobe, PA<br>UPS/ORANGE |

| Part Number: | Rev. No.: | Description: | Quantity Shipped: | No of Cartons: | Standard Pack: | Weight: |
|---|---|---|---|---|---|---|
| 15416386 | 03 | outside air temp sensor | 1,600 | 1 | 1,600 | 14 |

```
SERVICE 3DS              BILL WT 14
TRACKING# 1Z26551712406619466
REF 1:
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:     SERVICE    $F/C
IV  $0.00          COD  $0.00       RS  $0.00
DC  $0.00         HZMT  $0.00       SD  $0.00
AH  $0.00         NTFY  $0.00       SP  $0.00
TOT REF CHG  $24.10      REF+HANDLING  $24.10
```

Thank You For Your Business

☒ Close Window



# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 265 517 12 4061 946 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 09/15/2005 12:00 P.M. |
| Signed by: | E SALINAS |
| Location: | DOCK |
| Delivered to: | BROWNSVILLE, TX, US |
| Service Type: | 3 DAY SELECT |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| BROWNSVILLE, TX, US | 09/15/2005 | 12:00 P.M. | DELIVERY |

Tracking results provided by UPS: 02/21/2007 11:39 A.M. EST (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒ Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.

**carclo**
technical plastics
CTP Carrera
600 Depot Street
Latrobe, PA 15650
Tel: (724)539-1833 Fax: (724)539-6620
DUNS #: 107329708

# Invoice

| | |
|---|---|
| Invoice No.: | LIN14865 |
| Invoice Date: | 09/19/05 |
| Page: | 1 |

**Bill-to Customer No.:** PED MECH

**Bill-to Address:**

Delphi Mechatronics Systems
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship-to Address:**

Delphi Mechatronics Systems
615 Elca Lane, Suite A
Brownsville, TX 78521

| | |
|---|---|
| Ship Via: | UPS/ORANGE |
| Payment Terms: | Net 60 |
| Payment Due Date: | 11/18/05 |
| FOB: | Latrobe, PA |

| | |
|---|---|
| Ship Date: | 09/19/05 |
| Your PO Number: | 9571-054161 |

| Line | Item: | Quantity: | Units: | Unit Price: | Amount: |
|---|---|---|---|---|---|
| 1 | 15416386 Rev 03<br>outside air temp sensor | 3,200 | EACH | 0.14616 | 467.71 |
| | | | Invoice Total (US DOLLARS): | | 467.71 |

PLEASE REMIT PAYMENT TO:
CTP CARRERA
PO BOX 752193
CHARLOTTE, NC 28275-2193
OR WIRE TO:
ACCT #:2003207779498
ROUTING #: 053207766

**Thank You For Your Business**

technical plastics
CTP Carrera
600 Depot Street
Latrobe, PA 15650
Tel: (724)539-1833 Fax: (724)539-6620
DUNS #: 107329708

# Pack Slip

| Bill-to: | Delphi Mechatronics Systems<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Pack Slip No<br>Pack Slip Date:<br>Payment Terms:<br>Page: | LTD14865<br>09/19/05<br>Net 30<br>1 |
|---|---|---|---|

| Ship Code: | BROWNSVILL | | |
|---|---|---|---|
| Ship-to: | Delphi Mechatronics Systems<br>Delphi Mechatronics Systems<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Your PO No:<br>FOB:<br>Ship Via: | 9571-054161<br>Latrobe, PA<br>UPS/ORANGE |

| Part Number: | Rev. No.: | Description: | Quantity Shipped: | No of Cartons: | Standard Pack: | Weight: |
|---|---|---|---|---|---|---|
| 15416386 | 03 | outside air temp sensor | 3,200 | 2 | 1,600 | 28 |

```
TRACKING# 1Z2655171242959765
REF 1:
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:       SERVICE    $F/C
 IV  $0.00         COD  $0.00     RS   $0.00
 DC  $0.00         HZMT $0.00     SD   $0.00
 AH  $0.00         NTFY $0.00     SP   $0.00
 TOT REF CHG   $48.20      REF+HANDLING $48.20
```

Thank You For Your Business



🔲 Close Window

# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 265 517 12 4295 976 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 09/22/2005  11:24 A.M. |
| Signed by: | E SALINAS |
| Location: | DOCK |
| Delivered to: | BROWNSVILLE, TX, US |
| Service Type: | 3 DAY SELECT |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| BROWNSVILLE, TX, US | 09/22/2005 | 11:24 A.M. | DELIVERY |

Tracking results provided by UPS: 02/21/2007  11:39 A.M. EST (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

🔲 Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.

**carclo**
technical plastics
CTP Carrera
600 Depot Street
Latrobe, PA 15650
Tel: (724)539-1833 Fax: (724)539-6620
DUNS #: 107329708

# Invoice

| | |
|---|---|
| Invoice No.: | LIN14983 |
| Invoice Date: | 09/26/05 |
| Page: | 1 |

**Bill-to Customer No.:** PED MECH

**Bill-to Address:**

Delphi Mechatronics Systems
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship-to Address:**

Delphi Mechatronics Systems
615 Elca Lane, Suite A
Brownsville, TX 78521

| | |   | | |
|---|---|---|---|---|
| Ship Via: | UPS/ORANGE | | Ship Date: | 09/26/05 |
| Payment Terms: | Net 60 | | Your PO Number: | 9571-054161 |
| Payment Due Date: | 11/25/05 | | | |
| FOB: | Latrobe, PA | | | |

| Line | Item | Quantity: | Units: | Unit Price: | Amount: |
|---|---|---|---|---|---|
| 1 | 15416386 Rev 03<br>outside air temp sensor | 3,200 | EACH | 0.14616 | 467.71 |
| | | | | Invoice Total (US DOLLARS): | 467.71 |

PLEASE REMIT PAYMENT TO:
CTP CARRERA
PO BOX 752193
CHARLOTTE, NC 28275-2193
OR WIRE TO:
ACCT #:2003207779498
ROUTING #: 053207766

Thank You For Your Business

technical plastics
CTP Carrera
600 Depot Street
Latrobe, PA 15650
Tel: (724)539-1833 Fax: (724)539-6620
DUNS #: 107329708

# Pack Slip

| | | | |
|---|---|---|---|
| Bill-to: | Delphi Mechatronics Systems<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Pack Slip No<br>Pack Slip Date:<br>Payment Terms:<br>Page: | LTD14983<br>09/26/05<br>Net 30<br>1 |

| | | | |
|---|---|---|---|
| Ship Code: | BROWNSVILL | | |
| Ship-to: | Delphi Mechatronics Systems<br>Delphi Mechatronics Systems<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Your PO No:<br>FOB:<br>Ship Via: | 9571-054161<br>Latrobe, PA<br>UPS/ORANGE |

| Part Number: | Rev. No.: | Description: | Quantity Shipped: | No of Cartons: | Standard Pack: | Weight: |
|---|---|---|---|---|---|---|
| 15416386 | 03 | outside air temp sensor | 3,200 | 2 | 1,600 | 28 |

```
                                BILL WT 28
SERVICE 3DS
TRACKING# 1Z2655171241291559
REF 1:
REF 2:
HANDLING CHARGE $0.00              SERVICE  $F/C
REFERENCE RATE CHARGES:                RS    $0.00
                          COD  $0.00   SD    $0.00
  IV   $0.00              HZMT $0.00   SP    $0.00
  DC   $0.00              NTFY $0.00  REF+HANDLING $48.20
  AH   $0.00                    $48.20
  TOT REF CHG   $48.20
```

Thank You For Your Business



🗙 Close Window

# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 265 517 12 4129 155 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 09/29/2005 11:26 A.M. |
| Signed by: | E SALINAS |
| Location: | DOCK |
| Delivered to: | BROWNSVILLE, TX, US |
| Service Type: | 3 DAY SELECT |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| BROWNSVILLE, TX, US | 09/29/2005 | 11:26 A.M. | DELIVERY |

Tracking results provided by UPS: 02/21/2007 11:39 A.M. EST (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

🗙 Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.

**carclo**
technical plastics
CTP Carrera
600 Depot Street
Latrobe, PA 15650
Tel: (724)539-1833 Fax: (724)539-6620
DUNS #: 107329708

# Invoice

| | |
|---|---|
| Invoice No.: | LIN15141 |
| Invoice Date: | 10/03/05 |
| Page: | 1 |

Bill-to Customer No.: PED MECH

Bill-to Address:

Delphi Mechatronics Systems
615 Elca Lane, Suite A
Brownsville, TX 78521

Ship-to Address:

Delphi Mechatronics Systems
615 Elca Lane, Suite A
Brownsville, TX 78521

| | |
|---|---|
| Ship Via: | UPS/ORANGE |
| Payment Terms: | Net 60 |
| Payment Due Date: | 12/02/05 |
| FOB: | Latrobe, PA |

| | |
|---|---|
| Ship Date: | 10/03/05 |
| Your PO Number: | 9571-054161 |

| Line | Item | Quantity | Units | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 15416386 Rev 03<br>outside air temp sensor | 3,200 | EACH | 0.14616 | 467.71 |
| | | | | Invoice Total (US DOLLARS): | 467.71 |

PLEASE REMIT PAYMENT TO:
CTP CARRERA
PO BOX 752193
CHARLOTTE, NC 28275-2193
OR WIRE TO:
ACCT #:2003207779498
ROUTING #: 053207766

Thank You For Your Business

technical plastics
CTP Carrera
600 Depot Street
Latrobe, PA 15650
Tel: (724)539-1833 Fax: (724)539-6620
DUNS #: 107329708

# Pack Slip

| Bill-to: | Delphi Mechatronics Systems<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Pack Slip No<br>Pack Slip Date:<br>Payment Terms:<br>Page: | LTD15141<br>10/03/05<br>Net 30<br>1 |
|---|---|---|---|

| Ship Code: | BROWNSVILL | | |
|---|---|---|---|
| Ship-to: | Delphi Mechatronics Systems<br>Delphi Mechatronics Systems<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Your PO No:<br>FOB:<br>Ship Via: | 9571-054161<br>Latrobe, PA<br>UPS/ORANGE |

| Part Number: | Rev. No.: | Description: | Quantity Shipped: | No of Cartons: | Standard Pack: | Weight: |
|---|---|---|---|---|---|---|
| 15416386 | 03 | outside air temp sensor | 3,200 | 2 | 1,600 | 28 |

(14)

```
SERVICE 3DS                    BILL WT 28
TRACKING# 1Z2655171242367136
REF 1:
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:       SERVICE   $F/C
IV  $0.00         COD  $0.00      RS  $0.00
DC  $0.00         HZMT $0.00      SD  $0.00
AH  $0.00         NTFY $0.00      SP  $0.00
TOT REF CHG $48.20        REF+HANDLING $48.20
```

Thank You For Your Business

🗙 Close Window



# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 265 517 12 4236 713 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 10/06/2005  11:05 A.M. |
| Signed by: | MARCOS M |
| Location: | DOCK |
| Delivered to: | BROWNSVILLE, TX, US |
| Service Type: | 3 DAY SELECT |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| BROWNSVILLE, TX, US | 10/06/2005 | 11:05 A.M. | DELIVERY |

Tracking results provided by UPS: 02/21/2007  11:39 A.M.  EST (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

🗙 Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.