# *Industrial Molding Corporation*

515 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

## Bill of Lading

| 27635-1 | 8/30/2005 |
|---------|-----------|

**Page    1    of    1**

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 27635-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|-------------|--------------------------------------------------|------------|--------|-------|
| 156600 | 19.10  Lbs per Pkg.   Density:    5.72 | 1 | 19 | 150 |
| 156600 | 19.10  Lbs per Pkg.   Density:    5.72 | 2 | 38 | 150 |

1 Pallet(s) - 99 pounds

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages          3**

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _____    Carrier: _____

**Tracking number:
791-052852-1**



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 45925-1 | 08/30/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX   79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE: 09/29/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 768 | Each | 25346971   VAPOR CANISTER BODY<br>Rev 21 | 550007094 | Pk Slip: 27636-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 3.298000 | 2,532.86 |
| 08/30/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 2,532.86 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 2,532.86 |

*Thank You!* Remit Payment to:



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

# PACKING SLIP

| 27636-1 | 8/30/2005 |
| --- | --- |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
| --- | --- | --- | --- |
| 8/30/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
| --- | --- | --- | --- | --- |

**25346971**

| | 768 | 25346971 | Revision: 21 | 550007094 | 20050825 |
| --- | --- | --- | --- | --- | --- |
| | | VAPOR CANISTER BODY | | | |

Tracking Number: 791-052852-1

age 1 of 4 Printed:  8/30/2005 at 10:26:21 AM



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27636-1 | 8/30/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 8/30/2005 | Central Trnsprt | COLLECT | Net 30 days | |
| **Qty Shipped** | **Item Number / Description** | | **PO Number** | **Lot Number** |

Total: 768 "25346971 VAPOR CANISTER BODY" in 96 box(es)
KANBANS for 25346971

| | |
|---|---|
| KANBAN#: | SERIAL #: 3141330 |
| KANBAN#: | SERIAL #: 3141331 |
| KANBAN#: | SERIAL #: 3141332 |
| KANBAN#: | SERIAL #: 3141333 |
| KANBAN#: | SERIAL #: 3141334 |
| KANBAN#: | SERIAL #: 3141335 |
| KANBAN#: | SERIAL #: 3141336 |
| KANBAN#: | SERIAL #: 3141337 |
| KANBAN#: | SERIAL #: 3141338 |
| KANBAN#: | SERIAL #: 3141339 |
| KANBAN#: | SERIAL #: 3141340 |
| KANBAN#: | SERIAL #: 3141341 |
| KANBAN#: | SERIAL #: 3142604 |
| KANBAN#: | SERIAL #: 3142605 |
| KANBAN#: | SERIAL #: 3142606 |
| KANBAN#: | SERIAL #: 3142607 |
| KANBAN#: | SERIAL #: 3142608 |
| KANBAN#: | SERIAL #: 3142609 |
| KANBAN#: | SERIAL #: 3142610 |
| KANBAN#: | SERIAL #: 3142612 |
| KANBAN#: | SERIAL #: 3142620 |
| KANBAN#: | SERIAL #: 3142731 |
| KANBAN#: | SERIAL #: 3142732 |
| KANBAN#: | SERIAL #: 3142733 |
| KANBAN#: | SERIAL #: 3142734 |
| KANBAN#: | SERIAL #: 3142735 |
| KANBAN#: | SERIAL #: 3142736 |
| KANBAN#: | SERIAL #: 3142737 |
| KANBAN#: | SERIAL #: 3142738 |
| KANBAN#: | SERIAL #: 3142739 |
| KANBAN#: | SERIAL #: 3142740 |
| KANBAN#: | SERIAL #: 3142741 |
| KANBAN#: · | SERIAL #: 3142742 |
| KANBAN#: | SERIAL #: 3143017 |

**Tracking Number: 791-052852-1**



# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 27636-1 | 8/30/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 8/30/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| KANBAN#: | SERIAL #: 3143018 | | |
| KANBAN#: | SERIAL #: 3143019 | | |
| KANBAN#: | SERIAL #: 3143020 | | |
| KANBAN#: | SERIAL #: 3143021 | | |
| KANBAN#: | SERIAL #: 3143022 | | |
| KANBAN#: | SERIAL #: 3143023 | | |
| KANBAN#: | SERIAL #: 3143024 | | |
| KANBAN#: | SERIAL #: 3143025 | | |
| KANBAN#: | SERIAL #: 3143026 | | |
| KANBAN#: | SERIAL #: 3143027 | | |
| KANBAN#: | SERIAL #: 3143028 | | |
| KANBAN#: | SERIAL #: 3143029 | | |
| KANBAN#: | SERIAL #: 3143030 | | |
| KANBAN#: | SERIAL #: 3143031 | | |
| KANBAN#: | SERIAL #: 3143033 | | |
| KANBAN#: | SERIAL #: 3143139 | | |
| KANBAN#: | SERIAL #: 3143140 | | |
| KANBAN#: | SERIAL #: 3143141 | | |
| KANBAN#: | SERIAL #: 3143142 | | |
| KANBAN#: | SERIAL #: 3143211 | | |
| KANBAN#: | SERIAL #: 3143212 | | |
| KANBAN#: | SERIAL #: 3143213 | | |
| KANBAN#: | SERIAL #: 3143214 | | |
| KANBAN#: | SERIAL #: 3143215 | | |
| KANBAN#: | SERIAL #: 3143216 | | |
| KANBAN#: | SERIAL #: 3143217 | | |
| KANBAN#: | SERIAL #: 3143218 | | |
| KANBAN#: | SERIAL #: 3143220 | | |
| KANBAN#: | SERIAL #: 3143221 | | |
| KANBAN#: | SERIAL #: 3143222 | | |
| KANBAN#: | SERIAL #: 3143223 | | |
| KANBAN#: | SERIAL #: 3143224 | | |
| KANBAN#: | SERIAL #: 3143225 | | |
| KANBAN#: | SERIAL #: 3143226 | | |
| KANBAN#: | SERIAL #: 3143227 | | |
| KANBAN#: | SERIAL #: 3143228 | | |

**Tracking Number: 791-052852-1**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

# PACKING SLIP

| 27636-1 | 8/30/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 8/30/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| | KANBAN#: | SERIAL #:  3143229 | | |
| | KANBAN#: | SERIAL #:  3143230 | | |
| | KANBAN#: | SERIAL #:  3143794 | | |
| | KANBAN#: | SERIAL #:  3143795 | | |
| | KANBAN#: | SERIAL #:  3143796 | | |
| | KANBAN#: | SERIAL #:  3143797 | | |
| | KANBAN#: | SERIAL #:  3143798 | | |
| | KANBAN#: | SERIAL #:  3143799 | | |
| | KANBAN#: | SERIAL #:  3143800 | | |
| | KANBAN#: | SERIAL #:  3143801 | | |
| | KANBAN#: | SERIAL #:  3143802 | | |
| | KANBAN#: | SERIAL #:  3143803 | | |
| | KANBAN#: | SERIAL #:  3143804 | | |
| | KANBAN#: | SERIAL #:  3143805 | | |
| | KANBAN#: | SERIAL #:  3143806 | | |
| | KANBAN#: | SERIAL #:  3143807 | | |
| | KANBAN#: | SERIAL #:  3143808 | | |
| | KANBAN#: | SERIAL #:  3144010 | | |
| | KANBAN#: | SERIAL #:  3144011 | | |
| | KANBAN#: | SERIAL #:  3144012 | | |
| | KANBAN#: | SERIAL #:  3144013 | | |
| | KANBAN#: | SERIAL #:  3144014 | | |
| | KANBAN#: | SERIAL #:  3144015 | | |
| | KANBAN#: | SERIAL #:  3144016 | | |
| | KANBAN#: | SERIAL #:  3144017 | | |
| | KANBAN#: | SERIAL #:  3144020 | | |
| | KANBAN#: 0000007 | SERIAL #:  1030190 | | |
| | KANBAN#: 0000008 | SERIAL #:  1030203 | | |
| | KANBAN#: 0000009 | SERIAL #:  1030216 | | |
| | KANBAN#: 0000012 | SERIAL #:  1030095 | | |
| | KANBAN#: 0000013 | SERIAL #:  1030110 | | |
| | KANBAN#: 0000017 | SERIAL #:  1030123 | | |
| | KANBAN#: 0000018 | SERIAL #:  1030143 | | |
| | KANBAN#: 0000019 | SERIAL #:  1030177 | | |

**Tracking Number: 791-052852-1**

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX 79404**

A subsidiary of NN, Inc

## Bill of Lading

| 27636-1 | 8/30/2005 |
|---|---|
| Page 1 | of 1 |

**Consigned To:**

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA 02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27636-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 12.00  Lbs per Pkg.<br>Density:       3.59 | 96 | 1,152 | 250 |

**8 Pallet(s) - 1,488 pounds**

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages          96**

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

**Notes:**

Shipper: _____    Carrier: _____

**Tracking number:**
**791-052852-1**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

---

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:  27635-1

PALLET COUNT:  1

BOX COUNT:  3

TOTAL WEIGHT:  99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:  27636-1

PALLET COUNT:  8

BOX COUNT:  96

TOTAL WEIGHT:  1488

---

TOTAL PALLETS:  9

TOTAL WEIGHT:  1587

PRO #:  791-052852-1

SHIPPED VIA  CENTRAL TRANSPORT

SHIPPER

CARRIER



SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052852-1**

2~ ~~
TRC# 53-8021
8-30-05

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:    27635-1

PALLET COUNT:    1

BOX COUNT:    3

TOTAL WEIGHT:    99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:    27636-1

PALLET COUNT:    8

BOX COUNT:    96

TOTAL WEIGHT:    1488

TOTAL PALLETS:    9

TOTAL WEIGHT:    1587

PRO #:    791-052852-1

SHIPPED    CENTRAL TRANSPORT

SHIPPER

CARRIER

SKD    LSE CTN    DRM    BUN    SWAC
CRTS    BSKT    RCK    TOTE    SL & C
SWS-OF    CTN    SWS-STC    CTN
OTHER    SHIP.INIT.
PICK UP STICKER
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

791-052852-1

2 ~ John
TRL# 53-8021
8-30-05

# Industrial Molding Corp.

**INVOICE**

| 45987-1 | 08/31/2005 |
|---------|------------|

616 East Slaton Road
Lubbock, TX  79404
806-474-1000  FAX  806-474-1168
A subsidiary of NN, Inc

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS:  Net 30 days | | DUE DATE:  09/30/2005 |
|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 875<br>08/31/2005 | Each | 25346975   LIQUID TRAP VAPOR CANISTER   Rev 10 | 550007094 | Pk Slip: 27663-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.443800 | 388.33 |
| 672<br>08/31/2005 | Each | 25349555   BOTTOM COVER   Rev 16 | 550007094 | Pk Slip: 27663-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.831900 | 559.04 |
| 480<br>08/31/2005 | Each | 25346971   VAPOR CANISTER BODY Rev 21 | 550007094 | Pk Slip: 27663-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 3.298000 | 1,583.04 |

*Thank You!* Remit Payment to:

| Subtotal: | 2,530.41 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 2,530.41 |



## Industrial Molding Corp.

*616 East Slaton Road*
*Lubbock, TX   79404*
*806-474-1000  FAX  806-474-1168*
A subsidiary of NN, Inc

# INVOICE

| 45986-1 | 08/31/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | | | DUE DATE: 09/30/2005 | | | |
|---|---|---|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 600 | Each | 17120527   AIR INLET GRID   Rev B10 | 0550007104 | Pk Slip: 27663-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.272000 | 163.20 |

08/31/2005

*Thank You!* Remit Payment to:

| Subtotal: | 163.20 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **163.20** |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX 79404**
**806-474-1000 FAX 806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 45985-1 | 08/31/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX 79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| TERMS: Net 30 days | DUE DATE: 09/30/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 250 08/31/2005 | Each | 25173737 VAPOR CAN COVER Rev EC10 | 0550007097 | Pk Slip: 27663-1 2005 Via: Central Trnsprt FOB COLLECT | 0.806000 | 201.50 |

| | |
|---|---|
| Subtotal: | 201.50 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 201.50 |

*Thank You! Remit Payment to:*

# Industrial Molding Corp.

**IMC**

**616 East Slaton Road**
**Lubbock, TX 79404**
**806-474-1000 FAX 806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 45984-1 | 08/31/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX 79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| TERMS: | Net 30 days | DUE DATE: | 09/30/2005 |
|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 384 | Each | 25173734 TRAY VOL COMPEN Rev EC08 | 0550007096 | Pk Slip: 27663-1 2005 Via: Central Trnsprt FOB COLLECT | 0.421000 | 161.66 |
| 08/31/2005 | | | | | | |

*Thank You!* *Remit Payment to:*

| Subtotal: | 161.66 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 161.66 |



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

# INVOICE

| 45983-1 | 08/31/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57

CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: | Net 30 days | DUE DATE: | 09/30/2005 |
|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 200 | Each | 25173732  LIQUID TRAP, VAPOR CANISTER  Rev 18 | 0550007095 | Pk Slip: 27663-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.553000 | 110.60 |
| 08/31/2005 | | | | | | |

**Thank You!** *Remit Payment to:*

| | |
|---|---|
| Subtotal: | 110.60 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 110.60 |

# IMC

**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27663-1 | 8/31/2005 |

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 8/31/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**17120527**

| | 600 | 17120527 | Revision: B10 | 0550007104 | 20050105 |
|---|---|---|---|---|---|
| | | AIR INLET GRID | | | |

Total: 600 "17120527 AIR INLET GRID" in 1 box(es)
KANBANS for 17120527
KANBAN#: 0000004    SERIAL #: 2755935

**25173732**

| | 200 | 25173732 | Revision: 18 | 0550007095 | 20050815 |
|---|---|---|---|---|---|
| | | LIQUID TRAP, VAPOR CANISTER | | | |

Total: 200 "25173732 LIQUID TRAP, VAPOR CANISTER" in 1 box(es)
KANBANS for 25173732
KANBAN#: 0000049    SERIAL #: 3124454

**25173734**

| | 384 | 25173734 | Revision: EC08 | 0550007096 | 20050623 |
|---|---|---|---|---|---|
| | | TRAY VOL COMPEN | | | |

Total: 384 "25173734 TRAY VOL COMPEN" in 2 box(es)
KANBANS for 25173734
KANBAN#: 0000080    SERIAL #: 3041119
KANBAN#: 0000081    SERIAL #: 3040708

**25173737**

| | 250 | 25173737 | Revision: EC10 | 0550007097 | 20050730 |
|---|---|---|---|---|---|
| | | VAPOR CAN COVER | | | |

Total: 250 "25173737 VAPOR CAN COVER" in 2 box(es)
KANBANS for 25173737
KANBAN#: 0000062    SERIAL #: 3103965
KANBAN#: 0000065    SERIAL #: 3103560

**25346975**

| | 875 | 25346975 | Revision: 10 | 550007094 | 20050801 |
|---|---|---|---|---|---|
| | | LIQUID TRAP VAPOR CANISTER | | | |

**Tracking Number: 791-052853-9**



# Industrial Molding Corporation
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

## PACKING SLIP

| 27663-1 | 8/31/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 8/31/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**Total: 875 "25346975 LIQUID TRAP VAPOR CANISTER" in 5 box(es)**
KANBANS for 25346975

| KANBAN#: 0000006 | SERIAL #: 3099550 |
| KANBAN#: 0000009 | SERIAL #: 3099478 |
| KANBAN#: 0000021 | SERIAL #: 3099480 |
| KANBAN#: 0000022 | SERIAL #: 3099477 |
| KANBAN#: 0000023 | SERIAL #: 3099481 |

**25349555**

| 672 | 25349555 | Revision: 16 | 550007094 | 20050808 |
| | BOTTOM COVER | | | |

**Total: 672 "25349555 BOTTOM COVER" in 6 box(es)**
KANBANS for 25349555

| KANBAN#: 0000007 | SERIAL #: 3112302 |
| KANBAN#: 0000010 | SERIAL #: 3111707 |
| KANBAN#: 0000011 | SERIAL #: 3111706 |
| KANBAN#: 0000012 | SERIAL #: 3111708 |
| KANBAN#: 0000025 | SERIAL #: 3111705 |
| KANBAN#: 0000033 | SERIAL #: 3112307 |

**25346971**

| 480 | 25346971 | Revision: 21 | 550007094 | 20050825 |
| | VAPOR CANISTER BODY | | | |

**Tracking Number: 791-052853-9**          age 2 of 4 Printed: 8/31/2005 at 10:37:58 AM



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27663-1 | 8/31/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 8/31/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| | | | |

**Total: 480 "25346971 VAPOR CANISTER BODY" in 60 box(es)**

KANBANS for 25346971

| | |
|---|---|
| KANBAN#: | SERIAL #: 3142703 |
| KANBAN#: | SERIAL #: 3142704 |
| KANBAN#: | SERIAL #: 3142705 |
| KANBAN#: | SERIAL #: 3142706 |
| KANBAN#: | SERIAL #: 3142743 |
| KANBAN#: | SERIAL #: 3142744 |
| KANBAN#: | SERIAL #: 3142745 |
| KANBAN#: | SERIAL #: 3142746 |
| KANBAN#: | SERIAL #: 3142747 |
| KANBAN#: | SERIAL #: 3142748 |
| KANBAN#: | SERIAL #: 3142749 |
| KANBAN#: | SERIAL #: 3142750 |
| KANBAN#: | SERIAL #: 3144030 |
| KANBAN#: | SERIAL #: 3145333 |
| KANBAN#: | SERIAL #: 3145334 |
| KANBAN#: | SERIAL #: 3145335 |
| KANBAN#: | SERIAL #: 3145336 |
| KANBAN#: | SERIAL #: 3145337 |
| KANBAN#: | SERIAL #: 3145338 |
| KANBAN#: | SERIAL #: 3145347 |
| KANBAN#: | SERIAL #: 3146288 |
| KANBAN#: | SERIAL #: 3146289 |
| KANBAN#: | SERIAL #: 3146291 |
| KANBAN#: | SERIAL #: 3146292 |
| KANBAN#: | SERIAL #: 3146293 |
| KANBAN#: | SERIAL #: 3146295 |
| KANBAN#: | SERIAL #: 3146299 |
| KANBAN#: | SERIAL #: 3146300 |
| KANBAN#: | SERIAL #: 3146301 |
| KANBAN#: | SERIAL #: 3146302 |
| KANBAN#: | SERIAL #: 3146303 |
| KANBAN#: | SERIAL #: 3146304 |
| KANBAN#: | SERIAL #: 3146305 |
| KANBAN#: | SERIAL #: 3146306 |

**Tracking Number: 791-052853-9**



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

**PACKING SLIP**

| 27663-1 | 8/31/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 8/31/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| KANBAN#: | | SERIAL #: 3146307 | | |
| KANBAN#: | | SERIAL #: 3146609 | | |
| KANBAN#: | | SERIAL #: 3146610 | | |
| KANBAN#: | | SERIAL #: 3146611 | | |
| KANBAN#: | | SERIAL #: 3146618 | | |
| KANBAN#: | | SERIAL #: 3146619 | | |
| KANBAN#: | | SERIAL #: 3146620 | | |
| KANBAN#: | | SERIAL #: 3146622 | | |
| KANBAN#: | | SERIAL #: 3146623 | | |
| KANBAN#: | | SERIAL #: 3146624 | | |
| KANBAN#: | | SERIAL #: 3146625 | | |
| KANBAN#: | | SERIAL #: 3146626 | | |
| KANBAN#: | | SERIAL #: 3146628 | | |
| KANBAN#: | | SERIAL #: 3146629 | | |
| KANBAN#: | | SERIAL #: 3146816 | | |
| KANBAN#: | | SERIAL #: 3146817 | | |
| KANBAN#: | | SERIAL #: 3146818 | | |
| KANBAN#: | | SERIAL #: 3146819 | | |
| KANBAN#: | | SERIAL #: 3146820 | | |
| KANBAN#: | | SERIAL #: 3146821 | | |
| KANBAN#: | | SERIAL #: 3146822 | | |
| KANBAN#: | | SERIAL #: 3146823 | | |
| KANBAN#: | | SERIAL #: 3146828 | | |
| KANBAN#: | | SERIAL #: 3146832 | | |
| KANBAN#: | | SERIAL #: 3146833 | | |
| KANBAN#: | | SERIAL #: 3146835 | | |
| KANBAN#: 0000023 | | SERIAL #: 1030877 | | |
| KANBAN#: 0000024 | | SERIAL #: 1030890 | | |
| KANBAN#: 0000037 | | SERIAL #: 1030903 | | |
| KANBAN#: 0000039 | | SERIAL #: 1030916 | | |
| KANBAN#: 0000040 | | SERIAL #: 1031195 | | |

**Tracking Number: 791-052853-9**

**Industrial Molding Corporation**
*616 E Slaton Road*
*Lubbock, TX  79404*

**A subsidiary of NN, Inc**

# Bill of Lading

| 27663-1 | 8/31/2005 |
|---|---|

**Page  1  of  2**

Consigned To:
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27663-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 23.00   Lbs per Pkg.<br>Density:   6.89 | | 1 | 23 | 125 |
| 156600 | 29.00   Lbs per Pkg.<br>Density:   8.68 | | 1 | 29 | 100 |
| 156600 | 14.00   Lbs per Pkg.<br>Density:   4.19 | | 2 | 28 | 150 |
| 156600 | 22.00   Lbs per Pkg.<br>Density:   6.59 | | 2 | 44 | 125 |
| 156600 | 19.00   Lbs per Pkg.<br>Density:   5.69 | | 5 | 95 | 150 |
| 156600 | 33.00   Lbs per Pkg.<br>Density:   9.88 | | 6 | 198 | 100 |
| 156600 | 12.00   Lbs per Pkg.<br>Density:   3.59 | | 60 | 720 | 250 |

**7 Pallet(s) - 1,431 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          77

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

Notes:

Shipper: _____   Carrier: _____

**Tracking number:
791-052853-9**



# *Industrial Molding Corp.*

**616 East Slaton Road
Lubbock, TX  79404
806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc



| 45988-1 | 08/31/2005 |
| --- | --- |

Remit To:   INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX 79404

| BILL TO: | SHIP TO: |
| --- | --- |
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE<br><br>WARREN, MI  48090 (USA) | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 (USA) |

| TERMS: Net 30 days | DUE DATE:  09/30/2005 |
| --- | --- |

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
| --- | --- | --- | --- | --- | --- | --- |
| 4,572<br>08/31/2005 | Each | 18025575   END LAMINA COM   Rev 6 | 550000865 | Pk Slip: 27664-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.075000 | 342.90 |
| 3,048<br>08/31/2005 | Each | 18025575   END LAMINA COM   Rev 6 | 550000865 | Pk Slip: 27664-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.075000 | 228.60 |

*Thank You! Remit Payment to:*

| Subtotal: | 571.50 |
| --- | --- |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 571.50 |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27664-1 | 8/31/2005 |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

| Bill To: | Ship To: |
|---|---|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 8/31/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**18025575**

| 4,572 | **18025575**<br>END LAMINA COM | Revision:   6 | 550000865 | 20050709 |
|---|---|---|---|---|

Total:  4,572 "18025575 END LAMINA COM" in 3 box(es)

**18025575**

| 1,524 | **18025575**<br>END LAMINA COM | Revision:   6 | 550000865 | 20050709 |
|---|---|---|---|---|
| 1,524 | **18025575**<br>END LAMINA COM | Revision:   6 | 550000865 | 20050824 |

Total:  3,048 "18025575 END LAMINA COM" in 2 box(es)

**Tracking Number: 791-052853-9**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:  27664-1

PALLET COUNT:  1

BOX COUNT:  5

TOTAL WEIGHT:  138

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:  27663-1

PALLET COUNT:  7

BOX COUNT:  77

TOTAL WEIGHT:  1431

TOTAL PALLETS:  8

TOTAL WEIGHT:  1569

PRO #:  791-052853-9

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER

| SKD | LSE CTN | DRM | BUN | SWAC |
| CRTS | BSKT | RCK | TOTE | SL & C |
| SWS-OF | CTN | SWS-STC | CTN | |
| OTHER | | | SHIP.INIT. | |

Subject to NMFC 100/CTH-100 and 49 USC 14706 and DOT 49 CFR 370

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052853-9**

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

| Bill of Lading | |
|---|---|
| 27664-1 | 8/31/2005 |

Page   1   of   1

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27664-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.10 | Lbs per Pkg. | 3 | 57 | 150 |
|  | Density: | 5.72 |  |  |  |
| 156600 | 19.10 | Lbs per Pkg. | 2 | 38 | 150 |
|  | Density: | 5.72 |  |  |  |

**1 Pallet(s) - 138 pounds**

**Total Packages**       5

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _____   Carrier: _____

**Tracking number:**
**791-052853-9**



## *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc

| | |
|---|---|
| **INVOICE** | |
| 45991-1 | 08/31/2005 |

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

**TERMS:**                                              **DUE DATE:**   08/31/2005

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 220,000 | Each | 12438002   Shuttle Car   Rev C | 550000760 | Pk Slip: 27677-1  2005<br>Via:  NATIONAL LOGIST<br>FOB  COLLECT | 0.011340 | 2,494.80 |
| 08/31/2005 | | | | | | |

| | | |
|---|---|---|
| | Subtotal: | 2,494.80 |
| | Tax: | 0.00 |
| | Freight: | 0.00 |
| | Total: | 2,494.80 |

*Thank You!* *Remit Payment  to:*

# Industrial Molding Corp.

**IMC**

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 45990-1 | 08/31/2005 |
|---------|------------|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS: | | DUE DATE:   08/31/2005 | | | | |
|--------|--|------------------------|--|--|--|--|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|------------|-----------|
| 8,640 | Each | 12437025   ROLLER CAGE   Rev 00 | 5500029910N | Pk Slip: 27677-1  2005<br>Via:   NATIONAL LOGIST<br>FOB   COLLECT | 0.195800 | 1,691.71 |
| 08/31/2005 | | | | | | |

*Thank You! Remit Payment to:*

| | |
|---|---|
| Subtotal: | 1,691.71 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,691.71 |

# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 45989-1 | 08/31/2005 |
|---|---|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS: | | DUE DATE:  08/31/2005 |
|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1,200 | Each | 6605926-007  SEPARATOR  Rev 00 | 550002988 | Pk Slip: 27677-1  2005<br>Via:  NATIONAL LOGIST<br>FOB  COLLECT | 0.084600 | 101.52 |
| 08/31/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 101.52 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 101.52 |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27677-1 | 8/31/2005 |

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 8/31/2005 | NATIONAL LOGISTICS | COLLECT | |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**6605926-007**

| 1,200 | 6605926-007 | Revision:  00 | 550002988 | 20010120 |
|---|---|---|---|---|
| | SEPARATOR | | | |

Total:  1,200 "6605926-007 SEPARATOR" in 1 box(es)

**12438002**

| 220,000 | 12438002 | Revision:  C | 550000760 | 20050808 |
|---|---|---|---|---|
| | Shuttle Car | | | |

Total:  220,000 "12438002 Shuttle Car" in 22 box(es)

**12437025**

| 8,640 | 12437025 | Revision:  00 | 550002991 | 20050815 |
|---|---|---|---|---|
| | ROLLER CAGE | | | |

Total:  8,640 "12437025 ROLLER CAGE" in 12 box(es)

**Tracking Number: 158158**

Page 1 of 1 Printed:  8/31/2005 at 3:20:31 PM

# Lykes Cartage Co., Inc.

P.O. BOX 142263          AUSTIN, TX 78714

**BILL # 158158**

## SERVICE REQUESTED

☐ PICK-UP
☐ DELIVER
☐ TRANSFER

☐ HOT SHOT
☐ SPECIAL _____

CHARGES ARE ASSUMED COLLECT
UNLESS OTHERWISE INDICATED

CHARGES TO
BE PAID BY    ☐ SHIPPER  ☐ CONSIGNEE  ☐ 3RD PARTY

DATE

D/D

### SHIPPER

F  Industrial Molding
R  STREET ADDRESS
O  616 E Slaton Rd
M  CITY  Lubbuck   TX   ZIP CODE  75404

NAME  Lykeres

STREET ADDRESS

CITY                          ZIP CODE

### CONSIGNEE

T  Delphi Chassis System
O  STREET ADDRESS
   2305 Hayes Avenue
   CITY  Sandusky   OH   ZIP CODE  44870

ATTENTION

DECLARED VALUE Unless a higher value is declared hereon, the agreed or declared value of the
property is hereby stated by the shipper to be not exceeding $.50 per pound per article or $50.00 per
shipment whichever is higher unless a higher value
is declared hereon.     DECLARED VALUE $

REF # / P.O. #

Lykes
Area A
fuel
Advance Freight

LYKES COD FEE

| PIECES | H.M. | PACKING | DESCRIPTION | WEIGHT | RE-WEIGH |
|--------|------|---------|-------------|--------|----------|
| 35 | | | plastic parts | 488 | |

SPECIAL INSTRUCTIONS

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE
PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND
LABELED AND ARE IN PROPER CONDITION FOR
TRANSPORTATION ACCORDING TO THE APPLICABLE
REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

PER

| | | |
|--|--|--|
| SHIPPERS C.O.D. | | |
| F.C. C.O.D. | | |
| FREIGHT CHARGES | | |
| TOTAL TO LYKES | | |

## For Pickup Service: (512) 933-9060

SHIPPERS SIGNATURE Subject To Terms & Conditions On Reverse Side

DATE

CONSIGNEE'S SIGNATURE

RECEIVED BY LYKES    Wiley

TIME

TOTAL PIECES  3505    TIME  2:15 - 3:45    DATE  8/31/16 -

RECEIVER MUST PRINT NAME

**SHIPPER**

# *Industrial Molding Corporation*

616 E Slaton Road
Lubbock, TX  79404

**A subsidiary of NN, Inc**

**Consigned To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| **Bill of Lading** | |
|:---:|:---:|
| 27677-1 | 8/31/2005 |

| Page | 1 | of | 1 |
|---|---|---|---|

| Packing Slip # | Ship Via | FOB |
|:---:|:---:|:---:|
| 27677-1 | NATIONAL LOGISTICS | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 10.00 | Lbs per Pkg. | 22 | 220 | 85 |
|  | Density: | 14.71 |  |  |  |
| 156600 | 14.00 | Lbs per Pkg. | 12 | 168 | 150 |
|  | Density: | 4.19 |  |  |  |
| 156600 | 16.00 | Lbs per Pkg. | 1 | 16 | 150 |
|  | Density: | 4.79 |  |  |  |

**2 Pallet(s) 1 loose boxes  - 488 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          35

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

Notes:

**Tracking number:  158158**

Shipper: *Avery Adkins*        Carrier: *Lykes Wiley Mr Dato*  8/31/05



## *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



**INVOICE**

| 46038-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE:  10/2/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 224 | Each | 25349555   BOTTOM COVER   Rev 16 | 550007094 | Pk Slip: 27694-1  2005<br>Via:  Central Trnsprt<br>FOB   COLLECT | 0.878795 | 196.85 |
| 9/2/2005 | | | | | | |
| 350 | Each | 25346975   LIQUID TRAP VAPOR CANISTER   Rev 10 | 550007094 | Pk Slip: 27694-1  2005<br>Via:  Central Trnsprt<br>FOB   COLLECT | 0.465635 | 162.97 |
| 9/2/2005 | | | | | | |
| 384 | Each | 25346971   VAPOR CANISTER BODY Rev 21 | 550007094 | Pk Slip: 27694-1  2005<br>Via:  Central Trnsprt<br>FOB   COLLECT | 3.528398 | 1,354.90 |
| 9/2/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 1,714.72 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,714.72 |



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46037-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX   79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX   79906

| TERMS: Net 30 days | DUE DATE:  10/2/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1,000<br>9/2/2005 | Each | 17122062   CANISTER COVER   Rev<br>C13 | 0550007107 | Pk Slip: 27694-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.348913 | 348.91 |

| | |
|---|---|
| Subtotal: | 348.91 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 348.91 |

*Thank You!* Remit Payment to:



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46036-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE: 10/2/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 875 | Each | 25173737   VAPOR CAN COVER  Rev EC10 | 0550007097 | Pk Slip: 27694-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.858331 | 751.04 |
| 9/2/2005 | | | | | | |

*Thank You!* Remit Payment to:

| Subtotal: | 751.04 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **751.04** |

# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc



| 46035-1 | 09/02/2005 |
|---|---|

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
| | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
| | 32 CELERITY WAGON / DOCK WEST |
| EL PASO, TX  79906 | EL PASO, TX  79906 |

| TERMS:  Net 30 days | DUE DATE:  10/2/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 192 | Each | 25173734   TRAY VOL COMPEN   Rev EC08 | 0550007096 | Pk Slip: 27694-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.449344 | 86.27 |
| 9/2/2005 | | | | | | |

| | | |
|---|---|---|
| | Subtotal: | 86.27 |
| | Tax: | 0.00 |
| | Freight: | 0.00 |
| | Total: | 86.27 |

*Thank You!* Remit Payment to:



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46034-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS:  Net 30 days | DUE DATE:   10/2/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 600 | Each | 25173732  LIQUID TRAP, VAPOR CANISTER  Rev 18 | 0550007095 | Pk Slip: 27694-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.591612 | 354.97 |
| 9/2/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 354.97 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 354.97 |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46033-1 | 09/02/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS:  Net 30 days | | DUE DATE:  10/2/2005 | | | | |
|---|---|---|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 960 | Each | 25173731   CANISTER BODY   Rev 013 | 0550007094 | Pk Slip: 27694-1  2005  Via: Central Trnsprt  FOB COLLECT | 3.603653 | 3,459.51 |
| 9/2/2005 | | | | | | |
| 192 | Each | 25173731   CANISTER BODY   Rev 013 | 0550007094 | Pk Slip: 27694-1  2005  Via: Central Trnsprt  FOB COLLECT | 3.603653 | 691.90 |
| 9/2/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 4,151.41 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 4,151.41 |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

# PACKING SLIP

| 27694-1 | 9/2/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**25349555**

| | 78 | **25349555** | Revision: 16 | 550007094 | 20050808 |
| | | BOTTOM COVER | | | |
| | 146 | **25349555** | Revision: 16 | 550007094 | 20050802 |
| | | BOTTOM COVER | | | |

Total:  224 "25349555 BOTTOM COVER" in 2 box(es)
   KANBANS for 25349555
      KANBAN#:  0000006        SERIAL #:  3112306
      KANBAN#:  0000035        SERIAL #:  3103129

**25346975**

| | 350 | **25346975** | Revision: 10 | 550007094 | 20050728 |
| | | LIQUID TRAP VAPOR CANISTER | | | |

Total:  350 "25346975 LIQUID TRAP VAPOR CANISTER" in 2 box(es)
   KANBANS for 25346975
      KANBAN#:  0000012        SERIAL #:  3097043
      KANBAN#:  0000018        SERIAL #:  3096364

**25346971**

| | 8 | **25346971** | Revision: 21 | 550007094 | 20050810 |
| | | VAPOR CANISTER BODY | | | |
| | 376 | **25346971** | Revision: 21 | 550007094 | 20050825 |
| | | VAPOR CANISTER BODY | | | |

**Tracking Number: 791-052854-7**



## Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

# PACKING SLIP

| 27694-1 | 9/2/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days | |
| Qty Shipped | Item Number / Description | | PO Number | Lot Number |

Total:  384 "25346971 VAPOR CANISTER BODY" in 48 box(es)
KANBANS for 25346971

| | |
|---|---|
| KANBAN#: | SERIAL #:  3114520 |
| KANBAN#: | SERIAL #:  3144018 |
| KANBAN#: | SERIAL #:  3144019 |
| KANBAN#: | SERIAL #:  3144022 |
| KANBAN#: | SERIAL #:  3144023 |
| KANBAN#: | SERIAL #:  3144024 |
| KANBAN#: | SERIAL #:  3144025 |
| KANBAN#: | SERIAL #:  3144026 |
| KANBAN#: | SERIAL #:  3144027 |
| KANBAN#: | SERIAL #:  3144028 |
| KANBAN#: | SERIAL #:  3144029 |
| KANBAN#: | SERIAL #:  3145339 |
| KANBAN#: | SERIAL #:  3145340 |
| KANBAN#: | SERIAL #:  3145341 |
| KANBAN#: | SERIAL #:  3145342 |
| KANBAN#: | SERIAL #:  3145343 |
| KANBAN#: | SERIAL #:  3145344 |
| KANBAN#: | SERIAL #:  3145345 |
| KANBAN#: | SERIAL #:  3145346 |
| KANBAN#: | SERIAL #:  3146290 |
| KANBAN#: | SERIAL #:  3146294 |
| KANBAN#: | SERIAL #:  3146296 |
| KANBAN#: | SERIAL #:  3146297 |
| KANBAN#: | SERIAL #:  3146298 |
| KANBAN#: | SERIAL #:  3146621 |
| KANBAN#: | SERIAL #:  3146627 |
| KANBAN#: | SERIAL #:  3146630 |
| KANBAN#: | SERIAL #:  3146631 |
| KANBAN#: | SERIAL #:  3146632 |
| KANBAN#: | SERIAL #:  3146809 |
| KANBAN#: | SERIAL #:  3146810 |
| KANBAN#: | SERIAL #:  3146811 |
| KANBAN#: | SERIAL #:  3146812 |
| KANBAN#: | SERIAL #:  3146813 |

**Tracking Number: 791-052854-7**



## Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27694-1 | 9/2/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| KANBAN#: | SERIAL #: 3146814 | | |
| KANBAN#: | SERIAL #: 3146815 | | |
| KANBAN#: | SERIAL #: 3149670 | | |
| KANBAN#: | SERIAL #: 3149671 | | |
| KANBAN#: | SERIAL #: 3149672 | | |
| KANBAN#: | SERIAL #: 3149673 | | |
| KANBAN#: | SERIAL #: 3149674 | | |
| KANBAN#: | SERIAL #: 3149675 | | |
| KANBAN#: | SERIAL #: 3149676 | | |
| KANBAN#: | SERIAL #: 3149677 | | |
| KANBAN#: | SERIAL #: 3149678 | | |
| KANBAN#: | SERIAL #: 3149679 | | |
| KANBAN#: | SERIAL #: 3149680 | | |
| KANBAN#: | SERIAL #: 3149681 | | |
| KANBAN#: 0000002 | SERIAL #: 1032199 | | |
| KANBAN#: 0000025 | SERIAL #: 1032212 | | |
| KANBAN#: 0000026 | SERIAL #: 1032225 | | |
| KANBAN#: 0000027 | SERIAL #: 1032238 | | |

**25173732**

| | 600 | **25173732** | Revision: 18 | 0550007095 | 20050815 |
|---|---|---|---|---|---|
| | | LIQUID TRAP, VAPOR CANISTER | | | |

**Total: 600 "25173732 LIQUID TRAP, VAPOR CANISTER" in 3 box(es)**
KANBANS for 25173732

| KANBAN#: 0000050 | SERIAL #: 3121528 |
|---|---|
| KANBAN#: 0000051 | SERIAL #: 3121524 |
| KANBAN#: 0000053 | SERIAL #: 3121527 |

**25173734**

| | 192 | **25173734** | Revision: EC08 | 0550007096 | 20050623 |
|---|---|---|---|---|---|
| | | TRAY VOL COMPEN | | | |

**Total: 192 "25173734 TRAY VOL COMPEN" in 1 box(es)**
KANBANS for 25173734

| KANBAN#: 0000051 | SERIAL #: 3041122 |
|---|---|

**25173737**

**Tracking Number: 791-052854-7**

age 3 of 10 Printed: 9/2/2005 at 11:21:06 AM



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

**PACKING SLIP**

| 27694-1 | 9/2/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| 875 | 25173737   Revision: EC10 | | 0550007097 | 20050730 |
| | VAPOR CAN COVER | | | |

**Total: 875 "25173737 VAPOR CAN COVER" in 7 box(es)**
KANBANS for 25173737

| KANBAN#: 0000057 | SERIAL #: 3102076 |
|---|---|
| KANBAN#: 0000059 | SERIAL #: 3102017 |
| KANBAN#: 0000063 | SERIAL #: 3103546 |
| KANBAN#: 0000064 | SERIAL #: 3102079 |
| KANBAN#: 0000067 | SERIAL #: 3102014 |
| KANBAN#: 0000068 | SERIAL #: 3102080 |
| KANBAN#: 0000070 | SERIAL #: 3102016 |

**17122062**

| 1,000 | 17122062   Revision: C13 | | 0550007107 | 20050729 |
|---|---|---|---|---|
| | CANISTER COVER | | | |

**Total: 1,000 "17122062 CANISTER COVER" in 1 box(es)**
KANBANS for 17122062

KANBAN#: 0000006       SERIAL #: 3097487

**25173731**

| 16 | 25173731   Revision: 013 | | 0550007094 | 20050516 |
|---|---|---|---|---|
| | CANISTER BODY | | | |
| 784 | 25173731   Revision: 013 | | 0550007094 | 20050901 |
| | CANISTER BODY | | | |
| 144 | 25173731   Revision: 013 | | 0550007094 | 20050819 |
| | CANISTER BODY | | | |
| 16 | 25173731   Revision: 013 | | 0550007094 | 20050816 |
| | CANISTER BODY | | | |



# *Industrial Molding Corporation*
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27694-1 | 9/2/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

Total: 960 "25173731 CANISTER BODY" in 60 box(es)
   KANBANS for 25173731

| | |
|---|---|
| KANBAN#: | SERIAL #: 2986645 |
| KANBAN#: | SERIAL #: 3128859 |
| KANBAN#: | SERIAL #: 3129287 |
| KANBAN#: | SERIAL #: 3129288 |
| KANBAN#: | SERIAL #: 3129289 |
| KANBAN#: | SERIAL #: 3129290 |
| KANBAN#: | SERIAL #: 3129291 |
| KANBAN#: | SERIAL #: 3129292 |
| KANBAN#: | SERIAL #: 3129293 |
| KANBAN#: | SERIAL #: 3129294 |
| KANBAN#: | SERIAL #: 3129295 |
| KANBAN#: | SERIAL #: 3148748 |
| KANBAN#: | SERIAL #: 3148749 |
| KANBAN#: | SERIAL #: 3148750 |
| KANBAN#: | SERIAL #: 3148751 |
| KANBAN#: | SERIAL #: 3148752 |
| KANBAN#: | SERIAL #: 3148753 |
| KANBAN#: | SERIAL #: 3148754 |
| KANBAN#: | SERIAL #: 3148755 |
| KANBAN#: | SERIAL #: 3148756 |
| KANBAN#: | SERIAL #: 3148757 |
| KANBAN#: | SERIAL #: 3148758 |
| KANBAN#: | SERIAL #: 3148759 |
| KANBAN#: | SERIAL #: 3148760 |
| KANBAN#: | SERIAL #: 3148761 |
| KANBAN#: | SERIAL #: 3148762 |
| KANBAN#: | SERIAL #: 3148830 |
| KANBAN#: | SERIAL #: 3148831 |
| KANBAN#: | SERIAL #: 3148832 |
| KANBAN#: | SERIAL #: 3148833 |
| KANBAN#: | SERIAL #: 3148834 |
| KANBAN#: | SERIAL #: 3148835 |
| KANBAN#: | SERIAL #: 3148836 |
| KANBAN#: | SERIAL #: 3148837 |

**Tracking Number: 791-052854-7**



## Industrial Molding Corporation
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

# PACKING SLIP

| 27694-1 | 9/2/2005 |
|---------|----------|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| KANBAN#: | SERIAL #:  3148838 | | |
| KANBAN#: | SERIAL #:  3148839 | | |
| KANBAN#: | SERIAL #:  3148840 | | |
| KANBAN#: | SERIAL #:  3148841 | | |
| KANBAN#: | SERIAL #:  3148842 | | |
| KANBAN#: | SERIAL #:  3148843 | | |
| KANBAN#: | SERIAL #:  3148844 | | |
| KANBAN#: | SERIAL #:  3148982 | | |
| KANBAN#: | SERIAL #:  3148983 | | |
| KANBAN#: | SERIAL #:  3148984 | | |
| KANBAN#: | SERIAL #:  3148985 | | |
| KANBAN#: | SERIAL #:  3148986 | | |
| KANBAN#: | SERIAL #:  3148987 | | |
| KANBAN#: | SERIAL #:  3148988 | | |
| KANBAN#: | SERIAL #:  3148989 | | |
| KANBAN#: | SERIAL #:  3148990 | | |
| KANBAN#: | SERIAL #:  3148991 | | |
| KANBAN#: | SERIAL #:  3148992 | | |
| KANBAN#: | SERIAL #:  3148993 | | |
| KANBAN#: | SERIAL #:  3148994 | | |
| KANBAN#: | SERIAL #:  3148995 | | |
| KANBAN#: | SERIAL #:  3148996 | | |
| KANBAN#: | SERIAL #:  3149553 | | |
| KANBAN#: | SERIAL #:  3149554 | | |
| KANBAN#: | SERIAL #:  3149556 | | |
| KANBAN#: | SERIAL #:  3149557 | | |
| KANBAN#: | SERIAL #:  3149888 | | |
| KANBAN#: | SERIAL #:  3149889 | | |
| KANBAN#: | SERIAL #:  3149890 | | |
| KANBAN#: | SERIAL #:  3149891 | | |
| KANBAN#: | SERIAL #:  3149892 | | |
| KANBAN#: | SERIAL #:  3149895 | | |
| KANBAN#: | SERIAL #:  3149896 | | |
| KANBAN#: | SERIAL #:  3149897 | | |
| KANBAN#: | SERIAL #:  3149898 | | |
| KANBAN#: | SERIAL #:  3149899 | | |

**Tracking Number: 791-052854-7**

age 6 of 10 Printed:  9/2/2005 at 11:21:06 AM



# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 27694-1 | 9/2/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| | KANBAN#: | SERIAL #: 3149900 | | |
| | KANBAN#: | SERIAL #: 3149901 | | |
| | KANBAN#: 0000046 | SERIAL #: 1032134 | | |
| | KANBAN#: 0000052 | SERIAL #: 1032147 | | |
| | KANBAN#: 0000053 | SERIAL #: 1032160 | | |
| | KANBAN#: 0000054 | SERIAL #: 1032173 | | |
| | KANBAN#: 0000055 | SERIAL #: 1032186 | | |
| | KANBAN#: 0000057 | SERIAL #: 1032534 | | |

**25173731**

| 192 | **25173731** | Revision: 013 | 0550007094 | 20050901 |
| | CANISTER BODY | | | |

**Tracking Number: 791-052854-7**

age 7 of 10 Printed:  9/2/2005 at 11:21:06 AM



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27694-1 | 9/2/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

Total:  192 "25173731 CANISTER BODY" in 12 box(es)
KANBANS for 25173731

| | |
|---|---|
| KANBAN#: | SERIAL #: 2986645 |
| KANBAN#: | SERIAL #: 3128859 |
| KANBAN#: | SERIAL #: 3129287 |
| KANBAN#: | SERIAL #: 3129288 |
| KANBAN#: | SERIAL #: 3129289 |
| KANBAN#: | SERIAL #: 3129290 |
| KANBAN#: | SERIAL #: 3129291 |
| KANBAN#: | SERIAL #: 3129292 |
| KANBAN#: | SERIAL #: 3129293 |
| KANBAN#: | SERIAL #: 3129294 |
| KANBAN#: | SERIAL #: 3129295 |
| KANBAN#: | SERIAL #: 3148748 |
| KANBAN#: | SERIAL #: 3148749 |
| KANBAN#: | SERIAL #: 3148750 |
| KANBAN#: | SERIAL #: 3148751 |
| KANBAN#: | SERIAL #: 3148752 |
| KANBAN#: | SERIAL #: 3148753 |
| KANBAN#: | SERIAL #: 3148754 |
| KANBAN#: | SERIAL #: 3148755 |
| KANBAN#: | SERIAL #: 3148756 |
| KANBAN#: | SERIAL #: 3148757 |
| KANBAN#: | SERIAL #: 3148758 |
| KANBAN#: | SERIAL #: 3148759 |
| KANBAN#: | SERIAL #: 3148760 |
| KANBAN#: | SERIAL #: 3148761 |
| KANBAN#: | SERIAL #: 3148762 |
| KANBAN#: | SERIAL #: 3148830 |
| KANBAN#: | SERIAL #: 3148831 |
| KANBAN#: | SERIAL #: 3148832 |
| KANBAN#: | SERIAL #: 3148833 |
| KANBAN#: | SERIAL #: 3148834 |
| KANBAN#: | SERIAL #: 3148835 |
| KANBAN#: | SERIAL #: 3148836 |
| KANBAN#: | SERIAL #: 3148837 |

**Tracking Number: 791-052854-7**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

# PACKING SLIP

| 27694-1 | 9/2/2005 |
|---------|----------|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| KANBAN#: | SERIAL #:  3148838 | | |
| KANBAN#: | SERIAL #:  3148839 | | |
| KANBAN#: | SERIAL #:  3148840 | | |
| KANBAN#: | SERIAL #:  3148841 | | |
| KANBAN#: | SERIAL #:  3148842 | | |
| KANBAN#: | SERIAL #:  3148843 | | |
| KANBAN#: | SERIAL #:  3148844 | | |
| KANBAN#: | SERIAL #:  3148982 | | |
| KANBAN#: | SERIAL #:  3148983 | | |
| KANBAN#: | SERIAL #:  3148984 | | |
| KANBAN#: | SERIAL #:  3148985 | | |
| KANBAN#: | SERIAL #:  3148986 | | |
| KANBAN#: | SERIAL #:  3148987 | | |
| KANBAN#: | SERIAL #:  3148988 | | |
| KANBAN#: | SERIAL #:  3148989 | | |
| KANBAN#: | SERIAL #:  3148990 | | |
| KANBAN#: | SERIAL #:  3148991 | | |
| KANBAN#: | SERIAL #:  3148992 | | |
| KANBAN#: | SERIAL #:  3148993 | | |
| KANBAN#: | SERIAL #:  3148994 | | |
| KANBAN#: | SERIAL #:  3148995 | | |
| KANBAN#: | SERIAL #:  3148996 | | |
| KANBAN#: | SERIAL #:  3149553 | | |
| KANBAN#: | SERIAL #:  3149554 | | |
| KANBAN#: | SERIAL #:  3149556 | | |
| KANBAN#: | SERIAL #:  3149557 | | |
| KANBAN#: | SERIAL #:  3149888 | | |
| KANBAN#: | SERIAL #:  3149889 | | |
| KANBAN#: | SERIAL #:  3149890 | | |
| KANBAN#: | SERIAL #:  3149891 | | |
| KANBAN#: | SERIAL #:  3149892 | | |
| KANBAN#: | SERIAL #:  3149895 | | |
| KANBAN#: | SERIAL #:  3149896 | | |
| KANBAN#: | SERIAL #:  3149897 | | |
| KANBAN#: | SERIAL #:  3149898 | | |
| KANBAN#: | SERIAL #:  3149899 | | |

**Tracking Number: 791-052854-7**

age 9 of 10 Printed:  9/2/2005 at 11:21:06 AM

**IMC**

## Industrial Molding Corporation
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27694-1 | 9/2/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| KANBAN#: | SERIAL #:  3149900 | | |
| KANBAN#: | SERIAL #:  3149901 | | |
| KANBAN#:  0000046 | SERIAL #:  1032134 | | |
| KANBAN#:  0000052 | SERIAL #:  1032147 | | |
| KANBAN#:  0000053 | SERIAL #:  1032160 | | |
| KANBAN#:  0000054 | SERIAL #:  1032173 | | |
| KANBAN#:  0000055 | SERIAL #:  1032186 | | |
| KANBAN#:  0000057 | SERIAL #:  1032534 | | |

**Tracking Number: 791-052854-7**

ge 10 of 10 Printed:  9/2/2005 at 11:21:06 AM

# *Industrial Molding Corporation*

*616 E Slaton Road*
*Lubbock, TX 79404*

**A subsidiary of NN, Inc**

| **Bill of Lading** | |
|---|---|
| 27694-1 | 9/2/2005 |

Page    1    of    2

**Consigned To:**
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA 02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27694-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 33.00 Lbs per Pkg. Density: 9.88 | | 2 | 66 | 100 |
| 156600 | 19.00 Lbs per Pkg. Density: 5.69 | | 2 | 38 | 150 |
| 156600 | 12.00 Lbs per Pkg. Density: 3.59 | | 48 | 576 | 250 |
| 156600 | 29.00 Lbs per Pkg. Density: 8.68 | | 3 | 87 | 100 |
| 156600 | 14.00 Lbs per Pkg. Density: 4.19 | | 1 | 14 | 150 |
| 156600 | 22.00 Lbs per Pkg. Density: 6.59 | | 7 | 154 | 125 |
| 156600 | 40.00 Lbs per Pkg. Density: 11.98 | | 1 | 40 | 93 |
| 156600 | 18.00 Lbs per Pkg. Density: 5.39 | | 60 | 1,080 | 150 |
| 156600 | 18.00 Lbs per Pkg. Density: 5.39 | | 12 | 216 | 150 |

# *Industrial Molding Corporation*

616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

**Bill of Lading**

| 27694-1 | 9/2/2005 |
|---|---|

| Page | 2 | of | 2 |

**Consigned To:**
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27694-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| | | | | |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052854-7**

**12 Pallet(s) - 2,775 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**      136

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper:   _____   Carrier:  _____

**Tracking number:
791-052854-7**

# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46068-1 | 09/02/2005 |
|---|---|

Remit To:   INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX  79404

**BILL TO:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

WARREN, MI   48090 (USA)

**SHIP TO:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906 (USA)

| TERMS: | Net 30 days | DUE DATE: | 10/2/2005 |
|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1,524 | Each | 18025575   END LAMINA COM   Rev 6 | 550000865 | Pk Slip: 27695-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.078890 | 120.23 |

9/2/2005

| | |
|---|---|
| Subtotal: | 120.23 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 120.23 |

*Thank You!* Remit Payment to:



**Industrial Molding Corporation**
*616 E Slaton Road*
*Lubbock TX  79404*

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27695-1 | 9/2/2005 |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**18025575**

| | 1,524 | **18025575**<br>END LAMINA COM | Revision: 6 | 550000865 | 20050418 |
|---|---|---|---|---|---|

Total:  1,524 "18025575 END LAMINA COM" in 1 box(es)

**Tracking Number: 791-052854-7**

Page 1 of 1 Printed:  9/2/2005 at 11:42:23 AM

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS 79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS 79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:     27695-1

PALLET COUNT:     0

BOX COUNT:     1

TOTAL WEIGHT:     19

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:     27694-1

PALLET COUNT:     12

BOX COUNT:     136

TOTAL WEIGHT:     2775

TOTAL PALLETS:     12

TOTAL WEIGHT:     2794

PRO #:     791-052854-7

SHIPPED     CENTRAL TRANSPORT

SHIPPER

CARRIER

| SKD | LSE CTN | DRM | BUN | SWAC |
| CRTS | BSKT | RCK | TOTE | SL & C |
| SWS-OF _____ CTN | SWS-STC _____ CTN |
| OTHER _____ | SHIP.INIT. _____ |

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

PICK UP STICKER

2 - pl
9-6-05
TRC# 53-6919

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX 79404

A subsidiary of NN, Inc

**Bill of Lading**

| 27695-1 | 9/2/2005 |

Page   1   of   1

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27695-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.10 | Lbs per Pkg. | 1 | 19 | 150 |
| | Density: | 5.72 | | | |

**1 loose boxes  - 19 pounds**

**Total Packages**                   1

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

Notes:

Shipper: _____   Carrier: _____

**Tracking number:
791-052854-7**



**Industrial Molding Corp.**

*616 East Slaton Road*
*Lubbock, TX  79404*
*806-474-1000  FAX  806-474-1168*
A subsidiary of NN, Inc

# INVOICE

| 46076-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | | DUE DATE:  10/2/2005 | |
|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 576 | Each | 25173731   CANISTER BODY   Rev 013 | 0550007094 | Pk Slip: 27698-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 3.603653 | 2,075.70 |
| 9/2/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 2,075.70 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 2,075.70 |



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

| INVOICE | |
|---------|--|
| 46075-1 | 09/02/2005 |

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS:   Net 30 days | DUE DATE:   10/2/2005 |
|----------------------|------------------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---------|------|--------------------|-------|---------|-----------|-----------|
| 700 | Each | 25346975   LIQUID TRAP VAPOR CANISTER   Rev 10 | 550007094 | Pk Slip: 27698-1  2005 Via: Central Trnsprt FOB COLLECT | 0.465635 | 325.94 |
| 9/2/2005 | | | | | | |
| 784 | Each | 25349555   BOTTOM COVER   Rev 16 | 550007094 | Pk Slip: 27698-1  2005 Via: Central Trnsprt FOB COLLECT | 0.878795 | 688.98 |
| 9/2/2005 | | | | | | |

*Thank You!* *Remit Payment to:*

| | |
|--|--|
| Subtotal: | 1,014.92 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,014.92 |



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46074-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS:  Net 30 days | DUE DATE:  10/2/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 2,000 | Each | 17122062   CANISTER COVER   Rev C13 | 0550007107 | Pk Slip: 27698-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.348913 | 697.83 |
| 9/2/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 697.83 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 697.83 |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000   FAX   806-474-1168**
A subsidiary of NN, Inc



# INVOICE

| 46073-1 | 09/02/2005 |

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX   79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX   79906

**TERMS:**  Net 30 days          **DUE DATE:**   10/2/2005

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 5,000 | Each | 17121901   LIQUID TRAP COVER   Rev A7 | 0550007106 | Pk Slip: 27698-1  2005 Via:   Central Trnsprt FOB   COLLECT | 0.142802 | 714.01 |
| 9/2/2005 | | | | | | |

*Thank You!* Remit Payment to:

| Subtotal: | 714.01 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 714.01 |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46072-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57

CISCO 35021

32 CELERITY WAGON / DOCK WEST

EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE:  10/2/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 2,400 | Each | 17120527  AIR INLET GRID   Rev B10 | 0550007104 | Pk Slip: 27698-1  2005 | 0.282085 | 677.00 |
| 9/2/2005 | | | | Via:  Central Trnsprt | | |
| | | | | FOB  COLLECT | | |

|  | |
|---|---|
| **Subtotal:** | 677.00 |
| **Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Total:** | 677.00 |

*Thank You!* Remit Payment to:



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46071-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | | DUE DATE: 10/2/2005 | | | | |
|---|---|---|---|---|---|---|
| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
| 500 | Each | 25173737  VAPOR CAN COVER  Rev EC10 | 0550007097 | Pk Slip: 27698-1  2005  Via: Central Trnsprt  FOB COLLECT | 0.858331 | 429.17 |
| 9/2/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 429.17 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 429.17 |

*Thank You! Remit Payment to:*



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

### INVOICE

| 46070-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS:  Net 30 days | DUE DATE:  10/2/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 384 | Each | 25173734   TRAY VOL COMPEN   Rev EC08 | 0550007096 | Pk Slip: 27698-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.449344 | 172.55 |
| 9/2/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 172.55 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 172.55 |

*Thank You!* Remit Payment to:



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46069-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: | Net 30 days | DUE DATE: | 10/2/2005 |
|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 800 | Each | 25173732  LIQUID TRAP, VAPOR CANISTER  Rev 18 | 0550007095 | Pk Slip: 27698-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.591612 | 473.29 |
| 9/2/2005 | | | | | | |

*Thank You!* *Remit Payment to:*

| | |
|---|---|
| Subtotal: | 473.29 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 473.29 |



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27698-1 | 9/2/2005 |

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS<br><br>32 CELERITY WAGON DRIVE | DELPHI ENERGY & ENGINE<br>DELPHI E CHIHUAHUA PLT 57<br>CISCO 35021<br>32 CELERITY WAGON / DOCK WEST<br>EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**25346975**

| | | | | | |
|---|---|---|---|---|---|
| 700 | **25346975** | Revision: 10 | 550007094 | 20050728 |
| | LIQUID TRAP VAPOR CANISTER | | | |

Total: 700 "25346975 LIQUID TRAP VAPOR CANISTER" in 4 box(es)
KANBANS for 25346975

| KANBAN#: 0000007 | SERIAL #: 3095643 |
|---|---|
| KANBAN#: 0000008 | SERIAL #: 3096366 |
| KANBAN#: 0000019 | SERIAL #: 3096365 |
| KANBAN#: 0000020 | SERIAL #: 3096362 |

**25349555**

| | | | | |
|---|---|---|---|---|
| 224 | **25349555** | Revision: 16 | 550007094 | 20050802 |
| | BOTTOM COVER | | | |
| 560 | **25349555** | Revision: 16 | 550007094 | 20050808 |
| | BOTTOM COVER | | | |

Total: 784 "25349555 BOTTOM COVER" in 7 box(es)
KANBANS for 25349555

| KANBAN#: 0000001 | SERIAL #: 3110877 |
|---|---|
| KANBAN#: 0000005 | SERIAL #: 3110878 |
| KANBAN#: 0000015 | SERIAL #: 3110880 |
| KANBAN#: 0000020 | SERIAL #: 3106512 |
| KANBAN#: 0000021 | SERIAL #: 3110879 |
| KANBAN#: 0000030 | SERIAL #: 3106511 |
| KANBAN#: 0000034 | SERIAL #: 3110881 |

**17120527**

| | | | | |
|---|---|---|---|---|
| 2,400 | **17120527** | Revision: B10 | 0550007104 | 20050820 |
| | AIR INLET GRID | | | |

Total: 2,400 "17120527 AIR INLET GRID" in 4 box(es)
KANBANS for 17120527

| KANBAN#: 0000001 | SERIAL #: 3133797 |
|---|---|
| KANBAN#: 0000002 | SERIAL #: 3133798 |
| KANBAN#: 0000005 | SERIAL #: 3131096 |
| KANBAN#: 0000006 | SERIAL #: 3133039 |

**Tracking Number: 791-052855-4**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27698-1 | 9/2/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS<br><br>32 CELERITY WAGON DRIVE | DELPHI ENERGY & ENGINE<br>DELPHI E CHIHUAHUA PLT 57<br>CISCO 35021<br>32 CELERITY WAGON / DOCK WEST<br>EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**25173732**

| 800 | **25173732** | Revision: 18 | 0550007095 | 20050815 |
|---|---|---|---|---|
| | LIQUID TRAP, VAPOR CANISTER | | | |

Total: 800 "25173732 LIQUID TRAP, VAPOR CANISTER" in 4 box(es)
KANBANS for 25173732

| KANBAN#: 0000048 | SERIAL #: 3124898 |
|---|---|
| KANBAN#: 0000054 | SERIAL #: 3124901 |
| KANBAN#: 0000055 | SERIAL #: 3124902 |
| KANBAN#: 0000057 | SERIAL #: 3124900 |

**25173734**

| 384 | **25173734** | Revision: EC08 | 0550007096 | 20050623 |
|---|---|---|---|---|
| | TRAY VOL COMPEN | | | |

Total: 384 "25173734 TRAY VOL COMPEN" in 2 box(es)
KANBANS for 25173734

| KANBAN#: 0000052 | SERIAL #: 3041120 |
|---|---|
| KANBAN#: 0000053 | SERIAL #: 3041114 |

**25173737**

| 500 | **25173737** | Revision: EC10 | 0550007097 | 20050730 |
|---|---|---|---|---|
| | VAPOR CAN COVER | | | |

Total: 500 "25173737 VAPOR CAN COVER" in 4 box(es)
KANBANS for 25173737

| KANBAN#: 0000055 | SERIAL #: 3102078 |
|---|---|
| KANBAN#: 0000058 | SERIAL #: 3102074 |
| KANBAN#: 0000060 | SERIAL #: 3102075 |
| KANBAN#: 0000061 | SERIAL #: 3102077 |

**17121901**

| 2,500 | **17121901** | Revision: A7 | 0550007106 | 20050527 |
|---|---|---|---|---|
| | LIQUID TRAP COVER | | | |
| 2,500 | **17121901** | Revision: A7 | 0550007106 | 20050824 |
| | LIQUID TRAP COVER | | | |

**Tracking Number: 791-052855-4**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27698-1 | 9/2/2005 |

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**Total: 5,000 "17121901 LIQUID TRAP COVER" in 2 box(es)**
KANBANS for 17121901
KANBAN#: 0000001   SERIAL #: 3136620
KANBAN#: 0000002   SERIAL #: 3001269

**17122062**
2,000   **17122062**   Revision:  C13   0550007107   20050820
CANISTER COVER

**Total: 2,000 "17122062 CANISTER COVER" in 2 box(es)**
KANBANS for 17122062
KANBAN#: 0000007   SERIAL #: 3132110
KANBAN#: 0000010   SERIAL #: 3133683

**25173731**
576   **25173731**   Revision:  013   0550007094   20050901
CANISTER BODY

**Tracking Number: 791-052855-4**



## Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
| --- | --- |
| 27698-1 | 9/2/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
| --- | --- | --- | --- |
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
| --- | --- | --- | --- |

**Total: 576 "25173731 CANISTER BODY" in 36 box(es)**

KANBANS for 25173731

| KANBAN#: | SERIAL #: 3149902 |
| --- | --- |
| KANBAN#: | SERIAL #:  3150434 |
| KANBAN#: | SERIAL #:  3150435 |
| KANBAN#: | SERIAL #:  3150436 |
| KANBAN#: | SERIAL #:  3150437 |
| KANBAN#: | SERIAL #:  3150438 |
| KANBAN#: | SERIAL #:  3150439 |
| KANBAN#: | SERIAL #:  3150440 |
| KANBAN#: | SERIAL #:  3150441 |
| KANBAN#: | SERIAL #:  3150442 |
| KANBAN#: | SERIAL #:  3150443 |
| KANBAN#: | SERIAL #:  3150444 |
| KANBAN#: | SERIAL #:  3150445 |
| KANBAN#: | SERIAL #:  3150446 |
| KANBAN#: | SERIAL #:  3150447 |
| KANBAN#: | SERIAL #:  3150448 |
| KANBAN#: | SERIAL #:  3150449 |
| KANBAN#: | SERIAL #:  3150450 |
| KANBAN#: | SERIAL #:  3150451 |
| KANBAN#: | SERIAL #:  3150615 |
| KANBAN#: | SERIAL #:  3150616 |
| KANBAN#: | SERIAL #:  3150617 |
| KANBAN#: | SERIAL #:  3150618 |
| KANBAN#: | SERIAL #:  3150619 |
| KANBAN#: | SERIAL #:  3150648 |
| KANBAN#: | SERIAL #:  3150649 |
| KANBAN#: | SERIAL #:  3150650 |
| KANBAN#: | SERIAL #:  3150651 |
| KANBAN#: | SERIAL #:  3150652 |
| KANBAN#: | SERIAL #:  3150653 |
| KANBAN#: | SERIAL #:  3150655 |
| KANBAN#: | SERIAL #:  3150740 |
| KANBAN#: | SERIAL #:  3150741 |
| KANBAN#: | SERIAL #:  3150742 |

**Tracking Number: 791-052855-4**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

# PACKING SLIP

| 27698-1 | 9/2/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| KANBAN#: | SERIAL #:  3150744 | | |
| KANBAN#: | SERIAL #:  3150745 | | |
| KANBAN#:  0000047 | SERIAL #:  1032705 | | |
| KANBAN#:  0000051 | SERIAL #:  1032718 | | |
| KANBAN#:  0000056 | SERIAL #:  1032731 | | |

**Tracking Number: 791-052855-4**

- Page 5 of 5 Printed:  9/2/2005 at 3:39:21 PM

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

**Bill of Lading**

| 27698-1 | 9/2/2005 |
|---|---|

Page   1   of   2

Consigned To:

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27698-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.00 Lbs per Pkg. | Density: 5.69 | 4 | 76 | 150 |
| 156600 | 33.00 Lbs per Pkg. | Density: 9.88 | 7 | 231 | 100 |
| 156600 | 23.00 Lbs per Pkg. | Density: 6.89 | 4 | 92 | 125 |
| 156600 | 29.00 Lbs per Pkg. | Density: 8.68 | 4 | 116 | 100 |
| 156600 | 14.00 Lbs per Pkg. | Density: 4.19 | 2 | 28 | 150 |
| 156600 | 22.00 Lbs per Pkg. | Density: 6.59 | 4 | 88 | 125 |
| 156600 | 19.22 Lbs per Pkg. | Density: 5.75 | 2 | 38 | 150 |
| 156600 | 40.00 Lbs per Pkg. | Density: 11.98 | 2 | 80 | 93 |
| 156600 | 18.00 Lbs per Pkg. | Density: 5.39 | 36 | 648 | 150 |

*Industrial Molding Corporation*
616 E Slaton Road
Lubbock, TX 79404

A subsidiary of NN, Inc

**Bill of Lading**

| 27698-1 | 9/2/2005 |
|---|---|

Page   2   of   2

Consigned To:
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA 02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27698-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| | | | | |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052855-4**

6 Pallet(s) - 1,649 pounds

Total Packages

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____
_____

Notes:

**Tracking number:**
**791-052855-4**

Shipper: _____   Carrier: _____



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

| INVOICE | |
| --- | --- |
| 46078-1 | 09/02/2005 |

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS: | DUE DATE:  9/2/2005 |
| --- | --- |

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
| --- | --- | --- | --- | --- | --- | --- |
| 1,824 | Each | 6607062   CAGE   Rev 00 | 550002991 | Pk Slip: 27713-1  2005 | 0.232575 | 424.22 |
| 9/2/2005 | | | | Via:   FED X-PRIORITY | | |
| | | | | FOB  PREPAID | | |

*Thank You!* *Remit Payment to:*

| Subtotal: | 424.22 |
| --- | --- |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 424.22 |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46077-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS:  Net 30 days | | DUE DATE:  10/2/2005 | | | | |
|---|---|---|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1,200 | Each | 6607036   REF# 06607036   Rev 00 | 550000760 | Pk Slip: 27713-1  2005<br>Via:   FED X-PRIORITY<br>FOB  PREPAID | 0.197251 | 236.70 |
| 9/2/2005 | | | | | | |
| 736 | Each | 6607067   CAGE  Rev M | 550000760 | Pk Slip: 27713-1  2005<br>Via:   FED X-PRIORITY<br>FOB  PREPAID | 0.261309 | 192.32 |
| 9/2/2005 | | | | | | |

*Thank You!* Remit Payment  to:

| | |
|---|---|
| **Subtotal:** | 429.02 |
| **Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Total:** | 429.02 |

**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27713-1 | 9/2/05 |
| *27713-1* | |

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/05 | FED X-PRIORITY | PREPAID | |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| **6607036** | | | | |
| 1,200 | **6607036** | Revision:  00 | 550000760 | 20050818 |
| | REF# 06607036 | | | |
| Total:  1,200 "6607036 REF# 06607036" in 4 box(es) | | | | |
| **6607067** | | | | |
| 736 | **6607067** | Revision:  M | 550000760 | 20050620 |
| | CAGE | | | |
| Total:  736 "6607067 CAGE" in 2 box(es) | | | | |
| **6607062** | | | | |
| 1,824 | **6607062** | Revision:  00 | 550002991 | 20050706 |
| | CAGE | | | |
| Total:  1,824 "6607062 CAGE" in 6 box(es) | | | | |

**Tracking Number: 632825028560**

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

| | **Bill of Lading** | |
|---|---|---|
| 27713-1 | | 9/2/05 |
| Page | 1 of | 1 |

**Consigned To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

**Bill Freight to:**

Industrial Molding Corporation
616 E. Slaton Road
Lubbock, TX  79404

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27713-1 | FED X-PRIORITY | PREPAID |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 9.12   Lbs per Pkg. Density:   2.73 | | 4 | 36 | 250 |
| 156600 | 11.00   Lbs per Pkg. Density:   3.29 | | 2 | 22 | 250 |
| 156600 | 7.39   Lbs per Pkg. Density:   2.21 | | 6 | 44 | 250 |

Ref: SHIPPING        Date: 09/02/2005
RDep: PARTS FOR ORDER   Wgt: 11.0 LBS
De
        DV:          0.00

SHIPPING:   32.24
SPECIAL:     4.03
HANDLING:    0.00
TOTAL:      36.27

Sves: PRIORITY OVERNIGHT
    Svc. TRCK: 6328 2502 8570
        TRCK: 6328 2502 8560

Ref: SHIPPING        Date: 09/02/2005
RDep: PARTS FOR ORDER   Wgt: 9.0 LBS
De
        DV:          0.00

SHIPPING:   29.2
SPECIAL:     3.6
HANDLING:    0.0
TOTAL:      32.9

Sves: PRIORITY OVERNIGHT
    Svc. TRCK: 6328 2502 8618
    Svc. TRCK: 6328 2502 8607
    Svc. TRCK: 6328 2502 8592
        TRCK: 6328 2502 8581

**12 loose boxes  - 103 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Total Packages**          12

Ref: SHIPPING        Date: 09/02/2005
Dep: PARTS FOR ORDER   Wgt: 8.0 LBS
        DV:          0.00

SHIPPING:   27.30
SPECIAL:     3.41
HANDLING:    0.00
TOTAL:      30.71

Sves: PRIORITY OVERNIGHT
    Svc. TRCK: 6328 2502 8673
    Sv. TRCK: 6328 2502 8662
    Svc TRCK: 6328 2502 8651
    Sves TRCK: 6328 2502 8640
    S. TRCK: 6328 2502 8630
        TRCK: 6328 2502 8629

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

**Tracking number:**
**632825028560**

Shipper: _Avery Alters_        Carrier: _____



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000   FAX  806-474-1168**
A subsidiary of NN, Inc



# INVOICE

| 46080-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS: | Net 30 days | | DUE DATE: | 10/2/2005 | | | |
|---|---|---|---|---|---|---|---|

| Quantity | Unit | Item / Description | | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 3,680 | Each | 6607067   CAGE   Rev M | | 550000760 | Pk Slip: 27714-1  2005 | 0.261309 | 961.62 |
| 9/2/2005 | | | | | Via:   FED X-2 DAY | | |
| | | | | | FOB  PREPAID | | |
| 2,400 | Each | 6607036   REF# 06607036   Rev 00 | | 550000760 | Pk Slip: 27714-1  2005 | 0.197251 | 473.40 |
| 9/2/2005 | | | | | Via:   FED X-2 DAY | | |
| | | | | | FOB  PREPAID | | |

*Thank You!* Remit Payment to:

| Subtotal: | 1,435.02 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **1,435.02** |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46079-1 | 09/02/2005 |
|---------|------------|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

**TERMS:** | **DUE DATE:**   9/2/2005

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|------------|-----------|
| 1,824 | Each | 6607062  CAGE  Rev 00 | 550002991 | Pk Slip: 27714-1  2005<br>Via:  FED X-2 DAY<br>FOB  PREPAID | 0.232575 | 424.22 |
| 9/2/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 424.22 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 424.22 |

*Thank You!* *Remit Payment to:*



# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 27714-1 | 9/2/05 |
|---|---|
| *27714-1* | |

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA 02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH 44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/05 | FED X-2 DAY | PREPAID | |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| **6607067** | | | | |
| 2,944 | **6607067**<br>CAGE | Revision: M | 550000760 | 20050606 |
| 736 | **6607067**<br>CAGE | Revision: M | 550000760 | 20050620 |
| **Total: 3,680 "6607067 CAGE" in 10 box(es)** | | | | |
| **6607036** | | | | |
| 2,400 | **6607036**<br>REF# 06607036 | Revision: 00 | 550000760 | 20050818 |
| **Total: 2,400 "6607036 REF# 06607036" in 8 box(es)** | | | | |
| **6607062** | | | | |
| 1,824 | **6607062**<br>CAGE | Revision: 00 | 550002991 | 20050706 |
| **Total: 1,824 "6607062 CAGE" in 6 box(es)** | | | | |

**Tracking Number: 632825028916**

1 - Page 1 of 1 Printed: 9/2/05 at 4:32:20 PM

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

**Consigned To:**
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| **Bill of Lading** | |
|---|---|
| 27714-1 | 9/2/05 |
| **Page** 1 of 1 | |

**Bill Freight to:**

Industrial Molding Corporation
616 E. Slaton Road
Lubbock, TX  79404

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27714-1 | FED X-2 DAY | PREPAID |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 11.00 | Lbs per Pkg. | 10 | 110 | 250 |
| | Density: | 3.29 | | | |
| 156600 | 9.12 | Lbs per Pkg. | 8 | 73 | 250 |
| | Density: | 2.73 | | | |
| 156600 | 7.39 | Lbs per Pkg. | 6 | 44 | 250 |
| | Density: | 2.21 | | | |

Ref: SHIPPING  Date: 09/02/2005
Dep: PARTS FOR ORDER  Wgt: 8.0 LBS
          DV:          0.00

SHIPPING:       9.91
SPECIAL:        1.24
HANDLING:       0.00
TOTAL:         11.15

Svcs: ** 2DAY **
Svc TRCK: 6328 2502 8868
   TRCK: 6328 2502 8879
Svc TRCK: 6328 2502 8880
Svc TRCK: 6328 2502 8890
Svc TRCK: 6328 2502 8905
   TRCK: 6328 2502 8916

Ref: SHIPPING  Date: 09/02/2005
Dep: PARTS FOR ORDER  Wgt: 9.0 LBS
          DV:          0.00

SHIPPING:      10.85
SPECIAL:        1.36
HANDLING:       0.00
TOTAL:         12.21

Svcs: ** 2DAY **
Svc TRCK: 6328 2502 8787
Svc TRCK: 6328 2502 8798
Svc TRCK: 6328 2502 8802
Svc TRCK: 6328 2502 8813
Svc TRCK: 6328 2502 8824
Svc TRCK: 6328 2502 8835
Svc TRCK: 6328 2502 8846
   TRCK: 6328 2502 8857

**24 loose boxes  - 227 pounds**

**Total Packages** 24

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

(Signature of Consignor)

Ref: SHIPPING  Date: 09/02/2005
Dep: PARTS FOR ORDER  Wgt: 11.0 LBS
          DV:          0.00

SHIPPING:
HANDLING:
TOTAL:

Svcs: ** 2DAY **
Svc TRCK: 6328 2502 8721
   TRCK: 6328 2502 8732
   TRCK: 6328 2502 8743
Svc TRCK: 6328 2502 8754
Svc TRCK: 6328 2502 8765
   TRCK: 6328 2502 8776

Ref: SHIPPING  Date: 09/02/2005
Dep: PARTS FOR ORDER  Wgt: 11.0 LBS
          DV:          0.00

SHIPPING:      12.72   "Prepaid"
SPECIAL:        1.69
HANDLING:       0.00
TOTAL:         14.31

Svcs: ** 2DAY **
Svc TRCK: 6328 2502 8684
Svc TRCK: 6328 2502 8695
Svc TRCK: 6328 2502 8700
   TRCK: 6328 2502 8710

Shipper: Avery Athens     Carrier:

**Tracking number:**
**632825028916**



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000 FAX 806-474-1168**
A subsidiary of NN, Inc

## INVOICE 

| 46093-1 | 09/02/2005 |
|---|---|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI E & C
999 ROANDALL ROAD

COOPERSVILLE, MI  49404 (USA)

| TERMS: Net 30 days | DUE DATE: 10/2/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 4,800 | Each | 25345197   ISOLATOR INJECTOR   Rev 3 | 550034070 | Pk Slip: 27734-1  2005<br>Via:  FED X-PRIORITY<br>FOB  COLLECT | 0.180300 | 865.44 |
| 9/2/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 865.44 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 865.44 |



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

# PACKING SLIP

| 27734-1 | 9/6/2005 |
|---------|----------|

Contact: TIM KEEN
Fax: 616-837-7466

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOD, MA  02062-9115

**Ship To:**

DELPHI E & C
999 ROANDALL ROAD
COOPERSVILLE, MI  49404

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/2/2005 | FED X-PRIORITY | COLLECT | .% 30 NET 30 |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**25345197**

| | 4,800 | **25345197** | Revision:  3 | 550034070 | 20030407 |
|---|---|---|---|---|---|
| | | ISOLATOR INJECTOR | | | |

**Total:  4,800 "25345197 ISOLATOR INJECTOR" in 2 box(es)**

**Tracking Number: 632825028949**

# *Industrial Molding Corporation*

**616 E Slaton Road**
**Lubbock, TX  79404**

**A subsidiary of NN, Inc**

**Consigned To:**
DELPHI E & C

999 ROANDALL ROAD
COOPERSVILLE, MI  49404

## Bill of Lading

| 27734-1 | 9/2/2005 |
|---|---|

| Page | 1 | of | 1 |
|---|---|---|---|

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27734-1 | FED X-PRIORITY | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 25.00   Lbs per Pkg.  Density:    15.92 | 2 | 50 | 70 |

```
Ref: SHIPPING        Date: 09/06/2005   SHIPPING:    0.00
Dep: PARTS FOR ORDER Wgt: 25.0 LBS      SPECIAL:     0.00
                                        HANDLING:    0.00
                     DV:         0.00   TOTAL:       0.00

          Svcs: PRIORITY OVERNIGHT
                TRCK: 6328 2502 8938
```

```
Ref: SHIPPING        Date: 09/06/2005   SHIPPING:    0.00
Dep: PARTS FOR ORDER Wgt: 25.0 LBS      SPECIAL:     0.00
                                        HANDLING:    0.00
                     DV:         0.00   TOTAL:       0.00

          Svcs: PRIORITY OVERNIGHT
                TRCK: 6328 2502 8949
```

### 2 loose boxes  - 50 pounds

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages** 2

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

**Notes:**

Shipper: _Avery Atkins_    Carrier: _____

## Tracking number:
# 632825028949



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

**INVOICE**

| 46122-1 | 09/06/2005 |
|---|---|

*Remit To:*  INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX 79404

**BILL TO:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

WARREN, MI  48090 (USA)

**SHIP TO:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906 (USA)

| TERMS: Net 30 days | DUE DATE: 10/6/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 13,716 | Each | 18025575    END LAMINA COM   Rev 6 | 550000865 | Pk Slip: 27737-1  2005  Via: Central Trnsprt  FOB COLLECT | 0.075000 | 1,028.70 |
| 9/6/2005 | | | | | | |
| 16,764 | Each | 18025577    END LAMINA BRG   Rev 5 | 550000865 | Pk Slip: 27737-1  2005  Via: Central Trnsprt  FOB COLLECT | 0.073780 | 1,236.85 |
| 9/6/2005 | | | | | | |

*Thank You!* Remit Payment to:

| Subtotal: | 2,265.55 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **2,265.55** |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27737-1 | 9/6/2005 |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/6/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**18025575**

| 6,096 | 18025575<br>END LAMINA COM | Revision:  6 | 550000865 | 20050709 |
|---|---|---|---|---|
| 7,620 | 18025575<br>END LAMINA COM | Revision:  6 | 550000865 | 20050824 |

Total: 13,716 "18025575 END LAMINA COM" in 9 box(es)

**18025577**

| 16,764 | 18025577<br>END LAMINA BRG | Revision:  5 | 550000865 | 20050816 |
|---|---|---|---|---|

Total: 16,764 "18025577 END LAMINA BRG" in 11 box(es)

**Tracking Number: 7910522417**

- Page 1 of 1 Printed:  9/6/2005 at 3:51:30 PM

**Industrial Holding Corporation**
616 E Slaton Road
Lubbock, TX 79404

A subsidiary of NN, Inc

**Bill of Lading**

| 27737-1 | 9/6/2005 |
|---|---|

Page 1 of 1

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX 79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA 02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27737-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 19.10 Lbs per Pkg. Density: 5.72 | 9 | 172 | 150 |
| 156600 | 19.10 Lbs per Pkg. Density: 5.72 | 11 | 210 | 150 |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052241-7**

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

X Pallet(s) - 424 pounds
2

9-8-05

Total Packages 20

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _____ Carrier: _____

**Tracking number:
7910522417**



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

| INVOICE | |
|---|---|
| 46157-1 | 09/07/2005 |

*Remit To:*   INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX  79404

| BILL TO: | SHIP TO: |
|---|---|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE<br><br>WARREN, MI  48090 (USA) | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 (USA) |

| TERMS: | DUE DATE:  9/7/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1,524<br>9/7/2005 | Each | 18025577   END LAMINA BRG   Rev 5 | 550000865 | Pk Slip: 27747-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.073780 | 112.44 |
| 3,048<br>9/7/2005 | Each | 18025577   END LAMINA BRG   Rev 5 | 550000865 | Pk Slip: 27747-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.073780 | 224.88 |

*Thank You!* *Remit Payment to:*

| | |
|---|---|
| Subtotal: | 337.32 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 337.32 |



# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27747-1 | 9/7/2005 |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/7/2005 | Central Trnsprt | COLLECT | |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**18025577**

| | | | | |
|---|---|---|---|---|
| 1,524 | 18025577 | Revision: 5 | 550000865 | 20050816 |
| | END LAMINA BRG | | | |

Total: 1,524 "18025577 END LAMINA BRG" in 1 box(es)

**18025577**

| | | | | |
|---|---|---|---|---|
| 3,048 | 18025577 | Revision: 5 | 550000865 | 20050816 |
| | END LAMINA BRG | | | |

Total: 3,048 "18025577 END LAMINA BRG" in 2 box(es)

# Industrial Molding Corporation

61C E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

**Bill of Lading**

| 27747-1 | 9/7/2005 |
|---|---|

Page   1   of   1

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27747-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.10  Lbs per Pkg.<br>Density:    5.72 | | 1 | 19 | 150 |
| 156600 | 19.10  Lbs per Pkg.<br>Density:    5.72 | | 2 | 38 | 150 |

**1 Pallet(s) - 99 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          3

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

Notes:

Shipper: _____   Carrier: _____

**Tracking number:
791-052856-2**