# *Industrial Molding Corp.*

**IMC**

*616 East Slaton Road*
*Lubbock, TX   79404*
*806-474-1000  FAX  806-474-1168*
A subsidiary of NN, Inc

## INVOICE

| 46159-1 | 09/07/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: | Net 30 days | DUE DATE: | 10/7/2005 |
|--------|-------------|-----------|-----------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|------------|-----------|
| 350<br>9/7/2005 | Each | 25346975   LIQUID TRAP VAPOR CANISTER   Rev 10 | 550007094 | Pk Slip: 27748-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.443800 | 155.33 |
| 784<br>9/7/2005 | Each | 25349555   BOTTOM COVER   Rev 16 | 550007094 | Pk Slip: 27748-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.831900 | 652.21 |

*Thank You!* *Remit Payment to:*

| | |
|--|--|
| Subtotal: | 807.54 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 807.54 |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46158-1 | 09/07/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX   79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX   79906

| TERMS:  Net 30 days | DUE DATE:   10/7/2005 |
|---------------------|-----------------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|------------|-----------|
| 600 | Each | 17120527   AIR INLET GRID   Rev B10 | 0550007104 | Pk Slip: 27748-1  2005<br>Via:  Central Tmsprt<br>FOB  COLLECT | 0.282085 | 169.25 |
| 9/7/2005 | | | | | | |

*Thank You!* *Remit Payment  to:*

| | |
|---|---|
| Subtotal: | 169.25 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 169.25 |



# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 27748-1 | 9/7/2005 |
|---------|----------|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|----------|----------|

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|--------------|----------|--------|-------------------|
| 9/7/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|-------------|--------------------------|--|-----------|------------|

**17120527**

| | 600 | **17120527**<br>AIR INLET GRID | Revision: B10 | 0550007104 | 20050815 |
|--|-----|---------------|---------------|------------|----------|

**Total: 600 "17120527 AIR INLET GRID" in 1 box(es)**
KANBANS for 17120527
  KANBAN#: 0000003        SERIAL #: 3124811

**25346975**

| | 350 | **25346975**<br>LIQUID TRAP VAPOR CANISTER | Revision: 10 | 550007094 | 20050728 |
|--|-----|-----|-----|-----|-----|

**Total: 350 "25346975 LIQUID TRAP VAPOR CANISTER" in 2 box(es)**
KANBANS for 25346975
  KANBAN#: 0000011        SERIAL #: 3096362
  KANBAN#: 0000016        SERIAL #: 3096361

**25349555**

| | 336 | **25349555**<br>BOTTOM COVER | Revision: 16 | 550007094 | 20050802 |
|--|-----|-----|-----|-----|-----|
| | 448 | **25349555**<br>BOTTOM COVER | Revision: 16 | 550007094 | 20050808 |

**Total: 784 "25349555 BOTTOM COVER" in 7 box(es)**
KANBANS for 25349555
  KANBAN#: 0000016        SERIAL #: 3108992
  KANBAN#: 0000019        SERIAL #: 3108993
  KANBAN#: 0000026        SERIAL #: 3108994
  KANBAN#: 0000027        SERIAL #: 3106990
  KANBAN#: 0000028        SERIAL #: 3106989
  KANBAN#: 0000031        SERIAL #: 3108991
  KANBAN#: 0000032        SERIAL #: 3106508

---

**Tracking Number: 791-052856-2**

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

**Consigned To:**

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| **Bill of Lading** | |
|---|---|
| 27748-1 | 9/7/2005 |

Page    1    of    1

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27748-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 23.00   Lbs per Pkg.<br>Density:    6.89 | | 1 | 23 | 125 |
| 156600 | 19.00   Lbs per Pkg.<br>Density:    5.69 | | 2 | 38 | 150 |
| 156600 | 33.00   Lbs per Pkg.<br>Density:    9.88 | | 7 | 231 | 100 |

**1 Pallet(s) - 334 pounds**

**Total Packages**          10

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Notes:**

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Shipper: _____    Carrier: _____

**Tracking number:**
**791-052856-2**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**
INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**
DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:   27747-1

PALLET COUNT:   1

BOX COUNT:   3

TOTAL WEIGHT:   99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:   27748-1

PALLET COUNT:   1

BOX COUNT:   10

TOTAL WEIGHT:   334

TOTAL PALLETS:   2

TOTAL WEIGHT:   433

PRO #:   791-052856-2

SHIPPED   CENTRAL TRANSPORT

SHIPPER

CARRIER

TRL# 53-7317
9-7-0X

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052856-2**

2 SKD   LSE CTN   DRM   BUN   SWAC
CRTS   BSKT   RCK   TOTE   SL & C
SWS-OF   CTN   SWS-STC   CTN
OTHER   SHIP.INT.
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:   27747-1

PALLET COUNT:   1

BOX COUNT:   3

TOTAL WEIGHT:   99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:   27748-1

PALLET COUNT:   1

BOX COUNT:   10

TOTAL WEIGHT:   334

TOTAL PALLETS:   2

TOTAL WEIGHT:   433

PRO #:   791-052856-2

SHIPPED   CENTRAL TRANSPORT

SHIPPER

CARRIER

TBL#53-7317
9-7-0X

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight
791-052856-2

SKD   LSE CTN   DRM   BUN   SWAC
CRTS   BSKT   RCK   TOTE   SL & C
SWS-OF   CTN   SWS-STC   CTN
OTHER   SHIP.INIT.
PICK UP STICKER
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46220-1 | 09/08/2005 |

Remit To:   INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX  79404

**BILL TO:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

WARREN, MI  48090 (USA)

**SHIP TO:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906 (USA)

| TERMS: | | DUE DATE:  9/8/2005 |

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 3,048 | Each | 18025577   END LAMINA BRG   Rev 5 | 550000865 | Pk Slip: 27766-1  2005<br>Via:  Central Trnspr<br>FOB  COLLECT | 0.073780 | 224.88 |
| 9/8/2005 | | | | | | |

*Thank You!* Remit Payment to:

| Subtotal: | 224.88 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 224.88 |



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

# PACKING SLIP

| 27766-1 | 9/8/2005 |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

| Bill To: | Ship To: |
|---|---|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/8/2005 | Central Trnsprt | COLLECT | |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**18025577**

| 3,048 | **18025577** | Revision:  5 | 550000865 | 20050816 |
| | END LAMINA BRG | | | |

**Total:  3,048 "18025577 END LAMINA BRG" in 2 box(es)**

*Industrial Molding Corporation*

*616 E Slaton Road*
*Lubbock. TX  79404*

A subsidiary of NN, Inc

## Bill of Lading

| 27766-1 | 9/8/2005 |
|---|---|

**Page**    1    **of**    1

**Consigned To:**

DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27766-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 19.10   Lbs per Pkg.   Density:    5.72 | 2 | 38 | 150 |

**1 Pallet(s) - 80 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          2

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

Notes:

Shipper:                          Carrier:  _____

**Tracking number:**
**791-052857-0**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:   27766-1

PALLET COUNT:   1

BOX COUNT:   2

TOTAL WEIGHT:   80

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:   27768-1

PALLET COUNT:   2

BOX COUNT:   24

TOTAL WEIGHT:   372

TOTAL PALLETS:   3

TOTAL WEIGHT:   452

PRO #:   791-052858-8

SHIPPED   CENTRAL TRANSPORT

SHIPPER

CARRIER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052858-8**



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46221-1 | 09/08/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

**TERMS:**  Net 30 days          **DUE DATE:**  10/8/2005

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 192 | Each | 25346971   VAPOR CANISTER BODY<br>Rev 21 | 550007094 | Pk Slip: 27768-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 3.298000 | 633.22 |
| 9/8/2005 | | | | | | |

|  |  |
|---|---|
| Subtotal: | 633.22 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 633.22 |

*Thank You!* *Remit Payment to:*



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27768-1 | 9/8/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/8/2005 | Central Trnsprt | COLLECT | Net 30 days | |
| **Qty Shipped** | **Item Number / Description** | | **PO Number** | **Lot Number** |

**25346971**

| | | | | |
|---|---|---|---|---|
| 192 | **25346971**  Revision: 21 | | 550007094 | 20050907 |
| | VAPOR CANISTER BODY | | | |

**Total: 192 "25346971 VAPOR CANISTER BODY" in 24 box(es)**

KANBANS for 25346971

| KANBAN #: | | SERIAL #: 3157064 |
|---|---|---|
| KANBAN #: | | SERIAL #: 3157065 |
| KANBAN #: | | SERIAL #: 3157066 |
| KANBAN #: | | SERIAL #: 3157067 |
| KANBAN #: | | SERIAL #: 3157068 |
| KANBAN #: | | SERIAL #: 3157069 |
| KANBAN #: | | SERIAL #: 3157070 |
| KANBAN #: | | SERIAL #: 3157770 |
| KANBAN #: | | SERIAL #: 3157771 |
| KANBAN #: | | SERIAL #: 3157772 |
| KANBAN #: | | SERIAL #: 3157773 |
| KANBAN #: | | SERIAL #: 3157774 |
| KANBAN #: | | SERIAL #: 3158629 |
| KANBAN #: | | SERIAL #: 3158630 |
| KANBAN #: | | SERIAL #: 3158631 |
| KANBAN #: | | SERIAL #: 3158632 |
| KANBAN #: | | SERIAL #: 3158633 |
| KANBAN #: | | SERIAL #: 3158634 |
| KANBAN #: | | SERIAL #: 3158635 |
| KANBAN #: | | SERIAL #: 3158776 |
| KANBAN #: | | SERIAL #: 3158777 |
| KANBAN #: | | SERIAL #: 3158778 |
| KANBAN #: | | SERIAL #: 3158779 |
| KANBAN #: | | SERIAL #: 3158782 |
| KANBAN #: | 0000038 | SERIAL #: 1036337 |
| KANBAN #: | 0000038 | SERIAL #: 1036350 |

**Tracking Number: 791-052858-8**

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

## Bill of Lading

| 27768-1 | 9/8/2005 |
|---------|----------|

Page    1    of    1

Consigned To:

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 27768-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|-------------|-------------------------------------------------|-----------|--------|-------|
| 156600 | 12.00  Lbs per Pkg. Density:    3.59 | 24 | 288 | 250 |

**2 Pallet(s) - 372 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          24

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _____    Carrier: _____

**Tracking number:**
**791-052858-8**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

**BILL TO:**
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:    27766-1

PALLET COUNT:    1

BOX COUNT:    2

TOTAL WEIGHT:    80

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:    27768-1

PALLET COUNT:    2

BOX COUNT:    24

TOTAL WEIGHT:    372

TOTAL PALLETS:    3

TOTAL WEIGHT:    452

PRO #:    791-052858-8

SHIPPED    CENTRAL TRANSPORT

SHIPPER

CARRIER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052858-8**



**Industrial Molding Corp.**

616 East Slaton Road
Lubbock, TX   79404
806-474-1000  FAX  806-474-1168
A subsidiary of NN, Inc



## INVOICE

| 46222-1 | 09/08/2005 |

---

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX   79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX   79906

---

**TERMS:**  Net 30 days          **DUE DATE:**   10/8/2005

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 672 | Each | 25346971   VAPOR CANISTER BODY Rev 21 | 550007094 | Pk Slip: 27769-1  2005 Via: Central Trnsprt FOB  COLLECT | 3.298000 | 2,216.26 |
| 9/8/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 2,216.26 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 2,216.26 |

*Thank You!* Remit Payment to:



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

## PACKING SLIP

| 27769-1 | 9/8/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

Bill To:

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

Ship To:

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/8/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**25346971**

| | 672 | **25346971** | Revision: 21 | 550007094 | 20050907 |
|---|---|---|---|---|---|
| | | VAPOR CANISTER BODY | | | |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

**PACKING SLIP**

| 27769-1 | 9/8/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/8/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**25346971**

| 672 | **25346971** | Revision:  21 | 550007094 | 20050907 |
|---|---|---|---|---|
|  | VAPOR CANISTER BODY |  |  |  |

**Tracking Number: 791-052859-6**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

*A subsidiary of NN, Inc*

| PACKING SLIP | |
|---|---|
| 27769-1 | 9/8/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/8/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**Total:  672 "25346971 VAPOR CANISTER BODY" in 84 box(es)**

KANBANS for 25346971

| | |
|---|---|
| KANBAN#: | SERIAL #: 3156450 |
| KANBAN#: | SERIAL #: 3156451 |
| KANBAN#: | SERIAL #: 3156455 |
| KANBAN#: | SERIAL #: 3156457 |
| KANBAN#: | SERIAL #: 3156459 |
| KANBAN#: | SERIAL #: 3156461 |
| KANBAN#: | SERIAL #: 3156463 |
| KANBAN#: | SERIAL #: 3156465 |
| KANBAN#: | SERIAL #: 3156467 |
| KANBAN#: | SERIAL #: 3156469 |
| KANBAN#: | SERIAL #: 3156471 |
| KANBAN#: | SERIAL #: 3156472 |
| KANBAN#: | SERIAL #: 3156473 |
| KANBAN#: | SERIAL #: 3156474 |
| KANBAN#: | SERIAL #: 3156487 |
| KANBAN#: | SERIAL #: 3156488 |
| KANBAN#: | SERIAL #: 3157056 |
| KANBAN#: | SERIAL #: 3157057 |
| KANBAN#: | SERIAL #: 3157058 |
| KANBAN#: | SERIAL #: 3157059 |
| KANBAN#: | SERIAL #: 3157060 |
| KANBAN#: | SERIAL #: 3157061 |
| KANBAN#: | SERIAL #: 3157062 |
| KANBAN#: | SERIAL #: 3157063 |
| KANBAN#: | SERIAL #: 3157775 |
| KANBAN#: | SERIAL #: 3157776 |
| KANBAN#: | SERIAL #: 3157777 |
| KANBAN#: | SERIAL #: 3157778 |
| KANBAN#: | SERIAL #: 3157779 |
| KANBAN#: | SERIAL #: 3157780 |
| KANBAN#: | SERIAL #: 3157781 |
| KANBAN#: | SERIAL #: 3157782 |
| KANBAN#: | SERIAL #: 3157783 |
| KANBAN#: | SERIAL #: 3157784 |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27769-1 | 9/8/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/8/2005 | Central Trnsprt | COLLECT | Net 30 days | |
| **Qty Shipped** | **Item Number / Description** | | **PO Number** | **Lot Number** |

**Total: 672 "25346971 VAPOR CANISTER BODY" in 84 box(es)**

KANBANS for 25346971

| | |
|---|---|
| KANBAN#: | SERIAL #: 3156450 |
| KANBAN#: | SERIAL #: 3156451 |
| KANBAN#: | SERIAL #: 3156455 |
| KANBAN#: | SERIAL #: 3156457 |
| KANBAN#: | SERIAL #: 3156459 |
| KANBAN#: | SERIAL #: 3156461 |
| KANBAN#: | SERIAL #: 3156463 |
| KANBAN#: | SERIAL #: 3156465 |
| KANBAN#: | SERIAL #: 3156467 |
| KANBAN#: | SERIAL #: 3156469 |
| KANBAN#: | SERIAL #: 3156471 |
| KANBAN#: | SERIAL #: 3156472 |
| KANBAN#: | SERIAL #: 3156473 |
| KANBAN#: | SERIAL #: 3156474 |
| KANBAN#: | SERIAL #: 3156487 |
| KANBAN#: | SERIAL #: 3156488 |
| KANBAN#: | SERIAL #: 3157056 |
| KANBAN#: | SERIAL #: 3157057 |
| KANBAN#: | SERIAL #: 3157058 |
| KANBAN#: | SERIAL #: 3157059 |
| KANBAN#: | SERIAL #: 3157060 |
| KANBAN#: | SERIAL #: 3157061 |
| KANBAN#: | SERIAL #: 3157062 |
| KANBAN#: | SERIAL #: 3157063 |
| KANBAN#: | SERIAL #: 3157775 |
| KANBAN#: | SERIAL #: 3157776 |
| KANBAN#: | SERIAL #: 3157777 |
| KANBAN#: | SERIAL #: 3157778 |
| KANBAN#: | SERIAL #: 3157779 |
| KANBAN#: | SERIAL #: 3157780 |
| KANBAN#: | SERIAL #: 3157781 |
| KANBAN#: | SERIAL #: 3157782 |
| KANBAN#: | SERIAL #: 3157783 |
| KANBAN#: | SERIAL #: 3157784 |

**Tracking Number: 791-052859-6**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

## PACKING SLIP

| 27769-1 | 9/8/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/8/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| KANBAN#: | SERIAL #:  3157785 | | |
| KANBAN#: | SERIAL #:  3157786 | | |
| KANBAN#: | SERIAL #:  3157787 | | |
| KANBAN#: | SERIAL #:  3157788 | | |
| KANBAN#: | SERIAL #:  3157789 | | |
| KANBAN#: | SERIAL #:  3158351 | | |
| KANBAN#: | SERIAL #:  3158352 | | |
| KANBAN#: | SERIAL #:  3158353 | | |
| KANBAN#: | SERIAL #:  3158354 | | |
| KANBAN#: | SERIAL #:  3158355 | | |
| KANBAN#: | SERIAL #:  3158356 | | |
| KANBAN#: | SERIAL #:  3158357 | | |
| KANBAN#: | SERIAL #:  3158358 | | |
| KANBAN#: | SERIAL #:  3158359 | | |
| KANBAN#: | SERIAL #:  3158360 | | |
| KANBAN#: | SERIAL #:  3158361 | | |
| KANBAN#: | SERIAL #:  3158362 | | |
| KANBAN#: | SERIAL #:  3158363 | | |
| KANBAN#: | SERIAL #:  3158364 | | |
| KANBAN#: | SERIAL #:  3158365 | | |
| KANBAN#: | SERIAL #:  3158366 | | |
| KANBAN#: | SERIAL #:  3158367 | | |
| KANBAN#: | SERIAL #:  3158368 | | |
| KANBAN#: | SERIAL #:  3158369 | | |
| KANBAN#: | SERIAL #:  3158370 | | |
| KANBAN#: | SERIAL #:  3158462 | | |
| KANBAN#: | SERIAL #:  3158463 | | |
| KANBAN#: | SERIAL #:  3158464 | | |
| KANBAN#: | SERIAL #:  3158465 | | |
| KANBAN#: | SERIAL #:  3158466 | | |
| KANBAN#: | SERIAL #:  3158467 | | |
| KANBAN#: | SERIAL #:  3158468 | | |
| KANBAN#: | SERIAL #:  3158469 | | |
| KANBAN#: | SERIAL #:  3158470 | | |
| KANBAN#: | SERIAL #:  3158471 | | |
| KANBAN#: | SERIAL #:  3158626 | | |

**Tracking Number: 791-052859-6**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

*A subsidiary of NN, Inc*

| PACKING SLIP | |
|---|---|
| 27769-1 | 9/8/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/8/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| KANBAN#: | SERIAL #:  3157785 | | |
| KANBAN#: | SERIAL #:  3157786 | | |
| KANBAN#: | SERIAL #:  3157787 | | |
| KANBAN#: | SERIAL #:  3157788 | | |
| KANBAN#: | SERIAL #:  3157789 | | |
| KANBAN#: | SERIAL #:  3158351 | | |
| KANBAN#: | SERIAL #:  3158352 | | |
| KANBAN#: | SERIAL #:  3158353 | | |
| KANBAN#: | SERIAL #:  3158354 | | |
| KANBAN#: | SERIAL #:  3158355 | | |
| KANBAN#: | SERIAL #:  3158356 | | |
| KANBAN#: | SERIAL #:  3158357 | | |
| KANBAN#: | SERIAL #:  3158358 | | |
| KANBAN#: | SERIAL #:  3158359 | | |
| KANBAN#: | SERIAL #:  3158360 | | |
| KANBAN#: | SERIAL #:  3158361 | | |
| KANBAN#: | SERIAL #:  3158362 | | |
| KANBAN#: | SERIAL #:  3158363 | | |
| KANBAN#: | SERIAL #:  3158364 | | |
| KANBAN#: | SERIAL #:  3158365 | | |
| KANBAN#: | SERIAL #:  3158366 | | |
| KANBAN#: | SERIAL #:  3158367 | | |
| KANBAN#: | SERIAL #:  3158368 | | |
| KANBAN#: | SERIAL #:  3158369 | | |
| KANBAN#: | SERIAL #:  3158370 | | |
| KANBAN#: | SERIAL #:  3158462 | | |
| KANBAN#: | SERIAL #:  3158463 | | |
| KANBAN#: | SERIAL #:  3158464 | | |
| KANBAN#: | SERIAL #:  3158465 | | |
| KANBAN#: | SERIAL #:  3158466 | | |
| KANBAN#: | SERIAL #:  3158467 | | |
| KANBAN#: | SERIAL #:  3158468 | | |
| KANBAN#: | SERIAL #:  3158469 | | |
| KANBAN#: | SERIAL #:  3158470 | | |
| KANBAN#: | SERIAL #:  3158471 | | |
| KANBAN#: | SERIAL #:  3158626 | | |

**Tracking Number: 791-052859-6**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27769-1 | 9/8/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/8/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| | KANBAN#:                    SERIAL #: 3158627 | | |
| | KANBAN#:                    SERIAL #: 3158628 | | |
| | KANBAN#:                    SERIAL #: 3158629 | | |
| | KANBAN#:                    SERIAL #: 3158630 | | |
| | KANBAN#:                    SERIAL #: 3158631 | | |
| | KANBAN#:                    SERIAL #: 3158632 | | |
| | KANBAN#:                    SERIAL #: 3158633 | | |
| | KANBAN#:                    SERIAL #: 3158634 | | |
| | KANBAN#:                    SERIAL #: 3158635 | | |
| | KANBAN#:                    SERIAL #: 3158776 | | |
| | KANBAN#:                    SERIAL #: 3158777 | | |
| | KANBAN#:                    SERIAL #: 3158778 | | |
| | KANBAN#:                    SERIAL #: 3158779 | | |
| | KANBAN#:                    SERIAL #: 3158782 | | |
| | KANBAN#: 0000002        SERIAL #: 1036363 | | |
| | KANBAN#: 0000021        SERIAL #: 1036376 | | |
| | KANBAN#: 0000022        SERIAL #: 1036389 | | |
| | KANBAN#: 0000025        SERIAL #: 1036402 | | |
| | KANBAN#: 0000026        SERIAL #: 1036415 | | |
| | KANBAN#: 0000027        SERIAL #: 1036428 | | |
| | KANBAN#: 0000028        SERIAL #: 1036441 | | |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27769-1 | 9/8/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
| | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
| | 32 CELERITY WAGON / DOCK WEST |
| | EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/8/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| | KANBAN#: | SERIAL #: 3158627 | |
| | KANBAN#: | SERIAL #: 3158628 | |
| | KANBAN#: | SERIAL #: 3158629 | |
| | KANBAN#: | SERIAL #: 3158630 | |
| | KANBAN#: | SERIAL #: 3158631 | |
| | KANBAN#: | SERIAL #: 3158632 | |
| | KANBAN#: | SERIAL #: 3158633 | |
| | KANBAN#: | SERIAL #: 3158634 | |
| | KANBAN#: | SERIAL #: 3158635 | |
| | KANBAN#: | SERIAL #: 3158776 | |
| | KANBAN#: | SERIAL #: 3158777 | |
| | KANBAN#: | SERIAL #: 3158778 | |
| | KANBAN#: | SERIAL #: 3158779 | |
| | KANBAN#: | SERIAL #: 3158782 | |
| | KANBAN#: 0000002 | SERIAL #: 1036363 | |
| | KANBAN#: 0000021 | SERIAL #: 1036376 | |
| | KANBAN#: 0000022 | SERIAL #: 1036389 | |
| | KANBAN#: 0000025 | SERIAL #: 1036402 | |
| | KANBAN#: 0000026 | SERIAL #: 1036415 | |
| | KANBAN#: 0000027 | SERIAL #: 1036428 | |
| | KANBAN#: 0000028 | SERIAL #: 1036441 | |

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

| Bill of Lading | |
|---|---|
| 27769-1 | 9/8/2005 |
| Page    1    of    1 | |

**Consigned To:**

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27769-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 12.00   Lbs per Pkg.<br>Density:      3.59 | 84 | 1,008 | 250 |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052859-6**

7 Pallet(s) - 1,302 pounds

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**

84

| If charges are to be prepaid, write or stamp here, "To Be Prepaid" |
|---|
| |

**Notes:**

**Tracking number:**
**791-052859-6**

Shipper: _____    Carrier: _____

# *Industrial Molding Corporation*
*616 E Slaton Road*
*Lubbock, TX  79404*

**A subsidiary of NN, Inc**

| | |
|---|---|
| **Bill of Lading** | |
| 27769-1 | 9/8/2005 |
| Page | 1 of 1 |

**Consigned To:**
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27769-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 12.00 Lbs per Pkg.<br>Density: 3.59 | | 84 | 1,008 | 250 |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052859-6**

7 Pallet(s) - 1,302 pounds

2

8-8-05

TLC#55-045!

**Total Packages** 84

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

**Notes:**

**Tracking number:**
**791-052859-6**

Shipper: _____   Carrier: _____



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46223-1 | 09/09/2005 |
|---|---|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS:  Net 30 days | DUE DATE:  10/9/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 140,000 | Each | 12438002   Shuttle Car   Rev C | 550000760 | Pk Slip: 27788-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.011340 | 1,587.60 |
| 9/9/2005 | | | | | | |
| 4,416 | Each | 6607067   CAGE   Rev M | 550000760 | Pk Slip: 27788-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.249200 | 1,100.47 |
| 9/9/2005 | | | | | | |
| 3,600 | Each | 6607036   REF# 06607036   Rev 00 | 550000760 | Pk Slip: 27788-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.181590 | 653.72 |
| 9/9/2005 | | | | | | |

*Thank You!* *Remit Payment to:*

| Subtotal: | 3,341.79 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 3,341.79 |



## *Industrial Molding Corporation*
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

**PACKING SLIP**

| 27788-1 | 9/9/2005 |
|---|---|

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH   44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/9/2005 | POINT LOGISTIC | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**6607062**

| 3,648 | **6607062**<br>CAGE | Revision:   00 | 550002991 | 20050706 |
|---|---|---|---|---|

**12438002**

| 140,000 | **12438002**<br>Shuttle Car | Revision:   C | 550000760 | 20050907 |
|---|---|---|---|---|

**6607067**

| 4,416 | **6607067**<br>CAGE | Revision:   M | 550000760 | 20050606 |
|---|---|---|---|---|

**6607036**

| 3,600 | **6607036**<br>REF# 06607036 | Revision:   00 | 550000760 | 20050818 |
|---|---|---|---|---|

**Tracking Number:**

**...astrial Molding Corporation**

...6 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

Consigned To:
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

**Bill of Lading**

| 27788-1 | 9/9/2005 |
|---------|----------|
| Page    1    of    1 | |

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27788-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 7.39  Lbs per Pkg. | Density:  2.21 | 12 | 89 | 250 |
| 156600 | 10.00  Lbs per Pkg. | Density:  14.71 | 14 | 140 | 85 |
| 156600 | 11.00  Lbs per Pkg. | Density:  3.29 | 12 | 132 | 250 |
| 156600 | 9.12  Lbs per Pkg. | Density:  2.73 | 12 | 109 | 250 |

**4 Pallet(s) - 638 pounds**

**Total Packages                    50**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges

(Signature of Consignor)

9-14-05

| If charges are to be prepaid, write or stamp here, "To Be Prepaid" |
|---|

Notes:

Shipper: _Mary Azevedo_   Carrier: _____    9/9/05



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



| 46226-1 | 09/09/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX   79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 97
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX   79906

| TERMS:  Net 30 days | DUE DATE:   10/9/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 768 | Each | 17121898   VAPOR CANISTER BODY Rev A13 | 0550007105 | Pk Slip: 27789-1  2005 Via:  Central Trnsprt FOB  COLLECT | 1.230185 | 944.78 |
| 9/9/2005 | | | | | | |

***Thank You!*** *Remit Payment to:*

| Subtotal: | 944.78 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 944.78 |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



| 46225-1 | 09/09/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: | Net 30 days | | DUE DATE: | 10/9/2005 | |
|---|---|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 480 | Each | 25346971   VAPOR CANISTER BODY | 550007094 | Pk Slip: 27789-1  2005 | 3.298000 | 1,583.04 |
| | | Rev 21 | | Via:  Central Trnsprt | | |
| 9/9/2005 | | | | FOB  COLLECT | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 1,583.04 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,583.04 |



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27789-1 | 9/9/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/9/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**17121898**

| | 768 | **17121898** | Revision: A13 | 0550007105 | 20050908 |
|---|---|---|---|---|---|
| | | VAPOR CANISTER BODY | | | |

**Total:  768 "17121898 VAPOR CANISTER BODY" in 24 box(es)**

KANBANS for 17121898

| KANBAN#: | | SERIAL #: | 3159372 |
|---|---|---|---|
| KANBAN#: | | SERIAL #: | 3159373 |
| KANBAN#: | | SERIAL #: | 3159374 |
| KANBAN#: | | SERIAL #: | 3159612 |
| KANBAN#: | | SERIAL #: | 3159613 |
| KANBAN#: | | SERIAL #: | 3159614 |
| KANBAN#: | | SERIAL #: | 3159615 |
| KANBAN#: | | SERIAL #: | 3159616 |
| KANBAN#: | | SERIAL #: | 3159617 |
| KANBAN#: | | SERIAL #: | 3162838 |
| KANBAN#: | | SERIAL #: | 3162839 |
| KANBAN#: | | SERIAL #: | 3162840 |
| KANBAN#: | | SERIAL #: | 3162841 |
| KANBAN#: | | SERIAL #: | 3162842 |
| KANBAN#: | | SERIAL #: | 3162843 |
| KANBAN#: | | SERIAL #: | 3162844 |
| KANBAN#: | | SERIAL #: | 3162845 |
| KANBAN#: | | SERIAL #: | 3162846 |
| KANBAN#: | | SERIAL #: | 3162847 |
| KANBAN#: | | SERIAL #: | 3162848 |
| KANBAN#: | | SERIAL #: | 3162849 |
| KANBAN#: | | SERIAL #: | 3162850 |
| KANBAN#: | | SERIAL #: | 3162851 |
| KANBAN#: | | SERIAL #: | 3162852 |
| KANBAN#: | 0000006 | SERIAL #: | 1036835 |
| KANBAN#: | 0000009 | SERIAL #: | 1036927 |

**25346971**

| | 48 | **25346971** | Revision: 21 | 550007094 | 20050825 |
|---|---|---|---|---|---|
| | | VAPOR CANISTER BODY | | | |

**Tracking Number: 791-052860-4**



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27789-1 | 9/9/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/9/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| 432 | **25346971**                              Revision:  21<br>VAPOR CANISTER BODY | 550007094 | 20050907 |

**Tracking Number: 791-052860-4**



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27789-1 | 9/9/2005 |

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
| | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
| | 32 CELERITY WAGON / DOCK WEST |
| | EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/9/2005 | Central Trnsprt | COLLECT | Net 30 days | |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**Total:  480 "25346971 VAPOR CANISTER BODY" in 60 box(es)**

KANBANS for 25346971

| KANBAN#: | SERIAL #: 3146829 |
|---|---|
| KANBAN#: | SERIAL #: 3146830 |
| KANBAN#: | SERIAL #: 3146831 |
| KANBAN#: | SERIAL #: 3146834 |
| KANBAN#: | SERIAL #: 3146836 |
| KANBAN#: | SERIAL #: 3146837 |
| KANBAN#: | SERIAL #: 3158780 |
| KANBAN#: | SERIAL #: 3158781 |
| KANBAN#: | SERIAL #: 3158783 |
| KANBAN#: | SERIAL #: 3158784 |
| KANBAN#: | SERIAL #: 3158785 |
| KANBAN#: | SERIAL #: 3158806 |
| KANBAN#: | SERIAL #: 3158807 |
| KANBAN#: | SERIAL #: 3158808 |
| KANBAN#: | SERIAL #: 3158809 |
| KANBAN#: | SERIAL #: 3158810 |
| KANBAN#: | SERIAL #: 3158811 |
| KANBAN#: | SERIAL #: 3158812 |
| KANBAN#: | SERIAL #: 3158813 |
| KANBAN#: | SERIAL #: 3158814 |
| KANBAN#: | SERIAL #: 3158815 |
| KANBAN#: | SERIAL #: 3158857 |
| KANBAN#: | SERIAL #: 3158858 |
| KANBAN#: | SERIAL #: 3158859 |
| KANBAN#: | SERIAL #: 3162864 |
| KANBAN#: | SERIAL #: 3162867 |
| KANBAN#: | SERIAL #: 3162868 |
| KANBAN#: | SERIAL #: 3162869 |
| KANBAN#: | SERIAL #: 3162870 |
| KANBAN#: | SERIAL #: 3162871 |
| KANBAN#: | SERIAL #: 3162872 |
| KANBAN#: | SERIAL #: 3162879 |
| KANBAN#: | SERIAL #: 3162880 |
| KANBAN#: | SERIAL #: 3162881 |

**Tracking Number: 791-052860-4**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
| --- | --- |
| 27789-1 | 9/9/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
| --- | --- | --- | --- |
| 9/9/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
| --- | --- | --- | --- | --- |
| KANBAN#: | | SERIAL #:  3162882 | | |
| KANBAN#: | | SERIAL #:  3162883 | | |
| KANBAN#: | | SERIAL #:  3162892 | | |
| KANBAN#: | | SERIAL #:  3162895 | | |
| KANBAN#: | | SERIAL #:  3162896 | | |
| KANBAN#: | | SERIAL #:  3163309 | | |
| KANBAN#: | | SERIAL #:  3163310 | | |
| KANBAN#: | | SERIAL #:  3163311 | | |
| KANBAN#: | | SERIAL #:  3163312 | | |
| KANBAN#: | | SERIAL #:  3163313 | | |
| KANBAN#: | | SERIAL #:  3163314 | | |
| KANBAN#: | | SERIAL #:  3163315 | | |
| KANBAN#: | | SERIAL #:  3163316 | | |
| KANBAN#: | | SERIAL #:  3163317 | | |
| KANBAN#: | | SERIAL #:  3163318 | | |
| KANBAN#: | | SERIAL #:  3163319 | | |
| KANBAN#: | | SERIAL #:  3163320 | | |
| KANBAN#: | | SERIAL #:  3163321 | | |
| KANBAN#: | | SERIAL #:  3163322 | | |
| KANBAN#: | | SERIAL #:  3163323 | | |
| KANBAN#: | | SERIAL #:  3163463 | | |
| KANBAN#: | | SERIAL #:  3163464 | | |
| KANBAN#: | | SERIAL #:  3163465 | | |
| KANBAN#: | | SERIAL #:  3163466 | | |
| KANBAN#: | | SERIAL #:  3163467 | | |
| KANBAN#: | | SERIAL #:  3163468 | | |
| KANBAN#: | 0000005 | SERIAL #:  1036848 | | |
| KANBAN#: | 0000006 | SERIAL #:  1036861 | | |
| KANBAN#: | 0000007 | SERIAL #:  1036888 | | |
| KANBAN#: | 0000008 | SERIAL #:  1036901 | | |
| KANBAN#: | 0000009 | SERIAL #:  1036914 | | |

# *Industrial Molding Corporation*

*616 E Slaton Road*
*Lubbock, TX  79404*

**A subsidiary of NN, Inc**

| **Bill of Lading** | |
|---|---|
| 27789-1 | 9/9/2005 |
| **Page**  1  **of**  1 | |

**Consigned To:**
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27789-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 17.80  Lbs per Pkg.<br>Density:     5.33 | 24 | 427 | 150 |
| 156600 | 12.00  Lbs per Pkg.<br>Density:     3.59 | 60 | 720 | 250 |

**7 Pallet(s) - 1,441 pounds**

**Total Packages**          84

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

**Notes:**

Shipper: _____     Carrier: _____

**Tracking number:**
**791-052860-4**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:    27790-1

PALLET COUNT:    1

BOX COUNT:    3

TOTAL WEIGHT:    99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:    27789-1

PALLET COUNT:    7

BOX COUNT:    84

TOTAL WEIGHT:    1441

TOTAL PALLETS:    8

TOTAL WEIGHT:    1540

PRO #:    791-052860-4

SHIPPED    CENTRAL TRANSPORT

SHIPPER

CARRIER

SK'D    LSE CIN    DRM    BUN    SWAG
CRTS    BSKT    RCK    TOTE    SL & C
SWS-OF    CTN    SWS-STC    CTN
OTHER    SHIP.INIT.    W
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052860-4**

TRL #57317

9-9-05



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46227-1 | 09/09/2005 |
|---|---|

*Remit To:*   INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX 79404

| BILL TO: | SHIP TO: |
|---|---|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE<br><br>WARREN, MI   48090 (USA) | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 (USA) |

| TERMS: | | DUE DATE:   9/9/2005 |
|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 4,572 | Each | 18025577   END LAMINA BRG   Rev 5 | 550000865 | Pk Slip: 27790-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.073780 | 337.32 |
| 9/9/2005 | | | | | | |

*Thank You!* *Remit Payment to:*

| Subtotal: | 337.32 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 337.? |



**Industrial Molding Corporation**
*616 E Slaton Road*
*Lubbock TX  79404*

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27790-1 | 9/9/2005 |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/9/2005 | Central Trnsprt | COLLECT | |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| **18025577** | | | |
| 4,572 | **18025577**<br>END LAMINA BRG | Revision: 5 | 550000865 | 20050816 |

Total:  4,572 "18025577 END LAMINA BRG" in 3 box(es)

# *Industrial Molding Corporation*

*616 E Slaton Road*
*Lubbock, TX  79404*

**A subsidiary of NN, Inc**

**Bill of Lading**

| 27790-1 | 9/9/2005 |
|---|---|

**Page**  1  **of**  1

**Consigned To:**
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

**Freight Third Party Bill to:**
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27790-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.10 | Lbs per Pkg. | 3 | 57 | 150 |
| | Density: | 5.72 | | | |

**1 Pallet(s) - 99 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**        3

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

**Notes:**

**Tracking number:**
Shipper: _____ Carrier: _____  **791-052860-4**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

---

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:   27790-1

PALLET COUNT:   1

BOX COUNT:   3

TOTAL WEIGHT:   99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:   27789-1

PALLET COUNT:   7

BOX COUNT:   84

TOTAL WEIGHT:   1441

---

TOTAL PALLETS:   8

TOTAL WEIGHT:   1540

PRO #:   791-052860-4

SHIPPED   CENTRAL TRANSPORT

SHIPPER                                   CARRIER

| SKD | LSE CTN | DRM | BUN | SWAC |
| CRTS | BSKT | RCK | TOTE | SL & C |
| SWS-OF | CTN | SWS-STC | CTN | |
| OTHER | | | SHIP.INIT. | W |

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052860-4**

TRL #57317

9-4-05



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc

| **INVOICE** | |
|---|---|
| 46282-1 | 09/12/2005 |

Remit To:   INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX 79404

**BILL TO:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

WARREN, MI  48090 (USA)

**SHIP TO:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906 (USA)

| TERMS: Net 30 days | DUE DATE: 10/12/2005 |
|---|---|

| Quantity | Unit | Item / Description | | | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|---|
| 3,048 | Each | 18025575 | END LAMINA COM | Rev 6 | 550000865 | Pk Slip: 27820-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.075000 | 228.60 |
| 9/12/2005 | | | | | | | | |
| 3,048 | Each | 18025577 | END LAMINA BRG | Rev 5 | 550000865 | Pk Slip: 27820-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.073780 | 224.88 |
| 9/12/2005 | | | | | | | | |

*Thank You!* Remit Payment to:

| Subtotal: | 453.48 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 453.48 |



**Industrial Molding Corporation**
*616 E Slaton Road*
*Lubbock TX 79404*

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27820-1 | 9/12/2005 |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/12/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| **18025575** | | | | |
| 3,048 | 18025575 | Revision: 6 | 550000865 | 20050709 |
| | END LAMINA COM | | | |

Total: **3,048 "18025575 END LAMINA COM" in 2 box(es)**

| | | | | |
|---|---|---|---|---|
| **18025577** | | | | |
| 3,048 | 18025577 | Revision: 5 | 550000865 | 20050816 |
| | END LAMINA BRG | | | |

Total: **3,048 "18025577 END LAMINA BRG" in 2 box(es)**

**Industrial Molding Corporation**
616 E Slaton Road
Lubbock, TX  79404

**A subsidiary of NN, Inc**

**Bill of Lading**

| 27820-1 | 9/12/2005 |
|---------|-----------|

Page   1   of   1

**Consigned To:**
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 27820-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|-------------|------------------------------------------------|------------|--------|-------|
| 156600 | 19.10   Lbs per Pkg.  Density:   5.72 | 2 | 38 | 150 |
| 156600 | 19.10   Lbs per Pkg.  Density:   5.72 | 2 | 38 | 150 |

**1 Pallet(s) - 118 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**        4

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

**Notes:**

Shipper:  _____        Carrier:  _____

**Tracking number:**
**791-052861-2**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:   27820-1

PALLET COUNT:   1

BOX COUNT:   4

TOTAL WEIGHT:   118

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:   27821-1

PALLET COUNT:   7

BOX COUNT:   77

TOTAL WEIGHT:   1393

TOTAL PALLETS:   8

TOTAL WEIGHT:   1511

PRO #:   791-052861-2

SHIPPED   CENTRAL TRANSPORT

SHIPPER

CARRIER

2- 
9-13-05  TRC #57

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052861-2**



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46284-1 | 09/12/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: | Net 30 days | | DUE DATE: | 10/12/2005 |
|---|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 384 | Each | 17121898   VAPOR CANISTER BODY | 0550007105 | Pk Slip: 27821-1  2005 | 1.230185 | 472.39 |
| | | Rev A13 | | Via:  Central Trnsprt | | |
| 9/12/2005 | | | | FOB  COLLECT | | |

| | |
|---|---|
| Subtotal: | 472.39 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 472.39 |

*Thank You!* Remit Payment to:

# Industrial Molding Corp.

**IMC**

**616 East Slaton Road**
**Lubbock, TX 79404**
**806-474-1000 FAX 806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46283-1 | 09/12/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE: 10/12/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 560 | Each | 25349555   BOTTOM COVER   Rev 16 | 550007094 | Pk Slip: 27821-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.831900 | 465.86 |
| 9/12/2005 | | | | | | |
| 480 | Each | 25346971   VAPOR CANISTER BODY<br>Rev 21 | 550007094 | Pk Slip: 27821-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 3.298000 | 1,583.04 |
| 9/12/2005 | | | | | | |

*Thank You!* *Remit Payment to:*

| Subtotal: | 2,048.90 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 2,048.90 |



**Industrial Molding Corporation**
*616 E Slaton Road*
*Lubbock TX 79404*

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27821-1 | 9/12/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS<br><br>32 CELERITY WAGON DRIVE | DELPHI ENERGY & ENGINE<br>DELPHI E CHIHUAHUA PLT 57<br>CISCO 35021<br>32 CELERITY WAGON / DOCK WEST<br>EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/12/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**17121898**

| | | | | |
|---|---|---|---|---|
| 384 | **17121898** | Revision: A13 | 0550007105 | 20050908 |
| | VAPOR CANISTER BODY | | | |

**Total: 384 "17121898 VAPOR CANISTER BODY" in 12 box(es)**

KANBANS for 17121898

| | |
|---|---|
| KANBAN#: | SERIAL #: 3163645 |
| KANBAN#: | SERIAL #: 3163646 |
| KANBAN#: | SERIAL #: 3163750 |
| KANBAN#: | SERIAL #: 3163751 |
| KANBAN#: | SERIAL #: 3163752 |
| KANBAN#: | SERIAL #: 3163753 |
| KANBAN#: | SERIAL #: 3163754 |
| KANBAN#: | SERIAL #: 3163755 |
| KANBAN#: | SERIAL #: 3163756 |
| KANBAN#: | SERIAL #: 3163757 |
| KANBAN#: | SERIAL #: 3163758 |
| KANBAN#: | SERIAL #: 3163759 |
| KANBAN#: 0000001 | SERIAL #: 1038927 |

**25349555**

| | | | | |
|---|---|---|---|---|
| 560 | **25349555** | Revision: 16 | 550007094 | 20050802 |
| | BOTTOM COVER | | | |

**Total: 560 "25349555 BOTTOM COVER" in 5 box(es)**

KANBANS for 25349555

| | |
|---|---|
| KANBAN#: 0000007 | SERIAL #: 3106510 |
| KANBAN#: 0000010 | SERIAL #: 3106507 |
| KANBAN#: 0000011 | SERIAL #: 3106509 |
| KANBAN#: 0000012 | SERIAL #: 3106505 |
| KANBAN#: 0000033 | SERIAL #: 3106503 |

**25346971**

| | | | | |
|---|---|---|---|---|
| 480 | **25346971** | Revision: 21 | 550007094 | 20050907 |
| | VAPOR CANISTER BODY | | | |

**Tracking Number: 791-052861-2**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

## PACKING SLIP

| 27821-1 | 9/12/2005 |
|---------|-----------|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|----------|----------|

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|--------------|----------|--------|-------------------|--|
| 9/12/2005 | Central Trnsprt | COLLECT | Net 30 days | |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|-------------|--------------------------|-----------|------------|

**Total: 480 "25346971 VAPOR CANISTER BODY" in 60 box(es)**

KANBANS for 25346971

| KANBAN#: | SERIAL #: 3164236 |
| KANBAN#: | SERIAL #: 3164239 |
| KANBAN#: | SERIAL #: 3164240 |
| KANBAN#: | SERIAL #: 3164241 |
| KANBAN#: | SERIAL #: 3164242 |
| KANBAN#: | SERIAL #: 3164243 |
| KANBAN#: | SERIAL #: 3164244 |
| KANBAN#: | SERIAL #: 3164245 |
| KANBAN#: | SERIAL #: 3164394 |
| KANBAN#: | SERIAL #: 3164395 |
| KANBAN#: | SERIAL #: 3164396 |
| KANBAN#: | SERIAL #: 3164397 |
| KANBAN#: | SERIAL #: 3164398 |
| KANBAN#: | SERIAL #: 3164399 |
| KANBAN#: | SERIAL #: 3164400 |
| KANBAN#: | SERIAL #: 3164401 |
| KANBAN#: | SERIAL #: 3164402 |
| KANBAN#: | SERIAL #: 3164403 |
| KANBAN#: | SERIAL #: 3164805 |
| KANBAN#: | SERIAL #: 3164806 |
| KANBAN#: | SERIAL #: 3164807 |
| KANBAN#: | SERIAL #: 3164808 |
| KANBAN#: | SERIAL #: 3164809 |
| KANBAN#: | SERIAL #: 3164810 |
| KANBAN#: | SERIAL #: 3164811 |
| KANBAN#: | SERIAL #: 3164812 |
| KANBAN#: | SERIAL #: 3164813 |
| KANBAN#: | SERIAL #: 3164814 |
| KANBAN#: | SERIAL #: 3164815 |
| KANBAN#: | SERIAL #: 3164816 |
| KANBAN#: | SERIAL #: 3164817 |
| KANBAN#: | SERIAL #: 3164818 |
| KANBAN#: | SERIAL #: 3164819 |
| KANBAN#: | SERIAL #: 3164820 |

**Tracking Number: 791-052861-2**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

## PACKING SLIP

| 27821-1 | 9/12/2005 |
|---------|-----------|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|----------|----------|

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|--------------|----------|--------|-------------------|
| 9/12/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|-------------|--------------------------|-----------|------------|
| | KANBAN#:            SERIAL #: 3164821 | | |
| | KANBAN#:            SERIAL #: 3164822 | | |
| | KANBAN#:            SERIAL #: 3164823 | | |
| | KANBAN#:            SERIAL #: 3164824 | | |
| | KANBAN#:            SERIAL #: 3164909 | | |
| | KANBAN#:            SERIAL #: 3164910 | | |
| | KANBAN#:            SERIAL #: 3164911 | | |
| | KANBAN#:            SERIAL #: 3164912 | | |
| | KANBAN#:            SERIAL #: 3164913 | | |
| | KANBAN#:            SERIAL #: 3164914 | | |
| | KANBAN#:            SERIAL #: 3164915 | | |
| | KANBAN#:            SERIAL #: 3164916 | | |
| | KANBAN#:            SERIAL #: 3164917 | | |
| | KANBAN#:            SERIAL #: 3164918 | | |
| | KANBAN#:            SERIAL #: 3164919 | | |
| | KANBAN#:            SERIAL #: 3164920 | | |
| | KANBAN#:            SERIAL #: 3164921 | | |
| | KANBAN#:            SERIAL #: 3164922 | | |
| | KANBAN#:            SERIAL #: 3164923 | | |
| | KANBAN#:            SERIAL #: 3164924 | | |
| | KANBAN#:            SERIAL #: 3164925 | | |
| | KANBAN#:            SERIAL #: 3164926 | | |
| | KANBAN#:            SERIAL #: 3165409 | | |
| | KANBAN#:            SERIAL #: 3165410 | | |
| | KANBAN#:            SERIAL #: 3165411 | | |
| | KANBAN#:            SERIAL #: 3165412 | | |
| | KANBAN#: 0000023    SERIAL #: 1038940 | | |
| | KANBAN#: 0000024    SERIAL #: 1038953 | | |
| | KANBAN#: 0000039    SERIAL #: 1038971 | | |
| | KANBAN#: 0000040    SERIAL #: 1038984 | | |
| | KANBAN#: 0000041    SERIAL #: 1038997 | | |

**Tracking Number: 791-052861-2**

age 3 of 3 Printed:  9/12/2005 at 10:12:35 AM

**Industrial Molding Corporation**
616 E Slaton Road
Lubbock, TX 79404

| | **Bill of Lading** | |
|---|---|---|
| 27821-1 | 9/12/2005 | |

A subsidiary of NN, Inc

Page   1   of   1

Consigned To:
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27821-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 17.80  Lbs per Pkg.<br>Density:   5.33 | | 12 | 214 | 150 |
| 156600 | 33.00  Lbs per Pkg.<br>Density:   9.88 | | 5 | 165 | 100 |
| 156600 | 12.00  Lbs per Pkg.<br>Density:   3.59 | | 60 | 720 | 250 |

**7 Pallet(s) - 1,393 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          77

Notes:

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

**Tracking number:**

Shipper: _____   Carrier: _____   **791-052861-2**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:      27820-1

PALLET COUNT:               1

BOX COUNT:                    4

TOTAL WEIGHT:             118

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:      27821-1

PALLET COUNT:               7

BOX COUNT:                   77

TOTAL WEIGHT:           1393

TOTAL PALLETS:              8

TOTAL WEIGHT:            1511

PRO #:    791-052861-2

SHIPPED   CENTRAL TRANSPORT

SHIPPER

CARRIER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052861-2**



## *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc



| 46285-1 | 09/12/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

**TERMS:**  Net 30 days          **DUE DATE:**   10/12/2005

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|-------------------|-------|---------|-----------|-----------|
| 1,152 | Each | 17121898   VAPOR CANISTER BODY | 0550007105 | Pk Slip: 27822-1  2005 | 1.230185 | 1,417.17 |
|  |  | Rev A13 |  | Via:  Central Trnsprt |  |  |
| 9/12/2005 |  |  |  | FOB  COLLECT |  |  |

|  | |
|---|---|
| Subtotal: | 1,417.17 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,417.17 |

*Thank You! Remit Payment to:*



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| **PACKING SLIP** | |
|---|---|
| 27822-1 | 9/12/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
| | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
| | 32 CELERITY WAGON / DOCK WEST |
| | EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/12/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**17121898**

| | | | | |
|---|---|---|---|---|
| 1,152 | **17121898**<br>VAPOR CANISTER BODY | Revision:   A13 | 0550007105 | 20050908 |

**Tracking Number: 791-052862-0**   age 1 of 3 Printed:  9/12/2005 at 11:26:57 AM



### Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

**PACKING SLIP**

| 27822-1 | 9/12/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/12/2005 | Central Trnsprt | COLLECT | Net 30 days | |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

Total: 1,152 "17121898 VAPOR CANISTER BODY" in 36 box(es)
KANBANS for 17121898

| KANBAN#: | SERIAL #: 3166696 |
|---|---|
| KANBAN#: | SERIAL #: 3167050 |
| KANBAN#: | SERIAL #: 3167051 |
| KANBAN#: | SERIAL #: 3167052 |
| KANBAN#: | SERIAL #: 3167053 |
| KANBAN#: | SERIAL #: 3167054 |
| KANBAN#: | SERIAL #: 3167055 |
| KANBAN#: | SERIAL #: 3167455 |
| KANBAN#: | SERIAL #: 3167456 |
| KANBAN#: | SERIAL #: 3167457 |
| KANBAN#: | SERIAL #: 3167458 |
| KANBAN#: | SERIAL #: 3167459 |
| KANBAN#: | SERIAL #: 3167460 |
| KANBAN#: | SERIAL #: 3167461 |
| KANBAN#: | SERIAL #: 3167462 |
| KANBAN#: | SERIAL #: 3167463 |
| KANBAN#: | SERIAL #: 3167464 |
| KANBAN#: | SERIAL #: 3167465 |
| KANBAN#: | SERIAL #: 3167466 |
| KANBAN#: | SERIAL #: 3167467 |
| KANBAN#: | SERIAL #: 3167468 |
| KANBAN#: | SERIAL #: 3167469 |
| KANBAN#: | SERIAL #: 3167470 |
| KANBAN#: | SERIAL #: 3167471 |
| KANBAN#: | SERIAL #: 3167472 |
| KANBAN#: | SERIAL #: 3168117 |
| KANBAN#: | SERIAL #: 3168118 |
| KANBAN#: | SERIAL #: 3168119 |
| KANBAN#: | SERIAL #: 3168120 |
| KANBAN#: | SERIAL #: 3168121 |
| KANBAN#: | SERIAL #: 3168122 |
| KANBAN#: | SERIAL #: 3168123 |
| KANBAN#: | SERIAL #: 3168124 |
| KANBAN#: | SERIAL #: 3168125 |

**Tracking Number: 791-052862-0**



**Industrial Molding Corporation**
*616 E Slaton Road*
*Lubbock TX  79404*

A subsidiary of NN, Inc

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

## PACKING SLIP

| 27822-1 | 9/12/2005 |
|---|---|

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/12/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| KANBAN#: | SERIAL #:  3168126 | | | |
| KANBAN#: | SERIAL #:  3168127 | | | |
| KANBAN#:  0000002 | SERIAL #:  1039042 | | | |
| KANBAN#:  0000004 | SERIAL #:  1039055 | | | |
| KANBAN#:  0000007 | SERIAL #:  1039068 | | | |

**Tracking Number: 791-052862-0**

age 3 of 3 Printed:  9/12/2005 at 11:26:57 AM

# *Industrial Molding Corporation*

*616 E Slaton Road*
*Lubbock, TX 79404*

**A subsidiary of NN, Inc**

| **Bill of Lading** | |
|---|---|
| 27822-1 | 9/12/2005 |

**Page**    1    **of**    1

**Consigned To:**

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA 02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27822-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 17.80   Lbs per Pkg. <br> Density:    5.33 | 36 | 641 | 150 |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052862-0**

**3 Pallet(s) - 767 pounds**

**Total Packages**

36

9-12-05

63-731

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

**Notes:**

**Tracking number:**
**791-052862-0**

Shipper: _____   Carrier: _____



## Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

**INVOICE**

| 46331-1 | 09/13/2005 |
|---|---|

*Remit To:*  INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD   LUBBOCK, TX  79404

**BILL TO:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

WARREN, MI   48090 (USA)

**SHIP TO:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906 (USA)

| TERMS: Net 30 days | | | | DUE DATE: 10/13/2005 | | | |
|---|---|---|---|---|---|---|---|
| **Quantity** | **Unit** | **Item / Description** | | **PO No** | **Shipped** | **Unit Price** | **Ext Price** |
| 1,524 | Each | 18025575   END LAMINA COM   Rev 6 | | 550000865 | Pk Slip: 27844-1  2005 | 0.075000 | 114.30 |
| 9/13/2005 | | | | | Via:  Central Trnsprt | | |
| | | | | | FOB  COLLECT | | |
| 4,572 | Each | 18025577   END LAMINA BRG   Rev 5 | | 550000865 | Pk Slip: 27844-1  2005 | 0.073780 | 337.32 |
| 9/13/2005 | | | | | Via:  Central Trnsprt | | |
| | | | | | FOB  COLLECT | | |

*Thank You!* *Remit Payment to:*

| Subtotal: | 451.62 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 451.62 |



# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 27844-1 | 9/13/2005 |
|---|---|

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/13/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**18025575**

| 1,524 | **18025575** | Revision: 6 | 550000865 | 20050709 |
|---|---|---|---|---|
|  | END LAMINA COM | | | |

Total: **1,524 "18025575 END LAMINA COM" in 1 box(es)**

**18025577**

| 4,572 | **18025577** | Revision: 5 | 550000865 | 20050816 |
|---|---|---|---|---|
|  | END LAMINA BRG | | | |

Total: **4,572 "18025577 END LAMINA BRG" in 3 box(es)**

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

**Bill of Lading**

| 27844-1 | 9/13/2005 |
|---|---|

Page   1   of   1

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27844-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.10 | Lbs per Pkg. | 1 | 19 | 150 |
|  | Density: | 5.72 |  |  |  |
| 156600 | 19.10 | Lbs per Pkg. | 3 | 57 | 150 |
|  | Density: | 5.72 |  |  |  |

**1 Pallet(s) - 118 pounds**

**Total Packages**          4

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

**Tracking number:**
**791-052863-8**

Shipper: _____   Carrier: _____

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**
INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**
DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:  27844-1

PALLET COUNT:  1

BOX COUNT:  4

TOTAL WEIGHT:  118

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:  27846-1

PALLET COUNT:  4

BOX COUNT:  40

TOTAL WEIGHT:  795

TOTAL PALLETS:  5

TOTAL WEIGHT:  913

PRO #:  791-052863-8

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052863-8**

| 5 SKD | LSE CTN | DRM | BUN | SWAC |
|-------|---------|-----|-----|------|
| CRTS | BSKT | RCK | TOTE | SL & C. |
| SWS-OF | CTN | SWS-STC | CTN | |

OTHER                                    SHIP.INIT.

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

TRK # 53
9-12-0Y



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46333-1 | 09/13/2005 |
|---|---|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS:  Net 30 days | DUE DATE:  10/13/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 440,000 | Each | 12438002   Shuttle Car   Rev C | 550000760 | Pk Slip: 27845-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.011340 | 4,989.60 |
| 9/13/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 4,989.60 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 4,989.60 |

*Thank You!* Remit Payment to:

# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46332-1 | 09/13/2005 |
|---------|------------|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS: Net 30 days | DUE DATE: 10/13/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 3,648 | Each | 6607062  CAGE  Rev 00 | 550002991 | Pk Slip: 27845-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.216190 | 788.66 |
| 9/13/2005 | | | | | | |
| 8,640 | Each | 12437025  ROLLER CAGE  Rev 00 | 550002991 | Pk Slip: 27845-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.195800 | 1,691.71 |
| 9/13/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 2,480.37 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 2,480.37 |

*Thank You!* *Remit Payment to:*



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

**A subsidiary of NN, Inc**

| PACKING SLIP | |
|---|---|
| 27845-1 | 9/13/2005 |

Contact: Keith Newton
Fax: 419-627-7363

| Bill To: | Ship To: |
|---|---|
| DELPHI SANDUSKY<br>CISCO 42017<br>%DATA2LOGISTICS<br>PO BOX 9115<br>NORWOOOD, MA  02062-9115 | DELPHI CHASSIS SYSTEMS<br><br>2509 HAYES AVENUE<br>SANDUSKY, OH  44870 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/13/2005 | POINT LOGISTIC | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**6607062**

| 1,216 | **6607062**<br>CAGE | Revision:  00 | 550002991 | 20050911 |
| 2,432 | **6607062**<br>CAGE | Revision:  00 | 550002991 | 20050706 |

**Total:  3,648 "6607062 CAGE" in 12 box(es)**

**12437025**

| 720 | **12437025**<br>ROLLER CAGE | Revision:  00 | 550002991 | 20050509 |
| 720 | **12437025**<br>ROLLER CAGE | Revision:  00 | 550002991 | 20050620 |
| 2,880 | **12437025**<br>ROLLER CAGE | Revision:  00 | 550002991 | 20050622 |
| 720 | **12437025**<br>ROLLER CAGE | Revision:  00 | 550002991 | 20050627 |
| 720 | **12437025**<br>ROLLER CAGE | Revision:  00 | 550002991 | 20050815 |
| 2,880 | **12437025**<br>ROLLER CAGE | Revision:  00 | 550002991 | 20050822 |

**Total:  8,640 "12437025 ROLLER CAGE" in 12 box(es)**

**12438002**

| 440,000 | **12438002**<br>Shuttle Car | Revision:  C | 550000760 | 20050907 |

**Total:  440,000 "12438002 Shuttle Car" in 44 box(es)**

**Tracking Number:**

# Industrial Molding Corporation
616 E Slaton Road
Lubbock, TX  79404

**A subsidiary of NN, Inc**

## Bill of Lading

| 27845-1 | 9/13/2005 |
|---------|-----------|

Page    I    of    1

**Consigned To:**
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 27845-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|-------------|-----------|------|-----------|--------|-------|
| 156600 | 7.39  Lbs per Pkg. <br> Density:    2.21 | | 12 | 89 | 250 |
| 156600 | 14.00  Lbs per Pkg. <br> Density:    4.19 | | 12 | 168 | 150 |
| 156600 | 10.00  Lbs per Pkg. <br> Density:    14.71 | | 44 | 440 | 85 |

**3 Pallet(s) - 823 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

(Signature of Consignor)

**Total Packages**        68

9-14-05

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

**Notes:**

Shipper: _____        Carrier: _____



*Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



# INVOICE

| 46336-1 | 09/13/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE: 10/13/2005 |
|--------------------|----------------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|------------|-----------|
| 96 | Each | 25346971   VAPOR CANISTER BODY | 550007094 | Pk Slip: 27846-1  2005 | 3.298000 | 316.61 |
| 9/13/2005 | | Rev 21 | | Via:  Central Trnsprt | | |
| | | | | FOB  COLLECT | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 316.61 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **316.61** |



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



# INVOICE

| 46335-1 | 09/13/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX   79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX   79906

| TERMS:  Net 30 days | DUE DATE:   10/13/2005 |
|---------------------|------------------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|------------|-----------|
| 768 | Each | 25173734   TRAY VOL COMPEN   Rev EC08 | 0550007096 | Pk Slip: 27846-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.449344 | 345.10 |
| 9/13/2005 | | | | | | |

*Thank You!* Remit Payment to:

| Subtotal: | 345.10 |
|-----------|--------|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 345.10 |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46334-1 | 09/13/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| **TERMS:** Net 30 days | | | **DUE DATE:**  10/13/2005 | | | | |
|---|---|---|---|---|---|---|---|
| **Quantity** | **Unit** | **Item / Description** | **PO No** | **Shipped** | | **Unit Price** | **Ext Price** |
| 384<br>9/13/2005 | Each | 17121898   VAPOR CANISTER BODY<br>Rev A13 | 0550007105 | Pk Slip: 27846-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | | 1.230185 | 472.39 |
| 384<br>9/13/2005 | Each | 17121898   VAPOR CANISTER BODY<br>Rev A13 | 0550007105 | Pk Slip: 27846-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | | 1.230185 | 472.39 |

*Thank You!* Remit Payment to:

| Subtotal: | 944.78 |
|-----------|--------|
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **944.78** |



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27846-1 | 9/13/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS<br><br>32 CELERITY WAGON DRIVE | DELPHI ENERGY & ENGINE<br>DELPHI E CHIHUAHUA PLT 57<br>CISCO 35021<br>32 CELERITY WAGON / DOCK WEST<br>EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/13/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**17121898**

| | 384 | **17121898** | Revision: A13 | 0550007105 | 20050908 |
|---|---|---|---|---|---|
| | | VAPOR CANISTER BODY | | | |

**Total:  384 "17121898 VAPOR CANISTER BODY" in 12 box(es)**

KANBANS for 17121898

| KANBAN#: | | SERIAL #: 3168128 |
|---|---|---|
| KANBAN#: | | SERIAL #: 3168129 |
| KANBAN#: | | SERIAL #: 3168130 |
| KANBAN#: | | SERIAL #: 3168131 |
| KANBAN#: | | SERIAL #: 3168245 |
| KANBAN#: | | SERIAL #: 3168246 |
| KANBAN#: | | SERIAL #: 3168247 |
| KANBAN#: | | SERIAL #: 3168248 |
| KANBAN#: | | SERIAL #: 3168249 |
| KANBAN#: | | SERIAL #: 3168250 |
| KANBAN#: | | SERIAL #: 3168251 |
| KANBAN#: | | SERIAL #: 3168252 |
| KANBAN#: | | SERIAL #: 3168253 |
| KANBAN#: | | SERIAL #: 3168254 |
| KANBAN#: | | SERIAL #: 3169012 |
| KANBAN#: | | SERIAL #: 3169013 |
| KANBAN#: | | SERIAL #: 3169014 |
| KANBAN#: | | SERIAL #: 3169015 |
| KANBAN#: | | SERIAL #: 3169016 |
| KANBAN#: | | SERIAL #: 3169017 |
| KANBAN#: | | SERIAL #: 3169018 |
| KANBAN#: | | SERIAL #: 3169019 |
| KANBAN#: | | SERIAL #: 3169020 |
| KANBAN#: | | SERIAL #: 3169021 |
| KANBAN#: | 0000003 | SERIAL #: 1039473 |
| KANBAN#: | 0000005 | SERIAL #: 1039486 |

**17121898**

| | 384 | **17121898** | Revision: A13 | 0550007105 | 20050908 |
|---|---|---|---|---|---|
| | | VAPOR CANISTER BODY | | | |

**Tracking Number: 791-052863-8**



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 27846-1 | 9/13/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/13/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**Total:  384 "17121898 VAPOR CANISTER BODY" in 12 box(es)**

KANBANS for 17121898

| | | |
|---|---|---|
| KANBAN#: | SERIAL #: 3168128 |
| KANBAN#: | SERIAL #: 3168129 |
| KANBAN#: | SERIAL #: 3168130 |
| KANBAN#: | SERIAL #: 3168131 |
| KANBAN#: | SERIAL #: 3168245 |
| KANBAN#: | SERIAL #: 3168246 |
| KANBAN#: | SERIAL #: 3168247 |
| KANBAN#: | SERIAL #: 3168248 |
| KANBAN#: | SERIAL #: 3168249 |
| KANBAN#: | SERIAL #: 3168250 |
| KANBAN#: | SERIAL #: 3168251 |
| KANBAN#: | SERIAL #: 3168252 |
| KANBAN#: | SERIAL #: 3168253 |
| KANBAN#: | SERIAL #: 3168254 |
| KANBAN#: | SERIAL #: 3169012 |
| KANBAN#: | SERIAL #: 3169013 |
| KANBAN#: | SERIAL #: 3169014 |
| KANBAN#: | SERIAL #: 3169015 |
| KANBAN#: | SERIAL #: 3169016 |
| KANBAN#: | SERIAL #: 3169017 |
| KANBAN#: | SERIAL #: 3169018 |
| KANBAN#: | SERIAL #: 3169019 |
| KANBAN#: | SERIAL #: 3169020 |
| KANBAN#: | SERIAL #: 3169021 |
| KANBAN#: 0000003 | SERIAL #: 1039473 |
| KANBAN#: 0000005 | SERIAL #: 1039486 |

**25173734**

| 768 | **25173734** | Revision: EC08 | 0550007096 | 20050913 |
|---|---|---|---|---|
| | TRAY VOL COMPEN | | | |

**Tracking Number: 791-052863-8**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

## PACKING SLIP

| 27846-1 | 9/13/2005 |
|---------|-----------|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/13/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**Total: 768 "25173734 TRAY VOL COMPEN" in 4 box(es)**
   KANBANS for 25173734

| KANBAN#: 0000054 | SERIAL #: 3170199 |
| KANBAN#: 0000079 | SERIAL #: 3170200 |
| KANBAN#: 0000083 | SERIAL #: 3170594 |
| KANBAN#: 0000084 | SERIAL #: 3170592 |

**25346971**

|   | 96 | **25346971** | Revision: 21 | 550007094 | 20050907 |
|---|---|---|---|---|---|
|   |   | VAPOR CANISTER BODY | | | |

**Total: 96 "25346971 VAPOR CANISTER BODY" in 12 box(es)**
   KANBANS for 25346971

| KANBAN#: | SERIAL #: 3164157 |
| KANBAN#: | SERIAL #: 3164160 |
| KANBAN#: | SERIAL #: 3164161 |
| KANBAN#: | SERIAL #: 3164162 |
| KANBAN#: | SERIAL #: 3164163 |
| KANBAN#: | SERIAL #: 3164164 |
| KANBAN#: | SERIAL #: 3164165 |
| KANBAN#: | SERIAL #: 3164166 |
| KANBAN#: | SERIAL #: 3164167 |
| KANBAN#: | SERIAL #: 3164168 |
| KANBAN#: | SERIAL #: 3164237 |
| KANBAN#: | SERIAL #: 3164238 |
| KANBAN#: 0000004 | SERIAL #: 1039499 |

**Tracking Number: 791-052863-8**

*Industrial Molding Corporation*
616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

**Bill of Lading**

| 27846-1 | 9/13/2005 |
|---|---|

Page   1   of   1

Consigned To:

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27846-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 17.80 Lbs per Pkg. | Density: 5.33 | 12 | 214 | 150 |
| 156600 | 17.80 Lbs per Pkg. | Density: 5.33 | 12 | 214 | 150 |
| 156600 | 14.00 Lbs per Pkg. | Density: 4.19 | 4 | 56 | 150 |
| 156600 | 12.00 Lbs per Pkg. | Density: 3.59 | 12 | 144 | 250 |

**4 Pallet(s) - 795 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          40

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

Notes:

Shipper:           Carrier: _____

**Tracking number:**
791-052863-8

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:   27844-1

PALLET COUNT:   1

BOX COUNT:   4

TOTAL WEIGHT:   118

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:   27846-1

PALLET COUNT:   4

BOX COUNT:   40

TOTAL WEIGHT:   795

TOTAL PALLETS:   5

TOTAL WEIGHT:   913

PRO #:   791-052863-8

SHIPPED   CENTRAL TRANSPORT

SHIPPER

CARRIER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052863-8**

| SKD | LSE CTN | DRM | BUN | SWAC |
| CRTS | BSKT | RCK | TOTE | SL & C |
| SWS-OF | CTN | SWS-STC | CTN |
| OTHER | | | SHIP.INIT. |

Subject to NMFC 100/CTII-100 and 49 UBC 14706 and DOT 49 CFR 370

TKW # 53
9-13-0Y



## Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



# INVOICE

| 46337-1 | 09/13/2005 |
|---------|------------|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS:  Net 30 days | DUE DATE:   10/13/2005 |
|---------------------|------------------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|-----------|-----------|
| 1,216 | Each | 6607062   CAGE   Rev 00 | 550002991 | Pk Slip: 27865-1  2005<br>Via:   UPS Red<br>FOB  COLLECT | 0.216190 | 262.89 |
| 9/13/2005 | | | | | | |

| | | |
|---|---|---|
| | Subtotal: | 262.89 |
| | Tax: | 0.00 |
| | Freight: | 0.00 |
| | Total: | 262.89 |

*Thank You!* Remit Payment to:



**Industrial Molding Corporation**
*616 E Slaton Road*
*Lubbock TX 79404*

A subsidiary of NN, Inc

## PACKING SLIP

| 27865-1 | 9/13/2005 |
|---|---|

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/13/2005 | UPS Red | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**6607062**

| 1,216 | **6607062** | Revision: 00 | 550002991 | 20050706 |
|---|---|---|---|---|
| | CAGE | | | |

Total: **1,216 "6607062 CAGE" in 4 box(es)**

**Tracking Number:**

Page 1 of 1 Printed:  9/13/2005 at 7:09:09 PM

*Industrial Molding Corporation*
616 '; Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

| **Bill of Lading** | |
|---|---|
| 27865-1 | 9/13/2005 |
| Page 1 | of 1 |

Consigned To:

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27865-1 | UPS Red | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 7.39 Lbs per Pkg.  Density:  2.21 | 4 | 30 | 250 |

1Z75297201 40273576

**4 loose boxes  - 30 pounds**

Subject to Section 7 of conditions of applicable bill of lading. If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges

(Signature of Consignor)

**Total Packages**          4

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _____   Carrier: _____