

# *Industrial Molding Corp.*

*616 East Slaton Road*
*Lubbock, TX   79404*
*806-474-1000  FAX  806-474-1168*
A subsidiary of NN, Inc

## INVOICE

| 46702-1 | 09/22/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX   79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX   79906

| TERMS: Net 30 days | | DUE DATE:   10/22/2005 | | | | |
|---|---|---|---|---|---|---|
| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
| 600 | Each | 17120527   AIR INLET GRID   Rev B10 | 0550007104 | Pk Slip: 28016-1  2005 | 0.282085 | 169.25 |
| 9/22/2005 | | | | Via:  Central Trnsprt | | |
| | | | | FOB  COLLECT | | |

|  |  |
|---|---|
| Subtotal: | 169.25 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 169.25 |

*Thank You! Remit Payment to:*



## Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

### INVOICE

| 46701-1 | 09/22/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX   79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE:   10/22/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 96 | Each | 25346971   VAPOR CANISTER BODY Rev 21 | 550007094 | Pk Slip: 28016-1  2005 Via:  Central Trnsprt FOB  COLLECT | 3.298000 | 316.61 |

9/22/2005

*Thank You!* *Remit Payment to:*

| Subtotal: | 316.61 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 316.61 |

 **Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
| --- | --- |
| 28016-1 *28016-1* | 9/22/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
| --- | --- | --- | --- |
| 9/22/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
| --- | --- | --- | --- | --- |

**17120527**

| | 600 | 17120527 | Revision:  B10 | 0550007104 | 20050815 |
| --- | --- | --- | --- | --- | --- |
| | | AIR INLET GRID | | | |

Total:  600 "17120527 AIR INLET GRID" in 1 box(es)
   KANBANS for 17120527
   KANBAN#:  0000003              SERIAL #:  3124813

**17121898**

| | 768 | 17121898 | Revision:  A13 | 0550007105 | 20050908 |
| --- | --- | --- | --- | --- | --- |
| | | VAPOR CANISTER BODY | | | |

Tracking Number: 791-052870-3

Page 1 of 3 Printed:  9/22/2005 at 8:44:52 AM



### Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28016-1 | 9/22/2005 |
| *28016-1* | |

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/22/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**Total: 768 "17121898 VAPOR CANISTER BODY" in 24 box(es)**

KANBANS for 17121898

| | | |
|---|---|---|
| KANBAN#: | SERIAL #: | 3166105 |
| KANBAN#: | SERIAL #: | 3166106 |
| KANBAN#: | SERIAL #: | 3166107 |
| KANBAN#: | SERIAL #: | 3166108 |
| KANBAN#: | SERIAL #: | 3166109 |
| KANBAN#: | SERIAL #: | 3166110 |
| KANBAN#: | SERIAL #: | 3166111 |
| KANBAN#: | SERIAL #: | 3166112 |
| KANBAN#: | SERIAL #: | 3166114 |
| KANBAN#: | SERIAL #: | 3166115 |
| KANBAN#: | SERIAL #: | 3166116 |
| KANBAN#: | SERIAL #: | 3166117 |
| KANBAN#: | SERIAL #: | 3166118 |
| KANBAN#: | SERIAL #: | 3166119 |
| KANBAN#: | SERIAL #: | 3166120 |
| KANBAN#: | SERIAL #: | 3166121 |
| KANBAN#: | SERIAL #: | 3166122 |
| KANBAN#: | SERIAL #: | 3166544 |
| KANBAN#: | SERIAL #: | 3166545 |
| KANBAN#: | SERIAL #: | 3166618 |
| KANBAN#: | SERIAL #: | 3166619 |
| KANBAN#: | SERIAL #: | 3166620 |
| KANBAN#: | SERIAL #: | 3166621 |
| KANBAN#: | SERIAL #: | 3167047 |
| KANBAN#: 0000001 | SERIAL #: | 1047574 |
| KANBAN#: 0000006 | SERIAL #: | 1047587 |

**25346971**

| 96 | **25346971** | | Revision  21 | 550007094 | 20050920 |
|---|---|---|---|---|---|
| | VAPOR CANISTER BODY | | | | |



## Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28016-1 | 9/22/2005 |
| *28016-1* | |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
| | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
| | 32 CELERITY WAGON / DOCK WEST |
| | EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/22/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**Total: 96 "25346971 VAPOR CANISTER BODY" in 12 box(es)**
KANBANS for 25346971

| KANBAN#: | SERIAL #: 3183330 |
|---|---|
| KANBAN#: | SERIAL #: 3183332 |
| KANBAN#: | SERIAL #: 3183333 |
| KANBAN#: | SERIAL #: 3183334 |
| KANBAN#: | SERIAL #: 3183335 |
| KANBAN#: | SERIAL #: 3183336 |
| KANBAN#: | SERIAL #: 3183337 |
| KANBAN#: | SERIAL #: 3183397 |
| KANBAN#: | SERIAL #: 3183398 |
| KANBAN#: | SERIAL #: 3183399 |
| KANBAN#: | SERIAL #: 3183400 |
| KANBAN#: | SERIAL #: 3183401 |
| KANBAN#: 0000042 | SERIAL #: 1047600 |

**17122062**

| 1,000 | **17122062** | Revision: C13 | 0550007107 | 20050820 |
|---|---|---|---|---|
| | CANISTER COVER | | | |

**Total: 1,000 "17122062 CANISTER COVER" in 1 box(es)**
KANBANS for 17122062

| KANBAN#: 0000006 | SERIAL #: 3132109 |
|---|---|

Tracking Number: 791-052870-3

**Industrial Molding Corporation**
*616 E Slaton Road*
*Lubbock, TX   79404*

A subsidiary of NN, Inc



| 28016-1 | 9/22/2005 |
|---------|-----------|

| Page | 1 | of | 1 |
|------|---|----|----|

Consigned To:
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 28016-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|-------------|-----------|-----------|------------|--------|-------|
| 156600 | 23.00  Lbs per Pkg. Density:    6.89 | | 1 | 23 | 125 |
| 156600 | 17.80  Lbs per Pkg. Density:    5.33 | | 24 | 427 | 150 |
| 156600 | 12.00  Lbs per Pkg. Density:    3.59 | | 12 | 144 | 250 |
| 156600 | 40.00  Lbs per Pkg. Density:    11.98 | | 1 | 40 | 93 |

**4 Pallet(s) - 802 pounds**

Total Packages                    38

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

Notes:

Shipper: _____    Carrier: _____

**Tracking number:**
**791-052870-3**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:      28017-1

PALLET COUNT:          1

BOX COUNT:             3

TOTAL WEIGHT:          99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:      28016-1

PALLET COUNT:          4

BOX COUNT:             38

TOTAL WEIGHT:          802

TOTAL PALLETS:         5

TOTAL WEIGHT:          901

PRO #:    791-052870-3

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER

OTHER
Subject to NMFC 100/CTN-100 and 49 USC 14706 and DOT 49 CFR 370

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052870-3**



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX 79404**
**806-474-1000 FAX 806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46705-1 | 09/22/2005 |
|---------|------------|

*Remit To:* INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX 79404

| BILL TO: | SHIP TO: |
|----------|----------|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE<br><br>WARREN, MI  48090 (USA) | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 (USA) |

| TERMS: Net 30 days | DUE DATE: 10/22/2005 |
|--------------------|----------------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|------------|-----------|
| 1,524<br>9/22/2005 | Each | 18025575   END LAMINA COM   Rev 6 | 550000865 | Pk Slip: 28017-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.075000 | 114.30 |
| 3,048<br>9/22/2005 | Each | 18025577   END LAMINA BRG   Rev 5 | 550000865 | Pk Slip: 28017-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.073780 | 224.88 |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 339.18 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 339.18 |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28017-1 | 9/22/2005 |
| *28017-1* | |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/22/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**18025575**

| 1,524 | 18025575 | Revision:  6 | 550000865 | 20050709 |
|---|---|---|---|---|
| | END LAMINA COM | | | |

Total:  1,524 "18025575 END LAMINA COM" in 1 box(es)

**18025577**

| 3,048 | 18025577 | Revision:  5 | 550000865 | 20050816 |
|---|---|---|---|---|
| | END LAMINA BRG | | | |

Total:  3,048 "18025577 END LAMINA BRG" in 2 box(es)

**Tracking Number: 791-052870-3**

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

| **Bill of Lading** | |
|---|---|
| 28017-1 | 9/22/2005 |

Page     1     of     1

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28017-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.10 Lbs per Pkg. Density: 5.72 | | 1 | 19 | 150 |
| 156600 | 19.10 Lbs per Pkg. Density: 5.72 | | 2 | 38 | 150 |

**1 Pallet(s) - 99 pounds**

Subject to Section 7 of conditions of applicable bill of lading. If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages          3**

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _____     Carrier: _____

**Tracking number:**
**791-052870-3**
CN #
791-2953910

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:  28017-1

PALLET COUNT:  1

BOX COUNT:  3

TOTAL WEIGHT:  99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:  28016-1

PALLET COUNT:  4

BOX COUNT:  38

TOTAL WEIGHT:  802

TOTAL PALLETS:  5

TOTAL WEIGHT:  901

PRO #:  791-052870-3

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER



OTHER _____  Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052870-3**



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



| INVOICE | |
|---|---|
| 46706-1 | 09/22/2005 |

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI SANDUSKY<br>CISCO 42017<br>%DATA2LOGISTICS<br>PO BOX 9115<br>NORWOOD, MA   02062-9115 (USA) | DELPHI CHASSIS SYSTEMS<br><br>2509 HAYES AVENUE<br><br>SANDUSKY, OH  44870 |

| TERMS:  Net 30 days | DUE DATE:   10/22/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1,200 | Each | 6607036   REF# 06607036   Rev 00 | 0550000760 | Pk Slip: 28018-1  2005<br>Via:   POINT LOGISTIC<br>FOB  COLLECT | 0.181590 | 217.91 |
| 9/22/2005 | | | | | | |

| | | |
|---|---|---|
| Subtotal: | 217.91 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 217.91 |

*Thank You! Remit Payment to:*

# Industrial Molding Corporation

**IMC**

616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

## PACKING SLIP

| 28018-1 | 9/22/2005 |
|---------|-----------|

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|--------------|----------|--------|-------------------|
| 9/22/2005 | POINT LOGISTIC | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|-------------|---------------------------|-----------|------------|

**6607036**

| | | | | |
|---|---|---|---|---|
| 1,200 | **6607036**<br>REF# 06607036 | Revision:  00 | 0550000760 | 20050808 |

Total:  1,200 "6607036 REF# 06607036" in 4 box(es)

**Tracking Number:**

Page 1 of 1 Printed:  9/22/2005 at 9:50:25 AM

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

Consigned To:
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| | **Bill of Lading** | |
|---|---|---|
| 28018-1 | 9/22/2005 | |
| Page | 1  of  1 | |

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28018-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 9.12   Lbs per Pkg.  Density:   2.73 | 4 | 36 | 250 |

**1 Pallet(s) - 78 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages         4**

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _Avery Adams_    Carrier: _Ronald S Bee_   9-22 05



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46786-1 | 09/23/2005 |

---

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

---

| TERMS:  Net 30 days | DUE DATE:   10/23/2005 |

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 384 | Each | 17121898   VAPOR CANISTER BODY | 0550007105 | Pk Slip: 28043-1  2005 | 1.230185 | 472.39 |
| | | Rev A13 | | Via:   Central Trnsprt | | |
| 9/23/2005 | | | | FOB  COLLECT | | |

---

*Thank You!* Remit Payment to:

| | |
|---|---|
| **Subtotal:** | 472.39 |
| **Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Total:** | 472.39 |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46785-1 | 09/23/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX   79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX   79906

| TERMS:   Net 30 days | DUE DATE:   10/23/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 600 | Each | 17120527   AIR INLET GRID   Rev B10 | 0550007104 | Pk Slip: 28043-1  2005<br>Via:   Central Trnsprt<br>FOB   COLLECT | 0.282085 | 169.25 |

9/23/2005

*Thank You!* *Remit Payment to:*

| Subtotal: | 169.25 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 169.25 |



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46784-1 | 09/23/2005 |
|---|---|

---

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS:  Net 30 days | DUE DATE:  10/23/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1,000 | Each | 17122062   CANISTER COVER   Rev C13 | 0550007107 | Pk Slip: 28043-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.348913 | 348.91 |
| 9/23/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 348.91 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 348.91 |

**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28043-1 | 9/23/2005 |
| *28043-1* | |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/23/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**17120527**

| 600 | **17120527** | Revision: B10 | 0550007104 | 20050820 |
|---|---|---|---|---|
| | AIR INLET GRID | | | |

**Total: 600 "17120527 AIR INLET GRID" in 1 box(es)**
   KANBANS for 17120527
      KANBAN#: 0000007          SERIAL #: 3131003

**17121898**

| 384 | **17121898** | Revision: A13 | 0550007105 | 20050908 |
|---|---|---|---|---|
| | VAPOR CANISTER BODY | | | |

**Total: 384 "17121898 VAPOR CANISTER BODY" in 12 box(es)**
   KANBANS for 17121898
      KANBAN#:          SERIAL #: 3165537
      KANBAN#:          SERIAL #: 3165538
      KANBAN#:          SERIAL #: 3165539
      KANBAN#:          SERIAL #: 3165875
      KANBAN#:          SERIAL #: 3165888
      KANBAN#:          SERIAL #: 3165889
      KANBAN#:          SERIAL #: 3165892
      KANBAN#:          SERIAL #: 3165893
      KANBAN#:          SERIAL #: 3165896
      KANBAN#:          SERIAL #: 3165897
      KANBAN#:          SERIAL #: 3166103
      KANBAN#:          SERIAL #: 3166104
      KANBAN#: 0000002          SERIAL #: 1048125

**17122062**

| 1,000 | **17122062** | Revision: C13 | 0550007107 | 20050820 |
|---|---|---|---|---|
| | CANISTER COVER | | | |

**Total: 1,000 "17122062 CANISTER COVER" in 1 box(es)**
   KANBANS for 17122062
      KANBAN#: 0000007          SERIAL #: 3134620

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX 79404

A subsidiary of NN, Inc

**Consigned To:**
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

**Bill of Lading**

| 28043-1 | 9/23/2005 |
|---|---|

Page  1  of  1

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA 02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28043-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 23.00 Lbs per Pkg. Density: 6.89 | 1 | 23 | 125 |
| 156600 | 17.80 Lbs per Pkg. Density: 5.33 | 12 | 214 | 150 |
| 156600 | 40.00 Lbs per Pkg. Density: 11.98 | 1 | 40 | 93 |

**1 Pallet(s) 2 loose boxes  - 319 pounds**

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**Total Packages     14**

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

**Tracking number:**
Carrier: _____  **791-052871-1**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:  28045-1

PALLET COUNT:  1

BOX COUNT:  3

TOTAL WEIGHT:  99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:  28043-1

PALLET COUNT:  1

BOX COUNT:  14

TOTAL WEIGHT:  319

TOTAL PALLETS:  2

TOTAL WEIGHT:  418

PRO #:  791-052871-1

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER

9-23-05
TRUH 93.X10

SKU  LSE CTN  DRM  DUN  SWAC    PICK UP STICKER
CRTS  BSKT  RCK  TOTE  SL & C
SWS-OF  CTN  SWS-STC  CTN
OTHER  SHIP.INIT.
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052871-1**

CNH 791-2960963



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



| 46787-1 | 09/23/2005 |
|---------|------------|

| BILL TO: | SHIP TO: |
|----------|----------|
| DELPHI SANDUSKY<br>CISCO 42017<br>%DATA2LOGISTICS<br>PO BOX 9115<br>NORWOOOD, MA   02062-9115 (USA) | DELPHI CHASSIS SYSTEMS<br><br>2509 HAYES AVENUE<br><br>SANDUSKY, OH  44870 |

| TERMS:  Net 30 days | DUE DATE:   10/23/2005 |
|---------------------|------------------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|-----------|-----------|
| 2,100 | Each | 6607036   REF# 06607036   Rev 00 | 0550000760 | Pk Slip: 28044-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.181590 | 381.34 |
| 9/23/2005 | | | | | | |

|  | |
|---|---|
| Subtotal: | 381.34 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 381.34 |

*Thank You!* *Remit Payment  to:*

# IMC

## *Industrial Molding Corporation*
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

### PACKING SLIP

| 28044-1 | 9/23/2005 |
|---------|-----------|
| *28044-1* | |

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description | | |
|---|---|---|---|---|---|
| 9/23/2005 | POINT LOGISTIC | COLLECT | Net 30 days | | |
| **Qty Shipped** | **Item Number / Description** | | | **PO Number** | **Lot Number** |

**6607036**

| | | | | | |
|---|---|---|---|---|---|
| 300 | **6607036** | Revision: | 00 | 0550000760 | 20050808 |
| | REF# 06607036 | | | | |
| 1,500 | **6607036** | Revision: | 00 | 0550000760 | 20050818 |
| | REF# 06607036 | | | | |
| 300 | **6607036** | Revision: | 00 | 0550000760 | 20050610 |
| | REF# 06607036 | | | | |

Total:  2,100 "6607036 REF# 06607036" in 7 box(es)

**Tracking Number:**

Page 1 of 1 Printed:  9/23/2005 at 7:54:57 AM

# Industrial Molding Corporation

*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

Consigned To:
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

## Bill of Lading

| 28044-1 | 9/23/2005 |
|---------|-----------|

| Page | 1 | of | 1 |
|------|---|-----|---|

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 28044-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|-------------|------------------------------------------------|------------|--------|-------|
| 156600 | 9.12  Lbs per Pkg.  Density:  2.73 | 7 | 64 | 250 |

**1 Pallet(s) - 106 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          **7**

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: *Mary Garwood*          Carrier: _____  9/23/05

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:      28045-1

PALLET COUNT:            1

BOX COUNT:               3

TOTAL WEIGHT:           99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:      28043-1

PALLET COUNT:            1

BOX COUNT:              14

TOTAL WEIGHT:          319

TOTAL PALLETS:          2

TOTAL WEIGHT:          418

PRO #:      791-052871-1

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER

9.23-05

TRUH 93xT0

SKID ___ LSE CTN ___ DRM ___ BUN ___ □ SWAC
CRTS ___ BSKT ___ RCK ___ TOTE □ SL & C
SWS-OF ___ CTN ___ SWS-STC ___ CTN
OTHER ___ SHIP.INIT.
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

PICK UP STICKER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052871-1**

CNH 791-2960963

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock,  TX  79404**

**Phone: (806) 474-1000    Fax: (806) 474-1168**



**INVOICE**

| 46556-1 | 9/19/2005 |
|---|---|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY,  OH  44870

| TERMS:  Net 30 days | DUE DATE:    10/19/2005 |
|---|---|

| Quantity | Item Number | Rev | Description | Price | Extension |
|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | FOB |
| **4,416** 6607067 | | **M** | CAGE | 0.249200 Each | 1,100.47 |
| 27936-1 | 9/19/2005 | 0550000760 | 9/14/2005 | POINT LOGISTIC | COLLECT |
| | Misc. Comment: | | | | |

| | |
|---|---|
| Subtotal: | 1,100.47 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,100.47 |

*Thank You*



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
| --- | --- |
| 27936-1 | 9/19/2005 |

Contact: Keith Newton
Fax: 419-627-7363

| Bill To: | Ship To: |
| --- | --- |
| DELPHI SANDUSKY<br>CISCO 42017<br>%DATA2LOGISTICS<br>PO BOX 9115<br>NORWOOOD, MA  02062-9115 | DELPHI CHASSIS SYSTEMS<br><br>2509 HAYES AVENUE<br>SANDUSKY, OH  44870 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
| --- | --- | --- | --- |
| 9/19/2005 | POINT LOGISTIC | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
| --- | --- | --- | --- | --- |

**6607067**

| Qty Shipped | Item Number / Description | Revision | PO Number | Lot Number |
| --- | --- | --- | --- | --- |
| 3,312 | 6607067<br>CAGE | M | 0550000760 | 20050912 |
| 1,104 | 6607067<br>CAGE | M | 0550000760 | 20050829 |

**Tracking Number:**

Page 1 of 1 Printed:  9/19/2005 at 7:45:20 AM

# Industrial Molding Corporation

*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

Consigned To:
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

## Bill of Lading

| 27936-1 | 9/19/2005 |
|---|---|
| Page   1   of   1 | |

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27936-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 11.00   Lbs per Pkg<br>Density:      3.29 | 12 | 132 | 250 |

**1 Pallet(s) - 174 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages      12**

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: *Mary Gwendo*    Carrier: ALTUNA NATA SLC. 9-19-05



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



| 46392-1 | 09/14/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | | DUE DATE:  10/14/2005 | | | | |
|---|---|---|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 175 | Each | 25346975   LIQUID TRAP VAPOR CANISTER   Rev 10 | 550007094 | Pk Slip: 27867-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.443800 | 77.67 |
| 9/14/2005 | | | | | | |
| 350 | Each | 25346975   LIQUID TRAP VAPOR CANISTER   Rev 10 | 550007094 | Pk Slip: 27867-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.443800 | 155.33 |
| 9/14/2005 | | | | | | |
| 350 | Each | 25346975   LIQUID TRAP VAPOR CANISTER   Rev 10 | 550007094 | Pk Slip: 27867-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.443800 | 155.33 |
| 9/14/2005 | | | | | | |

*Thank You!* Remit Payment to:

| Subtotal: | 388.33 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 388.33 |



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



INVOICE

| 46391-1 | 09/14/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE: 10/14/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 600 | Each | 17120527  AIR INLET GRID  Rev B10 | 0550007104 | Pk Slip: 27867-1  2005<br>Via: Central Trnsprt<br>FOB COLLECT | 0.272000 | 163.20 |
| 9/14/2005 | | | | | | |

*Thank You! Remit Payment to:*

| | |
|---|---|
| Subtotal: | 163.20 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 163.20 |



## *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



**INVOICE**

| 46390-1 | 09/14/2005 |
|---|---|

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
| | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
| | 32 CELERITY WAGON / DOCK WEST |
| EL PASO, TX  79906 | EL PASO, TX  79906 |

| TERMS:  Net 30 days | DUE DATE:  10/14/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1,000 | Each | 17122062    CANISTER COVER   Rev C13 | 0550007107 | Pk Slip: 27867-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.338000 | 338.00 |
| 9/14/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 338.00 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **338.00** |

*Thank You! Remit Payment to:*



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



| 46389-1 | 09/14/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS:  Net 30 days | DUE DATE:   10/14/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 384 | Each | 17121898   VAPOR CANISTER BODY<br>Rev A13 | 0550007105 | Pk Slip: 27867-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 1.160000 | 445.44 |
| 9/14/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| **Subtotal:** | 445.44 |
| **Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Total:** | 445.44 |



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27867-1 | 9/14/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS<br><br>32 CELERITY WAGON DRIVE | DELPHI ENERGY & ENGINE<br>DELPHI E CHIHUAHUA PLT 57<br>CISCO 35021<br>32 CELERITY WAGON / DOCK WEST<br>EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/14/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**17120527**

|  | 600 | **17120527** | Revision: B10 | 0550007104 | 20050820 |
|---|---|---|---|---|---|
|  |  | AIR INLET GRID | | | |

**Total:  600 "17120527 AIR INLET GRID" in 1 box(es)**
   KANBANS for 17120527
      KANBAN#:  0000007            SERIAL #:  3133038

**17121898**

|  | 384 | **17121898** | Revision: A13 | 0550007105 | 20050908 |
|---|---|---|---|---|---|
|  |  | VAPOR CANISTER BODY | | | |

**Total:  384 "17121898 VAPOR CANISTER BODY" in 12 box(es)**
   KANBANS for 17121898
      KANBAN#:            SERIAL #:  3159360
      KANBAN#:            SERIAL #:  3159361
      KANBAN#:            SERIAL #:  3159362
      KANBAN#:            SERIAL #:  3159363
      KANBAN#:            SERIAL #:  3159364
      KANBAN#:            SERIAL #:  3159365
      KANBAN#:            SERIAL #:  3159366
      KANBAN#:            SERIAL #:  3159367
      KANBAN#:            SERIAL #:  3159368
      KANBAN#:            SERIAL #:  3159369
      KANBAN#:            SERIAL #:  3159370
      KANBAN#:            SERIAL #:  3159371
      KANBAN#:  0000008            SERIAL #:  1040187

**25346975**

|  | 175 | **25346975** | Revision: 10 | 550007094 | 20050801 |
|---|---|---|---|---|---|
|  |  | LIQUID TRAP VAPOR CANISTER | | | |

**Tracking Number: 791-052864-6**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

# PACKING SLIP

| 27867-1 | 9/14/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
| | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
| | 32 CELERITY WAGON / DOCK WEST |
| | EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/14/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**Total: 175 "25346975 LIQUID TRAP VAPOR CANISTER" in 1 box(es)**
KANBANS for 25346975

| KANBAN#: | 0000013 | SERIAL #: | 3171262 |
| KANBAN#: | 0000017 | SERIAL #: | 3171586 |
| KANBAN#: | 0000021 | SERIAL #: | 3171587 |
| KANBAN#: | 0000022 | SERIAL #: | 3171263 |
| KANBAN#: | 0000023 | SERIAL #: | 3171585 |

## 25346975
| 350 | **25346975** | Revision: 10 | 550007094 | 20050801 |
|---|---|---|---|---|
| | LIQUID TRAP VAPOR CANISTER | | | |

**Total: 350 "25346975 LIQUID TRAP VAPOR CANISTER" in 2 box(es)**
KANBANS for 25346975

| KANBAN#: | 0000013 | SERIAL #: | 3171262 |
| KANBAN#: | 0000017 | SERIAL #: | 3171586 |
| KANBAN#: | 0000021 | SERIAL #: | 3171587 |
| KANBAN#: | 0000022 | SERIAL #: | 3171263 |
| KANBAN#: | 0000023 | SERIAL #: | 3171585 |

## 25346975
| 350 | **25346975** | Revision: 10 | 550007094 | 20050801 |
|---|---|---|---|---|
| | LIQUID TRAP VAPOR CANISTER | | | |

**Total: 350 "25346975 LIQUID TRAP VAPOR CANISTER" in 2 box(es)**
KANBANS for 25346975

| KANBAN#: | 0000013 | SERIAL #: | 3171262 |
| KANBAN#: | 0000017 | SERIAL #: | 3171586 |
| KANBAN#: | 0000021 | SERIAL #: | 3171587 |
| KANBAN#: | 0000022 | SERIAL #: | 3171263 |
| KANBAN#: | 0000023 | SERIAL #: | 3171585 |

## 17122062
| 1,000 | **17122062** | Revision: C13 | 0550007107 | 20050820 |
|---|---|---|---|---|
| | CANISTER COVER | | | |

**Tracking Number: 791-052864-6**

## Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

### PACKING SLIP

| 27867-1 | 9/14/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/14/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**Total: 1.000 "17122062 CANISTER COVER" in 1 box(es)**
KANBANS for 17122062
KANBAN#:  0000008              SERIAL #:  3133684

**Tracking Number: 791-052864-6**

Page 3 of 3 Printed:  9/14/2005 at 8:33:20 AM

*Industrial Molding Corporation*

*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

**Bill of Lading**

| 27867-1 | 9/14/2005 |
|---------|-----------|

Page   1   of   2

Consigned To:
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 27867-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|-------------|--------------------------------------------------|-----------|--------|-------|
| 156600 | 23.00   Lbs per Pkg.<br>Density:   6.89 | 1 | 23 | 125 |
| 156600 | 17.80   Lbs per Pkg.<br>Density:   5.33 | 12 | 214 | 150 |
| 156600 | 19.00   Lbs per Pkg.<br>Density:   5.69 | 1 | 19 | 150 |
| 156600 | 19.00   Lbs per Pkg.<br>Density:   5.69 | 2 | 38 | 150 |
| 156600 | 19.00   Lbs per Pkg.<br>Density:   5.69 | 2 | 38 | 150 |
| 156600 | 40.00   Lbs per Pkg.<br>Density:   11.98 | 1 | 40 | 93 |

| ___SKD | ___LSE CTN | ___DRM | ___BUN | ☐ SWAC | |
| ___CRTS | ___BSKT | ___RCK | ___TOTE | ☐ SL & C | |
| ___SWS-OF ___CTN | | ___SWS-STC ___CTN | | | |
| OTHER ___ | | SHIP.INIT. ___ | | | |
| Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370 | | | | | |

**SHIPPER LABEL**
*Driver's Signature Only Acknowledges Receipt of Freight*

**791-052864-6**

TKL #55-8110
9-14-05

Subject to Section 7 of conditions of applicable bill of lading. If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

**2 Pallet(s) - 456 pounds**

**Total Packages**

_____
(Signature of Consignor)

19

Notes:

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Shipper: _____    Carrier: _____    **Tracking number:** LN #
**791-052864-6**         791-2915447

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX 79404**

**Phone: (806) 474-1000   Fax: (806) 474-1168**



| INVOICE | |
|---|---|
| 46454-1 | 9/15/2005 |

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE
EL PASO, TX 79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| TERMS: Net 30 days | DUE DATE: 10/15/2005 |
|---|---|

| Quantity | Item Number | | Rev | Description | Price | Extension |
|---|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | FOB | |
| 192 | 25173734 | | EC0 | TRAY VOL COMPEN | 0.449344 Each | 86.27 |
| 27890-1 | 9/15/2005 | 0550007096 | 2/7/2002 | Central Trnsprt | COLLECT | |
| | Misc. Comment: | | | | | |

**Thank You**

| | |
|---|---|
| Subtotal: | 86.27 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 86.27 |

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX 79404**

**Phone: (806) 474-1000   Fax: (806) 474-1168**

## INVOICE

| 46453-1 | 9/15/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE
EL PASO, TX 79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| TERMS: | Net 30 days | DUE DATE: | 10/15/2005 |
|---|---|---|---|

| Quantity | Item Number | | Rev | Description | | Price | Extension |
|---|---|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | | FOB | |
| **125** 25173737 | | | EC1 | VAPOR CAN COVER | | **0.858331** Each | 107.29 |
| 27890-1 | 9/15/2005 | 0550007097 | 2/8/2002 | Central Trnsprt | | COLLECT | |
| | Misc. Comment: | | | | | | |

| | | |
|---|---|---|
| **Subtotal:** | | **107.29** |
| **Tax:** | | **0.00** |
| **Freight:** | | **0.00** |
| **Total:** | | **107.29** |

*Thank You*

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX 79404**

**Phone: (806) 474-1000    Fax: (806) 474-1168**

## INVOICE

| 46452-1 | 9/15/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE
EL PASO, TX 79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| TERMS: | Net 30 days | DUE DATE: | 10/15/2005 |
|---|---|---|---|

| Quantity | Item Number | | Rev | Description | | Price | Extension |
|---|---|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | | FOB | |
| 192 | 25173731 | | 013 | CANISTER BODY | | 3.222800 Each | 618.78 |
| 27890-1 | 9/15/2005 | 0550007094 | 10/6/2003 | Central Trnsprt | | COLLECT | |
| | Misc. Comment: | | | | | | |

| | | |
|---|---|---|
| | Subtotal: | 618.78 |
| | Tax: | 0.00 |
| | Freight: | 0.00 |
| | Total: | 618.78 |

*Thank You*

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX 79404**

**Phone: (806) 474-1000     Fax: (806) 474-1168**

| | INVOICE |
|---|---|
| 46451-1 | 9/15/2005 |

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
| | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
| EL PASO, TX 79906 | 32 CELERITY WAGON / DOCK WEST |
| | EL PASO, TX 79906 |

| TERMS: Net 30 days | DUE DATE: 10/15/2005 |
|---|---|

| Quantity | Item Number | | Rev | Description | | Price | Extension |
|---|---|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | | FOB | |
| 384 | 17121898 | | A13 | VAPOR CANISTER BODY | | 1.230185 Each | 472.39 |
| 27890-1 | 9/15/2005 | 0550007105 | 12/27/2001 | Central Trnsprt | | COLLECT | |
| | Misc. Comment: | | | | | | |

| | | |
|---|---|---|
| | Subtotal: | 472.39 |
| | Tax: | 0.00 |
| | Freight: | 0.00 |
| | Total: | 472.39 |

*Thank You*



# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 27890-1 | 9/15/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
|  | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
|  | 32 CELERITY WAGON / DOCK WEST |
|  | EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/15/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**17121898**

| | 384 | 17121898 | Revision: A13 | 0550007105 | 20050908 |
|---|---|---|---|---|---|
| | | VAPOR CANISTER BODY | | | |

Total:  384 "17121898 VAPOR CANISTER BODY" in 12 box(es)
 KANBANS for 17121898

| KANBAN#: | SERIAL #:  3159618 |
|---|---|
| KANBAN#: | SERIAL #:  3159619 |
| KANBAN#: | SERIAL #:  3159620 |
| KANBAN#: | SERIAL #:  3159621 |
| KANBAN#: | SERIAL #:  3163637 |
| KANBAN#: | SERIAL #:  3163638 |
| KANBAN#: | SERIAL #:  3163639 |
| KANBAN#: | SERIAL #:  3163640 |
| KANBAN#: | SERIAL #:  3163641 |
| KANBAN#: | SERIAL #:  3163642 |
| KANBAN#: | SERIAL #:  3163643 |
| KANBAN#: | SERIAL #:  3163644 |
| KANBAN#: 0000016 | SERIAL #:  1041154 |

**25173734**

| | 192 | 25173734 | Revision: EC08 | 0550007096 | 20050913 |
|---|---|---|---|---|---|
| | | TRAY VOL COMPEN | | | |

Total:  192 "25173734 TRAY VOL COMPEN" in 1 box(es)
 KANBANS for 25173734

| KANBAN#: 0000078 | SERIAL #:  3171486 |
|---|---|

**25173737**

| | 125 | 25173737 | Revision: EC10 | 0550007097 | 20050730 |
|---|---|---|---|---|---|
| | | VAPOR CAN COVER | | | |

Total:  125 "25173737 VAPOR CAN COVER" in 1 box(es)
 KANBANS for 25173737

| KANBAN#: 0000068 | SERIAL #:  3103964 |
|---|---|

**25173731**

**Tracking Number: 791-052865-3**



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27890-1 | 9/15/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/15/2005 | Central Trnsprt | COLLECT | Net 30 days | |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| 192 | **25173731**       Revision: 013 | 0550007094 | 20050906 |
| | CANISTER BODY | | |

Total:  192 "25173731 CANISTER BODY" in 12 box(es)
KANBANS for 25173731

| | |
|---|---|
| KANBAN#: | SERIAL #:  3154963 |
| KANBAN#: | SERIAL #:  3154966 |
| KANBAN#: | SERIAL #:  3154969 |
| KANBAN#: | SERIAL #:  3154970 |
| KANBAN#: | SERIAL #:  3154972 |
| KANBAN#: | SERIAL #:  3154973 |
| KANBAN#: | SERIAL #:  3154974 |
| KANBAN#: | SERIAL #:  3155108 |
| KANBAN#: | SERIAL #:  3155109 |
| KANBAN#: | SERIAL #:  3155110 |
| KANBAN#: | SERIAL #:  3155111 |
| KANBAN#: | SERIAL #:  3155112 |
| KANBAN#:  0000057 | SERIAL #:  1041141 |

**Tracking Number: 791-052865-3**

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

| | **Bill of Lading** |
|---|---|
| 27890-1 | 9/15/2005 |

Page   1   of   1

Consigned To:
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27890-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 17.80  Lbs per Pkg. Density:  5.33 | | 12 | 214 | 150 |
| 156600 | 14.00  Lbs per Pkg. Density:  4.19 | | 1 | 14 | 150 |
| 156600 | 22.00  Lbs per Pkg. Density:  6.59 | | 1 | 22 | 125 |
| 156600 | 18.00  Lbs per Pkg. Density:  5.39 | | | | 150 |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight
**791-052865-3**

2 Pallet(s) 2 loose boxes  - 550 pounds

2~
9-15-05
TR#538110

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**Total Packages**  26

Notes:

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

**Tracking number:**
791-052865-3

CN #
791-2921716

Shipper: _____   Carrier: _____

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX 79404**

**Phone: (806) 474-1000    Fax: (806) 474-1168**

| INVOICE | |
|---|---|
| 46455-1 | 9/15/2005 |

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| TERMS: Net 30 days | DUE DATE:   10/15/2005 |
|---|---|

| Quantity | Item Number | Rev | Description | Price | Extension |
|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | FOB |
| 2,432 | 6607062 | 00 | CAGE | 0.216190 Each | 525.77 |
| 27891-1 | 9/15/2005 | 550002991 | 1/4/2005 | POINT LOGISTIC | COLLECT |
| | Misc. Comment: | | | | |

*Thank You*

| | |
|---|---|
| Subtotal: | 525.77 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 525.77 |



**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

Contact: Keith Newton
Fax: 419-627-7363

| Bill To: | Ship To: |
|---|---|
| DELPHI SANDUSKY<br>CISCO 42017<br>%DATA2LOGISTICS<br>PO BOX 9115<br>NORWOOOD, MA  02062-9115 | DELPHI CHASSIS SYSTEMS<br><br>2509 HAYES AVENUE<br>SANDUSKY, OH  44870 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/15/2005 | POINT LOGISTIC | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**6607062**

|  | | | |
|---|---|---|---|
| 2,432 | **6607062**<br>CAGE      Revision:  00 | 550002991 | 20050911 |

**Total:  2,432 "6607062 CAGE" in 8 box(es)**

# *Industrial Molding Corporation*
*616 E Slaton Road*
*Lubbock, TX  79404*

**A subsidiary of NN, Inc**

**Consigned To:**
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| **Bill of Lading** | |
|---|---|
| 27892-1 | 9/15/2005 |
| **Page**  1  **of**  1 | |

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27892-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 9.12   Lbs per Pkg. | | 12 | 109 | 250 |
|  | Density:      2.73 | | | | |

**1 Pallet(s) - 151 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          12

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

**Notes:**

Shipper: _____   Carrier: _____

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX 79404**

**Phone: (806) 474-1000    Fax: (806) 474-1168**

**INVOICE**

| 46456-1 | 9/15/2005 |
|---|---|

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI SANDUSKY<br>CISCO 42017<br>%DATA2LOGISTICS<br>PO BOX 9115<br>NORWOOOD, MA 02062-9115 | DELPHI CHASSIS SYSTEMS<br><br>2509 HAYES AVENUE<br>SANDUSKY, OH 44870 |

**TERMS:**          **DUE DATE:** 9/15/2005

| Quantity | Item Number | Rev | Description | Price | Extension |
|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | FOB |
| 3,600 | 6607036 | 00 | REF# 06607036 | 0.181590 Each | 653.72 |
| 27892-1 | 9/15/2005    550000760 | 1/26/2005 | POINT LOGISTIC | COLLECT | |
| | Misc. Comment: | | | | |

*Thank You*

| | |
|---|---|
| Subtotal: | 653.72 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 653.72 |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
| --- | --- |
| 27892-1 | 9/15/2005 |

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
| --- | --- | --- | --- |
| 9/15/2005 | POINT LOGISTIC | COLLECT | |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
| --- | --- | --- | --- | --- |

**6607036**

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
| --- | --- | --- | --- | --- |
| 1,800 | **6607036**<br>REF# 06607036 | Revision:  00 | 550000760 | 20050906 |
| 1,800 | **6607036**<br>REF# 06607036 | Revision:  00 | 550000760 | 20050818 |

**Total:  3,600 "6607036 REF# 06607036" in 12 box(es)**

**Tracking Number:**

Page 1 of 1 Printed:  9/15/2005 at 9:01:48 AM

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

**Consigned To:**
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| | |
|---|---|
| **Bill of Lading** | |
| 27892-1 | 9/15/2005 |
| **Page**    1    **of**    1 | |

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27892-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 9.12    Lbs per Pkg.<br>Density:    2.73 | 12 | 109 | 250 |

**1 Pallet(s) - 151 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          12

If charges are to be prepaid, write or stamp here, "To Be Paid"
_____

**Notes:**

Shipper: _____    Carrier: _____

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX 79404**

**Phone: (806) 474-1000    Fax: (806) 474-1168**



| 46457-1 | 9/16/2005 |

---

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

**TERMS:**  Net 30 days          **DUE DATE:**   10/16/2005

| Quantity | Item Number | | Rev | Description | Price | Extension |
|---|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | FOB | |
| **4,416** | **6607067** | | **M** | CAGE | 0.249200 Each | 1,100.47 |
| 27909-1 | 9/16/2005 | 0550000760 | 9/14/2005 | POINT LOGISTIC | COLLECT | |
| | Misc. Comment: | | | | | |
| **384** | **6607081** | | **D** | ROLLER CLUTCH | 0.451630 Each | 173.43 |
| 27909-1 | 9/16/2005 | 0550000760 | 9/14/2005 | POINT LOGISTIC | COLLECT | |
| | Misc. Comment: | | | | | |

| | |
|---|---|
| Subtotal: | 1,273.90 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,273.90 |

*Thank You*

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27909-1 | 9/16/05 |
| *27909-1* | |

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/16/05 | POINT LOGISTIC | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**6607067**

| | | | | | |
|---|---|---|---|---|---|
| 1,472 | 6607067 | Revision: M | 0550000760 | 20050523 |
| | CAGE | | | |
| 2,944 | 6607067 | Revision: M | 0550000760 | 20050620 |
| | CAGE | | | |

Total: 4,416 "6607067 CAGE" in 12 box(es)

**6607081**

| | | | | | |
|---|---|---|---|---|---|
| 384 | 6607081 | Revision: D | 0550000760 | 20030213 |
| | ROLLER CLUTCH | | | |

Total: 384 "6607081 ROLLER CLUTCH" in 1 box(es)

**Tracking Number:**

*Industrial Molding Corporation*
*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

| **Bill of Lading** | |
|---|---|
| 27909-1 | 9/16/05 |
| Page      1 | of      1 |

Consigned To:
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27909-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 12.00  Lbs per Pkg. Density:    3.59 | | 1 | 12 | 250 |
| 156600 | 11.00  Lbs per Pkg. Density:    3.29 | | 12 | 132 | 250 |

**1 Pallet(s) 1 loose boxes  - 186 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Total Packages**          13

_____
(Signature of Consignor)

Notes: _~Eric~_   9/16/05

| If charges are to be prepaid, write or stamp here, "To Be Prepaid" |
|---|
| |

Shipper: _~Avery Attaus~_   Carrier: _____

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX  79404**

**Phone: (806) 474-1000     Fax: (806) 474-1168**

## INVOICE

| 46462-1 | 9/16/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE
EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO,  TX   79906

| TERMS:   Net 30 days | DUE DATE:   10/16/2005 |
|---|---|

| Quantity | Item Number | | Rev | Description | Price | Extension |
|---|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | FOB | |
| 525 | 25346975 | | 10 | LIQUID TRAP VAPOR CANISTER | 0.443800 Each | 233.00 |
| 27910-1 | 9/16/2005 | 550007094 | 8/10/2005 | Central Trnsprt | COLLECT | |
| | Misc. Comment: | | | | | |
| 336 | 25349555 | | 16 | BOTTOM COVER | 0.831900 Each | 279.52 |
| 27910-1 | 9/16/2005 | 550007094 | 8/10/2005 | Central Trnsprt | COLLECT | |
| | Misc. Comment: | | | | | |
| 288 | 25346971 | | 21 | VAPOR CANISTER BODY | 3.298000 Each | 949.82 |
| 27910-1 | 9/16/2005 | 550007094 | 8/10/2005 | Central Trnsprt | COLLECT | |
| | Misc. Comment: | | | | | |

| | |
|---|---|
| Subtotal: | 1,462.34 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,462.34 |

*Thank You*

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX 79404**

**Phone: (806) 474-1000   Fax: (806) 474-1168**

## INVOICE

| 46461-1 | 9/16/2005 |
|---------|-----------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE
EL PASO, TX 79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| TERMS: Net 30 days | DUE DATE: 10/16/2005 |
|--------------------|----------------------|

| Quantity | Item Number | | Rev | Description | | Price | Extension |
|----------|-------------|---|-----|-------------|---|-------|-----------|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | | FOB | |
| 384 | 25173731 | | 013 | CANISTER BODY | | 3.222800 Each | 1,237.56 |
| 27910-1 | 9/16/2005 | 0550007094 | 10/6/2003 | Central Tmsprt | | COLLECT | |
| | Misc. Comment: | | | | | | |

*Thank You*

| | |
|---|---|
| Subtotal: | 1,237.56 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,237.56 |

**Industrial Molding Corporation**
616 E Slaton Road
Lubbock, TX 79404

Phone: (806) 474-1000   Fax: (806) 474-1168

| | INVOICE |
|---|---|
| 46460-1 | 9/16/2005 |

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE
EL PASO, TX 79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| TERMS: Net 30 days | DUE DATE: 10/16/2005 |
|---|---|

| Quantity | Item Number | Rev | Description | Price | Extension |
|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | FOB |
| 800 | 25173732 | 18 | LIQUID TRAP, VAPOR CANISTER | 0.591612 Each | 473.29 |
| 27910-1 | 9/16/2005 | 0550007095 | 2/7/2002 | Central Trnsprt | COLLECT |
| | Misc. Comment: | | | | |

| | |
|---|---|
| Subtotal: | 473.29 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 473.29 |

*Thank You*

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX 79404**

**Phone: (806) 474-1000    Fax: (806) 474-1168**

## INVOICE

| 46459-1 | 9/16/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE
EL PASO, TX 79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| TERMS: | Net 30 days | DUE DATE: | 10/16/2005 |
|---|---|---|---|

| Quantity | Item Number | | Rev | Description | | Price | Extension |
|---|---|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | | FOB | |
| **768** | 25173734 | | EC0 | TRAY VOL COMPEN | | 0.449344 Each | 345.10 |
| 27910-1 | 9/16/2005 | 0550007096 | 2/7/2002 | Central Trnsprt | | COLLECT | |
| | Misc. Comment: | | | | | | |

| | | |
|---|---|---|
| **Subtotal:** | | 345.10 |
| **Tax:** | | 0.00 |
| **Freight:** | | 0.00 |
| **Total:** | | 345.10 |

*Thank You*

**Industrial Molding Corporation**
*616 E Slaton Road*
*Lubbock, TX 79404*

*Phone: (806) 474-1000   Fax: (806) 474-1168*

| INVOICE | |
|---|---|
| 46458-1 | 9/16/2005 |

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE
EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE: 10/16/2005 |
|---|---|

| Quantity | Item Number | Rev | Description | Price | Extension |
|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | FOB |
| 500 | 25173737 | EC1 | VAPOR CAN COVER | 0.858331 Each | 429.17 |
| 27910-1 | 9/16/2005   0550007097 | 2/8/2002 | Central Trnsprt | COLLECT | |
| | Misc. Comment: | | | | |

| | | |
|---|---|---|
| | Subtotal: | 429.17 |
| | Tax: | 0.00 |
| | Freight: | 0.00 |
| | Total: | 429.17 |

*Thank You*



# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| **PACKING SLIP** | |
|---|---|
| 27910-1 | 9/16/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/16/2005 | Central Trnsprt | COLLECT | Net 30 days | |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**25173732**

| | 800 | **25173732** | Revision:  18 | 0550007095 | 20050815 |
| | | LIQUID TRAP, VAPOR CANISTER | | | |

Total:  800 "25173732 LIQUID TRAP, VAPOR CANISTER" in 4 box(es)
  KANBANS for 25173732
    KANBAN#:  0000052    SERIAL #:  3121523
    KANBAN#:  0000054    SERIAL #:  3124009
    KANBAN#:  0000055    SERIAL #:  3121529
    KANBAN#:  0000057    SERIAL #:  3124899

**25173734**

| | 768 | **25173734** | Revision:  EC08 | 0550007096 | 20050913 |
| | | TRAY VOL COMPEN | | | |

Total:  768 "25173734 TRAY VOL COMPEN" in 4 box(es)
  KANBANS for 25173734
    KANBAN#:  0000051    SERIAL #:  3171892
    KANBAN#:  0000080    SERIAL #:  3172698
    KANBAN#:  0000081    SERIAL #:  3171891
    KANBAN#:  0000082    SERIAL #:  3171894

**25173737**

| | 500 | **25173737** | Revision:  EC10 | 0550007097 | 20050730 |
| | | VAPOR CAN COVER | | | |

Total:  500 "25173737 VAPOR CAN COVER" in 4 box(es)
  KANBANS for 25173737
    KANBAN#:  0000055    SERIAL #:  3103966
    KANBAN#:  0000057    SERIAL #:  3103545
    KANBAN#:  0000058    SERIAL #:  3103548
    KANBAN#:  0000059    SERIAL #:  3103547

**25173731**

| | 384 | **25173731** | Revision:  013 | 0550007094 | 20050906 |
| | | CANISTER BODY | | | |

**Tracking Number: 791-052866-1**



# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
| --- | --- |
| 27910-1 | 9/16/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
| --- | --- | --- | --- | --- |
| 9/16/2005 | Central Trnsprt | COLLECT | Net 30 days | |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
| --- | --- | --- | --- |

**Total:  384 "25173731 CANISTER BODY" in 24 box(es)**

KANBANS for 25173731

| KANBAN#: | SERIAL #:  3155114 |
| --- | --- |
| KANBAN#: | SERIAL #:  3155115 |
| KANBAN#: | SERIAL #:  3155116 |
| KANBAN#: | SERIAL #:  3155117 |
| KANBAN#: | SERIAL #:  3155118 |
| KANBAN#: | SERIAL #:  3155119 |
| KANBAN#: | SERIAL #:  3155120 |
| KANBAN#: | SERIAL #:  3155121 |
| KANBAN#: | SERIAL #:  3155623 |
| KANBAN#: | SERIAL #:  3155624 |
| KANBAN#: | SERIAL #:  3155625 |
| KANBAN#: | SERIAL #:  3155626 |
| KANBAN#: | SERIAL #:  3155627 |
| KANBAN#: | SERIAL #:  3155628 |
| KANBAN#: | SERIAL #:  3155629 |
| KANBAN#: | SERIAL #:  3155630 |
| KANBAN#: | SERIAL #:  3155631 |
| KANBAN#: | SERIAL #:  3155632 |
| KANBAN#: | SERIAL #:  3155633 |
| KANBAN#: | SERIAL #:  3155634 |
| KANBAN#: | SERIAL #:  3155635 |
| KANBAN#: | SERIAL #:  3155636 |
| KANBAN#: | SERIAL #:  3155637 |
| KANBAN#: | SERIAL #:  3155638 |
| KANBAN#:  0000055 | SERIAL #:  1042280 |
| KANBAN#:  0000056 | SERIAL #:  1042293 |

## 25346975

| 525 | **25346975** | Revision:   10 | 550007094 | 20050801 |
| --- | --- | --- | --- | --- |
| | LIQUID TRAP VAPOR CANISTER | | | |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27910-1 | 9/16/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/16/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**Total: 525 "25346975 LIQUID TRAP VAPOR CANISTER" in 3 box(es)**
KANBANS for 25346975
KANBAN#: 0000011     SERIAL #: 3173680
KANBAN#: 0000018     SERIAL #: 3173309
KANBAN#: 0000020     SERIAL #: 3173671

**25349555**

| | | | | |
|---|---|---|---|---|
| 336 | **25349555** | Revision: 16 | 550007094 | 20050808 |
| | BOTTOM COVER | | | |

**Total: 336 "25349555 BOTTOM COVER" in 3 box(es)**

**25346971**

| | | | | |
|---|---|---|---|---|
| 288 | **25346971** | Revision: 21 | 550007094 | 20050907 |
| | VAPOR CANISTER BODY | | | |



## Industrial Molding Corporation
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

### PACKING SLIP

| 27910-1 | 9/16/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/16/2005 | Central Trnsprt | COLLECT | Net 30 days | |
| Qty Shipped | Item Number / Description | | PO Number | Lot Number |

**Total: 288 "25346971 VAPOR CANISTER BODY" in 36 box(es)**

KANBANS for 25346971

| | |
|---|---|
| KANBAN#: | SERIAL #:  3159189 |
| KANBAN#: | SERIAL #:  3159190 |
| KANBAN#: | SERIAL #:  3159195 |
| KANBAN#: | SERIAL #:  3162854 |
| KANBAN#: | SERIAL #:  3163567 |
| KANBAN#: | SERIAL #:  3163568 |
| KANBAN#: | SERIAL #:  3163569 |
| KANBAN#: | SERIAL #:  3163570 |
| KANBAN#: | SERIAL #:  3163571 |
| KANBAN#: | SERIAL #:  3163572 |
| KANBAN#: | SERIAL #:  3163573 |
| KANBAN#: | SERIAL #:  3163574 |
| KANBAN#: | SERIAL #:  3163575 |
| KANBAN#: | SERIAL #:  3163576 |
| KANBAN#: | SERIAL #:  3163843 |
| KANBAN#: | SERIAL #:  3163844 |
| KANBAN#: | SERIAL #:  3163845 |
| KANBAN#: | SERIAL #:  3163846 |
| KANBAN#: | SERIAL #:  3163847 |
| KANBAN#: | SERIAL #:  3163848 |
| KANBAN#: | SERIAL #:  3163849 |
| KANBAN#: | SERIAL #:  3163850 |
| KANBAN#: | SERIAL #:  3163851 |
| KANBAN#: | SERIAL #:  3163852 |
| KANBAN#: | SERIAL #:  3164155 |
| KANBAN#: | SERIAL #:  3164156 |
| KANBAN#: | SERIAL #:  3164169 |
| KANBAN#: | SERIAL #:  3165413 |
| KANBAN#: | SERIAL #:  3165414 |
| KANBAN#: | SERIAL #:  3165415 |
| KANBAN#: | SERIAL #:  3165416 |
| KANBAN#: | SERIAL #:  3165417 |
| KANBAN#: | SERIAL #:  3165418 |
| KANBAN#: | SERIAL #:  3165419 |

**Tracking Number: 791-052866-1**



# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27910-1 | 9/16/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/16/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| KANBAN#: | SERIAL #: 3165420 | | | |
| KANBAN#: | SERIAL #: 3165421 | | | |
| KANBAN#: 0000002 | SERIAL #: 1042360 | | | |
| KANBAN#: 0000007 | SERIAL #: 1042416 | | | |
| KANBAN#: 0000008 | SERIAL #: 1042429 | | | |

**Tracking Number: 791-052866-1**

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX 79404**

A subsidiary of NN, Inc

**Bill of Lading**

| 27910-1 | 9/16/2005 |
|---------|-----------|

Page    1    of    2

Consigned To:

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA 02062-9115

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 27910-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|-------------|------------------------------------------------|------------|--------|-------|
| 156600 | 29.00  Lbs per Pkg.    Density:    8.68 | 4 | 116 | 100 |
| 156600 | 14.00  Lbs per Pkg.    Density:    4.19 | 4 | 56 | 150 |
| 156600 | 22.00  Lbs per Pkg.    Density:    6.59 | 4 | 88 | 125 |
| 156600 | 18.00  Lbs per Pkg.    Density:    5.39 | 24 | 432 | 150 |
| 156600 | 19.00  Lbs per Pkg.    Density:    5.69 | 3 | 57 | 150 |
| 156600 | 33.00  Lbs per Pkg.    Density:    9.88 | 3 | 99 | 100 |
| 156600 | 12.00  Lbs per Pkg.    Density:    3.59 | 36 | 432 | 250 |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052866-1**

**7 Pallet(s) - 1,574 pounds**

**Total Packages          78**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____
_____

Notes:

**Tracking number:**     *CN #*
Shipper: _____   Carrier: _____   **791-052866-1**     *791-2929244*

## Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock, TX 79404**



**Phone: (806) 474-1000    Fax: (806) 474-1168**

| 46558-1 | 9/19/2005 |
|---|---|

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS<br><br>32 CELERITY WAGON DRIVE<br>EL PASO, TX 79906 | DELPHI ENERGY & ENGINE<br>DELPHI E CHIHUAHUA PLT 57<br>CISCO 35021<br>32 CELERITY WAGON / DOCK WEST<br>EL PASO, TX 79906 |

| TERMS: Net 30 days | DUE DATE: 10/19/2005 |
|---|---|

| Quantity | Item Number | Rev | Description | Price | Extension |
|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | FOB | |
| 576 | 25346971 | 21 | VAPOR CANISTER BODY | 3.298000 Each | 1,899.65 |
| 27937-1 | 9/19/2005 | 550007094 | 8/10/2005 | Central Trnsprt | COLLECT | |
| | Misc. Comment: | | | | |
| 875 | 25346975 | 10 | LIQUID TRAP VAPOR CANISTER | 0.443800 Each | 388.33 |
| 27937-1 | 9/19/2005 | 550007094 | 8/10/2005 | Central Trnsprt | COLLECT | |
| | Misc. Comment: | | | | |
| 896 | 25349555 | 16 | BOTTOM COVER | 0.831900 Each | 745.38 |
| 27937-1 | 9/19/2005 | 550007094 | 8/10/2005 | Central Trnsprt | COLLECT | |
| | Misc. Comment: | | | | |

*Thank You*

| Subtotal: | 3,033.36 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 3,033.36 |

# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock,  TX  79404**

*Phone: (806) 474-1000    Fax: (806) 474-1168*



| INVOICE | |
|---|---|
| 46557-1 | 9/19/2005 |

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS<br><br>32 CELERITY WAGON DRIVE<br>EL PASO, TX  79906 | DELPHI ENERGY & ENGINE<br>DELPHI E CHIHUAHUA PLT 57<br>CISCO 35021<br>32 CELERITY WAGON / DOCK WEST<br>EL PASO,  TX  79906 |

| TERMS:  Net 30 days | DUE DATE:    10/19/2005 |
|---|---|

| Quantity | Item Number | | Rev | Description | | Price | Extension |
|---|---|---|---|---|---|---|---|
| Pack Slip # | Ship Date | PO Number | Order Date | Ship Via | | FOB | |
| **250** | **25173737** | | EC1 | VAPOR CAN COVER | | 0.858331 Each | 214.58 |
| 27937-1 | 9/19/2005 | 0550007097 | 2/8/2002 | Central Trnsprt | | COLLECT | |
| | Misc. Comment: | | | | | | |

*Thank You*

| | |
|---|---|
| Subtotal: | 214.58 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **214.58** |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27937-1 | 9/19/2005 |

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/19/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**25173737**

| | 250 | 25173737 | Revision:  EC10 | 0550007097 | 20050524 |
| | | VAPOR CAN COVER | | | |

Total:  250 "25173737 VAPOR CAN COVER" in 2 box(es)

KANBANS for 25173737

KANBAN#:  0000060          SERIAL #:  2993902
KANBAN#:  0000062          SERIAL #:  2994895

**25346971**

| | 576 | 25346971 | Revision:  21 | 550007094 | 20050907 |
| | | VAPOR CANISTER BODY | | | |

**Tracking Number: 791-052867-9**



## Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27937-1 | 9/19/2005 |

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/19/2005 | Central Trnsprt | COLLECT | Net 30 days | |
| **Qty Shipped** | **Item Number / Description** | | **PO Number** | **Lot Number** |

Total: 576 "25346971 VAPOR CANISTER BODY" in 72 box(es)
   KANBANS for 25346971

| | |
|---|---|
| KANBAN#: | SERIAL #: 3158860 |
| KANBAN#: | SERIAL #: 3158861 |
| KANBAN#: | SERIAL #: 3158862 |
| KANBAN#: | SERIAL #: 3158863 |
| KANBAN#: | SERIAL #: 3158864 |
| KANBAN#: | SERIAL #: 3158865 |
| KANBAN#: | SERIAL #: 3158866 |
| KANBAN#: | SERIAL #: 3158887 |
| KANBAN#: | SERIAL #: 3158888 |
| KANBAN#: | SERIAL #: 3158889 |
| KANBAN#: | SERIAL #: 3158890 |
| KANBAN#: | SERIAL #: 3158891 |
| KANBAN#: | SERIAL #: 3158893 |
| KANBAN#: | SERIAL #: 3158894 |
| KANBAN#: | SERIAL #: 3158895 |
| KANBAN#: | SERIAL #: 3158896 |
| KANBAN#: | SERIAL #: 3159174 |
| KANBAN#: | SERIAL #: 3159175 |
| KANBAN#: | SERIAL #: 3159178 |
| KANBAN#: | SERIAL #: 3159179 |
| KANBAN#: | SERIAL #: 3159180 |
| KANBAN#: | SERIAL #: 3159181 |
| KANBAN#: | SERIAL #: 3159182 |
| KANBAN#: | SERIAL #: 3159183 |
| KANBAN#: | SERIAL #: 3159188 |
| KANBAN#: | SERIAL #: 3159191 |
| KANBAN#: | SERIAL #: 3159192 |
| KANBAN#: | SERIAL #: 3159193 |
| KANBAN#: | SERIAL #: 3159194 |
| KANBAN#: | SERIAL #: 3159196 |
| KANBAN#: | SERIAL #: 3159197 |
| KANBAN#: | SERIAL #: 3162853 |
| KANBAN#: | SERIAL #: 3162855 |
| KANBAN#: | SERIAL #: 3162856 |

**Tracking Number: 791-052867-9**



## Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

# PACKING SLIP

| 27937-1 | 9/19/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/19/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| KANBAN#: | SERIAL #:  3162857 | | | |
| KANBAN#: | SERIAL #:  3162858 | | | |
| KANBAN#: | SERIAL #:  3162859 | | | |
| KANBAN#: | SERIAL #:  3162860 | | | |
| KANBAN#: | SERIAL #:  3162861 | | | |
| KANBAN#: | SERIAL #:  3162862 | | | |
| KANBAN#: | SERIAL #:  3162863 | | | |
| KANBAN#: | SERIAL #:  3162866 | | | |
| KANBAN#: | SERIAL #:  3162884 | | | |
| KANBAN#: | SERIAL #:  3162885 | | | |
| KANBAN#: | SERIAL #:  3162887 | | | |
| KANBAN#: | SERIAL #:  3162888 | | | |
| KANBAN#: | SERIAL #:  3162889 | | | |
| KANBAN#: | SERIAL #:  3162890 | | | |
| KANBAN#: | SERIAL #:  3162891 | | | |
| KANBAN#: | SERIAL #:  3162893 | | | |
| KANBAN#: | SERIAL #:  3162894 | | | |
| KANBAN#: | SERIAL #:  3162897 | | | |
| KANBAN#: | SERIAL #:  3162898 | | | |
| KANBAN#: | SERIAL #:  3163469 | | | |
| KANBAN#: | SERIAL #:  3163470 | | | |
| KANBAN#: | SERIAL #:  3163471 | | | |
| KANBAN#: | SERIAL #:  3163472 | | | |
| KANBAN#: | SERIAL #:  3163473 | | | |
| KANBAN#: | SERIAL #:  3163474 | | | |
| KANBAN#: | SERIAL #:  3163475 | | | |
| KANBAN#: | SERIAL #:  3163477 | | | |
| KANBAN#: | SERIAL #:  3163550 | | | |
| KANBAN#: | SERIAL #:  3163551 | | | |
| KANBAN#: | SERIAL #:  3163552 | | | |
| KANBAN#: | SERIAL #:  3163553 | | | |
| KANBAN#: | SERIAL #:  3163556 | | | |
| KANBAN#: | SERIAL #:  3163558 | | | |
| KANBAN#: | SERIAL #:  3163559 | | | |
| KANBAN#: | SERIAL #:  3163562 | | | |
| KANBAN#: | SERIAL #:  3163563 | | | |

**Tracking Number: 791-052867-9**



# *Industrial Molding Corporation*
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

## PACKING SLIP

| 27937-1 | 9/19/2005 |
|---------|-----------|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/19/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| | KANBAN#: | SERIAL #: 3163564 | | |
| | KANBAN#: | SERIAL #: 3163566 | | |
| | KANBAN#: 0000003 | SERIAL #: 1043577 | | |
| | KANBAN#: 0000012 | SERIAL #: 1043590 | | |
| | KANBAN#: 0000013 | SERIAL #: 1043654 | | |
| | KANBAN#: 0000015 | SERIAL #: 1043758 | | |
| | KANBAN#: 0000016 | SERIAL #: 1043800 | | |
| | KANBAN#: 0000017 | SERIAL #: 1043815 | | |

**25346975**

| 875 | **25346975** | Revision: 10 | 550007094 | 20050801 |
| | LIQUID TRAP VAPOR CANISTER | | | |

**Total: 875 "25346975 LIQUID TRAP VAPOR CANISTER" in 5 box(es)**

KANBANS for 25346975

| | KANBAN#: 0000007 | SERIAL #: 3173309 | | |
| | KANBAN#: 0000009 | SERIAL #: 3173674 | | |
| | KANBAN#: 0000012 | SERIAL #: 3173675 | | |
| | KANBAN#: 0000016 | SERIAL #: 3172624 | | |
| | KANBAN#: 0000019 | SERIAL #: 3172623 | | |

**25349555**

| 896 | **25349555** | Revision: 16 | 550007094 | 20050808 |
| | BOTTOM COVER | | | |

**Total: 896 "25349555 BOTTOM COVER" in 8 box(es)**

KANBANS for 25349555

| | KANBAN#: 0000002 | SERIAL #: 3175093 | | |
| | KANBAN#: 0000004 | SERIAL #: 3173535 | | |
| | KANBAN#: 0000014 | SERIAL #: 3175094 | | |
| | KANBAN#: 0000020 | SERIAL #: 3174882 | | |
| | KANBAN#: 0000027 | SERIAL #: 3175095 | | |
| | KANBAN#: 0000028 | SERIAL #: 3173536 | | |
| | KANBAN#: 0000031 | SERIAL #: 3174884 | | |
| | KANBAN#: 0000032 | SERIAL #: 3174883 | | |

**Tracking Number: 791-052867-9**

age 4 of 4 Printed: 9/19/2005 at 10:05:57 AM

# Industrial Molding Corporation

*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

| | Bill of Lading | |
|---|---|---|
| | 27937-1 | 9/19/2005 |
| | Page  1  of  1 | |

Consigned To:

DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27937-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 22.00  Lbs per Pkg.  Density:  6.59 | 2 | 44 | 125 |
| 156600 | 12.00  Lbs per Pkg.  Density:  3.59 | 72 | 864 | 250 |
| 156600 | 19.00  Lbs per Pkg.  Density:  5.69 | 5 | 95 | 150 |
| 156600 | 33.00  Lbs per Pkg.  Density:  9.88 | 8 | 264 | 100 |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052867-9**

8 Pallet(s) - 1,603 pounds

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**

87
2 : hm for
9-19-05

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____
_____

Notes:

Shipper: _____   Carrier: _____   **Tracking number:**
**791-052867-9**

CN
791-2935129



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



**INVOICE**

| 46661-1 | 09/21/2005 |
|---|---|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS:  Net 30 days | DUE DATE:  10/21/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 8,640 | Each | 12437025   ROLLER CAGE   Rev 00 | 550002991 | Pk Slip: 27990-1  2005<br>Via:  POINT LOGISTIC<br>FOB   COLLECT | 0.195800 | 1,691.71 |
| 9/21/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 1,691.71 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,691.71 |

*Thank You!* *Remit Payment to:*

# *Industrial Molding Corporation*

**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| **PACKING SLIP** | |
|---|---|
| 27990-1 | 9/21/2005 |

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/21/2005 | POINT LOGISTIC | COLLECT | Net 30 days | |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| **12437025** | | | | |
| 1,440 | **12437025** <br> ROLLER CAGE | Revision:  00 | 550002991 | 20050829 |
| 7,200 | **12437025** <br> ROLLER CAGE | Revision:  00 | 550002991 | 20050905 |

Total:  8,640 "12437025 ROLLER CAGE" in 12 box(es)

**Tracking Number:**

# *Industrial Molding Corporation*

**616 E Slaton Road**
**Lubbock, TX  79404**

**A subsidiary of NN, Inc**

**Consigned To:**
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

## Bill of Lading

| 27990-1 | 9/21/2005 |
|---|---|
| Page   1   of   1 | |

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27990-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 14.00  Lbs per Pkg.<br>Density:   4.19 | 12 | 168 | 150 |

**1 Pallet(s) - 210 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages          12**

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

**Notes:**

Shipper:   *Avery Atkins*          Carrier:   *JOSE A. ROSALES*



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX 79404**
**806-474-1000 FAX 806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46662-1 | 09/21/2005 |
|---------|------------|

*Remit To:*   INDUSTRIAL MOLDING CORPORATION   616 EAST SLATON ROAD   LUBBOCK, TX 79404

| BILL TO: | SHIP TO: |
|----------|----------|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE<br><br>WARREN, MI  48090 (USA) | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 (USA) |

| TERMS: Net 30 days | DUE DATE: 10/21/2005 |
|--------------------|----------------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|-------------------|-------|---------|-----------|-----------|
| 1,524 | Each | 18025575   END LAMINA COM   Rev 6 | 550000865 | Pk Slip: 27991-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.075000 | 114.30 |

9/21/2005

*Thank You!* Remit Payment to:

| Subtotal: | 114.30 |
|-----------|--------|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 114.30 |



## Industrial Molding Corporation

**616 E Slaton Road
Lubbock TX 79404**

A subsidiary of NN, Inc

# PACKING SLIP

| 27991-1 | 9/21/2005 |
|---|---|

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/21/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**18025575**

| | | | |
|---|---|---|---|
| 1,524 | **18025575**<br>END LAMINA COM | Revision: 6 | 550000865 | 20050709 |

Total: 1,524 "18025575 END LAMINA COM" in 1 box(es)

**Tracking Number: 791-052868-7**

Page 1 of 1 Printed:  9/21/2005 at 8:54:17 AM

# *Industrial Molding Corporation*

*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

**Bill of Lading**

| 27991-1 | 9/21/2005 |
|---|---|

| Page | 1 | of | 1 |
|---|---|---|---|

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27991-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.10 | Lbs per Pkg. | 1 | 19 | 150 |
| | Density: | 5.72 | | | |

**1 loose boxes  - 19 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          1

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____
_____

Notes:

Shipper: _____     Carrier: _____

**Tracking number:**
**791-052868-7**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:    27991-1

PALLET COUNT:    0

BOX COUNT:    1

TOTAL WEIGHT:    19

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:    27992-1

PALLET COUNT:    1

BOX COUNT:    12

TOTAL WEIGHT:    256

TOTAL PALLETS:    1

TOTAL WEIGHT:    275

PRO #:    791-052868-7

SHIPPED    CENTRAL TRANSPORT

SHIPPER

CARRIER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052868-7**



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46663-1 | 09/21/2005 |
|---|---|

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
| | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
| | 32 CELERITY WAGON / DOCK WEST |
| EL PASO, TX  79906 | EL PASO, TX  79906 |

| TERMS:  Net 30 days | DUE DATE:  10/21/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 384 | Each | 17121898  VAPOR CANISTER BODY | 0550007105 | Pk Slip: 27992-1  2005 | 1.230185 | 472.39 |
| 9/21/2005 | | Rev A13 | | Via:  Central Trnsprt | | |
| | | | | FOB  COLLECT | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 472.39 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 472.39 |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27992-1 | 9/21/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS<br><br>32 CELERITY WAGON DRIVE | DELPHI ENERGY & ENGINE<br>DELPHI E CHIHUAHUA PLT 57<br>CISCO 35021<br>32 CELERITY WAGON / DOCK WEST<br>EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/21/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**17121898**

| | | | | | |
|---|---|---|---|---|---|
| 384 | **17121898**<br>VAPOR CANISTER BODY | Revision: A13 | 0550007105 | 20050908 |

Total: 384 "17121898 VAPOR CANISTER BODY" in 12 box(es)
KANBANS for 17121898

| KANBAN#: | | SERIAL #: 3164941 |
|---|---|---|
| KANBAN#: | | SERIAL #: 3164942 |
| KANBAN#: | | SERIAL #: 3164943 |
| KANBAN#: | | SERIAL #: 3164944 |
| KANBAN#: | | SERIAL #: 3164945 |
| KANBAN#: | | SERIAL #: 3165399 |
| KANBAN#: | | SERIAL #: 3165400 |
| KANBAN#: | | SERIAL #: 3165401 |
| KANBAN#: | | SERIAL #: 3165402 |
| KANBAN#: | | SERIAL #: 3165403 |
| KANBAN#: | | SERIAL #: 3165404 |
| KANBAN#: | | SERIAL #: 3165408 |
| KANBAN#: | 0000009 | SERIAL #: 1046179 |

**Tracking Number: 791-052868-7**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:  27991-1

PALLET COUNT:  0

BOX COUNT:  1

TOTAL WEIGHT:  19

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:  27992-1

PALLET COUNT:  1

BOX COUNT:  12

TOTAL WEIGHT:  256

TOTAL PALLETS:  1

TOTAL WEIGHT:  275

PRO #:  791-052868-7

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052868-7**

# Industrial Molding Corporation

*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

**Bill of Lading**

| 27992-1 | 9/21/2005 |
|---|---|

Page   1   of   1

Consigned To:
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27992-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 17.80  Lbs per Pkg.  Density:  5.33 | 12 | 214 | 150 |

**1 Pallet(s) - 256 pounds**

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**Total Packages**   12

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

**Tracking number:**
**791-052868-7**

Shipper: _____   Carrier: _____



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46664-1 | 09/21/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS:  Net 30 days | DUE DATE:  10/21/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 672 | Each | 25346971  VAPOR CANISTER BODY<br>Rev 21 | 550007094 | Pk Slip: 27993-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 3.298000 | 2,216.26 |
| 9/21/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 2,216.26 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 2,216.26 |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27993-1 | 9/21/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/21/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**25346971**

| | 48 | **25346971** <br> VAPOR CANISTER BODY | Revision: 21 | 550007094 | 20050907 |
|---|---|---|---|---|---|
| | 40 | **25346971** <br> VAPOR CANISTER BODY | Revision: 21 | 550007094 | 20050801 |
| | 584 | **25346971** <br> VAPOR CANISTER BODY | Revision: 21 | 550007094 | 20050920 |

**Tracking Number: 791-052869-5**



# *Industrial Molding Corporation*
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 27993-1 | 9/21/2005 |
| --- | --- |

Contact: GERARDO MUNIZ
Fax:011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
| --- | --- | --- | --- | --- |
| 9/21/2005 | Central Trnsprt | COLLECT | Net 30 days | |
| **Qty Shipped** | **Item Number / Description** | | **PO Number** | **Lot Number** |

Total:  672 "25346971 VAPOR CANISTER BODY" in 84 box(es)
  KANBANS for 25346971

| | |
| --- | --- |
| KANBAN#: | SERIAL #:  3104260 |
| KANBAN#: | SERIAL #:  3104261 |
| KANBAN#: | SERIAL #:  3104262 |
| KANBAN#: | SERIAL #:  3104263 |
| KANBAN#: | SERIAL #:  3104264 |
| KANBAN#: | SERIAL #:  3158892 |
| KANBAN#: | SERIAL #:  3163476 |
| KANBAN#: | SERIAL #:  3163554 |
| KANBAN#: | SERIAL #:  3163555 |
| KANBAN#: | SERIAL #:  3163557 |
| KANBAN#: | SERIAL #:  3163565 |
| KANBAN#: | SERIAL #:  3182489 |
| KANBAN#: | SERIAL #:  3182490 |
| KANBAN#: | SERIAL #:  3182491 |
| KANBAN#: | SERIAL #:  3182492 |
| KANBAN#: | SERIAL #:  3182493 |
| KANBAN#: | SERIAL #:  3182494 |
| KANBAN#: | SERIAL #:  3182495 |
| KANBAN#: | SERIAL #:  3182496 |
| KANBAN#: | SERIAL #:  3182497 |
| KANBAN#: | SERIAL #:  3182498 |
| KANBAN#: | SERIAL #:  3182509 |
| KANBAN#: | SERIAL #:  3182510 |
| KANBAN#: | SERIAL #:  3182511 |
| KANBAN#: | SERIAL #:  3182512 |
| KANBAN#: | SERIAL #:  3182513 |
| KANBAN#: | SERIAL #:  3182514 |
| KANBAN#: | SERIAL #:  3182515 |
| KANBAN#: | SERIAL #:  3182516 |
| KANBAN#: | SERIAL #:  3182517 |
| KANBAN#: | SERIAL #:  3182518 |
| KANBAN#: | SERIAL #:  3182519 |
| KANBAN#: | SERIAL #:  3182520 |
| KANBAN#: | SERIAL #:  3182521 |

**Tracking Number: 791-052869-5**



## *Industrial Molding Corporation*
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27993-1 | 9/21/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/21/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|
| KANBAN#: | SERIAL #:  3182522 | | |
| KANBAN#: | SERIAL #:  3182523 | | |
| KANBAN#: | SERIAL #:  3182524 | | |
| KANBAN#: | SERIAL #:  3182525 | | |
| KANBAN#: | SERIAL #:  3182526 | | |
| KANBAN#: | SERIAL #:  3182527 | | |
| KANBAN#: | SERIAL #:  3182528 | | |
| KANBAN#: | SERIAL #:  3182999 | | |
| KANBAN#: | SERIAL #:  3183000 | | |
| KANBAN#: | SERIAL #:  3183001 | | |
| KANBAN#: | SERIAL #:  3183002 | | |
| KANBAN#: | SERIAL #:  3183003 | | |
| KANBAN#: | SERIAL #:  3183004 | | |
| KANBAN#: | SERIAL #:  3183005 | | |
| KANBAN#: | SERIAL #:  3183006 | | |
| KANBAN#: | SERIAL #:  3183007 | | |
| KANBAN#: | SERIAL #:  3183008 | | |
| KANBAN#: | SERIAL #:  3183009 | | |
| KANBAN#: | SERIAL #:  3183010 | | |
| KANBAN#: | SERIAL #:  3183011 | | |
| KANBAN#: | SERIAL #:  3183012 | | |
| KANBAN#: | SERIAL #:  3183013 | | |
| KANBAN#: | SERIAL #:  3183029 | | |
| KANBAN#: | SERIAL #:  3183030 | | |
| KANBAN#: | SERIAL #:  3183031 | | |
| KANBAN#: | SERIAL #:  3183032 | | |
| KANBAN#: | SERIAL #:  3183033 | | |
| KANBAN#: | SERIAL #:  3183034 | | |
| KANBAN#: | SERIAL #:  3183035 | | |
| KANBAN#: | SERIAL #:  3183036 | | |
| KANBAN#: | SERIAL #:  3183037 | | |
| KANBAN#: | SERIAL #:  3183038 | | |
| KANBAN#: | SERIAL #:  3183079 | | |
| KANBAN#: | SERIAL #:  3183080 | | |
| KANBAN#: | SERIAL #:  3183081 | | |
| KANBAN#: | SERIAL #:  3183082 | | |

**Tracking Number: 791-052869-5**

age 3 of 4 Printed:  9/21/2005 at 10:40:14 AM



## *Industrial Molding Corporation*
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27993-1 | 9/21/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/21/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| KANBAN#: | | SERIAL #: 3183083 | | |
| KANBAN#: | | SERIAL #: 3183084 | | |
| KANBAN#: | | SERIAL #: 3183085 | | |
| KANBAN#: | | SERIAL #: 3183086 | | |
| KANBAN#: | | SERIAL #: 3183087 | | |
| KANBAN#: | | SERIAL #: 3183088 | | |
| KANBAN#: | | SERIAL #: 3183089 | | |
| KANBAN#: | | SERIAL #: 3183090 | | |
| KANBAN#: | | SERIAL #: 3183091 | | |
| KANBAN#: | | SERIAL #: 3183092 | | |
| KANBAN#: | | SERIAL #: 3183093 | | |
| KANBAN#: | | SERIAL #: 3183328 | | |
| KANBAN#: | | SERIAL #: 3183329 | | |
| KANBAN#: | | SERIAL #: 3183331 | | |
| KANBAN#: | 0000018 | SERIAL #: 1046304 | | |
| KANBAN#: | 0000019 | SERIAL #: 1046317 | | |
| KANBAN#: | 0000020 | SERIAL #: 1046330 | | |
| KANBAN#: | 0000025 | SERIAL #: 1046343 | | |
| KANBAN#: | 0000026 | SERIAL #: 1046356 | | |
| KANBAN#: | 0000037 | SERIAL #: 1046386 | | |
| KANBAN#: | 0000038 | SERIAL #: 1046402 | | |

**Tracking Number: 791-052869-5**

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

| Bill of Lading | |
|---|---|
| 27993-1 | 9/21/2005 |

Page   1   of   1

Consigned To:
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27993-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 12.00   Lbs per Pkg.<br>Density:      3.59 | 84 | 1,008 | 250 |

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052869-5**

## 7 Pallet(s) - 1,302 pounds

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**            84

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____
_____

Notes:

**Tracking number:**   CN #
**791-052869-5**      791 - 2948528

Shipper: _____   Carrier: _____



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46704-1 | 09/22/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: | Net 30 days | DUE DATE: | 10/22/2005 |
|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1,000 | Each | 17122062   CANISTER COVER   Rev C13 | 0550007107 | Pk Slip: 28016-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.348913 | 348.91 |
| 9/22/2005 | | | | | | |

*Thank You! Remit Payment to:*

| Subtotal: | 348.91 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 348.91 |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



| INVOICE | |
|---------|--|
| 46703-1 | 09/22/2005 |

| BILL TO: | SHIP TO: |
|----------|----------|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
|  | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
|  | 32 CELERITY WAGON / DOCK WEST |
| EL PASO, TX  79906 | EL PASO, TX  79906 |

| TERMS:  Net 30 days | DUE DATE:  10/22/2005 |
|---------------------|------------------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|-----------|-----------|
| 768 | Each | 17121898   VAPOR CANISTER BODY Rev A13 | 0550007105 | Pk Slip: 28016-1  2005 Via:  Central Trnsprt FOB  COLLECT | 1.230185 | 944.78 |
| 9/22/2005 | | | | | | |

| | |
|-|-|
| Subtotal: | 944.78 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 944.78 |

*Thank You!* *Remit Payment to:*