

# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46822-1 | 09/26/2005 |
|---------|------------|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOD, MA  02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

**TERMS:** Net 30 days          **DUE DATE:** 10/26/2005

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---------|------|--------------------|-------|---------|-----------|-----------|
| 300 | Each | 6607036   REF# 06607036   Rev 00 | 0550000760 | Pk Slip: 28068-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.181590 | 54.48 |
| 9/26/2005 | | | | | | |
| 400,000 | Each | 12438002   Shuttle Car   Rev C | 0550000760 | Pk Slip: 28068-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.011340 | 4,536.00 |
| 9/26/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 4,590.48 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **4,590.48** |



# Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 28068-1 | 9/26/2005 |
|---------|-----------|

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/26/2005 | POINT LOGISTIC | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**6607036**

| 300 | **6607036** | Revision:   00 | 0550000760 | 20050923 |
|---|---|---|---|---|
|  | REF# 06607036 |  |  |  |

Total:  300 "6607036 REF# 06607036" in 1 box(es)

**12438002**

| 400,000 | **12438002** | Revision:   C | 0550000760 | 20050907 |
|---|---|---|---|---|
|  | Shuttle Car |  |  |  |

Total:  400,000 "12438002 Shuttle Car" in 40 box(es)

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX  79404**

**A subsidiary of NN, Inc**

### Bill of Lading

| 28068-1 | 9/26/2005 |
|---------|-----------|

| Page | 1 | of | 1 |
|------|---|----|----|

**Consigned To:**
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 28068-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|-------------|----------------------------------|---|-----------|--------|-------|
| 156600 | 9.12  Lbs per Pkg.  Density:  2.73 | | 1 | 9 | 250 |
| 156600 | 10.00  Lbs per Pkg.  Density:  14.71 | | 40 | 400 | 85 |

**1 Pallet(s) 1 loose boxes  - 451 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          41

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

**Notes:**

Shipper: _Avery Attaus_          Carrier: _SAMUEL-AGUILERA_



# *Industrial Molding Corp.*

*616 East Slaton Road*
*Lubbock, TX  79404*
*806-474-1000  FAX  806-474-1168*
**A subsidiary of NN, Inc**

| INVOICE | |
|---|---|
| 46823-1 | 09/26/2005 |

*Remit To:*   INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX 79404

| BILL TO: | SHIP TO: |
|---|---|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE<br><br>WARREN, MI  48090 (USA) | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 (USA) |

| TERMS:  Net 30 days | DUE DATE:  10/26/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 3,048 | Each | 18025575   END LAMINA COM   Rev 6 | 550000865 | Pk Slip: 28069-1  2005<br>Via:   Central Trnsprt<br>FOB  COLLECT | 0.075000 | 228.60 |
| 9/26/2005 | | | | | | |
| 4,572 | Each | 18025577   END LAMINA BRG   Rev 5 | 550000865 | Pk Slip: 28069-1  2005<br>Via:   Central Trnsprt<br>FOB  COLLECT | 0.073780 | 337.32 |
| 9/26/2005 | | | | | | |

*Thank You!* *Remit Payment  to:*

| | |
|---|---|
| Subtotal: | 565.92 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 565.92 |

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

**iMC**

| PACKING SLIP | |
|---|---|
| 28069-1 | 9/26/2005 |
| *28069-1* | |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

| Bill To: | Ship To: |
|---|---|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/26/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|
| **18025575** | | | | |
| 3,048 | **18025575**<br>END LAMINA COM | Revision:  6 | 550000865 | 20050709 |
| **Total:  3,048 "18025575 END LAMINA COM" in 2 box(es)** | | | | |
| **18025577** | | | | |
| 4,572 | **18025577**<br>END LAMINA BRG | Revision:  5 | 550000865 | 20050816 |
| **Total:  4,572 "18025577 END LAMINA BRG" in 3 box(es)** | | | | |

**Tracking Number: 791-052872-9**

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

### Bill of Lading

| 28069-1 | 9/26/2005 |
|---|---|

| Page | 1 | of | 1 |
|---|---|---|---|

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28069-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 19.10   Lbs per Pkg.  Density:   5.72 | 2 | 38 | 150 |
| 156600 | 19.10   Lbs per Pkg.  Density:   5.72 | 3 | 57 | 150 |

**1 Pallet(s) - 138 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          5

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

**Tracking number:**
**791-052872-9**

Shipper: _____   Carrier: _____

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:    28069-1

PALLET COUNT:    1

BOX COUNT:    5

TOTAL WEIGHT:    138

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:    28070-1

PALLET COUNT:    1

BOX COUNT:    5

TOTAL WEIGHT:    165

TOTAL PALLETS:    2

TOTAL WEIGHT:    303

PRO #:    791-052872-9

SHIPPED  CENTRAL TRANSPORT

_____
SHIPPER

_____
CARRIER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052872-9**

*CN#*
*791-2966144*



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46824-1 | 09/26/2005 |
|---|---|

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI-E DIV OF GENERAL MTRS | DELPHI ENERGY & ENGINE |
| | DELPHI E CHIHUAHUA PLT 57 |
| 32 CELERITY WAGON DRIVE | CISCO 35021 |
| | 32 CELERITY WAGON / DOCK WEST |
| EL PASO, TX  79906 | EL PASO, TX  79906 |

| TERMS:  Net 30 days | DUE DATE:  10/26/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 525 | Each | 25346975   LIQUID TRAP VAPOR CANISTER   Rev 10 | 550007094 | Pk Slip: 28070-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.443800 | 233.00 |
| 9/26/2005 | | | | | | |
| 224 | Each | 25349555   BOTTOM COVER   Rev 16 | 550007094 | Pk Slip: 28070-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.831900 | 186.35 |
| 9/26/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 419.35 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 419.35 |

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28070-1 | 9/26/2005 |
| *28070-1* | |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/26/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**25346975**

| | 525 | **25346975** | Revision:  10 | 550007094 | 20050801 |
|---|---|---|---|---|---|
| | | LIQUID TRAP VAPOR CANISTER | | | |

**Total:  525 "25346975 LIQUID TRAP VAPOR CANISTER" in 3 box(es)**

KANBANS for 25346975

| KANBAN#:  0000008 | SERIAL #:  3173672 |
|---|---|
| KANBAN#:  0000020 | SERIAL #:  3173308 |
| KANBAN#:  0000023 | SERIAL #:  3173673 |

**25349555**

| | 224 | **25349555** | Revision:  16 | 550007094 | 20050808 |
|---|---|---|---|---|---|
| | | BOTTOM COVER | | | |

**Total:  224 "25349555 BOTTOM COVER" in 2 box(es)**

KANBANS for 25349555

| KANBAN#:  0000020 | SERIAL #:  3175096 |
|---|---|
| KANBAN#:  0000033 | SERIAL #:  3173534 |

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

**Bill of Lading**

| 28070-1 | 9/26/2005 |
|---------|-----------|

| Page | 1 | of | 1 |

Consigned To:
  DELPHI ENERGY & ENGINE

  DELPHI E CHIHUAHUA PLT 57
  CISCO 35021

  32 CELERITY WAGON / DOCK WEST
  EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 28070-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|-------------|-------------------------------------------------|------------|--------|-------|
| 156600 | 19.00  Lbs per Pkg.  Density:  5.69 | 3 | 57 | 150 |
| 156600 | 33.00  Lbs per Pkg.  Density:  9.88 | 2 | 66 | 100 |

**1 Pallet(s) - 165 pounds**

**Total Packages**          5

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _____    Carrier: _____

**Tracking number:**
**791-052872-9**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #: 28069-1

PALLET COUNT: 1

BOX COUNT: 5

TOTAL WEIGHT: 138

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #: 28070-1

PALLET COUNT: 1

BOX COUNT: 5

TOTAL WEIGHT: 165

TOTAL PALLETS: 2

TOTAL WEIGHT: 303

PRO #: 791-052872-9

SHIPPED CENTRAL TRANSPORT

SHIPPER

CARRIER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052872-9**

CN #
791-2966144



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46912-1 | 09/27/2005 |
|---------|------------|

Remit To:   INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX 79404

**BILL TO:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

WARREN, MI  48090 (USA)

**SHIP TO:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906 (USA)

| TERMS: | Net 30 days | | DUE DATE: | 10/27/2005 |
|--------|-------------|---|-----------|------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|-----------|-----------|
| 13,716 | Each | 18025575  END LAMINA COM  Rev 6 | 550000865 | Pk Slip: 28123-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.075000 | 1,028.70 |
| 9/27/2005 | | | | | | |
| 9,144 | Each | 18025577  END LAMINA BRG  Rev 5 | 550000865 | Pk Slip: 28123-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.073780 | 674.64 |
| 9/27/2005 | | | | | | |

*Thank You!* Remit Payment to:

| Subtotal: | 1,703.34 |
|-----------|----------|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,703.34 |



## *Industrial Molding Corporation*
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28124-1 | 9/27/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/27/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**25349555**

| | 112 | 25349555 BOTTOM COVER | Revision: 16 | 550007094 | 20050808 |

**Total:  112 "25349555 BOTTOM COVER" in 1 box(es)**

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

| Bill of Lading | |
|---|---|
| 28123-1 | 9/27/2005 |

Page  1  of  1

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28123-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.10  Lbs per Pkg. Density:  5.72 | | 9 | 172 | 150 |
| 156600 | 19.10  Lbs per Pkg. Density:  5.72 | | 6 | 115 | 150 |

**2 Pallet(s) - 371 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          15

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

Notes:

**Tracking number:**
**7910522425**

Shipper: _____     Carrier: _____

**9/27/2005**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

**BILL TO:**
DELPHI CISCO # 35021

DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

| | |
|---|---|
| BILL OF LADING #: | 28123-1 |
| PALLET COUNT: | 2 |
| BOX COUNT: | 15 |
| TOTAL WEIGHT: | 371 |

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

| | |
|---|---|
| BILL OF LADING #: | 28124-1 |
| PALLET COUNT: | 0 |
| BOX COUNT: | 1 |
| TOTAL WEIGHT: | 33 |

TOTAL PALLETS:   3

TOTAL WEIGHT:   404

PRO #:   7910522425

SHIPPED VIA:   CENTRAL TRANSPORT

SHIPPER _Avery Attavis_

CARRIER

2—fod
9-29-05
TRc # 93-7665

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052242-5**



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 46913-1 | 09/27/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE:  10/27/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 112 | Each | 25349555   BOTTOM COVER   Rev 16 | 550007094 | Pk Slip: 28124-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.831900 | 93.17 |

9/27/2005

*Thank You!* Remit Payment  to:

| | |
|---|---|
| **Subtotal:** | 93.17 |
| **Tax:** | 0.00 |
| **Freight:** | 0.00 |
| **Total:** | 93.17 |



### Industrial Molding Corporation
**616 E Slaton Road
Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28123-1 | 9/27/2005 |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/27/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**18025575**

| | | | | |
|---|---|---|---|---|
| 12,192 | **18025575** <br> END LAMINA COM | Revision: 6 | 550000865 | 20050824 |
| 1,524 | **18025575** <br> END LAMINA COM | Revision: 6 | 550000865 | 20050709 |

**Total: 13,716 "18025575 END LAMINA COM" in 9 box(es)**

**18025577**

| | | | | |
|---|---|---|---|---|
| 9,144 | **18025577** <br> END LAMINA BRG | Revision: 5 | 550000865 | 20050816 |

**Total: 9,144 "18025577 END LAMINA BRG" in 6 box(es)**

**Tracking Number: 7910522425**

# *Industrial Molding Corporation*

*615 E Slaton Road*
*Lubbock, TX 79404*

**A subsidiary of NN, Inc**

**Bill of Lading**

| 28124-1 | 9/27/2005 |
|---|---|
| Page 1 of 1 | |

**Consigned To:**
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA 02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28124-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 33.00  Lbs per Pkg. Density:  9.88 | 1 | 33 | 100 |

**1 loose boxes  - 33 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages** 1

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

**Notes:**

Shipper: *Avery Atkins*    Carrier: _____

**Tracking number:**
**7910522425**

**9/27/2005**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

**BILL TO:**
DELPHI CISCO # 35021

DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:       28123-1

PALLET COUNT:                 2

BOX COUNT:                    15

TOTAL WEIGHT:               371

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:       28124-1

PALLET COUNT:                 0

BOX COUNT:                     1

TOTAL WEIGHT:                33

TOTAL PALLETS:                3

TOTAL WEIGHT:               404

PRO #:          7910522425

SHIPPED VIA:     CENTRAL TRANSPORT

_Avery Altewa_
SHIPPER

CARRIER

_2—fd_
_9-29 05_
_TRU # 93-765_

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052242-5**



### Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

# INVOICE

| 46967-1 | 09/28/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE:  10/28/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 384 | Each | 17121898   VAPOR CANISTER BODY<br>Rev A13 | 0550007105 | Pk Slip: 28127-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 1.230185 | 472.39 |
| 9/28/2005 | | | | | | |

*Thank You!* Remit Payment  to:

| | |
|---|---|
| Subtotal: | 472.39 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 472.39 |

# Industrial Molding Corporation

**iMC**

**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28127-1 | 9/28/2005 |
| *28127-1* | |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/28/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

### 17121898

| 384 | 17121898 | Revision: A13 | 0550007105 | 20050908 |
|---|---|---|---|---|
| | VAPOR CANISTER BODY | | | |

**Total: 384 "17121898 VAPOR CANISTER BODY" in 12 box(es)**

KANBANS for 17121898

| KANBAN#: | SERIAL #: 3166622 |
|---|---|
| KANBAN#: | SERIAL #: 3166623 |
| KANBAN#: | SERIAL #: 3166624 |
| KANBAN#: | SERIAL #: 3166625 |
| KANBAN#: | SERIAL #: 3166689 |
| KANBAN#: | SERIAL #: 3166690 |
| KANBAN#: | SERIAL #: 3166691 |
| KANBAN#: | SERIAL #: 3166692 |
| KANBAN#: | SERIAL #: 3166693 |
| KANBAN#: | SERIAL #: 3166694 |
| KANBAN#: | SERIAL #: 3167044 |
| KANBAN#: | SERIAL #: 3167045 |
| KANBANS#: 0000016 | SERIAL #: 1051974 |

**Tracking Number: 791-052873-7**

*Industrial Molding Corporation*

**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

**Bill of Lading**

| 28127-1 | 9/28/2005 |
|---------|-----------|

| Page | 1 | of | 1 |
|------|---|----|---|

Consigned To:
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 28127-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|-------------|------------------------------------------------|------------|--------|-------|
| 156600 | 17.80  Lbs per Pkg. <br> Density:   5.33 | 12 | 214 | 150 |

**1 Pallet(s) - 256 pounds**

**Total Packages**   12

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper:                Carrier:

**Tracking number:**
**791-052873-7**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:  28128-1

PALLET COUNT:  0

BOX COUNT:  2

TOTAL WEIGHT:  38

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:  28127-1

PALLET COUNT:  1

BOX COUNT:  12

TOTAL WEIGHT:  256

TOTAL PALLETS:  1

TOTAL WEIGHT:  294

PRO #:  791-052873-7

SHIPPED  CENTRAL TRANSPORT

**SHIPPER**

**CARRIER**

| SKD | ESE CTN | DRM | BUN | SWAC |
|-----|---------|-----|-----|------|
| CRTS | BSKT | RCK | TOTE | SL & C |
| SWS-OF | CTN | SWS-STC | | CTN |

OTHER _____ SHIP.INIT. __

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

9-28-05
TRC #53 0127

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052873-7**

CN  791-2979929



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX 79404**
**806-474-1000 FAX 806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 46968-1 | 09/28/2005 |
|---|---|

*Remit To:* INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX 79404

| BILL TO: | SHIP TO: |
|---|---|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE<br><br>WARREN, MI  48090 (USA) | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 (USA) |

| TERMS: Net 30 days | DUE DATE:  10/28/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1,524<br>9/28/2005 | Each | 18025575   END LAMINA COM   Rev 6 | 550000865 | Pk Slip: 28128-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.075000 | 114.30 |
| 1,524<br>9/28/2005 | Each | 18025577   END LAMINA BRG   Rev 5 | 550000865 | Pk Slip: 28128-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.073780 | 112.44 |

*Thank You! Remit Payment to:*

| | |
|---|---|
| Subtotal: | 226.74 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 226.74 |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28128-1 *28128-1* | 9/28/2005 |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/28/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**18025575**

| 1,524 | **18025575** | Revision: 6 | 550000865 | 20050709 |
| | END LAMINA COM | | | |

Total: **1,524 "18025575 END LAMINA COM" in 1 box(es)**

**18025577**

| 1,524 | **18025577** | Revision: 5 | 550000865 | 20050816 |
| | END LAMINA BRG | | | |

Total: **1,524 "18025577 END LAMINA BRG" in 1 box(es)**

**Tracking Number: 791-052873-7**

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock, TX  79404**

A subsidiary of NN, Inc

| **Bill of Lading** | |
|---|---|
| 28128-1 | 9/28/2005 |
| **Page** 1 **of** 1 | |

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28128-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.10 Lbs per Pkg.<br>Density: 5.72 | | 1 | 19 | 150 |
| 156600 | 19.10 Lbs per Pkg.<br>Density: 5.72 | | 1 | 19 | 150 |

**2 loose boxes  - 38 pounds**

**Total Packages**        2

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

| If charges are to be prepaid, write or stamp here, "To Be Prepaid" |
|---|

Notes:

**Tracking number:**
**791-052873-7**

Shipper: _____        Carrier: _____

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:  28128-1

PALLET COUNT:  0

BOX COUNT:  2

TOTAL WEIGHT:  38

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:  28127-1

PALLET COUNT:  1

BOX COUNT:  12

TOTAL WEIGHT:  256

TOTAL PALLETS:  1

TOTAL WEIGHT:  294

PRO #:  791-052873-7

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER

9-28-05
TRK #33 927

| SKD | SE CTN | DRM | BUN | SWAC |
| CRTS | BSKT | RCK | TOTE | SL & C |
| SWS-OF | CTN | SWS-STC | CTN | |
| OTHER | | SHIP.INIT. | | |

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

PICK UP STICKER

**SHIPPER LABEL**
Driver's Signature Only Acknowledges Receipt of Freight

**791-052873-7**

CN  791-2979929



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

## INVOICE

| 47017-1 | 09/29/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | | | DUE DATE: 10/29/2005 | | | | |
|---|---|---|---|---|---|---|---|
| **Quantity** | **Unit** | **Item / Description** | | **PO No** | **Shipped** | **Unit Price** | **Ext Price** |
| 1,000 | Each | 17122062   CANISTER COVER   Rev | | 0550007107 | Pk Slip: 28146-1  2005 | 0.348913 | 348.91 |
| 9/29/2005 | | C13 | | | Via:  Central Trnsprt | | |
| | | | | | FOB  COLLECT | | |

|  | |
|---|---|
| Subtotal: | 348.91 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 348.91 |

*Thank You!* Remit Payment to:



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



# INVOICE

| 47016-1 | 09/29/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

**TERMS:** Net 30 days          **DUE DATE:** 10/29/2005

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 768 | Each | 17121898   VAPOR CANISTER BODY<br>Rev A13 | 0550007105 | Pk Slip: 28146-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 1.230185 | 944.78 |
| 9/29/2005 | | | | | | |

*Thank You! Remit Payment to:*

| | |
|---|---|
| Subtotal: | 944.78 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 944.78 |



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX   79404**

**806-474-1000  FAX  806-474-1168**

A subsidiary of NN, Inc



## INVOICE

| 47015-1 | 09/29/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE: 10/29/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 600 | Each | 17120527   AIR INLET GRID   Rev B10 | 0550007104 | Pk Slip: 28146-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.282085 | 169.25 |
| 9/29/2005 | | | | | | |

*Thank You!* *Remit Payment to:*

| Subtotal: | 169.25 |
|---|---|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 169.25 |



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX 79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28146-1 | 9/29/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/29/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**17120527**

| | 600 | **17120527** | Revision:  B10 | 0550007104 | 20050820 |
|---|---|---|---|---|---|
| | | AIR INLET GRID | | | |

Total:  600 "17120527 AIR INLET GRID" in 1 box(es)
KANBANS for 17120527
    KANBAN#:  0000006          SERIAL #:  3133040

**17121898**

| | 768 | **17121898** | Revision:  A13 | 0550007105 | 20050908 |
|---|---|---|---|---|---|
| | | VAPOR CANISTER BODY | | | |

**Tracking Number: 791-052874-5**

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 28146-1 | 9/29/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/29/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**Total:  768 "17121898 VAPOR CANISTER BODY" in 24 box(es)**
KANBANS for 17121898

| | |
|---|---|
| KANBAN#: | SERIAL #: 3164504 |
| KANBAN#: | SERIAL #: 3164506 |
| KANBAN#: | SERIAL #: 3164931 |
| KANBAN#: | SERIAL #: 3164932 |
| KANBAN#: | SERIAL #: 3164933 |
| KANBAN#: | SERIAL #: 3164934 |
| KANBAN#: | SERIAL #: 3164935 |
| KANBAN#: | SERIAL #: 3164936 |
| KANBAN#: | SERIAL #: 3164937 |
| KANBAN#: | SERIAL #: 3164938 |
| KANBAN#: | SERIAL #: 3164939 |
| KANBAN#: | SERIAL #: 3164940 |
| KANBAN#: | SERIAL #: 3165405 |
| KANBAN#: | SERIAL #: 3165406 |
| KANBAN#: | SERIAL #: 3165407 |
| KANBAN#: | SERIAL #: 3165530 |
| KANBAN#: | SERIAL #: 3165531 |
| KANBAN#: | SERIAL #: 3165532 |
| KANBAN#: | SERIAL #: 3165533 |
| KANBAN#: | SERIAL #: 3165534 |
| KANBAN#: | SERIAL #: 3165535 |
| KANBAN#: | SERIAL #: 3165536 |
| KANBAN#: | SERIAL #: 3165894 |
| KANBAN#: | SERIAL #: 3165895 |
| KANBAN#: 0000003 | SERIAL #: 1052944 |
| KANBAN#: 0000007 | SERIAL #: 1052957 |

## 17122062

| 1,000 | 17122062 | Revision: C13 | 0550007107 | 20050729 |
|---|---|---|---|---|
| | CANISTER COVER | | | |

**Total: 1,000 "17122062 CANISTER COVER" in 1 box(es)**
KANBANS for 17122062

| | |
|---|---|
| KANBAN#: 0000010 | SERIAL #: 3096543 |

**Tracking Number: 791-052874-5**

# *Industrial Molding Corporation*

*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

**Bill of Lading**

| 28146-1 | 9/29/2005 |
|---------|-----------|

Page   1   of   1

Consigned To:
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|----------------|----------|-----|
| 28146-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|-------------|--------------------------------------------------|------------|--------|-------|
| 156600 | 23.00  Lbs per Pkg.    Density:   6.89 | 1 | 23 | 125 |
| 156600 | 17.80  Lbs per Pkg.    Density:   5.33 | 24 | 427 | 150 |
| 156600 | 40.00  Lbs per Pkg.    Density:  11.98 | 1 | 40 | 93 |

**2 Pallet(s) 2 loose boxes  - 574 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          26

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

Notes:

Shipper: _____   Carrier: _____

**Tracking number:**
**791-052874-5**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

| INDUSTRIAL MOLDING CORPORATION |
| 616 EAST SLATON ROAD |
| LUBBOCK, TEXAS  79404 |

**SHIP TO ADDRESS**

| DISTRIBUTION CENTER |
| 32 CELERITY WAGON |
| EL PASO, TEXAS  79906 |
| BILL TO: |
| DELPHI CISCO # 35021 |
| DATA 2 LOGISTICS |
| PO BOX 9115 |
| NORWOOD, MA 02062-9115 |

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:  28148-1

PALLET COUNT:  1

BOX COUNT:  3

TOTAL WEIGHT:  99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:  28146-1

PALLET COUNT:  2

BOX COUNT:  26

TOTAL WEIGHT:  574

TOTAL PALLETS:  3

TOTAL WEIGHT:  673

PRO #:  791-052874-5

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER

9-29-06

TRK # 53-7665

**SHIPPER LABEL**
Driver's Signature Only Acknowledges Receipt of Freight

**791-052874-5**

CN
791-2987303



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000 FAX  806-474-1168**
A subsidiary of NN, Inc

| INVOICE | |
|---|---|
| 47018-1 | 09/29/2005 |

*Remit To:*  INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX  79404

| BILL TO: | SHIP TO: |
|---|---|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE<br><br>WARREN, MI  48090 (USA) | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 (USA) |

**TERMS:**      **DUE DATE:** 9/29/2005

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 4,572 | Each | 18025577   END LAMINA BRG   Rev 5 | 550000865 | Pk Slip: 28148-1  2005<br>Via:   Central Trnsprt<br>FOB  COLLECT | 0.073780 | 337.32 |

9/29/2005

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 337.32 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 337.32 |

**Industrial Molding Corporation**
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28148-1 | 9/29/2005 |
| *28148-1* | |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

| Bill To: | Ship To: |
|---|---|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 |

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/29/2005 | Central Trnsprt | COLLECT | |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**18025577**

| 4,572 | 18025577 | Revision: 5 | 550000865 | 20050816 |
|---|---|---|---|---|
| | END LAMINA BRG | | | |

**Total: 4,572 "18025577 END LAMINA BRG" in 3 box(es)**

**Tracking Number: 791-052874-5**

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX 79404

A subsidiary of NN, Inc

Consigned To:
DELPHI - CHASSIS

PRODUCTOS DE CHIHAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX 79906

## Bill of Lading

| 28148-1 | 9/29/2005 |
|---|---|

Page    1    of    1

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28148-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 19.10  Lbs per Pkg.  Density:  5.72 | 3 | 57 | 150 |

**1 Pallet(s) - 99 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          3

| If charges are to be prepaid, write or stamp here, "To Be Prepaid" |
|---|

Notes:

**Tracking number:**
**791-052874-5**

Shipper:                        Carrier:

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:     28148-1

PALLET COUNT:                1

BOX COUNT:                   3

TOTAL WEIGHT:               99

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:     28146-1

PALLET COUNT:                2

BOX COUNT:                  26

TOTAL WEIGHT:              574

TOTAL PALLETS:              3

TOTAL WEIGHT:             673

PRO #:     791-052874-5

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER

9-29-06

TR#53-7665

2, SKD ___ LSE CTN ___ DRM ___ DUN ___ SWAC
___ CRTS ___ BSKT ___ RCK ___ TOTE ___ SL & C
___ SWS-OF ___ CTN ___ SWS-STOR ___ CTN
OTHER                                    SHIP.INT.
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 Cf R370

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052874-5**

CN
791-2987303



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX   79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 47070-1 | 09/30/2005 |
|---------|------------|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

**TERMS:** Net 30 days          **DUE DATE:** 10/30/2005

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 3,648 | Each | 6607062   CAGE   Rev 00 | 550002991 | Pk Slip: 28173-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.216190 | 788.66 |
| 9/30/2005 | | | | | | |
| 8,640 | Each | 12437025   ROLLER CAGE   Rev 00 | 550002991 | Pk Slip: 28173-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.195800 | 1,691.71 |
| 9/30/2005 | | | | | | |

*Thank You! Remit Payment to:*

| | |
|---|---|
| Subtotal: | 2,480.37 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **2,480.37** |



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 47069-1 | 09/30/2005 |
|---|---|

---

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

---

| TERMS: Net 30 days | DUE DATE: 10/30/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 3,600 | Each | 6607036   REF# 06607036   Rev 00 | 0550000760 | Pk Slip: 28173-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.181590 | 653.72 |
| 9/30/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 653.72 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 653.72 |

*Thank You!* Remit Payment  to:

# Industrial Molding Corporation

**PACKING SLIP**

| 28173-1 | 9/30/2005 |
|---------|-----------|

*616 E Slaton Road*
*Lubbock TX  79404*

A subsidiary of NN, Inc

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/30/2005 | POINT LOGISTIC | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**6607062**

| 3,648 | **6607062** | Revision: 00 | 550002991 | 20050911 |
| | CAGE | | | |

Total:  3,648 "6607062 CAGE" in 12 box(es)

**12437025**

| 7,920 | **12437025** | Revision: 00 | 550002991 | 20050801 |
| | ROLLER CAGE | | | |
| 720 | **12437025** | Revision: 00 | 550002991 | 20050926 |
| | ROLLER CAGE | | | |

Total:  8,640 "12437025 ROLLER CAGE" in 12 box(es)

**6607036**

| 3,600 | **6607036** | Revision: 00 | 0550000760 | 20050923 |
| | REF# 06607036 | | | |

Total:  3,600 "6607036 REF# 06607036" in 12 box(es)

**Tracking Number:**

Page 1 of 1 Printed:  9/30/2005 at 8:34:10 AM

# Industrial Molding Corporation

616 E Slaton Road
Lubbock, TX 79404

**A subsidiary of NN, Inc**

**Consigned To:**
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH 44870

| | | |
|---|---|---|
| **Bill of Lading** | | |
| 28173-1 | | 9/30/2005 |
| Page | 1 of | 1 |

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28173-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 7.39 Lbs per Pkg. <br> Density: 2.21 | 12 | 89 | 250 |
| 156600 | 14.00 Lbs per Pkg. <br> Density: 4.19 | 12 | 168 | 150 |
| 156600 | 9.12 Lbs per Pkg. <br> Density: 2.73 | 12 | 109 | 250 |

**3 Pallet(s) - 492 pounds**

Subject to Section 7 of conditions of applicable bill of lading. If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**        36

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:    9/30/05    Rolando Leyva

Shipper:    Avery Attorno    Carrier: _____



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



**INVOICE**

| 47071-1 | 09/30/2005 |
|---|---|

*Remit To:*   INDUSTRIAL MOLDING CORPORATION  616 EAST SLATON ROAD  LUBBOCK, TX  79404

| BILL TO: | SHIP TO: |
|---|---|
| NAO DISBURSEMENTS<br>MCD HDQTRS BLDG 480-210-201<br>30001 VAN DYKE<br><br>WARREN, MI  48090 (USA) | DELPHI - CHASSIS<br>PRODUCTOS DE CHIHUAHUA PLT 58<br>CISCO 34065<br>32 CELERITY WAGON /GATES 30-32<br>EL PASO, TX  79906 (USA) |

| TERMS: Net 30 days | DUE DATE: 10/30/2005 |
|---|---|

| Quantity | Unit | Item / Description | | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 1,524<br>9/30/2005 | Each | 18025575   END LAMINA COM | Rev 6 | 550000865 | Pk Slip: 28174-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.075000 | 114.30 |
| 3,048<br>9/30/2005 | Each | 18025577   END LAMINA BRG | Rev 5 | 550000865 | Pk Slip: 28174-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.073780 | 224.88 |
| 4,572<br>9/30/2005 | Each | 18025577   END LAMINA BRG | Rev 5 | 550000865 | Pk Slip: 28174-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.073780 | 337.32 |

| | |
|---|---|
| Subtotal: | 676.50 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 676.50 |

*Thank You!* Remit Payment to:



## Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28174-1 | 9/30/2005 |

Contact: LUIS SAENZ
Fax: 01152.614.4218507/4178467

**Bill To:**

NAO DISBURSEMENTS
MCD HDQTRS BLDG 480-210-201
30001 VAN DYKE

**Ship To:**

DELPHI - CHASSIS
PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065
32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/30/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**18025575**

| 1,524 | **18025575** | Revision:  6 | 550000865 | 20050824 |
| | END LAMINA COM | | | |

Total:  1,524 "18025575 END LAMINA COM" in 1 box(es)

**18025577**

| 3,048 | **18025577** | Revision:  5 | 550000865 | 20050816 |
| | END LAMINA BRG | | | |

Total:  3,048 "18025577 END LAMINA BRG" in 2 box(es)

**18025577**

| 4,572 | **18025577** | Revision:  5 | 550000865 | 20050816 |
| | END LAMINA BRG | | | |

Total:  4,572 "18025577 END LAMINA BRG" in 3 box(es)

**Tracking Number: 791-052829-9**

# *Industrial Molding Corporation*

*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

| **Bill of Lading** | |
| --- | --- |
| 28174-1 | 9/30/2005 |
| **Page**  1  **of**  1 | |

Consigned To:

DELPHI - CHASSIS

PRODUCTOS DE CHIHUAHUA PLT 58
CISCO 34065

32 CELERITY WAGON /GATES 30-32
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Chassis (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
| --- | --- | --- |
| 28174-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
| --- | --- | --- | --- | --- | --- |
| 156600 | 19.10  Lbs per Pkg.<br>Density:    5.72 | | 1 | 19 | 150 |
| 156600 | 19.10  Lbs per Pkg.<br>Density:    5.72 | | 2 | 38 | 150 |
| 156600 | 19.10  Lbs per Pkg.<br>Density:    5.72 | | 3 | 57 | 150 |

**1 Pallet(s) - 157 pounds**

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**                    6

If charges are to be prepaid, write or stamp here, "To Be Prepaid"
_____

....tes:

  Carrier: _____

**Tracking number:**
**791-052829-9**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**
INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**
DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906
BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:   28174-1

PALLET COUNT:   1

BOX COUNT:   6

TOTAL WEIGHT:   157

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:   28175-1

PALLET COUNT:   3

BOX COUNT:   27

TOTAL WEIGHT:   647

TOTAL PALLETS:   4

TOTAL WEIGHT:   794

PRO #:   791-052829-9

SHIPPED   CENTRAL TRANSPORT

SHIPPER

CARRIER   Central Transport

9/30/05

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052829-9**

___ SKD   ___ LSE CTN   ___ DRM   ___ BUN   ☐ SWAC
___ CRTS   ___ BSKT   ___ RCK   ___ TOTE   ☐ SLAG
___ SWS-OF ___ CTN   ___ SWS-STC ___ CTN
OTHER ___   SHIP.INIT. ___
Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370
PICKUP STICKER

CN
791 - 299 3381



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 47074-1 | 09/30/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE: 10/30/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|-----------|-----------|
| 224 | Each | 25349555  BOTTOM COVER   Rev 16 | 550007094 | Pk Slip: 28175-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.831900 | 186.35 |
| 9/30/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 186.35 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 186.35 |

*Thank You!* *Remit Payment to:*



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



### INVOICE

| 47073-1 | 09/30/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE: 10/30/2005 |
|--------------------|----------------------|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|----------|------|--------------------|-------|---------|------------|-----------|
| 384 | Each | 25173731   CANISTER BODY   Rev 013 | 0550007094 | Pk Slip: 28175-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 3.222800 | 1,237.56 |

9/30/2005

*Thank You!* Remit Payment to:

| Subtotal: | 1,237.56 |
|-----------|----------|
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,237.56 |



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 47072-1 | 09/30/2005 |
|---|---|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX  79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| TERMS: Net 30 days | DUE DATE: 10/30/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 600 | Each | 17120527  AIR INLET GRID  Rev B10 | 0550007104 | Pk Slip: 28175-1  2005<br>Via:  Central Trnsprt<br>FOB  COLLECT | 0.282085 | 169.25 |
| 9/30/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 169.25 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 169.25 |

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock TX  79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 28175-1 | 9/30/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

| Bill To: | Ship To: |
|---|---|

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/30/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**17120527**

| | 600 | **17120527** | Revision: B10 | 0550007104 | 20050815 |
|---|---|---|---|---|---|
| | | AIR INLET GRID | | | |

**Total:  600 "17120527 AIR INLET GRID" in 1 box(es)**
KANBANS for 17120527
KANBAN#:  0000001          SERIAL #:  3123477

**25349555**

| | 224 | **25349555** | Revision: 16 | 550007094 | 20050808 |
|---|---|---|---|---|---|
| | | BOTTOM COVER | | | |

**Total:  224 "25349555 BOTTOM COVER" in 2 box(es)**
KANBANS for 25349555
KANBAN#:  0000017          SERIAL #:  3174881
KANBAN#:  0000022          SERIAL #:  3172582

**25173731**

| | 16 | **25173731** | Revision: 013 | 0550007094 | 20050901 |
|---|---|---|---|---|---|
| | | CANISTER BODY | | | |
| | 368 | **25173731** | Revision: 013 | 0550007094 | 20050906 |
| | | CANISTER BODY | | | |

**Tracking Number: 791-052829-9**

# Industrial Molding Corporation

**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

## PACKING SLIP

| 28175-1 | 9/30/2005 |
|---|---|

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 9/30/2005 | Central Trnsprt | COLLECT | Net 30 days | |
| Qty Shipped | Item Number / Description | | PO Number | Lot Number |

**Total: 384 "25173731 CANISTER BODY" in 24 box(es)**

KANBANS for 25173731

| | |
|---|---|
| KANBAN#: | SERIAL #: 3152666 |
| KANBAN#: | SERIAL #: 3154721 |
| KANBAN#: | SERIAL #: 3154722 |
| KANBAN#: | SERIAL #: 3154723 |
| KANBAN#: | SERIAL #: 3154724 |
| KANBAN#: | SERIAL #: 3154725 |
| KANBAN#: | SERIAL #: 3154726 |
| KANBAN#: | SERIAL #: 3154727 |
| KANBAN#: | SERIAL #: 3154728 |
| KANBAN#: | SERIAL #: 3154729 |
| KANBAN#: | SERIAL #: 3154730 |
| KANBAN#: | SERIAL #: 3154731 |
| KANBAN#: | SERIAL #: 3154732 |
| KANBAN#: | SERIAL #: 3154733 |
| KANBAN#: | SERIAL #: 3154734 |
| KANBAN#: | SERIAL #: 3154961 |
| KANBAN#: | SERIAL #: 3154962 |
| KANBAN#: | SERIAL #: 3154964 |
| KANBAN#: | SERIAL #: 3154965 |
| KANBAN#: | SERIAL #: 3154967 |
| KANBAN#: | SERIAL #: 3154968 |
| KANBAN#: | SERIAL #: 3154971 |
| KANBAN#: | SERIAL #: 3155107 |
| KANBAN#: | SERIAL #: 3155113 |
| KANBAN#: 0000045 | SERIAL #: 1054111 |
| KANBAN#: 0000054 | SERIAL #: 1054509 |

**Tracking Number: 791-052829-9**

**Industrial Molding Corporation**
616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

| | |
|---|---|
| **Bill of Lading** | |
| 28175-1 | 9/30/2005 |

Page   1   of   1

**Consigned To:**
DELPHI ENERGY & ENGINE

DELPHI E CHIHUAHUA PLT 57
CISCO 35021

32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28175-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 23.00   Lbs per Pkg. Density:   6.89 | | 1 | 23 | 125 |
| 156600 | 33.00   Lbs per Pkg. Density:   9.88 | | 2 | 66 | 100 |
| 156600 | 18.00   Lbs per Pkg. Density:   5.39 | | 24 | 432 | 150 |

**3 Pallet(s) - 647 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**          27

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

**Notes:**

Shipper: _____   Carrier: _____

**Tracking number:**
**791-052829-9**

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:   28174-1

PALLET COUNT:   1

BOX COUNT:   6

TOTAL WEIGHT:   157

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:   28175-1

PALLET COUNT:   3

BOX COUNT:   27

TOTAL WEIGHT:   647

TOTAL PALLETS:   4

TOTAL WEIGHT:   794

PRO #:   791-052829-9

SHIPPED   CENTRAL TRANSPORT

SHIPPER

CARRIER   Central Transport
9/30/05

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052829-9**

| SKD | LSE CTN | DRM | BUN | SWAC | |
| CRTS | BSKT | RCK | TOTE | SLAC | |
| SWS-OF | CTN | | SWS-STC | | CTN |
| OTHER | | | SHIP.INIT. | | |

Subject to NMFC 100/CTII-100 and 49 USC 14706 and DOT 49 CFR 370

CN
791 - 299 3381



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 47175-1 | 10/04/2005 |
|---|---|

**BILL TO:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA   02062-9115 (USA)

**SHIP TO:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| TERMS:  Net 30 days | DUE DATE:  11/3/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 4,416 | Each | 6607067   CAGE   Rev M | C550000760 | Pk Slip: 28200-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.249200 | 1,100.47 |

10/4/2005

| | |
|---|---|
| Subtotal: | 1,100.47 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **1,100.47** |

*Thank You! Remit Payment to:*



**Industrial Molding Corporation**
616 E Slaton Road
Lubbock TX  79404

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28200-1 | 10/4/2005 |
| *28200-1* | |

Contact: Keith Newton
Fax: 419-627-7363

**Bill To:**

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

**Ship To:**

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description | |
|---|---|---|---|---|
| 10/4/2005 | POINT LOGISTIC | COLLECT | Net 30 days | |

| Qty Shipped | Item Number / Description | PO Number | Lot Number |
|---|---|---|---|

**6607067**

| | | | | | |
|---|---|---|---|---|---|
| 4,416 | 6607067 CAGE | Revision:  M | 0550000760 | 20050919 |

**Tracking Number:**

Page 1 of 1 Printed:  10/4/2005 at 7:53:05 AM

# Industrial Molding Corporation
616 E Slaton Road
Lubbock, TX  79404

A subsidiary of NN, Inc

Consigned To:
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE

SANDUSKY, OH  44870

| | Bill of Lading |
|---|---|
| 28200-1 | 10/4/2005 |

Page    1    of    1

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28200-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 11.00    Lbs per Pkg.<br>Density:    3.29 | 12 | 132 | 250 |

### 1 Pallet(s) - 174 pounds

Subject to Section 7 of conditions of applicable bill of lading. If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages**            12

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _Mary Gwenell_    Carrier: _Jesse Mann_ 10-4-05



# Industrial Molding Corp.

**616 East Slaton Road**
**Lubbock, TX 79404**
**806-474-1000 FAX 806-474-1168**
A subsidiary of NN, Inc



## INVOICE

| 47176-1 | 10/04/2005 |
|---------|------------|

**BILL TO:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

EL PASO, TX 79906

**SHIP TO:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX 79906

| TERMS: Net 30 days | | | DUE DATE: 11/3/2005 | | | |
|---|---|---|---|---|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 875 | Each | 25346975  LIQUID TRAP VAPOR CANISTER  Rev 10 | 550007094 | Pk Slip: 28201-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.443800 | 388.33 |
| 10/4/2005 | | | | | | |
| 784 | Each | 25349555  BOTTOM COVER  Rev 16 | 550007094 | Pk Slip: 28201-1  2005 Via:  Central Trnsprt FOB  COLLECT | 0.831900 | 652.21 |
| 10/4/2005 | | | | | | |

| | |
|---|---|
| Subtotal: | 1,040.54 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,040.54 |

*Thank You!* Remit Payment to:

## Industrial Molding Corporation
**616 E Slaton Road**
**Lubbock TX 79404**

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 28201-1 | 10/4/2005 |

Contact: GERARDO MUNIZ
Fax: 011.52.614.429.4701

**Bill To:**

DELPHI-E DIV OF GENERAL MTRS

32 CELERITY WAGON DRIVE

**Ship To:**

DELPHI ENERGY & ENGINE
DELPHI E CHIHUAHUA PLT 57
CISCO 35021
32 CELERITY WAGON / DOCK WEST
EL PASO, TX  79906

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 10/4/2005 | Central Trnsprt | COLLECT | Net 30 days |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**25346975**

| 875 | 25346975 | Revision: 10 | 550007094 | 20050801 |
|---|---|---|---|---|
| | LIQUID TRAP VAPOR CANISTER | | | |

Total: 875 "25346975 LIQUID TRAP VAPOR CANISTER" in 5 box(es)
KANBANS for 25346975

| KANBAN#: 0000001 | SERIAL #: 3173670 |
|---|---|
| KANBAN#: 0000002 | SERIAL #: 3173676 |
| KANBAN#: 0000003 | SERIAL #: 3173677 |
| KANBAN#: 0000004 | SERIAL #: 3171972 |
| KANBAN#: 0000005 | SERIAL #: 3171589 |

**25349555**

| 672 | 25349555 | Revision: 16 | 550007094 | 20050808 |
|---|---|---|---|---|
| | BOTTOM COVER | | | |
| 112 | 25349555 | Revision: 16 | 550007094 | 20050919 |
| | BOTTOM COVER | | | |

Total: 784 "25349555 BOTTOM COVER" in 7 box(es)
KANBANS for 25349555

| KANBAN#: 0000001 | SERIAL #: 3179306 |
|---|---|
| KANBAN#: 0000002 | SERIAL #: 3175391 |
| KANBAN#: 0000004 | SERIAL #: 3175389 |
| KANBAN#: 0000005 | SERIAL #: 3175385 |
| KANBAN#: 0000006 | SERIAL #: 3175392 |
| KANBAN#: 0000007 | SERIAL #: 3175393 |
| KANBAN#: 0000008 | SERIAL #: 3175390 |

# MASTER BILL OF LADING

**DEPARTURE ADDRESS**

INDUSTRIAL MOLDING CORPORATION
616 EAST SLATON ROAD
LUBBOCK, TEXAS  79404

**SHIP TO ADDRESS**

DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TEXAS  79906

BILL TO:
DELPHI CISCO # 35021
DATA 2 LOGISTICS
PO BOX 9115
NORWOOD, MA 02062-9115

PRODUCTOS DE CHIHUAHUA
CHIHUAHUA PLANT 58
CISCO CODE 34065

BILL OF LADING #:  28204-1

PALLET COUNT:  1

BOX COUNT:  6

TOTAL WEIGHT:  157

DELPHI ENERGY & ENGINE
CHIHUAHUA PLANT 57
CISCO CODE 35021

BILL OF LADING #:  28201-1

PALLET COUNT:  1

BOX COUNT:  12

TOTAL WEIGHT:  368

TOTAL PALLETS:  2

TOTAL WEIGHT:  525

PRO #:  791-052830-7

SHIPPED  CENTRAL TRANSPORT

SHIPPER

CARRIER

SKD   LSE CTN   DRM   BUN   SWAC
CRTS   BSKT   RCK   TOTE   SL & C
SWS-OF   CTN   SWS-STC   CTN
OTHER   SHIP.INIT.
Subject to NMFC 100/CTM-100 and 49 USC 14706 and DOT 49 CFR 370

PICK UP STICKER

SHIPPER LABEL
Driver's Signature Only Acknowledges Receipt of Freight

**791-052830-7**

TRu #54766

10-4-07

CN
791- 300655

# Industrial Molding Corporation
*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

Consigned To:
**DELPHI ENERGY & ENGINE**

**DELPHI E CHIHUAHUA PLT 57**
**CISCO 35021**

**32 CELERITY WAGON / DOCK WEST**
**EL PASO, TX  79906**

| **Bill of Lading** | |
|---|---|
| 28201-1 | 10/4/2005 |

Page    1    of    1

Freight Third Party Bill to:
Delphi Energy (Cisco 35021)
c/o Data2 Logistics
PO Box 9115
Norwood, MA  02062-9115

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 28201-1 | Central Trnsprt | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | | # of Pkgs. | Weight | Class |
|---|---|---|---|---|---|
| 156600 | 19.00 | Lbs per Pkg. | 5 | 95 | 150 |
|  | Density: | 5.69 |  |  |  |
| 156600 | 33.00 | Lbs per Pkg. | 7 | 231 | 100 |
|  | Density: | 9.88 |  |  |  |

**1 Pallet(s) - 368 pounds**

Subject to Section 7 of conditions of applicable bill of lading. If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages        12**

| If charges are to be prepaid, write or stamp here, "To Be Prepaid" |
|---|

Notes:

**Tracking number:**
**791-052830-7**

Shipper   _____   Carrier



# *Industrial Molding Corp.*

**616 East Slaton Road**
**Lubbock, TX  79404**
**806-474-1000  FAX  806-474-1168**
A subsidiary of NN, Inc

| INVOICE | |
|---|---|
| 46388-1 | 09/14/2005 |

| BILL TO: | SHIP TO: |
|---|---|
| DELPHI SANDUSKY<br>CISCO 42017<br>%DATA2LOGISTICS<br>PO BOX 9115<br>NORWOOOD, MA   02062-9115 (USA) | DELPHI CHASSIS SYSTEMS<br><br>2509 HAYES AVENUE<br><br>SANDUSKY, OH  44870 |

| TERMS: | DUE DATE:   9/14/2005 |
|---|---|

| Quantity | Unit | Item / Description | PO No | Shipped | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 4,416 | Each | 6607067   CAGE   Rev M | 550000760 | Pk Slip: 27866-1  2005<br>Via:  POINT LOGISTIC<br>FOB  COLLECT | 0.249200 | 1,100.47 |
| 9/14/2005 | | | | | | |

*Thank You!* Remit Payment to:

| | |
|---|---|
| Subtotal: | 1,100.47 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,100.47 |



**Industrial Molding Corporation**
*616 E Slaton Road*
*Lubbock TX  79404*

A subsidiary of NN, Inc

| PACKING SLIP | |
|---|---|
| 27866-1 | 9/14/2005 |

Contact: Keith Newton
Fax: 419-627-7363

Bill To:

DELPHI SANDUSKY
CISCO 42017
%DATA2LOGISTICS
PO BOX 9115
NORWOOOD, MA  02062-9115

Ship To:

DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

| Date Shipped | Ship Via | F.O.B. | Terms Description |
|---|---|---|---|
| 9/14/2005 | POINT LOGISTIC | COLLECT | |

| Qty Shipped | Item Number / Description | | PO Number | Lot Number |
|---|---|---|---|---|

**6607067**

| | 4,416 | 6607067 | Revision:   M | 550000760 | 20050829 |
|---|---|---|---|---|---|
| | | CAGE | | | |

**Total:  4,416 "6607067 CAGE" in 12 box(es)**

Tracking Number:                                    Page 1 of 1 Printed:  9/14/2005 at 8:22:42 AM

*Industrial Molding Corporation*
*616 E Slaton Road*
*Lubbock, TX  79404*

A subsidiary of NN, Inc

Consigned To:
DELPHI CHASSIS SYSTEMS

2509 HAYES AVENUE
SANDUSKY, OH  44870

# Bill of Lading

| 27866-1 | 9/14/2005 |
|---|---|
| Page  1  of  1 | |

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 27866-1 | POINT LOGISTIC | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 11.00  Lbs per Pkg.  Density:  3.29 | 12 | 132 | 250 |

**1 Pallet(s) - 174 pounds**

Subject to Section 7 of conditions of applicable bill of lading.  If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

(Signature of Consignor)

**Total Packages**          12

9-14-05

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _____          Carrier: _____

# RAM METER INC.®

PLEASE REMIT TO

**INVOICE**

1903 Barrett Drive
Troy, Michigan  48084-5372
(248) 362-0990 • FAX (248) 362-1818
DUNS 00-535-5714 • www.rammeter.com

| INVOICE NO. | PAGE |
|---|---|
| 097797 | 1 |
| **INVOICE DATE** | |
| 06/17/05 | |

**SOLD TO**

DELPHI ELECTRONICS & SAFETY

P.O. BOX 9005
KOKOMO, IN 46904-9000

**SHIP TO**

DELPHI FLINT
ATTN: VIRGINIA O'BRIEN
4134 DAVIDSON RD
BURTON, MI 48529

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN. | PURCHASE ORD. NO. | RELEASE NO. | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 07690 | 06/01/05 | 00210717 | 01 | 030 | 450106578 | | UPS GRD COLLECT | |
| | | | | | | | SHIP DATE 06/16/05 | |

| LINE NO. | QTY ORDER / B.O. | QTY SHIP / RETURN | ITEM NO. / DESCRIPTION | UNIT PRICE | U/M | DISC. | NET PRICE |
|---|---|---|---|---|---|---|---|
| | | | PAUL PARNELL  765-451-2018 | | | | |
| 1 | 1 | 1 | WS434 | 6,780.0000 | EA | | 6,780.00 |
| | | | LECROY DSO  350 MHZ  4 CHANNEL | | | .00 | |
| | | | 10.4" DISPLAY | (D) | | | |
| | | | PROGRAM MS-32 OPTION | | | | |
| | | | KEYCODE BEFORE SHIPPING: | | | | |
| | | | S/N LCRY0301J15805 | | | | |
| | | | SCOPE ID-39cbd7-ez | | | | |
| | | | SHIP 6/21/05 | | | | |
| 2 | 1 | 0 | MS-32 | 3,763.0000 | EA | | .00 |
| | | | LECROY DIGITAL CHANNEL OPTION | | | .00 | |
| | | | 32 CHANNELS FOR WAVESURFERS(T) | | | | |
| | | | KEYCODE: PR10171000-00020 | | | | |
| | | | S/N | | | | |
| | | | SHIP 6/29/05 | | | | |

**COMMENTS**
THANK YOU FOR YOUR ORDER!!

**TERMS**  NET 30 DAYS

| | |
|---|---|
| **SALE AMOUNT** | 6,780.00 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| **TOTAL** | 6,780.00 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 6,780.00 |



**INVOICE**

| INVOICE NO. | PAGE |
|---|---|
| 097942 | 1 |

| INVOICE DATE |
|---|
| 06/24/05 |

## RAM METER INC.
1903 Barrett Drive
Troy, Michigan 48084-5372
(248) 362-0990 • FAX (248) 362-1818
DUNS 00-535-5714 • www.rammeter.com

PLEASE REMIT TO

**SOLD TO**

DELPHI ELECTRONICS & SAFETY

P.O. BOX 9005
KOKOMO, IN 46904-9000

**SHIP TO**

DELPHI FLINT
ATTN: VIRGINIA O'BRIEN
4134 DAVIDSON RD
BURTON, MI 48529

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN. | PURCHASE ORD. NO. | RELEASE NO. | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 011590 | 06/21/05 | 0021007 | 01 | 030 | 4300106578 | | UPS GRD COLLECT | |
| | | | | | | | SHIP DATE 06/23/05 | |

| LINE NO. | QTY ORDER/B.O. | QTY SHIP/RETURN | ITEM NO. / DESCRIPTION | UNIT PRICE | DISC. | NET PRICE |
|---|---|---|---|---|---|---|
| 2 | | 1 | PAUL PARNELL  765-451-2018 | 3,783.0000 | EA | 3,783.00 |
| | | | MS-32X | | .00 | |
| | | | LECROY DIGITAL CHANNEL OPTION | | | |
| | | | 32 CHANNELS FOR WAVESURFERS(T) | | | |
| | | | KEYCODE  PS1017.000-00020 | | | |
| | | | S/N GLUSB-38-1M-3655 | | | |
| | | | SHIP 6/24/05 | | | |

**COMMENTS**
THANK YOU FOR YOUR ORDER!!

**TERMS**
NET 30 DAYS

| SALE AMOUNT | 3,783.00 |
|---|---|
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 3,783.00 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 3,783.00 |

# RAM METER INC.

DUNS 00-535-5714

**STATEMENT**

1903 Barrett Drive
Troy, Michigan 48084-5372
(248) 362-0990 • Fax (248) 362-1818
www.rammeter.com

DELPHI ELECTRONICS & SAFETY

P.O. BOX 9005
KOKOMO, IN 46904-9000

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 01/31/06 | 000210717 |

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 97717 | 06/17/05 | I | Po: 450106578 Our Ord:    11590 | 6,780.00 | 6,780.00 |
| 97942 | 06/24/05 | I | Po: 450106578 Our Ord:    11590 | 3,783.00 | 10,563.00 |

**CODES:**
I = INVOICE     P = PAYMENT
C = CR MEMO   A = DISCOUNT ALLOWED
D = DR MEMO   F = FINANCE CHARGE

WE ACCEPT VISA, MASTER CARD,
AMERICAN EXPRESS & DISCOVER!!!

| PLEASE PAY THIS AMOUNT ▶ | |
|---|---|
| | 10,563.00 |

|  | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| Aged Total: | .00 | .00 | .00 | 10,563.00 |

DUNS 00-535-5714

# STATEMENT



# RAM METER INC.®

1903 Barrett Drive
Troy, Michigan 48084-5396
(248) 362-0990 • FAX (248) 362-1818

DELPHI INTERIOR SYSTEMS

1401 CROOKS RD
TROY, MI 48084

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 10/31/05 | 000213515 |

| REFERENCE | DATE | CODE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 100105 | 09/09/05 | I | Po: HQ0009    Our Ord:   916834 | 102.56 | 102.56 |

**CODES:**
I = INVOICE    P = PAYMENT
C = CR MEMO    A = DISCOUNT ALLOWED
D = DR MEMO    F = FINANCE CHARGE

WE ACCEPT AMEX,VISA&MASTERCARD
CALL OR FAX FOR ADD'L INFO!!!!

| PLEASE PAY THIS AMOUNT ▶ | |
|---|---|
| | 102.56 |

| | CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| Aged Total: | .00 | 102.56 | .00 | .00 |