

**THE RAWAC PLATING CO.**
1107 West North Street
Springfield, Ohio 45504
Ph. 937-322-7491  Fax 937-322-6172

| INVOICE NO. | PAGE |
|---|---|
| 00042314 | 1 |
| INVOICE DATE | |
| 10/10/05 | |

BILL TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 39061 | 10/08/05 | DELPHI | L05 | DF |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| | | THEIR TRUCK | |

| ITEM NUMBER DESCRIPTION | QTY ORDERED | QTY. SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 16625259 MW DETENT ZINC COBALT | 37,512.00 | 37,512.00 | .0042 | EA | 157.55 |

COMMENTS:    Reprinted on 3/13/07

| | |
|---|---|
| SALE AMOUNT | 157.55 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 157.55 |
| AMOUNT RECEIVED | .00 |

TERMS:    NET 30 DAYS

| **BALANCE DUE** | 157.55 |
|---|---|

# THE RAWAC PLATING CO.
1107 West North Street
Springfield, Ohio 45504
Ph. 937-322-7491  Fax 937-322-6172

| INVOICE NO. | PAGE |
|---|---|
| 00042315 | 1 |
| INVOICE DATE | |
| 10/10/05 | |

BILL TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP |
|---|---|---|---|---|
| 39062 | 10/08/05 | DELPHI | L05 | DF |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| 550022548 | | THEIR TRUCK | |

| ITEM NUMBER DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 16629140 DELPHI BRKT ZINC COBALT | 16,500.00 | 16,500.00 | .0480 | EA | 792.00 |
| 16629141 L-DELPHI ZINC COBALT | 5,500.00 | 5,500.00 | .0480 | EA | 264.00 |

COMMENTS:  Reprinted on 3/13/07

| | |
|---|---|
| SALE AMOUNT | 1,056.00 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 1,056.00 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 1,056.00 |

TERMS:  NET 30 DAYS

**THE RAWAC PLATING CO.**
1107 West North Street
Springfield, Ohio 45504
Ph. 937-322-7491  Fax 937-322-6172

| INVOICE NO. | PAGE |
|---|---|
| 00042316 | 1 |
| INVOICE DATE | |
| 10/10/05 | |

BILL TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 39063 | 10/08/05 | DELPHI | L05 | DF |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| | | THEIR TRUCK | |

| ITEM NUMBER DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 16622913 8MM BRKT Zn/Fe TRIVALENT WITH SEALER | 14,000.00 | 14,000.00 | .0096 | EA | 134.40 |
| 16605980 DELPHI BRKT Zn/Fe TRIVALENT WITH SEALER | 16,000.00 | 16,000.00 | .0200 | EA | 320.00 |
| 16629124 MW-FORKBOLT-DELPHI ZINC COBALT | 27,918.00 | 27,918.00 | .0178 | EA | 496.94 |
| 16638390 TRAV. RED'N LVR ZINC COBALT | 8,000.00 | 8,000.00 | .0141 | EA | 112.80 |
| 16605981 MW BACKPLATE-DELPHI Zn/Fe TRIVALENT WITH SEALER | 9,223.00 | 9,223.00 | .0200 | EA | 184.46 |
| 16606319 DELPHI BRKT Zn/Fe TRIVALENT WITH SEALER | 21,930.00 | 21,930.00 | .0061 | EA | 133.77 |

COMMENTS:  Reprinted on 3/13/07

TERMS:  NET 30 DAYS

| | |
|---|---|
| SALE AMOUNT | 1,382.37 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 1,382.37 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 1,382.37 |

# THE RAWAC PLATING CO.

1107 West North Street
Springfield, Ohio 45504
Ph. 937-322-7491  Fax 937-322-6172

| INVOICE NO. | PAGE |
|---|---|
| 00042317 | 1 |
| **INVOICE DATE** | |
| 10/10/05 | |

BILL TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 39064 | 10/08/05 | DELPHI | L05 | DF |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| | | THEIR TRUCK | |

| ITEM NUMBER DESCRIPTION | QTY ORDERED | QTY SHIPPED/RETURNED QTY BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 16625259 MW DETENT ZINC COBALT | 54,780.00 | 54,780.00 | .0042 EA | | 230.08 |

COMMENTS:   Reprinted on 3/13/07

| | |
|---|---|
| SALE AMOUNT | 230.08 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 230.08 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 230.08 |

TERMS:   NET 30 DAYS



### THE RAWAC PLATING CO.
1107 West North Street
Springfield, Ohio 45504
Ph. 937-322-7491  Fax 937-322-6172

| INVOICE NO. | PAGE |
|---|---|
| 00042329 | 1 |
| INVOICE DATE | |
| 10/10/05 | |

BILL TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 39076 | 10/08/05 | DELPHI | L05 | DF |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| | | THEIR TRUCK | |

| ITEM NUMBER DESCRIPTION | QTY ORDERED | QTY. SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 16630902 VERSAM'T FB ZINC COBALT | 32,420.00 | 32,420.00 | .0045 | EA | 145.89 |
| 16629124 MW-FORKBOLT-DELPHI ZINC COBALT | 47,165.00 | 47,165.00 | .0178 | EA | 839.54 |
| 16605981 MW BACKPLATE-DELPHI Zn/Fe TRIVALENT WITH SEALER | 16,000.00 | 16,000.00 | .0200 | EA | 320.00 |
| 16640463 DELPHI BRKT ZINC COBALT | 5,260.00 | 5,260.00 | .0235 | EA | 123.61 |

COMMENTS:  Reprinted on 3/13/07

| | |
|---|---|
| SALE AMOUNT | 1,429.04 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 1,429.04 |
| AMOUNT RECEIVED | .00 |

TERMS:   NET 30 DAYS

| BALANCE DUE | 1,429.04 |
|---|---|

### THE RAWAC PLATING CO.

1107 West North Street
Springfield, Ohio 45504
Ph. 937-322-7491  Fax 937-322-6172

| INVOICE | PAGE |
|---|---|
| 00042330 | 1 |
| INVOICE DATE | |
| 10/10/05 | |

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 39077 | 10/08/05 | DELPHI | L05 | DF |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| 550022548 | | THEIR TRUCK | |

| ITEM NUMBER DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 16629140 DELPHI BRKT ZINC COBALT | 13,500.00 | 13,500.00 | .0480 | EA | 648.00 |
| 16629141 L-DELPHI ZINC COBALT | 11,000.00 | 11,000.00 | .0480 | EA | 528.00 |

**COMMENTS:**  Reprinted on 3/13/07

| | |
|---|---|
| SALE AMOUNT | 1,176.00 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 1,176.00 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 1,176.00 |

**TERMS:**  NET 30 DAYS

## THE RAWAC PLATING CO.

1107 West North Street
Springfield, Ohio 45504
Ph. 937-322-7491  Fax 937-322-6172

| INVOICE NO. | PAGE |
|---|---|
| 00042331 | 1 |
| **INVOICE DATE** | |
| 10/10/05 | |

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

| ORDER NO | ORDER DATE | CUSTOMER NO | LOC | SALES REP |
|---|---|---|---|---|
| 39078 | 10/08/05 | DELPHI | L05 | DF |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| | | THEIR TRUCK | |

| ITEM NUMBER DESCRIPTION | QTY. ORDERED | QTY. SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 16625259 MW DETENT ZINC COBALT | 41,845.00 | 41,845.00 | .0042 | EA | 175.75 |

**COMMENTS:**  Reprinted on 3/13/07

| | |
|---|---|
| SALE AMOUNT | 175.75 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 175.75 |
| AMOUNT RECEIVED | .00 |

**TERMS:**  NET 30 DAYS

| **BALANCE DUE** | 175.75 |
|---|---|

## THE RAWAC PLATING CO.

1107 West North Street
Springfield, Ohio 45504
Ph. 937-322-7491  Fax 937-322-6172



| 00042333 | 1 |
|---|---|

**INVOICE DATE**

10/10/05

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

| ORDER NO | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 39080 | 10/08/05 | DELPHI | L05 | DF |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| 550022548 | | THEIR TRUCK | |

| ITEM NUMBER DESCRIPTION | QTY ORDERED | QTY. SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 16629141 L-DELPHI ZINC COBALT | 5,500.00 | 5,500.00 | .0480 | EA | 264.00 |

**COMMENTS:** Reprinted on 3/13/07

**TERMS:** NET 30 DAYS

| | |
|---|---|
| SALE AMOUNT | 264.00 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 264.00 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 264.00 |

# THE RAWAC PLATING CO.

1107 West North Street
Springfield, Ohio 45504
Ph. 937-322-7491  Fax 937-322-6172

| 00042334 | 1 |
|---|---|
| **INVOICE DATE** | |
| 10/10/05 | |

BILL TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALES REP |
|---|---|---|---|---|
| 39081 | 10/08/05 | DELPHI | L05 | DF |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| | | THEIR TRUCK | |

| ITEM NUMBER DESCRIPTION | QTY. ORDERED | QTY SHIPPED/RETURNED QTY BACKORDERED | UNIT PRICE | UOM DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|
| 16632683 I/S HDL LVR ZINC COBALT | 19,110.00 | 19,110.00 | .0089 | EA | 170.08 |
| 20650439 T3 FORKBOLT ZINC COBALT | 9,160.00 | 9,160.00 | .0178 | EA | 163.05 |
| 16606319 DELPHI BRKT Zn/Fe TRIVALENT WITH SEALER | 40,000.00 | 40,000.00 | .0061 | EA | 244.00 |
| 16605980 DELPHI BRKT Zn/Fe TRIVALENT WITH SEALER | 32,000.00 | 32,000.00 | .0200 | EA | 640.00 |
| 16640463 DELPHI BRKT ZINC COBALT | 17,682.00 | 17,682.00 | .0235 | EA | 415.53 |
| 16605981 MW BACKPLATE-DELPHI Zn/Fe TRIVALENT WITH SEALER | 8,000.00 | 8,000.00 | .0200 | EA | 160.00 |

COMMENTS:  Reprinted on 3/13/07

| | |
|---|---|
| SALE AMOUNT | 1,792.66 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 1,792.66 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 1,792.66 |

TERMS:  NET 30 DAYS

## THE RAWAC PLATING CO.

1107 West North Street
Springfield, Ohio 45504
Ph. 937-322-7491  Fax 937-322-6172

| 00042335 | 1 |
|---|---|
| **INVOICE DATE** | |
| 10/10/05 | |

BILL TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
200 Georgesville Road

Columbus, OHIO 43228

| ORDER NO | ORDER DATE | CUSTOMER NO. | LOC | SALES REP. |
|---|---|---|---|---|
| 39082 | 10/08/05 | DELPHI | L05 | DF |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| | | THEIR TRUCK | |

| ITEM NUMBER DESCRIPTION | QTY ORDERED | QTY SHIPPED/RETURNED QTY. BACKORDERED | UNIT PRICE | UOM DISC% | EXTENDED PRICE |
|---|---|---|---|---|---|
| 16625259 MW DETENT ZINC COBALT | 53,301.00 | 53,301.00 | .0042 | EA | 223.86 |

COMMENTS:  Reprinted on 3/13/07

| | |
|---|---|
| SALE AMOUNT | 223.86 |
| MISC. CHARGES | .00 |
| SHIPPING/HANDLING | .00 |
| SALES TAX | .00 |
| TOTAL | 223.86 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 223.86 |

TERMS:  NET 30 DAYS

03/20/06
226051

## ROESSEL & COMPANY INC
199 LAGRANGE AVE.  ROCHESTER  N. Y.  14613
TELEPHONE  585 + 458 - 5560

### STATEMENT

SOLD TO:   DELPHI
           ROCH OPER/PAY ON RECEIPT*
           PO BOX 92700
           ROCHESTER NY  14692-8800

A SERVICE CHARGE OF 1.5% PER MONTH, 18% ANNUALLY
WILL BE CHARGED ON BALANCES NOT PAID WITHIN 30 DAYS

PAST DUE
PLEASE REMIT

| CUSTOMER PURCHASE ORDER | INVOICE NUMBERS | INVOICE DATES | TOTAL | CURRENT | OVER 30 | OVER 60 |
|---|---|---|---|---|---|---|
| 450131212 | F629920 | 09/14/05 | 2917.20 | | | 2917.20 |
| 450131204 | I628850 | 09/27/05 | 205.70 | | | 205.70 |

MAY 8TH 06

| | PLEASE PAY > | 3122.90 | 0.00 | 0.00 | 3122.90 |
|---|---|---|---|---|---|

# ROESSEL & CO. INC.

INVOIC

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560 (800)295-5560 Fax: (585)458-6074

Serving the Automation Needs of Industry Since 1952
EMAIL: info@roessel.com WEBSITES: www.roessel.com

Your Purchase Order: 450131212

**SOLD TO**
DELPHI ENERGY & CHASSIS
ROCH OPER/PAY ON RECEIPT*
PO BOX 92700
ROCHESTER NY 14692-8800

**SHIP TO**
DELPHI ENERGY CHASSIS
UPS COLL#123863     DOCKS
1000 LEXINGTON  @87/88/89
ROCHESTER NY 14606

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226051 | F-62992-0 | 09/14/05 | 09/14/05 | UPS FRTCOL | ST.PAUL MN | FA |

| ORDER QUANTITY | SHIP QUANTITY | BACK ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 3 | 3 | 0 | FASTEST FE-06713-B CUSTOM CNCT WITH "O" RING MAIN SEAL. 303 SS SEAL CASING EXTENDED, AND 0.312" HOLE DRILLED FOR TEST ABOVE ITEM = P/N 133499 | 972.40 | | 2,917.20 |
| | | | SHIP UPS FREIGHT COLLECT USING DELPHI ACCOUNT # 123863 REFERENCE OLD PO# RPS47130 FASTEST INV# 42555 ** I N V O I C E   C O P Y ** | | | |

UPS TRACKER
1 Z 552 943 03 4584 9911

| PAYMENT REQUIRED IN 30 DAYS | | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | | 2,917.20 | 0.00 | 0.00 | | 2,917.20 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



Home | About UPS | Contact UPS | Getting Started @ UPS.com

**UPS United States**

**Shipping    Tracking**

Tracking

Log-In  User ID: Klaitenberge  Password:   | Forgot Password         **Register**

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers ⬛
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⬛
→ Void a Shipment ⬛
→ Help

# ▌▌▌ Track by Tracking Number

## View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/19/2005 9:12 A.M. |
| **Signed by:** | JERRY |
| **Location:** | DOCK |
| **Delivered to:** | ROCHESTER, NY, US |

*ROESSEL*
*INV. F-62992-C*

**Tracking Number:**  1Z 552 943 03 4584 991 1
**Service Type:**  GROUND

### Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| ROCHESTER, NY, US | 09/19/2005 | 9:12 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 3:27 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**

Page: 1

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560  (800)295-5560 Fax: (585)458-6074

**Serving the Automation Needs of Industry Since 1952**
EMAIL: info@roessel.com  WEBSITES: www.roessel.com

Your Purchase Order: 450131204

| SOLD TO | SHIP TO |
|---------|---------|
| DELPHI ENERGY & CHASSIS<br>ROCH OPER/PAY ON RECEIPT*<br>PO BOX 92700<br>ROCHESTER NY  14692-8800 | DELPHI ENERGY CHASSIS<br>UPS COLL#123863        DOCKS<br>1000 LEXINGTON  @87/88/89<br>ROCHESTER NY  14606 |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | | |
|---|---|---|---|---|---|---|---|
| 226051 | I-62885-0 | 09/27/05 | 09/27/05 | UPS FRTCOL | ROCHESTER  NEW YORK | R | |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | NET TOTAL |
|---|---|---|---|---|---|
| 34 | 34 | 0 | FASTEST E64-X242 FUEL RAIL<br>INLET RETAINING RING.<br><br>SHIP UPS FREIGHT COLLECT USING<br>DELPHI ACCOUNT # 123863<br>REFERENCE OLD PO# RPS46957<br>UPS TR# 1Z124558-0344041094<br>** I N V O I C E   C O P Y ** | 6.05 | 205.70 |

← UPS TRACKER

| PAYMENT REQUIRED IN 30 DAYS | | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | | 205.70 | 0.00 | 0.00 | | 205.70 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



Home | About UPS | A. | PARTS 14 etting Page 15 of 67 s.com



**UPS United States**

 Tracking 

Tracking

Log-In  User ID: Klaitenberge  Password: [          ] | Forgot Password                Register

→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking
    Numbers
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking
→ Void a Shipment
→ Help

|||||| **Track by Tracking Number**

**View Details**

*ROESSEL INV.*
*I 628850*

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/28/2005 9:17 A.M. |
| **Signed by:** | JERRY |
| **Location:** | DOCK |
| **Delivered to:** | ROCHESTER, NY, US |
| **Tracking Number:** | 1Z 124 558 03 4404 109 4 |
| **Service Type:** | GROUND |

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| ROCHESTER, NY, US | 09/28/2005 | 9:17 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 2:46 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc, All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

**ROESSEL & COMPANY INC**
199 LAGRANGE AVE.   ROCHESTER  N. Y.   14613
TELEPHONE  585 + 458 - 5560


**STATEMENT**


SOLD TO:   DELPHI HARRISON THERMAL

PO BOX 436040
PONTIAC MI  48343-6040


| | | PAST DUE |
| --- | --- | --- |
| A SERVICE CHARGE OF 1.5% PER MONTH, 18% ANNUALLY | | |
| WILL BE CHARGED ON BALANCES NOT PAID WITHIN 30 DAYS | | PLEASE REMIT |

| CUSTOMER PURCHASE ORDER | INVOICE NUMBERS | INVOICE DATES | TOTAL | CURRENT | OVER 30 | OVER 60 |
| --- | --- | --- | --- | --- | --- | --- |
| LPM23968 | F620081 | 07/05/05 | 85.26 | | | 85.26 |
| LPR42728 | F631771 | 09/07/05 | 214.79 | | | 214.79 |
| LPR42728 | F631772 | 09/21/05 | 768.32 | | | 768.32 |
| LPS98177 | F632080 | 09/01/05 | 160.20 | | | 160.20 |
| LPS98177 | F632081 | 09/22/05 | 546.90 | | | 546.90 |
| LPB01623/LPR42939 | | | | | | |
| | F633090 | 09/14/05 | 495.52 | | | 495.52 |
| 450140384 | F637210 | 09/27/05 | 3918.09 | | | 3918.09 |
| 450140681 | F637660 | 09/29/05 | 743.84 | | | 743.84 |
| 450143058 | F638360 | 10/04/05 | 343.39 | | | 343.39 |
| LPB01623/LPR42395 | | | | | | |
| | I630590 | 09/07/05 | 316.20 | | | 316.20 |
| LPS78372 | I631021 | 09/13/05 | 19.70 | | | 19.70 |
| 450139086 | I631022 | 10/03/05 | 137.49 | | | 137.49 |
| LPS78372 | I632450 | 09/07/05 | 33.72 | | | 33.72 |
| 450139086 | I633300 | 09/28/05 | 134.18 | | | 134.18 |
| 450139086 | I633301 | 09/29/05 | 282.92 | | | 282.92 |
| LPB01623/LPR43270 | | | | | | |
| | I633550 | 09/01/05 | 329.28 | | | 329.28 |
| LPB01623/LPR43427 | | | | | | |
| | I634050 | 09/06/05 | 46.55 | | | 46.55 |
| LPB01623/LPR43427 | | | | | | |
| | I635180 | 09/14/05 | 987.84 | | | 987.84 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| PLEASE PAY  > | 9564.19 | 0.00 | 0.00 | 9564.19 |

# ROESSEL & CO. INC.

INVOIC

Page: 1

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560  (800)295-5560  Fax: (585)458-6074

**Serving the Automation Needs of Industry Since 1952**
EMAIL: info@roessel.com  WEBSITES: www.roessel.com

Your Purchase Order: LPM23968

SOLD TO:
DELPHI HARRISON THERMAL
**ATTN:A/P NAO DIS CNTR
PO BOX 436040
PONTIAC MI  48343-6040

SHIP TO:
DELPHI*UPS FRT COL 123398
PLANT 2 BDG 7 DOCK 5 S.E.
WEST PLANT
LOCKPORT NY  14094-1896

ATTN: CHARLETON BENJAMIN

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226030 | F-62008-1 | 07/05/05 | 07/05/05 | UPS FRTCOL | ST.PAUL MN | FA |

| ORDER QUANTITY | SHIP QUANTITY | BACK ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | FASTEST FIS5-52 MAIN SEAL SET | 42.63 | | 85.26 |
| | | | SHIP UPS FREIGHT COLLECT USING DELPHI HRD UPS ACCT# 123398 FASTEST INV# 40620 ** I N V O I C E   C O P Y ** | | | |

*UPS TRACKER&*
*12552 943 03 4506* *no.8*

| PAYMENT REQUIRED IN 30 DAYS | | | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | | | 85.26 | 0.00 | 0.00 | | | 85.26 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED

UPS Package Tracking
05-44481-rdd    Doc 7220-14    Filed 03/14/07    Entered 03/14/07 14:44:24    Exhibit
A-PART-14 etc Pg 18 of 67
Home | About UPS | Contact UPS | ups.com
Page 1 of 1

   

**UPS United States**

Shipping   Tracking

Tracking

Log-In  User ID: Klaitenberge  Password: [ ]  | Forgot Password    **Register**

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers ⓘ
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⓘ
→ Void a Shipment ⓘ
→ Help

# ▐█▌ Track by Tracking Number

**View Details**

*ROESSEL INV.*
*F 620081*

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 07/11/2005 8:42 A.M. |
| **Signed by:** | TABONE |
| **Location:** | DOCK |
| **Delivered to:** | LOCKPORT, NY, US |
| **Tracking Number:** | 1Z 552 943 03 4506 170 8 |
| **Service Type:** | GROUND |

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 07/11/2005 | 8:42 A.M. | DELIVERY |
| LOCKPORT, NY, US | 07/08/2005 | 6:01 A.M. | THE RECEIVER REQUESTED A HOLD FOR A FUTURE DELIVERY DATE. UPS WILL ATTEMPT DELIVERY ON DATE REQUESTED;DELIVERY RESCHEDULED |

Tracking results provided by UPS: 03/21/2006 3:27 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**

Page: 1

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560  (800)295-5560  Fax: (585)458-6074

**Serving the Automation Needs of Industry Since 1952**
EMAIL: info@roessel.com  WEBSITES: www.roessel.com

Your Purchase Order: LPR42728

| SOLD TO | SHIP TO |
|---|---|
| DELPHI HARRISON THERMAL<br>**ATTN:A/P NAO DIS CNTR<br>PO BOX 436040<br>PONTIAC MI  48343-6040 | DELPHI*UPS FRT COL 123398<br>PLANT 2 DEPT 333 BLD 7<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY  14094 |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226030 | F-63177-1 | 09/07/05 | 09/07/05 | UPS FRTCOL | ST.PAUL MN | FA |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 4 | 4 | 0 | FASTEST FIB4-42 BULK SEAL SET<br>5 PER PKG (1.18" to 1.26")<br>NEOPRENE SEALS ON "id" OF PART | 44.54 | | 178.16 |
| 7 | 0 | 7 | FASTEST FIB3-33UR BULK SEALS<br>5 PER PKG. (1.02" to 1.10")<br>URETHANE SEAL, ON "id" OF PART | | | |
| 9 | 9 | 0 | FASTEST FIR-3/FIR-4 SEAL SET<br>FITS BOTH FI-3 AND FI-4 CONNEC | 4.07 | | 36.63 |
| | | | SHIP UPS FREIGHT COLLECT USING<br>DELPHI HRD UPS ACCT# 123398<br>FASTEST INV# 42368<br>** I N V O I C E   C O P Y ** | | | |

*UPS TRACKER*
*1Z 552 943 03 4377 8608*

| PAYMENT REQUIRED IN 30 DAYS | | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | | 214.79 | 0.00 | 0.00 | | 214.79 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



Home | About UPS | Getting Started | UPS.com

UPS United States



**Shipping** | Tracking | **Support** | **Business Solutions**

Tracking

Log-In  User ID: Klaitenberge  Password: [ ]   | Forgot Password    **Register**

→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking
    Numbers ⬛
→ Track by Reference Number
→ Track by Freight Tracking
    Number
→ Track by Freight Shipment
    Reference
→ Track with Quantum View
→ Sign Up for Signature
    Tracking ⬛
→ Void a Shipment ⬛
→ Help

# ▐▊▌ Track by Tracking Number

**View Details**

*Handwritten:* ROESSEL INV.
F 631991

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/12/2005 8:43 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |
| **Tracking Number:** | 1Z 552 943 03 4377 860 8 |
| **Service Type:** | GROUND |

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/12/2005 | 8:43 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 3:27 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**

Page: 1

199 LAGRANGE AVE.  ROCHESTER, N.Y.  14613-1593
(585)458-5560  (800)295-5560  Fax: (585)458-6074

**Serving the Automation Needs of Industry Since 1952**
EMAIL: info@roessel.com  WEBSITES: www.roessel.com

Your Purchase Order: LPR42728

S O L D T O
DELPHI HARRISON THERMAL
**ATTN:A/P NAO DIS CNTR
PO BOX 436040
PONTIAC MI  48343-6040

S H I P T O
DELPHI*UPS FRT COL 123398
PLANT 2 DEPT 333 BLD 7
200 UPPER MOUNTAIN ROAD
LOCKPORT NY  14094

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | | |
|---|---|---|---|---|---|---|---|
| 226030 | F-63177-2 | 09/21/05 | 09/21/05 | UPS FRTCOL | ST.PAUL MN | | FA |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 7 | 7 | 0 | FASTEST FIB3-33UR BULK SEALS<br>5 PER PKG. (1.02" to 1.10")<br>URETHANE SEAL, ON "id" OF PART<br><br>SHIP UPS FREIGHT COLLECT USING<br>DELPHI HRD UPS ACCT# 123398<br>FASTEST INV# 42721<br>** I N V O I C E   C O P Y ** | 109.76 | | 768.32 |

*UPS TRACKER*
*12552 943 03 4443 5995*

| PAYMENT REQUIRED IN 30 DAYS | | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | | 768.32 | 0.00 | 0.00 | | 768.32 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED




**UPS United States**

 Tracking 



Tracking    Log-In  User ID: Klaitenberge  Password:    | Forgot Password    **Register**

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers ▪
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ▪
→ Void a Shipment ▪
→ Help

## ▌▌▌▌ Track by Tracking Number

**View Details**

*ROESSEL INN*
*F 63/222*

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/26/2005 8:57 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |

| | |
|---|---|
| **Tracking Number:** | 1Z 552 943 03 4443 599 5 |
| **Service Type:** | GROUND |

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/26/2005 | 8:57 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 3:28 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**

Page:    1

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560  (800)295-5560  Fax: (585)458-6074

Serving the Automation Needs of Industry Since 1952
EMAIL: info@roessel.com  WEBSITES: www.roessel.com

Your Purchase Order: LPS98177

SOLD TO:
DELPHI HARRISON THERMAL
**ATTN:A/P NAO DIS CNTR
PO BOX 436040
PONTIAC MI  48343-6040

SHIP TO:
DELPHI*UPS FRT COL 123398
PLANT 4 DEPT 743 BDG 9
WEST PLANT
LOCKPORT NY  14094

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226030 | F-63208-0 | 09/01/05 | 09/01/05 | UPS FRTCOL | ST.PAUL MN | FA |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | NET TOTAL |
|---|---|---|---|---|---|
| 1 | 1 | 0 | FASTEST 12004-000-0200 SHAFT EXTENSION, 2" LONGER THAN STD. | 82.85 | 82.85 |
| 1 | 1 | 0 | FASTEST 12003001-0200 SPACER ASSEMBLY FOR 2" EXTENDED SHAFT | 77.35 | 77.35 |
| 1 | 0 | 1 | FASTEST 12004-000-0400 SHAFT EXTENSION, 4" LONGER THAN STD. | | |
| 1 | 0 | 1 | FASTEST 12003001-0400 SPACER ASSEMBLY FOR 4" EXTENDED SHAFT REQ# PR726093 | | |
| | | | SHIP UPS FREIGHT COLLECT USING DELPHI HRD UPS ACCT# 123398 FASTEST INV# 42223 ** I N V O I C E   C O P Y ** | | |

UPS TRACKER
12552943 034 381 4408

| PAYMENT REQUIRED IN 30 DAYS | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | 160.20 | 0.00 | 0.00 | | 160.20 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED

 

Home | About UPS | Getting Started | ups.com

  **UPS United States**



Tracking

Log-In  User ID: [Klaitenberge]  Password: [          ]  | Forgot Password        [Register]

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking
→ Void a Shipment
→ Help

## ▌▌▌ Track by Tracking Number

### View Details

*ROESSEL INV.*
*F632080*

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/07/2005 8:48 A.M. |
| **Signed by:** | EGAN |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |

**Tracking Number:** 1Z 552 943 03 4387 447 8
**Service Type:** GROUND

### Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/07/2005 | 8:48 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 3:28 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

INVOIC

Page: 1

**199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593**
**(585)458-5560 (800)295-5560 Fax: (585)458-6074**

**Serving the Automation Needs of Industry Since 1952**
EMAIL: Info@roessel.com WEBSITES: www.roessel.com

**Your Purchase Order: LPS98177**

| SOLD TO | SHIP TO |
|---|---|
| DELPHI HARRISON THERMAL<br>**ATTN:A/P NAO DIS CNTR<br>PO BOX 436040<br>PONTIAC MI  48343-6040 | DELPHI*UPS FRT COL 123398<br>PLANT 4 DEPT 743 BDG 9<br>WEST PLANT<br>LOCKPORT NY  14094 |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226030 | F-63208-1 | 09/22/05 | 09/22/05 | UPS FRTCOL | ST.PAUL MN | FA |

| ORDER QUANTITY | SHIP QUANTITY | BACK ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | FASTEST 12004-000-0400 SHAFT<br>EXTENSION, 4" LONGER THAN STD. | 312.50 | | 312.50 |
| 1 | 1 | 0 | FASTEST 12003001-0400 SPACER<br>ASSEMBLY FOR 4" EXTENDED SHAFT<br>REQ# PR726093 | 234.40 | | 234.40 |
| | | | SHIP UPS FREIGHT COLLECT USING<br>DELPHI HRD UPS ACCT# 123398<br>FASTEST INV# 42761<br>** I N V O I C E   C O P Y ** | | | |

UPS TRACKER

12 552 943 03 4456 2599

| PAYMENT REQUIRED IN 30 DAYS | | SUB-TOTAL | TAX | SHIPPING & HANDLING | **PLEASE<br>REMIT THIS** | TOTAL |
|---|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | | 546.90 | 0.00 | 0.00 | | 546.90 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



Home | About UPS | A-PART-TS14 Getting Started | 67s.com





**UPS United States**

 Tracking



Tracking

Log-In  User ID: `Klaitenberge`  Password: `_____` 🔲  | Forgot Password

**Register**

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers ⬛
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⬛
→ Void a Shipment ⬛
→ Help

## ▌▌▌▌▌ Track by Tracking Number

### View Details

|   |   |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/27/2005 8:42 A.M. |
| **Signed by:** | UHRICH |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |
| **Tracking Number:** | 1Z 552 943 03 4456 259 9 |
| **Service Type:** | GROUND |

*ROESSEL INV*
*F632081*

### Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/27/2005 | 8:42 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 3:29 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560  (800)295-5560  Fax: (585)458-6074

**Serving the Automation Needs of Industry Since 1952**
EMAIL: info@roessel.com  WEBSITES: www.roessel.com

Your Purchase Order: LPB01623/LPR42939

**SOLD TO:**
DELPHI HARRISON THERMAL
**ATTN:A/P NAO DIS CNTR
PO BOX 436040
PONTIAC MI  48343-6040

**SHIP TO:**
DELPHI*UPS FRT COL 123398
PLANT 2 DEPT 333 BLD 7
200 UPPER MOUNTAIN ROAD
LOCKPORT NY  14094

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | | |
|---|---|---|---|---|---|---|---|
| 226030 | F-63309-0 | 09/14/05 | 09/14/05 | UPS FRTCOL | ST.PAUL MN | | FA |

| ORDER QUANTITY | SHIP QUANTITY | BACK ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 16 | 16 | 0 | FASTEST FIB1-13 BULK SEALS | 30.97 | | 495.52 |
| | | | 5 PER PKG. (.554" to .630") | | | |
| | | | NEOPRENE, SEAL ON "id" OF HOLE | | | |
| | | | ABOVE ITEM = P/N 647464 | | | |
| | | | | | | |
| | | | SHIP UPS FREIGHT COLLECT USING | | | |
| | | | DELPHI HRD UPS ACCT# 123398 | | | |
| | | | FASTEST INV# 42567 | | | |
| | | | ** I N V O I C E   C O P Y ** | | | |

*UPS TRACKER*
*1 Z 552 943 0345 74 4846*

| PAYMENT REQUIRED IN 30 DAYS | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | 495.52 | 0.00 | 0.00 | | 495.52 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



Home | About UPS | Contact UPS | Getting Started @ UPS.com

**UPS United States**

Shipping   **Tracking**

Tracking

Log-In   User ID: Klaitenberge   Password: [        ]   ↵   | Forgot Password          **Register**

→ Track by Tracking Number
  > Track by E-mail
  > Import Tracking
    Numbers ⚑
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⚑
→ Void a Shipment ⚑
→ Help

# ▐▐▌▐ Track by Tracking Number

### View Details

*handwritten:* Roessel Inv.
*handwritten:* F-633090

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/19/2005 8:40 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |

**Tracking Number:**   1Z 552 943 03 4574 484 6
**Service Type:**       GROUND

### Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/19/2005 | 8:40 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 3:29 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**

Page: 1

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560  (800)295-5560  Fax: (585)458-6074

**Serving the Automation Needs of Industry Since 1952**
EMAIL: info@roessel.com  WEBSITES: www.roessel.com

Your Purchase Order: 450140384

**SOLD TO:**
DELPHI HARRISON THERMAL
**ATTN:A/P NAO DIS CNTR
PO BOX 436040
PONTIAC MI  48343-6040

**SHIP TO:**
DELPHI*UPS FRT COL 123398
PLANT 2 DEPT 333 BLD 7
200 UPPER MOUNTAIN ROAD
LOCKPORT NY  14094

ATTN: J. WAGNER

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226030 | F-63721-0 | 09/27/05 | 09/27/05 | UPS FRTCOL | GLENDALE HEIGHTS ILLINOIS | OR |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | NET TOTAL |
|---|---|---|---|---|---|
| 3 | 3 | 0 | ORIGA OSP-P45000000033-01143 CYLINDER, 40MM BORE, 01143MM STROKE, WITH SWITCHES (3) | 1,306.03 | 3,918.09 |
| | | | SHIP UPS FREIGHT COLLECT USING DELPHI HRD UPS ACCT# 123398 ORIGA INV# 245217 ** I N V O I C E   C O P Y ** | | |

*UPS TRACKER*
*1ZX028290311566036*

| PAYMENT REQUIRED IN 30 DAYS | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | 3,918.09 | 0.00 | 0.00 | | 3,918.09 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



**UPS United States**

Shipping | Tracking | Support | Business Solutions

Tracking

Log-In  User ID: Klaitenberge  Password: [          ]  🔒  | Forgot Password          **Register**

## ▌▌▌▌  Track by Tracking Number

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
     Numbers ⬇
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking ⬇
→ Void a Shipment ⬇
→ Help

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/29/2005 8:56 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |
| **Tracking Number:** | 1Z X02 827 03 1156 603 6 |
| **Service Type:** | GROUND |

*ROESSEL INVOICE*
*F6372210*

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/29/2005 | 8:56 A.M. | DELIVERY |

Tracking results provided by UPS: 03/23/2006 11:17 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**
Page: 1

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560 (800)295-5560 Fax: (585)458-6074

Serving the Automation Needs of Industry Since 1952
EMAIL: info@roessel.com WEBSITES: www.roessel.com

Your Purchase Order: 450140681

| SOLD TO | SHIP TO |
|---------|---------|
| DELPHI HARRISON THERMAL<br>**ATTN:A/P NAO DIS CNTR<br>PO BOX 436040<br>PONTIAC MI 48343-6040 | DELPHI*UPS FRT COL 123398<br>PLANT 2 DEPT 333 BLD 7<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY 14094<br><br>ATTN: DOUG WESTCOTT |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226030 | F-63766-0 | 09/29/05 | 09/29/05 | UPS FRTCOL | GLENDALE HEIGHTS ILLINOIS | OR |

| ORDER QUANTITY | SHIP QUANTITY | BACK ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | ORIGA 25-2021/20X17"-VM CYLNDR | 371.92 | | 743.84 |
| | | | SHIP UPS FREIGHT COLLECT USING<br>DELPHI HRD UPS ACCT# 123398<br>ORIGA INV# 245375<br>** I N V O I C E   C O P Y ** | | | |

UP$ TRACKER
1Z X028270311568392

| PAYMENT REQUIRED IN 30 DAYS | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | 743.84 | 0.00 | 0.00 | | 743.84 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



**UPS United States**

 Shipping | Tracking | Support | Business Solutions

Tracking

Log-In  User ID: Klaitenberge  Password: [        ] ➡ | Forgot Password        **Register**

### Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers ⚑
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⚑
→ Void a Shipment ⚑
→ Help

## ▌▌▌ Track by Tracking Number

### View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 10/03/2005 8:56 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |
| **Tracking Number:** | 1Z X02 827 03 1156 839 2 |
| **Service Type:** | GROUND |

*ROESSEL INVOICE*
*F 637660*

#### Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 10/03/2005 | 8:56 A.M. | DELIVERY |

Tracking results provided by UPS: 03/23/2006 11:17 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search |
UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**

Page: 1

**199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593**
**(585)458-5560  (800)295-5560  Fax: (585)458-6074**

**Serving the Automation Needs of Industry Since 1952**
**EMAIL: Info@roessel.com  WEBSITES: www.roessel.com**

Your Purchase Order: 450143058

| SOLD TO | SHIP TO |
|---|---|
| DELPHI HARRISON THERMAL<br>**ATTN:A/P NAO DIS CNTR<br>PO BOX 436040<br>PONTIAC MI  48343-6040 | DELPHI*UPS FRT COL 123398<br>PLANT 2 DEPT 333 BLD 7<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY  14094<br><br>ATTN: DOUG WESTCOTT |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226030 | F-63836-0 | 10/04/05 | 10/04/05 | UPS FRTCOL | GLENDALE HEIGHTS ILLINOIS | OR |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | NET TOTAL |
|---|---|---|---|---|---|
| 1 | 1 | 0 | ORIGA 25-2021/20X660MM-B-M CYL<br>25MM BORE, 660MM STROKE, BUNA<br>SEALS<br><br>SHIP UPS FREIGHT COLLECT USING<br>DELPHI HRD UPS ACCT# 123398<br>ORIGA INV# 245585<br>** I N V O I C E   C O P Y ** | 343.39 | 343.39 |

UPS TRACKER

1ZX028200311520624

| PAYMENT REQUIRED IN 30 DAYS | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | 343.39 | 0.00 | 0.00 | | 343.39 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



Home | About UPS | ...etting Started... .com



**UPS United States**

Shipping | Tracking | 

Log-In  User ID: [Klaitenberge]  Password: [        ]  | Forgot Password                    **Register**

Tracking

→ Track by Tracking Number
  → Track by E-mail
  → Import Tracking
    Numbers ■
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ■
→ Void a Shipment ■
→ Help

# ||||| Track by Tracking Number

## View Details

**Status:**              Delivered
**Delivered on:**         10/06/2005 9:09 A.M.
**Signed by:**            HEWITSON
**Location:**             RECEIVER
**Delivered to:**         LOCKPORT, NY, US
**Shipped or Billed on:** 10/04/2005

**Tracking Number:**  1Z X02 827 03 1157 067 4
**Service Type:**     GROUND
**Weight:**           6.20 Lbs

*ROESSEL INVOICE
F 6 3 8 3 6 0*

## Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 10/06/2005 | 9:09 A.M. | DELIVERY |
| US | 10/04/2005 | 4:34 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 03/23/2006 11:17 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**

Page: 1

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560 (800)295-5560 Fax: (585)458-6074

**Serving the Automation Needs of Industry Since 1952**
EMAIL: info@roessel.com WEBSITES: www.roessel.com

**Your Purchase Order: LPB01623/LPR42395**

DELPHI HARRISON THERMAL
**ATTN:A/P NAO DIS CNTR
PO BOX 436040
PONTIAC MI  48343-6040

DELPHI*UPS FRT COL 123398
PLANT 2 DEPT 333 BLD 7
200 UPPER MOUNTAIN ROAD
LOCKPORT NY  14094

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | | |
|---|---|---|---|---|---|---|---|
| 226030 | I-63059-0 | 09/07/05 | 09/07/05 | UPS FRTCOL | ROCHESTER  NEW YORK | R | |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | NET TOTAL |
|---|---|---|---|---|---|
| 1 | 1 | 0 | FASTEST FI4-43 CONNECTOR & NEOPRENE SEAL. 1.26" to 1.34" SEALING RANGE ON "id" OF PART. 648298 = DELPHI "ID" number | 316.20 | 316.20 |
| | | | SHIP UPS FREIGHT COLLECT USING DELPHI HRD UPS ACCT# 123398 UPS TR# 1Z124558-0344380021 ** I N V O I C E   C O P Y ** | | |

| PAYMENT REQUIRED IN 30 DAYS | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | 316.20 | 0.00 | 0.00 | | 316.20 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



**UPS United States**

   **Tracking**   

## Tracking

Log-In  User ID: [Klaitenberge]  Password: [          ]  | Forgot Password          **Register**

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers ℹ
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ℹ
→ Void a Shipment ℹ
→ Help

## ▌▌▌ Track by Tracking Number

### View Details

**Status:**          Delivered
**Delivered on:**    09/08/2005 9:20 A.M.
**Signed by:**       HEWITSON
**Location:**        RECEIVER
**Delivered to:**    LOCKPORT, NY, US

**Tracking Number:**  1Z 124 558 03 4438 002 1
**Service Type:**    GROUND

*ROESSEL INV.*
*I630590*

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/08/2005 | 9:20 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 2:49 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593**
**(585)458-5560 (800)295-5560 Fax: (585)458-6074**

**Serving the Automation Needs of Industry Since 1952**
**EMAIL: info@roessel.com WEBSITES: www.roessel.com**

**INVOIC**
Page: 1

Your Purchase Order: LPS78372

SOLD TO:
DELPHI HARRISON THERMAL
**ATTN:A/P NAO DIS CNTR
PO BOX 436040
PONTIAC MI 48343-6040

SHIP TO:
DELPHI*UPS FRT COL 123398
PLANT 2 DEPT 333 BLD 7
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

ATTN: AL HAYDEN

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | | |
|---|---|---|---|---|---|---|---|
| 226030 | I-63102-1 | 09/13/05 | 09/13/05 | UPS FRTCOL | ROCHESTER NEW YORK | R | |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 1 | 0 | 1 | FASTEST FIB4-1050UR SEAL SET | | | |
| 1 | 1 | 0 | FASTEST FIS1-13 MAIN SEAL SET | 19.70 | | 19.70 |
| | | | .551" to .630" NEOPRENE SEAL & | | | |
| | | | WASHER, SEALS ON "id" OF HOLE. | | | |
| | | | | | | |
| | | | SHIP UPS FREIGHT COLLECT USING | | | |
| | | | DELPHI HRD UPS ACCT# 123398 | | | |
| | | | UPS TR# 1Z124558-0345654457 | | | |
| | | | ** I N V O I C E   C O P Y ** | | | |

| PAYMENT REQUIRED IN 30 DAYS | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | 19.70 | 0.00 | 0.00 | | 19.70 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED

UPS Package Tracking
Page 1 of 1







Home | About UPS | Contact UPS | Getting Started | UPS.com

**UPS United States**

 **Tracking** 

Tracking

Log-In  User ID: [Klaitenberge]  Password: [          ] ➡  | Forgot Password          **Register**

→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking
    Numbers ▪
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ▪
→ Void a Shipment ▪
→ Help

## ▌▌▌▌ **Track by Tracking Number**

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/14/2005 8:38 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |

**Tracking Number:**  1Z 124 558 03 4565 445 7
**Service Type:**  GROUND

*ROESSEL INV.*
*I 6 31021*

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/14/2005 | 8:38 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 2:49 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**
Page: 1

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560  (800)295-5560  Fax: (585)458-6074

**Serving the Automation Needs of Industry Since 1952**
EMAIL: info@roessel.com  WEBSITES: www.roessel.com

Your Purchase Order: 450139086

SOLD TO:
DELPHI HARRISON THERMAL
**ATTN:A/P NAO DIS CNTR
PO BOX 436040
PONTIAC MI  48343-6040

SHIP TO:
DELPHI*UPS FRT COL 123398
PLANT 2 DEPT 333 BLD 7
200 UPPER MOUNTAIN ROAD
LOCKPORT NY  14094

ATTN: AL HAYDEN

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | | |
|---|---|---|---|---|---|---|---|
| 226030 | I-63102-2 | 10/03/05 | 10/03/05 | UPS FRTCOL | ROCHESTER   NEW YORK | R | |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | FASTEST FIB4-1050UR SEAL SET | 137.49 | | 137.49 |
| | | | SHIP UPS FREIGHT COLLECT USING DELPHI HRD UPS ACCT# 123398 PREVIOUSLY ON PO# LPS78372 UPS TR# 1Z124558-0343986987 ** I N V O I C E   C O P Y ** | | | |

| PAYMENT REQUIRED IN 30 DAYS | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | 137.49 | 0.00 | 0.00 | | 137.49 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED

UPS Package Tracking                                                                  Page 1 of 1

 Home | About UPS | Contact UPS | Getting Started | ups.com

**UPS United States**

**Shipping**    Tracking    **Support**    **Business Solutions**

**Tracking**

Log-In  User ID: Klaitenberge  Password: [ ]  | Forgot Password      **Register**

→ Track by Tracking Number
 > Track by E-mail
 > Import Tracking
   Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▌▌▌▌ Track by Tracking Number

### View Details

**Roessel Inv.
I 631022**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 10/03/2005 8:56 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |
| **Tracking Number:** | 1Z 124 558 03 4398 698 7 |
| **Service Type:** | GROUND |

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 10/03/2005 | 8:56 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 2:50 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593**
**(585)458-5560 (800)295-5560 Fax: (585)458-6074**

**Serving the Automation Needs of Industry Since 1952**
EMAIL: Info@roessel.com WEBSITES: www.roessel.com

**INVOIC**
Page: 1

Your Purchase Order: LPS78372

| | |
|---|---|
| SOLD TO | DELPHI HARRISON THERMAL<br>**ATTN:A/P NAO DIS CNTR<br>PO BOX 436040<br>PONTIAC MI  48343-6040 |
| SHIP TO | DELPHI*UPS FRT COL 123398<br>PLANT 2 DEPT 333 BLD 7<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY  14094<br><br>ATTN: AL HAYDEN |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | | |
|---|---|---|---|---|---|---|---|
| 226030 | I-63245-0 | 09/07/05 | 09/07/05 | UPS FRTCOL | ROCHESTER   NEW YORK | | R |

| ORDER QUANTITY | SHIP QUANTITY | BACK ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | FASTEST 1201-3003 HARD WASHER<br>DELPHI P/N 648089 | 8.43 | | 16.86 |
| 2 | 2 | 0 | FASTEST 1201-3001 WASHER<br><br>SHIP UPS FREIGHT COLLECT USING<br>DELPHI HRD UPS ACCT# 123398<br>UPS TR# 1Z124558-0345040646 ⟵<br>** I N V O I C E   C O P Y ** | 8.43 | | 16.86 |

| PAYMENT REQUIRED IN 30 DAYS | | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | | 33.72 | 0.00 | 0.00 | | 33.72 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED






Home | About UPS | Getting Started | ups.com

**UPS United States**

Shipping | **Tracking** | Business | eSolutions

Tracking

Log-In  User ID: Klaitenberge  Password: [        ]  | Forgot Password  **Register**

→ Track by Tracking Number
  › Track by E-mail
  › Import Tracking
    Numbers
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking
→ Void a Shipment
→ Help

# Track by Tracking Number

## View Details

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/08/2005 9:20 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |

| | |
|---|---|
| **Tracking Number:** | 1Z 124 558 03 4504 064 6 |
| **Service Type:** | GROUND |

*ROESSEL INV.*
*I 632450*

### Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/08/2005 | 9:20 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 2:50 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**

Page: 1

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560 (800)295-5560 Fax: (585)458-6074

**Serving the Automation Needs of Industry Since 1952**
EMAIL: info@roessel.com WEBSITES: www.roessel.com

Your Purchase Order: 450139086

| SOLD TO | SHIP TO |
|---|---|
| DELPHI HARRISON THERMAL<br>**ATTN:A/P NAO DIS CNTR<br>PO BOX 436040<br>PONTIAC MI  48343-6040 | DELPHI*UPS FRT COL 123398<br>PLANT 2 DEPT 333 BLD 7<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY  14094<br><br>ATTN: AL HAYDEN |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226030 | I-63330-0 | 09/28/05 | 09/28/05 | UPS FRTCOL | ROCHESTER  NEW YORK | R |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 3 | 0 | 3 | FASTEST FIB3-33UR-40-M SEAL PK<br>5 / PKG, (1.02" to 1.10")<br>40 DUROMETER MACHINED URETHANE | | | |
| 3 | 1 | 2 | FASTEST FIB3-32UR BULK SEAL<br>SET, URETHANE SEALS<br>647469 = DELPHI "ID" number | 109.76 | | 109.76 |
| 6 | 6 | 0 | FASTEST FIR-3/FIR-4 SEAL SET<br>FITS BOTH FI-3 AND FI-4 CONNEC<br>647938 = DELPHI "ID" number | 4.07 | | 24.42 |
| | | | SHIP UPS FREIGHT COLLECT USING<br>DELPHI HRD UPS ACCT# 123398<br>PREVIOUSLY ON PO# LPS78372<br>UPS TR# 1Z124558-0345379219<br>** I N V O I C E   C O P Y ** | | | |

| PAYMENT REQUIRED IN 30 DAYS | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | 134.18 | 0.00 | 0.00 | | 134.18 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED

05-44481-rdd    Doc 7220-14    Filed 03/14/07    Entered 03/14/07 14:44:24    Exhibit

 

Home | About UPS | Contact UPS | Getting Started | ups.com

**UPS United States**

 **Tracking** 

Tracking

Log-In  User ID: Klaitenberge  Password: [        ]   | Forgot Password                Register

→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking
    Numbers ⚑
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking ⚑
→ Void a Shipment ⚑
→ Help

▌▌▌▌▌ **Track by Tracking Number**

**View Details**

*Roessel Inv.*
*I 633300*

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/29/2005 8:56 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |

**Tracking Number:**  1Z 124 558 03 4537 921 9
**Service Type:**  GROUND

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/29/2005 | 8:56 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 2:50 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**INVOIC**

Page: 1

199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593
(585)458-5560  (800)295-5560  Fax: (585)458-6074

**Serving the Automation Needs of Industry Since 1952**
EMAIL: info@roessel.com  WEBSITES: www.roessel.com

Your Purchase Order: 450139086

DELPHI HARRISON THERMAL
**ATTN:A/P NAO DIS CNTR
PO BOX 436040
PONTIAC MI  48343-6040

SHIP TO

DELPHI*UPS FRT COL 123398
PLANT 2 DEPT 333 BLD 7
200 UPPER MOUNTAIN ROAD
LOCKPORT NY  14094

ATTN: AL HAYDEN

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | | |
|---|---|---|---|---|---|---|---|
| 226030 | I-63330-1 | 09/29/05 | 09/29/05 | UPS FRTCOL | ROCHESTER  NEW YORK | | R |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 3 | 2 | 1 | FASTEST FIB3-33UR-40-M SEAL PK 5 / PKG, (1.02" to 1.10") 40 DUROMETER MACHINED URETHANE | 141.46 | | 282.92 |
| 2 | 0 | 2 | FASTEST FIB3-32UR BULK SEAL SET, URETHANE SEALS 647469 = DELPHI "ID" number | | | |
| | | | SHIP UPS FREIGHT COLLECT USING DELPHI HRD UPS ACCT# 123398 PREVIOUSLY ON PO# LPS78372 UPS TR# 1Z124558-0343440673 ** I N V O I C E   C O P Y ** | | | |

| PAYMENT REQUIRED IN 30 DAYS | | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | | 282.92 | 0.00 | 0.00 | | 282.92 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



Home | About UPS | Careers | Contact UPS | ups.com

**UPS United States**

Shipping | **Tracking** | 

Log-In  User ID: Klaitenberge  Password: [ ]  | Forgot Password          **Register**

Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
  Numbers ⊞
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking ⊞
→ Void a Shipment ⊞
→ Help

## ▐█▌ Track by Tracking Number

### View Details

*Roessel Inv*
*I 63330 1*

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/30/2005 9:00 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |
| **Tracking Number:** | 1Z 124 558 03 4344 067 3 |
| **Service Type:** | GROUND |

### Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/30/2005 | 9:00 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 3:08 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593**
**(585)458-5560 (800)295-5560 Fax: (585)458-6074**

**Serving the Automation Needs of Industry Since 1952**
**EMAIL: info@roessel.com WEBSITES: www.roessel.com**

**Your Purchase Order: LPB01623/LPR43270**

| S O L D T O | DELPHI HARRISON THERMAL<br>**ATTN:A/P NAO DIS CNTR<br>PO BOX 436040<br>PONTIAC MI  48343-6040 | S H I P T O | DELPHI*UPS FRT COL 123398<br>PLANT 2 DEPT 333 BLD 7<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY  14094 |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | | |
|---|---|---|---|---|---|---|---|
| 226030 | I-63355-0 | 09/01/05 | 09/01/05 | UPS FRTCOL | ROCHESTER  NEW YORK | R | |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | | NET TOTAL |
|---|---|---|---|---|---|---|
| 8 | 3 | 5 | FASTEST FIB4-43UR SEAL SET<br>646575 = DELPHI "ID" number<br><br>SHIP UPS FREIGHT COLLECT USING<br>DELPHI HRD UPS ACCT# 123398<br>UPS TR# 1Z124558-0344244526<br>** I N V O I C E   C O P Y ** | 109.76 | | 329.28 |

| PAYMENT REQUIRED IN 30 DAYS | | | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | | | 329.28 | 0.00 | 0.00 | | 329.28 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED





**UPS United States**

Shipping **Tracking**

**Tracking**

Log-In User ID: Klaitenberge Password: [ ] → | Forgot Password | **Register**

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking
   Numbers
→ Track by Reference Number
→ Track by Freight Tracking
   Number
→ Track by Freight Shipment
   Reference
→ Track with Quantum View
→ Sign Up for Signature
   Tracking
→ Void a Shipment
→ Help

## ▌▌▌ Track by Tracking Number

### View Details

**Status:**          Delivered
**Delivered on:**    09/02/2005 8:58 A.M.
**Signed by:**       TAMBURINNO
**Location:**        RECEIVER
**Delivered to:**    LOCKPORT, NY, US

**Tracking Number:** 1Z 124 558 03 4424 452 6
**Service Type:**    GROUND

*ROESSEL INV. I633550*

### Package Progress:

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/02/2005 | 8:58 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 3:08 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593**
**(585)458-5560 (800)295-5560 Fax: (585)458-6074**

**Serving the Automation Needs of Industry Since 1952**
**EMAIL: info@roessel.com WEBSITES: www.roessel.com**

**Your Purchase Order: LPB01623/LPR43427**

| | |
|---|---|
| SOLD TO | DELPHI HARRISON THERMAL<br>**ATTN:A/P NAO DIS CNTR<br>PO BOX 436040<br>PONTIAC MI 48343-6040 |
| SHIP TO | DELPHI*UPS FRT COL 123398<br>PLANT 2 DEPT 333 BLD 7<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY 14094 |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226030 | I-63405-0 | 09/06/05 | 09/06/05 | UPS FRTCOL | ROCHESTER NEW YORK | R |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | NET TOTAL |
|---|---|---|---|---|---|
| 5 | 5 | 0 | FASTEST FER-01 O RING SET FOR<br>FE-01 CONNECTOR<br>648080 = DELPHI "ID" number | 5.24 | 26.20 |
| 5 | 5 | 0 | FASTEST FIR-3/FIR-4 SEAL SET<br>FITS BOTH FI-3 AND FI-4 CONNEC<br>ABOVE ITEM = P/N 648082<br><br>SHIP UPS FREIGHT COLLECT USING<br>DELPHI HRD UPS ACCT# 123398<br>UPS TR# 1Z124558-0343222444<br>** I N V O I C E  C O P Y ** | 4.07 | 20.35 |

| PAYMENT REQUIRED IN 30 DAYS | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | 46.55 | 0.00 | 0.00 | | 46.55 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED



Home | About UPS | Contact UPS | Getting Started @ UPS.com

**UPS United States**



 **Tracking** 

Tracking

Log-In  User ID: | Klaitenberge |  Password: [          ]   | Forgot Password                    **Register**

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers 🔊
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔊
→ Void a Shipment 🔊
→ Help

**|||||  Track by Tracking Number**

**View Details**

*Roessel Inv.*
*I634050*

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | 09/07/2005 8:56 A.M. |
| **Signed by:** | HEWITSON |
| **Location:** | RECEIVER |
| **Delivered to:** | LOCKPORT, NY, US |
| **Tracking Number:** | 1Z 124 558 03 4322 244 4 |
| **Service Type:** | GROUND |

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LOCKPORT, NY, US | 09/07/2005 | 8:56 A.M. | DELIVERY |

Tracking results provided by UPS: 03/21/2006 3:09 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

# ROESSEL & CO. INC.

**199 LAGRANGE AVE. ROCHESTER, N.Y. 14613-1593**
**(585)458-5560 (800)295-5560 Fax: (585)458-6074**

**Serving the Automation Needs of Industry Since 1952**
EMAIL: Info@roessel.com WEBSITES: www.roessel.com

Your Purchase Order: LPB01623/LPR43427

| SOLD TO | SHIP TO |
|---|---|
| DELPHI HARRISON THERMAL<br>**ATTN:A/P NAO DIS CNTR<br>PO BOX 436040<br>PONTIAC MI  48343-6040 | DELPHI*UPS FRT COL 123398<br>PLANT 2 DEPT 333 BLD 7<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY  14094 |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | SHIP DATE | SHIP VIA | SHIP FROM | |
|---|---|---|---|---|---|---|
| 226030 | I-63518-0 | 09/14/05 | 09/14/05 | UPS FRTCOL | ROCHESTER  NEW YORK | R |

| ORDER QUANTITY | SHIP QUANTITY | BACK-ORDERED | PART DESCRIPTION | PRICE | NET TOTAL |
|---|---|---|---|---|---|
| 4 | 4 | 0 | FASTEST FIB3-32UR BULK SEAL<br>SET, URETHANE SEALS<br>647469 = DELPHI "ID" number | 109.76 | 439.04 |
| 5 | 5 | 0 | FASTEST FIB3-33UR BULK SEALS<br>5 PER PKG. (1.02" to 1.10")<br>URETHANE SEAL, ON "id" OF PART<br>647470 = DELPHI "ID" number | 109.76 | 548.80 |
| 5 | 0 | 5 | FASTEST 11040-004 HARD WASHER<br>ABOVE ITEM = P/N 648272 | | |
| 5 | 0 | 5 | FASTEST FIB1-12UR BULK SEALS<br>5 PER PKG. (.472" to .551")<br>URETHANE SEALS ON "id" OF PART<br>648300 = DELPHI "ID" number | | |
| | | | SHIP UPS FREIGHT COLLECT USING<br>DELPHI HRD UPS ACCT# 123398<br>UPS TR# 1Z124558-0344394605<br>** I N V O I C E    C O P Y ** | | |

| PAYMENT REQUIRED IN 30 DAYS | | SUB-TOTAL | TAX | SHIPPING & HANDLING | PLEASE REMIT THIS | TOTAL |
|---|---|---|---|---|---|---|
| 10.00 IS OUR MINIMUM BILL | | 987.84 | 0.00 | 0.00 | | 987.84 |

PAYMENT REQUIRED IN 30 DAYS
1.5% LATE CHARGE APPLIED PER MONTH
VISA - MASTERCARD - AMERICAN EXPRESS PAYMENTS ACCEPTED





                                                           **UPS United States**

 **Tracking**                     

Tracking                Log-In  User ID: Klaitenberge  Password: [____] →  | Forgot Password        **Register**

→ **Track by Tracking Number**      ▌▌▌▌ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers 🔒                        **View Details**
→ Track by Reference Number                                                    *Roessel Inv.*
→ Track by Freight Tracking         **Status:**        Delivered                *I635/80*
  Number                            **Delivered on:**  09/15/2005 8:54 A.M.
→ Track by Freight Shipment         **Signed by:**     HEWITSON
  Reference                         **Location:**      RECEIVER
→ Track with Quantum View           **Delivered to:**  LOCKPORT, NY, US
→ Sign Up for Signature
  Tracking 🔒                        **Tracking Number:** 1Z 124 558 03 4439 460 5
→ Void a Shipment 🔒                 **Service Type:**    GROUND
→ Help
                                    ─────────────────────────────────────────

                                    **Package Progress:**

                                    | Location | Date | Local Time | Activity |
                                    |----------|------|------------|----------|
                                    | LOCKPORT, NY, US | 09/15/2005 | 8:54 A.M. | DELIVERY |

                                    Tracking results provided by UPS: 03/21/2006 3:09 P.M. Eastern Time (USA)

                                    **NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or
                                    for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and
                                    information is strictly prohibited.

                                    ← Back to Tracking Summary

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service

[SAISHA TECHNOLOGY AND CIRCUITS INTERNATIONAL, LC]

# Accounts Receivable

## Aged Invoice Report -Delphi Electronics & Safety
All Open Invoices - Aged as of: 07/24/06

00-DEL002   Delphi Electronics & Safety
Phone:   248-874-4636

| Invoice Date | Invoice Number | Due Date | PO Number | Invoice Balance | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 120 and over |
|---|---|---|---|---|---|---|---|---|---|
| 8/8/2005 | 0018163 -IN | 9/7/2005 | 4501132911 | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 9/1/2005 | 0018490 -IN | 10/1/2005 | 45012207332 | 7,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,200.00 |
| 9/9/2005 | 0018595 -IN | 10/9/2005 | 4501207752 | 14,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,800.00 |
| 10/10/2005 | 0019126 -IN | 11/9/2005 | 45011329! | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |

| Customer | 00-DEL002 | | | Totals: | 26,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,750.00 |
|---|---|---|---|---|---|---|---|---|---|---|

**STACI**
*PCB, Magnetics, Keypads, LCD's, Sheet Metal, and Heat Sinks*

**S**AISHA
**T**ECHNOLOGY
**A**ND
**C**IRCUITS
**I**NTERNATIONAL, L.C.

2921 W. Cypress Creek Road
Fort Lauderdale, FL 33309
Ph (954) 623 3100 Fax(954) 623 3122
www.staciilc.com

# INVOICE

| | |
|---|---|
| **Invoice Number** | 0018163-IN |
| Invoice Date: | 08/08/2005 |
| Order Number: | 0016895 |
| Order Date: | 07/12/2005 |
| Sales Person: | RVN |
| Customer No: | 00-DEL002 |

**SOLD TO:**    Delphi Electronics & Safety
P.O. Box 9005
Kokomo, IN  46904-9005

United States

**SHIP TO:**    Delphi D. Flint
Attn: Joseph Foster
4134 Davidson Road
DA43 -- Dock 43
Burton,  MI  48529

| Customer P.O. | Ship Via | Tracking Number | F.O.B. | Due Date | Payment Terms |
|---|---|---|---|---|---|
| 450113291 | FED EX | 852169775296; | DDP | 7-Sep-05 | 1% 10 , NET 30 |

| Item No. | Description | Shipped Qty. | Unit | Price | Amount |
|---|---|---|---|---|---|
| 28014993 | 2 Layers, GMT900 IPC, Rev 5, bare board PCB, FR-4UV- Block (impregnated glass), 1 unit/array, Automotive Parts. | 400.0 | EACH | 10.0000 | 4,000.00 |

Note:
This part is same as Y-NA 7G9H21222
(V5).Cleanliness report required.
PO received for Rev 5 on 7/12/05

*payment received and posted to account
On 10/06/05 Check # 900521271*

*Check was returned by bank on
10/19/05 as Return to Sender.*

*Invoices now Shows Open Unpaid*

"Standard STACI terms and conditions apply.
A copy is provided on the reverse of this page"

| | |
|---|---|
| **Net Invoice:** | $4,000.00 |
| **Less Discount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | **$4,000.00** |

**STACI**
*PCB, Magnetics, Keypads, LCD's, Sheet Metal, and Heat Sinks*

**S**AISHA
**T**ECHNOLOGY
**A**ND
**C**IRCUITS
**I**NTERNATIONAL, L.C.

2921 W. Cypress Creek Road
Fort Lauderdale, FL 33309
Ph (954) 623-3100 Fax(954) 623-3122
www.stacilc.com

# INVOICE

| | |
|---|---|
| **Invoice Number** | 0018490-IN |
| Invoice Date: | 09/01/2005 |
| Order Number: | 0017408 |
| Order Date: | 08/23/2005 |
| Sales Person: | RVN |
| Customer No: | 00-DEL002 |

**SOLD TO:**  Delphi Electronics & Safety
P.O. Box 9005
Kokomo, IN 46904-9005

United States

**SHIP TO:**  DELPHI PLANT DA43
DELPHI DA43 - DOCK 43
4134 DAVIDSON ROAD
ATTN: JOSEPH FOSTER
Burton, MI 48529

| Customer P.O. | Ship Via | Tracking Number | F.O.B. | Due Date | Payment Terms |
|---|---|---|---|---|---|
| 450120752 | FED EX | 852169774613; | DDP | 1-Oct-05 | 1% 10 , NET 30 |

| Item No. | Description | Shipped Qty. | Unit | Price | Amount |
|---|---|---|---|---|---|
| 28014993 | 2 Layers, GMT900 IPC, Rev 5, bare board PCB, FR-4UV- Block (impregnated glass), 1 unit/array, Automotive Parts.<br><br>Note:<br>This part is same as Y-NA 7G9H21222 (V5).Cleanliness report required.<br>PO received for Rev 5 on 7/12/05 | 720.0 | EACH | 10.0000 | 7,200.00 |

| | |
|---|---|
| **Net Invoice:** | $7,200.00 |
| **Less Discount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | **$7,200.00** |

"Standard STACI terms and conditions apply
A copy is provided on the reverse of this page"

# STACI
PCB, Magnetics, Keypads, LCD's, Sheet Metal and Wire Sums

**N**AISHA
**T**ECHNOLOGY
**A**ND
**C**IRCUITS
**I**NTERNATIONAL, L.C.

2921 W. Cypress Creek Road
Fort Lauderdale, FL 33309
Ph (954) 623-3100 Fax(954) 623-3122
www.stacilc.com

# INVOICE

| | |
|---|---|
| **Invoice Number** | 0018595-IN |
| Invoice Date: | 09/09/2005 |
| Order Number: | 0017408 |
| Order Date: | 08/23/2005 |
| Sales Person: | RVN |
| Customer No: | 00-DEL002 |

**SOLD TO:**    Delphi Electronics & Safety
P.O. Box 9005
Kokomo, IN  46904-9005

United States

**SHIP TO:**    DELPHI PLANT DA43
DELPHI DA43 - DOCK 43
4134 DAVIDSON ROAD
ATTN: JOSEPH FOSTER
Burton, MI  48529

| Customer P.O. | Ship Via | Tracking Number | F.O.B. | Due Date | Payment Terms |
|---|---|---|---|---|---|
| 450120752 | FED EX | 853560115504; | DDP | 9-Oct-05 | 1% 10 , NET 30 |

| Item No. | Description | Shipped Qty. | Unit | Price | Amount |
|---|---|---|---|---|---|
| 28014993 | 2 Layers, GMT900 IPC, Rev 5, bare board PCB, FR-4UV- Block (impregnated glass), 1 unit/array, Automotive Parts. | 1,480.0 | EACH | 10.0000 | 14,800.00 |

Note:
This part is same as Y-NA 7G9H21222
(V5).Cleanliness report required.
PO received for Rev 5 on 7/12/05

| | |
|---|---|
| **Net Invoice:** | $14,800.00 |
| **Less Discount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | **$14,800.00** |

"Standard STACI terms and conditions apply.
A copy is provided on the reverse of this page"

**STACI**
*PCB, Magnetics, Keypads, LCD's, Sheet Metal, and Heat Sinks*

**N**AISHA
**T**ECHNOLOGY
**A**ND
**C**IRCUITS
**I**NTERNATIONAL, L.C.

2921 W. Cypress Creek Road
Fort Lauderdale, FL 33309
Ph (954) 623-3100 Fax(954) 623-3122
www.stacilc.com

# INVOICE

| | |
|---|---|
| Invoice Number | 0019126-IN |
| Invoice Date: | 10/10/2005 |
| Order Number: | 0017920 |
| Order Date: | 10/14/2005 |
| Sales Person: | RVN |
| Customer No: | 00-DEL002 |

**SOLD TO:**   Delphi Electronics & Safety
P.O. Box 9005
Kokomo, IN 46904-9005

United States

**SHIP TO:**

| Customer P.O. | Ship Via | Tracking Number | F.O.B. | Due Date | Payment Terms |
|---|---|---|---|---|---|
| Scott Villaire | | | | 9-Nov-05 | 1% 10 , NET 30 |

| Item No. | Description | Shipped Qty. | Unit | Price | Amount |
|---|---|---|---|---|---|
| PCB-EXPED | PCB expediting fee | 1.0 | EACH | 750.0000 | 750.00 |

"Standard STACI terms and conditions apply.
A copy is provided on the reverse of this page"

| | |
|---|---|
| **Net Invoice:** | $750.00 |
| **Less Discount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | **$750.00** |

06/09/06  11:59 FAX 812 981 4312   SAMTEC/Purchase Dept   @007

SAMTEC INC.

Account statement                Currency: USD          Page:1 10/28/05 09:08

Sold to :915378                      Remit to
DELPHI AUTOMOTIVE SYSTEMS LLC         SAMTEC Inc.
C/O DELHI PACKARD                     3837 Reliable Parkway
P.O. BOX 431                          Chicago IL 60686-0038
                                      (812) 944 6733 x233
WARREN OH 44486

| Inv. Number | Inv. Date | Due Date | Purchase Order # | Inv. Amount | Payment Amount | Amount Due |
|---|---|---|---|---|---|---|
| Amount past due - please remit | | | | | | 83.08 |
| 2543350 | 06/07/05 | 08/06/05 | | 83.08 | 0.00 | 83.08 |
| 2654262 | 09/23/05 | 11/22/05 | 1004PC50941 | 31.00 | 0.00 | 31.00 |
| Total amount due | | | | | | 114.08 |

*Not included on*

*Delphi Records*



**samtec** *IS SUDDEN SERVICE*

Samtec, Inc. • P.O. Box 1147 • 520 Park East Blvd. • New Albany, IN 47150 • USA
Phone: 800-SAMTEC-9 • 812-944-6733 • Fax: 812-948-5047
Internet: http://www.samtec.com • E-mail: info@samtec.com

# INVOICE

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | |
| C/O DELHI PACKARD | |
| P.O. BOX 431 | |
| | |
| WARREN, OH 44486 | |

| | |
|---|---|
| Date: | 09/23/05 |
| Invoice Number: | 2654262 |
| Customer Order Number: | P5150079 |
| Account Number: | 915378 |
| Order Number: | 110694 |
| Payment Terms: | NET SIXTY |

REPRESENTATIVE: KRUVAND ASSOCIATES, INC
SHIP VIA:       FEDXP1

| Line | Quantity | Description | Unit Price | Total Amount |
|---|---|---|---|---|
| 3 | 500 | CC79L-2024-01-L | 0.062 | 31.00 |
| | | Customer Part Number13534907 | | |

| | |
|---|---|
| SUB-TOTAL | 31.00 |
| FREIGHT | 0.00 |
| INSURANCE | 0.00 |
| **PAY THIS AMOUNT** | **31.00** |

SHIP TO ADDRESS

DELPHI DELCO ELECTRONICS TX
48 WALTER JONES BLVD
BLDG B DOCK 87 & 88
PLANT JZ
EL PASO, TX  79906

No returns accepted unless authorized by factory.
All claims must be made within 30 days of ship date.
Remit to: Samtec
        3837 Reliable Parkway
        Chicago, IL 60686-0038

Control Number: 539229



**IS SUDDEN SERVICE**

Samtec, Inc. • P.O. Box 1147 • 520 Park East Blvd. • New Albany, IN 47150 • USA
Phone: 800-SAMTEC-9 • 812-944-6733 • Fax: 812-948-5047
Internet: http://www.samtec.com • E-mail: info@samtec.com

# INVOICE

DELPHI AUTOMOTIVE SYSTEMS LLC
C/O DELHI PACKARD
P.O. BOX 431

WARREN, OH 44486

| | |
|---|---|
| Date: | 06/07/05 |
| Invoice Number: | 2543350 |
| Customer Order Number: | 450105063 |
| Account Number: | 915378 |
| Order Number: | 763001 |
| Payment Terms: | NET SIXTY |

REPRESENTATIVE: KRUVAND ASSOCIATES, INC
SHIP VIA:      UPS

| Line | Quantity | Description | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | 125 | FTSH-105-01-F-DV-P-TR | 0.629 | 78.63 |
| | | Customer Part Number02-0421905 | | |

| | |
|---|---|
| SUB-TOTAL | 78.63 |
| FREIGHT | 4.45 |
| INSURANCE | 0.00 |
| **PAY THIS AMOUNT** | **83.08** |

SHIP TO ADDRESS

DELPHI DELCO ELECTRONICS TX
48 WALTER JONES BLVD
BLDG B DOCK 87 & 88
PLANT JZ
EL PASO, TX  79906

No returns accepted unless authorized by factory.
All claims must be made within 30 days of ship date.
Remit to: Samtec
          3837 Reliable Parkway
          Chicago, IL 60686-0038

Control Number: 539228

Account statement

SAMTEC INC.
Currency: USD

Page:1 10/28/05 09:08

Sold to :917175
DELPHI AUTOMOTIVE STSTEMS
PO BOX 9005
M/S CTLLM

KOKOMO IN 469049005

Remit to
SAMTEC Inc.
3837 Reliable Parkway
Chicago IL 60686-0038
(812) 944 6733 x233

| Inv. Number | Inv. Date | Due Date | Purchase Order # | Inv. Amount | Payment Amount | Amount Due |
|---|---|---|---|---|---|---|
| Amount past due - please remit | | | | | | 0.00 |
| 2649898 | 09/20/05 | 11/19/05 | 1004PC50941 | 115.16 | 0.00 | 115.16 |
| 2651245 | 09/21/05 | 11/20/05 | 1004PC50941 | 206.56 | 0.00 | 206.56 |
| 2652876 | 09/22/05 | 11/21/05 | 1004PC50941 | 454.00 | 0.00 | 454.00 |
| 2654150 | 09/23/05 | 11/22/05 | 1004PC50941 | 261.40 | 0.00 | 261.40 |

Total amount due                                1037.12

**samtec** *IS SUDDEN SERVICE*

Samtec, Inc. • P.O. Box 1147 • 520 Park East Blvd. • New Albany, IN 47150 • USA
Phone: 800-SAMTEC-9 • 812-944-6733 • Fax: 812-948-5047
Internet: http://www.samtec.com • E-mail: info@samtec.com

# INVOICE

DELPHI AUTOMOTIVE STSTEMS
PO BOX 9005
M/S CTLLM

KOKOMO, IN 469049005

| | |
|---|---|
| Date: | 09/23/05 |
| Invoice Number: | 2654150 |
| Customer Order Number: | 550077650 |
| Account Number: | 917175 |
| Order Number: | 69997 |
| Payment Terms: | NET SIXTY |

REPRESENTATIVE: KRUVAND ASSOCIATES, INC
SHIP VIA:      BURL2

| Line | Quantity | Description | Unit Price | Total Amount |
|---|---|---|---|---|
| 4 | 572 | ASP-111152-06<br>Customer Part Number28022422 | 0.457 | 261.40 |

| | |
|---|---|
| SUB-TOTAL | 261.40 |
| FREIGHT | 0.00 |
| INSURANCE | 0.00 |
| **PAY THIS AMOUNT** | **261.40** |

SHIP TO ADDRESS

DELPHI DELCO ELECTRONICS TX
702 JOAQUIN CAVAZOS RD
PLANT DA 26

LOS INDIOS, TX  78567

No returns accepted unless authorized by factory.
All claims must be made within 30 days of ship date.
Remit to: Samtec
            3837 Reliable Parkway
            Chicago, IL 60686-0038

Control Number: 539227



**samtec** *IS SUDDEN SERVICE*

Samtec, Inc. • P.O. Box 1147 • 520 Park East Blvd. • New Albany, IN 47150 • USA
Phone: 800-SAMTEC-9 • 812-944-6733 • Fax: 812-948-5047
Internet: http://www.samtec.com • E-mail: info@samtec.com

# INVOICE

DELPHI AUTOMOTIVE STSTEMS
PO BOX 9005
M/S CTLLM

KOKOMO, IN 469049005

| | |
|---|---|
| Date: | 09/22/05 |
| Invoice Number: | 2652876 |
| Customer Order Number: | 450134706 |
| Account Number: | 917175 |
| Order Number: | 111572 |
| Payment Terms: | NET SIXTY |

REPRESENTATIVE: THE HOFSTETTER COMPANY/
SHIP VIA:      UPSNDS

| Line | Quantity | Description | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | 125 | ASP-120822-01 | 3.632 | 454.00 |
| | | Customer Part NumberDK229515 | | |

| | |
|---|---|
| SUB-TOTAL | 454.00 |
| FREIGHT | 0.00 |
| INSURANCE | 0.00 |
| **PAY THIS AMOUNT** | **454.00** |

SHIP TO ADDRESS

DELPHI DELCO ELECTRONICS IN
2033 E BLVD
PLANT 9

KOKOMO, IN   46902

No returns accepted unless authorized by factory.
All claims must be made within 30 days of ship date.
Remit to: Samtec
        3837 Reliable Parkway
        Chicago, IL 60686-0038

Control Number: 539226



**samtec** *IS SUDDEN SERVICE*

Samtec, Inc. • P.O. Box 1147 • 520 Park East Blvd. • New Albany, IN 47150 • USA
Phone: 800-SAMTEC-9 • 812-944-6733 • Fax: 812-948-5047
Internet: http://www.samtec.com • E-mail: info@samtec.com

# INVOICE

DELPHI AUTOMOTIVE STSTEMS
PO BOX 9005
M/S CTLLM

KOKOMO, IN 469049005

| | |
|---|---|
| Date: | 09/21/05 |
| Invoice Number: | 2651245 |
| Customer Order Number: | 550077650 |
| Account Number: | 917175 |
| Order Number: | 69997 |
| Payment Terms: | NET SIXTY |

REPRESENTATIVE: KRUVAND ASSOCIATES, INC
SHIP VIA:       UPS2NDS

| Line | Quantity | Description | Unit Price | Total Amount |
|------|----------|-------------|------------|--------------|
| 3 | 452 | ASP-111152-06 | 0.457 | 206.56 |
| | | Customer Part Number28022422 | | |

| | |
|---|---|
| SUB-TOTAL | 206.56 |
| FREIGHT | 0.00 |
| INSURANCE | 0.00 |
| **PAY THIS AMOUNT** | **206.56** |

SHIP TO ADDRESS

DELPHI DELCO ELECTRONICS TX
702 JOAQUIN CAVAZOS RD
PLANT DA 26

LOS INDIOS, TX  78567

No returns accepted unless authorized by factory.
All claims must be made within 30 days of ship date.
Remit to: Samtec
         3837 Reliable Parkway
         Chicago, IL 60686-0038

Control Number: 539225

# samtec   *IS SUDDEN SERVICE*

Samtec, Inc. • P.O. Box 1147 • 520 Park East Blvd. • New Albany, IN 47150 • USA
Phone: 800-SAMTEC-9 • 812-944-6733 • Fax: 812-948-5047
Internet: http://www.samtec.com • E-mail: info@samtec.com

## INVOICE

| | |
|---|---|
| Date: | 09/20/05 |
| Invoice Number: | 2649898 |
| Customer Order Number: | 550077650 |
| Account Number: | 917175 |
| Order Number: | 69997 |
| Payment Terms: | NET SIXTY |

DELPHI AUTOMOTIVE STSTEMS
PO BOX 9005
M/S CTLLM

KOKOMO, IN 469049005

REPRESENTATIVE: KRUVAND ASSOCIATES, INC
SHIP VIA:      BURL2

| Line | Quantity | Description | Unit Price | Total Amount |
|------|----------|-------------|------------|--------------|
| 2 | 252 | ASP-111152-06 | 0.457 | 115.16 |
| | | Customer Part Number28022422 | | |

| | |
|---|---|
| SUB-TOTAL | 115.16 |
| FREIGHT | 0.00 |
| INSURANCE | 0.00 |
| **PAY THIS AMOUNT** | **115.16** |

SHIP TO ADDRESS

DELPHI DELCO ELECTRONICS TX
702 JOAQUIN CAVAZOS RD
PLANT DA 26

LOS INDIOS, TX  78567

No returns accepted unless authorized by factory.
All claims must be made within 30 days of ship date.
Remit to: Samtec
          3837 Reliable Parkway
          Chicago, IL 60686-0038

Control Number: 500004

Account statement

SAMTEC INC.
Currency: USD

Page:1 10/28/05 09:09

Sold to 905349
DELPHI ENGINEERING GROUP INC
485 E 17TH ST

Remit to
SAMTEC Inc.
3837 Reliable Parkway
Chicago IL 60686-0038
(812) 944 6733 x233

COSTA MESA CA 92627

| Inv.<br>Number | Inv.<br>Date | Due<br>Date | Purchase<br>Order # | Inv.<br>Amount | Payment<br>Amount | Amount<br>Due |
|---|---|---|---|---|---|---|
| Amount past due - please remit | | | | | | 35.54 |
| 2599411 | 08/02/05 | 10/01/05 | | 35.54 | 0.00 | 35.54 |
| Total amount due | | | | | | 35.54 |

*Not Included on*
*Delphi Records*



**samtec** *IS SUDDEN SERVICE*

Samtec, Inc. • P.O. Box 1147 • 520 Park East Blvd. • New Albany, IN 47150 • USA
Phone: 800-SAMTEC-9 • 812-944-6733 • Fax: 812-948-5047
Internet: http://www.samtec.com • E-mail: info@samtec.com

# INVOICE

DELPHI ENGINEERING GROUP INC
485 E 17TH ST

COSTA MESA, CA 92627

| | |
|---|---|
| Date: | 08/02/05 |
| Invoice Number: | 2599411 |
| Customer Order Number: | DE50166 |
| Account Number: | 905349 |
| Order Number: | 996361 |
| Payment Terms: | NET SIXTY |

REPRESENTATIVE: WESTREP/CA
SHIP VIA:      UPS1

| Line | Quantity | Description | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | 250 | TMM-102-01-G-S | 0.047 | 11.75 |

| | |
|---|---|
| SUB-TOTAL | 11.75 |
| FREIGHT | 23.54 |
| INSURANCE | 0.25 |
| **PAY THIS AMOUNT** | **35.54** |

SHIP TO ADDRESS

DELPHI ENGINEERING GROUP INC
485 E 17TH ST

COSTA MESA, CA  92627

No returns accepted unless authorized by factory.
All claims must be made within 30 days of ship date.
Remit to: Samtec
         3837 Reliable Parkway
         Chicago, IL 60686-0038

Control Number: 539230