Tinnerman Palnut Engineered Products

Claim #2626

# TINNERMAN PALNUT
### ENGINEERED PRODUCTS, INC.

## A C C O U N T   S T A T E M E N T

TINNERMAN PALNUT ENG PRD, INC.
1060 WEST 130TH ST.
BRUNSWICK, OH
44212        330-220-5760
330-220-5361

00099954
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT
P.O. BOX 436040
PONTIAC, MI  48343

STATEMENT DATE:  4/11/06  AS OF:  4/11/06

PAYMENT TERMS: CASH IN ADVANCE

US DOLLARS

| INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | DUE DATE | DESCRIPTION | OUTSTANDING AMOUNT |
|---|---|---|---|---|---|
| 600779663 | 0550035742 | 5/16/05 | 6/30/05 | INVOICE | 391.50 |
| 600781077 | 0550035742 | 5/25/05 | 6/30/05 | INVOICE | 195.75 |
| 600781836 | 0550035742 | 5/31/05 | 6/30/05 | INVOICE | 391.50 |
| 600782116 | 0550035742 | 5/31/05 | 6/30/05 | INVOICE | 195.75 |

| CURRENT | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | TOTAL |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 1174.50 | 1174.50 |



# TINNERMAN PALNUT
ENGINEERED PRODUCTS (CANADA) CORPORATION

Correspondence To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Remit Payment To:
Tinnerman Palnut
Engineered Products (Canada) Corp.
P.O. BOX 92374
CLEVELAND, OH 44193

| INVOICE NO. |
| --- |
| **600779663** |
| INVOICE DATE |
| **5/16/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
| --- |
| **00099954** |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: **1** |
| --- | --- | --- | --- | --- |
| **0550035742** | **600619458** | **11/11/04** | **256873100** | |

**Sold-To:**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT
P.O. BOX 436040
PONTIAC, MI  48343

**Ship-To:** 06082287
DELPHI PACKARD ELECTRIC-COTTON
11005 ED STEPHENS ROAD

COTTONDALE, ALABAMA  35453

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| **18111544**<br>REL: 05051200 | **D99094-M42141-434**<br>SPEED NUT U TYPE<br>HARDNESS RC 44-51<br><br>Qty adjusted to Std Pack size | **9000.00**<br>PCS | **.04350**<br>PCS | **391.50** |

F.O.B. Warehouse:

HAMILTON, ONTARIO, CDA

| Ship Date<br>5/13/05 | Bill of Lading No.<br>600779663 | |
| --- | --- | --- |
| Shipped Via<br>FALCON | | |
| No. of Ctns<br>2 | Gross Wt.<br>2.72 | Tare Wt.<br>1.72 | Net Wt.<br>1.00 |

| Please Pay<br>This Amount |
| --- |
| **391.50** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH                    Currency: US DOLLARS

Page No: 1

# TINNERMAN PALNUT
ENGINEERED PRODUCTS (CANADA) CORPORATION

## TINNERMAN PALNUT COPY
## BILL OF LADING – SHORT FORM

### B.O.L. TYPE CUSTOMER ORDER

| B.O.L. No. | 600770663 | Cust PO# | 0550035742 |
|---|---|---|---|
| Order Date 11/11/04 | BOL Date 5/13/05 | Ship Date 5/16/05 | |
| Duns# 256873100 | | Cust No. 00080322 | |
| Ship Via FALCON – MONDAY AM PICK UP | | | |

"All parties hereto and their assigns are familiar with, and agree, that this bill of lading is subject to:

(1) the contract terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth in the National Motor Freight Classification; and

(2) the applicable tariff and classifications in effect as of the date hereon."

**SHIP TO**
06082287
DELPHI PACKARD ELECTRIC-COTTON
11005 ED STEPHENS ROAD

COTTONDALE, ALABAMA 35453

**SHIPPED FROM**
Supplier Code:  256873100
TINNERMAN PALNUT CANADA CORP
HAMILTON MFG PLANT
686 PARKDALE AVE. N.
HAMILTON, ONTARIO, CANADA L8H 5Z4

| Terms & Conditions | Plant or Dest.Code | Freight | M.BOL No. | Carrier | SCAC | F.O.B |
|---|---|---|---|---|---|---|
| NET 15 | 256873100 | COLLECT | | FALCON | FCNC | HAMILTON, ONTARIO, CDA |

| Item | Part No. | Description | Order/Itm | Rel.No. | Shipment Wgt | Cum Qty | Ctns | U/M | Qty Shipped |
|---|---|---|---|---|---|---|---|---|---|
| | | **DESCRIPTION OF ARTICLES** Bolts,Nuts,Screws or Clips Fasteners or Mounts Steel, Item 93490, (Freight Class 50) | | | | | | | |
| 1 | D99094-M42141-434 CPT#: 18111544 | SPEED NUT U TYPE HARDNESS RC 44-51 Qty adjusted to Std Pack size | 600619458/001 | 20070305 | 2.72/ LB | 9000 | 2 | PCS | 9000.00 |
| | DOCK ID:  RU01RU01 | | | | | | | | |
| | **SHIPMENT SUMMARIZATION** 1 pallets, each with 2 cartons | Customs clearance by: 112 FEDEX TRADE NETWORKS | | | | | | | |

| TOTAL CTNS: 2 | PLTS: 1 | GROSS WEIGHT 28 LB | TARE WEIGHT 28 LB | NET WEIGHT 27 LB | FOR CUSTOMS ONLY | 1 LB |
|---|---|---|---|---|---|---|

HAMILTON MFG PLANT

Shipper _____  Trailer No _____

Per _____  Agent _____  Per _____

Received in Apparent Good Order    - Exceptions Noted

Rev 07/22/02



# TINNERMAN PALNUT
ENGINEERED PRODUCTS (CANADA) CORPORATION

Correspondence And Payment To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Remit Payment To:
Tinnerman Palnut
Engineered Products (Canada) Corp.
P.O. BOX 92374
CLEVELAND, OH 44193

| INVOICE NO. |
|---|
| **600781077** |
| INVOICE DATE |
| **5/25/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| **00099954** |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
|---|---|---|---|---|
| **0550035742** | **600619458** | **11/11/04** | **256873100** | |

**Sold-To:**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT
P.O. BOX 436040
PONTIAC, MI   48343

**Ship-To:** 06082287
DELPHI PACKARD ELECTRIC-COTTON
11005 ED STEPHENS ROAD

COTTONDALE, ALABAMA   35453

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| **18111544**<br>REL: 05052300 | **D99094-M42141-434**<br>SPEED NUT U TYPE<br>HARDNESS RC 44-51<br><br>Qty adjusted to Std Pack size | **4500.00**<br>PCS | **.04350**<br>PCS | **195.75** |

F.O.B. Warehouse:

HAMILTON, ONTARIO, CDA

| Ship Date | Bill of Lading No. |
|---|---|
| 5/24/05 | 600781077 |

| Shipped Via |
|---|
| FALCON |

| No. of Ctns | Gross Wt. | Tare Wt. | Net Wt. |
|---|---|---|---|
| 1 | 1.86 | .86 | 1.00 |

| Please Pay<br>This Amount |
|---|
| **195.75** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH          Currency:  US DOLLARS

Page No: 1

# TINNERMAN PALNUT
ENGINEERED PRODUCTS (CANADA) CORPORATION

## TINNERMAN PALNUT COPY
## BILL OF LADING – SHORT FORM

### B.O.L. TYPE CUSTOMER ORDER

"All parties hereto are familiar with, and agree, that this bill of lading is subject to:
(1) the contract terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth in the National Motor Freight Classification; and
(2) the applicable tarriff and classifications in effect as of the date hereon."

| B.O.L. No. | 600781077 | Cust PO# 0550035742 |
|---|---|---|
| Order Date 11/11/04 | BOL Date 5/24/05 | Ship Date 5/25/05 |
| Dun# 256873100 | | Cust No. 00080322 |
| Ship Via FALCON – MONDAY AM PICK UP | | |

| S H I P   T O | S H I P P E D   F R O M |
|---|---|
| 06082287<br>DELPHI PACKARD ELECTRIC-COTTON<br>11005 ED STEPHENS ROAD<br><br>COTTONDALE, ALABAMA 35453 | Supplier Code: 256873100<br>TINNERMAN PALNUT CANADA CORP<br>HAMILTON MFG PLANT<br>686 PARKDALE AVE. N.<br>HAMILTON, ONTARIO, CANADA L8H 524 |

| Terms & Conditions | Plant or Dest.Code | Freight | M.BOL No. | Carrier | SCAC | | F.O.B |
|---|---|---|---|---|---|---|---|
| NET 15 | 256873100 | COLLECT | | FALCON | FCNC | | HAMILTON, ONTARIO, CDA |

| Item | Part No. | Description | Order/Item | Rel.No. | Shipment Wgt | Cum Qty | Ctns | U/M | Qty Shipped |
|---|---|---|---|---|---|---|---|---|---|
| | | **DESCRIPTION OF ARTICLES**<br>Bolts,Nuts,Screws or Clips Fasteners or Mounts<br>Steel, Item 93490, (Freight class 50) | | | | | | | |
| 1 | D99094-M42141-434<br>CPTH: 18111544<br><br>DOCK ID:   RU01RU01 | SPEED NUT U TYPE<br>HARDNESS RC 44-51<br>Qty adjusted to Std Pack size | 600619458/001 | 20070305 | 1.86/LB | 4500 | 1 | PCS | 4500.00 |
| | | Customs clearance by: 112 FEDEX TRADE NETWORKS | | | | | | | |

**SHIPMENT SUMMARIZATION**
1 pallets, each with 1 cartons

| TOTAL CTNS: | 1 | PLTS: | 1 | GROSS WEIGHT | 27 | LB | TARE WEIGHT | 26 | LB | NET WEIGHT | 1 | LB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

FOR CUSTOMS ONLY

HAMILTON MFG PLANT

Received in Apparent Good Order   : Exceptions Noted
Rev. 07/22/02

Trailer No _____

Shipper _____   Agent _____

Per _____   Per _____



# TINNERMAN PALNUT
ENGINEERED PRODUCTS (CANADA) CORPORATION

Correspondence & Remit Payment To:

P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Tinnerman Palnut
Engineered Products (Canada) Corp.
P.O. Box 92374
CLEVELAND, OH 44193

| INVOICE NO. |
|---|
| **600781836** |
| INVOICE DATE |
| **5/31/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| **00099954** |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No:  **1** |
|---|---|---|---|---|
| **0550035742** | **600619458** | **11/11/04** | **256873100** | |

**Sold-To:**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT
P.O. BOX 436040
PONTIAC, MI   48343

**Ship-To:** 06082287
DELPHI PACKARD ELECTRIC-COTTON
11005 ED STEPHENS ROAD

COTTONDALE, ALABAMA   35453

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| **18111544**<br>REL:  05052600 | **D99094-M42141-434**<br>SPEED NUT U TYPE<br>HARDNESS RC 44-51<br><br>Qty adjusted to Std Pack size | **9000.00**<br>PCS | **.04350**<br>PCS | **391.50** |

F.O.B. Warehouse:

HAMILTON, ONTARIO, CDA

| Ship Date<br>5/27/05 | Bill of Lading No.<br>600781836 |
|---|---|

| Shipped Via<br>FALCON | | | |
|---|---|---|---|
| No. of Ctns<br>2 | Gross Wt.<br>2.72 | Tare Wt.<br>1.72 | Net Wt.<br>1.00 |

| Please Pay<br>This Amount |
|---|
| **391.50** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH                    Currency:  US DOLLARS

Page No: 1

# TINNERMAN PALNUT
ENGINEERED PRODUCTS (CANADA) CORPORATION

## TINNERMAN PALNUT COPY
## BILL OF LADING - SHORT FORM

### B.O.L. TYPE CUSTOMER ORDER

"All parties hereto and their assigns are familiar with, and agree, that this bill of lading is subject to:
(1) the contract terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth in the National Motor Freight Classification; and
(2) the applicable tariff and classifications in effect as of the date hereon."

| B.O.L. No. | 60078l836 | Cust PO# 0550035742 |
|---|---|---|
| Order Date 11/11/04 | BOL Date 5/27/05 | Ship Date 5/31/05 |
| Duns# 256873100 | | Cust No. 00080322 |
| Ship Via FALCON - MONDAY AM PICK UP | | |

**S H I P   T O**

06082287
DELPHI PACKARD ELECTRIC-COTTON
11005 ED STEPHENS ROAD

COTTONDALE, ALABAMA 35453

**S H I P P E D   F R O M**

Supplier Code:    256873100
TINNERMAN PALNUT CANADA CORP
HAMILTON MFG PLANT
686 PARKDALE AVE. N.
HAMILTON, ONTARIO, CANADA L8H 5Z4

| Terms & Conditions | Plant or Dest.Code | Freight | M.BOL No. | Carrier | SCAC | F.O.B |
|---|---|---|---|---|---|---|
| NET 15 | 256873100 | COLLECT | | FALCON | FGNC | HAMILTON, ONTARIO, CDA |

| Item | Part No. | Description | Order/Itm | Rel.No. | Shipment Wgt. | Cum Qty | Ctns | U/M | Qty Shipped |
|---|---|---|---|---|---|---|---|---|---|
| | | **DESCRIPTION OF ARTICLES** Bolts,Nuts,Screws or Clips Fasteners or Mounts Steel, Item 93490, (Freight Class 50) | | | | | | | |
| 1 | D99094-M42141-434 CPT#: 18111544 Qty adjusted to Std Pack size | SPEED NUT U TYPE HARDNESS RC 44-51 | 600619458/ 001 | 20070305 | 2.72/LB | 9000 | 2 | PCS | 9000.00 |
| | DOCK ID:    RU01RU01 | | | | | | | | |
| | **SHIPMENT SUMMARIZATION** 1 pallets, each with 2 cartons | Customs clearance by: 112 FEDEX TRADE NETWORKS | | | | | | | |

| | TOTAL CTNS: | 2 | PLTS: | 1 | GROSS WEIGHT | 28 | LB | TARE WEIGHT | 1 | LB | NET WEIGHT | 27 | LB | 1 | LB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HAMILTON MFG PLANT

**FOR CUSTOMS ONLY**

Received in Apparent Good Order    - Exceptions Noted

Rev: 0712102

Shipper _____

Per _____    Trailer No. _____    Agent _____

Per _____



**TINNERMAN PALNUT**
ENGINEERED PRODUCTS (CANADA) CORPORATION

Correspondence & Remit Payment To:

P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Tinnerman Palnut
Engineered Products (Canada) Corp.
P.O. BOX 92374
CLEVELAND, OH 44193

| INVOICE NO. |
|---|
| **600782116** |
| INVOICE DATE |
| **5/31/05** |

| Sold-To Customer Code |
|---|
| **00099954** |

**DUPLICATE INVOICE**

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: **1** |
|---|---|---|---|---|
| **0550035742** | **600619458** | **11/11/04** | **256873100** | |

**Sold-To:**
DELPHI AUTOMOTIVE SYSTEMS
DISBURSEMENT ANALYSIS DEPT
P.O. BOX 436040
PONTIAC, MI  48343

**Ship-To:** 06082287
DELPHI PACKARD ELECTRIC-COTTON
11005 ED STEPHENS ROAD

COTTONDALE, ALABAMA  35453

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| **18111544**<br>REL: 05052900 | **D99094-M42141-434**<br>SPEED NUT U TYPE<br>HARDNESS RC 44-51<br><br>Qty adjusted to Std Pack size | **4500.00**<br>PCS | **.04350**<br>PCS | **195.75** |

F.O.B. Warehouse:

HAMILTON, ONTARIO, CDA

| Ship Date<br>5/30/05 | Bill of Lading No.<br>600782116 |
|---|---|

| Shipped Via<br>    FALCON | | | |
|---|---|---|---|
| No. of Ctns | Gross Wt. | Tare Wt. | Net Wt. |
| 1 | 1.86 | .86 | 1.00 |

| Please Pay<br>This Amount |
|---|
| **195.75** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH                    Currency: US DOLLARS

**Page No: 1**

## TINNERMAN PALNUT
ENGINEERED PRODUCTS (CANADA) CORPORATION

## TINNERMAN PALNUT COPY
## BILL OF LADING - SHORT FORM

### B.O.L. TYPE CUSTOMER ORDER

"All parties hereto and their assigns are familiar with, and agree, that this bill of lading is subject to:
(1) the contract terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth in the National Motor Freight Classification; and
(2) the applicable tariff and classifications in effect as of the date hereon."

| B.O.L. No. | 600782116 | | Cust PO# 0550035742 |
|---|---|---|---|
| Order Date 11/11/04 | BOL Date 5/30/05 | | Ship Date 5/31/05 |
| Duns# 256873100 | | | Cust No. 00080322 |
| Ship Via FALCON - MONDAY AM PICK UP | | | |

| SHIP TO | SHIPPED FROM |
|---|---|
| 06082287<br>DELPHI PACKARD ELECTRIC-COTTON<br>11005 ED STEPHENS ROAD<br><br>COTTONDALE, ALABAMA 35453 | Supplier Code: 256873100<br>TINNERMAN PALNUT CANADA CORP<br>HAMILTON MFG PLANT<br>686 PARKDALE AVE. N.<br>HAMILTON, ONTARIO, CANADA L8H 5Z4 |

| Terms & Conditions | Plant or Dest.Code | Freight | M.BOL No. | Carrier | SCAC | F.O.B |
|---|---|---|---|---|---|---|
| NET 15 | 256873100 | COLLECT | | FALCON | FCNC | HAMILTON, ONTARIO, CDA |

| Item | Part No. | Description | Order/Itm | Rel No. | Shipment Wgt. | Cum Qty | Ctns | U/M | Qty Shipped |
|---|---|---|---|---|---|---|---|---|---|
| | | **DESCRIPTION OF ARTICLES**<br>Bolts,Nuts,Screws or Clips Fasteners or Mounts<br>Steel, Item 93490, (Freight Class 50) | | | | | | | |
| 1 | D99094-M42141-434<br>CPT#: 18111544<br><br>DOCK ID:   RU01RU01 | SPEED NUT U TYPE<br>HARDNESS RC 44-51<br>Qty adjusted to Std Pack size | 600619455/001 | 20070305 | 1.86/1B | 4500 | 1 | PCS | 4500.00 |
| | | Customs clearance by: 112 FEDEX TRADE NETWORKS | | | | | | | |

**SHIPMENT SUMMARIZATION**
1 loose cartons

| TOTAL CTNS: | 1 | PLTS: | 0 | GROSS WEIGHT | 2 LB | TARE WEIGHT | 1 LB | NET WEIGHT | 1 LB |
|---|---|---|---|---|---|---|---|---|---|

HAMILTON MFG PLANT

**FOR CUSTOMS ONLY**

Received in Apparent Good Order    - Exceptions Noted

Rev: 07/22/02

Trailer No. _____    Agent _____

Shipper _____    Per _____

Per _____

Tinnerman Palnut Engineered Products
Claim # 2627

# TINNERMAN PALNUT
ENGINEERED PRODUCTS, INC.

**A C C O U N T   S T A T E M E N T**

TINNERMAN PALNUT ENG PRD, INC.
1060 WEST 130TH ST.
BRUNSWICK, OH
44212        330-220-5760
             330-220-5361

00099945
DELPHI/DELCO ELECTRONICS
PO BOX 6129
MAIL STA A241
KOKOMO, IN  46904-6129

STATEMENT DATE:  4/11/06  AS OF:  4/11/06

PAYMENT TERMS: CASH IN ADVANCE

CANADIAN DOLLARS

| INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | DUE DATE | DESCRIPTION | OUTSTANDING AMOUNT |
|---|---|---|---|---|---|
| 600789282 | 0550041920 | 7/31/05 | 8/30/05 | INVOICE | 384.60 |
| 600792920 | 0550041920 | 8/16/05 | 9/30/05 | INVOICE | 384.60 |
| 600794055 | 0550041920 | 8/23/05 | 9/30/05 | INVOICE | 384.60 |
| 600796945 | 0550078145 | 9/08/05 | 10/30/05 | INVOICE | 384.60 |
| 600797632 | 0550078145 | 9/13/05 | 10/30/05 | INVOICE | 384.60 |

| CURRENT | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | TOTAL |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 1923.00 | 1923.00 |



**TINNERMAN PALNUT**
ENGINEERED PRODUCTS (CANADA) CORPORATION

Correspondence To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Remit Payment To:
Tinnerman Palnut
Engineered Products (Canada) Corp.
P.O. BOX 57641, STATION A
TORONTO, ONTARIO M5W 5M5

| INVOICE NO. |
|---|
| **600789282** |
| INVOICE DATE |
| **7/31/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| **00099945** |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
|---|---|---|---|---|
| **0550041920** | **600613545** | **1/05/04** | **256873100** | |

**Sold-To:**
DELPHI/DELCO ELECTRONICS   U
PO BOX 6129
MAIL STA A241
KOKOMO, IN  46904-6129

**Ship-To:** 06086006
DELCO ELECTRONICS
DELPHI ATOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TEXAS  78567

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| REL:  05080100 | **D98901-051M-255**<br>TRIM CLIPS<br>HARDNESS RC 44-51<br><br>Qty adjusted to Std Pack size | **15000.00**<br>PCS | **.02564**<br>PCS | **384.60** |

F.O.B. Warehouse:

HAMILTON, ONTARIO, CDA

| Ship Date<br>7/29/05 | Bill of Lading No.<br>600789282 | | |
|---|---|---|---|
| Shipped Via<br>CENTRAL TRANSPORT - DIRECT SHI | | | |
| No. of Ctns<br>1 | Gross Wt.<br>40.35 | Tare Wt.<br>1.65 | Net Wt.<br>38.70 |

| Please Pay<br>This Amount |
|---|
| 384.60 |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:  2ND DAY, 2ND MONTH          Currency:  CANADIAN DOLLARS

Page No:  1

# TINNERMAN PALNUT
ENGINEERED PRODUCTS (CANADA) CORPORATION

## TINNERMAN PALNUT COPY
## BILL OF LADING - SHORT FORM

### B.O.L. TYPE  CUSTOMER ORDER

| B.O.L. No. | 600789282 | Cust PO# 0550041920 |
|---|---|---|
| Order Date 1/05/03 | BOL Date 7/22/05 | Ship Date 7/31/05 |
| Dun# 256873100 | | Cust. No. 00082372 |
| Ship Via CENTRAL | | |

"All parties hereto and their assigns are familiar with, and agree, that this bill of lading is subject to:
(1) the contract terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth in the National Motor Freight Classification; and
(2) the applicable tariff and classifications in effect as of the date hereon."

| S H I P   T O | S H I P P E D   F R O M |
|---|---|
| 06086006 | Supplier Code:  256873100 |
| DELCO ELECTRONICS | TINNERMAN PALNUT CANADA CORP |
| DELPHI ATOMOTIVE SYSTEMS | HAMILTON MFG PLANT |
| 702 JOAQUIN CAVAZOS ROAD | 686 PARKDALE AVE. N. |
| LOS INDIOS, TEXAS 78567 | HAMILTON, ONTARIO, CANADA L8H 5Z4 |

| Terms & Conditions | Plant or Dest.Code | Freight | M.BOL No. | Carrier | SCAC | CTII | F.O.B |
|---|---|---|---|---|---|---|---|
| NET 15 | DA24 | COLLECT | | CENTRAL TRANSPORT - DIRECT SHI | | | HAMILTON, ONTARIO, CDA |

| Item | Part No. | Description | Order/Itm | Rel.No. | Shipment Wgt | Cum Qty | Ctns | U/M | Qty Shipped |
|---|---|---|---|---|---|---|---|---|---|
| | | **DESCRIPTION OF ARTICLES** | | | | | | | |
| | | Bolts,Nuts,Screws or Clips  Fasteners or Mounts | | | | | | | |
| | | Steel,  Item 93490,  (Freight Class 50) | | | | | | | |
| 1 | D98801-051M-255 | TRIM CLIPS | 600613545/ 001 | 05080100 | 40.35/ LB | 0 | 1 | PCS | 15000.00 |
| | CPT#: 9377461 | | | | | | | | |
| | DOCK ID:    RK01 | | | | | | | | |
| | | Customs clearance by:  112 FEDEX TRADE NETWORKS | | | | | | | |
| | **SHIPMENT SUMMARIZATION** | | | | | | | | |
| | 1 pallets, each with 1 cartons | | | | | | | | |

| TOTAL CTNS: | 1 | PLTS: | 1 | GROSS WEIGHT | 65 | LB | TARE WEIGHT | 27 | LB | NET WEIGHT | 38 | LB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

HAMILTON MFG PLANT

Trailer No. _____    Agent _____    - Exceptions Noted

Shipper _____    Per _____

Per _____

FOR CUSTOMS ONLY

Received in Apparent Good Order
Rev. 072202



# TINNERMAN PALNUT
ENGINEERED PRODUCTS (CANADA) CORPORATION

Correspondence & Remit Payment To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Remit Payment To:
Tinnerman Palnut
Engineered Products (Canada) Corp.
P.O. BOX 57641, STATION A
TORONTO, ONTARIO M5W 5M5

| INVOICE NO. |
|---|
| **600792920** |

| INVOICE DATE |
|---|
| **8/16/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| **00099945** |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
|---|---|---|---|---|
| **0550041920** | **600613545** | **1/05/04** | **256873100** | |

**Sold-To:**
DELPHI/DELCO ELECTRONICS   U
PO BOX 6129
MAIL STA A241
KOKOMO, IN  46904-6129

**Ship-To:** 06086006
DELCO ELECTRONICS
DELPHI ATOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TEXAS  78567

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| REL:   05081200 | **D98901-051M-255**<br>TRIM CLIPS<br>HARDNESS RC 44-51<br><br>Qty adjusted to Std Pack size | **15000.00**<br>PCS | **.02564**<br>PCS | **384.60** |

F.O.B. Warehouse:

HAMILTON, ONTARIO, CDA

| Ship Date<br>8/16/05 | Bill of Lading No.<br>600792920 |
|---|---|

| Shipped Via |
|---|
| CENTRAL TRANSPORT - DIRECT SHI |

| No. of Ctns | Gross Wt. | Tare Wt. | Net Wt. |
|---|---|---|---|
| 1 | 40.35 | 1.65 | 38.70 |

| Please Pay<br>This Amount |
|---|
| **384.60** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH                    Currency: CANADIAN DOLLARS

**Page No: 1**

# TINNERMAN PALNUT

ENGINEERED PRODUCTS (CANADA) CORPORATION

## TINNERMAN PALNUT COPY
## BILL OF LADING - SHORT FORM

### B.O.L. TYPE CUSTOMER ORDER

"All parties hereto and their assigns are familiar with, and agree, that this bill of lading is subject to:
(1) the contract terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth in the National Motor Freight Classification; and
(2) the applicable tariff and classifications in effect as of the date hereon."

| B.O.L. No. 600792920 | | Cust PO# 0550041920 | |
|---|---|---|---|
| Order Date 1/05/03 | BOL Date 8/16/05 | Ship Date 8/16/05 | |
| Dun# 256873100 | | Cust No. 00082372 | |
| Ship Via CENTRAL | | | |

**S H I P   T O**

06086006
DELCO ELECTRONICS
DELPHI AUTOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TEXAS 78567

**S H I P P E D   F R O M**

Supplier Code: 256873100
TINNERMAN PALNUT CANADA CORP
HAMILTON MFG PLANT
686 PARKDALE AVE. N.
HAMILTON, ONTARIO, CANADA L8H 5Z4

| Terms & Conditions | Plant or Dest.Code | Freight | M.BOL No. | Carrier | | SCAC | F.O.B |
|---|---|---|---|---|---|---|---|
| NET 15 | DA24 | COLLECT | | CENTRAL TRANSPORT - DIRECT SHI | | CTII | HAMILTON, ONTARIO, CDA |

| Item | Part No. | Description | Order/Itm | Rel.No. | Shipment Wgt | Cum Qty | Ctns | U/M | Qty Shipped |
|---|---|---|---|---|---|---|---|---|---|
| | | **DESCRIPTION OF ARTICLES** Bolts,Nuts,Screws or Clips Fasteners or Mounts Steel, Item 93490. (Freight Class 50) | | | | | | | |
| 1 | D98901-051M-255 CPT#: 9377461 DOCK ID:     RK01 | TRIM CLIPS | 600613545/001 | 05081200 | 40.35/LB | 0 | 1 | PCS | 15000.00 |
| | **SHIPMENT SUMMARIZATION** 1 pallets, each with 1 cartons | Customs clearance by 112 FEDEX TRADE NETWORKS | | | | | | | |

| TOTAL CTNS: | 1 | PLTS: | 1 | GROSS WEIGHT | 65 | LB | TARE WEIGHT | 27 | LB | NET WEIGHT | 38 | LB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**HAMILTON MFG PLANT**

**FOR CUSTOMS ONLY**

Received in Apparent Good Order
Rev 07/22/02

- Exceptions Noted

Shipper _____    Agent _____    Trailer No _____

Per _____    Per _____



| | |
|---|---|
| Correspondence And Remit Payment To:<br>P.O. Box 10<br>Brunswick, OH 44212-0010<br>330-220-5100<br>FAX 330-220-5797 | Tinnerman Palnut<br>Engineered Products (Canada) Corp.<br>P.O. BOX 57641, STATION A<br>TORONTO, ONTARIO M5W 5M5 |

| INVOICE NO. |
|---|
| **600794055** |

| INVOICE DATE |
|---|
| **8/23/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| 00099945 |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
|---|---|---|---|---|
| **0550041920** | **600613545** | **1/05/04** | **256873100** | |

**Sold-To:**
DELPHI/DELCO ELECTRONICS   U
PO BOX 6129
MAIL STA A241
KOKOMO, IN  46904-6129

**Ship-To:** 06086006
DELCO ELECTRONICS
DELPHI ATOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TEXAS  78567

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| REL:   05082300 | **D98901-051M-255**<br>TRIM CLIPS<br>HARDNESS RC 44-51<br><br>Qty adjusted to Std Pack size | **15000.00**<br>PCS | **.02564**<br>PCS | **384.60** |

F.O.B. Warehouse:

HAMILTON, ONTARIO, CDA

| Ship Date<br>8/23/05 | Bill of Lading No.<br>600794055 |
|---|---|

| Shipped Via |
|---|
| CENTRAL TRANSPORT - DIRECT SHI |

| No. of Ctns | Gross Wt. | Tare Wt. | Net Wt. |
|---|---|---|---|
| 1 | 40.35 | 1.65 | 38.70 |

| Please Pay<br>This Amount |
|---|
| **384.60** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH

Currency:  CANADIAN DOLLARS

Page No: 1

# TINNERMAN PALNUT COPY
## BILL OF LADING - SHORT FORM

### B.O.L. TYPE CUSTOMER ORDER

"All parties hereto and their assigns are familiar with, and agree, that this bill of lading is subject to:
(1) the contract terms and conditions of the Uniform Domestic Straight Bill of Lading as set forth in the National Motor Freight Classification; and
(2) the applicable tariff and classifications in effect as of the date hereon."

| B.O.L. No. | 600794055 | Cust PO# 0550041920 |
| --- | --- | --- |
| Order Date | BOL Date | Ship Date |
| 1/05/03 | 8/23/05 | 8/23/05 |
| Dun# 256873100 | | Cust No. 00082372 |
| Ship Via CENTRAL | | |

**SHIP TO**

06086006
DELCO ELECTRONICS
DELPHI ATOMOTIVE SYSTEMS
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TEXAS 78567

**SHIPPED FROM**

Supplier Code:    256873100
TINNERMAN PALNUT CANADA CORP
HAMILTON MFG PLANT
686 PARKDALE AVE. N.
HAMILTON, ONTARIO, CANADA L8H 5Z4

| Terms & Conditions | Plant or Dest.Code | Freight | M.BOL No. | Carrier | SCAC | F.O.B |
| --- | --- | --- | --- | --- | --- | --- |
| NET 15 | DA24 | COLLECT | | CENTRAL TRANSPORT - DIRECT SHI | CTII | HAMILTON, ONTARIO, CDA |

| Item | Part No. | Description | Order/Itm | Rel.No. | Shipment Wgt | Cum Qty | Ctns | U/M | Qty Shipped |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | **DESCRIPTION OF ARTICLES** | | | | | | | |
| | | Bolts,Nuts,Screws or Clips Fasteners or Mounts Steel, Item 93490. (Freight Class 50) | | | | | | | |
| 1 | D98901-051M-255 | TRIM CLIPS | 600613545/ 001 | 05082300 | 40.35/ LB | 0 | 1 | PCS | 15000.00 |
| | CPT#: 9377461 | | | | | | | | |
| | DOCK ID:    KK01 | | | | | | | | |
| | **SHIPMENT SUMMARIZATION** | Customs clearance by: 112 FEDEX TRADE NETWORKS | | | | | | | |
| | 1 pallets, each with 1 cartons | | | | | | | | |

| TOTAL CTNS: | 1 | PLTS: | 1 | GROSS WEIGHT | 65 LB | TARE WEIGHT | 27 LB | NET WEIGHT | 38 LB |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

HAMILTON MFG PLANT

FOR CUSTOMS ONLY

Received in Apparent Good Order
Rev: 07/22/02

Shipper _____    Trailer No _____    Agent _____

Per _____    Per _____

- Exceptions Noted



# TINNERMAN PALNUT
ENGINEERED PRODUCTS (CANADA) CORPORATION

Correspondence To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Regular Payment To:
Tinnerman Palnut
Engineered Products (Canada) Corp.
P.O. BOX 57641, STATION A
TORONTO, ONTARIO M5W 5M5

| INVOICE NO. |
|---|
| **600796945** |
| INVOICE DATE |
| **9/08/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| **00099945** |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
|---|---|---|---|---|
| **0550078145** | **600624541** | **9/06/05** | **256873100** | |

**Sold-To:**
DELPHI/DELCO ELECTRONICS   U
PO BOX 6129
MAIL STA A241
KOKOMO, IN  46904-6129

**Ship-To:** 06086006
DELPHI E&S DELNOSA PLANT 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TEXAS  78567

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| **9377461**<br>REL: 05090500 | **D98901-051M-255**<br>TRIM CLIPS<br>HARDNESS RC 44-51<br><br>Qty adjusted to Std Pack size | **15000.00**<br>PCS | **.02564**<br>PCS | **384.60** |

F.O.B. Warehouse:

HAMILTON, ONTARIO, CDA

| Ship Date<br>9/08/05 | Bill of Lading No.<br>600796945 |
|---|---|

| Shipped Via |
|---|
| CENTRAL TRANSPORT - DIRECT SHI |

| No. of Ctns<br>1 | Gross Wt.<br>40.35 | Tare Wt.<br>1.65 | Net Wt.<br>38.70 |
|---|---|---|---|

| Please Pay<br>This Amount |
|---|
| **384.60** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:  2ND DAY, 2ND MONTH                Currency: CANADIAN DOLLARS



# TINNERMAN PALNUT
### ENGINEERED PRODUCTS (CANADA) CORPORATION

Correspondence & Remit Payment To:

P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Tinnerman Palnut
Engineered Products (Canada) Corp.
P.O. BOX 57641, STATION A
TORONTO, ONTARIO M5W 5M5

| INVOICE NO. |
|---|
| **600797632** |

| INVOICE DATE |
|---|
| **9/13/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| **00099945** |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
|---|---|---|---|---|
| **0550078145** | **600624541** | **9/06/05** | **256873100** | |

**Sold-To:**

DELPHI/DELCO ELECTRONICS   U
PO BOX 6129
MAIL STA A241
KOKOMO, IN  46904-6129

**Ship-To:**  06086006
DELPHI E&S DELNOSA PLANT 5-6
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD

LOS INDIOS, TEXAS  78567

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| **9377461**<br>REL:  05091300 | **D98901-051M-255**<br>TRIM CLIPS<br>HARDNESS RC 44-51<br><br>Qty adjusted to Std Pack size | **15000.00**<br>PCS | **.02564**<br>PCS | **384.60** |

F.O.B. Warehouse:

HAMILTON, ONTARIO, CDA

| Ship Date | Bill of Lading No. |
|---|---|
| 9/13/05 | 600797632 |

| Shipped Via |
|---|
| CENTRAL TRANSPORT - DIRECT SHI |

| No. of Ctns | Gross Wt. | Tare Wt. | Net Wt. |
|---|---|---|---|
| 1 | 40.35 | 1.65 | 38.70 |

| Please Pay<br>This Amount |
|---|
| 384.60 |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH

Currency:  CANADIAN DOLLARS

Tinnerman Palnut Engineered Products
Claim #2628

Tinnerman Palnut Engineered Products

Claim # 2636

**TINNERMAN PALNUT**
ENGINEERED PRODUCTS, INC.

TINNERMAN PALNUT ENG PRD, INC.
1060 WEST 130TH ST.
BRUNSWICK, OH
44212        330-220-5760
             330-220-5361

00099952                              STATEMENT DATE:  4/11/06  AS OF:  4/11/06
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.            PAYMENT TERMS: CASH IN ADVANCE
615 ELCA LANE, SUITE A
BROWNSVILLE, TX  78521                US DOLLARS

| INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | DUE DATE | DESCRIPTION | OUTSTANDING AMOUNT |
|---|---|---|---|---|---|
| 500892612 | 9571-52674 | 7/18/05 | 8/30/05 | INVOICE | 726.00 |
| 500893979 | 9571-52674 | 7/31/05 | 8/30/05 | INVOICE | 726.00 |
| 500895486 | 9571-52674 | 8/15/05 | 9/30/05 | INVOICE | 726.00 |
| 500897002 | 9571-52674 | 8/29/05 | 9/30/05 | INVOICE | 726.00 |
| 500897987 | 9571-52675 | 9/07/05 | 10/30/05 | INVOICE | 1140.00 |
| 500898449 | 9571-52674 | 9/12/05 | 10/30/05 | INVOICE | 726.00 |

| CURRENT | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | TOTAL |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 4770.00 | 4770.00 |

# TINNERMAN PALNUT
ENGINEERED PRODUCTS, INC.

Correspondence To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Remit Payment To:

Tinnerman Palnut
Engineered Products, Inc
P.O. BOX 92368
CLEVELAND, OH 44193

| INVOICE NO. |
|---|
| **500892612** |

| INVOICE DATE |
|---|
| **7/18/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| 00080697 |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
|---|---|---|---|---|
| 9571-52674 | 000519731 | 6/11/03 | | |

**Sold-To:**
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521

**Ship-To:** 05080697
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A

BROWNSVILLE, TX 78521

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| 74772414<br>REL: 4/20/05 | T99220SS-60-576<br>PUSH_ON<br><br>NOTE:<br>Certify parts  for ID and Height using AQL from 8/1/04 to 10/1/04! 08/20/04 | 100000.00<br>PCS | .00726<br>PCS | 726.00 |

F.O.B. Warehouse:

PALNUT MOUNTAINSIDE NJ

| Ship Date<br>7/18/05 | Bill of Lading No.<br>500892612 |
|---|---|

| Shipped Via<br>UPS | | |
|---|---|---|
| No. of Ctns<br>1 | Gross Wt.<br>7.50 | Tare Wt.<br>.50 | Net Wt.<br>7.00 |

| Please Pay<br>This Amount |
|---|
| **726.00** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH          Currency: US DOLLARS

# TINNERMAN PALNUT
### ENGINEERED PRODUCTS, INC.

Correspondence Address:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Remit Payment To:

Tinnerman Palnut
Engineered Products, Inc
P.O. BOX 92368
CLEVELAND, OH 44193

| INVOICE NO. |
|---|
| **500893979** |
| INVOICE DATE |
| **7/31/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| 00080697 |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
|---|---|---|---|---|
| **9571-52674** | **000519731** | **6/11/03** | | |

**Sold-To:**
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A
BROWNSVILLE, TX  78521

**Ship-To:** 05080697
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A

BROWNSVILLE, TX 78521

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| 74772414<br>REL: 6/15/05 | T99220SS-60-576<br>PUSH_ON | 100000.00<br>PCS | .00726<br>PCS | 726.00 |
| | NOTE:<br>Certify parts  for ID and Height using AQL from 8/1/04 to 10/1/04! 08/20/04 | | | |

F.O.B. Warehouse:

PALNUT MOUNTAINSIDE NJ

| Ship Date | Bill of Lading No. |
|---|---|
| 8/03/05 | 500893979 |

| Shipped Via | | | |
|---|---|---|---|
| UPS | | | |
| No. of Ctns | Gross Wt. | Tare Wt. | Net Wt. |
| 1 | 7.50 | .50 | 7.00 |

| Please Pay<br>This Amount |
|---|
| 726.00 |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH

Currency:  US DOLLARS

# TINNERMAN PALNUT
### ENGINEERED PRODUCTS, INC.

Correspondence & Payment To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Tinnerman Palnut
Engineered Products, Inc
P.O. BOX 92368
CLEVELAND, OH 44193

| INVOICE NO. |
|---|
| **500895486** |

| INVOICE DATE |
|---|
| 8/15/05 |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| 00080697 |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
|---|---|---|---|---|
| **9571-52674** | **000519731** | 6/11/03 | | |

**Sold-To:**
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521

**Ship-To:** 05080697
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521        .

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| 74772414<br>REL: 6/16/05 | T99220SS-60-576<br>PUSH_ON<br><br>NOTE:<br>Certify parts  for ID and Height using AQL from 8/1/04 to 10/1/04! 08/20/04 | 100000.00<br>PCS | .00726<br>PCS | 726.00 |

F.O.B. Warehouse:

PALNUT MOUNTAINSIDE NJ

| Ship Date<br>8/15/05 | Bill of Lading No.<br>500895486 | | |
|---|---|---|---|
| Shipped Via<br>UPS | | | |
| No. of Ctns<br>1 | Gross Wt.<br>7.50 | Tare Wt.<br>.50 | Net Wt.<br>7.00 |

| Please Pay<br>This Amount |
|---|
| 726.00 |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:    2ND DAY, 2ND MONTH                    Currency:  US DOLLARS

# TINNERMAN PALNUT
ENGINEERED PRODUCTS, INC.

Correspondence To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

**Remit Payment To:**

Tinnerman Palnut
Engineered Products, Inc
P.O. BOX 92368
CLEVELAND, OH 44193

| INVOICE NO. |
| --- |
| **500897002** |

| INVOICE DATE |
| --- |
| **8/29/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
| --- |
| 00080697 |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No:  1 |
| --- | --- | --- | --- | --- |
| **9571-52674** | **000519731** | **6/11/03** | | |

**Sold-To:**
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A
BROWNSVILLE, TX  78521

**Ship-To:** 05080697
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A

BROWNSVILLE, TX 78521

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| **74772414**<br>REL:  ADD ON 1 | **T99220SS-60-576**<br>PUSH_ON<br><br>NOTE:<br>Certify parts  for ID and Height using AQL from 8/1/04 to 10/1/04! 08/20/04 | **100000.00**<br>PCS | **.00726**<br>PCS | **726.00** |

F.O.B. Warehouse:

PALNUT MOUNTAINSIDE NJ

| Ship Date<br>8/29/05 | Bill of Lading No.<br>500897002 |
| --- | --- |
| Shipped Via<br>UPS | |

| No. of Ctns<br>1 | Gross Wt.<br>7.50 | Tare Wt.<br>.50 | Net Wt.<br>7.00 |
| --- | --- | --- | --- |

| Please Pay<br>This Amount |
| --- |
| 726.00 |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH                    Currency: US DOLLARS

# TINNERMAN PALNUT
ENGINEERED PRODUCTS, INC.

Correspondence Regarding Payment To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Tinnerman Palnut
Engineered Products, Inc
P.O. BOX 92368
CLEVELAND, OH 44193

| INVOICE NO. |
| --- |
| **500897987** |
| INVOICE DATE |
| **9/07/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
| --- |
| **00080697** |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
| --- | --- | --- | --- | --- |
| **9571-52675** | **000519730** | **6/11/03** | | |

**Sold-To:**
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A
BROWNSVILLE, TX  78521

**Ship-To:** 05080697
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| **751-77330**<br>REL: 6/14/05 | **T99220SS-87-745**<br>PUSH_ON | **60000.00**<br>PCS | **.01900**<br>PCS | **1140.00** |

F.O.B. Warehouse:

PALNUT MOUNTAINSIDE NJ

| Ship Date<br>9/07/05 | Bill of Lading No.<br>500897987 |
| --- | --- |
| Shipped Via<br>UPS | |

| No. of Ctns | Gross Wt. | Tare Wt. | Net Wt. |
| --- | --- | --- | --- |
| 1 | 8.90 | .50 | 8.40 |

| Please Pay<br>This Amount |
| --- |
| **1140.00** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH

Currency:  US DOLLARS

# TINNERMAN PALNUT
## ENGINEERED PRODUCTS, INC.

Correspondence To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

**Remit Payment To:**

Tinnerman Palnut
Engineered Products, Inc
P.O. BOX 92368
CLEVELAND, OH 44193

| INVOICE NO. |
|---|
| **500898449** |
| INVOICE DATE |
| **9/12/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| 00080697 |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: 1 |
|---|---|---|---|---|
| 9571-52674 | 000519731 | 6/11/03 | | |

**Sold-To:**
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521

**Ship-To:** 05080697
DELPHI MECHATRONIC SYSTEMS
CONDURAS S. DE R.L. DE C.V.
615 ELCA LANE, SUITE A

BROWNSVILLE, TX 78521

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| 74772414<br>REL: 6/17/05 | T99220SS-60-576<br>PUSH_ON | 100000.00<br>PCS | .00726<br>PCS | 726.00 |
| | NOTE:<br>Certify parts for ID and Height using AQL from 8/1/04 to 10/1/04! 08/20/04 | | | |

F.O.B. Warehouse:

PALNUT MOUNTAINSIDE NJ

| Ship Date<br>9/12/05 | Bill of Lading No.<br>500898449 |
|---|---|

| Shipped Via<br>UPS | | | |
|---|---|---|---|
| No. of Ctns | Gross Wt. | Tare Wt. | Net Wt. |
| 1 | 7.50 | .50 | 7.00 |

| Please Pay<br>This Amount |
|---|
| **726.00** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   2ND DAY, 2ND MONTH                    Currency: US DOLLARS

Tinnerman Palnut Engineered Products
Claim # 2638

**TINNERMAN PALNUT**
ENGINEERED PRODUCTS, INC.

TINNERMAN PALNUT ENG PRD, INC.
1060 WEST 130TH ST.
BRUNSWICK, OH
44212          330-220-5760
              330-220-5361

00099943
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN  46904-9005

STATEMENT DATE:  4/11/06  AS OF:  4/11/06

PAYMENT TERMS: CASH IN ADVANCE

US DOLLARS

| INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | DUE DATE | DESCRIPTION | OUTSTANDING AMOUNT |
|---|---|---|---|---|---|
| 600788027 | 45010498148848 | 7/28/05 | 8/27/05 | INVOICE | 2012.50 |

| CURRENT | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | TOTAL |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 2012.50 | 2012.50 |

# TINNERMAN PALNUT
### ENGINEERED PRODUCTS (CANADA) CORPORATION

Correspondence To:
P.O. Box 10
Brunswick, OH 44212-0010
330-220-5100
FAX 330-220-5797

Remit Payment To:
Tinnerman Palnut
Engineered Products (Canada) Corp.
P.O. BOX 92374
CLEVELAND, OH 44193

| INVOICE NO. |
|---|
| **600788027** |
| INVOICE DATE |
| **7/28/05** |

**DUPLICATE INVOICE**

| Sold-To Customer Code |
|---|
| **00051400** |

| Purchase Order No. | Tinnerman Palnut Order | Date of Order | Supplier Code | Page No: **1** |
|---|---|---|---|---|
| **45010498148848** | **600622720** | **5/18/05** | | |

**Sold-To:**
DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER
PO BOX 9005
KOKOMO, IN  46904-9005

**Ship-To:** 06051402
PRODUCTION READINESS
DELPHI E & S, PLANT DA31
702 JOAQUIN CAVAZOS RDAREA 501

| Customer Part Number | Tinnerman Palnut Part Number | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|
| **28018476** | **PROTOTYPE PART**<br>ITEM 00010<br>PR10168831 00010<br><br>P/N 28018476 CLIP<br><br>QUANTITY 150.000 PRICE 6.75<br><br>UOM PC<br><br>* | **150.00**<br>PCS | **6.75000**<br>PCS | **1012.50** |
| | ITEM 00020<br>PR10168831 00020<br><br>TOOLING<br><br>DX7640-043M-4 | **1.00**<br>EA | **1000.00000**<br>EA | **1000.00** |

F.O.B. Warehouse:

HAMILTON, ONTARIO, CDA

| Ship Date<br>7/13/05 | Bill of Lading No.<br>600788027 |
|---|---|
| Shipped Via<br>DEFAULT CARRIER | |

| No. of Ctns<br>1 | Gross Wt. | Tare Wt.<br>.50 | Net Wt.<br>.50 |
|---|---|---|---|

| Please Pay<br>This Amount |
|---|
| **2012.50** |

Return goods NOT accepted without prior permission.  No claims for shortage
or defective material allowed after 30 days from Date of Invoice.

Terms:   NET 30 DAYS                                    Currency:  US DOLLARS