**EXHIBIT C**

**Dayanna Martinez**

**From:** Carroll, Mark [mark.carroll@delphi.com]
**Sent:** Monday, September 18, 2006 10:39 AM
**To:** Dayanna Martinez
**Subject:** RE: Rawac Plating

*As per JT file amended transfer 9-18-06*

Hi Dayanna, In reviewing your Excel file, the total detail is $398,139.37, yet the POC that was filed with the bankruptcy court is $352725.84. If you want to include additional invoices you will have to amend your claim with the court. Please let me know which $ amount you want to use. Thanks

Mark Carroll

Poc Analyst

---

**From:** Dayanna Martinez [mailto:dmartinez@liquiditysolutions.com]
**Sent:** Friday, September 15, 2006 2:15 PM
**To:** Carroll, Mark
**Subject:** Rawac Plating

Mark,

As you requested, please find attached a summary of the invoices for the Rawac Plating Co, claim No. 11856.

Please let me know if you have any questions.

Thank you and have a great weekend!

*Dayanna Martinez*
*One University Plaza*
*Suite 312*
*Hackensack, NJ 07601*
*P: (201) 968-0001 Ext. 121*
*F: (201) 968-0010*
*dmartinez@liquiditysolutions.com*

This message is for informational purposes only and is intended only for the designated recipient. It should not be relied upon or construed as an offer to sell or as a solicitation of an offer to buy a claim or security or as an official confirmation. The information in this correspondence was not approved by a principal of LSI and is provided for purposes of convenience only. This correspondence should not be relied upon for any purpose. LSI shall not be liable in any respect for the provision of this information, its completeness or its accuracy. See the LSI web site at www.liquiditysolutions.com

Delphi Automotive
A/R Aging Report

| Document Number | Document Date | Amount |
|---|---|---|
| 37315 | 12/22/2004 | 343.01 |
| 37348 | 12/29/2004 | 281.11 |
| 37353 | 12/29/2004 | 452.39 |
| 37694 | 1/13/2005 | 60.00 |
| 37889 | 1/24/2005 | 79.08 |
| 37914 | 1/24/2005 | 2,560.00 |
| 37956 | 1/26/2005 | 67.76 |
| 38604 | 2/27/2005 | 6,400.00 |
| 38621 | 2/28/2005 | 6,400.00 |
| 39254 | 4/8/2005 | 974.06 |
| 39310 | 4/12/2005 | 802.16 |
| 39311 | 4/12/2005 | 1,093.73 |
| 39317 | 4/12/2005 | 1,570.04 |
| 39335 | 4/13/2005 | 672.40 |
| 39400 | 4/18/2005 | 114.83 |
| 39402 | 4/18/2005 | 2,021.10 |
| 39498 | 4/21/2005 | 671.49 |
| 39522 | 4/22/2005 | 129.12 |
| 39551 | 4/25/2005 | 275.50 |
| 39553 | 4/25/2005 | 528.00 |
| 39554 | 4/25/2005 | 74.17 |
| 39569 | 4/26/2005 | 617.52 |
| 39572 | 4/26/2005 | 691.17 |
| 39573 | 4/26/2005 | 701.81 |
| 39575 | 4/26/2005 | 282.35 |
| 39578 | 4/26/2005 | 292.72 |
| 39605 | 4/28/2005 | 143.30 |
| 39611 | 4/28/2005 | 498.25 |
| 39613 | 4/28/2005 | 873.73 |
| 39708 | 5/2/2005 | 1,101.46 |
| 39979 | 5/16/2005 | 792.00 |
| 40246 | 5/31/2005 | 154.53 |
| 40430 | 6/13/2005 | 1,500.42 |
| 40431 | 6/13/2005 | 60.00 |
| 40432 | 6/13/2005 | 719.33 |
| 40436 | 6/13/2005 | 80.00 |
| 40445 | 6/13/2005 | 1,112.45 |
| 40446 | 6/13/2005 | 528.00 |
| 40447 | 6/13/2005 | 1,000.00 |
| 40457 | 6/14/2005 | 1,492.86 |
| 40797 | 7/5/2005 | 493.64 |
| 40817 | 7/6/2005 | 662.90 |
| 40985 | 7/21/2005 | 188.18 |
| 40990 | 7/21/2005 | 217.42 |
| 41153 | 7/30/2005 | 107.44 |
| 41165 | 8/3/2005 | 1,145.84 |
| 41166 | 8/3/2005 | 405.04 |
| 41167 | 8/3/2005 | 1,056.00 |
| 41168 | 8/3/2005 | 268.33 |
| 41169 | 8/3/2005 | 459.31 |
| 41170 | 8/3/2005 | 777.44 |
| 41171 | 8/3/2005 | 1,941.60 |
| 41196 | 8/3/2005 | 184.01 |
| 41197 | 8/3/2005 | 1,056.00 |
| 41198 | 8/3/2005 | 1,025.17 |
| 41199 | 8/3/2005 | 792.00 |
| 41200 | 8/3/2005 | 960.40 |
| 41201 | 8/3/2005 | 989.75 |
| 41202 | 8/3/2005 | 1,056.00 |
| 41203 | 8/3/2005 | 147.08 |
| 41204 | 8/3/2005 | 1,138.80 |
| 41211 | 8/4/2005 | 1,981.97 |
| 41212 | 8/4/2005 | 792.00 |

Delphi Automotive
A/R Aging Report

| Document Number | Document Date | Amount |
|---|---|---|
| 41213 | 8/4/2005 | 94.24 |
| 41214 | 8/4/2005 | 1,480.13 |
| 41215 | 8/4/2005 | 602.19 |
| 41216 | 8/4/2005 | 528.00 |
| 41217 | 8/4/2005 | 1,280.93 |
| 41261 | 8/8/2005 | 1,382.33 |
| 41262 | 8/8/2005 | 255.30 |
| 41263 | 8/8/2005 | 869.95 |
| 41264 | 8/8/2005 | 148.26 |
| 41265 | 8/8/2005 | 2,035.66 |
| 41266 | 8/8/2005 | 761.49 |
| 41267 | 8/8/2005 | 792.00 |
| 41268 | 8/8/2005 | 792.00 |
| 41295 | 8/9/2005 | 528.00 |
| 41296 | 8/9/2005 | 621.23 |
| 41297 | 8/9/2005 | 261.86 |
| 41298 | 8/9/2005 | 180.22 |
| 41299 | 8/9/2005 | 792.00 |
| 41300 | 8/9/2005 | 528.00 |
| 41301 | 8/9/2005 | 2,405.22 |
| 41308 | 8/9/2005 | 125.00 |
| 41309 | 8/9/2005 | 80.16 |
| 41310 | 8/9/2005 | 714.85 |
| 41311 | 8/9/2005 | 458.84 |
| 41312 | 8/9/2005 | 1,050.89 |
| 41313 | 8/9/2005 | 1,930.05 |
| 41328 | 8/11/2005 | 719.68 |
| 41329 | 8/11/2005 | 2,705.53 |
| 41330 | 8/11/2005 | 149.16 |
| 41331 | 8/11/2005 | 1,320.00 |
| 41332 | 8/11/2005 | 1,263.21 |
| 41333 | 8/11/2005 | 211.63 |
| 41339 | 8/11/2005 | 978.19 |
| 41340 | 8/11/2005 | 1,185.45 |
| 41341 | 8/11/2005 | 528.00 |
| 41342 | 8/11/2005 | 320.00 |
| 41343 | 8/11/2005 | 233.65 |
| 41344 | 8/11/2005 | 792.00 |
| 41345 | 8/11/2005 | 1,093.15 |
| 41366 | 8/15/2005 | 792.00 |
| 41367 | 8/15/2005 | 792.00 |
| 41368 | 8/15/2005 | 282.15 |
| 41369 | 8/15/2005 | 1,142.46 |
| 41370 | 8/15/2005 | 1,056.00 |
| 41371 | 8/15/2005 | 911.25 |
| 41398 | 8/15/2005 | 264.00 |
| 41399 | 8/15/2005 | 1,251.39 |
| 41400 | 8/15/2005 | 1,372.16 |
| 41401 | 8/15/2005 | 253.54 |
| 41402 | 8/18/2005 | 72.99 |
| 41403 | 8/15/2005 | 528.00 |
| 41404 | 8/15/2005 | 785.58 |
| 41405 | 8/15/2005 | 1,320.00 |
| 41406 | 8/15/2005 | 279.28 |
| 41407 | 8/15/2005 | 1,195.27 |
| 41413 | 8/15/2005 | 1,056.00 |
| 41414 | 8/15/2005 | 1,781.13 |
| 41415 | 8/16/2005 | 528.00 |
| 41416 | 8/16/2005 | 436.47 |
| 41417 | 8/16/2005 | 220.77 |
| 41418 | 8/16/2005 | 1,320.00 |
| 41419 | 8/16/2005 | 597.09 |
| 41420 | 8/16/2005 | 1,081.65 |

05-44481-rdd    Doc 7220-19    Filed 03/14/07    Entered 03/14/07 14:44:24    Exhibit C
Pg 5 of 7

Delphi Automotive
A/R Aging Report

| Document Number | Document Date | Amount |
|---|---|---|
| 41430 | 8/16/2005 | 1,056.00 |
| 41431 | 8/16/2005 | 1,285.04 |
| 41434 | 8/16/2005 | 304.14 |
| 41447 | 8/18/2008 | 310.42 |
| 41448 | 8/18/2005 | 897.41 |
| 41449 | 8/18/2005 | 1,320.00 |
| 41450 | 8/18/2005 | 936.86 |
| 41451 | 8/18/2005 | 217.85 |
| 41452 | 8/18/2005 | 350.76 |
| 41453 | 8/18/2005 | 927.56 |
| 41454 | 8/18/2005 | 397.37 |
| 41455 | 8/18/2008 | 1,463.50 |
| 41456 | 8/18/2005 | 792.00 |
| 41467 | 8/19/2005 | 792.00 |
| 41468 | 8/19/2005 | 1,320.00 |
| 41469 | 8/19/2005 | 388.69 |
| 41470 | 8/19/2005 | 1,736.41 |
| 41471 | 8/19/2005 | 1,631.42 |
| 41472 | 8/19/2005 | 264.00 |
| 41473 | 8/19/2005 | 265.43 |
| 41474 | 8/19/2005 | 86.56 |
| 41475 | 8/19/2005 | 478.47 |
| 41493 | 8/22/2005 | 42.00 |
| 41494 | 8/22/2005 | 1,181.01 |
| 41495 | 8/22/2005 | 1,199.35 |
| 41496 | 8/22/2005 | 210.92 |
| 41497 | 8/22/2005 | 1,320.00 |
| 41498 | 8/22/2005 | 242.28 |
| 41499 | 8/22/2005 | 138.42 |
| 41500 | 8/22/2005 | 1,056.00 |
| 41501 | 8/22/2005 | 1,769.56 |
| 41502 | 8/22/2005 | 451.79 |
| 41511 | 8/22/2005 | 1,314.00 |
| 41512 | 8/22/2005 | 303.56 |
| 41513 | 8/22/2005 | 528.00 |
| 41514 | 8/22/2005 | 1,005.04 |
| 41515 | 8/22/2005 | 332.22 |
| 41516 | 8/22/2005 | 309.81 |
| 41517 | 8/22/2005 | 1,056.00 |
| 41518 | 8/22/2005 | 842.29 |
| 41519 | 8/22/2005 | 222.10 |
| 41520 | 8/23/2005 | 773.06 |
| 41521 | 8/23/2005 | 2,307.98 |
| 41522 | 8/23/2005 | 132.75 |
| 41523 | 8/23/2005 | 1,000.00 |
| 41534 | 8/23/2005 | 329.18 |
| 41535 | 8/23/2005 | 442.97 |
| 41536 | 8/23/2005 | 528.00 |
| 41537 | 8/23/2005 | 1,585.12 |
| 41538 | 8/23/2005 | 179.01 |
| 41539 | 8/23/2005 | 1,320.00 |
| 41540 | 8/23/2005 | 906.33 |
| 41541 | 8/23/2005 | 1,320.00 |
| 41562 | 8/25/2005 | 264.00 |
| 41563 | 8/25/2006 | 957.37 |
| 41564 | 8/25/2005 | 1,452.79 |
| 41565 | 8/25/2005 | 1,056.00 |
| 41566 | 8/25/2005 | 1,703.75 |
| 41567 | 8/25/2005 | 369.39 |
| 41568 | 8/25/2005 | 1,056.00 |
| 41575 | 8/29/2005 | 906.23 |
| 41576 | 8/29/2005 | 264.00 |
| 41577 | 8/29/2005 | 106.40 |

Delphi Automotive
A/R Aging Report

| Document Number | Document Date | Amount |
|---|---|---|
| 41578 | 8/29/2005 | 1,515.08 |
| 41579 | 8/29/2005 | 231.68 |
| 41580 | 8/29/2005 | 888.20 |
| 41581 | 8/29/2005 | 1,320.00 |
| 41582 | 8/29/2005 | 92.05 |
| 41583 | 8/29/2005 | 1,129.42 |
| 41596 | 8/29/2005 | 670.89 |
| 41597 | 8/29/2005 | 1,198.56 |
| 41598 | 8/29/2005 | 376.95 |
| 41599 | 8/29/2005 | 299.41 |
| 41600 | 8/29/2005 | 259.75 |
| 41601 | 8/29/2005 | 792.00 |
| 41602 | 8/29/2005 | 1,191.15 |
| 41603 | 8/29/2005 | 215.97 |
| 41604 | 8/29/2005 | 231.87 |
| 41605 | 8/29/2005 | 792.00 |
| 41606 | 8/29/2005 | 552.50 |
| 41621 | 8/29/2005 | 204.42 |
| 41622 | 8/29/2005 | 1,031.69 |
| 41623 | 8/29/2005 | 264.00 |
| 41624 | 8/29/2005 | 491.71 |
| 41625 | 8/29/2005 | 1,056.00 |
| 41626 | 8/29/2005 | 1,265.54 |
| 41627 | 8/29/2005 | 1,320.00 |
| 41628 | 8/29/2005 | 1,591.57 |
| 41639 | 8/30/2005 | 648.71 |
| 41640 | 8/30/2005 | 2,112.00 |
| 41641 | 8/30/2005 | 1,294.05 |
| 41652 | 8/30/2005 | 1,056.00 |
| 41653 | 8/30/2005 | 792.00 |
| 41654 | 8/30/2005 | 1,512.35 |
| 41655 | 8/30/2005 | 295.83 |
| 41656 | 8/30/2005 | 1,401.37 |
| 41657 | 8/30/2005 | 323.26 |
| 41658 | 8/30/2005 | 792.00 |
| 41682 | 8/31/2005 | 1,666.86 |
| 41683 | 8/31/2005 | 1,056.00 |
| 41684 | 8/31/2005 | 1,287.17 |
| 41685 | 8/31/2005 | 264.00 |
| 41686 | 8/31/2005 | 130.18 |
| 41687 | 8/31/2005 | 1,320.00 |
| 41688 | 8/31/2005 | 861.48 |
| 41704 | 8/31/2005 | 303.12 |
| 41705 | 8/31/2005 | 2,428.15 |
| 41706 | 8/31/2005 | 264.00 |
| 41707 | 8/31/2005 | 56.12 |
| 41708 | 8/31/2005 | 213.16 |
| 41709 | 8/31/2005 | 396.02 |
| 41710 | 8/31/2005 | 264.00 |
| 41711 | 8/31/2005 | 62.35 |
| 41712 | 8/31/2005 | 1,240.02 |
| 41713 | 8/31/2005 | 1,987.76 |
| 41732 | 9/7/2005 | 1,321.55 |
| 41733 | 9/7/2005 | 1,320.00 |
| 41734 | 9/7/2005 | 483.93 |
| 41735 | 9/7/2005 | 79.17 |
| 41736 | 9/7/2005 | 264.00 |
| 41737 | 9/7/2005 | 1,071.54 |
| 41738 | 9/7/2005 | 268.54 |
| 41739 | 9/7/2005 | 1,619.07 |
| 41740 | 9/7/2005 | 1,056.00 |
| 41756 | 9/7/2005 | 370.26 |
| 41757 | 9/7/2005 | 264.00 |

Delphi Automotive
A/R Aging Report

| Document Number | Document Date | Amount |
|---|---|---|
| 41758 | 9/7/2005 | 1,516.95 |
| 41759 | 9/7/2005 | 2,615.03 |
| 41760 | 9/7/2005 | 264.00 |
| 41761 | 9/7/2005 | 431.64 |
| 41762 | 9/7/2005 | 219.56 |
| 41763 | 9/7/2005 | 218.46 |
| 41764 | 9/7/2005 | 1,320.00 |
| 41765 | 9/7/2005 | 926.68 |
| 41772 | 9/8/2005 | 379.10 |
| 41773 | 9/8/2005 | 483.70 |
| 41774 | 9/8/2005 | 1,320.00 |
| 41775 | 9/8/2005 | 199.05 |
| 41776 | 9/8/2005 | 1,315.76 |
| 41777 | 9/8/2005 | 527.58 |
| 41778 | 9/8/2005 | 792.00 |
| 41779 | 9/8/2005 | 96.62 |
| 41780 | 9/8/2005 | 1,420.17 |
| 41804 | 9/8/2005 | 264.00 |
| 41805 | 9/8/2005 | 1,012.58 |
| 41806 | 9/8/2005 | 528.00 |
| 41807 | 9/8/2005 | 912.41 |
| 41808 | 9/8/2005 | 264.00 |
| 41809 | 9/8/2005 | 277.30 |
| 41810 | 9/8/2005 | 360.61 |
| 41811 | 9/8/2005 | 92.90 |
| 41812 | 9/8/2005 | 1,056.00 |
| 41813 | 9/8/2005 | 1,447.82 |
| 41833 | 9/9/2005 | 390.45 |
| 41834 | 9/9/2005 | 774.75 |
| 41835 | 9/9/2005 | 1,320.00 |
| 41836 | 9/9/2005 | 79.80 |
| 41837 | 8/9/2005 | 1,026.40 |
| 41838 | 9/9/2005 | 183.69 |
| 41839 | 9/9/2005 | 995.71 |
| 41840 | 9/9/2005 | 528.00 |
| 41858 | 9/12/2005 | 264.00 |
| 41859 | 9/12/2005 | 1,320.00 |
| 41860 | 9/12/2005 | 1,315.58 |
| 41861 | 9/12/2005 | 842.54 |
| 41862 | 9/12/2005 | 664.85 |
| 41863 | 9/12/2005 | 1,056.00 |
| 41864 | 9/12/2005 | 528.00 |
| 41865 | 9/12/2005 | 827.08 |
| 41866 | 9/12/2005 | 1,168.41 |
| 41871 | 9/12/2005 | 364.37 |
| 41872 | 9/12/2005 | 1,684.10 |
| 41873 | 9/12/2005 | 1,169.29 |
| 41886 | 9/14/2006 | 1,755.51 |
| 41887 | 9/14/2006 | 320.51 |
| 41888 | 9/14/2006 | 792.00 |
| 41889 | 9/14/2006 | 1,543.25 |
| 41890 | 9/14/2006 | 1,584.00 |
| 41891 | 9/14/2006 | 88.70 |
| 41892 | 9/14/2006 | 659.55 |
| 41901 | 9/14/2006 | 264.00 |
| 41902 | 9/14/2006 | 149.73 |
| 41903 | 9/14/2006 | 1,558.28 |
| 41904 | 9/14/2006 | 239.32 |
| 41905 | 9/14/2006 | 1,049.86 |
| 41906 | 9/14/2006 | 528.00 |
| 41907 | 9/14/2006 | 1,466.66 |
| 41908 | 9/14/2006 | 630.77 |
| 41909 | 9/14/2006 | 60.17 |