## ROSSBACH & FISCHER
RECHTSANWÄLTE · NOTAR

BY AIR MAIL
**United States Bankruptcy Court**
Southern District of New York
Alexander Hamilton Customs House
**Attention: Dorothy Li, Clerk**
One Bowling Green
New York, NY 10004-1408
U.S.A.

JOHANN-ANDREAS ROSSBACH, NOTAR
DR. HANS-GEORG FISCHER
BERND MOHR
YORK FREIHERR VON LERSNER
EVA-MARTINA BÖHM

SCHAUMAINKAI 101–103
D-60596 FRANKFURT AM MAIN

POSTANSCHRIFT:
POSTFACH / POB 700861
D-60558 FRANKFURT AM MAIN

TELEFON (0 69) 63 15 71-0
TELEFAX (0 69) 63 15 71-99
e-mail: rossbach@rolaw.de
www.rolaw.de

March 6, 2007
cj-118/06/ARAllg.D4/8211

**DELPHI CORPORATION, et. al.**
**Case No. 05-44481 (RDD)**
**Affidavit of Legal Ordinary Course Professional**

Dear Mrs Li,

As per the instructions of Mr Eugene Bogenschuetz, a resident of the City of Frankfurt am Main, Federal Republic of Germany and a partner of Messrs. Allen & Overy LLP with their Frankfurt office at Taunustor 2, 60311 Frankfurt am Main, I would like to ask you to file the attached Affidavit together with Certificate of Service on the docket. As Mr Bogenschuetz' office as well as my own office are located in Germany, we do not have the ability to file the papers on Pacer/ECF ourselves.

Last but not least, this is to confirm that, in a first run, I have filed a certified copy of the Affidavit with each of the parties listed in the Certificate of Service without the legalization of my signature by way of having the Apostille affixed by the President of the Frankfurt District Court and, in a second run, I have filed another certified copy with each of these parties with the Apostille affixed as aforesaid.

Yours sincerely,

Johann-Andreas Rossbach
Notary



RECEIVED
MAR - 9 2007
USBC-SDNY
RDD

**Encl.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
      In re                      :   Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :   Case No. 05-44481 (RDD)
                                   :
                            Debtors.   :   (Jointly Administered)
                                   :
---------------------------------- x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF Hessen/Germany            )
                                   ) ss:
CITY OF Frankfurt am Main          )

Eugen Bogenschütz, being duly sworn, deposes and says:

      1.     I am a principal of Allen & Overy LLP ("**A&O LLP**") which firm maintains offices at Taunustor 2, 60311 Frankfurt am Main/Germany.

      2.     A&O LLP has represented and advised the Debtors on German tax matters with respect to a broad range of aspects of the Debtors' businesses.

      3.     The Debtors have requested, and A&O LLP has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters.

      4.     We do not represent or hold any interest adverse to the Debtors or their estates with respect to the matter on which we are to be engaged.

      5.     A&O LLP's current hourly rates for these services range from EUR 350 to EUR 690 plus reimbursement of reasonable expenses and value-added tax ("**VAT**"), if applicable.

      6.     Except as set forth herein, no promises have been received by A&O LLP or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

United State Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, NY 10044

Skadden, Arps, Slate, Meagher & Flom
Attn.: John W. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Latham & Watkins
Attn: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022

Simpson Thacher & Bartlett, LLP
Attn: Marissa Wesley, Esq.
425 Lexington Ave.
New York, N.Y. 10017

Davis Polk & Wardell
Attn: Marlane Melican, Esq.
450 Lexington Ave.
New York, N.Y. 10017

Dated: February 26, 2007



Rossbach Notary Public

## APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Land: Bundesrepublik Deutschland
   Diese öffentliche Urkunde
2. ist unterschrieben von Rossbach
3. in seiner Eigenschaft als amtlich bestellter Notar
4. sie ist versehen mit dem Siegel/Stempel des(der) Notars

Bestätigt

5. in Frankfurt/Main         6. am 28.02.07
durch den Herrn Präsidenten des Landgerichts
7. unter Nr. 91 Ea A 2085
9. Siegel/Stempel            10. Unterschrift

i.V. Franke

**ROSSBACH & FISCHER**
RECHTSANWÄLTE

Schaumainkai 101-103
60596 Frankfurt am Main



Deutsche Post
**FRANKIT** 4,00 EUR
06.03.07    4D02001301

Par Avion







