UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11
Case No. 05-16436

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK )
COUNTY OF MONROE )SS:

PENNY L. MASE, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at East Bethany, New York.

That on March 13, 2007 deponent served the RESPONSE TO NINTH OMNIBUS CLAIMS OBJECTION on the parties listed in Schedule "A" by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service of the State of New York.

PENNY L. MASE

Sworn to before me on
March 13, 2007.

NOTARY PUBLIC

EILEEN A. SOLIMANO
Notary Public, State of New York
Monroe County
My Commission Expires Oct. 31, 20 10

SCHEDULE "A"

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: John William Butler, Jr., Esq.,
John K. Lyons, Esq., Joseph N. Wharton, Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

{774028:}