MarTek, Inc.
112 S. Rockford Dr.
Suite# 103
Tempe, AZ 85281

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:                                    : Case No.: No. 05-44481 (RDD)
                                          :
                                          : RESPONSE TO NINTH OMNIBUS OBJECTION
DELPHI CORPORATION, et al.,               : ORDER
                                          :
          Debtors.                        :

The enclosed amended "Proof of Claim" re-identifies the Debtor as DELPHI

ELECTRONICS & SAFTEY and MarTek's claim to be a "general unsecured claim".

Dated this 9th day of March, 2007

By: /s/ Ronald E. Florey
VP of Operations,
MarTek, Inc.

Amendment of "PROOF OF CLAIM" form - 1