## CREDITOR DATA for Claim Number 5736

| | |
|---|---|
| **Creditor Name:** Martek<br>**Creditor Notice Name:** Ron Flanigan | **Date Claim Filed:** 5/12/2006<br>**Delphi Claim #:** 5736<br>**Court Claim #:** 5736<br>**Amend/Replace?** No |
| **Debtor Name:** Delphi Corporation<br>**Case Number:** 05-44481 | |
| **Claim Nature:** Priority<br>**Amount of Claim:** $12,417.69 | **Creditor Info Altered?** Y<br>**Objection Filed?** Y  **Basis:** Improper Nature Wrong Debtor  **Total Amount:** $12,417.69<br>**Objection History** |

| **Schedule:**<br>**Schedule Amt:** | Basis | Status | Notes |
|---|---|---|---|
| | Improper Nature | Not resolved yet | |
| | Wrong Debtor | Not resolved yet | |

Leslie.

salcedo@LW.com

Leslie.salcedo@LW.com

(212) 906-1200