UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      :
                                                            :
    FIRST AMENDMENT TO ECF                                  :     General Order # M-269
    GENERAL ORDER M-242                                     :
                                                            :     Supplement to General Order # M-242
------------------------------------------------------------X

Federal Rule of Civil Procedure ("FRCP") 83 and Federal Rules of Bankruptcy Procedure ("FRBP") 5005(a)(2) and 9029 authorize this Court to establish practices and procedures for the filing, signing and verification of documents by electronic means.

By General Order M-242, dated January 19, 2001, the Court revised such practices and procedures[1] – as contained in the *Revised Administrative Procedures for Electronically Filed Cases* and the *Electronic Filing System Attorney's User Manual* ("Revised Electronic Filing Procedures") – pertaining to the Court's Case Management/Electronic Case Filing ("CM/ECF") System.

The practice under the Revised Electronic Filing Procedures limited eligibility for obtaining a CM/ECF password to attorneys admitted to practice law.

The Court will now provide CM/ECF passwords to non-attorneys for the limited purpose of electronically filing certain documents relating to claims. To obtain a password, an individual must apply to the court and, *where possible*, attend a court training session in New York City, Poughkeepsie or White Plains.

The provisions set forth in the Revised Electronic Filing Procedures apply to those issued a limited-access password. Thus, the use of a limited-access password shall constitute the signature of the password holder, and those holding such passwords bear the responsibility of keeping the password secure. Additionally, each password holder has a duty to notify the Court at the earliest opportunity in the event that the holder accidentally obtains greater access than the limited-access password permits or if the holder of the password believes the security of the password has been compromised. The Clerk of the Court, in her discretion, may cancel the password of any individual who does not comply with this General Order and the provisions contained in the Revised Electronic Filing Procedures.

Dated:      New York, New York
            June 3, 2002

                                                     /s/ Stuart M. Bernstein
                                                     STUART M. BERNSTEIN
                                                     Chief Judge

---

[1] General Order M-242 superseded General Order M-182, which had been amended by General Orders M-193 and M-206.