# DELPHI

_____Delphi Electronics and Safety

Page 1 of 6

| Buyer: | Purchase Order | |
|---|---|---|
| DELPHI<br>ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 | PO Number<br>450114702<br>Version<br>23-Aug-2005 07:52:27 | Date Issued<br>21-Jul-2005 |

| Deliver to: | |
|---|---|
| DELPHI DELCO ELECTRONICS CORP<br>ATTN: MANUAL RECEIPTS MS-CTA229<br>No physical shipment<br>KOKOMO IN | Delivery date: 22-JUL-2005 |

| | |
|---|---|
| MARTEK INC<br>112 S ROCKFORD DR #103<br>TEMPE AZ 85281 | Vendor No: 1014786<br>DUNS No: 937797249 |
| | **Payment Terms:** ZMN2    **Currency:** USD |
| | Payment settled on 2nd, 2nd Month |
| | **Incoterms:** FOB-Freight Collect |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00010 | PR10183418 00010<br>ON-SITE SERVICE CALL<br>TO COVER THE COST OF FIELD REP. TO<br>REPAIR AND PM 9 PROBERS IN DEPT. 850.<br>QUOTE # 2651<br>JEFF KELLAR 765-451-9117 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>KELLAR/9117 |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 22-JUL-2005 | 1.000 | 12,417.69 | 1 | PU | 12,417.69 |
| Net Line Item Value | | | | USD | 12,417.69 |

| Total net value | USD | 12,417.69 |
|---|---|---|

Notes:

Purchasing Contact: Purvis, Laura
Phone: 765-451-2104
Fax: 765-451-0265

Contact Address:
Delphi E & S
One Corporate Center MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 23-Aug-2005 07:52:27