# DELPHI

Delphi Electronics and Safety

Page 3 of 6

MARTEK INC
112 S ROCKFORD DR #103
TEMPE AZ 85281

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450114702 | 21-Jul-2005 |
| Version | |
| 23-Aug-2005 07:52:27 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\* IMPORTANT \*\*\* \*\*\* PAYMENT REQUIREMENTS \*\*\*

THIS ORDER IS TO COVER PARTS, LABOR, AND TRAVEL FOR A SERVICE CALL.

CORRECT PRICING WITH P.O. NUMBER MUST BE FAXED TO PURCHASING DEPARTMENT AT (765) 451-5750.

PRIOR TO PERFORMING SERVICE, YOUR SERVICE PERSON SHOULD RECEIVE A SERVICE CALL PRICING SHEET FROM THE DELPHI-E&S PERSON REQUESTING THE SERVICE. PLEASE USE THAT SHEET TO COMMUNICATE THE PRICING.

AUDIT:
BY ACCEPTANCE OF THIS CONTRACT OR PURCHASE ORDER THE SELLER GRANTS TO DELPHI DELCO ELECTRONICS CORP SYS ACCESS TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL OF THE ABOVE ENUMERATED DOCUMENTS FOR A PERIOD OF ONE YEAR AFTER FINAL PAYMENT HEREUNDER.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN ACCORDANCE WITH THE PROVISIONS OF ARTICLE #17, PRINTED ON THE REVERSE SIDE HEREOF, SELLER AGREES TO CARRY AND TO FURNISH CERTIFICATES FROM ITS INSURANCE CARRIERS SHOWING THAT IT CARRIES INSURANCE IN THE MINIMUM LIMITS:

1. WORKER'S COMPENSATION - STATUATORY LIMITS FOR STATE OR STATES IN WHICH THE WORK IS TO BE PERFORMED.
2. EMPLOYER'S LIABILITY - $250,000.
3. COMPREHENSIVE GENERAL LIABILITY (INCLUDING PRODUCTS/COMPLETED, OPERATIONS, AND BLANKET CONTRACTUAL LIABILITY) $1,000,000 PER PERSON, $1,000,000 PER OCCURRENCE PERSONAL INJURY; $1,000,000 PER OCCURRENCE PROPERTY DAMAGE, COMBINED SINGLE LIMIT.
4. AUTOMOBILE LIABILITY (INCLUDING OWNED, NON-OWNED, AND HIRED VEHICLES) - $1,000,000 PER PERSON, $1,000,000 PER OCCURRENCE PERSONAL INJURY AND PROPERTY DAMAGE COMBINED, SINGLE LIMIT.