# DELPHI  480-967-5757  RON

Delphi Electronics and Safety

Page 1 of 6

| Buyer: | Purchase Order: |
|---|---|
| DELPHI ELECTRONICS & SAFETY<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 | PO Number: 450114702  Date Issued: 21-Jul-2005<br>Version<br>22-Jul-2005 02:26:50 EST |

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

RECEIVED JUL 22 2005

Delivery date: 22-JUL-2005

Vendor No: 1014786
DUNS No: 937797249

MARTEK INC
112 S ROCKFORD DR #103
TEMPE AZ 85281

Payment Terms: ZNN2   Currency: USD
Payment settled on 2nd, 2nd Month

Incoterms: FOB Freight Collect

— Pending non posting

| Item No | Material No/Item Identifier No | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10193418 00010<br>ON-SITE SERVICE CALL<br>TO COVER THE COST OF FIELD REP. TO<br>REPAIR AND PM 9 PROBERS IN DEPT. #50.<br>QUOTE # 2651 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>KELLAR/9117 |

JEFF KELLAR 765-451-9117

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 22-JUL-2005 | 1.000 | 11,577.00 | 1 | PU | 11,577.00 |
| Net order item value | | | | USD | 11,577.00 |

| Total net value | | USD | 11,577.00 |
|---|---|---|---|

Notes:

(Wen. Aug. 15th)  Nancy Robinson
451-2053

Purchasing Contact: Purvis, Laura
Phone: 765-451-2104
Fax: 765-451-0265

Contact Address:
Delphi E & S
One Corporate Center MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 22-Jul-2005 02:26:50 EST

Page 1 of 6