# DELPHI

Delphi Electronics and Safety

Page 3 of 6

MARTEK INC
112 S ROCKFORD DR #103
TEMPE AZ 85281

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450114702 | 21-Jul-2005 |
| Version | |
| 22-Jul-2005  02:26:50  EST | |

Item No.   Material No/Item Identifier No   Total Order Quantity   Plant
Description                                                        Requester

**Notes Continued:**

*********************************************

\*\*\* IMPORTANT \*\*\*   \*\*\* PAYMENT REQUIREMENTS \*\*\*

THIS ORDER IS TO COVER PARTS, LABOR, AND TRAVEL FOR A
SERVICE CALL.

CORRECT PRICING WITH P.O. NUMBER MUST BE FAXED TO
PURCHASING DEPARTMENT AT (765) 451-5750.

PRIOR TO PERFORMING SERVICE, YOUR SERVICE PERSON
SHOULD RECEIVE A SERVICE CALL PRICING SHEET FROM THE
DELPHI-E&S PERSON REQUESTING THE SERVICE. PLEASE USE
THAT SHEET TO COMMUNICATE THE PRICING.

AUDIT:
BY ACCEPTANCE OF THIS CONTRACT OR PURCHASE ORDER THE
SELLER GRANTS TO DELPHI DELCO ELECTRONICS CORP SYS ACCESS
TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS,
RECORDS, CORRESPONDENCE, WRITTEN INSTRUCTIONS,
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE,
TO PRESERVE ALL OF THE ABOVE ENUMERATED DOCUMENTS
FOR A PERIOD OF ONE YEAR AFTER FINAL PAYMENT
HEREUNDER.
*********************************************
IN ACCORDANCE WITH THE PROVISIONS OF ARTICLE #17,
PRINTED ON THE REVERSE SIDE HEREOF, SELLER AGREES TO
CARRY AND TO FURNISH CERTIFICATES FROM ITS INSURANCE
CARRIERS SHOWING THAT IT CARRIES INSURANCE IN THE
MINIMUM LIMITS:

1. WORKER'S COMPENSATION - STATUATORY LIMITS FOR
STATE OR STATES IN WHICH THE WORK IS TO BE PERFORMED.
2. EMPLOYER'S LIABILITY - $250,000.
3. COMPREHENSIVE GENERAL LIABILITY (INCLUDING
PRODUCTS/COMPLETED, OPERATIONS, AND BLANKET
CONTRACTUAL LIABILITY) $1,000,000 PER PERSON,
$1,000,000 PER OCCURRENCE PERSONAL INJURY;
$1,000,000 PER OCCURRENCE PROPERTY DAMAGE.
COMBINED SINGLE LIMIT.
4. AUTOMOBILE LIABILITY (INCLUDING OWNED, NON-
OWNED, AND HIRED VEHICLES) - $1,000,000 PER PERSON,
$1,000,000 PER OCCURRENCE PERSONAL INJURY AND
PROPERTY DAMAGE COMBINED, SINGLE LIMIT.