**DELPHI**

Delphi Electronics and Safety

Page 5 of 6

MARTEK INC
112 S ROCKFORD DR #103
TEMPE AZ 85281

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450114702 | 21-Jul-2005 |
| Version | |
| 22-Jul-2005 02:26:50 EST | |

**Item No.   Material No/Item Identifier No   Total Order Quantity   Plant**
**Description                                                        Requester**

**Notes Continued:**

*********************

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

*********************

*********************
* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO:                *
* DISBURSEMENT SERVICES AT (248)874-4636. (A2)   *
*********************

*****ATTENTION ALL NORTH AMERICAN SUPPLIERS*****
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON
HOW TO ACCESS THIS NEW FEATURE.
*********************

*********************
DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI E&S IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
P O BOX 9005
KOKOMO, IN 46904-9005

***CALIFORNIA SHIPMENTS*** - DELPHI-E&S DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO ELECTRONICS CORP DOES HAVE DIRECT PAY
PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.

YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER