MarTek, Inc.
112 S. Rockford Dr.
Suite# 103
Tempe, AZ 85281

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:                                : Case No.: No. 05-44481 (RDD)
                                      :
                                      : RESPONSE TO NINTH OMNIBUS OBJECTION
DELPHI CORPORATION, et al.,           : ORDER
                                      :
          Debtors.                    :

The enclosed amended "Proof of Claim" re-identifies the Debtor as DELPHI ELECTRONICS & SAFTEY and MarTek's claim to be a "general unsecured claim".

Dated this 9th day of March, 2007

By: *[signature: Ronald E. Florey]*
VP of Operations,
MarTek, Inc.

Amendment of "PROOF OF CLAIM" form - 1