MarTek Inc.
112 S. Rockford Drive #103
Tempe, AZ 85281

# Statement

| Date |
|------|
| 9/9/2005 |

To:

Delphi Delco Electronics Systems
One Corporate Center
Kokomo, IN 46904
Attn: Accounts Payable

| | Amount Due | Amount Enc. |
|---|---|---|
| | $12,417.69 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 12/31/2004 | Balance forward | | 3,536.25 |
| 02/10/2005 | INV #8054. Due 02/10/2005. | 2,700.00 | 6,236.25 |
| 02/11/2005 | PMT #8054. 8054 | -2,700.00 | 3,536.25 |
| 05/19/2005 | PMT #7873. 7873 | -3,536.25 | 0.00 |
| 07/05/2005 | INV Due 08/04/2005. VOID: | 0.00 | 0.00 |
| 08/10/2005 | INV #07388. Due 09/09/2005. | 12,417.69 | 12,417.69 |
| | 2001 Dase- | | |
| 01/03/2005 | INV Due 01/03/2005. VOID: | 0.00 | 12,417.69 |
| 01/25/2005 | INV #8026. Due 03/26/2005. | 26,157.00 | 38,574.69 |
| 04/07/2005 | PMT #900494436. 8026 | -26,157.00 | 12,417.69 |
| | delpi_parts_1- | | |
| 08/19/2005 | INV #8347. Due 09/18/2005. | 4,162.00 | 16,579.69 |
| 08/19/2005 | PMT 8347 | -4,162.00 | 12,417.69 |

Sent copy on 9/9/2005

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|---------------------|----------------------|----------------------|------------------------|------------|
| 12,417.69 | 0.00 | 0.00 | 0.00 | 0.00 | $12,417.69 |