# MarTek, Inc.

208 South River Drive
Tempe, AZ 85281
Phone (480) 947-5757
Fax (480) 967-5757

# INVOICE

**07388**

| DATE | INVOICE NO. |
|---|---|
| 7-29-05 | |

**BILL TO:**

**SHIP TO:** Delphi
John Fulton

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 450114702 | | NEC | 7-29 | MarTek | Tempe | John Fulton |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 34 | Labor | -2001 Annual PM's (x 7) <br> -2001 Trouble-shooting Z problems <br> -Found bad Z-motor pulley & belt set. Replaced belt <br> -Also bad Z-stage assy. | $150.00 | $5,100.00 |
| 10 | Parts | -Z-stage belts | $6 | $60.00 |
| 1 | Parts | -Z-stage assy. | $3,700.00 | $3,700.00 |
| 1 | Part | -th... assy. | $1,350.00 | $1,350.00 |
| 18 | Travel labor | | $50.00 | $900.00 |
| | | Travel Expenses will be totalled at the end of the trip. | $1,307.69 | $1,307.69 |

7/29/05

**TOTAL** $12,417.69