March 7, 2007

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

This response is directed toward the Notice of Objection to claim #1625 received in reference to case #05-44481 (RDD) for Chapter 11 filing of Delphi Corporation.

The claim #1625 filed on January 23, 2006 by Dobmeier Janitor Supply Inc., 354 Englewood Ave. Buffalo, NY 14223 was reduced by $587.42, which represents (2) invoices #366195 and #366196 both dated September 28, 2005. These invoices were for products delivered and received at Delphi Automotive Systems, AC Rochester Division located at 1000 Lexington Ave. Rochester, NY 14606.

The product was delivered and signed for by Delphi staff ( proof of delivery attached) therefore, payment should have been made by Delphi Corporation to Dobmeier Janitor Supply Inc. These invoices should be included as a part of our claim and should not be excluded.

Please address return reply to:

Dobmeier Janitor Supply Inc.
Attn: Linda A. Dobmeier (Vice President) or Diana Andersen (Accounting Manager)
354 Englewood Avenue
Buffalo, NY 14223
Phone: (716) 833-2024
Fax: (716) 833-2005
E-mail: dobjansup@aol.com


Cc.
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Aips, Slate, Meagher and Flom, LLP
Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton
333 West Waeher Drive, Suite 2100
Chicago, IL 60606