FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF _____ | PROOF OF CLAIM |
|---|---|

Name of Debtor: **Delphi**

Case Number: 

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**PolyOne Corp**

Name and address where notices should be sent:
**33587 Walker Road**
**Avon Lake, Ohio 44012**

Telephone number: **440-930-1015**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces   ☐ amends   a previously filed claim, dated: _____
if this claim

**1. Basis for Claim**
- ☒ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)       (date)

**2. Date debt was incurred:** Aug-Sept '2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ **35,897.76** _____ _____ _____ **35,897.76**
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date: **6/26/06**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
**S.W. Kessell**
**S.W. Kessell Credit Manager**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PolyOne RESTRICTED & CONFIDENTIAL

1/1   18252   11/29/2005

*DELPHI INTERIOR SYSTEMS
1401 COOKS ROAD
TROY   MI   48084
USA

Please Remit Payment To:

PolyOne Corporation
Dept CH 10489
Palatine   IL   60055-0489
USA

| Invoice.No | Reference.No | Invoice Date | Terms | Net Due Date | Po.No | Current | 001-030 Days | 031-060 Days | 061-090 Days | 091-> Days | Reason code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10193535 | 10/04/2005 WIR08/26/05 | | N07 | 08/26/05 | | | 57.24- | | | | C |
| 140029480 | 003343376 | 11/25/05 | N07 | 11/25/05 | 550057089 | | | | | 740.25 | RC |
| 306417732 | 006258705 | 08/29/05 | N30 | 09/28/05 | 550057089 | | | 11,421.00 | | | C |
| 306419443 | 006264249 | 09/02/05 | N30 | 10/02/05 | 550057089 | | | 12,372.75 | | | C |
| 306425572 | 006630906 | 09/28/05 | N07 | 10/05/05 | 550057089 | | | | 11,421.00 | | C |

35,897.76 USD          57.24-   23,793.75   11,421.00   740.25

**PolyOne**

| Remit to: |
|---|
| PolyOne Corporation<br>Dept CH 10489<br>PALATINE IL 60055-0489<br>USA |

| Customer no.   29101 |
|---|
| *DELPHI I<br>PO Box 4447<br>BROWNSVILLE TX 78521<br>USA |

| Ship to no.   52110 |
|---|
| DELPHI CMM - VALLEY WAREHOUSE<br>3301 NAFTA PARKWAY SUITE B<br>BROWNSVILLE TX 78521<br>USA |

## Invoice   3001417732

| | |
|---|---|
| Invoice date | 08/29/2005 |
| Due Date | 09/28/2005 |
| Purchase Order | 550057089 |
| Delivery no. | 66258705 |
| Order no. | 15750563 |
| Account Rep | 529   SHEILA WHITE |

PolyOne Tax ID # :   34-1730488

### For payment via ACH or Wire Transfer (*Preferred format for ACH is CTX):

```
Mellon Financial Corporation
ABA Routing Number 043000261
Account Number: 078-6808
Account Name:  PolyOne
Swift Code: MELNUS3P
Please include invoice numbers or any important information in reference area
```

### Conditions

| | |
|---|---|
| Due date: | 09/28/2005 |
| Terms of payment: | Net 30 Days |
| Terms of delivery: | FCA   SELLER'S FACILITY |
| | Incoterms 2000 used for interpretation of trade term. |

| **TOTAL DUE** | | | | | | **Currency USD** | **11,421.00** |
|---|---|---|---|---|---|---|---|
| **Gross weight** | 11,340.0 | LB | (5,143.8 | KG) | | | |
| **Net weight** | 10,800.0 | LB | (4,898.8 | KG) | | | |

Please contact SHEILA WHITE of Plastics Cmpds & Colors at 1-731-287-3403 should you have any questions regarding this invoice.

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW
NOTICE - We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof. IMPORTANT - If the shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.



# Invoice
## 3001417732

Page 2 of 2

*DELPHI I
PO Box 4447
BROWNSVILLE TX  78521
USA

| Item | Material Quantity | Description Price | Price Unit | Amount |
|---|---|---|---|---|
| 000050 | EM1000306060 | EXP-TPE-150-244-17 | | |
| | Customer Material:  M101564 | | | |
| | Batch 3089416 | | | |
| | 10,800.0  LB | 1.0575  USD | 1  LB | 11,421.00 |
| | Producer Services | | | |
| | Item Total | | | 11,421.00 |
| | H/S no. TBD   Assignment Needed | | | |
| | Country of origin:  US ,  Shipped from Region Code:  TN | | | |

**TOTAL DUE**               Currency  USD                    **11,421.00**

| | | | | |
|---|---|---|---|---|
| Gross weight | 11,340.0  LB | (5,143.8  KG) | | |
| Net weight | 10,800.0  LB | (4,898.8  KG) | | |

Please contact SHEILA WHITE of Plastics Cmpds & Colors at 1-731-287-3403 should you have any questions regarding this invoice.

**Additional Clauses:**
Freight Collect
Customer Pick-Up - Customer arrange Pick-Up
Title and Risk of Loss transfer at seller's factory.
Freight not included in price.
The sale and acceptance of these goods is conditioned upon Buyer's understanding and acceptance of PolyOne Corporation's Terms and Conditions which shall be accessed by Buyer at http://www.getpolyone.com/terms.htm. PolyOne Corporation rejects all additional, different, or modified terms and conditions submitted by Buyer.

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW
NOTICE - We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof. IMPORTANT - If the shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.

# PolyOne

Repeat

Page 1 of 2

| Remit to: | Invoice  3001419443 |
|---|---|
| PolyOne Corporation<br>Dept CH 10489<br>PALATINE IL 60055-0489<br>USA | Invoice date      09/02/2005<br>Due Date         10/02/2005<br>Purchase Order   550057089<br>Delivery no.     66264249<br>Order no.        15760597<br>Account Rep      529   SHEILA WHITE |

**Customer no.  29101**

*DELPHI I
PO Box 4447
BROWNSVILLE TX 78521
USA

PolyOne Tax ID # :  34-1730488

**Ship to no.  52110**

DELPHI CMM - VALLEY WAREHOUSE
3301 NAFTA PARKWAY SUITE B
BROWNSVILLE TX 78521
USA

**For payment via ACH or Wire Transfer (*Preferred format for ACH is CTX):**

Mellon Financial Corporation
ABA Routing Number 043000261
Account Number: 078-6808
Account Name:  PolyOne
Swift Code: MELNUS3P
Please include invoice numbers or any important information in reference area

**Conditions**

| Due date: | 10/02/2005 |
|---|---|
| Terms of payment: | Net 30 Days |
| Terms of delivery: | FCA    SELLER'S FACILITY<br>Incoterms 2000 used for interpretation of trade term. |

| **TOTAL DUE** | | | | | Currency   USD | 11,421.00 |
|---|---|---|---|---|---|---|
| **Gross weight** | 11,340.0 | LB | (5,143.8 | KG) | | |
| **Net weight** | 10,800.0 | LB | (4,898.8 | KG) | | |

Please contact SHEILA WHITE of Plastics Cmpds & Colors at 1-731-287-3403 should you have any questions regarding this invoice.

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW
NOTICE - We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof. IMPORTANT - If the shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.



# Invoice
## 3001419443

Page 2 of 2

*DELPHI I
PO Box 4447
BROWNSVILLE TX 78521
USA

| Item | Material | Description | | | |
|---|---|---|---|---|---|
| | Quantity | | Price | Price Unit | Amount |
| 000010 | EM1000306060 | EXP-TPE-150-244-17 | | | |
| | Customer Material: M101564 | | | | |
| | Batch 3089416 | | | | |
| | 900.0 LB | | 1.0575 USD | 1 LB | 951.75 |
| | Producer Services | | | | 951.75 |
| | Item Total | | | | |
| | H/S no. TBD   Assignment Needed | | | | |
| | Country of origin: US , Shipped from Region Code: TN | | | | |
| 000011 | EM1000306060 | EXP-TPE-150-244-17 | | | |
| | Customer Material: M101564 | | | | |
| | Batch 3089416 | | | | |
| | 9,900.0 LB | | 1.0575 USD | 1 LB | 10,469.25 |
| | Producer Services | | | | 10,469.25 |
| | Item Total | | | | |
| | H/S no. TBD   Assignment Needed | | | | |
| | Country of origin: US , Shipped from Region Code: TN | | | | |

**TOTAL DUE**                                         Currency  USD          **11,421.00**

| Gross weight | 11,340.0 LB | (5,143.8 KG) |
| Net weight | 10,800.0 LB | (4,898.8 KG) |

**Please contact SHEILA WHITE of Plastics Cmpds & Colors at 1-731-287-3403 should you have any questions regarding this invoice.**

**Additional Clauses:**
Freight Collect
Customer Pick-Up - Customer arrange Pick-Up
Title and Risk of Loss transfer at seller's factory.
Freight not included in price.
The sale and acceptance of these goods is conditioned upon Buyer's understanding and acceptance of PolyOne Corporation's Terms and Conditions which shall be accessed by Buyer at http://www.getpolyone.com/terms.htm. PolyOne Corporation rejects all additional, different, or modified terms and conditions submitted by Buyer.

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW
NOTICE - We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof. IMPORTANT - If the shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.

**PolyOne**™

Repeat
Page 1 of 2

| Remit to: | Invoice 3001425572 | |
|---|---|---|
| PolyOne Corporation<br>Dept CH 10489<br>PALATINE IL 60055-0489<br>USA | Invoice date | 09/28/2005 |
| | Due Date | 10/28/2005 |
| **Customer no.   29101** | Purchase Order | 550057089 |
| *DELPHI I<br>PO Box 4447<br>BROWNSVILLE TX 78521<br>USA | Delivery no. | 66300906 |
| | Order no. | 15760597 |
| | Account Rep | 529   SHEILA WHITE |
| **Ship to no.   52110** | | |
| DELPHI CMM - VALLEY WAREHOUSE<br>3301 NAFTA PARKWAY SUITE B<br>BROWNSVILLE TX 78521<br>USA | PolyOne Tax ID # :   34-1730488 | |

**For payment via ACH or Wire Transfer (*Preferred format for ACH is CTX):**

Mellon Financial Corporation
ABA Routing Number 043000261
Account Number: 078-6808
Account Name:  PolyOne
Swift Code: MELNUS3P
Please include invoice numbers or any important information in reference area

**Conditions**

| Due date: | 10/28/2005 |
|---|---|
| Terms of payment: | Net 30 Days |
| Terms of delivery: | FCA    SELLER'S FACILITY |
| | Incoterms 2000 used for interpretation of trade term. |

| **TOTAL DUE** | | | | | Currency   USD | 12,372.75 |
|---|---|---|---|---|---|---|
| **Gross weight** | 12,285.0 | LB | (5,572.4 | KG) | | |
| **Net weight** | 11,700.0 | LB | (5,307.1 | KG) | | |

Please contact SHEILA WHITE of Plastics Cmpds & Colors at 1-731-287-3403 should you have any questions regarding this invoice.

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW
NOTICE - We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof. IMPORTANT - If the shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.



# Invoice
## 3001425572

Page 2 of 2

*DELPHI I
PO Box 4447
BROWNSVILLE TX  78521
USA

| Item | Material | Description | | | |
|------|----------|-------------|--|--|--|
|      | Quantity | | Price | Price Unit | Amount |
| 000040 | EM100030606X | EXP-TPE-150-244-17 | | | |
| | Customer Material: M101564 | | | | |
| | Batch 3102334 | | | | |
| | 11,700.0  LB | | 1.0575  USD | 1    LB | 12,372.75 |
| | Producer Services | | | | 12,372.75 |
| | Item Total | | | | |
| | H/S no. TBD  Assignment Needed | | | | |
| | Country of origin: US ,  Shipped from Region Code:   TN | | | | |

**TOTAL DUE**                                                          Currency  USD                            **12,372.75**

| **Gross weight** | 12,285.0 LB | (5,572.4 KG) |
| **Net weight**   | 11,700.0 LB | (5,307.1 KG) |

Please contact SHEILA WHITE of Plastics Cmpds & Colors at 1-731-287-3403 should you have any questions regarding this invoice.

**Additional Clauses:**
Freight Collect
Customer Pick-Up - Customer arrange Pick-Up
Title and Risk of Loss transfer at seller's factory.
Freight not included in price.
The sale and acceptance of these goods is conditioned upon Buyer's understanding and acceptance of PolyOne Corporation's Terms and Conditions which shall be accessed by Buyer at http://www.getpolyone.com/terms.htm. PolyOne Corporation rejects all additional, different, or modified terms and conditions submitted by Buyer.

INTEREST IS CHARGED ON PAST DUE ACCOUNTS AT 1.5% PER MONTH, OR SUCH OTHER MAXIMUM RATE ALLOWED BY LAW
NOTICE - We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14 thereof. IMPORTANT - If the shipment shows any evidence of loss or damage notify agent before accepting it. If loss or damage is discovered after delivery is taken notify agent immediately and in any event within fifteen days from date of delivery. Confirm notice to agent in writing and keep copy. Agent's report of inspection is made in duplicate and consignee must obtain a copy thereof. Failure to comply with the foregoing will invalidate claim against carrier.



This document shows the set up of two claim amounts, a debit for $740.25 and a credit for (57.24) relating to their payment of $35,214.75