March 2, 2007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RE: Delphi Corporation, et al (Claimant)
Case No. 05-44481 (RDD)
Chapter 11

Ninth Omnibus Objection /Notice of Objection to Claim
"Claims Subject to Modification" Claim No. 742
Modified Debtor   05-44624

## RESPONSE TO NOTICE OF OBJECTION TO CLAIM

By filing this Response to Notice of Objection to Claim, Optical Cable Corporation (OCC) disagrees with the Ninth Omnibus Objection to modify OCC's claim from $4,376.98 to $2,579.97. OCC, in good faith, sold, in the normal course of business, Delphi Corporation, goods as requested by Delphi Corporation's purchase orders. These goods were shipped by OCC and received and used by Delphi Corporation.

Proof of Claim filed by OCC on November 16, 2005, is valid and correct. Documentation to support the claim is included.

Delphi

**PRE-PETITION BALANCE**
Delphi Statement: October 10, 2005

| Inv No. | Inv/Ship Date | Type | Reference | Amount |
|---|---|---|---|---|
| 93429 | 4/25/2005 | CREDIT | P/O:P68344 | -1068.58 |
| 91196 | 2/28/2005 | CREDIT | P/O:P17148 | -701.04 |
| 921789 | 5/9/2005 | PAYMENT | Check # 921789 | -399.00 |
| 99151 | 9/12/2005 | INVOICE | P/O:P71771 | 486.00 |
| 99177 | 9/13/2005 | INVOICE | P/O:P71795 | 100.20 |
| 99310 | 9/15/2005 | INVOICE | P/O:P71296 | 5959.40 |
| Summary | | | | 4376.98 |

```
Optical Cable Corporation                         DATE          9/15/05
PO Box 11967                                      INVOICE NO.   99310
Roanoke         VA    24022-1967                  PAGE              1
                                                  All amounts are in US dollars.


I N V O I C E


BILL TO:  Delphi Connection Systems      SHIP TO:  DELPHI CONNECTION SYSTEMS
          17150 Von Karmen Avenue                  C/O BAJA FREIGHT FORWARDERS
          Accounts Payable                         ATTN: RECEIVING DEPT
          Irvine CA  92614                         8662 SIEMPRE VIVA ROAD
                                                   SAN DEIGO CA  92154


ORDER   ORDERED  TO SHIP CUST.# PURCHASE ORDER  SLS SHIP VIA    PAYMENT TERMS    FRT TERM
-------------------------------------------------------------------------------------------
109136  8/15/05  9/05/05   550  P71296              MFH FED PR 1 FRT  Net 30      PREPAID

LN#     QUANTITY  U/M  ITEM        DESCRIPTION              UNIT PRICE          AMOUNT
---     --------  ---  ----        -----------              ----------  ----    ------
                                   tracking numbers
                                   673136024507
 1      2,263.75  FT   RK981105 REV.A3SB/1UC-4SYMC/YMD-900-HS
                                                                                5,909.40
                  LOT NUMBER:  ALDOZ            2,263.75
                  Includes   2110.50 at    $2.8000/ FT  and     153.25 at no charge
 2      1.00      EA   TEST CHARGE                              50.00            50.00

                                   SUB TOTAL:                                   5,959.40
                                   PLEASE PAY THIS AMOUNT                       5,959.40
```



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

March 2, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **673136024507**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Sep 16, 2005 09:46 |
| Signed for by: | E.GONILER | | |
| Service type: | FedEx 1Day Freight | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 673136024507 | Ship date: | Sep 15, 2005 |

Recipient:
SAN DIEGO, CA US

Shipper:
ROANOKE, VA US

Reference                                    109136

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

```
                              PURCHASE  ORDER
Send invoices to:
                                     Order Number: P71296    Revision:  0
Delphi Connection Systems              Order Date: 08/11/05    Page:    1
Accts Payable 949-660-5780             Print Date: 08/11/05
17150 Von Karman Ave.
Irvine, CA 92614-0901
    Supplier: 50001140             Ship To: MEX

   Optical Cable Corp.             Delphi Connection Systems
   P.O. Box 11967                  c/o Baja Freight Forwarders
   5290 Concourse Drive            Attn: Receiving Department
   Roanoke, VA 24022-1967          8662 Siempre Viva Road
   United States                   San Diego, CA 92154
                                   United States
   ATTENTION: Mike Hoffbaure

  Confirming: yes              Supplier Telephone: 800-622-7711
       Buyer: Oscar Perez          Supplier Fax: 540-265-0724
Credit Terms: N30                      Contact: Mike Hofbauer
            NET 30 DAYS              Ship Via: YELLOW FREIGHT
                                          FOB: seller's facility
     Remarks: Yellow freight collect


Oscar Perez                               E-Mail: oscar.perez@delphi.com
Phone: (949) 660-5701 x7225                     Fax: (949) 660-6957
****************************************************************************
*----->>   PLEASE EXECUTE THIS PO AND FAX TO BUYER AT (949) 660-6957  <<----*
****************************************************************************
* Delphi 8-4-1 (Gen. Terms & Conditions), FS-03 (NAFTA Certificate), PF-03 *
* (Property in Possession of Seller), Q-2 (First Article Requirements - if *
* applicable), Q-16 (Certificate of Conformance), Q-4C (Seller's Quality   *
* System), Q-4I (Seller's Inspection System Rqmnts), Q-17 (Tooling and/or  *
* Process Control) and VE-01 (Value Engineering) apply to this PO unless   *
* otherwise waived herein by DCS. If you lack a copy of these documents or *
* any other imposed requirement, contact the cognizant buyer immediately!  *
****************************************************************************
*                   CERTIFICATION of CONFORMANCE                           *
*   THE MANUFACTURER herein certifies that the product described below was *
*      manufactured and complies with all quality, technical, and other    *
*   applicable requirements in accordance with the specification(s) stated *
* in the item description/part number appearing on Delphi's PO listed below.*
*                                                                          *
* PO Number:_____      P/N:_____  Revision:_____   *
* Item Description:_____ *
* Specification (If Applicable):_____ *
* Date of Manufacture:_____    Shelf Life:_____  *
*                                                                          *
* Certified          _____    _____    _____    *
* by and for:            Name              Company         Date of Cert    *
****************************************************************************
************************ 100% ON TIME DELIVERYES ************************

* DELIVERIES WILL BE MADE IN THE QUANTITIES, ON THE DATES, AND AT THE TIMES*
* SPECIFIED BY BUYER IN THIS CONTRACT OR ANY SUBSEQUENT RELEASES OR        *
* INSTRUCTIONS BUYER ISSUES UNDER THIS CONTRACT.                           *
*                                                                          *
```

```
                                      P U R C H A S E   O R D E R
Send invoices to:
                                      Order Number: P71296    Revision:    0
Delphi Connection Systems             Order Date: 08/11/05         Page:    2
Accts Payable 949-660-5780            Print Date: 08/11/05
17150 Von Karman Ave.
Irvine, CA 92614-0901
    Supplier: 50001140                Ship To: MEX

    Optical Cable Corp.               Delphi Connection Systems
    P.O. Box 11967                    c/o Baja Freight Forwarders
    5290 Concourse Drive              Attn: Receiving Department
    Roanoke, VA 24022-1967            8662 Siempre Viva Road
    United States                     San Diego, CA 92154
                                      United States
    ATTENTION: Mike Hoffbaure

   Confirming: yes                    Supplier Telephone: 800-622-7711
        Buyer: Oscar Perez               Supplier Fax: 540-265-0724
 Credit Terms: N30                            Contact: Mike Hofbauer
              NET 30 DAYS                    Ship Via: YELLOW FREIGHT
                                                  FOB: seller's facility
      Remarks: Yellow freight collect


****************************** PREMIUM SHIPMENTS ******************************
*                                                                              *
* IF SELLER FAILS TO HAVE GOODS READY FOR SHIPMENT IN TIME TO MEET BUYER'S     *
* DELIVERY SCHEDULES USING THE METHOD OF TRANSPORTATION ORIGINALLY SPECIFIED   *
* BY BUYER AND, AS A RESULT, BUYER REQUIRES SELLER TO SHIP THE GOODS           *
* USING A PREMIUM (MORE EXPEDITIOUS) METHOD OF TRANSPORTATION, SELLER WILL     *
* SHIP THE GOODS AS EXPEDITIOUSLY AS POSSIBLE.  SELLER WILL PAY, AND BE        *
* RESPONSIBLE FOR, THE ENTIRE COST OF SUCH PREMIUM SHIPMENT                    *
********************************************************************************
************************** IMPORTANT INFORMATION **************************
*   The "Dock Date(s)" noted throughout this purchase order are to be       *
*   construed to mean the actual date(s) the item(s) is required on dock at *
*   our facility in Mexico and "NOT" ship dates. Your company's individual  *
*   Supplier Performance Rating with Delphi will be greatly and possibly    *
*   adversely effected by not meeting, late or early, these dock dates.     *
*   Performance Ratings are used as part of our source selection process    *
*   when weighing a supplier for future business awards. As such, shipments *
*   from your facility must take into consideration transit time as well as *
*   time required to move the item(s) completely through customs, including *
*   ensuring that these items are accompanied by a completed NAFTA Cert for *
*   the components that are being ordered. Lack a complete and accurate cert*
*   can delay the items from clearing Customs and thereby delaying delivery *
***************************100% DEFECT FREE PRODUCT****************************
*                                                                              *
*    QUALITY: BUYER REQUIRES DELIVERY OF 100% DEFECT FREE PRODUCT.             *
*NONCONFORMING MATERIAL WILL BE RETURNED TO SELLER AT SELLER'S SOLE EXPENSE*
*SELLER IS REQUIRED, AT THE BUYER'S DIRECTION, TO REWORK OR REPLACE THE        *
*NONCONFORMING PRODUCT ON AN EXPEDITED BASIS AT NO CHARGE TO BUYER.SELLER      *
*WILL RETURN THE PRODUCT TO BUYER, BY THE MOST EXPEDITIOUS SHIPPING MODE,      *
*AT SELLER'S SOLEEXPENSE.                                                      *
*                                                                              *
********************************************************************************
```