```
                              PURCHASE  ORDER
Send invoices to:
                                  Order Number: P71296    Revision:    0
Delphi Connection Systems         Order Date: 08/11/05        Page:    3
Accts Payable 949-660-5780        Print Date: 08/11/05
17150 Von Karman Ave.
Irvine, CA 92614-0901
    Supplier: 50001140             Ship To: MEX

    Optical Cable Corp.             Delphi Connection Systems
    P.O. Box 11967                  c/o Baja Freight Forwarders
    5290 Concourse Drive            Attn: Receiving Department
    Roanoke, VA 24022-1967          8662 Siempre Viva Road
    United States                   San Diego, CA 92154
                                    United States
    ATTENTION: Mike Hoffbaure

    Confirming: yes              Supplier Telephone: 800-622-7711
         Buyer: Oscar Perez           Supplier Fax: 540-265-0724
  Credit Terms: N30                        Contact: Mike Hofbauer
                NET 30 DAYS              Ship Via: YELLOW FREIGHT
                                              FOB: seller's facility
       Remarks: Yellow freight collect

* DELIVERY NOTIFICATION: You are requested to immediately notify the Buyer  *
* if any product procured herein will be shipped Prior To or Later Than     *
* the schedule contained in this Purchase Order. Please remember that any   *
* delivery of product, Late or Early, will have an adverse affect your      *
* unique Supplier rating and could result in your loss of future awards.    *
*****************************************************************************

Ln Item Number         T Due Date    Qty Open UM      Unit Cost    Extended Cost
--- ------------------- - ---------- ------------- -- ------------- -------------
 1 1020075             N 09/13/05    2010.0 FT          2.80         5,628.00
    Revision: -
    Site: MEX
    Supplier Item: RK981105
    CBL,12 CH,MM/SM,HYBRID (Ref. Dwg for Source)
 2 TEST                  09/13/05    1.00 EA           50.0            50.00

            OCC ship date is 9/9/05   4 weeks lead time
```

Non-Taxable: 5,678.00    Currency: USD    Line Total:    5,678.00
   Taxable: 0.00                          Total Tax:         0.00
  Tax Date: 09/13/05                          Total:     5,678.00

By: ___Carlos Oscar Perez M___   Acknowledged By: _____
       Authorized Signature                         Suppliers Signature

Peer By: _____[signature]_____   Date 8/11/05

```
Optical Cable Corporation                              DATE        4/25/05
PO Box 11967                                           INVOICE NO.    93429
Roanoke          VA    24022-1967                      PAGE              1
                                                       All amounts are in US dollars.


I N V O I C E




BILL TO:  Delphi Connection Systems      SHIP TO: Delphi Connection Systems
          17150 Von Karmen Avenue                 C/O Baja Freight Fowarders Inc
          Accounts Payable                        8662 Siempre Viva Road
          Irvine CA  92614                        Attn: Receiving Department
                                                  San Diego CA  92154


 ORDER  ORDERED   TO SHIP CUST.# PURCHASE ORDER  SLS SHIP VIA      PAYMENT TERMS    FRT TERM
 -----------------------------------------------------------------------------------------
 103897 4/25/05   4/25/05   550 P68344           MFH UPS Ground    Net 30          COLLECT

 LN#      QUANTITY   U/M ITEM     DESCRIPTION              UNIT PRICE         AMOUNT
 ---      --------   --- ----     -----------              ---------- ----    ------
                                  **** CREDIT MEMO    ****
                                  CREDIT MEMO TO OPEN ACCOUNT
                                  ORIGINAL INVOICE 91704 DATED
                                  3/11/05,RMA#0406051633
                                  CABLE CRUSHED BETWEEN REEL
                                  DRUM & FLANGE
  1         1.00- EA  Credit                                 1,068.58        1,068.58-
                                  CREDIT 529MT @ 2.02/MT
                                  OF D04-055C-SLS-900-MIL

                                  SUB TOTAL:                                 1,068.58-
                                  PLEASE PAY THIS AMOUNT                     1,068.58-
```

```
Optical Cable Corporation                              DATE         2/28/05
PO Box 11967                                           INVOICE NO.  91196
Roanoke         VA    24022-1967                       PAGE             1
                                                       All amounts are in US dollars.


I N V O I C E



BILL TO:  Delphi Connection Systems      SHIP TO: Delphi Connection Systems
          17150 Von Karmen Avenue                 17150 Von Karmen Avenue
          Accounts Payable                        Irvine CA   92614
          Irvine CA  92614


ORDER  ORDERED   TO SHIP  CUST.# PURCHASE ORDER  SLS SHIP VIA      PAYMENT TERMS   FRT TERM
-------------------------------------------------------------------------------------------
101330 2/28/05   2/28/05   550   P17148              MFH FED EX SAVER  Net 30       COLLECT

LN#     QUANTITY  U/M  ITEM       DESCRIPTION              UNIT PRICE         AMOUNT
---     --------  ---  ----       -----------              ----------         ------
                                  **** CREDIT MEMO    ****
                                  CREDIT MEMO TO OPEN ACCOUNT
                                  ORIGINAL INVOICE 21969 DATED
                                  5/30/00,RMA#0112051546
                                  HIGH ATTENUATION

1       1.00-  EA   Credit                                    701.04          701.04-
                                  CREDIT 381MT @ 1.84/MT OF
                                  D04-055C-SYMC/YMD-900-MIL

                                  SUB TOTAL:                                  701.04-
                                  PLEASE PAY THIS AMOUNT                      701.04-
```

```
Optical Cable Corporation                              DATE          9/12/05
PO Box 11967                                           INVOICE NO.   99151
Roanoke           VA    24022-1967                     PAGE                1
                                                       All amounts are in US dollars.


I N V O I C E



BILL TO:   Delphi Connection Systems      SHIP TO: Delphi Connection Systems
           17150 Von Karmen Avenue                 C/O BAJA FREIGHT FORWARDERS
           Accounts Payable                        ATTN: RECEIVING DEPARTMENT
           Irvine CA  92614                        8662 SIEMPRE VIVA ROAD
                                                   San Diego CA  92154


ORDER   ORDERED   TO SHIP  CUST.#  PURCHASE ORDER   SLS  SHIP VIA      PAYMENT TERMS    FRT TERM
-------------------------------------------------------------------------------------------------
110436  9/12/05   9/12/05   550    P71771                MFH UPS GROUND   Net 30          COLLECT


LN#       QUANTITY  U/M  ITEM         DESCRIPTION                    UNIT PRICE        AMOUNT
---       --------  ---  ----         -----------                    ----------        ------
                                      tracking numbers
                                      1z2346930340709970


 1         150.00   MT   B04-075C-WEU-900-MIL
                                                                        3.24            486.00
                        LOT NUMBER:    AKMWV-1-4         150.00

                                      SUB TOTAL:                                        486.00
                                      PLEASE PAY THIS AMOUNT                            486.00
```

```
Optical Cable Corporation                          DATE        9/13/05
PO Box 11967                                       INVOICE NO.  99177
Roanoke           VA    24022-1967                 PAGE              1
                                                   All amounts are in US dollars.


I N V O I C E




BILL TO:  Delphi Connection Systems      SHIP TO: Delphi Connection Systems
          17150 Von Karmen Avenue                 C/O Baja Freight Fowarders Inc
          Accounts Payable                        8662 Siempre Viva Road
          Irvine CA  92614                        Attn: Receiving Department
                                                  San Diego CA  92154


 ORDER  ORDERED  TO SHIP CUST.# PURCHASE ORDER  SLS SHIP VIA     PAYMENT TERMS   FRT TERM
 ------ -------- ------- ------ --------------  --- --------     -------------   --------
 110457 9/12/05  9/13/05   550  P71795              MFH UPS GROUND   Net 30         COLLECT

 LN#      QUANTITY  U/M  ITEM          DESCRIPTION              UNIT PRICE       AMOUNT
 ---      --------  ---  ----          -----------              ----------       ------
                                       tracking numbers
                                       1z2346930341230387


  1         30.00   MT   B04-075C-WEU-900-MIL
                                                                     3.34         100.20
                   LOT NUMBER:    AKMWV-1-5         30.00

                                  SUB TOTAL:                                      100.20
                                  PLEASE PAY THIS AMOUNT                          100.20
```

| United States Bankruptcy Court  SOUTHERN   District Of NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: DELPHI CORPORATION, INC. | Case Number: 05-44481 | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Optical Cable Corporation, Inc.

Name and Address where notices should be sent:
Optical Cable Corporation, Inc.
5290 Concourse Drive
Roanoke, VA 24019

Telephone Number: 540-800-7711

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Account or other number by which creditor identifies debtor: #550

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____ n/a

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)              (date)

**2. Date debt was incurred:** September 15, 2005

**3. If court judgment, date obtained:** n/a

**4. Total Amount of Claim at Time Case Filed:** $ 4376.98     0     0     $4376.98
(Unsecured Nonpriority)  (Secured)  (Unsecured Priority)  (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 4376.98
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date: 11/16/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Judith Price - Credit Manager

This Space For Court Use Only

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571