

March 9, 2007


United States Bankruptcy Court

For the Southern District of New York

One Bowling Green Room 610

New York, NY 10004


Delphi Claim #1309

Case #05-44481


RE: Response to Ninth Omnibus Objection


KDS Controls has three shipments that were sold to Delphi Corporation and shipped to Delphi Mexico in El Paso Texas. These three invoices total $3,768.00


Invoice 175736 – Attached copy of invoice, shipping documents and schedule from Delphi

Invoice 178136 – Attached copy of invoice, shipping documents and proof of delivery

Invoice 178921 – Attached copy of invoice, shipping documents and proof of deliver.


I am asking that these documents be reviewed and subsequently the remaining claim of $3,768.00 be acknowledged as debt owed to KDS Controls Inc.


Regards,



Janet Trune

Controller

KDS Controls Inc

248-588-5095 x34239

616-844-7760 (fax)

307 Robbins Drive    Troy, MI 48083    p 248.588.5095    f 248.588.6801    kdscontrols.com