

Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

Tracking

### Tracking

**Track Shipments**
Track by Reference
Get Signature Images
Track by E-mail
Import Tracking Numbers
SMS Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

Log-In User ID: [ ]  Password: [ ]  | Forgot Password

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Detail**                                            Printer Friend

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 425 870 03 5224 070 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 08/29/2005 9:54 A.M. |
| Signed by: | OCAMPO |
| Location: | RECEIVER |
| Delivered to: | EL PASO, TX, US |
| Service Type: | GROUND |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| EL PASO, TX, US | 08/29/2005 | 9:54 A.M. | DELIVERY |

Tracking results provided by UPS: 03/07/2007 4:02 P.M. EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify[SM]**
Log in or register to e-mail this page to up to three recipients.
→ Log in
→ Register

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tend for you to UPS for delivery and for no other purpose. Any other use of UPS tracking syste information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

http://wwwapps.ups.com/WebTracking/summary                                    3/7/2007

**KDS CONTROLS, INC.**
307 Robbins Drive, Troy, Michigan 48083
Phone: (248) 588-5095 Fax: (248) 588-6801

# INVOICE

Invoice: 00178136 Revision: 1
Invoice Date: 08/23/05 Page: 1
Print Date: 08/23/05

Bill To: DAS
DELPHI
1401 CROOKS ROAD
TROY, MI 48084
UNITED STATES

Sold To: DAS
DELPHI
1401 CROOKS ROAD
TROY, MI 48084
UNITED STATES

Sales Order: 21970
Order Date: 01/12/05
Salesperson(s):
Credit Terms: N30
NET 30 DAYS
Resale:
Remarks:

Ship Date: 08/23/05
Purchase Order: F4910016
Ship-To: DEL-MEX
Ship Via: UPS
BOL: 00178136
FOB Point: ORIGIN

| Item Number | UM | Invoiced | Backorder | Tax | Price | Extended P |
|---|---|---|---|---|---|---|
| KCR-2401<br>BRAKE SWITCH INTERFACE M | EA | 400.0 | 0.0 | no | 3.14 | 1,256.00 |

Tax Date: 08/23/05
Containers: 0.00
Line Charges: 0.00

| | | |
|---|---|---|
| Currency: usd | Line Total: | 1,256.00 |
| 0.00% | Discount: | 0.00 |
| | Special Handling 10 : | 0.00 |
| | Freight 20 : | 0.00 |
| | Set Up 30 : | 0.00 |
| | Total Tax: | 0.00 |
| | Total: | 1,256.00 |

Reorder From: Earle Press, Inc. • (231) 773-2111

KDS COPY

S H I P P E R

# KDS CONTROLS, INC.

307 Robbins Drive, Troy, Michigan 48083
Phone: (248) 588-5095 Fax: (248) 588-6801

Shipper ID: 00178136
Ship Date: 08/23/05
Print Date: 08/23/05
Page: 1

| Sold To: DAS | Ship To: DEL-MEX |
|---|---|
| DELPHI<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>UNITED STATES | DELPHI PACKARD<br>48 WALTER JONES BLVD.<br>EL PASO, TX 79906<br>UNITED STATES |

Ship Via: UPS
FOB Point: ORIGIN

Mode of Transport: COLLECT
Carrier Shipment Ref: 00178136
Vehicle ID:

| Item Number | PO Number | Qty Shipped | UM |
|---|---|---|---|
| KCR-2401 | P4910016 | 400.00 | EA |
| | Cumulative Qty Shipped | 2000.00 | EA |

| Lot/Serial Numbers Shipped | Quantity | Expire | Reference |
|---|---|---|---|
| | 400.0 | | |

Shipment Weight Summary

| Description | Qty | Net Weight | Tare Weight | Gross Weight | Weight UM |
|---|---|---|---|---|---|
| CARTON | 1.0 | 0.0 | 0.0 | 0.0 | |
| BRAKE SWITCH INTERFACE M | 400.0 | 21.0 | 0.0 | 21.0 | |
| | | 21.0 | 0.0 | 21.0 | |

DUNS #088745419
UPS #1Z 425 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 0705

```
39:22                         DAILY PULL SIGNALS SENT- STORE/SUPPLIER LISTING
                                       FOR STORE: 3300    DOCK: 30

)RM ECL    ORD QTY    STD PK    CONT  FREQ   SUPPLIER NAME              RELEAS DUNS  SFX   SHIP DATE
--- ---    -------    ------    ----  ----   -------------              ------------ ---   ---------
     C      400.00       400       1  W1     KDS CONTROLS INC             088745419  R01   2005/08/23
```

N@KDSCONTROLS.COM




Home | About UPS | Contact UPS | Getting Started @ UPS.com

**UPS Uni**

**Tracking**

**Tracking**

**Track Shipments**
Track by Reference
Get Signature Images
Track by E-mail
Import Tracking Numbers
SMS Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

Log-In  User ID: [ ]  Password: [ ]   | Forgot Password

## Track Shipments

Track Packages & Freight   Quantum View   Flex Global View

**Tracking Detail**                                              Printer Friend

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 425 870 03 5002 822 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 09/12/2005 9:14 A.M. |
| Signed by: | RAMIREZ |
| Location: | DOCK |
| Delivered to: | EL PASO, TX, US |
| Service Type: | GROUND |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| EL PASO, TX, US | 09/12/2005 | 9:14 A.M. | DELIVERY |

Tracking results provided by UPS:  03/07/2007 4:02 P.M.  EST (USA)

Printer Friendly

**Get Notified: Quantum View Notify^SM**
Log in or register to e-mail this page to up to three recipients.
→ Log in
→ Register

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tenc for you to UPS for delivery and for no other purpose. Any other use of UPS tracking syste information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

KDS CONTROLS, INC.
307 Robbins Drive, Troy, Michigan 48083
Phone: (248) 588-5095 Fax: (248) 588-6801

# INVOICE

Invoice: 00178921 Revision: 0
Invoice Date: 09/06/05 Page: 1
Print Date: 09/06/05

Bill To: DAS

DELPHI
1401 CROOKS ROAD
TROY, MI 48084
UNITED STATES

Sold To: DAS

DELPHI
1401 CROOKS ROAD
TROY, MI 48084
UNITED STATES

Sales Order: 23560
Order Date: 09/06/05
Salesperson(s):
Credit Terms: N30
NET 30 DAYS
Resale:
Remarks:

Ship Date: 09/06/05
Purchase Order: PEDP4910016
Ship-To: DEL-MEX
Ship Via: UPS
BOL: 00178921
FOB Point: ORIGIN

| Item Number | UM | Invoiced | Backorder | Tax | Price | Extended Pri |
|---|---|---|---|---|---|---|
| KCR-2401 | EA | 400.0 | 0.0 | no | 3.14 | 1,256.00 |

Customer Item: 15738541
BRAKE SWITCH INTERFACE M

Tax Date: 09/06/05
Containers: 0.00
Line Charges: 0.00

| | | |
|---|---|---|
| Currency: usd | Line Total: | 1,256.00 |
| 0.00% | Discount: | 0.00 |
| | Special Handling 10 : | 0.00 |
| | Freight 20 : | 0.00 |
| | Set Up 30 : | 0.00 |
| | Total Tax: | 0.00 |
| | Total: | 1,256.00 |

Reorder From: Eagle Press, Inc. • (231) 773-3111

**KDS CONTROLS, INC.**
307 Robbins Drive, Troy, Michigan 48083
Phone: (248) 588-5095 Fax: (248) 588-6801

KDS COPY
S H I P P E R

Shipper ID: 00178921
Ship Date: 09/06/05
Print Date: 09/06/05
Page: 1

| Sold To: DAS | Ship To: DEL-MEX |
|---|---|
| DELPHI<br>1401 CROOKS ROAD<br>TROY, MI 48084<br>UNITED STATES | DELPHI PACKARD<br>48 WALTER JONES BLVD.<br>EL PASO, TX 79906<br>UNITED STATES |

Ship Via: UPS
FOB Point: ORIGIN

Mode of Transport: COLLECT
Carrier Shipment Ref: 00178921
Vehicle ID:

| Item Number | PO Number | Qty Shipped | UM |
|---|---|---|---|
| 15738541 | PEDP4910016 | 400.00 | EA |
| Item: KCR-2401 | | | |
| | Cumulative Qty Shipped | 400.00 | EA |

| Lot/Serial Numbers Shipped | Quantity | Expire | Reference |
|---|---|---|---|
| | 400.0 | | |

Shipment Weight Summary

| Description | Qty | Net Weight | Tare Weight | Gross Weight | Weight UM |
|---|---|---|---|---|---|
| CARTON | 1.0 | 0.0 | 0.0 | 0.0 | |
| BRAKE SWITCH INTERFACE M | 400.0 | 21.0 | 0.0 | 21.0 | |
| | | 21.0 | 0.0 | 21.0 | |

UPS #1Z 425 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 8225

```
TIME: 01:35:19                    DAILY PULL SIGNALS SENT- STORE/SUPPLIER LISTING
                                          FOR STORE: 3300    DOCK: 30

PART NBR  FORM ECL   ORD QTY    STD PK    CONT  FREQ   SUPPLIER NAME              RELEAS DUNS   SFX    SHIP DATE
15738541       C      400.00       400       1    W1   KDS CONTROLS INC            088745419    R01    2005/09/06
```

178921
23560

EMAIL: ADMIN@KDSCONTROLS.COM

**KDS CONTROLS, INC.**

307 Robbins Drive, Troy, Michigan 48083
Phone: (248) 588-5095 Fax: (248) 588-6801

# I N V O I C E

Invoice: 00175736 Revision: 1
Invoice Date: 07/12/05 Page: 1
Print Date: 07/12/05

Bill To: DAS

DELPHI
1401 CROOKS ROAD
TROY, MI 48084
UNITED STATES

PO P4910016

Sold To: DAS

DELPHI
1401 CROOKS ROAD
TROY, MI 48084 -
UNITED STATES -

Sales Order: 22162
Order Date: 07/04/05
Salesperson(s):

Credit Terms: N30
NET 30 DAYS
Resale:
Remarks:

Ship Date: 07/12/05

Ship-To: DEL-MEX
Ship Via: UPS
BOL: 00175736
FOB Point: ORIGIN

| Item Number | UM | Shipped | Backorder | Tax | Price | Extended Pr |
|---|---|---|---|---|---|---|
| KCR-2401<br>BRAKE SWITCH INTERFACE M | EA | 400.0 | 0.0 | no | 3.14 | 1,256.00 |

Non-Taxable: 1,256.00
Taxable: 0.00
Tax Date: 07/12/05

| | | |
|---|---|---|
| Currency: usd | Line Total: | 1,256.00 |
| 0.00% | Discount: | 0.00 |
| | Special Handling 10 : | 0.00 |
| | Freight 20 : | 0.00 |
| | Set Up 30 : | 0.00 |
| | Total Tax: | 0.00 |
| | Total: | 1,256.00 |

Reorder From: Earle Press, Inc

# KDS CONTROLS, INC.

307 Robbins Drive, Troy, Michigan 48083
Phone: (248) 588-6801    Fax: (248) 588-5095

Sold To: DAS
DELPHI
1401 CROOKS ROAD
TROY, MI 48084
UNITED STATES

Ship To: DEL-MEX
DELPHI PACKARD
48 WALTER JONES BLVD.
EL PASO, TX 79906
UNITED STATES

Shipper ID: 0017S736
Ship Date: 07/12/05
Print Date: 07/12/05
Page: 1

S H I P P E R
KDS COPY

Ship Via: UPS                          Mode of Transport: COLLECT
FOB Point: ORIGIN                      Carrier Shipment Ref#: 0017S736
                                       Vehicle ID:

| Item Number | PO Number | Qty Shipped | Cumulative Qty Shipped | UM |
|---|---|---|---|---|
| KCR-2401 | P4910016 | 400.00 | 800.00 | EA |

| Lot/Serial Numbers Shipped | Qty | Expire | Reference |
|---|---|---|---|
| | 400.0 | | |

Shipment Weight Summary

| Description | Qty | Net Weight | Tare Weight | Gross Weight | UM |
|---|---|---|---|---|---|
| CARTON | 1.0 | 0.0 | 0.0 | 0.0 | |
| BRAKE SWITCH INTERFACE M | 400.0 | 21.0 | 0.0 | 21.0 | |
| | | 21.0 | 0.0 | 21.0 | |

DUNS #088745419
UPS #1Z 425 870 03 5038 2146

TIME: 01:22:43

DAILY PULL SIGNALS SENT- STORE/SUPPLIER LISTING
FOR STORE: 3049        DOCK: 30

| PART NBR | FORM | ECL | ORD QTY | STD PK | CONT | FREQ | SUPPLIER NAME | RELEAS | DUNS | SFX | SHIP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15738541 | | C | 400.00 | 400 | 1 | W1 | KDS CONTROLS INC | | 088745419 | R01 | 2005/07/05 |

EMAIL: ADMIN@KDSCONTROLS.COM