| United States Bankruptcy Court Southern District Of New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Delphi, et al | Case Number: 05-44481(RDD) | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Solution Recovery Services, Inc**

Name and Address where notices should be sent:
**7455 Newman Boulevard**
**Dexter, MI 48130**
**Attn: John Wright**

Telephone Number: **734-426-9015**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor: **SRS**

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____

**2. Date debt was incurred:** 9/1/2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describer your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $ **338,650.56**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4-1-07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ **338,650.56** (Unsecured) _____ (Secured) _____ (Priority) **$338,650.56** (Total)

☐ If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only
RECEIVED NOV 21 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Date: **11/10/05**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): **Interim CFO /s/ John Wright**

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**SRS**
A USI Company

7455 Newman Blvd
Dexter, MI 48130
PH: 734-426-9015
FAX: 734-426-9016

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/1/2005 | 10726 |

**BILL TO**

DELPHI-SAGINAW
LINDA JAMISON
2328 E. GENESEE AVENUE
SAGINAW, MI 48601

| P.O. NO. | TERMS | REP |
|---|---|---|
|  | Net 30 | JT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BASE FEE FOR FLUID CONTROL PROGRAM- MONTH OF SEPTEMBER 2005 | 1 | 11,413.00 | 11,413.00 |
| VARIABLE FEE FOR FLUID CONTROL PROGRAM - AVERAGE TO BE RECONCILED IN DECEMBER 2005 | 1 | 45,649.50 | 45,649.50 |

REMIT PAYMENT TO:
SRS - A USI COMPANY
PO BOX 643441
CINCINNATI, OH 45264-3441

**Total** $57,062.50



**SRS**
A USI Company

7455 Newman Blvd
Dexter, MI 48130
PH: 734-426-9015
FAX: 734-426-9016

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/1/2005 | 10786 |

**BILL TO**

DELPHI-SANDUSKY
ATTN: SUE MATHER
2509 HAYES AVENUE
SANDUSKY, OH  44870

| P.O. NO. | TERMS | REP |
|---|---|---|
| 450143198 | Net 30 | JT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| FLUID CONTROL BASE FEE FOR THE MONTH OF SEPTEMBER 2005 PURCHASE ORDER SAB00834 | 1 | 19,823.00 | 19,823.00 |
| VARIABLE BASE FEE FOR THE MONTH OF AUGUST 2005 | 1,013,977 | 0.0909 | 92,170.51 |

REMIT PAYMENT TO:
SRS - A USI COMPANY
PO BOX 643441
CINCINNATI, OH  45264-3441

**Total**    $111,993.51



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/1/2005 | 10811 |

| P.O. NO. | TERMS | REP |
|---|---|---|
| 450130127 | Net 30 | JT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SR1020 RENTAL - 3 WEEKS | 1 | 5,100.00 | 5,100.00 |



**SRS**
A USI Company
7455 Newman Blvd
Dexter, MI 48130
PH:  734-426-9015
FAX: 734-426-9016

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/1/2005 | 10844 |

**BILL TO**

DELPHI-SANDUSKY
ATTN: SUE MATHER
2509 HAYES AVENUE
SANDUSKY, OH 44870

| P.O. NO. | TERMS | REP |
|---|---|---|
| 450143198 | Net 30 | JT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| FLUID CONTROL BASE FEE FOR THE MONTH OF OCTOBER 2005 PURCHASE ORDER 450143198 | 1 | 19,823.00 | 19,823.00 |
| VARIABLE BASE FEE FOR THE MONTH OF SEPTEMBER 2005 | 964,126 | 0.0909 | 87,639.05 |

REMIT PAYMENT TO:
SRS - A USI COMPANY
PO BOX 643441
CINCINNATI, OH 45264-3441

**Total**   $107,462.05

**SRS**
A USI Company

7455 Newman Blvd
Dexter, MI 48130
PH: 734-426-9015
FAX: 734-426-9016

| BILL TO |
|---|
| DELPHI-SAGINAW<br>LINDA JAMISON<br>2328 E. GENESEE AVENUE<br>SAGINAW, MI 48601 |

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/1/2005 | 10845 |

| P.O. NO. | TERMS | REP |
|---|---|---|
|  | Net 30 | JT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BASE FEE FOR FLUID CONTROL PROGRAM- MONTH OF OCTOBER 2005 | 1 | 11,413.00 | 11,413.00 |
| VARIABLE FEE FOR FLUID CONTROL PROGRAM - AVERAGE TO BE RECONCILED IN DECEMBER 2005 | 1 | 45,649.50 | 45,649.50 |

REMIT PAYMENT TO:
SRS - A USI COMPANY
PO BOX 643441
CINCINNATI, OH 45264-3441

**Total** $57,062.50