IN THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |

Response to 9th Omnibus Objection to Claims by Delphi Corporation, *et al;* Sierra Liquidity Fund, LLC (Assignee); Abco Fire Protection, Inc. (Assignor), Claim No. 2647

from:   Sierra Liquidity Fund, LLC (Assignee); Abco Fire Protection, Inc. (Assignor), Claim No. 2647, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17, fax: 949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:   Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn:  General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:   Sierra Liquidity Fund, LLC (Assignee); Abco Fire Protection, Inc. (Assignor), Claim No. 2647

date:   Wednesday, February 28th, 2007

Sierra Liquidity Fund, LLC ("Sierra") has received the Debtor's 9th Omnibus Objection to claims requesting that the above claim in the amount of $4,284.04 be reduced and modified on the basis that the claim and asserted liability are not owing pursuant to the Debtor's books and records.

Sierra Liquidity Fund, LLC (Assignee) and Abco Fire Protection, Inc. (Assignor) ("Abco") Object to this Objection.

1.  Please find attached sufficient documentation supporting the filed Proof of Claim # 2647 in an amount of $4,284.04.

2.  Upon review of the filed Proof of Claim and supporting documentation, we dutifully request that Debtors and the Court allow Claim # 2647 for the full filed amount of $4,284.04 as liquidated and undisputed.

3.  To expedite this matter, we suggest a Stipulation Agreement be prepared for the amount of $4,284.04 and sent immediately to Sierra's attention for signature.

4.  Copies of the following have been enclosed with this response:  The Notice of 9th Omnibus Objection to Claim # 2647, the transfer agreement executed between Sierra Liquidity Fund, LLC (Assignee/Transferee) and Abco Fire Protection, Inc. (Assignor), Proof of Claim # 2647 as originally filed by  Sierra Liquidity Fund, LLC as Assignee and Attorney-In-Fact for Abco Fire Protection, Inc. (Assignor) and the supporting documentation requested for claim # 2647 evidencing the amount of $4,284.04 owed on Claim # 2647 filed by Sierra Liquidity Fund, LLC; Assignor: Abco Fire Protection, Inc.  **The supporting documents in Proof of Claim # 2647 include Invoices, Purchase Orders, and Proof of Deliveries.**

5.  Sierra and Abco see no basis on behalf of the Debtor for the proposed reduction and modification of Claim # 2647,  as the supporting claim documentation (Invoices, Purchase Orders, and Proofs of Deliveries) clearly show a preponderance of evidence that the claim in the amount of $4,284.04 remains due and owing as a valid unpaid pre-petition unsecured claim.

6.  Sierra and Abco do not object to the proposed Modified Debtor for which Claim # 2647 is against.

Please contact any of the following at your earliest convenience to resolve the objection.

Sierra Liquidity Fund, LLC Assignee and Attorney-In-Fact for Abco Fire Protection, Inc..

Scott August
949-660-1144, ext. 17
saugust@sierrafunds.com

Tammy Garza
949-660-1144 ext. 22
tgarza@sierrafunds.com

Jim Riley
949-660-1144 ext. 16
jriley@sierrafunds.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

In re                          :       Chapter 11
                              :

DELPHI CORPORATION, et al.,    :       Case No. 05-44481 (RDD)
                              :

             Debtors.    :       (Jointly Administered)
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF OBJECTION TO CLAIM

ABCO Fire Protection Inc & Sierra Liquidity Fund:

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your claims identified in the table below should be disallowed and expunged as summarized in that table and described in more detail in the Debtors' Ninth Omnibus Objection To Certain Claims (the "Ninth Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Ninth Omnibus Objection is set for hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED NINTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 15, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Ninth Omnibus Objection identifies six different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim, and also were not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claim" are those Claims were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims for which (a) the Debtors have determined were overstated or were denominated in foreign currencies and the Debtors seek to modify to a fully liquidated, U.S.-denominated amount, and/or (b) the Debtors seek to appropriately re-classify the total amount of such remaining Claims, and/or (c) the Debtors seek to specify the appropriate Debtor by case number.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 4/13/2006 | 2647 | $4,284.04 | Claims Subject to Modification | 05-44640 | $3,398.89 | General Unsecured |

L, DAS, LLC.

If you wish to view the complete exhibits to the Ninth Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Ninth Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), ARE APPLICABLE TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO OBJECTION BY THE DEBTORS PURSUANT TO THE OBJECTION SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF
THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Ninth Omnibus Objection, you must file a response (the "Response") and
serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Eastern Time) on March 15,
2007. Your Response, if any, to the Ninth Omnibus Claims Objection must (a) be in writing, (b) conform
to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of
New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in
accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case
filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk
(preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word
processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert
D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of
New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be served upon (i)
Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel
to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims
objection to which the Response is directed; (ii) the name of the claimant and a brief description of the
basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon
which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim
previously filed with the Court, documentation sufficient to establish a prima facie right to payment;
provided, however, that you need not disclose confidential, proprietary, or otherwise protected
information in the Response; provided further, however, that you must disclose to the Debtors all
information and provide copies of all documents that you believe to be confidential, proprietary, or
otherwise protected and upon which you intend to rely in support of the claim; (v) to the extent that the
claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable
amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and
(vi) the address(es) to which the Debtors must return any reply to the Response, if different from the
address(es) presented in the claim.

If you properly and timely file and serve a Response in accordance with the above procedures, and
the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will
automatically be adjourned from the March 22, 2007 hearing date to a future date to be set pursuant to the
Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have
requested that the Court conduct a final hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern
time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR
UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES
ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE
AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE
CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO
THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR
SOLE DISCRETION, TO PROVISIONALLY ACCEPT SUCH AMOUNT AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE

3

BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

       The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  If no Responses to the Ninth Omnibus
Objection are timely filed and served in accordance with the procedures set forth herein and in the Claims
Objection Procedures Order, the Bankruptcy Court may enter an order sustaining the Ninth Omnibus
Objection without further notice other than notice of the entry of such an order as provided in the Claims
Objection Procedures Order.  Thus, your failure to respond may forever bar you from sustaining a claim
against the Debtors.

ABCO FIRE PROTECTION INC & SIERRA LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE ROAD STE 255
IRVINE CA 92614

Transfer of Claim

# Delphi Corporation, et al.

This agreement (the "Agreement") is entered into between ~BCO FIRE PROTECTION INC ("Assignor") and Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC or assignee ("Assignee") with regard to the following matters:

1. Assignor in consideration of the sum of _____ **the current amount outstanding on the Assignor's trade claim** (the "Purchase Price"), does hereby transfer to Assignee all of the Assignor's right, title and interest in and to all of the claims of Assignor (the "Claim") against Delphi Corporation, et al. (affiliates, subsidiaries and other related debtors) (the "Debtor"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court of New York, Southern District, in the current amount of not less than ____ 4 284.04 _____ [insert the **amount due, which shall be defined as "the Claim Amount"**], and all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments, and other property which may be paid or issued by the Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment is an absolute and unconditional assignment of ownership of the Claim, and shall not be deemed to create a security interest.

2. Assignee shall be entitled to all distributions made by the Debtor on account of the Claim, even distributions made and attributable to the Claim being allowed in the Debtor's case, in an amount in excess of the Claim Amount. Assignor represents and warrants that the amount of the Claim is not less than the Claim Amount, that this amount is the true and correct amount owed by the Debtor to the Assignor, and that no valid defense or right of set-off to the Claim exists.

3. Assignor further represents and warrants that no payment has been received by Assignor or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim, in whole or in part, to any third party, that Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value.

4. Should it be determined that any transfer by the Debtor to the Assignor is or could have been avoided as a preferential payment, Assignor shall repay such transfer to the Debtor in a timely manner. Should Assignor fail to repay such transfer to the Debtor, then Assignee, solely at its own option, shall be entitled to make said payment on account of the avoided transfer, and the Assignor shall indemnify the Assignee for any amounts paid to the Debtor. If the Bar Date for filing a Proof of Claim has passed, Assignee reserves the right, but not the obligation, to purchase the Trade Claim for the amount published in the Schedule F.

5. Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization. Assignor acknowledges that, except as set forth in this agreement, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of the Debtor (financial or otherwise), any other matter relating to the proceedings, the Debtor, or the likelihood of recovery of the Claim. Assignor represents that it has adequate information concerning the business and financial condition of the Debtor and the status of the Proceedings to make an informed decision regarding its sale of the Claim.

6. In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim. The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses.

7. To the extent that it may be required by applicable law, Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim. Assignor grants unto Assignee full authority to do all things necessary to enforce the Claim and Assignor's rights thereunder. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that the Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount in the Proceedings or in any other dispute arising out of or relating to the Claim, whether or not suit or other proceedings are commenced, and whether in mediation, arbitration, at trial, on appeal, or in administrative proceedings. Assignor agrees to

take such reasonable further action, as may be necessary or desirable to effect the Assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

8. Assignor shall forward to Assignee all notices received from the Debtor, the court or any third party with respect to the Claim, including any ballot with regard to voting the Claim in the Proceeding, and shall take such action with respect to the Claim in the proceedings, as Assignee may request from time to time. Assignor acknowledges that any distribution received by Assignor on account of the Claim from any source, whether in form of cash, securities, instrument or any other property or right, is the property of and absolutely owned by the Assignee, that Assignor holds and will hold such property in trust for the benefit of Assignee and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

9. In the event of any dispute arising out of or relating to this Agreement, whether or not suit or other proceedings is commenced, and whether in mediation, arbitration, at trial, on appeal, in administrative proceedings, or in bankruptcy (including, without limitation, any adversary proceeding or contested matter in any bankruptcy case filed on account of the Assignor), the prevailing party shall be entitled to its costs and expenses incurred, including reasonable attorney fees.

10. The terms of this Agreement shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

11. Assignor hereby acknowledges that Assignee may at any time further assign the Claim together with all rights, title and interests of Assignee under this Agreement. All representations and warranties of the Assignor made herein shall survive the execution and delivery of this Agreement. This Agreement may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

12. This contract is not valid and enforceable without acceptance of this Agreement with all necessary supporting documents by the Transferee, as evidenced by a countersignature of this Agreement. The Assignee may reject the proffer of this contract for any reason whatsoever.

13. This Agreement shall be governed by and construed in accordance with the laws of the State of California. Any action arising under or relating to this Agreement may be brought in any state or federal court located in California, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Agreement, and in any action hereunder, Assignor and Assignee waive any right to demand a trial by jury.

### If you have filed a Proof of Claim please check here: _____

### Please include invoices, purchase orders, and/or proofs of delivery that relate to the claim.

Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives its right to raise any objection thereto and its right to receive notice pursuant to rule 3001 of the rules of the Bankruptcy procedure.

IN WITNESS WHEREOF, the undersigned **Assignor** hereto sets his hand this 28th day of October, 2005.

**ATTEST**

By _____
Signature

ROBERT J. TITTAS, Pres
[Print Name and Title]

216.433.7200 EXT 203
Phone Number

Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, et al.
2699 White Rd, Ste 255, Irvine, CA 92614
949-660-1144 x17; fax: 949-660-0632 jriley@sierrafunds.com
10/18/05

ABCO FIRE PROTECTION INC
Name of Company

4505 W 160th ST
Street Address

CLEVELAND OH 44135
City, State & Zip

216.433.7209 abco@abcofire.com
Fax Number          Email

_____
Agreed and Acknowledged.
Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, et al

| United States Bankruptcy Court ___Southern___ District Of ___New York___ | PROOF OF CLAIM |
|---|---|
| | This Space For Court Use Only |

| | |
|---|---|
| Name of Debtor<br>Delphi Corporation & Delphi Automotive Systems, LLC | Case Number<br>05-44481 & 05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property: *ABCO FIRE PROTECTION INC &*
Sierra Liquidity Fund

Name and Address where notices should be sent:

Sierra Liquidity Fund
2699 White Road - Suite 255
Irvine, CA 92614

Telephone Number: 949-660-1144 x 17

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

---

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces a previously filed claim dated: _____<br>if this claim ☐ amends |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☑ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of your SS #: _____
  - Unpaid compensation for services performed
  - from _____ to _____
  -     (date)       (date)

**2. Date debt was incurred:** Various

**3. If court judgment, date obtained:**

---

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 4,284.04
- ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate ☐ Motor Vehicle ☐ Other_____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

---

**5. Total Amount of Claim at Time Case Filed:** $ _____ (Unsecured) _____ (Secured) _____ (Priority) 4,284.04 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date:<br>4/10/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):      *J. S. Riley* | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

ABCO FIRE PROTECTION, INC.   Pg 9 of 31
PO Box 931933
Cleveland, OH 44193
Phone: (216) 433-7200 Ext 245
  Fax: (216) 433-7210

STATEMENT
  OF
ACCOUNT

ACCOUNT NO.:       20078

STATEMENT DATE: 10/31/05

BALANCE:       4,594.90

DELPHI AUTOMOTIVE SYSTEMS
2509 HAYES AVE
PURCHASING DEPT
SANDUSKY, OH 44870

AMOUNT PAID: _____

--------------------------------------------------------------------------------
    ---- Please detach and enclose top portion with payment ----    Page 1

CODES:  D=Debit  F=Finance Charge  I=Invoice  P=Payment

| DATE | TYP | DOC # | DEBIT | CREDIT | BALANCE |
|------|-----|-------|-------|--------|---------|
| 09/02/05 | I | 299580 | 150.44 | | 150.44 |
| 09/09/05 | I | 299658 | 240.95 | | 391.39 |
| 09/30/05 | I | 301027 | 3,090.00 | | 3,481.39 |
| 09/30/05 | I | 301089 | 802.65 | | 4,284.04 |
| 10/14/05 | I | 301878 | 272.50 | | 4,556.54 |
| 10/21/05 | I | 302284 | 38.36 | | 4,594.90 |
| | | | | | ============ |
| | | | | | 4,594.90 |

*pre petition*

ABCO FIRE PROTECTION, INC.
P.O. BOX 931933
CLEVELAND OH 44193
(216) 433-7200

Invoice Date 09/02/05
Invoice 299580
Account 20078
P.O. SAB00830
Workorder 283082
Terms NET 15 DAYS

Please Pay This Amount >>> $ 150.44    <<<

Sold To:

DELPHI AUTOMOTIVE SYSTEMS
2509 HAYES AVE
PURCHASING DEPT
SANDUSKY OH 44870

Ship To:

DELPHI CHASSIS SYSTEMS - GM
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY OH 44870

18520                                                                                   carolyn

---- Please detach and enclose top portion with payment ----

ABCO FIRE PROTECTION, INC.
P.O. BOX 931933
CLEVELAND OH 44193
(216) 433-7200

Invoice Date 09/02/05
Invoice 299580
Account 20078
P.O. SAB00830
Workorder 283082
Terms NET 15 DAYS

| QTY ORD | SHIP | QTY B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1.0 | 1.0 | 0 | CSV | COMMERCIAL VALVE ASSEMBLY | 45.89 | 45.89 |
| 1.0 | 1.0 | 0 | CSH | HORN 50LB CO2 | 15.65 | 15.65 |
| 1.0 | 1.0 | 0 | CSN | STEEL NIPPLE 18" | 6.54 | 6.54 |
| 1.0 | 1.0 | 0 | CSR | RUBBER HANDLE | 2.51 | 2.51 |
| 1.0 | 1.0 | 0 | 15FF | HOSE 15' CO2 CPLD 1/2"FF | 44.85 | 44.85 |
| 1.0 | 1.0 | 0 | 1-144 | RECHARGE 50# CO2 F/E | 20.00 | 20.00 |
| 1.0 | 1.0 | 0 | 1-013 | HYDRO-INSP CO2 W/U* | 15.00 | 15.00 |

Note:

Serviceman: SHOP SANDUSKY

Service Completed 08/30/05    Shipped VIA ABCO TRUCK

*** We now accept AMX, MASTER CARD & VISA!
    Simply call (216) 433-7200 Ext. 221
    to charge your payment.

| | |
|---|---|
| Sale Amount | 150.44 |
| Freight | .00 |
| Hazmat | .00 |
| Sales Tax | .00 |
| ***Total Invoice Amount | 150.44 |

WE PUT OUT - 100%  SERVICE SATISFACTION GUARANTEED!!!
YOU - OUR CUSTOMER, DESERVE NO LESS THAN THE BEST !!!
----- Visit our website at www.abcofire.com -----

# DELPHI

**SUNDRY SHIPPER**

SANDUSKY OPERATIONS
2509 HAYES AVE.
SANDUSKY, OH 44870

Pg 11 of 31

PASS

REFERENCE NUMBER PUT THIS NUMBER ON ALL CORRESPONDENCE
**46436**

DATE  8-30-05

| BILL TO | SHIP TO |
|---|---|
| NAME | NAME  APSD |
| ORGANIZATION | ORGANIZATION  913 N. Depot St |
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP CODE | CITY, STATE, ZIP CODE  Sandusky OH 44870 |
| PROVINCE, COUNTRY | PROVINCE, COUNTRY |

## SHIPMENT ORIGIN

| NAME | MAIL CODE  IU | PHONE  7449 | ACCOUNT # TO CREDIT |
|---|---|---|---|

## ORDER TYPE

☐ INTRADIVISIONAL TRANSFER    ☐ ALLIED TRANSFER    ACCOUNT # TO CHARGE

☐ CHARGE    ☐ NO CHARGE
COMPTROLLER OR DESIGNATE SIGNATURE IF NO CHARGE

☑ COMPANY PROPERTY    ☐ SUPPLIER PROPERTY    ☐ CUSTOMER PROPERTY
☐ EMPLOYEE PROPERTY    ☐ REJECTION    ☐ RETURN FOR CREDIT
☐ REPAIR    ☐ FOR PROCESS    ☐ SCRAP    ☐ PRINT PASS
☐ MATERIAL TO BE RETURNED

RECEIVING CONTACT NAME AND PHONE

CROSS CHARGE NAME AND PHONE

☐ CONSIGNMENT    PROJECTED DATE OF RETURN    ESTIMATED VALUE

"THIS DOCUMENT REPRESENTS THE CONSIGNED VALUE OF THIS CHASSIS SYSTEMS PROPERTY IN YOUR POSESSION. DO NOT MAKE PAYMENT AGAINST THIS DOCUMENT."

ASSET TAG #    CHASSIS SYSTEMS P.O. #

☐ RETURN TO CONSIGNOR

## CUSTOMER ORDER INFORMATION

CONTRACT OR P.O. NUMBER    CUSTOMER RELEASE NUMBER

## PART DETAIL

| CUSTOMER/SUPPLIER PART # | CHASSIS SYSTEMS PART # | DESCRIPTION / PURPOSE | QTY. SHIPPED | UNIT PRICE | EXTENDED VALUE |
|---|---|---|---|---|---|
| $H_2O_2$ | 13 | | | | |
| $CO_2$ | 4 | | | | |
| DC | 17 | | | | |
| Total | 34 | | | | |

## LOGISTICS

| CARRIER NAME | | CARRIER'S SHIPMENT ID # | | INBOUND FREIGHT | |
|---|---|---|---|---|---|
| FREIGHT GROSS WEIGHT | FREIGHT TARE WEIGHT | FREIGHT NET WEIGHT | CONTAINER INFORMATION | OUTBOUND FREIGHT | |
| | | | | SALES TAX | |
| FREIGHT | FREIGHT CHARGE IF PREPAID | CONSOLIDATED BILL OF LADING # | | HANDLING CHARGE | |
| ☐ COLLECT  ☑ PRE-PAID | | 126585 | | **TOTAL** | |

TYPE OF MATERIAL
☐ HAZARDOUS  ☐ NON-HAZARDOUS

IF MATERIAL IS HAZARDOUS, HAZARDOUS MATERIAL WORKSHEET MUST BE ATTACHED. SEE DOT MATERIAL SHIPPING COORDINATOR.

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE U.S. DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**PAYMENT TERMS ARE 20TH PROX.**

| PLANT SECURITY: | DATE:  8/30/05 | RECEIVED BY (DRIVER/AGENT) | DATE:  8/30/05 |
|---|---|---|---|

## SPECIAL REQUIREMENTS

| ENGR PROJECT # | CHASSIS SYSTEMS WORK ORDER # | APPROVAL | |
|---|---|---|---|
| | | | SIGNATURE |

DC1082-HC  0300

**PACKING SLIP**

RECEIVE, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order.

Shipper's No. **126585**

Date  8/30  20 05                        ABCO                        Carrier's No.
(NAME OF CARRIER)

HIPPED FROM:   **SANDUSKY**
               **OHIO**
PLANT AT  →    **44870**   [X]          [ ]

## From  Delphi Energy & Chassis

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which govern the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to:  ABCO

Address:  913 North Depot

City:  Sandusky Oh 44870         State:        County:

Stop Off(s):

Route:                              Car or Vehicle NO.                        Seal No.

| NO. PKGS. | SPECIFY TYPE OF PACKAGE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | * WEIGHT |
|---|---|---|---|
| | | AUTOMOBILE ENGINE, DRIVING GEAR, OR STEERING GEAR PARTS, NOI, I/S, ITEM 9160 SUB 2 | |
| | | BALLS, OR ROLLS, BEARINGS, ANTI-FRICTION, I/S, ITEM 114690 SUB 1 | |
| PALLETS | CONTAINING | BOXES BEARINGS, NOI, BALL OR ROLLER, I/S ITEM 114820 | |
| LOOSE BOXES | | BEARINGS, NIO, BALL OR ROLLER, I/S, ITEM 114820 | |
| 5131 BSIKT | | FORGINGS, I/S, IN THE ROUGH AS FORGED ITEM 104760 SUB 3 | |
| | | HARDWARE, NOI, I/S, ITEM 95190 | |
| | | PALLETS FOR LIFT TRUCKS, I/S, WITH BODIES, ENDS, S.U. OF OTHER THAN SOLID SIDED CONSTRUCTION, ITEM 150390 SUB 2 (5131'S) | |
| | | MACHINERY OR MACHINERY PARTS, NOI, I/S ITEM 133390 SUB 3 | |
| | | AUTO TRANSMISSION PARTS, NOI, ITEM 19940 | |
| | | DIE OR DIE MOLDS, I/S, NOI, ITEM 119480 | |
| 34 | | Fire Extinguisher & equip | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Delphi Energy & Chassis**

per _Dans_
(Signature of Consignee)

If charges are to be prepaid, write or stamp here "To be Prepaid."

Prepaid

Received $_____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$

†This shipment is correctly described.
Correct weight is shown hereon.
subject to verification by
EASTERN INSPECTION and
WEIGHING BUREAU
In accordance with Agreement

**Delphi Energy & Chassis**

**SHIPPER**

Per _Mark Wil_

Box, Case or S.O. Nos.

MSO No.  NC 46430
Order No.
Invoice No.

* If the shipment moves between two ports by carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Consolidated Freight Classifications.

phi Energy & Chassis , Shipper

Per _____

Per _____                    Agent

Permanent post-office address of shipper, 2509 HAYES AVENUE, SANDUSKY, OHIO 44870



**ABCO**

☐ **AKRON, OH 44311**
752 KENMORE AVENUE
(330) 535-2008

☐ **ASHTABULA, OH 44004**
2401 WEST AVENUE
(440) 964-3300

☐ **CLEVELAND, OH 44135**
4545 W. 160TH STREET
(216) 433-7200

☑ **SANDUSKY, OH 44870**
913 N. DEPOT STREET
(419) 626-0012

☐ **TOLEDO, OH 43607**
2702 VICTORY AVE.
(419) 535-0605

DATE _____ 8-30-05

CUSTOMER P.O./JOB # _419-627-7396_

CUSTOMER CONTACT _MARK WEBER_

SALESPERSON _SAb00830_

CASH ☐       CHECK ☐       MC/VISA ☐
☐ UPDATE CLIENT INFORMATION AS NOTED

_DELPHI CHASSIS_
_2509 HAYES AVE_
_SANDUSKY OH 44870_

**SPECIAL INSTRUCTIONS**

| PART # | ORD. | DEL'D. | B.O. | DESCRIPTION | DOT CODE* | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| CSV | 1 | 1 | | VALVE ASSEMBLY FOR 50lb CO₂ UNIT | | | |
| CSH | 1 | 1 | | CO₂ HORN w/DIFFUSER | | | |
| CSN | 1 | 1 | | 18"L x 3/8" DIA GALVANIZED STEEL NIPPLE | | | |
| CSR | 1 | 1 | | RUBBER HANDLE | | | |
| 15FF | 1 | 1 | | 15' CO₂ HOSE | | | |

**INSPECTION AND CERTIFICATION OF PORTABLE FIRE EXTINGUISHERS PER CODE**

| PART # | QUANT. | SIZE | TYPE | RECH. | HYDRO | 6 YEAR | SHOP SERV. | O-RINGS | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 50lb | CO₂ | 1 | 1 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

TIME IN _____   TIME OUT _____

TRAVEL TIME _____   HRS. X MEN = _____

TIME ON JOB _____   HRS. X MEN = _____

SHIPPING COSTS _____   TRUCK CHARGE ☐

SERVICE TECH: _____

ACCEPTED BY CUSTOMER _Matt We___

DATE _8/30/05_   INVOICE NO. _299580_

Hazardous Material Handling    Yes ☐    No ☐
*See Chart Reverse Side    For Emergency Contact CHEM-TEL, Inc. 1-800-255-3924

**ORIGINAL**

ABCO FIRE PROTECTION, INC.
P.O. BOX 931933
CLEVELAND OH 44193
(216) 433-7200

Invoice Date 09/09/05
Invoice 299658
Account 20078
P.O. SAB00830
Workorder 283181
Terms NET 15 DAYS

Please Pay This Amount >>> $ 240.95   <<<

Sold To:

DELPHI AUTOMOTIVE SYSTEMS
2509 HAYES AVE
PURCHASING DEPT
SANDUSKY OH 44870

Ship To:

DELPHI CHASSIS SYSTEMS - GM
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY OH 44870

19487

carolyn

---- Please detach and enclose top portion with payment ----

ABCO FIRE PROTECTION, INC.
P.O. BOX 931933
CLEVELAND OH 44193
(216) 433-7200

Invoice Date 09/09/05
Invoice 299658
Account 20078
P.O. SAB00830
Workorder 283181
Terms NET 15 DAYS

| QTY ORD | SHIP | QTY B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | TOTAL |
|---------|------|---------|-------------|-------------|------------|-------|
| 5.0 | 5.0 | 0 | HEAD-GASKET | GASKET NECK PORT F/EXT | 1.10 | 5.50 |
| ..0 | 2.0 | 0 | NPP | PULL PIN NEWER TYPE E | 1.65 | 3.30 |
| 14.0 | 14.0 | 0 | COLLAR | COLLAR, SERVICE | .85 | 11.90 |
| 13.0 | 13.0 | 0 | 1-099 | RECHARGE 2.5 WATER EXT* | 4.25 | 55.25 |
| 3.0 | 3.0 | 0 | 1-011 | HYDRO-INSP P/W F/E* | 8.50 | 25.50 |
| 5.0 | 5.0 | 0 | 1-113 | RECHARGE 20# ABC FIRE EXT | 19.50 | 97.50 |
| 2.0 | 2.0 | 0 | 1-012 | HYDRO-INSP DRY CHEM F/E* | 8.50 | 17.00 |
| 2.0 | 2.0 | 0 | 1-142 | RECHARGE 15# CO2 F/EXT | 9.00 | 18.00 |
| 1.0 | 1.0 | 0 | 1-141 | RECHARGE 10# CO2 F/EXT | 7.00 | 7.00 |

Note:

Serviceman: SHOP SANDUSKY

Service Completed 09/01/05     Shipped VIA ABCO TRUCK

*** We now accept AMX, MASTER CARD & VISA!
    Simply call (216) 433-7200 Ext. 221
    to charge your payment.

Sale Amount     240.95

Freight     .00
Hazmat     .00
Sales Tax     .00

***Total Invoice Amount     240.95

WE PUT OUT - 100%  SERVICE SATISFACTION GUARANTEED!!!
YOU - OUR CUSTOMER, DESERVE NO LESS THAN THE BEST !!!
----- Visit our website at www.abcofire.com -----



**ABCO**

AKRON, OH 44311
350 MORGAN AVENUE
(330) 535-2008

☐ ASHTABULA, OH 44004
2401 WEST AVENUE
(...)...-...

☐ CLEVELAND, OH 44135
4545 W. 160TH STREET
(216) 433-7200

☑ SANDUSKY, OH 44870
913 N. DEPOT STREET
(419) 626-0012

☐ TOLEDO, OH 43607
2702 VICTORY AVE.
(419) 535-0605

DATE  _9-1-05_

CUSTOMER P.O./JOB #  _419-627-7396_
CUSTOMER CONTACT  _MARK WEBER_
SALESPERSON  _SAB00030_
CASH ☐    CHECK ☐    MC/VISA ☐
☐ UPDATE CLIENT INFORMATION AS NOTED

_DELPHI CHASSIS_
_2509 HAYES AVE_
_SANDUSKY OH 44870_

SPECIAL INSTRUCTIONS

| PART # | ORD. | DELD. | B.O. | DESCRIPTION | DOT CODE* | PRICE | TOTAL |
|--------|------|-------|------|-------------|-----------|-------|-------|
|  | 2 | 2 |  | PULL PINS |  |  |  |
|  | 14 | 14 |  | SERVICE COLLAR |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## INSPECTION AND CERTIFICATION OF PORTABLE FIRE EXTINGUISHERS PER CODE

| PART # | QUANT. | SIZE | TYPE | RECH. | HYDRO | 6 YEAR | SHOP SERV. | O-RINGS | PRICE | TOTAL |
|--------|--------|------|------|-------|-------|--------|------------|---------|-------|-------|
|  | 13 | 2.5 GAL | $H_2O$ | 13 | 3 |  |  |  |  |  |
|  | 5 | 20 lb | DRYCHEM | 5 | 2 |  |  | 5 |  |  |
|  | 2 | 15 lb | $CO_2$ | 2 |  |  |  |  |  |  |
|  | 1 | 10 lb | $CO_2$ | 1 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

TIME IN _____    TIME OUT _____
TRAVEL TIME _____    HRS. X MEN = _____
TIME ON JOB _____    HRS. X MEN = _____
SHIPPING COSTS _____    TRUCK CHARGE ☐

SERVICE TECH: _J Bryant_
ACCEPTED BY CUSTOMER _Margaret WD_

Hazardous Material Handling   Yes ☐   No ☐
See Chart Reverse Side

For Emergency Contact CHEM-TEL, Inc. 1-800-255-3924

DATE _9/1/05_   INVOICE NO. _299658_

**ORIGINAL**

ABCO FIRE PROTECTION, INC.
P.O. BOX 931933
CLEVELAND OH 44193
(216) 433-7200

Invoice Date 09/30/05
Invoice 301027
Account 20078
P.O. SAB00830
Workorder 282932
Terms NET 15 DAYS

Please Pay This Amount >>> $ 3090.00   <<<

Sold To:

DELPHI AUTOMOTIVE SYSTEMS
2509 HAYES AVE
PURCHASING DEPT
SANDUSKY OH 44870

Ship To:

DELPHI CHASSIS SYSTEMS - GM
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY OH 44870

19189                                                                   robin
--------------------------------------------------------------------------------
---- Please detach and enclose top portion with payment ----

ABCO FIRE PROTECTION, INC.
P.O. BOX 931933
CLEVELAND OH 44193
(216) 433-7200

Invoice Date 09/30/05
Invoice 301027
Account 20078
P.O. SAB00830
Workorder 282932
Terms NET 15 DAYS

| QTY ORD | SHIP | QTY B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 090 | 3090 | 0 | 1-320-L | FIRE SYST INSP PER QUOTE 2ND FLOOR ACCOUNTING; BASEMENT VAULT; MUX ALARM; TELEPHONE ROOM COMPUTER ROOM & VAULT 2ND FLOOR; FURNACE #2, #3, #4,; PIT SYSTEM #5; DUCT SPRINKLER SYSTEM; HOOD SYSTEMS | 1.00 | 3090.00 |

Note:

Serviceman: JEFFERY MOLASH

Service Completed 09/26/05    Shipped VIA ABCO TRUCK

*** We now accept AMX, MASTER CARD & VISA!
    Simply call (216) 433-7200 Ext. 221
    to charge your payment.

Sale Amount        3090.00
Freight               .00
Hazmat                .00
Sales Tax             .00
***Total Invoice Amount   3090.00

WE PUT OUT - 100%  SERVICE SATISFACTION GUARANTEED!!!
YOU - OUR CUSTOMER, DESERVE NO LESS THAN THE BEST !!!
----- Visit our website at www.abcofire.com -----

**ABCO**

**FIRE PROTECTION, INC.**
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

SAB00830    2600
x    Mux System 490

# FIRE ALARM INSPECTION & TEST REPORT

☐ ANNUAL    ☑ SEMI-ANNUAL    ☐ QUARTERLY    ☐ ACCEPTANCE

**Client Information:** 20189
**Work Order #:** 282932        **Date:** 08/30/05
**Ship To:**        **System ID:** 15320

**DELPHI CHASSIS SYSTEMS - GM**  2ND FL ACCOUNTING
**2509 HAYES AVENUE**  VAULT
**PURCHASING DEPT**
**SANDUSKY    OH    44870**
**Contact:** MARK WEBER    **Phone:** (419) 627-7393
**Service Tech:** MOLASH    **Cycle:** MAR/SEP
**F.D. Required:**    **Credit Status:** HOLD
*********************************************
**System Information:** Job No.  1728 Last Insp.04/25/05
**Manufacturer:** Pyrotronics **Panel Model:** Hi Volt
**No.of Power Supplies:** ___ **ADA Compliant:** _
**Location of 110 Volt Connection:** _____
**Monitoring Company:** _____
**Notes:** SCHEDULED INSPECTION

**System Checklist:**
| | |
|---|---|
| 1. Check Wiring for Shorts | ☑ |
| 2. Check Wiring for Correct Circuits | ☑ |
| 3. Test all Manual Pull Stations | ☐ |
| 4. Test all Detectors | ☑ |
| 5. Test all Signal Devices | ☐ |
| 6. Test Zoning Code | ☐ |
| 7. Test Pre-Signal | ☐ |
| 8. Test Zone Annunciation | ☑ |
| 9. Test Remote Zone Annunciation | ☐ |
| 10. Test Trouble Signals | ☑ |
| 11. Test Emergency Fan Operation | ☐ |
| 12. Test Battery | ☐ |
|    Load Voltages: _____ | |
| 13. Test FD Connection | ☐ |
| 14. Test Auxiliary Function | ☐ |

*********************************************
**Electrical Equipment:**
No. Ionization Det. __4__    No. Bells __1__
No. Photo Detectors ___    No. Waterflow ___
No. Duct Ion Det. ___    No. Tampers ___
No. Duct Photo Det. ___    No. Door Holders ___
No. Heat Detectors ___    No. Smoke Dampers ___
No. Pull Stations ___    No. Kitchen Hood Sys ___
No. Strobes ___
No. Horn Strobes ___
No. Speaker Strobes ___

**Additional Information:**
| | YES | NO |
|---|---|---|
| Sensitivity Testing Done | ☐ | ☐ |
| Next Sensitivity Testing Due: N/A | | |
| Smoke Detector Above Panel | ☑ | ☐ |
| Battery Back Up | ☐ | ☐ |
| Supervised Power Supplies | ☑ | ☐ |
| Supervised Notification Circuits | ☐ | ☐ |
| All LED's and Lamps Working | ☑ | ☐ |

**Comments/Exceptions:** _____
_____
_____

*********************************************
On **9/26/05** the above Fire Alarm System was tested and inspected ( with the above exceptions noted ) in accordance with the Manufacturer's Published Guidelines and was found to function within those guidelines.  No further warranties or guarantees are either expressed or implied Instruction of the operational sequence of this Fire Alarm System has been performed.

Inspector: J. MOLASH #54-18-1538/ E. MONDOR #54-18-2677    Date: 9/26/05
Customer: x Mark W    Date: 9/26/05
Fire Dept: _____    Date: _____
Other: _____    Date: _____

Rev 04/05 inspa_bc

Invoice # ___301027___

# ABCO

**FIRE PROTECTION, INC.**
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

## FIRE ALARM INSPECTION & TEST REPORT

☐ ANNUAL  ☑ SEMI-ANNUAL  ☐ QUARTERLY  ☐ ACCEPTANCE

**Client Information:** 20189
Work Order #: 282933        Date: 08/30/05
Ship To:        System ID:  28900

DELPHI CHASSIS SYSTEMS - GM     BASEMENT VAULT
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY      OH  44870
Contact: **MARK WEBER**      Phone: (419) 627-7393
Service Tech: **MOLASH**      Cycle: **MAR/SEP**
F.D. Required:        Credit Status: **HOLD**
*******************************************
**System Information:** Job No.  1728  Last Insp.04/25/05
Manufacturer: Pyrotronics   Panel Model: Hi Volt
No.of Power Supplies: ___  ADA Compliant: _
Location of 110 Volt Connection: _____
Monitoring Company: _____
Notes: **SCHEDULED INSPECTION**

**System Checklist:**

| | |
|---|---|
| 1. Check Wiring for Shorts | ☑ |
| 2. Check Wiring for Correct Circuits | ☑ |
| 3. Test all Manual Pull Stations | ☑ |
| 4. Test all Detectors | ☑ |
| 5. Test all Signal Devices | ☑ |
| 6. Test Zoning Code | ☐ |
| 7. Test Pre-Signal | ☐ |
| 8. Test Zone Annunciation | ☑ |
| 9. Test Remote Zone Annunciation | ☐ |
| 10. Test Trouble Signals | ☑ |
| 11. Test Emergency Fan Operation | ☐ |
| 12. Test Battery | ☐ |
| Load Voltages: _____ | |
| 13. Test FD Connection | ☐ |
| 14. Test Auxiliary Function | ☐ |

*******************************************

**Electrical Equipment:**

No. Ionization Det. __16__     No. Bells __1__
No. Photo Detectors ___     No. Waterflow ___
No. Duct Ion Det. ___     No. Tampers ___
No. Duct Photo Det. ___     No. Door Holders ___
No. Heat Detectors ___     No. Smoke Dampers ___
No. Pull Stations ___     No. Kitchen Hood Sys ___
No. Strobes ___
No. Horn Strobes ___
No. Speaker Strobes ___

**Additional Information:**

| | YES | NO |
|---|---|---|
| Sensitivity Testing Done | ☐ | ☑ |
| Next Sensitivity Testing Due: | N/A | |
| Smoke Detector Above Panel | ☐ | ☑ |
| Battery Back Up | ☐ | ☐ |
| Supervised Power Supplies | ☑ | ☐ |
| Supervised Notification Circuits | ☑ | ☐ |
| All LED's and Lamps Working | ☑ | ☐ |

**Comments/Exceptions:** _____
_____

*******************************************

On __9/26/05__ the above Fire Alarm System was tested and inspected ( with the above exceptions noted ) in accordance with the Manufacturer's Published Guidelines and was found to function within those guidelines.  No further warranties or guarantees are either expressed or implied Instruction of the operational sequence of this Fire Alarm System has been performed.

Inspector: J. MOLASH #54-18-1530 / E. KONDOK #54-18-2677   Date: 9/26/05

Customer: X Mark Weber   Date: 9/26/05

Fire Dept: _____   Date: _____

Other: _____   Date: _____

Rev 04/05 Inspa_bc        Invoice # _____

# ABCO

**FIRE PROTECTION, INC.**
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

# $ 490

## FIRE ALARM INSPECTION & TEST REPORT

☑ ANNUAL    ☐ SEMI-ANNUAL    ☐ QUARTERLY    ☐ ACCEPTANCE

**Client Information:**  20189
Work Order #:  **282934**    Date: **08/30/05**
Ship To:    System ID:  **28901**

**DELPHI CHASSIS SYSTEMS - GM**
**2509 HAYES AVENUE**
**PURCHASING DEPT**
**SANDUSKY    OH  44870**
Contact: **MARK WEBER**    Phone: **(419) 627-7393**
Service Tech: **MOLASH**    Cycle: **MAR/SEP**
F.D. Required:    Credit Status: **HOLD**
*******************************************
**System Information:** Job No. **1728** Last Insp.**04/25/05**
Manufacturer: **MUX**    Panel Model: _____
No.of Power Supplies: ___ ADA Compliant: **NA**
Location of 110 Volt Connection: _____
Monitoring Company: **Security**
Notes: **SCHEDULED INSPECTION**

**System Checklist:**
1. Check Wiring for Shorts — ☒
2. Check Wiring for Correct Circuits — ☒
3. Test all Manual Pull Stations — ☐
4. Test all Detectors — ☒
5. Test all Signal Devices — ☐
6. Test Zoning Code — ☐
7. Test Pre-Signal — ☐
8. Test Zone Annunciation — ☐
9. Test Remote Zone Annunciation — ☒
10. Test Trouble Signals — ☒
11. Test Emergency Fan Operation — ☐
12. Test Battery — ☐
Load Voltages: _____
13. Test FD Connection — ☐
14. Test Auxiliary Function — ☐

*******************************************

**Electrical Equipment:**

| | | | | YES | NO |
|---|---|---|---|---|---|
| No. Ionization Det. ___ | No. Bells ___ | **Additional Information:** | | | |
| No. Photo Detectors **011** | No. Waterflow ___ | Sensitivity Testing Done | | ☐ | ☒ |
| No. Duct Ion Det. **6** | No. Tampers ___ | Next Sensitivity Testing Due: | **NA** | | |
| No. Duct Photo Det. **3** | No. Door Holders ___ | Smoke Detector Above Panel | | ☐ **NA** | ☐ |
| No. Heat Detectors **1** | No. Smoke Dampers ___ | Battery Back Up | | ☐ | ☒ |
| No. Pull Stations ___ | No. Kitchen Hood Sys ___ | Supervised Power Supplies | | ☒ | ☐ |
| No. Strobes ___ | | Supervised Notification Circuits | | ☐ **NA** | ☐ |
| No. Horn Strobes ___ | | All LED's and Lamps Working | | ☒ | ☐ |
| No. Speaker Strobes ___ | | | | | |

**Comments/Exceptions:** _____

_____

*******************************************
On **09/26/05** the above Fire Alarm System was tested and inspected ( with the above exceptions
noted ) in accordance with the Manufacturer's Published Guidelines and was found to function
within those guidelines.  No further warranties or guarantees are either expressed or implied
Instruction of the operational sequence of this Fire Alarm System has been performed.

Inspector: _Monsur / Molash_    Date: _09/26/05_

Customer: _Mark A. Wee_    Date: _09/26/05_

Fire Dept: _____    Date: _____

Other: _____    Date: _____

Rev 04/05 inspa_bc

Invoice # _____

PURCHASING DEPT
SANDUSKY        OH    44870
Contact: MARK WEBER        Phone: (419) 627-7393
Work Order #:    282934      Date: 08/30/05  System ID:    28901

| DEV. # | LOCATION | TYPE | PASS/FAIL | COMMENTS |
|--------|----------|------|-----------|----------|
| | Substation #1 | PD | P | Breaker #10 West |
| | " " | PD | P | " " #10 East |
| | Substation #2 | PD | P | " " #16 East |
| | " " #3 | PD | P | " " #09 East |
| | " " #4 | PD | P | " " #06 East |
| | " " #6 | PD | P | " " #06 East |
| | " " #11 & 12 | PD | P | " " #04 West |
| | " " #13 | PD | P | " " #06 North |
| | " " #14 | PD | P | " " #010 North |
| | Ohio Edison | PD | P | " " # 12 East |
| | FAN Room #5   AHU1   SUPPLY | DD | F | Detector Missing |
| | " " AHU1 RETURN | PD | P | |
| | " " AHU2 Supply | DD | F | Detector Wiring Bypassed |
| | " " AHU2 RETURN | DD | P | |
| | " " AHU3 SUPPLY | DD | P | |
| | " " AHU3 RETURN | DD | P | |
| | " " ELEV ROOM    HD | | P | |
| | HEATER HOUSE #9 | DD | P | Local Only |
| | " " #25 | DD | P | Local Only |
| | " " #26 | DD | P | Local Only |
| | MOTOR CONTROL | PD | P | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



**ABCO**

### FIRE PROTECTION, INC.
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

Time In _____

Time Out _____

## INSPECTION & TEST REPORT

MOLASH
MAR/SEP

☐ ACCEPTANCE    ☑ SEMI-ANNUAL    ☐ ANNUAL

Ship To:

DELPHI CHASSIS SYSTEMS - GM
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY        OH    44870

Contact: MARK WEBER
Phone: (419) 627-7393
Ext:

Workorder: 284526
Client ID#: 20189
Credit Status: HOLD
Last Inspected: 04/25/05
Job Number: 1728
System Type: HALON 130
No. Tanks Type Equipment

Note: 4/05 ALARM ONLY NOW

Area: TELEPHONE ROOM                                      *yz

**SYSTEM DATA**
Hazard
System Size (lbs.) 129
Comments

No. Storage Tanks  N/A
Tank Pressure (PSI) N/A

Tank Weight  N/A
Timer Setting N/A Seconds
Hydro-Test Date _____

**SYSTEM MANUFACTURER**
☐ Ansul Co.    ☐ Kidde    ☐ Aut. Sprinkler    ☐ Pyrotronics    ☐ Chemetron    ☑ Other  FIRE LITE

**AGENT CLASSIFICATION**
☐ Dry Chemical    ☐ FM200
☐ CO2             ☐ Inergen
☐ Halon 1301
☑ Other  ALARM ONLY

**ELECTRICAL EQUIPMENT**
Products of Combustion Detector
No. Ionization 5
No. Photo Elect. —
No. Duct Type Ionization —
No. Duct Type Photo Elect. —

No. Signal Devices
Horns 2 W/STROBES
Bells 2
Chimes —
Speakers —

No. Manual Stations 1
No. Heat Detectors —
No. Smoke Dampers —
No. Door Holders —

**SYSTEMS CHECK LIST**
☑ Check Wiring for Shorts, etc.
☑ Check Wiring for Correct Circuits
☑ Test All Manual Stations    N/A
☐ Test All Products of Combustions Det.
☐ Test All Signal Devices (bell, etc.)
N/A ☐ Test Zoning Code

☑ Test Pre-Signals
☑ Test Zone Annunciation
☐ Test Zone Remote Annunciation
☐ Test Trouble Signals    N/A
☑ Test Emergency Fan Operation
    BATTERY TEST: PASS

☑ PLANT ALARM
☐ Test City Connect
☑ Test Auxiliary Functions
☑ Test Pressure Switch
☑ Test Pressure Trip
☑ Instruct Owner on System Operation

On 9/26/05 the above system was tested and inspected:(with the above exceptions noted) in accordance to the Manufacturer's Published Guidelines and was found to function to those guidelines. No futher warranties or guarantees are either expressed or implied.

J. MOLASH # 54-18-1538 / E. MONDOE # 54-18-2677

**ABCO FIRE PROTECTION, INC.**

On 9/26/05 the above Fire Suppression System was tested by ABCO Fire Protection, Inc. I have been instructed in the Fire Suppression Systems operational sequence.

_____
**ACCEPTED BY OWNER**                    **ACCEPTED BY - FIRE DEPARTMENT**

Customer Comments: _____

Rev 10/04 inspb_bc                    Invoice # _____



**FIRE PROTECTION, INC.**
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

Time In _____

Time Out _____

## INSPECTION & TEST REPORT

MOLASH
MAR/SEP          ☐ ACCEPTANCE    ☑ SEMI-ANNUAL    ☐ ANNUAL

Ship To:

DELPHI CHASSIS SYSTEMS - GM     Contact: MARK WEBER       Workorder: 284527
2509 HAYES AVENUE               Phone: (419) 627-7393     Client ID#: 20189
PURCHASING DEPT                 Ext:                      Credit Status: HOLD
SANDUSKY          OH    44870                             Last Inspected: 04/25/05
                                                          Job Number: 1728
Note: 4/05 ALARM ONLY NOW                                 System Type: HALON 130
                                        *yz               No. Tanks Type Equipment

Area: COMPUTER ROOM & VAULT 2ND FLOOR
**SYSTEM DATA**
Hazard                    8
System Size (lbs.) _N/A_   No. Storage Tanks  _N/A_     Tank Weight     _N/A_
Comments                   Tank Pressure (PSI) _N/A_    Timer Setting _N/A_ Seconds
                                                        Hydro-Test Date _____

**SYSTEM MANUFACTURER**
☐ Ansul CO.   ☐ Kidde   ☐ Aut. Sprinkler   ☐ Pyrotronics   ☐ Chemetron   ☑ Other _FIRE-LITE_

**AGENT CLASSIFICATION**
☐ Dry Chemical   ☐ FM200          ☐ Halon 1301
☐ CO2            ☐ Inergen        ☑ Other _ALARM ONLY_

**ELECTRICAL EQUIPMENT**
Products of Combustion Detector    No. Signal Devices    No. Manual Stations  _3_
No. Ionization           _24_      Horns     _2_         No. Heat Detectors   ____
No. Photo Elect.         ____      Bells     _2_         No. Smoke Dampers    ____
No. Duct Type Ionization ____      Chimes    ____        No. Door Holders     ____
No. Duct Type Photo Elect. ____    Speakers  ____

**SYSTEMS CHECK LIST**
☑ Check Wiring for Shorts, etc.                                      _PLANT ALARM_
☑ Check Wiring for Correct Circuits     ☑ Test Pre-Signals          ☑ Test ~~City~~ Connect
☑ Test All Manual Stations              ☐ Test Zone Annunciation    ☐ Test Auxiliary Functions
☑ Test All Products of Combustions Det. _N/A_ ☐ Test Zone Remote Annunciation _N/A_ ☐ Test Pressure Switch
☑ Test All Signal Devices (bell, etc.)  ☐ Test Trouble Signals      ☑ Test Pressure Trip
_N/A_ ☐ Test Zoning Code                ☐ Test Emergency Fan Operation ☑ Instruct Owner on System Operation
                                        ☑ _BATTERY TEST : PASS_

On _9/26/05_ the above system was tested and inspected: (with the above exceptions noted)
in accordance to the Manufacturer's Published Guidelines and was found to function to those
guidelines. No futher warranties or guarantees are either expressed or implied.

        _J. MOLASH   #54-18-1538   /  E. MONDON   #54-18-2677_
        **ABCO FIRE PROTECTION, INC.**

On _9/26/05_ the above Fire Suppression System was tested by ABCO Fire Protection, Inc.
I have been instructed in the Fire Suppression Systems operational sequence.

_Mark A. W[...]_
_____          _____
**ACCEPTED BY OWNER**                **ACCEPTED BY - FIRE DEPARTMENT**

Customer Comments: _____

Rev 10/04 Inspb_bc          Invoice # _____

**ABCO**

**FIRE PROTECTION, INC.**
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

Time In _____

Time Out _____

## INSPECTION & TEST REPORT

MOLASH
MAR/SEP

☐ ACCEPTANCE  ☑ SEMI-ANNUAL  ☐ ANNUAL

Ship To:

DELPHI CHASSIS SYSTEMS - GM
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY          OH   44870

Contact: MARK WEBER
Phone: (419) 627-7393
Ext:

SB  Order Date: 09/23/05
Workorder: 284528
Client ID#: 20189
Credit Status: HOLD
Last Inspected: 04/25/05
Job Number: 1728

F/D:

No. Tanks Type Equipment
FIRELITE

Note: **SCHEDULED INSPECTION**
: **ONE INVOICE ALL SYS. INSP.**

Area: DUCT- SPRINKLER SYSTEM
**SYSTEM DATA**
Hazard **EFCO DUCT**          No. Storage Tanks _N/A_          Tank Weight _N/A_
System Size (lbs.) _N/A_       Tank Pressure (PSI) _N/A_        Timer Setting _N/A_ Seconds
                                                                Hydro-Test Date _____

**SYSTEM MANUFACTURER**
☐ Ansul Co.   ☐ Kidde   ☐ Chemetron   ☑ Other _FIRELITE_

**AGENT CLASSIFICATION**
☐ Dry Chemical        ☐ FM200
☐ CO2                 ☐ Inergen          ☐ Halon 1301
                                         ☑ Other _ALARM ONLY_

**ELECTRICAL/MECHANICAL EQUIPMENT**
Products of Combustion Detector    No. Signal Devices    No. Manual Stations ____
No. Ionization ____                Horns ____            No. Heat Detectors _6 (HEAT STICKS)_
No. Photo Elect. ____              Bells ____            No. Smoke Dampers ____
No. Duct Type Ionization ____      # of Links ____       No. Door Holders ____
No. Duct Type Photo Elect. ____    Links Replaced ____

**SYSTEMS CHECK LIST**
☑ Check Wiring for Shorts, etc.
☑ Check Wiring for Correct Circuits
☑ Test All Manual Stations
☐ Test All Products of Combustions Det.
_N/A_ ☐ Test All Signal Devices (bell, etc.)
☑ Test Zoning Code

☑ Test Pre-Signals
☑ Test Zone Annunciation
☐ Test Zone Remote Annunciation
☐ Test Trouble Signals
☑ Test Emergency Fan Operation
_N/A_

☑ _PLANT ALARM_
☐ Test Remote Signal
☐ Test Auxiliary Functions
☐ Test Pressure Switch
☐ Test Pressure Trip
☑ Instruct Owner on System Operation

On _9/26/05_ the above system was tested and inspected:(with the above exceptions noted)
in accordance to the Manufacturer's Published Guidelines and was found to function to those
guidelines. No futher warranties or guarantees are either expressed or implied.
Instruction of the operational sequence of this system has been performed.

_J. MOLASH #54-18-1538 / E. MONDON #54-18-2677_
ABCO FIRE PROTECTION, INC.

_Mark A. W___
**ACCEPTED BY OWNER**                    **ACCEPTED BY - FIRE DEPARTMENT**

Customer Comments: _____

Rev 10/04 inspc_be          Invoice # _____



**ABCO**

**FIRE PROTECTION, INC.**
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

Time In _____
Time Out _____

# INSPECTION & TEST REPORT

MOLASH
MAR/SEP

☐ ACCEPTANCE   ☑ SEMI-ANNUAL   ☐ ANNUAL

Ship To:

DELPHI CHASSIS SYSTEMS - GM
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY        OH   44870

Contact: MARK WEBER
Phone: (419) 627-7393
Ext:

SB  Order Date: 09/23/05
Workorder: 284529
Client ID#: 20189
Credit Status: HOLD
Last Inspected: 04/25/05
Job Number: 1728

F/D:

No. Tanks  Type Equipment
   2       IND-50

Note: EFCO SYSTEM

Area: FURNACE #2
**SYSTEM DATA**
Hazard
System Size (lbs.) _100_

No. Storage Tanks _2_
Tank Pressure (PSI) _380_

Tank Weight _NORMAL_
Timer Setting _-O-_ Seconds
Hydro-Test Date _2003_

**SYSTEM MANUFACTURER**
☐ Ansul Co.   ☑ Kidde   ☐ Chemetron   ☐ Other _____

**AGENT CLASSIFICATION**
☑ Dry Chemical   ☐ FM200        ☐ Halon 1301
☐ CO2            ☐ Inergen      ☐ Other

**ELECTRICAL/MECHANICAL EQUIPMENT**
Products of Combustion Detector
No. Ionization _____
No. Photo Elect. _____
No. Duct Type Ionization _____
No. Duct Type Photo Elect. _____

No. Signal Devices
Horns _____
Bells _____
# of Links _____
Links Replaced _____

No. Manual Stations _1_
No. Heat Detectors _2_
No. Smoke Dampers _____
No. Door Holders _____

**SYSTEMS CHECK LIST**
☑ Check Wiring for Shorts, etc.
☑ Check Wiring for Correct Circuits
☑ Test All Manual Stations
☑ Test All Products of Combustions Det.
N/A ☐ Test All Signal Devices (bell, etc.)
☐ Test Zoning Code

☐ Test Pre-Signals
☐ Test Zone Annunciation
☐ Test Zone Remote Annunciation
☐ Test Trouble Signals
☐ Test Emergency Fan Operation

N/A

*PLANT ALARM*
☑ Test Remote Signal
N/A ☐ Test Auxiliary Functions
☐ Test Pressure Switch
☐ Test Pressure Trip
☑ Instruct Owner on System Operation

On _8/26/05_ the above system was tested and inspected: (with the above exceptions noted)
in accordance to the Manufacturer's Published Guidelines and was found to function to those
guidelines. No futher warranties or guarantees are either expressed or implied.
Instruction of the operational sequence of this system has been performed.

_J. MOLASH #54-18-1538_ / _E. MONDOK #54-18-2677_
ABCO FIRE PROTECTION, INC.

_Mark A. We___
**ACCEPTED BY OWNER**                    **ACCEPTED BY - FIRE DEPARTMENT**

Customer Comments: _____

_rev 10/04 inspc_bc_          Invoice # _____



**FIRE PROTECTION, INC.**
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

Time In _____
Time Out _____

## INSPECTION & TEST REPORT

MOLASH
MAR/SEP

☐ ACCEPTANCE  ☑ SEMI-ANNUAL  ☐ ANNUAL

Ship To:

DELPHI CHASSIS SYSTEMS - GM
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY        OH   44870

Contact: MARK WEBER
Phone: (419) 627-7393
Ext:

SB  Order Date: 09/23/05
Workorder: 284530
Client ID#: 20189
Credit Status: HOLD
Last Inspected: 04/25/05
Job Number: 1728

F/D:

No. Tanks  Type Equipment
2          IND-50

Note: EFCO SYSTEM
:

Area: FURNACE #3
**SYSTEM DATA**
Hazard
System Size (lbs.) _100_

No. Storage Tanks _2_
Tank Pressure (PSI) _380 EA._

Tank Weight _NORMAL_
Timer Setting __ Seconds
Hydro-Test Date _1995_

**SYSTEM MANUFACTURER**
☑ Ansul Co.   ☐ Kidde   ☐ Chemetron   ☐ Other _____

**AGENT CLASSIFICATION**
☑ Dry Chemical   ☐ FM200        ☐ Halon 1301
☐ CO2            ☐ Inergen      ☐ Other _____

**ELECTRICAL/MECHANICAL EQUIPMENT**
Products of Combustion Detector
No. Ionization ____
No. Photo Elect. ____
No. Duct Type Ionization ____
No. Duct Type Photo Elect. ____

No. Signal Devices
Horns ____
Bells ____
# of Links ____
Links Replaced ____

No. Manual Stations _1 - CABLE PULL_
No. Heat Detectors _2_
No. Smoke Dampers ____
No. Door Holders ____

**SYSTEMS CHECK LIST**
☑ Check Wiring for Shorts, etc.
☑ Check Wiring for Correct Circuits
☑ Test All Manual Stations
☑ Test All Products of Combustions Det.
☐ Test All Signal Devices (bell, etc.)
N/A ☐ Test Zoning Code

☐ Test Pre-Signals
☐ Test Zone Annunciation
☐ Test Zone Remote Annunciation
☐ Test Trouble Signals
☐ Test Emergency Fan Operation
N/A

↗ PLANT ALARM
☑ Test Remote Signal  N/A
☐ Test Auxiliary Functions
☐ Test Pressure Switch
☐ Test Pressure Trip
☑ Instruct Owner on System Operation

On _9/26/05_ the above system was tested and inspected: (with the above exceptions noted)
in accordance to the Manufacturer's Published Guidelines and was found to function to those
guidelines.  No futher warranties or guarantees are either expressed or implied.
Instruction of the operational sequence of this system has been performed.

_J. MOLASH #54-18-1538 / E. MONDOK #54-18-2673_
ABCO FIRE PROTECTION, INC.

_Mark A. W_____
**ACCEPTED BY OWNER**

**ACCEPTED BY - FIRE DEPARTMENT**

Customer Comments: _____

Rev 10/04 Inspc_br

Invoice # _____

# ABCO

## FIRE PROTECTION, INC.
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

Time In _____

Time Out _____

## INSPECTION & TEST REPORT

MOLASH
MAR/SEP

☐ ACCEPTANCE    ☑ SEMI-ANNUAL    ☐ ANNUAL

Ship To:

DELPHI CHASSIS SYSTEMS - GM      Contact: MARK WEBER
2509 HAYES AVENUE                Phone: (419) 627-7393
PURCHASING DEPT                  Ext:
SANDUSKY            OH    44870

SB Order Date: 09/23/05
Workorder: 284531
Client ID#: 20189
Credit Status: HOLD
Last Inspected: 04/25/05
Job Number: 1728

F/D:                    No. Tanks  Type Equipment
                          2        IND-50

Note: EFCO SYSTEM

Area : FURNACE #4
**SYSTEM DATA**
Hazard
System Size (lbs.) _100_       No. Storage Tanks _2_      Tank Weight _NORMAL_
                              Tank Pressure (PSI) _360 #_   Timer Setting — Seconds
                                                           Hydro-Test Date _1999_

**SYSTEM MANUFACTURER**
☐ Ansul Co.    ☑ Kidde    ☐ Chemetron    ☐ Other _____

**AGENT CLASSIFICATION**
☑ Dry Chemical        ☐ FM200           ☐ Halon 1301
☐ CO2                 ☐ Inergen         ☐ Other _____

**ELECTRICAL/MECHANICAL EQUIPMENT**
Products of Combustion Detector    No. Signal Devices    No. Manual Stations _1-CABLE PULL_
No. Ionization _____              Horns _____            No. Heat Detectors _2_
No. Photo Elect. _____            Bells _____            No. Smoke Dampers _____
No. Duct Type Ionization _____    # of Links _____       No. Door Holders _____
No. Duct Type Photo Elect. _____  Links Replaced _____

**SYSTEMS CHECK LIST**
☑ Check Wiring for Shorts, etc.        ☐ Test Pre-Signals              ☑ Test ~~Remote~~ Signal  _PLANT ALARM_
☑ Check Wiring for Correct Circuits    ☐ Test Zone Annunciation    N/A ☐ Test Auxiliary Functions
☐ Test All Manual Stations             ☐ Test Zone Remote Annunciation    ☐ Test Pressure Switch
☑ Test All Products of Combustions Det. ☐ Test Trouble Signals             ☐ Test Pressure Trip
☐ Test All Signal Devices (bell, etc.) ☐ Test Emergency Fan Operation      ☑ Instruct Owner on System Operation
☐ Test Zoning Code                                    N/A

On _8/26/05_ the above system was tested and inspected:(with the above exceptions noted)
in accordance to the Manufacturer's Published Guidelines and was found to function to those
guidelines.  No futher warranties or guarantees are either expressed or implied.
Instruction of the operational sequence of this system has been performed.

_J. MOLASH #54-18-1538 / E. MONDOR #54-18-2677_
ABCO FIRE PROTECTION, INC.

_Mark A. We_
**ACCEPTED BY OWNER**                    **ACCEPTED BY - FIRE DEPARTMENT**

Customer Comments: _____

Rev 10/04 Inspe_be          Invoice # _____

**ABCO**

**FIRE PROTECTION, INC.**
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

Time In _____

Time Out _____

## INSPECTION & TEST REPORT

MOLASH
MAR/SEP

☐ ACCEPTANCE   ☑ SEMI-ANNUAL   ☐ ANNUAL

Ship To:

DELPHI CHASSIS SYSTEMS - GM
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY          OH   44870

Contact: MARK WEBER
Phone: (419) 627-7393
Ext:

SB  Order Date: 09/23/05
    Workorder: 284532
    Client ID#: 20189
    Credit Status: HOLD
    Last Inspected: 04/25/05
    Job Number: 1728

F/D:

No. Tanks   Type Equipment
   11       IND-50

Note: EFCO SYSTEM
      :

Area: PIT  SYSTEM #5
**SYSTEM DATA** *1*
Hazard _____ *6*
System Size (lbs.) *500*

No. Storage Tanks *11 + NITRO*
Tank Pressure (PSI) *360 to 360*

Tank Weight *NORMAL*
Timer Setting *25* Seconds
Hydro-Test Date *1995*

**SYSTEM MANUFACTURER**
☐ Ansul Co.   ☑ Kidde   ☐ Chemetron   ☐ Other _____

**AGENT CLASSIFICATION**
☑ Dry Chemical      ☐ FM200         ☐ Halon 1301 _____
☐ CO2               ☐ Inergen       ☐ Other _____

**ELECTRICAL/MECHANICAL EQUIPMENT**
Products of Combustion Detector
No. Ionization _____
No. Photo Elect. _____
No. Duct Type Ionization _____
No. Duct Type Photo Elect. _____

No. Signal Devices
Horns _____
Bells _____
# of Links _____
Links Replaced _____

No. Manual Stations *1-CABLE PULL*
No. Heat Detectors *8-235°F*
No. Smoke Dampers _____
No. Door Holders _____

**SYSTEMS CHECK LIST**
☑ Check Wiring for Shorts, etc.
☑ Check Wiring for Correct Circuits   N/A
☑ Test All Manual Stations
☑ Test All Products of Combustions Det.
☑ Test All Signal Devices (bell, etc.)
N/A ☐ Test Zoning Code

☑ Test Pre-Signals
☐ Test Zone Annunciation   N/A
☐ Test Zone Remote Annunciation
☐ Test Trouble Signals
☐ Test Emergency Fan Operation

☑ Test Remote Signal
☐ Test Auxiliary Functions
☑ Test Pressure Switch
☑ Test Pressure Trip
☑ Instruct Owner on System Operation

*30 PHANT ALARM*

On *9/26/05* the above system was tested and inspected:(with the above exceptions noted)
in accordance to the Manufacturer's Published Guidelines and was found to function to those
guidelines.  No futher warranties or guarantees are either expressed or implied.
Instruction of the operational sequence of this system has been performed.

*J. MOLASH #54-18-1538 / E. HONDOC #54-18-2677*
ABCO FIRE PROTECTION, INC.

*Mark A. Wil*
**ACCEPTED BY OWNER**                    **ACCEPTED BY - FIRE DEPARTMENT**

Customer Comments: _____

rev 10/04 Inspc_bc          Invoice # _____

**ABCO**

**FIRE PROTECTION, INC.**
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

Time In _____

Time Out _____

## PRE-ENGINEERED FIRE SUPPRESSION SYSTEM
### INSPECTION REPORT

MOLASH
SB

☐ ACCEPTANCE   ☐ QUARTERLY   ☑ SEMI-ANNUAL   ☐ ANNUAL

Order Date: 09/23/05
Workorder: 284533
Client ID#: 20189
Credit Status: HOLD

Ship To:

Inspection Cycle: APR/OCT

DELPHI CHASSIS SYSTEMS - GM
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY          OH    44870

Con.: MARK WEBER
Phone: (419) 627-7393
Ext:

System ID:    14474

Special Instructions:
/CALL RYAN TO SCH 419-627-7396

Last Inspected: 04/25/05
Job Number : 5803
System Type: R102
2 Tanks   Lbs.Hydro
3.0  1996
F/Ext:    3.0  1996

### SYSTEM MANUFACTURER

☑ Ansul CO.   ☐ Kidde   ☐ Saftey-First   ☐ Pyro-Chem   ☐ Range Guard   ☐ Other _____
Water Wash Hood(s)?   ☐ Yes   ☐ No   If yes, is it operable   ☐ Yes   ☐ No
Make Up Air?   ☐ Yes   ☐ No   If yes, is it operable   ☐ Yes   ☐ No

### AGENT CLASSIFICATION

☐ Dry Chemical   ☑ Wet Chemical   ☐ Carbon Dioxide   ☐ Other _____

### SYSTEM DATA

Hood Length: 16 _____ Clean Quote $ _____
Hood Cleaning Regularly? ☐ Yes ☐ No Freq. _____
Last Cleaning _____ by whom _____
System Model No. _R102 - 3GAL + 3GAL_
No. of Supply Tanks ___2___
No. of Surface Nozzles ___6___
No. of Duct Nozzles ___4___
No. of Plenum Nozzles ___4___
No. of Surface Detectors ___4___ Degree _360°C_
No. of Duct Detectors ___3___ Degree _360°F_
Pressure in Supply Tanks _N/A_
Pressure in Control Tank _NORMAL_
Amount of CO2 Used _____
No. of Detectors Replaced _____ Degree _____
_____ Degree _____

Cooking Fuel Source: ☐ Gas ☐ Electric ☑ Both
Gas Shut-off Interconnected to System? ☐ Yes ☐ No
Electric Fuel Interconnected to System? ☑ Yes ☐ No
Remote Manual Interconnected to System? ☑ Yes ☐ No
40 B C Fire Extinguisher in Kitchen? ☑ Yes ☐ No
Hydro-Test Date(s)     1st Tnk _96_   2nd Tnk _96_   3rd Tnk ___
Hydro-Test Date of Cartridge 1st ___   2nd ___   3rd ___
No. of Extinguishers Inspected _____
FX serviced by _____ Approx # _____
Customer's Name _____ Month _____
Number of Emergency Lights Checked _____
Fire Alarm Sys. ☐ Yes ☐ No   Security Sys. ☐ Yes ☐ No
Serviced by _____   Serviced by _____

On _9/26/05_ the above system was tested and inspected:(with the above exceptions noted)
in accordance to the Manufacturer's Published Guidelines and was found to function to those
guidelines.  No futher warranties or guarantees are either expressed or implied.

_J. MOLASH #54-18-1536   E. KONDOR #54-18-2677_

_____        _____
INSPECTOR                        LICENSE NO.

On _9/26/05_ the above Fire Suppression System was tested by ABCO Fire Protection, Inc.
I have been instructed in the Pre-Engineered Fire Suppression Systems operational sequence.

x _Mark A. W____

_____        _____
ACCEPTED BY CUSTOMER             WITNESSED BY - FIRE DEPARTMENT

FINAL CHECKLIST: Gas/Elect. On? __✓__   Tension Level Set? __✓__   Cartridge In? ✓
Unions Connected? __✓__   Pins Removed? __✓__

Comments/Special Instructions: _____

Cash/Check _____        MC/VISA _____        Invoice # _____
_ev 08/03 inspr_bc_

**ABCO**

**FIRE PROTECTION, INC.**
913 North Depot Street
Sandusky, OH 44870
(419) 626-0012

Time In _____

Time Out _____

## PRE-ENGINEERED FIRE SUPPRESSION SYSTEM
### INSPECTION REPORT

MOLASH
SB

☐ ACCEPTANCE    ☐ QUARTERLY    ☑ SEMI-ANNUAL    ☐ ANNUAL

Ship To:              Inspection Cycle: APR/OCT

DELPHI CHASSIS SYSTEMS - GM      Con.: MARK WEBER
2509 HAYES AVENUE                Phone: (419) 627-7393
PURCHASING DEPT                  Ext:
SANDUSKY      OH    44870
                         System ID:    14476

Order Date: 09/23/05
Workorder: 284534
Client ID#: 20189
Credit Status: HOLD

Last Inspected: 04/25/05
Job Number :   5803
System Type: R102
1 Tanks  Lbs.Hydro
3.0    1996

Special Instructions:
   SCHEDULED INSPECTION

F/Ext:

### SYSTEM MANUFACTURER

☑ Ansul CO.    ☐ Kidde    ☐ Saftey-First    ☐ Pyro-Chem    ☐ Range Guard    ☐ Other ____
Water Wash Hood(s)?    ☐ Yes    ☐ No    If yes, is it operable    ☐ Yes    ☐ No
Make Up Air?           ☐ Yes    ☐ No    If yes, is it operable    ☐ Yes    ☐ No

### AGENT CLASSIFICATION

☐ Dry Chemical    ☑ Wet Chemical    ☐ Carbon Dioxide    ☐ Other

### SYSTEM DATA

Hood Length: 21          Clean Quote $ _____
Hood Cleaning Regularly? _ Yes _ No  Freq. ____
Last Cleaning _____ by whom _____
System Model No. _R102 - 3G4L_
No. of Supply Tanks ___0___
No. of Surface Nozzles ___1___
No. of Duct Nozzles ___1___
No. of Plenum Nozzles ___2___
No. of Surface Detectors ___ Degree ___
No. of Duct Detectors ___3___ Degree _360°F_
Pressure in Supply Tanks
Pressure in Control Tank _Normal_
Amount of CO2 Used ___✓___
No. of Detectors Replaced ___ Degree ___
                          ___ Degree ___

Cooking Fuel Source: ☑ Gas  ☑ Electric  ☐ Both
Gas Shut-off Interconnected to System?    ☑ Yes  ☐ No
Electric Fuel Interconnected to System?   ☑ Yes  ☐ No
Remote Manual Interconnected to System?   ☑ Yes  ☐ No
40 B C Fire Extinguisher in Kitchen?      ☑ Yes  ☐ No
Hydro-Test Date(s)        1st Tnk _96_   2nd Tnk ____  3rd Tnk ____
Hydro-Test Date of Cartridge 1st _96_    2nd ____      3rd ____
No. of Extinguishers Inspected ____
FX serviced by _____ Approx # ____
Customer's Name _____ Month ____
Number of Emergency Lights Checked ____
Fire Alarm Sys. ☐ Yes ☐ No    Security Sys. ☐ Yes ☐ No
Serviced by _____        Serviced by _____

On _9/26/05_ the above system was tested and inspected:(with the above exceptions noted)
in accordance to the Manufacturer's Published Guidelines and was found to function to those
guidelines. No futher warranties or guarantees are either expressed or implied.

_J.MOLASH #54-18-1538/ E.MONDOK   #54-18-2677_

**INSPECTOR**                              **LICENSE NO.**

On _9/26/05_ the above Fire Suppression System was tested by ABCO Fire Protection, Inc.
I have been instructed in the Pre-Engineered Fire Suppression Systems operational sequence.

_Mark Weber_

**ACCEPTED BY CUSTOMER**

**WITNESSED BY - FIRE DEPARTMENT**

FINAL CHECKLIST: Gas/Elect. On? _____    Tension Level Set? _____
          Unions Connected? _____        Pins Removed? _____      Cartridge In? ____

Comments/Special Instructions: _____

Cash/Check _____    MC/VISA _____    Invoice # _____

Rev 08/03 inspr_be

ABCO FIRE PROTECTION, INC.
P.O. BOX 931933
CLEVELAND OH 44193
(216) 433-7200

Invoice Date 09/30/05
Invoice 301089
Account 20078
P.O. 161078
Workorder 285463
Terms NET 15 DAYS

Please Pay This Amount >>> $ 802.65    <<<

Sold To:

DELPHI AUTOMOTIVE SYSTEMS
2509 HAYES AVE
PURCHASING DEPT
SANDUSKY OH 44870

Ship To:

DELPHI CHASSIS SYSTEMS - GM
2509 HAYES AVENUE
PURCHASING DEPT
SANDUSKY OH 44870

8629                                                                carolyn

---- Please detach and enclose top portion with payment ----

ABCO FIRE PROTECTION, INC.
P.O. BOX 931933
CLEVELAND OH 44193
(216) 433-7200

Invoice Date 09/30/05
Invoice 301089
Account 20078
P.O. 161078
Workorder 285463
Terms NET 15 DAYS

| QTY ORD | SHIP | QTY B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| .0 | 12.0 | 0 | 117I | NOZZLE, FOG NPSH | 52.45 | 629.40 |
| .0 | 5.0 | 0 | 714 | ADAPTER 1.5" | 9.65 | 48.25 |
| 5.0 | 5.0 | 0 | AA1371.5FNX1 | HOSE ADPT 1 1/2" X 1 1/2" | 25.00 | 125.00 |

Note:

Serviceman: MIKE FRANTZ

Service Completed 09/28/05    Shipped VIA ABCO TRUCK

*** We now accept AMX, MASTER CARD & VISA!
    Simply call (216) 433-7200 Ext. 221
    to charge your payment.

| | |
|---|---|
| Sale Amount | 802.65 |
| Freight | .00 |
| Hazmat | .00 |
| Sales Tax | .00 |
| ***Total Invoice Amount | 802.65 |

WE PUT OUT - 100%  SERVICE SATISFACTION GUARANTEED!!!
YOU - OUR CUSTOMER, DESERVE NO LESS THAN THE BEST !!!
        ----- Visit our website at www.abcofire.com -----

**ABCO**

- ☐ CLEVELAND, OH 44135
  4545 W. 160TH ST.
  (216) 433-7200
- ☑ SANDUSKY, OH 44870
  913 N. DEPOT STREET
  (419) 688-0012
- ☐ PITTSBURGH, PA 15235
  1361 FREY RD.
  (412) 373-7790
- ☐ TOLEDO, OH 43607
  2702 VICTORY AVE.
  (419) 535-0606

DATE 09/27/05   TIME IN _____   TIME OUT _____
CUSTOMER P.O./JOB # 161078
CUSTOMER CONTACT Mark Weber
SALESPERSON Frantz
NEW ACCOUNT ☐ YES
ANNUAL ☐   SERVICE ☐   DELIVERY ☐
CASH ☐   CHECK ☐   MC/VISA ☐

Delphi Chassis
2509 Hayes Ave.
Sandusky, OH  44870

SPECIAL INSTRUCTIONS

## INSPECTION AND CERTIFICATION OF PORTABLE FIRE EXTINGUISHERS PER CODE

| ORD. | DELD. | B.O. | DESCRIPTION | PART # | PRICE | TOTAL |
|------|-------|------|-------------|--------|-------|-------|
| 12 | 12 | | Fog Nozzle | 117I | 52 45 | 629 40 |
| 5 | 5 | | Hose Adapter | 714 | 9 65 | 48 25 |
| 5 | 5 | | Hose Adapter (Raw Hide) | | 25 00 | 125 00 |
| | | | AA1371.5FNX1 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NEW EQUIPMENT**

OSHA CHECKLIST:   FIRST AID KIT ☐   EMERGENCY LIGHTING ☐   SIGNS ☐   FIRE HOSE ☐   EMPLOYEE TRAINING ☐

| QUANT. | RECH. | HYDRO | 6 YEAR | REPAIR | SIZE | TYPE | SERV. | DELD. | RTN. SHOP | PART # | PRICE | TOTAL |
|--------|-------|-------|--------|--------|------|------|-------|-------|-----------|--------|-------|-------|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**SERVICE**

RECOMMENDATION:   ☐ SEND QUOTE   ☐ QUOTED   ☐ UPDATE CLIENT INFORMATION AS NOTED

TRAVEL TIME _____   HRS. X MEN = _____
TIME ON JOB _____   HRS. X MEN = _____
O.T. _____   HRS. X MEN = _____

DATE 9/28/05   COMPLETE ☑   PARTIAL ☐
SERVICE TECH: _____

ACCEPTED BY CUSTOMER X Mark A. Wo

INVOICE NO. 301089

ORIGINAL