IN THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
|  | ) | (Jointly Administered) |

Response to 9th Omnibus Objection to Claims by Delphi Corporation, *et al;* Sierra Liquidity Fund, LLC (Assignee); Alexandria Extrusion Co. (Assignor), Claim No. 1246

from:   Sierra Liquidity Fund, LLC (Assignee); Alexandria Extrusion Co. (Assignor), Claim No. 1246, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17, fax: 949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:   Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn:  General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:   Sierra Liquidity Fund, LLC (Assignee); Alexandria Extrusion Co. (Assignor), Claim No. 1246

date:   Wednesday, February 28th, 2007

Sierra Liquidity Fund, LLC ("Sierra") has received the Debtor's 9th Omnibus Objection to claims requesting that the above claim in the amount of $11,497.74 be reduced and modified on the basis that the claim and asserted liability are not owing pursuant to the Debtor's books and records.

Sierra Liquidity Fund, LLC (Assignee) and Alexandria Extrusion Co. (Assignor) ("Alexandria") Object to this Objection.

1.   Please find attached sufficient documentation supporting the filed Proof of Claim # 1246 in an amount of $11,497.74.

2.   Upon review of the filed Proof of Claim and supporting documentation, we dutifully request that Debtors and the Court allow Claim # 1246 for the full filed amount of $11,497.74 as liquidated and undisputed.

3.   To expedite this matter, we suggest a Stipulation Agreement be prepared for the amount of $11,497.74 and sent immediately to Sierra's attention for signature.

4.   Copies of the following have been enclosed with this response:  The Notice of 9th Omnibus Objection to Claim # 1246, the transfer agreement executed between Sierra Liquidity Fund, LLC (Assignee/Transferee) and Alexandria Extrusion Co. (Assignor), Proof of Claim # 1246 as originally filed by Sierra Liquidity Fund, LLC as Assignee and Attorney-In-Fact for Alexandria Extrusion Co. (Assignor) and the supporting documentation requested for claim # 1246 evidencing the amount of $11,497.74 owed on Claim # 1246 filed by Sierra Liquidity Fund, LLC; Assignor: Alexandria Extrusion Co. **The supporting documents in Proof of Claim # 1246 include Invoices, Purchase Orders, and Proof of Deliveries.**

5.   Sierra and Alexandria see no basis on behalf of the Debtor for the proposed reduction and modification of Claim # 1246, as the supporting claim documentation (Invoices, Purchase Orders, and Proofs of Deliveries) clearly show a preponderance of evidence that the claim in the amount of $11,497.74 remains due and owing as a valid unpaid pre-petition unsecured claim.

6.   Sierra and Alexandria do not object to the proposed Modified Debtor for which Claim # 1246 is against.

Please contact one of the following at your earliest convenience to resolve the objection.

Sierra Liquidity Fund, LLC Assignee and Attorney-In-Fact for Alexandria Extrusion Co..

| | | |
|---|---|---|
| Scott August | Tammy Garza | Jim Riley |
| 949-660-1144, ext. 17 | 949-660-1144 ext. 22 | 949-660-1144 ext. 16 |
| saugust@sierrafunds.com | tgarza@sierrafunds.com | jriley@sierrafunds.com |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
    In re                           :        Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :        Case No. 05-44481 (RDD)
                                    :
             Debtors.          :        (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>NOTICE OF OBJECTION TO CLAIM</u>

Sierra Liquidity Fund:

      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your claims identified in the table below should be disallowed and expunged as summarized in that table
and described in more detail in the Debtors' Ninth Omnibus Objection To Certain Claims (the "Ninth
Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Ninth Omnibus
Objection is set for hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One
Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE
ENCLOSED NINTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO
RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING
EASTERN TIME) ON MARCH 15, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER
DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED
WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Ninth Omnibus Objection identifies six different categories of objections. The
category of claim objection applicable to you is identified in the table below in the column entitled "Basis
For Objection":

      Claims identified as having a Basis For Objection of "Insufficiently Documented Claim"
      are those Claims that did not contain sufficient documentation in support of the Claim
      asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

      Claims identified as having a Basis For Objection of "Untimely Insufficiently
      Documented Claim" are those Claims that did not contain sufficient documentation in
      support of the Claim asserted, making it impossible for the Debtors meaningfully to
      review the asserted Claim, and also were not timely filed pursuant to the Order Under 11
      U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7),
      3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And

Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claim" are those Claims were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims for which (a) the Debtors have determined were overstated or were denominated in foreign currencies and the Debtors seek to modify to a fully liquidated, U.S.-denominated amount, and/or (b) the Debtors seek to appropriately re-classify the total amount of such remaining Claims, and/or (c) the Debtors seek to specify the appropriate Debtor by case number.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 10/24/2005 | 84 | $3,430.00 | Claims Subject to Modification | 05-44640 ↳ DAS . | $3,430.00 | General Unsecured |
| 10/25/2005 | 113 | $68.93 | Claims Subject to Modification | 05-44640 DAS | $53.93 | General Unsecured |
| 11/4/2005 | 330 | $953.80 | Claims Subject to Modification | 05-44640 DAS | $953.80 | General Unsecured |
| 11/21/2005 | 714 | $250.00 | Claims Subject to Modification | 05-44640 DAS | $250.00 | General Unsecured |
| 12/6/2005 | 1037 | $1,871.50 | Claims Subject to Modification | 05-44640 DAS | $1,871.50 | General Unsecured |
| 12/21/2005 | 1242 | $15,236.19 | Claims Subject to Modification | 05-44507 ↳ MEDICAL COLORADO. | $15,236.19 | General Unsecured |

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

*Alexandria*

| 12/21/2005 | 1246 | $11,497.74 | Claims Subject to Modification | 05-44640 *DAS* | $10,655.00 | General Unsecured |
|---|---|---|---|---|---|---|
| 1/18/2006 | 1596 | $116,033.97 | Claims Subject to Modification | 05-44640 *DAS* | $115,263.43 | General Unsecured |
| 7/31/2006 | 14690 | $582.46 | Claims Subject to Modification | 05-44482 *4 ASEC.* | $582.46 | General Unsecured |
| 7/31/2006 | 14692 | $75,027.43 | Claims Subject to Modification | 05-44640 *DAS* | $69,372.55 | General Unsecured |
| 8/9/2006 | 15974 | $5,317.38 | Claims Subject to Modification | 05-44567 *Mechatronic* | $5,317.38 | General Unsecured |
| 8/9/2006 | 15978 | $16,709.43 | Claims Subject to Modification | 05-44612 *DIESEL,* | $16,250.00 | General Unsecured |
| 8/9/2006 | 15979 | $17,241.97 | Claims Subject to Modification | 05-44640 *DAS* | $17,241.97 | General Unsecured |
| 8/9/2006 | 15980 | $18,908.00 | Claims Subject to Modification | 05-44640 *DAS* | $18,908.00 | General Unsecured |
| 8/9/2006 | 15983 | $31,187.22 | Claims Subject to Modification | 05-44507 *Medical Colorado* | $29,987.45 | General Unsecured |
| 8/9/2006 | 15984 | $28,239.07 | Claims Subject to Modification | 05-44567 *Mechatronic* | $26,385.28 | General Unsecured |

If you wish to view the complete exhibits to the Ninth Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Ninth Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), ARE APPLICABLE TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO OBJECTION BY THE DEBTORS PURSUANT TO THE OBJECTION SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Ninth Omnibus Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Eastern Time) on March 15, 2007. Your Response, if any, to the Ninth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the claim; (v) to the extent that the claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

If you properly and timely file and serve a Response in accordance with the above procedures, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 22, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO PROVISIONALLY ACCEPT SUCH AMOUNT AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING

VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  If no Responses to the Ninth Omnibus
Objection are timely filed and served in accordance with the procedures set forth herein and in the Claims
Objection Procedures Order, the Bankruptcy Court may enter an order sustaining the Ninth Omnibus
Objection without further notice other than notice of the entry of such an order as provided in the Claims
Objection Procedures Order.  Thus, your failure to respond may forever bar you from sustaining a claim
against the Debtors.

**Transfer of Claim**

# Delphi Corporation, et al.

This agreement (the "Agreement") is entered into between ___Alexandria Extrusion Company___ ("Assignor") and Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC or assignee ("Assignee") with regard to the following matters:

1.  Assignor in consideration of the sum of **of the current amount outstanding on the Assignor's trade claim** (the "Purchase Price"), does hereby transfer to Assignee all of the Assignor's right, title and interest in and to all of the claims of Assignor (the "Claim") against Delphi Corporation, et al. (affiliates, subsidiaries and other related debtors) (the "Debtor"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court of New York, Southern District, in the current amount of not less than ___$11,497.74___ [insert the amount due, which shall be defined as **"the Claim Amount"**], and all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments, and other property which may be paid or issued by the Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment is an absolute and unconditional assignment of ownership of the Claim, and shall not be deemed to create a security interest.

2.  Assignee shall be entitled to all distributions made by the Debtor on account of the Claim, even distributions made and attributable to the Claim being allowed in the Debtor's case, in an amount in excess of the Claim Amount. Assignor represents and warrants that the amount of the Claim is not less than the Claim Amount, that this amount is the true and correct amount owed by the Debtor to the Assignor, and that no valid defense or right of set-off to the Claim exists.

3.  Assignor further represents and warrants that no payment has been received by Assignor or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim, in whole or in part, to any third party, that Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value.

4.  Should it be determined that any transfer by the Debtor to the Assignor is or could have been avoided as a preferential payment, Assignor shall repay such transfer to the Debtor in a timely manner. Should Assignor fail to repay such transfer to the Debtor, then Assignee, solely at its own option, shall be entitled to make said payment on account of the avoided transfer, and the Assignor shall indemnify the Assignee for any amounts paid to the Debtor. If the Bar Date for filing a Proof of Claim has passed, Assignee reserves the right, but not the obligation, to purchase the Trade Claim for the amount published in the Schedule F.

5.  Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization. Assignor acknowledges that, except as set forth in this agreement, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of the Debtor (financial or otherwise), any other matter relating to the proceedings, the Debtor, or the likelihood of recovery of the Claim. Assignor represents that it has adequate information concerning the business and financial condition of the Debtor and the status of the Proceedings to make an informed decision regarding its sale of the Claim.

6.  In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim. The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses.

7.  To the extent that it may be required by applicable law, Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim. Assignor grants unto Assignee full authority to do all things necessary to enforce the Claim and Assignor's rights thereunder. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that the Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount in the Proceedings or in any other dispute arising out of or relating to the Claim, whether or not suit or other proceedings are commenced, and whether in mediation, arbitration, at trial, on appeal, or in administrative proceedings. Assignor agrees to

take such reasonable further action, as may be necessary or desirable to effect the Assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

8.  Assignor shall forward to Assignee all notices received from the Debtor, the court or any third party with respect to the Claim, including any ballot with regard to voting the Claim in the Proceeding, and shall take such action with respect to the Claim in the proceedings, as Assignee may request from time to time.  Assignor acknowledges that any distribution received by Assignor on account of the Claim from any source, whether in form of cash, securities, instrument or any other property or right, is the property of and absolutely owned by the Assignee, that Assignor holds and will hold such property in trust for the benefit of Assignee and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

9.  In the event of any dispute arising out of or relating to this Agreement, whether or not suit or other proceedings is commenced, and whether in mediation, arbitration, at trial, on appeal, in administrative proceedings, or in bankruptcy (including, without limitation, any adversary proceeding or contested matter in any bankruptcy case filed on account of the Assignor), the prevailing party shall be entitled to its costs and expenses incurred, including reasonable attorney fees.

10.  The terms of this Agreement shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

11.  Assignor hereby acknowledges that Assignee may at any time further assign the Claim together with all rights, title and interests of Assignee under this Agreement.  All representations and warranties of the Assignor made herein shall survive the execution and delivery of this Agreement.  This Agreement may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

12.  This contract is not valid and enforceable without acceptance of this Agreement with all necessary supporting documents by the Transferee, as evidenced by a countersignature of this Agreement. The Assignee may reject the proffer of this contract for any reason whatsoever.

13.  This Agreement shall be governed by and construed in accordance with the laws of the State of California.  Any action arising under or relating to this Agreement may be brought in any state or federal court located in California, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Agreement, and in any action hereunder, Assignor and Assignee waive any right to demand a trial by jury.

**If you have filed a Proof of Claim please check here:** _____

**Please include invoices, purchase orders, and/or proofs of delivery that relate to the claim.**

Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives its right to raise any objection thereto and its right to receive notice pursuant to rule 3001 of the rules of the Bankruptcy procedure.

IN WITNESS WHEREOF, the undersigned **Assignor** hereto sets his hand this _22_ day of _November_, 2005.

**ATTEST**

By _[signature]_
Signature

_Tim Froemming, Controller_
[Print Name and Title]

_(320) 762-1695_
Phone Number

_Alexandria Extrusion Company_
Name of Company

_401 Co Rd. 22 NW_
Street Address

_Alexandria, MN 56308_
City, State & Zip

_(320) 763-4692_
Fax Number                         Email

_[signature]_
Agreed and Acknowledged,
Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, *et al*

Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, *et al.*
2699 White Rd, Ste 255, Irvine, CA 92614
949-660-1144 x17; fax: 949-660-0632 jriley@sierrafunds.com
10/18/05

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT _Southern_ DISTRICT OF _New York_ | PROOF OF CLAIM |
|---|---|

Name of Debtor *DELPHI CORPORATION, et al.*
*AUTOMOTIVE SYSTEMS LLC*

Case Number: *05-44481*

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): *SIERRA Liquidity FUND Alexandria Extrusion Co.*

Name and address where notices should be sent:
Sierra Liquidity Fund, LLC
2699 White Road, Suite 255
Irvine, CA 92614
Telephone number: 949-660-1144 x 17

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☒ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces   ☐ amends   a previously filed claim, dated:_____
if this claim

**1. Basis for Claim**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: _____ _____ _____
Unpaid compensation for services performed
from _____ to _____
   (date)        (date)

**2. Date debt was incurred:** Various

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ *11,497.74*
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650,* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 12/15/05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *J.S. Riley*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## PROOF OF CLAIM - Summary of Attached Invoices and Documents

Alexandria Extrusion Co.
Sierra Liquidity Fund, LLC (Assignee)

| INVOICE NUMBER | PURCHASE ORDER NUMBER | DATE | AMOUNT |
|---|---|---|---|
| 144838 | P1S50511 | 09/14/05 | $  3,752.42 |
| 144713 | P3S27621 | 09/09/05 | $  7,225.00 |
| 145297 | P3S27621 | 09/28/05 | $     520.32 |
| | | TOTAL | $ 11,497.74 |

**ALEXANDRIA EXTRUSION COMPANY**
**PEOPLE MAKING A DIFFERENCE**

REMITTANCE ADDRESS:
ALEXANDRIA EXTRUSION COMPANY
NW 7280
PO Box 1450
Minneapolis, MN 55485-7280

**INVOICE** | 144838 | 1

INVOICE PRI PAGE
REPRINT

| | |
|---|---|
| DATE | 9/14/05 |
| DUE ON | 10/14/05 |

CURRENCY

| SHIP TO | DELPHI PACKARD ELECTRIC<br>EQUIPMENT AND TOOLING DIST CTR<br>48 WALTER JONES BLDG B<br>DOCKS 87 AND 88<br>EL PASO TX 79906<br>USA |
|---|---|

N

| SOLD TO | DELPHI PACKARD ELECTRIC<br>48 WALTER JONES BLVD<br>ATTN OLIMPIC APA<br>EL PASO TX 79906<br>USA |
|---|---|

TERMS
1%10 net 30 w/Finance Chg

| CUSTOMER | ORDER | SLS. REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1 82103201 | CO  94333 | 5 | P1S50511 | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 144478 | UPS CONSIGNEE | 9/14/05 | 230.834    LB |

| LINE NO. | ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Carrier . . :  UPS CONSIGNEE<br>AEC Phone # 320-763-6537<br>AEC Fax # 320-763-4692<br>***PAST DUE INVOICES<br>SUBJECT TO A MONTHLY<br>FINANCE CHARGE OF 1.5%*** | | | |
| | 09974002<br>15435641-101 REV D        2.000 | EA | 1,094.000<br>3.430 | 3,752.42 |

| | | | | |
|---|---|---|---|---|
| NET SALES | 3,752.42 | TRADE DISCOUNT | .00 | |
| MISC. CHARGES | .00 | TERMS DISCOUNT | 37.52 | |
| FREIGHT | .00 | AMOUNT DUE | | 3,752.42 |
| TAXES | .00 | | | |

**ALEXANDRIA EXTRUSION COMPANY**

*PEOPLE MAKING A DIFFERENCE*

**REMITTANCE ADDRESS:**
ALEXANDRIA EXTRUSION COMPANY
NW 7280
PO Box 1450
Minneapolis, MN 55485-7280

ISO 9002

**INVOICE**

| INVOICE | 145297 | 1 |
|---|---|---|

INVOICE REPRINT PAGE

| | |
|---|---|
| SHIP TO | DELPHI PACKARD ELECTRIC<br>48 WALTER JONES BLVD<br>ATTN OLIMPIC APR<br>EL PASO TX 79906<br>USA |
| SOLD TO | DELPHI PACKARD ELECTRIC<br>48 WALTER JONES BLVD<br>ATTN OLIMPIC APR<br>EL PASO TX 79906<br>USA |

| DATE | 9/28/05 |
|---|---|
| DUE ON | 10/28/05 |
| CURRENCY | |

N

| TERMS |
|---|
| 1%10 net 30 w/Finance Chg |

| CUSTOMER | ORDER | SLS. REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1 82103201 | CO 95236 | 5 | P3S27621 | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 145011 | freight charges | 9/28/05 | .000 LB |

| LINE NO. | ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Carrier . . : OTHER<br>AEC Phone # 320-763-6537<br>AEC Fax # 320-763-4692<br>***PAST DUE INVOICES<br>SUBJECT TO A MONTHLY<br>FINANCE CHARGE OF 1.5%***<br><br>FREIGHT- | | | 520.32 |

| | | | |
|---|---|---|---|
| NET SALES | .00 | TRADE DISCOUNT | .00 |
| MISC. CHARGES | .00 | TERMS DISCOUNT | .00 |
| FREIGHT | 520.32 | | |
| TAXES | .00 | AMOUNT DUE | 520.32 |

**ALEXANDRIA EXTRUSION COMPANY**

*PEOPLE MAKING A DIFFERENCE*

REMITTANCE ADDRESS:
ALEXANDRIA EXTRUSION COMPANY
NW 7280
PO Box 1450
Minneapolis, MN  55485-7280

ISO 9002

**INVOICE**

| INVOICE | 144713 | 1 |
|---|---|---|
| | INVOICE REPRINT PAGE | |

| SHIP TO | DELPHI PACKARD ELECTRIC EQUIPMENT AND TOOLING DIST CTR 48 WALTER JONES BLDG B DOCKS 87 AND 88 EL PASO TX 79906 USA |
|---|---|

| SOLD TO | DELPHI PACKARD ELECTRIC 48 WALTER JONES BLVD ATTN OLIMPIC APA EL PASO TX 79906 USA |
|---|---|

| DATE | 9/09/05 |
|---|---|
| DUE ON | 10/07/05 |
| CURRENCY | N |
| TERMS | 1%10 net 30 w/Finance Chg |

| CUSTOMER | ORDER | SLS. REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1 82103201 | CO  94332 | 5 | P3S27621 | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 144293 | ABF | 9/09/05 | 577.500   LB |

| LINE NO. | ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Carrier . . :  ABF 1 SKID REC Phone # 320-763-6537 REC Fax # 320-763-4692 ***PAST DUE INVOICES SUBJECT TO A MONTHLY FINANCE CHARGE OF 1.5%*** | | | |
| | 09974002 15435641-101 REV D        2.000 | EA | 2,500.000 2.890 | 7,225.00 |

| NET SALES | 7,225.00 | TRADE DISCOUNT | .00 |
|---|---|---|---|
| MISC. CHARGES | .00 | TERMS DISCOUNT | 72.25 |
| FREIGHT | .00 | AMOUNT DUE | |
| TAXES | .00 | | 7,225.00 |

Packing list number      63052

Page    1<br>9/14/05 11:37:56

Shipped from:
    Company . . . :    1  ALEX EXTRUSION          Ship Date . . . :    9/14/05
    Warehouse . . :    1                          Shipment number :    144478

Ship to . . :    DELPHI PACKARD ELECTRIC
                 EQUIPMENT AND TOOLING DIST CTR
                 48 WALTER JONES BLDG B
                 DOCKS 87 AND 88
                 EL PASO TX 79906
                 USA

| Carrier/pro number | Truck/trailer number | Gross weight | U/M |
|---|---|---|---|
| UPS CONSIGNEE | 6 BOXES | 230.834 | LB |

Shipping instructions  :   UPS CONSIGNEE

Items not assigned to containers

Order information:
    CO   94333     8/17/05     DELPHI PACKARD ELECTRIC
P.O. information:
    P1S50511                   Date . :     8/17/05

| Item number | Rel | Item description | | Packed qty/ | U/M |
|---|---|---|---|---|---|
| | | | | Backorder qty | U/M |
| 09974002 | 1 | 15435641-101 REV D | 2.000 | 1,094.000 | EA |
| | | | | .000 | EA |

** End of Packing List **

567511    SEP 14, 2005    ACT WT  211.3    HPK 6
                          BILL WT  212
SERVICE GNDCOM
TRACKING# 1Z5675110341142966
REF 1: 09974002
REF 2: AEC/STU G

HANDLING CHARGE $0.00              SERVICE   $F/C
REFERENCE RATE CHARGES:               RS   $0.00
DV $0.00          COD   $0.00         SD   $0.00
DC $0.00          HZMT  $0.00         SP   $0.00
AH $0.00          NTFY  $0.00              $72.83
TOT REF CHG  $72.83        REF+HANDLING    $72.83

9/14/05   10:51:19                                              ESTHER                    Page   1
Original                                                                         S10298CD X3
Company   . . :      1        ALEX EXTRUSION
Customer  . . :     82103201  DELPHI PACKARD ELECTRIC
Order no.  . . :    CO   94333  PO no. . . :   P1S50511
Accepts backorders? . :   Yes         Request        Schedule      Order
Accepts partial ship? :   Yes         9/22/05        9/08/05       8/17/05
Accepts substitute? . :   Yes         Carrier:       OTHER
Advance ship notice?  :   No

Ship to . . :      01               Trns Terms :
                   DELPHI PACKARD ELECTRIC
Address            EQUIPMENT AND TOOLING DIST CTR
                   48 WALTER JONES BLDG B
                   DOCKS 87 AND 88
                   EL PASO TX 79906
                   USA
     Order Comments: +10 -10
NAFTA CERTIFICATES MUST B
E ATTACHED TO PACKING
SLIP WITH EACH SHIPMENT
A COPY OF THIS INFORMATIO
N MUST BE FAXED TO DELPHI
ATTN: RICARDO DOYLE.
*************************
SHIP VIA UPS CONSIGNEE OR
CONTACT DELPHI TRAFFIC
DEPT FOR ROUTING INSTRUC
PHONE 800 805 9433
UPS CONSIGNEE (8X7273)
TRUCK LINE (ABF)

Warehouse . : 1     WAREHOUSE 1

| Item number/<br>Location | Description/<br>Config | Serial# | Pack | Line item<br>Ship date | Rls | Pick qty<br>U/M |
|---|---|---|---|---|---|---|
| 09974002 | 15435641-101 REV D | | 2.000<br>N | 100<br>9/14/05 | 00001 | 1,000.000<br>EA |

| | Location | Batch/Lot | FIFO date | Quantity | Picked qty |
|---|---|---|---|---|---|
| Available | J1507B | | 9/09/05 | 1,094.000 | 1094 |

Total picked . . :   6 BOX

** END OF REPORT **

1 SK.

5 @ 200
1 @ 94

Packing list number        62924                                            Page    1
                                                                    9/09/05   8:50:50

Shipped from:
  Company . . . :    1  ALEX EXTRUSION        Ship Date . . . :      9/09/05
  Warehouse . . :    1                        Shipment number :      144293

Ship to . . :    DELPHI PACKARD ELECTRIC
                 EQUIPMENT AND TOOLING DIST CTR
                 48 WALTER JONES BLDG B
                 DOCKS 87 AND 88
                 EL PASO TX 79906
                 USA

Carrier/pro number          Truck/trailer number        Gross weight   U/M
ABF                         1 SKID                            577.500   LB

Shipping instructions  :    ABF

1 SKID

items not assigned to containers

Order information:
   CO   94332      8/17/05       DELPHI PACKARD ELECTRIC
P.O. information:
   P3S27621                      Date . . :     8/17/05

Item number          Rel       Item description                   Packed qty/ U/M
                                                                Backorder qty   U/M

09974002              1        15435641-101 REV D      2.000      2,500.000   EA
                                                                       .000   EA


                    ** End of Packing List **

9/08/05    11:00:57
Original
Company   . . :      1          ALEX EXTRUSION
Customer  . . :   82103201      DELPHI PACKARD ELECTRIC
Order no.  . . :    CO  94332   PO no. . . :   P3S27621
Accepts backorders? . :    Yes       Request      Schedule     Order
Accepts partial ship? :    Yes       9/09/05      9/08/05      8/17/05
Accepts substitute? . :    Yes       Carrier:     OTHER
Advance ship notice? :     No

Ship to . . :     01          Trns Terms :
                  DELPHI PACKARD ELECTRIC
Address           EQUIPMENT AND TOOLING DIST CTR
                  48 WALTER JONES BLDG B
                  DOCKS 87 AND 88
                  EL PASO TX 79906
                  USA
       Order Comments: +10 -10
NAFTA CERTIFICATES MUST B
E ATTACHED TO PACKING
SLIP WITH EACH SHIPMENT
A COPY OF THIS INFORMATIO
N MUST BE FAXED TO DELPHI
ATTN: RICARDO DOYLE.
* * * * * * * * * * * * * * * * * * * * * *
SHIP VIA UPS CONSIGNEE OR
CONTACT DELPHI TRAFFIC
DEPT FOR ROUTING INSTRUC
PHONE 800 805 9433
UPS CONSIGNEE (8X7273)
TRUCK LINE (ABF)

Warehouse . : 1    WAREHOUSE 1

| Item number/ Location | Description/ Config | Serial# | Pack | Line item Ship date | Rls | Pick qty U/M |
|---|---|---|---|---|---|---|
| 09974002 | 15435641-101 REV D | N | 2.000 | 100 9/09/05 | 00001 | 2,500.000 EA |

|  | Location | Batch/Lot | FIFO date | Quantity | Picked qty |
|---|---|---|---|---|---|
| Available | B1301D |  | 9/07/05 | 3,594.000 | 2500 |

Total picked . . :    12 BXS @ 200
                       1 BX @ 100

** END OF REPORT **

594
J1507B



ALEXANDRIA EXTRUSION CO.

**ALEXANDRIA
EXTRUSION
C O M P A N Y**

*PEOPLE MAKING A DIFFERENCE*

401 County Road 22 NW
Alexandria, Minnesota 56308
Telephone 320-763-6537
FAX 320-763-9250

**SHIPPER PROVIDED SHORT BILL OF LADING**

ORIGINAL - NOT NEGOTIABLE

Bill of lading number  . . :      61160                                    Page      1
Purchase order . . . . . . :    P3S27621                              9/09/05   8:50:49
Customer order number  . . :    CO  94332

Consigned to:                          Carrier  . :     ABF
DELPHI PACKARD ELECTRIC                 Pro #  . . :     _____
EQUIPMENT AND TOOLING DIST CTR          Shipper Id :
48 WALTER JONES BLDG B
DOCKS 87 AND 88
EL PASO TX 79906
USA

| Lading Quantity | Gross weight | U/M Type | Shipment date | Truck/trailer |
|---|---|---|---|---|
| 1 | 577.500 | LB | 9/09/05 | 1 SKID |

1 SKID

| Container | Type | Article description | Commodity | Weight |
|---|---|---|---|---|
| | | Aluminum Extrusions | 60 | 577.500 |

** END OF REPORT **

| | |
|---|---|
| C.O.D. AMOUNT $ | |
| FREIGHT CHARGES | |
| **TOTAL $** | |

✕ COLLECT          ▦ PRE-PAID
▦ 3RD PARTY BILLING

SPECIAL INSTRUCTIONS

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  **ALEXANDRIA EXTRUSION COMPANY** | CARRIER | DATE 9-9-05 |
|---|---|---|
| SIGNATURE  *Esther Christensen* | PER *(signature)*  ☐ Hazmat  Reg. Number # | |

Monitored at all times the Hazardous Material is in transportation including storage incidental to transportation (§172.604)
* Mark with an "X" to designate Hazardous Material as defined in the Department of Transportation Regulations governing the transportation of hazardous materials.
The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless specific exception from this requirement is provided in the Regulations for a particular material.

Program id : YAJTPFR
User id . : MBITZAN

Aged balances list

Date : 10/27/05
Time : 9:48:55
Page : 16

| | Total aged Balance | Current A/R | 1 to 30 Days Late | 31 to 60 Days Late | 61 to 90 Days Late | Over 90 Days Late |
|---|---|---|---|---|---|---|

Entity name/
Entity Id

**Ageing Date 10/27/05**

| | | | | | | |
|---|---|---|---|---|---|---|
| 145422  9/30/05  FINANCE CHARGE  8000005280005 | | | | | | 0.00 |
| 142444  8/27/05 | | | | | | |
| 005610  8/27/05  accumulation | | | | | | |
| **Entity totals:** | 469,528.85 | 333,655.83 | 144,974.44 | 9,063.43CR | 4,359.00 | 0.00 |
| Unallocated cash . . | 10,004.05CR | | | | 4,416.99CR | |
| | | | | | 57.99CR | |

**DAVECO INDUSTRIES INC**
950627                    10/27/05

| | | | | | | |
|---|---|---|---|---|---|---|
| 145597  11/02/05  014412-00 | | 5,373.55 | | | | |
| 143325  11/24/05  014413-00 | | 14,149.94 | | | | |
| 145582  10/21/05  014612-00 | | | 8,280.14 | | | |
| **Entity totals:** | 27,803.63 | 19,523.49 | 8,280.14 | 0.00 | 0.00 | 0.00 |
| Unallocated cash . . | 0.00 | | | | | |

**DELPHI PACKARD ELECTRIC**
821032                    10/27/05

| | | | | | | |
|---|---|---|---|---|---|---|
| 144713  10/07/05  P3527631 | | | 7,225.00 | | | |
| 144838  10/14/05  P3550521 | | | 3,752.42 | | | |
| 145297  10/28/05  P3527661 | | | 3,520.32 | | | |
| **Entity totals:** | 11,497.74 | 0.00 | 11,497.74 | 0.00 | 0.00 | 0.00 |
| Unallocated cash . . | 0.00 | | | | | |

**DIAGRAPH CORPORATION**
831104                    10/27/05

| | | | | | | |
|---|---|---|---|---|---|---|
| 145967  11/11/05  190094-00 | | 426.50 | | | | |
| 143317  11/25/05  197949-9 | | 547.14 | | | | |
| 145360  11/25/05  197511-00 | | 1,646.17 | | | | |
| 145526  10/28/05  197212-00 | | | 2,611.40 | | | |
| 005861  9/28/05  197230-00 | | | | | | |
| **Entity totals:** | 1,433.66 | 2,619.81 | 2,611.40 | 3,797.55CR | 0.00 | 0.00 |
| Unallocated cash . . | 0.00 | | | | | |

**DIEBOLD CASSIS MANU.**
830216                    10/27/05

| | | | | | | |
|---|---|---|---|---|---|---|
| 149045  7/01/05  frl-6001393  FINANCE CHARGE | | | | 28.28 | 27.91 | 1,833.15 |
| 143207  7/29/05  FINANCE CHARGE | | | | | | 25.66 |
| 145424  9/30/05  FINANCE CHARGE | | | | | | |
| 144289  8/31/05  FINANCE CHARGE | | | | | | |
| **Entity totals:** | 1,915.00 | 0.00 | 0.00 | 28.28 | 27.91 | 1,858.81 |
| Unallocated cash . . | 0.00 | | | | | |

**DIEBOLD INCORPORATED  OHIO 10/27/05**
980134

DELPHI PACKARD ELECTRIC SYSTEMS
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONES BLVD.
EL PASO TX
79906

**SHIP TO:**
DELPHI PACKARD ETDC
EQUIPMENT AND TOOLING DIST CTR
48 WALTER JONES BLDG B
DOCKS 87 & 88
EL PASO TX                    US
79906
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SERVICES ONLY

**INVOICE TO:**
BOX 431 STA. 13C
WARREN OH                     US
44486

VENDOR NUMBER 00-645-2916
ALEXANDRIA EXTRUSION CO
401 COUNTY RD 22 NW
ALEXANDRIA MN
56308-4974

# PURCHASE ORDER

PAGE 5

P1S50511

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS
PACKAGES AND BILLS OF LADING

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND
INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL
POST.

PHONE: 915-612-1127
J. ARREOLA
AAF                    BUYER

| ORDER DATE | | | PURCHASING AGENT |
|---|---|---|---|
| 08/15/05 | | | |
| ALTERATION ISSUE DATE | | | |
| ALTERATION EFFECTIVE DATE | | | |

SHIP VIA
DELPHI E&EM CALL 800-805-9433

| PAYMENT TERMS | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | | |
|---|---|---|---|---|---|---|
| NET | 2ND DAY OF 2ND MONTH | FOB COLLECT | | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | INFO NUMBER | DATE REQUIRED | TAX CODE/% |
|---|---|---|---|---|---|---|---|

ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A
COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS
AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE
INTERNET AT DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF
SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES
ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF
THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED
THIS CONTRACT AND BUYER'S GENERAL TERMS AND
CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION.
ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR
REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL
TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE
DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH
PROPOSALS IN WRITING.
*********************************************************

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00001 | 1000 | PRX4980L 001 | | DP 15435641-101 REV D SWIVEL BLOCK | 099705 .3 | 09/23/05 | 0.00% |
| | | | | PER QUOTE # 34220-01 | | | 3.4300 |
| | | | | WHO ORDERED: C.BINDEL 15D, X7344 | | | |
| | | | | | | | |
| | | | | TERMS AND CONDITIONS SEPTEMBER 2004 APPLY | | | |
| | | | | OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | PCS |

CONTINUE PAGE 6

A003414   USER JORGE A ARREOLA

DELPHI PACKARD ELECTRIC SYSTEMS

DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONES BLVD.
EL PASO TX
79906

US

VENDOR NUMBER 00-645-2916
ALEXANDRIA EXTRUSION CO
401 COUNTY RD 22 NW
ALEXANDRIA MN
56308-4974

**SHIP TO:**

DELPHI PACKARD ETDC
EQUIPMENT AND TOOLING DIST CTR
48 WALTER JONES BLDG B
DOCKS 87 & 88
EL PASO TX
79906                      US

**INVOICE TO:**

PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SERVICES ONLY
48 WALTER JONES BLVD
EL PASO TX
79906                      US

**PURCHASE ORDER**

**PAGE** 6

P3S27621

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS PACKAGES AND BILLS OF LADING

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. ITEM IDENTIFICATION NUMBERS MUST BE SHOWN ON PACKING SLIPS AND INVOICES.

INVOICE: ATTN. ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL POST.

| ORDER DATE | PHONE: 915-612-1127 |
| 08/15/05 | J. ARREOLA |
| ALTERATION ISSUE DATE | AAF   BUYER |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| SHIP VIA | |
| REFER TO P.O. CLAUSE BELOW | |
| TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |

| PAYMENT TERMS NET | 2ND DAY OF 2ND MONTH | | | |
|---|---|---|---|---|
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION |

THIS ORDER IS NOT BINDING UNTIL ACCEPTED. ACCEPTANCE SHOULD BE EXECUTED ON ACKNOWLEDGMENT COPY WHICH, WHEN SO EXECUTED AND RETURNED TO SELLER...

**F.O.B.** FOB COLLECT   **DESTINATION UNLESS OTHERWISE INDICATED**

| | | | RFQ NUMBER | DATE REQUIRED |

INTERNET AT DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF
SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES
ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF
THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED
THIS CONTRACT AND BUYER'S GENERAL TERMS AND
CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION.
ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR
REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL
TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE
DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH
PROPOSALS IN WRITING.
*************************************************

| 00001 | 2500 | PR065047 001 | | DP #15435641-101 REV D SWIVEL BASE FOR BUTTON BAR |

WHO ORDERED: JAVIER CORDOBA

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

09/16/05   3   0.00%

2.8900                PCS

CONTINUE PAGE   7

A003051   USER JORGE A ARREOLA



**ALEXANDRIA EXTRUSION COMPANY**
PEOPLE MAKING A DIFFERENCE

**REMITTANCE ADDRESS:**
ALEXANDRIA EXTRUSION COMPANY
NW 7280
PO Box 1450
Minneapolis, MN 55485-7280

**INVOICE** 144838    1

INVOICE REPRINT PAGE

| | | |
|---|---|---|
| **S H I P T O** | DELPHI PACKARD ELECTRIC EQUIPMENT AND TOOLING DIST CTR 48 WALTER JONES BLDG B DOCKS 87 AND 88 EL PASO TX 79906 USA | **DATE** 9/14/05 **DUE ON** 10/14/05 |

N

**CURRENCY**

| **S O L D T O** | DELPHI PACKARD ELECTRIC 48 WALTER JONES BLVD ATTN OLIMPIC APA EL PASO TX 79906 USA |
|---|---|

**TERMS**
1%10 net 30 w/Finance Chg

| CUSTOMER | ORDER | SLS. REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1 82103201 | CO 94333 | 5 | P1SS0511 | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 144478 | UPS CONSIGNEE | 9/14/05 | 230.834  LB |

| LINE NO. | ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Carrier . . : UPS CONSIGNEE AEC Phone # 320-763-6537 AEC Fax # 320-763-4692 ***PAST DUE INVOICES SUBJECT TO A MONTHLY FINANCE CHARGE OF 1.5%*** | | | |
| | 09974002 15435641-101 REV D    2.000 | EA | 1,094.000 3.430 | 3,752.42 |

| | | | | |
|---|---|---|---|---|
| **NET SALES** | 3,752.42 | **TRADE DISCOUNT** | .00 | |
| **MISC. CHARGES** | .00 | **TERMS DISCOUNT** | 37.52 | |
| **FREIGHT** | .00 | **AMOUNT DUE** | 3,752.42 | |
| **TAXES** | .00 | | | |

**DELPHI PACKARD ELECTRIC SYSTEMS**
DELPHI PACKARD ELECTRIC SYSTEM
WORLDWIDE PURCHASING
48 WALTER JONES BLVD.
EL PASO TX
79906
US

**SHIP TO:**
DELPHI PACKARD ETDC
EQUIPMENT AND TOOLING DIST CTR
48 WALTER JONES BLDG B
DOCKS 87 & 88
EL PASO TX
79906                                    US

**INVOICE TO:**
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SERVICES ONLY
BOX 431 STA. 13C
WARREN OH
44486                                    US

VENDOR NUMBER 00-645-2916
ALEXANDRIA EXTRUSION CO
401 COUNTY RD 22 NW
ALEXANDRIA MN
56308-4974

# PURCHASE ORDER

PAGE 5

P1S0511

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS
PACKAGES AND BILLS OF LADING

65 COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBERS MUST BE SHOWN ON PACKING SLIPS AND
INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL
POST.

| ORDER DATE | PHONE: 915-612-1127 |
| 08/15/05 | J. ARREOLA |

| ALTERATION ISSUE DATE | AAF                    BUYER |

| ALTERATION EFFECTIVE DATE | |

| SHIP VIA | PURCHASING AGENT |
| DELPHI E&EM   CALL  800-805-9433 |

| TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| A | | | PCS |

| PAYMENT TERMS | | | |
| NET    2ND  DAY  OF  2ND  MONTH | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | RTG NUMBER | DATE REQUIRED |
|---|---|---|---|---|---|---|
| 00001 | 1000 | PRX4980L 001 | | ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, WWW.DELPHI.COM.  SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. ********************************************************* DP 15435641-101 REV D SWIVEL BLOCK PER QUOTE # 34220-01 WHO ORDERED: C.BINDEL 15D, X7344 TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | |

3.4300

0.00%

CONTINUE PAGE 6

A003414   USER JORGE A ARREOLA

From:

12/05/2005 17:39  #270 P.005/012
05-44481-rdd  Doc 7232  Filed 03/13/07  Entered 03/14/07 15:45:00  Main Document
Pg 24 of 32

cking list number  63052

Page  1
9/14/05 11:37:56

ipped from:
Company . . . :  1  ALEX EXTRUSION
Warehouse . . :  1

Ship Date . . . :  9/14/05
Shipment number :  144478

ip to . . :  DELPHI PACKARD ELECTRIC
EQUIPMENT AND TOOLING DIST CTR
48 WALTER JONES BLDG B
DOCKS 87 AND 88
EL PASO TX 79906
USA

---

| rrier/pro number | Truck/trailer number | Gross weight | U/M |
|---|---|---|---|
| PS CONSIGNEE | 6 BOXES | 230.834 | LB |

ipping instructions  :  UPS CONSIGNEE

---

tems not assigned to containers

rder information:
CO  94333  8/17/05  DELPHI PACKARD ELECTRIC
.O. information:
P1S50511  Date . . :  8/17/05

| tem number | Rel | Item description | | Packed qty/ | U/M |
|---|---|---|---|---|---|
| | | | | Backorder qty | U/M |
| 9974002 | 1 | 15435641-101 REV D | 2.000 | 1,094.000 | EA |
| | | | | .000 | EA |

** End of Packing List **

567511  SEP 14, 2005  ACT WT  211.3  #PK 6
SERVICE GNDCOM  BILL WT  212
TRACKING# 1Z5675110341142966
REF 1: 09974002
REF 2: AEC/STU G

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:  SERVICE  $F/C
DV $0.00  COD  $0.00  RS  $0.00
DC $0.00  HZMT $0.00  SD  $0.00
AH $0.00  NTFY $0.00  SP  $0.00
TOT REF CHG  $72.83  REF+HANDLING  $72.83

Pick list 133889

9/14/05   10:51:19                                      ESTHER      Page    1
Original                                                S10298CD X3
Company  . . :      1        ALEX EXTRUSION
Customer . . :   82103201    DELPHI PACKARD ELECTRIC
Order no.  . :   CO  94333   PO no. . . :   P1S50511
Accepts backorders? . :   Yes        Request      Schedule    Order
Accepts partial ship? :   Yes        9/22/05      9/08/05     8/17/05
Accepts substitute? . :   Yes        Carrier:     OTHER
Advance ship notice?  :   No

Ship to . . :     01             Trns Terms :
              DELPHI PACKARD ELECTRIC
Address       EQUIPMENT AND TOOLING DIST CTR
              48 WALTER JONES BLDG B
              DOCKS 87 AND 88
              EL PASO TX 79906
              USA

     Order Comments: +10 -10
NAFTA CERTIFICATES MUST B
E ATTACHED TO PACKING
SLIP WITH EACH SHIPMENT
A COPY OF THIS INFORMATIO
N MUST BE FAXED TO DELPHI
ATTN: RICARDO DOYLE.
* * * * * * * * * * * * * * * * * * * * * *
SHIP VIA UPS CONSIGNEE OR
CONTACT DELPHI TRAFFIC
DEPT FOR ROUTING INSTRUC
PHONE 800 805 9433
UPS CONSIGNEE (8X7273)
TRUCK LINE (ABF)

Warehouse . : 1     WAREHOUSE 1

| Item number/ Location | Description/ Config | Serial# | Pack | Line item Ship date | Rls | Pick qty U/M |
|---|---|---|---|---|---|---|
| 09974002 | 15435641-101 REV D | | 2.000 N | 100 9/14/05 | 00001 | 1,000.000 EA |

| | Location | Batch/Lot | FIFO date | Quantity | Picked qty |
|---|---|---|---|---|---|
| Available | J1507B | | 9/09/05 | 1,094.000 | *1094* |

                                     Total picked . . :   *Le BOX*

** END OF REPORT **
                                                          *1 SK.*

                              *5 @ 200*
                              *1 @ 94*

**ALEXANDRIA EXTRUSION COMPANY**
*PEOPLE MAKING A DIFFERENCE*

**REMITTANCE ADDRESS:**
ALEXANDRIA EXTRUSION COMPANY
NW 7280
PO Box 1450
Minneapolis, MN  55485-7280

WE ARE ISO-9002 CERTIFIED

| INVOICE | 144713 | 1 |
|---------|--------|---|

INVOICE REPRINT PAGE

| | |
|---|---|
| **S H I P  T O** | DELPHI PACKARD ELECTRIC<br>EQUIPMENT AND TOOLING DIST CTR<br>48 WALTER JONES BLDG B<br>DOCKS 87 AND 88<br>EL PASO TX 79906<br>USA |
| **S O L D  T O** | DELPHI PACKARD ELECTRIC<br>48 WALTER JONES BLVD<br>ATTN OLIMPIC APA<br>EL PASO TX 79906<br>USA |

| DATE | 9/09/05 |
|------|---------|
| **DUE ON** | 10/07/05 |

**CURRENCY** N

**TERMS**
1%10 net 30 w/Finance Chg

| CUSTOMER | ORDER | SLS. REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|----------|-------|-----------|------------------------|-----------|
| 1 82103201 | CO  94332 | 5 | P3527621 | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|----------|----------|-----------|-------------|
| 144293 | ABF | 9/09/05 | 577.500 LB |

| LINE NO. | ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|----------|---------------------------|-----|------------------|------------------|
| | Carrier . . : ABF<br>1 SKID<br>AEC Phone # 320-763-6537<br>AEC Fax # 320-763-4692<br>***PAST DUE INVOICES<br>SUBJECT TO A MONTHLY<br>FINANCE CHARGE OF 1.5%*** | | | |
| | 09974002<br>15435641-101 REV D    2.000 | EA | 2,500.000<br>2.890 | 7,225.00 |

| | | | |
|---|---|---|---|
| **NET SALES** | 7,225.00 | **TRADE DISCOUNT** | .00 |
| **MISC. CHARGES** | .00 | **TERMS DISCOUNT** | 72.25 |
| **FREIGHT** | .00 | **AMOUNT DUE** | |
| **TAXES** | .00 | | 7,225.00 |

DELPHI PACKARD ELECTRIC SYSTEMS
**DELPHI PACKARD ELECTRIC SYSTEM**
WORLDWIDE PURCHASING
48 WALTER JONES BLVD.
EL PASO TX
79906

VENDOR NUMBER 00-645-2916
ALEXANDRIA EXTRUSION CO
401 COUNTY RD 22 NW
ALEXANDRIA MN
56308-4974

**SHIP TO:**
DELPHI PACKARD ETDC
EQUIPMENT AND TOOLING DIST CTR.
48 WALTER JONES BLDG B
DOCKS 87 & 88
EL PASO TX                    US
79906
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SERVICES ONLY

**INVOICE TO:**
48 WALTER JONES BLVD
EL PASO TX                    US
79906

| | |
|---|---|
| **PURCHASE ORDER** | PAGE |
| | P3327621 |

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS
PACKAGES AND BILLS OF LADING

2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBERS MUST BE SHOWN ON PACKING SLIPS AND
INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OR EXPRESS SHIPMENTS OR INSURE PARCEL
POST.

| ORDER DATE | PHONE: 915-612-1127 |
|---|---|
| 08/15/05 | J. ARREOLA    BUYER |
| ALTERATION ISSUE DATE | AAF |
| ALTERATION EFFECTIVE DATE | |
| | PURCHASING AGENT |

**SHIP VIA**
REFER TO P.O. CLAUSE BELOW

| PAYMENT TERMS NET | 2ND DAY OF 2ND MONTH | | | | | |
|---|---|---|---|---|---|---|
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | | |

F.O.B.
FOB COLLECT

DESTINATION UNLESS OTHERWISE INDICATED

TAX CODE/% _____ 3    0.00%

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | | DESCRIPTION | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|
| 00001 | 2500 | PR065047 001 | | INTERNET AT DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. ***************************************** DP #15435641-101 REV D SWIVEL BASE FOR BUTTON BAR WHO ORDERED: JAVIER CORDOBA | 2.8900 | | PCS |
| | | | | TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

CONTINUE PAGE 7

A003051    USER JORGE A ARREOLA

acking list number        62924                                        Page    1
                                                              9/09/05   8:50:50
hipped from:
  Company . . . :    1   ALEX EXTRUSION             Ship Date . . . :      9/09/05
  Warehouse . . :    1                              Shipment number :      144293

hip to . :     DELPHI PACKARD ELECTRIC
               EQUIPMENT AND TOOLING DIST CTR
               48 WALTER JONES BLDG B
               DOCKS 87 AND 88
               EL PASO TX 79906
               USA

arrier/pro number             Truck/trailer number        Gross weight    U/M
BF                            1 SKID                        577.500        LB

hipping instructions   :   ABF

 SKID

tems not assigned to containers

rder information:
   CO  94332     8/17/05      DELPHI PACKARD ELECTRIC
.O. information:
   P3S27621                   Date . :     8/17/05

tem number          Rel       Item description                  Packed qty/ U/M
                                                                 Backorder qty  U/M

9974002              1        15435641-101 REV D      2.000      2,500.000  EA
                                                                      .000  EA


                    ** End of Packing List **

Pick list 13317

/08/05   11:00:57                                      ESTHER        Page     1
original                                                             S10298CD X3
ompany   . . :    1        ALEX EXTRUSION
ustomer  . . :    82103201   DELPHI PACKARD ELECTRIC
rder no.  . . :   CO  94332  PO no. . . . :   P3S27621
ccepts backorders?  . :   Yes        Request       Schedule      Order
ccepts partial ship? :    Yes        9/09/05       9/08/05       8/17/05
ccepts substitute? . :    Yes        Carrier:      OTHER
dvance ship notice?  :    No

hip to . . :    01                 Trns Terms :
                DELPHI PACKARD ELECTRIC
ddress          EQUIPMENT AND TOOLING DIST CTR
                48 WALTER JONES BLDG B
                DOCKS 87 AND 88
                EL PASO TX 79906
                USA
     Order Comments: +10 -10
AFTA CERTIFICATES MUST B
 ATTACHED TO PACKING
LIP WITH EACH SHIPMENT
 COPY OF THIS INFORMATIO
 MUST BE FAXED TO DELPHI
TTN: RICARDO DOYLE.
 ********************
HIP VIA UPS CONSIGNEE OR
ONTACT DELPHI TRAFFIC
EPT FOR ROUTING INSTRUC
HONE 800 805 9433
PS CONSIGNEE (8X7273)
RUCK LINE (ABF)

arehouse . . :  1    WAREHOUSE 1

Item number/     Description/                    Line item  Rls      Pick qty
   Location            Config    Serial# Pack Ship date             U/M

09974002        15435641-101 REV D   2.000        100 00001      2,500.000
                                   N          9/09/05                  EA


               Location  Batch/Lot    FIFO date     Quantity      Picked qty

                                                                    2500
   Available    B1301D                9/07/05       3,594.000     _____
                                                                  12 BXS @ 200
                                            Total picked . . :     1 BX @ 100
                                                                  _____

** END OF REPORT **

594
J1507B

# ALEXANDRIA EXTRUSION CO.

**ALEXANDRIA EXTRUSION CO.**
401 County Road 22 NW
Alexandria, Minnesota 56308
Telephone 320-763-6537
FAX 320-763-9250

*PEOPLE MAKING A DIFFERENCE*

## SHIPPER PROVIDED SHORT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

```
ll of lading number  . . :      61160                        Page     1
rchase order  . . . . . . :    P3S27621            9/09/05  8:50:49
stomer order number  . . :    CO  94332
```

```
nsigned to:                      Carrier  . :   ABF
DELPHI PACKARD ELECTRIC                Pro #  . . :  _____
EQUIPMENT AND TOOLING DIST CTR       Shipper Id :
48 WALTER JONES BLDG B
DOCKS 87 AND 88
EL PASO TX 79905
USA
```

```
ding       Gross weight   U/M Type   Shipment    Truck/trailer
antity                               date
   1         577.500      LB         9/09/05     1 SKID
```

SKID

```
ntainer    Type   Article description    Commodity         Weight

                  Aluminum Extrusions       60             577.500

                  ** END OF REPORT **
```

| C.O.D. AMOUNT $ | |
|---|---|
| FREIGHT CHARGES | |
| **TOTAL $** | |

✳ COLLECT  ▥ PRE-PAID
▥ 3RD PARTY BILLING

SPECIAL INSTRUCTIONS

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | **ALEXANDRIA EXTRUSION COMPANY** | CARRIER | | DATE 9-9-05 |
|---|---|---|---|---|
| SIGNATURE | *Esther Christensen* | PER | | |

Monitored at all times the Hazardous Material is in transportation including storage incidental to transportation (§172.604)
* Mark with an 'X' to designate Hazardous Material as defined in the Department of Transportation Regulations governing the transportation of hazardous materials.
The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless specific exception from this requirement is provided in the Regulations for a particular material.

TRUCKLINE

**ALEXANDRIA EXTRUSION COMPANY**
PEOPLE MAKING A DIFFERENCE

**REMITTANCE ADDRESS:**
ALEXANDRIA EXTRUSION COMPANY
NW 7280
PO Box 1450
Minneapolis, MN 55485-7280

ISO 9002

**INVOICE** | 145297 | 1
**INVOICE** REPRINT **PAGE**

| SHIP TO | | DATE | 9/28/05 |
|---|---|---|---|
| DELPHI PACKARD ELECTRIC | | **DUE ON** | 10/28/05 |
| 48 WALTER JONES BLVD | | | |
| ATTN OLIMPIC APA | | | |
| EL PASO TX 79906 | | **CURRENCY** | |
| USA | | | |

N

| SOLD TO | | TERMS |
|---|---|---|
| DELPHI PACKARD ELECTRIC | | 1%10 net 30 w/Finance Chg |
| 48 WALTER JONES BLVD | | |
| ATTN OLIMPIC APA | | |
| EL PASO TX 79906 | | |
| USA | | |

| CUSTOMER | ORDER | SLS. REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|---|---|---|---|---|
| 1 82103201 | CO 95236 | 5 | P3S27621 | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 145011 | freight charges | 9/28/05 | .000 LB |

| LINE NO. | ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | Carrier . . : OTHER | | | |
| | AEC Phone # 320-763-6537 | | | |
| | AEC Fax # 320-763-4692 | | | |
| | ***PAST DUE INVOICES | | | |
| | SUBJECT TO A MONTHLY | | | |
| | FINANCE CHARGE OF 1.5%*** | | | |
| | | | | |
| | FREIGHT- | | | 520.32 |

| NET SALES | .00 | TRADE DISCOUNT | .00 |
|---|---|---|---|
| MISC. CHARGES | .00 | TERMS DISCOUNT | .00 |
| FREIGHT | 520.32 | **AMOUNT DUE** | 520.32 |
| TAXES | .00 | | |

Aged balances list

Page : 16

Date : 10/27/05
Time : 9:46:55

Program id . . : YAJTPFR
User id . . : MBITZAN

| | Total aged Balance | Current A/R | 1 to 30 Days Late | 31 to 60 Days Late | 61 to 90 Days Late | Over 90 Days Late |
|---|---|---|---|---|---|---|
| 145522  9/30/05  FINANCE CHARGE | | | | | | |
| 142644  8/27/05  800000061B0005 | | | | | | |
| 005510  8/27/05  accumulation | | | | | | |
| Entity totals: | | | | | | |
| Unallocated cash . . | | | 144,974.44 | 9,083.43CR | 4,359.00 | 0.00 |
| | 466,528.65 | 333,695.83 | | | 4,416.99CR | |
| | 10,009.05CR | | | | 57.99CR | |

Entity name/    Ageing
Entity Id       Date

DAVECO INDUSTRIES INC   10/27/05
950627

| 145597  11/02/05  014612-00 | | 5,373.55 | 8,280.14 | 0.00 | 0.00 | 0.00 |
| 146385  11/24/05  014612-00 | | 14,149.94 | | | | |
| 145182  10/21/05  014612-00 | | | | | | |
| Entity totals: | 27,803.63 | 19,523.49 | 8,280.14 | 0.00 | 0.00 | 0.00 |
| Unallocated cash . . | 0.00 | | | | | |

DELPHI PACKARD ELECTRIC   10/27/05
821032

| 144713  10/07/05  P3S27621 | | 0.00 | 7,225.00 | 0.00 | 0.00 | 0.00 |
| 144838  10/14/05  P1S50551 | | | 3,752.42 | | | |
| 145297  10/28/05  P3S27621 | | | 520.32 | | | |
| Entity totals: | 11,497.74 | 0.00 | 11,497.74 | 0.00 | 0.00 | 0.00 |
| Unallocated cash . . | 0.00 | | | | | |

DIAGRAPH CORPORATION   10/27/05
831104

| 145567  11/11/05  19004-00 | | 426.50 | 2,613.40 | 3,797.55CR | 0.00 | 0.00 |
| 146317  11/24/05  197949-99 | | 547.14 | | | | |
| 145360  11/25/05  197511-00 | | 1,646.17 | | | | |
| 145556  9/28/05  197112-00 | | | | | | |
| 005861  9/28/05  176230-00 | | | | | | |
| Entity totals: | 1,433.66 | 2,619.81 | 2,613.40 | 3,797.55CR | 0.00 | |
| Unallocated cash . . | 0.00 | | | | | |

DIEBOLD CASSIS MANU.   10/27/05
830226

| 140945  7/01/05  fr1-6001393 | | | | 28.28 | 27.91 | 1,633.15 |
| 142207  7/29/05  FINANCE CHARGE | | | | | | 25.66 |
| 145324  9/30/05  FINANCE CHARGE | | | | | | |
| 141285  8/31/05  FINANCE CHARGE | | | | | | |
| Entity totals: | 1,915.00 | 0.00 | 0.00 | 28.28 | 27.91 | 1,656.81 |
| Unallocated cash . . | 0.00 | | | | | |

DIEBOLD INCORPORATED OHIO 10/27/05
980134