IN THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |

Response to 9th Omnibus Objection to Claims by Delphi Corporation, *et al;* Sierra Liquidity Fund, LLC (Assignee); El Paso Heater & Supply Company (Assignor), Claim No. 2641

from:   Sierra Liquidity Fund, LLC (Assignee); El Paso Heater & Supply Company (Assignor), Claim No. 2641, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17, fax: 949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:   Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:   Sierra Liquidity Fund, LLC (Assignee); El Paso Heater & Supply Company (Assignor), Claim No. 2641

date:   Wednesday, February 28th, 2007

Sierra Liquidity Fund, LLC ("Sierra") has received the Debtor's 9th Omnibus Objection to claims requesting that the above claim in the amount of $4,944.50 be reduced and modified on the basis that the claim and asserted liability are not owing pursuant to the Debtor's books and records.

Sierra Liquidity Fund, LLC (Assignee) and El Paso Heater & Supply Company (Assignor) ("El Paso") Object to this Objection.

1.   Please find attached sufficient documentation supporting the filed Proof of Claim # 2641 in an amount of $4,944.50.

2.   Upon review of the filed Proof of Claim and supporting documentation, we dutifully request that Debtors and the Court allow Claim # 2641 for the full filed amount of $4,944.50 as liquidated and undisputed.

3.   To expedite this matter, we suggest a Stipulation Agreement be prepared for the amount of $4,944.50 and sent immediately to Sierra's attention for signature.

4.   Copies of the following have been enclosed with this response: The Notice of 9th Omnibus Objection to Claim # 2641, the transfer agreement executed between Sierra Liquidity Fund, LLC (Assignee/Transferee) and El Paso Heater & Supply Company (Assignor), Proof of Claim # 2641 as originally filed by Sierra Liquidity Fund, LLC as Assignee and Attorney-In-Fact for El Paso Heater & Supply Company (Assignor) and the supporting documentation requested for claim # 2641 evidencing the amount of $4,944.50 owed on Claim # 2641 filed by Sierra Liquidity Fund, LLC; Assignor: El Paso Heater & Supply Company **The supporting documents in Proof of Claim # 2641 include Invoices, Purchase Orders, and Proof of Deliveries.**

5.   Sierra and El Paso see no basis on behalf of the Debtor for the proposed reduction and modification of Claim # 2641, as the supporting claim documentation (Invoices, Purchase Orders, and Proofs of Deliveries) clearly show a preponderance of evidence that the claim in the amount of $4,944.50 remains due and owing as a valid unpaid pre-petition unsecured claim.

6.   Sierra and El Paso do not object to the proposed Modified Debtor for which Claim # 2641 is against.

Please contact any of the following at your earliest convenience to resolve the objection.

Sierra Liquidity Fund, LLC Assignee and Attorney-In-Fact for El Paso Heater & Supply Company.

| | | |
|---|---|---|
| Scott August | Tammy Garza | Jim Riley |
| 949-660-1144, ext. 17 | 949-660-1144 ext. 22 | 949-660-1144 ext. 16 |
| saugust@sierrafunds.com | tgarza@sierrafunds.com | jriley@sierrafunds.com |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF OBJECTION TO CLAIM

El Paso Heater & Supply & Sierra Liquidity Fund:

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your claims identified in the table below should be disallowed and expunged as summarized in that table and described in more detail in the Debtors' Ninth Omnibus Objection To Certain Claims (the "Ninth Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Ninth Omnibus Objection is set for hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED NINTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 15, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Ninth Omnibus Objection identifies six different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim, and also were not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claim" are those Claims were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims for which (a) the Debtors have determined were overstated or were denominated in foreign currencies and the Debtors seek to modify to a fully liquidated, U.S.-denominated amount, and/or (b) the Debtors seek to appropriately re-classify the total amount of such remaining Claims, and/or (c) the Debtors seek to specify the appropriate Debtor by case number.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|------------|-------------|--------------------------|---------------------|--------------------|--------------------|----------------|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 4/13/2006 | 2641 | $4,944.50 | Claims Subject to Modification | 05-44640 | $3,654.50 | General Unsecured |

⌐ DAS

If you wish to view the complete exhibits to the Ninth Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Ninth Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), ARE APPLICABLE TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO OBJECTION BY THE DEBTORS PURSUANT TO THE OBJECTION SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Ninth Omnibus Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Eastern Time) on March 15, 2007. Your Response, if any, to the Ninth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the claim; (v) to the extent that the claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

If you properly and timely file and serve a Response in accordance with the above procedures, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 22, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO PROVISIONALLY ACCEPT SUCH AMOUNT AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE

3

BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order. If no Responses to the Ninth Omnibus
Objection are timely filed and served in accordance with the procedures set forth herein and in the Claims
Objection Procedures Order, the Bankruptcy Court may enter an order sustaining the Ninth Omnibus
Objection without further notice other than notice of the entry of such an order as provided in the Claims
Objection Procedures Order. Thus, your failure to respond may forever bar you from sustaining a claim
against the Debtors.

EL PASO HEATER & SUPPLY & SIERRA LIQUIDITY FUND
SIERRA LIQUIDITY FUND
2699 WHITE ROAD STE 255
IRVINE CA 92614

4

**Transfer of Claim**

# Delphi Corporation, et al.

This agreement (the "Agreement") is entered into between _José RobveT Caroeni (ELPaso Heater)_ ("Assignor") and Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC or assignee ("Assignee") with regard to the following matters:

1.  Assignor in consideration of the sum of _____ ) **of the current amount outstanding on the Assignor's trade claim** (the "Purchase Price"), does hereby transfer to Assignee all of the Assignor's right, title and interest in and to all of the claims of Assignor (the "Claim") against Delphi Corporation, et al. (affiliates, subsidiaries and other related debtors) (the "Debtor"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court of New York, Southern District, in the current amount of not less than ___ _$ 4,944.50_ _____ **[insert the amount due, which shall be defined as "the Claim Amount"]**, and all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments, and other property which may be paid or issued by the Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment is an absolute and unconditional assignment of ownership of the Claim, and shall not be deemed to create a security interest.

2.  Assignee shall be entitled to all distributions made by the Debtor on account of the Claim, even distributions made and attributable to the Claim being allowed in the Debtor's case, in an amount in excess of the Claim Amount. Assignor represents and warrants that the amount of the Claim is not less than the Claim Amount, that this amount is the true and correct amount owed by the Debtor to the Assignor, and that no valid defense or right of set-off to the Claim exists.

3.  Assignor further represents and warrants that no payment has been received by Assignor or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim, in whole or in part, to any third party, that Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value.

4.  Should it be determined that any transfer by the Debtor to the Assignor is or could have been avoided as a preferential payment, Assignor shall repay such transfer to the Debtor in a timely manner. Should Assignor fail to repay such transfer to the Debtor, then Assignee, solely at its own option, shall be entitled to make said payment on account of the avoided transfer, and the Assignor shall indemnify the Assignee for any amounts paid to the Debtor. If the Bar Date for filing a Proof of Claim has passed, Assignee reserves the right, but not the obligation, to purchase the Trade Claim for the amount published in the Schedule F.

5.  Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization. Assignor acknowledges that, except as set forth in this agreement, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of the Debtor (financial or otherwise), any other matter relating to the proceedings, the Debtor, or the likelihood of recovery of the Claim. Assignor represents that it has adequate information concerning the business and financial condition of the Debtor and the status of the Proceedings to make an informed decision regarding its sale of the Claim.

6.  In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim. The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses.

7.  To the extent that it may be required by applicable law, Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim. Assignor grants unto Assignee full authority to do all things necessary to enforce the Claim and Assignor's rights thereunder. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that the Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount in the Proceedings or in any other dispute arising out of or relating to the Claim, whether or not suit or other proceedings are commenced, and whether in mediation, arbitration, at trial, on appeal, or in administrative proceedings. Assignor agrees to

take such reasonable further action, as may be necessary or desirable to effect the Assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

8. Assignor shall forward to Assignee all notices received from the Debtor, the court or any third party with respect to the Claim, including any ballot with regard to voting the Claim in the Proceeding, and shall take such action with respect to the Claim in the proceedings, as Assignee may request from time to time. Assignor acknowledges that any distribution received by Assignor on account of the Claim from any source, whether in form of cash, securities, instrument or any other property or right, is the property of and absolutely owned by the Assignee, that Assignor holds and will hold such property in trust for the benefit of Assignee and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

9. In the event of any dispute arising out of or relating to this Agreement, whether or not suit or other proceedings is commenced, and whether in mediation, arbitration, at trial, on appeal, in administrative proceedings, or in bankruptcy (including, without limitation, any adversary proceeding or contested matter in any bankruptcy case filed on account of the Assignor), the prevailing party shall be entitled to its costs and expenses incurred, including reasonable attorney fees.

10. The terms of this Agreement shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

11. Assignor hereby acknowledges that Assignee may at any time further assign the Claim together with all rights, title and interests of Assignee under this Agreement. All representations and warranties of the Assignor made herein shall survive the execution and delivery of this Agreement. This Agreement may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

12. This contract is not valid and enforceable without acceptance of this Agreement with all necessary supporting documents by the Transferee, as evidenced by a countersignature of this Agreement. The Assignee may reject the proffer of this contract for any reason whatsoever.

13. This Agreement shall be governed by and construed in accordance with the laws of the State of California. Any action arising under or relating to this Agreement may be brought in any state or federal court located in California, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Agreement, and in any action hereunder, Assignor and Assignee waive any right to demand a trial by jury.

**If you have filed a Proof of Claim please check here:** _____

**Please include invoices, purchase orders, and/or proofs of delivery that relate to the claim.**

Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives its right to raise any objection thereto and its right to receive notice pursuant to rule 3001 of the rules of the Bankruptcy procedure.

IN WITNESS WHEREOF, the undersigned **Assignor** hereto sets his hand this _28_ day of _Nov_, 2005.

ATTEST

By _Jose R Cordero_
Signature

_Jose Robert Cordero (OWNER)_
[Print Name and Title]

_915-855-8191   cel #915-227-0566_
Phone Number

Name of Company: ~~EL PASO HEATER & SUPPLY~~
~~12025 ROJAS DR. STE 1~~
~~EL PASO, TX 79936~~
Street Address: ~~CONTROLS, SENSORS & HEATERS~~
~~PH. (915) 855-8191~~

City, State & Zip

_915-855-3386_    _El Paso Heater @ Mexus._
Fax Number          Email              _NET_

Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, *et al.*
2699 White Rd, Ste 255, Irvine, CA 92614
949-660-1144 x17; fax: 949-660-0632 jriley@sierrafunds.com
10/18/05

Agreed and Acknowledged,
Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, *et al*

| United States Bankruptcy Court ___Southern___ District Of ___New York___ | | PROOF OF CLAIM |
|---|---|---|

**PROOF OF CLAIM** — This Space For Court Use Only

Name of Debtor
**Delphi Corporation & Delphi Automotive Systems, LLC**

Case Number
**05-44481 & 05-44640**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): *EL PASO HEATER & Supply &*
*Sierra Liquidity Fund*

Name and Address where notices should be sent:

Sierra Liquidity Fund
2699 White Road - Suite 255
Irvine, CA  92614

Telephone Number: 949-660-1144 x 17

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim dated: _____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
      (date)         (date)

**2. Date debt was incurred:**   *Various*

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.
Unsecured Nonpriority Claim $ *4,944.50*

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000), * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

$ *4,944.50*
*4,944.50*

**5. Total Amount of Claim at Time Case Filed:** $ *4,944.50*
   (Unsecured)        (Secured)        (Priority)        (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

Date: *4/11/06*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):    *J. S. Riley*

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# *EL PASO HEATER & SUPPLY COMPANY*

12025 Rojas Dr., Ste. I, El Paso, Texas  79936
Telephone (915) 855-8191
Facsimile (915) 855-3386

11-28-05

SIERRA LIQUIDITY FUND, LLC

ATTN: J. RILEY

PLEASE FIND ENCLOSED ALL THE INVOICES WE WILL LIKE TO SUBMIT FOR PAYMENT ACCORDING TO THE ENCLOSED "OFFER TO PURCHASE"  THE ACCOUNTS RECEIVABLES.

WE ARE SENDING 7 INVOICES FOR A TOTAL OF $ 4,944.50

PLEASE CALL ME RIGHT AWAY IS YOU HAVE ANY QUESTIONS.

THANK YOU,

ROBERT CORDERO
OWNER
EL PASO HEATER & SUPPLY CO.
915-855-8191

*Your Local Source of Industrial & Automation Components*

El Paso Heater & Supply Co.

## Aged Receivables

As of Nov 30, 2005

Filter Criteria includes: 1) IDs from DEL100 to DEL100. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice/CM # | Amount Due | P.O. No | Date | Date Due |
|---|---|---|---|---|---|
| DEL100 | 025128 | 1,050.00 | JMS42394 | 9/2/05 | 10/12/05 |
| Delphi Automotive Systems S.A | 025173 | 1,240.00 | JMS42394 | 9/8/05 | 10/18/05 |
| VERONICA | 025205 | 598.00 | JMS42524 | 9/12/05 | 10/22/05 |
| (915)783-7233 | 025277 | 46.50 | JMS42630 | 9/20/05 | 10/30/05 |
| | 025285 | 240.00 | JMS41546 | 9/21/05 | 10/31/05 |
| | 025356 | 1,290.00 | JMS42764 | 9/28/05 | 11/7/05 |
| | 025359 | 480.00 | JMS42899 | 9/29/05 | 11/8/05 |

DEL100
Delphi Automotive Systems S.A

Report Total

EL PASO HEATER & SUPPLY
12025 ROJAS DR. STE I
EL PASO, TX 79936
CONTROLS, SENSORS & HEATERS
PH. (915) 855-8191

# Invoice

El Paso Heater & Supply Co.
12025 Rojas Dr.  Ste. I
El Paso, TX  79936
United States

**Invoice Number:**
025128

**Invoice Date:**
Sep 2, 2005

| | |
|---|---|
| Voice: | 915-855-8191 |
| Fax: | 915-855-3386 |

**Page:**
1

Duplicate

**Sold To:**
Delphi Automotive Systems S.A de CV
P.O BOX 981012
Accounts Payable
El Paso, TX  79998-1012

**Ship to:**
DELPHI - E&T - ATTN: JAVIER VAZQUEZ
48 WALTER JONES BLVD.
BLDG "B", DOCK 87, 88
EL PASO, TX  79906

| Customer ID | Customer PO | | Payment Terms |
|---|---|---|---|
| DEL100 | JMS42394 | | Net 40 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| 075-SR | UPS RED COLLECT | | 10/12/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | | PR078948  RESISTENCIA HOT RUNNER | 525.00 | 1,050.00 |
| | | BUSHING 470W/230V  DS250006 | | |
| | | | | |
| | | PLEASE SHIP SAME DAY -  RUSH!!! | | |
| | | MACHINE DOWN | | |

| | |
|---|---|
| Subtotal | 1,050.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 1,050.00 |
| Payment/Credit Applied | |
| **TOTAL** | 1,050.00 |

Check/Credit Memo No:

DELPHI PACKARD ELECTRIC SYSTEMS

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E
32 CELERITY WAGON
EL PASO TX
79906                             US

**PURCHASE ORDER**   JMS42394

PAGE   1

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS
PACKAGES AND BILLS OF LADING

COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBERS(S) MUST BE SHOWN ON PACKING SLIPS AND
INVOICE.

INVOICE: ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS-OR INSURE PARCEL
POST.

SHIP TO:

DELPHI AUTOMOTIVE SYSTEM
EQUIPMENT & TOOLING
48 WALTER JONES
DOCKS 87 & 88
EL PASO TX
79906                             US
**********************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
******   **
39440                             US

INVOICE TO:

VENDOR NUMBER 83-805-5382
EL PASO HEATER & SUPPLY CO
12025 ROJAS DR STE I
EL PASO TX
79936

| | ORDER DATE | PHONE: 915-783-7276 |
|---|---|---|
| | 08/15/05 | BUYER R SANCHEZ |
| | ALTERNATE ISSUE DATE | 3M |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |

SHIP VIA   DELPHI E&EM CALL 800-805-9433

| PAYMENT TERMS NET% | | F.O.B. FOB COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | DATE REQUIRED | | TAX CODE/% | | |
|---|---|---|---|---|---|---|---|---|
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM/IDENTIFICATION NUMBER | JOB# / NAME | DESCRIPTION | RFQ NUMBER | | PRICE MULTIPLE BASE UNIT PRICE | UNIT OF MEASURE |

2ND DAY OF 2ND MONTH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | 09/10/05 N 0.00% | | | |
| 00001 | 2 | PR078948 001 | RESISTENCIA PARA HOT RUNNER BUSHING 470 WATTS 230 VOLTS WHO ORDERED: JAVIER VAZQUEZ | | | 525.0000 | PC |
| | | | | 08/09/05 N 0.00% | | | |
| 00002 | 1 | PR078987 001 | HOT-RUNNER NOZZLE FAST HEAD DS250006 470 WATTS 240 VOLTS WHO ORDERED: JAVIER VAZQUEZ | | | 1240.0000 | PC |
| | | | ************ ATTENTION ALL SUPPLIERS ************ YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL AT (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION CLICK ON " CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR FOUR BUSINESS " FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS. | | | | |
| | | | FOR DELPHI ENERGY & CHASSIS DIVISION ROUTING INSTRUCTIONS, PLEASE CALL MENLO LOGISTICS AT (800)805-9433 FOR DOMESTIC SHIPMENTS AND CALL DELPHI E & C DIVISIONAL LOGISTICS AT (248)813-4462 | | | | |

CONTINUE PAGE   2

A002031  USER RUBEN SANCHEZ

# EL PASO HEATER & SUPPLY CO.
12025 ROJAS DRIVE, SUITE I
EL PASO TX 79936
(915) 855-8191

# INVOICE
INVOICE NUMBER: **25128**

| | |
|---|---|
| INVOICE DATE: | 025128 |
| | Sep 2, 2005 |
| PAGE: | 1 |

SOLD TO:

Delphi Automotive Systems S.A de D   DELPHI — E&T — ATTN: JAVIER VAZQUEZ
P.O BOX 981012                              48 WALTER JONES BLVD.
Accounts Payable                           BLDG "B", DOCK 87, 88
El Paso, TX 79998-1012                  EL PASO, TX 79906

| CUSTOMER ID | CUSTOMER PO | | PAYMENT TERMS | |
|---|---|---|---|---|
| DEL100 | JMS42394 | | Net 40 Days | |
| **SALES REP ID** | **SHIPPING METHOD** | | **SHIP DATE** | **DUE DATE** |
| 075-SR | UPS RED COLLECT | | | 10/12/05 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 2.00 | | PR078948   RESISTENCIA HOT RUNNER BUSHING 470W/230V   DS250006 | 525.00 | 1,050.00 |
| | | PR078987   HOT-RUNNER NOZZLE FASTHEAT DS250006 SV250001? | 1.00 1,240.00 | |
| | | ORDERED BY: JAVIER VAZQUEZ | | |
| | | PLEASE SHIP SAME DAY — RUSH!!!   MACHINE DOWN | | |

P.O.D

*[signature]* 09/07/05 —

| | 1,050.00 |
|---|---|
| | 1,050.00 |
| | 1,050.00 |

# Invoice

El Paso Heater & Supply Co.
12025 Rojas Dr. Ste. I
El Paso, TX 79936
United States

**Invoice Number:**
025173

**Invoice Date:**
Sep 8, 2005

| | |
|---|---|
| Voice: | 915-855-8191 |
| Fax: | 915-855-3386 |

**Page:**
1

Duplicate

**Sold To:**
Delphi Automotive Systems S.A de CV
P.O BOX 981012
Accounts Payable
El Paso, TX .79998-1012

**Ship to:**
DELPHI - E&T - ATTN: JAVIER VAZQUEZ
48 WALTER JONES BLVD.
BLDG "B", DOCK 87, 88
EL PASO, TX 79906

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DEL100 | JMS42394 | Net 40 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| 075-SR | UPS RED COLLECT | | 10/18/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | PRO78987  HOT-RUNNER NOZZLE | 1,240.00 | 1,240.00 |
| | | FASTHEAT DS250006 SV25001? | | |
| | | ORDERED BY: JAVIER VAZQUEZ | | |
| | | PLEASE SHIP SAME DAY -  RUSH!!! | | |
| | | MACHINE DOWN | | |

|  |  |
|---|---|
| Subtotal | 1,240.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 1,240.00 |
| Payment/Credit Applied | |
| **TOTAL** | 1,240.00 |

Check/Credit Memo No:

DELPHI PACKARD ELECTRIC SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E
32 CELERITY WAGON
EL PASO TX
79906                                    US

**PURCHASE ORDER**

PAGE    1

JMS42394

DELPHI AUTOMOTIVE SYSTEM
EQUIPMENT & TOOLING
48 WALTER JONES
SHIP TO:    DOCKS 87 & 88
EL PASO TX
79906                                    US
****************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
******  **
39440                                    US

INVOICE TO:

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING

THIS ORDER IS NOT BINDING UNTIL ACCEPTED. ACCEPTANCE SHOULD BE EXECUTED ON ACKNOWLEDGEMENT COPY
WHICH SHOULD BE RETURNED TO BUYER...

| ORDER DATE | PHONE: 915-783-7276 |
| 08/15/05 | BUYER R SANCHEZ |
| AUTHORIZATION ISSUE DATE | 3M |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

VENDOR NUMBER B3-805-5382
EL PASO HEATER & SUPPLY CO
12025 ROJAS DR STE I
EL PASO TX
79936

SHIP VIA    DELPHI E&EM CALL 800-805-9433

| PAYMENT TERMS NET | 2ND DAY OF 2ND MONTH | | | | F.O.B. FOB COLLECT | DESTINATION UNLESS OTHERWISE INDICATED | | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | ACCT NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE/UNIT PRICE | PRICE/ MULTIPLE | UNIT OF MEASURE |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

| 00001 | 2 | PR078948 001 | | RESISTENCIA PARA HOT RUNNER BUSHING 470 WATTS 230 VOLTS WHO ORDERED: JAVIER VAZQUEZ | | 09/10/05 | N    0.00% | 525.0000 | | PC |
| 00002 | 1 | PR078987 001 | | HOT-RUNNER NOZZLE FAST HEAD DS250006 470 WATTS 240 VOLTS WHO ORDERED: JAVIER VAZQUEZ | | 08/09/05 | N    0.00% | 1240.0000 | | PC |

*********** ATTENTION ALL SUPPLIERS ***************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING
E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL AT
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.
CLICK ON THE REGISTRATION TAB. GO TO REGISTRATION
TIMING AND CLICK ON " CLICK ON HERE TO REQUEST AN
IMMEDIATE CONTACT FOR FOUR BUSINESS " FILL OUT THE
FORM AND FOLLOW THE INSTRUCTIONS.

FOR DELPHI ENERGY & CHASSIS DIVISION ROUTING
INSTRUCTIONS, PLEASE CALL MENLO LOGISTICS AT
(800)805-9433 FOR DOMESTIC SHIPMENTS AND CALL
DELPHI E & C DIVISIONAL LOGISTICS AT (248)813-4462

CONTINUE PAGE    2

A002031    USER RUBEN SANCHEZ



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 18E W91 03 5308 921 1 |
| **Reference Number(s):** | EPH25173, EPH25173 |
| **Service Type:** | GROUND |
| **Package Weight:** | 3.00 Lbs |
| **Shipped or Billed on:** | Sep 8, 2005 |
| **Delivered on:** | Sep 9, 2005 9:12 A.M. |
| **Delivered to:** | EL PASO, TX, US |
| **Signed by:** | AGUILAR |

**Location:**    DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Nov 22, 2005 6:18 P.M.   Eastern Time (USA)

# Invoice

**El Paso Heater & Supply Co.**
12025 Rojas Dr. Ste. I
El Paso, TX 79936
United States

Invoice Number:
025205

Invoice Date:
Sep 12, 2005

Voice:   915-855-8191
Fax:     915-855-3386

Page:
1

Duplicate

**Sold To:**
Delphi Automotive Systems S.A de CV
P.O BOX 981012
Accounts Payable
El Paso, TX  79998-1012

**Ship to:**
DELPHI AUTOMOTIVE SYSTEM
LAREDO DIST. CENTER
13701 MINES ROAD
LAREDO, TX  78045

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DEL100 | JMS42524 | Net 40 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| 075-SR | UPS COLLECT | | 10/22/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | | 000600137   CONTROLLER # KBP1-240D (3736) DC MOTOR SPEED CONTROLLER PENTA KP POWER/INDEXING & CYCLING CONTROL | 299.00 | 598.00 |

|  |  |
|---|---|
| Subtotal | 598.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 598.00 |
| Payment/Credit Applied | |
| **TOTAL** | 598.00 |

Check/Credit Memo No:

DELPHI PACKARD ELECTRIC SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E
32 CELERITY WAGON
EL PASO TX
79906                          US

DELPHI AUTOMOTIVE SYSTEMS
DELPHI E&C PLANT 59 TORREON
LAREDO DISTRIBUTION CENTER
13701 MINES ROAD
LAREDO TX
78045                          US

SHIP TO:

**PURCHASE ORDER**

PAGE

JMS42524

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND
INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL
POST.

VENDOR NUMBER 83-805-5382
EL PASO HEATER & SUPPLY CO
12025 ROJAS DR STE I
EL PASO TX
79936

INVOICE TO:

************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
*******  **
*******  **
39440                          US

THIS ORDER IS NOT BINDING UNTIL ACCEPTED. ACCEPTANCE SHOULD BE EXECUTED ON ACKNOWLEDGMENT COPY
WHICH SHOULD BE RETURNED TO BUYER.
ON THE REVERSE SIDE HEREOF ARE THE TERMS AND CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE
OF THIS ORDER.
THIS ORDER, INCLUDING THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, CONTAINS THE
COMPLETE AND FINAL AGREEMENT BETWEEN BUYER AND SELLER AND NO OTHER AGREEMENT IN ANY WAY
MODIFYING ANY OF SAID TERMS AND CONDITIONS WILL BE BINDING UPON THE BUYER UNLESS MADE IN WRITING AND
SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVE.
IF GOVERNMENT CONTRACT NUMBER IS SHOWN HEREON, ADDITIONAL TERMS AND CONDITIONS ATTACHED
HERETO APPLY.

| ORDER DATE | PHONE: 915-783-7432 |
| 08/26/05 | M MACIEL |
| ALTERATION ISSUE DATE | HD          BUYER |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| SHIP VIA | DELPHI E&EM CALL 800-805-9433 |
| DELPHI E&EM | |

| PAYMENT TERMS | | | | | | | |
| NET | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | | | | |
| | FOB SHIPPING POINT | | | | | | |

2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | **THIS IS A CONFIRMING ORDER. DO NOT DUPLICATE** CONFIRMED WITH: DIEGO GAMEZ | | | | | | |
| | | | | SHIPPING INSTRUCTIONS: PLEASE CALL UPS AT 800-354-7527 AND SCHEDULE PICKUP. PLEASE SEND CONSIGNEE GROUND. NO ACCOUNT INFORMATION IS NEEDED. | | | | | | |
| 00001 | 2 | 000600137 | CONTROLLER #KBP1-240D (3736) DC MOTOR SPEED CONTROLLER PENTA KB POWER/INDEXING & CYCLING CONTROL KB ELECRONICS, INC CORAL SPRINGS, FL 33065 WHO ORDERED: 59A | | | 08/31/05 | N  0.00% | 299.0000 | | PC |
| | | | | ************* ATTENTION ALL SUPPLIERS ************* YOU CAN  NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL AT (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON " CLICK ON HERE TO REQUEST AN INMEDIATE CONTACT FOR FOUR BUSINESS " FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS. | | | | | | |

CONTINUE PAGE  2

A002032   USER MARGARITA MACIEL



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information
concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 18E W91 03 5175 372 9 |
| **Reference Number(s):** | EPH25205, EPH25205 |
| **Service Type:** | GROUND |
| **Package Weight:** | 12.00 Lbs |
| **Shipped or Billed on:** | Sep 12, 2005 |
| **Delivered on:** | Sep 14, 2005 4:25 P.M. |
| **Delivered to:** | LAREDO, TX, US |
| **Signed by:** | LOPEZ |
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: Nov 22, 2005 6:19 P.M.
Eastern Time (USA)

# Invoice

El Paso Heater & Supply Co.
12025 Rojas Dr. Ste. I
El Paso, TX  79936
United States

**Invoice Number:**
025277

**Invoice Date:**
Sep 20, 2005

**Voice:**    915-855-8191
**Fax:**       915-855-3386

**Page:**
1

Duplicate

**Sold To:**
Delphi Automotive Systems S.A de CV
P.O BOX 981012
Accounts Payable
El Paso, TX  79998-1012

**Ship to:**
DELPHI AUTOMOTIVE SYSTEM EQUIP AND TOOL
48 WALTER JONES BLVD.
BLDG "B", DOCK 87, 88
EL PASO, TX  79906

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DEL100 | JMS42630 | Net 40 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| 075-SR | UPS COLLECT 8X7273 | | 10/30/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | PRU67944 001   HONEYWELL CIRCULAR CHART P.N. 30755317 (ONE PK=100PCS) WHO ORDERED: OSCAR GUILLEN | 46.50 | 46.50 |

| | |
|---|---|
| Subtotal | 46.50 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 46.50 |
| Payment/Credit Applied | |
| **TOTAL** | 46.50 |

Check/Credit Memo No:

PAGE 1

**PURCHASE ORDER**

JMS42630

DELPHI PACKARD ELECTRIC SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E
32 CELERITY WAGON
EL PASO TX
79906                          US

SHIP TO:
DELPHI AUTOMOTIVE SYSTEM
EQUIPMENT & TOOLING
48 WALTER JONES
DOCKS 87 & 88
EL PASO TX
79906                          US
*************************
*************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
*******  **
39440                          US

INVOICE TO:

VENDOR NUMBER 83-805-5382
EL PASO HEATER & SUPPLY CO
12025 ROJAS DR STE I
EL PASO TX
79936

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS
PACKAGES AND BILLS OF LADING
(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND
INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL
POST.

PHONE: 915-782-8071
O MAGANA          BUYER  Oscar
MAG              BUYER  Magana

| ORDER DATE | | |
| --- | --- | --- |
| 09/05/05 | | |
| ALTERATION ISSUE DATE | | |
| | | |
| ALTERATION EFFECTIVE DATE | | |

PURCHASING AGENT

SHIP VIA
DELPHI E&EM CALL 800-805-9433

THIS ORDER IS NOT BINDING UNTIL ACCEPTED. ACCEPTANCE SHOULD BE EXECUTED ON ACKNOWLEDGMENT COPY
WHICH SHOULD BE RETURNED TO BUYER.
ON THE REVERSE SIDE HEREOF ARE THE TERMS AND CONDITIONS TO WHICH SELLER AGREES BY ACCEPTANCE
OF THIS ORDER. INCLUDING THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDE HEREOF, CONTAINS THE
COMPLETE AND FINAL AGREEMENT BETWEEN BUYER AND SELLER AND NO OTHER AGREEMENT IN ANY WAY
MODIFYING ANY OF SAID TERMS AND CONDITIONS WILL BE BINDING UPON THE BUYER UNLESS MADE IN WRITING AND
SIGNED BY BUYER'S AUTHORIZED REPRESENTATIVE.
IF GOVERNMENT CONTRACT NUMBER IS SHOWN HEREON, ADDITIONAL TERMS AND CONDITIONS ATTACHED
HERETO APPLY.

F.O.B.          DESTINATION UNLESS OTHERWISE INDICATED
FOB COLLECT

| PAYMENT TERMS NET | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | REQ'D NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2ND DAY OF 2ND MONTH | | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: DIEGO GAMEZ | | 08/20/05 (ONE PK=100PCS) | N  0.00% | 46.5000 | | PKG |
| | 00001 | 1 | PRU67944 001 | | HONEYWELL CIRCULAR CHART P.N 30755317 WHO ORDERED: OSCAR GUILLEN | 30755317 | | | | | |

*********** ATTENTION ALL SUPPLIERS ***********
YOU CAN  NOW VIEW PAYMENT STATUS ON-LINE USING
E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL AT
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.
CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON " CLICK ON HERE TO REQUEST AN
INMEDIATE CONTACT FOR FOUR BUSINESS " FILL OUT THE
FORM AND FOLLOW THE INSTRUCTIONS.

DEAR SUPPLIER:
" A PROPERLY COMPLETED CERTIFICATE OF ORIGIN, NAFTA
CERTIFICATE (CUSTOMS FORM 434) IS REQUIRED TO BE
INCLUDED WITH THE SHIPPING DOCUMENTS FOR THE MATERIAL
ON THIS ORDER. "

FOR DELPHI ENERGY & CHASSIS DIVISION ROUTING

CONTINUE PAGE

A002038  USER OSCAR MAGANA



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**       1Z 18E W91 03 5354 218 6
**Reference Number(s):**   JMS42630, EPH25277, JMS42630, EPH25277
**Service Type:**          GROUND
**Package Weight:**        4.00 Lbs
**Shipped or Billed on:**  Sep 20, 2005
**Delivered on:**          Sep 21, 2005 9:29 A.M.
**Delivered to:**          EL PASO, TX, US
**Signed by:**             AGUILAR

**Location:**              DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Nov 22, 2005 6:19 P.M.   Eastern Time
(USA)

# Invoice

El Paso Heater & Supply Co.
12025 Rojas Dr. Ste. I
El Paso, TX  79936
United States

**Invoice Number:**
025285

**Invoice Date:**
Sep 21, 2005

| | |
|---|---|
| **Voice:** | 915-855-8191 |
| **Fax:** | 915-855-3386 |

**Page:**
1

Duplicate

**Sold To:**
Delphi Automotive Systems S.A de CV
P.O BOX 981012
Accounts Payable
El  Paso, TX  79998-1012

**Ship to:**
DELPHI
48 WALTER JONES BLVD.
BLDG "B", DOCK 87, 88
EL PASO, TX  79906

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DEL100 | JMS41546 | Net 40 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| 075-SR | UPS COLLECT | | 10/31/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | | PR137336   THERMOCOUPLE FOR CINCINNATI MOLDING MACHINE | 80.00 | 240.00 |

| | | |
|---|---|---|
| | Subtotal | 240.00 |
| | Sales Tax | |
| | Freight | |
| | Total Invoice Amount | 240.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | 240.00 |

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E
32 CELEBRITY WAGON
EL PASO TX
79906

US

SHIP TO:

EQUIPMENT & TOOLING
48 WALTER JONES
DOCKS 87 & 88
EL PASO TX
79906                                    US
****************************
****************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
******

INVOICE TO:

39440                                    US

VENDOR NUMBER 83-805-5382
EL PASO HEATER & SUPPLY CO
12025 ROJAS DR STE I
EL PASO TX
79936

9158553386

**PURCHASE ORDER**    JMS41546

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS
PACKAGES AND BILLS OF LADING

(1) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND
INVOICES

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL
POST.

PHONE: 915-612-7037
B. FIERRO
P79                    BUYER

                              PURCHASING AGENT

| ORDER DATE | | | | |
|---|---|---|---|---|
| 05/13/05 | | | | |
| ALTERATION ISSUE DATE | | | | |
| | | | | |
| ALTERATION EFFECTIVE DATE | | | | |

DELPHI E&EM CALL 800-805-9433

| PAYMENT TERMS NET | | | | | |
|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | YOUR NAME | DESCRIPTION | B/O NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: DIEGO GAMEZ | | | 0.00% | 80.0000 | | PC |
| 00001 | 3 | PR137336 001 | | TERMOCOUPLE FOR MOLDING MACHINE CINCINNATI WHO ORDERED: JAVIER VAZQUEZ | | 05/26/05 N | | | | |
| | | | | FOR DELPHI ENERGY & CHASSIS DIVISION ROUTING INSTRUCTIONS, PLEASE CALL MENLO LOGISTICS AT (800)805-9433 FOR DOMESTIC SHIPMENTS AND CALL DELPHI E & C DIVISIONAL LOGISTICS AT (248)813-4462 FOR INTERNATIONAL SHIPMENTS. YOU AS A SUPPLIER MAY REQUEST A ROUTING SET UP LETTER TO THE ABOVE MENTIONED CONTACTS FOR ANY ORDERS IF APPLICABLE. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX EFT & MANUAL PAYMENTS. SELLER AGREES TO PAYMENT TERMS ACCORDING TO THEIR CURRENT EFT PAYMENT AGREEMENT OR, WHERE EFT IS NOT IN PLACE, GM MAY DEFER MAKING PAYMENT BY PAPER CHECK DURING ANY RECOGNIZED GM HOLIDAY UNTIL THE NEXT GM BUSINESS DAY WITHOUT BEING IN DEFAULT OR LOSING ANY CASH DISCOUNTS. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS | | | | | | |

F.O.B. FOB COLLECT

CONTINUE    PAGE    2

A001957    USER BRENDA O FIERRO



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:**    1Z 18E W91 03 5206 386 6
**Reference Number(s):**    JMS41546, EPH25285, JMS41546, <mark>EPH25285</mark>
**Service Type:**    GROUND
**Package Weight:**    1.00 Lb
**Shipped or Billed on:**    Sep 21, 2005
**Delivered on:**    Sep 22, 2005 9:16 A.M.
**Delivered to:**    EL PASO, TX, US
**Signed by:**    AGUILAR

**Location:**    DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Nov 22, 2005 6:20 P.M.   Eastern Time
(USA)

# Invoice

El Paso Heater & Supply Co.
12025 Rojas Dr. Ste. I
El Paso, TX  79936
United States

**Invoice Number:**
025356

**Invoice Date:**
Sep 28, 2005

Voice:    915-855-8191
Fax:      915-855-3386

**Page:**
1

Duplicate

**Sold To:**
Delphi Automotive Systems S.A de CV
P.O BOX 981012
Accounts Payable
El Paso, TX  79998-1012

**Ship to:**
DELPHI AUTOMOTIVE SYSTEM E&T
48 WALTER JONES BLVD.
BLDG "B", DOCK 87, 88
EL PASO, TX  79906

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DEL100 | JMS42764 | Net 40 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| 075-SR | UPS COLLECT 8X7273 | | 11/7/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | 000460173  ZMOLRENG #-XRC-1187 INCOE HOT BUSHING | 1,290.00 | 1,290.00 |

| | |
|---|---|
| Subtotal | 1,290.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 1,290.00 |
| Payment/Credit Applied | |
| **TOTAL** | 1,290.00 |

Check/Credit Memo No:

PAGE

**PURCHASE ORDER**  JMS42764

DELPHI PACKARD ELECTRIC SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E
32 CELERITY WAGON
EL PASO TX
79906                    US

SHIP TO:
DELPHI AUTOMOTIVE SYSTEM
EQUIPMENT & TOOLING
48 WALTER JONES
DOCKS 87 & 88
EL PASO TX
79906                    US
*********************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
****** **

VENDOR NUMBER 83-805-5382
EL PASO HEATER & SUPPLY CO
12025 ROJAS DR  STE I
EL PASO TX
79936

INVOICE TO:
39440                    US

THIS NUMBER MUST APPEAR ON ALL INVOICES, INVOICE SLIPS
PACKAGES AND BILLS OF LADING

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBERS MUST BE SHOWN ON PACKING SLIPS AND
INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL
POST.

PHONE: 915-783-7432
ORDER DATE 09/16/05
BUYER M MACIEL
HD
PURCHASING AGENT

SHIP VIA  DELPHI E&EM CALL 800-805-9433

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME / DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: DIEGO GAMEZ | | | | | |
| | | | SHIPPING INSTRUCTIONS: PLEASE CALL UPS AT 800-354-7527 AND SCHEDULE PICKUP. PLEASE SEND CONSIGNEE GROUND. NO ACCOUNT INFORMATION IS NEEDED. | | | | | |
| 00001 | 1 | 000460173 | ZMOLRENG #-XRC-1187 INCOE HOT BUSHING WHO ORDERED: 35A | 09/28/05 | N 0.00% | 1290.0000 | | PC |
| 00002 | 1 | 000199620 | ZMOLRNW #-018891 HAYDEN SHELL AND TUBE HEAT EXCHANGER MOD.#HW318C44 30 TON MOLDING MACHINES WHO ORDERED: 35A | 07/30/05 | N 0.00% | 485.0000 | | PC |

FOB SHIPPING POINT

PAYMENT TERMS NET 2ND DAY OF 2ND MONTH

******** ATTENTION ALL SUPPLIERS ************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING
E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL AT
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.
CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION

CONTINUE PAGE 2

A002047  USER MARGARITA MACIEL



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 18E W91 03 5367 472 1 |
| **Reference Number(s):** | PO JMS42764, EPH25356, PO JMS42764, EPH25356 |
| **Service Type:** | GROUND |
| **Package Weight:** | 2.00 Lbs |
| **Shipped or Billed on:** | Sep 28, 2005 |
| **Delivered on:** | Sep 29, 2005 10:16 A.M. |
| **Delivered to:** | EL PASO, TX, US |
| **Signed by:** | AGUILAR |

**Location:**          RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: Nov 22, 2005 6:21 P.M.   Eastern Time
(USA)

# Invoice

El Paso Heater & Supply Co.
12025 Rojas Dr.  Ste. I
El Paso, TX  79936
United States

Invoice Number:
**025359**

Voice:    915-855-8191
Fax:      915-855-3386

Invoice Date:
Sep 29, 2005

Page:
1

Duplicate

**Sold To:**
Delphi Automotive Systems S.A de CV
P.O BOX 981012
Accounts Payable
El Paso, TX  79998-1012

**Ship to:**
DELPHI AUTOMOTIVE SYSTEM E&T
48 WALTER JONES BLVD.
BLDG "B", DOCK 87, 88
EL PASO, TX  79906

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DEL100 | JMS42899 | Net 40 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| 075-SR | UPS COLLECT RED | | 11/8/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5.00 | | MB1J2AN3-B WATLOW MI INSULATED HEATER BAND 240V/900W  REQ: MANUEL HERRERA X 42827 | 96.00 | 480.00 |

| | |
|---|---|
| Subtotal | 480.00 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 480.00 |
| Payment/Credit Applied | |
| **TOTAL** | 480.00 |

Check/Credit Memo No:

# PURCHASE ORDER

**JMS42899**

PAGE 1

DELPHI PACKARD ELECTRIC SYSTEMS
DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E
32 CELERITY WAGON
EL PASO TX
79906

SHIP TO:

DELPHI AUTOMOTIVE SYSTEM
EQUIPMENT & TOOLING
48 WALTER JONES
DOCKS 87 & 88
EL PASO TX                    US
79906
*************************
*************************
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE
****** **

INVOICE TO:

VENDOR NUMBER 83-805-5382
EL PASO HEATER & SUPPLY CO
12025 ROJAS DR STE I
EL PASO TX
79936

39440                          US

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS
PACKAGES AND BILLS OF LADING

ALL COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT.
ITEM IDENTIFICATION NUMBER(S) MUST BE SHOWN ON PACKING SLIPS AND
INVOICES.

INVOICE ATTN: ACCOUNTS PAYABLE.
DO NOT DECLARE VALUATION OF EXPRESS SHIPMENTS OR INSURE PARCEL
POST.

ORDER DATE          PHONE: 915-612-3837
09/28/05            B. FIERRO
ALTERNATE ISSUE DATE    BUYER
                    P79
ACTIVATION EFFECTIVE    PURCHASING AGENT
DATE

SHIP VIA
DELPHI E&EM CALL 800-805-9433

TAX CODE/% 16          BASE UNIT PRICE    PRICE        UNIT OF
                                          MULTIPLE     MEASURE
                                                       PC

915 855 3386

PAYMENT TERMS    2ND DAY OF 2ND MONTH
NET

| ITEM SEQUENCE | QUANTITY ORDERED | KNOWN NAME | ITEM IDENTIFICATION NUMBER | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | INFO NUMBER | DATE REQUIRED |
|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | F.O.B. FOB COLLECT | | |
| | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: DIEGO GAMEZ | | | |
| 00001 | 5 | | PR097751 001 | MBL12AN4-X HEATER BAND 1 1/2 X 2 240V 900WATTS WHO ORDERED: MANUEL HERRERA | 10/07/05  N 240V 900WATTS | | 0.00% |

96.0000

0.00%

FOR DELPHI ENERGY & CHASSIS DIVISION ROUTING
INSTRUCTIONS, PLEASE CALL MENLO LOGISTICS AT
(800)805-9433 FOR DOMESTIC SHIPMENTS AND CALL
DELPHI E & C DIVISIONAL LOGISTICS AT (248)813-4462
FOR INTERNATIONAL SHIPMENTS. YOU AS A SUPPLIER MAY
REQUEST A ROUTING SET UP LETTER TO THE ABOVE
MENTIONED CONTACTS FOR ANY ORDERS IF APPLICABLE.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
EFT & MANUAL PAYMENTS. SELLER AGREES TO PAYMENT
TERMS ACCORDING TO THEIR CURRENT EFT PAYMENT
AGREEMENT OR, WHERE EFT IS NOT IN PLACE, GM MAY DEFER
MAKING PAYMENT BY PAPER CHECK DURING ANY RECOGNIZED
GM HOLIDAY UNTIL THE NEXT GM BUSINESS DAY WITHOUT
BEING IN DEFAULT OR LOSING ANY CASH DISCOUNTS.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS

CONTINUE PAGE 2

A002056  USER BRENDA O FIERRO



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the
shipment listed below.

**Tracking Number:**      1Z 18E W91 03 5164 682 7
**Reference Number(s):**  PO: JMS42899 ATTN: RAMIRO JIMENEZ, EP25359, PO: JMS42899 ATTN:
                          RAMIRO JIMENEZ, EP25359
**Service Type:**         GROUND
**Package Weight:**       3.00 Lbs
**Shipped or Billed on:** Sep 29, 2005
**Delivered on:**         Sep 30, 2005 10:05 A.M.
**Delivered to:**         EL PASO,  TX, US
**Signed by:**            GONZALES

**Location:**             RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Nov 22, 2005 6:24 P.M.   Eastern Time
(USA)