IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |

Response to 9th Omnibus Objection to Claims by Delphi Corporation, *et al;* Sierra Liquidity Fund, LLC (Assignee); Fair-Rite Products Corporation (Assignor), Claim No. 14663

from:  Sierra Liquidity Fund, LLC (Assignee);  Fair-Rite Products Corporation (Assignor), Claim No. 14663, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17, fax:  949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:  Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn:  General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:  Sierra Liquidity Fund, LLC (Assignee); Fair-Rite Products Corporation (Assignor), Claim No. 14663

date:  Wednesday, February 28th, 2007

Sierra Liquidity Fund, LLC ("Sierra") has received the Debtor's 9th Omnibus Objection to claims requesting that the above claim in the amount of $16,275.01 be reduced and modified on the basis that the claim and asserted liability are not owing pursuant to the Debtor's books and records.

Sierra Liquidity Fund, LLC (Assignee) and Fair-Rite Products Corporation (Assignor) ("Fair-Rite") Object to this Objection.

1.  Please find attached sufficient documentation supporting the filed Proof of Claim # 14663 in an amount of $16,275.01.

2.  Upon review of the filed Proof of Claim and supporting documentation, we dutifully request that Debtors and the Court allow Claim # 14663 for the full filed amount of $16,275.01 as liquidated and undisputed.

3.  To expedite this matter, we suggest a Stipulation Agreement be prepared for the amount of $16,275.01 and sent immediately to Sierra's attention for signature.

4.  Copies of the following have been enclosed with this response:  The Notice of 9th Omnibus Objection to Claim # 14663, the transfer agreement executed between Sierra Liquidity Fund, LLC (Assignee/Transferee) and Fair-Rite Products Corporation (Assignor), Proof of Claim # 14663 as originally filed by Sierra Liquidity Fund, LLC as Assignee and Attorney-In-Fact for Fair-Rite Products Corporation (Assignor) and the supporting documentation requested for claim # 14663 evidencing the amount of $16,275.01 owed on Claim # 14663 filed by Sierra Liquidity Fund, LLC; Assignor: Fair-Rite Products Corporation  **The supporting documents in Proof of Claim # 14663 include Invoices, Purchase Orders, and Proof of Deliveries.**

5.  Sierra and Fair-Rite see no basis on behalf of the Debtor for the proposed reduction and modification of Claim # 14663, as the supporting claim documentation (Invoices, Purchase Orders, and Proofs of Deliveries) clearly show a preponderance of evidence that the claim in the amount of $16,275.01 remains due and owing as a valid unpaid pre-petition unsecured claim.

6.  Sierra and Fair-Rite do not object to the proposed Modified Debtor for which Claim # 14663 is against.

Please contact any of the following at your earliest convenience to resolve the objection.

Sierra Liquidity Fund, LLC Assignee and Attorney-In-Fact for Fair-Rite Products Corporation.

| | | |
|---|---|---|
| Scott August | Tammy Garza | Jim Riley |
| 949-660-1144, ext. 17 | 949-660-1144 ext. 22 | 949-660-1144 ext. 16 |
| saugust@sierrafunds.com | tgarza@sierrafunds.com | jriley@sierrafunds.com |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, <u>et al.</u>,        :        Case No. 05-44481 (RDD)
                                          :
                Debtors.                  :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>NOTICE OF OBJECTION TO CLAIM</u>

Sierra Liquidity Fund LLC Assignee Fair Rite Products Corporation & Aerielle Inc Assignor:

        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon
the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of
your claims identified in the table below should be disallowed and expunged as summarized in that table
and described in more detail in the Debtors' Ninth Omnibus Objection To Certain Claims (the "Ninth
Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Ninth Omnibus
Objection is set for hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One
Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE
ENCLOSED NINTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO
RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING
EASTERN TIME) ON MARCH 15, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER
DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED
WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Ninth Omnibus Objection identifies six different categories of objections. The
category of claim objection applicable to you is identified in the table below in the column entitled "Basis
For Objection":

        Claims identified as having a Basis For Objection of "Insufficiently Documented Claim"
        are those Claims that did not contain sufficient documentation in support of the Claim
        asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

        Claims identified as having a Basis For Objection of "Untimely Insufficiently
        Documented Claim" are those Claims that did not contain sufficient documentation in
        support of the Claim asserted, making it impossible for the Debtors meaningfully to
        review the asserted Claim, and also were not timely filed pursuant to the Order Under 11
        U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7),
        3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And

Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claim" are those Claims were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims for which (a) the Debtors have determined were overstated or were denominated in foreign currencies and the Debtors seek to modify to a fully liquidated, U.S.-denominated amount, and/or (b) the Debtors seek to appropriately re-classify the total amount of such remaining Claims, and/or (c) the Debtors seek to specify the appropriate Debtor by case number.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 7/31/2006 | 14663 | $16,275.01 | Claims Subject to Modification | 05-44567 ↳ Mechanic. | $2,912.00 | General Unsecured |
| | | | | 05-44640 ↳ DAS | $8,638.56 | General Unsecured |
| 7/31/2006 | 14678 | $133,375.00 | Claims Subject to Modification | 05-44612 ↳ DIESEL | $131,175.00 | General Unsecured |
| | | | | 05-44640 ↳ DAS | $2,200.00 | General Unsecured |

If you wish to view the complete exhibits to the Ninth Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Ninth Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), ARE APPLICABLE TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO OBJECTION BY THE DEBTORS PURSUANT TO THE OBJECTION SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Ninth Omnibus Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Eastern Time) on March 15, 2007. Your Response, if any, to the Ninth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the claim; (v) to the extent that the claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

If you properly and timely file and serve a Response in accordance with the above procedures, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will

automatically be adjourned from the March 22, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO PROVISIONALLY ACCEPT SUCH AMOUNT AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. If no Responses to the Ninth Omnibus Objection are timely filed and served in accordance with the procedures set forth herein and in the Claims Objection Procedures Order, the Bankruptcy Court may enter an order sustaining the Ninth Omnibus Objection without further notice other than notice of the entry of such an order as provided in the Claims Objection Procedures Order. Thus, your failure to respond may forever bar you from sustaining a claim against the Debtors.

4

Transfer of Claim

# Delphi Corporation, et al.

This agreement (the "Agreement") is entered into between _Fair-Rite Products Corp._ ("Assignor") and Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC or assignee ("Assignee") with regard to the following matters:

1. Assignor in consideration of the sum of ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ount outstanding on the Assignor's trade claim (the "Purchase Price"), does hereby transfer to Assignee all of the Assignor's right, title and interest in and to all of the claims of Assignor (the "Claim") against Delphi Corporation, et al. (affiliates, subsidiaries and other related debtors) (the "Debtor"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court of New York, Southern District, in the current amount of not less than $16,275.01 _____ [insert the amount due, which shall be defined as "the Claim Amount"], and all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments, and other property which may be paid or issued by the Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment is an absolute and unconditional assignment of ownership of the Claim, and shall not be deemed to create a security interest.

2. Assignee shall be entitled to all distributions made by the Debtor on account of the Claim, even distributions made and attributable to the Claim being allowed in the Debtor's case, in an amount in excess of the Claim Amount. Assignor represents and warrants that the amount of the Claim is not less than the Claim Amount, that this amount is the true and correct amount owed by the Debtor to the Assignor, and that no valid defense or right of set-off to the Claim exists.

3. Assignor further represents and warrants that no payment has been received by Assignor or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim, in whole or in part, to any third party, that Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value.

4. Should it be determined that any transfer by the Debtor to the Assignor is or could have been avoided as a preferential payment, Assignor shall repay such transfer to the Debtor in a timely manner. Should Assignor fail to repay such transfer to the Debtor, then Assignee, solely at its own option, shall be entitled to make said payment on account of the avoided transfer, and the Assignor shall indemnify the Assignee for any amounts paid to the Debtor. If the Bar Date for filing a Proof of Claim has passed, Assignee reserves the right, but not the obligation, to purchase the Trade Claim for the amount published in the Schedule F.

5. Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization. Assignor acknowledges that, except as set forth in this agreement, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of the Debtor (financial or otherwise), any other matter relating to the proceedings, the Debtor, or the likelihood of recovery of the Claim. Assignor represents that it has adequate information concerning the business and financial condition of the Debtor and the status of the Proceedings to make an informed decision regarding its sale of the Claim.

6. In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim. The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses.

7. To the extent that it may be required by applicable law, Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim. Assignor grants unto Assignee full authority to do all things necessary to enforce the Claim and Assignor's rights thereunder. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that the Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount in the Proceedings or in any other dispute arising out of or relating to the Claim, whether or not suit or other proceedings are commenced, and whether in mediation, arbitration, at trial, on appeal, or in administrative proceedings. Assignor agrees to

take such reasonable further action, as may be necessary or desirable to effect the Assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

8.  Assignor shall forward to Assignee all notices received from the Debtor, the court or any third party with respect to the Claim, including any ballot with regard to voting the Claim in the Proceeding, and shall take such action with respect to the Claim in the proceedings, as Assignee may request from time to time.  Assignor acknowledges that any distribution received by Assignor on account of the Claim from any source, whether in form of cash, securities, instrument or any other property or right, is the property of and absolutely owned by the Assignee, that Assignor holds and will hold such property in trust for the benefit of Assignee and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

9.  In the event of any dispute arising out of or relating to this Agreement, whether or not suit or other proceedings is commenced, and whether in mediation, arbitration, at trial, on appeal, in administrative proceedings, or in bankruptcy (including, without limitation, any adversary proceeding or contested matter in any bankruptcy case filed on account of the Assignor), the prevailing party shall be entitled to its costs and expenses incurred, including reasonable attorney fees.

10.  The terms of this Agreement shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

11.  Assignor hereby acknowledges that Assignee may at any time further assign the Claim together with all rights, title and interests of Assignee under this Agreement.  All representations and warranties of the Assignor made herein shall survive the execution and delivery of this Agreement.  This Agreement may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

12.  This contract is not valid and enforceable without acceptance of this Agreement with all necessary supporting documents by the Transferee, as evidenced by a countersignature of this Agreement. The Assignee may reject the proffer of this contract for any reason whatsoever.

13.  This Agreement shall be governed by and construed in accordance with the laws of the State of California.  Any action arising under or relating to this Agreement may be brought in any state or federal court located in California, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Agreement, and in any action hereunder, Assignor and Assignee waive any right to demand a trial by jury.

**If you have filed a Proof of Claim please check here:** _____

**Please include invoices, purchase orders, and/or proofs of delivery that relate to the claim.**

Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives its right to raise any objection thereto and its right to receive notice pursuant to rule 3001 of the rules of the Bankruptcy procedure.

IN WITNESS WHEREOF, the undersigned Assignor hereto sets his hand this ___9Th___ day of __November__, 2005.

ATTEST

Fair-Rite Products Corp.
Name of Company

By _Linda Bender_
Signature

One Commercial Row
Street Address

_Accounting Manager_
[Print Name and Title]

Wallkill, NY    12589
City, State & Zip

_845-895-2055_
Phone Number

_845-895-2055_
Fax Number                              Email

Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, et al.
2699 White Rd, Ste 255, Irvine, CA 92614
949-660-1144 x17; fax: 949-660-0632 jriley@sierrafunds.com
10/20/05

Agreed and Acknowledged,
Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, et al

# PROOF OF CLAIM
### This Space For Court Use Only

**United States Bankruptcy Court** ___Southern___ **District Of** ___New York___

Name of Debtor
Delphi Automotive Systems, LLC & Delphi Corporation, et al.

Case Number
05-44640 & 05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**Sierra Liquidity Fund, LLC (Assignee)**
**Fair-Rite Products Corporation (Assignor)**

Name and Address where notices should be sent:

Sierra Liquidity Fund
2699 White Road - Suite 255
Irvine, CA 92614

Telephone Number: 949-660-1144 x 17

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☒ amends   a previously filed claim dated: __12/6/05__
↳ POC # 1035

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
         (date)              (date)

**2. Date debt was incurred:**   Various

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ 16,275.01
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Total Amount of Claim at Time Case Filed:** $ 16,275.01
                                          (Unsecured)      (Secured)      (Priority)          16,275.01
                                                                                               (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

__/27/06__

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):   J. S. Riley   Pres.

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 and 3571

## Summary of Attached Invoices and Documents

**Fair - Rite Products Corp**
**Sierra Liquidity Fund, LLC (Assignee)**

| INVOICE NUMBER | DATE | AMOUNT | Shipment Number | Purchase Order |
|---|---|---|---|---|
| 422191 | 08/22/05 | $ 1,851.12 | BRO 5243220 | PEDP440028 |
| 422956 | 09/02/05 | $ 1,851.12 | 468355930 | PEDP440028 |
| 423312 | 09/12/05 | $ 1,851.12 | 468355926 | PEDP440028 |
| 423677 | 09/19/05 | $ 1,851.12 | 468355904 | PEDP440028 |
| 424043 | 09/26/05 | $ 1,234.08 | 468355893 | PEDP440028 |
| 418206 | 06/14/05 | $ 2,079.00 | 624-218902-5 | 9570 55280 |
| 418782 | 06/23/05 | $ 2,633.40 | 624-221865-8 | 9571 55280 |
| 423630 | 09/16/05 | $ 582.40 | 120 342 01 6438 907 0 | |
| 423696 | 09/19/05 | $ 1,176.85 | 120 342 03 6400 764 8 | |
| 423996 | 09/23/05 | $ 1,164.80 | 120 342 03 6483 261 2 | |

| | Total | $ 16,275.01 |
|---|---|---|

| INVOICE NO. | INVOICE DATE |
|---|---|
| 422191 | 8/22/05 |

## Customer Invoice

REMIT TO:
FAIR-RITE PRODUCTS CORP.
PO BOX 9000
DEPARTMENT NO. 464
BUFFALO, NY 14267

THE GOODS OR SERVICES COVERED
BY THIS INVOICE WERE PRODUCED IN
COMPLIANCE WITH THE REQUIREMENTS
OF THE FAIR LABOR STANDARDS ACT
OF 1938, AS AMENDED.
*ALL CLAIMS MUST BE MADE IN SEVEN
DAYS AFTER RECEIPT OF GOODS*.
FED. I.D. NO. 14-1386596

FORM ACC-1 REV. 1

**Fair-Rite Products Corp.**
P.O. Box J, One Commercial Row, Wallkill, NY 12589-0288
Phone (845) 895-2055    FAX (845) 895-2629
e-mail: ferrites@fair-rite.com    www.fair-rite.com
**Your Signal Solution ™**

QS-9000 REGISTERED COMPANY
QS-9000 REGISTERED COMPANY
ACCREDITED ANSI-RAB QMS

| SOLD TO | 00014300 |
|---|---|

00014300
DELPHI DELCO ELECTRONICS
ATTN: ACCOUNTS PAYABLE
PO BOX 9005
KOKOMO, IN 46904-9005

| SHIP TO | 00014307 |
|---|---|

00014307
DELPHI D DELNOSA
601 JOAQUIN CAVAZOS ROAD
PLANT DA24 ATTN: ARMONDO BELTRAN
LOS INDIOS, TX 78567

These commodities are licensed by the U.S. for ultimate destination UNITED STATES OF AMERICA . Diversion contrary to U.S. law prohibited.

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B. | CARRIER | TERMS & CONDITIONS | ACCOUNT SALES REP |
|---|---|---|---|---|---|---|
| 8/22/05 | 422191 | 002026953 | FOB/EXWORKS PER FR SHIP FROM | BURLINGTON AIR EXPRESS GLDB | NET 30 DAYS | 00009 FRANK J. CAMPISANO CO. |

| | | CUSTOMER PO# | CTN.QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|

| ITEM | PART NO. | DESCRIPTION | F.O.B. | | | |
|---|---|---|---|---|---|---|
| 1 | 2744041447L | CMS2.9/5.6/4.7-44 | 0550041812 | 21600.00 | 85.70000 | 1851.12 |
| CPT# | 9386259 | 44 COMMON MODE SM BEAD | ORD#:   326819   ITM#:   2   REL: 31 | EA | K | |
| | Country of Origin:   PRC | Ship From: Wallkill, NY | | | | |

Customer Service Contact: Cindy Barbanti x624
Customer Contacts for Order:
COMMISSIONED BUYER
Prices are quoted and components are manufactured, tested, packaged and sold according to Fair-Rite Products Corp.'s standard
specifications and procedures as indicated by Fair-Rite part number. Any deviation to these procedures must be agreed upon prior
to order acceptance and may require price adjustments. If requested at the time of order placement, order and component
documentation will be supplied free of charge. Documentation requested at a later date may incur charges.

Payment Due On:  9/21/05 Payments not made when due shall bear a finance charge of one point five percent (1.5%) per month on the overdue amount.

| | DEFAULT |
|---|---|

**CURRENCY:  US DOLLARS**

| | TOTAL: |
|---|---|
| | 1851.12 |

408-35594

*APPROVED 15.32*

```
********************************                    DATE: 08/31/05
                              BAX GLOBAL             TIME: 1448
MANIFEST: BRO 05243220     DELIVERY MANIFEST         PAGE  1 OF  2

CARTAGE CO: 000 STAGECOACH CARTAGE CO
   DRIVER: 008 DELCO / 14TH STREET

    AIRBILL #      CONSIGNEE          SHIPPER        PIECES   WEIGHT
----------------------------------------------------------------
LRD  457204462   DELPHI RIMIR       DELPHI P          4       44
702 JOAQUIN CAVAZOS RD              TX   SD-08/30    AGT CHG$
LOS INDIOS          TX 78567                                   1
REF PTA NORMAL   CMT  Elvia Torres  TIME 5 25 RCVD BY Ctn   EA

PIT  463924403   DELPHI D DELNOSA   KEYSTONE THERMOMETR 1    15
702 JOAQUIN CAVAZOS                 PA   SD-08/30    AGT CHG$   5
LOS INDIOS          TX 78567                                   2
REF              CMT                TIME___:___ RCVD BY Ctn

EWR  468355941   DELPHI DELCO ELECTRO FAIR-RITE PRODUCTS 1    26
701 JOAQUIN CAVAZOS RD    O         NY   SD-08/22    AGT CHG$
LOS INDIOS          TX 78567                          N/S      3
REF PTA NORMAL   CMT                TIME___:___ RCVD BY

MEM  476026843   DELPHI D DELNOSA   PHILIPS SEMICONDUCT 15   331
702 JOAQUIN CAVAZOS                 TN   SD-08/30    AGT CHG$
LOS INDIOS          TX 78567                                   4
REF              CMT  Elvia Torres  TIME 5 25 RCVD BY Ctn   EA

MEM  476026876   DELPHI D DELNOSA   PHILIPS SEMICONDUCT 11   108
702 JOAQUIN CAVAZOS                 TN   SD-08/30    AGT CHG$
LOS INDIOS          TX 78567                                   5
REF              CMT                TIME___:___ RCVD BY Ctn

MEM  476026880   DELPHI D DELNOSA   PHILIPS SEMICONDUCT 15   135
702 JOAQUIN CAVAZOS                 TN   SD-08/30    AGT CHG$
LOS INDIOS          TX 78567                                   6
REF              CMT                TIME___:___ RCVD BY Ctn

MEM  476026913   DELPHI D DELNOSA   PHILIPS SEMICONDUCT 5    79
702 JOAQUIN CAVAZOS                 TN   SD-08/30    AGT CHG$
LOS INDIOS          TX 78567                                   7
REF              CMT                TIME___:___ RCVD BY Ctn

GDL  612529444   DELPHI ILS COMP MECH VOGT ELECTRONIC DE 1   222
702 JOAQUIN CAVAZOS RD              VG   SD-08/30    AGT CHG$
LOS INDIOS          TX 78567                                   8
REF              CMT                TIME___:___ RCVD BY 6Ctn

IND  700947796-7 DELPHI DELCO ELECTRO TWOSON TOOLS     11  3 339
701 JOAQUIN CAVAZOS RD    O         IN   SD-08/30    AGT CHG$
LOS INDIOS          TX 78567                          63Ctn
REF PTA NORMAL   CMT                TIME___:___ RCVD BY        9
----------------------------------------------------------------
FREIGHT RCVD Rms      TIME___:___  | TOTAL AGENT CHARGES_____

                                    APPROVED Jessica Villeblu
MONIES AND                          DATE APPROVED 8/31/05
RECEIPTS BY_____   TIME___:___                  21.03
```

MANIFEST: BRO 0524:220          BAX GLOBAL          DATE: 08/31/05
                               DELIVERY MANIFEST    TIME: 1448
CARTAGE CO: 000 STAGECOACH CARTAGE CO              PAGE   2 OF  2
    DRIVER: 008 DELCO / 14TH STREET

| AIRBILL # | CONSIGNEE | SHIPPER | PIECES | WEIGHT |
|---|---|---|---|---|
| FWA    547525112 | DELPHI D DELNOSA | ADEPT CUSTOM MOLDER | 2 | 40 |
| 702 JOAQUIN CAVAZOS | C | IN    SD-08/30    AGT CRES | | |
| LOS INDIOS | | | | |
| REF XX | CMT _Elvia Torres_ TIME _5 25_ RCVD BY _Torres Elvi._ | | | |

TOTAL SHIPMENTS = 10    TOTAL PIECES =   56   TOTAL WEIGHT = '1339

FREIGHT RCVD _R Ramos_      TIME___:___ | TOTAL AGENT CHARGES_____
                                        | APPROVED _Jessica Villalobos_
MONIES AND                              |
RECEIPTS BY_____      TIME___:___     | DATE APPROVED _8/31/05_

START MILEAGE_____    END MILEAGE_____    ELAPSED MILEAGE
                                                    _27.03_

**Page No : 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 422956 | 9/02/05 |

## Customer Invoice

REMIT TO:
FAIR-RITE PRODUCTS CORP.
PO BOX 9000
DEPARTMENT NO. 464
BUFFALO, NY 14267

FORM ACC-1 REV 1
THE GOODS OR SERVICES COVERED
BY THIS INVOICE WERE PRODUCED IN
COMPLIANCE WITH THE REQUIREMENTS
OF THE FAIR LABOR STANDARDS ACT
OF 1938, AS AMMENDED.
"ALL CLAIMS MUST BE MADE IN SEVEN
DAYS AFTER RECEIPT OF GOODS".
FED. I.D. NO. 14-1365960

**Fair-Rite Products Corp.**
PO Box J, One Commercial Row, Wallkill, NY 12589-0288
Phone (845) 895-2055    FAX (845) 895-2629
e-mail: ferrites@fair-rite.com    www.fair-rite.com
**Your Signal Solution ™**

ACCREDITED
ANSI-RAB QMS
QS-9000 REGISTERED COMPANY

SOLD TO
00014300
DELPHI DELCO ELECTRONICS
ATTN: ACCOUNTS PAYABLE
PO BOX 9005
KOKOMO, IN 46904-9005

SHIP TO
00014307
DELPHI D DELNOSA
601 JOAQUIN CAVAZOS ROAD
PLANT DA24 ATTN: ARMONDO BELTRAN
LOS INDIOS, TX 78567

These commodities are licensed by the U.S. for ultimate destination UNITED STATES OF AMERICA . Diversion contrary to U.S. law prohibited.

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS | ACCOUNT SALES REP | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9/02/05 | 422956 | 002026953 | FOB/EXWORKS PER FR SHIP FROM | BURLINGTON AIR EXPRESS GLOBENET | 30 DAYS | 00009 FRANK J. CAMPISANO CO. | 1851.12 |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | CUSTOMER PO# | QTY.SHIPPED | U.PRICE/U/M |
|---|---|---|---|---|---|---|
| 1 | 2744041447L | CMS2.9/5.6/4.7-44 | REL. 33 | 0550041812 | 21600.00 | 85.70000 |
| CPT# | 9386259 | 44 COMMON MODE SM BEAD | | ORD#: 326819 ITM#: 2 | EA | K |
| | Country of Origin:   PRC | Ship From: Wallkill, NY | | | | |

Customer Service Contact: Cindy Barbanti x624
Customer Contacts for Order:
COMMISSIONED BUYER

Prices are quoted and components are manufactured, tested, packaged and sold according to Fair-Rite Products Corp.'s standard
specifications and procedures as indicated by Fair-Rite part number. Any deviation to these procedures must be agreed upon prior
to order acceptance and may require price adjustments. If requested at the time of order placement, order and component
documentation will be supplied free of charge. Documentation requested at a later date may incur charges.

Payment Due On: 10/02/05 Payments not made when due shall bear a finance charge of one point five percent(1.5%) per month on the overdue amount.

# 468 355930

DEFAULT

**CURRENCY:   US DOLLARS**

**TOTAL:    1851.12**

# Shipment Tracking Details

### Tracking Information

Tracking Number: **468355930**                    Origin Waybill:
Filtered By:    Tracking Number **468355930**

### Shipment Information                    ### Package Information

Status: **Delivered**                                  Pieces: 1
Signature: J. Gamez                              Weight: 26.0 L **
Service Level: Standard Second Day              Volume Weight: 26.0 L
Shipped Date: 02-Sep-2005              View Dimensions: View Dimensions
Origin: Wallkill, NY, US
Destination: Los Indios, TX, US

### References

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | CO# 326819 |
| PREMIUM TRANSPORTATION AUTH | PTA NORMAL |

### Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 06-Sep-2005 | 1430 | 1 | **Delivered** | Brownsville, TX, US | J. GAMEZ |
| 08-Sep-2005 | 1338 | 1 | **Scanned** | Brownsville, TX, US | |
| 04-Sep-2005 | 1145 | 1 | **Arrived** | Dallas, TE | |
| 03-Sep-2005 | 0900 | 1 | **Departed** | Newark, NJ, US | |
| 03-Sep-2005 | 0711 | 1 | **Scanned** | Newark, NJ, US | |
| 02-Sep-2005 | 2056 | 1 | **Shipment Labeled** | Newark, NJ, US | |
| 02-Sep-2005 | 1600 | 1 | **Received** | Newark, NJ, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

Page No: 1

**Fair-Rite Products Corp.**
PO Box J, One Commercial Row, Wallkill, NY 12589-0288
Phone (845) 895-2055 FAX (845) 895-2629
e-mail: ferrites@fair-rite.com www.fair-rite.com
**Your Signal Solution ™**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 423312 | 9/12/05 |

**Customer Invoice**

REMIT TO:
FAIR-RITE PRODUCTS CORP.
PO BOX 6000
DEPARTMENT NO. 464
BUFFALO NY 14267

THE GOODS OR SERVICES COVERED
BY THIS INVOICE WERE PRODUCED IN
COMPLIANCE WITH THE REQUIREMENTS
OF THE FAIR LABOR STANDARDS ACT
OF 1938, AS AMMENDED.
"ALL CLAIMS MUST BE MADE IN SEVEN
DAYS AFTER RECEIPT OF GOODS"
FED. I.D. NO. 14-1388596
FORM ACC-1 REV 1

**SOLD TO**
00014300
DELPHI DELCO ELECTRONICS
ATTN: ACCOUNTS PAYABLE
PO BOX 9005
KOKOMO, IN 46904-9005

**SHIP TO**
00014307
DELPHI D DELNOSA
601 JOAQUIN CAVAZOS ROAD
PLANT DA24 ATTN: ARMONDO BELTRAN
LOS INDIOS, TX 78567

These commodities are lissensed by the U.S. for ultimate destination UNITED STATES OF AMERICA . Diversion contrary to U.S. law prohibited.

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS | ACCOUNT SALES REP |
|---|---|---|---|---|---|---|
| 9/12/05 | 423312 | 002026953 | FOB/EXWORKS PER FR SHIP FROM | BURLINGTON AIR EXPRESS GLOBET NET 30 DAYS | | 00009 FRANK J. CAMPISANO CO. |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 2744041447L | CMS2.9/5.6/4.7-44 | 055004182 | | 21600.00 | 85.70000 | 1850 |
| | 9386259 | 44 COMMON MODE SM BEAD | ORD#: 326819 ITM#: 2 REL: 34 | | EA | K | |
| | Country of Origin: PRC | Ship From: Wallkill, NY | | | | | |

Customer Service Contact: Cindy Barbanti x624
Customer Contacts for Order:
COMMISSIONED BUYER

Prices are quoted and components are manufactured, tested, packaged and sold according to Fair-Rite Products Corp.'s standard specifications and procedures as indicated by Fair-Rite part number. Any deviation to these procedures must be agreed upon prior to order acceptance and may require price adjustments. If requested at the time of order placement, order and component documentation will be supplied free of charge. Documentation requested at a later date may incur charges.

Payment Due On: 10/12/05 Payments not made when due shall bear a finance charge of one point five percent(1.5%) per month on the overdue amount.

DEFAULT

| | | TOTAL: | 1851.12 |
|---|---|---|---|

**CURRENCY: US DOLLARS**

CPT#

468 355936

1851.12

# Shipment Tracking Details

## Tracking Information

Tracking Number: **468355926**                          Origin Waybill:

Filtered By:    Tracking Number **468355926**

## Shipment Information                      Package Information

Status: **Delivered**                                      Pieces: 1
Signature: F Lopez                                    Weight: 26.0 L **
Service Level: Standard Second Day          Volume Weight: 26.0 L
Shipped Date: 12-Sep-2005              View Dimensions: View Dimensions
Origin: Wallkill, NY, US
Destination: Los Indios, TX, US

### References

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | 326819-35 |
| PREMIUM TRANSPORTATION AUTH | PTA NORMAL |

### Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 15-Sep-2005 | 1545 | 1 | Delivered | Brownsville, TX, US | F LOPEZ |
| 15-Sep-2005 | 1227 | 1 | Out for Delivery | Brownsville, TX, US | |
| 15-Sep-2005 | 1031 | 1 | Scanned | Brownsville, TX, US | |
| 15-Sep-2005 | 1013 | 1 | Scanned | Brownsville, TX, US | |
| 15-Sep-2005 | 0910 | 1 | Arrived | Brownsville, TX, US | |
| 14-Sep-2005 | 1000 | 1 | Departed | Memphis, TN, US | |
| 14-Sep-2005 | 0840 | 1 | Scanned | Memphis, TN, US | |
| 14-Sep-2005 | 0840 | 1 | Arrived | Memphis, TN, US | |
| 13-Sep-2005 | 1724 | 1 | Departed | Toledo, OH, US | |
| 13-Sep-2005 | 1513 | 1 | Scanned | Toledo, OH, US | |
| 12-Sep-2005 | 1954 | 1 | Shipment Labeled | Newark, NJ, US | |
| 12-Sep-2005 | 1600 | 1 | Received | Newark, NJ, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any
inconvenience, but must strictly adhere to all government security regulations.

**Page No : 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 423677 | 9/19/05 |

## Customer Invoice

REMIT TO:
FAIR-RITE PRODUCTS CORP.
PO BOX 5000
DEPARTMENT NO. 464
BUFFALO NY 14267

THE GOODS OR SERVICES COVERED
BY THIS INVOICE WERE PRODUCED IN
COMPLIANCE WITH THE REQUIREMENTS
OF THE FAIR LABOR STANDARDS ACT
OF 1938, AS AMENDED.
"ALL CLAIMS MUST BE MADE IN SEVEN
DAYS AFTER RECEIPT OF GOODS".
FED. I.D. NO. 14-1389596

Fair-Rite Products Corp.
PO Box J, One Commercial Row, Wallkill, NY 12589-0288
Phone (845) 895-2055    FAX (845) 895-2629
e-mail: ferrites@fair-rite.com    www.fair-rite.com
**Your Signal Solution™**

QS-9000 REGISTERED COMPANY
ACCREDITED ANSI-RAB QMS ★

00014300
**SOLD TO**  DELPHI DELCO ELECTRONICS
ATTN: ACCOUNTS PAYABLE
PO BOX 9005
KOKOMO, IN 46904-9005

00014307
**SHIP TO**  DELPHI D DELNOSA
601 JOAQUIN CAVAZOS ROAD
PLANT DA24 ATTN:ARMONDO BELTRAN
LOS INDIOS, TX 78567

These commodities are licensed by the U.S. for ultimate destination UNITED STATES OF AMERICA. Diversion contrary to U.S. law prohibited.

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS | ACCOUNT SALES REP |
|---|---|---|---|---|---|---|
| 9/19/05 | 423677 | 002026953 | F0B/EXWORKS PER FR SHIP FROM | BURLINGTON AIR EXPRESS GLOBAL | NET 30 DAYS | 00009 FRANK J. CAMPISANO CO. |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 2744041447L | CMS2.9/5.6/4.7-44 | 0550041812 | | 21600.00 | 85.70000 | 1851.12 |
| CPT# | 9386259 | 44 COMMON MODE SM BEAD | ORD#:  326819 ITM#:  2 | REL: 35 | EA | K | |
| | Country of Origin:  PRC | Ship From: Wallkill, NY | | | | | |

Customer Service Contact: Cindy Barbanti x624
Customer Contacts for Order:
COMMISSIONED BUYER

Prices are quoted and components are manufactured, tested, packaged and sold according to Fair-Rite Products Corp.'s standard
specifications and procedures as indicated by Fair-Rite part number. Any deviation to these procedures must be agreed upon prior
to order acceptance and may require price adjustments. If requested at the time of order placement, order and component
documentation will be supplied free of charge. Documentation requested at a later date may incur charges.

Payment Due On: 10/19/05 Payments not made when due shall bear a finance charge of one point five percent(1.5%) per month on the overdue amount.

DEFAULT

A⊔8 - 35590

| CURRENCY:  US DOLLARS | | TOTAL: | 1851.12 |
|---|---|---|---|

# Shipment Tracking Details

## Tracking Information

Tracking Number:  **468355904**                    Origin Waybill:
Filtered By:    Tracking Number **468355904**

## Shipment Information

Status: **Delivered**

Signature: F Lopez

Service Level: Standard Second Day

Shipped Date: 20-Sep-2005

Origin: Wallkill, NY, US

Destination: Los Indios, TX, US

## Package Information

Pieces: 1

Weight: 26.0 L **

Volume Weight: 26.0 L

View Dimensions: View Dimensions

## References

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | 326819-35 |
| PREMIUM TRANSPORTATION AUTH | PTA NORMAL |

## Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 22-Sep-2005 | 1530 | 1 | **Delivered** | Brownsville, TX, US | F LOPEZ |
| 22-Sep-2005 | 1132 | 1 | **Scanned** | Brownsville, TX, US | |
| 22-Sep-2005 | 1123 | 1 | **Scanned** | Brownsville, TX, US | |
| 22-Sep-2005 | 0815 | 1 | **Departed** | Memphis, TN, US | |
| 22-Sep-2005 | 0515 | 1 | **Scanned** | Memphis, TN, US | |
| 22-Sep-2005 | 0515 | 1 | **Arrived** | Memphis, TN, US | |
| 21-Sep-2005 | 1743 | 1 | **Departed** | Toledo, OH, US | |
| 21-Sep-2005 | 1312 | 1 | **Scanned** | Toledo, OH, US | |
| 21-Sep-2005 | 1121 | 1 | **Arrived** | Toledo, OH, US | |
| 21-Sep-2005 | 0034 | 1 | **Departed** | Newark, NJ, US | |
| 20-Sep-2005 | 2342 | 1 | **Scanned** | Newark, NJ, US | |
| 20-Sep-2005 | 2246 | 1 | **Shipment Labeled** | Newark, NJ, US | |
| 20-Sep-2005 | 1600 | 1 | **Received** | Newark, NJ, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

**Fair-Rite Products Corp.**
P.O. Box J, One Commercial Row, Wallkill, NY 12589-0288
Phone (845) 895-2055    FAX (845) 895-2629
e-mail: ferrites@fair-rite.com    www.fair-rite.com
**Your Signal Solution ™**

QS-9000 REGISTERED COMPANY

ACCREDITED ANSI-RAB QMS

Page No: 1

| | INVOICE NO. | INVOICE DATE |
|---|---|---|
| | 424043 | 9/26/05 |

**Customer Invoice**

REMIT TO:
FAIR-RITE PRODUCTS CORP.
PO BOX 8000
DEPARTMENT NO. 464
BUFFALO NY 14267

FORM ACC-1 REV 1
THE GOODS OR SERVICES COVERED
BY THIS INVOICE WERE PRODUCED IN
COMPLIANCE WITH THE REQUIREMENTS
OF THE FAIR LABOR STANDARDS ACT
OF 1938, AS AMMENDED.
*ALL CLAIMS MUST BE MADE IN SEVEN
DAYS AFTER RECEIPT OF GOODS*.
FED. I.D. NO. 14-1385566

**SOLD TO**
00014300
DELPHI DELCO ELECTRONICS
ATTN:ACCOUNTS PAYABLE
PO BOX 9005
KOKOMO, IN 46904-9005

**SHIP TO**
00014307
DELPHI D DELMOSA
601 JOAQUIN CAVAZOS ROAD
PLANT DA24 ATTN:ARMONDO BELTRAN
LOS INDIOS, TX 78567

4c8-355
893

These commodities are licensed by the U.S. for ultimate destination UNITED STATES OF AMERICA . Diversion contrary to U.S. law prohibited.

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B. | CARRIER | TERMS & CONDITIONS | ACCOUNT SALES REP |
|---|---|---|---|---|---|---|
| 9/26/05 | 424043 | 002026953 | FOB/EXWORKS PER FR SHIP FROM | BURLINGTON AIR EXPRESS GLDBNET | 30 DAYS | 00009 FRANK J. CAPISANO CO. |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY-SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 2744041447L | CN$2.9/5.6/4.7-44 | 0550041812 | 2 | 14400.00 | 85.70000 | 1234.08 |
| CPT# | 9386259 | 44 COMMON MODE SM BEAD | ORD#: 326819 ITM#: 2 | REL: 36 | EA | K | |
| | Country of Origin: PRC | Ship From: Wallkill, NY | | | | | |

Customer Service Contact: Cindy Barbanti x624
Customer Contacts for Order:
COMMISSIONED BUYER
Prices are quoted and components are manufactured, tested, packaged and sold according to Fair-Rite Products Corp.'s standard
specifications and procedures as indicated by Fair-Rite part number. Any deviation to these procedures must be agreed upon prior
to order acceptance and may require price adjustments. If requested at the time of order placement, order and component
documentation will be supplied free of charge. Documentation requested at a later date may incur charges.

Payment Due On: 10/26/05 Payments not made when due shall bear a finance charge of one point five percent(1.5%) per month on the overdue amount.

DEFAULT

**CURRENCY:    US DOLLARS**

| | TOTAL: | 1234.08 |
|---|---|---|

# Shipment Tracking Details

## Tracking Information
Tracking Number: **468355893**                    Origin Waybill:
Filtered By:      Tracking Number **468355893**

## Shipment Information                    Package Information
Status: **Delivered**                                        Pieces: 1
Signature: F Lopez                                      Weight: 19.0 L **
Service Level: Standard Second Day              Volume Weight: 19.0 L
Shipped Date: 27-Sep-2005                  View Dimensions: View Dimensions
Origin: Wallkill, NY, US
Destination: Los Indios, TX, US

### References

| Description | Number |
|---|---|
| SHIPPER'S REFERENCE | 326819 |
| PREMIUM TRANSPORTATION AUTH | PTA NORMAL |

### Shipment History

| Date | Time | Pieces | Activity | Location | Remarks |
|---|---|---|---|---|---|
| 30-Sep-2005 | 1100 | 1 | **Delivered** | Brownsville, TX, US | F LOPEZ |
| 30-Sep-2005 | 1207 | 1 | **Out for Delivery** | Brownsville, TX, US | |
| 30-Sep-2005 | 1011 | 1 | **Scanned** | Brownsville, TX, US | |
| 30-Sep-2005 | 0925 | 1 | **Scanned** | Brownsville, TX, US | |
| 30-Sep-2005 | 0831 | 1 | **Arrived** | Brownsville, TX, US | |
| 30-Sep-2005 | 0640 | 1 | **Departed** | Memphis, TN, US | |
| 30-Sep-2005 | 0606 | 1 | **Scanned** | Memphis, TN, US | |
| 30-Sep-2005 | 0606 | 1 | **Arrived** | Memphis, TN, US | |
| 30-Sep-2005 | 0539 | 1 | **Departed** | Toledo, OH, US | |
| 30-Sep-2005 | 0357 | 1 | **Scanned** | Toledo, OH, US | |
| 30-Sep-2005 | 0223 | 1 | **Arrived** | Toledo, OH, US | |
| 30-Sep-2005 | 0100 | 1 | **Departed** | Philadelphia, PA, US | |
| 29-Sep-2005 | 2345 | 1 | **Scanned** | Philadelphia, PA, US | |
| 29-Sep-2005 | 2345 | 1 | **Arrived** | Philadelphia, PA, US | |
| 29-Sep-2005 | 2130 | 1 | **Departed** | Newark, NJ, US | |
| 29-Sep-2005 | 1844 | 1 | **Scanned** | Newark, NJ, US | |
| 28-Sep-2005 | 2201 | 1 | **Scanned** | Newark, NJ, US | |
| 27-Sep-2005 | 2114 | 1 | **Shipment Labeled** | Newark, NJ, US | |
| 27-Sep-2005 | 1600 | 1 | **Received** | Newark, NJ, US | |

Due to FAA security regulations, some shipment details may not be provided. We are sorry for any inconvenience, but must strictly adhere to all government security regulations.

X FDP9006-0400                              PURCHASE ORDER

PEDP4420028

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:   COMBINED WHSES
48 WALTER JONES BLVD
EL PASO                    TX 79906

**VENDOR CODE**

DUNS: 062328018-P01 / 002026953-C01    PHONE 000-000-0000     PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:    FAIR RITE PRODUCTS GROUP

                                                    PURCHASE ORDER    PEDP4420028

1 COMMERCIAL ROW                           ORDER DATE       08-18-04

WALLKILL              NJ 12589    US        REF. INQ. NO.        000

FREIGHT TERM                     SHIPPING POINT          PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT    FLAT ROCK          2ND DAY OF 2ND MONTH    Net 45

TITLE TRANSFER                   SHIPPING INSTRUCTION          BUYER
TITLE TRANSFER OUR PLANT         BEST WAY                      42

PART NO.          DESCRIPTION / PERCENT    PRICE        QUANTITY    UOM SHIP
                                PRICES IN USD

REQUIREMENTS CONTRACT STATEMENT:
**********************************************************
SELLER AGREES TO SELL AND BUYER AGREES TO PURCHASE AT THE PRICE AND SUBJECT TO
THE TERMS AND CONDITIONS HEREOF, THE PART NUMBERS INDICATED HEREIN.   SHIPMENTS
ARE AUTHORIZED ONLY WHEN RELEASED BY OUR SHIPPING SCHEDULE OR SPOT BUY
PURCHASE ORDER.   ALL MATERIAL SHALL BE SUPPLIED IN CONFORMANCE WITH
SPECIFICATIONS, DRAWINGS, SAMPLES, OR OTHER DESCRIPTIONS PROVIDED.   PACKAGING
SHALL BE IN COMPLIANCE WITH DELPHI AUTOMOTIVE GLOBAL SUPPLIER PACKAGING MANUAL
(AVAILABLE AT WWW.DELPHI.COM).   ALL REQUIREMENTS LISTED IN DELPHI
AUTOMOTIVE SUPPLIER GUIDELINES APPLY.   A COPY OF THESE GUIDELINES ARE
AVAILABLE AT WEBSITE WWW.DELPHI.COM
**********************************************************
ALL NAFTA RELATED DOCUMENT AS WELL AS MANUFACTURER'S AFFIDAVITS SHOULD BE SENT
TO:
DELPHI CORPORATION
M/C 480-410-228
5825 DELPHI DRIVE
TROY, MI 48098
ATTN: JEROME KLOTZ

AEF11024 011     REV 02
  CRG: A 100                                              AS RELEASED
FERRITE                                                  PCS
LEAD-DAYS    STD-PACK CONTR              COO    .1750
   20          420      CTN              US
                       CARRY OVER: A

12948356        REV 01
  CRG: A 100                                              AS RELEASED
FERRITE                                  .1650           PCS

EFFECTIVE    09-01-04    EXPIRATION   12-31-05   TAX CODE: 00
DELIVER-TO       STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
EL PASO          80180       80180                                              A

                                    3-00001-8279-7

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted.  When deposited / acceptance must be provided at time acknowledgement...
which must be returned to Buyer.
This order, including the terms and conditions contained within, concerns the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representatives.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

FERNANDO DE LEON
PHONE:  915 612-8543          BUYER

SIDNEY JOHNSON

PAGE   1  OF  3

X FDP9000-0400                        PURCHASE ORDER

┌─────────────────────┐
│   PEDP4420028       │
└─────────────────────┘
PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:   COMBINED WHSES
48 WALTER JONES BLVD
EL PASO          TX 79906

VENDOR CODE

┌ DUNS: 062328018-P01 / 002026953-C01   PHONE 000-000-0000

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  FAIR RITE PRODUCTS GROUP

PURCHASE ORDER    PEDP4420028

1 COMMERCIAL ROW                          ORDER DATE    08-18-04

WALLKILL            NJ 12589    US │       REF. INQ. NO.     000

FREIGHT TERM                    SHIPPING POINT         PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT   FLAT ROCK            2ND DAY OF 2ND MONTH

TITLE TRANSFER              SHIPPING INSTRUCTION           BUYER
TITLE TRANSFER OUR PLANT     BEST WAY                       42

PART NO.            DESCRIPTION / PERCENT   PRICE      QUANTITY    UOM SHIP
LEAD-DAYS   STD-PACK CONTR            COO
20          840    CTN               US
CARRY OVER: A

TOTAL IN USD

EFFECTIVE   09-01-04   EXPIRATION   12-31-05   TAX CODE: 00
DELIVER-TO       STA DEPT GEN-LED   ACCT DEPT/POM   W.O.   PROJ DEBIT JOB-NUMBER  CODE
EL PASO          80180      80180                                                A

3-00001-8279-7

NO SALES OR USE TAX, EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted.  When required - acceptance must be executed on acknowledgment copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

FERNANDO DE LEON
PHONE:  915 612-8543              BUYER

SIDNEY JOHNSON

**Page No: 1**

**Fair-Rite Products Corp.**
PO Box J, One Commercial Row, Wallkill, NY 12589-0288
Phone (845) 895-2055     FAX (845) 895-2629
e-mail: ferrites@fair-rite.com     www.fair-rite.com
**Your Signal Solution ™**

QS-9000
REGISTERED COMPANY

QS-9000
REGISTERED COMPANY

ACCREDITED
ANSI-RAB
QMS
QS-9000
REGISTERED COMPANY

| | | INVOICE NO. | INVOICE DATE |
|---|---|---|---|
| | | 418206 | 6/14/05 |

**Customer Invoice**

REMIT-TO:
FAIR-RITE PRODUCTS CORP
PO BOX 8000
DEPARTMENT NO. 464
BUFFALO NY 14267

THE GOODS ON ACC-1 REV.1
OR SERVICES COVERED
BY THIS INVOICE WERE PRODUCED IN
COMPLIANCE WITH THE REQUIREMENTS
OF THE FAIR LABOR STANDARDS ACT
OF 1938, AS AMENDED.
"ALL CLAIMS MUST BE MADE IN SEVEN
DAYS AFTER RECEIPT OF GOODS".
FED.I.D. NO. 14-1389596

**SOLD TO**
00308800
DELPHI AUTOMOTIVE SYSTEMS
PO BOX 1550

FLINT, MI 48501-1550

**SHIP TO**
00308811
DELPHI AUTOMOTIVE SYSTEMS
STORE 3900  DOCK 30
48 WALTER JONES DRIVE
EL PASO, TX 79906

These commodities are licensed by the U.S. for ultimate destination UNITED STATES OF AMERICA. Diversion contrary to U.S. law prohibited.

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B. | CARRIER | TERMS & CONDITIONS | ACCOUNT SALES REP | |
|---|---|---|---|---|---|---|---|
| 6/14/05 | 418206 | | FOB:EXWORKS PER FR SHIP FROM | CENTRAL TRANSPORT | NET 45 DAYS | 00009 FRANK J. CAMPISANO CO. | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 2644254001 | 44 MULTI-HOLE PLATE | PEDP4420028 | | 12600.00 | 165.00000 | 2079.00 |
| | CPT# 12948356 REV.03 | | ORD#: 326301 ITM#: 1 REL: 22 | | EA | K | |
| | **RoHS Compliant** | Ship From: Flat Rock, IL | | | | | |
| | Country of Origin:     USA | | | | | | |
| | | | | | | | |
| | Customer Service Contact: Cindy Barbanti x624 | | | | | | |
| | Customer Contacts for Order: | | | | | | |
| | COMMISSIONED BUYER - OHIO | | | | | | |
| | Prices are quoted and components are manufactured, tested, packaged and sold according to Fair-Rite Products Corp.'s standard | | | | | | |
| | specifications and procedures as indicated by Fair-Rite part number. Any deviation to these procedures must be agreed upon prior | | | | | | |
| | to order acceptance and may require price adjustments. If requested at the time of order placement, order and component | | | | | | |
| | documentation will be supplied free of charge. Documentation requested at a later date may incur charges. | | | | | | |
| | | | | | | | |
| | Payment Due On: 7/29/05 Payments not made when due shall bear a finance charge of one point five percent(1.5%) per month on the overdue amount. | | | | | | |
| | | | | | | DEFAULT | |

**CURRENCY:  US DOLLARS**

**TOTAL:** 2079.00

Bill of Lading

PRIORITY DELIVERY

624-218902-5 B/L

**Central Transport Delivery Receipt**

Pro Number 624-218902-5

Ship Date 06/14/05

Pieces 1

Weight 825

Orig 624

Dest 799

Freight Charges Are Collect

Shipper: Fair Rite Products Corp.

Additional Delivery Services Requested

Stamp / Ship Here

Firm

By

Pieces Received 1 SKID

Driver Date JUN 2 0

Arrive Time Depart Time

**Page No : 1**

| | INVOICE NO. | INVOICE DATE |
|---|---|---|
| | 418782 | 6/23/05 |

## Customer Invoice

**Fair-Rite Products Corp.**
PO Box J, One Commercial Row, Wallkill, NY 12589-0288
Phone (845) 895-2055    FAX (845) 895-2629
e-mail: ferrites@fair-rite.com    www.fair-rite.com
**Your Signal Solution ™**

QS-9000 REGISTERED COMPANY

QS-9000 REGISTERED COMPANY    U.S.

ACCREDITED ANSI-RAB QMS

REMIT TO:
FAIR-RITE PRODUCTS CORP.
PO BOX 8000
DEPARTMENT NO. 464
BUFFALO, NY 14267

FORM ACC-1 REV. 1
THE GOODS OR SERVICES COVERED
BY THIS INVOICE WERE PRODUCED IN
COMPLIANCE WITH THE REQUIREMENTS
OF THE FAIR LABOR STANDARDS ACT
OF 1939, AS AMMENDED.
"ALL CLAIMS MUST BE MADE IN SEVEN
DAYS AFTER RECEIPT OF GOODS".
FED. I.D. NO. 14-1365596

**SOLD TO**
00308800
DELPHI AUTOMOTIVE SYSTEMS
PO BOX 1550

FLINT, MI 48501-1550

**SHIP TO**
00308811
DELPHI AUTOMOTIVE SYSTEMS
STORE 3900  DOCK 30
48 WALTER JONES DRIVE
EL PASO, TX 79906

These commodities are licensed by the U.S. for ultimate destination UNITED STATES OF AMERICA . Diversion contrary to U.S. law prohibited.

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | | F.O.B | CARRIER | TERMS & CONDITIONS | ACCOUNT SALES REP |
|---|---|---|---|---|---|---|---|---|
| 6/23/05 | 418782 | | | | FOB/EXWORKS PER FR SHIP FROM | CENTRAL TRANSPORT | NET 45 DAYS | 00009 FRANK J. CAMPISANO CO. |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 2644254001 | 44 MULTI-HOLE PLATE | PEDP44420028 | 1 REL: 22 | 15960.00 | 165.00000 | 2635.40 |
| | CPT#  12948356 REV.03 | | ORD#:  326301  ITM#: | | EA | K | |
| | **RoHS Compliant** | Ship From:  Flat Rock, IL | | | | | |
| | Country of Origin:    USA | | | | | | |

Customer Service Contact: Cindy Barbanti x624

Customer Contacts for Order:
COMMISSIONED BUYER - OHIO:

Prices are quoted and components are manufactured, tested, packaged and sold according to Fair-Rite Products Corp.'s standard specifications and procedures as indicated by Fair-Rite part number. Any deviation to these procedures must be agreed upon prior to order acceptance and may require price adjustments. If requested at the time of order placement, order and component documentation will be supplied free of charge. Documentation requested at a later date may incur charges.

Payment Due On: 8/07/05 Payments not made when due shall bear a finance charge of one point five percent(1.5%) per month on the overdue amount.

| | | | DEFAULT | | |
|---|---|---|---|---|---|

**CURRENCY:  US DOLLARS**

| | TOTAL: | 2633.40 |
|---|---|---|

2005/NOV/09/WED 04:43 PM                                                                P. 002

**Central Transport Delivery Receipt**

**CENTRAL TRANSPORT**

Pro Number
**624-221856-8**

| Ship Date | |
|---|---|
| 05/23/05 | |
| Pieces | Weight |
| 1 | 525 |

Reference Number

| Org | DC |
|---|---|
| 624 | 789 |

Freight Charges Are
Collect

SCAC:   CTII

Consignee:
DELPHI AUTOMOTIVE SYSTEMS
48 WALTER JONES BLVD
EL PASO, TX 79906

Shipper:
FAIR RITE PRODUCTS CORP
2901 N 1000TH ST
FLAT ROCK, IL 62427

Special Instructions
Delivery Trailer 47-2082
Shipper COD Amount
0.0000

---

Stamp / Sign Here

Firm D-Packard

By

Shipment received in good order

Pieces Received

Driver _____ Date 6/28/05

Arrive Time _____ Depart Time _____

**Pro Number        624-221856-8**

Additional Delivery Services Requested

| | | | | |
|---|---|---|---|---|
| ☐ Inside Delivery | $70.00 | ☐ Sort - Segregate | $90.00 | ☐ Driver Delay $75.00 |
| ☐ Residential Delivery | $30.00 | ☐ Liftgate | $90.00 | ☐ Redelivery $50.00 |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Internal Use Only
# And Type of Container _____    Disp. _____
Part # _____    Skids _____
Qty. of Pcs Affected _____    Data _____    Log# _____

**Purchase Order**

[X] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417

T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page: 1

To:
FAIR RITE PRODUCTS CORP
ONE COMMERCIAL ROW

WALLKILL NY 125890288

95,71- 55280

**Purchase Order No.** _____

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 11  12/14/04

**Purchase Order Revision:** _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521      USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB  DEST.  RTE (COL) | Ship Via  ROUTING IN | Terms  MNS-2 |
|---|---|---|
| Vendor Number      1477 | Tax Exempt ID Number | Date of Order  12/14/04 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC AEF11100-000      INDUCTOR
SCHEDULE

Prices valid from 11/25/04 To 12/31/04

lead or free   01
per print
Jan has
copy  .05

**RECEIVED**

JAN 13 2005

FAIR RITE PRODUCTS CORP.

Quantity:      1.000     Price

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
L FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

NCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
rrive at buyer's reciving dock."

ppliers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

C - CARLOS LARA

Buyer

By: _____

**Purchase Order**

[X] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

DELPHI

Automotive Systems

D-IPU-28-00375-3417

T.I.N. No. 38-3589834

Page:    2

To:
FAIR RITE PRODUCTS CORP
ONE COMMERCIAL ROW

WALLKILL NY 125890288

9571-- 55280

Purchase Order No. _____

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.    12/14/04

Purchase Order Revision: _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521        USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB DEST. FGT COLL. | | Ship Via ROUTING IN | Terms MNS-2 |
|---|---|---|---|
| Vendor Number    1477 | | Tax Exempt ID Number | Date of Order  12/14/04 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
SUPPLIER GUIDELINES.
REFERENCE WEBSITE:www.delphiauto.com
CLICK ON `SUPPLIERS' IN THE HEADER,THEN `SUPPLIER
STANDARDS'
------------- TOOL MAINTENANCE -------------
SUPPLIER IS RESPONSIBLE FOR TOOL MAINTENANCE.
MAINTENANCE COVERS TOOLS THAT WERE EITHER BUILT OR
TRANSFERRED TO THE SUPPLIER.  AS LONG THE TOOL IS
IN YOUR POSSESSION, ALL COSTS ARE CONSIDERED TO BE
INCULDED IN THE PC PRICE
------------- QS-9000 -------------
SUPPLIER MUST MEET ALL ARTICLES OF THE LATEST
REVISION OF QS9000 (SUPPLIER QUALITY REQUIREMENTS)
SUPPLIER MUST COMPLY WITH 100% ON TIME DELIVERY
ON ALL ORDERS.
IF SUPPLIER IS UNABLE TO MEET THE SCHEDULES
COMMUNICATED, IT IS THE RESPONSIBILITY OF THE
SUPPLIER TO NOTIFY PC&L PERSONNEL IMMEDIATELY AND
RECEIVE AUTHORIZATION FOR UNDERSHIPMENT.

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

C - CARLOS LARA

Buyer

By: _____

P59-552 (12/01)                    ORIGINAL

**Page No: 1**

**Fair-Rite Products Corp.**
PO Box J, One Commercial Row, Wallkill, NY 12589-0288
Phone (845) 895-2055    FAX (845) 895-2629
e-mail: ferrites@fair-rite.com    www.fair-rite.com
**Your Signal Solution ™**

QS-9000 REGISTERED COMPANY
QS-9000 REGISTERED COMPANY
ACCREDITED ANSI-RAB QMS ★

## Customer Invoice

| INVOICE NO. | INVOICE DATE |
|---|---|
| 423630 | 9/16/05 |

REMIT TO:
FAIR-RITE PRODUCTS CORP
PO BOX 8000
DEPARTMENT NO. 464
BUFFALO, NY 14267

FORM ACC-1 REV.1
THE GOODS OR SERVICES COVERED
BY THIS INVOICE WERE PRODUCED IN
COMPLIANCE WITH THE REQUIREMENTS
OF THE FAIR LABOR STANDARDS ACT
OF 1939, AS AMMENDED.
"ALL CLAIMS MUST BE MADE IN SEVEN-
DAYS AFTER RECEIPT OF GOODS"
FED. I.D. NO. 14-1388596

**SOLD TO**
01123800
DELPHI MECHATRONICS SYS
615 ELCA LANE
SUITE A
BROWNSVILLE TX 78521

**SHIP TO**
01123800
DELPHI MECHATRONICS SYS
615 ELCA LANE
SUITE A
BROWNSVILLE TX 78521

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE |
|---|---|---|
| 9/16/05 | 423630 | |

| F.O.B | CARRIER | TERMS & CONDITIONS | ACCOUNT SALES REP |
|---|---|---|---|
| FOB/EXWORKS PER FR SHIP FROM | UPS | NET 30 DAYS | 00063 DEWITT MFG REP |

These commodities are licensed by the U.S. for ultimate destination UNITED STATES OF AMERICA . Diversion contrary to U.S. law prohibited.

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 27A3019447L | BDS2.9/3.1/4.7-43-1 | 9571-55280 | | 5600.00 | 52.00000 | 291. |
| CPT# | AEF11100-00 REV.02 | 43 SM BEAD | ORD#: 334978 ITM#: 1  REL: 01 | | EA | K | |
| | Country of Origin: PRC | Ship From:  Wallkill, NY | | | | | |
| 2 | 27A3019447L | BDS2.9/3.1/4.7-43-1 | 9571-55280 | | 5600.00 | 52.00000 | 291. |
| CPT# | AEF11100-00 REV.02 | 43 SM BEAD | ORD#: 334978 ITM#: 1  REL: 02 | | EA | K | |
| | Country of Origin: PRC | Ship From:  Wallkill, NY | | | | | |

Customer Service Contact: Kelly Forestiere X608
Customer Contacts for Order:
HELENE A DIAZ THOMAS G PHONE 956 954 5858 FAX 956 554 5975

Prices are quoted and components are manufactured, tested, packaged and sold according to Fair-Rite Products Corp.'s standard specifications and procedures as indicated by Fair-Rite part number. Any deviation to these procedures must be agreed upon prior to order acceptance and may require price adjustments. If requested at the time of order placement, order and component documenation will be supplied free of charge. Documentation requested at a later date may incur charges.

Payment Due On: 10/16/05 Payments not made when due shall bear a finance charge of one point five percent(1.5%) per month on the overdue amount.

| | | | | DEFAULT | | TOTAL: | 582.40 |
|---|---|---|---|---|---|---|---|

**CURRENCY:  US DOLLARS**



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

**Shipping**    Tracking    **Support**    **Business Solutions**

**Tracking**

Log-In  User ID: [          ]    Password: [          ]    | Forgot Password

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

# ▌▌▌ **Track by Tracking Number**

### **View Tracking Summary**

To see a detailed report for each package, please select the **View package progress** lir

| **Tracking Number** | **Status** | **Delivery Information** | |
|---|---|---|---|
| 1. 1Z 120 342 01 6438 907 0<br>→ View package progress | **Delivered** | Delivered on: | Sep 19, 200<br>9:23 A.M. |
| | | Delivered to: | BROWNSVIL |
| | | Signed by: | E SALINAS |
| | | Service Type: | NEXT DAY A |

Tracking results provided by UPS: Nov 9, 2005 4:18 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



Home | About UPS | Contact UPS | Getting Started @ UPS.com

**UPS Uni**

Shipping  Tracking  Support  Business Solutions

## Tracking

Log-In  User ID: [ ]  Password: [ ]  | Forgot Password

→ **Track by Tracking Number**
 > Track by E-mail
 > Import Tracking
   Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

# ▌▐▌▐ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 120 342 12 6649 508 3<br>→ View package progress | **Delivered** | Delivered on: | Sep 21, 200<br>11:46 A.M. |
| | | Delivered to: | BROWNSVIL |
| | | Signed by: | E SALINAS |
| | | Service Type: | 3 DAY SELE( |

Tracking results provided by UPS: Nov 9, 2005 4:19 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

## Supplier Forecast Summary Report

| | | | |
|---|---|---|---|
| Vendor Name: | FAIR RITE PRODUCTS CORP | Report Start Date: | 2005-10-20 |
| Vendor Number: | 0001005471 | Report End Date: | 2006-10-20 |
| Vendor DUNS Number: | 002026953 | | |

| | | | |
|---|---|---|---|
| Ship To Plant Name: | DELPHI D DELNOSA PLANT 1-4 | Ship To Dock Code: | DA24 |
| Ship To Plant Code: | DA24 | Storage Location: | 0002 |

### Scheduling Agreement 0550041812

| | | | |
|---|---|---|---|
| Material Number: | 9386259 | Release Date: | 2005-10-24 |
| Description: | TRANSFORMER | Unit of Measure: | PCE |
| Release Number: | 113 | Cum Received Qty: | 684000.000 |

| Ship Date / Time | 9386259 |
|---|---|
| 2005-11-06 | 7200 |
| 2005-11-13 | 14400 |
| 2005-11-20 | 21600 |
| 2005-11-27 | 14400 |
| 2005-12-04 | 14400 |
| 2005-12-11 | 7200 |
| 2005-12-18 | 7200 |
| 2005-12-25 | 14400 |
| 2006-01-08 | 21600 |
| 2006-01-15 | 14400 |
| 2006-01-22 | 14400 |
| 2006-01-29 | 21600 |
| 2006-02-05 | - |
| 2006-02-12 | |
| 2006-02-19 | 7200 |
| 2006-02-26 | - |
| 2006-03-05 | |
| 2006-03-12 | |
| 2006-03-19 | |
| 2006-03-26 | |
| 2006-04-02 | |
| 2006-04-09 | |
| 2006-04-16 | |
| 2006-04-23 | - |
| 2006-04-30 | |
| 2006-05-07 | - |
| 2006-05-14 | 7200 |
| 2006-05-21 | |
| 2006-05-28 | |
| 2006-06-04 | - |
| 2006-06-11 | |
| 2006-06-18 | |
| 2006-06-25 | |
| 2006-07-02 | |
| 2006-07-09 | |
| 2006-07-16 | - |
| 2006-07-23 | - |
| 2006-07-30 | - |
| 2006-08-06 | - |

| | | |
|---|---|---|
| 2006-08-13 | | 7200 |
| 2006-08-20 | | - |
| 2006-08-27 | | - |
| 2006-09-03 | | - |
| 2006-09-10 | | - |
| 2006-09-17 | | - |
| 2006-09-24 | | - |

**Page No: 1**

**Fair-Rite Products Corp.**
PO Box J, One Commercial Row, Wallkill, NY 12589-0288
Phone (845) 895-2055    FAX (845) 895-2629
e-mail: ferrites@fair-rite.com    www.fair-rite.com
Your Signal Solution™

QS-9000 REGISTERED COMPANY

ACCREDITED ANSI-RAB QMS

**Customer Invoice**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 423696 | 9/19/05 |

**SOLD TO**
01123800
DELPHI MECHATRONICS SYS
615 ELCA LANE
SUITE A
BROWNSVILLE TX 78521

**SHIP TO**
01123800
DELPHI MECHATRONICS SYS
615 ELCA LANE
SUITE A
BROWNSVILLE TX 78521

REMIT TO:
FAIR-RITE PRODUCTS CORP.
PO BOX 8000
DEPARTMENT NO. 464
BUFFALO, NY 14267

FORM ACC.1 REV. 1
THE GOODS OR SERVICES COVERED
BY THIS INVOICE WERE PRODUCED IN
COMPLIANCE WITH THE REQUIREMENTS
OF THE FAIR LABOR STANDARDS ACT
OF 1938, AS AMMENDED.
ALL CLAIMS MUST BE MADE IN SEVEN
DAYS AFTER RECEIPT OF GOODS.
FED. I.D. NO. 14-1369596

These commodities are licensed by the U.S. for ultimate destination UNITED STATES OF AMERICA . Diversion contrary to U.S. law prohibited.

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE |
|---|---|---|
| 9/19/05 | 423696 | PRC |

| F.O.B | CARRIER | TERMS & CONDITIONS | ACCOUNT SALES REP |
|---|---|---|---|
| FOB/EXWORKS PER FR SHIP FROM | UPS | NET 30 DAYS | 00063 DEWITT MFG REP |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 2743019447L | BDS2.9/3.1/4.7-43-1 | 9571-55280 | | 22400.00 | 52.00000 | 1164.80 |
| CPT# | AEFI1100-00 REV.02 | 43 SM BEAD | ORD#: 334978 ITM#: 1 REL: 03 | | EA | K | |
| | Country of Origin: | Ship From: Wallkill, NY | | | | | |
| 2 | | FREIGHT CHARGES | 9571-55280 | | | | 12.05 |
| | | RE: BOL# 000423696 | | | | | |

Customer Service Contact: Kelly Forestiere X608

Prices are quoted and components are manufactured, tested, packaged and sold according to Fair-Rite Products Corp.'s standard specifications and procedures as indicated by Fair-Rite part number. Any deviation to these procedures must be agreed upon prior to order acceptance and may require price adjustments. If requested at the time of order placement, order and component documentation will be supplied free of charge. Documentation requested at a later date may incur charges.

Payment Due On: 10/19/05 Payments not made when due shall bear a finance charge of one point five percent(1.5%) per month on the overdue amount.

| | | | | | | | DEFAULT |

**CURRENCY: US DOLLARS**

**TOTAL: 1176.85**



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

**Shipping**    Tracking    **Support**    **Business Solutions**

## Tracking

Log-In  User ID: [        ]   Password: [        ]  | Forgot Password

→ Track by Tracking Number
  &gt; Track by E-mail
  &gt; Import Tracking
    Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

## ▌▌▌▌ Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lir

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 120 342 03 6400 764 8<br>→ View package progress | **Delivered** | Delivered on: | Sep 30, 200<br>12:30 P.M. |
| | | Delivered to: | BROWNSVIL |
| | | Signed by: | E SALINAS |
| | | Service Type: | GROUND |

Tracking results provided by UPS: Nov 9, 2005 4:20 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

Page No: 1

## Fair-Rite Products Corp.

PO Box J, One Commercial Row, Wallkill, NY 12589-0288
Phone (845) 895-2055    FAX (845) 895-2629
e-mail: ferrites@fair-rite.com    www.fair-rite.com
**Your Signal Solution ™**

QS-9000 REGISTERED COMPANY

# Customer Invoice

| INVOICE NO. | INVOICE DATE |
|---|---|
| 423996 | 9/23/05 |

REMIT TO:
FAIR-RITE PRODUCTS CORP
PO BOX 8000
DEPARTMENT NO. 464
BUFFALO, NY 14267

FORM ACC-1 REV 1
THE GOODS OR SERVICES COVERED
BY THIS INVOICE WERE PRODUCED IN
COMPLIANCE WITH THE REQUIREMENTS
OF THE FAIR LABOR STANDARDS ACT
OF 1938, AS AMMENDED.
"ALL CLAIMS MUST BE MADE IN SEVEN
DAYS AFTER RECEIPT OF GOODS"
FED. I.D. NO. 14-1385996

**SOLD TO**
01123800
DELPHI MECHATRONICS SYS
615 ELCA LANE
SUITE A
BROWNSVILLE TX 78521

**SHIP TO**
01123800
DELPHI MECHATRONICS SYS
615 ELCA LANE
SUITE A
BROWNSVILLE TX 78521

These commodities are licensed by the U.S. for ultimate destination UNITED STATES OF AMERICA . Diversion contrary to U.S. law prohibited.

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS | ACCOUNT SALES REP |
|---|---|---|---|---|---|---|
| 9/23/05 | 423996 | | FOB/EXWORKS PER FR SHIP FROM | UPS COLLECT | NET 30 DAYS | 00063 DEMITT MFG REP |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/D/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 2743019447L | BDS2.9/3.1/4.7-43-1 | 9571-55280 | | 22400.00 | 52.00000 | 1164.80 |
| CPT# | AEFI1100-00 REV:02 | 43 SM BEAD | ORD#: 334978 ITM#: 1 | REL: 04 | EA | K | |
| | Country of Origin:    PRC | Ship From: Wallkill, NY | | | | | |

Customer Service Contact: Kelly Forestiere X608
Customer Contacts for Order:
HELENE A DIAZ THOMAS G PHONE 956 954 5858 FAX 956 554 5975

Prices are quoted and components are manufactured, tested, packaged and sold according to Fair-Rite Products Corp.'s standard
specifications and procedures as indicated by Fair-Rite part number. Any deviation to these procedures must be agreed upon prior
to order acceptance and may require price adjustments. If requested at the time of order placement, order and component
documentation will be supplied free of charge. Documentation requested at a later date may incur charges.

Payment Due On: 10/23/05 Payments not made when due shall bear a finance charge of one point five percent(1.5%) per month on the overdue amount.

DEFAULT

**CURRENCY:   US DOLLARS**

**TOTAL:**    1164.80



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

**Shipping**    Tracking    **Support**    **Business Solutions**

## Tracking

Log-In  User ID: [＿＿＿＿]  Password: [＿＿＿＿] | Forgot Password

→ Track by Tracking Number
 > Track by E-mail
 > Import Tracking
   Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking 🔒
→ Void a Shipment 🔒
→ Help

# ▌▌▌▌  Track by Tracking Number

### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** lin

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z 120 342 03 6483 261 2<br>→ View package progress | **Delivered** | Delivered on: | Sep 27, 200<br>11:22 A.M. |
| | | Delivered to: | BROWNSVIL |
| | | Signed by: | MARCOS M |
| | | Service Type: | GROUND |

Tracking results provided by UPS: Nov 9, 2005 4:20 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende
you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a
information is strictly prohibited.

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.