IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |

Response to 9th Omnibus Objection to Claims by Delphi Corporation, *et al*; Sierra Liquidity Fund, LLC (Assignee); HTT, Inc. (Assignor), Claim No. 15984

from:   Sierra Liquidity Fund, LLC (Assignee); HTT, Inc. (Assignor), Claim No. 15984, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17, fax: 949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:   Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn:  General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:   Sierra Liquidity Fund, LLC (Assignee); HTT, Inc. (Assignor), Claim No. 15984

date:   Wednesday, February 28th, 2007

Sierra Liquidity Fund, LLC ("Sierra") has received the Debtor's 9th Omnibus Objection to claims requesting that the above claim in the amount of $28,239.07 be reduced and modified on the basis that the claim and asserted liability are not owing pursuant to the Debtor's books and records.

Sierra Liquidity Fund, LLC (Assignee) and HTT, Inc. (Assignor) ("HTT") Object to this Objection.

1.   Please find attached sufficient documentation supporting the filed Proof of Claim # 15984 in an amount of $28,239.07.

2.   Upon review of the filed Proof of Claim and supporting documentation, we dutifully request that Debtors and the Court allow Claim # 15984 for the full filed amount of $28,239.07 as liquidated and undisputed.

3.   To expedite this matter, we suggest a Stipulation Agreement be prepared for the amount of $28,239.07 and sent immediately to Sierra's attention for signature.

4.   Copies of the following have been enclosed with this response:  The Notice of 9th Omnibus Objection to Claim # 15984, the transfer agreement executed between Sierra Liquidity Fund, LLC (Assignee/Transferee) and HTT Company (Assignor), Proof of Claim # 15984 as originally filed by Sierra Liquidity Fund, LLC as Assignee and Attorney-In-Fact for HTT, Inc. (Assignor) and the supporting documentation requested for claim # 15984 evidencing the amount of $28,239.07 owed on Claim # 15984 filed by Sierra Liquidity Fund, LLC; Assignor: HTT, Inc. **The supporting documents in Proof of Claim # 15984 include Invoices, Purchase Orders, and Proof of Deliveries.**

5.   Sierra and HTT see no basis on behalf of the Debtor for the proposed reduction and modification of Claim # 15984,  as the supporting claim documentation (Invoices, Purchase Orders, and Proofs of Deliveries) clearly show a preponderance of evidence that the claim in the amount of $28,239.07 remains due and owing as a valid unpaid pre-petition unsecured claim.

6.   Sierra and HTT do not object to the proposed Modified Debtor for which Claim # 15984 is against.

Please contact any of the following at your earliest convenience to resolve the objection.

Sierra Liquidity Fund, LLC Assignee and Attorney-In-Fact for HTT, Inc.

Scott August
949-660-1144, ext. 17
saugust@sierrafunds.com

Tammy Garza
949-660-1144 ext. 22
tgarza@sierrafunds.com

Jim Riley
949-660-1144 ext. 16
jriley@sierrafunds.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
        In re                       :      Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :      Case No. 05-44481 (RDD)
                                    :
                      Debtors.      :      (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

<u>NOTICE OF OBJECTION TO CLAIM</u>

Sierra Liquidity Fund:

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your claims identified in the table below should be disallowed and expunged as summarized in that table and described in more detail in the Debtors' Ninth Omnibus Objection To Certain Claims (the "Ninth Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Ninth Omnibus Objection is set for hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED NINTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 15, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Ninth Omnibus Objection identifies six different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

Claims identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim, and also were not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And

Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claim" are those Claims were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims for which (a) the Debtors have determined were overstated or were denominated in foreign currencies and the Debtors seek to modify to a fully liquidated, U.S.-denominated amount, and/or (b) the Debtors seek to appropriately re-classify the total amount of such remaining Claims, and/or (c) the Debtors seek to specify the appropriate Debtor by case number.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 10/24/2005 | 84 | $3,430.00 | Claims Subject to Modification | 05-44640 ↳ DAS | $3,430.00 | General Unsecured |
| 10/25/2005 | 113 | $68.93 | Claims Subject to Modification | 05-44640 DAS | $53.93 | General Unsecured |
| 11/4/2005 | 330 | $953.80 | Claims Subject to Modification | 05-44640 DAS | $953.80 | General Unsecured |
| 11/21/2005 | 714 | $250.00 | Claims Subject to Modification | 05-44640 DAS | $250.00 | General Unsecured |
| 12/6/2005 | 1037 | $1,871.50 | Claims Subject to Modification | 05-44640 DAS | $1,871.50 | General Unsecured |
| 12/21/2005 | 1242 | $15,236.19 | Claims Subject to Modification | 05-44507 ↳ MEDICAL COLORADO | $15,236.19 | General Unsecured |

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

2

Alexandria

| 12/21/2005 | 1246 | $11,497.74 | Claims Subject to Modification | 05-44640 DAS | $10,655.00 | General Unsecured |
|---|---|---|---|---|---|---|
| 1/18/2006 | 1596 | $116,033.97 | Claims Subject to Modification | 05-44640 DAS | $115,263.43 | General Unsecured |
| 7/31/2006 | 14690 | $582.46 | Claims Subject to Modification | 05-44482 ASEC. | $582.46 | General Unsecured |
| 7/31/2006 | 14692 | $75,027.43 | Claims Subject to Modification | 05-44640 DAS | $69,372.55 | General Unsecured |
| 8/9/2006 | 15974 | $5,317.38 | Claims Subject to Modification | 05-44567 Mechatronic | $5,317.38 | General Unsecured |
| 8/9/2006 | 15978 | $16,709.43 | Claims Subject to Modification | 05-44612 DIESEL. | $16,250.00 | General Unsecured |
| 8/9/2006 | 15979 | $17,241.97 | Claims Subject to Modification | 05-44640 DAS | $17,241.97 | General Unsecured |
| 8/9/2006 | 15980 | $18,908.00 | Claims Subject to Modification | 05-44640 DAS | $18,908.00 | General Unsecured |
| 8/9/2006 | 15983 | $31,187.22 | Claims Subject to Modification | 05-44507 Medical Colorado | $29,987.45 | General Unsecured |
| 8/9/2006 | 15984 | $28,239.07 | Claims Subject to Modification | 05-44567 Mechatronic | $26,385.28 | General Unsecured |

If you wish to view the complete exhibits to the Ninth Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Ninth Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), ARE APPLICABLE TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO OBJECTION BY THE DEBTORS PURSUANT TO THE OBJECTION SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Ninth Omnibus Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Eastern Time) on March 15, 2007. Your Response, if any, to the Ninth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the claim; (v) to the extent that the claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

If you properly and timely file and serve a Response in accordance with the above procedures, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 22, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO PROVISIONALLY ACCEPT SUCH AMOUNT AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING

4

VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order. If no Responses to the Ninth Omnibus
Objection are timely filed and served in accordance with the procedures set forth herein and in the Claims
Objection Procedures Order, the Bankruptcy Court may enter an order sustaining the Ninth Omnibus
Objection without further notice other than notice of the entry of such an order as provided in the Claims
Objection Procedures Order. Thus, your failure to respond may forever bar you from sustaining a claim
against the Debtors.

Transfer of Claim

# Delphi Corporation, et al.

This agreement (the "Agreement") is entered into between ___**HTT, Inc.**___ ("Assignor") and Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC or assignee ("Assignee") with regard to the following matters:

1.  Assignor in consideration of the sum of . . . . . . . . ) of the current amount outstanding on the **Assignor's trade claim** (the "Purchase Price"), does hereby transfer to Assignee all of the Assignor's right, title and interest in and to all of the claims of Assignor (the "Claim") against Delphi Corporation, et al. (affiliates, subsidiaries and other related debtors) (the "Debtor"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court of New York, Southern District, in the current amount of not less than ___$28,239.04+___. _____ [insert the **amount due, which shall be defined as "the Claim Amount"**], and all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments, and other property which may be paid or issued by the Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment is an absolute and unconditional assignment of ownership of the Claim, and shall not be deemed to create a security interest.

2.  Assignee shall be entitled to all distributions made by the Debtor on account of the Claim, even distributions made and attributable to the Claim being allowed in the Debtor's case, in an amount in excess of the Claim Amount. Assignor represents and warrants that the amount of the Claim is not less than the Claim Amount, that this amount is the true and correct amount owed by the Debtor to the Assignor, and that no valid defense or right of set-off to the Claim exists.

3.  Assignor further represents and warrants that no payment has been received by Assignor or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim, in whole or in part, to any third party, that Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value.

4.  Should it be determined that any transfer by the Debtor to the Assignor is or could have been avoided as a preferential payment, Assignor shall repay such transfer to the Debtor in a timely manner. Should Assignor fail to repay such transfer to the Debtor, then Assignee, solely at its own option, shall be entitled to make said payment on account of the avoided transfer, and the Assignor shall indemnify the Assignee for any amounts paid to the Debtor. If the Bar Date for filing a Proof of Claim has passed, Assignee reserves the right, but not the obligation, to purchase the Trade Claim for the amount published in the Schedule F.

5.  Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization. Assignor acknowledges that, except as set forth in this agreement, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of the Debtor (financial or otherwise), any other matter relating to the proceedings, the Debtor, or the likelihood of recovery of the Claim. Assignor represents that it has adequate information concerning the business and financial condition of the Debtor and the status of the Proceedings to make an informed decision regarding its sale of the Claim.

6.  In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim. The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses.

7.  To the extent that it may be required by applicable law, Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim. Assignor grants unto Assignee full authority to do all things necessary to enforce the Claim and Assignor's rights thereunder. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that the Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount in the Proceedings or in any other dispute arising out of or relating to the Claim, whether or not suit or other proceedings are commenced, and whether in mediation, arbitration, at trial, on appeal, or in administrative proceedings. Assignor agrees to

take such reasonable further action, as may be necessary or desirable to effect the Assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

8.   Assignor shall forward to Assignee all notices received from the Debtor, the court or any third party with respect to the Claim, including any ballot with regard to voting the Claim in the Proceeding, and shall take such action with respect to the Claim in the proceedings, as Assignee may request from time to time.   Assignor acknowledges that any distribution received by Assignor on account of the Claim from any source, whether in form of cash, securities, instrument or any other property or right, is the property of and absolutely owned by the Assignee, that Assignor holds and will hold such property in trust for the benefit of Assignee and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

9.   In the event of any dispute arising out of or relating to this Agreement, whether or not suit or other proceedings is commenced, and whether in mediation, arbitration, at trial, on appeal, in administrative proceedings, or in bankruptcy (including, without limitation, any adversary proceeding or contested matter in any bankruptcy case filed on account of the Assignor), the prevailing party shall be entitled to its costs and expenses incurred, including reasonable attorney fees.

10.   The terms of this Agreement shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

11.   Assignor hereby acknowledges that Assignee may at any time further assign the Claim together with all rights, title and interests of Assignee under this Agreement.   All representations and warranties of the Assignor made herein shall survive the execution and delivery of this Agreement.   This Agreement may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

12.   This contract is not valid and enforceable without acceptance of this Agreement with all necessary supporting documents by the Transferee, as evidenced by a countersignature of this Agreement. The Assignee may reject the proffer of this contract for any reason whatsoever.

13.   This Agreement shall be governed by and construed in accordance with the laws of the State of California.   Any action arising under or relating to this Agreement may be brought in any state or federal court located in California, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Agreement, and in any action hereunder, Assignor and Assignee waive any right to demand a trial by jury.

**If you have filed a Proof of Claim please check here: _____**

**Please include invoices, purchase orders, and/or proofs of delivery that relate to the claim.**

Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives its right to raise any objection thereto and its right to receive notice pursuant to rule 3001 of the rules of the Bankruptcy procedure.

IN WITNESS WHEREOF, the undersigned **Assignor** hereto sets his hand this _15th_ day of _November_, 2005.

**ATTEST**

By _Gary Fick_
Signature

_Gary Fick      VP Finance_
[Print Name and Title]

_920   467-0599   ext 11_
Phone Number

Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, *et al.*
2699 White Rd, Ste 255, Irvine, CA 92614
949-660-1144 x17; fax: 949-660-0632 jriley@sierrafunds.com
10/18/05

_HTT, Inc._
Name of Company

_428   Cleveland   Street_
Street Address

_Sheboygan   Falls,   Wi   53085_
City, State & Zip

_920   467-8203_
Fax Number                              Email

_____
Agreed and Acknowledged,
Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, *et al*

| United States Bankruptcy Court    Southern    District of New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor    Delphi Mechatronic Systems, Inc., Delphi Automotive Systems, LLC & Delphi Corporation, et al. | Case Number 05-44567 05-44640 & 05-44481 | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **Sierra Liquidity Fund, LLC (Assignee) HTT, Inc. (Assignor)** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address where notices should be sent: **Sierra Liquidity Fund 2699 White Road - Suite 255 Irvine, CA 92614** Telephone Number: 949-660-1144 x 17 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space For Court Use Only |

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces if this claim ☒ amends    a previously filed claim dated: 12/21/05 |
|---|---|
| | ↳ POC # 1248 |

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)           (date)

**2. Date debt was incurred:** (Various)

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 28,239.07
- ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____
  Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 28,239.07 _____ _____ _____    28,239.07
  (Unsecured)    (Secured)    (Priority)    (Total)
- ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date: 7/28/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): J.S. Riley    Pres. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**Summary of Attached Invoices and Documents**

HTT, Inc.
Sierra Liquidity Fund, LLC (Assignee)

| INVOICE NUMBER | PURCHASE ORDER NUMBER | TRACKING NUMBER | DATE | AMOUNT |
|---|---|---|---|---|
| 27032 | 9571-51291<br>9571-51330<br>9571-51334<br>9571-52297<br>9571-52298 | | 02/28/05 | $ 1,985.80 |
| 27597 | 9571-51291<br>9571-51330<br>9571-51334<br>9571-52298<br>9571-52297 | | 05/06/05 | $ 656.92 |
| 28369 | | 1Z5957430344551666 | 08/10/05 | $ 472.50 |
| 28592 | 9571-52424 | | 09/02/05 | $ 449.28 |
| 28607 | 9571-51330<br>9571-52298<br>9571-52424 | | 09/07/05 | $ 1,203.74 |
| 28623 | 9571-51291 | | 09/08/05 | $ 1,301.76 |
| 28642 | 9571-51332<br>9571-51291<br>9571-52297<br>9571-51322<br>9571-51324 | | 09/12/05 | $ 2,810.48 |
| 28650 | 9571-51291 | | 09/12/05 | $ 1,301.76 |
| 28687 | 9571-800026 | | 09/13/05 | $ 2,190.54 |
| 28759 | 9571-52297 | 1Z5957430145167986 | 09/14/05 | $ 1,123.60 |
| 28685 | 9571-52298 | 1Z5957430144555933 | 09/15/05 | $ 85.00 |
| 28701 | 9571-52297<br>9571-52298<br>9571-52424 | 1Z5957430343884139 | 09/16/05 | $ 1,364.28 |
| 28704 | 9571-51330<br>9571-51291 | 1Z5957430243293814<br>1Z5957430245715408<br>1Z5957430244364192 | 09/19/05 | $ 1,833.60 |
| 28761 | 9571-52424 | 1Z59557430190352511 | 09/19/05 | $ 205.92 |
| 28715 | 9571-51330<br>9571-51291<br>957151??? | 1Z5957430343603423 | 09/20/05 | $719.88 |
| 28744 | 9571-51330<br>9571-51329<br>9571-51291 | | 09/22/05 | $1,456.95 |

| 28758 | 9571-51334 | 1Z5957430343939722 | 09/23/05 | $ | 470.00 |
| 28797 | 9571-51330<br>9571-51291<br>9571-52298 | | 09/28/05 | | $1,364.24 |
| 28814 | 9571-51332<br>9571-51330<br>9571-51291<br>9571-52297<br>9571-52298 | | 09/29/05 | | $3,209.24 |
| 28835 | 9571-51291<br>9571-52297<br>9571-52424 | | 10/03/05 | | $1,996.04 |
| 28989 | | | 10/03/05 | $ | 2,037.54 |

| | Total | $ | 28,239.07 |



HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
**Ph:** 920-467-0599    **Fax:** 920-467-8203

| Invoice | |
|---|---|
| **Number:** 27032 | **Date:** 28-Feb-05 |

**To**
Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX  78521

**Ship To**
Delphi Mechatronics-Plant #
Cisco:66055  SAP #FM02
615 Elca Ln  1051 S. Westwood
Brownsville/ Addison, TX  78521

**Ph:** 956-548-9782    **Fax:** 956-548-9692

| Terms | | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|---|
| Net 30 days | | 30-Mar-05 | AIR ROAD EXPRES | | |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | | | | |
| 9,600 | **Packing List:** 40036    **Shipped on**  25-Feb-05<br><br>Contact Plate<br><br>**Part:** 741-75184          **Rev:** C<br>**PO** 9571-51291    **Ln:**    **Job:** 480-07014<br>Box # 120 & 121 cert included | | $0.0452  / Each | $433.92 |
| 4,608 | **Packing List:** 40055    **Shipped on**  28-Feb-05<br><br>Bus Transfer<br>SUPPLIER CODE  #37800<br><br>ATTN:  CLAUDIA<br>**Part:** 747-5862          **Rev:** E<br>**PO** 9571-51330    **Ln:**    **Job:** 294-12074<br>Box # 6417 thru 6422 cert included in box 6417 | | $0.11  / Each | $506.88 |
| 10,000 | **Packing List:** 40056    **Shipped on**  28-Feb-05<br><br>Guide Plate w/Fastener<br><br>**Part:** 774-79297          **Rev:** D<br>**PO** 9571-51334    **Ln:**    **Job:** 492-08014<br>Box # 26 cert included | | $0.047  / Each | $470.00 |
| 10,000 | **Packing List:** 40057    **Shipped on**  28-Feb-05<br><br>Contact Plate<br><br>**Part:** 785-78092          **Rev:** E7<br>**PO** 9571-52297    **Ln:**    **Job:** 494-08304<br>Coil # 6382 - 6383 cert included box 6382 | | $0.049  / Each | $490.00 |
| | | | | |

Page 1 of  2



HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
**Ph:** 920-467-0599   **Fax:** 920-467-8203

| **Invoice** | |
|---|---|
| **Number: 27032** | **Date:** 28-Feb-05 |

**To** Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ph:** 956-548-9782   **Fax:** 956-548-9692

**Ship To** Delphi Mechatronics-Plant #
Cisco:66055   SAP #FM02
615 Elca Ln   1051 S. Westwood
Brownsville/ Addison, TX 78521

| Terms | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|
| Net 30 days | 30-Mar-05 | AIR ROAD EXPRES | | |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| | **Packing List:** 40058    **Shipped on**  28-Feb-05 | | | |
| 10,000 | Retainer | | $0.0085  / Each | $85.00 |
| | | | | |
| | **Part:** 785-79557                    **Rev:** B2 | | | |
| | **PO** 9571-052298          **Ln:**      **Job:** 499-08014 | | | |
| | Box # 161 cert included | | | |
| | Visit us on the internet.  Our address is  www.htt-inc.com | | Sales Tax: | $0.00 |
| | | | | |
| | | | Invoice Total: | $1,985.80 |
| | | | Amount Paid: | $0.00 |
| | | | | |
| | | | Amount Due: | $1,985.80 |

HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0699  Fax: 920-467-8203

# Packing List

**Number:** 40036  **Date:** 25-Feb-05

| To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520 USA | Ship<br>To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520 USA |
|---|---|---|---|
| Ph: 956-554-5764    Fax: 956-554-5666 | | Ph: 956-554-5764    Fax: 956-554-5666 | |

| Terms | | Ship Via | Salesperson |
|---|---|---|---|
| | | AIR ROAD EXPRES | |

| Quantity | Description | | |
|---|---|---|---|
| 9,600 | Part: 741-75184           Rev: C<br>Contact Plate<br><br>Job: 480-07014      PO: 9571-51291      LN:<br>Box # 120 & 121 cert included | | |

2 boxes @ 4 lbs

Page 1 of 1

Purchase Order
☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

Page:  1

To:
H T T INC
PO. BOX 126

SHEBOYGAN FALLS WI 530850126

Purchase Order No. _____ 9571- 51291
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers
Purchase Order Revision: _____ 01   8/17/04

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521        USA

*480*

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB  DEST.  FGT COLL | Ship Via  ROUTING IN | Terms  MNS-2 |
|---|---|---|
| Vendor Number      37800 | Tax Exempt ID Number | Date of Order  8/17/04 |

| Quantity | U/M | Part Number / Description | A/R Rev. Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 741-75184          CONTACT PLATE
SCHEDULE
                                                    C

    Prices valid from 11/16/01 To 12/31/04  PER QUOTE #13704

            Quantity        1.000   Price        .04520

**AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer´s reciving dock."

        **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
        PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
        THE SHIP TO ADDRESS ON P.O.
        **BLANKET ORDER**This is a long term commitment,
        short term releases will be generated for specific
        requirements.**SUPPLIER DELIVERY MANUAL**Supplier
        must comply with the latest revision of the Delphi
        Supplier Delivery Manual available at this office.
        PRODUCT VERIFICATION,Delphi or our Customers have
        the right to verify purchase products at your
        facility at any time with notification in advance.
        This will not preclude rejections by Delphi.
        UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
        ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
        ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
        SHIPPED UNTIL PPAP APPROVAL IS GRANTED.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

# HTT INC.

**HTT, INC.**
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0599   Fax: 920-467-8203

## Packing List

**Number: 40055**          **Date: 28-Feb-05**

| To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520 USA | Ship<br>To | GEORGE MAXWELL<br>Delphi Mechatronics-Plant #<br>Cisco:66055   SAP #FM02<br>615 Elca Ln   1051 S. Westwood<br>Brownsville/ Addison, TX 78521 |
|---|---|---|---|

Ph: 956-554-5764     Fax: 956-554-5666

Ph:                    Fax:

| Terms | | | | |
|---|---|---|---|---|
| | | | **Ship Via**<br>AIR ROAD EXPRES | **Salesperson** |
| **Quantity** | **Description** | | | |
| 4,608 | Part: 747-5862          **Rev: E**<br>Bus Transfer<br>SUPPLIER CODE #37800<br><br>ATTN: CLAUDIA<br>Job: 294-12074          PO: 9571-51330          LN:<br>Box # 6417 thru 6422 cert included in box 6417 | | | |
| | 6 BOXES @ 31 lbs     6405     6410 | | | |

Page 1 of 1

**Purchase Order**

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

**DELPHI**
Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page:    1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 51330
Purchase Order No. _____
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers    00    0/00/00
Purchase Order Revision: _____

Ship To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521        USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| Vendor Number    37800 | Tax Exempt ID Number | Date of Order    1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

TRANSFER TO PC 7475862        BUS - TRANSFER
SCHEDULE                                              E

Prices valid from   1/03/00 To 12/31/02   FREEMARKETS EVENT-cbe615

Quantity        1.000    Price            .11000

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
SUPPLIER GUIDELINES.
REFERENCE WEBSITE:www.delphiauto.com

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O - Orlando Salinas
Buyer _____

By: _____

552 (12/01)

ORIGINAL

**HTT INC.**

HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0599   Fax: 920-467-8203

| Packing List | |
|---|---|
| Number: 40056 | Date: 28-Feb-05 |

| To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520 USA | Ship<br>To | Delphi Mechatronics-Plant #<br>Cisco:66055   SAP #FM02<br>615 Elca Ln  1051 S. Westwood<br>Brownsville/ Addison, TX 78521 |
|---|---|---|---|
| Ph: 956-554-5784     Fax: 956-554-5666 | | Ph:                    Fax: | |

| Terms | | Ship Via | Salesperson |
|---|---|---|---|
| | | AIR ROAD EXPRES | |

| Quantity | Description |
|---|---|
| 10,000 | Part: 774-79297              Rev: D<br>Guide Plate w/Fastener<br><br>Job: 492-08014           PO: 9571-51334            LN:<br>Box # 26 cert included |
| | 1 BOX @  16 lbs |

Page 1 of 1

**Purchase Order**

[X] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

D-P.O. 38-3001583-3417

T.I.N. No. 38-3589834

**PHI** Automotive Systems

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 51334

**Purchase Order No.** _____
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

00    0/00/00

**Purchase Order Revision:** _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521          USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| | | | | |
|---|---|---|---|---|
| OB ORIGIN/FRT COLL | | Ship Via  ROUT. INST | | Terms  MNS-2 |
| Vendor Number   37800 | | Tax Exempt ID Number | | Date of Order  1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| FER TO PC 77479297 | | GUIDE PLATE/TINNERMAN-MIRROR A | | | |
| HEDULE | UPDATE 04-MAY-01 | | B | | |

Prices valid from 11/28/01 To  1/23/04  per quote dated 11/26/01.

            Quantity        1.000    Price            .04800

Prices valid from  1/24/04 To  1/23/05

            Quantity        1.000    Price            .04750

Prices valid from  1/23/05 To  1/24/06

            Quantity        1.000    Price            .04700

Prices valid from  1/24/06 To 12/31/07

            Quantity        1.000    Price            .04600

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

            **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
            PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
            THE SHIP TO ADDRESS ON P.O.
            **BLANKET ORDER**This is a long term commitment,
            short term releases will be generated for specific
            requirements.**SUPPLIER DELIVERY MANUAL**Supplier
            must comply with the latest revision of the Delphi

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O - Orlando Salinas
Buyer

By: _____

9-552 (12/01)

ORIGINAL

# HTT INC.

HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0699   Fax: 920-467-8203

## Packing List

Number: 40057      Date: 28-Feb-05

**To**
Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520  USA

Ph: 956-554-5764      Fax: 956-554-5666

**Ship To**
Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520  USA

Ph: 956-554-5764      Fax: 956-554-6666

| Terms | | Ship Via | | | Salesperson |
|---|---|---|---|---|---|
| | | | | | |

| Quantity | Description | | | |
|---|---|---|---|---|
| 10,000 | Part: 785-78092            Rev: E7 | | | |
| | Contact Plate | | | |
| | Job: 494-08304         PO: 9571-52297          LN: | | | |
| | Coil # 6382 - 6383 cert included box 6382 | | | |
| | 2 coils  coil 6383 to 6384 | | | |

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-PN-3-No-02585-3417
T.I.N. No. 38-3589834

**DE Automotive Systems**

Page:  1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

Purchase Order No.  9571- 52297

This number must appear on all invoices, correspondence, packing slips,
shipping documents and container  06   2/10/20
**Purchase Order Revision:**

Ship To:  DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521      USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL | Ship Via ROUT, INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 10/24/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-78092      CONTACT PLATE         *CA·494*
SCHEDULE                                              E

Prices valid from 12/18/01 To 12/31/03   PER QUOTE #13735

                Quantity        1.000   Price        .05300

Prices valid from  1/01/04 To 12/31/04

                Quantity        1.000   Price        .05100

Prices valid from  1/01/05 To 12/31/05

                Quantity        1.000   Price        .04900

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
L FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

            **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
            PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
            THE SHIP TO ADDRESS ON P.O.
            **BLANKET ORDER**This is a long term commitment,
            short term releases will be generated for specific
            requirements.**SUPPLIER DELIVERY MANUAL**Supplier
            must comply with the latest revision of the Delphi
            Supplier Delivery Manual available at this office.
            PRODUCT VERIFICATION,Delphi or our Customers have
            the right to verify purchase products at your
            facility at any time with notification in advance

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

I - Karlo Gamoneda
Buyer

By:



HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0599    Fax: 920-467-8203

## Packing List

Number: 40058          Date: 28-Feb-05

To    Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520  USA

Ph: 956-554-5764    Fax: 956-554-5666

Ship    Khalid Amer
To    Delphi Mechatronics-Plant #
Cisco:66055   SAP #FM02
615 Elca Ln   1051 S. Westwood
Brownsville/ Addison, TX  78521
Ph: 630-795-4535    Fax: 630-795-4866

| Terms | | | | |
|---|---|---|---|---|
| | | Ship Via | | Salesperson |
| | | AIR ROAD EXPRES | | |
| Quantity | Description | | | |
| 10,000 | Part: 785-79557          Rev: B2<br>Retainer<br><br>Job: 499-08014          PO: 9571-052298          LN:<br>Box # 161 cert Included<br><br>1 Box @ 4 lbs | | | |

Page 1 of 1

**Purchase Order**

☒ Vehicle Switch/Electronics Division
☐ Eaton Yale Ltd.

Eaton Corporation

GST # 101552497
B-U-N-S No. 00-509-4412
T.I.N. No. 34-0196300

**EAT·N**

Page:   1

| | |
|---|---|
| To: | H T T INC<br>PO BOX 126<br><br>SHEBOYGAN FALLS WI 53085-0126 |

Purchase Order No. _____ 9571- 52298

This number must appear on all invoices, correspondence, packing slips, shipping documents and container 02 , 12/18/01

Purchase Order Revision: _____

| | |
|---|---|
| Ship To: | DELPHI MECHATRONIC SYSTEMS<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE<br><br>TX    78521        USA |

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL | Ship Via ROUT  INST | Terms MNS-2 |
|---|---|---|
| Vendor Number   37800 | Tax Exempt ID Number | Date of Order 12/18/01 |

| Quantity | U/M | Part Number/Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

EFER TO PC 785-79557        RETAINER EPSILON IGNITION SW.
CHEDULE                                                      A

Prices valid from 12/18/01 To 12/31/03   PER QUOTE #13724

       Quantity        1.000    Price        .00930

Prices valid from  1/01/04 To 12/31/04

       Quantity        1.000    Price        .00890

Prices valid from  1/01/05 To 12/31/05

       Quantity        1.000    Price        .00850

** AS OF FEB 01,00 EATON WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOI
CES. ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

       **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.
This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.
This order is subject to the terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists, and all other correspondence.

O - Orlando Salinas
Buyer

By: _____

■ RELIABLE OFFICE SUPPLY ■

# STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

Shipper No. **B  2132**

Carrier No. _____

c/o AiRRoAD Express    Air RoAd.    (Name of Carrier)    Date _____

TO:
Consignee: Delphi MechAtronics PlAnt #2

Street: 1051 south westwood

Destination: Addison IL 60101

Route: _____

FROM:
Shipper: HTT, INC.

Street: 428 Cleveland Street

Origin: Sheboygan Falls, WI 53085

Emergency Response Phone No.

Vehicle Number

| No. Shipping Units | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| | | Job# 494-08304    PARt# 785-78092 | 27 lbs | | |
| | | 10000 PaRts  2 coils | | | |
| | | Job# 294-12074    PARt# 747-5862  4600 PARts  6 BoXES | 186 lbs | | |
| SKiD | | Job# 499-08014    PARt# 785-79557  10000 PARts | 4 lbs | | |
| | | Job# 480-07014    PARt# 741-75184  9600 PARts  2 BoXES | 8 lbs | | |
| | | Job# 492-08014    PARt# 774-79297 | 16 lbs | | |
| | | 10000 PARts  1 BOX | 350 lbs TotAl | | |

C.O.D. FEE: PREPAID ☐  COLLECT ☒  $

TOTAL CHARGES: $

21375804

SHIPPER  HTT, INC.

PER  Judy L. Koenen

CARRIER  MoNRoe

PER  N.N.

DATE  2-28-05    1-SLC

1



**HTT, INC.**
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0599   Fax: 920-467-8203

| Invoice | |
|---|---|
| **Number:** 27597 | **Date:** 06-May-05 |

| To | Delphi Mechatronics - 66055<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Ship<br>To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520 USA |
|---|---|---|---|
| | **Ph:** 956-548-9782   **Fax:** 956-548-9692 | | **Ph:** 956-554-5764   **Fax:** 956-554-5666 |

| Terms | | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|---|
| Net 30 days | | 05-Jun-05 | | | |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 14,400 | **Packing List:** 41199   **Shipped on** 06-May-05<br>Contact Plate<br><br>**Part:** 741-75184   **Rev:** C<br>**PO:** 9571-51291   **Ln:**   **Job:** 480-07014<br>Box # 154 thru 156 cert included | | $0.0452 / Each | $650.88 |
| 6,144 | **Packing List:** 41200   **Shipped on** 06-May-05<br>Bus Transfer<br>SUPPLIER CODE #37800<br><br>ATTN: CLAUDIA<br>**Part:** 747-5862   **Rev:** E<br>**PO:** 9571-51330   **Ln:**   **Job:** 294-12074<br>Box # 6502 thru 6509 cert included | | $0.11 / Each | $675.84 |
| 10,000 | **Packing List:** 41201   **Shipped on** 06-May-05<br>Guide Plate w/Fastener<br><br>**Part:** 774-79297   **Rev:** D<br>**PO:** 9571-51334   **Ln:**   **Job:** 492-08014<br>Box # 28 cert included | | $0.047 / Each | $470.00 |
| 20,000 | **Packing List:** 41202   **Shipped on** 06-May-05<br>Contact Plate<br><br>**Part:** 785-78092   **Rev:** E7<br>**PO:** 9571-52297   **Ln:**   **Job:** 494-03145<br>Box # 224 thru 227 cert included | | $0.049 / Each | $980.00 |



HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0599    Fax: 920-467-8203

### Invoice

**Number:** 27597          **Date:** 06-May-05

| To | Delphi Mechatronics - 66055<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Ship<br>To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520 USA |
|---|---|---|---|
| | **Ph:** 956-548-9782   **Fax:** 956-548-9692 | | **Ph:** 956-554-5764   **Fax:** 956-554-5666 |

| Terms | | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|---|
| Net 30 days | | 05-Jun-05 | | | |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 20,000 | **Packing List:** 41203    **Shipped on** 06-May-05 | | | |
| | Retainer | | $0.0085  / Each | $170.00 |
| | **Part:** 785-79557          **Rev:** B2 | | | |
| | **PO:** 9571-052298    **Ln:**    **Job:** 499-08014 | | | |
| | Box # 184 thru 185 cert included | | | |

Visit us on the internet. Our address is  www.htt-inc.com

| | |
|---|---|
| Sales Tax: | $0.00 |
| Invoice Total: | $2,946.72 |
| Amount Paid: | $0.00 |
| Amount Due: | $2,946.72 |

*Partial Payment Rec'd 7/5/05    2946.72*
*CK 33573 ——    (#2289.80)*

*Balance Due    #656.92*

HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0599   Fax: 920-467-8203

## Packing List

| Number: 41199 | Date: 06-May-05 |
|---|---|

| To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520 USA | Ship<br>To | Delphi Mechatronics-Plant #<br>Cisco:66055  SAP #FM02<br>615 Elca Ln  1051 S. Westwood<br>Brownsville/ Addison, TX 78521 |
|---|---|---|---|

Ph: 956-554-5764     Fax: 956-554-5666

Ph:              Fax:

| Terms | | Ship Via | Salesperson |
|---|---|---|---|
| | | AIR ROAD EXPRES | |

| Quantity | Description |
|---|---|
| 14,400 | Part: 741-75184           Rev: C<br>Contact Plate<br><br>Job: 480-07014      PO: 9571-51291      LN:<br>Box # 154 thru 156 cert included<br><br>3 BOXES @ 4 lbs |

Page 1 of 1

**DELPHI**
Automotive Systems

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-585-3417
T.I.N. No. 38-3589834

To:
H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

**Purchase Order No.** 9571- 51291

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

**Purchase Order Revision:** 1   8/17/04

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521      USA

*480*

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB DEST, FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 8/17/04 |

| Quantity | UM | Description | Unit Price | Extended Price / Tax |
|---|---|---|---|---|

REFER TO PC 741-75184        CONTACT PLATE
SCHEDULE                                                C

Prices valid from 11/16/01 To 12/31/04  PER QUOTE #13704

Quantity        1.000    Price         .04520

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
LL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

CO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
rive at buyer's reciving dock."

                 **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
                 PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
                 THE SHIP TO ADDRESS ON P.O.
                 **BLANKET ORDER**This is a long term commitment,
                 short term releases will be generated for specific
                 requirements.**SUPPLIER DELIVERY MANUAL**Supplier
                 must comply with the latest revision of the Delphi
                 Supplier Delivery Manual available at this office.
                 PRODUCT VERIFICATION,Delphi or our Customers have
                 the right to verify purchase products at your
                 facility at any time with notification in advance.
                 This will not preclude rejections by Delphi.
                 UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
                 ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
                 ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
                 SHIPPED UNTIL PPAP APPROVAL IS GRANTED.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0599   Fax: 920-467-0203

**HTT INC.**

| Packing List | |
|---|---|
| Number: 41200 | Date: 06-May-05 |

| To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520  USA | Ship<br>To | GEORGE MAXWELL<br>Delphi Mechatronics-Plant #<br>Cisco:66055  SAP #FM02<br>615 Elca Ln  1051 S. Westwood<br>Brownsville/ Addison, TX  78521 |
|---|---|---|---|
| **Ph: 956-554-5764      Fax: 956-554-5666** | | **Ph:                     Fax:** | |

| Terms | | Ship Via | Salesperson |
|---|---|---|---|
| | | AIR ROAD EXPRES | |

| Quantity | Description |
|---|---|
| 6,144 | Part: 747-5662          Rev: E<br>Bus Transfer<br>SUPPLIER CODE #3T800<br><br>ATTN: CLAUDIA<br>Job: 294-12074      PO: 9571-51300        LN:<br>Box # 6502 thru 6509 all included |
| | 8 BOXES  ○ 31 lbs |

**DELPHI**
Automotive Systems

☐ Delphi Mechatronic Systems

☐ Delphi Automotive Systems

T.I.N. No. 38-3589834

Page: 1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 51330

**Purchase Order No.**

This number must appear on all invoices, correspondence, packing slips, shipping documents and container.  00  0/00/00

**Purchase Order Revision:** _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| OB ORIGIN/FRT COLL | Ship Via ROUT. INST | | Terms MNS-2 |
|---|---|---|---|
| Vendor Number   37800 | Tax Exempt ID Number | | Date of Order   1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| EFER TO PC 7475862 CHEDULE | | BUS - TRANSFER | E | | |

Prices valid from  1/03/00 To 12/31/02   FREEMARKETS  EVENT-cbe615

Quantity        1.000   Price        .11000

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
. FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
SUPPLIER GUIDELINES.
REFERENCE WEBSITE:www.delphiauto.com

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O - Orlando Salinas
Buyer

By: _____

9-552 (12/01)



HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0599    Fax: 920-467-8203

| Packing List | |
|---|---|
| Number: 41201 | Date: 06-May-05 |

| To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520 USA |
|---|---|

Ph: 956-554-5764    Fax: 956-554-5666

| Ship<br>To | Delphi Mechatronics-Plant #<br>Cisco:66055   SAP #FM02<br>615 Elca Ln   1051 S. Westwood<br>Brownsville/ Addison, TX 78521 |
|---|---|

Ph:                    Fax:

| Terms | | Ship Via | Salesperson |
|---|---|---|---|
| | | AIR ROAD EXPRES | |

| Quantity | Description |
|---|---|
| 10,000 | Part: 774-79297            Rev: D<br>Guide Plate w/Fastener<br><br>Job: 492-08014       PO: 9571-51334        LN:<br>Box # 28 cert included |
| | I  BOX |

Page 1 of 1

**DELPHI**
Automotive Systems

☒ Delphi Mechatronic Systems     D-U-N-S No. 04-456-3417
☐ Delphi Automotive Systems      T.I.N. No. 38-3589834

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 51334

**Purchase Order No.**

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers 00   0/00/00

**Purchase Order Revision:** _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521         USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| Vendor Number   37800 | Tax Exempt ID Number | Date of Order   1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 77479297      GUIDE PLATE/TINNERMAN-MIRROR A
SCHEDULE      UPDATE 04-MAY-01                    B

Prices valid from 11/28/01 To  1/23/04  per quote dated 11/26/01.

            Quantity      1.000   Price      .04800

Prices valid from  1/24/04 To  1/23/05

            Quantity      1.000   Price      .04750

Prices valid from  1/23/05 To  1/24/06

            Quantity      1.000   Price      .04700

Prices valid from  1/24/06 To 12/31/07

            Quantity      1.000   Price      .04600

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
. FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

            **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
            PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
            THE SHIP TO ADDRESS ON P.O.
            **BLANKET ORDER**This is a long term commitment,
            short term releases will be generated for specific
            requirements.**SUPPLIER DELIVERY MANUAL**Supplier
            must comply with the latest revision of the Delphi

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O - Orlando Salinas
Buyer

By: _____

# HTT INC.

HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0599   Fax: 920-467-8203

## Packing List

Number: 41203          Date: 06-May-05

**To** | Delphi Mechatronics – 66055
P.O. Box 792
Brownsville, TX 78520 USA

Ph: 956-554-5764   Fax: 956-554-5666

**Ship To** | Khalid Amer
Delphi Mechatronics-Plant #
Cisco 66055   SAP #FM02
615 Elca Ln  1051 S. Westwood
Brownsville/ Addison, TX 78521

Ph: 630-795-4535   Fax: 630-795-4866

| Terms | | Ship Via | Salesparson |
|---|---|---|---|
| | | AIR ROAD EXPRES | |

| Quantity | Description |
|---|---|
| 20,000 | Part: 785-79557          Rev: B2
Retainer

Job: 499-08014       PO: 9571-052298       LN:
Box # 184 thru 185 cert included

2 0 4lbs |

Page 1 of 1

Eaton Corporation
☒ Vehicle Switch/Electronics Division
☐ Eaton Yale Ltd.

D-U-N-S No. 00-809-4412
T.I.N. No. 34-0196300

**E·T·N**

---

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

Purchase Order No. _____ 9571- 52298

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

Purchase Order Revision: _____ 02   12/18/01

---

Ship To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

---

| FOB ORIGIN/FRT COLL. | Ship Via ROUT   INST | Terms MNS-2 |
|---|---|---|
| Vendor Number   37800 | Tax Exempt ID Number | Date of Order 12/18/01 |

| Quantity | U/M | Part Number/Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-79557        RETAINER EPSILON IGNITION SW.
SCHEDULE                                              A

Prices valid from 12/18/01 To 12/31/03   PER QUOTE #13724

                Quantity        1.000   Price          .00930

Prices valid from  1/01/04 To 12/31/04

                Quantity        1.000   Price          .00890

Prices valid from  1/01/05 To 12/31/05

                Quantity        1.000   Price          .00850

** AS OF FEB 01,00 EATON WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOI
CES. ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

        **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
        PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
        THE SHIP TO ADDRESS ON P.O.
        **BLANKET ORDER**This is a long term commitment,
        short term releases will be generated for specific
        requirements.**SUPPLIER DELIVERY MANUAL**Supplier
        must comply with the latest revision of the Delphi
        Supplier Delivery Manual available at this office.
        PRODUCT VERIFICATION,Delphi or our Customers have
        the right to verify purchase products at your
        facility at any time with notification in advance

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.
This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.
This order is subject to the terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists, and all other correspondence.

O – Orlando Salinas
Buyer

By: _____



HTT INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-012
Ph: 920-467-0599   Fax: 920-467-8203

## Packing List

**Number:** 41202          **Date:** 06-May-05

| To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520 USA | Ship<br>To | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520 USA |
|---|---|---|---|

Ph: 956-554-5764     Fax: 956-554-5666          Ph: 956-554-5764     Fax: 956-554-5666

| Terms | | Ship Via | | Salesperson |
|---|---|---|---|---|
| | | | | |

| Quantity | Description |
|---|---|
| 20,000 | Part: 786-78092          Rev: E7<br>Contact Plate<br><br>Job: 494-03145     PO: 9571-52297     LN:<br>Box # 224 thru 227 cert included<br><br>4 coils |

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

**DELPHI**
Automotive Systems

D-P-N-360 1-585-3417
T.I.N. No. 38-3589834

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 52297

**Purchase Order No.** _____
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers 36   2/10/20
**Purchase Order Revision:** _____

To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521      USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| B ORIGIN/FRT COLL | Ship Via ROUT INST | Terms MNS-2 |
|---|---|---|
| ndor Number 37800 | Tax Exempt ID Number | Date of Order 10/24/02 |

FER TO PC 785-78092      CONTACT PLATE      CA-494
HEDULE                                         E

Prices valid from 12/18/01 To 12/31/03   PER QUOTE #13735

Quantity      1.000   Price      .05300

Prices valid from  1/01/04 To 12/31/04

Quantity      1.000   Price      .05100

Prices valid from  1/01/05 To 12/31/05

Quantity      1.000   Price      .04900

**AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

I - Karlo Gamoneda
Buyer

By: pg.

# STRAIGHT BILL OF LADING

## ORIGINAL - NOT NEGOTIABLE

Shipper No. **B 2246**

Carrier No. _____

Date _____

**Air Road**
(Name of Carrier)

**TO:**
Consignee **Delphi Mechtronics Plant #2** c/o Air Road Express Inc

Street **1051 South Wetwood**

Destination **Addison, IL 60101**

Route _____

**FROM:**
Shipper **HTT, INC.**

Street **428 Cleveland Street**

Origin **Sheboygan Falls, WI 53085**

Emergency Response Phone No. _____

Vehicle Number _____

| No. Shipping Units | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| | | Part# 747-5862   Job# 294-12074 | 248 lbs | | |
| | | 6144 parts   8 boxes | | | |
| | | Part# 741-75184   Job# 480-07014   3 boxes  14400 parts | 12 lbs | | |
| | | Part# 785-78092  Job# 494-03145  4 coils  20000 parts | 68 lbs | | |
| | | Part# 785-79557  Job# 489-08014  2 box  20000 parts | 8 lbs | | |
| | | Part# 774-79297  Job# 492-08014  1 box  10000 | 17 lbs | | |
| 1 skid | | | 353 lbs | | |

C.O.D. TO: / ADDRESS:

COD    Amt: $ _____

C.O.D. FEE: PREPAID ☐ COLLECT ☑ $ _____

TOTAL CHARGES: $ _____

FREIGHT CHARGES: FREIGHT PREPAID except when box at right is checked ☑ Check box if charges are to be collect

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**MONROE**
TRL# _____
WT _____ PCS _____ SDAY _____
20913933

RECEIVED, subject to the classifications and lawfully filed tariffs...

SHIPPER **HTT, INC.**

PER *Vicky A. Koesen*

CARRIER *Monroe*

PER *David Plasky*

DATE *5/6/05*

**1**

*HAZARDOUS MATERIALS    MARK WITH 'X' TO DESIGNATE HAZARDOUS MATERIALS AS REFERENCED IN 49CFR/172.202.*



128 CEDAR STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28369 | Date:  10-Aug-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics - 66055
P.O. BOX 792
Brownsville, TX 78520
USA

Ph: 956-548-9782          Fax: 956-548-9692          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|
| Net 30 days | 09-Sep-05 | AIR ROAD EXPRES | | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4,500 ea | Single Bus | $0.105 | $472.50 |
| | Packing List: 42596          Shipped On: 10-Aug-05 | | |
| | Part: 747-3503                              Rev: C | | |
| | PO: 9571-051324                    Ln: 001    SO: 10267 | | |
| | Box # 6373 cert included | | |
| | | | |
| | Visit us on the internet.  Our address is  www.htt-inc.com | Invoice Total: | $472.50 |
| | | Amount Paid: | $0.00 |
| | | Amount Due: | $472.50 |

UPS TRACKING NO.   1Z5957430344551666

Page 1 of 1



HTT INC.

428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 42596          Date: 10-Aug-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764     Fax: 956-554-5666     Ph: 956 654 8784     Fax 956 554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 4,500 ea | Part: 747-3503                                      Rev: C |
| | Single Bus |
| | SO: 10267          PO: 9571-051324          Line: 001 |
| | Box # 6373 cert Included |
| | 1 Box @ 33 lbs |

Page 1 of 1

DAILY SHIPMENT DETAIL REPORT
08/10/05 01:56 PM

UPS Account No.: 595743
Sorted By:Order of Shipment

| ne/Address | Shipment Detail | | Options | | Reference Rate Charges | |
|---|---|---|---|---|---|---|
| p To: Road Express 1 South Westwood lison IL 60101-4918 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 1 No 33.0 Freight Collect | Shipment Service Charge: | $ | 8.05 | |
| | Tracking No.: Package Type: Weight: | 1Z5957430344551666 Package 33.0 | Package Service Charge: Receiver Amt: (773808) UPS Total Charge: | $ $ $ | 8.05 8.05 8.05 | |
| p To: Return Dept. master-Carr Supply Co County Line Rd MHURST IL 60126-2081 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 1 No 15.0 Prepaid | Shipment Service Charge: | $ | 5.58 | |
| | Tracking No.: Package Type: Weight: | 1Z5957430345773273 Package 15.0 | Package Service Charge: Shipper Amt: UPS Total Charge: | $ $ $ | 5.58 5.58 5.58 | |
| ip To: Arkansas Faucet hler Company South Oklahoma St. eridan AR 72150-0427 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 2 No 40.0 Freight Collect | Shipment Service Charge: | $ | 19.10 | |
| IIS SHIPMENT WAS AGGREGATED | | | | | | |
| | Tracking No.: Package Type: Weight: | 1Z5957430344851716 Package 20.0 | Package Service Charge: | $ | 9.55 | |
| | Tracking No.: Package Type: Weight: | 1Z5957430345905308 Package 20.0 | Package Service Charge: Receiver Amt: (719829) UPS Total Charge: | $ $ $ | 9.55 19.10 19.10 | |
| iip To: Lee Jensen oenix Metal Processing, Inc. 11 Jordon Road ntsville AL 35811 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 2 No 29.0 Freight Collect | Shipment Service Charge: | $ | 12.28 | |
| IIS SHIPMENT WAS AGGREGATED | | | | | | |
| | Tracking No.: Package Type: Weight: | 1Z5957430344746090 Package 17.0 | Package Service Charge: | $ | 6.47 | |
| | Tracking No.: Package Type: Weight: | 1Z5957430344350089 Package 12.0 | Package Service Charge: Receiver Amt: (XF3317) UPS Total Charge: | $ $ $ | 5.81 12.28 12.28 | |
| hip To: Aaron Smith artin Division 51 Cumberland Parkway, Suite 3317 TLANTA GA 30339 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 1 No 17.0 Freight Collect | Shipment Service Charge: | $ | 7.22 | |
| OID | | | | | | |
| | Tracking No.: Package Type: Weight: | 1Z5957430345118043 Package 17.0 | Package Service Charge: Receiver Amt: (XF3317) UPS Total Charge: | $ $ $ | 7.22 7.22 7.22 | |

PS WorldShip® 7.0.17 winspool 1280



HTT, INC.
418 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28592 | Date:  02-Sep-05 |

| To | Ship To |
|---|---|
| Delphi Mechatronics - 66055<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520<br>USA |

Ph: 956-548-9782          Fax: 956-548-9692          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 02-Oct-05 | AIR ROAD EXPRES | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 9,600<br>ea | Contact Plates | $0.0468 | $449.28 |
|  | Packing List: 42975          Shipped On: 02-Sep-05 | | |
|  | Part: 741-79203                                    Rev: A | | |
|  | PO: 9571-052424                Ln: 005    SO: 10170 | | |
|  | Box # 135 & 136 cert included | | |
|  |  | | |
|  | Visit us on the internet.  Our address is  www.htt-inc.com | | |
|  |  | Invoice Total: | $449.28 |
|  |  | Amount Paid: | $0.00 |
|  |  | Amount Due: | $449.28 |

Page 1 of 1



HTT, INC.
128 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

| Pack List | |
|---|---|
| Number: 42975 | Date: 02-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

Ph:  956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 9,600 ea | Part: 741-79203                                    Rev: A |
| | Contact Plates |
| | |
| | SO: 10170                PO: 9571-052424          Line: 005 |
| | Box # 135 & 136 cert included |

☒ Delphi Mechatronic Systems

**DELPHI**
Automotive Systems
Page:   1

956-855-3417
T.I.N. No. 38-3589834

TO:
H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 52424

**Purchase Order No.**

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.   00 ,  0/00/00
**Purchase Order Revision**

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX   78521      USA

Invoice in Duplicate to DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB  ORIGIN-FREIGHT | Ship Via  ROUTING IN | Terms   MNS-2 |
|---|---|---|
| Vendor Number   37800 | Tax Exempt ID Number | Date of Order   2/16/02 |

| Quantity | U/M | Part Number / Description | P Line No. | Unit Price | Extended Price |
|---|---|---|---|---|---|

REFER TO PC Z741-79203      CONTACT PLATE
SCHEDULE                                                         B

        Prices valid from  2/16/02 To 12/31/02

                Quantity        1.000   Price          .04760

        Prices valid from  1/01/03 To 12/31/03

                Quantity        1.000   Price          .04720

        Prices valid from  1/01/04 To 12/31/04

                Quantity        1.000   Price          .04680

        Prices valid from  1/01/05 To 12/31/05

                Quantity        1.000   Price          .04680

* AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
L FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

                **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
                PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
                THE SHIP TO ADDRESS ON P.O.
                **BLANKET ORDER**This is a long term commitment,
                short term releases will be generated for specific
                requirements.**SUPPLIER DELIVERY MANUAL**Supplier

PPAP
Submit before
A S.AP.

. This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

. This order is subject to the terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number and Release Number must appear on all
invoices, bills of lading, cases bundles, packing lists, and all other
correspondence.

N = EUGENIA ACOSTA
Buyer

By: _____

Jttn: Eite Cenrad
520 467 06 01

59-552 (10/01)                    ORIGINAL

# FedEx Express US Airbill

**Sender's Copy**

FedEx Tracking Number: **8467 5516 2640**

9/2/05

Sender's FedEx Account Number: 1862-2609-7

Rita Conrad   Phone (920) 467-0599

Company: HTT INC

Address: 428 CLEVELAND ST

SHEBOYGAN FALLS   State WI   ZIP 53085-1472

Internal Billing Reference

Recipient's Name: Eduardo Hernandez  Phone (956) 548-9761  554-5466

Company: Delphi Mechatronic

Address: 615 Elca Lane Suite A

Brownsville   State TX   ZIP 78521

**4a Express Package Service** — Packages up to 150 lbs.
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [X] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday
- [ ] HOLD Saturday

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [ ] Sender
- [X] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No.: 1827-6744-1

Total Packages: 2   Total Weight: 4   Total Declared Value: $434.00

**8 Sign to Authorize Delivery Without a Signature**

466

Questions? Visit our Web site at fedex.com or call 1.800.GoFedEx 1.800.463.3339.

0281150973



428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Invoice

Number: 28607                     Date:  07-Sep-05

| To | Ship To |
|---|---|
| Delphi Mechatronics - 66055<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX 78520<br>USA |

Ph: 956-548-9782          Fax: 956-548-9692          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|
| Net 30 days | 07-Oct-05 | AIR ROAD EXPRES | | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 5,810<br>ea | Bus Transfer<br><br>Packing List: 42996          Shipped On: 07-Sep-05<br>Part: 747-5862                              Rev: E<br>PO: 9571-51330                  Ln: 012    SO: 10090<br>Box # 6655 thru 6662 cert included | $0.11 | $639.10 |
| 40,000<br>ea | Retainer<br><br>Packing List: 42994          Shipped On: 07-Sep-05<br>Part: 785-79557                            Rev: B2<br>PO: 9571-052298              Ln: 012    SO: 10124<br>Box # 218 thru 221 cert included | $0.0085 | $340.00 |
| 4,800<br>ea | Contact Plate<br><br>Packing List: 42995          Shipped On: 07-Sep-05<br>Part: Z741-79203                          Rev: B<br>PO: 9571-052424              Ln: 007    SO: 10170<br>Box # 139 cert included | $0.0468 | $224.64 |

Visit us on the internet.  Our address is  www.htt-inc.com

|  |  |
|---|---|
| Invoice Total: | $1,203.74 |
| Amount Paid: | $0.00 |
| Amount Due: | $1,203.74 |

Page 1 of 1

HTT INC.
498 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

| Number: 42996 | Date: 07-Sep-05 |
|---|---|

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764        Fax: 956-554-5666

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055   SAP #FM02
615 Elca Ln   1051 S. Westwood
Brownsville/ Addison, TX 78521

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 5,810<br>ea | Part: 747-5862                         Rev: E<br>Bus Transfer<br><br>SO: 10090          PO: 9571-51330      Line: 012<br>Box # 6655 thru 6662 cert included |

7 Boxes @ 31 lbs.
1 partial @ 19 lbs.

AB

Page 1 of 1



428 CLEVELAND STREET
P.O. BOX 728
SHEBOYGAN FALLS, WI 53085-0128

Ph: 920-467-0599
Fax: 920-467-8203

| Pack List | |
|---|---|
| Number: 42994 | Date: 07-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 40,000 ea | Part: 785-79557                          Rev: B2 |
| | Retainer |
| | |
| | SO: 10124          PO: 9571-052298          Line: 012 |
| | Box # 218 thru 221 cert included |

4 Boxes @ 4 lbs

Page 1 of 1

**HTT INC.**

HTT INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-6203

## Pack List

| Number: 42995 | Date: 07-Sep-05 |
|---|---|

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 4,800 ea | Part: Z741-79203                                     Rev: B |
|  | Contact Plate |
|  |  |
|  | SO: 10170                     PO: 9571-052424          Line: 007 |
|  | Box # 139 cert included |

*1 Box @ 4 lb,*

Page 1 of 1

BOISE CASCADE    (866) 352-0028

F

PRODUCT 128

# STRAIGHT BILL OF LADING
## ORIGINAL - NOT NEGOTIABLE

Shipper No. **B 2701**

Carrier No. _____

Date **9/7/05**

*Delphi Mechtronics plant #2*    **NIM TRAN.**
(Name of Carrier)

TO:
Consignee c/o *Air Express Inc.*    FROM: Shipper **HTT, INC.**

Street *1051 south westwood*    Street **428 Cleveland Street**

Destination *Addison, IL 60101*    Origin **Sheboygan Falls, WI 53085**

Route _____    Emergency Response Phone No. _____    Vehicle Number _____

| No. Shipping Units | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| SKID | | *8 Boxes  part # 747-5862  5810 parts* | *235 lb.* | | |
| | | *4 Boxe  part # 785-79557  40,000 parts* | *16 lb.* | | |
| | | *1 Box  part # 2741-79203  4800 parts* | *4 lb.* | | |
| | | *Total  255 lb.* | | | |

901-6779

or generic description of material with appropriate UN or NA number as defined in US DOT Emergency Communication Standard (HM-126C)

SHIPPERS COPY

In time. We guarantee it

HM

... the above named materials are prop-...ly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

COD    Amt: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

REMIT C.O.D. TO: ADDRESS:

NOTE – Where the ...wn transportation ...de emergen... ...re required to stat... ...aclared value of t... The agreed or dec...ine property is hereby specifically stated by the shipper to be not exceeding _____ per _____

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☒ $

TOTAL CHARGES: $

FREIGHT CHARGES
FREIGHT PREPAID except when box at right is checked    Check box if charge are to be ☒ collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms

and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
NOTICE: Freight moving under this Bill of Lading is subject to the classifications and lawfully filed tariffs in effect on the date of this Bill of Lading. This notice supersedes and negates any claimed, alleged or asserted oral or written contract, promise, representation or understanding between the parties with respect to this freight, except to the extent of any written contract which establishes lawful contract carriage and is signed by authorized representatives of both parties to the contract.

SHIPPER **HTT, INC.**    CARRIER _____

PER *Lindsay A. Koesen*    PER *Nim Tran 260*

DATE _____    DATE *9.7.05*

1

HAZARDOUS MATERIALS    MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIALS AS REFERENCED IN 49CFR § 172.202.

rchase Order   [X] Delphi Mechatronic Systems   D-U-N-S No. 02-155-3417   **DELPHI**
                [ ] Delphi Automotive Systems      T.I.N. No. 38-3589834    Automotive Systems

Page:   1

H T T INC                                           9571- 51330
PO BOX 126                           Purchase Order No. _____
                                     This number must appear on all invoices, correspondence, packing slips,
SHEBOYGAN FALLS WI 53085-0126        shipping documents and containers.  00   0/00/00
                                     Purchase Order Revision: _____

o To:  DELPHI MECHATRONIC SYSTEMS
       615 ELCA LANE, SUITE A        Invoice in Duplicate To: MECHATRONIC SYSTEMS
       BROWNSVILLE                        P.O. Box 792
                                          Brownsville, TX 78521

       TX   78521           USA

| B ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms MNS-2 |
| Vendor Number  37800 | Tax Exempt ID Number | Date of Order  1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

FER TO PC 7475862          BUS - TRANSFER
HEDULE                                              E

Prices valid from  1/03/00 To 12/31/02  FREEMARKETS EVENT-cbe615

              Quantity        1.000   Price          .11000

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

              **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
              PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
              THE SHIP TO ADDRESS ON P.O.
              **BLANKET ORDER**This is a long term commitment,
              short term releases will be generated for specific
              requirements.**SUPPLIER DELIVERY MANUAL**Supplier
              must comply with the latest revision of the Delphi
              Supplier Delivery Manual available at this office.
              PRODUCT VERIFICATION,Delphi or our Customers have
              the right to verify purchase products at your
              facility at any time with notification in advance.
              This will not preclude rejections by Delphi.
              UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
              PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
              IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
              SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
              SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
              SUPPLIER GUIDELINES.
              REFERENCE WEBSITE:www.delphiauto.com

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

O - Orlando Salinas
Buyer

By:

**Purchase Order**

Eaton Corporation
☒ Vehicle Switch/Electronics Division
☐ Eaton Yale Ltd.

GST # 101152487
PST # 01-1553
G4U-N-S No: 00-509-4412
T.I.N. No. 34-0196300

**EAT•N**

Page:  1

To:
H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 52298

Purchase Order No. _____
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 02 , 12/18/01
Purchase Order Revision: _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL. | Ship Via ROUT INST | Terms MNS-2 |
|---|---|---|
| Vendor Number  37800 | Tax Exempt ID Number | Date of Order 12/18/01 |

| Quantity | U/M | Part Number/Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-79557        RETAINER EPSILON IGNITION SW.
SCHEDULE                                    A

    Prices valid from 12/18/01 To 12/31/03  PER QUOTE #13724

            Quantity        1.000    Price        .00930

    Prices valid from  1/01/04 To 12/31/04

            Quantity        1.000    Price        .00890

    Prices valid from  1/01/05 To 12/31/05

            Quantity        1.000    Price        .00850

**\*\* AS OF FEB 01,00 EATON WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOI
CES. ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. \*\***

            \*\*VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
            PRIOR TO INITIAL SHIPMENTS\*\* ATTN IMPORT/EXPORT TO
            THE SHIP TO ADDRESS ON P.O.
            \*\*BLANKET ORDER\*\*This is a long term commitment,
            short term releases will be generated for specific
            requirements.\*\*SUPPLIER DELIVERY MANUAL\*\*Supplier
            must comply with the latest revision of the Delphi
            Supplier Delivery Manual available at this office.
            PRODUCT VERIFICATION,Delphi or our Customers have
            the right to verify purchase products at your
            facility at any time with notification in advance

. This order expressly limits acceptance to the terms stated on the face and
reverse side hereof. Any additional or different terms proposed by seller are
rejected unless expressly assented to in writing.

. This order and/or releases against this order are not to be filled at higher
prices than shown on Purchase Order or Release without written approval
of buyer.

. This order is subject to the terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists, and all other correspon-
dence.

O - Orlando Salinas
Buyer

By: _____

P50-552(6/95)

ORIGINAL

☒ Delphi Mechatronic Systems

**DELPHI**
Automotive Systems
Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 52424
**Purchase Order No.**
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.   00 , 0/00/00
**Purchase Order Revision**

DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX    78521        USA

Invoice in Dup DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| | | | |
|---|---|---|---|
| OB  ORIGIN-FREIGHT | Ship Via  ROUTING IN | | Terms   MNS-2 |
| Vendor Number   37800 | Tax Exempt ID Number | | Date of Order   2/16/02 |

| Quantity | U/M | Part Number/Description | P/C Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

EFER TO PC Z741-79203       CONTACT PLATE
CHEDULE                                          B

        Prices valid from  2/16/02 To 12/31/02

                Quantity        1.000   Price        .04760

        Prices valid from  1/01/03 To 12/31/03

                Quantity        1.000   Price        .04720

        Prices valid from  1/01/04 To 12/31/04

                Quantity        1.000   Price        .04680

        Prices valid from  1/01/05 To 12/31/05

                Quantity        1.000   Price        .04680

AS OF FEB 01.00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
L FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

            **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
            PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
            THE SHIP TO ADDRESS ON P.O.
            **BLANKET ORDER**This is a long term commitment,
            short term releases will be generated for specific
            requirements.**SUPPLIER DELIVERY MANUAL**Supplier

PPAP
Submit before
f S.AP.

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to the terms, conditions, and instructions on the face and
reverse side hereof.

acceptance to the terms stated on the face and reverse si   r  The Purchase Order Number and Release Number must appear on all
invoices, bills of lading, cases bundles, packing lists, and all other
correspondence.

N – EUGENIA ACOSTA
Buyer

By: _____

Attn: Ellen Conrad
    920  467  06 01

ORIGINAL

9-552 (10/01)



428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28623 | Date:  08-Sep-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-548-9782          Fax: 956-548-9692          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 08-Oct-05 | AIR ROAD EXPRES | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 28,800<br>ea | Contact Plate | $0.0452 | $1,301.76 |
| | Packing List: 43014          Shipped On: 08-Sep-05 | | |
| | Part: 741-75184                              Rev: C | | |
| | PO: 9571-51291                    Ln: 018     SO: 10107 | | |
| | Box # 260 thru 265 cert included | | |
| | | | |
| | Visit us on the internet.  Our address is  www.htt-inc.com | Invoice Total: | $1,301.76 |
| | | Amount Paid: | $0.00 |
| | | Amount Due: | $1,301.76 |

*✱ UPS Tracking #'s Attached*

Page 1 of 1

# HTT INC.

HTT INC.
528 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

| Number: 43014 | Date: 08-Sep-05 |
|---|---|

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764      Fax: 956-554-5666

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph:  956-554-5764      Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 28,800 ea | Part: 741-75184                                   Rev: C |
| | Contact Plate |
| | SO: 10107          PO:9571-51291          Line: 018 |
| | Box #260 thru 265 cert included |

Box 266 - 271

**DELPHI**
Automotive Systems

rchase Order
[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-135-3417
T.I.N. No. 38-3589834

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

Purchase Order No.   9571- 51291

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers

Purchase Order Revision:   01 , 8/17/04

To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521        USA

*480*

Invoice in Duplicate To:   DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| B DEST. FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
| ndor Number 37800 | Tax Exempt ID Number | Date of Order 8/17/04 |

FER TO PC 741-75184        CONTACT PLATE
HEDULE                                                     C

Prices valid from 11/16/01 To 12/31/04   PER QUOTE #13704

Quantity        1.000    Price        .04520

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

O TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ive at buyer's reciving dock."

                    **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

552 (12/01)                                                ORIGINAL

HTT, Inc.
05-44481-rdd    Doc 7238    Filed 03/14/07    Entered 03/14/07 16:01:05    Main Document
DAILY SHIPMENT DETAIL REPORT
03/08/05 02:28 PM
Pg 56 of 158
Pickup Date: 09/08/05                                                                                          UPS Account No.: 595743
Pickup Record No.: 4751735 45 2                                                                              Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | | Reference Rate Charges | |
|---|---|---|---|---|---|---|
| **Ship To:**<br>Hildegard Laduron<br>Apt. 105<br>618 Parklane<br>Mishicot WI 54228 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>1<br>No<br>1.0<br>Prepaid | Shipment Service Charge: | | $ | 4.87 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343833363<br>Package<br>1.0 | Package Service Charge:<br>Shipper Amt:<br>UPS Total Charge: | | $<br>$<br>$ | 4.87<br>4.87<br>4.87 |
| **Ship To:**<br>Trostel<br>901 Maxswell St.<br>LAKE GENEVA WI 53147-1003 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>3<br>No<br>45.0<br>Freight Collect | Shipment Service Charge: | | $ | 20.49 |
| THIS SHIPMENT WAS AGGREGATED | | | | | | |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430344766872<br>Package<br>14.5 | Package Service Charge: | | $ | 6.83 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345033269<br>Package<br>14.5 | Package Service Charge: | | $ | 6.83 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343110858<br>Package<br>14.5 | Package Service Charge:<br>Receiver Amt: (581914)<br>UPS Total Charge: | | $<br>$<br>$ | 6.83<br>20.49<br>20.49 |
| **Ship To:**<br>Air Road Express<br>1051 South Westwood<br>Addison IL 60101-4918 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>6<br>No<br>24.0<br>Freight Collect | Shipment Service Charge: | | $ | 23.28 |
| THIS SHIPMENT WAS AGGREGATED | | | | | | |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343907739<br>Package<br>4.0 | Package Service Charge: | | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430344442926<br>Package<br>4.0 | Package Service Charge: | | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343293312<br>Package<br>4.0 | Package Service Charge: | | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343674900<br>Package<br>4.0 | Package Service Charge: | | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345083698<br>Package<br>4.0 | Package Service Charge: | | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345695689<br>Package<br>4.0 | Package Service Charge:<br>Receiver Amt: (773808)<br>UPS Total Charge: | | $<br>$<br>$ | 3.88<br>23.28<br>23.28 |

*Delphi*
*UPS*

UPS WorldShip® 7.0.17 winspool 1280



428 GLEASON AND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Invoice

| Number: 28642 | Date: 12-Sep-05 |
|---|---|

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-548-9782    Fax: 956-548-9692        Ph: 956-554-5764        Fax: 956-554-5666

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 12-Oct-05 | AIR ROAD EXPRES | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 10,000 ea | Terminal | $0.0535 | $535.00 |
| | Packing List: 43068        Shipped On: 12-Sep-05 | | |
| | Part: 774-79312 | | |
| | PO: 9571-51332            Ln: 004      SO: 10064 | | |
| | Box # 67 cert included | | |
| 9,600 ea | Contact Plate | $0.0452 | $433.92 |
| | Packing List: 43087        Shipped On: 12-Sep-05 | | |
| | Part: 741-75184                       Rev: C | | |
| | PO: 9571-51291            Ln: 019      SO: 10107 | | |
| | Box # 266 & 267 cert included | | |
| 21,938 ea | Contact Plate | $0.049 | $1,074.96 |
| | Packing List: 43085        Shipped On: 12-Sep-05 | | |
| | Part: 785-78092                       Rev: E7 | | |
| | PO: 9571-52297            Ln: 010      SO: 10123 | | |
| | coil # 663 thru 667 cert included | | |
| 3,600 ea | Single Bus | $0.105 | $378.00 |
| | Packing List: 43086        Shipped On: 12-Sep-05 | | |
| | Part: 747-3503                        Rev: C | | |
| | PO: 9571-051322           Ln: 002      SO: 10267 | | |
| | Box # 6374 cert included | | |
| 2,000 ea | Multi-Bus  LED | $0.1943 | $388.60 |
| | Packing List: 43088        Shipped On: 12-Sep-05 | | |
| | Part: 747-3508                        Rev: C | | |
| | PO: 9571-051324           Ln: 001      SO: 10445 | | |
| | Box # 2195 cert included | | |
| | Visit us on the internet.  Our address is  www.htt-inc.com | Invoice Total: | $2,810.48 |
| | | Amount Paid: | $0.00 |
| | | Amount Due: | $2,810.48 |



HTT, INC.
428 CLEVELAND STREET
P.O. BOX 128
SHEBOYGAN FALLS, WI 53085-0128

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43087                                      Date: 12-Sep-05

**To**

| |
|---|
| Delphi Mechatronics - 88055<br>P.O. Box 792<br>Brownsville, TX 78520<br>USA |

**Ship To**

| |
|---|
| Delphi Mechatronics - 88055<br>P.O. Box 792<br>Brownsville, TX 78520<br>USA |

Ph: 956-554-5764         Fax: 956-554-5666          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 9,600 ea | Part: 741-75184                          Rev: C<br>Contact Plate<br><br>SO: 10107              PO: 9571-51291         Line: 019<br>Box # 285  286  Part Included<br><br>    2 BOXES  @ 4 lbs |

Nt

Page 1 of 1

# HTT INC.

**HTT INC.**
920 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

| Pack List | |
|---|---|
| Number: 43085 | Date: 12-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764      Fax: 956-554-6666        Ph: 956-554-5764        Fax: 956-554-5666

| Terms | | Ship Via | |
|---|---|---|---|
| Net 30 days | | AIR ROAD EXPRES | |

| Quantity | Description | | |
|---|---|---|---|
| 21,938 ea | Part: 785-78092       Rev: E7 | | |
| | Contact Plate | | |
| | SO: 10123     PO: 9571-52297     Line: 010 | | |
| | coil 6663 thr - 6667 cert included | | |
| | *5 coils* | | |

NF

Page 1 of 1

05-44481-rdd    Doc 7238    Filed 03/13/07    Entered 03/14/07 16:01:05    Main Document

**HTT INC.**

128 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

| Number: 43088 | Date: 12-Sep-05 |
|---|---|

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 10,000 ea | Part: 774-79312                                    Rev:<br>Terminal<br><br>SO: 10084          PO: 9571-51332          Line: 004<br>Box # 67 cert included |
| | I BOX |

HTT, INC.
428 CLEVELAND STREET
P.O. BOX 158
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

| | |
|---|---|
| Number: 43086 | Date: 12-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 3,600 ea | Part: 747-3503 |
| | Single Bus                          Rev: C |
| | |
| | SO: 10267 |
| | Box # 6374 cert included      PO: 9571-051322          Line: 002 |
| | |
| | 1 BOX @ 25 1/2 |

# HTT INC.

HTT INC
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43088                                    Date: 12-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5784      Fax: 956-554-5666      Ph: 956-554-5784      Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 2,000 ea | Part: 747-3508                          Rev: C |
| | Multi-Bus  LED |
| | SO: 10445          PO: 9571-051324        Line: 001 |
| | Box # 2195 cert included |
| | *1 BOX @ 31 lbs* |

Page 1 of 1

**DELPHI**
Automotive Systems

[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-535-3417
T.I.N. No. 38-3589834

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

**Purchase Order No.**
9571- 51332

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:** 01   10/16/03

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521         USA

Invoice in Delphi To: DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB DEST. FGT COLL | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| Vendor Number   37800 | Tax Exempt ID Number | Date of Order 10/16/03 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO PC SCHEDULE | | 77479312        TERMINAL STRIP        Update: Oct/10/01 CS-2003 | C | | 495- |

Prices valid from 11/28/01 To 12/31/03  Per email Rita Conrad 10/14/03

Quantity          1.000     Price          .05930

Prices valid from  1/01/04 To 12/31/04

Quantity          1.000     Price          .05630

Prices valid from  1/01/05 To 12/31/05

Quantity          1.000     Price          .05350

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
& FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

CO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
rive at buyer's reciving dock."

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D...N-84-0585-3417
T.I.N. No. 38-3589834

Automotive Systems

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

Purchase Order No. **9571- 51291**
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 1    8/17/04
**Purchase Order Revision:**

> To:  DELPHI MECHATRONIC SYSTEMS
      615 ELCA LANE, SUITE A
      BROWNSVILLE

      TX    78521        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| B   DEST  FGT COLL | Ship Via  ROUTING IN | Terms  MNS-2 |
|---|---|---|
| ndor Number  37800 | Tax Exempt ID Number | Date of Order  8/17/04 |

FER TO PC 741-75184      CONTACT PLATE
HEDULE                                        C

    Prices valid from 11/16/01 To 12/31/04   PER QUOTE #13704

              Quantity        1.000    Price        .04520

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
. FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

O TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ive at buyer's reciving dock."

              **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
              PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
              THE SHIP TO ADDRESS ON P.O.
              **BLANKET ORDER**This is a long term commitment,
              short term releases will be generated for specific
              requirements.**SUPPLIER DELIVERY MANUAL**Supplier
              must comply with the latest revision of the Delphi
              Supplier Delivery Manual available at this office.
              PRODUCT VERIFICATION,Delphi or our Customers have
              the right to verify purchase products at your
              facility at any time with notification in advance.
              This will not preclude rejections by Delphi.
              UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
              ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
              ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
              SHIPPED UNTIL PPAP APPROVAL IS GRANTED.

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

I - Karlo Gamoneda
Buyer

By: _____

552 (12/01)                          ORIGINAL

☒ Delphi Mechatronic Systems   D-UNS No. 02-555-3417   DELPHI
☐ Delphi Automotive Systems   T.I.N. No. 38-3589834   Automotive Systems

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

Purchase Order No.   9571- 52297

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers

Purchase Order Revision:   96   2/10/20

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521   USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 10/24/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-78092      CONTACT PLATE      *EA-494*
SCHEDULE                                          E

        Prices valid from 12/18/01 To 12/31/03  PER QUOTE #13735

                Quantity        1.000   Price            .05300

        Prices valid from  1/01/04 To 12/31/04

                Quantity        1.000   Price            .05100

        Prices valid from  1/01/05 To 12/31/05

                Quantity        1.000   Price            .04900

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
L FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

                **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
                PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
                THE SHIP TO ADDRESS ON P.O.
                **BLANKET ORDER**This is a long term commitment,
                short term releases will be generated for specific
                requirements.**SUPPLIER DELIVERY MANUAL**Supplier
                must comply with the latest revision of the Delphi
                Supplier Delivery Manual available at this office.
                PRODUCT VERIFICATION,Delphi or our Customers have
                the right to verify purchase products at your
                facility at any time with notification in advance

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _[signature]_

**DELPHI**
Automotive Systems

□ Delphi Automotive Systems

D-U-N-S No. 05-065-3417
T.I.N. No. 38-3589834

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 51322

**Purchase Order No.**
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:** 0/00/00

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521          USA

Invoice impurpose To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| OB ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms MNS-2 |
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

FER TO PC 7473503          BUS (LED) SINGLE
CHEDULE                                              C

        Prices valid from  1/03/00 To 12/31/02   FREEMARKETS BIDDING EVENT

            Quantity        1.000   Price         .10500

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
. FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

            BUSS    LED  SINGLE
            **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
            PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
            THE SHIP TO ADDRESS ON P.O.
            **BLANKET ORDER**This is a long term commitment,
            short term releases will be generated for specific
            requirements.**SUPPLIER DELIVERY MANUAL**Supplier
            must comply with the latest revision of the Delphi
            Supplier Delivery Manual available at this office.
            PRODUCT VERIFICATION,Delphi or our Customers have
            the right to verify purchase products at your
            facility at any time with notification in advance.
            This will not preclude rejections by Delphi.
            UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
            PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
            IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
            SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
            SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O  -  Orlando Salinas
Buyer
                                    By:

**Purchase Order**

[X] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page: 1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 51324

**Purchase Order No.** _____

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 00   0/00/00

**Purchase Order Revision:** _____

Ship To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521          USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 7473508          LED BUS MULTIPLE
SCHEDULE                                          C

Prices valid from  1/03/00 To 12/31/02  FREEMARKETS BIDDING EVENT

Quantity      1.000   Price        .19430

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

LED BUS  MULTLPLE
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

O - Orlando Salinas
Buyer

By: _____

BOISE CASCADE (866) 352-0028

PRODUCT 126

# STRAIGHT BILL OF LADING
## ORIGINAL - NOT NEGOTIABLE

Shipper No. B 2712

Carrier No.

c/o Air Road Express   N'M Tran.

Date

(Name of Carrier)

| TO: Consignee | Delphi Mechatronics Plant #2 | FROM: Shipper | HTT, INC. |
|---|---|---|---|
| Street | 1051 South Westwood | Street | 428 Cleveland Street |
| Destination | Addison IL 60101 | Origin | Sheboygan Falls, WI 53085 |

Route

Emergency Response Phone No.

Vehicle Number

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| | | - Job# 494 -  Part# 785-78092  5 coils | 75 lbs | | |
| | | - Job# 495 -  Part# 774-79312  1 box  10000 parts | 4 lbs | | |
| | | - Job # 480 -  Part# 741-75184  2 boxes  9600 parts | 8 lbs | | |
| | | - Job# 10 -  Part# 747-3508  1 box  2080 | 31 lbs | | |
| | | - Job# 12 -  Part# 747-3503  1 box  3600 parts | 25 1/2 | | |
| | | | | | |
| 1 Skid | | | 150 lbs | | |

If shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____."

| REMIT C.O.D. TO: | | COD | |
|---|---|---|---|

900-6220

SHIPPERS COPY

| C.O.D. FEE: | |
|---|---|
| PREPAID ☐ | $ |
| COLLECT ☒ | $ |

| TOTAL CHARGES: | $ |
|---|---|

COD   Amt: $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

FREIGHT CHARGES:
FREIGHT PREPAID  Check box if charges
except when box at  are to be
right is checked  ☒ collect

Received, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
NOTICE: Freight moving under this Bill of Lading is subject to the classifications and lawfully filed tariffs in effect on the date of this Bill of Lading. This notice supersedes and negates any claimed, alleged or asserted oral or written contract, promise, representation or understanding between the parties with respect to this freight, except to the extent of any written contract which establishes lawful contract carriage and is signed by authorized representatives of both parties to the contract.

| SHIPPER | HTT, INC. | CARRIER | N+M |
|---|---|---|---|
| PER | Mary A K | PER | CO 64 |
| | | DATE | 9/12/05 |

1

HAZARDOUS MATERIALS    MARK WITH X TO DESIGNATE HAZARDOUS MATERIALS AS REFERENCED IN 49CFR 172.202.



698 FLEISLAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28650 | Date:  12-Sep-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-548-9782          Fax: 956-548-9692

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|
| Net 30 days | 12-Oct-05 | AIR ROAD EXPRES | | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 28,800 ea | Contact Plate | $0.0452 | $1,301.76 |
| | Packing List: 43090          Shipped On: 12-Sep-05 | | |
| | Part: 741-75184                                  Rev: C | | |
| | PO: 9571-51291               Ln: 020      SO: 10107 | | |
| | BOX # 272 THRU 277 CERT INCLUDED | | |
| | | Invoice Total: | $1,301.76 |
| | Visit us on the internet.  Our address is  www.htt-inc.com | Amount Paid: | $0.00 |
| | | Amount Due: | $1,301.76 |

Page 1 of 1



HTT INC.
408 CLELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43090                           Date: 12-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764        Fax: 956-554-5666          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 28,800 ea | Part: 741-75184                                    Rev: C |
| | Contact Plate |
| | |
| | SO: 10107                    PO: 9571-51291              Line: 020 |
| | BOX # 272 THRU 277 CERT INCLUDED |

Page 1 of 1

## Rita Conrad

**From:** eduardo.v.hernandez [eduardo.v.hernandez@delphi.com]
**Sent:** Monday, September 12, 2005 3:11 PM
**To:** Rita Conrad
**Subject:** RE: 741-75184

Please use the PTA # MECH-52347 via Fed Ex Second Day.

Regards!

**Eduardo Hernandez V.**
Delphi Mechatronic Systems
Material Planner Coordinator.
Phone: (956) 554 5766
Fax: (956) 554 5712
Mex. Phone: (868) 812-8163 Ext. 5766
eduardo.v.hernandez@delphi.com

**From:** Rita Conrad [mailto:rconrad@htt-inc.com]
**Sent:** Monday, September 12, 2005 3:09 PM
**To:** Hernandez, Eduardo V
**Subject:** RE: 741-75184

Eduardo,
We have parts on this product I could send you need them UPS 2nd Day.
Thanks, Rota

**From:** eduardo.v.hernandez [mailto:eduardo.v.hernandez@delphi.com]
**Sent:** Monday, September 12, 2005 3:03 PM
**To:** Rita Conrad
**Subject:** 741-75184

Hi Rita:

Do you have parts already to ship on subject part number?

We need to expedite  28k second day some parts.

Regards!

**Eduardo Hernandez V.**
Delphi Mechatronic Systems
Material Planner Coordinator.
Phone: (956) 554 5766
Fax: (956) 554 5712
Mex. Phone: (868) 812-8163 Ext. 5766
eduardo.v.hernandez@delphi.com

**************************************************************************

9/12/2005

rchase Order

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
### Automotive Systems

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

**Purchase Order No.** 9571- 51291

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:** 01   8/17/04

To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521            USA

*480*

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| B   DEST. FGT COLL | Ship Via  ROUTING IN | | Terms   MNS-2 |
|---|---|---|---|
| ndor Number   37800 | Tax Exempt ID Number | | Date of Order  8/17/04 |

| antity | U/M | | | | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|---|

FER TO PC 741-75184        CONTACT PLATE
HEDULE                                          C

Prices valid from 11/16/01 To 12/31/04  PER QUOTE #13704

          Quantity       1.000   Price         .04520

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

O TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ive at buyer's reciving dock."

                    **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
                    PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
                    THE SHIP TO ADDRESS ON P.O.
                    **BLANKET ORDER**This is a long term commitment,
                    short term releases will be generated for specific
                    requirements.**SUPPLIER DELIVERY MANUAL**Supplier
                    must comply with the latest revision of the Delphi
                    Supplier Delivery Manual available at this office.
                    PRODUCT VERIFICATION,Delphi or our Customers have
                    the right to verify purchase products at your
                    facility at any time with notification in advance.
                    This will not preclude rejections by Delphi.
                    UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
                    ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
                    ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
                    SHIPPED UNTIL PPAP APPROVAL IS GRANTED.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

552 (12/01)

ORIGINAL

**Fed** ☓ *USA Airbill*
**Express**

FedEx Tracking Number  8 4 1 5 4 7 2 1 5 5 2 8

0200   Sender's Copy

**From** (Please print and press hard)
Date  1/12/05
Sender's FedEx Account Number  1862-2609-7

Sender's Name  Rita Conrad   Phone 920-467-0599

Company  H.T.T. Inc.

Address  428 Cleveland St.

City  Sheboygan Falls   State WI   ZIP 53085-1472

Your Internal Billing Reference
First 24 characters will appear on invoice.

**To**
Recipient's Name   Phone ( )

Company  Delphi Mechatronics

Address  615 Elca Lane Suite A

"HOLD" at FedEx location, print FedEx address.
We cannot deliver to P.O. boxes or P.O. ZIP codes

Address

City  Brownsville   State TX   ZIP 78521

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

**Questions? Visit our Web site at fedex.com**
or call 1.800.Go.FedEx® 800.463.3339.

**4a Express Package Service** *Packages up to 150 lbs.*
Delivery commitment may be later in some areas.

[X] FedEx Priority Overnight
Next business morning

[ ] FedEx Standard Overnight
Next business afternoon

[ ] FedEx First Overnight
Earliest next business morning delivery to select locations

[ ] FedEx 2Day
Second business day

[ ] FedEx Express Saver
Third business day

FedEx Envelope rate not available. Minimum charge: One-pound rate.

**4b Express Freight Service** *Packages over 150 lbs.*
Delivery commitment may be later in some areas.

[ ] FedEx 1Day Freight*
Next business day

[ ] FedEx 2Day Freight
Second business day

[ ] FedEx 3Day Freight
Third business day

* Call for Confirmation.

**5 Packaging**   * Declared value limit $500

[ ] FedEx Envelope*

[ ] FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak

[X] Other

**6 Special Handling**

[ ] SATURDAY Delivery
FedEx Priority Overnight and FedEx 3Day to select ZIP codes

[ ] HOLD Weekday
at FedEx Location
FedEx First Overnight

[ ] HOLD Saturday
at FedEx Location
FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods?

[X] No

[ ] Yes
As per attached Shipper's Declaration

[ ] Yes
Shipper's Declaration not required

[ ] Dry Ice
Dry Ice, 9, UN 1845  ___ x ___ kg

[ ] Cargo Aircraft Only

Dangerous Goods (including Dry Ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:*

[ ] Sender
Acct. No. in Section 1 will be billed

[X] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check

FedEx Acct. No. or Credit Card No.  1827-6744-1   Exp. Date

Total Packages  6   Total Weight  18   Total Declared Value†  $ 1210 . 00

† Our liability is limited to $100 unless you declare a higher value. See back for details.

FedEx Use Only

**8 Release Signature** *Sign to authorize delivery without obtaining signature.*

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

446



428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28687 | Date:  13-Sep-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

SAME

Ph: 956-548-9782          Fax: 956-548-9692

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 13-Oct-05 | AIR ROAD EXPRES | |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | August 05 Surcharge | $2,190.54 ea | $2,190.54 |
| | Metal Surcharge-August 2005 PO 9571-800026 | | |
| | | Invoice Total: | $2,190.54 |
| | Visit us on the internet.  Our address is  www.htt-inc.com | Amount Paid: | $0.00 |
| | | Amount Due: | $2,190.54 |

Page 1 of 1

9/6/2005

## Delphi Surcharge
### Per Piece Detail
### August, 2005

| Invoice Date | Invoice # | Customer | Job | Packing List | Description | Part # | Part Description | Quantity | Unit Price | Amount | Material | Per Pc. Surcharge | Surcharge Dollars |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/5/2005 | 28330 | EAT-B | 10107 | 42516 | | 741-75184 | Contact Plate | 28,800 | 0.0452 | $1,301.76 | Spring Steel | 0.0011 | $31.68 |
| 8/5/2005 | 28330 | EAT-B | 10107 | 42517 | | 741-75184 | Contact Plate | 28,800 | 0.0452 | $1,301.76 | Spring Steel | 0.0011 | $31.68 |
| 8/9/2005 | 28357 | EAT-B | 10107 | 42571 | | 741-75184 | Contact Plate | 28,800 | 0.0452 | $1,301.76 | Spring Steel | 0.0011 | $31.68 |
| 8/22/2005 | 28297 | EAT-B | 10107 | 42458 | | 741-75184 | Contact Plate | 9,300 | 0.0452 | $420.36 | Spring Steel | 0.0011 | $10.23 |
| 8/5/2005 | 28283 | EAT-B | 10107 | 42418 | | 741-75184 | Contact Plate | 28,800 | 0.0452 | $1,301.76 | Spring Steel | 0.0011 | $31.68 |
| 8/4/2005 | 28318 | EAT-B | 10107 | 42508 | | 741-75184 | Contact Plate | 28,800 | 0.0452 | $1,301.76 | Spring Steel | 0.0011 | $31.68 |
| 8/30/2005 | 28356 | EAT-B | 10107 | 42923 | | 741-75184 | Contact Plate | 28,800 | 0.0452 | $1,301.76 | Spring Steel | 0.0011 | $31.68 |
| 8/30/2005 | 28305 | EAT-B | 10107 | 42476 | | 741-75184 | Contact Plate | 9,600 | 0.0452 | $433.92 | Spring Steel | 0.0011 | $10.56 |
| 8/1/2005 | 28287 | EAT-B | 10107 | 42450 | | 741-75184 | Contact Plate | 9,600 | 0.0452 | $433.92 | Spring Steel | 0.0011 | $10.56 |
| 8/30/2005 | 28546 | EAT-B | 10107 | 42898 | | 741-75184 | Contact Plate | 28,800 | 0.0452 | $1,301.76 | Spring Steel | 0.0011 | $31.68 |
| 8/31/2005 | 28383 | EAT-B | 10170 | | 741-75184 Returns | 741-75184 Returns | Contact Plate | (946) | -0.0452 | ($42.76) | Spring Steel | 0.0011 | -$1.04 |
| 8/9/2005 | 28357 | EAT-B | 10170 | 42573 | | 741-79203 | Contact Plates | 4,800 | 0.0468 | $224.64 | Copper | 0.0008 | $3.84 |
| 8/26/2005 | 28515 | EAT-B | 10170 | 42850 | | 741-79203 | Contact Plates | 3,800 | 0.0468 | $177.84 | Copper | 0.0008 | $3.04 |
| 8/10/2005 | 28369 | EAT-B | 10267 | 42596 | | 747-3503 | Single Bus | 4,500 | 0.1050 | $472.50 | Copper | | $0.00 |
| 8/5/2005 | 28331 | EAT-B | 10090 | 42527 | | 747-5862 | Bus Transfer | 5,088 | 0.1100 | $559.68 | Copper | 0.0500 | $254.40 |
| 8/31/2005 | 28562 | EAT-B | 10090 | 42939 | | 747-5862 | Bus Transfer | 6,144 | 0.1100 | $675.84 | Copper | 0.0500 | $307.20 |
| 8/16/2005 | 28414 | EAT-B | 10090 | 42672 | | 747-5862 | Bus Transfer | 7,680 | 0.1100 | $844.80 | Copper | 0.0500 | $384.00 |
| 8/30/2005 | 28546 | EAT-B | 10090 | 42899 | | 747-5862 | Bus Transfer | 2,304 | 0.1100 | $253.44 | Copper | 0.0500 | $115.20 |
| 8/23/2005 | 28470 | EAT-B | 10090 | 42793 | | 747-5862 | Bus Transfer | 5,376 | 0.1100 | $591.36 | Copper | 0.0500 | $268.80 |
| 8/9/2005 | 28357 | EAT-B | 10090 | 42572 | | 747-5862 | Bus Transfer | 7,680 | 0.1100 | $844.80 | Copper | 0.0500 | $384.00 |
| 8/1/2005 | 28282 | EAT-B | | | | 747-5862 | Bus Transfer | (420) | -0.0535 | ($22.47) | Copper | 0.0017 | -$0.71 |
| 8/3/2005 | 28357 | EAT-B | 10064 | 42477 | | 774-79312 | Terminal | 10,000 | 0.0535 | $535.00 | Copper | 0.0017 | $17.00 |
| 8/26/2005 | 28515 | EAT-B | 10064 | 42849 | | 774-79312 | Terminal | 10,000 | 0.0535 | $535.00 | Copper | 0.0017 | $17.00 |
| 8/1/2005 | 28283 | EAT-B | | | 774-79312 Returns | 774-79312 Returns | | (10,000) | -0.0535 | ($535.00) | Copper | 0.0017 | -$17.00 |
| 8/16/2005 | 28414 | EAT-B | 10123 | 42671 | | 785-78092 | Contact Plate | 14,330 | 0.0490 | $703.15 | Spring Steel | 0.0020 | $28.70 |
| 8/30/2005 | 28546 | EAT-B | 10123 | 42900 | | 785-78092 | Contact Plate | 10,000 | 0.0490 | $490.00 | Spring Steel | 0.0020 | $20.00 |
| 8/26/2005 | 28515 | EAT-B | 10123 | 42847 | | 785-78092 | Contact Plate | 10,000 | 0.0490 | $490.00 | Spring Steel | 0.0020 | $20.00 |
| 8/5/2005 | 28331 | EAT-B | 10123 | 42526 | | 785-78092 | Contact Plate | 10,000 | 0.0490 | $490.00 | Spring Steel | 0.0020 | $20.00 |
| 8/23/2005 | 28470 | EAT-B | 10123 | 42794 | | 785-78092 | Contact Plate | 20,000 | 0.0490 | $980.00 | Spring Steel | 0.0020 | $40.00 |
| 8/26/2005 | 28515 | EAT-B | 10123 | 42853 | | 785-78092 | Contact Plate | 10,000 | 0.0490 | $490.00 | Spring Steel | 0.0020 | $20.00 |
| 8/2/2005 | 28305 | EAT-B | 10123 | 42478 | | 785-78092 | Contact Plate | 10,000 | 0.0490 | $490.00 | Spring Steel | 0.0020 | $20.00 |
| 8/30/2005 | 28346 | EAT-B | 10124 | 42901 | | 785-79557 | Retainer | 10,000 | 0.0085 | $85.00 | Stainless | 0.0003 | $3.00 |
| 8/30/2005 | 28556 | EAT-B | 10124 | 42922 | | 785-79557 | Retainer | 10,000 | 0.0085 | $85.00 | Stainless | 0.0003 | $3.00 |
| 8/3/2005 | 28305 | EAT-B | 10124 | 42480 | | 785-79557 | Retainer | 10,000 | 0.0085 | $85.00 | Stainless | 0.0003 | $3.00 |
| 8/5/2005 | 28305 | EAT-B | 10124 | 42479 | | 785-79557 | Retainer | 10,000 | 0.0085 | $85.00 | Stainless | 0.0003 | $3.00 |
| 8/15/2005 | 28402 | EAT-B | 10124 | 42650 | | 785-79557 | Retainer | 30,000 | 0.0085 | $255.00 | Stainless | 0.0003 | $9.00 |
| 8/26/2005 | 28515 | EAT-B | 10124 | 42848 | | 785-79557 | Retainer | 20,000 | 0.0085 | $170.00 | Stainless | 0.0003 | $6.00 |
| 8/19/2005 | 28453 | EAT-B | 10124 | 42748 | | 785-79557 | Retainer | 10,000 | 0.0085 | $85.00 | Stainless | 0.0003 | $3.00 |
| 8/17/2005 | 28429 | EAT-B | 10124 | 42692 | | 785-79557 | Retainer | 10,000 | 0.0085 | $85.00 | Stainless | 0.0003 | $3.00 |

$2,190.54

1

☐ Delphi Mechatronic Systems      D-U-N-S No. 02-585-3417

☐ Delphi Automotive Systems       T.I.N. No. 38-3589834

**Automotive Systems**

PAGE 1

To:
H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126
US

**Purchase Order No.**          9571-800026

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

**Purchase Order Revision:**

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521              USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB | N/A | Ship Via | N/A | Terms | MNS-2 |
|---|---|---|---|---|---|
| Vendor Number | 37800 | Tax Exempt ID Number | | Date of Order | 9/13/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| 1 | EA | METAL SURCHARGE     * Due Date:   9/13/05 *  PRECIOUS METALS PRICE FLUCT.  Metal mkt. fluctuation for copper & steel,to cover period for month of August 2005. | | 2190.54000 | 2190.54 |

                              PURCHASE ORDER TOTAL                    2190.54
** AS OF FEB 01, 00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOGISTICS **
INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfer when goods
arrive at buyer's reciving dock."

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

    I - Karlo Gamoneda
Buyer

                     By:

**ORIGINAL**



HTT INC.
728 BUCHANAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28759 | Date:  14-Sep-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-548-9782        Fax: 956-548-9692        Ph: 956-554-5764        Fax: 956-554-5666

| Terms | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|
| Net 30 days | 14-Oct-05 | AIR ROAD EXPRES | | STEVEV |

| Quantity | Description | | | Unit Price | Amount |
|---|---|---|---|---|---|
| 15,000 ea | Contact Plate | | | $0.049 | $735.00 |
| | Packing List: 43125 | Shipped On: 14-Sep-05 | | | |
| | Part: 785-78092 | | Rev: E7 | | |
| | PO: 9571-52297 | Ln: 011 | SO: 10123 | | |
| | Coil # 668 thru 670 cert included | | | | |
| 2,000 ea | Multi-Bus  LED | | | $0.1943 | $388.60 |
| | Packing List: 43128 | Shipped On: 14-Sep-05 | | | |
| | Part: 747-3508 | | Rev: C | | |
| | PO: 9571-051324 | Ln: 002 | SO: 10445 | | |
| | Box # 2195 cert included | | | | |
| | | | Invoice Total: | | $1,123.60 |
| | | | Amount Paid: | | $0.00 |
| | | | Amount Due: | | $1,123.60 |

Visit us on the internet.  Our address is  www.htt-inc.com

*\* sent UPS
Tracking # attached*

Page 1 of 1



HTT INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Pack List | |
|---|---|
| Number:  43125 | Date:  14-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 15,000 ea | Part: 785-78092                              Rev: E7 |
| | Contact Plate |
| | SO: 10123              PO: 9571-52297          Line: 011 |
| | Coil # 668 thru 670 cert included |

Page 1 of 1

**Purchase Order**

[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-135-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page: 1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

Purchase Order No. **9571- 52297**

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 06   2/10/20
Purchase Order Revision:

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521         USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL | Ship Via ROUT INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 10/24/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-78092       CONTACT PLATE        *CA-494*
SCHEDULE                                              E

Prices valid from 12/18/01 To 12/31/03   PER QUOTE #13735

          Quantity          1.000    Price          .05300

Prices valid from  1/01/04 To 12/31/04

          Quantity          1.000    Price          .05100

Prices valid from  1/01/05 To 12/31/05

          Quantity          1.000    Price          .04900

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

          **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
          PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
          THE SHIP TO ADDRESS ON P.O.
          **BLANKET ORDER**This is a long term commitment,
          short term releases will be generated for specific
          requirements.**SUPPLIER DELIVERY MANUAL**Supplier
          must comply with the latest revision of the Delphi
          Supplier Delivery Manual available at this office.
          PRODUCT VERIFICATION,Delphi or our Customers have
          the right to verify purchase products at your
          facility at any time with notification in advance

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

ORIGINAL



HTT INC.
200 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

| Pack List | |
|---|---|
| Number: 43128 | Date: 14-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description | | |
|---|---|---|---|
| 2,000 ea | Part: 747-3508 | | Rev: C |
| | Multi-Bus  LED | | |
| | SO: 10445 | PO: 9571-051324 | Line: 002 |
| | Box # 2195 cert included | | |

Page 1 of 1

Pickup Date: 09/15/05
Pickup Record No.: 4351735 50 0

UPS Account No.: 595743
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | | Reference Rate Charges | |
|---|---|---|---|---|---|---|
| | Tracking No.: | 1Z5957430343223941 | Package Service Charge: | | $ | 8.19 |
| | Package Type: | Package | Receiver Amt: (428420) | | $ | 31.32 |
| | Weight: | 34.0 | UPS Total Charge: | | $ | 31.32 |
| **Ship To:** | Service Type: | UPS GROUND | Shipment Service Charge: | | $ | 20.58 |
| Molded Dimensions, Inc. | Total Packages: | 3 | | | | |
| 701 Sunset Road | Hundredweight: | No | | | | |
| PORT WASHINGTON WI 53074-2165 | Billable Wt.: | 75.0 | | | | |
| | Billing Option: | Prepaid | | | | |

THIS SHIPMENT WAS AGGREGATED

| | | | | | | |
|---|---|---|---|---|---|---|
| | Tracking No.: | 1Z5957430345979220 | Package Service Charge: | | $ | 6.86 |
| | Package Type: | Package | | | | |
| | Weight: | 25.0 | | | | |
| | Tracking No.: | 1Z5957430344733611 | Package Service Charge: | | $ | 6.86 |
| | Package Type: | Package | | | | |
| | Weight: | 25.0 | | | | |
| | Tracking No.: | 1Z5957430343339200 | Package Service Charge: | | $ | 6.86 |
| | Package Type: | Package | Shipper Amt: | | $ | 20.58 |
| | Weight: | 25.0 | UPS Total Charge: | | $ | 20.58 |
| **Ship To:** | Service Type: | UPS NEXT DAY AIR | Shipment Service Charge: | | $ | 201.50 |
| Delphi Mechatronics | Total Packages: | 2 | | | | |
| 615 Elca Lane, Suite A | Hundredweight: | No | | | | |
| Brownsville TX 78521-5700 | Billable Wt.: | 64.0 | | | | |
| | Billing Option: | Prepaid | | | | |

THIS SHIPMENT WAS AGGREGATED

DELPHI

| | | | | | | |
|---|---|---|---|---|---|---|
| | Tracking No.: | 1Z5957430144891990 | Package Service Charge: | | $ | 68.25 |
| | Package Type: | Package | | | | |
| | Weight: | 16.0 | | | | |
| | Tracking No.: | 1Z5957430145167986 | Package Service Charge: | | $ | 133.25 |
| | Package Type: | Package | Shipper Amt: | | $ | 201.50 |
| | Weight: | 48.0 | UPS Total Charge: | | $ | 201.50 |

**Summary Totals:**

| Shipment Option | Shpts | Pkgs | Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|---|---|
| | | | | | Prepaid | 5 | 9 | $ 303.01 |
| Package Option | | Pkgs | Ref Charges | | Freight Collect | 2 | 5 | $ 67.07 |
| | | | | | **TOTAL CHARGES** | | | **$ 370.08** |

7 Shipment(s)
14 Package(s)



828 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28685 | Date:  15-Sep-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-548-9782         Fax: 956-548-9692          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|
| Net 30 days | 15-Oct-05 | AIR ROAD EXPRES | | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 10,000 ea | Retainer | $0.0085 | $85.00 |
| | Packing List: 43144        Shipped On: 15-Sep-05 | | |
| | Part: 785-79557                              Rev: B2 | | |
| | PO: 9571-052298              Ln: 013    SO: 10124 | | |
| | BoX # 221 cert included | | |
| | Visit us on the internet.  Our address is  www.htt-inc.com | | |
| | | Invoice Total: | $85.00 |
| | | Amount Paid: | $0.00 |
| | | Amount Due: | $85.00 |

*✳ sent UPS Tracking # attacked*

Page 1 of 1

HTT INC.

HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 63085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43144

Date: 15-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | | Ship Via | |
|---|---|---|---|
| Net 30 days | | AIR ROAD EXPRES | |
| Quantity | Description | | |
| 10,000 ea | Part: 785-79557 | | |
| | Retainer | Rev: B2 | |
| | SO: 10124 | PO: 9571-052296 | Line: 013 |
| | Box # 221 cert included | | |
| | 1 BOX  0 4 lbs | | |

Page 1 of 1                                                                NL

**Purchase Order**

Eaton Corporation
☒ Vehicle Switch/Electronics Division
☐ Eaton Yale Ltd.

POB# 61153287
D-U-N-S No. 00-509-4412
T.I.N. No. 34-0196300

**E·A·T·N**

Page: 1

To:   H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

Purchase Order No. _____ 9571- 52298

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.
Purchase Order Revision: _____ 02 , 12/18/01

Ship To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

        TX   78521        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL. | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| Vendor Number   37800 | Tax Exempt ID Number | Date of Order 12/18/01 |

| Quantity | U/M | Part Number/Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-79557              RETAINER EPSILON IGNITION SW.
SCHEDULE                                                     A

        Prices valid from 12/18/01 To 12/31/03   PER QUOTE #13724

                Quantity        1.000    Price           .00930

        Prices valid from  1/01/04 To 12/31/04

                Quantity        1.000    Price           .00890

        Prices valid from  1/01/05 To 12/31/05

                Quantity        1.000    Price           .00850

** AS OF FEB 01,00 EATON WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOI
CES. ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

        **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
        PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
        THE SHIP TO ADDRESS ON P.O.
        **BLANKET ORDER**This is a long term commitment,
        short term releases will be generated for specific
        requirements.**SUPPLIER DELIVERY MANUAL**Supplier
        must comply with the latest revision of the Delphi
        Supplier Delivery Manual available at this office.
        PRODUCT VERIFICATION,Delphi or our Customers have
        the right to verify purchase products at your
        facility at any time with notification in advance

This order expressly limits acceptance to the terms stated on the face and
reverse side hereof. Any additional or different terms proposed by seller are
rejected unless expressly assented to in writing.
This order and/or releases against this order are not to be filled at higher
prices than shown on Purchase Order or Release without written approval
of buyer.
This order is subject to the terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists, and all other correspon-
dence.

O - Orlando Salinas
Buyer

By: _____

59-552(6/95)

Pickup Date: 09/15/05
Pickup Record No.: 4351735 50 0

UPS Account No.: 595743
Sorted By:Order of Shipment

| Name/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| **Ship To:** Suki Microtome Precision Inc. 4805 Northpark Drive COLORADO SPRINGS CO 80918 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS NEXT DAY AIR 1 No 8.0 Prepaid | Shipment Service Charge: | $ | 43.25 |
| | Tracking No.: Package Type: Weight: | 1Z5957430144555933 Package 7.6 | Package Service Charge: Shipper Amt: UPS Total Charge: | $ $ $ | 43.25 43.25 43.25 |
| **Ship To:** Delphi Mechatronics 615 Elca Lane, Suite A Brownsville TX 78521-5700 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS NEXT DAY AIR 1 No 4.0 Freight Collect | Shipment Service Charge: | $ | 35.75 |
| | Tracking No.: Package Type: Weight: | 1Z5957430143663256 Package 4.0 | Package Service Charge: Receiver Amt: (773808) UPS Total Charge: | $ $ $ | 35.75 35.75 35.75 |
| **Ship To:** Lane Johnson Trico Tech Center 3255 West Hamlin Rd. ROCHESTER HILLS MI 48309 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS NEXT DAY AIR 1 No 3.0 Prepaid | Shipment Service Charge: | $ | 21.00 |
| | Tracking No.: Package Type: Weight: | 1Z5957430143953666 Package 3.0 | Package Service Charge: Shipper Amt: UPS Total Charge: | $ $ $ | 21.00 21.00 21.00 |
| **Ship To:** Schweda EDM Sales Inc. 226 West Broadway PLAINVIEW MN 55964-1254 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 2 No 42.0 Prepaid | Shipment Service Charge: | $ | 16.68 |
| THIS SHIPMENT WAS AGGREGATED | | | | | |
| | Tracking No.: Package Type: Weight: | 1Z5957430344640042 Package 21.0 | Package Service Charge: | $ | 8.34 |
| | Tracking No.: Package Type: Weight: | 1Z5957430343260035 Package 21.0 | Package Service Charge: Shipper Amt: UPS Total Charge: | $ $ $ | 8.34 16.68 16.68 |
| **Ship To:** LDI Incorporated 4323 Patterson AVE GRAND RAPIDS MI 49512-4044 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 4 No 126.0 Freight Collect | Shipment Service Charge: | $ | 31.32 |
| THIS SHIPMENT WAS AGGREGATED | | | | | |
| | Tracking No.: Package Type: Weight: | 1Z5957430344023174 Package 26.0 | Package Service Charge: | $ | 7.03 |
| | Tracking No.: Package Type: Weight: | 1Z5957430344793566 Package 33.0 | Package Service Charge: | $ | 8.05 |
| | Tracking No.: Package Type: Weight: | 1Z5957430344695154 Package 33.0 | Package Service Charge: | $ | 8.05 |

*(handwritten: DELPHI UPS)*

Page 1

UPS WorldShip® 7.0.17 winspool 1280



436 OHELS RAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28701 | Date: 16-Sep-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-548-9782        Fax: 956-548-9692        Ph: 956-554-5764        Fax: 956-554-5666

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 16-Oct-05 | AIR ROAD EXPRES | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 10,000 ea | Contact Plate | $0.049 | $490.00 |
| | Packing List: 43166        Shipped On: 16-Sep-05 | | |
| | Part: 785-78092                            Rev: E7 | | |
| | PO: 9571-52297                Ln: 012    SO: 10123 | | |
| | Coil # 6671 & 6672 cert included | | |
| 50,000 ea | Retainer | $0.0085 | $425.00 |
| | Packing List: 43165        Shipped On: 16-Sep-05 | | |
| | Part: 785-79557                            Rev: B2 | | |
| | PO: 9571-052298                Ln: 014    SO: 10124 | | |
| | Box # 222 thru 226 cert included | | |
| 9,600 ea | Contact Plates | $0.0468 | $449.28 |
| | Packing List: 43167        Shipped On: 16-Sep-05 | | |
| | Part: 741-79203                            Rev: A | | |
| | PO: 9571-052424                Ln: 006    SO: 10170 | | |
| | Box # 140 & 141 cert included | | |

| | |
|---|---|
| Invoice Total: | $1,364.28 |
| Amount Paid: | $0.00 |
| Amount Due: | $1,364.28 |

Visit us on the internet.  Our address is  www.htt-inc.com

*sent UPS
- Tracking #'s attached

Page 1 of 1

# HTT INC.

428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43166                    Date: 16-Sep-05

**To**

Delphi Mechatronics - 68055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764         Fax: 956-554-5666          Ph:  956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|-------|----------|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|----------|-------------|
| 10,000 ea | Part: 785-78092                     Rev: E7 |
|  | Contact Plate |
|  | SO: 10123          PO: 9571-52297          Line: 012 |
|  | Coil #273 & 274/cert Included |

*1 Box*

*2 coils*

*AB*

Page 1 of 1

Purchase Order

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

DELPHI
Automotive Systems

D-U-N-S No. 00-215-3417
T.I.N. No. 38-3589834

Page: 1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

Purchase Order No. **9571- 52297**
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers
**Purchase Order Revision:** 06    2/10/20

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521    USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL | Ship Via ROUT INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 10/24/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-78092    CONTACT PLATE    *CA-494*
SCHEDULE                                     E

Prices valid from 12/18/01 To 12/31/03   PER QUOTE #13735

Quantity       1.000    Price        .05300

Prices valid from  1/01/04 To 12/31/04

Quantity       1.000    Price        .05100

Prices valid from  1/01/05 To 12/31/05

Quantity       1.000    Price        .04900

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

                **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
                PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
                THE SHIP TO ADDRESS ON P.O.
                **BLANKET ORDER**This is a long term commitment,
                short term releases will be generated for specific
                requirements.**SUPPLIER DELIVERY MANUAL**Supplier
                must comply with the latest revision of the Delphi
                Supplier Delivery Manual available at this office.
                PRODUCT VERIFICATION,Delphi or our Customers have
                the right to verify purchase products at your
                facility at any time with notification in advance.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _Orlando Saler_

759-552 (12/01)

**ORIGINAL**

# HTT INC.

N70 INDUSTRIAL STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43165

Date: 16-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | | Ship Via | |
|---|---|---|---|
| Net 30 days | | AIR ROAD EXPRES | |

| Quantity | Description | | |
|---|---|---|---|
| 50,000 ea | Part: 785-79557    Retainer | Rev: B2 | |
| | SO: 10124          PO: 9571-052298          Line: 014 | | |
| | Box # 222 thru 226 cert included | | |
| | 5 Boxes @ 41lbs | | |

Page 1 of 1

**Purcha : Order**

Eaton Corporation
☒ Vehicle Switch/Electronics Division
☐ Eaton Yale Ltd.

CGE D-U-N-S No. 00-509-4412
T.I.N. No. 34-0196300

**EAT·N**

Page: 1

To:  H T T INC
     PO BOX 126

     SHEBOYGAN FALLS WI 53085-0126

**Purchase Order No.** _____ 9571- 52298
This number must appear on all invoices, correspondence, packing slips,
shipping documents and container.
**Purchase Order Revision:** _____ 02 , 12/18/01

Ship To:  DELPHI MECHATRONIC SYSTEMS
          615 ELCA LANE, SUITE A
          BROWNSVILLE

          TX   78521        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL. | Ship Via ROUT INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 12/18/01 |

| Quantity | U/M | Part Number/Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-79557     RETAINER EPSILON IGNITION SW.
SCHEDULE                                      A

     Prices valid from 12/18/01 To 12/31/03  PER QUOTE #13724

          Quantity      1.000   Price        .00930

     Prices valid from  1/01/04 To 12/31/04

          Quantity      1.000   Price        .00890

     Prices valid from  1/01/05 To 12/31/05

          Quantity      1.000   Price        .00850

** AS OF FEB 01,00 EATON WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOI
CES. ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

          **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
          PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
          THE SHIP TO ADDRESS ON P.O.
          **BLANKET ORDER**This is a long term commitment,
          short term releases will be generated for specific
          requirements.**SUPPLIER DELIVERY MANUAL**Supplier
          must comply with the latest revision of the Delphi
          Supplier Delivery Manual available at this office.
          PRODUCT VERIFICATION,Delphi or our Customers have
          the right to verify purchase products at your
          facility at any time with notification in advance

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.
2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.
3. This order is subject to the terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists, and all other correspondence.

O - Orlando Salinas
Buyer

By: _____

P59-552(6/95)

☒ Delphi Mechatronic Systems

T.I.N. No. 38-3589834

# DELPHI
### Automotive Systems
Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

**Purchase Order No.** 9571- 52424

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.   00   0/00/00
**Purchase Order Revision**

DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX      78521        USA

Invoice in Duplicate to: DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN-FREIGHT | Ship Via ROUTING IN | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 2/16/02 |

| Quantity | U/M | Part Number/Description | B/F Qnty | Unit Price | Extended Price | Tax |
|---|---|---|---|---|---|---|

REFER TO PC Z741-79203      CONTACT PLATE
SCHEDULE                                          B

   Prices valid from  2/16/02 To 12/31/02

      Quantity        1.000   Price        .04760

   Prices valid from  1/01/03 To 12/31/03

      Quantity        1.000   Price        .04720

   Prices valid from  1/01/04 To 12/31/04

      Quantity        1.000   Price        .04680

   Prices valid from  1/01/05 To 12/31/05

      Quantity        1.000   Price        .04680

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

       **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
       PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
       THE SHIP TO ADDRESS ON P.O.
       **BLANKET ORDER**This is a long term commitment,
       short term releases will be generated for specific
       requirements.**SUPPLIER DELIVERY MANUAL**Supplier

*PPAP
Submit before
1 S.AP.*

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

The above Order Number and Release Number must appear on all
invoices, bills of lading, cases bundles, packing lists, and all other
correspondence.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to the terms, conditions, and instructions on the face and
reverse side hereof.

N = EUGENIA ACOSTA
Buyer

By: _____

*Attn: Eileen Conrad
920 467 06 01*

ORIGINAL

59-552 (10/01)

Pickup Date: 09/16/05
Pickup Record No.: 4351735 51 1

UPS Account No.: 595743
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | Reference | Rate Charges |
|---|---|---|---|---|---|
| Ship To:<br>Air Road Express<br>1051 South Westwood<br>Addison IL 60101-4918 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>8<br>No<br>60.0<br>Freight Collect | Shipment Service Charge: | $ | 35.05 |
| THIS SHIPMENT WAS AGGREGATED | | | | | |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343233761<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343351357<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430344376141<br>Package<br>32.0 | Package Service Charge: | $ | 7.89 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343884139<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343531322<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345453716<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345667307<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345468095<br>Package<br>4.0 | Package Service Charge:<br>Receiver Amt: (773808)<br>UPS Total Charge: | $<br>$<br>$ | 3.88<br>35.05<br>35.05 |
| Ship To: Arkansas Faucet<br>Kohler Company<br>115 South Oklahoma St.<br>Sheridan AR 72150-0427 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>2<br>No<br>40.0<br>Freight Collect | Shipment Service Charge: | $ | 19.10 |
| THIS SHIPMENT WAS AGGREGATED | | | | | |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430344832086<br>Package<br>20.0 | Package Service Charge: | $ | 9.55 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430344815274<br>Package<br>20.0 | Package Service Charge:<br>Receiver Amt: (719829)<br>UPS Total Charge: | $<br>$<br>$ | 9.55<br>19.10<br>19.10 |

*DELPHI UPS* (handwritten)

Summary Totals:

| Shipment Option | Shpts | Pkgs | Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|---|---|
| Package Option | | Pkgs | Ref Charges | | Freight Collect | 2 | 10 | $ 54.15 |
| | | | | | TOTAL CHARGES | | | $ 54.15 |

2 Shipment(s)
10 Package(s)

UPS WorldShip® 7.0.17 winspool 1280



923 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Invoice

Number: 28704                    Date:  19-Sep-05

| To | Ship To |
|---|---|
| Delphi Mechatronics - 66055<br>615 Elca Lane, Suite A<br>Brownsville, TX 78521 | Delphi Mechatronics-Plant #<br>Cisco:66055   SAP #FM02<br>615 Elca Ln   1051 S. Westwood<br>Brownsville/ Addison, TX 78521 |

Ph: 956-548-9782          Fax: 956-548-9692

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 19-Oct-05 | AIR ROAD EXPRES | STEVEV |

| Quantity | Description | | | Unit Price | Amount |
|---|---|---|---|---|---|
| 2,304 ea | Bus Transfer | | | $0.11 | $253.44 |
| | Packing List: 43184 | Shipped On: 19-Sep-05 | | | |
| | Part: 747-5862 | | Rev: E | | |
| | PO: 9571-51330 | Ln: 013 | SO: 10090 | | |
| | Box # 6662 - 6664 | | | | |
| 8,448 ea | Bus Transfer | | | $0.11 | $929.28 |
| | Packing List: 43185 | Shipped On: 19-Sep-05 | | | |
| | Part: 747-5862 | | Rev: E | | |
| | PO: 9571-51330 | Ln: 014 | SO: 10090 | | |
| | Box # 6665 - 6675 | | | | |
| 14,400 ea | Contact Plate | | | $0.0452 | $650.88 |
| | Packing List: 43187 | Shipped On: 19-Sep-05 | | | |
| | Part: 741-75184 | | Rev: C | | |
| | PO: 9571-51291 | Ln: 021 | SO: 10107 | | |
| | Box # 278 - 280 | | | | |

Visit us on the internet.  Our address is  www.htt-inc.com

| | |
|---|---|
| Invoice Total: | $1,833.60 |
| Amount Paid: | $0.00 |
| Amount Due: | $1,833.60 |

*\* UPS tracking # attached*



HTT, INC.
128 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43184          Date: 19-Sep-05

o

elphi Mechatronics - 66055
.O. Box 792
rownsville, TX 78520
SA

h: 956-554-5764          Fax: 956-554-5666

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055  SAP #FM02
615 Elca Ln  1051 S. Westwood
Brownsville/ Addison, TX  78521

| erms | Ship Via |
|---|---|
| et 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 2,304 ea | Part: 747-5862                    Rev: E |
| | Bus Transfer |
| | SO: 10090          PO: 9571-51330       Line: 013 |
| | Box # 6662 - 6664 |

3 Boxes @ 32 lb.

Page 1 of 1



N75 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

| Pack List | |
|---|---|
| Number: 43187 | Date: 19-Sep-05 |

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

| Delphi Mechatronics - 66055 |
|---|
| P.O. Box 792 |
| Brownsville, TX  78520 |
| USA |

Ph: 956-554-5764          Fax: 956-554-5666          Ph:  956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 14,400 ea | Part: 741-75184                              Rev: C |
| | Contact Plate |
| | SO: 10107          PO: 9571-51291          Line: 021 |
| | Box # 278 - 280 |

*3 Boxes @ 4 lbs.*

AB

Page 1 of 1



HTT, INC.
440 LELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

| Pack List | |
|---|---|
| Number: 43185 | Date: 19-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055   SAP #FM02
615 Elca Ln   1051 S. Westwood
Brownsville/ Addison, TX 78521

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 8,448 ea | Part: 747-5862                                          Rev: E |
| | Bus Transfer |
| | SO: 10090           PO: 9571-51330           Line: 014 |
| | Box # 6665 - 6675 |

*11 Boxes @ 32 lbs.*

Page 1 of 1

BOISE CASCADE  (866) 352-0028

PRODUCT 126

F

# STRAIGHT BILL OF LADING

## ORIGINAL - NOT NEGOTIABLE

Shipper No. **B  2556**

Carrier No. _____

_____N+M_____
(Name of Carrier)

Date  9/9/05

| | |
|---|---|
| TO:<br>Consignee  _DELPHI MECHATRONIC - PLANT #2_ | FROM:<br>Shipper  **HTT, INC.** |
| Street  _%0 AIR ROAD EXPRESS_<br>_1051 SOUTH WESTWOOD_ | Street  **428 Cleveland Street** |
| Destination  _ADDISON, IL  60101_ | Origin  **Sheboygan Falls, WI 53085** |
| Route | Emergency Response<br>Phone No. |  Vehicle<br>Number |

| No. Shipping<br>Units | HM* | Kind of Packaging, Description of Articles,<br>Special Marks and Exceptions | Weight<br>(subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| 1 SKID | | 3 Boxes 14400 Parts No. 741-75184 | 12 | | |
| | | 11 Boxes 8448 Parts No. 747-5862 | 352 | | |
| | | | | | |
| | | | | | |
| | | TOTAL WT. 364 LBS | | | |

**901-6823**

SHIPPERS COPY  On time. We guarantee it.  NM

REMIT<br>C.O.D. TO<br>ADDRESS

**COD**  Amt: $

C.O.D. FEE:<br>PREPAID ☐ $<br>COLLECT ☒

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

TOTAL<br>CHARGES:  $

FREIGHT CHARGES:<br>FREIGHT PREPAID except when box at right is checked  Check box if charges are to be collect ☒

_____
Signature

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms

and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
NOTICE: Freight moving under this Bill of Lading is subject to the classifications and lawfully filed tariffs in effect on the date of this Bill of Lading. This notice supersedes and negates any claimed, alleged or asserted oral or written contract, promise, representation or understanding between the parties with respect to this freight, except to the extent of any written contract which establishes lawful contract carriage and is signed by authorized representatives of both parties to the contract.

| SHIPPER  **HTT, INC.** | CARRIER |
|---|---|
| PER  _[signature]_ | PER  _Danley_  9-9-05 260 |
| | DATE  9-9-05 |

1

*HAZARDOUS MATERIALS  MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIALS AS REFERENCED IN 49CFR § 172.202.

# rchase Order   [X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems
Page: 1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 51330
**Purchase Order No.** _____

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.   0/00/00
**Purchase Order Revision:** _____

o To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| B ORIGIN/FRT COLL | Ship Via  ROUT.  INST | Terms  MNS-2 |
|---|---|---|
| ndor Number   37800 | Tax Exempt ID Number | Date of Order   1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

FER TO PC 7475862        BUS - TRANSFER
HEDULE                                          E

Prices valid from   1/03/00 To 12/31/02   FREEMARKETS EVENT-cbe615

Quantity        1.000   Price        .11000

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
SUPPLIER GUIDELINES.
REFERENCE WEBSITE:www.delphiauto.com

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O - Orlando Salinas
Buyer _____

By: 

rchase Order

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

**Purchase Order No.** 9571- 51291

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:** 1  ·  8/17/04

To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

480

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| B DEST  FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
| ndor Number 37800 | Tax Exempt ID Number | Date of Order 8/17/04 |

FER TO PC 741-75184        CONTACT PLATE

HEDULE
                                                C

   Prices valid from 11/16/01 To 12/31/04  PER QUOTE #13704

        Quantity        1.000    Price            .04520

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
. FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

O TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ive at buyer's reciving dock."

              **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
              PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
              THE SHIP TO ADDRESS ON P.O.
              **BLANKET ORDER**This is a long term commitment,
              short term releases will be generated for specific
              requirements.**SUPPLIER DELIVERY MANUAL**Supplier
              must comply with the latest revision of the Delphi
              Supplier Delivery Manual available at this office.
              PRODUCT VERIFICATION,Delphi or our Customers have
              the right to verify purchase products at your
              facility at any time with notification in advance.
              This will not preclude rejections by Delphi.
              UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
              ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
              ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
              SHIPPED UNTIL PPAP APPROVAL IS GRANTED.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

Pickup Date: 09/19/05
Pickup Record No.: 4351735 53 3

UPS Account No.: 595743
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | Reference | Rate Charges |
|---|---|---|---|---|---|
| **Ship To:**<br>Delphi Mechatronics<br>615 Elca Lane, Suite A<br>Brownsville TX 78521-5700 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS 2ND DAY AIR<br>3<br>No<br>96.0<br>Prepaid | Shipment Service Charge: | $ | 199.50 |

THIS SHIPMENT WAS AGGREGATED

| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430243293814<br>Package<br>32.0 | Package Service Charge: | $ | 66.50 |
|---|---|---|---|---|---|
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430245715408<br>Package<br>32.0 | Package Service Charge: | $ | 66.50 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430244364192<br>Package<br>32.0 | Package Service Charge:<br>Shipper Amt:<br>UPS Total Charge: | $<br>$<br>$ | 66.50<br>199.50<br>199.50 |

Summary Totals:

| Shipment Option | Shpts | Pkgs | Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|---|---|
| Package Option | | Pkgs | Ref Charges | | Prepaid | 1 | 3 | $ 199.50 |
| | | | | | TOTAL CHARGES | | | $ 199.50 |

1 Shipment(s)
3 Package(s)

Page 1

UPS WorldShip® 7.0.17 winspool 1280



HTT INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Invoice

Number: 28761                      Date:  19-Sep-05

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

Ph: 956-548-9782          Fax: 956-548-9692

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 19-Oct-05 | AIR ROAD EXPRES | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4,400 ea | Contact Plates | $0.0468 | $205.92 |
| | Packing List: 43202         Shipped On: 19-Sep-05 | | |
| | Part: 741-79203                          Rev: A | | |
| | PO: 9571-052424            Ln: 008    SO: 10170 | | |
| | Box # 142 cert included | | |
| | | | |
| | Visit us on the internet.  Our address is  www.htt-inc.com | Invoice Total: | $205.92 |
| | | Amount Paid: | $0.00 |
| | | Amount Due: | $205.92 |

*Sent UPS
see attached
tracking #*

Page 1 of 1



HTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43202                                    Date: 19-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

Ph:  956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|-------|----------|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|----------|-------------|
| 4,400 ea | Part: 741-79203                              Rev: A |
|          | Contact Plates |
|          |  |
|          | SO: 10170                PO: 9571-052424         Line: 008 |
|          | Box # 142 cert included |

Page 1 of 1

**Rita Conrad**

**From:** eduardo.v.hernandez [eduardo.v.hernandez@delphi.com]
**Sent:** Monday, September 19, 2005 3:14 PM
**To:** Rita Conrad
**Subject:** Z741-79203

Hi Rita:

Do you have parts available to ship on part Z741-79203?

We need 4800 via air today.

Regards!

**Eduardo Hernandez V.**
Delphi Mechatronic Systems
Material Planner Coordinator.
Phone: (956) 554 5766
Fax: (956) 554 5712
Mex. Phone: (868) 812-8163 Ext. 5766
eduardo.v.hernandez@delphi.com

*********************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*********************************************************************************

9/19/2005

**Purchase Order**

☒ Delphi Mechatronic Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems
Page: 1

To:
H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

Purchase Order No. **9571- 52424**

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.   00   0/00/00
**Purchase Order Revision**

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX   78521      USA

Invoice in Duplicate to
DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB  ORIGIN-FREIGHT | Ship Via  ROUTING IN | Terms  MNS-2 |
|---|---|---|
| Vendor Number   37800 | Tax Exempt ID Number | Date of Order   2/16/02 |

REFER TO PC Z741-79203      CONTACT PLATE
SCHEDULE
                                                                 B

Prices valid from  2/16/02 To 12/31/02

          Quantity        1.000   Price          .04760

Prices valid from  1/01/03 To 12/31/03

          Quantity        1.000   Price          .04720

Prices valid from  1/01/04 To 12/31/04

          Quantity        1.000   Price          .04680

Prices valid from  1/01/05 To 12/31/05

          Quantity        1.000   Price          .04680

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

          **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
          PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
          THE SHIP TO ADDRESS ON P.O.
          **BLANKET ORDER**This is a long term commitment.
          short term releases will be generated for specific
          requirements.**SUPPLIER DELIVERY MANUAL**Supplier

*PPAP
Submit before
S.S.AP.*

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

The Purchase Order Number and Number and Release Number must appear on all
invoices, bills of lading, cases bundles, packing lists, and all other
correspondence.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to the terms, conditions, and instructions on the face and
reverse side hereof.

N - EUGENIA ACOSTA
Buyer

By: _____

*Attn: Eileen Conrad
920 467 0601*



## Shipment Receipt

(Keep this for your records.)

**Transaction Date** 19 Sep 2005

### Address Information

| Ship To: | Shipper: | Ship From: |
|---|---|---|
| Delphi Mechatronics | HTT-INC | HTT-INC |
| 956-554-5764 | Rita Conrad | Rita Conrad |
| 615 Elca Lane ,Suite A | 920-467-0599 x16 | 920-467-0599 x16 |
| BROWNSVILLE TX 78521-5700 | 428 Cleveland St. | 428 Cleveland St. |
| | Sheboygan Falls WI 53085 | Sheboygan Falls WI 53085 |

### Shipment Information

**Service:**      UPS Next Day Air
**\*Guaranteed By:**      10:30 AM, Tues. 20 Sep. 2005

**Shipping:**                   . . . . . . . . . . . . . . . . .     **\*\*39.15**

### Package Information

**Package 1 of 1**
Tracking Number:      1Z5957430190352511
Package Type:      Your Packaging
Dimensions:      9 x 8 x 4 in.
Actual Weight:      4.0 lbs
Billable Weight:      4.0 lbs

### Billing Information

**Payment Method:**      Bill Sender: 595743
**Total:**      **All Shipping Charges in USD**      **\*\*39.15**

Note: The displayed rate is for reference purposes and does not include applicable taxes.

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

\*\* Rate includes a fuel surcharge.

### Responsibility for Loss or Damage

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.



HTT INC.
1025 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28715 | Date:  20-Sep-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055   SAP #FM02
615 Elca Ln   1051 S. Westwood
Brownsville/ Addison, TX 78521

Ph: 956-548-9782          Fax: 956-548-9692

| Terms | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|
| Net 30 days | 20-Oct-05 | AIR ROAD EXPRES | | STEVEV |

| Quantity | Description | | | Unit Price | Amount |
|---|---|---|---|---|---|
| 1,536 ea | Bus Transfer | | | $0.11 | $168.96 |
| | Packing List: 43221 | Shipped On: 20-Sep-05 | | | |
| | Part: 747-5862 | | Rev: E | | |
| | PO: 9571-51330 | Ln: 015 | SO: 10090 | | |
| 9,600 ea | Contact Plate | | | $0.0452 | $433.92 |
| | Packing List: 43222 | Shipped On: 20-Sep-05 | | | |
| | Part: 741-75184 | | Rev: C | | |
| | PO: 9571-51291 | Ln: 022 | SO: 10107 | | |
| 900 ea | Bus Positive | | | $0.13 | $117.00 |
| | Packing List: 43220 | Shipped On: 20-Sep-05 | | | |
| | Part: 747-5091 | | Rev: C | | |
| | PO: 9751-51327 | Ln: 002 | SO: 10177 | | |

Visit us on the internet.  Our address is  www.htt-inc.com

| | |
|---|---|
| Invoice Total: | $719.88 |
| Amount Paid: | $0.00 |
| Amount Due: | $719.88 |

* Sent UPS
See attached #'s
tracking #'s

# HTT INC.

428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43221                    Date: 20-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055   SAP #FM02
615 Elca Ln   1051 S. Westwood
Brownsville/ Addison, TX  78521

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description | | |
|---|---|---|---|
| 1,536 ea | Part: 747-5862 | | Rev: E |
| | Bus Transfer   *Box # 6676 + 6677* | | |
| | SO: 10090 | PO: 9571-51330 | Line: 015 |
| | *2 Boxes @ 31 lbs* | | |

Page 1 of 1

rchase Order   [X] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page: 1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

**Purchase Order No.**   9571- 51330

This number must appear on all invoices, correspondence, packing slips, shipping documents and container.   00   0/00/00

**Purchase Order Revision:**

To:  DELPHI MECHATRONIC SYSTEMS
     615 ELCA LANE, SUITE A
     BROWNSVILLE

     TX   78521          USA

Invoice in Duplicate To: DELPHI MECHATRONIC SYSTEMS
     P.O. Box 792
     Brownsville, TX 78521

| | | | | |
|---|---|---|---|---|
| B ORIGIN/FRT COLL | Ship Via ROUT. INST | | Terms MNS-2 | |
| ndor Number   37800 | Tax Exempt ID Number | | Date of Order   1/25/02 | |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| FER TO PC 7475862 | | BUS - TRANSFER | | | |
| HEDULE | | | E | | |

Prices valid from  1/03/00 To 12/31/02   FREEMARKETS EVENT-cbe615

        Quantity        1.000   Price        .11000

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

        **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
        PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
        THE SHIP TO ADDRESS ON P.O.
        **BLANKET ORDER**This is a long term commitment,
        short term releases will be generated for specific
        requirements.**SUPPLIER DELIVERY MANUAL**Supplier
        must comply with the latest revision of the Delphi
        Supplier Delivery Manual available at this office.
        PRODUCT VERIFICATION,Delphi or our Customers have
        the right to verify purchase products at your
        facility at any time with notification in advance.
        This will not preclude rejections by Delphi.
        UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
        PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
        IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
        SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
        SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
        SUPPLIER GUIDELINES.
        REFERENCE WEBSITE:www.delphiauto.com

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O - Orlando Salinas

Buyer

By:



HTT INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43222                              Date: 20-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764          Fax: 956-554-5666          Ph:  956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 9,600 ea | Part: 741-75184                                    Rev: C |
|  | Contact Plate    *Box # 281 + 282* |
|  | SO:  10107                  PO: 9571-51291              Line: 022 |
|  | *2 BOXES @ 4 lbr* |

rchase Order    ☒ Delphi Mechatronic Systems
                ☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

**Purchase Order No.**     9571- 51291

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:** 01 ' 8/17/04

To:  DELPHI MECHATRONIC SYSTEMS
     615 ELCA LANE, SUITE A
     BROWNSVILLE

     TX   78521        USA    *480*

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| B DEST, FGT COLL | Ship Via  ROUTING IN | Terms  MNS-2 |
|---|---|---|
| ndor Number   37800 | Tax Exempt ID Number | Date of Order   8/17/04 |

| Quantity | U/M | | | | Sell Price | Extended Price / Tax |
|---|---|---|---|---|---|---|

FER TO PC 741-75184      CONTACT PLATE
HEDULE                                       C

     Prices valid from 11/16/01 To 12/31/04   PER QUOTE #13704

            Quantity        1.000   Price           .04520

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
. FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

O TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ive at buyer's reciving dock."

            **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
            PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
            THE SHIP TO ADDRESS ON P.O.
            **BLANKET ORDER**This is a long term commitment,
            short term releases will be generated for specific
            requirements.**SUPPLIER DELIVERY MANUAL**Supplier
            must comply with the latest revision of the Delphi
            Supplier Delivery Manual available at this office.
            PRODUCT VERIFICATION,Delphi or our Customers have
            the right to verify purchase products at your
            facility at any time with notification in advance.
            This will not preclude rejections by Delphi.
            UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
            ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
            ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
            SHIPPED UNTIL PPAP APPROVAL IS GRANTED.

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

I - Karlo Gamoneda
Buyer

By: _____

552 (12/01)                          ORIGINAL

chase Order
[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

**DELPHI**
Automotive Systems

T.I.N. No. 38-3589834

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 513⁻

**Purchase Order No.** _____
This number must appear on all invoices, correspondence, packing slip,
shipping documents and containers

**Purchase Order Revision:** _____

To:  DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

Invoice important to: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78⁻⁻⁻

| 3 ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms _ ⁻3-2 |
| --- | --- | --- |
| dor Number   37800 | Tax Exempt ID Number | Date of _ _   1/__ _ |

'ER TO PC 7475091        BUS POSITIVE
EDULE                                        C

Prices valid from  1/03/00 To 12/31/02  FREEMARKETS BIDDING ⁻⁻ENT

Quantity        1.000   Price        .13000

\S OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ⁻ INVO⁻⁻⁻.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

BUS POS
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOOD⁻
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT ⁻
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specifi⁻
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delph⁻
Supplier Delivery Manual available at this office
PRODUCT VERIFICATION.Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL ⁻
IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASIN⁻

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

O - Orlando Salinas
Buyer

By: _____

HTT, Inc.
DAILY SHIPMENT DETAIL REPORT
09/20/05 01:51 PM

UPS Account No.: 595743
Sorted By:Order of Shipment

20/05
No.: 4351735 54 4

| dress | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| p To: Arkansas Faucet<br>er Company<br>South Oklahoma St.<br>ridan AR 72150-0427 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>1<br>No<br>13.0<br>Freight Collect | Shipment Service Charge: | $ | 7.69 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343759453<br>Package<br>13.0 | Package Service Charge:<br>Receiver Amt: (719829)<br>UPS Total Charge: | $<br>$<br>$ | 7.69<br>7.69<br>7.69 |
| p To: Chris Shay<br>stel<br>Maxswell St.<br>KE GENEVA WI 53147-1003 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>3<br>No<br>45.0<br>Freight Collect | Shipment Service Charge: | $ | 20.49 |

IS SHIPMENT WAS AGGREGATED

| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345432248<br>Package<br>15.0 | Package Service Charge: | $ | 6.83 |
|---|---|---|---|---|---|
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343428239<br>Package<br>15.0 | Package Service Charge: | $ | 6.83 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343603423<br>Package<br>15.0 | Package Service Charge:<br>Receiver Amt: (581914)<br>UPS Total Charge: | $<br>$<br>$ | 6.83<br>20.49<br>20.49 |
| ip To:<br> Road Express<br>51 South Westwood<br>ddison IL 60101-4918 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>5<br>No<br>96.0<br>Freight Collect | Shipment Service Charge: | $ | 30.43 |

HIS SHIPMENT WAS AGGREGATED

| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343195526<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
|---|---|---|---|---|---|
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430344253916<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343483509<br>Package<br>26.0 | Package Service Charge: | $ | 7.03 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430344580296<br>Package<br>31.0 | Package Service Charge: | $ | 7.82 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345633861<br>Package<br>31.0 | Package Service Charge:<br>Receiver Amt: (773808)<br>UPS Total Charge: | $<br>$<br>$ | 7.82<br>30.43<br>30.43 |

DELPHI
UPS

Page 1

UPS WorldShip® 7.0.17 winspool 1280



HTT INC.
N124 QUEVLAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28744 | Date:  22-Sep-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-548-9782        Fax: 956-548-9692        Ph: 956-554-5764        Fax: 956-554-5666

| Terms | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|
| Net 30 days | 22-Oct-05 | AIR ROAD EXPRES | | STEVEV |

| Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|
| 2,304 ea | Bus Transfer | | $0.11 | $253.44 |
| | Packing List: 43250 | Shipped On: 22-Sep-05 | | |
| | Part: 747-5862 | Rev: E | | |
| | PO: 9571-51330 | Ln: 016     SO: 10090 | | |
| | Box # 6678 - 6680 | | | |
| 19,200 ea | Contact Plate | | $0.0452 | $867.84 |
| | Packing List: 43249 | Shipped On: 22-Sep-05 | | |
| | Part: 741-75184 | Rev: C | | |
| | PO: 9571-51291 | Ln: 023     SO: 10107 | | |
| | Box # 283, 284, 287 & 288 | | | |
| 850 ea | Bus Neg | | $0.3949 | $335.67 |
| | Packing List: 43252 | Shipped On: 22-Sep-05 | | |
| | Part: 747-5092 | Rev: B | | |
| | PO: 9571-051329 | Ln: 001     SO: 10498 | | |
| | Box # 1608 | | | |

Visit us on the internet.  Our address is  www.htt-inc.com

| | |
|---|---|
| Invoice Total: | $1,456.95 |
| Amount Paid: | $0.00 |
| Amount Due: | $1,456.95 |



426 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43249                    Date: 22-Sep-05

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764        Fax: 956-554-5666          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 19,200 ea | Part: 741-75184            Rev: C |
| | Contact Plate |
| | SO: 10107        PO: 9571-51291      Line: 023 |
| | Box # 283, 284, 287 & 288 |

4 Boxes @ 4 lbs.

Page 1 of 1



HTT INC. 158
426 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

| Number: 43250 | Date: 22-Sep-05 |
|---|---|

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055  SAP #FM02
615 Elca Ln  1051 S. Westwood
Brownsville/ Addison, TX 78521

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 2,304 ea | Part: 747-5862                                    Rev: E |
| | Bus Transfer |
| | SO: 10090          PO: 9571-51330          Line: 016 |
| | Box # 6678 - 6680 |

3 BOXES @ 31 lbs



NK.

Page 1 of 1

BOISE CASCADE (866) 352-0028

F

## STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

Shipper No. **B  2563**

Carrier No. _____

Air Road
(Name of Carrier)

Date _____

TO:
Consignee *Delphi Mechatronic Systems Plant #2*

c/o Air Road Express Inc.

Street *1051 South Westwood*

Destination *Addison, IL 60101*

Route _____

FROM:
Shipper **HTT, INC.**

Street **428 Cleveland Street**

Origin **Sheboygan Falls, WI 53085**

Emergency Response Phone No. _____

Vehicle Number _____

| No. Shipping Units | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| | | – Part # 741-75184    Job # 480 – | 16 lbs | | |
| 1 SKID | | 19200 parts    4 BOXES | | | |
| | | – Part # 747-5862    Job # 494 – | 93 lbs | | |
| | | 2304 parts    3 BOXES | | | |
| | | | 150 lbs | | |

905-1663

...al with appropriate UN or NA number as defined in US DOT Emergency Communication Standard (HM-126C)

...en transporting hazardous materials include t
...ude emergency response phone number in c

REMIT
C.O.D. TO:
ADDRESS:

SHIPPERS COPY    On time. We guarantee it    HM

Amt: $

...ction 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| C.O.D. FEE: | |
|---|---|
| PREPAID ☐ | $ |
| COLLECT ☒ | $ |

TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID ☐   Check box if charges are to be
except when box at ☒   collect
right is checked

NOTE – Where the rate is dependent on value, s...
are required to state specifically in writing the agr...
declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

...and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_____
Signature

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms

and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
NOTICE: Freight moving under this Bill of Lading is subject to the classifications and lawfully filed tariffs in effect on the date of this Bill of Lading. This notice supersedes and negates any claimed, alleged or asserted oral or written contract, promise, representation or understanding between the parties with respect to this freight, except to the extent of any written contract which establishes lawful contract carriage and is signed by authorized representatives of both parties to the contract.

SHIPPER **HTT, INC.**

PER *Judy A. Koeser*

CARRIER *UN*

PER *Derikesen    ZGO*

DATE *9.22.05*

1

HAZARDOUS MATERIALS    MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIALS AS REFERENCED IN 49CFR § 172.202.



HTT INC.
128 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43252

Date: 22-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|-------|----------|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|----------|-------------|
| 850 ea | Part: 747-5092          Rev: B |
| | Bus Neg |
| | SO: 10498          PO: 9571-051329          Line: 001 |
| | Box # 1608 |

Page 1 of 1

**FedEx Express** · US Airbill

FedEx Tracking Number **8517 4852 6158**

Form **0200**    Sender's Copy

**From** (Please print and press hard.)

Date 9/22/05

Sender's FedEx Account Number

Sender's Name Rita Conrad    Phone 920 467-0599

Company HTT Inc.

Address 428 Cleveland St.

City Sheboygan Falls    State WI    ZIP 53085

Your Internal Billing Reference Mch # 55012
First 24 characters will appear on invoice.

Recipient's Name Eduardo Hernandez    Phone 956 554-5766

Company Delphi Mechatronics

Recipient's Address

Address 615 Elca Lane Suite A
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

To request package be held at a specific FedEx address here.

City Brownsville    State TX    ZIP 78521

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.
**Questions? Visit our Web site at fedex.com**
or call 1.800.GoFedEx 1.800.463.3339.

**4a Express Package Service**    *Packages up to 150 lbs.*

☐ FedEx Priority Overnight    ☐ FedEx Standard Overnight    ☐ FedEx First Overnight

☐ FedEx 2Day    ☐ FedEx Express Saver

**4b Express Freight Service**    *Packages over 150 lbs.*

☐ FedEx 1Day Freight    ☐ FedEx 2Day Freight    ☐ FedEx 3Day Freight

**5 Packaging**    * Declared value limit $500

☐ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx Box    ☐ FedEx Tube    ☒ Other

**6 Special Handling**

☐ SATURDAY Delivery    ☐ HOLD Weekday at FedEx Location    ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

☒ No    ☐ Yes As per attached Shipper's Declaration    ☐ Yes Shipper's Declaration not required    ☐ Dry Ice    ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☐ Sender    ☒ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

FedEx Acct. No. or Credit Card No. 1827-6744-1

| Total Packages | Total Weight | Total Declared Value |
|---|---|---|
| 1 | 20 | $300.00 |

**8 Sign to Authorize Delivery Without a Signature**

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

Rev. Date 11/03 · Part #158281 · ©1994–2003 FedEx · PRINTED IN U.S.A. MWA 64

467

RETAIN THIS COPY FOR YOUR RECORDS.

**Purchase Order**  [X] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems
Page: 1

To:
H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

**Purchase Order No.** 9571 51330
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 00   0/00/00
**Purchase Order Revision:** _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521          USA

Invoice Duplicate To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| | | |
|---|---|---|
| FOB ORIGIN/FRT COLL | Ship Via ROUT. INST. | Terms MNS-2 |
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 7475862          BUS - TRANSFER
SCHEDULE                                          E

Prices valid from  1/03/00 To 12/31/02   FREEMARKETS EVENT-cbe615

Quantity          1.000    Price          .11000

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
SUPPLIER GUIDELINES.
REFERENCE WEBSITE:www.delphiauto.com

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O - Orlando Salinas

Buyer

By:

9-552 (12/01)                              **ORIGINAL**

**Purchase Order**   [X] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

# DELPHI
**Automotive Systems**

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 51329

Purchase Order No. _____

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.   0/00/00

Purchase Order Revision: _____

To:  DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521         USA

Invoice in care of: DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| B ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| endor Number   37800 | Tax Exempt ID Number | Date of Order  1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

FER TO PC 7475092        BUS NEGATIVE
HEDULE                                                 B

   Prices valid from  1/03/00 To 12/31/02  FREEMARKETS BIDDING EVENT

          Quantity        1.000   Price        .09000

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

          BUS NEG. EA 7815-4   4-18-90
          ISIR APP. 8-15-90
          **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
          PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
          THE SHIP TO ADDRESS ON P.O.
          **BLANKET ORDER**This is a long term commitment,
          short term releases will be generated for specific
          requirements.**SUPPLIER DELIVERY MANUAL**Supplier
          must comply with the latest revision of the Delphi
          Supplier Delivery Manual available at this office.
          PRODUCT VERIFICATION,Delphi or our Customers have
          the right to verify purchase products at your
          facility at any time with notification in advance.
          This will not preclude rejections by Delphi.
          UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
          PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
          IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
          SHIPPED UNTIL PPAP APPROVAL IS GRANTED.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O - Orlando Salinas

Buyer

By: _____

9-552 (12/01)                        ORIGINAL

rchase Order
☑ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

Purchase Order No. _____ 9571- 51291
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers 1   8/17/04
**Purchase Order Revision:** _____

To:  DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

*480*

TX   78521        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| B  DEST. FGT COLL | Ship Via  ROUTING IN | Terms  MNS-2 |
|---|---|---|
| ndor Number   37800 | Tax Exempt ID Number | Date of Order   8/17/04 |

FER TO PC 741-75184        CONTACT PLATE
HEDULE
                                        C

Prices valid from 11/16/01 To 12/31/04   PER QUOTE #13704

Quantity        1.000   Price        .04520

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

O TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ive at buyer's reciving dock."

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.

his order expressly limits acceptance to the terms stated on the face and reverse
de hereof. Any additional or different terms proposed by seller are rejected unless
xpressly assented to in writing.

his order and/or releases against this order are not to be filled at higher prices
an shown on Purchase Order or Release without written approval of buyer.

his order is subject to terms, conditions, and instructions on the face and
verse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

I - Karlo Gamoneda
Buyer

By: _____

52 (12/01)



428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Quote

Number:  16174                                Date:

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

**Quote To**

Karlo Gamoneda Espinoza
Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764          Fax: 956-554-5666          Ph:  956-554-5688          Fax: 956-554-5987

| Terms | Ship Via | | Salesperson |
|-------|----------|--|-------------|
| Net 30 days | | | STEVEV |

| Quantity | Description | Unit Price | Amount |
|----------|-------------|------------|--------|
| | VISIT US ON THE INTERNET.  OUR ADDRESS IS WWW.HTT-INC.COM | | |
| 10,000 | Line: 001<br>Part:  747-5092                          Rev: B<br>Bus Neg<br><br>Part Pricing Updated to Current Material Costs and Current Volume.<br><br>ea<br><br>If you have any questions, please call Steve Vollmer at Ext. 13.<br>Thank You! | $0.3949 | $3,949.00 |
| | | Total: | $3,949.00 |
| | THANK YOU FOR LETTING HTT QUOTE YOUR PROJECT.<br>QUOTES OVER $10,000 REQUIRE 1/3 DOWN PAYMENT.<br>QUOTES OVER $100,000 REQUIRE 1/3 DOWN, 1/3 UPON<br>SHIPMENT, AND 1/3 NET 30 DAYS.<br><br>_____<br>       Signed                    Date | | |



HTT INC.
124 OLEVISE STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Invoice

Number: 28758                    Date:  23-Sep-05

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055   SAP #FM02
615 Elca Ln   1051 S. Westwood
Brownsville/ Addison, TX 78521

Ph: 956-548-9782          Fax: 956-548-9692

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 23-Oct-05 | AIR ROAD EXPRES | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 10,000 ea | Guide Plate | $0.047 | $470.00 |
| | Packing List: 43271              Shipped On: 23-Sep-05 | | |
| | Part: 774-79297                              Rev: D | | |
| | PO: 9571-51334                Ln: 003     SO: 10108 | | |
| | BOX # 36 | | |

Invoice Total:      $470.00
Amount Paid:        $0.00
Amount Due:         $470.00

Visit us on the internet.  Our address is  www.htt-inc.com

*sent UPS
see attached tracking #*

Page 1 of 1



HTT INC.
N125 OLEANDER STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Pack List | |
|---|---|
| Number: 43271 | Date: 23-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055  SAP #FM02
615 Elca Ln  1051 S. Westwood
Brownsville/ Addison, TX  78521

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 10,000 ea | Part: 774-79297                                    Rev: D |
| | Guide Plate |
| | |
| | SO: 10108          PO: 9571-51334          Line: 003 |
| | BOX # 36 |

1 BOX  16 1/2  lbs

**Purchase Order**   [X] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 51334

Purchase Order No. _____

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers   00   0/00/00

Purchase Order Revision: _____

Ship To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| OB ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| Vendor Number   37800 | Tax Exempt ID Number | Date of Order   1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

FER TO PC 77479297        GUIDE PLATE/TINNERMAN-MIRROR A
HEDULE        UPDATE 04-MAY-01                         B

Prices valid from 11/28/01 To  1/23/04  per quote dated 11/26/01.

Quantity        1.000    Price            .04800

Prices valid from  1/24/04 To  1/23/05

Quantity        1.000    Price            .04750

Prices valid from  1/23/05 To  1/24/06

Quantity        1.000    Price            .04700

Prices valid from  1/24/06 To 12/31/07

Quantity        1.000    Price            .04600

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
. FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O - Orlando Salinas
Buyer

By: _____

HTT, Inc.
DAILY SHIPMENT DETAIL REPORT

Pickup Date: 09/23/05
Pickup Record No.: 4351735 56 6

09/23/05 02:27 PM

UPS Account No.: 595743
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| Ship To: Air Road Express 1051 South Westwood Addison IL 60101-4918 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 1 No 17.0 Freight Collect | Shipment Service Charge: | $ | 5.74 |
| | Tracking No.: Package Type: Weight: | 1Z5957430343939722 Package 16.5 | Package Service Charge: Receiver Amt: (773808) UPS Total Charge: | $ $ $ | 5.74 5.74 5.74 |
| Ship To: LDI Incorporated 4323 Patterson AVE GRAND RAPIDS MI 49512-4044 | Service Type: Total Packages: Hundredweight: Billable Wt.: Billing Option: | UPS GROUND 4 No 108.0 Freight Collect | Shipment Service Charge: | $ | 28.63 |

THIS SHIPMENT WAS AGGREGATED

| | | | | | |
|---|---|---|---|---|---|
| | Tracking No.: Package Type: Weight: | 1Z5957430343534114 Package 33.0 | Package Service Charge: | $ | 8.05 |
| | Tracking No.: Package Type: Weight: | 1Z5957430344179702 Package 25.0 | Package Service Charge: | $ | 6.86 |
| | Tracking No.: Package Type: Weight: | 1Z5957430345972496 Package 25.0 | Package Service Charge: | $ | 6.86 |
| | Tracking No.: Package Type: Weight: | 1Z5957430344688484 Package 25.0 | Package Service Charge: Receiver Amt: (428420) UPS Total Charge: | $ $ $ | 6.86 28.63 28.63 |

Summary Totals:

| Shipment Option | Shpts | Pkgs | Ref Charges | | Billing Option | Shpts | Pkgs | Ref Charges |
|---|---|---|---|---|---|---|---|---|
| Package Option | | Pkgs | Ref Charges | | Freight Collect TOTAL CHARGES | 2 | 5 | $ 34.37 $ 34.37 |

2 Shipment(s)
5 Package(s)

UPS WorldShip® 7.0.17 winspool 1280



HTT INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Invoice

Number: 28797          Date:  28-Sep-05

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055  SAP #FM02
615 Elca Ln   1051 S. Westwood
Brownsville/ Addison, TX 78521

Ph: 956-548-9782          Fax: 956-548-9692

| Terms | Due Date | Ship Via | | | Salesperson |
|---|---|---|---|---|---|
| Net 30 days | 28-Oct-05 | AIR ROAD EXPRES | | | STEVEV |

| Quantity | Description | | | Unit Price | Amount |
|---|---|---|---|---|---|
| 6,912 ea | Bus Transfer | | | $0.11 | $760.32 |
| | Packing List: 43332 | Shipped On: 28-Sep-05 | | | |
| | Part: 747-5862 | | Rev: E | | |
| | PO: 9571-51330 | Ln: 017 | SO: 10090 | | |
| | BOX # 6681 - 6689 | | | | |
| 9,600 ea | Contact Plate | | | $0.0452 | $433.92 |
| | Packing List: 43333 | Shipped On: 28-Sep-05 | | | |
| | Part: 741-75184 | | Rev: C | | |
| | PO: 9571-51291 | Ln: 024 | SO: 10107 | | |
| | BOX # 289 and 290 | | | | |
| 20,000 ea | Retainer | | | $0.0085 | $170.00 |
| | Packing List: 43334 | Shipped On: 28-Sep-05 | | | |
| | Part: 785-79557 | | Rev: B2 | | |
| | PO: 9571-052298 | Ln: 015 | SO: 10124 | | |
| | BOX # 227 and 228 | | | | |

Visit us on the internet.  Our address is  www.htt-inc.com

Invoice Total:  $1,364.24
Amount Paid:       $0.00
Amount Due:   $1,364.24



428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

### Pack List

Number: 43334                                    Date: 28-Sep-05

| To | Ship To |
|---|---|
| Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX  78520<br>USA | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX  78520<br>USA |
| Ph: 956-554-5764        Fax: 956-554-5666 | Ph:  956-554-5764        Fax: 956-554-5666 |

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 20,000<br>ea | Part: 785-79557                              Rev: B2<br>Retainer<br><br>SO: 10124              PO: 9571-052298        Line: 015<br>BOX # 227 and 228 |

2 Boxes @ 4 lbs.

Page 1 of 1



130 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43333                                         Date: 28-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764        Fax: 956-554-5666

Ph:  956-554-5764        Fax: 956-554-5666

| Terms | Ship Via |
|-------|----------|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|----------|-------------|
| 9,600 ea | Part: 741-75184                          Rev: C |
| | Contact Plate |
| | SO: 10107          PO: 9571-51291        Line: 024 |
| | BOX # 289 and 290 |

2 Boxes @ 4 hr.

Page 1 of 1



188 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

| Pack List | |
|---|---|
| Number: 43332 | Date: 28-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055   SAP #FM02
615 Elca Ln   1051 S. Westwood
Brownsville/ Addison, TX 78521

Ph: 956-554-5764      Fax: 956-554-5666

| Terms | Ship Via | |
|---|---|---|
| Net 30 days | AIR ROAD EXPRES | |

| Quantity | Description |
|---|---|
| 6,912 ea | Part: 747-5862                Rev: E<br>Bus Transfer<br><br>SO: 10090        PO: 9571-51330     Line: 017<br>BOX # 6681 - 6689<br><br>*9 Boxes @ 32 lb.* |

*B*

Page 1 of 1

RODUCT 126                               ■ RELIABLE OFFICE SUPPLY ■                                               F

# STRAIGHT BILL OF LADING
## ORIGINAL - NOT NEGOTIABLE

Shipper No. **B   2286**

Carrier No. _____

Date *9/28/05*

*Delphi Mechatronics Plant #2*   *N+M*
(Name of Carrier)

TO:
Consignee *C/O Air Road Express Inc.*

FROM:
Shipper   **HTT, INC.**

Street   *1051   South Westwood*

Street   428 Cleveland Street

Destination   *Addison, IL  60101*

Origin   Sheboygan Falls, WI 53085

Route _____

Emergency Response Phone No. _____

Vehicle Number _____

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to Correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| *Skid* | – | *Part# 747-5862   Job#294 –*   *6,912 Parts   9 Boxes* | *288 LBS* | | |
| | – | *Part# 741-75184   Job# 480 –*   *9,600 Parts   2 Boxes* | *8 LBs* | | |
| | – | *Part# 785-79557   Job# 499 –*   *20,000 Parts   2 Boxes* | *8 LBS* | | |
| | | | *304 LBS* | | |

REMIT C.O.D. TO:
ADDRESS: _____

**905-1715**

SHIPPERS COPY   *On line We guarantee it*   NM

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☒ $

Amt: $

ubject to Section 7 of the conditions, if this shipment is to be
ered to the consignee without recourse on the consignor, the con-
r shall sign the following statement:
carrier shall not make delivery of this shipment without payment
ght and all other lawful charges.

(Signature of Consignor)

TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID
except when box at
right is checked

Check box if charges
are to be
☒ collect

NOTE — Where the rate is dependen
e required to state specifically in wr
eclared value of the property.
The agreed or declared value of the
hich said carrier (the word carrier bein
specifically stated by the shipper to

_____ per _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of
his Bill of Lading, the property described above in apparent good order, except as noted (contents
nd condition of contents of packages unknown), marked, consigned and destined as indicated above
hich said carrier (the word carrier being understood throughout this contract as meaning any person
r corporation in possession of the property under the contract) agrees to carry to its usual place of
elivery at said destination if on its route, otherwise to deliver to another carrier on the route to said
estination.  It is mutually agreed as to each carrier of all or any of said property over all or any
ortion of said route to destination and as to each party at any time interested in all or any said
roperty, that every service to be performed hereunder shall be subject to all the Bill of Lading terms

and conditions in the governing classification on the date of shipment.
   Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the
governing classification and the said terms and conditions are hereby agreed to by the shipper and
accepted for himself and his assigns.
   NOTICE: Freight moving under this Bill of Lading is subject to the classifications and lawfully filed
tariffs in effect on the date of this Bill of Lading.  This notice supersedes and negates any claimed,
alleged or asserted oral or written contract, promise, representation or understanding between the
parties with respect to this freight, except to the extent of any written contract which establishes
lawful contract carriage and is signed by authorized representatives of both parties to the contract.

SHIPPER   **HTT, INC.**

CARRIER _____

PER _____

PER *Dallen Zoo*

DATE _____

DATE *92805 ①*

**1**

HAZARDOUS MATERIALS    MARK WITH 'X' TO DESIGNATE HAZARDOUS MATERIALS AS REFERENCED IN 49CFR  172.202.

**Purchase Order**

[X] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

P.O. 133 of 156
D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
### Automotive Systems

Page: 1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

**Purchase Order No.** 9571- 51330

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.   00   0/00/00

**Purchase Order Revision:** _____

ip To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| OB ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

EFER TO PC 7475862      BUS - TRANSFER
CHEDULE                                    E

     Prices valid from  1/03/00 To 12/31/02   FREEMARKETS EVENT-cbe615

          Quantity        1.000   Price         .11000

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
 FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

               **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
               PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
               THE SHIP TO ADDRESS ON P.O.
               **BLANKET ORDER**This is a long term commitment,
               short term releases will be generated for specific
               requirements.**SUPPLIER DELIVERY MANUAL**Supplier
               must comply with the latest revision of the Delphi
               Supplier Delivery Manual available at this office.
               PRODUCT VERIFICATION,Delphi or our Customers have
               the right to verify purchase products at your
               facility at any time with notification in advance.
               This will not preclude rejections by Delphi.
               UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
               PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
               IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
               SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
               SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
               SUPPLIER GUIDELINES.
               REFERENCE WEBSITE:www.delphiauto.com

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

O - Orlando Salinas

Buyer

By: _____

9-552 (12/01)

**ORIGINAL**

rchase Order
☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

Purchase Order No. _____ 9571- 51291

This number must appear on all invoices, correspondence, packing slips, shipping documents and container©1 · 8/17/04
**Purchase Order Revision:** _____

To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

*480*

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| B  DEST. FGT COLL. | Ship Via  ROUTING IN | | Terms  MNS=2 |
|---|---|---|---|
| ndor Number  37800 | Tax Exempt ID Number | | Date of Order  8/17/04 |

FER TO PC 741-75184        CONTACT PLATE

C

Prices valid from 11/16/01 To 12/31/04   PER QUOTE #13704

Quantity        1.000   Price        .04520

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
. FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

O TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ive at buyer's reciving dock."

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

52 (12/01)                    ORIGINAL

**Purchase Order**

Eaton Corporation
☒ Vehicle Switch/Electronics Division
☐ Eaton Yale Ltd.

G.S.T. 101 55287
D-U-N-S No. 00-509-4412
T.I.N. No. 34-0196300

**EAT•N**

Page:   1

To:   H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

Purchase Order No. _____ 9571- 52298

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

Purchase Order Revision: _____ 02 · 12/18/01

Ship To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521          USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL. | Ship Via ROUT  INST | Terms MNS-2 |
|---|---|---|
| Vendor Number   37800 | Tax Exempt ID Number | Date of Order 12/18/01 |

| Quantity | U/M | Part Number/Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-79557
SCHEDULE

RETAINER EPSILON IGNITION SW.
                                                          A

Prices valid from 12/18/01 To 12/31/03  PER QUOTE #13724

          Quantity          1.000    Price          .00930

Prices valid from  1/01/04 To 12/31/04

          Quantity          1.000    Price          .00890

Prices valid from  1/01/05 To 12/31/05

          Quantity          1.000    Price          .00850

** AS OF FEB 01,00 EATON WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES. ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

        **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
        PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
        THE SHIP TO ADDRESS ON P.O.
        **BLANKET ORDER**This is a long term commitment,
        short term releases will be generated for specific
        requirements.**SUPPLIER DELIVERY MANUAL**Supplier
        must comply with the latest revision of the Delphi
        Supplier Delivery Manual available at this office.
        PRODUCT VERIFICATION,Delphi or our Customers have
        the right to verify purchase products at your
        facility at any time with notification in advance.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to the terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists, and all other correspondence.

O - Orlando Salinas

Buyer

By: _____

59-552(6/95)



HTT INC.
436 QFFMSQRAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
| --- | --- |
| Number: 28814 | Date:  29-Sep-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-548-9782          Fax: 956-548-9692          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Due Date | Ship Via | Salesperson |
| --- | --- | --- | --- |
| Net 30 days | 29-Oct-05 | AIR ROAD EXPRES | STEVEV |

| Quantity | Description | Unit Price | Amount |
| --- | --- | --- | --- |
| 10,000 ea | Terminal | $0.0535 | $535.00 |
| | Packing List: 43366    Shipped On: 29-Sep-05 | | |
| | Part: 774-79312                        Rev: C | | |
| | PO: 9571-51332              Ln: 005    SO: 10064 | | |
| | BOX #67 | | |
| 6,912 ea | Bus Transfer | $0.11 | $760.32 |
| | Packing List: 43367    Shipped On: 29-Sep-05 | | |
| | Part: 747-5862                        Rev: E | | |
| | PO: 9571-51330              Ln: 018    SO: 10090 | | |
| | BOX #6690 - 6698 | | |
| 9,600 ea | Contact Plate | $0.0452 | $433.92 |
| | Packing List: 43368    Shipped On: 29-Sep-05 | | |
| | Part: 741-75184                        Rev: C | | |
| | PO: 9571-51291              Ln: 025    SO: 10107 | | |
| | BOX # 291 & 292 | | |
| 25,000 ea | Contact Plate | $0.049 | $1,225.00 |
| | Packing List: 43369    Shipped On: 29-Sep-05 | | |
| | Part: 785-78092                        Rev: E7 | | |
| | PO: 9571-52297              Ln: 013    SO: 10123 | | |
| | BOX # 275 - 279 | | |
| 30,000 ea | Retainer | $0.0085 | $255.00 |
| | Packing List: 43370    Shipped On: 29-Sep-05 | | |
| | Part: 785-79557                        Rev: B2 | | |
| | PO: 9571-052298              Ln: 016    SO: 10124 | | |
| | BOX # 229 - 231 | | |

Visit us on the internet.  Our address is  www.htt-inc.com

| Invoice Total: | $3,209.24 |
| --- | --- |
| Amount Paid: | $0.00 |
| Amount Due: | $3,209.24 |

Page 1 of 1



TTT, INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43366                                          Date: 29-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764        Fax: 956-554-5666

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764        Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 10,000 ea | Part: 774-79312                Rev: C<br>Terminal<br><br>SO: 10064        PO: 9571-51332        Line: 005<br>BOX #67<br><br>1 BOX |

Page 1 of 1



428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

| | Pack List | |
|---|---|---|
| Number: 43367 | | Date: 29-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics-Plant #
Cisco:66055   SAP #FM02
615 Elca Ln .1051 S. Westwood
Brownsville/ Addison, TX 78521

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 6,912 ea | Part: 747-5862                      Rev: E |
| | Bus Transfer |
| | SO: 10090          PO: 9571-51330          Line: 018 |
| | BOX #6690 - 6698 |
| | 9 BOXES @ 31 lbs |



428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

| Pack List | |
|---|---|
| Number: 43368 | Date: 29-Sep-05 |

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 9,600 ea | Part: 741-75184                          Rev: C |
| | Contact Plate |
| | |
| | SO: 10107          PO: 9571-51291          Line: 025 |
| | BOX # 291 & 292 |
| | |
| | 2 BOX @ 4 lbs |

Page 1 of 1



HTT, INC.150
420 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Pack List

Number:  43369                                    Date:  29-Sep-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph:  956-554-5764          Fax:  956-554-5666

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph:  956-554-5764          Fax:  956-554-5666

| Terms | | Ship Via |
|---|---|---|
| et 30 days | | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 25,000 ea | Part: 785-78092                                    Rev: E7<br>Contact Plate<br><br>SO: 10123          PO: 9571-52297          Line: 013<br>BOX # 275 - 279<br><br>5 rolls @17 lbs |

Page 1 of 1

PAGE   01/05

# HTT INC.

428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Pack List

| Number: 43370 | Date: 29-Sep-05 |
|---|---|

**Ship To**

| o | Ship To |
|---|---|
| Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX  78520<br>USA | Delphi Mechatronics - 66055<br>P.O. Box 792<br>Brownsville, TX  78520<br>USA |
| Ph: 956-554-5764        Fax: 956-554-5666 | Ph: 956-554-5764        Fax: 956-554-5666 |

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 30,000<br>ea | Part: 785-79557                Rev: B2<br>Retainer<br><br>SO: 10124            PO: 9571-052298        Line: 016<br>BOX # 229 - 231 |
| | 3 @ 4 lbs |

NL

Page 1 of 1

RELIABLE OFFICE SUPPLY

# STRAIGHT BILL OF LADING
## ORIGINAL - NOT NEGOTIABLE

Shipper No. **B 2289**

Carrier No. _____

Date _____

_Air Road_
(Name of Carrier)

TO:
Consignee _Delphi mechatronics plant #2_
c/o Air Road Express Inc

Street 1051 south Westwood

Destination Addison, IL 60101

Route _____

FROM:
Shipper **HTT, INC.**

Street 428 Cleveland Street

Origin Sheboygan Falls, WI 53085

Emergency Response Phone No. _____

Vehicle Number _____

| No. Shipping Units | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | | Weight (subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|---|
| | | Part # 747-79312   Job# 492 - | 10000 parts  1 BOX | 22 lbs | | |
| | | Part # 785-78092   Job# 488 - | 25000 parts  5 BOXES | 85 lbs | | |
| | | Part # 741-75184   Job# 480 - | 9600 parts  2 BOXES | 8 lbs | | |
| | | Part # 785-79557   Job# 499 - | 30000 parts  3 BOXES | 12 lbs | | |
| | | Part # 747-5862   Job# 294 - | 6912 parts  9 BOXES | 279 lbs | | |
| 1 SKID | | | | 406 lbs | | |

In transporting hazardous materials, include the technical, proper shipping name, hazard class not otherwise specified, or generic description of material, such appropriate UN or NA number as outlined in U.S. DOT Emergency, minimum carrier Standard of U.S. DOT, include emergency response phone number in case of incident or accident in box above.

REMIT
C.O.D. TO:
ADDRESS:

**905-1734**

SHIPPERS COPY    On time We guarantee it   NM

NOTE -- Where the rate is dependent are required to state specifically in wr declared value of the property.
The agreed or declared value of the specifically stated by the shipper to
_____ per _____

ct to Section 7 of the conditions, if this shipment is to be ed to the consignee without recourse on the consignor, the con- shall sign the following statement:
carrier shall not make delivery of this shipment without payment nt and all other lawful charges.

Amt: $ _____

(Signature of Consignor)

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☒

TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID    Check box if charges
except when box at    are to be
right is checked    ☒    collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date or the issue of his Bill of Lading, the property described above in apparent good order, except as noted (contents nd condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person r corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any ortion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms

conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.
NOTICE: Freight moving under this Bill of Lading is subject to the classifications and lawfully filed tariffs in effect on the date of this Bill of Lading. This notice supersedes and negates any claimed, alleged or asserted oral or written contract, promise, representation or understanding between the parties with respect to this freight, except to the extent of any written contract which establishes lawful contract carriage and is signed by authorized representatives of both parties to the contract.

SHIPPER **HTT, INC.**

PER _Judy A Koesen_

CARRIER _NMD_

PER _Don Oler 260_

DATE _9 29 05_

1

HAZARDOUS MATERIALS - MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIALS AS REFERENCED IN 49CFR 172.202.

Purchase Order 05-44481-rdd    Doc 7238    Filed 03/13/07    Entered 03/14/07 16:01:05    Main Document
D-DGN-548-02158-3417.
T.I.N. No. 38-3589834

Page: 1

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

Automotive Systems

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

**Purchase Order No.** 9571- 51332

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.

**Purchase Order Revision:** 01    10/16/03

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521        USA

Invoice in Detail To: DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB DEST. FGT COLL | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 10/16/03 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 77479312        TERMINAL STRIP
SCHEDULE        Update: Oct/10/01 CS-2003        C    495 -

Prices valid from 11/28/01 To 12/31/03  Per email Rita Conrad 10/14/03

Quantity        1.000    Price        .05930

Prices valid from  1/01/04 To 12/31/04

Quantity        1.000    Price        .05630

Prices valid from  1/01/05 To 12/31/05

Quantity        1.000    Price        .05350

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

O TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ive at buyer's reciving dock."

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

552 (12/01)

ORIGINAL

**Purchase Order** ☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

DUNS No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page: 1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

9571- 51330

**Purchase Order No.**
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 0/00/00

**Purchase Order Revision:**

Ship To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521         USA

Invoice in Duplicate To: MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| OB ORIGIN/FRT COLL | Ship Via ROUT. INST | | Terms MNS-2 |
|---|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | | Date of Order 1/25/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| FER TO PC 7475862 | | BUS - TRANSFER | | | |
| HEDULE | | | E | | |

Prices valid from 1/03/00 To 12/31/02  FREEMARKETS EVENT-cbe615

Quantity    1.000   Price      .11000

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED IN WRITING FROM DELPHI
PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3"
IN ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
SUPPLIER GUIDELINES.
REFERENCE WEBSITE:www.delphiauto.com

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

O - Orlando Salinas
Buyer

By:

-552 (12/01)

ORIGINAL

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

(956) 554-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page:   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

Purchase Order No. _____  9571- 51291

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.
Purchase Order Revision: _____ 01    8/17/04

) To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

TX    78521        USA    *480*

| B  DEST. FGT COLL | Ship Via  ROUTING IN | Terms  MNS-2 |
| ndor Number    37800 | Tax Exempt ID Number | Date of Order  8/17/04 |

| antity | U/M | | | Unit Price | Extended Price / Tax |

FER TO PC 741-75184        CONTACT PLATE
HEDULE                                    C

     Prices valid from 11/16/01 To 12/31/04  PER QUOTE #13704

              Quantity       1.000   Price         .04520

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
 FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

O TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ive at buyer's reciving dock."

              **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
              PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
              THE SHIP TO ADDRESS ON P.O.
              **BLANKET ORDER**This is a long term commitment,
              short term releases will be generated for specific
              requirements.**SUPPLIER DELIVERY MANUAL**Supplier
              must comply with the latest revision of the Delphi
              Supplier Delivery Manual available at this office.
              PRODUCT VERIFICATION,Delphi or our Customers have
              the right to verify purchase products at your
              facility at any time with notification in advance.
              This will not preclude rejections by Delphi.
              UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
              ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
              ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
              SHIPPED UNTIL PPAP APPROVAL IS GRANTED

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

I - Karlo Gamoneda
Buyer

By: _____

552 (12/01)                            ORIGINAL

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

DUNS No. 02158-3417
T.I.N. No. 38-3589834

Automotive Systems

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

**Purchase Order No.** 9571- 52297
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:** 06  2/10/20

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX  78521  USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL | Ship Via ROUT. INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 10/24/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-78092    CONTACT PLATE        *CA·494*
SCHEDULE                                          E

Prices valid from 12/18/01 To 12/31/03  PER QUOTE #13735

            Quantity    1.000   Price        .05300

Prices valid from  1/01/04 To 12/31/04

            Quantity    1.000   Price        .05100

Prices valid from  1/01/05 To 12/31/05

            Quantity    1.000   Price        .04900

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

            **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
            PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
            THE SHIP TO ADDRESS ON P.O.
            **BLANKET ORDER**This is a long term commitment,
            short term releases will be generated for specific
            requirements.**SUPPLIER DELIVERY MANUAL**Supplier
            must comply with the latest revision of the Delphi
            Supplier Delivery Manual available at this office.
            PRODUCT VERIFICATION,Delphi or our Customers have
            the right to verify purchase products at your
            facility at any time with notification in advance

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

9-552 (12/01)

**Purchase Order**

[X] **Vehicle Switch/Electronics Division**

Eaton Corporation

[ ] **Eaton Yale Ltd.**

GST # 10155248/
P.G-T/s No. 00-809-4412
T.I.N. No. 34-0196300

**EAT•N**

Page: 1

To: H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

**Purchase Order No.** 9571- 52298

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 02 , 12/18/01

**Purchase Order Revision:** _____

Ship To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521    USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN/FRT COLL. | Ship Via ROUT INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 12/18/01 |

| Quantity | U/M | Part Number/Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-79557      RETAINER EPSILON IGNITION SW.
SCHEDULE                                                    A

Prices valid from 12/18/01 To 12/31/03   PER QUOTE #13724

Quantity          1.000    Price          .00930

Prices valid from 1/01/04 To 12/31/04

Quantity          1.000    Price          .00890

Prices valid from 1/01/05 To 12/31/05

Quantity          1.000    Price          .00850

**\*\* AS OF FEB 01,00 EATON WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES. ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. \*\***

\*\*VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS PRIOR TO INITIAL SHIPMENTS\*\* ATTN IMPORT/EXPORT TO THE SHIP TO ADDRESS ON P.O.
\*\*BLANKET ORDER\*\*This is a long term commitment, short term releases will be generated for specific requirements.\*\*SUPPLIER DELIVERY MANUAL\*\*Supplier must comply with the latest revision of the Delphi Supplier Delivery Manual available at this office. PRODUCT VERIFICATION,Delphi or our Customers have the right to verify purchase products at your facility at any time with notification in advance

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to the terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists, and all other correspondence.

O - Orlando Salinas

Buyer

By: _____

59-552(6/95)



HTT INC
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28835 | Date:  03-Oct-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-548-9782          Fax: 956-548-9692          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 02-Nov-05 | AIR ROAD EXPRES | STEVEV |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 28,800 ea | Contact Plate | $0.0452 | $1,301.76 |
| | Packing List: 43406          Shipped On: 03-Oct-05 | | |
| | Part: 741-75184                              Rev: C | | |
| | PO: 9571-51291                  Ln: 026      SO: 10107 | | |
| | BOX # 293 - 298 | | |
| 5,000 ea | Contact Plate | $0.049 | $245.00 |
| | Packing List: 43404          Shipped On: 03-Oct-05 | | |
| | Part: 785-78092                              Rev: E7 | | |
| | PO: 9571-52297                  Ln: 014      SO: 10123 | | |
| | Coil # 280 | | |
| 9,600 ea | Contact Plates | $0.0468 | $449.28 |
| | Packing List: 43405          Shipped On: 03-Oct-05 | | |
| | Part: 741-79203                              Rev: A | | |
| | PO: 9571-052424                Ln: 009      SO: 10170 | | |
| | Box # 143 & 144 | | |

Visit us on the internet. Our address is  www.htt-inc.com

| | |
|---|---|
| Invoice Total: | $1,996.04 |
| Amount Paid: | $0.00 |
| Amount Due: | $1,996.04 |

\# Sent UPS
see attached #s.



SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

Number: 43406          Date: 03-Oct-05

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666          Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 28,800 ea | Part: 741-75184                    Rev: C<br>Contact Plate<br><br>SO: 10107          PO: 9571-51291          Line: 026<br>BOX # 293 - 298 |

6 Boxes @ 4 lbs.

13

Page 1 of 1

**DELPHI**
Automotive Systems

Purchase Order
- [X] Delphi Mechatronic Systems
- [ ] Delphi Automotive Systems

D-UNS No. 00-811-8417
T.I.N. No. 38-3589834

Page: 1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126

Purchase Order No. _____ 9571- 51291

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

Purchase Order Revision: _____ 01   8/17/04

Ship To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

480

TX   78521     USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB | Ship Via | Terms |
|---|---|---|
| DEST. FGT COLL | ROUTING IN | MNS-2 |
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 8/17/04 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| | | REFER TO PC 741-75184     CONTACT PLATE | C | | |
| | | SCHEDULE | | | |

Prices valid from 11/16/01 To 12/31/04   PER QUOTE #13704

Quantity     1.000    Price     .04520

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

ICO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arive at buyer's reciving dock."

       **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
       PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
       THE SHIP TO ADDRESS ON P.O.
       **BLANKET ORDER**This is a long term commitment,
       short term releases will be generated for specific
       requirements.**SUPPLIER DELIVERY MANUAL**Supplier
       must comply with the latest revision of the Delphi
       Supplier Delivery Manual available at this office.
       PRODUCT VERIFICATION,Delphi or our Customers have
       the right to verify purchase products at your
       facility at any time with notification in advance.
       This will not preclude rejections by Delphi.
       UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
       ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
       ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
       SHIPPED UNTIL PPAP APPROVAL IS GRANTED.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____



HTT, INC.
28 GREENDALE STREET
SHEBOYGAN FALLS, WI  53085-0126

Ph:  920-467-0599
Fax: 920-467-8203

## Pack List

| Number: 43404 | Date: 03-Oct-05 |
|---|---|

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX  78520
USA

Ph:  956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 5,000 ea | Part: 785-78092          Rev: E7 <br> Contact Plate <br><br> SO: 10123          PO: 9571-52297          Line: 014 <br> Coil # 280 |

1 Coil @ 18 lbs.

A3

**DELPHI**
Automotive Systems

[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

T.I.N. No. 38-3589834

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 53085-0126

**Purchase Order No.**
9571- 52297
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:** 06   2/10/20

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521      USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| OB  ORIGIN/FRT COLL | Ship Via ROUT, INST | Terms MNS-2 |
|---|---|---|
| Vendor Number 37800 | Tax Exempt ID Number | Date of Order 10/24/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 785-78092     CONTACT PLATE     *CA-494*
SCHEDULE                                        E

        Prices valid from 12/18/01 To 12/31/03  PER QUOTE #13735

              Quantity      1.000    Price        .05300

        Prices valid from  1/01/04 To 12/31/04

              Quantity      1.000    Price        .05100

        Prices valid from  1/01/05 To 12/31/05

              Quantity      1.000    Price        .04900

**AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

                **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
                PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
                THE SHIP TO ADDRESS ON P.O.
                **BLANKET ORDER**This is a long term commitment,
                short term releases will be generated for specific
                requirements.**SUPPLIER DELIVERY MANUAL**Supplier
                must comply with the latest revision of the Delphi
                Supplier Delivery Manual available at this office.
                PRODUCT VERIFICATION,Delphi or our Customers have
                the right to verify purchase products at your
                facility at any time with notification in advance

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

I - Karlo Gamoneda
Buyer

By:



HTT INC
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

## Pack List

| Number: 43405 | Date: 03-Oct-05 |
|---|---|

**To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

**Ship To**

Delphi Mechatronics - 66055
P.O. Box 792
Brownsville, TX 78520
USA

Ph: 956-554-5764          Fax: 956-554-5666

Ph: 956-554-5764          Fax: 956-554-5666

| Terms | Ship Via |
|---|---|
| Net 30 days | AIR ROAD EXPRES |

| Quantity | Description |
|---|---|
| 9,600 ea | Part: 741-79203                      Rev: A |
| | Contact Plates |
| | |
| | SO: 10170          PO: 9571-052424          Line: 009 |
| | Box # 143 & 144 |

*2 Boxes @ 3½ lbs.*

*A3*

X Delphi Mechatronic Systems          Pg 154 of 158

P.D.No. 02-56-3417
T.I.N. No. 38-3589834

# DELPHI
## Automotive Systems
### Page: 1

| | |
|---|---|
| TO: | H T T INC<br>PO BOX 126<br><br>SHEBOYGAN FALLS WI 53085-0126 | 

**Purchase Order No.** 9571- 52424

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

**Purchase Order Revision**    00    0/00/00

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX    78521          USA

Invoice in Duplicate To DELPHI MECHATRONIC SYSTEMS
P.O. Box 792
Brownsville, TX 78521

| FOB ORIGIN-FREIGHT | Ship Via ROUTING IN | Terms MNS-2 |
|---|---|---|
| Vendor Number    37800 | Tax Exempt ID Number | Date of Order    2/16/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO PC<br>SCHEDULE | | Z741-79203    CONTACT PLATE | B | | |

Prices valid from  2/16/02 To 12/31/02

Quantity    1.000    Price    .04760

Prices valid from  1/01/03 To 12/31/03

Quantity    1.000    Price    .04720

Prices valid from  1/01/04 To 12/31/04

Quantity    1.000    Price    (.04680)

Prices valid from  1/01/05 To 12/31/05

Quantity    1.000    Price    .04680

* AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
L FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
**BLANKET ORDER**This is a long term commitment,
short term releases will be generated for specific
requirements.**SUPPLIER DELIVERY MANUAL**Supplier

PPAP
Submit before
J.S.AP.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases bundles, packing lists, and all other correspondence.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to the terms, conditions, and instructions on the face and reverse side hereof.

N - EUGENIA ACOSTA
Buyer

By: _____

Attn: Eilen Conrad
920 467 06 01

ORIGINAL

59-552 (10/01)

HTT, Inc.
DAILY SHIPMENT DETAIL REPORT

Pickup Date: 10/03/05
Pickup Record No.: 4351735 63 6

UPS Account No.: 595743
Sorted By: Order of Shipment

| Name/Address | Shipment Detail | | Options | Reference Rate Charges | |
|---|---|---|---|---|---|
| **Ship To:** Chris Shay<br>Trostel<br>901 Maxswell St.<br>LAKE GENEVA WI 53147-1003 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>3<br>No<br>45.0<br>Freight Collect | Shipment Service Charge: | $ | 20.49 |
| THIS SHIPMENT WAS AGGREGATED | | | | | |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430344554467<br>Package<br>15.0 | Package Service Charge: | $ | 6.83 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343328052<br>Package<br>15.0 | Package Service Charge: | $ | 6.83 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343488844<br>Package<br>15.0 | Package Service Charge:<br>Receiver Amt: (581914)<br>UPS Total Charge: | $<br>$<br>$ | 6.83<br>20.49<br>20.49 |
| **Ship To:**<br>Air Road Express<br>1051 South Westwood<br>Addison IL 60101-4918 | Service Type:<br>Total Packages:<br>Hundredweight:<br>Billable Wt.:<br>Billing Option: | UPS GROUND<br>9<br>No<br>50.0<br>Freight Collect | Shipment Service Charge: | $ | 36.88 |
| THIS SHIPMENT WAS AGGREGATED | | | | | |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430344794565<br>Package<br>18.0 | Package Service Charge: | $ | 5.84 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345776154<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430344784941<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345996934<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345668128<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343534516<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345212100<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430343596898<br>Package<br>4.0 | Package Service Charge: | $ | 3.88 |
| | Tracking No.:<br>Package Type:<br>Weight: | 1Z5957430345872077<br>Package<br>4.0 | Package Service Charge:<br>Receiver Amt: (773808)<br>UPS Total Charge: | $<br>$<br>$ | 3.88<br>36.88<br>36.88 |

UPS WorldShip® 7.0.17 winspool 1280



HTT INC.
428 CLEVELAND STREET
P.O. BOX 126
SHEBOYGAN FALLS, WI 53085-0126

Ph: 920-467-0599
Fax: 920-467-8203

| Invoice | |
|---|---|
| Number: 28989 | Date: 03-Oct-05 |

**To**

Delphi Mechatronics - 66055
615 Elca Lane, Suite A
Brownsville, TX 78521

**Ship To**

SAME

Ph: 956-548-9782        Fax: 956-548-9692

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 days | 23-Nov-05 | AIR ROAD EXPRES | |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Sept Metal Surcharge<br>PO: 9571-800042                    Ln: 1 | $2,037.54 | $2,037.54 |
| | | ea | |
| | Metal Surcharge for the month of September 2005<br>See Attached Worksheet | | |
| | Visit us on the internet.  Our address is  www.htt-inc.com | Invoice Total: | $2,037.54 |
| | | Amount Paid: | $0.00 |
| | | Amount Due: | $2,037.54 |

Page 1 of 1

11/18/2005

# Delphi Surcharge
## Per Piece Detail
### September, 2005

| Invoice Date | Invoice # | Customer | Job | Packing List | Description | Part # | Part Description | Quantity | Unit Price | Amount | Material | Per Pc Surcharge | Surcharge Dollars |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/19/2005 | 28704 | EAT-B | 10107 | 43187 | | 741-751384 | Contact Plate | 14,400 | 0.0452 | $650.88 | Spring Steel | 0.0011 | $15.84 |
| 9/20/2005 | 28715 | EAT-B | 10107 | 43222 | | 741-751384 | Contact Plate | 9,600 | 0.0452 | $433.92 | Spring Steel | 0.0011 | $10.56 |
| 9/22/2005 | 28744 | EAT-B | 10107 | 43249 | | 741-751384 | Contact Plate | 19,200 | 0.0452 | $867.84 | Spring Steel | 0.0011 | $21.12 |
| 9/28/2005 | 28797 | EAT-B | 10107 | 43333 | | 741-751384 | Contact Plate | 9,600 | 0.0452 | $433.92 | Spring Steel | 0.0011 | $10.56 |
| 9/29/2005 | 28814 | EAT-B | 10107 | 43368 | | 741-751384 | Contact Plate | 9,600 | 0.0452 | $433.92 | Spring Steel | 0.0011 | $10.56 |
| 9/2/2005 | 28592 | EAT-B | 10170 | 42975 | | 741-792203 | Contact Plates | 9,600 | 0.0468 | $449.28 | Copper | 0.0008 | $7.68 |
| 9/16/2005 | 28701 | EAT-B | 10170 | 43167 | | 741-792203 | Contact Plates | 9,600 | 0.0468 | $449.28 | Copper | 0.0008 | $7.68 |
| 9/19/2005 | 28761 | EAT-B | 10170 | 43202 | | 741-792203 | Contact Plates | 4,400 | 0.0468 | $205.92 | Copper | 0.0008 | $3.52 |
| 9/12/2005 | 28642 | EAT-B | 10267 | 43086 | | 747-73503 | Single Bus | 3,600 | 0.1050 | $378.00 | | | |
| 9/12/2005 | 28642 | EAT-B | 10445 | 43088 | | 747-73508 | Multi-Bus LED | 2,000 | 0.1943 | $388.60 | | | |
| 9/14/2005 | 28759 | EAT-B | 10445 | 43128 | | 747-73508 | Multi-Bus LED | 2,000 | 0.1943 | $388.60 | | | |
| 9/20/2005 | 28715 | EAT-B | 10177 | 43220 | | 747-5091 | Bus Positive | 900 | 0.1300 | $117.00 | | | |
| 9/22/2005 | 28744 | EAT-B | 10498 | 43252 | | 747-5092 | Bus Neg | 850 | 0.3949 | $335.67 | | | |
| 9/12/2005 | 28642 | EAT-B | 10090 | 42996 | | 747-5862 | Bus Transfer | 5,810 | 0.1100 | $639.10 | Copper | 0.0500 | $290.50 |
| 9/19/2005 | 28704 | EAT-B | 10090 | 43185 | | 747-5862 | Bus Transfer | 8,448 | 0.1100 | $929.28 | Copper | 0.0500 | $422.40 |
| 9/19/2005 | 28704 | EAT-B | 10090 | 43184 | | 747-5862 | Bus Transfer | 2,304 | 0.1100 | $253.44 | Copper | 0.0500 | $115.20 |
| 9/20/2005 | 28715 | EAT-B | 10090 | 43221 | | 747-5862 | Bus Transfer | 1,536 | 0.1100 | $168.96 | Copper | 0.0500 | $76.80 |
| 9/22/2005 | 28744 | EAT-B | 10090 | 43250 | | 747-5862 | Bus Transfer | 2,304 | 0.1100 | $253.44 | Copper | 0.0500 | $115.20 |
| 9/28/2005 | 28797 | EAT-B | 10090 | 43332 | | 747-5862 | Bus Transfer | 6,912 | 0.1100 | $760.32 | Copper | 0.0500 | $345.60 |
| 9/28/2005 | 28797 | EAT-B | 10090 | 43367 | | 747-5862 | Bus Transfer | 6,912 | 0.1100 | $760.32 | Copper | 0.0500 | $345.60 |
| 9/23/2005 | 28758 | EAT-B | 10108 | 43271 | | 734-792207 | Guide Plate | 10,000 | 0.0470 | $470.00 | Stainless | 0.0012 | $12.00 |
| 9/12/2005 | 28642 | EAT-B | 10064 | 43068 | | 734-79312 | Terminal | 10,000 | 0.0535 | $535.00 | Copper | 0.0017 | $17.00 |
| 9/29/2005 | 28814 | EAT-B | 10064 | 43366 | | 734-79312 | Terminal | 10,000 | 0.0535 | $535.00 | Copper | 0.0017 | $17.00 |
| 9/12/2005 | 28642 | EAT-B | 10123 | 43085 | | 785-78092 | Contact Plate | 21,938 | 0.0490 | $1,074.96 | Spring Steel | 0.0020 | $43.88 |
| 9/14/2005 | 28759 | EAT-B | 10123 | 43125 | | 785-78092 | Contact Plate | 15,000 | 0.0490 | $735.00 | Spring Steel | 0.0020 | $30.00 |
| 9/16/2005 | 28701 | EAT-B | 10123 | 43166 | | 785-78092 | Contact Plate | 10,000 | 0.0490 | $490.00 | Spring Steel | 0.0020 | $20.00 |
| 9/29/2005 | 28814 | EAT-B | 10123 | 43369 | | 785-78092 | Contact Plate | 25,000 | 0.0490 | $1,225.00 | Copper | 0.0020 | $50.00 |
| 9/7/2005 | 28607 | EAT-B | 10124 | 42994 | | 785-79557 | Retainer | 40,000 | 0.0085 | $340.00 | Stainless | 0.0003 | $12.00 |
| 9/15/2005 | 28685 | EAT-B | 10124 | 43144 | | 785-79557 | Retainer | 10,000 | 0.0085 | $85.00 | Stainless | 0.0003 | $3.00 |
| 9/16/2005 | 28701 | EAT-B | 10124 | 43166 | | 785-79557 | Retainer | 50,000 | 0.0085 | $425.00 | Stainless | 0.0003 | $15.00 |
| 9/28/2005 | 28797 | EAT-B | 10124 | 43334 | | 785-79557 | Retainer | 20,000 | 0.0085 | $170.00 | Stainless | 0.0003 | $6.00 |
| 9/29/2005 | 28814 | EAT-B | 10124 | 43370 | | 785-79557 | Retainer | 30,000 | 0.0085 | $255.00 | Stainless | 0.0003 | $9.00 |
| 9/7/2005 | 28607 | EAT-B | 10170 | 42995 | | Z741-792103 | Contact Plate | 4,800 | 0.0468 | $224.64 | Copper | 0.0008 | $3.84 |

$2,037.54

Temp Sept 05 Surcharge - Delphi

**DELPHI**
Automotive Systems

☐ Order

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

PAGE   1

H T T INC
PO BOX 126

SHEBOYGAN FALLS WI 530850126
US

**Purchase Order No.** _____ 9571-800042

This number must appear on all Invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:** _____

p To:

DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521              USA

Invoice In Duplicate To:

DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| OB    N/A | | Ship Via | N/A | Terms    MNS-2 |
|---|---|---|---|---|
| endor Number    37800 | | Tax Exempt ID Number | | Date of Order    10/24/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| 1 | EA | METAL SURCHARGE    * Due Date: 10/24/05 *<br>PRECIOUS METALS PRICE FLUCT.<br>Metal Market flcutuation for copper, to cover<br>period for month of September 2005. | | 2037.54000 | 2037.54 |

PURCHASE ORDER TOTAL                    2037.54
** AS OF FEB 01, 00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOGISTICS **
INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfer when goods
arrive at buyer's reciving dock."

** SUPPLIER ACKNOWLEDGES THAT PAYMENT TERMS ARE ST
RICTLY CONFIDENTIAL AND NOT TO BE DISCLOSED TO ANY
THIRD PARTY WHATSOEVER WITHOUT THE PRIOR WRITTEN
CONSENT OF DELPHI ****************************

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists, and all other correspondence.

I - Karlo Gamoneda
Buyer

By: _____

9-552 (12/01)                    **ORIGINAL**