IN THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |

Response to 9th Omnibus Objection to Claims by Delphi Corporation, *et al;* Sierra Liquidity Fund, LLC (Assignee); Lakeshore Graphic, Ind. (Assignor), Claim No. 2589

from:   Sierra Liquidity Fund, LLC (Assignee); Lakeshore Graphic, Ind. (Assignor), Claim No. 2589, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17, fax:  949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:   Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn:  General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:   Sierra Liquidity Fund, LLC (Assignee); Lakeshore Graphic, Ind. (Assignor), Claim No. 2589

date:   Wednesday, February 28th, 2007

Sierra Liquidity Fund, LLC ("Sierra") has received the Debtor's 9th Omnibus Objection to claims requesting that the above claim in the amount of $2,703.75 be reduced and modified on the basis that the claim and asserted liability are not owing pursuant to the Debtor's books and records.

Sierra Liquidity Fund, LLC (Assignee) and Lakeshore Graphic, Ind. (Assignor) ("Lakeshore") Object to this Objection.

1.   Please find attached sufficient documentation supporting the filed Proof of Claim # 2589 in an amount of $2,703.75.

2.   Upon review of the filed Proof of Claim and supporting documentation, we dutifully request that Debtors and the Court allow Claim # 2589 for the full filed amount of $2,703.75 as liquidated and undisputed.

3.   To expedite this matter, we suggest a Stipulation Agreement be prepared for the amount of $2,703.75 and sent immediately to Sierra's attention for signature.

4.   Copies of the following have been enclosed with this response:  The Notice of 9th Omnibus Objection to Claim # 2589, the transfer agreement executed between Sierra Liquidity Fund, LLC (Assignee/Transferee) and Lakeshore Graphic, Ind. (Assignor), Proof of Claim # 2589 as originally filed by Sierra Liquidity Fund, LLC as Assignee and Attorney-In-Fact for Lakeshore Graphic, Ind. (Assignor) and the supporting documentation requested for claim # 2589 evidencing the amount of $2,703.75 owed on Claim # 2589 filed by Sierra Liquidity Fund, LLC; Assignor: Lakeshore Graphic, Ind.  **The supporting documents in Proof of Claim # 2589 include Invoices, Purchase Orders, and Proof of Deliveries.**

5.   Sierra and Lakeshore see no basis on behalf of the Debtor for the proposed reduction and modification of Claim # 2589,  as the supporting claim documentation (Invoices, Purchase Orders, and Proofs of Deliveries) clearly show a preponderance of evidence that the claim in the amount of $2,703.75 remains due and owing as a valid unpaid pre-petition unsecured claim.

6.   Sierra and Lakeshore do not object to the proposed Modified Debtor for which Claim # 2589 is against.

Please contact any of the following at your earliest convenience to resolve the objection.

Sierra Liquidity Fund, LLC Assignee and Attorney-In-Fact for Lakeshore Graphic, Ind..

| | | |
|---|---|---|
| Scott August | Tammy Garza | Jim Riley |
| 949-660-1144, ext. 17 | 949-660-1144 ext. 22 | 949-660-1144 ext. 16 |
| saugust@sierrafunds.com | tgarza@sierrafunds.com | jriley@sierrafunds.com |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
    In re                               :      Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :      Case No. 05-44481 (RDD)
                                              :
                Debtors.         :      (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF OBJECTION TO CLAIM

Lakeshore Graphic Ind:

       Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your claims identified in the table below should be disallowed and expunged as summarized in that table and described in more detail in the Debtors' Ninth Omnibus Objection To Certain Claims (the "Ninth Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Ninth Omnibus Objection is set for hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED NINTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 15, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

       The enclosed Ninth Omnibus Objection identifies six different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

       Claims identified as having a Basis For Objection of "Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

       Claims identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim, and also were not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claim" are those Claims were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims for which (a) the Debtors have determined were overstated or were denominated in foreign currencies and the Debtors seek to modify to a fully liquidated, U.S.-denominated amount, and/or (b) the Debtors seek to appropriately re-classify the total amount of such remaining Claims, and/or (c) the Debtors seek to specify the appropriate Debtor by case number.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 4/10/2006 | 2589 | $2,703.75 | Claims Subject to Modification | 05-44567 | $1,352.25 | General Unsecured |

└→ MECHATRONIC.

If you wish to view the complete exhibits to the Ninth Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Ninth Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), ARE APPLICABLE TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO OBJECTION BY THE DEBTORS PURSUANT TO THE OBJECTION SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF
THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Ninth Omnibus Objection, you must file a response (the "Response") and
serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Eastern Time) on March 15,
2007. Your Response, if any, to the Ninth Omnibus Claims Objection must (a) be in writing, (b) conform
to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of
New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in
accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case
filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk
(preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word
processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert
D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of
New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be served upon (i)
Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel
to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims
objection to which the Response is directed; (ii) the name of the claimant and a brief description of the
basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should
not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon
which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim
previously filed with the Court, documentation sufficient to establish a prima facie right to payment;
provided, however, that you need not disclose confidential, proprietary, or otherwise protected
information in the Response; provided further, however, that you must disclose to the Debtors all
information and provide copies of all documents that you believe to be confidential, proprietary, or
otherwise protected and upon which you intend to rely in support of the claim; (v) to the extent that the
claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable
amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and
(vi) the address(es) to which the Debtors must return any reply to the Response, if different from the
address(es) presented in the claim.

If you properly and timely file and serve a Response in accordance with the above procedures, and
the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will
automatically be adjourned from the March 22, 2007 hearing date to a future date to be set pursuant to the
Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have
requested that the Court conduct a final hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern
time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR
UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES
ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE
AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE
CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO
THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR
SOLE DISCRETION, TO PROVISIONALLY ACCEPT SUCH AMOUNT AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE

3

BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION.  YOUR PROOF
OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS
APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS'
ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED
TO THE CLAIMS OBJECTION PROCEDURES ORDER.

   The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  If no Responses to the Ninth Omnibus
Objection are timely filed and served in accordance with the procedures set forth herein and in the Claims
Objection Procedures Order, the Bankruptcy Court may enter an order sustaining the Ninth Omnibus
Objection without further notice other than notice of the entry of such an order as provided in the Claims
Objection Procedures Order.  Thus, your failure to respond may forever bar you from sustaining a claim
against the Debtors.

LAKESHORE GRAPHIC IND
SIERRA LIQUIDITY FUND
26699 WHITE RD STE 255
IRVINE CA 92614

4

Transfer of Claim

# Delphi Corporation, et al.

This agreement (the "Agreement") is entered into between __Lakeshore Graphic, Incl__ ("Assignor") and Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC or assignee ("Assignee") with regard to the following matters:

1.  Assignor in consideration of the sum of _____ of the current amount outstanding on the **Assignor's trade claim** (the "Purchase Price"), does hereby transfer to Assignee all of the Assignor's right, title and interest in and to all of the claims of Assignor (the "Claim") against Delphi Corporation, et al. (affiliates, subsidiaries and other related debtors) (the "Debtor"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court of New York, Southern District, in the current amount of not less than _____ __$2,703.75____ [insert the **amount due, which shall be defined as "the Claim Amount"**], and all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments, and other property which may be paid or issued by the Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment is an absolute and unconditional assignment of ownership of the Claim, and shall not be deemed to create a security interest.

2.  Assignee shall be entitled to all distributions made by the Debtor on account of the Claim, even distributions made and attributable to the Claim being allowed in the Debtor's case, in an amount in excess of the Claim Amount. Assignor represents and warrants that the amount of the Claim is not less than Claim Amount, that this amount is the true and correct amount owed by the Debtor to the Assignor, and that no valid defense or right of set-off to the Claim exists.

3.  Assignor further represents and warrants that no payment has been received by Assignor or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim, in whole or in part, to any third party, that Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value.

4.  Should it be determined that any transfer by the Debtor to the Assignor is or could have been avoided as a preferential payment, Assignor shall repay such transfer to the Debtor in a timely manner. Should Assignor fail to repay such transfer to the Debtor, then Assignee, solely at its own option, shall be entitled to make said payment on account of the avoided transfer, and the Assignor shall indemnify the Assignee for any amounts paid to the Debtor. If the Bar Date for filing a Proof of Claim has passed, Assignee reserves the right, but not the obligation, to purchase the Trade Claim for the amount published in the Schedule F.

5.  Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization. Assignor acknowledges that, except as set forth in this agreement, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of the Debtor (financial or otherwise), any other matter relating to the proceedings, the Debtor, or the likelihood of recovery of the Claim. Assignor represents that it has adequate information concerning the business and financial condition of the Debtor and the status of the Proceedings to make an informed decision regarding its sale of the Claim.

6.  In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim. The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses.

7.  To the extent that it may be required by applicable law, Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim. Assignor grants unto Assignee full authority to do all things necessary to enforce the Claim and Assignor's rights thereunder. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that the Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount in the Proceedings or in any other dispute arising out of or relating to the Claim, whether or not suit or other proceedings are commenced, and whether in mediation, arbitration, at trial, on appeal, or in administrative proceedings. Assignor agrees to

take such reasonable further action, as may be necessary or desirable to effect the Assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

8. Assignor shall forward to Assignee all notices received from the Debtor, the court or any third party with respect to the Claim, including any ballot with regard to voting the Claim in the Proceeding, and shall take such action with respect to the Claim in the proceedings, as Assignee may request from time to time. Assignor acknowledges that any distribution received by Assignor on account of the Claim from any source, whether in form of cash, securities, instrument or any other property or right, is the property of and absolutely owned by the Assignee, that Assignor holds and will hold such property in trust for the benefit of Assignee and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

9. In the event of any dispute arising out of or relating to this Agreement, whether or not suit or other proceedings is commenced, and whether in mediation, arbitration, at trial, on appeal, in administrative proceedings, or in bankruptcy (including, without limitation, any adversary proceeding or contested matter in any bankruptcy case filed on account of the Assignor), the prevailing party shall be entitled to its costs and expenses incurred, including reasonable attorney fees.

10. The terms of this Agreement shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

11. Assignor hereby acknowledges that Assignee may at any time further assign the Claim together with all rights, title and interests of Assignee under this Agreement. All representations and warranties of the Assignor made herein shall survive the execution and delivery of this Agreement. This Agreement may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

12. This contract is not valid and enforceable without acceptance of this Agreement with all necessary supporting documents by the Transferee, as evidenced by a countersignature of this Agreement. The Assignee may reject the proffer of this contract for any reason whatsoever.

13. This Agreement shall be governed by and construed in accordance with the laws of the State of California. Any action arising under or relating to this Agreement may be brought in any state or federal court located in California, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Agreement, and in any action hereunder, Assignor and Assignee waive any right to demand a trial by jury.

**If you have filed a Proof of Claim please check here: __✓__**

**Please include invoices, purchase orders, and/or proofs of delivery that relate to the claim.**

Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives its right to raise any objection thereto and its right to receive notice pursuant to rule 3001 of the rules of the Bankruptcy procedure.

IN WITNESS WHEREOF, the undersigned **Assignor** hereto sets his hand this _____ day of _____, 2005.

**ATTEST**

By _Ann T Stahl_
Signature

_Ann L. Stahl , Vice-President_
[Print Name and Title]

_419-626-8631 X17_
Phone Number

Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, et al.
2699 White Rd, Ste 255, Irvine, CA 92614
949-660-1144 x17; fax: 949-660-0632 jriley@sierrafunds.com
10/20/05

_Lakeshore Graphic, Inc_
Name of Company

_617 Hancock st._
Street Address

_Sandusky, Ohio  44820_
City, State & Zip

_419-626-1087   f.oms617@ciol.com_
Fax Number                    Email

Agreed and Acknowledged,
Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, et al

| United States Bankruptcy Court   Southern   District Of   New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Delphi Corporation & Delphi Mechatronic Systems, Inc. | Case Number<br>05-44481 & 05-44567 | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): *LAKESHORE GRAPHIC Ind. &*

Sierra Liquidity Fund

Name and Address where notices should be sent:

Sierra Liquidity Fund
2699 White Road - Suite 255
Irvine, CA  92614

Telephone Number:  949-660-1144 x 17

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends   a previously filed claim dated: _____ |
|---|---|

**1. Basis for Claim**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:** ( *Various* )

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ *2,703.75*

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other_____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ _____ (Unsecured) _____ (Secured) _____ (Priority)   *2,703.75* (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date:<br>4/4/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *J.S. Biley* |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## PROOF OF CLAIM - Summary of Attached Invoices and Documents

**Lakeshore Graphic, Ind.**
**Sierra Liquidity Fund, LLC (Assignee)**

| INVOICE NUMBER | DATE | AMOUNT | PURCHASE ORDER NUMBER |
|---|---|---|---|
| 105156 | 08/11/05 | $   450.00 | 9571 - 56238 |
| 105649 | 09/13/05 | $   450.75 | 9571 - 056239 |
| 105755 | 09/21/05 | $   450.75 | 9571 - 56277 |
| 105756 | 09/21/05 | $   450.75 | 9571 - 56238 |
| 105757 | 09/21/05 | $   450.75 | 9571 - 56276 |
| 105963 | 10/04/05 | $   450.75 | 9571 - 56239 |
| | **Sub-Total** | $   2,703.75 | |

chase Order 05-44481-rdd    Doc 7239    Filed 03/13/07    Entered 03/14/07 16:05:04    Main Document

☒ Delphi Mechatronic Systems
D-U-N-S 10 of 29 8417
☐ Delphi Automotive Systems
T.I.N. No. 38-3589834

Automotive Systems

Page:   1

LAKESHORE GRAPHIC IND
617 HANCOCK ST

SANDUSKY OH 44870

**Purchase Order No.**   9571- 56239

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:** 01    7/14/05

To:  DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521      USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| DEST or Number | FGT COLL 1633 | Ship Via ROUTING--IN Tax Exempt ID Number | Terms MNS-2 Date of Order 7/14/05 |

| antity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |

ER TO PC AEH65100-019    LBL HOUSING ORANGE
EDULE                                                01

Prices valid from  7/14/05 To 12/31/05

Quantity    1000.000    Price    .45075

**S OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES, FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ve at buyer's reciving dock."

liers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER**  This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific
Requirements. For these documents, reference
website:    www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARDS"

is order expressly limits acceptance to the terms stated on the face and reverse
te hereof. Any additional or different terms proposed by seller are rejected unless
pressly assented to in writing.

is order and/or releases against this order are not to be filled at higher prices
an shown on Purchase Order or Release without written approval of buyer.

is order is subject to terms, conditions, and instructions on the face and
verse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

E - Carlos A. Gracia
Buyer

By: _____ pa

52 (12/01)

☐ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 10-129-3417
T.I.N. No. 38-3589834

Automotive Systems

Page: 2

LAKESHORE GRAPHIC IND
617 HANCOCK ST

SANDUSKY OH 44870

**Purchase Order No.** 9571- 56239

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

**Purchase Order Revision:** 01  7/14/05

To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX  78521  USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| Vendor Number | FGT COLL 18533 | Ship Via ROUTING IN Tax Exempt ID Number | | Terms MNS-2 Date of Order 7/14/05 |
|---|---|---|---|---|

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

PRODUCT VERIFICATION. Delphi or its customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
ACCORDANCE WITH AIAG PPAP. PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
---------- TOOL MAINTENANCE ----------
SUPPLIER IS RESPONSIBLE FOR TOOL MAINTENANCE AS
LONG AS THE TOOL IS IN THE SUPPLIER'S POSSESSION.
MAINTENANCE COVERS TOOLS THAT WERE BUILT OR
TRANSFERRED TO THE SUPPLIER. ALL COSTS ARE
CONSIDERED TO BE INCLUDED IN THE PIECE PRICE.
--------- ISO/TS16949 ----------
SUPPLIER OF DIRECT AUTOMOTIVE MATERIAL MUST HAVE
ISO/TS16949 CERTIFICATION OR ISO9001:2000 AS A
MINIMUM OR A PLAN TO GET ISO/TS16949 CERTIFICATION
-----------------------------
Suppliers must comply with 100% ON TIME delivery
on all orders.
If supplier is UNABLE to meet the schedules
communicated, it is the responsibility of the
supplier to notify PC&L (scheduling) personnel
immediately and receive instructions for alternate
routing method.

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

E - Carlos A. Gracia
Buyer

By: _____

2 (12/01)

(WED)DEC  7 2005 14:12/ST. 14:07 NO. 6347470947 P  4

# INVOICE

## LAKE SHORE
## GRAPHIC INDUSTRIES, INC.
617 Hancock Street, Sandusky, Ohio 44870

www.lakeshoregraphic.com

Phone: (419) 626-8631 • Toll Free: 800-684-5287 • Fax: (419) 626-1027

**105963**                          PAGE.  1

**INVOICE DATE:**   10/4/2005

**CLIENT NO:**   4142

**CONSULTANT**    3
ANN STAHL-LORENZ

TO:
DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE TX 78521

SHIP TO: 4142     (unless otherwise specified)
DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE TX 78521

| ERED | SHIPPED | UNIT | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|---------|------|------|-------------|------------|--------|
|      | 1 | M/1000 | AEH65100-019 | ORANGE LABEL | 450.75 | 450.75 |

PO:  9571-56239
Shipped:   . 9/27/2005

terms are net cash by the 10th of the month
month of this invoice date. A FINANCE CHARGE of
% which is 18% ARP will be applied to all accounts
days past due.
*********PLEASE PAY FROM THIS INVOICE**************

|  |  |
|---|---|
| SUBTOTAL | 450.75 |
| SALES TAX | 0.00 |
| **TOTAL** | **450.75** |

JOB JACKET

DESIGNERS • MANUFACTURERS    SNAP·RITE    &   TAB RITE   BUSINESS FORMS

*Providing Printed Solutions Since 1979*



**LAKE SHORE
GRAPHIC INDUSTRIES, INC.**

617 Hancock Street, Sandusky, Ohio 44870

Phone: 419-626-8631
Fax:    419-626-1087

# DELIVERY RECEIPT

DATE _9-27-05_

JOB NO. _____

P.O. NO. _9571-56239_

☑ **SHIPPED COMPLETE**

☐ **PARTIAL-BALANCE TO FOLLOW**

☐ **LAST SHIPMENT-PARTIAL
SHIPPED PREVIOUSLY**

LD TO

_Delphi Mechatronic_

| FORM NO. & DESCRIPTION | NO. OF CTNS. | FORMS PER CTN. | NUMBERING FROM / TO | QUANTITY SHIPPED |
|---|---|---|---|---|
| P/N - DEH 65100-019 orange labels | | | | 4,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Thank You*

THE ABOVE ITEMS WERE RECEIVED
IN GOOD ORDER BY:

SIGNATURE

WHITE-INVOICE    CANARY-LAKE SHORE FILE    PINK-CUSTOMER

FROM    05-44481-rdd    Doc 7239    Filed 03/13/07    Entered 03/14/07 16:09:04   Main Document    (WED)DEC  7 2005 14:12/ST. 14:07/NO. 6347470947 P   6

Pg 14 of 29

# LAKE SHORE
# GRAPHIC INDUSTRIES, INC.

617 Hancock Street, Sandusky, Ohio 44870

www.lakeshoregraphic.com

Phone: (419) 626-8631 • Toll Free: 800-684-5287 • Fax: (419) 626-1087

**INVOICE**

**105649**      PAGE: 1

**INVOICE DATE:**   9/13/2005

**CLIENT NO:**   4142

**CONSULTANT**   3
ANN STAHL-LORENZ

TO:
DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE TX 78521

SHIP TO:4142    (unless otherwise specified)
DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE TX 78521

| ERED | SHIPPED | UNIT | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|---------|------|------|-------------|------------|--------|
| | 1 | M/1000 | AEH65100-019 | ORANGE LABEL | 450.75 | 450.75 |

PO: 9571-056239
Shipped:   . 9/6/2005

terms are net cash by the 10th of the month
month of this invoice date. A FINANCE CHARGE of
% which is 18% ARP will be applied to all accounts
days past due.
*********PLEASE PAY FROM THIS INVOICE**************

| | | |
|---|---|---|
| SUBTOTAL | 450.75 |
| SALES TAX | 0.00 |
| TOTAL | **450.75** |

JOB JACKET

DESIGNERS • MANUFACTURERS      &   TAB RITE   BUSINESS FORMS

*Providing Printed Solutions Since 1979*

**LAKE SHORE**
**GRAPHIC INDUSTRIES, INC.**

617 Hancock Street, Sandusky, Ohio 44870

Phone: 419-626-8631
Fax:   419-626-1087

# DELIVERY RECEIPT

UPS

DATE   9-6-05

JOB NO. _____

P.O. NO.   9571-054239

LD TO

Delphi Mechatronic Systems

615 Elca Lane, Suite A

Brownsville, Texas 78521

☒ SHIPPED COMPLETE

☐ PARTIAL-BALANCE TO FOLLOW

☐ LAST SHIPMENT-PARTIAL
   SHIPPED PREVIOUSLY

| FORM NO. & DESCRIPTION | NO. OF CTNS. | FORMS PER CTN. | NUMBERING FROM / TO | QUANTITY SHIPPED |
|---|---|---|---|---|
| AEH65100019   Orange labels | | | | 1000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## *Thank You*

THE ABOVE ITEMS WERE RECEIVED
IN GOOD ORDER BY:

_____
SIGNATURE

WHITE-INVOICE    CANARY-LAKE SHORE FILE    PINK-CUSTOMER

## Purchase Order

05-44481-rdd    Doc 7239    Filed 03/13/07    Entered 03/14/07 16:06:04    LMH Document

Delphi Mechatronic Systems
Delphi Automotive Systems

D-U-N-S No. 00-626-9417
T.I.N. No. 38-3589834

Automotive Systems

Page: 1

LAKESHORE GRAPHIC IND
617 HANCOCK ST

SANDUSKY OH 44870

**9571- 56277**

**Purchase Order No.** _____
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.  01    8/17/05
**Purchase Order Revision:** _____

DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX    78521          USA

Invoice in Duplicate To: DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| DEST. FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
|---|---|---|
| or Number      1633 | Tax Exempt ID Number | Date of Order    8/17/05 |

| antity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

ER TO PC AEH65100-024    LBL HOUSING GREEN
EDULE                                             01

Prices valid from  8/16/05 To 12/31/06

Quantity          1.000    Price           .03680

AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

) TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ve at buyer's reciving dock."

liers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER**  This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific
Requirements. For these documents, reference
website:  www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

his order expressly limits acceptance to the terms stated on the face and reverse
te hereof. Any additional or different terms proposed by seller are rejected unless
pressly assented to in writing.

his order and/or releases against this order are not to be filled at higher prices
an shown on Purchase Order or Release without written approval of buyer.

his order is subject to terms, conditions, and instructions on the face and
verse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villasegor
Buyer

By: _____

b2 (12/01)                                    **ORIGINAL**

05-44481-rdd   Doc 7239   Filed 03/13/07   Entered 03/14/07 16:05:04   Main Document
D-U-N-S No. 12-065-9417
T.I.N. No. 38-3589834

Delphi Mechatronic Systems
Delphi Automotive Systems

Automotive Systems

LAKESHORE GRAPHIC IND
617 HANCOCK ST

SANDUSKY OH 44870

**9571- 56277**

**Purchase Order No.** _____
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers 01   8/17/05
**Purchase Order Revision:** _____

DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521          USA

Invoice in Duplicate To: DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| DEST. FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
| Order Number 1633 | Tax Exempt ID Number | Date of Order 8/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

PRODUCT VERIFICATION. Delphi or its customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
ACCORDANCE WITH AIAG PPAP. PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
--------- TOOL MAINTENANCE ----------
SUPPLIER IS  RESPONSIBLE FOR  TOOL MAINTENANCE AS
LONG AS THE TOOL IS IN THE SUPPLIER'S POSSESSION.
MAINTENANCE  COVERS  TOOLS  THAT  WERE  BUILT  OR
TRANSFERRED  TO  THE  SUPPLIER.  ALL  COSTS  ARE
CONSIDERED TO BE INCLUDED IN THE PIECE PRICE.
--------- ISO/TS16949 ----------
SUPPLIER OF DIRECT AUTOMOTIVE MATERIAL MUST HAVE
ISO/TS16949 CERTIFICATION OR ISO9001:2000 AS A
MINIMUM OR A PLAN TO GET ISO/TS16949 CERTIFICATION
-------------------------------------
Suppliers must comply with  100% ON TIME delivery
on all orders.
If supplier is UNABLE to meet the schedules
communicated, it is the responsibility of the
supplier to notify PC&L (scheduling) personnel
immediately and receive instructions for alternate
routing method.

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villasegor
Buyer

By: _____

# LAKE SHORE GRAPHIC INDUSTRIES, INC.

617 Hancock Street, Sandusky, Ohio 44870

www.lakeshoregraphic.com

Phone: (419) 626-8631 • Toll Free: 800-684-5287 • Fax: (419) 626-1087

**INVOICE**

**105755**    PAGE: 1

**INVOICE DATE:**    9/21/2005

**CLIENT NO:**    4142

**CONSULTANT**    3

ANN STAHL-LORENZ

TO:
DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE  TX 78521

SHIP TO: 4142    (unless otherwise specified)
DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE  TX 78521

| ...RED | SHIPPED | UNIT | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1 | M/1000 | AEH65100-024 | GREEN LABELS | 450.75 | 450.75 |

PO: 9571-56277
Shipped:  . 9/1/2005

terms are net cash by the 10th of the month
...onth of this invoice date. A FINANCE CHARGE of
...% which is 18% ARP will be applied to all accounts
...days past due.
**********PLEASE PAY FROM THIS INVOICE**************

JOB JACKET

| | |
|---|---|
| SUBTOTAL | 450.75 |
| SALES TAX | 0.00 |
| TOTAL | **450.75** |

DESIGNERS • MANUFACTURERS    SNAP-RITE & TAB RITE    BUSINESS FORMS



*Providing Printed Solutions Since 1979*

**LAKE SHORE**
**GRAPHIC INDUSTRIES, INC.**
617 Hancock Street, Sandusky, Ohio 44870
Phone: 419-626-8631
Fax:    419-626-1087

# DELIVERY RECEIPT
*UPS*

DATE _____9-1-05_____

JOB NO. _____

P.O. NO. _9571-56277_

LD TO

Delphi Mechatronic Systems

615 Elca Lane, Suit A

Brownsville, Tx    78521

☒ SHIPPED COMPLETE

☐ PARTIAL-BALANCE TO FOLLOW

☐ LAST SHIPMENT-PARTIAL
    SHIPPED PREVIOUSLY

| FORM NO. & DESCRIPTION | NO. OF CTNS. | FORMS PER CTN. | NUMBERING FROM / TO | QUANTITY SHIPPED |
|---|---|---|---|---|
| P/N - AGH 65100-024 Green Housing Labels | | | | 1,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## *Thank You*

THE ABOVE ITEMS WERE RECEIVED
IN GOOD ORDER BY:

_____
SIGNATURE

WHITE-INVOICE      CANARY-LAKE SHORE FILE      PINK-CUSTOMER

05-44481-rdd   Doc 7239   Filed 03/13/07   Entered 03/14/07 16:05:04   Main Document

**ase Order**

[X] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

D-U-N-S No. 20-965-2917

T.I.N. No. 38-3589834

Automotive Systems

Page:   1

LAKESHORE GRAPHIC IND
617 HANCOCK ST

SANDUSKY OH 44870

9571- 56276

Purchase Order No. _____

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers 01   8/17/05

**Purchase Order Revision:** _____

DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE


TX   78521        USA

Invoice in Delphi DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| DEST FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
|---|---|---|
| r Number  1633 | Tax Exempt ID Number | Date of Order  8/17/05 |

| ntity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

ER TO PC AEH65100-009   LBL HOUSING PURPLE
EDULE                                      01

Prices valid from  8/16/05 To 12/31/06

Quantity       1.000   Price        .04620

S OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ve at buyer's reciving dock."

liers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER**  This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific
Requirements. For these documents, reference
website:       www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

nis order expressly limits acceptance to the terms stated on the face and reverse
de hereof. Any additional or different terms proposed by seller are rejected unless
pressly assented to in writing.

nis order and/or releases against this order are not to be filled at higher prices
an shown on Purchase Order or Release without written approval of buyer.

nis order is subject to terms, conditions, and instructions on the face and
verse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villaseñor

Buyer

By: _Villaseñor_

52 (12/01)                    **ORIGINAL**

FROM                                                    (WED)DEC  7 2005 14:14/ST. 14:07/NO. 6347470947 P 13

05-44481-rdd   Doc 7239   Filed 03/13/07   Entered 03/14/07 16:05:04   Main Document
                          D-U-N-S No. 01 105 2917                    Pg 21 of 29
                          T.I.N. No. 38-3589834                     Page:  2

**ase Order**

☒ Delphi Mechatronic Systems                                      Automotive Systems

☐ Delphi Automotive Systems

LAKESHORE GRAPHIC IND                           ·9571- 56276
617 HANCOCK ST
                                    **Purchase Order No.**
SANDUSKY OH 44870                   This number must appear on all invoices, correspondence, packing slips,
                                    shipping documents and containers 01    8/17/05
                                    **Purchase Order Revision:**

DELPHI MECHATRONIC SYSTEMS              Invoice in Duplicate to: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A                               615 Elca Lane Suite A
BROWNSVILLE                                          Brownsville, TX 78521

TX   78521          USA

| DEST. FGT COLL | Ship Via ROUTING IN | | Terms MNS-2 |
|---|---|---|---|
| r Number   1633 | Tax Exempt ID Number | | Date of Order   8/17/05 |

| ntity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

PRODUCT VERIFICATION. Delphi or its customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
ACCORDANCE WITH AIAG PPAP. PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
--------- TOOL MAINTENANCE ----------
SUPPLIER IS RESPONSIBLE FOR TOOL MAINTENANCE AS
LONG AS THE TOOL IS IN THE SUPPLIER'S POSSESSION.
MAINTENANCE COVERS TOOLS THAT WERE BUILT OR
TRANSFERRED TO THE SUPPLIER. ALL COSTS ARE
CONSIDERED TO BE INCLUDED IN THE PIECE PRICE.
-------- ISO/TS16949 ---------
SUPPLIER OF DIRECT AUTOMOTIVE MATERIAL MUST HAVE
ISO/TS16949 CERTIFICATION OR ISO9001:2000 AS A
MINIMUM OR A PLAN TO GET ISO/TS16949 CERTIFICATION
-------------------------------
Suppliers must comply with  100% ON TIME delivery
on all orders.
If supplier is UNABLE to meet the schedules
communicated, it is the responsibility of the
supplier to notify PC&L (scheduling) personnel
immediately and receive instructions for alternate
routing method.

is order expressly limits acceptance to the terms stated on the face and reverse
e hereof. Any additional or different terms proposed by seller are rejected unless
pressly assented to in writing.

is order and/or releases against this order are not to be filled at higher prices
an shown on Purchase Order or Release without written approval of buyer.

is order is subject to terms, conditions, and instructions on the face and
verse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villasegor
Buyer
                    By: _____

# LAKE SHORE GRAPHIC INDUSTRIES, INC.

617 Hancock Street, Sandusky, Ohio 44870

www.lakeshoregraphic.com

Phone: (419) 626-8631 • Toll Free: 800-684-5287 • Fax: (419) 626-1087

**INVOICE**

**105757**   PAGE: 1

**INVOICE DATE:** 9/21/2005

**CLIENT NO:** 4142

**CONSULTANT** 3
ANN STAHL-LORENZ

**SHIP TO:** 4142   (unless otherwise specified)

TO:

DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE TX 78521

DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE TX 78521

| ...RED | SHIPPED | UNIT | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | 1 | M/1000 | AEH65100-009 | PURPLE HOUSING LABEL | 450.75 | 450.75 |

PO: 9571-56276
Shipped: . 9/14/2005

terms are net cash by the 10th of the month
...month of this invoice date. A FINANCE CHARGE of
...% which is 18% ARP will be applied to all accounts
...ays past due.
********PLEASE PAY FROM THIS INVOICE*************

JOB JACKET

| | |
|---|---|
| SUBTOTAL | 450.75 |
| SALES TAX | 0.00 |
| TOTAL | 450.75 |

DESIGNERS • MANUFACTURERS   SNAP·RITE &  RITE  BUSINESS FORMS

*Providing Printed Solutions Since 1979*

**LAKE SHORE**
**GRAPHIC INDUSTRIES, INC.**
617 Hancock Street, Sandusky, Ohio 44870
Phone: 419-626-8631
Fax:    419-626-1087

# DELIVERY RECEIPT

DATE  9-14-05

JOB NO. _____

P.O. NO.  9571-56276

☒ **SHIPPED COMPLETE**

☐ **PARTIAL-BALANCE TO FOLLOW**

☐ **LAST SHIPMENT-PARTIAL**
**SHIPPED PREVIOUSLY**

**LD TO**

Delphi Mechatronic
615 Elca Lane, suite A
Brownsville, Tx  78521

| FORM NO. & DESCRIPTION | NO. OF CTNS. | FORMS PER CTN. | NUMBERING FROM / TO | QUANTITY SHIPPED |
|---|---|---|---|---|
| P/N - AEH - 65100 - 009  Purple Housing Labels |  |  |  | 1,000 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## *Thank You*

THE ABOVE ITEMS WERE RECEIVED
IN GOOD ORDER BY:

_____
SIGNATURE

WHITE-INVOICE    CANARY-LAKE SHORE FILE    PINK-CUSTOMER

Delphi Mechatronic Systems

Delphi Automotive Systems

D-U-N-No. 24-252417
T.I.N. No. 38-3589834

Automotive Systems

Page:   1

LAKESHORE GRAPHIC IND
617 HANCOCK ST

SANDUSKY OH 44870

**Purchase Order No.**   9571- 56238
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.   01   7/14/05
**Purchase Order Revision:**

To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| Dest. FGT COLL. | | Ship Via ROUTING IN | | Terms MNS-2 | |
|---|---|---|---|---|---|
| or Number   1683 | | Tax Exempt ID Number | | Date of Order   7/14/05 | |

| antity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| ER TO PC AEH65100-022 | | LBL CODE HOUSING BLUE | | | |
| EDULE | | | 01 | | |

Prices valid from  7/14/05 To 12/31/05

Quantity        1000.000   Price          .45075

S OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
ve at buyer's reciving dock."

liers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER**  This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is  governed by  Delphi Terms  and
Conditions. Supplier must  comply with  Delphi
Global  Supply  Management  Customer  Specific
Requirements.  For  these  documents,  reference
website:   www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER

s order expressly limits acceptance to the terms stated on the face and reverse
e hereof. Any additional or different terms proposed by seller are rejected unless
ressly assented to in writing.

s order and/or releases against this order are not to be filled at higher prices
n shown on Purchase Order or Release without written approval of buyer.

s order is subject to terms, conditions, and instructions on the face and
rerse side hereof.

2 (12/01)

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

E - Carlos A. Gracia
Buyer

By: _____

Delphi Automotive Systems

DELPHI
Automotive Systems

D-U-N-S No. 14-876-3417
T.I.N. No. 38-3589834

LAKESHORE GRAPHIC IND
617 HANCOCK ST

SANDUSKY OH 44870

Purchase Order No. _____ 9571- 56238

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

Purchase Order Revision: ____01    7/14/05

To:   DELPHI MECHATRONIC SYSTEMS
      615 ELCA LANE, SUITE A
      BROWNSVILLE

      TX   78521          USA

Invoice in Duplicate To:
      DELPHI MECHATRONIC SYSTEMS
      615 Elca Lane Suite A
      Brownsville, TX 78521

| Vendor Number | | Ship Via | ROUTING IN | | Terms | MNS-2 |
| FGT COLL- 1833 | | Tax Exempt ID Number | | | Date of Order | 7/14/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

PRODUCT VERIFICATION. Delphi or its customers have the right to verify purchase products at your facility at any time with notification in advance. This will not preclude rejections by Delphi. UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING, ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN ACCORDANCE WITH AIAG PPAP. PARTS SHOULD NOT BE SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
--------- TOOL MAINTENANCE ---------
SUPPLIER IS RESPONSIBLE FOR TOOL MAINTENANCE AS LONG AS THE TOOL IS IN THE SUPPLIER'S POSSESSION. MAINTENANCE COVERS TOOLS THAT WERE BUILT OR TRANSFERRED TO THE SUPPLIER. ALL COSTS ARE CONSIDERED TO BE INCLUDED IN THE PIECE PRICE.
-------- ISO/TS16949 ---------
SUPPLIER OF DIRECT AUTOMOTIVE MATERIAL MUST HAVE ISO/TS16949 CERTIFICATION OR ISO9001:2000 AS A MINIMUM OR A PLAN TO GET ISO/TS16949 CERTIFICATION
---------------------------------
Suppliers must comply with  100% ON TIME delivery on all orders.
If  supplier  is  UNABLE  to  meet  the  schedules communicated, it is the responsibility of the supplier  to  notify  PC&L (scheduling) personnel immediately and receive instructions for alternate routing method.

Order expressly limits acceptance to the terms stated on the face and reverse hereof. Any additional or different terms proposed by seller are rejected unless essly assented to in writing.

Order and/or releases against this order are not to be filled at higher prices shown on Purchase Order or Release without written approval of buyer.

Order is subject to terms, conditions, and instructions on the face and se side hereof.

(2/01)

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

E - Carlos A. Gracia
Buyer

By: _____

# LAKE SHORE
# GRAPHIC INDUSTRIES, INC.
617 Hancock Street, Sandusky, Ohio 44870

www.lakeshoregraphic.com

Phone: (419) 626-8631 • Toll Free: 800-684-5287 • Fax: (419) 626-1087

**INVOICE**

**105156**    PAGE: 1

INVOICE DATE:    8/11/2005

CLIENT NO:    4142

CONSULTANT    3
ANN STAHL-LORENZ

TO:
DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
17195 US HIGHWAY 98 WEST
FOLEY AL 36535

SHIP TO: 4142    (unless otherwise specified)
DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE TX 78521

| ERED | SHIPPED | UNIT | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|---------|------|------|-------------|------------|--------|
|      | 1 | M/1000 | AEH65100-022 | BLUE LABELS | 450.00 | 450.00 |

PO: 9571-56238
Shipped:    . 8/1/2005

terms are net cash by the 10th of the month
month of this invoice date. A FINANCE CHARGE of
% which is 18% ARP will be applied to all accounts
days past due.
*********PLEASE PAY FROM THIS INVOICE***************

JOB JACKET

| | |
|---|---|
| SUBTOTAL | 450.00 |
| SALES TAX | 0.00 |
| TOTAL | 450.00 |

DESIGNERS • MANUFACTURERS     SNAP-RITE & TAB RITE BUSINESS FORMS

*Providing Printed Solutions Since 1979*

(WED) DEC  7 2005 14:15/ST. 14:07/NO. 6347470947 P 19

**LAKE SHORE
GRAPHIC INDUSTRIES, INC.**

617 Hancock Street, Sandusky, Ohio 44870

Phone: 419-626-8631
Fax:    419-626-1087

UPS

# DELIVERY RECEIPT

DATE  _8-1-05_

JOB NO. _____

Tracking # 12 68399 90346477807

P.O. NO.  _9571-56238_

**OLD TO**

Delphi Mechatronic

615 Elca Lane Suite A

Brainsville, Tx 78521

☒ **SHIPPED COMPLETE**

☐ **PARTIAL-BALANCE TO FOLLOW**

☐ **LAST SHIPMENT-PARTIAL
SHIPPED PREVIOUSLY**

| FORM NO. & DESCRIPTION | NO. OF CTNS. | FORMS PER CTN. | NUMBERING FROM / TO | QUANTITY SHIPPED |
|---|---|---|---|---|
| P/N - AEH 65100-022  blue labels | | | | 1,000. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Thank You*

THE ABOVE ITEMS WERE RECEIVED
IN GOOD ORDER BY:

_____
SIGNATURE

WHITE-INVOICE    CANARY-LAKE SHORE FILE    PINK-CUSTOMER

# LAKE SHORE
# GRAPHIC INDUSTRIES, INC.

617 Hancock Street, Sandusky, Ohio 44870

www.lakeshoregraphic.com

Phone: (419) 626-8631 • Toll Free: 800-684-5287 • Fax: (419) 626-1087

**INVOICE**

**105756**          PAGE: 1

**INVOICE DATE:**  9/21/2005

**CLIENT NO:**   4142

**CONSULTANT**   3
ANN STAHL-LORENZ

**TO:**
DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE TX 78521

**SHIP TO:** 4142      (unless otherwise specified)
DELPHI MECHATRONIC SYSTEMS
C/O ACCOUNTS PAYABLE
615 ELCA LANE SUITE A
BROWNSVILLE  TX 78521

| ERED | SHIPPED | UNIT | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|---------|------|------|-------------|------------|--------|
|      | 1       | M/1000 | AEH65100-022 | BLUE LABELS | 450.75 | 450.75 |

PO: 9571-56238
Shipped:    . 9/14/2005

terms are net cash by the 10th of the month
month of this invoice date. A FINANCE CHARGE of
% which is 18% ARP will be applied to all accounts
days past due.
********PLEASE PAY FROM THIS INVOICE***********

JOB JACKET

| | |
|---|---|
| SUBTOTAL | 450.75 |
| SALES TAX | 0.00 |
| TOTAL | 450.75 |

DESIGNERS • MANUFACTURERS  **SNAP-RITE** &  BUSINESS FORMS

*Providing Printed Solutions Since 1979*

FROM                                    (WED) DEC  7 2005 14:16/ST. 14:07 NO. 6347470947 P 21

**LAKE SHORE**
**GRAPHIC INDUSTRIES, INC.**
617 Hancock Street, Sandusky, Ohio 44870
Phone: 419-626-8631
Fax:   419-626-1087

# DELIVERY RECEIPT

DATE ___9-20-05___

JOB NO. _____

P.O. NO. ___9571-56278___

☒ **SHIPPED COMPLETE**

☐ **PARTIAL-BALANCE TO FOLLOW**

☐ **LAST SHIPMENT-PARTIAL**
**SHIPPED PREVIOUSLY**

OLD TO

Delphi Mechatronic
615 Elca Lane, suit A
Brownsville, TX  78521

| FORM NO. & DESCRIPTION | NO. OF CTNS. | FORMS PER CTN. | NUMBERING FROM / TO | QUANTITY SHIPPED |
|---|---|---|---|---|
| P/N - AGH - 65100 - 022 Blue Housing Labels | | | | 1,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# *Thank You*

THE ABOVE ITEMS WERE RECEIVED
IN GOOD ORDER BY:

_____
SIGNATURE