IN THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |

Response to 9th Omnibus Objection to Claims by Delphi Corporation, *et al;* Sierra Liquidity Fund, LLC (Assignee); Mayville Engineering Co., Inc. (Assignor), Claim No. 15983

from:    Sierra Liquidity Fund, LLC (Assignee); Mayville Engineering Co., Inc. (Assignor), Claim No. 15983, 2699 White Road, Ste. 255, Irvine, CA 92614, (949) 660-1144, ext. 17, fax:  949-660-0632, saugust@sierrafunds.com, tgarza@sierrafunds.com

to:    Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn:  General Counsel)

Counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese)

re:    Sierra Liquidity Fund, LLC (Assignee); Mayville Engineering Co., Inc. (Assignor), Claim No. 15983

date:    Wednesday, February 28th, 2007

Sierra Liquidity Fund, LLC ("Sierra") has received the Debtor's 9th Omnibus Objection to claims requesting that the above claim in the amount of $31,187.22 be reduced and modified on the basis that the claim and asserted liability are not owing pursuant to the Debtor's books and records.

Sierra Liquidity Fund, LLC (Assignee) and Mayville Engineering Co., Inc. (Assignor) ("Mayville") Object to this Objection.

1.    Please find attached sufficient documentation supporting the filed Proof of Claim # 15983 in an amount of $31,187.22.

2.    Upon review of the filed Proof of Claim and supporting documentation, we dutifully request that Debtors and the Court allow Claim # 15983 for the full filed amount of $31,187.22 as liquidated and undisputed.

3.    To expedite this matter, we suggest a Stipulation Agreement be prepared for the amount of $31,187.22 and sent immediately to Sierra's attention for signature.

4.    Copies of the following have been enclosed with this response:  The Notice of 9th Omnibus Objection to Claim # 15983, the transfer agreement executed between Sierra Liquidity Fund, LLC (Assignee/Transferee) and Mayville Engineering Co., Inc. (Assignor), Proof of Claim # 15983 as originally filed by  Sierra Liquidity Fund, LLC as Assignee and Attorney-In-Fact for Mayville Engineering Co., Inc. (Assignor) and the supporting documentation requested for claim # 15983 evidencing the amount of $31,187.22 owed on Claim # 15983 filed by Sierra Liquidity Fund, LLC; Assignor: Mayville Engineering Co., Inc. **The supporting documents in Proof of Claim # 15983 include Invoices, Purchase Orders, and Proof of Deliveries.**

5.    Sierra and Mayville see no basis on behalf of the Debtor for the proposed reduction and modification of Claim # 15983, as the supporting claim documentation (Invoices, Purchase Orders, and Proofs of Deliveries) clearly show a preponderance of evidence that the claim in the amount of $31,187.22 remains due and owing as a valid unpaid pre-petition unsecured claim.

6.    Sierra and Mayville do not object to the proposed Modified Debtor for which Claim # 15983 is against.

Please contact any of the following at your earliest convenience to resolve the objection.

Sierra Liquidity Fund, LLC Assignee and Attorney-In-Fact for Mayville Engineering Co., Inc..

Scott August                    Tammy Garza                    Jim Riley
949-660-1144, ext. 17         949-660-1144 ext. 22          949-660-1144 ext. 16
saugust@sierrafunds.com       tgarza@sierrafunds.com        jriley@sierrafunds.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF OBJECTION TO CLAIM

Sierra Liquidity Fund:

     Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your claims identified in the table below should be disallowed and expunged as summarized in that table and described in more detail in the Debtors' Ninth Omnibus Objection To Certain Claims (the "Ninth Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Ninth Omnibus Objection is set for hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED NINTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 15, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

     The enclosed Ninth Omnibus Objection identifies six different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

     Claims identified as having a Basis For Objection of "Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

     Claims identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim, and also were not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And

Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claim" are those Claims were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims for which (a) the Debtors have determined were overstated or were denominated in foreign currencies and the Debtors seek to modify to a fully liquidated, U.S.-denominated amount, and/or (b) the Debtors seek to appropriately re-classify the total amount of such remaining Claims, and/or (c) the Debtors seek to specify the appropriate Debtor by case number.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 10/24/2005 | 84 | $3,430.00 | Claims Subject to Modification | 05-44640 ↳ DAS | $3,430.00 | General Unsecured |
| 10/25/2005 | 113 | $68.93 | Claims Subject to Modification | 05-44640 DAS | $53.93 | General Unsecured |
| 11/4/2005 | 330 | $953.80 | Claims Subject to Modification | 05-44640 DAS | $953.80 | General Unsecured |
| 11/21/2005 | 714 | $250.00 | Claims Subject to Modification | 05-44640 DAS | $250.00 | General Unsecured |
| 12/6/2005 | 1037 | $1,871.50 | Claims Subject to Modification | 05-44640 DAS | $1,871.50 | General Unsecured |
| 12/21/2005 | 1242 | $15,236.19 | Claims Subject to Modification | 05-44507 ↳ MEDICAL COLORADO | $15,236.19 | General Unsecured |

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

| 12/21/2005 | 1246 | $11,497.74 | Claims Subject to Modification | 05-44640 _DAS_ | $10,655.00 | General Unsecured |
| 1/18/2006 | 1596 | $116,033.97 | Claims Subject to Modification | 05-44640 _DAS_ | $115,263.43 | General Unsecured |
| 7/31/2006 | 14690 | $582.46 | Claims Subject to Modification | 05-44482 _ASEC_ | $582.46 | General Unsecured |
| 7/31/2006 | 14692 | $75,027.43 | Claims Subject to Modification | 05-44640 _DAS_ | $69,372.55 | General Unsecured |
| 8/9/2006 | 15974 | $5,317.38 | Claims Subject to Modification | 05-44567 _Mechatronic_ | $5,317.38 | General Unsecured |
| 8/9/2006 | 15978 | $16,709.43 | Claims Subject to Modification | 05-44612 _DIESEL_ | $16,250.00 | General Unsecured |
| 8/9/2006 | 15979 | $17,241.97 | Claims Subject to Modification | 05-44640 _DAS_ | $17,241.97 | General Unsecured |
| 8/9/2006 | 15980 | $18,908.00 | Claims Subject to Modification | 05-44640 _DAS_ | $18,908.00 | General Unsecured |
| 8/9/2006 | 15983 | $31,187.22 | Claims Subject to Modification | 05-44507 _Medical Colorado_ | $29,987.45 | General Unsecured |
| 8/9/2006 | 15984 | $28,239.07 | Claims Subject to Modification | 05-44567 _Mechatronic_ | $26,385.28 | General Unsecured |

If you wish to view the complete exhibits to the Ninth Omnibus Objection, you can do so on www.delphidocket.com.  If you have any questions about this notice or the Ninth Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), ARE APPLICABLE TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO OBJECTION BY THE DEBTORS PURSUANT TO THE OBJECTION SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Ninth Omnibus Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Eastern Time) on March 15, 2007. Your Response, if any, to the Ninth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the claim; (v) to the extent that the claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

If you properly and timely file and serve a Response in accordance with the above procedures, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 22, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO PROVISIONALLY ACCEPT SUCH AMOUNT AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING

4

VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. If no Responses to the Ninth Omnibus Objection are timely filed and served in accordance with the procedures set forth herein and in the Claims Objection Procedures Order, the Bankruptcy Court may enter an order sustaining the Ninth Omnibus Objection without further notice other than notice of the entry of such an order as provided in the Claims Objection Procedures Order. Thus, your failure to respond may forever bar you from sustaining a claim against the Debtors.

Transfer of Claim

# Delphi Corporation, et al.

This agreement (the "Agreement") is entered into between _MAYVILLE ENGINEERING Co. Inc._ ("Assignor") and Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC or assignee ("Assignee") with regard to the following matters:

1. Assignor in consideration of the sum of ░░░░░░░░░░░░░░░░░░░░ of the current amount outstanding on the Assignor's trade claim (the "Purchase Price"), does hereby transfer to Assignee all of the Assignor's right, title and interest in and to all of the claims of Assignor (the "Claim") against Delphi Corporation, et al. (affiliates, subsidiaries and other related debtors) (the "Debtor"), in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court of New York, Southern District, in the current amount of not less than _$31,187.22_ [insert the amount due, which shall be defined as "the Claim Amount"], and all rights and benefits of the Assignor relating to the Claim including, without limitation, Assignor's rights to receive interest, penalties and fees, if any, which may be paid with respect to the Claim, and all cash, securities, instruments, and other property which may be paid or issued by the Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment is an absolute and unconditional assignment of ownership of the Claim, and shall not be deemed to create a security interest.

2. Assignee shall be entitled to all distributions made by the Debtor on account of the Claim, even distributions made and attributable to the Claim being allowed in the Debtor's case, in an amount in excess of the Claim Amount. Assignor represents and warrants that the amount of the Claim is not less than the Claim Amount, that this amount is the true and correct amount owed by the Debtor to the Assignor, and that no valid defense or right of set-off to the Claim exists.

3. Assignor further represents and warrants that no payment has been received by Assignor or by any third party claiming through Assignor, in full or partial satisfaction of the Claim, that Assignor has not previously assigned, sold or pledged the Claim, in whole or in part, to any third party, that Assignor owns and has title to the Claim free and clear of any and all liens, security interests or encumbrances of any kind or nature whatsoever, and that there are no offsets or defenses that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or to impair its value.

4. Should it be determined that any transfer by the Debtor to the Assignor is or could have been avoided as a preferential payment, Assignor shall repay such transfer to the Debtor in a timely manner. Should Assignor fail to repay such transfer to the Debtor, then Assignee, solely at its own option, shall be entitled to make said payment on account of the avoided transfer, and the Assignor shall indemnify the Assignee for any amounts paid to the Debtor. If the Bar Date for filing a Proof of Claim has passed, Assignee reserves the right, but not the obligation, to purchase the Trade Claim for the amount published in the Schedule F.

5. Assignor is aware that the Purchase Price may differ from the amount ultimately distributed in the Proceedings with respect to the Claim and that such amount may not be absolutely determined until entry of a final order confirming a plan of reorganization. Assignor acknowledges that, except as set forth in this agreement, neither Assignee nor any agent or representative of Assignee has made any representation whatsoever to Assignor regarding the status of the Proceedings, the condition of the Debtor (financial or otherwise), any other matter relating to the proceedings, the Debtor, or the likelihood of recovery of the Claim. Assignor represents that it has adequate information concerning the business and financial condition of the Debtor and the status of the Proceedings to make an informed decision regarding its sale of the Claim.

6. In the event that the Claim is disallowed, reduced, subordinated, or impaired for any reason whatsoever, Assignor agrees to immediately refund and pay to Assignee, a pro-rata share of the Purchase Price equal to the ratio of the amount of the Claim disallowed divided by the Claim, plus 8% interest per annum from the date of this Agreement. The Assignee, as set forth below, shall have no obligation to otherwise defend the Claim, and the refund obligation of the Assignor pursuant to this section shall be absolutely payable to Assignee without regard to whether Assignee defends the Claim. The Assignee or Assignor shall have the right to defend the claim, only at its own expense and shall not look to the counterparty for any reimbursement for legal expenses.

7. To the extent that it may be required by applicable law, Assignor hereby irrevocably appoints Assignee as its true and lawful attorney and authorizes Assignee to act in Assignor's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Claim. Assignor grants unto Assignee full authority to do all things necessary to enforce the Claim and Assignor's rights thereunder. Assignor agrees that the powers granted by this paragraph are discretionary in nature and that the Assignee may exercise or decline to exercise such powers at Assignee's sole option. Assignee shall have no obligation to take any action to prove or defend the Claim's validity or amount in the Proceedings or in any other dispute arising out of or relating to the Claim, whether or not suit or other proceedings are commenced, and whether in mediation, arbitration, at trial, on appeal, or in administrative proceedings. Assignor agrees to

take such reasonable further action, as may be necessary or desirable to effect the Assignment of the Claim and any payments or distributions on account of the Claim to Assignee including, without limitation, the execution of appropriate transfer powers, corporate resolutions and consents.

8.  Assignor shall forward to Assignee all notices received from the Debtor, the court or any third party with respect to the Claim, including any ballot with regard to voting the Claim in the Proceeding, and shall take such action with respect to the Claim in the proceedings, as Assignee may request from time to time.  Assignor acknowledges that any distribution received by Assignor on account of the Claim from any source, whether in form of cash, securities, instrument or any other property or right, is the property of and absolutely owned by the Assignee, that Assignor holds and will hold such property in trust for the benefit of Assignee and will, at its own expense, promptly deliver to Assignee any such property in the same form received, together with any endorsements or documents necessary to transfer such property to Assignee.

9.  In the event of any dispute arising out of or relating to this Agreement, whether or not suit or other proceedings is commenced, and whether in mediation, arbitration, at trial, on appeal, in administrative proceedings, or in bankruptcy (including, without limitation, any adversary proceeding or contested matter in any bankruptcy case filed on account of the Assignor), the prevailing party shall be entitled to its costs and expenses incurred, including reasonable attorney fees.

10.  The terms of this Agreement shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

11.  Assignor hereby acknowledges that Assignee may at any time further assign the Claim together with all rights, title and interests of Assignee under this Agreement.  All representations and warranties of the Assignor made herein shall survive the execution and delivery of this Agreement.  This Agreement may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

12.  This contract is not valid and enforceable without acceptance of this Agreement with all necessary supporting documents by the Transferee, as evidenced by a countersignature of this Agreement. The Assignee may reject the proffer of this contract for any reason whatsoever.

13.  This Agreement shall be governed by and construed in accordance with the laws of the State of California.  Any action arising under or relating to this Agreement may be brought in any state or federal court located in California, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Agreement, and in any action hereunder, Assignor and Assignee waive any right to demand a trial by jury.

**If you have filed a Proof of Claim please check here:** _____

**Please include invoices, purchase orders, and/or proofs of delivery that relate to the claim.**

Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives its right to raise any objection thereto and its right to receive notice pursuant to rule 3001 of the rules of the Bankruptcy procedure.

IN WITNESS WHEREOF, the undersigned **Assignor** hereto sets his hand this __15__ day of __November__, 2005.

ATTEST

By _Nancy Bogenschneider_
Signature
NANCY BOGENSCHNEIDER
CREDIT ADMINISTRATOR
[Print Name and Title]

_920 387 4500 Ext 6362_
Phone Number

Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, *et al.*
2699 White Rd, Ste 255, Irvine, CA 92614
949-660-1144 x17; fax: 949-660-0632 jriley@sierrafunds.com
10/20/05

MAYVILLE ENGINEERING CO. INC.
Name of Company

715 SOUTH ST
Street Address

MAYVILLE WI 53050
City, State & Zip

_920 387 2294_   _Nancyb@mayvl.com_
Fax Number          Email

Agreed and Acknowledged,
Sierra Liquidity Fund, LLC, Sierra Asset Management, LLC, *et al*

Cynthia M Bischoff
Notary Expires 8-12-2006

| United States Bankruptcy Court    Southern    District Of  New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Medical Systems Colorado Corp., LLC & Delphi Corporation, et al | Case Number<br>05-44507 & 05-44481 | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br>**Sierra Liquidity Fund, LLC (Assignee)**<br>**Mayville Engineering Co., Inc. (Assignor)**<br><br>Name and Address where notices should be sent:<br><br>Sierra Liquidity Fund<br>2699 White Road - Suite 255<br>Irvine, CA  92614<br><br>Telephone Number: 949-660-1144 x 17 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | <br><br><br><br><br><br>This Space For Court Use Only |
|---|---|---|

| Last four digits of account or other number by which creditor identifies debtor: | Check here    ☐ replaces<br>if this claim    ☒ amends    a previously filed claim dated: 12/5/05<br>↳ POC #1004 |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of your SS #: _____
  - Unpaid compensation for services performed
  - from _____ to _____
  - (date)           (date)

**2. Date debt was incurred:** ⬭Various⬭

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $31,187.22
- ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
  - ☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____
  Value of Collateral $_____
  Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 31,187.22 _____ _____ 31,187.22
  (Unsecured)          (Secured)          (Priority)          (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date:<br>7/28/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):    J.S. Riley  Pres. | This Space For Court Use Only |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

## 738-A  DELPHI MEDICAL SYSTEMS

| Invoice | Invoice Date | AR Amount |
|---|---|---|
| 52259 | 8/8/05 | $2,335.50 |
| 52260 | 8/8/05 | $1,755.00 |
| 52263 | 8/8/05 | $354.97 |
| 54895 | 8/25/05 | $244.32 |
| 55545 | 8/30/05 | $137.43 |
| 55720 | 8/31/05 | $1,343.00 |
| 55942 | 9/1/05 | $440.00 |
| 56219 | 9/2/05 | $251.60 |
| 56220 | 9/2/05 | $61.50 |
| 56221 | 9/2/05 | $61.50 |
| 56222 | 9/2/05 | $73.80 |
| 56824 | 9/8/05 | $171.95 |
| 57264 | 9/12/05 | $2,082.25 |
| 57685 | 9/14/05 | $371.84 |
| 57686 | 9/14/05 | $371.84 |
| 57687 | 9/14/05 | $371.84 |
| 58150 | 9/16/05 | $484.80 |
| 58427 | 9/19/05 | $2,051.40 |
| 58428 | 9/19/05 | $552.42 |
| 58429 | 9/19/05 | $177.10 |
| 58430 | 9/19/05 | $637.20 |
| 58431 | 9/19/05 | $177.10 |
| 58996 | 9/22/05 | $173.05 |
| 59399 | 9/26/05 | $134.40 |
| 59400 | 9/26/05 | $484.80 |
| 59401 | 9/26/05 | $484.80 |
| 59804 | 9/28/05 | $2,756.00 |
| 59805 | 9/28/05 | $6,691.50 |
| 60128 | 9/29/05 | $2,021.00 |
| 60129 | 9/29/05 | $377.40 |
| 60697 | 10/4/05 | $3,092.05 |
| 60698 | 10/4/05 | $94.66 |
| 60699 | 10/4/05 | $369.20 |
| | TOTAL: | $31,187.22 |

# MAYVILLE ENGINEERING CO., INC.

An Employee Owned Company
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ACCOUNTING COPY



ID# 39-0944729

| REP | DATE | INVOICE NO. |
|---|---|---|
| 25 | 08 08 05 | 52259 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,     4300 ROAD 18
LONGMONT, CO              80504

**SHIP TO**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO              80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|---|---|---|---|
| | | | |

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 50 | SCSI BACKPANEL ASSEMBLY | | | |
| | Customer Part | C7200-67933 | | |
| | Packing Slip 626919 (02432 ) | C7200-67933 | 46.71000 | 2,335.50 |
| | P.O. - 702358 | | | |
| | Shipped 08/05/05  Via-UPS Collect | | | |

| APPROX. WT. | TERMS |
|---|---|
| | Net 30 days |

FORM # OFF369

| | |
|---|---|
| TOTAL | 2,335.50 |
| FRT & HANDLING | .00 |
| SUB TOTAL | 2,335.50 |

PAID WITH ORDER

AMOUNT DUE OR CREDIT  $  2,335.50

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

# PACKING SLIP

**626919**

08/05/05

| | |
|---|---|
| From: Mayville Engineering Co.<br>715 South Street<br>Mayville, WI  53050<br>(920) 387-4500 | To: DELPHI MEDICAL SYSTE<br>4300 ROAD 18<br><br>LONGMONT, CO 80504 |

Country of Origin: UNITED STATES

Ship via: UPS Collect

| | |
|---|---|
| MEC Part#:   C720067933 | SCSI BACKPANEL ASSEMBLY |
| BOL #: | MEC Order #:   2432 |
| Cust Part#:   C7200-67933 | MEC Job #:   0 |
| Revision:   C | Cust. P.O. #:   702358 |

Customer#: 738

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 50 | CARTN | 1 | 15 |

** Certificate of Compliance: The product indicated per this
purchase order is manufactured in conformance to your respective
drawings and their specifications.

By: PATRICIA A. ERICKSON

47598W       AUG 05, 2005        ACT WT   15.3      #PK 1
SERVICE GNDCOM              BILL WT  16
TRACKING# 1Z47598W0346919761
REF 1: 626919
REF 2:

Part:
C7200-67933



HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:            SERVICE   $F/C
DV $0.00                  COD   $0.00       RS   $0.00
DC $0.00                  HZMT  $0.00       SD   $0.00
AH $0.00                  NTFY  $0.00       SP   $0.00
TOT REF CHG   $6.94          REF+HANDLING     $6.94

Qty:
50



PO:
702358



An Employee Owned Company
## MAYVILLE ENGINEERING CO., INC.
Country of Origin United States
715 South Street  •  Mayville, WI  53050 USA
Phone: 920-387-4500  •  Fax: (920) 387-2294

ACCOUNTING COPY



ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25  | 08 08 05 | 52260 |

SOLD TO

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO                    80504

738A

SHIP TO

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|--|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 50 | LVDS BACK PANEL ASSEMBLY | | | |
| | Customer Part | 09521-67901 | | |
| | Packing Slip 626987 (02431 ) | C952167901 | 35.10000 | 1,755.00 |
| | P.O. - 702358 | | | |
| | Shipped 08/05/05   Via-EAGLE TRANSPORTATI | | | |

| APPROX. WT. | TERMS | | PAID WITH ORDER | TOTAL | |
|-------------|-------|--|-----------------|-------|--|
| | Net 30 days | | | $ | 1,755.00 |

FORM # OFF369

PAID WITH ORDER

FRT & HANDLING          .00
SUB TOTAL          1,755.00

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

AMOUNT DUE
OR CREDIT          $   1,755.00

# PACKING SLIP

626987

08/05/05

| From: Mayville Engineering Co.<br>715 South Street<br>Mayville, WI  53050<br>(920) 387-4500 | To: DELPHI MEDICAL SYSTE<br>4300 ROAD 18<br><br>LONGMONT, CO 80504 | A-C |
|---|---|---|

Country of Origin: UNITED STATES
Ship via: EAGLE TRANSPORTATION                                   Customer#: 738

| MEC Part#: | C952167901 | LVDS BACK PANEL ASSEMBLY |
| BOL #: | | MEC Order #: 2431 |
| Cust Part#: | C9521-67901 | MEC Job #: 0 |
| Revision: | A | Cust. P.O. #: 702358 |

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 50 | NOCNT | 1 | 0 |

** Certificate of Compliance: The product indicated per this
purchase order is manufactured in conformance to your respective
drawings and their specifications.

By: PATRICIA A. ERICKSON

** Notes: PARTS ARE INCLUDED WITH P.S. # 626986                **

Part:
C9521-67901



Qty:
50



PO:
702358

An Employee Owned Company
## MAYVILLE ENGINEERING CO., INC.
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ACCOUNTING COPY

ID# 39-0944729



| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 08 08 05 | 52263 |

SOLD TO:

DELPHI MEDICAL SYSTEMS
ATTN: A/P,     4300 ROAD 18
LONGMONT, CO                    80504

738A

SHIP TO:

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|--|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 7 | LVDS BACK PANEL ASSEMBLY | | | |
| | Customer Part | C9521-67901 | | |
| | Packing Slip-626988 (15678 ) | C952167901 | 50.71000 | 354.97 |
| | P.O. - 704969 | | | |
| | Shipped 08/05/05   Via-EAGLE TRANSPORTATI | | | |

| APPROX. WT. | TERMS | | |
|-------------|-------|--|--|
| | Net 30 days | PAID WITH ORDER | |

FORM # OFF369

| | |
|--|--|
| TOTAL $ | 354.97 |
| FRT & HANDLING | .00 |
| SUB TOTAL | 354.97 |
| AMOUNT DUE OR CREDIT $ | 354.97 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

# PACKING SLIP

626988

08/05/05

From: Mayville Engineering Co.
715 South Street
Mayville, WI  53050
(920) 387-4500

To: DELPHI MEDICAL SYSTE          A-C
4300 ROAD 18

LONGMONT, CO 80504

Country of Origin: UNITED STATES

Ship via: EAGLE TRANSPORTATION

Customer#: 738

| | |
|---|---|
| MEC Part#:  C952167901 | LVDS BACK PANEL ASSEMBLY |
| BOL #:  291535 | MEC Order #:     15678 |
| Cust Part#:  C9521-67901 | MEC Job #:       0 |
| Revision:     A | Cust. P.O. #:    704969 |



| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 7 | NOCNT | 1 | 0 |

** Certificate of Compliance: The product indicated per this
purchase order is manufactured in conformance to your respective
drawings and their specifications.

By: PATRICIA A. ERICKSON

** Notes: PARTS ARE INCLUDED WITH P.S. # 626986          **

Part:
C9521-67901

Qty:
7

PO:
704969

08/05/05      * Mayville Engineering Company Bill of Lading *          Page   1

Carrier  : EAGLE TRANSPORTATION          Trailer :
B/L #    : 241535                        B/L Date: 08/05/05
PRO #    :                               Pick Up : 08/05/05


SHIPPER:              | COSIGNEE:        | SHIP TO:
MAYVILLE ENGINEERING CO|                 | DELPHI MEDICAL SYSTE
715 SOUTH ST           |                 | 4300 ROAD 18
MAYVILLE, WI   53050   |                 |
UNITED STATES          |                 | LONGMONT, CO 80504
                       |                 |


  Unit  Pkg      H  Description              NMFC          Class     Weight
    1   SKID        DATA PROCESSING PARTS, NO 116030        925        220

    1 Total Units                              Total Weight     220

Packslip  Purch Order      Packslip  Purch Order      Packslip  Purch Order
626986    798629           626987    702358           626988    704969


Freight terms are: COLLECT          Total Shipment charges    0.00

Subject to section 7 of conditions.  If this shipment is to be delivered to
the consignee without recourse on the cosignor, the cosignor shall sign the
following statement.
The carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.
          Signature

****************************************************************************
This document is tendered in lieu of individual Bills of Lading.  All terms and
conditions of the uniform straight Bill of Lading and applicable tariffs and
classifications in effect as of the dateCarrier accepts the shipment will apply
****************************************************************************

   Shipper Signature_____ Date 8-5-05

   Driver  Signature___JBoeh 1754-846A   15:20 Date 8-5-05

   Loaded by Signature_____ Date_____

01317967

Den 0082799



**An Employee Owned Company**

## MAYVILLE ENGINEERING CO. INC.
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ACCOUNTING COPY

ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 08 25 05 | 54895 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P, 4300 ROAD 18
LONGMONT, CO                    80504

**SHIP TO**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 16 | BRACKET, PICKER FLAG | C116001216 | 15.27000 | 244.32 |
| | Packing Slip-629867 (15766 ) | | | |
| | P.O. - 704972 | | | |
| | Shipped 08/24/05  Via-UPS Collect | | | |
| | | | | |
| | ********************************* | | | |
| | These commodities, technology or software were | | | |
| | exported from the United States in accordance | | | |
| | with the Export Administration Regulations | | | |
| | Diversion contrary to U.S. law prohibited | | | |

| APPROX. WT. | TERMS |
|-------------|-------|
| | Net 30 days |

FORM # OFF369

PAID WITH ORDER

| | |
|---|---|
| TOTAL $ | 244.32 |
| FRT & HANDLING | .00 |
| SUB TOTAL | 244.32 |
| AMOUNT DUE OR CREDIT $ | 244.32 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

# PACKING SLIP

08/24/05

From: Mayville Engineering Co.
715 South Street
Mayville, WI 53050
(920) 387-4500

To: DELPHI MEDICAL SYSTE
4300 ROAD 18

LONGMONT, CO 80504

A-C

Country of Origin: UNITED STATES

Ship via: UPS Collect

| | Customer#: 738 |
|---|---|
| MEC Part#:   C116001216 | BRACKET, PICKER FLAG |
| BOL #: | MEC Order #:   15766 |
| Cust Part#:   C116001216 | MEC Job #:   0 |
| Revision:   C | Cust. P.O. #:   704972 |

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 16 | CARTN | 1 | 4 |

** Certificate of Compliance: The product indicated per this purchase order is manufactured in conformance to your respective drawings and their specifications.

By: PATRICIA A. ERICKSON

Part:
C116001216

Qty:
16

PO:
704972

47598W    AUG 24, 2005    ACT WT  3.9    #PK 1
SERVICE GNDCOM              BILL WT  4
TRACKING# 1Z47598W0346383723
REF 1: 629867
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:                SERVICE   $F/C
DV $0.00         COD  $0.00        RS   $0.00
DC $0.00         HZMT $0.00        SD   $0.00
AH $0.00         NTFY $0.00        SP   $0.00
TOT REF CHG  $4.93        REF+HANDLING   $4.93



An Employee Owned Company
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ID# 39-0944729

| REP | DATE | INVOICE NO. |
|---|---|---|
| 25 | 08 30 05 | 55545 |

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO            80504

738A

**SHIP TO**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO            80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|---|---|---|---|
| | | | |

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 9 | BRACKET, PICKER FLAG | | | |
| | Packing Slip-630603 (15766 ) | C116001216 | 15.27000 | 137.43 |
| | P.O. - 704972 | | | |
| | Shipped 08/29/05  Via-UPS Collect | | | |

| APPROX. WT. | TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Net 30 days | | | | PAID WITH ORDER | | TOTAL | $ | 137.43 |

FORM # OFF369

FRT & HANDLING       .00
SUB TOTAL       137.43

AMOUNT DUE OR CREDIT  $  137.43

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

# PACKING SLIP
## 630603

08/29/05

| From: Mayville Engineering Co. | To: DELPHI MEDICAL SYSTE | A-C |
| 715 South Street | 4300 ROAD 18 | |
| Mayville, WI  53050 | | |
| (920) 387-4500 | LONGMONT, CO 80504 | |

Country of Origin: UNITED STATES

Ship via: UPS Collect

| | | Customer#: 738 |
|---|---|---|
| MEC Part#:    C116001216 | BRACKET, PICKER FLAG | |
| BOL #: | MEC Order #:    15766 | |
| Cust Part#:    C116001216 | MEC Job #:       0 | |
| Revision:      C | Cust. P.O.  #:    704972 | |

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 9 | CARTN | 1 | 2 |

** Certificate of Compliance: The product indicated per this
purchase order is manufactured in conformance to your respective
drawings and their specifications.

By: PATRICIA A. ERICKSON

Part:
C116001216



Qty:
9

PO:
704972

47598W    AUG 29, 2005    ACT WT  2.5    #PK 1
SERVICE GNDCOM              BILL WT 3
TRACKING# 1Z47598W0348647346
REF 1: 630603
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:              SERVICE  $F/C
DV $0.00              COD    $0.00      RS  $0.00
DC $0.00              HZMT   $0.00      SD  $0.00
AH $0.00              NTFY   $0.00      SP  $0.00
TOT REF CHG  $4.64        REF+HANDLING        $4.64

## MAYVILLE ENGINEERING CO., INC

Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

**ACCOUNTING COPY**



ID# 39-0944729

SOLD TO
SHIP TO

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO              80504

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO              80504

| REP | DATE | INVOICE NO. |
|---|---|---|
| 25 | 08 31 05 | 55720 |

738A

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
| 100 | DELL RACK BRACKET | | | |
| | Customer Part | | | |
| | Packing Slip-630928 (17744 ) | C7369-01202 | | |
| | P.O. - 705427 | C736901202 | 13.43000 | 1,343.00 |
| | Shipped 08/30/05  Via-UPS Collect | | | |

PROX. WT. | TERMS
Net 30 days

RM # OFF369

| | TOTAL | $ | 1,343.00 |
|---|---|---|---|
| PAID WITH ORDER | FRT & HANDLING | | .00 |
| | SUB TOTAL | | 1,343.00 |
| | AMOUNT DUE OR CREDIT | $ | 1,343.00 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

# PACKING SLIP

## 630928

08/30/05

From: Mayville Engineering Co.
715 South Street
Mayville, WI  53050
(920) 387-4500

To: DELPHI MEDICAL SYSTE
4300 ROAD 18

LONGMONT, CO 80504

A-C

Country of Origin: UNITED STATES

Ship via: UPS Collect | Customer#: 738

| | |
|---|---|
| MEC Part#:   C736901202 | DELL RACK BRACKET |
| BOL #: | MEC Order #:    17744 |
| Cust Part#:  C7369-01202 | MEC Job #:    0 |
| Revision:   A | Cust. P.O. #:   705427 |

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 100 | CARTN | 1 | 21 |

Part:
C7369-01202



Qty:
100



PO:
705427

47598W    AUG 30, 2005      ACT WT  21.1     #PK 1
SERVICE GNDCOM            BILL WT  22
TRACKING# 1Z47598W0348580426
REF 1: 630928
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:              SERVICE \ $F/C
DV $0.00          COD  $0.00         RS \$0.00
DC $0.00          HZMT $0.00         SD \$0.00
AH $0.00          NTFY $0.00         SP \$0.00
TOT REF CHG  $8.98        REF+HANDLING    $8.98

ACCOUNTING COPY

*An Employee Owned Company*

# MAYVILLE ENGINEERING CO., INC.

Country of Origin United States

715 South Street • Mayville, WI 53050 USA

Phone: 920-387-4500 • Fax: (920) 387-2294

ID# 39-0944729



| REP | DATE | INVOICE NO. |
|---|---|---|
| 25 | 09 01 05 | 55942 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO                    80504

**SHIP TO**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|---|---|---|---|
| | | | |

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 100 | SHIELD, SHOCK HAZARD | C116000612 | 4.40000 | 440.00 |
| | Packing Slip-631014 (19807) | | | |
| | P.O. - 705856 | | | |
| | Shipped 08/31/05  Via-UPS Collect | | | |

| APPROX. WT. | TERMS | | | |
|---|---|---|---|---|
| | Net 30 days | | | |

FORM # OFF369

PAID WITH ORDER

| | |
|---|---|
| TOTAL $ | 440.00 |
| FRT & HANDLING | .00 |
| SUB TOTAL | 440.00 |
| AMOUNT DUE OR CREDIT $ | 440.00 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

# PACKING SLIP

08/31/05

| From: Mayville Engineering Co. | To: DELPHI MEDICAL SYSTE | A-C |
|---|---|---|

From: Mayville Engineering Co.
715 South Street
Mayville, WI 53050
(920) 387-4500
Country of Origin: UNITED STATES

To: DELPHI MEDICAL SYSTE
4300 ROAD 18

LONGMONT, CO 80504

Ship via: UPS Collect

Customer#: 738

MEC Part#:   C116000612
BOL #:
Cust Part#:  C116000612
Revision:    D

SHIELD, SHOCK HAZARD
MEC Order #:   19807
MEC Job #:     0
Cust. P.O. #:   705856

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 100 | CARTON | 1 | 19 |

** Certificate of Compliance: The product indicated per this purchase order is manufactured in conformance to your respective drawings and their specifications.

By: PATRICIA A. ERICKSON

Part:
C116000612

Qty:
100

PO:
705856

47598W   AUG 31, 2005   ACT WT 18.8   #PK 1
SERVICE GNDCOM           BILL WT 19
TRACKING# 1Z47598W0348446634
REF 1: P.O. 705856
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:
DV $0.00                      SERVICE   $F/C
DC $0.00       COD  $0.00     RS  $0.00
AH $0.00       HZMT $0.00     SD  $0.00
TOT REF CHG  $7.93   NTFY $0.00   SP  $0.00
                     REF+HANDLING  $7.93

ACCOUNTING COPY

An Employee Owned Company

**MAYVILLE ENGINEERING CO., INC.**
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294




ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 02 05 | 56219 |

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO                    80504

738A

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO                    80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 20 | DRIVE BRACKET BODY | | | |
| | Customer Part | C1107-01201 | | |
| | Shipper #    0000000000038943 | | | |
| | (25049 ) | C110701201 | 12.58000 | 251.60 |
| | P O - 798629-1 | | | |
| | Shipped 09/01/05 Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS | | PAID WITH ORDER | TOTAL | $ | 251.60 |
|-------------|-------|--|-----------------|-------|---|--------|
| | Net 30 days | | | FRT & HANDLING | | .00 |

FORM # OFF369

| | SUB TOTAL | 251.60 |
|--|-----------|--------|

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| AMOUNT DUE OR CREDIT | $ | 251.60 |
|----------------------|---|--------|

```
                              RPT2459.txt
         M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y
    09/01/05          PR2459 - EHUB        HUB REPORT              14:09
```

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C110701201 | 20 | 38943 | 631418 | 09/01/05 | 000038943 |

Page 1



*An Employee Owned Company*

**MAYVILLE ENGINEERING CO., INC.**
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 02 05 | 56220 |

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P, 4300 ROAD 18
LONGMONT, CO               80504

738A

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO               80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|---|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 15 | MOTOR BRACKET | | | |
| | Shipper # - 0000000000038963 | | | |
| | (25063 ) C116001203 | | 4.10000 | 61.50 |
| | P.O. - 798629-1 | | | |
| | Shipped 09/01/05 Via-SHIPPED FROM HUB | | | |

| PPROX. WT. | TERMS |
|------------|-------|
| | Net 30 days |

ORM # OFF369

PAID WITH ORDER

| TOTAL | $ | 61.50 |
|-------|---|-------|
| FRT & HANDLING | | .00 |
| SUB TOTAL | | 61.50 |
| AMOUNT DUE OR CREDIT | $ | 61.50 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

RPT2459.txt

# M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y

09/01/05              PR2459 - EHUB              HUB REPORT                    14:16

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|-------------|----------|-------------|----------|-----------|-----------|
| 738C116001203 | 15 | 38963 | 631434 | 09/01/05 | 000038963 |

# MAYVILLE ENGINEERING CO., INC.

Country of Origin United States
715 South Street • Mayville, WI  53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ACCOUNTING COPY

ID# 39-0944729

| REP | DATE | INVOICE NO. |
|---|---|---|
| 25 | 09 02 05 | 56221 |

738A

SOLD TO / SHIP TO

DELPHI MEDICAL SYSTEMS
ATTN: A/P,      4300 ROAD 18
LONGMONT, CO                    80504

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT  CO                    80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|---|---|---|---|---|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 15 | MOTOR BRACKET | | | |
| | Shipper # -  0000000000038964 | | | |
| | (25065 ) | C116001203 | 4.10000 | 61.50 |
| | P.O. - 798629-1 | | | |
| | Shipped 09/01/05  Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS | | | | TOTAL | |
|---|---|---|---|---|---|---|
| | Net 30 days | | | | $ | 61.50 |

FORM # OFF369

PAID WITH ORDER

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| | |
|---|---|
| FRT & HANDLING | .00 |
| SUB TOTAL | 61.50 |
| AMOUNT DUE OR CREDIT  $ | 61.50 |

RPT2459.txt

M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y

| 09/01/05 | PR2459 - EHUB | HUB REPORT | 14:40 |

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C116001203 | 15 | 38964 | 631450 | 09/01/05 | 000038964 |

Page 1



**MAYVILLE ENGINEERING CO., INC.**
An Employee Owned Company
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ACCOUNTING COPY

ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 02 05 | 56222 |

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,     4300 ROAD 18
LONGMONT, CO              80504

738A

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO              80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 18 | MOTOR BRACKET | | | |
| | Shipper # - 0000000000038965 | | | |
| | (25066 ) C11600.1203 | | 4.10000 | 73.80 |
| | P.O. - 798629-1 | | | |
| | Shipped 09/01/05 Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS |
|-------------|-------|
| | Net 30 days |

PAID WITH ORDER

FORM # OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| TOTAL | $ | 73.80 |
|-------|---|-------|
| FRT & HANDLING | | .00 |
| SUB TOTAL | | 73.80 |
| AMOUNT DUE OR CREDIT | $ | 73.80 |

RPT2459.txt

M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y

09/01/05          PR2459 - EHUB          HUB REPORT                    14:40

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|-------------|----------|-------------|----------|-----------|-----------|
| 738C116001203 | 18 | 38965 | 631451 | 09/01/05 | 000038965 |

An Employee Owned Company

**MAYVILLE ENGINEERING CO., INC.**
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294



ID# 39-0944729

ACCOUNTING COPY

| REP | DATE | INVOICE NO. |
|---|---|---|
| 25 | 09 08 05 | 56824 |

SOLD TO

DELPHI MEDICAL SYSTEMS
ATTN: A/P,     4300 ROAD 18
LONGMONT, CO                    80504

738A

SHIP TO

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|---|---|---|---|---|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | U-BOX ASSEMBLY | | | |
| | Customer Part | AA961-63014 | | |
| | Packing Slip 632031 (03762R) | AA961163014 | 171.95000 | 171.95 |
| | P.O. - 700270 | | | |
| | Shipped 09/07/05   Via-UPS Collect | | | |
| | | | | |
| | *****************************************| | | |
| | These commodities, technology or software were | | | |
| | exported from the United States in accordance | | | |
| | with the Export Administration Regulations | | | |
| | Diversion contrary to U.S. law prohibited. | | | |

| APPROX. WT. | TERMS | | | | |
|---|---|---|---|---|---|
| | Net 30 days | | PAID WITH ORDER | TOTAL $ | 171.95 |

FORM # OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| | |
|---|---|
| FRT & HANDLING | .00 |
| SUB TOTAL | 171.95 |
| AMOUNT DUE OR CREDIT $ | 171.95 |

# PACKING SLIP

632031

09/07/05

| From: Mayville Engineering Co. | To: DELPHI MEDICAL SYSTE | A-C |
| 715 South Street | 4300 ROAD 18 | |
| Mayville, WI 53050 | | |
| (920) 387-4500 | LONGMONT, CO 80504 | |

Country of Origin: UNITED STATES

Ship via: UPS Collect | Customer#: 738

| MEC Part#: AA96163014 | U-BOX ASSEMBLY |
| BOL #: | MEC Order #: 3762 |
| Cust Part#: AA961-63014 | MEC Job #: 93927 |
| Revision: A | Cust. P.O. #: 700270 |

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|----------|----------------|----------|----------|
| 1 | CARTN | 1 | 6 |

** Certificate of Compliance: The product indicated per this
purchase order is manufactured in conformance to your respective
drawings and their specifications.

** Notes: CC# 6287

By: PATRICIA A. ERICKSON

**

Part:
AA961-63014



Qty:
1



PO:

47598W    SEP 07, 2005    ACT WT  5.6    #PK 1
SERVICE GNDCOM                BILL WT  6
TRACKING# 1Z47598W0347640185
REF 1: 632031
REF 2:

HANDLING CHARGE $0.00                SERVICE   $F/C
REFERENCE RATE CHARGES:     COD  $0.00     RS  $0.00
DV $0.00                     HZMT $0.00     SD  $0.00
DC $0.00                     NTFY $0.00     SP  $0.00
AH $0.00                     REF+HANDLING   $5.35
TOT REF CHG  $5.35

**MAYVILLE ENGINEERING CO., INC.**
*An Employee Owned Company*
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ACCOUNTING COPY

 

ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 12 05 | 57264 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,      4300 ROAD 18
LONGMONT, CO                    80504

**SHIP TO**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|--|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 25 | HVDS BACKPANEL ASSEMBLY | | | |
|  | Customer Part | C9581-67902 | | |
|  | Packing Slip-632445 (15677 ) | C952167902 | 83.29000 | 2,082.25 |
|  | P.O. - 704969 | | | |
|  | Shipped 09/09/05  Via-UPS Collect | | | |

| APPROX. WT. | TERMS | | | |
|-------------|-------|--|--|--|
|  | Net 30 days | | PAID WITH ORDER | |

FORM # OFF369

| | TOTAL | $ | 2,082.25 |
|--|-------|---|----------|
| | FRT & HANDLING | | .00 |
| | SUB TOTAL | | 2,082.25 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN 88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| AMOUNT DUE OR CREDIT | $ | 2,082.25 |
|----------------------|---|----------|

# PACKING SLIP

09/09/05

| From: Mayville Engineering Co. 715 South Street Mayville, WI 53050 (920) 387-4500 | To: DELPHI MEDICAL SYSTE 4300 ROAD 18 LONGMONT, CO 80504 | A-C |
|---|---|---|

Country of Origin: UNITED STATES

Ship via: UPS Collect                                        Customer#: 738

| MEC Part#: C952167902 | HVDS BACKPANEL ASSEMBLY | |
|---|---|---|
| BOL #: | MEC Order #: 15677 | |
| Cust Part#: C9521-67902 | MEC Job #: 0 | |
| Revision: B | Cust. P.O. #: 704969 | |

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 25 | CARTN | 1 | 8 |

** Certificate of Compliance: The product indicated per this
   purchase order is manufactured in conformance to your respective
   drawings and their specifications.

By: PATRICIA A. ERICKSON

Part:
C9521-67902



Qty:
25

PO:
704969

47598W   SEP 09, 2005   ACT WT  7.9    #PK 1
SERVICE GNDCOM          BILL WT  8
TRACKING# 1Z47598W0346188480
REF 1: 632445
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:          SERVICE   $F/C
DV $0.00          COD   $0.00        RS   $0.00
DC $0.00          HZMT  $0.00        SD   $0.00
AH $0.00          NTFY  $0.00        SP   $0.00
TOT REF CHG  $5.67          REF+HANDLING   $5.67

# MAYVILLE ENGINEERING CO., INC

Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

**ACCOUNTING COPY**



ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 14 05 | 57685 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,   4300 ROAD 18
LONGMONT, CO
                     80504

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO
                     80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|---|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 14 | LUN CAN | | | |
| | Customer Part | C1192-00600 | | |
| | Shipper # - 000000000039244 | | | |
| | (26950 ) | C119200600 | | |
| | P.O. - 798629-1 | | 26.56000 | 371.84 |
| | Shipped 09/13/05 Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS | | | |
|-------------|-------|---|---|---|
| | Net 30 days | | | |

FORM # OFF369

| | | | | |
|---|---|---|---|---|
| | | PAID WITH ORDER | TOTAL $ | 371.84 |
| | | FRT & HANDLING | | .00 |
| | | SUB TOTAL | | 371.84 |
| | | AMOUNT DUE OR CREDIT $ | | 371.84 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

```
                              RPT2459.txt
        M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y
  09/13/05          PR2459 - EHUB        HUB REPORT              14:30
─────────────────────────────────────────────────────────────────────
  Part Number        Quantity   Bill Lading   PackSlip   Ship Date    Serial ID
  738C119200600            14        39242     633077     09/13/05    000039242
```

**MAYVILLE ENGINEERING CO., INC**
An Employee Owned Company
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

**ACCOUNTING COPY**



ID# 39-0944729

DELPHI MEDICAL SYSTEMS
ATTN: A/P,      4300 ROAD 18
LONGMONT, CO
                              80504

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO
                              80504

| REP | DATE |  | | INVOICE NO. |
|---|---|---|---|---|
| 25 | 09 | 14 | 05 | 57686 |

738A

| QTY. | DESCRIPTION | DATE SHIPPED | PART NUMBER | VIA | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14 | LUN CAN | | | | | |
| | Customer Part | | C1192-00600 | | | |
| | Shipper # - 00000000000039242 | | | | | |
| | P.O. - 798629-1    (26951 ) | | C119200600 | | | |
| | Shipped 09/13/05  Via-SHIPPED FROM HUB | | | | 26.56000 | 371.84 |

SHIP VIA

CUST. ORDER NO.

APPROX. WT.   TERMS

ITEM# OFF369

Net 30 days

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

PAID WITH ORDER

| | TOTAL | |
|---|---|---|
| | $ | 371.84 |
| FRT & HANDLING | | .00 |
| SUB TOTAL | | 371.84 |
| AMOUNT DUE OR CREDIT | $ | 371.84 |

RPT2459.txt

M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y
09/13/05          PR2459 - EHUB          HUB REPORT                    14:30

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C119200600 | 14 | 39242 | 633072 | 09/13/05 | 000039242 |

Page 1

MAYVILLE ENGINEERING CO., INC
Country of Origin United States
715 South Street  •  Mayville, WI 53050 USA
Phone: 920-387-4500  •  Fax: (920) 387-2294

ACCOUNTING COPY



ID# 39-0944729

| REP | DATE | INVOICE NO. |
|---|---|---|
| 25 | 09 14 05 | 57687 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO
                        80504

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO
                        80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|---|---|---|---|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 14 | LUN CAN | | | |
| | Customer Part | C1198-00600 | | |
| | Shipper # —  0000000000039243 | | | |
| | (26952 ) | C119200600 | | |
| | P.O. — 798629-1 | | 26.56000 | 371.84 |
| | Shipped 09/13/05  Via-SHIPPED FROM HUB | | | |

| ROX. WT. | TERMS | | | | | TOTAL | |
|---|---|---|---|---|---|---|---|
| | Net 30 days | | | | | $ | 371.84 |

RM # OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

PAID WITH ORDER

| FRT & HANDLING | .00 |
|---|---|
| SUB TOTAL | 371.84 |
| AMOUNT DUE OR CREDIT  $ | 371.84 |

```
                              RPT2459.txt
         M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y
    09/13/05          PR2459 - EHUB         HUB REPORT              14:30
```

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C119200600 | 14 | 39243 | 633073 | 09/13/05 | 000039243 |

MAYVILLE ENGINEERING CO., INC. ACCOUNTING COPY

*An Employee Owned Company*
**MAYVILLE ENGINEERING CO., INC.**
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ID# 39-0944729



| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 16 05 | 58150 |

**SOLD TO**
DELPHI MEDICAL SYSTEMS
ATTN: A/P,   4300 ROAD 18
LONGMONT, CO          80504

738A

**SHIP TO**
EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO          80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 30 | DRIVE BRACKET | | | |
| | Customer Part | C1163-01201 | | |
| | Shipper # - 00000000000039443 | | | |
| | (27363 ) | C116301201 | 16.16000 | 484.80 |
| | P.O. - 798629-1 | | | |
| | Shipped 09/15/05 Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS | | | |
|-------------|-------|--|--|--|
| | Net 30 days | | | |

FORM # OFF369

PAID WITH ORDER

| | |
|--|--|
| TOTAL | $ 484.80 |
| FRT & HANDLING | .00 |
| SUB TOTAL | 484.80 |
| AMOUNT DUE OR CREDIT | $ 484.80 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN 88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

```
                                      RPT2459.txt
        M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y
  09/15/05          PR2459 – EHUB          HUB REPORT                16:18
```

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C116301201 | 30 | 39443 | 633563 | 09/15/05 | 000039443 |

Page 1




**MAYVILLE ENGINEERING CO., INC.**
An Employee Owned Company
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ACCOUNTING COPY

ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 19 05 | 58427 |

738A

**SOLD TO:**
DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO                80504

**SHIP TO:**
DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|
|  |  |  |  |

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 60 | LV CONTROLLER INTERFACE | C7200-00619 |  |  |
|  | Customer Part | C720000619 | 34.1900 | 2,051.40 |
|  | Packing Slip-633648 (24670 ) |  |  |  |
|  | P.O. - 706801-1 |  |  |  |
|  | Shipped 09/16/05  Via-UPS Collect |  |  |  |

| APPROX. WT. | TERMS |
|-------------|-------|
|  | Net 30 days |

FORM # OFF369

PAID WITH ORDER

| | |
|---|---|
| TOTAL | $ 2,051.40 |
| FRT & HANDLING | .00 |
| SUB TOTAL | 2,051.40 |
| AMOUNT DUE OR CREDIT | $ 2,051.40 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN 88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

# PACKING SLIP

633648

09/16/05

From: Mayville Engineering Co.          To: DELPHI MEDICAL SYSTE          A-C
      715 South Street                      4300 ROAD 18
      Mayville, WI  53050
      (920) 387-4500                        LONGMONT, CO 80504
Country of Origin: UNITED STATES
Ship via: UPS Collect                                     Customer#: 738
MEC Part#:    C720000619          LV CONTROLLER INTERFACE
BOL #:                            MEC Order #:      24670
Cust Part#:   C7200-00619         MEC Job #:        0
Revision:     A                   Cust. P.O. #:     706801 LINE 1

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|----------|----------------|----------|----------|
| 60       | CARTN          | 1        | 30       |

** Certificate of Compliance: The product indicated per this
purchase order is manufactured in conformance to your respective
drawings and their specifications.
                              By: PATRICIA A. ERICKSON
** Notes: SHIP UPS RED - MONDAY DELIVERY                    **
**        CUSTOMER EXPENSE                                  **

Part:
C7200-00619



Qty:
60

PO:
706801

47598W     SEP 16, 2005     ACT WT   25.9     #PK 1
SERVICE 1DA               BILL WT   26
TRACKING# 1Z47598W0146653355
REF 1: 633648
REF 2:

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:          SERVICE   $F/C
DV $0.00          COD  $0.00     RS   $0.00
DC $0.00          HZMT $0.00     SD   $0.00
AH $0.00          NTFY $0.00     SP   $0.00
TOT REF CHG  $80.75     REF+HANDLING   $80.75

# MAYVILLE ENGINEERING CO., INC

An Employee Owned Company

Country of Origin United States

715 South Street • Mayville, WI 53050 USA

Phone: 920-387-4500 • Fax: (920) 387-2294

ACCOUNTING COPY

ID# 39-0944729




| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 19 05 | 58428 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO                 80504

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO                  80504

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 81 | TEMSIONER BAIL | | | |
| | Customer Part | C1260-01217 | | |
| | Shipper # -   000000000000039447 | | | |
| | (27487 ) | C116001217 | | |
| | P.O. - 798629-1 | | 6.82000 | 552.42 |
| | Shipped 09/17/05  Via-SHIPPED FROM HUB | | | |

**SHIP VIA**   **CUST. ORDER NO.**   **DATE SHIPPED**   **VIA**

**APPROX. WT.**   **TERMS**

Net 30 days

FORM # OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| | |
|---|---|
| TOTAL $ | 552.42 |
| PAID WITH ORDER | |
| FRT & HANDLING | .00 |
| SUB TOTAL | 552.42 |
| AMOUNT DUE OR CREDIT $ | 552.42 |

RPT2459.txt

M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y

| 09/17/05 | PR2459 - EHUB | HUB REPORT | | 10:30 |

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C116001217 | 81 | 39447 | 633775 | 09/17/05 | 000039447 |

An Employee Owned Company
## MAYVILLE ENGINEERING CO., INC. ACCOUNTING COPY
Country of Origin United States
715 South Street • Mayville, Wi 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294



ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 19 05 | 58429 |

SOLD TO

DELPHI MEDICAL SYSTEMS
ATTN: A/P,     4300 ROAD 18
LONGMONT, CO                80504

738A

SHIP TO

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO                80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|---|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 70 | DRV BRACKET TOP/BTM | | | |
| | Customer Part | C1107-01203 | | |
| | Shipper # -   0000000000039489 | | | |
| | (27488 ) | C110701203 | 2.53000 | 177.10 |
| | P.O. - 798629-1 | | | |
| | Shipped 09/17/05  Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS | | | | |
|-------------|-------|---|---|---|---|
| | Net 30 days | | PAID WITH ORDER | TOTAL $ | 177.10 |

FORM # OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| FRT & HANDLING | .00 |
|----------------|-----|
| SUB TOTAL | 177.10 |
| AMOUNT DUE OR CREDIT $ | 177.10 |

```
                                       RPT2459.txt
         M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y
 09/17/05           PR2459 - EHUB        HUB REPORT              10:33
```

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C110701203 | 70 | 39489 | 633776 | 09/17/05 | 000039489 |

MAYVILLE ENGINEERING CO., INC.
*An Employee Owned Company*
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ACCOUNTING COPY

ID# 39-0944729




SOLD TO

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO
                        80504

SHIP TO

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO
                        80504

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 19 05 | 58430 |

738A

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|--|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 120 | DRIVE BRACKET, BOTTOM | | | |
| | Customer Part | C1163-01202 | | |
| | Shipper #    000000000039408 | | | |
| | (27489) | C116301202 | | |
| | P.O. - 798629-1 | | 5.31000 | 637.20 |
| | Shipped 09/17/05  Via-SHIPPED FROM HUB | | | |

| OX. WT. | TERMS | | PAID WITH ORDER | TOTAL |
|---------|-------|--|-----------------|-------|
| | Net 30 days | | | $ 637.20 |

# OFF369

PLEASE REMIT TO:
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| | |
|--|--|
| FRT & HANDLING | .00 |
| SUB TOTAL | 637.20 |
| AMOUNT DUE OR CREDIT  $ | 637.20 |

RPT2459.txt
M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y
09/17/05          PR2459 - EHUB          HUB REPORT                  10:34

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C110701203 | 70 | 39490 | 63377 | 09/17/05 | 000039490 |

# MAYVILLE ENGINEERING CO., INC.   ACCOUNTING COPY

Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294



ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 19 05 | 58431 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO                    80504

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO                    80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 70 | DRV BRACKET TOP/BTM | | | |
| | Customer Part | | | |
| | Shipper # - 0000000000039400 | C1107-01203 | | |
| | (27490 ) | C110701203 | 2.53000 | 177.10 |
| | P.O. - 798629-1 | | | |
| | Shipped 09/17/05 Via-SHIPPED FROM HUB | | | |

| PROX. WT. | TERMS |
|-----------|-------|
| | Net 30 days |

PAID WITH ORDER

| | TOTAL | $ | 177.10 |
|---|-------|---|--------|
| FRT & HANDLING | | | .00 |
| SUB TOTAL | | | 177.10 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| AMOUNT DUE OR CREDIT | $ | 177.10 |
|----------------------|---|--------|

RM # OFF369

RPT2459.txt

M A Y V I L L E    E N G I N E E R I N G    C O M P A N Y

09/17/05          PR2459 - EHUB          HUB REPORT              10:34

| Part Number    | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID  |
|----------------|----------|-------------|----------|-----------|------------|
| 738C110701203  | 70       | 39490       | 633778   | 09/17/05  | 000039490  |

Page 1

An Employee Owned Company
**MAYVILLE ENGINEERING CO., INC** ACCOUNTING COPY
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ID# 39-0944729 

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 22 05 | 58996 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,      4300 ROAD 18
LONGMONT, CO                    80504

**SHIP TO**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 1 | E-BOX ASSY | | | |
| | Customer Part | C1114-67914 | | |
| | Packing Slip-634371 (27241R) | C111467914 | | |
| | P.O. - 700863 | | 173.05000 | 173.05 |
| | Shipped 09/21/05  Via-UPS Collect | | | |

| APPROX. WT. | TERMS | | PAID WITH ORDER | TOTAL | $ | 173.05 |
|-------------|-------|---|-----------------|-------|---|--------|
| | Net 30 days | | | FRT & HANDLING | | .00 |

ORM# OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| SUB TOTAL | 173.05 |
|-----------|--------|
| AMOUNT DUE OR CREDIT $ | 173.05 |

# PACKING SLIP

**634371**

09/21/05

From: Mayville Engineering Co.    To:  DELPHI MEDICAL SYSTE    A-C
      715 South Street         4300 ROAD 18
      Mayville, WI  53050
      (920) 387-4500         LONGMONT, CO 80504

Country of Origin: UNITED STATES

Ship via: UPS Collect                  Customer#: 738

| MEC Part#: | C111467914 | E-BOX ASSY | |
|---|---|---|---|
| BOL #: | | MEC Order #: | 27241 |
| Cust Part#: | C1114-67914 | MEC Job #: | 10506 |
| Revision: | C | Cust. P.O. #: | 700863 |

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 1 | CARTON | 1 | 6 |

  ** Certificate of Compliance: The product indicated per this
     purchase order is manufactured in conformance to your respective
     drawings and their specifications.

                   By: PATRICIA A. ERICKSON

  ** Notes: CC# 6486                   **

Part:
C1114-67914



Qty:
1



47598W  SEP 21, 2005   ACT WT  5.8   #PK 1
SERVICE GNDCOM        BILL WT  6
TRACKING# 1Z47598W0347826725
REF 1: 634371
REF 2:

PO:
700863



HANDLING CHARGE $0.00         SERVICE  $F/C
REFERENCE RATE CHARGES:            RS  $0.00
DV $0.00       COD  $0.00    SD  $0.00
DC $0.00       HZMT  $0.00    SP  $0.00
AH $0.00       NTFY  $0.00  REF+HANDLING  $5.35
TOT REF CHG  $5.35

*An Employee Owned Company*

# MAYVILLE ENGINEERING CO., INC
### ACCOUNTING Copy

Country of Origin United States

715 South Street  •  Mayville, WI  53050 USA

Phone: 920-387-4500  •  Fax: (920) 387-2294

ID# 39-0944729



| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 26 05 | 59399 |

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO          80504

738A

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO          80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|---|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 40 | GEARBOX COVER | | | |
| | Shipper # - 000000000039754 | | | |
| | (28538 ) | C116000602 | 3.36000 | 134.40 |
| | P.O. - 798629-1 | | | |
| | Shipped 09/23/05  Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS | | | | | |
|-------------|-------|---|---|---|---|---|
| | Net 30 days | | | PAID WITH ORDER | TOTAL | 134.40 |

FORM# OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| FRT & HANDLING | .00 |
|----------------|-----|
| SUB TOTAL | 134.40 |

| AMOUNT DUE OR CREDIT | $ | 134.40 |

RPT2459.txt

M A Y V I L L E    E N G I N E E R I N G    C O M P A N Y
09/23/05          PR2459 - EHUB          HUB REPORT                    8:28

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|-------------|----------|-------------|----------|-----------|-----------|
| 738C116000602 | 40 | 39754 | 634757 | 09/23/05 | 000039754 |

*An Employee Owned Company*
## MAYVILLE ENGINEERING CO., INC.
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ACCOUNTING COPY

ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 26 05 | 59400 |

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P, 4300 ROAD 18
LONGMONT, CO 80504

738A

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO 80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|---|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 30 | DRIVE BRACKET | C1163-01201 | | |
| | Customer Part | | | |
| | Shipper # 000000000039797 | | | |
| | (28585 ) | C116301201 | 16.16000 | 484.80 |
| | P.O. - 798629-1 | | | |
| | Shipped 09/23/05 Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS | | | |
|-------------|-------|---|---|---|
| | Net 30 days | PAID WITH ORDER | TOTAL $ | 484.80 |

FORM # OFF369

FRT & HANDLING .00
SUB TOTAL 484.80

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN 88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

AMOUNT DUE
OR CREDIT $ 484.80

RPT2459.txt

M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y

09/23/05          PR2459 - EHUB          HUB REPORT                    13:01

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|-------------|----------|-------------|----------|-----------|-----------|
| 738C116301201 | 30 | 39797 | 634798 | 09/23/05 | 000039797 |

Page 1

**MAYVILLE ENGINEERING CO. INC**

An Employee Owned Company
Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

**ACCOUNTING COPY**



ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 26 05 | 59401 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO
                              80504

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO
                              80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 30 | DRIVE BRACKET | | | |
| | Customer Part | C1163-01201 | | |
| | Shipper # - 0000000000039798 | | | |
| | (28586 ) | C116301201 | | |
| | P.O. - 798629-1 | | 16.16000 | 484.80 |
| | Shipped 09/23/05  Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS |
|-------------|-------|
| | Net 30 days |

FORM # OFF369

| | | |
|---|---|---|
| PAID WITH ORDER | TOTAL $ | 484.80 |
| | FRT & HANDLING | .00 |
| | SUB TOTAL | 484.80 |
| | AMOUNT DUE OR CREDIT $ | 484.80 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

```
                              RPT2459.txt
        M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y
  09/23/05          PR2459 - EHUB        HUB REPORT              13:02
```

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C116301201 | 30 | 39798 | 634799 | 09/23/05 | 000039798 |

**MAYVILLE ENGINEERING CO., INC.**

An Employee Owned Company

ACCOUNTING COPY

Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ID# 39-0944729



| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 28 05 | 59804 |
| | 738A | |

SOLD TO

DELPHI MEDICAL SYSTEMS
ATTN: A/P,     4300 ROAD 18
LONGMONT, CO                    80504

SHIP TO

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 50 | IBM L TO DRIVE MODULE ASSY | C952167907 | 55.12000 | 2,756.00 |
| | Packing Slip-635056 (05643 ) | | | |
| | P.O. - 703039 | | | |
| | Shipped 09/26/05  Via-Central Trans. | | | |

| APPROX. WT. | TERMS | | | TOTAL | |
|-------------|-------|--|--|-------|--|
| | Net 30 days | | | $ | 2,756.00 |

FORM # OFF369

PAID WITH ORDER

| | |
|--|--|
| FRT & HANDLING | .00 |
| SUB TOTAL | 2,756.00 |

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| AMOUNT DUE OR CREDIT | $ | 2,756.00 |
|----------------------|---|----------|

# PACKING SLIP

635056

09/26/05

| From: Mayville Engineering Co. | To: DELPHI MEDICAL SYSTE | A-C |
| 715 South Street | 4300 ROAD 18 | |
| Mayville, WI  53050 | | |
| (920) 387-4500 | LONGMONT, CO 80504 | |

Country of Origin: UNITED STATES

Ship via: Central Trans.                                    Customer#: 738

| MEC Part#: | C952167907 | IBM L TO DRIVE MODULE ASSY |
| BOL #: | | MEC Order #: | 5643 |
| Cust Part#: | C952167907 | MEC Job #: | 0 |
| Revision: | C | Cust. P.O. #: | 703039 |

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 50 | SKIDS | 1 | 175 |

** Certificate of Compliance: The product indicated per this
purchase order is manufactured in conformance to your respective
drawings and their specifications.

By: PATRICIA A. ERICKSON

Part:
C952167907



36×36 X2

Qty:
50

PO:
703039

09/26/05      * Mayville Engineering Company Bill of Lading *          Page  1

Carrier  : Central Trans.                    Trailer :
B/L #    : 242975                            B/L Date: 09/26/05
PRO #    :                                   Pick Up : 09/26/05


SHIPPER:                 | COSIGNEE:          | SHIP TO:
MAYVILLE ENGINEERING CO| |                    | DELPHI MEDICAL SYSTE
715 SOUTH ST            |                    | 4300 ROAD 18
MAYVILLE, WI  53050     |                    |
UNITED STATES           |                    | LONGMONT, CO 80504
                        |                    |


   Unit  Pkg      H  Description            NMFC      Class    Weight
     2   SKID        DATA PROCESSING PARTS, NO 116030    925       298

     2 Total Units                          Total Weight    298

Packslip  Purch Order        Packslip  Purch Order        Packslip  Purch Order
635055    798629             635056    703039


Freight terms are: COLLECT            Total Shipment charges    0.00

Subject to section 7 of conditions.  If this shipment is to be delivered to
the consignee without recourse on the cosignor, the cosignor shall sign the
following statement.
The carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.
            Signature _____

**********************************************************************
This document is tendered in lieu of individual Bills of Lading.  All terms and
conditions of the uniform straight Bill of Lading and applicable tariffs and
classifications in effect as of the dateCarrier accepts the shipment will apply.
**********************************************************************

   Shipper Signature _____  Date 9-26-05

   Driver  Signature _____  Date 9-27-05

   Loaded by Signature _____  Date _____

Driver's Signature Only Acknowledges Receipt of Freight
CT  534-337106-9
CENTRAL TRANSPORT                    SHIPPER LABEL

# MAYVILLE ENGINEERING CO., INC.    ACCOUNTING COPY

Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

An Employee Owned Company

ID# 39-0944729



| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 28 05 | 59805 |

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,      4300 ROAD 18
LONGMONT, CO                    80504                        738A

**SHIP TO**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|--|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 50 | LEFT MAG LOCK ASSY | C7200-67914 | | |
| | Customer Part | C720067914 | | |
| | Packing Slip-635381 (15676 ) | | 133.83000 | 6,691.50 |
| | P.O. - 704969 | | | |
| | Shipped 09/27/05   Via-UPS Collect | | | |

| APPROX. WT. | TERMS | | | |
|-------------|-------|--|--|--|
| | Net 30 days | | PAID WITH ORDER | |

FORM# OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| | |
|--|--|
| TOTAL | $  6,691.50 |
| FRT & HANDLING | .00 |
| SUB TOTAL | 6,691.50 |
| AMOUNT DUE OR CREDIT | $  6,691.50 |

# PACKING SLIP
## 635381

09/27/05

From: Mayville Engineering Co.
715 South Street
Mayville, WI  53050
(920) 387-4500
Country of Origin: UNITED STATES

To: DELPHI MEDICAL SYSTE              A-C
4300 ROAD 18

LONGMONT, CO 80504

Ship via: UPS Collect

Customer#: 738

MEC Part#:     C720067914
BOL #:
Cust Part#:    C7200-67914
Revision:      B

LEFT MAG LOCK ASSY
MEC Order #:     15676
MEC Job #:        0
Cust. P.O. #:     704969

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 50 | CARTON | 1 | 0 |

Part:
C7200-67914



47598W    SEP 27, 2005    ACT WT   60.2    #PK 1
SERVICE GNDCOM                 BILL WT  61
TRACKING# 1Z47598W0348905594
REF 1: 635381
REF 2:

Qty:
50



HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:
DV $0.00          COD  $0.00    SERVICE   $F/C
DC $0.00          HZMT $0.00         RS  $0.00
AH $0.00          NTFY $0.00         SD  $0.00
TOT REF CHG  $20.09                  SP  $0.00
                         REF+HANDLING    $20.09

PO:
704969



# MAYVILLE ENGINEERING CO., INC.

**ACCOUNTING COPY**



*An Employee Owned Company*
Country of Origin United States
715 South Street  •  Mayville, WI  53050 USA
Phone: 920-387-4500  •  Fax: (920) 387-2294

ID# 39-0944729

SGS   ANSI-RAB ONS   ISO 9001-2000 ACCREDITED

| | REP | DATE | INVOICE NO. |
|---|---|---|---|
| | 25 | 09 29 05 | 60128 |

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO              80504

738A

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO              80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|---|---|---|---|
| | | | |

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 50 | ADAPTOR BRACKET | | 40.42000 | 2,021.00 |
| | Shipper # -   0000000000039904 | C116000680 | | |
| | (29483 ) | | | |
| | P.O. - 798629-1 | | | |
| | Shipped 09/28/05  Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS | | PAID WITH ORDER | TOTAL | |
|---|---|---|---|---|---|
| | Net 30 days | | | $ | 2,021.00 |

FORM # OFF369

FRT & HANDLING   .00

SUB TOTAL   2,021.00

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

AMOUNT DUE
OR CREDIT   $   2,021.00

```
                                      RPT2459.txt
            M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y
    09/28/05              PR2459 - EHUB        HUB REPORT                12:35
```

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C116000620 | 50 | 39904 | 635592 | 09/28/05 | 000039904 |



*An Employee Owned Company*

# MAYVILLE ENGINEERING CO., INC.    ACCOUNTING COPY

Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 09 29 05 | 60129 |

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO              80504              738A

**SHIP TO**

EHUB
DELPHI MEDICAL SYSTEMS
LONGMONT CO              80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 30 | DRIVE BRACKET BODY | C1107-01201 | | |
| | Customer Part | | | |
| | Shipper # - 00000000000039933 | | | |
| | (29501 ) | C110701201 | 12.58000 | 377.40 |
| | P.O. - 798629-1 | | | |
| | Shipped 09/28/05  Via-SHIPPED FROM HUB | | | |

| APPROX. WT. | TERMS | | | |
|-------------|-------|--|--|--|
| | Net 30 days | PAID WITH ORDER | TOTAL $ | 377.40 |

FORM# OFF369

FRT & HANDLING .00
SUB TOTAL 377.40

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

AMOUNT DUE
OR CREDIT $              377.40

RPT2459.txt

M A Y V I L L E   E N G I N E E R I N G   C O M P A N Y
09/28/05          PR2459 - EHUB        HUB REPORT                    15:24

| Part Number | Quantity | Bill Lading | PackSlip | Ship Date | Serial ID |
|---|---|---|---|---|---|
| 738C110701201 | 30 | 39933 | 635657 | 09/28/05 | 000039933 |

Page 1

*An Employee Owned Company*

## MAYVILLE ENGINEERING CO., INC.

ACCOUNTING COPY

Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294

ID# 39-0944729

| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25 | 10 04 05 | 60697 |

738A

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,      4300 ROAD 18
LONGMONT, CO                    80504

**SHIP TO**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | | DATE SHIPPED | VIA |
|----------|-----------------|--|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 67 | STANDALONE EXCLOSURE-QUARTS GR | | | |
| | (Customer Part | C7145-00608 | | |
| | Packing Slip 636000 (25098 ) | C714500608 | 46.15000 | 3,092.05 |
| | P.O. - 706868-1 | | | |
| | Shipped 10/03/05 Via-Central Trans. | | | |

| APPROX. WT. | TERMS | | PAID WITH ORDER | TOTAL | |
|-------------|-------|--|-----------------|-------|--|
| | Net 30 days | | | $ | 3,092.05 |

FORM# OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN 88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| | |
|--|--|
| FRT & HANDLING | .00 |
| SUB TOTAL | 3,092.05 |
| AMOUNT DUE OR CREDIT $ | 3,092.05 |

# PACKING SLIP

636000

09/30/05

From: Mayville Engineering Co.          To:  DELPHI MEDICAL SYSTE          A-C
      715 South Street                       4300 ROAD 18
      Mayville, WI  53050
      (920) 387-4500                         LONGMONT, CO 80504

Country of Origin: UNITED STATES

Ship via: Central Trans.                              Customer#: 738

| MEC Part#: | C714500608 | STANDALONE EXCLOSURE-QUARTS GR |
| BOL #: | 243193 | MEC Order #:        25092 |
| Cust Part#: | C7145-00608 | MEC Job #:          0 |
| Revision: | C | Cust. P.O. #:    706868 LINE 1 |

| ITEM QTY | | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|---|
| 67 | | SKIDS | 6 | 807 |

** Certificate of Compliance: The product indicated per this
purchase order is manufactured in conformance to your respective
drawings and their specifications.

By: PATRICIA A. ERICKSON

Part:
C7145-00608



Qty:
67



Conf. # 5342995500

PO:
706868



ACCOUNTING COPY

*An Employee Owned Company*

## MAYVILLE ENGINEERING CO., INC.

Country of Origin United States
715 South Street  •  Mayville, WI  53050 USA
Phone: 920-387-4500  •  Fax: (920) 387-2294

ID# 39-0944729



| REP | DATE | INVOICE NO. |
|-----|------|-------------|
| 25  | 10 04 05 | 60698 |

**SOLD TO**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO                    80504

738A

**SHIP TO**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO                    80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|----------|-----------------|--------------|-----|

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|------|-------------|-------------|------------|--------|
| 2 | STANDALONE EXCLOSURE-QUARTS GR | C7145-00608 | 47.33000 | 94.66 |
|   | Customer Part | | | |
|   | Packing Slip-636001 (26366R) | C714500608 | | |
|   | P.O. - 799366 | | | |
|   | Shipped 10/03/05  Via-Central Trans. | | | |

| APPROX. WT. | TERMS | | |
|-------------|-------|--|--|
| | Net 30 days | PAID WITH ORDER | TOTAL $ 94.66 |

FORM # OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN  88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| | |
|--|--|
| FRT & HANDLING | .00 |
| SUB TOTAL | 94.66 |
| AMOUNT DUE OR CREDIT  $ | 94.66 |

# PACKING SLIP

**636001**

09/30/05

| | |
|---|---|
| From: Mayville Engineering Co.<br>715 South Street<br>Mayville, WI  53050<br>(920) 387-4500 | To: DELPHI MEDICAL SYSTE        A-C<br>4300 ROAD 18<br><br>LONGMONT, CO 80504 |

Country of Origin: UNITED STATES

Ship via: Central Trans.                                        Customer#: 738

| | | |
|---|---|---|
| MEC Part#:    C714500608 | STANDALONE EXCLOSURE-QUARTS GR | |
| BOL #: | MEC.Order #:      26366 | |
| Cust Part#:   C7145-00608 | MEC Job #:        0 | |
| Revision:       C | Cust. P.O. #:      799366 | |

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|---|---|---|---|
| 2 | NOCNT | 1 | 0 |

\*\* Certificate of Compliance: The product indicated per this
purchase order is manufactured in conformance to your respective
drawings and their specifications.

By: PATRICIA A. ERICKSON

\*\* Notes: CC# 6445                                              \*\*
\*\*         PARTS ARE WITH PACKSLIP# 636000                     \*\*

Part:
C7145-00608

Qty:
2

PO:
799366

*An Employee Owned Company*

# MAYVILLE ENGINEERING CO., INC.    ACCOUNTING COPY

Country of Origin United States
715 South Street • Mayville, WI 53050 USA
Phone: 920-387-4500 • Fax: (920) 387-2294



ID# 39-0944729

| REP | DATE | INVOICE NO. |
|---|---|---|
| 25 | 10 04 05 | 60699 |

**SOLD TO:**

DELPHI MEDICAL SYSTEMS
ATTN: A/P,    4300 ROAD 18
LONGMONT, CO             80504

738A

**SHIP TO:**

DELPHI MEDICAL SYSTEMS
4300 ROAD 18
LONGMONT, CO             80504

| SHIP VIA | CUST. ORDER NO. | DATE SHIPPED | VIA |
|---|---|---|---|
| | | | |

| QTY. | DESCRIPTION | PART NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 8 | STANDALONE ENCLOSURE-QUARTS GR | C7145-00608 | 46.15000 | 369.20 |
| | Customer Part | C714500608 | | |
| | Packing Slip-636302 (2E092 ) | | | |
| | P.O. - 706868-1 | | | |
| | Shipped 10/03/05  Via-Central Trans. | | | |

| APPROX. WT. | TERMS | | | |
|---|---|---|---|---|
| | Net 30 days | | | |

PAID WITH ORDER

| TOTAL | $ | 369.20 |
|---|---|---|

FORM # OFF369

**PLEASE REMIT TO:**
MAYVILLE ENGINEERING CO., INC.
BIN 88308
MILWAUKEE, WISCONSIN 53288-0308
FINANCE CHARGE MAY BE APPLIED TO PAST DUE AMOUNTS

| FRT & HANDLING | | .00 |
|---|---|---|
| SUB TOTAL | | 369.20 |

| AMOUNT DUE OR CREDIT | $ | 369.20 |
|---|---|---|

# PACKING SLIP

636302

10/03/05

| From: Mayville Engineering Co. | To: DELPHI MEDICAL SYSTE | A-C |
| 715 South Street | 4300 ROAD 18 | |
| Mayville, WI  53050 | | |
| (920) 387-4500 | LONGMONT, CO 80504 | |

Country of Origin: UNITED STATES

Ship via: Central Trans.                                    Customer#: 738

| MEC Part#: | C714500608 | STANDALONE EXCLOSURE-QUARTS GR |
| BOL #: | | MEC Order #: | 25092 |
| Cust Part#: | C7145-00608 | MEC Job #: | 0 |
| Revision: | C | Cust. P.O. #: | 706868 LINE 1 |

| ITEM QTY | CONTAINER NAME | QUANTITY | GROSS WT |
|----------|----------------|----------|----------|
| 8 | SKIDS | 1 | 105 |

** Certificate of Compliance: The product indicated per this
purchase order is manufactured in conformance to your respective
drawings and their specifications.

By: PATRICIA A. ERICKSON

Part:
C7145-00608

Qty:
8

PO:
706868

```
10/03/05      * Mayville Engineering Company Bill of Lading *          Page  1

Carrier  : Central Trans.                  Trailer :
B/L #    : 243193                          B/L Date: 10/03/05
PRO #    :                                 Pick Up : 10/03/05


SHIPPER:              ¦ COSIGNEE:          ¦ SHIP TO:
MAYVILLE ENGINEERING CO¦                   ¦ DELPHI MEDICAL SYSTE
715 SOUTH ST          ¦                    ¦ 4300 ROAD 18
MAYVILLE, WI   53050  ¦                    ¦
UNITED STATES         ¦                    ¦ LONGMONT, CO 80504
                      ¦                    ¦


  Unit  Pkg       H  Description          NMFC         Class      Weight
    7   SKID         MACHINE PARTS, NOI   13339064       85         912

    7 Total Units                          Total Weight      912

 Packslip  Purch Order        Packslip  Purch Order       Packslip  Purch Order
 636000    706868             636001    799366            636302    706868


 Freight terms are: COLLECT          Total Shipment charges    0.00

Subject to section 7 of conditions.  If this shipment is to be delivered to
the consignee without recourse on the cosignor, the cosignor shall sign the
following statement.
The carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.
          Signature  _____
```

********************************************************************************
This document is tendered in lieu of individual Bills of Lading.  All terms and
conditions of the uniform straight Bill of Lading and applicable tariffs and
classifications in effect as of the dateCarrier accepts the shipment will apply
********************************************************************************

```
 Shipper Signature_____ Date 10/03/05

 Driver  Signature_____ Date_____

 Loaded by Signature_____ Date_____
```

Driver's Signature Only Acknowledges Receipt of Freight

CENTRAL TRANSPORT    **534-337186-1**    SHIPPER LABEL