Hearing Date and Time: March 22, 2007 at 10:00 a.m.
Response Date and Time: March 15, 2007 at 4:00 p.m.

AKERMAN SENTERFITT
Joanne Gelfand, Esq. (JG-2864)
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

**ATTORNEYS FOR ITAUTEC AMERICA, INC.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :   Chapter 11 Case
                                                             :   05-44481-RDD
DELPHI CORPORATION, et al.,                                  :
                    Debtors.                                 :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## ITAUTEC AMERICA, INC.'S RESPONSE TO THE DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION

ITAUTEC AMERICA, INC., ("Itautec"), a creditor, files this Response in Opposition ("Response") to the Debtor's Ninth Omnibus Claims Objection ("Objection to Claim")(C.D. # 6968) made pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 and would show:

1. Itautec was a prepetition vendor to the debtor, Delphi Automotive Systems LLC ("Debtor").

2. On October 8 and 14, 2005, Delphi Corporation and certain of its U.S. subsidiaries and affiliates (collectively the "Debtors") filed voluntary petitions in this Court for reorganization relief under Chapter 11 of Title 11 of the United States Code.

3. Itautec timely filed its proof of claim in the total amount of $233,753.69, now designated as Claim No. 10811 in the Debtor's case (the "Itautec Claim"). The Itautec Claim is comprised of two parts as reflected on Exhibit A thereto: The amount of $118,136.73 for goods already purchased and delivered to Delphi (as reflected on Delphi's Schedule F) and $115,616.96 for cancellation claims (the "Cancellation Claim") pursuant to the Debtor's purchase orders (Purchase Orders). A copy of the proof of claim, with supporting Purchase Orders reflecting the Cancellation Claim is attached hereto as Exhibit 1 and incorporated herein.

4. Pursuant to the Debtors' Objection to Claim, it disputes the Cancellation Claim and seeks to modify the Itautec Claim to entirely eliminate this portion. Notably, the Cancellation Claim resulted from lengthy negotiations between Itautec (specifically Adiboard, Itautec's manufacturing division) and the Debtor conducted by Sue Fisher, Wendell Brown, and Roger Edwards all on behalf of the Debtor. See Purchase Orders attached to proof of claim. The Debtor itself issued the Purchase Orders reflecting the Cancellation Claim that it now disputes.

5. Additionally, the Objection to Claim merely sets forth unsubstantiated, conclusory and open-ended objections which are inadequate to overcome the presumptive validity of the Itautec's claim. See, e.g., Objection to Claim ¶ 34; In re Woodmere Investors Ltd. P'ship, 178 B.R. 346, 354-55 (Bankr. S.D.N.Y. 1995); In re King, 305 B.R. 152, 162 (Bankr. S.D.N.Y. 2004). Accordingly, the Objection to Claim fails to present the "sufficient evidence" necessary to meet the Debtors' burden of proof in negating the *prima facie* validity of the Itautec Claim. In re King, 305 B.R. at 162. Thus, the Objection to Claim must be overruled in its entirety.

6. The Itautec Claim constitutes *prima facie* evidence of the validity, amount and legal basis of the claim against the Debtor. See Fed. R. Bankr. Proc. 3001(f); Gardner v. N.J., 329 U.S. 565, 573, 67 S.Ct. 467, 471 (1947) ("A proof of claim is, of course, *prima facie* evidence of its

2

{FT375817;2}

validity"); In re Kahn, 114 B.R. 40, 44 (Bankr. S.D.N.Y. 1990) ("[A] properly filed proof of claim is deemed allowed unless a party in interest objects. This provision is a codification of the well-settled practice, as expressed by Mr. Justice Holmes of 'treating a sworn proof of claim as some evidence, even when it is denied'") (quoting Whitney v. Dresser, 200 U.S. 532, 536 26 S. Ct. 316, 317 (1906)).

7. The Debtor bears the initial burden of producing "sufficient evidence" to rebut the *prima facie* validity of the Proof of Claim, which the Debtor in this case have failed to meet. In re King, 305 B.R. at 162 ("It is well settled that the party objecting to a proof of claim has the burden of coming forward with *sufficient evidence* rebutting the validity of a properly filed proof of claim") (emphasis in original). To meet this burden of proof, courts in this Circuit and elsewhere require the objecting party to produce evidence at least equal in force to the *prima facie* case, which if believed "would refute at least one of the allegations that is essential to the claim's legal sufficiency." Id. at 164 (referring to In re Allegheny Int'l Inc., 954 F.2d 167, 174 [3d. Cir. 1992]); Sherman v. Novak (In re Reilly), 245 B.R. 768, 773 (2d Cir. B.A.P. 2000), aff'd 242 F.3d 362 (2d Cir. 2000); Carey v. Ernst, 333 B.R. 666, 672 (Bankr. S.D.N.Y. 2005).

8. The Objection to Claim fails to set forth any factual evidence to refute any of the allegations contained in the Itautec Claim. A debtor cannot satisfy its burden of proof merely by objecting to the amount of classification of a claim without producing evidence to support its assertions. In re Woodmere Investors Ltd. P'ship, 178 B.R. at 354-55 (debtor's mere assertions deemed insufficient as evidence to refute creditor's prima facie evidence of claim).

9. The Itautec Claim is allowable in the full, noncontingent, liquidated amount claimed of $233,753.69.

10. The Debtors may return any reply to Itautec, in care of the undersigned counsel.

WHEREFORE, Itautec respectfully requests that the Court enter an Order overruling the Debtors' Objection to Claim, with prejudice, or alternatively granting a hearing on the Objection to Claim, together with such other and further relief as is equitable and just.

Dated: March 14, 2007

Respectfully submitted,

AKERMAN SENTERFITT
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Fax: (954) 463-2224
Email: joanne.gelfand@akerman.com

By:___/s/ Joanne Gelfand_____
     Joanne Gelfand (JG2864)

*Attorneys for Itautec America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 14, 2007, she caused a true and correct copy of the foregoing to be served upon the parties listed below by first class mail, postage prepaid:

/s/ Joanne Gelfand_____

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

4

{FT375817;2}

B10 (Official Form 10) (4/98)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Delphi Automotive Systems LLC | Case Number: 05-44640 | THIS SPACE IS FOR COURT USE ONLY |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):
Itautec America, Inc.

Name and Addresses Where Notices Should be Sent:
Itautec America, Inc.
Attn: Eduardo Archer de Castilho, General Manager
7200 Corporate Ctr. Dr., 114
Miami, FL 33126
(305) 594-2235

~ Check box if you are aware that anyone has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
~ Check box if you have never received any notices from the bankruptcy court in this case.
~ Check box if the address differs from the address on the envelope sent to you by the court.

EXHIBIT 1

Account or other number by which creditor identifies debtor:

Check here ~ replaces
if this claim ~ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   - X Goods Sold
   - ~ Services performed
   - ~ Money loaned
   - ~ Personal injury/wrongful death
   - ~ Taxes
   - X Other – Cancellation claims

   - ~ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ~ Wages, salaries, and compensation (fill out below)
     Your SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
         (date)        (date)

2. Date debt was incurred: See Exhibit A attached

3. If court judgment, date obtained:

4. **Total Amount of Claim at Time Case Filed:** $233,753.69
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   ~ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   X Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ~ Real Estate    Motor Vehicles
   ~ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Priority Claim.**
   ~ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ~ Wages, salaries, or commissions (up to $4,300)*, earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - U.S.C. § 507(a)(3)
   ~ Contributions to an employee benefit plan - U.S.C. § 507(a)(4)
   ~ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
   ~ Alimony, maintenance, or support owed to a spouse, former spouse, or child 11 U.S.C. § 507(a)(7)
   ~ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8)
   ~ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (__)
   *Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amounts of all payments on this claim has been credited and deducted for making this proof of claim.

8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If documents are not available, explain. If the documents are voluminous, attach a summary.* See Exhibit "A" attached hereto.

9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 07/21/06 | /s/ Eduardo Archer de Castilho, General Manager |

Penalty for presenting fraudulent claims: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT A
## (Itautec America, Inc. Proof Of Claim)*

| | |
|---|---|
| Account Receivables (8/1/05-10/7/05) as reflected on Debtor's Schedule F. | $118,136.73 |
| Cancellation Claims per Debtor's attached Purchase Orders. | 115,616.96 |
| **TOTAL CLAIM:** | **$233,753.69** |

*Itautec America, Inc., files this proof of claim as assignee (not for security purposes) of Itautec S.A. Grupo Itautec and Adiboard S.A.

{FT331440;1}

# DELPHI

Delphi Electronics and Safety

Page 1 of 3

**Buyer:**
Delphi Automotive Systems LLC
Delphi Electronics & Safety Div
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**

PO Number: 450201847
Version: 17-Jul-2006 09:56:22
Date Issued: 13-Jan-2006

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

Delivery date: 15-JAN-2006

ITAUTEC S/A- GRUPO ITAUTEC
C/O TECHNOLOGY MARKETING CORP
1526 E GREYHOUND PASS
CARMEL IN 46032

Vendor No: 1016377
DUNS No: 000216655

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10309921 00010 **CANCELLATION CLAIM 12200816** CANCELLATION CLAIM P/N 12200816 A. WENDELL BROWN (765)451-0264 PR446240 | 507.000 | DAHQ DELPHI D HEADQUARTERS BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 507.000 | 1.00 | 1 | DOL | 507.00 |
| Net Line Item Value | | | | USD | 507.00 |

| 00020 | PR10309921 00020 **CANCELLATION CLAIM 12229102** CANCELLATION CLAIM P/N 12229102 | 612.600 | DAHQ DELPHI D HEADQUARTERS BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 612.600 | 1.00 | 1 | DOL | 612.60 |
| Net Line Item Value | | | | USD | 612.60 |

Purchasing Contact: Brown, Wendell
Phone: 765-451-0264
Fax: 765-451-0265

Contact Address:
DELPHI ELECTRONICS & SAFETY
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 17-Jul-2006 09:56:22

# DELPHI

Delphi Electronics and Safety
Page 2 of 3

ITAUTEC S/A- GRUPO ITAUTEC
C/O TECHNOLOGY MARKETING CORP
1526 E GREYHOUND PASS
CARMEL  IN  46032

**Purchase Order**

PO Number: 450201847
Version: 17-Jul-2006 09:56:22
Date Issued: 13-Jan-2006

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00030 | PR10309921 00030<br>CANCELLATION CLAIM   09381758<br>CANCELLATION CLAIM P/N 09381758 | 2,730.350 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 2,730.350 | 1.00 | 1 | DOL | 2,730.35 |
| Net Line Item Value | | | | USD | 2,730.35 |

| 00040 | PR10309921 00040<br>CANCELLATION CLAIM   12219898<br>CANCELLATION CLAIM P/N 12219898 | 10,418.760 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 10,418.760 | 1.00 | 1 | DOL | 10,418.76 |
| Net Line Item Value | | | | USD | 10,418.76 |

| 00050 | PR10309921 00050<br>CANCELLATION CLAIM   12201011<br>CANCELLATION CLAIM P/N 12201011 | 82,261.430 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 82,261.430 | 1.00 | 1 | DOL | 82,261.43 |
| Net Line Item Value | | | | USD | 82,261.43 |

| 00060 | PR10309921 00060<br>CANCELLATION CLAIM   09388418<br>CANCELLATION CLAIM P/N 09388418 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |
|---|---|---|---|

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 1.000 | 0.01 | 1 | DOL | 0.01 |
| Net Line Item Value | | | | USD | 0.01 |

**Total net value**   USD   96,530.15

**Notes:**

```
****************************************************
** PLEASE NOTE:  TO BETTER SERVE OUR SUPPLIERS AND **
*  TO HELP THE PAYMENT PROCESS, 'QUANTITY' LISTED   *
*  FOR SERVICE PROVIDED IS THE ACTUAL DOLLAR AMOUNT *
*  TO BE INVOICED BY YOU.           (SI) *
****************************************************


***************************************************************
Tool Possession Note:
```

# DELPHI

Delphi Electronics and Safety

Page 3 of 3

| ITAUTEC S/A- GRUPO ITAUTEC<br>C/O TECHNOLOGY MARKETING CORP<br>1526 E GREYHOUND PASS<br>CARMEL IN 46032 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450201847<br>Version<br>17-Jul-2006 09:56:22 | Date Issued<br>13-Jan-2006 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

All molds, tools, dies, fixtures and other items (collectively, "tools") covered by this order shall be the property of Buyer and shall be permanently and legibly marked in such a manner as to denote that the tools are the property of Buyer. The tools shall be used for manufacture of parts exclusively for Buyer. The tools shall be stored and maintained by Seller at no expense to Buyer and shall be subject to shipment to Buyer's authorized point of receipt upon notification by Buyer. Tool replacement and maintenance cost due to wear is the responsibility of Supplier.

Seller hereby agrees to retain the molds, tools, dies, fixtures and other items described above for a period of 15 years after end of production and thereafter to return, transfer to another location or to remit the proceeds of the sale for scrap to the Buyer's Director of Purchasing as so instructed by Buyer.

Tool Payment:

Final invoice for tools will not be accepted until full PPAP approval has been documented.

Supplier should therefore ensure that notification of approval has been received before submitting final invoice. Refer also to payment term on PO.

*********************************************************************

# DELPHI

_____ Delphi Electronics and Safety

Page 1 of 3

| Buyer: | Purchase Order | |
|---|---|---|
| Delphi Automotive Systems LLC<br>Delphi Electronics & Safety Div<br>P.O. Box 9005<br>KOKOMO IN 46904-9005 | PO Number<br>450201811<br>Version<br>17-Jul-2006 10:27:29 | Date Issued<br>13-Jan-2006 |

| Deliver to: | |
|---|---|
| DELPHI DELCO ELECTRONICS CORP<br>ATTN: MANUAL RECEIPTS MS-CTA229<br>No physical shipment<br>KOKOMO IN | Delivery date:   15-JAN-2006 |

| | |
|---|---|
| ITAUTEC S/A- GRUPO ITAUTEC<br>C/O TECHNOLOGY MARKETING CORP<br>1526 E GREYHOUND PASS<br>CARMEL IN 46032 | Vendor No:  1016377<br>DUNS No:   000216655<br>**Payment Terms:** ZMN2    **Currency:** USD<br>Payment settled on 2nd, 2nd Month<br>**Incoterms:** FOB - Freight Collect |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester | | | |
|---|---|---|---|---|---|---|
| 00010 | PR10309926 00010<br>**CANCELLATION CLAIM  09364023**<br>CANCELLATION CLAIM P/N 09364023<br>A. WENDELL BROWN (765)451-0264<br>PR446239 | 1,780.800 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W | | | |
| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| | 15-JAN-2006 | 1,780.800 | 1.00 | 1 | DOL | 1,780.80 |
| | **Net Line Item Value** | | | | USD | 1,780.80 |
| 00020 | PR10309926 00020<br>**CANCELLATION CLAIM  09391071**<br>CANCELLATION CLAIM P/N 09391071 | 4,624.000 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W | | | |
| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| | 15-JAN-2006 | 4,624.000 | 1.00 | 1 | DOL | 4,624.00 |
| | **Net Line Item Value** | | | | USD | 4,624.00 |

| Purchasing Contact: Brown, Wendell<br>Phone: 765-451-0264<br>Fax:   765-451-0265 | Contact Address:<br>DELPHI ELECTRONICS & SAFETY<br>ONE CORPORATE CENTER MS:CTLLM,<br>KOKOMO IN 46902 |
|---|---|

Date and Time Printed: 17-Jul-2006 10:27:29

# DELPHI

_____ Delphi Electronics and Safety

Page 2 of 3

| ITAUTEC S/A- GRUPO ITAUTEC<br>C/O TECHNOLOGY MARKETING CORP<br>1526 E GREYHOUND PASS<br>CARMEL IN 46032 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450201811<br>Version<br>17-Jul-2006 10:27:29 | Date Issued<br>13-Jan-2006 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00030 | PR10309926 00030<br>CANCELLATION CLAIM12221930<br>CANCELLATION CLAIM P/N 12221930 | 1,234.000 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 1,234.000 | 1.00 | 1 | DOL | 1,234.00 |
| Net Line Item Value | | | | USD | 1,234.00 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00040 | PR10309926 00040<br>CANCELLATION CLAIM  09365656<br>CANCELLATION CLAIM P/N 09365656 | 3,074.200 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 3,074.200 | 1.00 | 1 | DOL | 3,074.20 |
| Net Line Item Value | | | | USD | 3,074.20 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00050 | PR10309926 00050<br>CANCELLATION CLAIM  12203701<br>CANCELLATION CLAIM P/N 12203701 | 8,373.800 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 8,373.800 | 1.00 | 1 | DOL | 8,373.80 |
| Net Line Item Value | | | | USD | 8,373.80 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00060 | PR10309926 00060<br>CANCELLATION CLAIM  09374370<br>CANCELLATION CLAIM P/N 09374370 | 1.000 | DAHQ DELPHI D HEADQUARTERS<br>BROWN W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-JAN-2006 | 1.000 | 0.01 | 1 | DOL | 0.01 |
| Net Line Item Value | | | | USD | 0.01 |

**Total net value**                                                                       USD             19,086.81

**Notes:**

****************************************************************

Tool Possession Note:

All molds, tools, dies, fixtures and other items (collectively, "tools") covered by this order shall be the property of Buyer and shall be permanently and legibly marked in such a manner as to denote that the tools are the property of Buyer. The tools shall be used for manufacture of parts exclusively for Buyer. The tools shall be stored and maintained by Seller at no expense to Buyer and shall be subject to shipment to Buyer's authorized point of receipt upon notification by Buyer. Tool replacement and maintenance cost due to wear is the responsibility of Supplier.

Seller hereby agrees to retain the molds, tools, dies, fixtures and other items described above for a period of 15 years after end of production and thereafter to return, transfer to another location or to remit the proceeds of the sale for scrap to the Buyer's Director of Purchasing as so instructed by Buyer.



Delphi Electronics and Safety

Page 3 of 3

ITAUTEC S/A- GRUPO ITAUTEC
C/O TECHNOLOGY MARKETING CORP
1526 E GREYHOUND PASS
CARMEL IN 46032

**Purchase Order**

PO Number
450201811

Date Issued
13-Jan-2006

Version
17-Jul-2006 10:27:29

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

**Notes Continued:**

Tool Payment:

Final invoice for tools will not be accepted until full PPAP approval has been documented.

Supplier should therefore ensure that notification of approval has been received before submitting final invoice. Refer also to payment term on PO.

*****************************************************************
*********************************************************
** PLEASE NOTE: TO BETTER SERVE OUR SUPPLIERS AND **
* TO HELP THE PAYMENT PROCESS, 'QUANTITY' LISTED *
* FOR SERVICE PROVIDED IS THE ACTUAL DOLLAR AMOUNT *
* TO BE INVOICED BY YOU.            (SI) *
*********************************************************