UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                   : ss.:
COUNTY OF NEW YORK   )

      Allison Decker, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York County, New York.

      On March 14, 2007, deponent served Response of PolyOne Corporation to Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected on Debtors' Books and Records, (c) Untimely Claims, and (d) Claims Subject to Modification on the following parties by Federal Express:

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
  Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
  Attn: John W. Butler, Jr.
      John K. Lyons
      Joseph N. Wharton

      /s/Allison Decker
      Allison Decker

Sworn to before me this
14th day of March 2007

      /s/Constantine D. Pourakis
Notary Public

SL1 709024v1/030789.00015