BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
AZ State Bar No. 023544
Attorney for Creditor Pima County

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| | : | **Chapter 11** |
| **In re:** | : | |
| | : | **Case No. 05-44481 (RDD)** |
| **DELPHI CORPORATION, et al.,** | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PIMA COUNTY'S NOTICE OF WITHDRAWAL OF OBJECTION

COMES NOW Secured Creditor Pima County, by and through undersigned

counsel, and withdraws its objection to Motion For Orders Under 11 U.S.C. §§ 363 And

365 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) Approving (I) Bidding

Procedures, (Ii) Certain Bid Protections, (Iii) Form And Manner Of Sale Notices, And

(Iv) Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Of

Debtors' Assets Comprising Assets Exclusively Used In Debtors' Brake Hose Business

Free And Clear Of Liens, Claims, And Encumbrances, (Ii) Assumption And Assignment

//

//

Of Certain Executory Contracts And Unexpired Leases, And (Iii) Assumption Of Certain

Liabilities.

Dated this 14th day of March, 2007.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Attorney for Creditor Pima County

## CERTIFICATE OF SERVICE

I, Gina Inman, certify that on the 14th day of March, 2007, I caused to be served a

true and correct copy of Pima County's Objection To Motion for Orders on the

following:

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Kayalin A. Marafioti
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attorneys for Debtors

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Attorneys for the Creditors' Committee

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Gina Inman