TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,  
Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)

HEARING DATE: 3/21/2007  
AT 10:00 AM

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  
                                 :  
    In re                              :    Chapter 11  
                                 :  
DELPHI CORPORATION, et al.,      :    Case No. 05-44481 (RDD)  
                                 :  
                  Debtors.    :    (Jointly Administered)  
                                 :  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING CLAIM NUMBERS 2299 AND 2300 (CONSTELLATION NEWENERGY - GAS DIVISION, LLC AND CONSTELLATION NEWENERGY, INC.)

      PLEASE TAKE NOTICE that on January 12, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proofs of claim numbers 2299 and 2300 (the "Proofs of Claim" or the "Claims") filed by Constellation NewEnergy - Gas Division, LLC and Constellation NewEnergy, Inc. (the "Claimants") pursuant to the Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (the "Objection") (Docket No. 6571).

        PLEASE TAKE FURTHER NOTICE that the Debtors and the Claimants have agreed to settle the Objection with respect to the Proofs of Claim and, pursuant to the Order

Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have executed a Joint Stipulation and Agreed Order Disallowing and Expunging Claim Numbers 2299 and 2300 (Constellation NewEnergy - Gas Division, LLC and Constellation NewEnergy, Inc.) (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Joint Stipulation, a true and complete copy is annexed hereto, the Debtors and the Claimants have agreed to disallow and expunge proofs of claim numbers 2299 and 2300 in their entirety.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for March 21, 2007, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York
        March 19, 2007

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:
/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

2