# EXHIBIT A

Unpaid invoices    At Lockport only the Electrostatic Flux shipments were not paid, even though we were supplying both grades.

**Delphi**

**Solvay**

| Product | | |
|---|---|---|
| 300 lb | 135 kg per drum | 297.627 lb per drum |
| | Standard German Flux lbs | Electrostatic flux lbs |

| Solvay Doc.no. | Ill.dc | Solvay Invoice # | Doc. date / Div Date | Amt in loc.cur. | Delphi PO | Loc | Delphi Bill of Lading # | Quantity in Lbs | Standard German Flux lbs | Electrostatic flux lbs |
|---|---|---|---|---|---|---|---|---|---|---|
| 1800004295 | | 504696 | 09/24/2003 | $ 4,357.17 | 55002B681 | Lockport | 54388 | 2380.96 | | 2380.96 |
| 1800004296 | | 504702 | 09/25/2003 | $ 4,357.17 | 55002B681 | Lockport | 54400 | 2380.96 | | 2380.96 |
| 1800004297 | | 504728 | 09/26/2003 | $ 2,178.59 | 55002B681 | Lockport | 54429 | 1190.48 | | 1190.48 4 drums, 1 pallet |
| 1800004298 | | 504680 | 09/30/2003 | $ 2,178.59 | 55002B681 | Lockport | 54468 | 1190.48 | | 1190.48 |
| 1800004301 | | 504854 | 10/01/2003 | $ 2,178.59 | 55002B681 | Lockport | 54501 | 1190.48 | | 1190.48 |
| 1800004302 | | 504862 | 10/02/2003 | $ 2,380.96 | 55002B681 | Lockport | 54535 | 2380.96 | | 2380.96 |
| 1800004303 | | 504901 | 10/03/2003 | $ 4,357.17 | 55002B681 | Lockport | 54553 | 2380.96 | | 2380.96 |
| 1800004304 | | 504912 | 10/06/2003 | $ 2,178.59 | 55002B681 | Lockport | 54585 | 1190.48 | | 1190.48 |
| 1800004305 | | 504970 | 10/08/2003 | $ 4,357.17 | 55002B681 | Lockport | 54646 | 2380.96 | | 2380.96 |
| 1800004306 | | 505025 | 10/09/2003 | $ 2,178.59 | 55002B681 | Lockport | 54667 | 2380.96 | | 2380.96 |
| 1800004307 | | 505025 | 10/10/2003 | $ 2,178.59 | 55002B681 | Lockport | 54688 | 1190.48 | | 1190.48 |
| 1800004308 | | 505027 | 10/13/2003 | $ 4,357.17 | 55002B681 | Lockport | 54690 | 2380.96 | | 2380.96 |
| 1800004309 | | 505066 | 10/14/2003 | $ 4,357.17 | 55002B681 | Lockport | 54744 | 2380.96 | | 2380.96 |
| 1800004310 | | 505081 | 10/15/2003 | $ 4,357.17 | 55002B681 | Lockport | 54782 | 2380.96 | | 2380.96 |
| 1800004311 | | 505086 | 10/16/2003 | $ 4,357.17 | 55002B681 | Lockport | 54806 | 2380.96 | | 2380.96 |
| 1800004312 | | 505199 | 10/20/2003 | $ 4,357.17 | 55002B681 | Lockport | 54858 | 2380.96 | | 2380.96 |
| 1800004313 | | 505199 | 10/20/2003 | $ 4,357.17 | 55002B681 | Lockport | 54912 | 2380.96 | | 2380.96 |
| 1800004314 | | 505230 | 10/23/2003 | $ 2,178.59 | 55002B681 | Lockport | 54935 | 1190.48 | | 1190.48 |
| 1800004315 | | 505282 | 10/24/2003 | $ 4,357.17 | 55002B681 | Lockport | 54966 | 2380.96 | | 2380.96 |
| 1800004316 | | 505299 | 10/27/2003 | $ 2,178.59 | 55002B681 | Lockport | 54982 | 2380.96 | | 2380.96 |
| 1800004317 | | 505323 | 10/28/2003 | $ 4,357.17 | 55002B681 | Lockport | 55015 | 2380.96 | | 2380.96 |
| 1800004318 | | 505329 | 10/29/2003 | $ 4,357.17 | 55002B681 | Lockport | 55038 | 2380.96 | | 2380.96 |
| 1800004319 | | 505383 | 10/30/2003 | $ 4,357.17 | 55002B681 | Lockport | 55061 | 2380.96 | | 2380.96 |
| 1800004321 | | 505412 | 10/31/2003 | $ 4,357.17 | 55002B681 | Lockport | 55092 | 2380.96 | | 2380.96 |
| 1800004325 | | 505433 | 11/03/2003 | $ 4,357.17 | 55002B681 | Lockport | 55118 | 1190.48 | | 1190.48 |
| 1800004327 | | 505476 | 11/04/2003 | $ 2,178.59 | 55002B681 | Lockport | 55148 | 1190.48 | | 1190.48 |
| 1800004330 | | 505482 | 11/05/2003 | $ 2,178.59 | 55002B681 | Lockport | 55172 | 1190.48 | | 1190.48 |
| 1800004333 | | 505514 | 11/06/2003 | $ 6,535.76 | 55002B681 | Lockport | 55212 | 3571.45 | | 3571.45 12 drums, 3 pallets |
| | | | **2003 Lockport Tot** | **$ 100,214.97** | | | | | | |
| 1800004299 | | 504804 | 09/30/2003 | $ 4,392.00 | 550026690 | Tus, AL | 54477 | 2400 | 2400 | Tuscalosa AL location |
| 1800004300 | | 504805 | 09/30/2003 | $ 4,392.00 | 550026690 | Juarez, MX | 54474 | 2400 | 2400 | Juarez (El Paso) Location |
| | | | **2003 Other Location total** | **$ 8,784.00** | | | | | | |
| 90417385 | | 90417385 | 5/11/2004 | 4,200 | 5500266663 Tus, AL | | 80549352 | 5980.88 | 3,600.00 | 2380.96 |
| 90463161 | | 90463161 | 11/15/2004 | 10,466.68 | 550053272 Lockport | | 80810634 | | | |
| | | | 'same invoice as above but with two PC's | | | | | | | |
| | | | **2004 total** | **$ 14,666.68** | | | | | | |
| | | | **Grand Total** | **$ 123,665.65** | | | | | | |

# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
        60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO: GM AUTOMOTIVE COMPONENTS GROUP
        DELPHI AUTO SYSTEMS
        DISB ANALYSIS
        PO BOX 1550
        FLINT MI 48501-1550

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
        3440 KAULOOSA AVENUE

        TUSCALOOSA AL
                     35401

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE:  9/30/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | ORIGIN | |
|---|---|---|---|
| | USF HOLLAND | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 9/30/03 | 0054474 | 550028683 | BUFFALO NY | 00504804 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 30014 | 300.000 LB | NOCOLOK(R  FLUX | | | | |
| | | 8.00 EA | 2400.00 LB | 1.8300 | LB | 4,392.00 |
| 700EA | 48.000 LB | PALLET, 42" X 48" HARDWOOD 300 | | | | |
| | | 2.00 EA | 2.00 EA | .0000 | EA | .00 |

HIPPED ON B/L# 93003

HIP FREIGHT COLLECT
ART 93360
**** DO NOT MAIL

SALES TAX:          .00
AMOUNT DUE:    4,392.00

PAYABLE IN US FUNDS

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT**

| CUST ID 00015790 | B/L NUMBER 9 3003 | | |
|---|---|---|---|

DATE 9/30/03    TRUCK # 1995    TRLR # 205781

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
3448 KAULOOSA AVENUE

TUSCALOOSA AL
35401

| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X |
| EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE 9-30-03 | CUSTOMER P.O. NUMBER 500028683 | SHIP VIA USF HOLLAND | F.O.B. POINT BUFFALO NY | SHIP FROM CODE 12 |
|---|---|---|---|---|

| QTY | DESCRIPTION | QUANTITY SHIPPED | | SHIPPED WEIGHT |
|---|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) FLUX | 8 EA | | 2656    LB |
| | | | | 2400 |
| | PALLET, 42" X 48" HARDWOOD 300 | 2 EA | | 96    LB |
| | SHIP FREIGHT COLLECT.CPU ON 9-30-03 BY USF HOLLAND | | | |
| | 800-365-1844 | | | |
| | MATERIAL SAFETY DATA SHEET AND LOADING & SCALE | | | |
| | TICKET WITH SHIPMENT | | | |
| | COUNTRY OF ORIGIN: USA | | | |
| | PART# 93360 - 300# WHITE AMERICAN DRUMS | | | |



**52258450**

Unless otherwise agreed to in writing, driver signature acknowledges receipt of freight only and the terms and conditions of HMES Rules Schedule 100 and NMF 100 Series apply to all shipments.

| TOTAL GROSS WEIGHT | 2752    LB |
|---|---|

Origin: 803 WALDEN AVENUE
BUFFALO NY  14211

| PLACARDS SUPPLIED | ☐ YES | ☐ NO-FURNISHED BY CARRIER |
|---|---|---|
| | DRIVER'S SIGNATURE | |

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVED, subject to the rates/tariffs and tariffs or cartage and agreements between the parties in effect on the date of transit by the carrier, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING    $ 2.30    per _____ LB

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SOLVAY FLUORIDES, INC.  D BASINGER

SHIPPER  SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER  USF Holland  By _____

(SIGNATURE OF CONSIGNOR)
COLLECT

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE: TO BE PREPAID

**TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.**

# SOLVAY
# FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                    60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO:  GM AUTOMOTIVE COMPONENTS GROUP
          DELPHI AUTO SYSTEMS
          DISB ANALYSIS
          PO BOX 1550
          FLINT MI 48501-1550

SHIP TO:  DELPHI AUTOMOTIVE SYSTEMS
          HARRISON THERMAL SYSTEMS
          CISCO:  37009
          32 CELERITY WAGON ST
          EL PASO TX
                    79906

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE:  9/30/03
TERMS:  NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| CUST NO. | INVOICE DATE | B/L NO. | SHIPPED VIA / CUSTOMER PURCHASE ORDER NO. | ORIGIN / F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| | | | PJAX FREIGHT SYSTEM | CONNERSVIL | |
| 00001765 | 9/30/03 | 0054477 | 550028690 | CONNERSVILLE IN | 00504805 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 130014 | 300.000 LB | NOCOLOK(R  FLUX | | 1.8300 | LB | , 4,392.00 |
| | | 8.00 EA | 2400.00 LB | | | |
| 700EA | 48.000 LB | PALLET, 42" X 48" HARDWOOD 300 | | .0000 | EA | .00 |
| | | 2.00 EA | 2.00 EA | | | |

SHIP FREIGHT COLLECT

**DO NOT MAIL

SALES TAX:              .00
AMOUNT DUE:        4,392.00

PAYABLE IN US FUNDS

CUST.ID 00015810    BILL NUMBER 93003

FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT

DATE 9/30/03    TRUCK # 1239    TRLR # 4939

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
CISCO: 37009
32 CELERITY WAGON ST
EL PASO TX
79906

| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | |
| EXPLAIN DELAY | | | X |
| | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 9/30/03 | 550028690 | PJAX FREIGHT SYSTEM | CONNERSVILLE IN | 37 |

| H/M | DESCRIPTION | QUANTITY SHIPPED | WEIGHT |
|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R  FLUX | 8 EA | 2656 LB |
| | PALLET, 42" X 48" HARDWOOD 300 | | |
| | SHIP FREIGHT COLLECT VIA RYDER C/O | 2 EA | 96 LB |
| | PJAX 888-393-9839 JENNY | | |
| | MSDS WITH SHIPMENT | | |
| | PART 93360 = PON 550028690 | | |
| | * | | |
| | SOLVAY DUNS#017354999 | | |
| | *PACKING SLIP BAR CODE;& BAR CODE DRUMS & PALLET | | |
| | ** | | |
| | ***WAREHOUSE:  A COPY OF "PACKING SLIP" ON EACH | | |
| | PALLET | | |
| | PUT A COPY OF PACKING SLIP AND INVOICE IN ENVELOPE | | |
| | ON PALLET | | |
| | LOTS SHIPPED 209242 (1-4)  210151 (1-4) | | |
| | ***SOLVAY (CATOOSA)  TO FAX SPECIAL COFAS TO RAMON | | |
| | CASTILLO 915-782-1902 | | |
| | COUNTRY OF ORIGIN:  93360 = USA | | |
| | *** | | |
| | SHIP WITH B/L  0054270 | | |

PJAX  2190524  5
FREIGHT SYSTEM    PJXI    SHIPPERS COPY

Origin: 932 EASTERN AVENUE
CONNERSVILLE IN  47331

2782 LB

TOTAL GROSS WEIGHT

PLACARDS SUPPLIED    ☐ YES    ☐ NO–FURNISHED BY CARRIER

DRIVER'S SIGNATURE

**FRAIGHT BILL OF LADING–SHORT FORM–ORIGINAL–NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight bill of lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. The signature below is an acknowledgement of the agreed or declared value of the property.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING    $ 2.30    per    LB

SHIPPER    SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER    PJAX  9/30/03    Curtis ___

SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO PREPAID
WRITE OR STAMP HERE: TO BE PREPAID    COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE

# SOLVAY
# FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO:  GM AUTOMOTIVE COMPONENTS GROUP        SHIP TO:  DELPHI AUTOMOTIVE SYSTEMS
         DELPHI AUTO SYSTEMS                             PLANT #2 DEPT 333
         DISB ANALYSIS                                   BLDG 7 WEST PLANT
         PO BOX 1550                                     LOCKPORT  NY
         FLINT MI 48501-1550                                         14094

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.   1 KG = 2.2046 LBS.

                        SHIP DATE:  9/24/03
                        TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | | ORIGIN | | |
| --- | --- | --- | --- | --- | --- | --- |
| | SPEED MOTOR | | | BUFFALO NY | | |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | | INVOICE NO. |
| 00001765 | 9/24/03 | 0054368 | 550028681 | BUFFALO NY | | 00504696 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 8.00 EA | 2380.96 LB | 1.8300 | LB | 4,357.17 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 2.00 EA | 2.00 EA | .0000 | EA | .00 |

HIP FREIGHT COLLECT
**DO NOT MAIL

                                          SALES TAX:              .00
                                          AMOUNT DUE:        4,357.17

                         PAYABLE IN US FUNDS

-24 03 (WED) 08:31   SOLVAY FLUORIDES   A005

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.**

| CUST. NO. | B/L NUMBER |
|---|---|
| 00015800 | 0054368 |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT NY
         14094

| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|
| DATE | | TRUCK # | TRLR # |
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X _____ |
| EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 9/24/03 | 5500028691 | SPEED MOTOR | BUFFALO NY | 12 |

| ITEM | DESCRIPTION | QUANTITY SHIPPED | |
|---|---|---|---|
| | FLUX, ALUMINUM  NMFC 71685-1 NOCOLOK (R) DRY STATIC FLUX | 8 EA | 2676   LB  2380·468 |
| | PALLET | 2 EA | 80   LB |
| | SPEED MOTOR PU 09/24/03 FOR DEL ON 09/25/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L    0054365 | | |

Origin: 883 WALDEN AVENUE
       BUFFALO NY  14811

| TOTAL GROSS WEIGHT | 2756   LB |
|---|---|

| PLACARDS SUPPLIED | ☐ YES   ☐ NO-FURNISHED BY CARRIER |
|---|---|
| | DRIVER'S SIGNATURE |

**STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE**

RECEIVED, subject to the classifications and lawful tariffs in effect on the date of the issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariffs which govern the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. The description and weight contained on this Bill of Lading are correct, subject to verification by the Shippers, Weighers and/or Carriers, signers of this agreement.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THIS SHIPPER TO BE NOT EXCEEDING   $ 2.30   LB   per _____

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SOLVAY FLUORIDES, INC.  D. BASINGER
(SIGNATURE OF CONSIGNOR)

SHIPPER   SOLVAY FLUORIDES, INC.  D. BASINGER

CARRIER   SPMO (22K) 9/24/03   By _____

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE TO BE PREPAID   COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.



# SOLVAY FLUORIDES

Remit Payment To
SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
             60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

```
OLD TO: GM AUTOMOTIVE COMPONENTS GROUP      SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
        DELPHI AUTO SYSTEMS                          PLANT #2 DEPT 333
        DISB ANALYSIS                                BLDG 7 WEST PLANT
        PO BOX 1550                                  LOCKPORT  NY
        FLINT MI 48501-1550                                     14094
```

```
    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.
```

```
                        SHIP DATE:  9/25/03
                        TERMS: NET 30 DAYS
```

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | ORIGIN | |
|---|---|---|---|
| | SPEED MOTOR | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 9/25/03 | 0054400 | 550028681 | BUFFALO NY | 00504702 |

```
PROD       SIZE   QTY ORDERED         QTY SHIPPED        PRICE            AMOUNT

13675    297.621 LB    NOCOLOK(R) DRY STATIC FLUX
                  8.00 EA        2380.96 LB       1.8300    LB         4,357.17

712EA     40.000 LB    PALLET
                  2.00 EA         2.00 EA          .0000    EA              .00

HIP FREIGHT COLLECT
**DO NOT MAIL
```

```
                                              SALES TAX:              .00
                                              AMOUNT DUE:        4,357.17

                                      PAYABLE IN US FUNDS
```

9/25/2003  17:30  1716899?500  COOK MOVING SYSTEMS  PAGE  04
SEP. -25'03(THU) 08:02  SOLVAY FLUORIDES  TEL:3149662907  P. 003

| CUST. NO | B/L NUMBER | FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT. |
|----------|------------|---|
| 0001500D | 0054400 | |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT  NY

14094

| | DATE | TRUCK # | TRLR # | |
|---|---|---|---|---|
| | | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
| TIME IN | | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | | |
| TIME OUT | | | | X |
| EXPLAIN DELAY | | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|-----------|---------------------|----------|--------------|----------------|
| 9/25/03 | 550002681 | SPEED MOTOR | BUFFALO NY | 12 |

| HM | DESCRIPTION | QUANTITY SHIPPED | GROSS WEIGHT SUB TO CORRECTION |
|----|-------------|------------------|--------------------------------|
| | FLUX, ALUMINUM NMFC 71685-1 | 8 EA | 2676  LB |
| | NOCOLOK(R) DRY STATIC FLUX | | 2380.868 |
| | PALLET | 2 EA | 80  LB |
| | SPEED MOTOR PU 09/25/03 FOR DEL ON 09/26/03 | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | |
| | BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC | | |
| | COUNTRY OF ORIGIN: GERMANY FOR 93362 | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | |
| | **** | | |
| | SHIP WITH B/L ___D054399___ | | |

Origin: 803 WALDEN AVENUE
BUFFALO NY  14211

| TOTAL GROSS WEIGHT | 2756 LB |
|---|---|

PLACARDS SUPPLIED ▶ ☐ YES  ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

This is certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING  $ 2.38  LB  per ___

SOLVAY FLUORIDES, INC.  D BASINGER

SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

SHIPPER _____

CARRIER _____  By ___

IF CHARGES ARE TO PREPAID.
WRITE OR STAMP HERE: TO BE PREPAID

COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE

# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
  60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED.  IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF.  YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

```
OLD TO: GM AUTOMOTIVE COMPONENTS GROUP    SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
        DELPHI AUTO SYSTEMS                        PLANT #2 DEPT 333
        DISB ANALYSIS                              BLDG 7 WEST PLANT
        PO BOX 1550                                LOCKPORT   NY
        FLINT MI 48501-1550                                     14094
```

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                            SHIP DATE:  9/26/03
                            TERMS: NET 30 DAYS
                                        IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | | | SHIPPED VIA | ORIGIN | |
|---|---|---|---|---|---|
| | | | SPEED MOTOR | BUFFALO NY | |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| 00001765 | 9/26/03 | 0054429 | 550028681 | BUFFALO NY | 00504728 |

```
PROD     SIZE   QTY ORDERED      QTY SHIPPED      PRICE          AMOUNT

13675  297.621 LB   NOCOLOK(R) DRY STATIC FLUX
                    4.00 EA      1190.48 LB       1.8300    LB       2,178.59

712EA   40.000 LB   PALLET
                    1.00 EA      1.00 EA          .0000     EA            .00

HIP FREIGHT COLLECT
**DO NOT MAIL
```

                                        SALES TAX:              .00
                                        AMOUNT DUE:        2,178.59

                            PAYABLE IN US FUNDS

26'03 (FRI) 08:17  SOLVAY FLUORIDES

FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.

| ST NO | BL DOCKET |
|---|---|
| 0015808 | 0054429 |

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 335
BLDG 7 WEST PLANT
LOCKPORT  NY
          14094

| | DATE | TRUCK # | | TRLR # |
|---|---|---|---|---|
| | | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
| TIME IN | | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | | |
| TIME OUT | | | | X |
| EXPLAIN DELAY | | | | Consignee's Signature |

| | | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|
| | | BUFFALO NY | 12 |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | |
|---|---|---|---|
| 9/26/03 | 5500286B1 | SPEED MOTOR | |

| UM | DESCRIPTION | QUANTITY SHIPPED | |
|---|---|---|---|
| | FLUX, ALUMINUM  NMFC 71685-1 | 4 EA | 1338  LB |
| | NOCOLOK(R) DRY STATIC FLUX | | 1190.484 |
| | | 1 EA | 40  LB |
| | PALLET | | |
| | SPEED MOTOR PU 09/26/03 FOR DEL ON 09/29/03 | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | |
| | BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC | | |
| | COUNTRY OF ORIGIN:  GERMANY FOR  93362 | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | |
| | **** | | |
| | SHIP WITH B/L   0054128 | | |

Origin: 883 WALDEN AVENUE
        BUFFALO NY  14211

| TOTAL GROSS WEIGHT | 1378  LB |
|---|---|

PLACARDS SUPPLIED   ☐ YES   ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING    $ 2.30    per    LB

SHIPPER   SOLVAY FLUORIDES, INC.  D BASINGER

SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

CARRIER   Jeff Spino (4) on B/L 9-26-03

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE: TO BE PREPAID    COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
          60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO: GM AUTOMOTIVE COMPONENTS GROUP      SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         DELPHI AUTO SYSTEMS                            PLANT #2 DEPT 333
         DISB ANALYSIS                                  BLDG 7 WEST PLANT
         PO BOX 1550                                    LOCKPORT   NY
         FLINT MI 48501-1550                                        14094

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                        SHIP DATE:  9/30/03
                        TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | | | SHIPPED VIA | | ORIGIN | | |
|---|---|---|---|---|---|---|---|
| | | | SPEED MOTOR | | BUFFALO NY | | |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | | F.O.B. POINT | | INVOICE NO. |
| 00001765 | 9/30/03 | 0054468 | 550028681 | | BUFFALO NY | | 00504802 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| N13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 4.00 EA | 1190.48 LB | 1.8300 | LB | 2,178.59 |
| 9712EA | 40.000 LB | PALLET | | | | |
| | | 1.00 EA | 1.00 EA | .0000 | EA | .00 |

SHIP FREIGHT COLLECT
***DO NOT MAIL

                              SALES TAX:              .00
                              AMOUNT DUE:        2,178.59

                         PAYABLE IN US FUNDS

| DELPHI THERMAL | | | SOLVAY CHEMICALS | |
|---|---|---|---|---|
| PLANT 2 BLDG 7 | | | PO HH07398 | |
| Kathie Manning | | | ATTN SALLY FRIEDMAN | |
| PHONE 716-439-2568 | | | PHONE 314-965-7100 EXT 438 | |
| FAX 716-439-3547 | | | | |
| | | | FAX 314-966-2907 | |
| | | | | |
| PART | 93360 | 93362 | | |
| DESCRIPTION | CATOOSA | DRY-STATIC | | |
| DATE | | | | |
| SHIP/DELIVER | | | | |
| 9-24/9-25 | 0 4 | 8 | | |
| 9-25/9-26 | 8 12 | 8 | | |
| 9-26/9-29 | 12 | 4 | | |
| 9-29/9-30 | 8 | 0 | | |
| 9-30/10-1 | 12 | 4 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 4 DRUMS PER PALLET. PLEASE FAX BACK CONFIRMATION OF SHIP DATES. THIS IS A QS9000 REQUIREMENT. THANKS. | | | | |
| | | | | |
| | | | | |

SEP. -30' 03 (TUE) 07:31   SOLVAY FLUORIDES

FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.

| CUST NO | B/L NUMBER |
|---|---|
| 00015800 | 0054468 |

| | DATE | TRUCK # | TRLR # | AUTHORITY TO UNLOAD |
|---|---|---|---|---|
| | | LOAD | UNLOAD | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| SHIP TO:<br>DELPHI AUTOMOTIVE SYSTEMS<br>PLANT #2 DEPT 333<br>BLDG 7 WEST PLANT<br><br>LOCKPORT NY<br>14094 | TIME IN | | | |
| | TIME START | | | |
| | TIME OUT | | | X |
| | EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE<br>9/30/03 | CUSTOMER P.O. NUMBER<br>5500300681 | SHIP VIA<br>SPEED MOTOR | F.O.B. POINT<br>BUFFALO NY | SHIP FROM CODE<br>12 |
|---|---|---|---|---|

| NUM | DESCRIPTION | QUANTITY SHIPPED | WEIGHT(POUNDS) |
|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1<br>NOCOLOK(R) DRY STATIC FLUX<br><br>PALLET<br><br>SPEED MOTOR PU 09/30/03 FOR DEL ON 10/01/03<br>MATERIAL SAFETY DATA SHEET WITH SHIPMENT<br>PACKING SLIP BAR CODE ON LOADING & SCALE TICKET<br>BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC<br>COUNTRY OF ORIGIN: GERMANY FOR 93362<br>ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET<br>***<br>SHIP WITH B/L   0054467 | 4 EA<br><br>1 EA | 1338   LB<br>1190.484<br>40   LB |

Origin: 803 WALDEN AVENUE
BUFFALO NY 14211

| | TOTAL GROSS WEIGHT | 1378 LB 9.30.03 |
|---|---|---|

PLACARDS SUPPLIED   ☐ YES   ☐ NO   FURNISHED BY CARRIER

DRIVER'S SIGNATURE

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. The description and weight indicated on this Bill of Lading is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING | $2.30 | per | LB |
|---|---|---|---|

SOLVAY FLUORIDES, INC.   D BASINGER

SHIPPER

CARRIER _____ By _____

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SOLVAY FLUORIDES, INC.   D BASINGER

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE: TO BE PREPAID   COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY
## FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
          60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO: GM AUTOMOTIVE COMPONENTS GROUP
        DELPHI AUTO SYSTEMS
        DISB ANALYSIS
        PO BOX 1550
        FLINT MI 48501-1550

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         PLANT #2 DEPT 333
         BLDG 7 WEST PLANT
         LOCKPORT  NY
                         14094

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 10/01/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| SHIPPED VIA | ORIGIN |
|---|---|
| SPEED MOTOR | BUFFALO NY |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/01/03 | 0054501 | 550028681 | BUFFALO NY | 00504854 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| .3675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | |
|  | | 4.00 EA | 1190.48 LB | 1.8300  LB | 2,178.59 |
| 12EA | 40.000 LB | PALLET | | | |
|  | | 1.00 EA | 1.00 EA | .0000  EA | .00 |

IP FREIGHT COLLECT
*DO NOT MAIL

SALES TAX:                .00
AMOUNT DUE:          2,178.59

PAYABLE IN US FUNDS

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT**

| CUST NO | BL NUMBER |
|---------|-----------|
| 00015A00 | 0054501 |

DATE 10-1    TRUCK # 161    TRLR # 4506

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 335
BLDG 7 WEST PLANT

LOCKPORT NY

14094

| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|------|--------|---------------------|
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vehicle shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X |
| EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM COD |
|-----------|----------------------|----------|--------------|---------------|
| 10/01/03 | 5500026681 | SPEED MOTOR | BUFFALO NY | 12 |

| LINE | DESCRIPTION | QUANTITY SHIPPED | GROSS WEIGHT SUBJ TO CORR PER |
|------|-------------|------------------|-------------------------------|
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 4 EA | 1,338 LB 1190-484 |
| | PALLET | 1 EA | 40 LB |
| | SPEED MOTOR PU 10/01/03 FOR DEL ON 10/02/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET *** SHIP WITH B/L D054495 | | |

Origin: 883 WALDEN AVENUE
BUFFALO NY 14211

| TOTAL GROSS WEIGHT | 1378 LB |
|--------------------|---------|

| PLACARDS SUPPLIED | ☐ YES   ☐ NO-FURNISHED BY CARRIER |
|-------------------|-----------------------------------------|
| | DRIVER'S SIGNATURE |

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment, we Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariffs which govern the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. The description given contained weight stated on the Bill of Lading are correct, subject to verification by the Bureau. Weights shown are Shippers weights and inspection thereon according to rule.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING | $ 2.30 | LB | per |
|---|---|---|---|

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SOLVAY FLUORIDES, INC. D BASINGER

SHIPPER   SOLVAY FLUORIDES, INC. D BASINGER

(SIGNATURE OF CONSIGNOR)

CARRIER    By

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE TO BE PREPAID   COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO: GM AUTOMOTIVE COMPONENTS GROUP        SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
        DELPHI AUTO SYSTEMS                            PLANT #2 DEPT 333
        DISB ANALYSIS                                 BLDG 7 WEST PLANT
        PO BOX 1550                                   LOCKPORT  NY
        FLINT MI 48501-1550                                        14094

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                            SHIP DATE: 10/02/03
                            TERMS: NET 30 DAYS

                                              IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | | SHIPPED VIA | | ORIGIN | |
| --- | --- | --- | --- | --- | --- |
| | | SPEED MOTOR | | BUFFALO NY | |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| 00001765 | 10/02/03 | 0054535 | 550028681 | BUFFALO NY | 00504862 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 13675 | 297.621 LB | NOCOLOK(R) | DRY STATIC FLUX | | | |
| | | 8.00 EA | 2380.96 LB | 1.8300 | LB | 4,357.17 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 2.00 EA | 2.00 EA | .0000 | EA | .00 |

HIP FREIGHT COLLECT
**DO NOT MAIL

                                              SALES TAX:              .00
                                              AMOUNT DUE:         4,357.17

                          PAYABLE IN US FUNDS

OCT. -02'03 (THU) 08:29    SOLVAY FLUORIDES    TEL:3149662907    P. 005

FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.

CUST NO. 00015000    BILL NUMBER 0054535

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT. 333
BLDG 7 WEST PLANT

LOCKPORT NY
14094

| | DATE | TRUCK # | | TRLR # |
| | | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
| TIME IN | | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | | |
| TIME OUT | | | | X |
| EXPLAIN DELAY | | | | Consignee's Signature |

SHIP FROM CODE 12

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT |
| 10/02/03 | 550028681 | SPEED MOTOR | BUFFALO NY |

| ITEM | DESCRIPTION | QUANTITY SHIPPED | |
| | FLUX, ALUMINUM NMFC 71685-1 | 8 EA | 2676   LB |
| | NOCOLOK(R) DRY STATIC FLUX | | 2300.968 |
| | | 2 EA | 80   LB |
| | PALLET | | |
| | SPEED MOTOR PU 10/02/03 FOR DEL ON 10/03/03 | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | |
| | BAR-CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC | | |
| | COUNTRY OF ORIGIN:  GERMANY FOR 93362 | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | |
| | **** | | |
| | SHIP WITH B/L  0054534 | | |

Origin: 803 WALDEN AVENUE
BUFFALO NY  14211

TOTAL GROSS WEIGHT    2756   LB

PLACARDS SUPPLIED    ☐ YES    ☐ NO-FURNISHED BY CARRIER
DRIVER'S SIGNATURE

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. This shipment and weight implicated on this Bill of Lading are terms, subject to verification by the Eastern, Western and/or Southern weighing and Inspection Bureau according to the Applicable regulations of the Department of Transportation.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

THE AGREED OR DECLARED VALUE OF THIS PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING     $ 2.30     per     LB

Subject to Section 7 of conditions of this applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SOLVAY FLUORIDES, INC.   D BASINGER

SOLVAY FLUORIDES, INC.   D BASINGER
(SIGNATURE OF CONSIGNOR)

SHIPPER

CARRIER  J&M SPmo 10-2-03 (8) on 2 plts

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE: TO BE PREPAID

COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

```
OLD TO: GM AUTOMOTIVE COMPONENTS GROUP     SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
        DELPHI AUTO SYSTEMS                          PLANT #2 DEPT 333
        DISB ANALYSIS                                BLDG 7 WEST PLANT
        PO BOX 1550                                  LOCKPORT  NY
        FLINT MI 48501-1550                                        14094
```

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                        SHIP DATE: 10/03/03
                        TERMS: NET 30 DAYS
                                              IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | ORIGIN | |
|---|---|---|---|---|
| | SPEED MOTOR | | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/03/03 | 0054553 | 550028681 | BUFFALO NY | 00504901 |

```
PROD     SIZE   QTY ORDERED       QTY SHIPPED      PRICE         AMOUNT

13675   297.621 LB    NOCOLOK(R) DRY STATIC FLUX
              8.00 EA       2380.96 LB      1.8300   LB        4,357.17

712EA    40.000 LB    PALLET
              2.00 EA        2.00 EA        .0000   EA          .00

HIP FREIGHT COLLECT
**DO NOT MAIL
```

                                              SALES TAX:                .00
                                              AMOUNT DUE:         4,357.17

                                    PAYABLE IN US FUNDS

FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-900-424-9300 DAY OR NIGHT

| CUST NO. | B/L NUMBER |
|---|---|
| 00015000 | 0054553 |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT
LOCKPORT NY
14094

DATE _____ TRUCK # _____ TRLR # _____

| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X _____ |
| EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM COD |
|---|---|---|---|---|
| 10/03/03 | 550028681 | SPEED MOTOR | BUFFALO NY | 12 |

| NO | DESCRIPTION | QUANTITY SHIPPED | GROSS WEIGHT |
|---|---|---|---|
| | FLUX, ALUMINUM  NMFC 71685-1 | 8 EA | 2676 LB |
| | NOCOLOK(R) DRY STATIC FLUX | | 2380.968 |
| | PALLET | 2 EA | 80 LB |
| | SPEED MOTOR PU 10/03/03 FOR DEL ON 10/06/03 | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | |
| | BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC | | |
| | COUNTRY OF ORIGIN:  GERMANY FOR 93362 | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | |
| | **** | | |
| | SHIP WITH B/L  0054552 | | |

Origin: 803 WALDEN AVENUE
BUFFALO NY  14211

TOTAL GROSS WEIGHT        2756 LB  10-3-03

| PLACARDS SUPPLIED | ☐ YES | ☐ NO-FURNISHED BY CARRIER |
|---|---|---|
| | DRIVER'S SIGNATURE | Mike Verret |

## STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment, on behalf of each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the said Uniform Domestic Straight Bill of Lading set forth. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. The description and weights indicated on this Bill of Lading are acknowledged to be correct by the Shipper. Where lawful charges shipping and specific quotations are requiring carriers are requesting of agreement.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING | $ 2.30 | LB per |
|---|---|---|

$ 2.30  LB

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

SHIPPER  SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER _____ By _____

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE: TO BE PREPAID    COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY
## FLUORIDES

SOLVAY

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
     60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO: GM AUTOMOTIVE COMPONENTS GROUP
        DELPHI AUTO SYSTEMS
        DISB ANALYSIS
        PO BOX 1550
        FLINT MI 48501-1550

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         PLANT #2 DEPT 333
         BLDG 7 WEST PLANT
         LOCKPORT   NY
                         14094

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 10/06/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | ORIGIN | |
|---|---|---|---|
| | SPEED MOTOR | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/06/03 | 0054585 | 550028681 | BUFFALO NY | 00504912 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 13675 | 297.621 LB | NOCOLOK(R) | DRY STATIC FLUX | | | |
| | | 4.00 EA | 1190.48 LB | 1.8300 | LB | 2,178.59 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 1.00 EA | 1.00 EA | .0000 | EA | .00 |

HIP FREIGHT COLLECT
**DO NOT MAIL

SALES TAX:                .00
AMOUNT DUE:         2,178.59

PAYABLE IN US FUNDS

**FOR EMERGENCIES INVOLVING**

| CUST. NO. | F.T. ORDER NO. |
|---|---|
| 00015000 | 0054585 |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT  NY
        14094

| | TRUCK # | TRLR # | |
|---|---|---|---|
| DATE | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | |
| EXPLAIN DELAY | | | X    Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 10/06/03 | 550020681 | SPEED MOTOR | BUFFALO NY | 12 |

| TBD | DESCRIPTION | QUANTITY SHIPPED | |
|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 4 EA | 1338    LB |
| | | | 1190.484 |
| | PALLET | 1 EA | 40    LB |

SPEED MOTOR PU 10/06/03 FOR DEL ON 10/07/03
MATERIAL SAFETY DATA SHEET WITH SHIPMENT
PACKING SLIP BAR CODE ON LOADING & SCALE TICKET
BAR CODE LABELS FOR 93362 = LARGE BLUE DRYSTATIC
COUNTRY OF ORIGIN:  GERMANY FOR 93362
ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET
****
SHIP WITH B/L    D054584

Origin: 803 WALDEN AVENUE
        BUFFALO NY  14211

| TOTAL GROSS WEIGHT | 1378  LB  10.6.03 |
|---|---|

PLACARDS SUPPLIED    ☐ YES  ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE    Mike Dossett

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of receipt by the carrier, the property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING    $ 2.30    per    LB

SHIPPER    SOLVAY FLUORIDES, INC.    D BASINGER

CARRIER _____  By _____

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SOLVAY FLUORIDES, INC.    D BASINGER
(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID,    COLLECT
WRITE OR STAMP HERE TO BE PREPAID

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY
## FLUORIDES

**SOLVAY**

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

```
SOLD TO:  GM AUTOMOTIVE COMPONENTS GROUP      SHIP TO:  DELPHI AUTOMOTIVE SYSTEMS
          DELPHI AUTO SYSTEMS                            PLANT #2 DEPT 333
          DISB ANALYSIS                                  BLDG 7 WEST PLANT
          PO BOX 1550                                    LOCKPORT   NY
          FLINT MI 48501-1550                                        14094
```

   1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
   PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                              SHIP DATE: 10/08/03
                              TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | | SHIPPED VIA | | ORIGIN | |
|---|---|---|---|---|---|
| | | SPEED MOTOR | | BUFFALO NY | |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| 00001765 | 10/08/03 | 0054646 | 550028681 | BUFFALO NY | 00504970 |

| PROD | SIZE | QTY ORDERED | | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | | |
| | | 8.00 EA | | 2380.96 LB | 1.8300 | LB | 4,357.17 |
| 712EA | 40.000 LB | PALLET | | | | | |
| | | 2.00 EA | | 2.00 EA | .0000 | EA | .00 |

```
HIP FREIGHT COLLECT
**DO NOT MAIL
```

                              SALES TAX:              .00
                              AMOUNT DUE:        4,357.17

                         PAYABLE IN US FUNDS

OCT. -08 03(WED) 10:03   SOLVAY FLUORIDES   TEL:3149662907   P. 005

| CUST NO | B/L NUMBER |
|---|---|
| 00015800 | 0054645 |

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT**

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT  NY

14094

| DATE | | TRUCK # | | TRLR # | |
|---|---|---|---|---|---|
| | | LOAD | UNLOAD | AUTHORITY TO UNLOAD | |
| TIME IN | | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility so that the carrier manifest and vendor shipping document match as to the proper material ordered. | |
| TIME START | | | | | |
| TIME OUT | | | | X | |
| EXPLAIN DELAY | | | | Consignee's Signature | |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM COD |
|---|---|---|---|---|
| 10/08/03 | 5500028681 | SPEED MOTOR | BUFFALO NY | 12 |

| HM | DESCRIPTION | QUANTITY SHIPPED | | |
|---|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 | 8 EA | 2676 | LB |
| | NOCOLOK(R) DRY STATIC FLUX | | 2580 968 | |
| | | | | |
| | PALLET | 2 EA | 80 | LB |
| | | | | |
| | SPEED MOTOR PU 10/08/03 FOR DEL ON 10/09/03 | | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | | |
| | BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC | | | |
| | COUNTRY OF ORIGIN: GERMANY FOR 93362 | | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | | |
| | **** | | | |
| | SHIP WITH B/L  0054645 | | | |

Origin: 883 WALDEN AVENUE
BUFFALO NY  14211

| TOTAL GROSS WEIGHT | 2756 | LB |
|---|---|---|

| PLACARDS SUPPLIED | YES | NO-FURNISHED BY CARRIER |
|---|---|---|
| | DRIVER'S SIGNATURE | |

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING   $ 2.30   LB   per

SHIPPER   SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER   SPMO (25K) 10/8/03   By

SOLVAY FLUORIDES, INC.  D BASINGER

(SIGNATURE OF CONSIGNOR)
IF CHARGES ARE TO PREPAID,   COLLECT
WRITE OR STAMP HERE  TO BE PREPAID

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
        60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO: GM AUTOMOTIVE COMPONENTS GROUP
         DELPHI AUTO SYSTEMS
         DISB ANALYSIS
         PO BOX 1550
         FLINT MI 48501-1550

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         PLANT #2 DEPT 333
         BLDG 7 WEST PLANT
         LOCKPORT  NY
                        14094

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 10/09/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | | | SHIPPED VIA | ORIGIN | |
| CUST. NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| --- | --- | --- | --- | --- | --- |
| | | | SPEED MOTOR | BUFFALO NY | |
| 00001765 | 10/09/03 | 0054667 | 550028681 | BUFFALO NY | 00504978 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 8.00 EA | 2380.96 LB | 1.8300 | LB | 4,357.17 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 2.00 EA | 2.00 EA | .0000 | EA | .00 |

SHIP FREIGHT COLLECT
**DO NOT MAIL

SALES TAX:              .00
AMOUNT DUE:        4,357.17

PAYABLE IN US FUNDS

FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.

B/L NO. 05800   D.L. ORDER 0054667

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT  NY
        14094

| DATE | | TRUCK # | | TRLR # | |
|---|---|---|---|---|---|
| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X |
| EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 10/09/03 | 550028681 | SPEED MOTOR | BUFFALO NY | 12 |

| ITEM | DESCRIPTION | QUANTITY SHIPPED | SCALE TICKET NET WT. |
|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 8 EA | 2676  LB  2380.968 |
| | PALLET | 2 EA | 80  LB |
| | SPEED MOTOR PU 10/09/03 FOR DEL ON 10/10/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 -- LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L   0054665 | | |

Origin: 803 WALDEN AVENUE
        BUFFALO NY  14211

TOTAL GROSS WEIGHT          2756  LB

PLACARDS SUPPLIED   ☐ YES   ☐ NO-FURNISHED BY CARRIER
DRIVER'S SIGNATURE _____

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING          $ 2.30  LB          per

SOLVAY FLUORIDES, INC.  D BASINGER          SOLVAY FLUORIDES, INC.  D BASINGER
                                            (SIGNATURE OF CONSIGNOR)

SHIPPER                                      IF CHARGES ARE TO PREPAID,          COLLECT
                                            WRITE OR STAMP HERE! TO BE PREPAID

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY
# FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
        60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO: GM AUTOMOTIVE COMPONENTS GROUP        SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         DELPHI AUTO SYSTEMS                             PLANT #2 DEPT 333
         DISB ANALYSIS                                   BLDG 7 WEST PLANT
         PO BOX 1550                                      LOCKPORT  NY
         FLINT MI 48501-1550                                        14094

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 10/10/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | ORIGIN | |
|---|---|---|---|
| | SPEED MOTOR | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/10/03 | 0054688 | 550028681 | BUFFALO NY | 00505025 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| .3675 | 297.621 LB | 4.00 EA | NOCOLOK(R) DRY STATIC FLUX  1190.48 LB | 1.8300  LB | 2,178.59 |
| 12EA | 40.000 LB | 1.00 EA | PALLET  1.00 EA | .0000  EA | .00 |

IP FREIGHT COLLECT
*DO NOT MAIL

SALES TAX:                    .00
AMOUNT DUE:            2,178.59

PAYABLE IN US FUNDS

OCT. -10' 03(FRI) 08:12    SOLVAY FLUORIDES    005

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT**

| CUST NO | BA NUMBER |
|---|---|
| 00015800 | 0054688 |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT
LOCKPORT NY
14094

| DATE | TRUCK # | | TRLR # | AUTHORITY TO UNLOAD |
|---|---|---|---|---|
| | LOAD | UNLOAD | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME IN | | | | |
| TIME START | | | | |
| TIME OUT | | | | X |
| EXPLAIN DELAY | | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM COD |
|---|---|---|---|---|
| 10/10/03 | 5500208681 | SPEED MOTOR | BUFFALO NY | 12 |

| HAZ | DESCRIPTION | QUANTITY SHIPPED | | |
|---|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 | 4 EA | 1338 | LB |
| | NOCOLOK(R) DRY STATIC FLUX | | 1190.48+ | |
| | | 1 EA | 40 | LB |
| | PALLET | | | |
| | | | | |
| | SPEED MOTOR PU 10/10/03 FOR DEL ON 10/13/03 | | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | | |
| | BAR CODE LABELS FOR 93362 = LARGE BLUE DRYSTATIC | | | |
| | COUNTRY OF ORIGIN: GERMANY FOR 93362 | | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | | |
| | **** | | | |
| | SHIP WITH B/L    0054687 | | | |

Origin: 883 WALDEN AVENUE
BUFFALO NY 14211

TOTAL GROSS WEIGHT    1378    LB

PLACARDS SUPPLIED    ☐ YES    ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING    $ 2.30    LB    per

SHIPPER    SOLVAY FLUORIDES, INC.    D BASINGER
CARRIER    Jeff H. Spmo (4) on 1PLT 10.10-03

SOLVAY FLUORIDES, INC.    D BASINGER

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE IF TO BE PREPAID    COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE

# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
          60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED.  IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF.  YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

```
OLD TO: GM AUTOMOTIVE COMPONENTS GROUP      SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
        DELPHI AUTO SYSTEMS                          PLANT #2 DEPT 333
        DISB ANALYSIS                                BLDG 7 WEST PLANT
        PO BOX 1550                                  LOCKPORT  NY
        FLINT MI 48501-1550                                       14094
```

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                         SHIP DATE: 10/13/03
                         TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | ORIGIN | | |
|---|---|---|---|---|---|
| | SPEED MOTOR | | BUFFALO NY | | |

| CUST. NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/13/03 | 0054690 | 550028681 | BUFFALO NY | 00505027 |

```
PROD      SIZE   QTY ORDERED        QTY SHIPPED        PRICE            AMOUNT

13675   297.621 LB    NOCOLOK(R) DRY STATIC FLUX
               8.00 EA      2380.96 LB         1.8300   LB        4,357.17

712EA    40.000 LB    PALLET
               2.00 EA         2.00 EA          .0000   EA             .00

HIP FREIGHT COLLECT
**DO NOT MAIL
```

                                              SALES TAX:              .00
                                              AMOUNT DUE:        4,357.17

                                    PAYABLE IN US FUNDS

03 (FRI) 09:05   SOLVAY FLUORIDES                        TEL:3145662907                    P. 005

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.**

| | DATE | TRUCK # | | TRLR # | |
|---|---|---|---|---|---|
| | | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
| SHIP TO: | TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| DELPHI AUTOMOTIVE SYSTEMS | TIME START | | | |
| PLANT #2 DEPT. 333 | | | | |
| BLDG 7 WEST PLANT | TIME OUT | | | X |
| LOCKPORT  NY | EXPLAIN DELAY | | | Consignee's Signature |
| 14094 | | | | |

| SHIP DATE 10/13/03 | CUSTOMER P.O. NUMBER 550028601 | SHIP VIA SPEED MOTOR | F.O.B. POINT BUFFALO NY | SHIP FROM CODE 12 |
|---|---|---|---|---|

| HM | DESCRIPTION | QUANTITY SHIPPED | | |
|---|---|---|---|---|
| | FLUX ALUMINUM NMFC 71685-1 | 8 EA | 2676 | LB |
| | NOCOLOK (R) DRY STATIC FLUX | | 2380-968 | |
| | | | | |
| | PALLET | 2 EA | 80 | LB |
| | | | | |
| | SPEED MOTOR PU 10/13/03 FOR DEL ON 10/14/03 | | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | | |
| | BAR CODE LABELS FOR 93362   LARGE BLUE DRYSTATIC | | | |
| | COUNTRY OF ORIGIN:  GERMANY FOR 93362 | | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | | |
| | **** | | | |
| | SHIP WITH B/L _____ 0054689 | | | |

| | | | TOTAL GROSS WEIGHT | 2756 | LB |
|---|---|---|---|---|---|

Origin: 803 WALDEN AVENUE
BUFFALO NY  14211

PLACARDS SUPPLIED   [ ] YES   [ ] NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

THIS AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING   $ 2.30    LB    per

SOLVAY FLUORIDES, INC.   D BASINGER

SHIPPER   SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER   Jeff Sma (8) on 2 plts  10-13-03       By
                                        TRL # 4566

(SIGNATURE OF CONSIGNOR)   COLLECT

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE: TO BE PREPAID

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY
# FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
        60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO: GM AUTOMOTIVE COMPONENTS GROUP
         DELPHI AUTO SYSTEMS
         DISB ANALYSIS
         PO BOX 1550
         FLINT MI 48501-1550

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         PLANT #2 DEPT 333
         BLDG 7 WEST PLANT
         LOCKPORT   NY
                       14094

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 10/14/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | | ORIGIN | | |
|---|---|---|---|---|---|---|
| | SPEED MOTOR | | | BUFFALO NY | | |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | | INVOICE NO. |
| 00001765 | 10/14/03 | 0054744 | 550028681 | BUFFALO NY | | 00505081 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| .3675 | 297.621 LB | 8.00 EA | NOCOLOK(R) DRY STATIC FLUX 2380.96 LB | 1.8300 | LB | 4,357.17 |
| '12EA | 40.000 LB | 2.00 EA | PALLET 2.00 EA | .0000 | EA | .00 |

IP FREIGHT COLLECT
*DO NOT MAIL

SALES TAX:              .00
AMOUNT DUE:        4,357.17

PAYABLE IN US FUNDS

OCT. -14'03 (TUE) 08:45    SOLVAY FLUORIDES                  FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.

| CUST. NO. | B/L NUMBER |
|---|---|
| 00015460 | 0054744 |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT NY
14094

DATE ____    TRUCK # ____    TRLR # ____

| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|
| TIME IN | | | Receiver has verified that a connection has been made from the proper meter outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X _____ |
| EXPLAIN DELAY | | | Consignee's Signature |

F.O.B. POINT  BUFFALO NY                SHIP FROM CODE  12

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA |
|---|---|---|
| 10/14/03 | 550028681 | SPEED MOTOR |

| LINE | DESCRIPTION | QUANTITY SHIPPED | |
|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 | 8 EA | 2676  LB |
| | NOCOLOK(R) DRY STATIC FLUX | | 2380.968 |
| | | 2 EA | 80  LB |
| | PALLET | | |
| | SPEED MOTOR PU 10/14/03 FOR DEL ON 10/15/03 | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | |
| | BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC | | |
| | COUNTRY OF ORIGIN: GERMANY FOR 93362 | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | |
| | **** | | |
| | SHIP WITH B/L ___0054743___ | | |

Origin: 883 WALDEN AVENUE
BUFFALO NY  14211

TOTAL GROSS WEIGHT        2756  LB

PLACARDS SUPPLIED    [ ] YES    [ ] NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE _____

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this bill of lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING    $ 2.38    LB    per _____

If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SOLVAY FLUORIDES, INC.    D BASINGER
(SIGNATURE OF CONSIGNOR)

SHIPPER  SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER  Giffd SPMO (8) on 2 plts 10-14-03
TRL# 4567

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE: TO BE PREPAID

COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY
## FLUORIDES

SOLVAY

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
　　　　　60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED.  IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF.  YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO: GM AUTOMOTIVE COMPONENTS GROUP
　　　　　DELPHI AUTO SYSTEMS
　　　　　DISB ANALYSIS
　　　　　PO BOX 1550
　　　　　FLINT MI 48501-1550

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
　　　　　PLANT #2 DEPT 333
　　　　　BLDG 7 WEST PLANT
　　　　　LOCKPORT  NY
　　　　　　　　　　　14094

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 10/15/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | | | SHIPPED VIA | | ORIGIN | |
|---|---|---|---|---|---|---|
| | | | SPEED MOTOR | | BUFFALO NY | |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | | F.O.B. POINT | INVOICE NO. |
| 00001765 | 10/15/03 | 0054782 | 550028681 | | BUFFALO NY | 00505086 |

| PROD | SIZE | QTY ORDERED | | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3675 | 297.621 LB | NOCOLOK(R) | DRY STATIC FLUX | | | | |
| | | 8.00 EA | 2380.96 LB | 1.8300 | LB | 4,357.17 |
| 12EA | 40.000 LB | PALLET | | | | | |
| | | 2.00 EA | 2.00 EA | .0000 | EA | .00 |

IP FREIGHT COLLECT
*DO NOT MAIL

SALES TAX: 　　　　　　　.00
AMOUNT DUE: 　　　4,357.17

PAYABLE IN US FUNDS

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.**

| | |
|---|---|
| 15880 | 0054782 |

DATE _____  TRUCK # _____  TRLR # _____

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT
LOCKPORT NY
14094

| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X |
| EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 10/15/03 | 550028641 | SPEED MOTOR | BUFFALO NY | 12 |

| (LB) | DESCRIPTION | QUANTITY SHIPPED | |
|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 8 EA | 2676 LB |
| | | | 2380968 |
| | PALLET | 2 EA | 80 LB |
| | SPEED MOTOR PU 10/15/03 FOR DEL ON 10/16/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L _____ | | |

| TOTAL GROSS WEIGHT | 2756 LB |
|---|---|

Origin: 803 WALDEN AVENUE
BUFFALO NY 14211

PLACARDS SUPPLIED  ☐ YES  ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $ 2.30 LB per _____

SOLVAY FLUORIDES, INC. D BASINGER

SHIPPER SOLVAY FLUORIDES, INC. D BASINGER

SOLVAY FLUORIDES, INC. D BASINGER

(SIGNATURE OF CONSIGNOR)

CARRIER _____ 10-15-03 By _____

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE: TO BE PREPAID  COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.



# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO: GM AUTOMOTIVE COMPONENTS GROUP      SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         DELPHI AUTO SYSTEMS                          PLANT #2 DEPT 333
         DISB ANALYSIS                                BLDG 7 WEST PLANT
         PO BOX 1550                                  LOCKPORT   NY
         FLINT MI 48501-1550                                     14094

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.   1 KG = 2.2046 LBS.

                        SHIP DATE: 10/16/03
                        TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | | ORIGIN | |
|---|---|---|---|---|---|
| | SPEED MOTOR | | | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/16/03 | 0054806 | 550028681 | BUFFALO NY | 00505119 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 8.00 EA | 2380.96 LB | 1.8300 | LB | 4,357.17 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 2.00 EA | 2.00 EA | .0000 | EA | .00 |

SHIP FREIGHT COLLECT
**DO NOT MAIL

                                    SALES TAX:          .00
                                    AMOUNT DUE:     4,357.17

                        PAYABLE IN US FUNDS

03 (THU) 08:17   SOLVAY FLUORIDES                    TEL:3149068290                    P. 005

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT**

NO. 15800    B/L NUMBER 0054806

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
PLANT #8 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT NY
            14094

| DATE | | TRUCK # | | TRLR # | |
| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material entered. |
| TIME START | | | |
| TIME OUT | | | X |
| EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE 10/16/03 | CUSTOMER P.O. NUMBER SSQ029681 | SHIP VIA SPEED MOTOR | F.O.B. POINT BUFFALO NY | SHIP FROM CODE 12 |

| UNIT | DESCRIPTION | QUANTITY SHIPPED | GROSS WEIGHT |
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 8 EA | 2676   LB  2380 968 |
| | PALLET | 2 EA | 80   LB |
| | SPEED MOTOR PU 10/16/03 FOR DEL ON 10/17/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L  0054805 | | |

Origin: 803 WALDEN AVENUE
         BUFFALO NY  14211

TOTAL GROSS WEIGHT           2756  LB   10.16.03

PLACARDS SUPPLIED   [ ] YES   [ ] NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE  Special Milk Hassel

**FREIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____  $ 2.30  LB  per _____

SHIPPER  SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER _____ By _____

SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE: TO BE PREPAID   COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE

# SOLVAY
## FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                    60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO: GM AUTOMOTIVE COMPONENTS GROUP
        DELPHI AUTO SYSTEMS
        DISB ANALYSIS
        PO BOX 1550
        FLINT MI 48501-1550

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         PLANT #2 DEPT 333
         BLDG 7 WEST PLANT
         LOCKPORT  NY
                              14094

*[handwritten: Lockport plant]*
*[handwritten: 248-813-2000 info]*
*[handwritten: 716-439-2237]*
*[handwritten: 716-439-2957]*
*[handwritten: Someone in M. Chiges]*

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 10/20/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | ORIGIN |
|---|---|---|
| | SPEED MOTOR | BUFFALO NY |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/20/03 | 0054858 | 550028681 | BUFFALO NY | 00505199 |

| ROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 3675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 4.00 EA | 1190.48 LB | 1.8300 | LB | 2,178.59 |
| 12EA | 40.000 LB | PALLET | | | | |
| | | 1.00 EA | 1.00 EA | .0000 | EA | .00 |

IP FREIGHT COLLECT
*DO NOT MAIL

SALES TAX:                    .00
AMOUNT DUE:             2,178.59

PAYABLE IN US FUNDS

| DELPHI THERMAL | | | SOLVAY CHEMICALS | |
|---|---|---|---|---|
| PLANT 2 BLDG 7 | | | PO HH07398 | |
| Kathie Manning | | | ATTN SALLY FRIEDMAN | |
| PHONE 716-439-2568 | | | PHONE 314-965-7100 EXT 438 | |
| FAX 716-439-3547 | | | | |
| | | | FAX 314-966-2907 | |
| | | | | |
| PART | 93360 | 93362 | | |
| DESCRIPTION | CATOOSA | DRY-STATIC | | |
| DATE | | | | |
| SHIP/DELIVER | | | | |
| 10-8 / 10-9 | 12 | 8 | | |
| 10-9 / 10-10 | 8 | 8 | | |
| 10-10 / 10-13 | 12 | 4 | | |
| 10-13 / 10-14 | 12 | 8 | | |
| 10-14 / 10-15 | 8 | 8 | | |
| 10-15 / 10-16 | 8 | 8 | | |
| 10-16 / 10-17 | 8 | 8 | | |
| 10-17 / 10-20 | 12 | 8 | | |
| 10-20 / 10-21 | | 4 | | |
| 4 DRUMS PER PALLET.  PLEASE FAX BACK CONFIRMATION OF SHIP DATES.  THIS IS A QS9000 REQUIREMENT, THANKS. | | | | |
| | | | | |
| | | | | |

→ BACK Tuesday 10-14-03

Enjoy your Meeting !!

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.**

| CUST. NO. | B/L NUMBER |
|---|---|
| 00015800 | 0054855 |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT NY
14094

| | | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|---|
| DATE | | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TRUCK # | TIME IN | | | |
| | TIME START | | | |
| | TIME OUT | | | X |
| TRLR # | EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 10/20/03 | 550028601 | SPEED MOTOR | BUFFALO NY | 12 |

| REF | DESCRIPTION | QUANTITY SHIPPED | GROSS/TARE SORT/BLDG BIN/BAR |
|---|---|---|---|
| | FLUX, ALUMINUM  NMFC 71685-1  NOCOLOK(R) DRY STATIC FLUX | 4 EA | 1338 LB  1140.484 |
| | PALLET | 1 EA | 40 LB |
| | SPEED MOTOR PU 10/17/03 FOR DEL ON 10/20/03  MATERIAL SAFETY DATA SHEET WITH SHIPMENT  PACKING SLIP BAR CODE ON LOADING & SCALE TICKET  BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC  COUNTRY OF ORIGIN:  GERMANY FOR 93362  ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET  ****  SHIP WITH B/L 54857 | | |

Origin: 803 WALDEN AVENUE
BUFFALO NY  14211

TOTAL GROSS WEIGHT     1378  LB  10.20.03

PLACARDS SUPPLIED       ☐ YES   ☐ NO-FURNISHED BY CARRIER
DRIVER'S SIGNATURE

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
$ 2.30    LB    per

SHIPPER    SOLVAY FLUORIDES, INC.  D BASINGER

SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE  TO BE PREPAID    COLLECT

CARRIER    by

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY
# FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                    60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO: GM AUTOMOTIVE COMPONENTS GROUP
         DELPHI AUTO SYSTEMS
         DISB ANALYSIS
         PO BOX 1550
         FLINT MI 48501-1550

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         PLANT #2 DEPT 333
         BLDG 7 WEST PLANT
         LOCKPORT   NY
                       14094

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 10/22/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | ORIGIN | |
|---|---|---|---|---|
| | SPEED MOTOR | | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/22/03 | 0054912 | 550028681 | BUFFALO NY | 00505227 |

| ROD | SIZE | QTY ORDERED | | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | | |
| | | 8.00 EA | . 2380.96 LB | | 1.8300 | LB | 4,357.17 |
| 12EA | 40.000 LB | PALLET | | | | | |
| | | 2.00 EA | 2.00 EA | | .0000 | EA | .00 |

IP FREIGHT COLLECT
*DO NOT MAIL

SALES TAX:                    .00
AMOUNT DUE:            4,357.17

PAYABLE IN US FUNDS

SOLVAY FLUORIDES

FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.

| CUST. NO. | B/L NUMBER |
|---|---|
| 00015800 | 0054912 |

DATE _____ TRUCK # _____ TRLR # _____

| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document - match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X |
| EXPLAIN DELAY | | | Consignee's Signature |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT NY

14094

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 10/22/03 | 000028631 | SPEED MOTOR | BUFFALO NY | 12 |

| H/M | DESCRIPTION | QUANTITY SHIPPED | QTY & WEIGHT AND/OR CORRECTION |
|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 8 EA | 2676 LB  2380.968 |
| | PALLET | 2 EA | 80 LB |
| | SPEED MOTOR PU 10/22/03 FOR DEL ON 10/23/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 — LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L  D054911 | | |

Origin: 803 WALDEN AVENUE
BUFFALO NY 14211

| TOTAL GROSS WEIGHT | 2756 LB |
|---|---|

PLACARDS SUPPLIED ☐ YES ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. The description and weight indicated on this Bill of Lading are correct and are in accordance by the Shipper, however subject hereto and are subject to physical inspection and/or correction according to agreement.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $ 2.30 ___ LB ___ per ___

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignor)

SHIPPER  SOLVAY FLUORIDES, INC.  D BASINGER

SOLVAY FLUORIDES, INC.  D BASINGER

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE: TO BE PREPAID  COLLECT

CARRIER  Same  (8)on 2 plts  10.22.03

TRK # 4526

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY
## SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO:  GM AUTOMOTIVE COMPONENTS GROUP        SHIP TO:  DELPHI AUTOMOTIVE SYSTEMS
          DELPHI AUTO SYSTEMS                              PLANT #2 DEPT 333
          DISB ANALYSIS                                    BLDG 7 WEST PLANT
          PO BOX 1550                                      LOCKPORT  NY
          FLINT MI 48501-1550                                        14094

      1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
      PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                                    SHIP DATE: 10/23/03
                                    TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | ORIGIN | |
|---|---|---|---|---|
| | SPEED MOTOR | | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/23/03 | 0054935 | 550028681 | BUFFALO NY | 00505230 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 3675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 4.00 EA | 1190.48 LB | 1.8300 | LB | 2,178.59 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 1.00 EA | 1.00 EA | .0000 | EA | .00 |

SHIP FREIGHT COLLECT
**DO NOT MAIL

SALES TAX:                         .00
AMOUNT DUE:                   2,178.59

PAYABLE IN US FUNDS

FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT...

| CUST. NO | B/L NUMBER |
|----------|------------|
| 00015800 | 0054935 |

**SHIP TO:**
DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT NY
14094

| | | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|---|
| DATE | TRUCK # | | | TRLR # |
| TIME IN | | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | | |
| TIME OUT | | | | X |
| EXPLAIN DELAY | | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|-----------|---------------------|----------|--------------|----------------|
| 10/23/03 | 550028881 | SPEED MOTOR | BUFFALO NY | 12 |

| HM | DESCRIPTION | QUANTITY SHIPPED | NET TO CUSTOMER |
|----|-------------|------------------|-----------------|
| | FLUX, ALUMINUM NMFC 71685-1 | 4 EA | 1338 LB |
| | NOCOLOK (R) DRY STATIC FLUX | | 1190 484 |
| | | | |
| | PALLET | 1 EA | 40 LB |
| | | | |
| | SPEED MOTOR PU 10/23/03 FOR DEL ON 10/24/03 | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | |
| | BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC | | |
| | COUNTRY OF ORIGIN: GERMANY FOR 93362 | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | |
| | **** | | |
| | SHIP WITH B/L  0054934 | | |

Origin: 803 WALDEN AVENUE
BUFFALO NY  14211

| TOTAL GROSS WEIGHT | 1378 LB |
|--------------------|---------|

PLACARDS SUPPLIED  ☐ YES  ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

## STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. This Memorandum and freight instructions are the BL of Lading and no other form of BL shall be used.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING | $ 2.30 per LB |
|---|---|

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SOLVAY FLUORIDES, INC.  D BASINGER

(SIGNATURE OF CONSIGNOR)

SHIPPER  SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER  SPmo(isk) 10/23/03  by  ___

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE: TO BE PREPAID  COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# 48143

# SOLVAY
## FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
          60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO: GM AUTOMOTIVE COMPONENTS GROUP      SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
        DELPHI AUTO SYSTEMS                           PLANT #2 DEPT 333
        DISB ANALYSIS                                 BLDG 7 WEST PLANT
        PO BOX 1550                                   LOCKPORT  NY
        FLINT MI 48501-1550                                        14094

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.   1 KG = 2.2046 LBS.

                          SHIP DATE: 10/24/03
                          TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| SHIPPED VIA | ORIGIN | |
|---|---|---|
| SPEED MOTOR | BUFFALO NY | ▼ |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/24/03 | 0054966 | 550028681 | BUFFALO NY | 00505292 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 8.00 EA | 2380.96 LB | 1.8300 | LB | 4,357.17 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 2.00 EA | 2.00 EA | .0000 | EA | .00 |

HIP FREIGHT COLLECT
**DO NOT MAIL

                                        SALES TAX:              .00
                                        AMOUNT DUE:        4,357.17

                          PAYABLE IN US FUNDS

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.**

| | | DATE | TRUCK # | | TRLR # | |
|---|---|---|---|---|---|---|
| CUST. ID: 00015808 | Ba no: 0054966 | | LOAD | UNLOAD | | AUTHORITY TO UNLOAD |

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT
LOCKPORT NY
14094

| | TIME IN | |
| TIME START | |
| TIME OUT | |
| EXPLAIN DELAY | |

Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered.

X _____
Consignee's Signature

| SHIP DATE 10/24/03 | CUSTOMER P.O. NUMBER 530026601 | SHIP VIA SPEED MOTOR | F.O.B. POINT BUFFALO NY | SHIP FROM CODE 12 |

| ITEM | DESCRIPTION | QUANTITY SHIPPED | |
|---|---|---|---|
| | FLUX, ALUMINUM WMFC 71605-1 NOCOLOK(R) DRY STATIC FLUX | 8 EA | 2676 LB  2380-468 |
| | PALLET | 2 EA | 80 LB |
| | SPEED MOTOR PU 10/24/03 FOR DEL ON 10/27/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L  0054965 | | |

TOTAL GROSS WEIGHT    2756 LB

Origin: 803 WALDEN AVENUE
BUFFALO NY 14211

PLACARDS SUPPLIED    [ ] YES    [ ] NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

## STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING    $ 2.30 LB   per

SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

SHIPPER  SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER  _____ SPMO 0602  10-14-03

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE: TO BE PREPAID    COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

TRL # UFL9

# SOLVAY
## SOLVAY FLUORIDES

Remit Payment To
SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
          60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO:  GM AUTOMOTIVE COMPONENTS GROUP        SHIP TO:  DELPHI AUTOMOTIVE SYSTEMS
         DELPHI AUTO SYSTEMS                             PLANT #2 DEPT 333
         DISB ANALYSIS                                   BLDG 7 WEST PLANT
         PO BOX 1550                                     LOCKPORT   NY
         FLINT MI 48501-1550                                        14094


     1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
     PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.


                              SHIP DATE: 10/27/03
                              TERMS: NET 30 DAYS
                                                    IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | | SHIPPED VIA | | ORIGIN | |
| --- | --- | --- | --- | --- | --- |
| | | SPEED MOTOR | | BUFFALO NY | |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| 00001765 | 10/27/03 | 0054982 | 550028681 | BUFFALO NY | 00505299 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 13675 | 297.621 LB | NOCOLOK(R) 4.00 EA | DRY STATIC FLUX 1190.48 LB | 1.8300 | LB | 2,178.59 |
| 712EA | 40.000 LB | PALLET 1.00 EA | 1.00 EA | .0000 | EA | .00 |

HIP FREIGHT COLLECT
**DO NOT MAIL


                                             SALES TAX:                    .00
                                             AMOUNT DUE:            2,178.59

                              PAYABLE IN US FUNDS

FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.

| CUSTOMER | SHIPPER | DATE | TRUCK # | | | TRLR # | | AUTHORITY TO UNLOAD |
|---|---|---|---|---|---|---|---|---|
| 00015800 | 0054982 | | LOAD | UNLOAD | | | | |

| | | LOAD | UNLOAD | | AUTHORITY TO UNLOAD |
|---|---|---|---|---|---|
| TIME IN | | | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | | | |
| TIME OUT | | | | | X _____ |
| EXPLAIN DELAY | | | | | Consignee's Signature |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT  NY
        14094

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 10/27/03 | 550028681 | SPEED MOTOR | BUFFALO NY | 12 |

| LBS | DESCRIPTION | QUANTITY SHIPPED | | SHIP TO/LONG ITEM |
|---|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 | 4 EA | 1338 LB | 1490.484 |
| | NOCOLOR (R) DRY STATIC FLUX | | | |
| | PALLET | 1 EA | 40 LB | |
| | SPEED MOTOR PU 10/27/03 FOR DEL ON 10/28/03 | | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | | |
| | BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC | | | |
| | COUNTRY OF ORIGIN: GERMANY FOR 93362 | | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | | |
| | **** | | | |
| | SHIP WITH B/L  0054979 | | | |

| | TOTAL GROSS WEIGHT | 1378 LB | 10.27.03 |
|---|---|---|---|

Origin: 803 WALDEN AVENUE
        BUFFALO NY  14211

PLACARDS SUPPLIED ▶   ☐ YES   ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE  Speed Mike Dossett

## STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which the carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. The description and weight indicated on this Bill of Lading are correct, subject to verification by the carrier, and said materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING   $ 2.30   per  LB

SHIPPER  SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER _____  By _____

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE: TO BE PREPAID   COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY
## FLUORIDES

**Remit Payment To**

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO: GM AUTOMOTIVE COMPONENTS GROUP       SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         DELPHI AUTO SYSTEMS                           PLANT #2 DEPT 333
         DISB ANALYSIS                                 BLDG 7 WEST PLANT
         PO BOX 1550                                   LOCKPORT   NY
         FLINT MI 48501-1550                                      14094

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                         SHIP DATE: 10/28/03
                         TERMS: NET 30 DAYS

**IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE**

| | SHIPPED VIA | | ORIGIN | |
| --- | --- | --- | --- | --- |
| | SPEED MOTOR | | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| --- | --- | --- | --- | --- | --- |
| 00001765 | 10/28/03 | 0055015 | 550028681 | BUFFALO NY | 00505323 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 8.00 EA | 2380.96 LB | 1.8300 | LB | 4,357.17 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 2.00 EA | 2.00 EA | .0000 | EA | .00 |

HIP FREIGHT COLLECT
*DO NOT MAIL

                                        SALES TAX:              .00
                                        AMOUNT DUE:        4,357.17

                    PAYABLE IN US FUNDS

03 (TUE) 09:56  SOLVAY FLUORIDES

**FOR EMERGENCIES RVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.**

015000   0055015

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT
LOCKPORT NY
14094

| DATE | TRUCK # | | TRLR # | AUTHORITY TO UNLOAD |
|---|---|---|---|---|
| | LOAD | UNLOAD | | |
| TIME IN | | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | | |
| TIME OUT | | | X | |
| EXPLAIN DELAY | | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 10/28/03 | 550028651 | SPEED MOTOR | BUFFALO NY | 12 |

| HW | DESCRIPTION | QUANTITY SHIPPED | |
|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 *Blue* | 8 EA | 2676   LB |
| | NOCOLOK(R) DRY STATIC FLUX | | 2380·968 |
| | | 2 EA | 80   LB |
| | PALLET | | |
| | SPEED MOTOR PU 10/28/03 FOR DEL ON 10/29/03 | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | |
| | BAR CODE LABELS FOR 33360 - LARGE WHITE AMERICAN | | |
| | COUNTRY OF ORIGIN: USA FOR 33360 | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | |
| | **** | | |
| | SHIP WITH B/L.  0055013 | | |

Origin: 883 WALDEN AVENUE
BUFFALO NY 14211

| TOTAL GROSS WEIGHT | 2756   LB |
|---|---|

PLACARDS SUPPLIED   [ ] YES   [ ] NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVER, subject to the classifications and tariffs in effect on the date of receipt by the carrier, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING   $ 2.30   per   LB

SOLVAY FLUORIDES, INC.   D BASINGER

SHIPPER   SOLVAY FLUORIDES, INC.   D BASINGER

(SIGNATURE OF CONSIGNOR)

CARRIER   *Jeff # Spmo (8) on 2 plt   10-28-03*

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE: TO BE PREPAID   COLLECT

TRC # 4865

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED.  IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF.  YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS.  IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

```
OLD TO:  GM AUTOMOTIVE COMPONENTS GROUP      SHIP TO:  DELPHI AUTOMOTIVE SYSTEMS
         DELPHI AUTO SYSTEMS                           PLANT #2 DEPT 333
         DISB ANALYSIS                                 BLDG 7 WEST PLANT
         PO BOX 1550                                   LOCKPORT  NY
         FLINT MI 48501-1550                                        14094
```

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 10/29/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | ORIGIN | |
| --- | --- | --- | --- | --- |
| | SPEED MOTOR | | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| --- | --- | --- | --- | --- | --- |
| 00001765 | 10/29/03 | 0055038 | 550028681 | BUFFALO NY | 00505329 |

```
PROD      SIZE  QTY ORDERED        QTY SHIPPED        PRICE          AMOUNT

13675   297.621 LB    NOCOLOK(R) DRY STATIC FLUX
               8.00 EA       2380.96 LB     1.8300   LB      4,357.17

712EA    40.000 LB    PALLET
               2.00 EA        2.00 EA        .0000   EA          .00

HIP FREIGHT COLLECT
**DO NOT MAIL
```

SALES TAX:                    .00
AMOUNT DUE:              4,357.17

PAYABLE IN US FUNDS

FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.

00015800    0055838

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT NY

14094

| | LOAD | UNLOAD |
|---|---|---|
| TIME IN | | |
| TIME START | | |
| TIME OUT | | |
| EXPLAIN DELAY | | |

DATE _____  TRUCK # _____  TRLR # _____

AUTHORITY TO UNLOAD

Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered.

X _____
Consignee's Signature

SHIP FROM CODE  12

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT |
|---|---|---|---|
| 10/29/03 | 550028681 | SPEED MOTOR | BUFFALO NY |

| DESCRIPTION | QUANTITY SHIPPED | |
|---|---|---|
| FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 8 EA | 2676 LB 2380.468 |
| PALLET | 2 EA | 80 LB |
| SPEED MOTOR PU 10/29/03 FOR DEL ON 10/30/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L    0055037 | | |

10-29-03

TOTAL GROSS WEIGHT    2756 LB

Origin: 803 WALDEN AVENUE
BUFFALO NY  14211

PLACARDS SUPPLIED  [ ] YES  [ ] NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING    $ 2.30    per    LB

SHIPPER    SOLVAY FLUORIDES, INC.   D BASINGER

CARRIER _____  By _____

SOLVAY FLUORIDES, INC.   D BASINGER
(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE: TO BE PREPAID    COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
     60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO: GM AUTOMOTIVE COMPONENTS GROUP      SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         DELPHI AUTO SYSTEMS                           PLANT #2 DEPT 333
         DISB ANALYSIS                                 BLDG 7 WEST PLANT
         PO BOX 1550                                   LOCKPORT  NY
         FLINT MI 48501-1550                                       14094

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                            SHIP DATE: 10/30/03
                            TERMS: NET 30 DAYS

                                          IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | ORIGIN | |
|---|---|---|---|---|
| | SPEED MOTOR | | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 10/30/03 | 0055061 | 550028681 | BUFFALO NY | 00505383 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 8.00 EA | 2380.96 LB | 1.8300 | LB | 4,357.17 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 2.00 EA | 2.00 EA | .0000 | EA | .00 |

SHIP FREIGHT COLLECT
**DO NOT MAIL

                                        SALES TAX:              .00
                                        AMOUNT DUE:        4,357.17

                            PAYABLE IN US FUNDS

SOLVAY FLUORIDES

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.**

0055061

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT
LOCKPORT NY
14094

| | |
|---|---|
| DATE | TRUCK # TRLR # |

| | LOAD | UN LOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X |
| EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 10/30/03 | 550829681 | SPEED MOTOR | BUFFALO NY | 12 |

| H61 | DESCRIPTION | QUANTITY SHIPPED | | |
|---|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 | 8 EA | 2676 | LB |
| | NOCOLOK(R) DRY STATIC FLUX | | 2380·468 | |
| | | 2 EA | 80 | LB |
| | PALLET | | | |
| | SPEED MOTOR PU 10/30/03 FOR DEL ON 10/31/03 | | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | | |
| | BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC | | | |
| | COUNTRY OF ORIGIN: GERMANY FOR 93362 | | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | | |
| | **** | | | |
| | SHIP WITH B/L     0055060 | | | |

Origin: 803 WALDEN AVENUE
BUFFALO NY 14211

| TOTAL GROSS WEIGHT | 2756 | LB |
|---|---|---|

PLACARDS SUPPLIED  ☐ YES   ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE _____

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING   $ 2.30   per   LB

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SOLVAY FLUORIDES, INC.   D BASINGER
(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE TO BE PREPAID   COLLECT

SHIPPER  SOLVAY FLUORIDES, INC.   D BASINGER

CARRIER _____   By  10·30·03

**TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.**

# SOLVAY FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
  60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO:  GM AUTOMOTIVE COMPONENTS GROUP        SHIP TO:  DELPHI AUTOMOTIVE SYSTEMS
          DELPHI AUTO SYSTEMS                             PLANT #2 DEPT 333
          DISB ANALYSIS                                   BLDG 7 WEST PLANT
          PO BOX 1550                                     LOCKPORT  NY
          FLINT MI 48501-1550                                       14094

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 10/31/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | | | SHIPPED VIA | ORIGIN | |
| --- | --- | --- | --- | --- | --- |
| | | | SPEED MOTOR | BUFFALO NY | |

| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| --- | --- | --- | --- | --- | --- |
| 00001765 | 10/31/03 | 0055092 | 550028681 | BUFFALO NY | 00505412 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 8.00 EA | 2380.96 LB | 1.8300 | LB | 4,357.17 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 2.00 EA | 2.00 EA | .0000 | EA | .00 |

SHIP FREIGHT COLLECT
**DO NOT MAIL

SALES TAX:            .00
AMOUNT DUE:      4,357.17

PAYABLE IN US FUNDS

SOLVAY FLUORIDES

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT**

0015800    0055092

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT
LOCKPORT NY
        14094

| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X |
| EXPLAIN DELAY | | | Consignee's Signature |

DATE ____  TRUCK # ____  TRLR # ____

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 10/31/03 | 5500208681 | SPEED MOTOR | BUFFALO NY | 12 |

| ITEM | DESCRIPTION | QUANTITY SHIPPED | | |
|---|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 8 EA | 2676 | LB |
| | PALLET | 2 EA | 2380.968 80 | LB |
| | SPEED MOTOR PU 10/31/03 FOR DEL ON 11/03/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L ___ 0055091 | | | |

Origin: 803 WALDEN AVENUE
BUFFALO NY 14211

| TOTAL GROSS WEIGHT | 2756 | LB |
|---|---|---|

| PLACARDS SUPPLIED | ☐ YES | ☐ NO-FURNISHED BY CARRIER |
|---|---|---|
| | DRIVER'S SIGNATURE | |

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, ...

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING     $ 2.30    per LB

Subject to Section 7 of conditions of the applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| SHIPPER | SOLVAY FLUORIDES, INC.  D BASINGER | SOLVAY FLUORIDES, INC.  D BASINGER |
|---|---|---|
| CARRIER | SPEED, SHedym  10-31-03  By | (SIGNATURE OF CONSIGNOR) |
| #4565 | | IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE  TO BE PREPAID     COLLECT |

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE

# SOLVAY FLUORIDES

**Remit Payment To**

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO:  GM AUTOMOTIVE COMPONENTS GROUP      SHIP TO:  DELPHI AUTOMOTIVE SYSTEMS
         DELPHI AUTO SYSTEMS                            PLANT #2 DEPT 333
         DISB ANALYSIS                                  BLDG 7 WEST PLANT
         PO BOX 1550                                    LOCKPORT  NY
         FLINT MI 48501-1550                                      14094

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 11/03/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | ORIGIN | |
|---|---|---|---|---|
| | SPEED MOTOR | | BUFFALO NY | |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| 00001765 | 11/03/03 | 0055118 | 550028681 | BUFFALO NY | 00505433 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 13675 | 297.621 LB | NOCOLOK(R) 4.00 EA | DRY STATIC FLUX 1190.48 LB | 1.8300 | LB | 2,178.59 |
| 712EA | 40.000 LB | PALLET 1.00 EA | 1.00 EA | .0000 | EA | .00 |

HIP FREIGHT COLLECT
**DO NOT MAIL

SALES TAX:                        .00
AMOUNT DUE:                 2,178.59

PAYABLE IN US FUNDS

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT**

915800    0055118

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT  NY

14094

| DATE | | TRUCK # | | | TRLR # | |
| --- | --- | --- | --- | --- | --- | --- |
| | | LOAD | | UNLOAD | | AUTHORITY TO UNLOAD |
| TIME IN | | | | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and Yandt shipping document match as to the proper material ordered. |
| TIME START | | | | | | |
| TIME OUT | | | | | | |
| EXPLAIN DELAY | | | | | | X |
| | | | | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | | F.O.B. POINT | SHIP FROM COE |
| --- | --- | --- | --- | --- | --- |
| 11/03/03 | 5500208691 | SPEED MOTOR | | BUFFALO NY | 12 |

| ITEM | DESCRIPTION | QUANTITY SHIPPED | | SHIP LOT/Ship Date |
| --- | --- | --- | --- | --- |
| | FLUX, ALUMINUM NMFC 71685-1 | 4 EA | 1338  LB | |
| | NOCOLOK(R) DRY STATIC FLUX | | | |
| | PALLET | 1 EA | 1190.482 | |
| | | | 40  LB | |
| | SPEED MOTOR PU 11/03/03 FOR DEL ON 11/04/03 | | | |
| | MATERIAL SAFETY DATA SHEET WITH SHIPMENT | | | |
| | PACKING SLIP BAR CODE ON LOADING & SCALE TICKET | | | |
| | BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC | | | |
| | COUNTRY OF ORIGIN: GERMANY FOR 93362 | | | |
| | ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET | | | |
| | **** | | | |
| | SHIP WITH B/L ____ 0055117 | | | |

Origin: 883 WALDEN AVENUE
BUFFALO NY  14211

| TOTAL GROSS WEIGHT | 1378  LB |
| --- | --- |

PLACARDS SUPPLIED      ☐ YES    ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE

**RAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVED, subject to the classifications and lawfully established tariffs in effect on the date of issue of this Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

IF AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING    $ 2.30    per ____ LB

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SHIPPER  SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER  Jeff Samo (4) on 11-3-03

SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE TO BE PREPAID    COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE

TRK # 4654

# SOLVAY
# FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
        60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

SOLD TO: GM AUTOMOTIVE COMPONENTS GROUP
         DELPHI AUTO SYSTEMS
         DISB ANALYSIS
         PO BOX 1550
         FLINT MI 48501-1550

SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
         PLANT #2 DEPT 333
         BLDG 7 WEST PLANT
         LOCKPORT   NY
                                14094

1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

SHIP DATE: 11/04/03
TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| SHIPPED VIA | ORIGIN |
|---|---|
| SPEED MOTOR | BUFFALO NY |

| CUST. NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
|---|---|---|---|---|---|
| 00001765 | 11/04/03 | 0055148 | 550028681 | BUFFALO NY | 00505476 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
| | | 4.00 EA | 1190.48 LB | 1.8300 | LB | 2,178.59 |
| 712EA | 40.000 LB | PALLET | | | | |
| | | 1.00 EA | 1.00 EA | .0000 | EA | .00 |

SHIP FREIGHT COLLECT
**DO NOT MAIL

SALES TAX:                    .00
AMOUNT DUE:              2,178.59

PAYABLE IN US FUNDS

NOV. -04' 03(TUE) 09:05   SOLVAY FLUORIDES   TEL: 3149662907   P. 003

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT**

| CUST. NO. | SHIP ORDER |
|---|---|
| 00015800 | 0055148 |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT. 333
BLDG 7 WEST PLANT

LOCKPORT NY
           14094

| DATE | TRUCK # | | TRLR # | |
|---|---|---|---|---|
| | LOAD | UNLOAD | AUTHORITY TO UNLOAD | |
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. | |
| TIME START | | | | |
| TIME OUT | | | X | |
| EXPLAIN DELAY | | | Consignee's Signature | |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM COD |
|---|---|---|---|---|
| 11/04/03 | 550026601 | SPEED MOTOR | BUFFALO NY | 12 |

| U/M | DESCRIPTION | QUANTITY SHIPPED | SHIP TO WEIGHT CODE |
|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 4 EA | 1338   LB |
| | PALLET | | 1190.48 |
| | | 1 EA | 48   LB |
| | SPEED MOTOR PU 11/04/03 FOR DEL ON 11/05/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L _____ | | |

Origin: 803 WALDEN AVENUE
        BUFFALO NY  14211

TOTAL GROSS WEIGHT   1378   LB

11-4-03

| PLACARDS SUPPLIED | YES | NO-FURNISHED BY CARRIER |
|---|---|---|
| | | DRIVER'S SIGNATURE _____ |

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. The description and weight indicated on this Bill of Lading are correct, subject to verification by the Carrier's, Weight and/or Separate weighing and inspection authority according to agreement.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS
HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING   $ 2.30   per _____ LB

Subject to Section 7 of conditions of the applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SHIPPER   SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER _____ By ___

SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE: TO BE PREPAID   COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE

# SOLVAY
# FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
              60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO: GM AUTOMOTIVE COMPONENTS GROUP        SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
        DELPHI AUTO SYSTEMS                            PLANT #2 DEPT 333
        DISB ANALYSIS                                  BLDG 7 WEST PLANT
        PO BOX 1550                                    LOCKPORT  NY
        FLINT MI 48501-1550                                           14094

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                            SHIP DATE: 11/05/03
                            TERMS: NET 30 DAYS
                                               IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

|  |  |  | SHIPPED VIA | ORIGIN |  |
|---|---|---|---|---|---|
|  |  |  | SPEED MOTOR | BUFFALO NY |  |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| 00001765 | 11/05/03 | 0055172 | 550028681 | BUFFALO NY | 00505482 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
|---|---|---|---|---|---|---|
| 13675 | 297.621 LB | NOCOLOK(R) DRY STATIC FLUX | | | | |
|  |  | 4.00 EA | 1190.48 LB | 1.8300 | LB | 2,178.59 |
| 712EA | 40.000 LB | PALLET | | | | |
|  |  | 1.00 EA | 1.00 EA | .0000 | EA | .00 |

HIP FREIGHT COLLECT
**DO NOT MAIL

                                           SALES TAX:              .00
                                           AMOUNT DUE:        2,178.59

                            PAYABLE IN US FUNDS

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.**

| | |
|---|---|
| 00015800 | 0055172 |

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT #2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT NY
14094

DATE _____  TRUCK # _____  TRLR # _____

| | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|
| TIME IN | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | |
| TIME OUT | | | X _____ |
| EXPLAIN DELAY | | | Consignee's Signature |

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM COOK |
|---|---|---|---|---|
| 11/05/03 | 550028681 | SPEED MOTOR | BUFFALO NY | 12 |

| | DESCRIPTION | QUANTITY SHIPPED | |
|---|---|---|---|
| | FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 4 EA | 1338  LB |
| | PALLET | | 1190.484 |
| | | 1 EA | 40  LB |
| | SPEED MOTOR PU 11/05/03 FOR DEL ON 11/06/03 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN:    GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L ___0055171___ | | |

Origin: 803 WALDEN AVENUE
BUFFALO NY  14211

TOTAL GROSS WEIGHT        1378  LB

PLACARDS SUPPLIED  ☐ YES   ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE _____

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING     $ 2.30     per    LB

SHIPPER    SOLVAY FLUORIDES, INC. / D BASINGER

CARRIER _____ by ___1/5303___

SOLVAY FLUORIDES, INC.  D BASINGER

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO PREPAID,
WRITE OR STAMP HERE: TO BE PREPAID     COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

# SOLVAY
## FLUORIDES

Remit Payment To

SOLVAY FLUORIDES, INC.
DEPT. CH 10236
PALATINE, IL
                60055-0236
Phone: 314-965-7100

TERMS AND CONDITIONS WE ACCEPT YOUR ORDER SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT, IF ANY, BETWEEN US BEARING THE SIGNATURES OF BOTH PARTIES UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ACCEPT THE TERMS CONTAINED ON THE FACE AND REVERSE SIDE HEREOF. YOUR RELEASE ORDERS UNDER A BLANKET PURCHASE ORDER, OR YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER, SHALL CONSTITUTE YOUR ACCEPTANCE OF SUCH TERMS. IF THESE TERMS ARE NOT SATISFACTORY TO YOU, YOU MUST NOTIFY US AT ONCE.

OLD TO: GM AUTOMOTIVE COMPONENTS GROUP       SHIP TO: DELPHI AUTOMOTIVE SYSTEMS
        DELPHI AUTO SYSTEMS                            PLANT #2 DEPT 333
        DISB ANALYSIS                                 BLDG 7 WEST PLANT
        PO BOX 1550                                   LOCKPORT  NY
        FLINT MI 48501-1550                                        14094

    1.25% FINANCE CHARGE WILL BE ADDED TO ALL OVERDUE ACCOUNTS.
    PLEASE NOTE: INVOICES ARE ISSUED IN GL OR LB.  1 KG = 2.2046 LBS.

                        SHIP DATE: 11/06/03
                        TERMS: NET 30 DAYS

IDENTIFY THIS INVOICE NO. ON YOUR REMITTANCE

| | SHIPPED VIA | | | ORIGIN | |
| --- | --- | --- | --- | --- | --- |
| | SPEED MOTOR | | | BUFFALO NY | |
| CUST NO. | INVOICE DATE | B/L NO. | CUSTOMER PURCHASE ORDER NO. | F.O.B. POINT | INVOICE NO. |
| 00001765 | 11/06/03 | 0055212 | 550028681 | BUFFALO NY | 00505514 |

| PROD | SIZE | QTY ORDERED | QTY SHIPPED | PRICE | | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| .3675 | 297.621 LB | NOCOLOK(R) | DRY STATIC FLUX | | | |
| | | 12.00 EA | 3571.45 LB | 1.8300 | LB | 6,535.76 |
| '12EA | 40.000 LB | PALLET | | | | |
| | | 3.00 EA | 3.00 EA | .0000 | EA | .00 |

IIP FREIGHT COLLECT
*DO NOT MAIL

                                                SALES TAX:              .00
                                                AMOUNT DUE:        6,535.76

                            PAYABLE IN US FUNDS

**FOR EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL 1-800-424-9300 DAY OR NIGHT.**

15808    0053212

SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS
PLANT H2 DEPT 333
BLDG 7 WEST PLANT

LOCKPORT  NY

14094

| | | LOAD | UNLOAD | AUTHORITY TO UNLOAD |
|---|---|---|---|---|
| TIME IN | | | | Receiver has verified that a connection has been made from the proper trailer outlet to the proper storage facility and that the carrier manifest and vendor shipping document match as to the proper material ordered. |
| TIME START | | | | |
| TIME OUT | | | | X _____ |
| EXPLAIN DELAY | | | | Consignee's Signature |

DATE _____  TRUCK # _____  TRLR # _____

| SHIP DATE | CUSTOMER P.O. NUMBER | SHIP VIA | F.O.B. POINT | SHIP FROM CODE |
|---|---|---|---|---|
| 11/06/83 | 550028681 | SPEED MOTOR | BUFFALO NY | 12 |

| DESCRIPTION | QUANTITY SHIPPED | | |
|---|---|---|---|
| FLUX, ALUMINUM NMFC 71685-1 NOCOLOK(R) DRY STATIC FLUX | 12 EA | 4015 | LB |
| PALLET | 3 EA | 120 | LB |
| SPEED MOTOR PU 11/06/83 FOR DEL ON 11/07/83 MATERIAL SAFETY DATA SHEET WITH SHIPMENT PACKING SLIP BAR CODE ON LOADING & SCALE TICKET BAR CODE LABELS FOR 93362 - LARGE BLUE DRYSTATIC COUNTRY OF ORIGIN: GERMANY FOR 93362 ALL DRUMS TO BE SHRINK WRAPPED TO THE PALLET **** SHIP WITH B/L   0055211 | | | |

357.452

Origin: 803 WALDEN AVENUE
BUFFALO NY  14211

| TOTAL GROSS WEIGHT | 4135 | LB |
|---|---|---|

PLACARDS SUPPLIED    ☐ YES    ☐ NO-FURNISHED BY CARRIER

DRIVER'S SIGNATURE _____

**STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination...

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING    $ 2.30    per _____ LB

SOLVAY FLUORIDES, INC.  D BASINGER
(SIGNATURE OF CONSIGNOR)

SHIPPER   SOLVAY FLUORIDES, INC.  D BASINGER

CARRIER _____ 11/6/03  (38K)

IF CHARGES ARE TO PREPAID, WRITE OR STAMP HERE: TO BE PREPAID    COLLECT

TERMS AND CONDITIONS ARE LISTED ON REVERSE SIDE.

## SOLVAY FLUORIDES
A SUBSIDIARY OF SOLVAY CHEMICALS, INC.

**Remit To:**
SOLVAY CHEMICALS, INC
88174 EXPEDITE WAY
CHICAGO IL  60695-0001
USA

**INVOICE**
**90417385**
Please reference above
number with payment

3333 Richmond Ave
P.O.Box 27328, Houston, TX 77098

**Date of Invoice:  05/11/2004**

**Mail To:**
DELPHI AUTO SYSTEMS
Attn: Accounts Payable
FLINT, MI  48501-1550

**TERMS**
Unless otherwise specified below, payment
is due in 30 days from invoice date, payable
in U.S. funds at the address indicated above,
F.O.B. shipping point, freight prepaid (unless
otherwise indicated below).

**Sold To:**    DELPHI AUTO SYSTEMS

FLINT, MI

**Payment Terms:**
Net 30 days from invoice date

| INVOICE ITEMS | Shipped Quantity | Unit Price | Invoice Amount |
|---|---|---|---|
| Solvay Chemicals, Inc. sales terms and conditions can be found at www.solvaychemicals.us | | | |
| NOCOLOK$^{RM}$ FLUX - 300 LB DRUM | 900 LB | 1.7500 Per 1    LB | 1,575.00 |
|    Order Number [Date] : 407448  [04/27/2004] | | | |
|    No. and Type of Package: 3 Drum | | | |
|    Batch Number: 301271 | | | |
|    Customer PO#: 0550028683 | | | |
|    Customer material number: 93360 | | | |
|    Shipped To: DELPHI AUTO TUSCALOOSA | | | |
|          3440 KAULOOSA AVENUE | | | |
|          TUSCALOOSA, AL  35401 | | | |
|    Shipped on: 05/11/2004 | | | |
|    Shipping Point: BUFFALO, NY | | | |
|    Carrier: CRC - CUSTOMER REQUESTED CARRIER | | | |
|    Bill of Lading: 80549352 | | | |
|    Shipping Terms: Collect | | | |
| NOCOLOK$^{RM}$ FLUX - 300 LB DRUM | 300 LB | 1.7500 Per 1    LB | 525.00 |
|    Order Number [Date] : 407448  [04/27/2004] | | | |
|    No. and Type of Package: 1 Drum | | | |
|    Batch Number: 303111 | | | |
|    Customer PO#: 0550028683 | | | |
|    Customer material number: 93360 | | | |
|    Shipped To: DELPHI AUTO TUSCALOOSA | | | |
|          3440 KAULOOSA AVENUE | | | |
|          TUSCALOOSA, AL  35401 | | | |
|    Shipped on: 05/11/2004 | | | |
|    Shipping Point: BUFFALO, NY | | | |
|    Carrier: CRC - CUSTOMER REQUESTED CARRIER | | | |
|    Bill of Lading: 80549352 | | | |
|    Shipping Terms: Collect | | | |

Please Look at Page #:    2 for the Final Amount.

By acceptance of the materials evidenced on this invoice, Buyer agrees to pay interest on the amounts not paid as specified above at the rate of 18%
per annum.  If, for any reason, the interest contracted for, charged or received shall exceed the maximum non-usorious amount allowable by law, then
any amounts so received shall be first applied to the unpaid balance, or if paid, shall be refunded to buyer.  All payments shall be applied first to interest
then to the unpaid balance.

Address Correspondence to: Solvay Fluorides, P.O. Box 27328, Houston, TX 77098  Tel #: 800-443-2785

**Copy**

# SOLVAY FLUORIDES

A SUBSIDIARY OF SOLVAY CHEMICALS, INC.

**Remit To:**

SOLVAY CHEMICALS, INC
88174 EXPEDITE WAY
CHICAGO IL  60695-0001
USA

**INVOICE**

**90417385**

Please reference above
number with payment

3333 Richmond Ave
P.O.Box 27328, Houston, TX 77098

**Date of Invoice:  05/11/2004**

**Mail To:**
DELPHI AUTO SYSTEMS
Attn: Accounts Payable
FLINT, MI  48501-1550

**TERMS**
Unless otherwise specified below, payment
is due in 30 days from invoice date,  payable
in U.S. funds at the address indicated above,
F.O.B. shipping point, freight prepaid (unless
otherwise indicated below).

**Sold To:**    DELPHI AUTO SYSTEMS

FLINT, MI

**Payment Terms:**
Net 30 days from invoice date

| INVOICE ITEMS | Shipped Quantity | Unit Price | Invoice Amount |
|---|---|---|---|
| NOCOLOK$^{BM}$ FLUX - 300 LB DRUM | 1,200 LB | 1.7500 | 2,100.00 |
| Order Number [Date] : 410190  [04/27/2004] | | Per 1    LB | |
| No. and Type of Package: 4 Drum | | | |
| Batch Number: 303243 | | | |
| Customer PO#: 550053273 | | | |
| Customer material number: 93360 | | | |
| Shipped To: DELPHI AUTO TUSCALOOSA | | | |
| 3440 KAULOOSA AVENUE | | | |
| TUSCALOOSA, AL  35401 | | | |
| Shipped on: 05/11/2004 | | | |
| Shipping Point: BUFFALO, NY | | | |
| Carrier: CRC - CUSTOMER REQUESTED CARRIER | | | |
| Bill of Lading: 80553458 | | | |
| Shipping Terms: Collect | | | |

**Invoice Instructions:**
** DO NOT MAIL INVOICES **

**Please pay this amount  ---->**                              4,200.00

By acceptance of the materials evidenced on this invoice, Buyer agrees to pay interest on the amounts not paid as specified above at the rate of 18%
per annum.  If, for any reason, the interest contracted for, charged or received shall exceed the maximum non-usorius amount allowable by law, then
any amounts so received shall be first applied to the unpaid balance, or if paid, shall be refunded to buyer.  All payments shall be applied first to interest
then to the unpaid balance.

**Copy**

Address Correspondence to: Solvay Fluorides, P.O. Box 27328, Houston, TX 77098  Tel #: 800-443-2785

INVOICE                                                  Page: 1 OF 2



**SOLVAY**
**FLUORIDES**
A SUBSIDIARY OF SOLVAY CHEMICALS, INC.

**Remit To:**
SOLVAY CHEMICALS, INC
88174 EXPEDITE WAY
CHICAGO IL  60695-0001
USA

| **INVOICE** |
| **90463161** |
| Please reference above number with payment |

3333 Richmond Ave
P.O.Box 27328, Houston, TX 77098

**Date of Invoice:** 11/15/2004

**Mail To:**
DELPHI AUTO SYSTEMS
Attn: Accounts Payable
FLINT, MI  48501-1550

**TERMS**
Unless otherwise specified below, ~~payment is due in 30 days from invoice date,~~ payable in U.S. funds ~~at the address indicated above,~~ F.O.B. shipping point, freight prepaid (unless otherwise indicated below).

**Sold To:**    DELPHI AUTO SYSTEMS

          FLINT, MI

**Payment Terms:**
Net 30 days from invoice date

| INVOICE ITEMS | Shipped Quantity | Unit Price | Invoice Amount |
|---|---|---|---|
| Solvay Chemicals, Inc. sales terms and conditions can be found at www.solvaychemicals.us | | | |
| NOCOLOK[RM] FLUX - 300 LB DRUM | 3,600 LB | 1.7500 Per 1   LB | 6,300.00 |
|    Order Number [Date] : 449007  [11/12/2004] | | | |
|    No. and Type of Package: 12 Drum | | | |
|    Batch Number: KIJ271 | | | |
|    Customer PO#: 550053272 | | | |
|    Customer material number: 93360 | | | |
|    Shipped To: DELPHI AUTO LOCKPORT - CISCO 37002 | | | |
|       BUILDING 7 WEST PLANT | | | |
|       LOCKPORT, NY  14094 | | | |
|    Shipped on: 11/15/2004 | | | |
|    Shipping Point: BUFFALO, NY | | | |
|    Carrier: SPEED MOTOR EXPRESS OF W N Y INC | | | |
|    Bill of Lading: 80610634 | | | |
|    Shipping Terms: Collect | | | |
| NOCOLOK[RM] DRY STATIC FLUX 135 KG DRUM | 1,190.48 LB | 1.7500 Per 1   LB | 2,083.34 |
|    Order Number [Date] : 449009  [11/12/2004] | | | |
|    No. and Type of Package: 4 Drum | | | |
|    Batch Number: BWF40612 | | | |
|    Customer PO#: 550053271 | | | |
|    Customer material number: 93362 | | | |
|    Shipped To: DELPHI AUTO LOCKPORT - CISCO 37002 | | | |
|       BUILDING 7 WEST PLANT | | | |
|       LOCKPORT, NY  14094 | | | |
|    Shipped on: 11/15/2004 | | | |
|    Shipping Point: BUFFALO, NY | | | |
|    Carrier: SPEED MOTOR EXPRESS OF W N Y INC | | | |
|    Bill of Lading: 80610651 | | | |
|    Shipping Terms: Collect | | | |

Please Look at Page #:   2 for the Final Amount.

By acceptance of the materials evidenced on this invoice, Buyer agrees to pay interest on the amounts not paid as specified above at the rate of 18% per annum.  If, for any reason, the interest contracted for, charged or received shall exceed the maximum non-usorius amount allowable by law, then any amounts so received shall be first applied to the unpaid balance, or if paid, shall be refunded to buyer.  All payments shall be applied first to interest then to the unpaid balance.

**Copy**

Address Correspondence to: Solvay Fluorides, P.O. Box 27328, Houston, TX 77098  Tel #: 800-443-2785

# INVOICE

**SOLVAY**
**FLUORIDES**
A SUBSIDIARY OF SOLVAY CHEMICALS, INC.

**Remit To:**
SOLVAY CHEMICALS, INC
88174 EXPEDITE WAY
CHICAGO IL  60695-0001
USA

**INVOICE**
**90463161**
Please reference above
number with payment

3333 Richmond Ave
P.O.Box 27328, Houston, TX 77098

**Date of Invoice: 11/15/2004**

**Mail To:**
DELPHI AUTO SYSTEMS
Attn: Accounts Payable
FLINT, MI  48501-1550

**TERMS**
Unless otherwise specified below, payment
is due in 30 days from invoice date, payable
in U.S. funds at the address indicated above.
F.O.B. shipping point, freight prepaid (unless
otherwise indicated below).

**Payment Terms:**
Net 30 days from invoice date

**Sold To:**    DELPHI AUTO SYSTEMS

FLINT, MI

| INVOICE  ITEMS | Shipped Quantity | Unit Price | Invoice Amount |
|---|---|---|---|
| NOCOLOK℞ DRY STATIC FLUX<br>135 KG DRUM | | | 2,083.34 |
|    Order Number [Date] : 449009  [11/12/2004] | 1,190.48 LB | 1.7500<br>Per 1    LB | |
|    No. and Type of Package: 4 Drum | | | |
|    Batch Number: BWF40611 | | | |
|    Customer PO#: 550053271 | | | |
|    Customer material number: 93362 | | | |
|    Shipped To: DELPHI AUTO LOCKPORT - CISCO 37002 | | | |
|               BUILDING 7 WEST PLANT | | | |
|               LOCKPORT, NY  14094 | | | |
|    Shipped on: 11/15/2004 | | | |
|    Shipping Point: BUFFALO, NY | | | |
|    Carrier: SPEED MOTOR EXPRESS OF W N Y INC | | | |
|    Bill of Lading: 80610651 | | | |
|    Shipping Terms: Collect | | | |

**Invoice Instructions:**
** DO NOT MAIL INVOICES **

**Please pay this amount  ---->**                                          10,466.68

By acceptance of the materials evidenced on this invoice, Buyer agrees to pay interest on the amounts not paid as specified above at the rate of 18%
per annum.  If, for any reason, the interest contracted for, charged or received shall exceed the maximum non-usorius amount allowable by law, then
any amounts so received shall be first applied to the unpaid balance, or if paid, shall be refunded to buyer.  All payments shall be applied first to interest
then to the unpaid balance.

**Copy**

Address Correspondence to: Solvay Fluorides, P.O. Box 27328, Houston, TX 77098  Tel #: 800-443-2785

11/12/04    14:52 p 1 of 1

NOV 15 2004

| STRAIGHT BILL OF LADING - SHORT FORM - NOT NEGOTIABLE | PAGE: | B/L DATE: 11/15/2004 |
|---|---|---|

RECEIVED: subject to the classification and tariffs or contracts between the parties in effect on the date of issue of this bill of Lading.

**PAGE:** 1 OF 1

**B/L DATE:** 11/15/2004

**SHIPPER'S B/L No.**

| | CARRIER MUST SHOW SHIPPERS B/L No. ON ALL FREIGHT BILLS | SHIPPER'S B/L No. 80610634 |
|---|---|---|

From: SHIPPER: 3744  Solvay Fluorides
2769 ROADWAY
BUFFALO, NY 14227

FREIGHT TERMS: TO BE PREPAID IF CHARGES ARE TO BE COLLECT, WRITE OR STAMP "COLLECT"

**COLLECT**

TO:
GENERAL MOTORS AUTOMOTIVE
c/o DELPHI AUTO LOCKPORT - CISCO 37002
PLANT #2
BUILDING 7 WEST PLANT
LOCKPORT, NY 14094

Ship To and Destination - (mail or street address of consignee - for purposes of notification only)

Send Freight Bill To:
DELPHI AUTO LOCKPORT - CISCO 37002
ATTN: Freight Payables
BUILDING 7 WEST PLANT
LOCKPORT, NY 14094

CUSTOMER PURCHASE ORDER NO.
**550053272**

FOR ALL CUSTOMER SAFETY OR ENVIROMENTAL EMERGENCIES AND US TRANSPORT EMERGENCIES CALL CHEMTREC: 800-424-9300
FOR CANADIAN TRANSPORT EMERGENCIES CALL CANUTEC: 613-996-6666
FOR MEXICAN TRANSPORT EMERGENCIES CALL SETIQ: 01-800-00-214-00

Route/Carrier: SPEED MOTOR EXPRESS OF W N Y INC

Contract No.:

Vehicle No.:

Seal Nos:

Delivery Time:

Delivery Date: 11/16/2004

| No. & Type of Packages | HM | Description of Articles, Special Marks and Exceptions | | Net Weight (lbs) Sub to Corr. |
|---|---|---|---|---|
| | | | | 3,600 |
| 12 Drum | | ERG Guide # 111 | | |
| | | | | 3,600 |
| PACKING LIST ************************************************* | | | | |
| 69874 | | NOCOLOK™ FLUX - 300 LB DRUM | | |
| 12 Drum | | Customer Material Code: 93360 | | |
| | | Intermodal Weight Certification - The gross cargo weight of this shipment is as stated. | | |
| | | | | 3,600 |

Total Gross Wt.: 4,129.20    Total Tare Wt.: 529.20    Total Net Wt.:

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

**Per:**

SECTION 7 Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the Consignee without recourse on the Consignor, the Consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payments of freight and all other lawful charges.

**Per:**

This is to certify that the above - named materials are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, and that Emergency Instructions have been provided.

SHIPPER: Solvay Fluorides    CARRIER: SPEED MOTOR EXPRESS OF W N Y INC

PER:    TRL # 4860    PER: _(3SWP)_ 11/15/04

The property described, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked consigned and declined as indicated, which said carrier (the word carrier being understood through this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment, or (3) as otherwise agreed to in writing by the shipper, railroad(s) and motor carrier(s). Shipper hereby certifies that he is familiar with the terms and conditions of the said bill of lading, including those set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

PERMANENT POST OFFICE ADDRESS OF SHIPPER: P O Box 27328 Houston TX 77227-7328

White - ORIGINAL    Yellow - CARRIER    Pink - CUSTOMER    Gold - EXTRA