RECEIVED MAR 13 2007 USBC-SDNY RDD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
In re                                :   Chapter 11
                                     :
DELPHI CORPORATION, et al.,          :   Case No. 05-44481 (RDD)
                                     :
                         Debtors.    :   (Jointly Administered)
                                     :
------------------------------------ x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN        )
                         ) ss:
COUNTY OF MIDLAND        )

William C. Collins, being duly sworn, deposes and says:

1.  I am a principal of Currie Kendall PLC ("Currie Kendall") which firm maintains offices at 6024 Eastman Avenue, Midland, Michigan 48640.

2.  Neither I, Currie Kendall, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3.  Currie Kendall, has represented and advised the Debtors with respect to a broad range of aspects of the Debtors' businesses.

4.  The Debtors have requested, and Currie Kendall has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and " Currie Kendall " proposes, to render the following services to the Debtors: maintaining and defending civil actions.

5.  Currie Kendall's current fees arrangement is $175 per hour.

6.  Except as set forth herein, no promises have been received by Currie Kendall or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

      7.    Currie Kendall has no agreement with any entity to share with such entity any compensation received by Currie Kendall.

      8.    Currie Kendall and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Currie Kendall does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

      9.    Neither I, Currie Kendall, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Currie Kendall is to be engaged.

      10.    The foregoing constitutes the statement of Currie Kendall pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

*[signature]*

William C. Collins

Subscribed and sworn before me
this 9th day of March, 2007

*[signature]*

Notary Public

Sara J. Philo
NOTARY PUBLIC, STATE OF MICHIGAN, COUNTY OF MIDLAND
MY COMMISSION EXPIRES OCTOBER 28, 2007
ACTING IN THE COUNTY OF: Midland

2

CERTIFICATE OF SERVICE

      Sara J. Philo, Legal Assistant, hereby certifies that on March 9, 2007, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Alexander Hamilton Customs House<br>Attn: James M. Millerman, III, Senior Law Clerk<br>One Bowling Green<br>New York, NY 10004-1408 | Michele Piscitelli<br>Delphi Legal Staff<br>5725 Delphi Drive<br>Troy, MI 48098<br>Phone: 248-813-2511<br>Fax: 248-813-3251 |

Dated March 9, 2007

*Sara J. Philo*
Sara J. Philo
Currie Kendall PLC
6024 Eastman Avenue
Midland, MI 48640
(989) 839-0300

Sworn before me this 9th
day of March, 2007.

*Jeanine A Cook*
Notary Public

Jeanine A. Cook, NOTARY PUBLIC
STATE OF MICHIGAN, MIDLAND COUNTY
MY COMMISSION EXPIRES: MAY 05, 2007
ACTING IN THE COUNTY OF: Midland

# CURRIE KENDALL PLC

WILLIAM C. COLLINS
R. DRUMMOND BLACK
RAMON F. ROLF, JR.
PETER A. POZNAK
W. JAY BROWN
WILLIAM R. GARCHOW
R. PAUL LARSEN
KRISTINA S. PENNEX
JOHANNA L. JOZWIAK

OF COUNSEL:
ROBERT H. MEISEL
A. T. LIPPERT, JR.

ATTORNEYS AT LAW

6024 EASTMAN AVENUE
MIDLAND, MICHIGAN 48640-2518
989 839-0300
FAX 989 832-0077

*SERVING CLIENTS
WITH DEDICATION
SINCE 1905*

WWW.CURRIEKENDALL.COM

GILBERT A. CURRIE
1882 – 1960

GILBERT A. CURRIE
1923 – 1998

PETER J. KENDALL
1961 – 1999

EMERITUS:
JAMES A. KENDALL

March 9, 2007

United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Customs House
Attn: James M. Millerman, III, Senior Law Clerk
One Bowling Green
New York, NY 10004-1408

Dear Sir or Madam:

Enclosed please find an Affidavit of Legal Ordinary Course Professional and a Certificate of Service. Please file the Affidavit on the Delphi's bankruptcy docket.

If you have any questions or require any further information, please do not hesitate to contact our office.

Sincerely,

*Sara Philo*

Sara Philo
Legal Assistant

Enclosures

