**JOE G. TEDDER, CFC, TAX COLLECTOR**
**Imperial Polk County & The State of Florida**

March 8, 2007

Office of the Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10274

RE: Case No. 05-44481 (RDD) – Chapter 11
Debtor: DELPHI Corporation *et al.*
Our Account Name: Delco Corporation

Dear Sir or Madame:

Enclosed please find an original and one copy of the Polk County Tax Collector's Request for Payment of Tangible Personal Property Taxes in the above-referenced matter.

Kindly file the original document with the Court and return a filed-stamped, conformed copy directly to the undersigned in the self-addressed, stamped envelope provided herewith.

Thank you in advance for your professional courtesies. Should you have any questions or concerns, please feel free to contact me directly at 863.534.4746, extension 5718, or by e-mail: sarimeador@polktaxes.com.

Sincerely,

Sari E. Meador, Paralegal
Delinquency and Enforcement

Enclosures

Copy: All parties on the Service List

RECEIVED
MAR 13 2007
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

original for filing

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | x | Case N |
| | : | Chapter 11 |
| DELPHI CORPORATION *et al.* | : | (Jointly Administered) |
| | x | |

**POLK COUNTY TAX COLLECTOR'S REQUEST FOR PAYMENT OF TANGIBLE PERSONAL PROPERTY TAXES**

**JOE G. TEDDER, CFC,** ***pro se,*** the duly elected Tax Collector for Polk County, Florida (hereinafter the "Tax Collector") and a sovereign constitutional officer, pursuant to Article VII, Section 1(d), Florida Constitution, hereby requests payment of tangible personal property taxes prior to or during the sale of assets and objects to any sale free and clear of liens based upon the following:

**FACTS**

The Debtor maintained one (1) tangible personal property account in Polk County, Florida, located at 5300 Old Tampa Highway in Lakeland, Florida, doing business as Delco Electronics Corporation, under Account No. 20-067948. Tax returns were filed with the Polk County Property Appraiser from which the value was determined for purposes of calculation of the *ad valorem* taxes due by the Debtor. There is no known dispute regarding the value or taxes owed. Taxes are assessed on January 1 of each tax year and are secured by a statutory lien pursuant to Florida Statute Chapter 197.122(1) and 192.053. These liens are superior to any other liens pursuant to State law. The

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of March 2007, a true and correct copy of the foregoing has been served United States Mail upon the following:

Kayalyn A. Marafioti, Esq.
Lisa Diaz, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Counsel for Debtors

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Counsel for Debtors

Robert J. Rosenberg, Esq.
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Counsel to Creditors' Committee

Deirdre A. Martini
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111
United States Trustee

JOE G. TEDDER, CFC
Tax Collector *for* Polk County, Florida
Delinquency and Enforcement

secured tax claims of the Tax Collector are fully secured. The Tax Collector is owed $495.23, for tangible personal property taxes for the year 2005, and $1,035.10 for post-petition taxes for the year 2006, the last year Delco Electronics Corporation was on the tax roll and assessed by the Property Appraiser. The Tax Collector is entitled to payment of the post-petition taxes pursuant to U.S.C. 11 § 708 of the Federal Bankruptcy Code.

Pursuant to Florida Statute, Chapter 197.122, all taxes imposed pursuant to the State Constitution and laws of this state shall be a first lien, superior to all other liens, on any property against which the taxes have been assessed and shall continue in full force from January 1 of the year the taxes were levied until discharged by payment or until barred under Chapter 95.

**WHEREFORE**, premises considered, the Polk County Tax Collector respectfully requests that his lien be recognized, and the tangible personal property taxes on Account No. 20-067948 in the name of Delco Electronics be paid in full in the total amount of $1,530.33.

Respectfully submitted,

JOE G. TEDDER, CFC
Tax Collector *for* Polk County, Florida
Delinquency and Enforcement
Post Office Box 2016
Bartow, FL 33831-2016
863.534.4746, extension 5718
863.534.4741 - Facsimile

**JOE G. TEDDER** 2006 TANGIBLE 2012106 0000
POLK COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 000000-000020-067948 | | 49,662 | | 49,662 | 601510 |

BackTaxDue-Call 863-534-4721

DELCO ELECTRONICS CORPORATION
PO BOX 5082
TROY MI 48007-5082

BY BANKRUPTCY-TANGIBLE
5300 OLD TAMPA HWY
LAKELAND
2328190000000022050

PLEASE PAY IN U.S. FUNDS TO JOE G. TEDDER, TAX COLLECTOR • P.O. BOX 1189, 430 E. MAIN ST., • BARTOW, FL 33831-1189 • (863) 534-4721

**AD VALOREM TAXES**

| TAXING AUTHORITY | | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| C100 | POLK COUNTY | | | 49,662 | |
| | GENERAL REVENUE FUND | 7.1330 | | 49,662 | 354.24 |
| | ENV LAND AQUIST FUND | 0.0600 | | 49,662 | 2.98 |
| | LAND MGMT TRUST FUND | 0.1400 | | 49,662 | 6.95 |
| | TRANSPORTATION/ROADS | 1.0000 | | 49,662 | 49.66 |
| S200 | POLK COUNTY SCHOOL BOAR | | | 49,662 | |
| | GENERAL FUND | 5.7700 | | 49,662 | 286.55 |
| | LOCAL CAPITAL IMP. | 2.0000 | | 49,662 | 99.32 |
| T510 | CITY OF LAKELAND | 3.5450 | | 49,662 | 176.05 |
| WHB | HILLSBORO RIVER BASIN | 0.2850 | | 49,662 | 14.15 |
| WSW | SOUTHWEST FLORIDA WATER | 0.4220 | | 49,662 | 20.96 |
| MLK | LAKELAND AREA MASS TRAN | 0.4880 | | 49,662 | 24.24 |

TOTAL MILLAGE 20.8430 AD VALOREM TAXES 1,035.10

RETAIN THIS PORTION FOR YOUR RECORDS

**NON-AD VALOREM ASSESSMENTS**

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

NON-AD VALOREM ASSESSMENTS

COMBINED TAXES AND ASSESSMENTS 1,035.10 — PAY ONLY ONE AMOUNT — See reverse side for important information.

| If Paid By Please Pay | Nov 30 2006 993.70 | Dec 31 2006 1,004.05 | Jan 31 2007 1,014.40 | Feb 28 2007 1,024.75 | Mar 31 2007 1,035.10 |
|---|---|---|---|---|---|

◀ IF PAID BY

**JOE G. TEDDER** 2006 TANGIBLE 2012106 0000
POLK COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 000000-000020-067948 | | 49,662 | | 49,662 | 601510 |

BackTaxDue-Call 863-534-4721

RETURN WITH PAYMENT

DELCO ELECTRONICS CORPORATIO
PO BOX 5082
TROY MI 48007-5082

BY BANKRUPTCY-TANGIBLE
5300 OLD TAMPA HWY
LAKELAND
2328190000000022050

PLEASE PAY IN U.S. FUNDS TO JOE G. TEDDER, TAX COLLECTOR • P.O. BOX 1189, 430 E. MAIN ST., • BARTOW, FL 33831-1189 • (863) 534-4721

| If Paid By Please Pay | Nov 30 2006 993.70 | Dec 31 2006 1,004.05 | Jan 31 2007 1,014.40 | Feb 28 2007 1,024.75 | Mar 31 2007 1,035.10 |
|---|---|---|---|---|---|

0000000000 0000103510 000002012106000 0002 5

**JOE G. TEDDER**
POLK COUNTY TAX COLLECTOR

2005 Delinquent TANGIBLE 2014522.0000

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 000000-000020-067948 | | 29,520 | | 29,520 | 601510 |

BackTaxDue-Call 863-534-4721

DELCO ELECTRONICS CORPORATION
PO BOX 5082
TROY MI 48007-5082

BY BANKRUPTCY-TANGIBLE
5300 OLD TAMPA HWY
LAKELAND
232819000000022050

**PLEASE PAY IN U.S. FUNDS TO JOE G. TEDDER, TAX COLLECTOR • P.O. BOX 1189, 430 E. MAIN ST., • BARTOW, FL 33831-1189 • (863) 534-4721**

**AD VALOREM TAXES**

| TAXING AUTHORITY | | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| C100 | POLK COUNTY | | | 29,520 | |
| | GENERAL REVENUE FUND | 7.5270 | | 29,520 | 222.20 |
| | ENV LAND AQUIST FUND | 0.1000 | | 29,520 | 2.95 |
| | LAND MGMT TRUST FUND | 0.1000 | | 29,520 | 2.95 |
| | TRANSPORTATION/ROADS | 1.0000 | | 29,520 | 29.52 |
| S200 | POLK COUNTY SCHOOL BOAR | | | 29,520 | |
| | GENERAL FUND | 6.0780 | | 29,520 | 179.43 |
| | LOCAL CAPITAL IMP. | 2.0000 | | 29,520 | 59.04 |
| T510 | CITY OF LAKELAND | 3.5450 | | 29,520 | 104.65 |
| WHB | HILLSBORO RIVER BASIN | 0.2850 | | 29,520 | 8.41 |
| WSW | SOUTHWEST FLORIDA WATER | 0.4220 | | 29,520 | 12.46 |
| MLK | LAKELAND AREA MASS TRAN | 0.4880 | | 29,520 | 14.41 |

**TOTAL MILLAGE** 21.5450 **AD VALOREM TAXES** 636.02

**NON-AD VALOREM ASSESSMENTS**

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

**NON-AD VALOREM ASSESSMENTS**

RETAIN THIS PORTION FOR YOUR RECORDS

| COMBINED TAXES AND ASSESSMENTS | 636.02 | PAY ONLY ONE AMOUNT | See reverse side for important information. |
|---|---|---|---|

| | If Paid By<br>Please Pay | Mar 20 2006<br>487.91 | Apr 30 2006<br>495.23 | | |
|---|---|---|---|---|---|

IF PAID BY

**JOE G. TEDDER**
POLK COUNTY TAX COLLECTOR

2005 Delinquent TANGIBLE 2014522.0000

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 000000-000020-067948 | | 29,520 | | 29,520 | 601510 |

BackTaxDue-Call 863-534-4721

DELCO ELECTRONICS CORPORATIO
PO BOX 5082
TROY MI 48007-5082

BY BANKRUPTCY-TANGIBLE
5300 OLD TAMPA HWY
LAKELAND
232819000000022050

**PLEASE PAY IN U.S. FUNDS TO JOE G. TEDDER, TAX COLLECTOR • P.O. BOX 1189, 430 E. MAIN ST., • BARTOW, FL 33831-1189 • (863) 534-4721**

| | If Paid By<br>Please Pay | Mar 20 2006<br>487.91 | Apr 30 2006<br>495.23 | | |
|---|---|---|---|---|---|

Paid 03/20/2006 D/I 03/20/2006 Rcpt #
800887.0001 $148.11

[illegible] INSTRUCTIONS AND INFORMATION

1. If you have [illegible] described on this notice, please send this notice to the new owner or return it to the Tax Collector's Office [illegible] property, but were the owner on January 1st of the tax year, you are responsible [illegible].

2. Please verify [illegible] property. If any errors in the description are found, notify the Property Appraiser as soon as possible. This [illegible] year, January 1 through December 31, of the year indicated on the front. [illegible]

3. *Discounts* for early payment [illegible] computed for you on the bottom of this notice. Please pay only one amount. Schedule of Discount [illegible] 4% in November 3% in December 2% in January 1% in February Discounts are determined by postmark of payment.

4. Taxes and assessments [illegible] become delinquent April 1, at which time the law imposes the following additional charges:

For [illegible] 3% minimum [illegible] is imposed on April 1st and an advertising charge is added during April. Tax sale certificates [illegible] on or before June 1st resulting in additional charges.

For *tangible* [illegible] 1.5% per month plus advertising and fees. Tax warrants will be issued on all unpaid personal property [illegible].

If the postmark [illegible] on or after April 1st (delinquent date), the amount due is determined by the date your payment [illegible].

5. If *paying* [illegible] of this bill along with your cancelled check. Please note, your taxes are not "paid" until your [illegible].

6. *Important* [illegible]

| | |
|---|---|
| Prior to March 1 | [illegible] with Property Appraiser |
| January 31 | [illegible] Application |
| March 31 | [illegible] without interest |
| April 30 | [illegible] to installment plan |
| November | Tax [illegible] |

7. *Questions* [illegible]

*Tax Collector* [illegible] based on information contained on the current tax roll certified by the [illegible] Ad Valorem [illegible] provided by the levying authorities.

*Property Appraiser* [illegible] Responsible for preparation of the current ad valorem tax roll, assessed value, exemptions, [illegible] name and address, address changes, and legal property description.

*Taxing Authorities* [illegible] Ad Valorem Millage Rates.

*Levying Authorities* [illegible] Non-Ad Valorem Assessments.

– Please detach and return this bottom part with your payment. Please do not write on bottom part of bill –