UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
    In re                             :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
              Debtors.    :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF INDIANA         )
                          ) ss:
COUNTY OF MARION     )

       Jane Ann Himsel, being duly sworn, deposes and says:

       1.     I am a solo practioner who maintains offices at 5855 Forest Lane; Indianapolis, IN; 46220.

       2.     I have, insofar as I have been able to ascertain, no connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

       3.     I have represented and advised the Debtors in Indiana with respect to a broad range of aspects of the Debtors' businesses.

       4.     The Debtors have requested, and I have agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and I propose, to render the following services to the Debtors: advice and counsel on employment and labor issues and representation in employment-related litigation and administrative matters.

       5.     My current fees arrangement is monthly billing at an hourly rate.

       6.     Except as set forth herein, no promises have been received by me as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.      I have no agreement with any entity to share with such entity any compensation received by me.

8.      I may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. I do not, and will not, represent any such entity in connection with these pending chapter 11 cases and do not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.      I do not, insofar as I have been able to ascertain, hold or represent any interest adverse to the Debtors, or their estates in the matters upon which I am to be engaged.

10.     The foregoing constitutes the statement of Jane Ann Himsel pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Jane Ann Himsel

Subscribed and sworn before me
this 13th day of _March_ 2007

_____
Notary Public
Notary Expiration: 5/31/07

2

## CERTIFICATE OF SERVICE

Jane Ann Himsel, Attorney at Law, hereby certifies that on March 12, 2007, I served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring
Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Dated 3/12/07

Jane Ann Himsel
5855 Forest Lane
Indianapolis, IN 46204
Telephone: (317) 508-0630

Sworn before me this 12 th
day of March, 2007

Notary Public

Notary Expires 5/31/07