

Control & Power, Inc.



R E C E I V E D
MAR 1 3 2007
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

March 6, 2007

Honorable Robert D. Drain, U.S. Bankruptcy Judge
United State Bankruptcy Court for S. District of N.Y.
One Bowling Green, Room 610
New York, New York 10004

Honorable Robert D. Drain:

RE:    Case # 05-44481  Delphi Corporation

Enclosed are legitimate and clear copies of accepted claim with all invoices, purchase
orders and statement. This is sufficient documentation for processing of our claim against
Delphi Corporation in the total amount of $1,586.18.

This claim, requested by Control and Power, Inc., should not be disallowed by the court.
This claim was not overstated, and the copies of the six invoices attached will clearly
show acceptance and responsibility of delivered materials to/by Delphi Corporation.

Cordially,

CONTROL AND POWER, INC.

Kay H. Fortenberry
Credit/Collections Manager

cc:    Delphi Corporation                    Counsel to the Debtors:
       5725 Delphi Drive                     Skadden, Arps, Slate, Meagher & Flom LLP
       Troy, MI 48098                        333 West Wacker Drive – Suite 2100
       (Attn: Gen. Counsel)                  Chicago, IL 60606
                                             (Attn: John Wm. Butler Jr., John K. Lyons
                                             and Joseph N. Wharton)

| UNITED STATES BANKRUPTCY COURT   **Southern**   District of   **New York** | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Delphi Corporation   **DELPHI SAGINAW** | Case Number<br>05-44481 **(RDD)** | |

| NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case.   A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. | | |
|---|---|---|

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Control & Power Inc<br>Name and address where notices should be sent:<br><br>Control & Power Inc<br>PO Box 59288<br>Birmingham AL 35259-9288<br><br>Telephone number:   **205-870-0274** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **Please note that the court has received your proof of claim #181 filed on 12/16/2005. If your prior proof of claim accurately reflected your asserted claims against the debtor, you do not need to file an additional proof of claim form for those same claims.**<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br>**50975** | Check here<br>if this claim  ☐ replaces<br>☐ amends   a previously filed claim, dated:___ __ __ |
|---|---|

**1. Basis for Claim**

| | |
|---|---|
| **X** Goods Sold / Services Performed<br>☐ Customer Claim<br>☐ Taxes<br>☐ Money Loaned<br>☐ Personal Injury<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>  Last four digits of SS #: _____<br>  Unpaid compensation for services performed<br>  from _____ to _____<br>      (date)               (date) |

**2. Date debt was incurred:**
9-2-05, 9-8-05, 9-26-05, 9-30-05, 10-06-05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:  $ 1,586.18 _____ _____ _____ $1,586.18__**
                                            (unsecured)      (secured)           (priority)         (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate      ☐ Motor Vehicle
☐ Other_____

Value of Collateral:   $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:  $_____

**6. Unsecured Nonpriority Claim $ 1,586.18__**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority  $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8

**8.   Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9.   Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:**   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date<br>12-12-05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*Kay H. Fortenberry*   Credit Collections Manager<br>                        Kay H. Fortenberry, |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

RSL:                                    CONTROL & POWER, INC                        DATE: 12/08/05        PAGE   1
                                    * * *   STATEMENT OF ACCOUNT   * * *


                                    REMIT TO:   CONTROL & POWER, INC
                                                2720 7TH AVENUE SOUTH
                                                P O BOX 59288
                                                BIRMINGHAM      AL   35259-9288


        SETECH % DELPHI SAGINAW

        903 INDUSTRIAL DRIVE
        MURFREESBORO    TN 37129


--- CUSTOMER ----
NBR    NAME
/=========
    SCHD.PAY                  REFERENCE      TRAN                    =========== DAYS PAST DUE =========== REF# TOTAL DSP
  TRAN.TOTAL    PC/TR CUSTOMER P.O.   NUMBER    CODE REF DATE    CURRENT   1 TO 30  31 TO 60  61 TO 90  91 & OVER (SCHD.TOT) FLG
========================================================================================================================

| S0975 SETECH % DELPHI SAGINAW | 615-890-1755 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 01 4R 132397 | 335815001 | DI 09/02/05 | | | 369.04 | | | | 369.04 |
| | 01 4R 132452 | 335959001 | DI 09/02/05 | | | 384.18 | | | | 384.18 |
| | 01 4R 132319 | 334920001 | DI 09/08/05 | | | 555.00 | | | | 555.00 |
| | 01 4R 133059 | 336968001 | DI 09/26/05 | | 215.50 | | | | | 215.50 |
| | 01 4R 132891 | 336774001 | DI 09/30/05 | | 15.71 | | | | | 15.71 |
| | 01 4R 133158 | 337152001 | DI 10/06/05 | | 46.75 | | | | | 46.75 |
| | 01 4R 133260 | 337472001 | DI 11/02/05 | 187.00 | | | | | | 187.00 |
| | 01 4R 133330 | 337665002 | DI 11/02/05 | 916.70 | | | | | | 916.70 |
| | 01 4R 133637 | 338437001 | DI 11/17/05 | 22.23 | | | | | | 22.23 |
| | 01 4R 133750 | 338787001 | DI 11/17/05 | 98.56 | | | | | | 98.56 |
| | ===> CUSTOMER'S OPEN A/R BALANCE | | | 1224.49 | 277.96 | 1308.22 | .00 | .00 | | 2810.67 |



MAIL REMITTANCE TO:
Control & Power, Inc.
PO Box 59288
Birmingham AL 35259

NORTH OFFICE
CONTROL & POWER, INC
BIRMINGHAM, AL

| INVOICE NUMBER | TRAN CODE |
|---|---|
| 337152-001 | DI |
| INVOICE DATE | PAGE |
| 10/06/05 | 1 |

Any different or additional terms that may be embodied in your purchase order are hereby objected to. If your order is not an acceptance of our proposal, this will operate as an acceptance of your order only in the event you agree to the terms hereof. The terms and conditions contained above and attached shall apply.

| LINE NO. | TOTAL ORDERED | BACK ORDERED | THIS SHIPMENT | PART NUMBER DESCRIPTION | UNIT OF MEASURE PRODUCT | UNIT PRICE DISCOUNT % | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 10 | 1 | | 1 | 1823-20 | | 46.7500 | 46.75 |
| | | | | | DWYR    EA | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Your exclusive authorized BIMBA distributor

for Alabama and NW Florida!  See more at:

www.controlandpower.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FOLD

| CUST. NO. | ORDER DATE | TERR | PC | ORD | Written By | DATE SHIPPED | WHSE |
|---|---|---|---|---|---|---|---|
| S0975 | 09/29/05 | 4R | 01 | S | SCW | 09/30/05 | 01 |

| | AMOUNT | 46.75 |
|---|---|---|
| | FRGHT/INS/HNDL | .00 |
| | SALES TAX | .00 |

Carrier:   UPS          FOB:   SP,FNA,COLLECT
Tracking:  SHIPPED DIRECT FROM DWYER

**ORIGINAL INVOICE**

| INVOICE TOTAL | 46.75 |
|---|---|
| | Please Pay This Amount |

Terms of Payment:  NET 60 DAYS          CUST FAX#: 615-890-6516

\* \* \* \* \* \* \* \* \* \* \* \* \*
\*\* REPRINT \*\*
\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER ISSUED IN: BIRMINGHAM
PHONE: 877-835-5274

```
S  SETECH % DELPHI SAGINAW
O
L  903 INDUSTRIAL DRIVE
D  MURFREESBORO   TN 37129
T
O
```

```
S  DELPHI STEERING / SETECH
H  20941 SANDY ROAD
I  PLANT 21 * CISCO 44021
P  TANNER      AL 35671
T
O
```

Customer PO No.  133158                    Mark No.  BRANDI FEILDING

BILL TO:
SETECH, Inc.
903 Industrial Drive
Murfreesboro TN 37129
(615) 890-1755 X380

Purchase Order: 133158
Page: 1
Date: 09/29/05
Buyer: Brandi Fielding

Ship Via: Delphi Routing
F.O.B.: SHIP PT
Terms: 2nd Day/2nd Mth

VENDOR:
================================
INSIDE SALES
CONTROL & POWER INC
2720 7TH AVENUE SOUTH
P.O. BOX 59288
BIRMINGHAM AL 35259
US

SHIP TO:
================================
Delphi c/o Setech
20941 Sandy Road
Plant 21 Cisco 44021
Tanner AL 35671
256-552-5083

------------------------------------------------------------------
REMIT TO: --- please accept our purchase order subject to conditions below
------------------------------------------------------------------

*****************
CONTROL & POWER INC.

Our order/job number must appear
on invoice, B/L bundles, cases,
packing list and correspondence.

------------------------------------------------------------------

| Line | Qty Ord | Qty Due | Item Description | Due Date | Unit Price/Ext |
|------|---------|---------|------------------|----------|----------------|
| 1 | 1.000 | | 0901 2039 | | $46.75000 |
| | | 1.000 | SWITCH, DWYER 1823-20 (OBERLIN | | $46.75 |
| | | | PCS | 11/04/05 | |

Reference #: R-447852
DRAWING #: 00078074800
DETAIL:        SHEET:        SIZE:

SWITCH, DWYER 1823-20 (OBERLIN) PRESSURE

*****************************************
SHIPMENT WITHOUT CONFIRMATION IS
CONSIDERED ACCEPTANCE AS STATED!
*************** Confirmed *************

By: _____

Date: _____

*****************************************
*PLEASE SHIP AS SOON AS AVAILABLE

PLEASE FAX CONFIRM TO 256-552-5087
OR EMAIL brandi.fielding@setechusa.com!

Issued by SETECH, Inc. as agent for Delphi Corporation.

```
BILL TO:                          Purchase Order: 133158
SETECH, Inc.                              Page: 2
903 Industrial Drive                      Date: 09/29/05
Murfreesboro TN 37129                    Buyer: Brandi Fielding
(615) 890-1755 X380
                                  Ship Via: Delphi Routing
                                    F.O.B.: SHIP PT
                                     Terms: 2nd Day/2nd Mth


VENDOR:                           SHIP TO:
==============================    ==============================
INSIDE SALES                      Delphi c/o Setech
CONTROL & POWER INC               20941 Sandy Road
2720 7TH AVENUE SOUTH             Plant 21 Cisco 44021
P.O. BOX 59288                    Tanner AL 35671
BIRMINGHAM AL 35259               256-552-5083
US     .
```

----------------------------------------------------------------
REMIT TO: --- please accept our purchase order subject to conditions below
----------------------------------------------------------------

```
                                  Our order/job number must appear
  ***************                 on invoice, B/L bundles, cases,
  CONTROL & POWER INC.            packing list and correspondence.
```
----------------------------------------------------------------
Line     Qty Ord   Qty Due  Item Description    Due Date    Unit Price/Ext
----------------------------------------------------------------

Terms & Conditions Version 05 Effective 08/01/2005 Apply.
Notify SETECH of ALL Part Number/Price/Delivery differences.
Please notify by E-Mail or Fax.  Failure to do so will delay payment.
                                      Total:      $46.75

Issued by SETECH, Inc. as agent for Delphi Corporation.



9/29/2005 3:01:30 PM



# Fax Cover Page

| TO: | INSIDE SALES |
|---|---|
| | CONTROL & POWER INC ( 11125) |
| | |
| | Phone: |
| | Fax: 12058707015 |
| | |
| **FROM:** | Brandi Fielding (Buyer Plant 21) |
| | Setech, Inc. |
| | 20941 Sandy Road |
| | Tanner, AL 35671 |
| | Phone: 256-552-5174 / Fax: 256-552-5087 |
| | EMAIL: brandi.fielding@setechusa.com |

🖉 **Comments:** Purchase Order 133158

SETECH, INC WILL NOT BE RESPONSIBLE FOR ANY FREIGHT CHARGES INCURRED
FOR THIS DELIVERY. FREIGHT MUST BILL AS SPECIFIED BY DELPHI ROUTING
INSTRUCTIONS. DO NOT PREPAY & ADD ANY SHIPPING COST TO SETECH
INVOICES!
NOTE: PLEASE Verify Receipt Of This Document Via E-Mail or Fax.

Total pages with cover: 4



MAIL REMITTANCE TO:
Control & Power, Inc.
PO Box 59288
Birmingham AL 35259
CONTROL & POWER, INC

CONTROL & POWER,INC
BIRMINGHAM, AL

| INVOICE NUMBER | TRAN CODE |
|---|---|
| 336774-001 | DI |
| INVOICE DATE | PAGE |
| 09/30/05 | 1 |

Any different or additional terms that may be embodied in your purchase order are hereby objected to.  If your order is not an acceptance of our proposal, this will operate as an acceptance of your order only in the event you agree to the terms hereof. The terms and conditions contained above and attached shall apply.

| LINE NO. | TOTAL ORDERED | QUANTITY BACK ORDERED | THIS SHIPMENT | PART NUMBER DESCRIPTION | UNIT OF MEASURE PRODUCT | UNIT PRICE DISCOUNT % | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | TRACK #: 1Z3315890342141626 | | | |
| 10 | 2 | | 2 | 111.10 1.5" .125 CBM 0-30 | | 7.8540 | 15.71 |
| | | | | 9690217 | WIKA    EA | | |
| | | | | YOUR PART # IS: 0900 6708 | | | |

```
************************************** ******
```

Your exclusive authorized BIMBA distributor

for Alabama and NW Florida!  See more at:

www.controlandpower.com

```
************************************** ******
```

FOLD

| CUST. NO. | ORDER DATE | TERR | PC | ORD | Written By | DATE SHIPPED | WHSE |
|---|---|---|---|---|---|---|---|
| SO975 | 09/20/05 | 4R | 01 | S | DAA | 09/30/05 | 01 |

Carrier:    UPS COLLEC
Tracking:

FOB:    SP,FNA,COLLECT

**ORIGINAL INVOICE**

| | |
|---|---|
| AMOUNT | 15.71 |
| FRGHT/INS/HNDL | .00 |
| SALES TAX | .00 |
| **INVOICE TOTAL** | **15.71** |

Please Pay This Amount

Terms of Payment:   NET 60 DAYS          CUST FAX#: 615-890-6516

```
*************
** REPRINT **
*************
```

ORDER ISSUED IN:  BIRMINGHAM
PHONE:  877-835-5274

```
S  SETECH % DELPHI SAGINAW
O
L  903 INDUSTRIAL DRIVE
D
T  MURFREESBORO   TN 37129
O
```

```
S  DELPHI STEERING / SETECH
H  20941 SANDY ROAD
I  PLANT 21 * CISCO 44021
P
T  TANNER      AL 35671
O
```

Customer PO No.  132891                                      Mark No.

BILL TO:
SETECH, Inc.
903 Industrial Drive
Murfreesboro TN 37129
(615) 890-1755 X380

Purchase Order: 132891
Page: 1
Date: 09/16/05
Buyer: Brandi Fielding

Ship Via: Delphi Routing
F.O.B.: SHIP PT
Terms: 2nd Day/2nd Mth

VENDOR:
================================
INSIDE SALES
CONTROL & POWER INC
2720 7TH AVENUE SOUTH
P.O. BOX 59288
BIRMINGHAM AL 35259
US

SHIP TO:
================================
Delphi c/o Setech
20941 Sandy Road
Plant 21 Cisco 44021
Tanner AL 35671
256-552-5083

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
REMIT TO: --- please accept our purchase order subject to conditions below
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

* * * * * * * * * * * * * * *
CONTROL & POWER INC.

Our order/job number must appear
on invoice, B/L bundles, cases,
packing list and correspondence.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Line | Qty Ord | Qty Due | Item Description | Due Date | Unit Price/Ext |
|------|---------|---------|------------------|----------|----------------|
| 1 | 2.000 | 2.000 | 0900 6708<br>WIKA GAGE 15-1005-01B-0-30<br>PC<br>Reference #: Q-47510 R-47510<br>GAGE, ASHCROFT 15W1005SH 01B 1 1/2 DIA<br>1/8 NPT BOOK SS 0-30 PSI<br>SET UP 6-26-02 DEPT 54 56 PLT 21<br>JOHN TONEY<br>NO SD TAG#<br>PART NAME R&P | 10/14/05 | $7.86000<br>$15.72 |

*OK*
*WiKa ff*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
SHIPMENT WITHOUT CONFIRMATION IS
CONSIDERED ACCEPTANCE AS STATED!
* * * * * * * * * * * * *Confirmed* * * * * * * * * * * *

By: *[signature]*

Date: *09/20/05*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*PLEASE SHIP AS SOON AS AVAILABLE

PLEASE FAX CONFIRM TO 256-552-5087
OR EMAIL brandi.fielding@setechusa.com!

Issued by SETECH, Inc. as agent for Delphi Corporation.

*SO# 336774*

9/16/2005 3:22:49 PM



# Fax Cover Page

| | |
|---|---|
| **TO:** | INSIDE SALES<br>CONTROL & POWER INC ( 11125)<br>*[signature]*<br>Phone:<br>Fax: 12058707015 |
| **FROM:** | Brandi Fielding (Buyer Plant 21)<br>Setech, Inc.<br>20941 Sandy Road<br>Tanner, AL 35671<br>Phone: 256-552-5174 / Fax: 256-552-5087<br>EMAIL: brandi.fielding@setechusa.com |

**◉ Comments:** Purchase Order 132891

SETECH, INC WILL NOT BE RESPONSIBLE FOR ANY FREIGHT CHARGES INCURRED
FOR THIS DELIVERY. FREIGHT MUST BILL AS SPECIFIED BY DELPHI ROUTING
INSTRUCTIONS. DO NOT PREPAY & ADD ANY SHIPPING COST TO SETECH
INVOICES!
NOTE: PLEASE Verify Receipt Of This Document Via E-Mail or Fax.

Total pages with cover:  4

BILL TO:
SETECH, Inc.
903 Industrial Drive
Murfreesboro TN 37129
(615) 890-1755 X380

Purchase Order: 132891
Page: 2
Date: 09/16/05
Buyer: Brandi Fielding

Ship Via: Delphi Routing
F.O.B.: SHIP PT
Terms: 2nd Day/2nd Mth

VENDOR:
================================
INSIDE SALES
CONTROL & POWER INC
2720 7TH AVENUE SOUTH
P.O. BOX 59288
BIRMINGHAM AL 35259
US

SHIP TO:
================================
Delphi c/o Setech
20941 Sandy Road
Plant 21 Cisco 44021
Tanner AL 35671
256-552-5083

------------------------------------------------------------------------
REMIT TO: --- please accept our purchase order subject to conditions below
------------------------------------------------------------------------

* * * * * * * * * * * * * * *
CONTROL & POWER INC.

Our order/job number must appear
on invoice, B/L bundles, cases,
packing list and correspondence.
------------------------------------------------------------------------
| Line | Qty Ord | Qty Due | Item Description | Due Date | Unit Price/Ext |
|------|---------|---------|------------------|----------|----------------|
------------------------------------------------------------------------

Terms & Conditions Version 05 Effective 08/01/2005 Apply.
Notify SETECH of ALL Part Number/Price/Delivery differences.
Please notify by E-Mail or Fax.  Failure to do so will delay payment.
                                    Total:          $15.72

Issued by SETECH, Inc. as agent for Delphi Corporation.



MAIL REMITTANCE TO:
Control & Power, inc.
PO Box 59288
Birmingham AL 35259

**INVOICE**

FROM OFFICE
CONTROL & POWER,INC
BIRMINGHAM, AL

| INVOICE NUMBER | TRAN CODE |
| --- | --- |
| 336968-001 | DI |
| INVOICE DATE | PAGE |
| 09/26/05 | 1 |

Any different or additional terms that may be embodied in your purchase order are hereby objected to. If your order is not an acceptance of our proposal, this will operate as an acceptance of your order only in the event you agree to the terms hereof. The terms and conditions contained above and attached shall apply.

| LINE NO. | QUANTITY TOTAL ORDERED | QUANTITY BACK ORDERED | THIS SHIPMENT | PART NUMBER DESCRIPTION     UNIT OF MEASURE PRODUCT | UNIT PRICE DISCOUNT % | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | FAXED ORDER | | |
| | | | | TRACK #: 1Z3315890341593524 | | |
| 10 | 1 | | 1 | 2773B5001 | 215.5000 | 215.50 |
| | | | | 120/60    SLV            ROSB    EA | | |
| | | | | YOUR PART # IS: 09006666 | | |

***************************************** ******

Your exclusive authorized BIMBA distributor

for Alabama and NW Florida!  See more at:

www.controlandpower.com

***************************************** ******

| CUST. NO. | ORDER DATE | TERR | PC | ORD | Written By | DATE SHIPPED | WHSE | | AMOUNT | 215.50 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| . SO975 | 09/26/05 | 4R | 01 | S | GFW | 09/26/05 | 01 | | FRGHT/INS/HNDL | .00 |

Carrier:  335998          FOB:  SP,FNA,COLLECT    **ORIGINAL INVOICE**

| | | SALES TAX | .00 |
| --- | --- | --- | --- |

Terms of Payment:  NET 60 DAYS          CUST FAX#: 615-890-6516

| INVOICE TOTAL | 215.50 |
| --- | --- |
| | Please Pay This Amount |

\* \* \* \* \* \* \* \* \* \* \* \* \*
\*\* REPRINT \*\*
\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER ISSUED IN:  BIRMINGHAM
PHONE: 877-835-5274

| S O L D T O | SETECH % DELPHI SAGINAW 903 INDUSTRIAL DRIVE MURFREESBORO   TN 37129 | S H I P T O | DELPHI STEERING / SECTECH 20941 SANDY ROAD PLANT 23 * CISCO 44023 TANNER     AL 35671 |
| --- | --- | --- | --- |

Customer PO No.  133059

Mark No.

```
BILL TO:                          Purchase Order: 133059
SETECH, Inc.                              Page: 1
903 Industrial Drive                      Date: 09/26/05
Murfreesboro TN 37129                    Buyer: Brandi Fielding
(615) 890-1755 X380
                                  Ship Via: Delphi Routing
                                    F.O.B.: SHIP PT
                                     Terms: 2nd Day/2nd Mth

VENDOR:                           SHIP TO:
==============================    ==============================
 INSIDE SALES                      Delphi c/o Setech
 CONTROL & POWER INC               20941 Sandy Road
 2720 7TH AVENUE SOUTH             Plant 23 Cisco 44023      336 968
 P.O. BOX 59288                    Tanner AL 35671               6w
 BIRMINGHAM AL 35259               256-552-5083
 US
```

--------------------------------------------------------------------------
REMIT TO: --- please accept our purchase order subject to conditions below
--------------------------------------------------------------------------

```
                                  Our order/job number must appear
  * * * * * * * * * * * * * *      on invoice, B/L bundles, cases,
  CONTROL & POWER INC.            packing list and correspondence.
```
--------------------------------------------------------------------------

| Line | Qty Ord | Qty Due | Item Description | Due Date | Unit Price/Ext |
|------|---------|---------|------------------|----------|----------------|
| 1 | 1.000 | 1.000 | 0900 6666 |  | $215.50000 |
|   |  |  | ROSS VALVE 2773B5001 |  | $215.50 |
|   |  |  | PCS | 12/02/05 |  |
|   |  |  | Reference #: R-47322 |  |  |

```
                 DRAWING #: 00081839425
                    DETAIL:       SHEET:       SIZE:

                    VALVE, ROSS 2773B5001 3/2 DIRECTIONAL
                    SETUP 6/20/02 PLT 23 DEPT 93-2 MOOREHEAD
                    SD TAG # 114349, 114351
                    S/N A/220016, A/220017
```

| 2 | 2.000 | 2.000 | 0901 1961 |  | $46.69000 |
|   |  |  | ABSORBER ENIDINE #OEM 0.1MB |  | $93.38 |
|   |  |  | PCS | 11/04/05 |  |
|   |  |  | Reference #: Q391412 |  |  |

```
                 DRAWING #: 00039010590
                    DETAIL:       SHEET:       SIZE:

                    ABSORBER, ENIDINE SHOCK #OEM SO. 1M
                    NEW OEM 0.1MB BM21537 REPLACES 0.1M
                    WHICH IS OBSOLETE
                    Setup per Marilyn Campbell transition
                    item 8-30-05

                 * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                    SHIPMENT WITHOUT CONFIRMATION IS
           Issued by SETECH, Inc. as agent for Delphi Corporation.
```

9/26/2005 3:33:46 PM



# Fax Cover Page

| TO: | INSIDE SALES |
| --- | --- |
| | CONTROL & POWER INC ( 11125) |
| | |
| | Phone: |
| | Fax: 12058707015 |
| FROM: | Brandi Fielding (Buyer Plant 21) |
| | Setech, Inc. |
| | 20941 Sandy Road |
| | Tanner, AL 35671 |
| | Phone: 256-552-5174 / Fax: 256-552-5087 |
| | EMAIL: brandi.fielding@setechusa.com |

• **Comments:** Purchase Order 133059

SETECH, INC WILL NOT BE RESPONSIBLE FOR ANY FREIGHT CHARGES INCURRED
FOR THIS DELIVERY. FREIGHT MUST BILL AS SPECIFIED BY DELPHI ROUTING
INSTRUCTIONS. DO NOT PREPAY & ADD ANY SHIPPING COST TO SETECH
INVOICES!
NOTE: PLEASE Verify Receipt Of This Document Via E-Mail or Fax.

Total pages with cover: 4

```
BILL TO:                            Purchase Order: 133059
  SETECH, Inc.                               Page: 2
  903 Industrial Drive                       Date: 09/26/05
  Murfreesboro TN 37129                      Buyer: Brandi Fielding
  (615) 890-1755 X380
                                        Ship Via: Delphi Routing
                                          F.O.B.: SHIP PT
                                           Terms: 2nd Day/2nd Mth


  VENDOR:                              SHIP TO:
  ==============================       ==============================
  INSIDE SALES                         Delphi c/o Setech
  CONTROL & POWER INC                  20941 Sandy Road
  2720 7TH AVENUE SOUTH                Plant 23 Cisco 44023
  P.O. BOX 59288                       Tanner AL 35671
  BIRMINGHAM AL 35259                  256-552-5083
  US
```

--------------------------------------------------------------------
REMIT TO: --- please accept our purchase order subject to conditions below
--------------------------------------------------------------------

```
                                    Our order/job number must appear
  ***************                   on invoice, B/L bundles, cases,
  CONTROL & POWER INC.              packing list and correspondence.
```
--------------------------------------------------------------------
Line    Qty Ord   Qty Due  Item Description   Due Date   Unit Price/Ext
--------------------------------------------------------------------

```
                        CONSIDERED ACCEPTANCE AS STATED!
                        ***************Confirmed*************

                        By: Slent Who

                        Date: 7.26.05

                        *************************************
                        *PLEASE SHIP AS SOON AS AVAILABLE

                        PLEASE FAX CONFIRM TO 256-552-5087
                        OR EMAIL brandi.fielding@setechusa.com!
```

Terms & Conditions Version 05 Effective 08/01/2005 Apply.
Notify SETECH of ALL Part Number/Price/Delivery differences.
Please notify by E-Mail or Fax.  Failure to do so will delay payment.
                                            Total:        $308.88



Issued by SETECH, Inc. as agent for Delphi Corporation.



MAIL REMITTANCE TO:

Control & Power, Inc.
PO Box 59288
Birmingham AL 35259

CONTROL & POWER, INC
BIRMINGHAM, AL

INVOICE FOR MERCHANDISE

| INVOICE NUMBER | TRAN CODE |
|---|---|
| 334920-001 | DI |
| INVOICE DATE | PAGE |
| 09/08/05 | 1 |

Any different or additional terms that may be embodied in your purchase order are hereby objected to. If your order is not an acceptance of our proposal, this will operate as an acceptance of your order only in the event you agree to the terms hereof. The terms and conditions contained above and attached shall apply.

| LINE NO. | QUANTITY TOTAL ORDERED | QUANTITY BACK ORDERED | THIS SHIPMENT | PART NUMBER DESCRIPTION | UNIT OF MEASURE PRODUCT | UNIT PRICE DISCOUNT % | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | TRACK #: 1Z3315890341268368 | | | |
| 10 | 1 | | 1 | 2756A6016 | | 555.0000 | 555.00 |
| | | | | LV1 | ROSB   EA | | |
| | | | | YOUR PART # IS: 0006 8728 | | | |

******************************************************

Your exclusive authorized BIMBA distributor

for Alabama and NW Florida!  See more at:

www.controlandpower.com

******************************************************

FOLD

| CUST. NO. | ORDER DATE | TERR | PC | ORD | Written By | DATE SHIPPED | WHSE |
|---|---|---|---|---|---|---|---|
| S0975 | 07/30/05 | 4R | 01 | S | SCW | 09/08/05 | 01 |

Carrier:   UPS COLLEC                    FOB:  SP,FNA,COLLECT     **ORIGINAL INVOICE**
Tracking:

Terms of Payment:  NET 60 DAYS          CUST FAX#: 615-890-6516

| | |
|---|---|
| AMOUNT | 555.00 |
| FRGHT/INS/HNDL | .00 |
| SALES TAX | .00 |
| **INVOICE TOTAL** | **555.00** |
| | Please Pay This Amount |

***************
** REPRINT **
***************

ORDER ISSUED IN: BIRMINGHAM
PHONE: 877-835-5274

S
O   SETECH % DELPHI SAGINAW
L
D   903 INDUSTRIAL DRIVE
T
O   MURFREESBORO   TN 37129

S
H   DELPHI STEERING / SETECH
I   20941 SANDY ROAD
P   PLANT 21 * CISCO 44021
T
O   TANNER      AL 35671

Customer PO No. 132319                    Mark No.

BILL TO:
Setech Inc.
903 Industrial Dr.
Murfreesboro TN 37129
(615) 890-1755

Purchase Order: 131824
            Page: 1
            Date: 07/29/05
           Buyer: Brandi Fielding

        Ship Via: Delphi Routing
          F.O.B.: SHIP PT
           Terms: 2nd Day/2nd Mth

VENDOR:
==================================
INSIDE SALES
CONTROL & POWER INC
2720 7TH AVENUE SOUTH
P.O. BOX 59288
BIRMINGHAM AL 35259
US

SHIP TO:
==================================
Delphi c/o Setech
20941 Sandy Road
Plant 21 Cisco 44021
Tanner AL 35671
256-552-5083

----------------------------------------------------------------------
REMIT TO: --- please accept our purchase order subject to conditions below
----------------------------------------------------------------------

    ***************
    CONTROL & POWER INC.

Our order/job number must appear
on invoice, B/L bundles, cases,
packing list and correspondence.
----------------------------------------------------------------------

| Line | Qty Ord | Qty Due | Item Description | Due Date | Unit Price/Ext |
|------|---------|---------|------------------|----------|----------------|
| 1 | 1.000 | | 0006 8728 | | $555.00000 |
| | | 1.000 | ROSS VALVE 2756A6016 | | $555.00 |
| | | | PC | 08/19/05 | |
| | | | Reference #: R-46226 | | |

DRAWING #: 00081839453
    DETAIL:          SHEET:          SIZE:

VALVE, ROSS 2756A6016 1" PIPE 4-WAY AIR
OPERATED HANDSAVER SERIES

*************************************
SHIPMENT WITHOUT CONFIRMATION IS
CONSIDERED ACCEPTANCE AS STATED!
**************Confirmed************

By: _____

Date: _____08/01/05_____

*************************************
*PLEASE SHIP AS SOON AS AVAILABLE

PLEASE FAX CONFIRM TO 256-552-5087
OR EMAIL brandi.fielding@setechusa.com!

GO#
334920

7/29/2005 5:56:56 PM    Brandi Fielding (Output Plant 21)    page

BILL TO:                          Purchase Order: 131824
Setech Inc.                              Page: 1
603 Industrial Dr.                       Date: 07/20/05
Murfreesboro TN 37129                    Buyer: Brandi Fielding
(615) 850-1755
                                  Ship Via: Delphi Routing
                                     F.O.B.: SHIP PT
                                     Terms: 2nd Day/2nd Mth

VENDOR:                           SHIP TO:
INSIDE SALES                      Delphi c/o Setech
CONTROL & POWER INC               20041 Sandy Road
2720 7TH AVENUE SOUTH             Plant 21 Cisco 44021
P.O. BOX 59289                    Tanner AL 35671
BIRMINGHAM AL 35259               256-552-5083
US

REMIT TO: --- please accept our purchase order subject to conditions below
                                  Our order/job number must appear
                                  on invoice, B/L bundles, cases,
CONTROL & POWER INC.              packing list and correspondence.

| Line | Qty Ord | Qty Due | Item Description | Due Date | Unit Price/Ext |
|------|---------|---------|------------------|----------|----------------|
| 1 | 1.0GP | | ROSS 8728 | | $555.0G000 |
| | | 1.0GP | ROSS VALVE 2756A8016 | | $555.60 |
| | | | PC | 08/19/05 | |
| | | | Reference #: R-46226 | | |

DRAWING #: 00081838453
DETAIL:          SHEET:          SIZE:

VALVE, ROSS 2756A8016 1" PIPE 4-WAY AIR
OPERATED MANUSAVER SERIES

SHIPMENT WITHOUT CONFIRMATION IS
CONSIDERED ACCEPTANCE AS STATED!
                      **Confirmed**
By: _____
Date: ____08|01|05_____

*PLEASE SHIP AS SOON AS AVAILABLE

PLEASE FAX CONFIRM TO 256-552-5067
OR EMAIL brandi.fielding@setechusa.com!

GO#
234020

E: 1) Hang up or line fail       E: 2) Busy       E: 3) No answer       E: 4) No facsimile connection
E: 5) Exceeded max. E-mail size

Reason for error

| No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|-------------|-------|--------|---------------|
| 827 Memory TX | 63-AT:912565525067 | P. 5 | OK | |

Date/Time: Aug. 1, 2005 8:25AM

* * *   Memory TX Result Report (Aug. 1, 2005 8:26AM)   * * *



MAIL REMITTANCE TO:

Control & Power, Inc.
PO Box 59288
Birmingham AL 35259

CONTROL & POWER, INC
BIRMINGHAM, AL

HOME OFFICE

| INVOICE NUMBER | TRAN CODE |
|---|---|
| 335959-001 | DI |
| INVOICE DATE | PAGE |
| 09/02/05 | 1 |

Any different or additional terms that may be embodied in your purchase order are hereby objected to. If your order is not an acceptance of our proposal, this will operate as an acceptance of your order only in the event you agree to the terms hereof. The terms and conditions contained above and attached shall apply.

| LINE NO. | TOTAL ORDERED | QUANTITY BACK ORDERED | THIS SHIPMENT | PART NUMBER DESCRIPTION | UNIT OF MEASURE PRODUCT | UNIT PRICE DISCOUNT % | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | TRACK #: 1Z3315890340034353 | | | |
| 10 | 1 | | 1 | UGS-0410-B | | 384.1830 | 384.18 |
| | | | | | BIMB    EA | | |

```
.                              .

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Your exclusive authorized BIMBA distributor

for Alabama and NW Florida!  See more at:

          www.controlandpower.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

FOLD

| CUST. NO. | ORDER DATE | TERR | PC | ORD | Written By | DATE SHIPPED | WHSE |
|---|---|---|---|---|---|---|---|
| . S0975 | 08/26/05 | 4R | 01 | S | SCW | 09/02/05 | 01 . |

Carrier:  UPS COLLEC          FOB: SP,FNA,COLLECT

Tracking:

**ORIGINAL INVOICE**

| | AMOUNT | 384.18 |
|---|---|---|
| | FRGHT/INS/HNDL | .00 |
| | SALES TAX | .00 |

Terms of Payment:  NET 60 DAYS          CUST FAX#: 615-890-6516

| **INVOICE TOTAL** | **384.18** |
|---|---|
| | Please Pay This Amount |

```
* * * * * * * * * * * *
* *  REPRINT  * *
* * * * * * * * * * * *
```

ORDER ISSUED IN:  BIRMINGHAM
PHONE:  877-835-5274

| S O L D T O | SETECH % DELPHI SAGINAW

903 INDUSTRIAL DRIVE
MURFREESBORO   TN 37129 | S H I P T O | DELPHI STEERING / SECTECH
20941 SANDY ROAD
PLANT 23 * CISCO 44023
TANNER      AL 35671 |
|---|---|---|---|

Customer PO No.  132452                                    Mark No.

**Suzanne Wallace**

| | |
|---|---|
| From: | Belinda Prosser [prosser@setechusa.com] |
| Sent: | Thursday, August 25, 2005 12:44 PM |
| To: | Inside Sales |
| Subject: | Purchase Order  132452 |

```
                    Setech, Inc.
                    20941 Sandy Road
                    Tanner, AL 35671

            From: BELINDA PROSSER (BUYER)
           Phone: 256-552-5085
             Fax: 256-552-5949
          E-Mail: belinda.prosser@setechusa.com

             Thu Aug 25 12:44:25 CDT 2005
```

*From: Suzanne Wallace* (handwritten)

```
    To Company Name: CONTROL & POWER INC ( 11125)

          Subject: Purchase Order 132452

        Attention: INSIDE SALES

              Fax: 1-205-870-7015

           E-Mail: insidesales@controlandpower.com

     Please notify sender if all pages are not received.

============= C O M M E N T S =============
```

```
NEW ROUTING INSTRUCTION 6-2-04 UNDER 40# UPS CONSIGNEE/PLT 21 333958
PLT 23 # 335998, OVER 40# MUST SHIP CENTRAL TRANSPORT 1-800-221-9602
BILL FREIGHT TO DELPHI C/O CORPAY PO BOX 9115 NOORWOOD MA 02062-9115
PH# 781-506-1004 PLEASE CONFIRM THIS PURCHASE ORDER
NOTE: PLEASE Verify Receipt Of This Document Via E-Mail or Fax
```

*OK Belinda Prosser* (handwritten)
*SO# 335959* (handwritten)

1

BILL TO:
 Setech Inc.
 903 Industrial Drive
 Murfreesboro TN 37129
 (615) 890-1755

Purchase Order: 132452
         Page: 1
         Date: 08/25/05
        Buyer: Belinda Prosser

     Ship Via: Delphi Routing
       F.O.B.: SHIP PT
        Terms: 2nd Day/2nd Mth

VENDOR:

INSIDE SALES
CONTROL & POWER INC
2720 7TH AVENUE SOUTH
P.O. BOX 59288
BIRMINGHAM AL 35259
US

SHIP TO:

Delphi c/o Setech
20941 Sandy Road
Plant 23 Cisco 44023
Tanner AL 35671
256-552-5083

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
REMIT TO: --- please accept our purchase order subject to conditions below
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
   CONTROL & POWER INC.

Our order/job number must appear
on invoice, B/L bundles, cases,
packing list and correspondence.

| Line | Qty Ord | Qty Due | Item Description | Due Date | Unit Price/Ext |
|------|---------|---------|------------------|----------|----------------|
| 1 | 1.000 | | 0012 9166 | | $370.82000 |
| | | 1.000 | UGS-04-10-B CYLINDER BIMBA | | $370.82 |
| | | | PCS | 09/08/05 | |
| | | | Reference #: r-45395 | | |

DRAWING #: 91 06 3558
    DETAIL:        SHEET:        SIZE:

CYL ULTRA SLIDE RODLESS UGS-04-10-B
BIMBA

\* \* \* \* \* \* \* \* \* \* \* \* \*CONFIRMED\* \* \* \* \* \* \* \* \* \* \* \* \*

BY: _____

DATE: ___08/26/05___

*PLEASE SHIP AS SOON AS AVAILABLE!!!!!
EVEN IF BEFORE STATED DUE DATE!!!!

TECHNICAL QUESTIONS CONTACT
Harold  Huffstutler 256-552-5079
FAX CONFIRMING TO 256-552-5949
PLEASE SEE COVER PAGE FOR SHIPPING
INSTRUCTIONS.

Issued by SETECH, Inc. as agent for Delphi Corporation.

*Handwritten: $ 384.19 current price*

*Handwritten: Holding order for approval. S. Wallace*

*Handwritten: Qte# 391128*

3

```
BILL TO:                        Purchase Order: 132452
Setech Inc.                              Page: 2
903 Industrial Drive                     Date: 08/25/05
Murfreesboro TN 37129                   Buyer: Belinda Prosser
(615) 890-1755
                                     Ship Via: Delphi Routing
                                       F.O.B.: SHIP PT
                                        Terms: 2nd Day/2nd Mth

VENDOR:                         SHIP TO:
================================ ==========================
INSIDE SALES                    Delphi c/o Setech
CONTROL & POWER INC             20941 Sandy Road
2720 7TH AVENUE SOUTH           Plant 23 Cisco 44023
P.O. BOX 59288                  Tanner AL 35671
BIRMINGHAM AL 35259             256-552-5083
US
```

REMIT TO: --- please accept our purchase order subject to conditions below

```
                                Our order/job number must appear
* * * * * * * * * * * * *        on invoice, B/L bundles, cases,
CONTROL & POWER INC.            packing list and correspondence.

Line    Qty Ord   Qty Due   Item Description   Due Date   Unit Price/Ext
```

Terms & Conditions Version 05 Effective 08/01/2005 Apply.
Notify SETECH of ALL Part Number/Price/Delivery differences.
Please notify by E-Mail or Fax.  Failure to do so will delay payment.
                                          Total:      $370.82

Issued by SETECH, Inc. as agent for Delphi Corporation.



MAIL REMITTANCE TO:
Control & Power, Inc.
PO Box 59288
Birmingham AL 35259

**INVOICE**
BRANCH OFFICE

CONTROL & POWER,INC
BIRMINGHAM, AL

| INVOICE NUMBER | TRAN CODE |
|---|---|
| 335815-001 | DI |
| INVOICE DATE | PAGE |
| 09/02/05 | 1 |

Any different or additional terms that may be embodied in your purchase order are hereby objected to. If your order is not an acceptance of our proposal, this will operate as an acceptance of your order only in the event you agree to the terms hereof. The terms and conditions contained above and attached shall apply.

| LINE NO. | TOTAL ORDERED | QUANTITY BACK ORDERED | THIS SHIPMENT | PART NUMBER DESCRIPTION | UNIT OF MEASURE PRODUCT | UNIT PRICE DISCOUNT % | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | FAXED ORDER | | | |
| | | | | TRACK #: 1Z3315890340571871 | | | |
| 10 | 1 | | 1 | UGS-0415-A | | 369.0360 | 369.04 |
| | | | | 15"STROKE | BIMB    EA | | |
| | | | | YOUR PART # IS: 0007 0022 | | | |

******************************************

Your exclusive authorized BIMBA distributor

for Alabama and NW Florida!  See more at:

www.controlandpower.com

******************************************

FOLD

| CUST. NO. | ORDER DATE | TERR | PC | ORD | Written By | DATE SHIPPED | WHSE |
|---|---|---|---|---|---|---|---|
| S0975 | 08/23/05 | 4R | 01 | S | GFW | 09/02/05 | 01 |

| | | |
|---|---|---|
| AMOUNT | | 369.04 |

Carrier:   333958
Tracking:

FOB:  SP,FNA,COLLECT

**ORIGINAL INVOICE**

| | |
|---|---|
| FRGHT/INS/HNDL | .00 |
| SALES TAX | .00 |
| **INVOICE TOTAL** | **369.04** |

Please Pay This Amount

Terms of Payment:  NET 60 DAYS         CUST FAX#: 615-890-6516

***************
** REPRINT **
***************

ORDER ISSUED IN:  BIRMINGHAM
PHONE:  877-835-5274

S
O   SETECH % DELPHI SAGINAW
L
D   903 INDUSTRIAL DRIVE
T   MURFREESBORO    TN 37129
O

S   DELPHI STEERING / SETECH
H   20941 SANDY ROAD
I   PLANT 21 * CISCO 44021
P   TANNER        AL 35671
T
O

Customer PO No.  132397

Mark No.  R-46614

8/23/2005 3:59:45 PM



# Fax Cover Page

| TO: | INSIDE SALES |
| --- | --- |
| | CONTROL & POWER INC ( 11125) |
| | |
| | Phone: |
| | Fax: 12058707015 |
| | |
| **FROM:** | Brandi Fielding (Buyer Plant 21) |
| | Setech, Inc. |
| | 20941 Sandy Road |
| | Tanner, AL 35671 |
| | Phone: 256-552-5174 / Fax: 256-552-5087 |
| | EMAIL: brandi.fielding@setechusa.com |

**Comments:** Purchase Order 132397

SETECH, INC WILL NOT BE RESPONSIBLE FOR ANY FREIGHT CHARGES INCURRED

FOR THIS DELIVERY. FREIGHT MUST BILL AS SPECIFIED BY DELPHI ROUTING

INSTRUCTIONS. DO NOT PREPAY & ADD ANY SHIPPING COST TO SETECH

INVOICES!

NOTE: PLEASE Verify Receipt Of This Document Via E-Mail or Fax.

Total pages with cover:  4

BILL TO:
Setech Inc.
903 Industrial Drive
Murfreesboro TN 37129
(615) 890-1755

Purchase Order: 132397
Page: 1
Date: 08/23/05
Buyer: Brandi Fielding

Ship Via: Delphi Routing
F.O.B.: SHIP PT
Terms: 2nd Day/2nd Mth

VENDOR:
==============================
INSIDE SALES
CONTROL & POWER INC
2720 7TH AVENUE SOUTH
P.O. BOX 59288
BIRMINGHAM AL 35259
US

SHIP TO:
==============================
Delphi c/o Setech
20941 Sandy Road
Plant 21 Cisco 44021
Tanner AL 35671
256-552-5083

SO # 335815

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
REMIT TO: --- please accept our purchase order subject to conditions below
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

* * * * * * * * * * * * * *
CONTROL & POWER INC.

Our order/job number must appear
on invoice, B/L bundles, cases,
packing list and correspondence.

| Line | Qty Ord | Qty Due | Item Description | Due Date | Unit Price/Ext |
|------|---------|---------|------------------|----------|----------------|
| 1 | 1.000 | | 0007 0022 | | $369.04000 |
| | | 1.000 | BIMBA CYLINDER UGS-0415.000-A | | $369.04 |
| | | | PC | 09/23/05 | |
| | | | Reference #: R-46614 | | |

DRAWING #: 00091063560
DETAIL: SHEET: SIZE:

CYLINDER, BIMBA UGS-0415.000-A RODLESS
.750" BORE 15" STROKE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
SHIPMENT WITHOUT CONFIRMATION IS
CONSIDERED ACCEPTANCE AS STATED!
* * * * * * * * * * * * * *Confirmed* * * * * * * * * * * * *

By: _Glenn Win_

Date: _8-23-05_

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*PLEASE SHIP AS SOON AS AVAILABLE

PLEASE FAX CONFIRM TO 256-552-5087
OR EMAIL brandi.fielding@setechusa.com!

Issued by SETECH, Inc. as agent for Delphi Corporation.

```
BILL TO:                         Purchase Order: 132397
Setech Inc.                                Page: 2
903 Industrial Drive                       Date: 08/23/05
Murfreesboro TN 37129                     Buyer: Brandi Fielding
(615) 890-1755

                                       Ship Via: Delphi Routing
                                        F.O.B.: SHIP PT
                                         Terms: 2nd Day/2nd Mth


VENDOR:                          SHIP TO:
==============================   ==============================
INSIDE SALES                     Delphi c/o Setech
CONTROL & POWER INC              20941 Sandy Road
2720 7TH AVENUE SOUTH            Plant 21 Cisco 44021
P.O. BOX 59288                   Tanner AL 35671
BIRMINGHAM AL 35259             256-552-5083
US
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
REMIT TO: --- please accept our purchase order subject to conditions below
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
   * * * * * * * * * * * * *         Our order/job number must appear
                                    on invoice, B/L bundles, cases,
   CONTROL & POWER INC.             packing list and correspondence.
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Line    Qty Ord   Qty Due   Item Description   Due Date   Unit Price/Ext
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Terms & Conditions Version 05 Effective 08/01/2005 Apply.
Notify SETECH of ALL Part Number/Price/Delivery differences.
Please notify by E-Mail or Fax.  Failure to do so will delay payment.

                                       Total:        $369.04


Issued by SETECH, Inc. as agent for Delphi Corporation.