

**Stephenson & Lawyer, Inc.**
Foam Fabrication for Engineered Applications

# AFFIDAVIT

Re: Response to Ninth Omnibus Objection for Claims Subject to Modification

Claim #8663 filed 6/27/06 under Debtor 05-44567, Delphi Mechatronic Systems Inc

    Asserted Claim Amount: $5,894.00

    Modified Amount per Debtor: $1,326.00

    Modified Claim Amount per Stephenson & Lawyer, Inc. **$5,486.00**

I, Kerry R Wieland, am the Credit Manager of Stephenson & Lawyer Inc and as such am familiar with both asserted & modified claim amounts. Herewith are attached copies of material invoices totaling $1,326.00. In addition to the material invoices, attached is a copy of Debtor's Purchase Order #9571-660808 for $4,160.00 "Die for removing material on light baffle" along with Claimant's Invoice #22603 dated 29th of September, 2006 for same amount as Purchase Order that we hereby declare are due us. Therefore, we find no basis to modify this amount and request that the whole claim amount of **$5,486.00** be allowed.

Kerry R Wieland     3/6/07
Signature                    Date

Kerry R Wieland, Credit Manager
Stephenson & Lawyer, Inc.
PO Box 8834
Grand Rapids MI 49518-8834

RECEIVED
MAR 13 2007
USBC-SDNY
RDD

THOMAS M. KAHA?
NOTARY PUBLIC KENT CO., MI
MY COMMISSION EXPIRES Oct 11, 2007

County of Kent
State of Michigan

Subscribed and sworn to before me, this ___6th___ day of March, 2007

___Thomas M. Kane___     My Commission Expires: __10-11-2007__
Notary Signature

3831 Patterson Ave., SE • P.O. Box 8834 • Grand Rapids, MI 49518-8834 • Phone: 616-949-8100 • FAX: 616-949-5171

# A C C O U N T   S T A T E M E N T

STEPHENSON & LAWYER, INC
3831 PATTERSON AVE SE
GRAND RAPIDS MI 49512

Fax: 616-949-5171
Phone: 616-949-8100

DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE SUITE A
BROWNSVILLE TX  78521

STATEMENT DATE:  03/05/07

| INVOICE NUMBER | INVOICE DATE | DUE DATE | ORIGINAL AMOUNT | DESCRIPTION | OUTSTANDING AMOUNT |
|---|---|---|---|---|---|
| 21926 | 9/02/05 | 10/02/05 | 204.00 | INVOICE | 204.00 |
| 22100 | 9/12/05 | 10/12/05 | 102.00 | INVOICE | 102.00 |
| 22266 | 9/19/05 | 10/19/05 | 204.00 | INVOICE | 204.00 |
| 22463 | 9/26/05 | 10/26/05 | 204.00 | INVOICE | 204.00 |
| 22479 | 9/23/05 | 10/23/05 | 510.00 | INVOICE | 510.00 |
| 22603 | 9/29/05 | 10/29/05 | 4160.00 | INVOICE | 4160.00 |
| 22615 | 9/30/05 | 10/30/05 | 102.00 | INVOICE | 102.00 |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS | TOTAL |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 5486.00 | 5486.00 |



**Stephenson & Lawyer, Inc.**
Foam Fabrication for Engineered Applications

**Kerry Wieland**
Credit Manager
E-mail wielk@steplaw.com
616-949-8100 X3126

3831 Patterson Ave. SE
Grand Rapids, MI 49512

www.steplaw.com
ISO 9001 certified

Phone 1-800-968-5535 • Fax 616-949-5171

**DELPHI**
Automotive Systems

urchase Order  [X] Delphi Mechatronic Systems     D-U-N-S No. 02-155-3417
                [ ] Delphi Automotive Systems     T.I.N. No. 38-3589834

PAGE 1

): STEPHENSON & LAWYER INC
3831 PATTERSON AVENUE SE
PO BOX 8834
GRAND RAPIDS MI 49518-8834
USA

**Purchase Order No.** 9571-660808
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:**

hip To: DULCE SUAREZ
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
TX 78521        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
78521

| FOB | DEST. FGT COLL | Ship Via | ROUTING IN | Terms | MNS-2 |
|---|---|---|---|---|---|
| Vendor Number | 78850 | Tax Exempt ID Number | | Date of Order | 7/18/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| 1 | EA | MRO 746-77823   * Due Date: 8/15/05 *   DIE FOR REMOVING MATERIAL ON LIGHT BAFFLE | 01 | 4160.00000 | 4160.00 |

PURCHASE ORDER TOTAL     4160.00

** AS OF FEB 01, 00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOGISTICS **
INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfer when goods
arrive at buyer's reciving dock."

*10 pc prototypes*

*See:
Stephenson & Lawyer Inc
INV # 22603  9/29/05*

ENTERED DALTON/GR

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.
2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.
3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villasetor
Buyer

By: _____

P59-552 (12/01)                      **ORIGINAL**

**Stephenson & Lawyer, Inc.**
Foam Fabrication for Engineered Applications

3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

# CUSTOMER INVOICE

| SOLD TO | SHIP TO |
|---|---|
| DE0016<br>DELPHI MECHATRONIC SYSTEMS<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE TX 78521 | DE0016S2<br>DELPHI MECHATRONIC SYSTEMS<br>615 ELCA LANE SUITE A<br>ATTN: DULCE SUAREZ PROTOTYPES<br>BROWNSVILLE TX 78521 |

OFFICE COPY

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 22603 | 9/29/05 |

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 9/29/05 | 22603 | | HOUSE - IL | GRAND RAPIDS MI | | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CTN. QTY | QTY.SHIPPED | U.PRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | A003850SAMPLE<br>CPT#: 746-77823 SAMPLE | /F3 | 1.5# CHAR ETHER W/BLK FILM<br>TRACKING # 1Z45288403488607830<br>ORD#: 9571-660808  11015  ITM#: 1 | | 110.00<br>EA | .00000<br>EA | .00 |
| 2 | DIE CHARGE | / | DIE CHARGE TO PRODUCE PART #<br>746-77823 REV. F3<br>DIE # 939 ORDER # 4575<br>ORD#: 9571-660808  11015  ITM#: 2 | | 1.00<br>EA | 4160.00000<br>EA | 4160.00 |

| CURRENCY: | US DOLLARS | TOTAL: | 4160.00 |
|---|---|---|---|

**Stephenson & Lawyer, Inc.**
*Foam Fabrication for Engineered Applications*
3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax. 616-949-5171

# CUSTOMER INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 21926 | 9/02/05 |

**SOLD TO**
DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

**SHIP TO**
DE001657
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE , SUITE A
BROWNSVILLE TX 78521

JOURNAL COPY

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 9/02/05 | 21926 | | HOUSE - IL | ORIGIN | 9571-48537 | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | A003850 | /E4 | SLA003850 DELPHBROWNTX | | 2400.00 EA | .08500 EA | 204.00 |
| | CPT#: 746-77823 | | TRACKING # 1Z4528840349915259 | | ORD#: 8374 ITM#: 6REL: 89 | | |

| CURRENCY: | US DOLLARS | | | | | TOTAL: | 204.00 |

# Stephenson & Lawyer, Inc.
*Foam Fabrication for Engineered Applications*

3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

## CUSTOMER INVOICE

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 22100 | 9/12/05 |

**SOLD TO**
DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

**SHIP TO**
DE0016S7
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE , SUITE A
BROWNSVILLE TX 78521

JOURNAL COPY

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/12/05 | 22100 | | HOUSE - IL | ORIGIN | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850 | /F3 | SLA003850  DELPHBROWNTX | 9571-48537 | | 1200.00 EA | .08500 EA | 102.00 |
| | CPT#: 746-77823 | | TRACKING # 1Z45288403478859565 | ORD#: 8374 ITM#: 6REL: 90 | | | | |

| CURRENCY: US DOLLARS | TOTAL: 102.00 |
|---|---|

**Stephenson & Lawyer, Inc.**
*Foam Fabrication for Engineered Applications*
3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

# CUSTOMER INVOICE

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 22266 | 9/19/05 |

SOLD TO:
DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

SHIP TO:
DE001657
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

JOURNAL COPY

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B. | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 9/19/05 | 22266 | | HOUSE - IL | ORIGIN | 9571-48537 | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | ORD#: | CTN. QTY | QTY SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850 | /F3 | SLA003850 DELPHBROWNTX | 8374 ITM#: 6REL: 91 | | 2400.00 EA | .08500 EA | 204.00 |
| | CPT#: 746-77823 | | TRACKING # 1Z452884034951613 | | | | | |

| CURRENCY: | TOTAL: |
|---|---|
| US DOLLARS | 204.00 |

# Stephenson & Lawyer, Inc.
*Foam Fabrication for Engineered Applications*

3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

# CUSTOMER INVOICE

| | Page No: 1 |
|---|---|
| INVOICE NO. | INVOICE DATE |
| 22463 | 9/26/05 |

**SOLD TO:** DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

**SHIP TO:** DE0016S7
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

JOURNAL COPY

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/26/05 | 22463 | /E4 | HOUSE - IL | ORIGIN | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850 | | SLA003850  DELPHBROWNTX | 9571-48537 | | 2400.00 EA | .08500 EA | 204.00 |
| | CPT#: 746-77823 | | TRACKING # 1Z4528840348656040 | ORD#: 8374  ITM#: 6REL: 92 | | | | |

**CURRENCY:** US DOLLARS

**TOTAL:** 204.00

# Stephenson & Lawyer, Inc.
*Foam Fabrication for Engineered Applications*

3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

# CUSTOMER INVOICE

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 22479 | 9/23/05 |

| SOLD TO | SHIP TO |
|---|---|
| DE0016<br>DELPHI MECHATRONIC SYSTEMS<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE TX 78521 | DE0016S7<br>DELPHI MECHATRONIC SYSTEMS<br>CORDURA III<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE TX 78521 |

JOURNAL COPY

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/23/05 | 22479 | | HOUSE - IL | ORIGIN | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART.NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850<br>CPT#: 746-77823 | / E4 | SLA003850  DELPHBROWNTX<br>TRACKING # 1Z452884034471I3511 | 9571-48537<br>ORD#: 8374  ITM#: 6REL: 95 | | 6000.00<br>EA | .08500<br>EA | 510.00 |

CURRENCY: US DOLLARS

TOTAL: 510.00

**Stephenson & Lawyer, Inc.**
Foam Fabrication for Engineered Applications
3831 Patterson Ave., SE • PO Box 8834 • Grand Rapids, MI 49518-8834
Phone: 616-949-8100 • Fax: 616-949-5171

# CUSTOMER INVOICE

| | Page No: 1 |
|---|---|
| INVOICE NO. | INVOICE DATE |
| 22615 | 9/30/05 |

SOLD TO:
DE0016
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

SHIP TO:
DE0016S7
DELPHI MECHATRONIC SYSTEMS
CORDURA III
615 ELCA LANE, SUITE A
BROWNSVILLE TX 78521

JOURNAL COPY

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | SALESMAN | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/30/05 | 22615 | | HOUSE - IL | ORIGIN | UPS - FREIGHT COLLECT | NET 30 DAYS |

| ITEM | PART NO. | REV# | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | A003850 | / E4 | SLA003850 DELPHBROWNTX | 9571-48537 | | 1200.00 EA | .08500 EA | 102.00 |
| | CPI#: 746-77823 | | TRACKING # 1Z45288403477940Z7 | ORD#: 8374 ITM#: 6REL: 98 | | | | |

CURRENCY: US DOLLARS

TOTAL: 102.00