Scott S. McKessy (SM-5479)
Reed Smith LLP
599 Lexington Ave.
New York, N.Y. 10022

and

Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
Pia N. Thompson (IL #6225746)

*Attorneys for Admiral Tool & Manufacturing Co. of Illinois*
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                   :
                                                                   :   Chapter 11
    In re                                                          :
                                                                   :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                        :
                                                                   :   (Jointly Administered)
                                                                   :
            Debtors.                                               :
------------------------------------------------------------------ x

## ADMIRAL TOOL & MANUFACTURING CO. OF ILLINOIS' RESPONSE TO THE DEBTOR'S NINTH OMNIBUS CLAIMS OBJECTION

Admiral Tool & Manufacturing Co. of Illinois ("Admiral"), by and through its attorneys, hereby responds to the Debtors' Ninth Omnibus Claims Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject to Modification (the "Debtors' Ninth Omnibus Objection") as follows:

1.    Admiral timely filed its claim in the amount of $149,294.97. The debtor has assigned this claim identification number 16406.

2. The claim as docketed was filed in case number 05-44481. In the Debtors' Ninth Omnibus Objection they have modified the claim to be filed in case number 05-44640. In addition to changing the case number Debtors have also reduced the claims amount from $149,294.92 to $127,228.74, a reduction of $22,066.18. The Debtors do not provide any specific explanation for this reduction in Admiral's claim amount.

3. Attached hereto as Group Exhibit A are the outstanding unpaid invoices that support Admiral's claim. A spreadsheet summary is also provided that actually shows that the total of Admiral's invoices is $149,578.85, which is $283.92 more than the amount of the claim filed by Admiral. There is no justification for any reduction in Admiral's claim amount.

WHEREFORE, Admiral Tool & Manufacturing Co. of Illinois respectfully requests that this Court dismiss the Debtors' Ninth Omnibus Objection insofar as it relates to it, enter an order allowing Admiral's claim in the amount of $149,294.92 and grant such further relief as the Court deems necessary and just.

Dated: March 14, 2007

Respectfully submitted,

ADMIRAL TOOL & MANUFACTURING
Co. of ILLINOIS

By: /s/ Scott S. McKessy
Scott S. McKessy (SM-5479)

Reed Smith LLP
599 Lexington Ave.
New York, N.Y. 10022
Scott S. McKessy (SM-5479)
and
Pia N. Thompson (IL #6225746)
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000