

**Admiral Tool and Manufacturing Company**  
3700 N. Talman Ave.  
Chicago, IL   60618-4782  
Phone  (773) 477-4300  
Fax     (773) 477-1356  

# INVOICE

Invoice No.: **777044**  
Date: **9/7/2005**  
Order No.: **14882**  
Page No.: **1**  
F.O.B.: **SHIPPING POINT**  
Terr:  

| Sold To | Ship To A |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI -S- PLANT 12<br>499 EAST COUNTY RD. 300 SOUTH<br>CISCO: 44068   SAP# K912<br>NEWCASTLE, IN 47362<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | ALVN | 9/7/2005 | 9/7/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 900 | 26104681<br>DELPHI-GATE,SHIFT LEVER | 0.49 | $439.20 |
| 273178 | | | |

**SUB TOTAL:** $439.20  
**TOTAL AMOUNT DUE:** $439.20

vtinvfin  
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.  
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  Department # 243501  
**Admiral Tool Manufacturing Chicago**  
**PO BOX 67000**  
**DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax      (773) 477-1356

# INVOICE

Invoice No.: **777093**
Date: **9/8/2005**
Order No.: **14882**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To A |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI -S- PLANT 12<br>499 EAST COUNTY RD. 300 SOUTH<br>CISCO: 44068     SAP# K912<br>NEWCASTLE, IN 47362<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | ALVN | 9/8/2005 | 9/8/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 900 | 26104681<br>DELPHI-GATE, SHIFT LEVER | 0.49 | $439.20 |
| 273228 | | | |

|  |  |
|---:|---:|
| **SUB TOTAL:** | $439.20 |
| **TOTAL AMOUNT DUE:** | $439.20 |

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:     Department # 243501
**Admiral Tool Manufacturing Chicago
PO BOX 67000
DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax      (773) 477-1356

# INVOICE

Invoice No.: **777105**
Date: **9/8/2005**
Order No.: **14957**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI SAGINAW STEERING SYSTEMS<br>PLANT 6 CISCO 44026<br>TOWERLINE RD OFF HOLLAND ROAD<br>SAGINAW, MI 48601<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | ALVN | 9/8/2005 | 9/8/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 9000 | 26121088<br>DELPHI GATE,SHIFT LEVER | 0.50 | $4,493.70 |
| 273240 | | | |

SUB TOTAL:  $4,493.70

**TOTAL AMOUNT DUE:**  $4,493.70

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   Department # 243501
**Admiral Tool Manufacturing Chicago
PO BOX 67000
DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax      (773) 477-1356

# INVOICE

Invoice No.: **777106**
Date: **9/8/2005**
Order No.: **14957**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

### Sold To
DELPHI SAGINAW STEERING
3900 EAST HOLLAND DRIVE
SAGINAW, MI 48601

### Ship To A
DELPHI SAGINAW STEERING SYSTEMS
PLANT 6 CISCO 44026
TOWERLINE RD OFF HOLLAND ROAD
SAGINAW, MI 48601
USA

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | ALVN | 9/8/2005 | 9/8/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 18000 | 26121088<br>DELPHI GATE,SHIFT LEVER | 0.50 | $8,987.40 |
| 273241 | | | |

|  |  |
|---|---|
| SUB TOTAL: | $8,987.40 |
| **TOTAL AMOUNT DUE:** | **$8,987.40** |

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   Department # 243501
**Admiral Tool Manufacturing Chicago**
PO BOX 67000
DETROIT MICHIGAN 48267 2435

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax     (773) 477-1356

# INVOICE

Invoice No.: **777144**
Date: **9/9/2005**
Order No.: **14882**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To A |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI -S- PLANT 12<br>499 EAST COUNTY RD. 300 SOUTH<br>CISCO: 44068    SAP# K912<br>NEWCASTLE, IN 47362<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG9015424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| | ALVN | 9/9/2005 | 9/9/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 900 | 26104681<br>DELPHI-GATE,SHIFT LEVER | 0.49 | $439.20 |
| 273279 | | | |

| | SUB TOTAL: | $439.20 |
|---|---|---|
| | TOTAL AMOUNT DUE: | $439.20 |

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   Department # 243501
**Admiral Tool Manufacturing Chicago
PO BOX 67000
DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax     (773) 477-1356

# INVOICE

Invoice No.: **777148**
Date: **9/9/2005**
Order No.: **14957**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To A |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI SAGINAW STEERING SYSTEMS<br>PLANT 6 CISCO 44026<br>TOWERLINE RD OFF HOLLAND ROAD<br>SAGINAW, MI 48601<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| | ALVN | 9/9/2005 | 9/9/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 9000 | 26121088<br>DELPHI GATE,SHIFT LEVER | 0.50 | $4,493.70 |
| 273283 | | | |

**SUB TOTAL:** $4,493.70

**TOTAL AMOUNT DUE:** $4,493.70

vfinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   Department # 243501
Admiral Tool Manufacturing Chicago
PO BOX 67000
DETROIT MICHIGAN 48267 2435

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax     (773) 477-1356

# INVOICE

Invoice No.: **777199**
Date: **9/12/2005**
Order No.: **14882**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To A |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI -S- PLANT 12<br>499 EAST COUNTY RD. 300 SOUTH<br>CISCO: 44068    SAP# K912<br>NEWCASTLE, IN 47362<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | PJXI | 9/12/2005 | 9/12/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1500 | 26104681<br>DELPHI-GATE,SHIFT LEVER | 0.49 | $732.00 |
| 273333 |  |  |  |

**SUB TOTAL:** $732.00

**TOTAL AMOUNT DUE:** $732.00

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS,
PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:    Department # 243501
**Admiral Tool Manufacturing Chicago**
**PO BOX 67000**
**DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax     (773) 477-1356

# INVOICE

Invoice No.: **777200**
Date: **9/12/2005**
Order No.: **14885**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To A |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI S PLANT 68/40 JUAREZ<br>32 CELERITY WAGON DRIVE<br>CISCO: 44032   SAP#K940<br>EL PASO, TX 79906<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | PJXI | 9/12/2005 | 9/12/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 7600 | 26097869<br>DELPHI-GATE,SHIFT LEVER | 0.58 | $4,414.08 |
| 273334 | | | |

SUB TOTAL:   $4,414.08

**TOTAL AMOUNT DUE:**   $4,414.08

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   Department # 243501
**Admiral Tool Manufacturing Chicago
PO BOX 67000
DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax     (773) 477-1356

# INVOICE

Invoice No.: **777202**
Date: **9/12/2005**
Order No.: **14957**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To A |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI SAGINAW STEERING SYSTEMS<br>PLANT 6 CISCO 44026<br>TOWERLINE RD OFF HOLLAND ROAD<br>SAGINAW, MI 48601<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | ALVN | 9/12/2005 | 9/12/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 9000 | 26121088<br>DELPHI GATE,SHIFT LEVER | 0.50 | $4,493.70 |
| 273336 | | | |

SUB TOTAL:  $4,493.70

**TOTAL AMOUNT DUE:**  $4,493.70

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   Department # 243501
**Admiral Tool Manufacturing Chicago**
**PO BOX 67000**
**DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax      (773) 477-1356

# INVOICE

Invoice No.: **777206**
Date: **9/12/2005**
Order No.: **14884**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI S PLANT 68/40 JUAREZ<br>32 CELERITY WAGON DRIVE<br>CISCO: 44032   SAP#K940<br>EL PASO, TX 79906<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | PJXI | 9/12/2005 | 9/12/2005 |

| QUANTITY SHIPPED | DESCRIPTION | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 3200 | 26086260 | | 0.52 | $1,670.08 |
|  | DELPHI-GATE,SHIFT LEVER | | | |
| 273341 | | | | |

SUB TOTAL:   $1,670.08

**TOTAL AMOUNT DUE:**   $1,670.08

---

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS,
PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   Department # 243501
**Admiral Tool Manufacturing Chicago
PO BOX 67000
DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax     (773) 477-1356

# INVOICE

Invoice No.: **777207**
Date: **9/12/2005**
Order No.: **14884**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

### Sold To
DELPHI SAGINAW STEERING
3900 EAST HOLLAND DRIVE
SAGINAW, MI 48601

### Ship To A
DELPHI S PLANT 68/40 JUAREZ
32 CELERITY WAGON DRIVE
CISCO: 44032   SAP#K940
EL PASO, TX 79906
USA

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | UPNX | 9/12/2005 | 9/12/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1200 | 26086260 | 0.52 | $626.28 |
|  | DELPHI-GATE,SHIFT LEVER |  |  |
| 273342 |  |  |  |

|  |  |
|---|---|
| SUB TOTAL: | $626.28 |
| **TOTAL AMOUNT DUE:** | **$626.28** |

vünvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   Department # 243501
**Admiral Tool Manufacturing Chicago**
PO BOX 67000
DETROIT MICHIGAN 48267 2435

Sales - Service - Technical Support - Engineering



**Admiral Tool Global Inc**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone  (773) 477-4300
Fax     (773) 477-1356

# INVOICE

Invoice No.: **777239**
Date: **9/13/2005**
Order No.: **14882**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI -S- PLANT 12<br>499 EAST COUNTY RD. 300 SOUTH<br>CISCO: 44068     SAP# K912<br>NEWCASTLE, IN 47362<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | PJXI | 9/13/2005 |  |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 900 | 26104681<br>DELPHI-GATE,SHIFT LEVER | 0.49 | $439.20 |
| 273374 | | | |

| | SUB TOTAL: | $439.20 |
|---|---|---|
| | **TOTAL AMOUNT DUE:** | **$439.20** |

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS,
PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:  **Department # 243501**
                                                                                                              **Admiral Tool Global Inc**
                                                                                                              **PO BOX 67000**
                                                                                                              **DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone   (773) 477-4300
Fax       (773) 477-1356

# INVOICE

Invoice No.: **777240**
Date: **9/13/2005**
Order No.: **14957**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To A |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI SAGINAW STEERING SYSTEMS<br>PLANT 6 CISCO 44026<br>TOWERLINE RD OFF HOLLAND ROAD<br>SAGINAW, MI 48601<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| | ALVN | 9/13/2005 | 9/13/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 9000 | 26121088<br>DELPHI GATE,SHIFT LEVER | 0.50 | $4,493.70 |
| 273375 | | | |

SUB TOTAL:   $4,493.70

**TOTAL AMOUNT DUE:**   $4,493.70

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   Department # 243501
**Admiral Tool Manufacturing Chicago
PO BOX 67000
DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL   60618-4782
Phone   (773) 477-4300
Fax       (773) 477-1356

# INVOICE

Invoice No.: **777289**
Date: **9/14/2005**
Order No.: **14882**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To A |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI -S- PLANT 12<br>499 EAST COUNTY RD. 300 SOUTH<br>CISCO: 44068    SAP# K912<br>NEWCASTLE, IN 47362<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | PJXI | 9/14/2005 | 9/14/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 1500 | 26104681<br>DELPHI-GATE,SHIFT LEVER | 0.49 | $732.00 |
| 273423 | | | |

|  |  |
|---|---|
| SUB TOTAL: | $732.00 |
| **TOTAL AMOUNT DUE:** | **$732.00** |

vtinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS,
PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:    Department # 243501
**Admiral Tool Manufacturing Chicago
PO BOX 67000
DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering



**Admiral Tool and Manufacturing Company**
3700 N. Talman Ave.
Chicago, IL  60618-4782
Phone  (773) 477-4300
Fax     (773) 477-1356

# INVOICE

Invoice No.: **777331**
Date: **9/15/2005**
Order No.: **14882**
Page No.: **1**
F.O.B.: **SHIPPING POINT**
Terr:

| Sold To | Ship To A |
|---|---|
| DELPHI SAGINAW STEERING<br>3900 EAST HOLLAND DRIVE<br>SAGINAW, MI 48601 | DELPHI -S- PLANT 12<br>499 EAST COUNTY RD. 300 SOUTH<br>CISCO: 44068    SAP# K912<br>NEWCASTLE, IN 47362<br>USA |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| DELPHI | SAG90I5424 | Due on receipt | Freight: Billed |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
|  | PJXI | 9/15/2005 | 9/15/2005 |

| QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|
| 900 | 26104681<br>DELPHI-GATE,SHIFT LEVER | 0.49 | $439.20 |
| 273466 | | | |

SUB TOTAL:  $439.20

**TOTAL AMOUNT DUE:**  $439.20

vfinvfin
IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.
PLEASE REFENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:   Department # 243501
**Admiral Tool Manufacturing Chicago**
**PO BOX 67000**
**DETROIT MICHIGAN 48267 2435**

Sales - Service - Technical Support - Engineering