## CERTIFICATE OF SERVICE

I, Scott S. McKessy, hereby certify that I served **ADMIRAL TOOL & MANUFACTURING CO. OF ILLINOIS' RESPONSE TO THE DEBTOR'S NINTH OMNIBUS CLAIMS OBJECTION** via overnight delivery, on this 14th day of March 2007 to the following parties.

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese

Dated: March 14, 2007

/s/ _____
Scott S. McKessy