# United States Bankruptcy Court
## Southern District of New York

In re DELPHI CORPORATION, et al.,   Case No. 05-44481
                                    (Jointly Administered)
                                    Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Twoson Tool Company aka Twoson Esp Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
**411 West Putnam Ave., Ste. 225**
**Greenwich, CT 06830**
**Attn: Alisa Mumola**
**Phone 203-862-8211**

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct#: N/A

Last Four Digits of Acct#: N/A

Name and Address where transferee payments should be sent (if different from above)

Name and Current Address of Transferor

**Twoson Tool Company**
**PO Box 591**
**Muncie, IN  47308**

**Claim No. 8340 for $2,348.64**
**Claim No. 8341 for $15,840.26**
**Claim No. 11232 for $1,634.36**     Last Four Digits of Acct#: N/A
**Claim No. 11233 for $134,780.90**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____March 15, 2007_____
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                           **CLERK OF THE COURT**

**EVIDENCE OF TRANSFER OF CLAIM**

**TWOSON TOOL COMPANY**, a Indiana corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated March 15, 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 5th day of March, 2007.

**(Assignor)**
TWOSON TOOL COMPANY

By: _Karen E. Beard_

Name: Karen E. Beard

Title: Vice President/Finance

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _[signature]_

Name: G. Tenzer

Title: Member

**(Assignor)**
**WITNESS:**

By: _Tony Coston_

Name: Tony Coston

Title: Staff Accountant

KL2 2394444 1

# Schedule A

| Creditor | Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|---|
| Twoson Tool Company | Delphi Automotive Systems, LLC | 05-44640 | 137,607.10 | | |
| Twoson Tool Company | Delphi Mechatronic Systems, Inc. | 05-44567 | 2,348.64 | | |
| Twoson Tool Company | Delphi Mechatronic Systems, Inc. | 05-44567 | 5,109.77 | | |
| Twoson Esp Inc. | Delphi Mechatronic Systems, Inc. | 05-44567 | | 2,348.64 | 8340 |
| Twoson Tool Company | Delphi Mechatronic Systems, Inc. | 05-44567 | | 15,840.26 | 8341 |
| Twoson Esp Inc. | Delphi Automotive Systems, LLC | 05-44640 | | 1,634.36 | 11232 |
| Twoson Tool Co. Inc. | Delphi Automotive Systems, LLC | 05-44640 | | 134,780.90 | 11233 |

Initials:

Seller _____

Buyer _____