**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                               :
                                                    :     Chapter 11
DELPHI CORPORATION, *et al.*,                       :
                                                    :     Case No. 05-44481 RDD
                    Debtors.                        :
                                                    :     (Jointly Administered)
                                                    :
------------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**UPON** the Motion of Brenda Franklin Rodeheffer, a member in good standing of the bar in the State of Indiana and the bar of the U.S. District Courts for the Southern and Northern Districts of Indiana, requesting admission, *pro hac vice*, to represent Ms. Eva Orlik in the above-referenced case;

**IT IS HEREBY ORDERED** that Brenda Franklin Rodeheffer is permitted to practice, *pro hac vice,* as counsel to Ms. Eva Orlik in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  March 15, 2007
        New York, New York

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE