## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **GARRITY TOOL COMPANY INC**_____("Transferor")
        [TRANSFEROR NAME & ADDRESS]
        **2932 N WEBSTER AVE**_____

        _____

        **INDIANAPOLIS, IN 462191015**_____

2.    Please take notice of the transfer of $ **3,905.04**       of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

        **Transfer $3,905.04 to:**

        **Madison Niche Opportunities Fund, LLC**_____("Transferee")
        [TRANSFEREE NAME & ADDRESS]
        **6143 S. Willow Dr. Suite 200**_____

        **Greenwood Village, CO        80111**_____

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_

Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

# EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

*GARRITY TOOL CO: INC.* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the *03/07/07*

[NAME OF CLAIMANT] *GARRITY Tool Co Inc.*

By: *Donald R Garrity*
(Signature of Claimant)

Print Name: *Donald A Garrity*

*3555 Developers Rd*
(Address)

*Indianapolis, IN. 46227*
(Address)

*35-1971779*
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103218156

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: *Kristy Stark*
                (signature)

*KRISTY STARK*
                (print name)

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

In re:  Delphi Automotive Systems
      LLC



               Debtor.

Chapter 11
Case Nos.   05-44481

Claim No.

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.  TO:  **KORTEN QUALITY SYSTEMS LIMITED** _____("Transferor")
      [TRANSFEROR NAME & ADDRESS]
      **PO BOX 454** _____



      **ROMEO, MI 48065** _____

2.  Please take notice of the transfer of $ **48,625.00** _____ of your claim referenced above,
together with all applicable interest, fees and expenses related thereto (the "Transferred
Claim")

      Transfer $48,625.00 to:
      **Madison Niche Opportunities Fund, LLC** _____("Transferee")
      [TRANSFEREE NAME & ADDRESS]
      **6143 S. Willow Dr. Suite 200** _____



      **Greenwood Village, CO      80111** _____

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_ _____
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS  66202

*Korean Quality Systems Ltd* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___3/13/07___

[NAME OF CLAIMANT] *Korean Quality Systems, Ltd*

By: _____, *Controller*
(Signature of Claimant)

Print Name: ___*William Scully*___

___*P.O Box 454*___
(Address)

___*Romeo, MI 48065*___
(Address)

___*38-315 2825*___
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103794787

Accepted:
MADISON LIQUIDITY INVESTORS, LLC

By:  ___*Kristy Stark*___
                      (signature)

___*KRISTY STARK*___
                      (print name)

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| |
|---|
| In re:  Delphi Automotive Systems LLC |
| Debtor. |

Chapter 11
Case Nos.   05-44481

Claim No.

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **DEARBORN GROUP**                              ("Transferor")
          [TRANSFEROR NAME & ADDRESS]
          **27007 HILLS TECH DR**


          **FARMINGTON HILLS, MI 48331**


2.   Please take notice of the transfer of $ **12,612.00**      of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

          **Transfer $12,612.00 to:**
          **Madison Niche Opportunities Fund, LLC**          ("Transferee")
          [TRANSFEREE NAME & ADDRESS]
          **6143 S. Willow Dr. Suite 200**


          **Greenwood Village, CO      80111**


No action is required if you do not object to the transfer of your claim.

Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:     New York Southern Bankruptcy Court
AND TO:   Madison Liquidity Investors, LLC.
          6310 Lamar Ave, Suite 120
          Overland Park, KS 66202

DEARBORN Group [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the __March 5, 2007__

[NAME OF CLAIMANT] __DEARBORN Group, Inc.__

By __Kathleen O'Brien__
(Signature of Claimant)

Print Name: __KATHLEEN O'BRIEN__

__27007 Hills Tech CT.__
(Address)

__Farmington Hills, MI 48331__
(Address)

__38-2768567__
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103794793

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: __Kristy Stark__
          (signature)

__KRISTY STARK__
          (print name)

03-06-07A10:11 RCVD

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

<table>
<tr>
<td>

In re: Delphi Automotive Systems
     LLC




                Debtor.

</td>
<td>

Chapter 11
Case Nos.   05-44481

Claim No.

</td>
</tr>
</table>

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:     **ACME SPIRALLY WOUND PAPER PRODUCTS**  ("Transferor")
               **INC**
               [TRANSFEROR NAME & ADDRESS]
               **PO BOX 35320**

               **CLEVELAND, OH 44135**

2.   Please take notice of the transfer of $ **7,405.69** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

               **Transfer $7,405.69 to:**
               **Madison Niche Opportunities, LLC**    ("Transferee")
               [TRANSFEREE NAME & ADDRESS]
               **6310 Lamar Ave**
               **Suite 120**
               **Overland Park, KS    66202**

999-000/Forms/27475.1

No action is required if you do not object to the transfer of your claim.

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:     New York Southern Bankruptcy Court
AND TO:  Madison Liquidity Investors, LLC.
         6310 Lamar Ave, Suite 120
         Overland Park, KS 66202

*ACME SPIRALLY WOUND PAPER PRODUCTS, INC.* -[Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the *MARCH 14, 2007*

[NAME OF CLAIMANT] *CHRISTINA M. MOORE*

By: _*(signature)*_
(Signature of Claimant)

Print Name: *ACME SPIRALLY WOUND PAPER PRODUCTS, INC.*

_*P.O. BOX 35320*_
(Address)

_*4810 W 139th. ST. CLEVELAND, OHIO 44135*_
(Address)

_*34 137 7123*_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103838245

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _*Krist Stark*_
_(signature)_

_*KRISM STARK*_
(print name)

03-15-07 A08:56 RCVD