# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| In re: Delphi Automotive Systems LLC | Chapter 11 |
|---|---|
| Debtor. | Case Nos. 05-44481 |
| | Claim No. 3640 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: **KORTEN QUALITY SYSTEMS LIMITED** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **PO BOX 454**

   **ROMEO, MI 48065**

2. Please take notice of the transfer of $ **409.80** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $409.80 to:**
   **Madison Niche Opportunities Fund, LLC** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6143 S. Willow Dr. Suite 200**

   **Greenwood Village, CO    80111**

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:  New York Southern Bankruptcy Court
AND TO:  Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

_Korean Quality Systems, Ltd_ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _3/13/07_

[NAME OF CLAIMANT] _Korean Quality Systems, Ltd_

By: _[signature], Controller_
(Signature of Claimant)

Print Name: _William Scully_

_P.O. Box 454_
(Address)

_Romeo, MI 48065_
(Address)

_38-3152825_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103794787

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _[signature]_
(signature)

_KRISTY STARK_
(print name)

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br>Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No.  3641 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:   **KORTEN QUALITY SYSTEMS LIMITED**   ("Transferor")
    [TRANSFEROR NAME & ADDRESS]
    **PO BOX 454**

    **ROMEO, MI 48065**

2.   Please take notice of the transfer of $ **3,140.80** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    **Transfer $3,140.80 to:**
    **Madison Niche Opportunities Fund, LLC**   ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    **6143 S. Willow Dr. Suite 200**

    **Greenwood Village, CO      80111**

No action is required if you do not object to the transfer of your claim.

_Kristy Stark_
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:            New York Southern Bankruptcy Court
AND TO:   Madison Liquidity Investors, LLC.
                  6310 Lamar Ave, Suite 120
                  Overland Park, KS  66202

*Koehn Quality Systems Ltd* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the  3/13/07

[NAME OF CLAIMANT] _Koehn Quality Systems, Ltd_
By: _/s/ William Scully, Controller_
(Signature of Claimant)

Print Name: _William Scully_

_P.O. Box 4541_
(Address)

_Romeo, MI 48065_
(Address)

_38-3152825_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  103794787

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: _/s/ Kristy Stark_
            (signature)

_Kristy Stark_
(print name)

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC <br><br> Debtor. | Chapter 11 <br> Case Nos. 05-44481 <br><br> Claim No. 38 5 |

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1.  TO:   **ACME SPIRALLY WOUND PAPER PRODUCTS INC**   ("Transferor")
    [TRANSFEROR NAME & ADDRESS]
    **PO BOX 35320**

    **CLEVELAND, OH 44135**

2.  Please take notice of the transfer of $ 3386.88 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    Transfer $ 3386.88
    **Madison Niche Opportunities, LLC**   ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    **6310 Lamar Ave**
    **Suite 120**
    **Overland Park, KS    66202**

999-000/Forms/27475.1

No action is required if you do not object to the transfer of your claim.

*[signature: Kristy Stark]*
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

# EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

ACME SPIRALLY WOUND PAPER PRODUCTS, INC -[Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court , The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the MARCH 14, 2007
[NAME OF CLAIMANT] CHRISTINA M. MOORE
By: _____
(Signature of Claimant)

Print Name: ACME SPIRALLY WOUND PAPER PRODUCTS, INC.
P.O. BOX 35320
(Address)
4810 W 139th. ST. CLEVELAND, OHIO 44135
(Address)
34 137 7123
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103838245

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: _____
(signature)
KRISY STARK
(print name)

03-15-07A08:56 RCVD

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC <br><br><br> Debtor. | Chapter 11 <br> Case Nos.  05-44481 <br><br> Claim No. 384 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.  TO:    **ACME SPIRALLY WOUND PAPER PRODUCTS**    ("Transferor")
         **INC**
         [TRANSFEROR NAME & ADDRESS]
         **PO BOX 35320**

         _____

         **CLEVELAND, OH 44135**

2.  Please take notice of the transfer of $ 4018.81     of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    Transfer $ 4018.81
    **Madison Niche Opportunities, LLC**    ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    **6310 Lamar Ave**
    **Suite 120**
    **Overland Park, KS    66202**

999-000/Forms/27475.1

No action is required if you do not object to the transfer of your claim.

*Kristy Stark* (signature)

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1

EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

ACME SPIRALLY WOUND PAPER PRODUCTS, INC -[Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the MARCH 14, 2007

[NAME OF CLAIMANT] CHRISTINA M. MOORE

By: _____
(Signature of Claimant)

Print Name: ACME SPIRALLY WOUND PAPER PRODUCTS, INC.

P.O. BOX 35320
(Address)

4810 W 139th. ST. CLEVELAND, OHIO 44135
(Address)

34 137 7123
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103838245

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
(signature)

KRISTI STARK
(print name)

03-15-07 A08:56 RCVD