KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Robert N. Michaelson (RM-5925)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for TPO Displays, USA, Inc.
f/k/a Mobile Display Systems

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
In re                                           :        Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :        Case No. 05-44481 (RDD)
                                                :
                                                :
                        Debtors.                :
--------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

Nathanael F. Meyers, being duly sworn, deposes and says:

1.      I am an employee of the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP,

having offices at 599 Lexington Avenue, New York, New York 10022.  I am over eighteen (18)

years of age and am not a party to this action.

2.      On March 14, 2007 I caused to be served a true copy of the **TPO Displays USA,**

**Inc.'s Ninth Omnibus Claims Objection Dated February 15, 2007** by United States First

Class Mail, postage pre-paid, upon the parties listed below:

                        Delphi Corporation
                        5725 Delphi Drive
                        Troy, Michigan 49098
                        Attn:  General Counsel

NY-514812 v1

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn:  John Wm. Butler, Jr., Esq.
       John K. Lyons, Esq.
       Joseph N. Wharton, Esq.

_____
                    Nathanael F. Meyers

Sworn to before me this
15th day of March, 2007

_____
Notary Public, State of New York

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10