**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                      :    Chapter 11
                                            :
    DELPHI CORPORATION, *et al*.,    :    Case No. 05-44481 (RDD)
                                            :
                    Debtors.    :    (Jointly Administered)
                                            :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      Angela H. Chua hereby declares, pursuant to 28 U.S.C. § 1746, and under penalties of perjury, the following:

      1. I am employed by the law firm of Greenberg Traurig, LLP.

      2. I am over 18 years of age and reside in Jersey City, New Jersey. I am not a party to this action.

      3. On March 14, 2007, I caused a true and correct copy of the following document to be served upon the parties listed on the attached Service List, at the addresses set forth by *overnight mail (Federal Express, Priority Overnight)*:

      **SAMTECH CORPORATION'S RESPONSE TO DEBTORS' REQUEST TO MODIFY CLAIM NO. 12221 FILED BY MTRONICS AS SET FORTH IN DEBTORS' NINTH OMNIBUS OBJECTION**

      4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2007

                                                          /s/ Angela H. Chua
                                                            Angela H. Chua

## SERVICE LIST

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Mtronics.com, Inc.
Attn:  President
325 Electronics Boulevard, Suite C
Huntsville, AL  35824

Honorable Robert D. Drain
United States Bankruptcy Court
 for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY  10004

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Mary L. Booth, Esq.
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203