IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**OBJECTION OF MAGNESIUM ELECTRON, INC. TO
DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS**

Magnesium Electron, Inc. ("MEI") hereby objects to the Debtors' Ninth Omnibus Objection to Claims. In support of this objection MEI respectfully represents as follows:

1. On January 13, 2006, MEI filed a general unsecured proof of claim in the amount of $518,452.00, relating to goods sold to the Debtor.

2. The Debtors' objection seeks to reduce MEI's claim to $265,694.00.

3. The $265,694.00 is comprised of the unpaid invoices attached hereto as Exhibit "A."

4. The Debtors also "short paid" the invoices attached hereto as Exhibit "B" in the amount of $39,088.00.

5. Accordingly, MEI respectfully submits that the allowed amount of the general unsecured claim should be $304,782.00 ($265,694.00 + $39,088.00).

WHEREFORE, Magnesium Electron, Inc. requests that the Debtors' Ninth Omnibus Objection to Claims be granted and denied in part to reduce the claim of Magnesium Electron, Inc. to the amount of $304,782.00 and to allow the claim.

Dated: March 15, 2007                    ARCHER & GREINER
                                         A Professional Corporation
                                         Attorneys for Magnesium Electron, Inc.


                                         By:___/s/ Stephen M. Packman___
                                              Stephen M. Packman

## CERTIFICATION OF SERVICE

Copies of the Objection of Magnesium Electron, Inc. to Debtors' Ninth Omnibus Objection to Claims were served this 15th day of March, 2007, upon the following in the manner indicated:

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Via Facsimile: 248.813.2673

John William Butler, Jr., Esquire
John K. Lyons, Esquire
Joseph N. Wharton, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Via Facsimile: 312.407.8501
*Attorneys for Debtor*

Chambers of the Honorable Robert D. Drain
US Bankruptcy Judge
US Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, NY 10004
Via Hand Delivery


Dated: March 15, 2007

2565386v1

/s/ Stephen M. Packman
STEPHEN M. PACKMAN

# EXHIBIT "A"

| BILL-TO | REMIT-TO | PAGE 1 |
|---|---|---|
| DELPHI CATALYST | MAGNESIUM ELEKTRON, INC. | |
| ATTN: ACCOUNTS PAYABLE | LOCKBOX #2480 | |
| PO BOX 1679 | P.O. BOX 8500 | INVOICE # |
| CATOOSA | PHILADELPHIA | 0000014779 |
| OK 74015 | PA 19178-2480 | INVOICE DATE 9/21/05 |
| SHIP-TO | SOLD-TO | |
| DELPHI CATALYST | DELPHI CATALYST | INVOICE DUE DT |
| 1301 MAIN PARKWAY | PO BOX 1679 | 10/21/05 |
| CATOOSA | CATOOSA OK 74015 | |
| OK 74015 | | |

| TERMS DESCRIPTION | FOB DESCRIPTION | CURRENCY |
|---|---|---|
| 1% 30 DAYS | PREPAID | USD |

3 SK LOT# OX537G0102
3 SK LOT# OX537G0101

| CUSTOMER | ORDER | CUSTOMER PO NUMBER | SALES REP | ORIG INVOICE # |
|---|---|---|---|---|
| 10480103 | 0013524 | 50144 | 2000 | |

| RESOURCE | REL CUSTOMER RES | PROM DT PRC UM | UNIT PRICE | AMOUNT |
| RESOURCE DESCRIPTION | | QTY SHIPPED | TERMS DESCRIPTION | |
|---|---|---|---|---|
| FF0229 | 0 1556 | 9/21/05 KG | 18.580 | 16722.00 |
| FZ1403 300 KG SACK | | 900.000000 | | |
| FF0229 | 0 1556 | 9/21/05 KG | 18.580 | 16722.00 |
| FZO1403 300 KG SACK | | 900.000000 | | |

| TERMS DISC | TOTAL SALES | TOTAL DISC | TOTAL TAX | TOTAL CHARGE | AMOUNT DUE |
|---|---|---|---|---|---|
| .00 | 33444.00 | .00 | .00 | .00 | 33444.00 |

**MEI**

| BILL-TO | REMIT-TO | PAGE 1 |
|---|---|---|
| DELPHI CATALYST | MAGNESIUM ELEKTRON, INC. | |
| ATTN: ACCOUNTS PAYABLE | LOCKBOX #2480 | |
| PO BOX 1679 | P.O. BOX 8500 | INVOICE # |
| CATOOSA | PHILADELPHIA | 0000014780 |
| OK 74015 | PA 19178-2480 | INVOICE DATE 9/22/05 |
| SHIP-TO | SOLD-TO | |
| DELPHI CATALYST | DELPHI CATALYST | INVOICE DUE DT |
| 1301 MAIN PARKWAY | PO BOX 1679 | 10/22/05 |
| CATOOSA | CATOOSA OK 74015 | |
| OK 74015 | | |

| TERMS DESCRIPTION | FOB DESCRIPTION | CURRENCY |
|---|---|---|
| 1% 30 DAYS | PREPAID | USD |

3 SK LOT# OX537G0102

| CUSTOMER ORDER | CUSTOMER PO NUMBER | SALES REP | ORIG INVOICE # |
|---|---|---|---|
| 10480103  0013529 | 50144 | 2000 | |

| RESOURCE | REL CUSTOMER RES | PROM DT  PRC UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| RESOURCE DESCRIPTION | | QTY SHIPPED | TERMS DESCRIPTION | |
| FF0229 | 0 1556 | 9/22/05  KG | 18.580 | 16722.00 |
| FZO1403  300 KG  SACK | | 900.000000 | | |

| TERMS DISC | TOTAL SALES | TOTAL DISC | TOTAL TAX | TOTAL CHARGE | AMOUNT DUE |
|---|---|---|---|---|---|
| .00 | 16722.00 | .00 | .00 | .00 | 16722.00 |

**MEI**
Creating the Future of Zirconium Chemicals
08-762-5600     FAX 908-762-7768

| | | |
|---|---|---|
| BILL-TO<br>DELPHI CATALYST<br>ATTN: ACCOUNTS PAYABLE<br>PO BOX 1679<br>CATOOSA<br><br>OK   74015 | REMIT-TO<br>MAGNESIUM ELEKTRON, INC.<br>LOCKBOX #2480<br>P.O. BOX 8500<br>PHILADELPHIA<br><br>PA   19178-2480 | PAGE   1<br><br>INVOICE #<br>0000014781<br><br>INVOICE DATE<br>9/22/05 |
| SHIP-TO<br>DELPHI CATALYST<br>1301 MAIN PARKWAY<br><br>CATOOSA<br><br>OK   74015 | SOLD-TO<br>DELPHI CATALYST<br>PO BOX 1679<br>CATOOSA OK 74015 | INVOICE DUE DT<br>10/22/05 |
| TERMS DESCRIPTION<br>1% 30 DAYS | FOB DESCRIPTION<br>PREPAID | CURRENCY<br>USD |

3 SK LOT# OX537F0102
3 SK LOT# OX537F0101

| CUSTOMER | ORDER | CUSTOMER PO NUMBER | SALES REP | ORIG INVOICE # |
|---|---|---|---|---|
| 10480103 | 0013536 | 50185 | 2000 | |

| RESOURCE | REL CUSTOMER RES | PROM DT  PRC UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| RESOURCE DESCRIPTION | | QTY SHIPPED | TERMS DESCRIPTION | |
| FF0212 | 0 1569 | 9/22/05    KG | 18.580 | 39018.00 |
| FZO1046/02 1543LB SACK  ZRD1 | | 2100.000000 | | |
| FF0212 | 0 1569 | 9/22/05    KG | 18.580 | 39018.00 |
| FZO1046/02 1543LB SACK  ZRD1 | | 2100.000000 | | |

| TERMS DISC | TOTAL SALES | TOTAL DISC | TOTAL TAX | TOTAL CHARGE | AMOUNT DUE |
|---|---|---|---|---|---|
| .00 | 78036.00 | .00 | .00 | .00 | 78036.00 |

```
BILL-TO                          REMIT-TO                              PAGE     1
DELPHI CATALYST                  MAGNESIUM ELEKTRON, INC.
ATTN: ACCOUNTS PAYABLE           LOCKBOX #2480
PO BOX 1679                      P.O. BOX 8500
CATOOSA                          PHILADELPHIA                          INVOICE #
                                                                       0000014782
OK   74015                       PA    19178-2480
                                                                       INVOICE DATE
                                                                         9/22/05
SHIP-TO                          SOLD-TO
DELPHI CATALYST                  DELPHI CATALYST
1301 MAIN PARKWAY                PO BOX 1679                           INVOICE DUE DT
                                 CATOOSA OK 74015                        10/22/05
CATOOSA

OK   74015


TERMS DESCRIPTION                FOB DESCRIPTION                       CURRENCY
1% 30 DAYS                       PREPAID                               USD


8 SK LOT# OX535F0103
8 SK LOT# OX535F0102

CUSTOMER     ORDER       CUSTOMER PO NUMBER    SALES REP    ORIG INVOICE #
10480103     0013537     50144                 2000

RESOURCE             REL CUSTOMER RES     PROM DT    PRC UM    UNIT PRICE         AMOUNT
RESOURCE DESCRIPTION                      QTY SHIPPED          TERMS DESCRIPTION

FF0229                    0  1556         9/22/05   KG         18.580            44592.00
FZO1403      300 KG   SACK                2400.000000

FF0229                    0  1556         9/22/05   KG         18.580            44592.00
FZO1403      300 KG   SACK                2400.000000


       TERMS DISC    TOTAL SALES    TOTAL DISC    TOTAL TAX    TOTAL CHARGE   AMOUNT DUE
             .00        89184.00           .00          .00            .00     89184.00
```

```
                                                                          PAGE    1
BILL-TO                          REMIT-TO
DELPHI CATALYST                  MAGNESIUM ELEKTRON, INC.
ATTN: ACCOUNTS PAYABLE           LOCKBOX #2480
PO BOX 1679                      P.O. BOX 8500
CATOOSA                          PHILADELPHIA                  INVOICE #
                                                               0000014789
OK   74015                       PA    19178-2480
                                                               INVOICE DATE
                                                                 9/21/05
SHIP-TO                          SOLD-TO
DELPHI CATALYST                  DELPHI CATALYST               INVOICE DUE DT
1301 MAIN PARKWAY                PO BOX 1679                     10/21/05
                                 CATOOSA OK 74015
CATOOSA

OK   74015
                                                                CURRENCY
TERMS DESCRIPTION                FOB DESCRIPTION                  USD
1% 30 DAYS                       PREPAID


2 SK LOT# OX53OI0106

CUSTOMER      ORDER       CUSTOMER PO NUMBER    SALES REP    ORIG INVOICE #
10480103      0013523     50185                   2000

RESOURCE           REL CUSTOMER RES    FROM DT  PRC UM    UNIT PRICE       AMOUNT
RESOURCE DESCRIPTION                   QTY SHIPPED        TERMS DESCRIPTION

FF0212                 0 1569          9/21/05   KG         18.580         26012.00
FZO1046/02 1543LB SACK ZRD1            1400.000000


TERMS DISC     TOTAL SALES     TOTAL DISC     TOTAL TAX   TOTAL CHARGE   AMOUNT DUE
   .00          26012.00          .00            .00          .00        26012.00
```

**MEI**

Creating the Future of Zirconium Chemicals
908-782-5800   FAX 908-782-7768   FLEMINGTON, NEW JERSEY 08822

PAGE 1

BILL-TO
DELPHI CATALYST
ATTN: ACCOUNTS PAYABLE
PO BOX 1679
CATOOSA

OK   74015

SHIP-TO
DELPHI CATALYST
1301 MAIN PARKWAY

CATOOSA

OK   74015

REMIT-TO
MAGNESIUM ELEKTRON, INC.
LOCKBOX #2480
P.O. BOX 8500
PHILADELPHIA

PA   19178-2480

SOLD-TO
DELPHI CATALYST
PO BOX 1679
CATOOSA OK 74015

INVOICE #
0000014824

INVOICE DATE
9/30/05

INVOICE DUE DT
10/30/05

TERMS DESCRIPTION
1% 30 DAYS

FOB DESCRIPTION
PREPAID

CURRENCY
USD

4 SK LOT# OX537G0103

| CUSTOMER ORDER | CUSTOMER PO NUMBER | SALES REP | ORIG INVOICE # |
|---|---|---|---|
| 10480103   0013571 | 50144 | 2000 | |

| RESOURCE | REL CUSTOMER RES | FROM DT  PRC UM | UNIT PRICE | AMOUNT |
| RESOURCE DESCRIPTION | | QTY SHIPPED | TERMS DESCRIPTION | |
|---|---|---|---|---|
| FF0229 | 0  1556 | 9/30/05   KG | 18.580 | 22296.00 |
| FZO1403   300 KG  SACK | | 1200.000000 | | |

| TERMS DISC | TOTAL SALES | TOTAL DISC | TOTAL TAX | TOTAL CHARGE | AMOUNT DUE |
|---|---|---|---|---|---|
| .00 | 22296.00 | .00 | .00 | .00 | 22296.00 |

# EXHIBIT "B"

**MEI**
Creating the Future of Zirconium Chemicals
908-782-5800    FAX 908-782-7758  FLEMINGTON, NEW JERSEY 08822-3717 USA
500 POINT BREEZE ROAD

| BILL-TO | REMIT-TO | PAGE 1 |
|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>ATTN: ACCOUNTS PAYABLE<br>PO BOX 1679<br>CATOOSA<br><br>OK  74015 | MAGNESIUM ELEKTRON, INC.<br>LOCKBOX #2480<br>P.O. BOX 8500<br>PHILADELPHIA<br><br>PA  19178-2480 | INVOICE #<br>0000014267<br><br>INVOICE DATE<br>6/29/05 |
| SHIP-TO<br>DELPHI AUTOMOTIVE SYSTEMS S/T<br>UPS SUPPLY/ ATTN: ALLAN PATTON<br>5445 N. BIRD CREEK AVE<br>CATOOSA<br><br>OK  74015 | SOLD-TO<br>DELPHI AUTOMOTIVE SYSTEMS<br>PO BOX 1679<br>CATOOSA OK 74015 | INVOICE DUE DT<br>8/28/05 |
| TERMS DESCRIPTION<br>NET 60 DAYS | FOB DESCRIPTION<br>PREPAID | CURRENCY<br>USD |

1 SACK   LOT#   OX520H0101
2 SACKS  LOT#   OX522I0101
2 SACKS  LOT#   OX522I0103

| CUSTOMER<br>ORDER | CUSTOMER PO NUMBER | SALES REP | ORIG INVOICE # |
|---|---|---|---|
| 10480103 | 0013072    50165 | 2000 | |

| RESOURCE<br>RESOURCE DESCRIPTION | REL CUSTOMER RES | PROM DT  PRC UM<br>QTY SHIPPED | UNIT PRICE<br>TERMS DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| FF0212<br>FZO1046/02 1543LB SACK ZRD1 | 0  1569 | 6/29/05  KG<br>700.000000 | 18.680 | 13076.00 |
| FF0212<br>FZO1046/02 1543LB SACK ZRD1 | 0  1569 | 6/29/05  KG<br>1400.000000 | 18.680 | 26152.00 |
| FF0212<br>FZO1046/02 1543LB SACK ZRD1 | 0  1569 | 6/29/05  KG<br>1400.000000 | 18.680 | 26152.00 |

| TERMS DISC | TOTAL SALES | TOTAL DISC | TOTAL TAX | TOTAL CHARGE | AMOUNT DUE |
|---|---|---|---|---|---|
| .00 | 65380.00 | .00 | .00 | .00 | 65380.00 |

Pd 9/30/05    (52,304 -)
Bal Due    13,076 -

**MEI**

FAX 908-782-7766   FLEMINGTON NEW JERSEY

PAGE    1

| BILL-TO | REMIT-TO | |
|---|---|---|
| DELPHI CATALYST | MAGNESIUM ELEKTRON, INC. | |
| ATTN: ACCOUNTS PAYABLE | LOCKBOX #2480 | |
| PO BOX 1679 | P.O. BOX 8500 | INVOICE # |
| CATOOSA | PHILADELPHIA | 0000014396 |
| OK   74015 | PA   19178-2480 | INVOICE DATE |
| | | 7/26/05 |
| SHIP-TO | SOLD-TO | |
| DELPHI CATALYST | DELPHI CATALYST | INVOICE DUE DT |
| 1301 MAIN PARKWAY | PO BOX 1679 | 9/24/05 |
| CATOOSA | CATOOSA OK 74015 | |
| OK   74015 | | |

| TERMS DESCRIPTION | FOB DESCRIPTION | CURRENCY |
|---|---|---|
| NET 60 DAYS | PREPAID | USD |

1 SACK     LOT# OX520H0102
2 SACKS    LOT# OX522I0101
2 SACKS    LOT# OX522I0103

| CUSTOMER ORDER | CUSTOMER PO NUMBER | SALES REP | ORIG INVOICE # |
|---|---|---|---|
| 10480103  0013194 | 50185 | 2000 | |

| RESOURCE | REL CUSTOMER RES | PROM DT  PRC UM | UNIT PRICE | AMOUNT |
| RESOURCE DESCRIPTION | | QTY SHIPPED | TERMS DESCRIPTION | |
|---|---|---|---|---|
| FF0212 | 0 1569 | 7/26/05   KG | 18.580 | 13006.00 |
| FZO1046/02 1543LB SACK ZRD1 | | 700.000000 | | |
| FF0212 | 0 1569 | 7/26/05   KG | 18.580 | 26012.00 |
| FZO1046/02 1543LB SACK ZRD1 | | 1400.000000 | | |
| FF0212 | 0 1569 | 7/26/05   KG | 18.580 | 26012.00 |
| FZO1046/02 1543LB SACK ZRD1 | | 1400.000000 | | |

| TERMS DISC | TOTAL SALES | TOTAL DISC | TOTAL TAX | TOTAL CHARGE | AMOUNT DUE |
|---|---|---|---|---|---|
| .00 | 65030.00 | .00 | .00 | .00 | 65030.00 |

*Pd 9/30/05   (39,018-)*

*Bal Due       26,012-*