IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| Delphi Corporation, *et al.*, | ) Case No. 05-44481 (RDD) |
| | ) Chapter 11 |
| | ) (Jointly Administered) |
| Debtors. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE*
FOR W. CLARK WATSON**

W. Clark Watson ("Applicant") does hereby move this Court to enter an order admitting him *pro hac vice* as counsel for Balch & Bingham LLP, creditor in the above-styled case. In support of this motion, Applicant states under penalty of perjury the following:

1. My name is W. Clark Watson, and I am a partner in the law firm of Balch & Bingham LLP, 1901 Sixth Avenue North, Suite 2600, Birmingham, AL 35203. My office telephone number is (205) 226-3466, and my email address is cwatson@balch.com.

2. I have been licensed to practice in the State of Alabama since 1981, and I am a member in good standing of the Alabama State Bar. My Alabama State Bar number is ASB-1066-T57W.

3. I am admitted to practice and in good standing in the United States District Courts for the Northern, Middle and Southern Districts of Alabama and the United States Court of Appeals for the Eleventh Circuit. I have previously been admitted *pro hac vice* to this Court in other bankruptcy cases.

4. If admitted to practice in this Court, I will conduct myself in accordance with the rules governing the conduct of attorneys admitted to practice in this Honorable Court.

2

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this Court will enter an order allowing him to appear *pro hac vice* as counsel for Balch & Bingham LLP in the above-styled bankruptcy case.

Dated: March 15, 2007.

/s/ W. Clark Watson
W. Clark Watson
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

2