FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY 10103
(212) 318-3000
David A. Rosenzweig (DR-5742)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| DELPHI CORP., *et al.,* ) | | Case No. 05-44481 (RDD) |
| ) | | |
| Debtors. ) | | Jointly Administered |
| ) | | |

**STATEMENT PURSUANT TO RULE 2019 OF**
**THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Fulbright & Jaworski L.L.P. ("Fulbright") files this Statement:

1. Fulbright represents the parties-in-interest identified below in these chapter 11 cases:

   (a)  Hirschmann Car Communications GMBH
        Stuttgarter Str 45 51
        D72654 Neckartenzlingen
        Germany

   (b)  Southwest Research Institute
        6220 Culebra Road
        San Antonio, TX   78238-5166

   (c)  Solvay Flourides, LLC
        3333 Richmond Avenue
        Houston, Texas 77098

   (d)  Solvay Advanced Polymers, L.L.C.
        4500 McGinnis Ferry Road
        Alpharetta, GA 30005-3914 USA

2. Fulbright may currently represent other entities, not listed above, in matters pertaining to the debtors and/or certain of its affiliates and in the future may undertake other

31297606_1.DOC

engagements. In the event that such representations come to involve representations in these chapter 11 cases, Fulbright will supplement this Statement.

3. The nature, amount and time of acquisition of the claims of each client are set forth in the proofs of claim filed with the Court. The claims generally arise from certain goods and services provided by the clients to the Debtors on credit.

4. The representations set forth in paragraph 1 above constitute separate representations. They are not under or in connection with, nor are Fulbright's clients acting together pursuant to, a deposit agreement, proxy, trust mortgage, trust indenture, deed of trust or committee arrangement. There is no instrument under which Fulbright is empowered to act on behalf of these clients, except for an engagement agreement, if any. If requested by the Court to do so, Fulbright will provide a copy of any such engagement letter, with a request that such be filed under seal because it contains information covered by the attorney-client privilege.

5. Fulbright does not hold any claims against or interest in any of the debtors.

6. The undersigned makes this declaration under the penalties of perjury, to the best of his knowledge and information based upon information supplied to him by others.

Dated:   March 15 , 2007

FULBRIGHT & JAWORSKI L.L.P.

By:   /s/ David A. Rosenzweig

David A. Rosenzweig (DR–5742)
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
