**FOLEY & LARDNER LLP**
Lori V. Vaughan
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

David G. Dragich (Michigan Bar No. 63234)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             )
In re:                                                       )
                                                             )   Chapter 11
DELPHI CORPORATION, et al.,                                  )   Case No. 05-44481 (RDD)
                                                             )   Jointly Administered
            Debtors.                                         )
-------------------------------------------------------------x

**RESPONSE OF INTERMET CORPORATION AND SPCP GROUP LLC AS ASSIGNEE
OF INTERMET CORPORATION, TO DEBTORS' EIGHTH OMNIBUS OBJECTION
(PROCEDURAL) PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007 TO
CERTAIN (A) DUPLICATE AND AMENDED CLAIMS, (B) CLAIMS DUPLICATIVE
OF CONSOLIDATED TRUSTEE CLAIM, (C) EQUITY CLAIMS, AND (D)
<u>PROTECTIVE CLAIMS</u>**

Intermet Corporation ("Intermet"), by its attorneys Foley & Lardner LLP, and SPCP Group LLC as assignee of Intermet Corporation, hereby submit this Response (the "Response") to the Debtors' Eighth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims, (B) Claims Duplicative of Consolidated Trustee Claim, (C) Equity Claims, and (D) Protective Claims (the "Eight Omnibus Claims Objection"). In support of its Response, Intermet respectfully represents as follows:

1.      The Eighth Omnibus Claims Objection addresses three (3) proofs of claim Intermet duly and timely filed in these jointly administered cases (the "Intermet Claims"). According to the Eighth Omnibus Claims Objection, the Intermet Claims were assigned claim numbers 14107, 14489, and 15770 respectively.  One of the Intermet Claims was filed against Delphi Electronics (Holding) LLC, case number 05-44547, the second was filed against Delphi Automotive Systems LLC, case number 05-44640, and the third was filed against Delphi Corporation, case number 05-44481.

2.      The Intermet Claims assert unsecured claims against the Debtors in the amount of $3,750,708.82.  Three claims were filed out of an abundance of caution because it was uncertain against which Debtor the Intermet Claims are properly asserted.

3.      The Debtors' Eighth Omnibus Claims Objection seeks to disallow and expunge claims 14107 and 15770 with claim 14489 as the surviving claim, subject to a possible later objection.  Intermet cannot consent to this procedure without confirmation from the Debtors that Intermet Claim number 14489 is properly filed and allowed in the amount asserted.

4.      The documents supporting the Intermet Claims are annexed as exhibits to the Intermet Claims previously filed and submitted.

5.      Intermet continues to work with the Debtors in an effort to resolve the Intermet Claims.

WHEREFORE, Intermet respectfully requests that the Court enter an order denying the Debtors' Eighth Omnibus Claims Objection with respect to its claims and award such other and further relief as may be just and proper.

                              Respectfully submitted,

                              <u>/s/ Lori V. Vaughan</u>

                              **FOLEY & LARDNER LLP**

                              Lori V. Vaughan
                              90 Park Avenue
                              New York, NY 10016
                              Telephone: (212) 682-7474
                              Facsimile: (212) 687-2329

                              David G. Dragich (Michigan Bar. No. 63234)
                              500 Woodward Ave., Suite 2700
                              Detroit, MI 48226
                              Telephone: (313) 234-7100
                              Facsimile: (313) 234-2800

Dated: March 15, 2006

3