UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             )
In re:                                                       )
                                                             )        Chapter 11
DELPHI CORPORATION, et al.,                                  )        Case No. 05-44481 (RDD)
                                                             )        Jointly Administered
            Debtors.                                         )
-------------------------------------------------------------x

## PROOF OF SERVICE

KATHY ROSE, an employee of Foley & Lardner LLP, states that she caused a copy of

**Response of Intermet Corporation and SPCP Group LLC as Assignee of Intermet Corporation, to Debtors' Eighth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims, (B) Claims Duplicative of Consolidated Trustee Claim, (C) Equity Claims, and (D) Protective Claims**, along with this Certificate of Service, to be served on March 15, 2007 upon the following parties by placing copies of same in a U.S. Mail depository, postage prepaid and clearly addressed on the date within stated:

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan  48098<br>Attn:  General Counsel | John Wm. Butler, Jr.<br>John K. Lyons<br>Joseph N. Wharton<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois  60606 |

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kathy Rose*
　　　　　　　　　　　　　　　　　　　　KATHY ROSE
　　　　　　　　　　　　　　　　　　　　500 Woodward Ave., Suite 2700
　　　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　　　Telephone: (313) 234-7100
　　　　　　　　　　　　　　　　　　　　Facsimile: (313) 234-2800

Dated: March 15, 2006

DETR_148673.1