KELLEY DRYE & WARREN LLP
101 Park Avenue
James S. Carr (JC-1603)
Howard S. Steel (HS-5515)
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Counsel for TCS America, a Division of
Tata America International Corporation

**Hearing Date: March 22, 2007, at 10:00 a.m.**
**Response Deadline: March 15, 2007, at 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: DELPHI CORPORATION, *et al* Debtors. | Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered) |
|---|---|

**RESPONSE OF TCS AMERICA, A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION, TO DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION**

TCS America, a Division of Tata America International Corporation (the "Claimant"), by and through its attorneys, Kelley Drye & Warren LLP, hereby files this Response to that Ninth Omnibus Claims Objection, dated February 15, 2007, of Delphi Corporation and certain of its subsidiaries and affiliates' (collectively, the "Debtors"). In support of the Response, the Claimant respectfully states as follows:

## PRELIMINARY STATEMENT

1. The Claimant met its initial burden of proof with respect to the Claim (as defined below) by filing a properly executed and documented proof of claim. The Objection does not provide adequate evidence showing that the Claim is invalid, and, therefore the Objection fails to shift the burden to the Claimant to prove the validity of the Claim. Additionally, the Objection purports that the Claim was filed against the wrong Debtor entity but fails to provide a sufficient

factual basis for this assertion or for the Debtors' calculation of a reduced claim from $2,696,313.72 to $2,671,979.95. As a result, the Objection should be denied to the extent it seeks a reduction in the value of the Claim and the Claim should be allowed as filed in the amount of $2,696,313.72, against Delphi Automotive Systems LLC.

**BACKGROUND**

2. On July 28, 2006, the Claimant filed a proof of claim (Claim No. 12828) in the amount of $2,696,313.72 (the "Claim"), asserting a general unsecured claim against Delphi Automotive Systems LLC on account of services performed and goods sold and delivered by the Claimant for the Debtors. A copy of the relevant portions of the Claim are attached hereto as Exhibit A.

3. Subsequently, on September 6, 2006, the Claimant transferred and assigned the Claim for sufficient consideration to SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Funds, Ltd. The transfer was evidenced by a Notice of Transfer of Claim Other Than For Security filed with the Court on September 20, 2006. Pursuant to the assignment of claim agreement, the Claimant retains the right to defend the Claim and respond to any objections to the Claim.

4. On February 15, 2007, the Debtors filed the Objection which seeks, among other things, to modify the Claim so that it is asserted against Delphi Corporation, and reduce the Claim from $2,696,313.72 to $2,671,979.95. For the reasons set forth below, the Claimant objects to the relief requested in the Objection, and asks that the Court deny the Objection and allow the Claim in its entirety as filed.

**RESPONSE**

5. The Debtors' request to reduce the Claim is not only inappropriate, but devoid of any factual or legal basis. The Debtors have failed to adduce any evidence that the Claim is

invalid, that the Claim was improperly filed, or that the supporting documentation provided by the Claimant was lacking in any respect. To establish an allowed claim, both the liability and the specific amount owing must be proven. The initial burden of proof relative to a debtor's liability to claimants and the specific amount due is, naturally, upon each claimant. The debtor then has the burden of demonstrating the basis for an objection to a timely filed claim.

6. The proof of claim evidencing the Claim was signed by Satyanarayan S. Hedge, Claimant's Senior Vice President and General Counsel, and included, as attachments, computer generated invoices and an attachment to each invoice detailing the services provided and evidencing the outstanding amounts owed to the Claimant from the period of August 1, 2005 through October 7, 2005. Thus, the Claimant provided sufficient evidence supporting the validity of the Claim.

7. The Objection merely states that the Debtors dispute the amount of the Claim. Pursuant to section 502(a) of the Bankruptcy Code, a proof of claim is deemed to be allowed unless a party in interest objects. 11 U.S.C. § 502(a). Bankruptcy Rule 3001(f) explicitly states, "[a] proof of claim executed and filed in accordance with these rules shall constitute *prima facie* evidence of the validity and the amount of the claim." Under this rule, a claim is presumed valid until an objecting party has introduced evidence sufficient to rebut the claimant's *prima facie* case. *See In re Fidelity Holding Co., Ltd.*, 837 F.2d. 696, 698 (5th Cir. 1988); *In re Inter-Island Vessel Co., Inc.*, 98 B.R. 606, 608 (Bankr. D. Mass. 1988).

8. The burden of proof then shifts to the debtor to produce sufficient evidence to negate the *prima facie* validity of the claim. *In re Reilly*, 245 B.R. 768, 773 (2d Cir. BAP 2000); *In re Michigan-Wisconsin Transp. Co.*, 161 B.R. 628, 636 (Bankr. W.D. Mich. 1993) ("[A] party objecting to a claim must present affirmative evidence to overcome the presumptive validity of a properly filed proof of claim"). An objecting party, such as the Debtors, must present

contradictory evidence of at least equivalent value to the evidence supporting the proof of claim, before the burden of demonstrating the validity of the claim shifts to the creditor. *In re Holm*, 931 F.2d 620, 623 (9th Cir. 1991); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173 (3d Cir. 1992); *In re Nejedlo*, 2005 WL 941534 (Bankr. E.D. Wisc. Apr. 14, 2005); *In re Nat'l Steel Corp.*, 321 B.R. 901, 905 (Bankr. N.D. Ill. 2005) (In practice, the objector must produce evidence which, if believed, would "refute at least one of the allegations that is essential to the claim's legal sufficiency.") (*quoting Allegheny Int'l, Inc.*, 954 F.2d at 173). Thus, unless the objecting party introduces evidence as to the invalidity of the claim or the excessiveness of the amount, the claimant need offer no further proof of the merits of the claim.

9. Here, the Objection was not supported by an affidavit of a person with personal knowledge of the Debtors' books and records, or any detailed explanation as to the basis of the Objection or the calculation of the proposed reduction of the Claim. The Objection fails to shift the burden to the Claimant to prove the validity of the Claim. Moreover, the evidence that was attached to the Claim adequately establishes the validity of the amounts owed to the Claimant from the Debtors. As such, the Claimant requests that the Court overrule the Objection and allow the Claim, as filed, in the amount of $2,696,313.72.

**WHEREFORE**, the Claimant respectfully requests that this Court (i) overrule the Objection as it pertains to the Claim, (ii) enter an Order allowing the Claim in its entirety; and (iii) granting the Claimant such other and further relief as may be just and proper.

Date:  March 15, 2007
       New York, New York

KELLEY DRYE & WARREN LLP

By:  */s/ James S. Carr*
     James S. Carr (JC-1603)
     Howard S. Steel (HS-5515)
101 Park Avenue
New York, NY  10178
Tel:  (212) 808-7800
Fax:  (212) 808-7897

Counsel for TCS America, a Division of
Tata America International Corporation.

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

## PROOF OF CLAIM

THIS SPACE IS FOR COURT USE ONLY

Name of Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC

Case Number: 05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

Name of Creditor: **TCS AMERICA, a Div of Tata America International Corporation**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Name and address where notices should be sent:

| | |
|---|---|
| **TCS America**<br>**101 Park Avenue**<br>**26th Floor**<br>**New York, New York 10178**<br>**Attn: Satyanarayan S. Hedge**<br>**Sr. Vice President and General Counsel** | **KELLEY DRYE & WARREN LLP**<br>**101 Park Avenue**<br>**New York, New York 10178**<br>**Attn: James S. Carr**<br>**Robert L. LeHane**<br>**Tel: 212-808-7800** |

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces or ☐ amends a previously filed claim, dated: ______

**1. Basis for Claim**

☒ Goods sold and delivered
☒ Services performed
***Pursuant to Purchase Orders, Module Agreements and Transaction Agreements (COPIES OF THE AGREEMENTS ATTACHED)***
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other ______

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
List four digits of SS# ______

Unpaid compensations for services performed from ______ (date) to ______ (date)

**2. Date debt was incurred: August 1, 2005 through October 7, 2005 (INVOICES ATTACHED)**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐Real Estate ☐ Motor Vehicle
☐ Other ______
Value of Collateral: $ ______
Amount of arrearage and other charges at the time case filed included in secured claim above, if any $ ______

**Unsecured Nonpriority Claim** $2,696,313.72
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ ______
Specify the priority of the claim:
☐ Domestic support obligations – 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan – U S.C. § 507(a)(5)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(___).
**Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $2,696,313.72 **(Unsecured)** ______ **(Secured)** ______ **(Priority)** $2,696,313.72 **(Total)**

*If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**CREDITOR RESERVES ITS RIGHT TO FILE AN AMENDED CLAIM**

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date – Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE FOR COURT USE ONLY

FILED U.S. BANKRUPTCY COURT S.D.N.Y. 2006 JUL 28 P 2:44

Date: July ____, 2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Satyanarayan S. Hedge, Sr. Vice President and General Counsel

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NY01/VICIM/1123396.1

| Period | Invoice No | Date | Amount | Remarks |
|---|---|---|---|---|
| Aug 1st to Aug 31st 2005 | TAN[illegible]878a | 2-Sep-05 | 11[illegible].00 | |
| | TAN[illegible]878b | 2-Sep-05 | 1[illegible].00 | |
| | TAN[illegible]18870 | 2-Sep-05 | 44[illegible].00 | |
| | TAN[illegible]18870 | 2-Sep-05 | 9,300.00 | |
| | DEL/NA01/AUG05-01 | 7-Sep-05 | 784[illegible].00 | |
| | DEL/BL01/AUG05-01 | 7-Sep-05 | 2[illegible]451.00 | |
| | DEL/HN01/AUG05-01 | 7-Sep-05 | 2[illegible].00 | |
| | DEL/HN01/AUG05-02 | 7-Sep-05 | 5[illegible]713.00 | |
| | DEL/LNK01/AUG05-01 | 7-Sep-05 | [illegible].00 | |
| | DEL/CEL01/AUG05-01 | 7-Sep-05 | 13[illegible].00 | |
| | | Total | 12[illegible].00 | |
| Sep 1st to Sep 30th 2005 | TAP200515477a | 30-Sep-05 | 6496.00 | |
| | TANI200517069a | 30-Sep-05 | 10[illegible].00 | |
| | TANI200517069b | 30-Sep-05 | 11[illegible].00 | |
| | TANI200517069c | 30-Sep-05 | 10[illegible].00 | |
| | TANI200517543 | 30-Sep-05 | 38444.00 | |
| | TANI200517068a | 30-Sep-05 | 44[illegible].00 | |
| | TANI200517068b | 30-Sep-05 | 9120.00 | |
| | DEL/NA01/SEP05-01 | 13-Oct-05 | 7[illegible]70.00 | |
| | DEL/BL01/SEP05-01 | 13-Oct-05 | 2[illegible]401.00 | |
| | DEL/HN01/SEP05-02 | 13-Oct-05 | 5[illegible].00 | |
| | DEL/HN01/SEP05-01 | 13-Oct-05 | 24128.00 | |
| | DEL/LNK01/SEP05-01 | 13-Oct-05 | [illegible].00 | |
| | DEL/CEL01/SEP05-01 | 13-Oct-05 | 1306.00 | |
| | TAND[illegible]21 | 25-Oct-05 | 2913.00 | Debit note |
| | | Total | 117[illegible]14.[illegible] | |
| Oct 1st to Oct 7th 2005 | DEL/NA01/OCT05-01A (1st to 7th) | 9-Nov-05 | 1[illegible].00 | |
| | DEL/BL01/OCT05-01A(1st to 7th) | 9-Nov-05 | [illegible]344.00 | |
| | DEL/HN01/OCT05-02A(1st to 7th) | 9-Nov-05 | 12746.00 | |
| | DEL/HN01/OCT05-01A(1st to 7th) | 9-Nov-05 | [illegible].00 | |
| | DEL/LNK01/OCT05-01A(1st to 7th) | 9-Nov-05 | [illegible] | |
| | DEL/CEL01/OCT05-01A(1st to 7th) | 9-Nov-05 | 313.00 | |
| | | Total | 281344.[illegible] | |

| Period | Invoice No | Date | Unpaid Balance | Original Invoice amount | Remarks |
|---|---|---|---|---|---|
| Oct 1st to Oct 7th 2005 | TANI2005188[illegible] | 30-Oct-05 | 10[illegible] | 4[illegible] | Single invoice given for entire month |
| | TANI200518854a | 30-Oct-05 | 1[illegible].00 | 7900 | Single invoice given for entire month |
| | TANI200518854c | 30-Oct-05 | 2276.13 | 10080 | Single invoice given for entire month |
| | TANI200518854d | 30-Oct-05 | 2617.[illegible] | 11582 | Single invoice given for entire month |
| | TANI200518855 | 30-Oct-05 | 2276.13 | 10080 | Single invoice given for entire month |
| | | Total | 1[illegible].07 | [illegible] | |

| Grand Total | 2[illegible]6313.72 |
|---|---|

TCS AMERICA
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200615878a

**Date** : 09/02/2005

**Work Order No :** 2038872

**Attention :** Doug Niccum

**Project :** Global Engineering system - Development

**Reference :** PO :

**Location :** Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 11,040.00 |
| **Total Amount :** | **11,040.00** |

Total Amount Payable:
**US Dollars Eleven Thousand and forty only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 AMERICA
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200615878b

**Date** : 09/02/2005

**Work Order No :** 2038872

**Attention** : Doug Niccum

**Project** : Global Engineering system - Development

**Reference :** PO :

**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 12,696.00 |
| **Total Amount :** | **12,696.00** |

Total Amount Payable:
**US Dollars Eleven Thousand and forty only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
**(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)**

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 AMERICA
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200615670
**Date** : 09/02/2005
**Work Order No :** 2041626

**Attention :** Chris Maciejewski
**Project :** Mexico Finance Center – End User training.
**Reference :** PO : 450117741
**Location :** Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 44,652.00 |
| **Total Amount :** | **44,652.00** |

Total Amount Payable:
**US Dollars Forty four Thousand Six hundred and fifty two only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 AMERICA
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200615879

**Date** : 09/02/2005

**Work Order No** : 2042797

**Attention** : John Moore

**Project** : QA – Web Testing

**Reference** : PO :

**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 9,200.00 |
| **Total Amount :** | **9,200.00** |

Total Amount Payable:
**US Dollars Nine Thousand two hundred only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

| | |
|---|---|
| Invoice No. | DEL/NA01/AUG05-01 |
| Date | 7-Sep-05 |
| Work Order No. | 2019991 |

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - Troy |
| Reference | PO: DWS08023 |
| Location | Troy, USA |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(Troy MI - VEGA Support - August 2005) | 784,820.00 |
| **Total Amount:** | **784,820.00** |

Total Amount Payable:
**US Dollars Seven Eight Four Thousand Eight Hundred Twenty Only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

| | |
|---|---|
| Invoice No. | DEL/BL01/AUG05-01 |
| Date | 7-Sep-05 |
| Work Order No. | 2020014 |

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - INDIA |
| Reference | PO: DWS08023 |
| Location | Banagalore, India |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(Bangalore, INDIA - VEGA Support - August 2005) | 296,421.00 |
| **Total Amount:** | **296,421.00** |

Total Amount Payable:
**US Dollars Two Hundered Ninety Six Thousand And Four Hundered Twenty One only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

Invoice No. DEL/HN01/AUG05-01
Date 7-Sep-05
Work Order No. 2023230

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | VEGA Support - BUDAPEST |
| Reference | PO: DWS08023 |
| Location | Banagalore, India |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(VEGA Support - Budapest - August 2005) | 20,930.00 |
| **Total Amount:** | **20,930.00** |

Total Amount Payable:
**US Dollars Twenty Thousand Nine Hundred Thirty only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 (A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

Invoice No. DEL/HN01/AUG05-02
Date 7-Sep-05
Work Order No. 2023231

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | Supplier EDI Support - Budapest |
| Reference | PO: DWS08023 |
| Location | Banagalore, India |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(Supplier EDI - Budapest - August 2005) | 59,713.00 |
| **Total Amount:** | **59,713.00** |

Total Amount Payable:
**US Dollars Fifty Nine Thousand Seven Hundred Thirteen only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature



TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

Invoice No. DEL/LNK01/AUG05-01
Date 7-Sep-05
Work Order No. 2022660

Attention George Donovan
Global Supply Management

Project GEAS Support - INDIA

Reference PO: DWS08023

Location Troy, USA

| Description | Amount (USD) |
|---|---|
| Communication Link Charges (August 2005) | 9,000.00 |
| **Total Amount:** | **9,000.00** |

Total Amount Payable:
**US Dollars Nine Thousand Only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 AMERICA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

| | |
|---|---|
| Invoice No. | DEL/CEL01/AUG05-01 |
| Date | 7-Sep-05 |
| Work Order No. | 2022660 |

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - INDIA |
| Reference | PO: DWS08023 |
| Location | Troy, USA |

| Description | Amount (USD) |
|---|---|
| Support Cell Phone and Pager charges (August 2005) | 1,385.00 |
| **Total Amount:** | **1,385.00** |

Total Amount Payable:
**US Dollars One Thousand Three Hundred Eighty Five Only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature



**AMERICA**
**(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)**

**TCS AMERICA**
**101 Park Avenue**
**26th Floor, New York**
**NY 10178**
**USA**

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TAFI200615477a
**Date** : 09/30/2005
**Work Order No** : 2038872

**Attention** : Doug Niccum
**Project** : Global Engineering system - Development
**Reference** : PO :
**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 6,480.00 |
| **Total Amount :** | **6,480.00** |

Total Amount Payable:
**US Dollars Six Thousand four hundred and eighty only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
**(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)**

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 **AMERICA**
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200617098a

**Date** : 09/30/2005

**Work Order No** : 2038872

**Attention** : Doug Niccum

**Project** : Global Engineering system - Development

**Reference** : PO :

**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 10,080.00 |
| **Total Amount :** | **10,080.00** |

Total Amount Payable:
**US Dollars Ten Thousand and eighty only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

TCS AMERICA
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200617098b
**Date** : 09/30/2005
**Work Order No** : 2038872

**Attention** : Doug Niccum
**Project** : Global Engineering system - Development
**Reference** : PO :
**Location** : Troy, Michigan

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 11,592.00 |
| **Total Amount :** | **11,592.00** |

Total Amount Payable:
**US Dollars Eleven Thousand five hundred and ninety two only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 AMERICA
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200617098c

**Date** : 09/30/2005

**Work Order No :** 2038872

**Attention** : Doug Niccum

**Project** : Global Engineering system - Development

**Reference :** PO :

**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 16,008.00 |
| **Total Amount :** | **16,008.00** |

Total Amount Payable:
**US Dollars Sixteen Thousand and eight only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
**(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)**

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 **AMERICA**
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200617543

**Date** : 09/30/2005

**Work Order No** : 2041626

**Attention** : Chris Maciejewski

**Project** : Mexico Finance Center – End User training.

**Reference** : PO : 450117741

**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 39,444.00 |
| **Total Amount :** | **39,444.00** |

Total Amount Payable:
**US Dollars Thirty nine thousand four hundred and forty four only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 **AMERICA**

**(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)**

**TCS AMERICA**
**101 Park Avenue**
**26th Floor, New York**
**NY 10178**
**USA**

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200617099a

**Date** : 09/30/2005

**Work Order No** : 2042797

| | |
|---|---|
| **Attention** : | John Moore |
| **Project** : | QA – Web Testing |
| **Reference** : | PO : 450136167 |
| **Location** : | Troy, Michigan |

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 4,400.00 |
| **Total Amount :** | **4,400.00** |

Total Amount Payable:
**US Dollars Four Thousand four hundred only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
**(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)**

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**



**AMERICA**
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200617099b

**Date** : 09/30/2005

**Work Order No :** 2042797

**Attention** : John Moore

**Project** : QA – Test Lead

**Reference :** PO :

**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 9,120.00 |
| **Total Amount :** | **9,120.00** |

Total Amount Payable:
**US Dollars Nine Thousand one hundred and twenty only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 AMERICA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

| | |
|---|---|
| Invoice No. | DEL/NA01/SEP05-01 |
| Date | 13-Oct-05 |
| Work Order No. | 2019991 |

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - Troy |
| Reference | PO: DWS08023 |
| Location | Troy, USA |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(Troy MI - VEGA Support - September 2005) | 700,270.00 |
| **Total Amount:** | **700,270.00** |

Total Amount Payable:
**US Dollars Seven Eight Four Thousand Eight Hundred Twenty Only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

| | |
|---|---|
| Invoice No. | DEL/BL01/SEP05-01 |
| Date | 13-Oct-05 |
| Work Order No. | 2020014 |

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - INDIA |
| Reference | PO: DWS08023 |
| Location | Banagalore, India |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(Bangalore, INDIA - VEGA Support - September 2005) | 288,441.00 |
| **Total Amount:** | **288,441.00** |

Total Amount Payable:
**US Dollars Two Hundered Ninety Six Thousand And Four Hundered Twenty One only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

Invoice No. DEL/HN01/SEP05-02
Date 13-Oct-05
Work Order No. 2023231

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | Supplier EDI Support - Budapest |
| Reference | PO: DWS08023 |
| Location | Banagalore, India |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(Supplier EDI - Budapest - September 2005) | 53,553.00 |
| **Total Amount:** | **53,553.00** |

Total Amount Payable:
**US Dollars Fifty Nine Thousand Seven Hundred Thirteen only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 (A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

| | |
|---|---|
| Invoice No. | DEL/HN01/SEP05-01 |
| Date | 13-Oct-05 |
| Work Order No. | 2023230 |

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | VEGA Support - BUDAPEST |
| Reference | PO: DWS08023 |
| Location | Banagalore, India |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(VEGA Support - Budapest - September 2005) | 24,128.00 |
| **Total Amount:** | **24,128.00** |

Total Amount Payable:
**US Dollars Twenty Thousand Nine Hundred Thirty only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

| | |
|---|---|
| Invoice No. | DEL/LNK01/SEP05-01 |
| Date | 13-Oct-05 |
| Work Order No. | 2022660 |

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - INDIA |
| Reference | PO: DWS08023 |
| Location | Troy, USA |

| Description | Amount (USD) |
|---|---|
| Communication Link Charges (September 2005) | 9,000.00 |
| **Total Amount:** | **9,000.00** |

Total Amount Payable:
**US Dollars Nine Thousand Only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

| | |
|---|---|
| Invoice No. | DEL/CEL01/SEP05-01 |
| Date | 13-Oct-05 |
| Work Order No. | 2022660 |

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - INDIA |
| Reference | PO: DWS08023 |
| Location | Troy, USA |

| Description | Amount (USD) |
|---|---|
| Support Cell Phone and Pager charges (September 2005) | 1,385.00 |
| **Total Amount:** | **1,385.00** |

Total Amount Payable:
**US Dollars One Thousand Three Hundred Eighty Five Only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 AMERICA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

101 PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

**M/S** **Delphi Automotive Systems**
1441 W. Long Lake Road
Troy, MI 48098
USA

**Debit Note No.** TAND200606601
**Date** 25-OCT-2005
**Work Order No.** 2019991

**Attention**
**Project** GEAS Support - USA
**Reference**
**Location** Troy, USA

**DEBIT NOTE**

| **Description** | **Amount (USD)** |
|---|---|
| Car rental, Gas Hotel Food | 2,613.65 |
| **Total Amount :** | **2,613.65** |

Total Amount Payable :

**US Dollars Two Thousand Six Hundred Thirteen And Sixty-Five Cents Only.**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

**TCS AMERICA**
**(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

 TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

Invoice No. DEL/NA01/OCT05-01A (1st to 7th)
Date 9-Nov-05
Work Order No. 2019991

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - Troy |
| Reference | PO: DWS08023 |
| Location | Troy, USA |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(Troy MI - VEGA Support - October 2005 (1st to 7th)) | 164,225.00 |
| **Total Amount:** | **164,225.00** |

Total Amount Payable:
**US Dollars One Hundred Sixty Four Thousand Two Hundred Twenty Five Only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 AMERICA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

Invoice No. DEL/BL01/OCT05-01A(1st to 7th)
Date 9-Nov-05
Work Order No. 2020014

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - INDIA |
| Reference | PO: DWS08023 |
| Location | Banagalore, India |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(Bangalore, INDIA - VEGA Support - October 2005 (1st to 7th)) | 66,344.00 |
| **Total Amount:** | **66,344.00** |

Total Amount Payable:
**US Dollars Sixty Six Thousand Three Hundred Fourty Four only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

Invoice No. DEL/HN01/OCT05-02A (1st to 7th)
Date 9-Nov-05
Work Order No. 2023231

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | Supplier EDI Support - Budapest |
| Reference | PO: DWS08023 |
| Location | Banagalore, India |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(Supplier EDI - Budapest - October 2005 (1st to 7th)) | 12,745.00 |
| **Total Amount:** | **12,745.00** |

Total Amount Payable:
**US Dollars Twelve Thousand Seven Hundred Fourty Five only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 (A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

| | |
|---|---|
| Invoice No. | DEL/HN01/OCT05-01A (1st to 7th) |
| Date | 9-Nov-05 |
| Work Order No. | 2023230 |

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | VEGA Support - BUDAPEST |
| Reference | PO: DWS08023 |
| Location | Banagalore, India |

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached:<br>(VEGA Support - Budapest - October 2005 (1st to 7th)) | 5,685.00 |
| **Total Amount:** | **5,685.00** |

Total Amount Payable:
**US Dollars Five Thousand Six Hundred Eighty Five Only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

Invoice No. DEL/LNK01/OCT05-01A (1st to 7th)
Date 9-Nov-05
Work Order No. 2022660

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - INDIA |
| Reference | PO: DWS08023 |
| Location | Troy, USA |

| Description | Amount (USD) |
|---|---|
| Communication Link Charges (October 2005 (1st to 7th)) | 2,032.00 |
| Total Amount: | 2,032.00 |

Total Amount Payable:
**US Dollars Two Thousand Thirty Two Only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 AMERICA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101, PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

**M/S Delphi Corporation**
1441 W.Long Lake Road
Troy, MI 48098
USA

| | |
|---|---|
| Invoice No. | DEL/CEL01/OCT05-01A(1st to 7th) |
| Date | 9-Nov-05 |
| Work Order No. | 2022660 |

| | |
|---|---|
| Attention | George Donovan<br>Global Supply Management |
| Project | GEAS Support - INDIA |
| Reference | PO: DWS08023 |
| Location | Troy, USA |

| Description | Amount (USD) |
|---|---|
| Support Cell Phone and Pager charges (October 2005 (1st to 7th)) | 313.00 |
| **Total Amount:** | **313.00** |

Total Amount Payable:
**US Dollars Three Hundred Thirteen Only**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

TCS America
(A Division of TATA America International Corporation)

FOR OFFICE USE ONLY

This is a computer generated invoice and does not need signature

 AMERICA
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200618856

**Date** : 10/30/2005

**Work Order No :** 2041626

**Attention :** Chris Maciejewski

**Project :** Mexico Finance Center – End User training.

**Reference :** PO : 450117741

**Location :** Troy, Michigan

| **Description** | **Amount (USD)** |
| --- | --- |
| Fees for services rendered by our personnel as per Annexure attached : | 45,828.00 |
| **Total Amount :** | **45,828.00** |

Total Amount Payable:
**US Dollars Forty five thousand eight hundred and twenty eight only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**



**AMERICA**
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200618854a

**Date** : 10/30/2005

**Work Order No :** 2038872

**Attention** : Doug Niccum

**Project** : Global Engineering system - Development

**Reference :** PO : 450136165

**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| **Fees for services rendered by our personnel as per Annexure attached :** | 7,800.00 |
| **Total Amount :** | **7,800.00** |

Total Amount Payable:
**US Dollars Seven Thousand eight hundred only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**



**AMERICA**

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200618854c

**Date** : 10/30/2005

**Work Order No** : 2038872

**Attention** : Doug Niccum

**Project** : Global Engineering system - Development

**Reference** : PO : 450108976

**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 10,080.00 |
| **Total Amount :** | **10,080.00** |

Total Amount Payable:
**US Dollars Ten Thousand and eighty only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 **AMERICA**
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200618854d
**Date** : 10/30/2005
**Work Order No :** 2038872

**Attention** : Doug Niccum
**Project** : Global Engineering system - Development
**Reference :** PO : 450136162
**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 11,592.00 |
| **Total Amount :** | **11,592.00** |

Total Amount Payable:
**US Dollars Eleven Thousand five hundred and ninety two only.**

Please make all remittances payable
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

 **AMERICA**
(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

TCS AMERICA
101 Park Avenue
26th Floor, New York
NY 10178
USA

**M/S Delphi Automotive Systems**
World Headquarters
5725 Delphi drive
Troy, MI
48098 - 2815

**Invoice No** : TANI200618855

**Date** : 10/30/2005

**Work Order No :** 2042797

**Attention** : John Moore

**Project** : QA – Test Lead

**Reference :** PO : 450140153

**Location** : Troy, Michigan

| **Description** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached : | 10,080.00 |
| **Total Amount :** | **10,080.00** |

Total Amount Payable:
**US Dollars Ten Thousand and eighty only.**

**Please make all remittances payable**
To TCS AMERICA
And mail it to our office

**TCS AMERICA**
(A DIVISION. OF TATA AMERICA INTERNATIONAL CORPORATION)

FOR OFFICE USE ONLY

**This is computer generated invoice hence does not require signature**

**CERTIFICATE OF SERVICE**

On March 15, 2007, I caused the service of the **Response of TCS America, a Div of Tata America International Corporation, to Debtors' Ninth Omnibus Claims Objection;** upon the parties below via hand delivery, overnight mail and telecopier:

*/s/Howard S. Steel*
Howard S. Steel

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
Fax: (248) 813-2673

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Fax: (312) 407-0411