Victoria D. Garry
(OH Bar Reg. No. 0037014)
Assistant Attorney General
Ohio Attorney General Jim Petro's Office
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
513.852.3497
513.852.3484 (FAX)
vgarry@ag.state.oh.us

Attorney for Public Utilities Commission of Ohio

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.<br><br>Debtors. | Case No. 05-44481-rdd<br><br>Chapter 11<br><br>Judge Robert D. Drain<br><br>(Jointly Administered) |

**RESPONSE OF PUBLIC UTILITIES COMMISSION OF OHIO TO DEBTORS' NINTH OMNIBUS OBJECTION**

Public Utilities Commission of Ohio ("PUCO"), through Ohio Attorney General Marc Dann, responds to Debtors' Ninth Omnibus Objection filed on February 15, 2007 by Debtors. Debtors assert that claim number 11128 in the amount of $817.55 as a general unsecured claim on July 26, 2006 should be disallowed on the basis that the claim lacks sufficient documentation. Debtors' objection should be overruled.

The proof of claim clearly states that the basis of the claim is for a violation of Ohio Revised Code 172.303A that occurred on October 8, 2005. Specifically, Delphi Corporation was the shipper of a product that lacked proper markings to indicate that the vehicle contained a

hazardous material load as the vehicle was operating in Ohio, contrary to Ohio statute. Debtor was cited and failed to pay the amount owed pursuant to the citation. Consequently, PUCO's unsecured claim in the amount of $817.55 should be allowed.

Dated: March 15, 2007                    MARC DANN
                                         Attorney General of Ohio

                                         /s/ Victoria D. Garry
                                         VICTORIA D. GARRY
                                         (OH Bar Reg. No. 0037014)
                                         Assistant Attorney General
                                         1600 Carew Tower
                                         441 Vine Street
                                         Cincinnati, Ohio 45202
                                         513.852.3497
                                         513.852.3484 (FAX)
                                         vgarry@ag.state.oh.us

                                         Attorney for Public Utilities Commission of Ohio

**CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that a copy of the *Response of Public Utilities of Ohio to Ninth Omnibus Objection to Claims* was served via electronic filing and regular U.S. mail on this 15th day of March upon the following parties:

| | |
|---|---|
| John Wm. Butler<br>jbutler@skadden.com | 425 Lexington Avenue<br>New York, NY 10017 |
| Mark A. Broude<br>mark.broude@lw.com | Brian Resnick, Esq.<br>Donald Bernstein, ESq.<br>Davis Polk & Wardwell |
| Bonnie Steingart<br>steinbo@ffhsj.com | 450 Lexington Avenue<br>New York, NY 10017 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>ATTN: General Counsel | Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 |
| Kenneth S. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP | Alicia M. Leonhard<br>Office of the United States Trustee |

Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

/s/ Victoria D. Garry
VICTORIA D. GARRY