UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------X

## RESPONSE TO OBJECTION TO CLAIM

Edwin B. Stimpson Co., Inc., by their attorneys, O'Reilly Marsh & Corteselli, P.C. hereby responds to Objection to Claim as follows:

1. Claimant is Edwin B. Stimpson Co., Inc. and the basis of claim is goods ordered, delivered and received.

2. Copies of Outstanding Invoices are annexed to Proof of Claim filed July 31, 2006 as follows:

| Date | No. | Amount |
|---|---|---|
| 9/12/05 | 379823 | $1,201.20 |
| 9/23/05 | 380546 | $1,201.20 |
| 10/3/05 | 381039 | $1,201.20 |
| **TOTAL** | | **$3,603.30** |

Respectfully submitted,

**O'REILLY MARSH & CORTESELLI, P.C.**

By:  S/
 ARTHUR T. WALSH (AW-2567)
 **1000 Franklin Avenue,  Third Floor**
 **Garden City, New York 11530**
 **(516) 741-1818**