# LARRY R. DORNING
ATTORNEY AT LAW, P.C.
111 WEST MAIN STREET
HOHENWALD, TENNESSEE 38462

LICENSED 1974

PHONE 931-796-5959
FAX 931-796-5950

February 23, 2007

United States Bankruptcy Court
Delphi Corporation Claim Docketing Center
Bowling Green Station, P. O. Box 5058
New York, NY 10274-5058

    RE:    Delphi Corporation, et al
             Chapter 11
             Case No. 05-44481 (RDD)
             Jointly Administered

Gentlemen:

Enclosed are copies of a Notice of Transfer of Claim of Sweetwater Corp. to Trade-Debt.net and a letter from Trade-Debt.net to Sweetwater Corp. wherein Trade-Debt.net agreed to purchase the debt owed by Delphi Corporation to Sweetwater Corp.

Trade-Debt.net did not live up to its promise stated in the letter dated January 24, 2007; and Sweetwater Corp. has received no money from Trade-Debt.net; therefore, the claim of Sweetwater Corp. in the amount of $490.06 is still owed to Sweetwater Corporation.

Sincerely,

Larry R. Dorning, Attorney
and
President, Sweetwater Corporation

copy:    Timothy McGuire/Trade-Debt.net



RECEIVED
2 7 2007
CLAIMS PROCESSING CENTER
USBC, SDNY

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Delphi Corporation.

      Debtors.

) Case No.05-44481
) Jointly Administered
)
) Chapter 11
)
) NOTICE OF TRANSFER OF CLAIM
) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE.
) RULE 3001 (e)(1)

Please take notice that your unsecured claim of **SWEETWATER CORP** Inc in the amount of $ 490.06 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **SWEETWATER CORP** is not less than $ 490.06 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
SWEETWATER CORP
PO BOX 370 HOHENWALD TN 38462
Please print your name _Larry DORNING_ Signature _Larry Dorning_
Title _Pres & Owner_ Date _1-31-07_
Address: _PO Box 370 Hohenwald TN 38462_
(city,state,zip)
Telephone _9317965593_ Fax _9317965950_ Email ____
Federal Taxpayer ID / Social Security Number _62-1288604_

Put this 1

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: ____
Timothy McGuire

Delphi 1-24-07



**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trade-Debt.net
P.O. Box 1487
West Babylon, NY
11704

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tim M___          ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name): Timothy McGuire
C. Date of Delivery: 2/6/07

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0004 5541 5917

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# Trade-Debt.net

P.O. Box 1487 • West Babylon • N.Y. 11704
Phone 631.884.0100 • FAX 631.884.0500
tmcguire@trade-debt.net

January 24, 2007

SWEETWATER CORP
CREDIT MANAGER
PO BOX 370
HOHENWALD, TN 38462

Dear Creditor,

As you may be aware, **Delphi Corporation** filed for Chapter 11 protection on October 8, 2005 and you have been listed on the debtor's books and records as being owed $ 490.06. **Delphi Corporation** can't make any payments on account of your claim until a confirmed Plan of Reorganization has been made "effective" or through a court order.

OUR CASH OFFER:
Trade-Debt.net is interested in purchasing the above referenced claim. **We will send a check to you in the amount of $ 367.55 within one week of receipt of the enclosed transfer documents. Simply complete and sign the enclosed form and fax or mail us a copy!** We take all risks regarding future payments to your allowed claim, i.e. if your claim is valid (and the vast majority are) we have no recourse against you! Larger claims may require additional documentation.

You must be sure that you have not previously transferred your claim to any third party, and that **Delphi Corporation** has not objected to or satisfied your claim. We also reserve the right to reject any claims presented, or to withdraw this offer at any time.

If you wish to review the status of the Plan of Reorganization or any other issues regarding this matter you can contact the debtor, debtors counsel or the unsecured creditors committee.

Trade-Debt.net buys many claims in a variety of bankruptcy cases throughout the US. We are able to employ our legal resources for all claims purchased and realize great "economies of scale".

If you feel that you are owed more than the amount listed in this letter please fax copies of your supporting documentation to 631-884-0500.

If you have any questions regarding this offer, please call us at 631-884-0100 or via e-mail at tmcguire@trade-debt.net

Sincerely,

Timothy McGuire
Claims Administrator

*Accepted & returned 2/1/07 [signature]*