

24650 State Road 54 Lutz, FL 33559 Tel: 813-265-1808 Fax: 813-264-1975

# MEMO

**FROM:** David Root, President
Root International, Inc. d/b/a Cases2Go

**TO:** United States Bankruptcy Court
South District of New York
One Bowling Green, Room 534
New York, New York 10004-1408

**DATE:** 12/28/05 at 09:34:03

**SUBJECT:** Proof of Claim $7,218.00

```
Shipment-------------------------------
USPS First Class Mail
Ship To:

  United States bankruptcy Court
  South District of New York
  One Bowling Green Rm 534
  MANHATTAN, NY 10004
Package                          7.25
Tracking #:   70050390000218265318
Actual Wt: 0 lbs 1 ozs
Rating Wt: 0.12 lbs
Certified                      [$3.50]
Return Receipt                 [$2.85]
Ref: 1/12
```

**Delphi Corporation, et al/CHAPTER 11 CASE NO. 05-44481 (RDD)
Delphi Medical Systems/Case No. 05-44507 EID#32-0052827
Administrative Claim/Proof of Claim for Root International, Inc.
d/b/a Cases2Go INV 05-25871 amount $7,218.00**

The Debtor, Delphi Corporation, Delphi Medical Systems, filed Chapter 11 Bankruptcy on October 8, 2005

The Debtor, then, received and took possession of a shipment of 36 Kinetics cases on October 10, 2005 (see attached "A" UPS Tracking/verification)

The Creditor, Root International, Inc., d/b/a Cases2Go received NO Formal Court Notification of Bankruptcy and IS NOT Listed as a Creditor.

This Proof of Claim is requested due to the fact that:

1. The Bankruptcy was filed prior to delivery of the merchandise. The goods should have been refused and returned to sender. Therefore, our claim is for full reimbursement of $7,218.00 or immediate return of goods.







24650 State Road 54  Lutz, FL  33559  Tel: 813-265-1808 Fax: 813-264-1975

# MEMO

**FROM:** David Root, President
Root International, Inc. d/b/a Cases2Go

**PAGES:** 1 of 4

**TO:** United States Bankruptcy Court
South District of New York
One Bowling Green, Room 534
New York, New York 10004-1408

**DATE:** 1/12/06

**SUBJECT:**

**Delphi Corporation, et al/CHAPTER 11 CASE NO. 05-44481 (RDD)
Delphi Medical Systems/Case No. 05-44507 EID#32-0052827
Administrative Claim/Proof of Claim for Root International, Inc.
d/b/a Cases2Go   INV 05-25871 amount $7,218.00**

Please be advised, to date we have received no formal notice of Bankruptcy. The only documentation we have received is attached and was postmarked after the Hearing/Objection dates.

We have filed a Proof of Claim and await your response.

*[signature]* PRES.

| United States Bankruptcy Court Southern District Of New York | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Delphi Corporation et al  Case Number: BID#32-0052827 / 05-44481/05-44507 | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Root International, Inc. d/b/a Cases2Go

Name and Address where notices should be sent:
ROOT INTERNATIONAL, INC.
24650 STATE ROAD 54
LUTZ, FL 33559

Telephone Number: 813-265-1808

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☑ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor: 05-25871

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____

**2. Date debt was incurred:** 10/10/2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describes your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim** $ 7,218.00
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 7,218.00 (Unsecured)  _____ (Secured)  _____ (Priority)  7,218.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 12/28/05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): David Root, President

RECEIVED JAN 23 2006 CLAIMS PROCESSING CENTER USBC, SDNY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
    In re                                                    :
                                                             :   Chapter 11
DELPHI CORPORATION, et al.,                                  :
                                                             :   Case No. 05-44481 (RDD)
                                    Debtors.                 :
                                                             :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

### NOTICE OF (A) NOTIFICATION PROCEDURES APPLICABLE TO SUBSTANTIAL HOLDERS OF CLAIMS AND EQUITY SECURITIES AND (B) NOTIFICATION AND HEARING PROCEDURES FOR TRADING IN CLAIMS AND EQUITY SECURITIES

**Hearing Date: November 29, 2005, 10:00 a.m.**
**Objection Deadline: November 22, 2005, 4:00 p.m.**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
      In re                     :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                :
                     Debtors.   :    (Jointly Administered)
                                :
------------------------------- x

NOTICE OF APPLICATION AND ENTRY OF INTERIM ORDER
UNDER 11 U.S.C. §§ 327(a) AND 328 (I) AUTHORIZING EMPLOYMENT AND
RETENTION OF ROTHSCHILD INC. AS FINANCIAL ADVISOR AND INVESTMENT
BANKER TO DEBTORS AND (II) SCHEDULING FINAL HEARING THEREON



# INVOICE

A division of Root International, Inc. 24650 State Road 54 Lutz, FL 33559 USA
Tel: 813-265-1808 Fax: 813-264-1975 www.cases2go.com

| BILL TO | SHIP TO |
|---|---|
| Delphi Medical Systems<br>ATTN: AP<br>4300 Road 18<br>Longmont, CO 80504 | Delphi Medical Systems<br>Kelley Ganison<br>4300 Road 18<br>Longmont, CO 80504 |

**MAILED** 10/17/05

| P.O. NUMBER | TERMS | REP | SHIP | VIA | INVOICE DATE | Invoice # |
|---|---|---|---|---|---|---|
| 707256 | Net 30 Days | CA | 10/4/2005 | UPS Ground | 10/10/2005 | **05-25871** |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 36 | RIK-KC-821PRW | LINE 01 PART NUMBER 031-KK000-16<br>CS, ABS, BLK, Case color: Black.<br>Vdr P/N RIK-KC-821PRW<br><br>SHIPPING COLLECT ON CUSTOMERS ACCOUNT. | 200.50 | 7,218.00 |

FILED FOR CH.11 10/8/05
SHELLY IN A/P # 303-678-8585
"Pre Petition"

HOTLINE # 866.688.8679

Delphidocket.com
slw manla ("if/when paid")

— PO 9/22      — Filed 10/8
— C+Inv 10/5   ※ shp 10/4 Delvd 10/10
FAX NO.
303-678-8038

The parties cited in the Sold To and Ship To sections of this invoice shall be liable, jointly and severally, to pay Root International, Inc. d/b/a Cases2Go for all unpaid charges related to the above services rendered and goods sold; and in the event of collection, shall be responsible for all attorney's fees, filling fees, court costs and/or collection fees including a $200.00 handling fee payable to Root International, Inc. A finance charge of 1.5% per month will be assessed on the outstanding balance of this invoice not paid according to agreed terms. A $20.00 charge will be assessed on all returned checks. Anvil, Calzone, Hardigg and custom case sales are final. Brenthaven and ZERO Halliburton cases may be returned for exchange or refund provided the case is unused, in perfect condition and has the original packing materials. Any such return may be subject to a restocking charge. Shipping charges are not refundable. Any returns must have a pre-issued RMA#.

REMIT PAYMENT TO:
Cases2Go a Division of
Root International, Inc.
24650 State Road 54
Lutz, FL 33559

| Total | $7,218.00 |
|---|---|
| DUE DATE | 11/9/2005 |

Thank you for your business and promt payment.

# DELPHI

## PURCHASE ORDER

| PO # | REV |
|---|---|
| 707256 | 000 |

| DATE | 9/16/05 |
|---|---|
| PAGE # | 1 |

**BILL TO:**

Delphi Medical Systems
Attn: AP
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8585

**TO:**

Cases2Go (Root Intl)
Chad Albritton
16110 N. Florida Ave.
Lutz, FL 33549

**SHIP TO:**

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
USA

**BUYER:**
Kelley Ganison

| VENDOR | CONFIRMING | TERMS | SHIP VIA | CLT | PPD | FOB | TAXABLE | INSPECTION |
|---|---|---|---|---|---|---|---|---|
| 8036 | | MNS2-2 | Will Advise | | X | Origin | | NO |

| BUYER | VENDOR CONTACT | REQUISITIONER | SHIP INSTRUCTIONS | REMARKS |
|---|---|---|---|---|
| 600 | Fax# 813-264-1975 | | #1606W | |

| LN | DL | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 30 | EA | 031-KK000-16 | | CS, ABS, BLK, 21X13X8.5 RIK-KC621-PR-W-B | 175.5000 | 5265.00 | 10/14/2005 |

PO 01: Please include the Delphi Medical Systems
PO 02: purchase order number, Delphi Medical
PO 03: Systems part number, description, and
PO 04: quantity on the packing slip.
PO 05:
PO 06: Please acknowledge this purchase order
PO 07: within 24 hours of receipt. An email or fax
PO 08: confirmation is acceptable. Fax
PO 09: 303-678-8138.
PO 10:
PO 11: Confirming this purchase order also confirms
PO 12: that the Delphi Medical Systems Purchase
PO 13: Order Terms and Conditions, which can be
PO 14: located on www.delphimedical.com in the
PO 15: supplier information section, are accepted
PO 16: by the supplier.
PO 17:
PO 18: Confirming this purchase order confirms that
PO 19: the supplier has all of the documentation
PO 20: for the revision level of the product or
PO 21: service required on the purchase order.

**PLEASE CONFIRM PRICE AND DELIVERY**

FAXED 9/16/05

*Handwritten note:* Pen Stacy e Cases Plus will not be delivered by their lead time not known

GRAND TOTAL $ 5,265.00

*Signature* 9/16/05
AUTHORIZED SIGNATURE

*Signature* 16-Sept-05
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

*Handwritten bottom:*
New #
QTY 10-49
Root Cost $155.17

Previous Cost: 130.61
Sold To $: 175.50

# DELPHI

## PURCHASE ORDER

| PO # | REV |
|---|---|
| 707258 | 000 |

| DATE | 9/16/05 |
|---|---|
| PAGE # | 2 |

**BILL TO:**

Delphi Medical Systems
Attn: AP
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8585

**TO:**

Cases2Go (Root Intl)
Chad Albritton
16110 N. Florida Ave,
Lutz, FL 33549

**SHIP TO:**

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
USA

**BUYER:**
Kelley Ganison

| VENDOR | CONFIRMING | TERMS | SHIP VIA | CLT | PPD | FOB | TAXABLE | INSPECTION |
|---|---|---|---|---|---|---|---|---|
| 8036 | | MNS2-2 | Will Advise | | X | Origin | NO | |

| BUYER | VENDOR CONTACT | REQUISITIONER | SHIP INSTRUCTIONS | REMARKS |
|---|---|---|---|---|
| 600 | Fax# 813-264-1975 | | | |

| LN | DL | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|

*[signature]* 9/16/05
AUTHORIZED SIGNATURE

*[signature]* 16-Sept-05
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE



Company: Delphi Medical Systems
Contact: Kelley Ganison
Dept: Accounting
Title: Accounts Payable
Source:
Last: Ganison
Dear:
Asst:

Phone1: (303)678-8585    Ext: 303
Phone2: (720)201-0559    Ext: Cell
Phone3:                  Ext:
FAX: (303)845-9992       Ext:
E-mail: kelley.ganison@delphi.com
Web Site: http://www.delphidocket.com

Address: 4300 Road 18

City: Longmont
State: CO
Country: USA
Zip: 80504
Merge:

Contact Type: Customer
Status: Sold
Interest: Kinetics Cases
Accnt Mngr: Chad Albritton
Open:

/Summary\ Fields \GM view\ Notes \Contacts\ Details \Referrals\ Pending \ History \

*** SHERRIG (Sherri Goldston) *** January 22, 2007 at 4:23pm
Debbie called, they are pulling out of bankruptcy and confirming invoices in order to reconcile. INV 05-25871 open in the amount of $7,218.00.    FYI to Dave.