LAW OFFICES

# DIERKER & ASSOCIATES, P.C.
PATENTS, TRADEMARKS AND COPYRIGHTS

3331 WEST BIG BEAVER ROAD, SUITE 109

TROY, MICHIGAN 48084-2813

———

(248) 649-9900
FAX (248) 649-9922
www.troypatent.com

August 30, 2005

Scott A. McBain  Invoice # 3543
DELPHI TECHNOLOGIES
P.O. Box 5052
MC 480-410-202
Troy, MI  48007

RE:  DEL-102-A  DEVICE AND METHOD FOR
SELECTIVELY RELIEVING PRESSURE EXERTED
ON A MEMBER
DELPHI REF: DP-312695
Our File: DEL.102A

Statement of Account for Services Rendered Through August 30, 2005

Professional Services

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/22/05 | Initial prior art search. | 1.60 | 110 | 176.00 |
| 02/25/05 | Review of prior art from search, initial drafting of claims for subject application. | 4.10 | 110 | 451.00 |
| 03/24/05 | Detailed review and revision of claims, transmitting to inventor. | 2.00 | 210 | 420.00 |
| 03/24/05 | Review of claims with J. Dierker. | 2.00 | 110 | 220.00 |
| 03/25/05 | Further preparation of claims and specification. | 4.50 | 110 | 495.00 |
| 03/29/05 | Preparation of drawings and sent same to illustrator. | 1.50 | 110 | 165.00 |
| 04/12/05 | Review of specification with J. Dierker, sent to inventors for review. | 2.20 | 110 | 242.00 |
| 04/12/05 | Detailed review and revision of application, transmitting same to inventors for review. | 4.30 | 210 | 903.00 |
| 05/11/05 | Incorporating inventors latest changes into the application, revised claims based on inventor | 2.75 | 110 | 301.00 |

LAW OFFICES
## DIERKER & ASSOCIATES, P.C.
PATENTS, TRADEMARKS AND COPYRIGHTS
3331 WEST BIG BEAVER ROAD, SUITE 109
TROY, MICHIGAN 48084-2813

(248) 649-9900
Fax (248) 649-9922
www.troypatent.com

Page 2
August 30, 2005
Scott A. McBain
Our File: DEL.102A
Invoice # 3543

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | revisions. | | | |
| 05/12/05 | Further incorporation of inventors changes, drawing changes sent to illustrator. | 2.40 | 110 | 264.00 |
| 05/13/05 | Review of latest changes with J. Dierker and sent to inventor. | 1.50 | 110 | 165.00 |
| 05/13/05 | Revision of application, transmitting same to inventors for review. | 1.50 | 210 | 315.00 |
| 06/17/05 | E-mail to inventors regarding review of application. | 0.25 | 110 | 27.50 |
| 07/01/05 | E-mail to inventors regarding status of draft review. | 0.10 | 110 | 11.00 |
| 07/18/05 | Incorporating inventor revisions. | 0.60 | 110 | 66.00 |
| 08/05/05 | Detailed review and revision of revised application, transmitting same to inventors for review. | 1.25 | 210 | 262.50 |
| 08/05/05 | Review of inventor changes with J. Dierker. | 0.25 | 110 | 27.50 |
| 08/12/05 | Contacting inventors regarding contact information. | 1.00 | 110 | 110.00 |
| 08/18/05 | E-mail to inventors regarding filing documents. | 0.10 | 110 | 11.00 |
| 08/22/05 | Phone conference with K. Perry, preparation of letter transmitting final draft of application and drawings for his review, as well as Combined Declaration and Assignment for review and execution. | 0.25 | 210 | 52.50 |
| 08/30/05 | Final review of application, preparation of Information Disclosure Statement, filing of case in U.S. Patent Office, preparation of letter transmitting copies to client. | 1.50 | 210 | 315.00 |

LAW OFFICES
# DIERKER & ASSOCIATES, P.C.
PATENTS, TRADEMARKS AND COPYRIGHTS
3331 WEST BIG BEAVER ROAD, SUITE 109
TROY, MICHIGAN 48084-2813

(248) 649-9900
FAX (248) 649-9922
www.troypatent.com

Page 3
August 30, 2005
Scott A. McBain
Our File: DEL.102A
Invoice # 3543

Summary of Services

| | | | |
|---|---|---|---|
| Julia C. Dierker | 10.80 hr @ 210.00 | $ | 2268.00 |
| Juliet R. Kavanaugh | 24.85 hr @ 110.00 | $ | 2732.00 |

Total Professional Services    $ 5,000.00

Costs and Disbursements

| Date | Description | Amount |
|---|---|---|
| 06/06/05 | Computer generated drawings | 200.00 |
| 08/30/05 | Assignment recordation fee | 40.00 |
| 08/30/05 | Governmental filing fee | 1,000.00 |
| 08/30/05 | Overnight courier charges | 13.65 |
| 08/30/05 | Photocopy charges | 4.30 |

Total Costs and Disbursements    $ 1,257.95

TOTAL NEW CHARGES    $ 6,257.95