INVOICE

LAW OFFICES

# DIERKER & ASSOCIATES, P.C.
PATENTS, TRADEMARKS AND COPYRIGHTS

3331 WEST BIG BEAVER ROAD, SUITE 109

TROY, MICHIGAN 48084-2813

(248) 649-9900
FAX (248) 649-9922
www.troypatent.com

September 19, 2005

Scott A. McBain                                                                   Invoice # 3615
DELPHI TECHNOLOGIES
P.O. Box 5052
MC 480-410-202
Troy, MI  48007

RE:   DEL-107  FREEDOM TO OPERATE SEARCH ON
      PERITONEAL DIALYSIS TECHNOLOGY
      Our File:  DEL.107

Statement of Account for Services Rendered Through September 19, 2005

Professional Services

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/02/05 | Review of art for search basis and preparation of search request. | 2.00 | 110 | 220.00 |
| 08/03/05 | Review and revision of freedom-to-operate search request, transmitting same to Washington associate. | 0.30 | 210 | 63.00 |
| 08/03/05 | Further preparation of search request. | 0.25 | 110 | 27.50 |
| 08/23/05 | Initial review of search summary. | 0.20 | 110 | 22.00 |
| 08/31/05 | Review of search results and preparation of summary. | 6.30 | 110 | 693.00 |
| 09/01/05 | Preparation of search result summary. | 8.75 | 110 | 962.50 |
| 09/02/05 | Preparation of search result summary. | 5.75 | 110 | 632.50 |
| 09/06/05 | Preparation of search result summary. | 4.00 | 110 | 440.00 |
| 09/07/05 | Preparation of search result summary. | 4.75 | 110 | 522.50 |
| 09/11/05 | Detailed review and revision of subject search result summary, preparation of letter to P. Marshall regarding same with enclosures. | 3.50 | 210 | 735.00 |

INVOICE

LAW OFFICES
# DIERKER & ASSOCIATES, P.C.
PATENTS, TRADEMARKS AND COPYRIGHTS

3331 WEST BIG BEAVER ROAD, SUITE 109

TROY, MICHIGAN 48084-2813

(248) 649-9900
Fax (248) 649-9922
www.troypatent.com

Page 2
September 19, 2005
Scott A. McBain
Our File: DEL.107
Invoice # 3615

Summary of Services

| | | | |
|---|---|---|---|
| Julia C. Dierker | 3.80 hr @ 210.00 | $ | 798.00 |
| Juliet R. Kavanaugh | 32.00 hr @ 110.00 | $ | 3520.00 |

Total Professional Services — $ 4,318.00

Costs and Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/22/05 | Washington associate's services in connection with patentability search | 1,500.00 |
| 09/19/05 | Photocopy charges | 50.00 |

Total Costs and Disbursements — $ 1,550.00

TOTAL NEW CHARGES — $ 5,868.00