LAW OFFICES
# Dierker & Associates, P.C.
PATENTS, TRADEMARKS AND COPYRIGHTS
3331 WEST BIG BEAVER ROAD, SUITE 109
TROY, MICHIGAN 48084-2813

(248) 649-9900
Fax (248) 649-9922
www.troypatent.com

September 30, 2005

Scott A. McBain  
DELPHI TECHNOLOGIES  
P.O. Box 5052  
MC 480-410-202  
Troy, MI 48007

Invoice # 3625

RE: DEL-101-A DEVICE FOR INVASIVELY MEASURING FLUID  
YOUR REF: DP-312553  
Our File: DEL.101A

Statement of Account for Services Rendered Through September 30, 2005

## Professional Services

| Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| 02/21/05 | Review of disclosure and performed prior art search. | 1.00 | 110 | 110.00 |
| 02/22/05 | Further search of prior art and sent relevant art to inventors. | 1.60 | 110 | 176.00 |
| 02/23/05 | Review of possible relevant art found, transmitting same to inventors for review and comment. | 0.40 | 210 | 84.00 |
| 03/03/05 | E-mail to inventors regarding status of prior art review. | 0.10 | 110 | 11.00 |
| 03/17/05 | Follow up e-mail to inventor regarding prior art review. | 0.10 | 110 | 11.00 |
| 03/24/05 | E-mail to inventors regarding prior art review. | 0.10 | 110 | 11.00 |
| 03/30/05 | Review of prior art with J. Dierker to determine potentially patentable subject matter, further searching on pressure calibration, and non-elasticity of diaphragm. | 2.70 | 110 | 297.00 |
| 03/30/05 | Review of prior art with J. Kavanaugh. | 0.50 | 210 | 105.00 |

LAW OFFICES

# DIERKER & ASSOCIATES, P.C.
PATENTS, TRADEMARKS AND COPYRIGHTS

3331 WEST BIG BEAVER ROAD, SUITE 109

TROY, MICHIGAN 48084-2813

(248) 649-9900
Fax (248) 649-9922
www.troypatent.com

Page 2
September 30, 2005
Scott A. McBain
Our File: DEL.101A
Invoice # 3625

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/31/05 | Further review of prior art, determining potentially patentable areas, e-mailing inventors informing them of the same. | 0.80 | 110 | 88.00 |
| 03/31/05 | Further review of prior art, preparation of e-mail to inventors regarding same and requesting further disclosure. | 0.75 | 210 | 157.50 |
| 04/11/05 | Follow up e-mail regarding potentially patentable material. | 0.10 | 110 | 11.00 |
| 05/20/05 | Reminder e-mail to inventor regarding fleshing our disclosure in view of prior art. | 0.10 | 110 | 11.00 |
| 05/26/05 | Preparation of claims. | 0.50 | 110 | 55.00 |
| 05/27/05 | Further preparation of claims. | 3.70 | 110 | 407.00 |
| 06/03/05 | Review of claims with J. Dierker and preparation of drawings. | 1.00 | 110 | 110.00 |
| 06/03/05 | Review of disclosure and inventor comments, detailed review and revision of draft claims. | 0.75 | 210 | 157.50 |
| 06/06/05 | Began review of invention and initial preparation of specification. | 2.00 | 60 | 120.00 |
| 06/06/05 | Scanned and e-mailed drawings to illustrator. | 0.25 | 110 | 27.50 |
| 06/08/05 | Finished rough draft of application. | 7.00 | 60 | 420.00 |
| 06/09/05 | Review of specification and sent drawings to illustrator. | 2.50 | 110 | 275.00 |
| 06/10/05 | Review of specification and made revisions thereto, | 5.00 | 110 | 550.00 |

INVOICE

LAW OFFICES

# DIERKER & ASSOCIATES, P.C.
PATENTS, TRADEMARKS AND COPYRIGHTS

3331 WEST BIG BEAVER ROAD, SUITE 109

TROY, MICHIGAN 48084-2813

(248) 649-9900
FAX (248) 649-9922
www.troypatent.com

Page 3
September 30, 2005
Scott A. McBain
Our File: DEL.101A
Invoice # 3625

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | review with J. Dierker. | | | |
| 06/10/05 | Detailed review and revision of draft application, transmitting same to inventors for review. | 2.30 | 210 | 483.00 |
| 07/01/05 | E-mail to inventors regarding status of draft review. | 0.10 | 110 | 11.00 |
| 09/08/05 | Incorporating inventor changes into application. | 1.75 | 110 | 192.50 |
| 09/09/05 | Further incorporation of inventor comments into application. | 1.50 | 110 | 165.00 |
| 09/18/05 | Detailed review and revision of revised draft application, transmitting same to inventors for further review and comment. | 2.00 | 210 | 420.00 |
| 09/27/05 | Review of documents for filing and e-mail to inventors. | 0.75 | 110 | 82.50 |
| 09/30/05 | Receive and consider executed documents, preparation of case for filing, preparation of Information Disclosure Statement, filing of same in U.S. Patent Office, reporting same to client with enclosures. | 1.50 | 210 | 315.00 |

Summary of Services

| | | | |
|---|---|---|---|
| Fernando M. Valles | 9.00 hr @ 60.00 | $ | 540.00 |
| Julia C. Dierker | 8.20 hr @ 210.00 | $ | 1722.00 |
| Juliet R. Kavanaugh | 23.65 hr @ 110.00 | $ | 2601.50 |

Total Professional Services                                                                 $ 4,863.50

INVOICE

LAW OFFICES

# DIERKER & ASSOCIATES, P.C.
PATENTS, TRADEMARKS AND COPYRIGHTS

3331 WEST BIG BEAVER ROAD, SUITE 109

TROY, MICHIGAN 48084-2813

(248) 649-9900
FAX (248) 649-9922
www.troypatent.com

Page 4
September 30, 2005
Scott A. McBain
Our File: DEL.101A
Invoice # 3625

Costs and Disbursements

| Date | Description | Amount |
|---|---|---|
| 09/19/05 | Computer generated drawings | 200.00 |
| 09/30/05 | Patent application filing fee | 1,100.00 |
| 09/30/05 | Overnight courier charges | 13.65 |
| 09/30/05 | Photocopy charges | 5.50 |
| | Total Costs and Disbursements | $ 1,319.15 |
| TOTAL NEW CHARGES | | $ 6,182.65 |