UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                         :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Response to Debtors' Ninth Omnibus Claims Objection was sent via Federal Express, Priority Overnight, courier prepaid, on the 14th day of March, 2007, to the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   John William Butler, Jr., Esq.
        John K. Lyons, Esq.
        Joseph M. Wharton, Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Dated: March 14, 2007

_____
Julia Church Dierker
President

STATE OF MICHIGAN         )
                          ) ss:
COUNTY OF OAKLAND         )

Subscribed and sworn before me
This 14th day of March, 2007

_Sherri L. Carter_
Notary Public

Sherri L Carter
Notary Public of Michigan
Oakland County
Expires 11/19/2012
Acting in the County of Oakland