March 13, 2007

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, Room 610
New York, NY  10004

Re: Delphi Corporation Case No. 05-44481, Objection to the Ninth Omnibus

Dear Honorable Robert D. Drain:

We humbly disagree with the Ninth Omnibus Objection and are objecting to it here in writing.
(i) The title of the claims objection: "Claims Subject to Modification" and "Modified Debtor"
(ii) The name of the claimant: Leicester Die & Tool Inc.

>   Basis for amount of claim: Claim Numbers: 778&779 filed on 11/22/2005.
>   Claim numbers 6698 & 6699 filed on 05/24/2006.
>   Please note the original claim 778&779 was submitted to the court on 11/22/05.  When we requested Kurtzman Carson Consultants to research why we could not find our claim on the website, it was recommended to resubmit the claims which became claim numbers 6698 & 6699 on 5/24/2006.  With this complete, the original claim was then located and required the original claim to be expunged because of this duplication.

(iii) Concise statement opposing the claim objection:

**"Modified Debtor"** Claim was properly classified as **Delphi Corporation** as debtor and should not be reclassified.  With respect to debtor all of our documentation is with Delphi Corporation not Delphi Automotive LLC and therefore should not be reclassified.

**"Modified Nature"** should stay as **Priority,** not changed to General Unsecured.  We are the sole source to Delphi and as such our claim should retain a priority status and not general unsecured for if we did not supply the needed product Delphi would need to close or shut down the product lines affected by the parts we produce.

Sincerely,

Robert T. Laprade, President
Phone: 508-892-3893 email: LDTROB@aol.com

Cc: Delphi Corporation, 5725 Delphi Drive, Troy, MI  48098 Attn: General Counsel
Cc: Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Dr., Suite 2100, Chicago,IL  60606 Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton

Enclosures: One 3.5 floppy disk with Leicester Die & Tool Inc. objection response of the 9th omnibus Delphi Case No. 50-44481.