

370 Linden Street
Meadville, PA   16335
Phone (814) 724-1376
Fax (814) 724-1371

The Honorable Robert D. Drain, United States Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green, Room 610
New York, New York  10004

| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors | (Jointly Administered) |

RESPONSE TO NOTICE OF OBJECTION TO CLAIM

The Honorable Robert D. Drain,

    This letter is to inform you that Minco Tool & Mold, Inc. disagrees with the Ninth Omnibus Objection which we recently received regarding our claim as shown below.

| Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim |||
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 6/1/2006 | 7315 | $370.00 | Claims Subject to Modification | 05-44640 | $370.00 | General Unsecured |

    Minco Tool & Mold, Inc. performed work, in good faith, for Delphi Corporation on September 23, 2005 according to Delphi's purchase order #P1S51226 in the amount of $410.  We received a payment of $40 toward that amount, leaving a balance of $370.00 on our invoice #3571.  Delphi's check #900513519 for $3,440 (deposited to our

checking account on October 14, 2005) covered our invoices to Delphi Corporation as listed below:

       Invoice #3535       Amount $1,610.00    Purchase Order #P1S50159
       Invoice #3558       Amount     480.00    Purchase Order #P1S50331
       Invoice #3564       Amount   1,310.00    Purchase Order #P1S50975
       Invoice #3571       Amount      40.00 (a partial on the $410 invoice, see
                                                           purchase order number above)

       The work performed for Delphi Corporation consisted of (1) Gage G-C513-02A for $410.00. Delphi Corporation received the part we shipped to them and we received no indication that the part was not acceptable. Because we shipped this part per their purchase order (in good faith we fulfilled our part of the agreement) and we received no indication that the part was defective, Delphi Corporation still should be obligated to pay the balance of $370.00 to us in good faith.

       We have attached a copy of our invoice to Delphi Corporation and have given you all the details listed above (Delphi's purchase order number, Delphi's check payment number) as our proof of claim. Minco Tool & Mold, Inc.'s address at the time this work was completed was 10921 Murray Road, Suite 520, Meadville, PA 16335. Our current address is 370 Linden Street, Meadville, PA 16335. Minco's telephone has remained the same at (814) 724-1376.

Sincerely,

Rick L. Minman, President
Minco Tool & Mold, Inc.

Cc: Delphi Corporation
     Skadden, Arps, slate, Meagher & Flom LLP