

**MINCO TOOL & MOLD**

370 Linden Street
Meadville, PA  16335
Phone (814) 724-1376
Fax (814) 724-1371

# INVOICE

| DATE | INVOICE # |
|---|---|
| 9/23/2005 | 3571 |

**BILL TO**

Delphi Automotive Systems
P.O. Box 431, Station 13C
Warren, Ohio 44486

**SHIP TO**

Delphi Packard-Ohio
Rec. Dock Plant #13
attn: Michelle Titus 92T
1265 N.River Rd.
Warren, Ohio  44483

| P.O. NUMBER | TERMS | REP | SHIP | VIA | OUR JOB NUMBER |
|---|---|---|---|---|---|
| P1S51226 | NET 30 DAYS | RLM | 9/23/2005 | | |

| QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 1 | Gage G-C513-02A | 410.00 | 410.00 |

**Total**  $410.00

Thank you for your business!!  You are a valued customer!!!