# Kringeta Design & Drafting

325 Airport Rd. Warren, OH 44481-3410
Phone: (330) 392-9230 ✧ Fax: (330) 392-9960 ✧ E-mail: info@kringeta.com

To: Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, NY 10004

In Regards to: Delphi Corporation
Case Number 05-44481
Claim Number 7191
Claim Amount. $1450.00

We are responding to the "Notice to Objection to Claim"
The Basis for objection was "Claims Subject to Modification"

The amount of this claim was determined by the actual hours worked by Peter Kringeta, of Kringeta Design & Drafting, for Delphi submitted purchase order number P1S27135

This claim should not be disallowed or expunged due to the fact that I, Peter M. Kringeta, worked the stated hours creating Inspection harness drawings for Delphi. These drawings were completed, plotted to Mylar film, delivered and used by Delphi to do inspections of their wiring harnesses.

| Date | Part Number | Board Code | Hours |
|---|---|---|---|
| 2/1/2005 | 13517950 | | 2 |
| 2/1/2005 | 13517758 | | 2 |
| 2/1/2005 | 13517951 | | 2 |
| 2/1/2005 | 13517960 | | 2 |
| 2/4/2005 | 13520692 | | 6 |
| 3/9/2005 | 15434758 | 05808I01 | 3 |
| 3/9/2005 | 15434758 | 05808I02 | 3 |
| 3/9/2005 | 15443735 | | 2 |
| 3/9/2005 | 13520692 | | 2 |
| 4/8/2005 | 13505877 | | 4 |
| 6/6/2005 | 13517951 | | 3 |
| 6/7/2005 | 13517758 | | 2 |
| 6/7/2005 | 13517950 | | 2 |
| 6/7/2005 | 13517960 | | 2 |
| 8/3/2005 | 13516874 | | 2 |
| 8/5/2005 | 15443718 | | 3 |
| 8/5/2005 | 15443719 | | 3 |
| 8/5/2005 | 15465902 | | 3 |
| 8/25/2005 | 13523004 | 05814I01 | 3 |
| 8/25/2005 | 13523004 | 05814I02 | 2 |
| 8/25/2005 | 13524188 | 04808I01 | 3 |
| 8/25/2005 | 13524188 | 04808I02 | 2 |

| | |
|---|---|
| **Total Hours** | 58 |
| **Hourly Rate** | $ 25.00 |
| **Total** | $1,450.00 |

Sincerely,

Peter M. Kringeta
Kringeta Design Drafting
325 Airport Rd. Warren, OH 44481-3410
Phone: 330-392-9230
Email: petek@kringeta.com