**EXHIBIT B - UNTIMELY EQUITY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAVID M KILLION<br>18501 NW 3RD AVE LOT 9<br>CITRA, FL 32113 | 16509 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $0.00<br><br><br><br>$0.00 | 02/05/2007 | DELPHI CORPORATION<br>(05-44481) |
| EDYTHE Y CULLINAN<br>19 MOULTON PL<br>CHARLESTOWN, RI 02813-1330 | 16512 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 02/06/2007 | DELPHI CORPORATION<br>(05-44481) |
| ESTATE OF ELEANOR D HILLMAN<br>GAW VAN MALE SMITH MYERS &<br>MIROGLIO<br>1261 TRAVIS BLVD STE 350<br>FAIRFIELD, CA 94533-4825 | 16498 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$0.00<br>$0.00 | 01/23/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **3** | | **$0.00** | | |