**EXHIBIT A-1 - INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARMY & AIR FORCE EXCHANGE<br>AAFES<br>3911 WALTON WALKER<br>ATTN GC G&R<br>DALLAS, TX 75236 | 2228 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$31,659.42<br>$31,659.42 | 03/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| LEXIS PUBLISHING<br>1275 BROADWAY<br>ALBANY, NY 12204 | 2378 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$140.02<br>$140.02 | 03/22/2006 | DELPHI CORPORATION<br>(05-44481) |
| MAYCO PLASTICS INC<br>42400 MERRILL RD<br>STERLING HEIGHTS, MI 48314-3238 | 7802 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$62,826.00<br>$62,826.00 | 06/12/2006 | DELPHI CORPORATION<br>(05-44481) |
| RBX INDUSTRIES INC<br>TB MGMT CONSULTING LLC<br>PO BOX 21567<br>ROANOKE, VA 24018 | 9519 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$87,249.52<br>$87,249.52 | 07/14/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **4** | | **$181,874.96** | | |