**EXHIBIT A-2 - UNTIMELY INSUFFICIENTLY DOCUMENTED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BRUCE A MACK<br>425 AVALON TER CT<br>RENO, NV 89523 | 16503 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 12/05/2006 | DELPHI CORPORATION<br>(05-44481) |
| GEORGE P SCHVARCKOPF<br>27390 WOODMONT ST<br>ROSEVILLE, MI 48066-2736 | 16488 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/17/2007 | DELPHI CORPORATION<br>(05-44481) |
| HELEN NEIDELL<br>1369 FINN TERRACE<br>FAIRLAWN, NJ 17410 | 16483 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/11/2007 | DELPHI CORPORATION<br>(05-44481) |
| KAREN ALBERTUZZI<br>2206 SECOND ST<br>EAST MEADOW, NY 11554-1805 | 16489 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/19/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **4** | **$0.00** | | |