**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AAC CONTRACTING CORP<br>8 CAIRN ST<br>ROCHESTER, NY 14611 | 2244 | Secured: $23,500.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $23,500.00 | 03/10/2006 | DELPHI CORPORATION (05-44481) |
| ABC TECHNOLOGIES INC<br>ABC GROUP<br>2 NORELCO DR<br>TORONTO, ON M9L 2X6<br>CANADA | 1168 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $70,900.93<br>Total: $70,900.93 | 12/15/2005 | DELPHI CORPORATION (05-44481) |
| ALABAMA GAS CORP<br>605 RICHARD ARRINGTON JR BLVD N<br>BIRMINGHAM, AL 35203-2707 | 7009 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $30.88<br>Total: $30.88 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| ALMATIS INC EFT<br>FMLY ALUMINUM CO OF AMERICA<br>501 WEST PK RD<br>LEETSDALE, PA 15056 | 7050 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $17,230.00<br>Total: $17,230.00 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| AMTEK SUZHOU PRECISION ENGRG<br>36 XINGMING ST SUZHOU CSS<br>INDUSTRIAL PA<br>SUZHOU JIANGSU, 215021<br>CHINA | 5888 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $40,854.81<br>Total: $40,854.81 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| ASTBURY WATER TECHNOLOGY INC<br>5933 WEST 71ST ST<br>INDIANAPOLIS, IN 46278 | 5818 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,425.00<br>Total: $7,425.00 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| AUTOMATED INDUSTRIAL SYSTEMS<br>4238 W 12TH ST<br>ERIE, PA 16505-300 | 8732 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $417.88<br>Total: $417.88 | 06/29/2006 | DELPHI CORPORATION (05-44481) |
| AZIMUTH NORTH AMERICA LLC &<br>RELATED ENTITIES ET AL<br>18530 MACK AVE<br>GROSSE POINTE FARMS, MI<br>48236-3254 | 15630 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $284,487.00<br>Total: $284,487.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BASELL USA INC<br>912 APPLETON<br>ELKTON, MD 21921 | 9525 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $214,364.04<br>Total: $214,364.04 | 07/14/2006 | DELPHI CORPORATION<br>(05-44481) |
| CARAUSTAR CUSTOM PACKAGING GROUP INC<br>PO BOX 115<br>AUSTELL, GA 30168-0115 | 1345 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $42,056.33<br>Total: $42,056.33 | 12/28/2005 | DELPHI CORPORATION<br>(05-44481) |
| CHEMICAL SERVICES INC<br>2600 THUNDERHAWK CT<br>DAYTON, OH 45414-3445 | 15425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,355.99<br>Total: $25,355.99 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| COFACE NORTH AMERICA INC AS AGENT FOR TECH LINE ENGINEERING COMPANY<br>ATTN DAVID MILLER<br>PO BOX 2102<br>CRANBURY, NJ 08512 | 1129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $36,900.00<br>Total: $36,900.00 | 12/12/2005 | DELPHI CORPORATION<br>(05-44481) |
| CONSOLIDATED METCO INC<br>13940 N RIVERGATE BLVD<br>PORTLAND, OR 97203-6565 | 4659 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $44,230.00<br>Total: $44,230.00 | 05/04/2006 | DELPHI CORPORATION<br>(05-44481) |
| CONTROLS CREW INC<br>23701 JOHN R<br>HAZEL PK, MI 48030 | 2266 | Secured:<br>Priority: $8,550.00<br>Administrative:<br>Unsecured:<br>Total: $8,550.00 | 03/13/2006 | DELPHI CORPORATION<br>(05-44481) |
| D & H DISTRIBUTING CO<br>2525 N 7TH ST<br>HARRISBURG, PA 17110-2511 | 1152 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $91,288.57<br>Total: $91,288.57 | 12/13/2005 | DELPHI CORPORATION<br>(05-44481) |
| DRUM OIL AND PROPANE EFT<br>PO BOX 375<br>GASPORT, NY 14067 | 13605 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,508.33<br>Total: $20,508.33 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ECO BAT AMERICA LLC<br>2777 STEMMONS FWY STE 1800<br>DALLAS, TX 75207 | 866 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,540,183.73<br>Total: $1,540,183.73 | 11/28/2005 | DELPHI CORPORATION (05-44481) |
| ELITE MOLD & ENGINEERING INC<br>51548 FILOMENA DR<br>SHELBY TOWNSHIP, MI 48315 | 5507 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,150.00<br>Total: $6,150.00 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| FESTO CORP<br>FESTO DIDACTIC<br>395 MORELAND RD<br>HAUPPAUGE, NY 11788-3910 | 3195 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $12,679.08<br>Total: $12,679.08 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| FESTO CORPORATION EFT<br>395 MORELAND RD<br>ADD EFT INFO 5 3 04 MJ<br>HAUPPAUGE, MI 11788 | 3341 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,112.85<br>Total: $8,112.85 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| FLUIDTROLS CORPORATION EFT<br>PO BOX 80226<br>FORT WAYNE, IN 46898 | 6804 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $35,428.19<br>Total: $35,428.19 | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| GE CAPITAL MODULAR SPACE<br>530 E SWEDESFORD RD<br>WAYNE, PA 19087 | 9829 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,616.56<br>Total: $4,616.56 | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| GEBRUDER HAHN GMBH<br>HALVERSTRASSE 76<br>SCHALKSMUHLE, DE 58579<br>GERMANY | 711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $30,324.08<br>Total: $30,324.08 | 11/21/2005 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| GENERAL PRODUCTS DELAWARE CORP<br>GENERAL PRODUCTS<br>2400 E SOUTH ST<br>JACKSON, MI 49201 | 8780 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $723,930.00<br>Total: $723,930.00 | 06/30/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GLOBAL LT<br>1871 WOODSLEE DR<br>TROY, MI 48083 | 12105 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$20,538.87<br>$20,538.87 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| HAARTZ CORPORATION<br>87 HAYWARD RD<br>ACTON, MA 017200286 | 4167 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,998.36<br>$5,998.36 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| INJECTION MOLDING SOLUTIONS<br>1019 BALFOUR ST<br>MIDLAND, MI 48640 | 4555 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,066.07<br>$6,066.07 | 05/03/2006 | DELPHI CORPORATION (05-44481) |
| JACKSON WALKER LLP<br>901 MAIN ST NO 6000<br>DALLAS, TX 75202 | 11637 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$19,708.46<br>$19,708.46 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2450 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,788.49<br>$3,788.49 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2454 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,082.43<br>$4,082.43 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,442.59<br>$1,442.59 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2453 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$360.65<br>$360.65 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2447 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,635.00<br>Total: $1,635.00 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2455 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,291.83<br>Total: $7,291.83 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2456 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,076.77<br>Total: $1,076.77 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2448 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,880.39<br>Total: $1,880.39 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2449 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $642.11<br>Total: $642.11 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 2451 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $24,742.00<br>Total: $24,742.00 | 03/29/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LTC ROLL & ENGINEERING CO<br>STROBL CUNNINGHAM & SHARP PC<br>300 E LONG LAKE RD STE 200<br>BLOOMFIELD HILLS, MI 48304 | 5 | Secured:<br>Priority: $10,790.84<br>Administrative:<br>Unsecured: $38,722.98<br>Total: $49,513.82 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| MAC LEAN FOGG CO<br>PO BOX 91396<br>CHICAGO, IL 60693 | 8196 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $320.30<br>Total: $320.30 | 06/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MIDWEST MOLDING INC<br>741 WINSTON ST<br>PO BOX 189<br>WEST CHICAGO, IL 60186 | 1219 | Secured:<br>Priority: $196,379.50<br>Administrative:<br>Unsecured:<br>Total: $196,379.50 | 12/19/2005 | DELPHI CORPORATION (05-44481) |
| MILLER INDUSTRIAL PRODUCTS INC<br>801 WATER ST<br>JACKSON, MI 49203 | 1530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $464,806.34<br>Total: $464,806.34 | 01/13/2006 | DELPHI CORPORATION (05-44481) |
| MOLD MASTERS LIMITED<br>233 ARMSTRONG AVE<br>GEORGETOWN, ON L7G 4X5<br>CANADA | 8371 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,974.94<br>Total: $11,974.94 | 06/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NESCO SERVICE CO INC<br>12040 RACE TRACK RD<br>TAMPA, FL 33626 | 1549 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,519.80<br>Total: $8,519.80 | 01/17/2006 | DELPHI CORPORATION (05-44481) |
| NEWPORT COMMUNICATIONS<br>3355 LENOX RD 9TH FL<br>ATLANTA, GA 30326 | 2202 | Secured:<br>Priority:<br>Administrative: $13,425.00<br>Unsecured:<br>Total: $13,425.00 | 03/06/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| OHIO DEPARTMENT OF TAXATION<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | 1426 | Secured:<br>Priority: $5,503.23<br>Administrative:<br>Unsecured:<br>Total: $5,503.23 | 01/03/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| ONSET COMPUTER CORPORATION<br>PO BOX 3450<br>POCASSET, MA 025593450 | 4918 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,223.00<br>Total: $5,223.00 | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| ORACLE USA INC SUCCESSOR IN INTEREST TO ORACLE CORPORATION ORACLE<br>BUCHALTER NEMER A PROFESSIONAL CORP<br>333 MARKET ST 25TH FL<br>SAN FRANCISCO, CA 94105 | 10607 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $677,106.83<br>Total: $677,106.83 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PARSONS BEHLE & LATIMER<br>ATTORNEYS AT LAW<br>201 S MAIN ST STE 1800<br>SALT LAKE CITY, UT 84111 | 6647 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $19,113.00<br>Total: $19,113.00 | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| PGS<br>717 SHALLOW CREEK LN<br>PLANO, TX 75025 | 188 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,946.00<br>Total: $7,946.00 | 10/28/2005 | DELPHI CORPORATION (05-44481) |
| PHILIP SERVICES CORPORATION<br>FLASTER GREENBERG PC<br>8 PENN CENTER 15TH FL<br>PHILADELPHIA, PA 19103 | 10957 | Secured: $135,350.02<br>Priority:<br>Administrative:<br>Unsecured: $216,658.12<br>Total: $352,008.14 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| PLASTIC PLATE INC<br>5460 CASCADE RD SE<br>GRAND RAPIDS, MI 49546 | 5855 | Secured: $7,150.00<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $7,150.00 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| PLASTIC PLATE INC<br>5460 CASCADE RD SE<br>GRAND RAPIDS, MI 49546 | 15504 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $27,180.00<br>Total: $27,180.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PMG PENNSYLVANIA CORP FKA SINTERSTAHL CORPORATION<br>187 ENTERPRISE DR<br>PO BOX 211<br>PHILIPSBURG, PA 16866 | 11187 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,075.00<br>Total: $16,075.00 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| QUANTRONIX CORP<br>41 RESEARCH WAY<br>EAST SETAUKET, NY 11733 | 3356 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $13,300.00<br>Total: $13,300.00 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| ROY DEAN PRODUCTS COMPANY DBA ENGINEERED CUSTOM LUBRICANTS DBA ENGINEERED COMPONENTS & LUBRICANTS AND DBA<br>SEYBURN KAHN GINN BESS & SERLIN PC<br>2000 TOWN CENTER STE 1500<br>SOUTHFIELD, MI 48075 | 7845 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,749.92<br>Total: $1,749.92 | 06/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RSR CORPORATION<br>2777 STEMMONS FWY STE 1800<br>DALLAS, TX 75207 | 867 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,270,223.05<br>Total: $2,270,223.05 | 11/28/2005 | DELPHI CORPORATION (05-44481) |
| SALGA PLASTICS INC<br>ABC GROUP<br>2 NORELCO DR<br>TORONTO, ON M9L 2X6 | 1167 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $23,602.68<br>Total: $23,602.68 | 12/15/2005 | DELPHI CORPORATION (05-44481) |
| SCHMID CORPORATION OF AMERICA<br>11280 CORNELL PARK DR<br>CINCINNATI, OH 45242 | 7065 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,022.41<br>Total: $5,022.41 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| SNOP FSD<br>22 AVENUE DES NATIONS<br>VILLEPINTE, BP 50314<br>FRANCE | 1661 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $67,693.68<br>Total: $67,693.68 | 01/24/2006 | DELPHI CORPORATION (05-44481) |
| SONNENSCHEIN NATH & ROSENTHAL<br>8000 SEARS TWR<br>CHICAGO, IL 60606 | 1233 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $12,104.87<br>Total: $12,104.87 | 12/21/2005 | DELPHI CORPORATION (05-44481) |
| T MOBILE USA INC<br>PO BOX 53410<br>BELLEVUE, WA 98015 | 5851 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $356.72<br>Total: $356.72 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| TAX COMMISSIONER OF THE STATE OF OHIO<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | 8094 | Secured:<br>Priority: $271.50<br>Administrative:<br>Unsecured:<br>Total: $271.50 | 06/16/2006 | DELPHI CORPORATION (05-44481) |
| TENNECO AUTOMOTIVE OPERATING INC<br>JENNER & BLOCK LLP<br>ONE IBM PLAZA<br>CHICAGO, IL 60611 | 10733 | Secured: $631,702.15<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $631,702.15 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| TENSOLITE LONG BEACH<br>2400 GRAND AVE<br>LONG BEACH, CA 90815-1762 | 15146 | Secured:<br>Priority: $8,359.11<br>Administrative:<br>Unsecured:<br>Total: $8,359.11 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| TERADYNE INC<br>CO KENNETH E KARGER<br>15 COURT SQ STE 230<br>BOSTON, MA 02108 | 8997 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,382.00<br>Total: $20,382.00 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| THE VALSPAR CORPORATION<br>CORPORATE OFFICES<br>1101 S THIRD ST<br>MINNEAPOLIS, MN 55415 | 3695 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,675.24<br>Total: $6,675.24 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| THERMOTRON INDUSTRIES DIV<br>VENTUREDYNE LTD<br>291 KOLLEN PARK DR<br>HOLLAND, MI 49423 | 858 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $307.22<br>Total: $307.22 | 11/28/2005 | DELPHI CORPORATION (05-44481) |
| THERMOTRON INDUSTRIES<br>VENTUREDYNE LTD<br>291 KOLLEN PARK DR<br>HOLLAND, MI 49423 | 855 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,800.00<br>Total: $1,800.00 | 11/28/2005 | DELPHI CORPORATION (05-44481) |
| TRUCK LITE CO INC<br>PO BOX 387<br>JAMESTOWN, NY 14702-0387 | 7074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,666.73<br>Total: $6,666.73 | 05/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TSS CUSTOM MACH & ENGINEERING<br>1201 HILLSMITH DR<br>CINCINNATI, OH 45215 | 5459 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $18,990.00<br>Total: $18,990.00 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| TSS TECHNOLOGIES INC<br>1201 HILL SMITH DR<br>CINCINNATI, OH 45215 | 5460 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $28,450.00<br>Total: $28,450.00 | 05/10/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VAN DYNE CROTTY INC<br>3233 NEWMARK DR<br>MIAMISBURG, OH 45342 | 720 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$688.00<br>$688.00 | 11/21/2005 | DELPHI CORPORATION<br>(05-44481) |
| VAN DYNE CROTTY INC<br>3233 NEWMARK DR<br>MIAMISBURG, OH 45342 | 719 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,754.12<br>$1,754.12 | 11/21/2005 | DELPHI CORPORATION<br>(05-44481) |
| VAN DYNE CROTTY INC<br>3233 NEWMARK DR<br>MIAMISBURG, OH 45342 | 717 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$7,268.95<br>$7,268.95 | 11/21/2005 | DELPHI CORPORATION<br>(05-44481) |
| ZIMPHER KYSER INC<br>308 LOONEY RD<br>PIQUA, OH 45356 | 2356 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$475.00<br>$475.00 | 03/22/2006 | DELPHI CORPORATION<br>(05-44481) |
| ZIMPHER KYSER INC<br>308 LOONEY RD<br>PIQUA, OH 45356 | 2357 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,213.84<br><br><br><br>$2,213.84 | 03/22/2006 | DELPHI CORPORATION<br>(05-44481) |
| ZIMPHER KYSER INC<br>308 LOONEY RD<br>PIQUA, OH 45356 | 2355 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,233.22<br>$1,233.22 | 03/22/2006 | DELPHI CORPORATION<br>(05-44481) |
| ZIMPHER KYSER INC<br>308 LOONEY RD<br>PIQUA, OH 45356 | 2354 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $418.95<br><br><br><br>$418.95 | 03/22/2006 | DELPHI CORPORATION<br>(05-44481) |
| Total: | 79 | **$8,382,732.53** | | | |