05-44481-rdd    Doc 7301-4    Filed 03/16/07    Entered 03/16/07 18:24:59    Exhibit B-2
In re Delphi Corporation, et al.                    Pg 1 of 1                    Eleventh Omnibus Claims Objection

**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A RAYMOND GMBH & CO KG<br>3091 RESEARCH DR<br>ROCHESTER HILLS, MI 48309 | 16425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$549.01<br>$549.01 | 11/21/2006 | DELPHI CORPORATION<br>(05-44481) |
| DAVID WRIGHT<br>HASKIN LAUTER LARUE & GIBBONS<br>255 N ALABAMA ST<br>INDIANAPOLIS, IN 46204 | 16474 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$76,315.70<br>$76,315.70 | 01/08/2007 | DELPHI CORPORATION<br>(05-44481) |
| GERREF INDUSTRIES INC<br>206 N YORK ST<br>BELDING, MI 48809-1833 | 15954 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,959.06<br><br><br><br>$25,959.06 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| JODY R SWANSON<br>8537 10TH AVE<br>JENISON, MI 49428-9503 | 16027 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$575,000.00<br>$575,000.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| SAMSUNG ELECTRO MECHANICS CO LTD<br>314 MAETAN 3 DONG YEONGTONG GU<br>SUWON SI, 443-743<br>KOREA, REPUBLIC OF | 16485 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,632.96<br>$8,632.96 | 01/16/2007 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **5** | | **$686,456.73** | | |