**In re: Delphi Corporation, et. al.**                                   **Eleventh Omnibus Objection**

**Exhibit E - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44529 | DELPHI MEDICAL SYSTEMS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC |
| 05-44558 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 05-44567 | DELPHI TECHTRONIC SYSTEMS, INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44636 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

ɔn