AKERMAN SENTERFITT
Joanne Gelfand, Esq. (JG-2864)
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

**ATTORNEYS FOR ITAUTEC AMERICA, INC.
& OETIKER, INC.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                        :   Chapter 11 Case
                                                              :   05-44481-RDD
DELPHI CORPORATION, et al.,                                   :
            Debtors.                                          :   (Jointly Administered)
                                                              :
------------------------------------------------------------- x

### VERIFIED STATEMENT OF REPRESENTATION
### OF MORE THAN ONE CREDITOR BY AKERMAN SENTERFITT

Akerman Senterfitt, as legal counsel for more than one creditor in this Chapter 11 case, hereby files its Verified Statement pursuant to Rule 2019, Federal Rules of Bankruptcy Procedure, and states:

1. On October 8 and 14, 2005, Delphi Corporation and certain of its U.S. subsidiaries and affiliates (collectively the "Debtors") filed voluntary petitions in this Court for reorganization relief under Chapter 11 of Title 11 of the United States Code.

2. Akerman Senterfitt represents creditors of the Debtors listed in the attached Exhibit A. The amount of the claims listed in the exhibit are an approximation made for the purposes of this Verified Statement and are subject to change. Moreover, the creditors may be entitled to additional claims during the pendency of the case.

3.  As to each creditor, Akerman Senterfitt was engaged as counsel under a general retainer.

4.  Akerman Senterfitt holds no claim or interest against the Debtors.

I, Joanne Gelfand, on behalf of Akerman Senterfitt declare under penalty of perjury that the foregoing information is true and correct and to the best of my knowledge and belief.

Dated: March 19, 2007

Respectfully submitted,

AKERMAN SENTERFITT
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Fax: (954) 463-2224
Email: joanne.gelfand@akerman.com

By: /s/ Joanne Gelfand
Joanne Gelfand (JG2864)

*Attorneys for Itautec America, Inc. and Oetiker, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2007, she caused a true and correct copy of the foregoing to be served upon the parties listed below by first class mail, postage prepaid:

/s/ Joanne Gelfand

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

## Exhibit A

| Name of Creditor | Nature of and Amount of Claim |
|---|---|
| Itautec America, Inc.<br>1935 N.W. 87th Avenue<br>Doral, Florida 33172 | Secured Claim in the approximate amount of $233,753.69 represented by accounts receivables as reflected on Debtors', specifically Delphi Automotive Systems LLC, Schedule F in the amount of $118,136.73 and cancellation claims per Debtor's purchase orders in the amount of $115,616.96. Now designated as Proof of Claim No. 10811. |
| Oetiker, Inc.,<br>3305 Wilson Street,<br>Marlette, MI 48453-0217 | General unsecured nonpriority claim in the amount of $12,643.20 for goods sold and delivered to the Debtors, specifically Delphi Corporation and/or Delphi Electronic and Safety, pre-petition. Now designated as Proof of Claim No. 722. |

{FT376530;1}