UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                    :
                                                          :   Chapter 11 Case
DELPHI CORPORATION, et al.,                               :   05-44481-RDD
        Debtors.                                        :
                                                          :   (Jointly Administered)

---

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Rebecca H. Simoni, a member in good standing of the bar in the State of Wisconsin and the bar of the U.S. District Court for the Eastern District of Wisconsin, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Rotaform, LLC, a creditor and party-in-interest in the above referenced bankruptcy proceeding.

My mailing address is:

von Briesen & Roper, s.c.
411 E. Wisconsin Avenue, Ste. 700
Milwaukee, WI 53202

My email address: rsimoni@vonbriesen.com

My telephone number is: (414) 287-1529

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated this 14th day of March, 2007 at Milwaukee, Wisconsin.

*/s/ Rebecca H. Simoni*
Rebecca H. Simoni

20657077_1.DOC