**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 East Main Street, Suite 215
P.O. Box 1688
Madison, Wisconsin 53701-1688

A. John Voelker
Acting Clerk

Telephone: (608) 266-1880
TTY: 1-800-947-3529
Fax: (608) 267-0640
www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

REBECCA HANSEN SIMONI

was admitted to practice as an attorney within this state on September 29, 1999 and is presently in good standing in this court.

Dated: February 15, 2007

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing