David S. Rosner (DR-4214)
Adam L. Shiff  (AS-7571)
Jeffrey R. Gleit  (JG-8710)
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

COUNSEL TO THE LONGACRE MASTER FUND LTD.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 Case |
| DELPHI CORPORATION et al., | ) | |
| | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

_____)

### AFFIDAVIT OF SERVICE

   Christopher A. Stauble, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age, and am employed by Kasowitz, Benson, Torres & Friedman LLP.

2.    On March 15, 2007, I served a true and correct copy of the *Response of Longacre Master Fund Ltd. to Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. 502(b) and Fed. R. Bankr. P. 3007 to Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected on Debtors' Books and Records, (c) Untimely Claims, and (d) Claims Subject to Modification*, via Federal Express Overnight Delivery to be served upon the parties listed on the attached service list.

   Dated: New York, New York
          March 19, 2007

                                          /s/Christopher A. Stauble
                                          Christopher A. Stauble


Sworn before me this
March 19, 2007

/s/ Lana Rafailova
Notary Public

LANA RAFAILOVA
Notary Public, State of New York
No. 01RA6042271
Qualified in Kings County
Commission Expires May 22, 2010

**Exhibit A**

| | |
|---|---|
| **Delphi Corporation**<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel | **Skadden, Arps, Slate, Meagher & Flom LLP**<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr.<br>John K. Lyons<br>Randall G. Reese |