David S. Rosner (DR-4214)
Adam L. Shiff   (AS-7571)
Jeffrey R. Gleit  (JG-8710)
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212)  506-1800

COUNSEL TO THE CONTRARIAN FUNDS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
In re                                                                         )
                                                                                    )        Chapter 11 Case
DELPHI CORPORATION et al.,                                 )
                                                                                    )        Case No. 05-44481 (RDD)
                                                                                    )
                                Debtors.                             )        (Jointly Administered)
_____)

## AFFIDAVIT OF SERVICE

Christopher A. Stauble, being duly sworn, deposes and says:

1.        I am not a party to this action, am over 18 years of age, and am employed by Kasowitz, Benson, Torres & Friedman LLP.

2.        On March 15, 2007, I served a true and correct copy of the *Response of Contrarian Funds, LLC to Debtors' Eighth and Ninth Omnibus Claims Objections*, via Federal Express Overnight Delivery to be served upon the parties listed on the attached service list.

   Dated: New York, New York
              March 19, 2007

                                                         /s/Christopher A. Stauble
                                                         Christopher A. Stauble


Sworn before me this
March 19, 2007

/s/ Lana Rafailova
Notary Public

LANA RAFAILOVA
Notary Public, State of New York
No. 01RA6042271
Qualified in Kings County
Commission Expires May 22, 2010

**Exhibit A**

| **Delphi Corporation** | **Skadden, Arps, Slate, Meagher & Flom LLP** |
|---|---|
| 5725 Delphi Drive | 333 West Wacker Drive, Suite 2100 |
| Troy, MI 48098 | Chicago, IL 60606 |
| Attn: General Counsel | Attn: John Wm. Butler, Jr. |
| | John K. Lyons |
| | Randall G. Reese |