UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED

MAR 13 2007

USBC-SDNY
RDD

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       :
         In re                                         :    Chapter 11
                                                       :
    DELPHI CORPORATION, et al.,                        :    Case No. 05-44481 (RDD)
                                                       :
                                  Debtors.             :    (Jointly Administered)
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO NINTH OMNIBUS OBJECTION TO CLAIM

Title of Claim Objection: Ninth Omnibus Objection to Claim #1768

Name of Claimant: Ball Systems, Inc.

Basis For Claim Amount: Claim #1768. Debtor (Delco Electronics Overseas
Corporation) issued to Claimant a Purchase Order # 450107774. Goods were
manufactured and delivered to Debtor in accordance to issued Purchase Order. Claimant
invoiced Debtor on invoice # 10749 in accordance with Purchase Order. Debtor never
paid invoice.

This claim should not be disallowed because it is a valid claim, which Debtor never paid.
The claim # 1768 was timely filed with the Court. Debtor's Books and Records in regards
to this claim are incorrect. Attached hereto are the Debtor's Purchase Order, Claimant's
Sales Order, Packing Slip, Bill of Laden and Invoice. Debtor received the goods ordered
and never objected to the receipt of, condition of, or sufficiency of the goods. Debtor

never objected to the Claimant's invoice. Also attached are copies of emails from Debtor stating the Claim was subject to the Court's jurisdiction. Attached hereto is an email in which Debtor states the claim has not been entirely paid, although Claimant disputes Debtor's statement of the unpaid amount. These documents clearly show Debtor acknowledges the Claim as valid and still unpaid. This is a legal, valid trade obligation of the Debtor, which was not paid at the time of the Chapter 11 filing. Claimant has provided evidence of a valid claim. Debtor should not ask the Court to disallow or expunge the claim without first providing the Court evidence that this Claim has no basis. Debtor must show the Court that this Claim was paid in full or that the goods were never received.

Claimant hereby objects to the disallowance of this claim and asks the Court to allow the full claim amount of $9060.00.

Claimant can be contacted:    Ball Systems

622 S. Range line Rd Suite 624B

Carmel, IN 47906

Dated: Carmel, IN
        March 11, 2007

By: _____

| United States Bankruptcy Court  Southern  District Of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| DELCO ELECTRONIC OVERSEAS CORP | 05-44610 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**BALL SYSTEMS**

Name and Address where notices should be sent:

Tom Houck
622 S. Range Line Rd.
Suite 624B
Carmel, IN 46032

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number: 317 848 0205

This Space For Court Use Only

| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____ |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)         (date)

**2. Date debt was incurred:**
6/14/2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $  9060.00

(Unsecured Nonpriority)    (Secured)    (Unsecured Priority)    9060.00  (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ _____
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

R E C E I V E D
FEB 3 2006
U S BANKRUPTCY COURT
SO DIST OF NEW YORK

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 1/16/06 | Thomas P. Houck  General Manager |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§ 152 and 3571

| United States Bankruptcy Court  Southern  District Of  New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor  DELCO ELECTRONIC OVERSEAS CORP | Case Number  05- 44610 | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**BALL SYSTEMS**

Name and Address where notices should be sent:

TOM HOUCK
622 S. Range Line Rd.
Suite 624B
Carmel, IN 46032

Telephone Number: 317 848 0205

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date) (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 9060.00
(Unsecured Nonpriority)   (Secured)   (Unsecured Priority)   9060.00 (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ _____
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date:  1/16/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  [signature]  Thomas P. Houck  General Manager |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Ball Systems, Inc.
622 S. Range Line Road
Suite 624B
Carmel, IN 46032

# Ball Systems

### Custom Electronics Solutions

# INVOICE NO. 10749

*Page 1 of 1*

**Bill To**

DELPHI DELCO SYSTEMS UK
ADMIN. SVC CTR
P.O. BOX 75
DELPHI HOUSE WINDMILL ROAD
GREAT BRITAIN, LIVERPOOL L337XL

**Ship To**

ANNETTE MCGUNIGLE
DELPHI DELCO SYSTEMS UK
ADMIN. SVC CTR
P.O. BOX 75
DELPHI HOUSE WINDMILL ROAD
GREAT BRITAIN

| | |
|---|---|
| Invoice Date | 06/14/2005 |
| Due Date | 06/14/2005 |
| Your Order | LE104772 |
| FOB | CARMEL, IN |
| Ship Via | PANALPINA |
| Terms | 2nd Day/2nd Mth |
| Our Order | 1509 |
| Packer No. | 1724 |
| Salesperson | HOUSE ACCOUNT |

| Order Qty | Ship Qty | Part ID/Description | U/M | Unit Price | Extended |
|---|---|---|---|---|---|
| 4 | 3 | BS-419 | EA | 2,780.00000 | 8,340.00 |
| | | CAT A4:E2 CONDITIONING NEST | | | |
| 1 | 1 | PR10172721 00020 | EA | 720.00000 | 720.00 |
| | | EXPEDITING ADDITIONAL WORK | | | |

| | | |
|---|---|---|
| | Subtotal | 9,060.00 |
| | Total | 9,060.00 |



Ball Systems
Custom Electronics Solutions

INVOICE #   10749

DATE: JUNE 14, 2005

FROM: BALL SYSTEMS INC.
      622 S. RANGELINE ROAD
      SUITE 624B                           SHIPPER
      CARMEL, INDIANA  46032  USA     Fed ID # 20-0551636

TO:   DELPHI LIVERPOOL
      MOORGATE ROAD
      KIRKBY, LIVERPOOL  L33 7XL         CONSIGNEE
      UNITED KINGDOM

PURCHASE ORDER # LE104772

ATTENTION: ANNETTE MCGUNIGLE

| QTY. | PART NUMBER | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 3 | | BS419 –CAT A4:E2 CONDITIONING NESTS | $2,780.00 U.S. | $8,340.00 U.S. |

TOTAL VALUE OF ABOVE ITEMS:          $8,340.00 U.S.

SCHEDULE B # .9023.00.0000 4
**FREIGHT COLLECT**
TERMS OF SALE – 2ND DAY 2ND MONTH
SHIPPED IN 2 BOXES      WEIGHT:  39KGS  DIMENSIONS:30"X20"X20"

ORIGIN OF MERCHANDISE:  USA.

SHIPPER _____   TOM HOUCK, GENERAL MANAGER

982446/B3876 CVT 4/99

3-PART STOCK FORM NO. B-3876

## STRAIGHT BILL OF LADING– SHORT FORM

ORIGINAL – NOT NEGOTIABLE

Shipper's No.

Carrier's Name: **TOWN AIR**

Carrier's No.

at *622 S. Rangeline Rd. Carmel, IN* (Date) **6/14/05**   FROM **Ball Systems**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill- of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO **Panalpina**

(Mail or street address for purposes of notification only.)

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1.

Destination **600 Devon**   Street **Elk Grove**   City

County **IL**   State **60007**   Zip

Route

Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

**COD**

Paid by
☐ Shipper   ☐ Consignee

Collect on Delivery $ _____   And Remit to _____

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| **2** | | **Boxes (30x20x20) w Conditioning** | **85 lbs** | | |
| | | **Nest·Test Equipment** | | | |
| | | | 009318368   TAF | | |
| | | | DESTINATION | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

†"The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper, Per **Ball Systems**   **Town Air (2) 1620** Agent

Permanent post-office address of shipper. **622 S. Rangeline Rd. Carmel, IN 46032**   Per **M. Briston 6/14/05**

1



**622 S. Range Line Road**
**Suite 624B**
**Carmel, IN 46032**
**Phone: 317-848-0205**
**Fax: 317-848-0207**

*Custom Electronics Solutions*

## *Packing Slip No.*  1724

Page 1 of 1

*Bill To* DELPHI DELCO SYSTEMS UK
ADMIN. SVC CTR
P.O. BOX 75
DELPHI HOUSE WINDMILL ROAD
GREAT BRITAIN

*Ship To* ANNETTE MCGUNIGLE
DELPHI DELCO SYSTEMS UK
ADMIN. SVC CTR
P.O. BOX 75
DELPHI HOUSE WINDMILL ROAD
GREAT BRITAIN   LIVERPOOL L33 7XL

| | | | | | |
|---|---|---|---|---|---|
| *Ship Date* | 06/14/2005 |
| *Ship Via* | PANALPINA |
| *Packages* | 2 |
| *Total Wgt.* | 100LBS |
| *Ppd/Col* | COL |

| Order Qty | Ship/BO Qty | Part ID/Description | U/M | Customer PO | Our Order |
|---|---|---|---|---|---|
| 4 | 3 | BS-419 | EA | LE104772 | 1509 |
| | 0 | CAT A4:E2 CONDITIONING NEST | | | |

## PLEASE NOTIFY US IMMEDIATELY IF ERROR IS FOUND IN SHIPMENT

PACKED BY: MIKE N.    CHECKED BY: Tom H.

*From*  Ball Systems
622 S. Range Line
Suite 624B
Carmel, IN  46032
USA
***Phone***   (317)848-0205
***Fax***      (317)848-0207

# *Acknowledgment No.*  *1509*

*Page 1 of 1*

*Bill To*   DELPHI DELCO SYSTEMS UK
ADMIN. SVC CTR
P.O. BOX 75
DELPHI HOUSE WINDMILL ROAD
LUTON, ENG LU1 3YU
GREAT BRITAIN

*Ship To*   ANNETTE MCGUNIGLE
DELPHI DELCO SYSTEMS UK
ADMIN. SVC CTR
P.O. BOX 75
DELPHI HOUSE WINDMILL ROAD
LUTON, ENG LU1 3YU
GREAT BRITAIN

| | |
|---|---|
| *Order Date* | 05/26/2005 |
| *Ship Date* | 06/13/2005 |
| *Your Order* | LE104772 |
| *FOB* | CARMEL, IN |
| *Ship Via* | PANALPINA |
| *Terms* | 2nd Day/2nd Mth |
| *Salesperson* | HOUSE ACCOUNT |

| Order Qty | Part ID/Description | U/M | UnitPrice | Ext. Price |
|---|---|---|---|---|
| | BS-419 | EA | 2,780.00000 | 11,120.00 |
| | *Rev* | | | |
| | CAT A4:E2 CONDITIONING NEST | | | |

Ship Schedule          4  06/13/2005

11,120.00

# DELPHI

**Buyer:**

DELPHI
DELCO ELECTRONICS OVERSEAS CORP
MOORGATE ROAD
KIRKBY
LIVERPOOL
L33 7XL
GREAT BRITAIN

**Deliver to:**

DELPHI D LIVERPOOL
Moorgate Road
LIVERPOOL
L33 7XL
GREAT BRITAIN

BALL SYSTEMS INC

CARMEL IN 46032
UNITED STATES

**Invoice to:**

Delphi Delco Electronics Systems
Administrative Service Center
PO Box 75, Delphi House
Windmill Road
LUTON
LU1 3YU
GREAT BRITAIN

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 4501077774 | 06/06/2005 |
| Version | |
| 06/06/2005 05:15:42 | |

Delivery date:  06/03/2005

| Vendor No:  1004202 |
|---|
| DUNS No:  121575468 |

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

**Incoterms:**  FCA - Freight Forwarder's Dock

Buyer Tax id: GB616003976
Seller Tax id:

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | PR10172721 00010 | 1.000 | U001 DELPHI D LIVERPOOL |
| | REF LE104772-CONDITIONING NEST | | MUSKETT S |
| | "NO LID" DESIGN CONDITIONING NEST | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 06/03/2005 | 1.000 | 11,120.00 | 1 | PU | 11,120.00 |
| **Net Line Item Value** | | | | USD | 11,120.00 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| 00020 | PR10172721 00020 | 1.000 | U001 DELPHI D LIVERPOOL |
| | REF LE104772-WEEKEND WORKING | | MUSKETT S |
| | WEEKEND WORKING AS AUTHORISED BY DAVE KABLUCZENKO | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The following written information must be provided to, and agreed by the purchase contact named above within 7 days of completion of order:
1. Total material cost.
2. Labour rate per hour
3. Total labour cost
4. Other cost (please specify)
5. Total invoice cost
Failure to comply with the above may delay invoice payment.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Purchasing Contact: McGunigle, Annette**

Phone:  441515493206

Fax:  441515493422

**Company Registration Number:**

A. McGUNIGLE
09 JUN 2005
PURCHASING DEPT

**Contact Address:**

DELPHI DELCO ELECTRONICS SYSTEMS
MOORGATE ROAD KIRKBY,
LIVERPOOL
L33 7XL

Date and Time Printed:   06/06/2005 05:15:42

Delco Electronics Systems, Moorgate Road, Kirkby, Liverpool L33 7XL, United Kingdom  Tel: +44 (0)151 546 2720

Delco Electronics Overseas Corporation, incorporated in the State of Delaware, USA, with limited liability.

# DELPHI

BALL SYSTEMS INC
622 S RANGE LINE RD STE 624 B
CARMEL  IN  46032
UNITED STATES

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450107774 | 06/06/2005 |
| Version | |
| 06/06/2005 05:15:42 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant | |
|---|---|---|---|---|
| | Description | | Requester | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 06/03/2005 | 1.000 | 1.00 | 1 | PU | 1.00 |
| Net Line Item Value | | | | USD | 1.00 |

| **Total net value** | | USD | 11,121.00 |
|---|---|---|---|

## Notes:

**************************************************************
It is a condition of purchase that all advice notes/invoices show the correct ORDER NO. and our ITEM NO. quoted on this order.  THIS MUST BE ADHERED TO.

HAZARDOUS MATERIALS Restricted, toxic, and hazardous materials - Suppliers are required to comply with the current governmental and safety constraints on restricted, toxic and hazardous materials: as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the saleable product and the manufacturing processes.  Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the Delphi Delco Electronics Systems Buyer.

PLEASE NOTE;
Where a verbal/advanced order number has been previously advised, it is superseded by the nine digit order number displayed on the top of this order which is issued from our SAP Purchasing System.

CONFIRMATION ORDER where applicable.

*****************************************************************
********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

*****************************************************************
IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY TO DELPHI'S SAFETY, HEALTH AND ENVIRONMENTAL PRACTICES WHILE WORKING IN DELPHI'S PREMISES.

*****************************************************************
Delphi requires 100% on time delivery performance from suppliers.  If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*****************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Delco Electronics Systems, Moorgate Road, Kirkby, Liverpool L33 7XL, United Kingdom  Tel: +44 (0)151 546 2720

Delco Electronics Overseas Corporation, incorporated in the State of Delaware, USA, with limited liability.

**DELPHI**

Delphi Electronics and Safety

Page  3  of  3

BALL SYSTEMS INC
622 S RANGE LINE RD STE 624 B
CARMEL  IN  46032
UNITED STATES

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450107774 | 06/06/2005 |
| Version | |
| 06/06/2005 05:15:42 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delco Electronics Systems, Moorgate Road, Kirkby, Liverpool L33 7XL, United Kingdom  Tel: +44 (0)151 546 2720

Delco Electronics Overseas Corporation, incorporated in the State of Delaware, USA, with limited liability.

# GENERAL TERMS AND CONDITIONS

**1. ACCEPTANCE**

**2. SHIPPING AND BILLING**

2.1 Shipping.

2.2 Billing.

2.3 Delivery Schedules.

2.4 Recovery Shipments.

**3. SPECIFICATION, DESIGN AND SCOPE CHANGES**

**4. QUALITY AND INSPECTION**

**5. NON-CONFORMING GOODS**

**6. FORCE MAJEURE**

**7. WARRANTY**

7.1 General.

7.2 Sale and Time Provisions.

7.3 Warranty Period.

**8. INGREDIENTS AND HAZARDOUS MATERIALS**

**9. INSOLVENCY OF SELLER**

**10. TERMINATION FOR BREACH**

**11. TERMINATION FOR CONVENIENCE**

**12. TECHNICAL INFORMATION**

12.1 Exchange of Information.

12.2 Waiver of Claims.

12.3 Secrecy and Related Matters.

**13. INDEMNIFICATION**

**14. COMPLIANCE WITH LAWS**

**15. INSURANCE**

**16. SELLER'S EQUIPMENT**

**17. BUYER'S PROPERTY**

17.1 Statement of Property.

17.2 Seller's Duties with Respect to Buyer's Property.

17.3 Return of Buyer's Property.

17.4 Designation of Warranties.

17.5 Development, Engineering and Consulting Services.

**SERVICE AND REPLACEMENT PARTS**

**18. REMEDIES**

**19. CUSTOMS AND EXPORT CONTROLS**

**20. SETOFF AND RECOVERY**

**21. NO ADVERTISING**

**22. NO IMPLIED WAIVER**

**23. ASSIGNMENT**

**24. RELATIONSHIP OF PARTIES**

**25. GOVERNING LAW AND JURISDICTION**

**26. SEVERABILITY**

**27. RIGHT TO AUDIT AND INSPECT**

**28. ENTIRE AGREEMENT**

## Tom Houck @ PROBE-TEC

| | |
|---|---|
| **From:** | McGunigle, Annette [annette.mcGunigle@delphi.com] |
| **Sent:** | Monday, March 12, 2007 3:01 AM |
| **To:** | Tom Houck @ PROBE-TEC |
| **Subject:** | FW: Open Invoices |

Tom,

Please refer to response below.

Regards.........Annette


Annette McGunigle
Buyer - Indirect M&E
Delphi Electronics & Safety
Moorgate Road
Kirkby L33 7XL
Tel: + 44 (0) 151 549 3206
Fax: + 44 (0) 151 549 3422
E-Mail: annette.mcgunigle@delphi.com
Liverpool


For quotation purposes only.
Supplier acknowledges and agrees that Delphi's General Terms and
Conditions are incorporated in, and a part of, this Request for Quote.
By responding to this Request for Quote or commencing any work, services
or other activities related to this Request of Quotation, Supplier
acknowledges and agrees that Delphi's Terms and Conditions will apply to
any resulting contract between Delphi and Supplier (including any
purchase order, release, requisition, work order, shipping instruction,
specification and other document issued by Delphi or accepted in writing
by Delphi) in their entirety without modification. A copy of Delphi's
General Terms and Conditions is available upon written request to Delphi
or via the internet at Delphi's website www.delphi.com . Supplier
acknowledges and agrees that it has read and understands Delphi's
General Terms and Conditions. Any addition to, changes in, modifications
of, or revisions of Delphi's General Terms and Conditions which Supplier
proposes in any Quote or other document or Communication will be deemed
to be rejected by Delphi except to the extent that Delphi expressly
agrees to accept any such proposals in writing.
Suppliers responding to this Request for Quote are expected to meet all
requirements detailed in Delphi's Customer Specific Requirements and
reference documents. These requirements and documents are available on
the Delphi website, www.delphi.com (by clicking on "Suppliers" in the
header and then "Supplier Standards" on the supplier page). Any proposed
exceptions to these requirements are deemed to be rejected by Delphi
except to the extent that Delphi expressly agrees to accept any
deviations in writing.

-----Original Message-----
From: Baxter, Peter N Sent: 12 March 2007 08:40
To: McGunigle, Annette
Subject: RE: Open Invoices

Annette,
First we need to agree balances... our records show we owe them USD
4,775.16, which is invoice 10749 for $9060, less the pre-filing payment

1

we made of $4,284.84.
Then the supplier needs to take it up with the courts / DGSM. I don't
think we can do any more from here.

Regards,

Pete

-----Original Message-----
From: McGunigle, Annette
Sent: 12 March 2007 07:57
To: Baxter, Peter N
Subject: FW: Open Invoices
Importance: High

 Pete,

Can you confirm if this invoice was included on the pre-petition list?
I assumed it was upto the supplier to make his claim with the courts??

Cheers


Annette McGunigle
Buyer - Indirect M&E
Delphi Electronics & Safety
Moorgate Road
Kirkby L33 7XL
Tel: + 44 (0) 151 549 3206
Fax: + 44 (0) 151 549 3422
E-Mail: annette.mcgunigle@delphi.com
Liverpool


For quotation purposes only.
Supplier acknowledges and agrees that Delphi's General Terms and
Conditions are incorporated in, and a part of, this Request for Quote.
By responding to this Request for Quote or commencing any work, services
or other activities related to this Request of Quotation, Supplier
acknowledges and agrees that Delphi's Terms and Conditions will apply to
any resulting contract between Delphi and Supplier (including any
purchase order, release, requisition, work order, shipping instruction,
specification and other document issued by Delphi or accepted in writing
by Delphi) in their entirety without modification. A copy of Delphi's
General Terms and Conditions is available upon written request to Delphi
or via the internet at Delphi's website www.delphi.com . Supplier
acknowledges and agrees that it has read and understands Delphi's
General Terms and Conditions. Any addition to, changes in, modifications
of, or revisions of Delphi's General Terms and Conditions which Supplier
proposes in any Quote or other document or Communication will be deemed
to be rejected by Delphi except to the extent that Delphi expressly
agrees to accept any such proposals in writing.
Suppliers responding to this Request for Quote are expected to meet all
requirements detailed in Delphi's Customer Specific Requirements and
reference documents. These requirements and documents are available on
the Delphi website, www.delphi.com (by clicking on "Suppliers" in the
header and then "Supplier Standards" on the supplier page). Any proposed
exceptions to these requirements are deemed to be rejected by Delphi
except to the extent that Delphi expressly agrees to accept any
deviations in writing.


-----Original Message-----
From: Tom Houck @ PROBE-TEC [mailto:t.houck@probe-tec.com]

```
Sent: 09 March 2007 15:56
To: McGunigle, Annette
Cc: Andy Caine; Patrick Turley
Subject: RE: Open Invoices
Importance: High
```

Annette,

The US courts have just informed me that the invoices referenced below
are not part of the bankruptcy actions as you stated. One of the two
invoices was since paid but the other remains open and is long overdue.

Delphi PO# LE104772 - 450107774 was according to my records never paid
against the second shipment of 3 pcs. Our invoice # was 10749. The date
was 6/14/05. The amount was $9060.00. There was another shipment of 1
pcs made that I believe was paid but the balance was not. This invoice
has been sent many times so there should be plenty of copies of it.

Since the information I just received from the courts states this was
not included in the bankruptcy by Delphi and since it has not been yet
paid I would like to know how to resolve this outstanding invoice.

Your assistance is appreciated.

Tom Houck
Ball Systems

-----Original Message-----
From: annette.mcGunigle [mailto:annette.mcGunigle@delphi.com]
Sent: Wednesday, December 14, 2005 8:14 AM
To: Tom Houck
Subject: RE: Open Invoices


Tom

Unfortunately, as you are no doubt aware, Delphi have filed for Chapter
... Liverpool are included in chapter 11, as our legal entity is in
Delaware.  As these invoices are pre-petition, you need to make your
claim direct with USA courts.  I guess you have been receiving
correspondences from US Courts??

Apologies I cannot be of any further assistance.  Future invoices, no
issues with payment - business as usual.

Regards..............Annette

Annette McGunigle
Buyer - Indirect M&E
Delphi Electronics & Safety
Moorgate Road
Kirkby
Liverpool
L33 7XL
Tel: + 44 (0) 151 549 3206
Fax: + 44 (0) 151 549 3422
E-Mail: annette.mcgunigle@delphi.com


-----Original Message-----
From: Tom Houck [mailto:t.houck@ballsystems.com] Sent: 13 December 2005
22:54
To: McGunigle, Annette
Subject: Open Invoices
```

Annette,

I have two very old invoices that have never been paid. Could you let me
know to whom I should direct an inquiry?

Regards,
Tom Houck
General Manager
Ball Systems
622 S. Range Line Rd.
Carmel, IN 46032
317-848-0205
Fax 317-848-0207
Mobile 765-418-1997
t.houck@ballsystems.com
www.ballsystems.com

********************************************************************
****
************

Note:  If the reader of this message is not the intended recipient, or
an employee or agent responsible for delivering this message to the
intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify us
immediately by replying to the message and deleting it from your
computer. Thank you.
********************************************************************
****
************
--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.371 / Virus Database: 267.14.16/225 - Release Date:
1/9/2006


********************************************************************************

Note:  If the reader of this message is not the intended recipient, or an employee or
agent responsible for delivering this message to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify us immediately
by replying to the message and deleting it from your computer. Thank you.
********************************************************************************