# Riverside Claims, LLC

2109 BROADWAY, SUITE 206  NEW YORK, NY 10023  (212) 501-0990  TOLL FREE (888) 501-0990  FAX (212) 501-7088

Thursday, March 08, 2007

Kathleen Farrell, Clerk
U.S. Bankruptcy Court
Southern District of New York
Hamilton Custom House
One Bowling Green, 6th Floor
New York, NY 10004

Dear Sir/Madam:

Enclosed for filing in various cases pending in your district, please find an original and copies of the following:

1. Response to Debtors' Ninth Omnibus Claims Objections

2. Exhibits A-E

3. Disk /CD

Kindly file the original, date-stamp the copies and mail them in the enclosed envelopes.

If you have any questions, feel free to call me, toll free, at 888-501-0990.

Thank you for your assistance.

Sincerely,

Neil Herskowitz

EHH/lb
Enclosures



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| DELPHI CORPORATION, et al. | ) |
|  | ) Case No. 05-44481 (RDD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

## RESPONSE TO
## DEBTORS' NINTH OMNIBUS CLAIMS OBJECTION

On February 15, 2007, the Debtors' filed their Ninth Omnibus Claims Objection ("Objection"), including Claim Numbers 8856, 8858, 8860, 8863, 8865 ("Claims") all of which have been assigned to Riverside Claims LLC ("Riverside"). The Debtors' basis for their objection was that the Claims lack sufficient documentation or were not reflected on the Debtors' books and records.

On February 28, 2007, Riverside provided to the Debtors' counsel appropriate backup documentation for the Claims (attached hereto as Exhibits A - E). Debtors' counsel has advised Riverside that Debtors' counsel would not review the backup until after Riverside filed this Response.

Accordingly, Riverside is filing this Response and requests that the Court overrule the Objection and allow the Claims.

RESPECTFULLY SUBMITTED,

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024-0540
(212) 501-0990/7088(fax)
e-mail: notice@regencap.com

EXHIBIT A

SUPPORTING DOCUMENTATION FOR CLAIM NUMBER 8856

NOV-15-05 10:50 * FROM:FAULKNER INDUSTRIAL  1-205-672-8554      TO:12125017088        PAGE:006/006

# FAULKNER INDUSTRIAL

**Invoice**

P. O. Box 280
Sterrett AL 35147
205 672-8556

| DATE | INVOICE |
|------|---------|
| 5/19/2005 | 2161 FIMI |

| BILL TO |
|---------|
| Delphi Energy & Engine Management Systems |
| 342 Perry House Road |
| Fitzgerald, GA 31750 |

| SHIP TO |
|---------|
|  |

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| JSO6691 | NET 30 | WWF |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Additional Time incurred cutting bags (Beyond normal scope of work) | 18 | 65.00 | 1,170.00 |
| Additional Day expenses incurred due to additional work at 65.00 per man | 3 | 65.00 | 195.00 |

| | Total | $1,365.00 |
|---|-------|-----------|

*[handwritten notes]*

<u>EXHIBIT B</u>

<u>SUPPORTING DOCUMENTATION FOR CLAIM NUMBER 8858</u>



**INVOICE**

| | |
|---|---|
| Invoice Number | : 33140 |
| Invoice Date | : 04/29/2005 |
| Customer Number | : DELFLT |
| Job Number | : 46301 |
| Due Date | : 05/19/2005 |

10447 S. Harold Drive
Como Plot, MI 48157

tel 734.848.5000
fax 734.848.5083
web vanexbio.com

DELPHI-FLINT EAST
S CURTISS 485801250
300 N CHEVROLET AVE
FLINT, MI  48555
Attn:  FLOYD FULLER

Delphi Flint East
PLANT 43 AND 2

PO NUMBER:  AEB03159

| DATE | DESCRIPTION | QTY | U/M | COST | AMOUNT |
|---|---|---|---|---|---|
| | PERFORM INSPECTIONS OF LOW PRESSURE AND HALON FIRE | | | | |
| | SUPPRESSION SYSTEMS PROTECTING THE BARREL STORAGE, | | | | |
| | AUDIT SCREW BASEMENT AND TELEPHONE ROOM. | | | | |
| 04/20/2005 | LABOR (2 TECHS) | 16.00 | HRS | 73.0000 | 1,168.00 |
| 04/20/2005 | MILEAGE (2 TRUCKS) | 400.00 | MLS | 0.4500 | 180.00 |
| | GROSS BILLINGS : | | | | 1,348.00 |
| | NET BILLINGS : | | | | 1,348.00 |

INVOICE

| Invoice Number | : | 33213 |
| Invoice Date | : | 06/16/2005 |
| Customer Number | : | DELAUT |
| Job Number | : | 47008 |
| Due Date | : | 07/06/2005 |

Delphi Automotive
8000 Central Freeway
North
Wichita Falls, TX
Attn:   FLOYD FULLER

Delphi
PLANT 43AA
DORT HWY, FLINT MI

| DATE | DESCRIPTION | QTY | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SERVICE CALL TO INVESTIGATE HIGH PRESSURE READING ON LOW PRESSURE CO2 STORAGE TANK.  FOUND PLUGGED CONDENSING COIL. CLEARED PLUG AND BLED TANK PRESSURE DOWN TO 360psi. | | | | |
| 06/07/2005 | LABOR (1 TECH) | 6.00 | HRS | 73.0000 | 438.00 |
| 06/07/2005 | MILEAGE | 214.00 | MLS | 0.4500 | 96.30 |
| | GROSS BILLINGS : | | | | 534.30 |
| | NET BILLINGS : | | | | 534.30 |

# INVOICE

**Varsex Systems**

19447 S. Harold Drive
Etna Part, MI 48457

tel 734 848 9000
fax 734 848 9001
web varsex.com

| | |
|---|---|
| Invoice Number | : 33433 |
| Invoice Date | : 10/07/2005 |
| Customer Number | : DELFLT |
| Job Number | : 47791 |
| Due Date | : 10/07/2005 |

DELPHI-FLINT EAST
S CURTISS 485801250
300 N CHEVROLET AVE
FLINT, MI  48555
Attn:  TERRY DWYER

Delphi Flint East

PO NUMBER:  AES36821

| DESCRIPTION | QTY | UOM | COST | AMOUNT |
|---|---|---|---|---|
| PERFORM INSPECTIONS OF HIGH & LOW PRESSURE CO2, FOAM, | | | | |
| GAS DETECTION AND DRY CHEMICAL FIRE SUPPRESSION SYSTEMS, | | | | |
| PROTECTING THE TANK FARM, CERAMIC MIX LAB,  FUEL TRENCHES, | | | | |
| EAST & WEST WING TEST CELLS,  FUEL ROOMS 2,3,4 AND THE VEL | | | | |
| LAB.  REPLACED HEAT DETECTORS IN KM110 AND CELL 137 | | | | |
| REPLACED FLANGE GASKET ON CO2 HEADER. | | | | |
| 09/19/2005   LABOR (2 TECHS) ST | 96.00 | HRS | 73.0000 | 7,008.00 |
| 09/20/2005   LABOR (2 TECHS) OT | 26.00 | HRS | 109.0000 | 2,834.00 |
| 09/21/2005   MILEAGE (6 TRIPS) | 1,200.00 | MLS | 0.5500 | 660.00 |
| 09/22/2005   1406046  HEAT DETECTORS 2250 | 6.00 | EA | 98.0000 | 588.00 |
| 09/26/2005   GASKET  2 1/2" FLANGE | 2.00 | EA | 5.0000 | 10.00 |
| GROSS BILLINGS : | | | | 11,100.00 |
| NET BILLINGS : | | | | 11,100.00 |

# DELPHI

Energy & Chassis Systems

**Buyer:**

DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**

DELPHI ENERGY & CHASSIS SYSTEMS
FLINT TECHNICAL CENTER - IFTC
DOCK 501
1601 NORTH AVERILL ROAD
FLINT MI 48556

VANEX FIRE SYSTEMS INC
10447 S HAROLD DR
LUNA PIER MI 48157

## Purchase Order

| | |
|---|---|
| PO Number | Date Issued |
| 450122851 | 04-Sep-2005 |
| Version | |
| 19-Oct-2005  07:11:11 EST | |

Delivery date:  06-SEP-2005

Vendor No:  1019562
DUNS No:  063706147

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB-Freight Collect

*** Text changed

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | | 1.000 | H201 DELPHI E & C HEADQUARTERS |

SEMI-ANNUAL FIRE SYSTEM INSPECTION

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 06-SEP-2005 | 1.000 | 11,100.00 | 1 | EA | 11,100.00 |
| Net Line Item Value | | | | USD | 11,100.00 |

*** Net price changed

| Total net value | USD | 11,100.00 |
|---|---|---|

**Notes:**

••••••••••••••••••••••••••••••••••••••••••••••••••

IMPORTANT NOTICE TO SUPPLIERS:

PRIOR TO OCT 8th —

Purchasing Contact: Drozan, Larry
Phone: 248-813-4348  Phil Delves
Fax:  866-712-2498

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5820 DELPHI DRIVE,
TROY 48098-2815

Date and Time Printed:  19-Oct-2005 07:11:11 EST

# DELPHI

Energy & Chassis Systems

Page  2  of 2

VANEX FIRE SYSTEMS INC
10447 S HAROLD DR
LUNA PIER  MI  48157

## Purchase Order

PO Number                                          Date Issued
450122851                                          04-Sep-2005
Version
19-Oct-2005  07:11:11  EST

| Item No. | Material No/Item Identifier No. | Total Order Quantity | Plant |
|----------|-------------------------------|----------------------|-------|
| | Description | | Requester |

Notes Continued:

PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
*****************************************************************

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.
*****************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements  in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************************************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*****************************************************************

Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.
*****************************************************************
*****************************************************************

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*****************************

This Contract replaces previous contract# AES36821.
*****************************

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.
change pricing per invoice 33433

EXHIBIT C

SUPPORTING DOCUMENTATION FOR CLAIM NUMBER 8860

**SA Technologies, Inc.**
3390-H De La Cruz Blvd.
Santa Clara, CA 95054

Ph: (408)9808355
Fax: (408) 9808356

www.satech.com

**Invoice Number:00015379**

BillTo:
Delphi Medical Systems
4300 Road 18
Accounts Payable
Longmont, CO, 80504
US United States
Resale Number:

Ship To
Ophthonix, Inc.
10455 Pacific Center Court
Todd Benson
San Diego, CA, 92121
US United States

| Sales Person | Your No. | Ship Via. | Ship Date | Terms | Date |
|---|---|---|---|---|---|
| | 705657 | Fedex Customer Account | | CC | 7/21/2005 |

| Qty. | Item No. | Description. | Unit Price | Disc(%) | Total Cost |
|---|---|---|---|---|---|
| 30 | P281845 | 256mb DOM 44pin Vertical | 95 | | $2850.00 |

```
Ref :                  Date: 07/29/2005   SHIPPING:    0.00
Dep:                   Wgt: 1.0 LBS       SPECIAL:     0.00
                                          HANDLING:    0.00
                       DV:      2800.00   TOTAL:       0.00
          Svcs: PRIORITY OVERNIGHT
                TRCK: 6985 5264 6623
```

| | | |
|---|---|---|
| Sale Amount | | $2850.00 |
| Freight | | $4.88 |
| Tax | | $235.12 |
| Total | | $3090.00 |
| Paid Today | | $0.00 |
| Balance | | $3090.00 |

All sales are final. No returns without RMA. Returns for credit/exchange only within 7 days of the invoice.
20% restocking fee. CPUs warrantied for 21 days only. Shipment errors or damages items should be
reported within 24 hrs of receipt.

# DELPHI

DUPLICATE

## PURCHASE ORDER

| PO # | REV |
|------|-----|
| 705957 | 000 |

| DATE | 7/21/05 |
|------|---------|
| PAGE # | 1 |

**BILL TO:**

Delphi Medical Systems
Attn: AP
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8685

**TO:**

S. A. Technologies
Sales
3390 H De La Cruz Blvd.

Santa Clara   CA 85054

**SHIP TO:**

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
USA

*Drop Ship to:
Att: Todd Benson
Ophthonix Inc
10455 Pacific Center Ct.
San Diego, CA
92121*

**BUYER:**
Kelley Ganison

*FedEx P1 #204601232*

| VENDOR | CONFIRMING | | TERMS | | SHIP VIA | | CLT | PPD | | FOB | | TAXABLE | | INSPECTION |
|--------|-----------|--|-------|--|----------|--|-----|-----|--|-----|--|---------|--|------------|
| 85578 | | | MNS2-2 | | UPS-Ground | | | X | | Origin | | NO | | |

| BUYER | VENDOR CONTACT | REQUISITIONER | SHIP INSTRUCTIONS | REMARKS |
|-------|---------------|---------------|-------------------|---------|
| 600 | Fax: 408-980-8358 | | UPS Collect 16058W | |

| LN | OL | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|----|----|----------|------|-------------|-----|-------------|-----------|-----------|----------|
| 01 | 01 | 30 | EA | P281845 | A | FLASH DISK | 95.0000 | 2850.00 | 7/29/2005 |
| 01 | 01: | | | | | 256 MB Diskon Module IDE FLASH | | | |
| 01 | 02: | | | | | 44 pin verical | | | |
| PO | 01: | | | | | Please include the Delphi Medical Systems | | | |
| PO | 02: | | | | | purchase order number, Delphi Medical | | | |
| PO | 03: | | | | | Systems part number, description, and | | | |
| PO | 04: | | | | | quantity on the packing slip. | | | |
| PO | 05: | | | | | | | | |
| PO | 06: | | | | | Please acknowledge this purchase order | | | |
| PO | 07: | | | | | within 24 hours of receipt. An email or fax | | | |
| PO | 08: | | | | | confirmation is acceptable. Fax 303-678-8138. | | | |
| PO | 09: | | | | | | | | |
| PO | 10: | | | | | Confirming this purchase order also confirms | | | |
| PO | 11: | | | | | that the Delphi Medical Systems Purchase | | | |
| PO | 12: | | | | | Order Terms and Conditions attached to this | | | |
| PO | 13: | | | | | order are accepted by the supplier. | | | |
| PO | 14: | | | | | | | | |
| PO | 15: | | | | | Confirming this purchase order confirms that | | | |
| PO | 16: | | | | | the supplier has all of the documentation | | | |
| PO | 17: | | | | | for the revision level of the product or | | | |
| PO | 18: | | | | | service required on the purchase order. | | | |

GRAND TOTAL    $        2,850.00

_____  7/21/05
AUTHORIZED SIGNATURE

_____  7/7/05
AUTHORIZED SIGNATURE

_____
AUTHORIZED SIGNATURE

Page 1 of 1

**SA Technologies, Inc.**
3390-H De La Cruz Blvd.
Santa Clara, CA 95054

T  (408)9808355
Fax: (408) 9808356

www.satech.com

**Invoice Number:00015380**

BillTo:
Kelley Ganison Delphi Medical
Systems
4300 Road 18
Longmont, CO, 80504
US United States
Resale Number:

Ship To
Kelley Ganison Delphi Medical
Systems
4300 Road 18
Longmont, CO, 80504
US United States

| Sales Person | Your No. | Ship Via. | Ship Date | Terms | Date |
|---|---|---|---|---|---|
|  | 705658 |  |  | CC | 7/21/2005 |

| Qty. | Item No. | Description. | Unit Price | Disc(%) | Total Cost |
|---|---|---|---|---|---|
| 30 | EX512M0043 | 512MB PC2700 | 55 |  | $1650.00 |

Ref:
Dep:

Date: 07/21/2005
Wgt: 5.0 LBS
DV:          1700.00

| | |
|---|---|
| SHIPPING: | 0.00 |
| SPECIAL: | 0.00 |
| HANDLING: | 0.00 |
| TOTAL: | 0.00 |

Svcs: PRIORITY OVERNIGHT
TRCK: 6985 5264 6494

All sales are final. No returns without RMA. Returns for credit/exchange only within 7 days of the invoice.
20% restocking fee. CPUs warranted for 21 days only. Shipment errors or damages items should be
reported within 24 hrs of receipt.

| | |
|---|---|
| **Sale Amount** | $1650.00 |
| **Freight** | $5.00 |
| **Tax** | $0.00 |
| **Total** | $1655.00 |
| **Paid Today** | $0.00 |
| **Balance** | $1655.00 |

http://www.ramfinder.com/satechadmin/osources/DisplayInvoice.aspx?id=15380

7/21/2005

SENT BY: DELPHI MEDICAL SYSTEMS;                3036788138;                JUL-21-05 12:49PM;                PAGE 1/2

# DELPHI

## PURCHASE ORDER

| PO # | REV |
|---|---|
| 705650 | 000 |

| DATE | 7/21/05 |
|---|---|
| PAGE # | -1 |

**BILL TO:**

Delphi Medical Systems
Attn: AP
4300 Road 18
Longmont, CO 80504
Phone: (303)678-8585

*(handwritten)* Feder AC # 204-601-23

**TO:**

S. A. Technologies
Sales
3390 H De La Cruz Blvd.

Santa Clara    ,CA 85054

**SHIP TO:**

Delphi Medical Systems
4300 Road 18
Longmont, CO 80504
USA

*(handwritten)* Att. Kelley Granison

**BUYER:**
Kelley Ganison

*(handwritten)* UPS Red

| VENDOR 8676 | CONFIRMING | TERMS MNS2-2 | SHIP VIA UPS Ground | CLY | FDD X | FOB Origin | TAXABLE NO | INSPECTION |
|---|---|---|---|---|---|---|---|---|

| BUYER 600 | VENDOR CONTACT Fax# 408-980-8358 | REQUISITIONER | SHIP INSTRUCTIONS UPS Collect 15036W | REMARKS |
|---|---|---|---|---|

| LN | PL | QUANTITY | UNIT | PART NUMBER | REV | DESCRIPTION | UNIT PRICE | EXTENSION | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 00 | 30 | | | | Non Inventory - 512 MByte RAM | 55.0000 | 1650.00 | 7/22/2005 |
| PO: | 01: | | | | | Please include the Delphi Medical Systems | | | |
| PO: | 02: | | | | | purchase order number, Delphi Medical | | | |
| PO: | 03: | | | | | Systems part number, description, and | | | |
| PO: | 04: | | | | | quantity on the packing slip. | | | |
| PO: | 05: | | | | | | | | |
| PO: | 06: | | | | | Please acknowledge this purchase order | | | |
| PO: | 07: | | | | | within 24 hours of receipt. An email or fax | | | |
| PO: | 08: | | | | | confirmation is acceptable. Fax 303-678-8138. | | | |
| PO: | 09: | | | | | | | | |
| PO: | 10: | | | | | Confirming this purchase order also confirms | | | |
| PO: | 11: | | | | | that the Delphi Medical Systems Purchase | | | |
| PO: | 12: | | | | | Order Terms and Conditions attached to this | | | |
| PO: | 13: | | | | | order are accepted by the supplier. | | | |
| PO: | 14: | | | | | | | | |
| PO: | 15: | | | | | Confirming this purchase order confirms that | | | |
| PO: | 16: | | | | | the supplier has all of the documentation | | | |
| PO: | 17: | | | | | for the revision level of the product or | | | |
| PO: | 18: | | | | | service required on the purchase order. | | | |

*(handwritten)* Please ship UPS Red overnight!!

*(stamp)* FAXED 7/21/05

**PLEASE CONFIRM PRICE AND DELIVERY**

| GRAND TOTAL | $ | 1,650.00 |
|---|---|---|

*(handwritten signature)* 7/21/05

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

EXHIBIT D

SUPPORTING DOCUMENTATION FOR CLAIM NUMBER 8863

Lauren International, Inc.

# Aging analysis Customers

| | | | | | | | | Repor |
|---|---|---|---|---|---|---|---|---|
| User | meichelberger | Items | All | Unprocessed | Yes | Customer | | 2243- 2243 |
| Company | 010 Lauren Manufacturing Company | Invoice | 10/9/2005 | Period | | Currency | | |
| Age | Invoice date / 0 | | | Scenario | | | All Intermediary | All - DC |
| Status | All | Account empl. | All | Pay. meth. | All | Currency | All | Currency rate Original |
| | | Invoice Blocked | No | | | | | 2243- 2243 |

## 2243 DELPHI (Active)

| Our ref. | Your reference | Invoice Da | Age | <= 30 days | > 30 & <=60 days | > 60 & <=90 days | > 90 days | Total |
|---|---|---|---|---|---|---|---|---|
| 69550 | 0550059546 | 6/2/2005 | 129 | 0.00 | 0.00 | 0.00 | -192.00 | -192.00 |
| 72039 | 0550059546 | 6/2/2005 | 129 | 0.00 | 0.00 | 0.00 | 40.00 | 40.00 |
| 77605 | 0550059546 | 8/30/2005 | 40 | 0.00 | 137.00 | 0.00 | 0.00 | 137.00 |
| 78040 | 0550059546 | 9/6/2005 | 33 | 0.00 | 137.00 | 0.00 | 0.00 | 137.00 |
| 78330 | 0550059546 | 9/8/2005 | 31 | 0.00 | 137.00 | 0.00 | 0.00 | 137.00 |
| 78477 | 0550059546 | 9/12/2005 | 27 | 137.00 | 0.00 | 0.00 | 0.00 | 137.00 |
| 78756 | 0550059546 | 9/14/2005 | 25 | 137.00 | 0.00 | 0.00 | 0.00 | 137.00 |
| 79193 | 0550059546 | 9/21/2005 | 18 | 137.00 | 0.00 | 0.00 | 0.00 | 137.00 |
| 79499 | 0550059546 | 9/27/2005 | 12 | 137.00 | 0.00 | 0.00 | 0.00 | 137.00 |
| 79630 | 0550059546 | 9/28/2005 | 11 | 137.00 | 0.00 | 0.00 | 0.00 | 137.00 |
| 80112 | 0550059546 | 10/4/2005 | 5 | 137.00 | 0.00 | 0.00 | 0.00 | 137.00 |
| **Total DELPHI** | | | | 822.00 | 411.00 | 0.00 | -152.00 | 1,081.00 |
| **Total** | | | | 822.00 | 411.00 | 0.00 | -152.00 | 1,081.00 |
| Percent of balance | | | | 66.67 | 33.33 | 0.00 | 0.00 | |

Lauren International, Inc.

# Aging analysis Customers

| User | meichelberger | Items | All | Unprocessed | Yes | Customer | All | Intermediary | | Repor 58 - 58 |
|---|---|---|---|---|---|---|---|---|---|---|
| Company | 010 Lauren Manufacturing Company | Invoice | 10/9/2005 | Period | | Scenario | All | | All - DC | Currency rate Original |
| Age | Invoice date / 0 | Account empl. | All | | | | | | | |
| Status | All | Blocked | No | Pay. meth. | | Currency | | | | |

## 58 DELPHI ENERGY & ENGINE (Active)

| Our ref. | Your reference | Invoice Da | Age | <= 30 days | > 30 &<=60 days | > 60 &<=90 days | > 90 days | Total |
|---|---|---|---|---|---|---|---|---|
| 70661825 | 550011710 | 8/2/2005 | 68 | 0.00 | 0.00 | -0.40 | 0.00 | -0.40 |
| 75074 | 550011710 | 7/25/2005 | 76 | 0.00 | 0.00 | 1,089.00 | 0.00 | 1,089.00 |
| 77885 | 0550011713 | 9/2/2005 | 37 | 0.00 | 113.00 | 0.00 | 0.00 | 113.00 |
| 77886 | 550011710 | 9/2/2005 | 37 | 0.00 | 1,089.00 | 0.00 | 0.00 | 1,089.00 |
| 78610 | 550011710 | 9/13/2005 | 26 | 1,089.00 | 0.00 | 0.00 | 0.00 | 1,089.00 |
| 78894 | 0550011713 | 9/15/2005 | 24 | 226.00 | 0.00 | 0.00 | 0.00 | 226.00 |
| 78930 | 550011710 | 9/16/2005 | 23 | 726.00 | 0.00 | 0.00 | 0.00 | 726.00 |
| 79070 | 550011710 | 9/19/2005 | 20 | 363.00 | 0.00 | 0.00 | 0.00 | 363.00 |
| 79292 | 550011710 | 9/22/2005 | 17 | 1,089.00 | 0.00 | 0.00 | 0.00 | 1,089.00 |
| 79364 | 550011710 | 9/23/2005 | 16 | 907.50 | 0.00 | 0.00 | 0.00 | 907.50 |
| 79495 | 0550011713 | 9/27/2005 | 12 | 452.00 | 0.00 | 0.00 | 0.00 | 452.00 |
| Total DELPHI ENERGY & ENGINE | | | | 4,852.50 | 1,202.00 | 1,088.60 | 0.00 | 7,143.10 |
| Total | | | | 4,852.50 | 1,202.00 | 1,088.60 | 0.00 | 7,143.10 |
| Percent of balance | | | | 67.93 | 16.83 | 15.24 | 0.00 | |

1 of 1

1

Lauren International, Inc.

## Aging analysis Customers

| User | meichelberger | Items | All | Unprocessed | Yes | Customer | | Repor | 2239 |
|---|---|---|---|---|---|---|---|---|---|
| Company | 010 Lauren Manufacturing | Invoice | 10/9/2005 | Period | | Currency | | 2239 - | 2239 |
| Age | Invoice date / 0 | | | Scenario | | All Intermediary | | | |
| Status | All | Account empl. | All | Pay. meth. | | All | All - DC | Currency rate | Original |
| | | Blocked | No | | | | | | |

### 2239 DELPHI AUTOMOTIVE SYSTEMS (Active)

| Our ref. | Company | Your reference | Invoice Da | Age | <= 30 days | > 30 &<=60 days | > 60 &<=90 days | > 90 days | Total |
|---|---|---|---|---|---|---|---|---|---|
| 77710 | | 550059184 | 8/31/2005 | 39 | 0.00 | 685.00 | 0.00 | 0.00 | 685.00 |
| 77833 | | 550059184 | 9/1/2005 | 38 | 0.00 | 685.00 | 0.00 | 0.00 | 685.00 |
| 77879 | | 550005366 | 9/1/2005 | 38 | 0.00 | 314.00 | 0.00 | 0.00 | 314.00 |
| 77949 | | 550059184 | 9/2/2005 | 37 | 0.00 | 548.00 | 0.00 | 0.00 | 548.00 |
| 78058 | | 550059184 | 9/6/2005 | 33 | 0.00 | 548.00 | 0.00 | 0.00 | 548.00 |
| 78177 | | 550059184 | 9/7/2005 | 32 | 0.00 | 685.00 | 0.00 | 0.00 | 685.00 |
| 78279 | | 550059184 | 9/8/2005 | 31 | 0.00 | 822.00 | 0.00 | 0.00 | 822.00 |
| 78280 | | 550005366 | 9/8/2005 | 31 | 0.00 | 157.00 | 0.00 | 0.00 | 157.00 |
| 78387 | | 550059184 | 9/9/2005 | 30 | 342.50 | 0.00 | 0.00 | 0.00 | 342.50 |
| 78487 | | 550059184 | 9/12/2005 | 27 | 342.50 | 0.00 | 0.00 | 0.00 | 342.50 |
| 78488 | | 550005366 | 9/12/2005 | 27 | 157.00 | 0.00 | 0.00 | 0.00 | 157.00 |
| 78627 | | 550059184 | 9/13/2005 | 26 | 685.00 | 0.00 | 0.00 | 0.00 | 685.00 |
| 78628 | | 550005366 | 9/13/2005 | 26 | 157.00 | 0.00 | 0.00 | 0.00 | 157.00 |
| 78755 | | 550059184 | 9/14/2005 | 25 | 548.00 | 0.00 | 0.00 | 0.00 | 548.00 |
| 78876 | | 550059184 | 9/15/2005 | 24 | 685.00 | 0.00 | 0.00 | 0.00 | 685.00 |
| 78847 | | 550005366 | 9/15/2005 | 24 | 78.50 | 0.00 | 0.00 | 0.00 | 78.50 |
| 78923 | | 550059184 | 9/16/2005 | 23 | 548.00 | 0.00 | 0.00 | 0.00 | 548.00 |
| 79048 | | 550059184 | 9/19/2005 | 20 | 685.00 | 0.00 | 0.00 | 0.00 | 685.00 |
| 79202 | | 550059184 | 9/21/2005 | 18 | 479.50 | 0.00 | 0.00 | 0.00 | 479.50 |
| 79203 | | 550005366 | 9/21/2005 | 18 | 78.50 | 0.00 | 0.00 | 0.00 | 78.50 |
| 79304 | | 550059184 | 9/22/2005 | 17 | 274.00 | 0.00 | 0.00 | 0.00 | 274.00 |
| 79305 | | 550005366 | 9/22/2005 | 17 | 157.00 | 0.00 | 0.00 | 0.00 | 157.00 |
| 79368 | | 550059184 | 9/23/2005 | 16 | 342.50 | 0.00 | 0.00 | 0.00 | 342.50 |
| 79396 | | 550059184 | 9/23/2005 | 16 | 548.00 | 0.00 | 0.00 | 0.00 | 548.00 |
| 79397 | | 550005366 | 9/23/2005 | 16 | 157.00 | 0.00 | 0.00 | 0.00 | 157.00 |
| 79515 | | 550059184 | 9/27/2005 | 12 | 479.50 | 0.00 | 0.00 | 0.00 | 479.50 |
| 79516 | | 550005366 | 9/27/2005 | 12 | 157.00 | 0.00 | 0.00 | 0.00 | 157.00 |

Lauren International, Inc.

## 2239 DELPHI AUTOMOTIVE SYSTEMS (Active)

| Our ref. | Your reference | Invoice Da | Age | <= 30 days | > 30 &<=60 days | > 60 &<=90 days | > 90 days | Total |
|---|---|---|---|---|---|---|---|---|
| 79640 | 550059184 | 9/28/2005 | 11 | 822.00 | 0.00 | 0.00 | 0.00 | 822.00 |
| 79641 | 55005366 | 9/28/2005 | 11 | 78.50 | 0.00 | 0.00 | 0.00 | 78.50 |
| 79732 | 550059184 | 9/28/2005 | 11 | 685.00 | 0.00 | 0.00 | 0.00 | 685.00 |
| 79733 | 55005366 | 9/28/2005 | 11 | 157.00 | 0.00 | 0.00 | 0.00 | 157.00 |
| 79821 | 550059184 | 9/29/2005 | 10 | 205.50 | 0.00 | 0.00 | 0.00 | 205.50 |
| 79821 | 550059184 | 9/29/2005 | 10 | 479.50 | 0.00 | 0.00 | 0.00 | 479.50 |
| 79822 | 550059184 | 9/29/2005 | 10 | 78.50 | 0.00 | 0.00 | 0.00 | 78.50 |
| 79912 | 550059184 | 9/30/2005 | 9 | 479.50 | 0.00 | 0.00 | 0.00 | 479.50 |
| 80120 | 550059184 | 10/4/2005 | 5 | 822.00 | 0.00 | 0.00 | 0.00 | 822.00 |
| 80121 | 55005366 | 10/4/2005 | 5 | 235.50 | 0.00 | 0.00 | 0.00 | 235.50 |
| 80230 | 550059184 | 10/5/2005 | 4 | 479.50 | 0.00 | 0.00 | 0.00 | 479.50 |
| 80328 | 550059184 | 10/6/2005 | 3 | 685.00 | 0.00 | 0.00 | 0.00 | 685.00 |
| 80417 | 550059184 | 10/7/2005 | 2 | 342.50 | 0.00 | 0.00 | 0.00 | 342.50 |
| 80418 | 55005366 | 10/7/2005 | 2 | 78.50 | 0.00 | 0.00 | 0.00 | 78.50 |
| **Total DELPHI AUTOMOTIVE SYSTEMS** | | | | **12,530.00** | **4,444.00** | **0.00** | **0.00** | **16,974.00** |
| **Total** | | | | **12,530.00** | **4,444.00** | **0.00** | **0.00** | **16,974.00** |
| Percent of balance | | | | 73.82 | 26.18 | 0.00 | 0.00 | |

1

<u>EXHIBIT E</u>

<u>SUPPORTING DOCUMENTATION FOR CLAIM NUMBER 8865</u>

# Statement

STANDARD SCALE & SUPPLY CO., INC
PO BOX 40720
DETROIT, MI 48240

| Date |
|------|
| 10/4/2005 |

To:

DELPHI FLINT EAST
1300 DORT HIGHWAY N.
FLINT, MI 48536

*just as a reminder as*

| Amount Due | Amount Enc. |
|------------|-------------|
| $2,688.00 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 07/23/2005 | INV #31422. Due 08/12/2005. Orig. Amount $2,026.50. | 2,026.50 | 2,026.50 |
| 08/18/2005 | INV #31494. Due 09/07/2005. Orig. Amount $661.50. | 661.50 | 2,688.00 |

*10/6/05*
*L/M 10:45 AM*

*FAX # 810-257-6436*

*10/6/05*
*CAP #*
*006133*

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 0.00 | 661.50 | 2,026.50 | 0.00 | 0.00 | $2,688.00 |



## Standard Scale & Supply Co.

P.O. Box 40720 • Detroit, MI 48240-0720
Ph: 313-255-6700 • Fax: 313-255-6799
DUNS 01-697-3372

# INVOICE

| Date | Invoice # |
|------|-----------|
| 7/23/2005 | 31422 |

**Bill To:**

DELPHI FLINT EAST
1300 DORT HIGHWAY N.
FLINT, MI 48536

**Ship To:**

DELPHI FLINT EAST
1300 DORT HIGHWAY N.
FLINT, MI 48536
K. WARE 810-257-7871

| Account # | S.O. No. | P.O. No. | Terms | Due Date | Rep | Ship Via |
|-----------|----------|----------|-------|----------|-----|----------|
| DELFLI | 255523 | VERBAL | NET 20 | 8/12/2005 | MD | SERVICE |

| Qty | Unit | Item | Description | Price | Amount |
|-----|------|------|-------------|-------|--------|
| 16 | HR | 318-02 | POWERWASHING OF MOTOR TRUCK SCALE. FURNISH EQUIPMENT. TEST AND CHECK SYSTEM OPERATION. (SN 1593 (WI-120/100T) | 105.00 | 1,680.00 |
| 1 | LOT | 314-01 | RENTAL EQUIPMENT REQUIRED. | 250.00 | 250.00 |
| 2 | EA | 342-01 | VEHICLE EXP | 45.00 | 90.00 |
| | | 311-03 | RSC FEE | 6.50 | 6.50 |

| | |
|---|---|
| Subtotal | $2,026.50 |
| Sales Tax (6.0%) | $0.00 |
| **TOTAL** | $2,026.50 |



## Standard Scale & Supply Co., Inc.

P.O. Box 40720 • Detroit, MI 48240-0720
Phone: 900-428-0284  Fax: 313-255-6799
WEIGHTS AND MEASURES SERVICE REGISTRATION #046

*31422*

☑ DETROIT
☑ VASSAR

# SERVICE REPORT

Account # 20124   ID: DELFLI

**Delphi Flint East**
2626 Davison Rd
Flint  MI  48556  U.S.A.

FAX 257-6436

Contact: Ken Ware   Contact Phone: (810) 257-7871

Job #: **255523**

Cont. #:
Received:   7/18/2005
Requested:  7/23/2005

Desc.: powerwash truck scale--7/23/05
P.O.#: **VERBAL**

Type:     On Site
Priority:  Specific Date

Service Use:  **BB**

## Items Serviced

| Item ID | Description | Serial Number or Qty. |
|---|---|---|
| WI-120/100T | WT- Truck | 15893 |

**SERVICE:** Labor & equipment required to powerwash motor truck scale before calibration

7/23  AS FOUND: ARRIVED SITE TO POWER WASH DEBRIS FROM UNDER/AROUND TRUCK. SCALE, CHECKED FUNCTION OF SCALE AFTER COMPLETION, OPERATING WITHIN ACCEPTABLE TOLERANCE AND REPEATABLE.

Sales Ind/Tax _____
Parts Ind/Tax _____
Resale _____
Labor hrs  LOT at 1680.⁰⁰
Labor hrs       at
Travel  VEHICLE  90.⁰⁰
RENTAL EQUIP 256.50

$2026.50

| LABOR BREAKDOWN | HRS. | PARTS USED | QTY. |
|---|---|---|---|
| 2mm OT 8w | | NONE | |
| | | | |
| | | | |
| | | | |
| | | | |

CUSTOMER SIGNATURE: *Kenneth R. Ware*

TRUCK NO.: #95/#96

TECHNICIAN SIGNATURE: DEL/MARTIN

DATE: 7/23/05



# Standard Scale & Supply Co.

25421 Glendale Ave. • Detroit, MI 48239
Ph: 313-255-6700   Fax: 313-255-6799
Serving Industry Since 1946

## Fax Cover Sheet

Date: 12/5/2005
Total Pages: 6 INCLUDING COVER

To: NEIL HERSKOWITZ          Ph: 212 501 0990
Co: RIVERSIDE CLAIMS         Fax: 212 501 7088

From: JOHN BOWMAN
Re: DELPHI CORPORATION (CASE NO. 05-44481)

REMARKS:    ☐ Urgent          ☒ For your review
            ☐ Reply ASAP      ☐ Please Comment

Comments: PLEASE FIND ATTACHED THE REQUESTED DOCUMENTS, APPROVING THE TRANSFER OF STANDARD SCALE'S CLAIM TO RIVERSIDE CLAIMS IN THE AMOUNT OF $2026.50.
    I HAVE INCLUDED, PERHAPS UNNECESSARILY, A COPY OF OUR "PROOF OF CLAIM" FORM. ALL ORIGINAL DOCUMENTS, INCLUDING INVOICES AND STATEMENTS OF CUSTOMER ACCOUNT, ARE ON THE WAY VIA THE FEDEX INFORMATION YOU PROVIDED.

    THANK YOU VERY MUCH FOR YOUR ASSISTANCE, AND PLEASE CALL ME IF THERE IS ANYTHING MISSING IN THIS PROCESS.

                                    JOHN BOWMAN
                                    GENERAL MANAGER

ALL TYPES OF INDUSTRIAL WEIGHING SYSTEMS • SALES, CALIBRATION, RENTAL, REPAIRS



)
) Chapter 11
)
)
) Case No.  05-44481 (RDD)
)
) (Jointly Administered)

ReGen Capital
2109 Broadway Ste. 206
New York, NY 10023

NSE TO
BUS CLAIMS OBJECTION

. The Debtors' basis for their objection was that
were not reflected on the Debtors' books and

to the Debtors' counsel appropriate backup
as Exhibits A - E). Debtors' counsel has advised
view the backup until after Riverside filed this

nd requests that the Court overrule the Objection

'FULLY SUBMITTED,

Claims LLC
26
m Station
, NY 10024-0540
-0990/7088(fax)
tice@regencap.com