# KLASH Inc.
286 E 2nd Ave
Alexandria, IN 46001
765.724.9828

Honorable Robert D Drain
United States Bankruptcy Judge
US Bankruptcy Court Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

March 12, 2007

Ref: Delphi
Case No.05-44481 (RDD)
Response to 'Ninth Omnibus Objection'

TITLE: Claims subject to modification
NAME: KLASH, Inc
Claim No: 8914



BASIS:

Honorable Judge,
It is our response to the 'Ninth Omnibus Objection' to disagree with the request to modify claim 8914 from 'Unsecured Priority' to 'General Unsecured'. As per definition an Unsecured Priority claim is

- A claim that includes payment for salaries or wages. -11 U.S.C. § 507(a)(3),
- A claim that includes alimony, maintenance, or support owed to a spouse, former spouse, or child -11 U.S.C. § 507(a)(7),
- A claim where Taxes or penalties were owed to a governmental units. -11 U.S.C. § 507(a)(8),

The jobs completed by KLASH, Inc for Delphi were services only and included no property or materials. KLASH, Inc employed 4 employees at the time of bankruptcy all of which were paid weekly for their services and all government taxes were paid on such wages. KLASH, Inc was forced to take out a loan to cover paychecks and taxes written from the check receive by Delphi on October 6, 2006 that was not honored. The remaining employee, Karl Hopper, continues to make payments on this loan resulting in a decrease in his wages. The direct effect is Mr. Hopper has fallen behind in child support payments and a case has been filed for his contempt. (State of Indiana, County of Madison, Cause No. 48D02-9902-DR-0048.)

# KLASH Inc.

286 E 2nd Ave
Alexandria, IN 46001
765.724.9828

Enclosed you will find proof of salaries and taxes paid from KLASH Inc bank stubs..

KLASH, Inc respectfully requests that this Court overrule the Debtor's request to modify KLASH Inc's Claim from Unsecured Priority to General Unsecured.

Sincerely

*[signature: Karl Hopper]*

Karl Hopper
KLASH, Inc – President


Original file date: 1/10/2006
Amount: $15,246.00
CC: Skadden, Arps, Slate, Meagher & Flom LLP
    Delphi Corporation

**KLASH Inc.**
286 E 2nd Ave
Alexandria, IN 46001
Telephone 765-724-9828
Fax 765-724-1192
e-mail khop@netdirect.net

# INVOICE & PACKING LIST

DATE: 29AU05

| CUSTOMER P.O. NO. | DATE SHIPPED | SHIPPED VIA | OUR ORDER NO. | SALESPERSON |
|---|---|---|---|---|
| PR 156024 | 29AU05 | HAND | 05TS0002-1 | Tony Simmons |

| SHIP TO: | SOLD TO (IF DIFFERENT): |
|---|---|
| DELPHI PLANT 11 | |
| MIKE LEWMAN | |
| 109 BYPASS | |
| Anderson, IN. 46012 | |

| √ | AMOUNT | DESCRIPTION |
|---|---|---|
| 1 | $4,884.00 | Mechanical design of the Coil Feed System and 4 Way Push for the Coil Line on Gen IV. |
| | | |
| | | |
| | | |
| | | |
| | | Received 8-30-05 |
| | | *[signature]* |
| | | |
| | $4,884.00 | TOTAL |

Thank you for using KLASH Inc. for your design needs,
If you have any question please contact Karl Hopper @ 765-724-9828
Or Tony Simmons @ 765-623-3004

# INVOICE & PACKING LIST

**KLASH Inc.**
286 E 2nd Ave
Alexandria, IN 46001
Telephone 765-724-9828
Fax 765-724-1192
e-mail khop@netdirect.net

DATE: 29AU05

| CUSTOMER P.O. NO. | DATE SHIPPED | SHIPPED VIA | OUR ORDER NO. | SALESPERSON |
|---|---|---|---|---|
| PR 156023 | 29AU05 | HAND | 05TS0003-1 | Tony Simmons |

**SHIP TO:**
DELPHI PLANT 11
MIKE LEWMAN
109 BYPASS
Anderson, IN 46012

**SOLD TO (IF DIFFERENT):**

| √ | AMOUNT | DESCRIPTION |
|---|---|---|
| 1 | $4,521.00 | Mechanical design of the 7 Way Push Mechanism for the Coil Line on Gen IV. |
| | | Received 8-30-05 |
| | | [signature] |
| | $4,521.00 | TOTAL |

Thank you for using KLASH Inc. for your design needs.
If you have any question please contact Karl Hopper @ 765-724-9828
Or Tony Simmons @ 765-623-3004

**KLASH Inc.**
286 E 2nd Ave
Alexandria, IN 46001
Telephone 765-724-9828
Fax 765-724-1192
e-mail khop@netdirect.net

# INVOICE & PACKING LIST

DATE: 29AU05

| CUSTOMER P.O. NO. | DATE SHIPPED | SHIPPED VIA | OUR ORDER NO. | SALESPERSON |
|---|---|---|---|---|
| PR 156022 | 29AU05 | HAND | 05TS0004-1 | Tony Simmons |

| SHIP TO: | SOLD TO (IF DIFFERENT): |
|---|---|
| DELPHI PLANT 11 | |
| MIKE LEWMAN | |
| 109 BYPASS | |
| Anderson, IN 46012 | |

| √ | AMOUNT | DESCRIPTION |
|---|---|---|
| 1 | $4,785.00 | Mechanical design of the Bosch Inline for the Coil Line on Gen IV. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | *Received 8/30/05* |
|  |  | *[signature]* |
|  |  |  |
|  |  |  |
|  | $4,785.00 | TOTAL |

Thank you for using KLASH Inc. for your design needs.
If you have any question please contact Karl Hopper @ 765-724-9828
Or Tony Simmons @ 765-623-3004

**KLASH Inc.**
286 E 2nd Ave
Alexandria, IN 46001
Telephone 765-724-9828
Fax 765-724-1192
E-mail karl.hopper@sbcglobal.net

# INVOICE & PACKING LIST

05KLH0053

**DATE: 08JN05**

| CUSTOMER P.O. NO. | DATE SHIPPED/VIA | DUE DATE | OUR ORDER NO. | SALESPERSON |
|---|---|---|---|---|
| JES55529 | 08AU05/Karl | 10OC05 | 05KLH0045 | K.Hopper |

| SHIP TO: | SOLD TO (IF DIFFERENT): |
|---|---|
| Delphi E&C Plant 20 | |
| C/O Gar Hoover | |
| 2820 E. 38th Street | |
| Anderson, IN 46013 | |

| √ | AMOUNT | DESCRIPTION |
|---|---|---|
| 1 | $1,056.00 | Set up illustrations for Newage Hardness Test including part check points & fixture positions. |
|  |  | PR166154 002 |
|  | $1,056.00 | TOTAL |

Thank you for using KLASH Inc. for your design needs.
If you have any question please contact Karl Hopper @ 765-724-9828
Or Tony Simmons @ 765-623-3004

RECEIVED 8-AUG-05

Gar P Hoover















