# Hamlin
## Tool & Machine Co., Inc.
### Established 1952

1671 East Hamlin Road/Rochester, Michigan 48307 Phone:248-651-6302

March 9, 2007

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
One Bowling Green
New York, New York 10004-1408



The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, John K. Lyons, and Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

RE:  Hamlin Tool & Machine Co., Inc.
     Claim Number 11950
     Notice of Objection to Claim
     Books and Records Claim
     Delphi Corporation Chapter 11
     Case No. 05-44481 (RDD)

Gentlemen:

Hamlin Tool & Machine Co., Inc. is responding to the Notice of Objection to Claim that was received in our office on March 1, 2007. We vehemently disagree with this notice, and are asking that this claim not be disallowed and expunged.

We have provided in good faith a product to Delphi Corporation, and in turn expect to be paid for these services. It is not possible that the items included in our claim were not on the books of Delphi Corporation as a payable on the date bankruptcy was filed. To date, we have not received any notification from Delphi telling us that these invoices have ever been anything but open and payable. We are curious, of course, how these records can suddenly not appear on Delphi's books.



**Tool & Machine Co., Inc.**

**Established 1952**

1671 East Ham lin Road/Rochester, Michigan 48307 Phone:248-651-6302

Page 2

Included with this letter, please find all documentation concerning the amount of $32,225.40, which was the amount owed to us from Delphi Corporation at the point they filed bankruptcy. This includes our accounts receivable aged trial balance, purchase order issued to Hamlin Tool & Machine by Delphi Corporation, and all open invoices due at the time along with documentation to support them. We are asking that the court please review these documents for verification of these open issues, and reverse the Notice of Objection to Claim.

Thank you for the time and consideration in this matter.

Sincerely,

Mary Ellen McSwain
Accounting Manager
Hamlin Tool & Machine Co., Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
    In re                          :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,          :    Case No. 05-44481 (RDD)
                                    :
                Debtors.        :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF OBJECTION TO CLAIM

Hamlin Tool & Machine Co Inc:

      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your claims identified in the table below should be disallowed and expunged as summarized in that table and described in more detail in the Debtors' Ninth Omnibus Objection To Certain Claims (the "Ninth Omnibus Objection"), a copy of which is enclosed (without exhibits). The Debtors' Ninth Omnibus Objection is set for hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED NINTH OMNIBUS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 15, 2007. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Ninth Omnibus Objection identifies six different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

      Claims identified as having a Basis For Objection of "Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim.

      Claims identified as having a Basis For Objection of "Untimely Insufficiently Documented Claim" are those Claims that did not contain sufficient documentation in support of the Claim asserted, making it impossible for the Debtors meaningfully to review the asserted Claim, and also were not timely filed pursuant to the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, dated April 12, 2006 (Docket No. 3206) (the "Bar Date Order").

2007. Your Response, if any, to the Ninth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed; (ii) the name of the claimant and a brief description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the claims objection; (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the claim; (v) to the extent that the claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

If you properly and timely file and serve a Response in accordance with the above procedures, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 22, 2007 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on March 22, 2007 at 10:00 a.m. (prevailing Eastern time).

IF ANY PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO PROVISIONALLY ACCEPT SUCH AMOUNT AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS'

3

| UNITED STATES BANKRUPTCY COURT **Southern** DISTRICT OF **New York** | **PROOF OF CLAIM** |
| --- | --- |

| Name of Debtor<br>Delphi Corporation | Case Number<br>05-44481 |
| --- | --- |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case.   A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Hamlin Tool & Machine Co Inc

Name and address where notices should be sent:

Hamlin Tool & Machine Co Inc
Inc
1671 E Hamlin Rd
Rochester MI 48307-3624

Telephone number:  248-651-6302

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

GMC1200

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim, dated:_____

**1.   Basis for Claim**
☒   Goods Sold / Services Performed
☐   Customer Claim
☐   Taxes
☐   Money Loaned
☐   Personal Injury
☐   Other _____

☐   Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐   Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
       (date)              (date)

**2.   Date debt was incurred:**
6/30/2005  -  10/07/2005

**3.   If court judgment, date obtained:**

**4.   Total Amount of Claim at Time Case Filed:** $ 32,225.40 _____ _____ _____   32,225.40
                            (unsecured)      (secured)      (priority)           (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral:   $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:  $_____

**6.   Unsecured Nonpriority Claim** $ 32,225.40
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or part of your claim is entitled to priority.

**7.   Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority   $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8.   Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9.   Supporting Documents:**   *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:**   To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
| --- | --- |
| 7/27/2006 | M.E. MCSWAIN, ACCT. MGR. |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

User Date: 3/13/2007

Page: 1
User ID: MMCSWAIN

## AGED TRIAL BALANCE WITH OPTIONS - DETAIL
### Hamlin Tool & Machine Company, Inc.
### Receivables Management

**Ranges:**

| | | | |
|---|---|---|---|
| Customer ID: | GMC1200 - GMC1200 | User-Defined 1: | First - Last |
| Customer Class: | First - Last | Customer Name: | First - Last |
| Salesperson ID: | First - Last | Short Name: | First - Last |
| Sales Territory: | First - Last | Posting Date: | First - Last |

ZIP Code: First - Last
State: First - Last
Telephone: First - Last

**Account Type:** All
**Customer:** by Customer ID
**Document:** by Document Number

**Account Type:** Open Item
**Credit:** Unlimited

**Aged As of:** 2/12/2007

**Exclude:** Zero Balance, No Activity, Fully Paid Documents, Multicurrency Info

\* - Indicates an unposted credit document that has been applied.

**Customer:** GMC1200   **Name:** DELPHI SAGINAW
User-Defined 1:
Contact:
Phone: (248) 874-4636 Ext. 0000

Salesperson:
Territory:
Terms: 2nd day 2nd month

| Document Number | Type | Date | Amount | Amt Open | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 063581 | SLS | 6/30/2005 | $994.00 | $994.00 | | | | | $994.00 |
| 064175 | SLS | 8/31/2005 | $428.00 | $428.00 | | | | | $428.00 |
| 064183 | SLS | 9/1/2005 | $745.50 | $745.50 | | | | | $745.50 |
| 064184 | SLS | 9/1/2005 | $321.00 | $321.00 | | | | | $321.00 |
| 064185 | SLS | 9/1/2005 | $428.00 | $428.00 | | | | | $428.00 |
| 064216 | SLS | 9/2/2005 | $428.00 | $428.00 | | | | | $428.00 |
| 064219 | SLS | 9/2/2005 | $745.50 | $745.50 | | | | | $745.50 |
| 064222 | SLS | 9/6/2005 | $321.00 | $321.00 | | | | | $321.00 |
| 064223 | SLS | 9/6/2005 | $745.50 | $745.50 | | | | | $745.50 |
| 064224 | SLS | 9/6/2005 | $256.80 | $256.80 | | | | | $256.80 |
| 064243 | SLS | 9/7/2005 | $321.00 | $321.00 | | | | | $321.00 |
| 064244 | SLS | 9/7/2005 | $497.00 | $497.00 | | | | | $497.00 |
| 064245 | SLS | 9/7/2005 | $224.70 | $224.70 | | | | | $224.70 |
| 064255 | SLS | 9/8/2005 | $224.70 | $224.70 | | | | | $224.70 |
| 064266 | SLS | 9/8/2005 | $745.50 | $745.50 | | | | | $745.50 |
| 064267 | SLS | 9/8/2005 | $321.00 | $321.00 | | | | | $321.00 |
| 064281 | SLS | 9/9/2005 | $745.50 | $745.50 | | | | | $745.50 |
| 064283 | SLS | 9/9/2005 | $84.20 | $84.20 | | | | | $84.20 |
| 064309 | SLS | 9/13/2005 | $642.00 | $642.00 | | | | | $642.00 |
| 064311 | SLS | 9/12/2005 | $869.75 | $869.75 | | | | | $869.75 |
| 064312 | SLS | 9/12/2005 | $385.20 | $385.20 | | | | | $385.20 |

## AGED TRIAL BALANCE WITH OPTIONS - DETAIL
### Hamlin Tool & Machine Company, Inc.

User Date:  3/13/2007

| Account | Type | Date | | | |
|---|---|---|---|---|---|
| 064329 | SLS | 9/14/2005 | $321.00 | $321.00 | $321.00 |
| 064330 | SLS | 9/14/2005 | $224.70 | $224.70 | $224.70 |
| 064331 | SLS | 9/14/2005 | $869.75 | $869.75 | $869.75 |
| 064347 | SLS | 9/14/2005 | $497.00 | $497.00 | $497.00 |
| 064348 | SLS | 9/14/2005 | $321.00 | $321.00 | $321.00 |
| 064357 | SLS | 9/16/2005 | $321.00 | $321.00 | $321.00 |
| 064358 | SLS | 9/15/2005 | $869.75 | $869.75 | $869.75 |
| 064376 | SLS | 9/16/2005 | $321.00 | $321.00 | $321.00 |
| 064379 | SLS | 9/16/2005 | $745.50 | $745.50 | $745.50 |
| 064398 | SLS | 9/19/2005 | $321.00 | $321.00 | $321.00 |
| 064399 | SLS | 9/19/2005 | $745.50 | $745.50 | $745.50 |
| 064411 | SLS | 9/20/2005 | $385.20 | $385.20 | $385.20 |
| 064412 | SLS | 9/20/2005 | $869.75 | $869.75 | $869.75 |
| 064413 | SLS | 9/21/2005 | $321.00 | $321.00 | $321.00 |
| 064431 | SLS | 9/21/2005 | $428.00 | $428.00 | $428.00 |
| 064432 | SLS | 9/21/2005 | $372.75 | $372.75 | $372.75 |
| 064450 | SLS | 9/22/2005 | $417.30 | $417.30 | $417.30 |
| 064451 | SLS | 9/22/2005 | $745.50 | $745.50 | $745.50 |
| 064452 | SLS | 9/22/2005 | $321.00 | $321.00 | $321.00 |
| 064470 | SLS | 9/24/2005 | $321.00 | $321.00 | $321.00 |
| 064471 | SLS | 9/23/2005 | $745.50 | $745.50 | $745.50 |
| 064495 | SLS | 9/27/2005 | $321.00 | $321.00 | $321.00 |
| 064496 | SLS | 9/26/2005 | $745.50 | $745.50 | $745.50 |
| 064503 | SLS | 9/27/2005 | $385.20 | $385.20 | $385.20 |
| 064504 | SLS | 9/27/2005 | $745.50 | $745.50 | $745.50 |
| 064505 | SLS | 9/27/2005 | $321.00 | $321.00 | $321.00 |
| 064528 | SLS | 9/28/2005 | $321.00 | $321.00 | $321.00 |
| 064529 | SLS | 9/28/2005 | $621.25 | $621.25 | $621.25 |
| 064550 | SLS | 9/30/2005 | $321.00 | $321.00 | $321.00 |
| 064551 | SLS | 9/29/2005 | $745.50 | $745.50 | $745.50 |

Page:
User ID:   3 MMCSWAIN

## AGED TRIAL BALANCE WITH OPTIONS - DETAIL
Hamlin Tool & Machine Company, Inc.

User Date: 3/13/2007

| Doc # | Type | Date | Amount | Amount | Amount |
|---|---|---|---|---|---|
| 064552 | SLS | 9/29/2005 | $449.40 | $449.40 | $449.40 |
| 064609 | SLS | 9/30/2005 | $745.50 | $745.50 | $745.50 |
| 064629 | SLS | 10/3/2005 | $321.00 | $321.00 | $321.00 |
| 064630 | SLS | 10/3/2005 | $745.50 | $745.50 | $745.50 |
| 064646 | SLS | 10/4/2005 | $321.00 | $321.00 | $321.00 |
| 064647 | SLS | 10/4/2005 | $745.50 | $745.50 | $745.50 |
| 064648 | SLS | 10/4/2005 | $385.20 | $385.20 | $385.20 |
| 064657 | SLS | 10/5/2005 | $497.00 | $497.00 | $497.00 |
| 064658 | SLS | 10/6/2005 | $321.00 | $321.00 | $321.00 |
| 064680 | SLS | 10/6/2005 | $321.00 | $321.00 | $321.00 |
| 064681 | SLS | 10/6/2005 | $745.50 | $745.50 | $745.50 |
| 064682 | SLS | 10/6/2005 | $417.30 | $417.30 | $417.30 |
| 064693 | SLS | 10/7/2005 | $745.50 | $745.50 | $745.50 |
| 066237 | SLS | 2/16/2006 | $1,615.25 | $1,615.25 | $1,615.25 |
| PMT000391 | | 4/3/2006 | -$869.75 | | |
| 070265 | SLS | 1/31/2007 | $214.00 | $214.00 | $214.00 |
| 070288 | SLS | 2/1/2007 | $353.10 | $353.10 | $353.10 |
| 070289 | SLS | 2/1/2007 | $321.00 | $321.00 | $321.00 |
| 070307 | SLS | 2/2/2007 | $214.00 | $214.00 | $214.00 |
| 070308 | SLS | 2/2/2007 | $124.25 | $124.25 | $124.25 |
| 070313 | SLS | 2/5/2007 | $214.00 | $214.00 | $214.00 |
| 070314 | SLS | 2/5/2007 | $124.25 | $124.25 | $124.25 |
| 070329 | SLS | 2/6/2007 | $214.00 | $214.00 | $214.00 |
| 070338 | SLS | 2/6/2007 | $160.50 | $160.50 | $160.50 |
| 070338 | SLS | 2/7/2007 | $214.00 | $214.00 | $214.00 |
| 070353 | SLS | 2/7/2007 | $214.00 | $214.00 | $214.00 |
| 070385 | SLS | 2/8/2007 | $321.00 | $321.00 | $321.00 |
| 070366 | SLS | 2/8/2007 | $417.30 | $417.30 | $417.30 |
| 070385 | SLS | 2/9/2007 | $214.00 | $214.00 | $214.00 |
| 070388 | SLS | 2/12/2007 | $321.00 | $321.00 | $321.00 |
| 070406 | SLS | 2/13/2007 | $160.50 | $160.50 | $160.50 |
| 070407 | SLS | 2/13/2007 | $124.25 | $124.25 | $124.25 |
| 070408 | SLS | 2/13/2007 | $321.00 | $321.00 | $321.00 |

$30,225.40

Page: 4
User ID: MMCSWAIN

# AGED TRIAL BALANCE WITH OPTIONS - DETAIL
## Hamlin Tool & Machine Company, Inc.

3/13/2007

| Doc | Date | Type | | | | |
|---|---|---|---|---|---|---|
| 070435 | 2/14/2007 | SLS | $321.00 | $321.00 | $321.00 | $321.00 |
| 070436 | 2/14/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070449 | 2/15/2007 | SLS | $321.00 | $321.00 | $321.00 | $321.00 |
| 070450 | 2/15/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070451 | 2/15/2007 | SLS | $385.20 | $385.20 | $385.20 | $385.20 |
| 070468 | 2/16/2007 | SLS | $321.00 | $321.00 | $321.00 | $321.00 |
| 070469 | 2/16/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070487 | 2/19/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070488 | 2/19/2007 | SLS | $321.00 | $321.00 | $321.00 | $321.00 |
| 070505 | 2/20/2007 | SLS | $224.70 | $224.70 | $224.70 | $224.70 |
| 070506 | 2/20/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070507 | 2/20/2007 | SLS | $214.00 | $214.00 | $214.00 | $214.00 |
| 070512 | 2/21/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070513 | 2/21/2007 | SLS | $214.00 | $214.00 | $214.00 | $214.00 |
| 070539 | 2/22/2007 | SLS | $385.20 | $385.20 | $385.20 | $385.20 |
| 070540 | 2/22/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070541 | 2/22/2007 | SLS | $321.00 | $321.00 | $321.00 | $321.00 |
| 070546 | 2/23/2007 | SLS | $321.00 | $321.00 | $321.00 | $321.00 |
| 070547 | 2/23/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070575 | 2/26/2007 | SLS | $248.50 | $248.50 | $248.50 | $248.50 |
| 070590 | 2/27/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070591 | 2/27/2007 | SLS | $160.50 | $160.50 | $160.50 | $160.50 |
| 070613 | 3/1/2007 | SLS | $417.30 | $417.30 | $417.30 | $417.30 |
| 070614 | 3/1/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070631 | 3/2/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070654 | 3/5/2007 | SLS | $124.25 | $124.25 | $124.25 | $124.25 |
| 070676 | 3/6/2007 | SLS | $214.00 | $214.00 | $214.00 | $214.00 |
| 070681 | 3/7/2007 | SLS | $321.00 | $321.00 | $321.00 | $321.00 |
| 070697 | 3/8/2007 | SLS | $214.00 | $214.00 | $214.00 | $214.00 |
| 070720 | 3/9/2007 | SLS | $321.00 | $321.00 | $321.00 | $321.00 |

**AGED TRIAL BALANCE WITH OPTIONS - DETAIL**

Hamlin Tool & Machine Company, Inc.

Page: 5
User ID: MMCSWAIN

Date: 3/13/2007

| | | | | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|---|---|
| | SLS | 3/12/2007 | $214.00 | $214.00 | | | | |
| | SLS | 9/30/2005 | $321.00 | | | | $321.00 | |
| | | | **Totals:** | $10,982.55 | $0.00 | $0.00 | $33,291.90 | $44,274.45 |
| | | | Customer(s) | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
| | | **Grand Totals:** | 1 | $10,982.55 | $0.00 | $0.00 | $33,291.90 | $44,274.45 |

LEGAL COPY

# DELPHI

PURCHASING LOCATION

| | PURCHASE ORDER | SAG90I0236 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

DECEMBER  4, 1992

VENDOR 346463   DUNS 057015273

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN:     ACCOUNTS PAYABLE

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                    48307

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| AS RELEASED | | NET  MNS-2 | | UA |

| INCOTERM | TITLE TRANSFER TERM |
|---|---|
| FOB BUYERS PLANT, FREIGHT COLLECT | TITLE TRANSFER OUR PLANT |
| NAMED PLACE  ROCHESTER, MI                US | |

STATE & LOCAL SALES, USE TAX CODES        4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |

THIS ORDER IS EFFECTIVE  1/01/93
AND EXPIRES 12/31/07.

ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE LINE ITEM DETAIL OF THIS
CONTRACT, OR IF NOT STATED, SHALL BE THE DATE ESTABLISHED BY THE BUYER'S
MULTILATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON AVERAGE, THAT PAYMENT
SHALL BE MADE ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE
BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT DATE OF GOODS OR DATE OF
SERVICES, AND, FOR ALL OF THE BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF
THE GOODS OR DATE OF SERVICES. BUYER MAY WITHOLD PAYMENT PENDING RECEIPT OF
EVIDENCE, IN SUCH FORM AND DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY
LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR SERVICES UNDER THIS CONTRACT.

THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER. DO NOT SEND AN INVOICE.
PAYMENT WILL BE BASED ON RECEIPT RECORDS. ANY QUESTIONS CONCERNING PAYMENT SHOULD
BE DIRECTED TO SUPPLIER RELATIONS AT PH. (248) 874-4636.

(1159)

7834482

COATING SPEC., CHANGE PER B/P LEVEL
18
REF CR  58436

RETAINER, GREASE
PURCHASED COMPLETE
TO BLUEPRINT REV. 05C DATED  2/17/04
PER CHART      REV. 05C DTD  2/17/04
ACTIVE
ACT 2400  75000                    TAX 4F

.0535 PC

ENTERED

CONTINUED ON PAGE   2

SANBORN J.
BUYER
PHONE      (989) 757-9857 EXT: 985
PAGE

404C

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

| PURCHASE ORDER | SAG9010236 |
|---|---|

DECEMBER 4, 1992

VENDOR 346463   DUNS 057015273

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                    48307

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | | CODES IAR |
|---|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | (8964) | WEEKLY CAP    85000    MIN LOT SIZE<br>PERCENT OF BUSINESS    100% | | |
| | 26038964 | BRACKET, SWITCH MOUNT<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 065 DATED  2/15/96<br>PER CHART          REV. 065 DTD  2/15/96<br>ACTIVE<br>ACT 2400  75000          TAX 4B<br>WEEKLY CAP    12000    MIN LOT SIZE<br>PERCENT OF BUSINESS    100% | .994 PC | |
| | | ORIENT PARTS FOR SHIPMENT TO ALIEVE<br>QUALITY PROBLEM WITH BULK SHIPMENT | | |
| | 26040478 | BRACKET, CABLE SUPPORT<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 007 DATED 11/05/96<br>PER CHART          REV. 007 DTD 11/05/96<br>ACTIVE<br>ACT 2400  75000          TAX 4B<br>WEEKLY CAP    7000    MIN LOT SIZE<br>PERCENT OF BUSINESS    100% | 2.718 PC<br><br>1000 | |
| | | PART WENT INTO SERVICE DECEMBER 2002;<br>BASED ON OUR TERMS & CONDITIONS SERVICE<br>PRICE CAN BE GRANTED 12/01/05 | | |
| | (1018)<br>26043048 | STRAP, FLEXIBLE COUPLING | 1.992 PC | |

ENTERED db

ENTERED db

OK

OK

CONTINUED ON PAGE   3

SANBORN J.
BUYER
PHONE: (989) 757-9857 EXT: 985

PAGE        2

PU165C-1R

DELPHI

| | | PURCHASE ORDER | SAG90I0236 |

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

DECEMBER  4, 1992

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN   ACCOUNTS PAYABLE

VENDOR 346463   DUNS 057015273

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                48307

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
- - - - - - - - - - - - - - - - - - - - - - -

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 021 DATED  2/03/97 | | |
| | | PER CHART         REV. 021 DTD  2/03/97 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000            TAX 4B | | |
| | | WEEKLY CAP      8640   MIN LOT SIZE | (500) | |
| | | PERCENT OF BUSINESS      100% | | |
| | | | | |
| | | SERVICE PART; WENT TO SERVICE 5/31/96; | | |
| | | BASED ON TERMS & CONDITIONS, SERVICE | | |
| | (1147) | PRICE CAN BE GRANTED | | |
| | 26056731 | BRACKET HYD PUMP | 2.788 PC | |
| | | TO BLUEPRINT REV. 039 DATED  1/29/96 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000            TAX 4B | | |
| | | WEEKLY CAP      6000   MIN LOT SIZE | (750) | |
| | | PERCENT OF BUSINESS      100% | | |
| | | | | |
| | | SERVICE PART; BASED ON TERMS & CONDITIONS | | |
| | | SERVICE PRICE CAN BE GRANTED | | |
| | 28061694 | BRACKET, PWR TELE | 1.611 PC | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 058 DATED  5/08/97 | | |
| | | PER CHART         REV. 058 DTD  5/08/97 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000            TAX 4B | | |

ENTERED
db   OK

CONTINUED ON PAGE   4

SANBORN J.
BUYER
PHONE: (989) 757-9857 EXT: 985

PAGE

PU165C-1R

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI   48601-9494

PURCHASE ORDER   SAG9610236

DECEMBER  4, 1992

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

VENDOR 346463    DUNS 057015273

ATTN    ACCOUNTS PAYABLE

SHIP TO

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI              48307

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | WEEKLY CAP     2000    MIN LOT SIZE | 500 | |
| | | PERCENT OF BUSINESS    100% | | |
| | | | | |
| | | CHANGE PRICING FROM PRODUCTION TO | | |
| | | SERVICE.   6 WEEK LEAD TIME | | |
| | | | | |
| | | REF CR D-59240 | | |
| | | | | |
| | | REF CR D-59240 | | |
| | | | | |
| | | +++++++++++++++++++++++++++++++++++++ | | |
| | | ++SHIPPING AND ROUTING INSTRUCTIONS+++++ | | |
| | | +++CALL 888-303-0033 FOR CARRIER | | |
| | | ASSIGNMENT++++++++++++++++++++++++++++ | | |
| | | +++++++++++++++++++++++++++++++++++++ | | |
| | | | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT | | |
| | | BUYER'S GENERAL TERMS AND CONDITIONS AND | | |
| | | CUSTOMER SPECIFIC REQUIREMENTS ARE IN- | | |

CONTINUED ON PAGE    5

SANBORN J.
BUYER
PHONE:  (989) 757-9857 EXT: 985

PAGE         1

PI1165C-1R

LEGAL COPY

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

DECEMBER  4, 1992

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:     ACCOUNTS PAYABLE

VENDOR 346463    DUNS 057015273

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                    48307

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | CORPORATED IN, AND A PART OF, THIS CON-TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR-SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUS-TOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COM-MENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC RE-QUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF | | |

CONTINUED ON PAGE   6

SANBORN J.
   BUYER
PHONE: (989) 757-9857 EXT: 98

PAGE

PU165C-1R

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

**DELPHI**

PURCHASE ORDER   SAG9010236

DECEMBER  4, 1992

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

VENDOR 346463   DUNS 057015273

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                    48307

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING; ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL TERMS AND CONDITIONS ON THE INTERNET. 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIERS 3) CLICK ON DELPHI SUPPLIER COMMUNITY PORTAL 4) CLICK ON GENERAL TERMS AND CONDITIONS 5) CLICK ON YOUR PERFERRED LANGUAGE VERSION OF THE GENERAL TERMS AND CONDITIONS <br><br> DIRECTIONS TO FIND DELPHI'S CUSTOMER SPECIFIC REQUIREMENTS ON THE INTERNET 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIER'S 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL 4) CLICK ON SUPPLIER STANDARDS 5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

CONTINUED ON PAGE   7

SANBORN J.
 BUYER
PHONE:  (989) 757-9857 EXT: 985

PAGE

PU165C-1R

PURCHASING LOCATION
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI   48601-9494

DECEMBER  4, 1992

INVOICE TO

INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

VENDOR 346463   DUNS 057015273

SHIP TO

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                    48307

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | | DESCRIPTION | | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|---|---|
| | | | | | | |

SANBORN J.
BUYER
PHONE:  (989) 757-9857 EXT: 985
LAST
PAGE          7

PU165C-1R





# Hamlin
## Tool and Machine Company, Inc.
Established 1932

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| DATE | BILL OF LADING |
| 06/30/05 | $ID 63581 |
| | 63581 |

**S** GMACG-DELPHI SAGINAW
**O** NAO DISBURSEMETS
**L** INVOICELESS SUPERVISOR
**D** P.O. BOX 436040
**T** PONTIAC, MI 483436040
**O**

**S** 005356878
**H** GM SAGINAW DIVISION
**I** 3900 HOLLAND RD
**P** PLANT 06
**T** SAGINAW, MI 48601
**O**

| PURCHASE ORDER NO. | OUR NO. | SHIPPER CHIEFTON CONTRACT SVCS | | TERMS 25TH PROX | | |
|---|---|---|---|---|---|---|
| ACCUM. SHIPPED | GROSS WGT. | NO. OF PKGS. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| 91500 | 57454 | | 260356954 | | | |
| | | 274 | SWITCH MOUNTING BRACKET | 1000 | | |
| | | | Lot 15205 1000 Pcs Box 115 | | | |
| | | | PRICE VALID 1/1/05-12/31/05 | | | |
| | | | DAILY MILK RUN 1:00 PM | | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 274 | |

We hereby certify that these goods were produced in compliance with all applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

F-PO-22  REV. LVL A  1/23/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| | |
|---|---|
| CARRIER: | CARRIER'S NO.: |
| CHIEFTON CONTRACT SVCS   CFCN | SHIPPER'S NO.: |

| From | **HAMLIN TOOL AND MACHINE COMPANY, INC.** |
|---|---|
| At | **ROCHESTER, MICHIGAN 48307**       D-U-N-S #057015273 |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| Consigned to | GM SAGINAW DIVISION | (Mail or street address of consignee — For purposes of notification only.) |
|---|---|---|
| | 3900 HOLLAND RD | |
| | PLANT 06 | |
| | | |
| | SAGINAW, MI   48601 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | * WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#        057015273      SID # | | | |
| 8  PCS71 | CARTON                      63581 | 250   NET WT. | | |
| | | 24    TARE WT. | | |
| | | 274   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ======= T O T A L S ======= | | | |
| | 250   TOT NET    24   TOT TAR    274   TOT GRS | | | |

PCS71-8

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *399715*

ShipTime: *1300*

*113299*

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ Per _____ (Signature of Consignor ) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amounts prepaid.) | Charges advanced: $ | C.O.D. SHIPMENT C.O.D. AMT. _____ Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the regulations of the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
* Shipper's emphasis in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

**HAMLIN**
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____        Agent, Per _____

Permanent post office address of shipper

IFO 184 - REV. DATE 2/8/88 REV. LVL; A



**Hamlin**
Tool and Machine Company, Inc.
Established 1952.

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| 08/31/05 | 64175 |
| | BILL OF LADING |
| | 64175 |

SOLD TO:
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD
C-SCO 44225 SAL#: K905
SAGINAW, MI 48601

| SUPPLIER NO. | CUR NO. | PURCHASE ORDER NO. | SHIPPED VIA | TERMS |
|---|---|---|---|---|
| 057015273 | 1159 | SAG90102336 | BAY GLOBAL | 25TH PROX. |

| ACCUM. SHIPPED | NO. OF PKGS. | GROSS WGT. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 998000 | 4 | 124 | 07834702 | RETAINER GREASE REV 00 | 8000 | .0535 | 428.00 |

| Sub: | 428.00 |
|---|---|
| Freight: | |
| Total: | 428.00 |

TOTAL NO. OF PACKAGES     4 SC
TOTAL WEIGHT     124

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

ORIGINAL INVOICE/SHIPPER



## Hamlin
### Tool and Machine Company, Inc.
*Established 1952*

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| INVOICE NO./ PACKING SLIP NO. | | |
|---|---|---|
| DATE | | |
| 08/31/05 SID | 64175 | |
| | BILL OF LADING | |
| | 64175 | |

GMACG-DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
P.O. BOX 4360040
PONTIAC, MI 483436040

S   005356878
H   DELPHI S PLANT 5 FWD AXLES
I   3900 HOLLAND RD.
P   CISCO: 44025 SAP#: K905
   SAGINAW, MI 48601
T
O

| SUPPLIER NO. 067015273 | | | | | | | |
|---|---|---|---|---|---|---|---|
| PURCHASE ORDER NO. | SHIPPED VIA BAX GLOBAL | | TERMS 25TH PROX. | | | | |
| | ACQUM SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| SAG9010236 | 998000 | 4 1.24 | 0783544B2 RETAINER, GREASE REV. .00 USD SETDS EACH PER BOX CALL PATTY FOR PICK UP 586-642-8820 PRICE EFF. 1/1/05-12/31/05 | | 8000 | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

**NUMERICAL FILE COPY**

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 4 | 1.24 |

HFG-22  REV. LVL. A  1/23/96

*(Airbill / shipping document, rotated — BAX GLOBAL)*

BAX GLOBAL
440 EXCHANGE
IRVINE, CA 92602

AIRBILL NUMBER: 701 725 242

SHIPPER'S REFERENCE NO.

BILLING INFORMATION
PREPAID (SHIPPER)
COLLECT (CONSIGNEE)
3RD PARTY (ACCT. NO. REQ'D.)
C.O.D.

COMPANY: HAMLIN TOOL & MACHINE
STREET ADDRESS: 1671 HAMLIN RD.
CITY: ROCHESTER
STATE: MI   ZIP: 48307

CONSIGNEE
AIRBILL NUMBER: 701 725 242

HANDLING INFORMATION
DANGEROUS GOODS
SATURDAY DELIVERY
SPECIAL DELIVERY
CONVENTION

RECEIVED BY BAX GLOBAL DRIVER / AGENT

Shipper must sign this bill and produce the proper identification. One government issued ID or photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of I.D., one of which must be government-issued, non-photo.

FOR BAX GLOBAL USE ONLY

GUARANTEED SERVICES
STANDARD SERVICES
OVERNIGHT (NEXT BUSINESS DAY)
SECOND DAY
BAX SAVER
NEXT FLIGHT AVAILABLE
OTHER

SHIPPER COPY

STRAIGHT BILL OF LADING — SHORT FORM — Original — Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

| **From** | **HAMLIN TOOL AND MACHINE COMPANY, INC.** | |
| **At** | **ROCHESTER, MICHIGAN 48307** | **D-U-N-S #057015273** |

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment

Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| **Consigned to** | DELPHI S PLANT 5 FWD AXLES | (Mail or street address of consignee — For purposes of notification only.) |
| | 3900 HOLLAND RD. | |
| | CISCO: 44025 SAP#: K905 | |
| | | |
| | SAGINAW, MI  48601 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#     057015273     SID # | | | |
| 4  PCS71  CARTON | | 64175 | 120  NET WT. | |
| | | | 4  TARE WT. | |
| | | | 124  GROSS WT. | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ======== T O T A L S ======== | | | |
| | 120    TOT NET    4  TOT TAR    124  TOT GRS | | | |

PCS71-4

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149

ShipTime: 8/31/05

R GREG BAY

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>For _____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br>Per _____<br>(The signature here acknowledges only the amounts prepaid) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission

† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"

‡ Shipper's shipments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| THIS SHIPMENT IS CORRECTLY DESCRIBED. |
| CORRECT WEIGHT IS _____ LBS. |

HAMLIN
OOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____        Agent, Per _____

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/8/98 REV. LVL; A

| INVOICE NUMBER |
| --- |
| SID 064183 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

```
S   GMC1200
O   DELPHI SAGINAW
L
D   NAO DISBURSEMENTS
    INVOICELESS SUPERVISOR
    PONTIAC, MI 48343-6040
T
O
```

```
S   06
H   DELPHI S PLANT 6 COLUMNS
I
P   3900 EAST HOLLAND RD
    CISCO: 44026 SAP#: K906
    SAGINAW, MI 48601
T   United States
O
```

| SUPPLIER CODE | TERMS | F.O.B | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/01/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/01/05 | 064183 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90/0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | Subtotal | | | | $745.50 |
| | Sales Tax | | | | $0.00 |
| | Freight Charges | | | | $0.00 |
| | Invoice Total | | | | $745.50 |
| | Disc Available | | | | $0.00 |
| | Funds:  USD | | | | |



# Hamlin
## Tool and Machine Company, Inc.
### Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO. /<br>PACKING SLIP NO. |
|---|---|
| DATE | 64183 |
| 09/01/05 | SID 64183 |
| | BILL OF LADING |
| | 64183 |

1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

S | 005356878
H | GM SAGINAW DIVISION
I | 3900 HOLLAND RD
P | PLANT 06
T | SAGINAW, MI 48601
O |

SHIPPED VIA: CHIEFTON CONTRACT SVCS

TERMS: 25TH PROX

| SUPPLIER NO.<br>05/015273 | PURCHASE ORDER NO.<br>SAG5U1O235 | NO. OF PKGS<br>GROSS WGT.<br>206 | PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| P.O. NO. | ACCUM. SHIPPED<br>114625 | 5 | 26058964  SWITCH MOUNTING BRACKET<br>LOT 117205 756 PCS BOXED<br>PACKED 17/05 BY 43/05 27.31/05<br>DAILY MILK RUN 1:00 PM | 750 | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

**NUMERICAL FILE COPY**

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 6-SC | 206 |

HFC-22   REV. LVL: A  1/23/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER: | CHIEFTON CONTRACT SVCS    CFCN | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |

**From**    **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**    **ROCHESTER, MICHIGAN 48307**    **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| Consigned to | GM SAGINAW DIVISION<br>3900 HOLLAND RD<br>PLANT 06 | (Mail or street address of consignee — For purposes of notification only.) |

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#           057015273      SID # | | | |
| 6   PCS71   CARTON | | 64183 | | |
| | | 188   NET WT. | | |
| | | 18   TARE WT. | | |
| | | 206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ===== T O T A L S ===== | | | |
| | 188   TOT NET    18   TOT TAR    206   TOT GRS | | | |
| PCS71-6 | | | | |
| | CLASS RATE: 50   AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: *584907*

ShipTime: *1300*

*128368*

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor ) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ | C.O.D. SHIPMENT<br><br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
‡ If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's express in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
‡ The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| THIS SHIPMENT IS CORRECTLY DESCRIBED. |
| CORRECT WEIGHT IS _____ LBS. |

HAMLIN
OOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____        Agent, Per _____

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/8/98 REV. LVL; A

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064184 |

```
S   GMC1200
O   DELPHI SAGINAW
L
D   NAO DISBURSEMENTS
    INVOICELESS SUPERVISOR
    PONTIAC, MI 48343-6040
T
O
```

```
S   23
H   DELPHI S PLANT 23 ATHENS
I   c/o INDIANAPOLIS DDC
P   ALVAN MOTOR FREIGHT
    1235 TERMINAL ROAD
    INDIANAPOLIS, IN 46247
T   United States
O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/01/05 |

| SHIP DATE | SHIPPER NO | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/01/05 | 064184 | ALVAN MOTOR FREIGHT | 110 | 32 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |

|  |  |
| --- | --- |
| Subtotal | $321.00 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $321.00 |
| Disc Available | $0.00 |
| Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
### Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | | |
|---|---|---|
| | | DATE |
| INVOICE NO./ PACKING SLIP NO. | | 09/01/05  SID  64184 |
| | | BILL OF LADING |
| | | 64184 |

**S** 005356878
**H** DELPHI-S- 44123, ATHENS AL.
**I** C/O INDIANAPOLIS DDC.
**P** & ALVAN MOTOR FREIGHT
**T** 1235 TERMINAL RD.
**O** INDIANAPOLIS, IN 46247

GMACG-DELPHI SAGINAW
1200
NAO DISBURSEMENTS
INVOICELESS-SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

| | | | |
|---|---|---|---|
| CUSTOMER NO. | | | TERMS |
| 057015273 | | | 25TH PROX |

SHIPPED VIA: ALVAN MOTOR FREIGHT

| PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| SAG9010236 | 10 | 10 | 07834482 | RETAINER, GREASE REV. 00 | 6000 | | |
| 438400 | 110 | 110 | | CUSTOMER: 0070 DDSS 8XXH | | | |
| | | | | COLL ALVAN FRT LIFT UP 1-800-282-5621 | | | |
| | | | | PRICE EFF. 1/1/05-12/31/05 | | | |

| PO NO. | ACCUM. SHIPPED | | |
|---|---|---|---|
| 438400 | 110 | | |

| GROSS WGT. | |
|---|---|
| 110 | |

TOTAL NO. OF PACKAGES
1 SC

TOTAL WEIGHT
110

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

HFO-22   REV. LVL.A   7/23/96

**NUMERICAL FILE COPY**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

CARRIER'S NO.:

SHIPPER'S NO.:

CARRIER      ALVAN MOTOR FREIGHT          ALVN

**From**    **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**         **ROCHESTER, MICHIGAN 48307**                    **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**   DELPHI-S- 44123,ATHENS AL..          (Mail or street address of consignee — For purposes of notification only.)
c/o INDIANAPOLIS DDC..
% ALVAN MOTOR FREIGHT

1235 TERMINAL RD..
INDIANAPOLIS, IN   46247

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT SUBJECT TO CORRECTION | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#     057015273     SID # | | | |
| 10 | PCS71  CARTON          64184 | 90  NET WT. | | |
| | | 20  TARE WT. | | |
| | | 110  GROSS WT. | | |
| | DELPHI-S- 44123,ATHENS AL.. | | | |
| | ================ T O T A L S ================ | | | |
| | 90  TOT NET    20  TOT TAR   110  TOT GRS | | | |

PCS71-10

        CLASS RATE: 50  AUTOMOTIVE METAL PARTS
        3RD PARTY COLLECT
        DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS
        42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368

Trailer#: ___48218___

ShipTime: ___115PM___

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid".

Received $ _____ in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Received $ _____ to apply in prepaid charges on the property hereon.

Agent or Cashier

Per _____
(The signature here acknowledges the amounts prepaid.)

**DT279226 8**

| | Loose PCS (A) | Skids (B) | PCS On Skids | Skids STC | TTL Handling Units (A+B) | SLC |
|---|---|---|---|---|---|---|
| | 1 | | 10 | | | |

CORRECT WEIGHT IS _____ LBS.

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
* Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

**Shipper, Per** _____  #122

Agent, Per _____
9/1/05

1

IFO 184 - REV. DATE 2/6/98 REV. LVL; A



INVOICE NUMBER
SID 064185

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| S | GMC1200 |
| O | DELPHI SAGINAW |
| L | |
| D | NAO DISBURSEMENTS |
| | INVOICELESS SUPERVISOR |
| | PONTIAC, MI 48343-6040 |
| T | |
| O | |

| S | 05 |
| H | DELPHI S PLANT 5 FWD AXLES |
| I | |
| P | 3900 EAST HOLLAND RD. |
| | CISCO: 44025 SAP#K905 |
| | SAGINAW, MI 48601 |
| T | United States |
| O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/01/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/01/05 | 064185 | BAX GLOBAL | 124 | 22 | 120 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG9010236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 8,000 | EA | .0535 | $428.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $428.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $428.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
### Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #:057015273

| | INVOICE NO/ PACKING SLIP NO. |
|---|---|
| DATE | $ID 64185 |
| 09/01/05 | |
| | BILL OF LADING |
| | 64185 |

S H I P  T O:
0053356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025  SAP#: K905
SAGINAW, MI 48601

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIPPED VIA: DAX GLOBAL

| PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER DESCRIPTION | TERMS 25TH PROX | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ACCUM. SHIPPED: 1006000 | GROSS WGT. 124 | 07834482 RETAINER, GREASE REV. 00 | | 8000 | | |
| | 4 | LOT#:5105 8000 PCS 100% PRICE EFF. 1/1/05-12/31/05 | | | | |
| SPO. JOB NO. SAG9010236 | | CELL ALVAN FOR PICK UP #800-642-5564 | | | | |

TOTAL NO. OF PACKAGES

TOTAL WEIGHT
124

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22    REV. LVL. A  1/28/98

# BAX GLOBAL

440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

AIRBILL NUMBER **701 725 264**

SHIPPER'S REFERENCE NO.

ORIGIN: DTW  DESTINATION

**COMPANY** HAMLIN TOOL & MACHINE

STREET ADDRESS 16731 HAMLIN RD

STATE MI  ZIP 48307

SHIPPER'S ACCOUNT NO. 8993497652

PHONE NO.

## BILLING INFORMATION

- PREPAID (SHIPPER)
- COLLECT (CONSIGNEE)
- X 3RD PARTY (ACCT NO. REQ'D.)
- C.O.D.

AIRBILL NUMBER **701 725 264**

RATE QUOTE NUMBER

CASH RECEIVED PAID IN ADVANCE $

BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE VALUE OF THE SHIPPER OR THE AMOUNT SHOWN. GOODS IN THE

## HANDLING INFORMATION (IF SPECIAL RATE MAY APPLY)

- HOLD AT BAX
- DANGEROUS GOODS
- SATURDAY DELIVERY
- SPECIAL DELIVERY
- CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:

RMK 1.
RMK 2.

NO. OF PCS   WEIGHT   LENGTH   WIDTH   HEIGHT   DESCRIPTION

TOTAL PCS   TOTAL WT.

RELEASE SIGNATURE X

DECLARED VALUE $

LIMIT OF LIABILITY

## 2 CONSIGNEE'S REFERENCE NO.

AIRBILL NUMBER **701 725 264**

COMPANY

TO CONSIGNEE NAME

ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)

CITY   STATE   ZIP REQUIRED

PHONE NO.   DEPT./FLOOR

CONSIGNEE'S ACCOUNT NO.

## RECEIVED BY BAX AT

- SHIPPER'S DOOR
- BAX TERMINAL

- OUTSIDE CARRIER $

## FOR BAX GLOBAL USE ONLY

CHARGES ADVANCED $   PRO NUMBER   CARRIER NAME

## 3 SERVICE REQUESTED

### GUARANTEED SERVICES
- CALL YOUR LOCAL BAX STATION
- First Arrival (EMR 1)
- Guaranteed Overnight (EMR 2)
- Guaranteed Airport-to-Airport (EMR 3)

### STANDARD SERVICES
- OVERNIGHT (NEXT BUSINESS DAY)
- SECOND DAY
- BAX SAVER
- NEXT FLIGHT AVAILABLE
- OTHER

1st personal ID reviewed   DATE

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE SIGN NAME X

## RECEIVED BY BAX GLOBAL DRIVER / AGENT

Driver Signature: X **K. Capello**

Print Name:

Pick Up: 6/11/06   Time:

(IN ORDER TO EXPEDITE SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

Shipper must sign this bill and produce proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of I.D., one of which must be government-issued, non-photo.

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE

SHIPPER COPY

STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**   **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**      **ROCHESTER, MICHIGAN 48307**          **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **Consigned to** | DELPHI S PLANT 5 FWD AXLES | (Mail or street address of consignee — For purposes of notification only.) |
| | 3900 HOLLAND RD. | |
| | CISCO: 44025 SAP#: K905 | |
| | | |
| | SAGINAW, MI   48601 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
| --- | --- | --- | --- | --- |
| | Supplier#          057015273     SID # | | | |
| 4  PCS71  CARTON | 64185 | 120   NET WT. | | |
| | | 4   TARE WT. | | |
| | | 124   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ═══════════════ T O T A L S ═══════════════ | | | |
| | 120   TOT NET     4 TOT TAR     124 TOT GRS | | | |
| PCS71-4 | | | | |
| | CLASS RATE: 50   AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: L149

ShipTime: 9.1.05

R. Greig

BAX

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amounts prepaid.) | Charges advanced:

$ | **C.O.D. SHIPMENT**

C.O.D. AMT. _____
Collection Fee _____
Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

Shipper, Per _____    _____ Agent, Per _____

1

FO 104 - REV. DATE 2/6/98 REV. LVL; A

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064216 |

S   GMC1200
O   DELPHI SAGINAW
L
D   NAO DISBURSEMENTS
    INVOICELESS SUPERVISOR
    PONTIAC, MI 48343-6040
T
O

S   05
H   DELPHI S PLANT 5 FWD AXLES
I
P   3900 EAST HOLLAND RD.
    CISCO: 44025 SAP#K905
    SAGINAW, MI 48601
T   United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/02/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/02/05 | 064216 | BAX GLOBAL | 124 | 22 | 120 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90l0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 8,000 | EA | .0535 | $428.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $428.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $428.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| | | | DATE | INVOICE NO. / PACKING SLIP NO. |
|---|---|---|---|---|
| | | | 09/02/05 | SID 64216 |
| | | | | BILL OF LADING |
| | | | | 64216 |

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040.

S   005356878
H   DELPHI S PLANT 5 FWD AXLES
I   3900 HOLLAND RD.
P   CISCO: 44025 SAP#: K905
T   SAGINAW, MI 48601
O

SUPPLIER NO. 7015273

| SHIPPED VIA | | | | | TERMS 25TH PROX |
|---|---|---|---|---|---|
| FAX GLOBAL. | | | | | |

| PURCHASE ORDER NO. | YOUR NO. | NO. OF PKGS | PART NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | ACCUM. SHIPPED | GROSS WGT. | DESCRIPTION | | | |
| SAG90LO236 | 1014000 | 4 | 0783448Z | 8000 | | |
| | | 124 | RETAINER, GREASE REV. 00 | | | |
| | | | PRICE EFF. 1/1/05-12/31/05 | | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

TOTAL NO. OF PACKAGES → 1
TOTAL WEIGHT → 124

HFC-22   REV. LVL: A 1/23/96

NUMERICAL FILE COPY

SHIPPER COPY

**STRAIGHT BILL OF LADING — SHORT FORM — Original — Not Negotiable**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| | | | |
|---|---|---|---|
| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

| | |
|---|---|
| **From** | **HAMLIN TOOL AND MACHINE COMPANY, INC.** |
| **At** | **ROCHESTER, MICHIGAN 48307**          D-U-N-S #057015273 |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| | |
|---|---|
| **Consigned to** | DELPHI S PLANT 5 FWD AXLES          (Mail or street address of consignee — For purposes of notification only.) |
| | 3900 HOLLAND RD. |
| | CISCO: 44025 SAP#: K905 |
| | |
| | SAGINAW, MI    48601 |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273     SID # | | | |
| 4   PCS71 | CARTON                          64216 | 120   NET WT. | | |
| | | 4   TARE WT. | | |
| | | 124   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ========= T O T A L S ========= | | | |
| | 120   TOT NET      4   TOT TAR      124   TOT GRS | | | |
| PCS71-4 | | | | |
| | CLASS RATE: 50   AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: _____

ShipTime: _____

| | | | | | |
|---|---|---|---|---|---|
| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles and property described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's shipments in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| | |
|---|---|
| THIS SHIPMENT IS CORRECTLY DESCRIBED.<br><br>CORRECT WEIGHT IS _____ LBS. | |

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____          Agent, Per _____

Permanent post office address of shipper

FO 184 - REV. DATE 2/0/88 REV. LVL; A

1

| INVOICE NUMBER |
| --- |
| SID 064219 |

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI 48307

S O L D
T O

GMC1200
DELPHI SAGINAW

NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P
T O

06
DELPHI S PLANT 6 COLUMNS

3900 EAST HOLLAND RD
CISCO: 44026 SAP#: K906
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/02/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/02/05 | 064219 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | | DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|---|---|
| | | 09/02/03 | SID 64219 |
| | | | BILL OF LADING |
| | | | 64219 |

SOLD TO:
1200
GMACG-DELPHI SAGINAW.
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
005356878
GM-SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

VENDOR NO. 6764

CUSTOMER NO. 057015273

| PURCHASE ORDER NO. | SHIPPED VIA. | TERMS |
|---|---|---|
| SA87010236 | CHIEFTON CONTRACT SVCS | 25TH PROX |

ACCUM. SHIPPED 115375

| NO. OF PKGS. | GROSS WGT. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | 206 | 26038964 | SWITCH MOUNTING BRACKET | 750 | | |
| | | | ECN NTKD 750 PCS PER# | | | |
| | | | DUE VALID 08/05 12:45 PM | | | |
| | | | DAILY MILK RUN 1:00 PM | | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

TOTAL NO. OF PACKAGES ► 6

TOTAL WEIGHT 206

HFO-22
REV. LVL. A  1/23/98

NUMERICAL FILE COPY

STRAIGHT BILL OF LADING — SHORT FORM — Original — Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

CARRIER: CHIEFTON CONTRACT SVCS    CFCN

CARRIER'S NO.:
SHIPPER'S NO.:

**From** **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At** **ROCHESTER, MICHIGAN 48307**          **D-U-N-S #057015273**

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth [1] in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**    GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

(Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 6   PCS71  CARTON | 64219 | 188   NET WT. | | |
| | | 18   TARE WT. | | |
| | | 206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | T O T A L S | | | |
| | 188  TOT NET    18  TOT TAR    206  TOT GRS | | | |
| PCS71-6 | | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: _S84907_

ShipTime: _1300_

_128907_

| | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | **C.O.D. SHIPMENT** |
|---|---|---|---|---|---|

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

| | Agent or Cashier | Agent or Cashier | | C.O.D. AMT. _____ |
|---|---|---|---|---|
| | Per _____ (The signature here acknowledges only the amount prepaid) | Per _____ $ (The signature here acknowledges only the amounts paid.) | | Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ Per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____          Agent, Per _____

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/6/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064222 |

```
S   GMC1200
O   DELPHI SAGINAW
L
D   NAO DISBURSEMENTS
    INVOICELESS SUPERVISOR
    PONTIAC, MI 48343-6040
T
O
```

```
S   05
H   DELPHI S PLANT 5 FWD AXLES
I
P   3900 EAST HOLLAND RD.
    CISCO: 44025 SAP#K905
    SAGINAW, MI 48601
T   United States
O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/06/05 | 064222 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | Subtotal | | $321.00 |
| | | | Sales Tax | | $0.00 |
| | | | Freight Charges | | $0.00 |
| | | | Invoice Total | | $321.00 |
| | | | Disc Available | | $0.00 |
| | | | Funds:  USD | | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #05701527

| DATE | INVOICE NO./<br>PACKING SLIP NO. |
|------|------|
| 09/06/05 | SID 64222 |
| | BILL OF LADING |
| | 64222 |

| | |
|---|---|
| S<br>H<br>I<br>P | 005356878<br>DELPHI S PLANT 5 FWD AXLES<br>3900 HOLLAND RD. |
| T<br>O | CISCO: 44025 SAP#:<br>SAGINAW: MI 48601 SAP#: K905 |

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

| SHIPPED VIA | PURCHASE ORDER NO. | NO. OF PKGS | TERMS |
|---|---|---|---|
| BAX GLOBAL | SAG9010236 | | 25TH PROX |

| | ACCUM. SHIPPED | GROSS WGT. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 1012000 | 93 | 07834482 | RETAINER, GREASE REV. 00 | 6000 | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HF0-22    REV. LVL A    1/23/96

TOTAL NO. OF PACKAGES

TOTAL WEIGHT

93

BAX GLOBAL
440 EXCHANGE
IRVINE, CA 92602

1-800-GALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

**AIRBILL NUMBER**  701 725 286

SHIPPER'S COPY

DATE: 9/14/05

ORIGIN: IDTW

COMPANY: HAMLIN TOOL & MACHINE

STREET ADDRESS: 1671 HAMLIN RD

CITY: ROCHESTER   STATE: MI   ZIP: 48307

SHIPPER'S ACCOUNT NO: 29239745E

**BILLING INFORMATION**
- PREPAID (SHIPPER)
- COLLECT (CONSIGNEE)
- 3RD PARTY (ACCT. NO./PROD.)   713 913 153 1

**TO (CONSIGNEE NAME):** Dudas Parts

COMPANY: 4414 175 ZIP

STREET ADDRESS: 3406 Hallwood Rd.

CITY: Raywood   STATE: MI   ZIP: 48001

PHONE NO.

**HANDLING INFORMATION (SPECIAL RATE MAY APPLY)**
- HOLD AT BAX
- DANGEROUS GOODS
- SATURDAY DELIVERY
- SPECIAL DELIVERY
- CONVENTION

**GUARANTEED SERVICES**
- Guaranteed First-Arrival (EMR 1)
- Guaranteed Overnight (EMR 2)
- Guaranteed Airport-to-Airport

**STANDARD SERVICES**
- OVERNIGHT (NEXT BUSINESS DAY)
- SECOND-DAY
- BAX SAVER
- NEXT-FLIGHT-AVAILABLE
- OTHER

RECEIVED BY BAX GLOBAL DRIVER / AGENT

Pick Up Time: 2:30   Driver Signature: R. Goss

SHIPPER / REPRESENTATIVE SIGNATURE / SIGN NAME X

RECEIVED BY BAX GLOBAL DRIVER / AGENT

SHIPPER COPY

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER | BAX GLOBAL | BAXG | CARRIER'S NO. |
| | | | SHIPPER'S NO. |

## HAMLIN TOOL AND MACHINE COMPANY, INC.

**From**

**At** ROCHESTER, MICHIGAN 48307     D-U-N-S #057015273

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**    DELPHI S PLANT 5 FWD AXLES      (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 3   PCS71   CARTON | 64222 | 90   NET WT. | | |
| | | 3   TARE WT. | | |
| | | 93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ====================== T O T A L S ====================== | | | |
| | 90   TOT NET    3   TOT TAR    93   TOT GRS | | | |

PCS71-3

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S. 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149
ShipTime: 9-6-05
R Guels BAX
TR6149

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | C.O.D. SHIPMENT |
| | | Agent or Cashier | Agent or Cashier | | C.O.D. AMT. _____ |
| Per _____ | | Per _____ | Per _____ | $ | Collection Fee _____ |
| (Signature of Consignor.) | | (The signature here acknowledges only the amount prepaid) | (The signature here acknowledges only the amounts prepaid) | | Total Charges |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**     Shipper, Per _____     _____ Agent, Per _____
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

IFO 184 - REV. DATE 2/0/88 REV. LVL: A

1

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

INVOICE NUMBER

SID 064223

S    GMC1200
O    DELPHI SAGINAW
L
D    NAO DISBURSEMENTS
      INVOICELESS SUPERVISOR
      PONTIAC, MI 48343-6040
T
O

S    06
H    DELPHI S PLANT 6 COLUMNS
I
P    3900 EAST HOLLAND RD
      CISCO: 44026 SAP#: K906
      SAGINAW, MI 48601
T    United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/06/05 | 064223 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90\0236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



## Hamlin
### Tool and Machine Company, Inc.
Established 1982

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #087015273

| | INVOICE NO./ PACKING SLIP NO. | |
|---|---|---|
| DATE | SID 642223 | BILL OF LADING |
| 09/06/05 | | 642223 |

**SOLD TO**
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

**SHIP TO**
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601.

| OUR NO. 63964 | PURCHASE ORDER NO. SAG9010236 | NO. OF PKGS. | SHIPPED VIA CHIEFTON CONTRACT SVCS | TERMS 25TH PROX | | |
|---|---|---|---|---|---|---|
| ACCUM. SHIPPED 116125 | | GROSS WGT. 206 | | | | |

| NO. OF PKGS. | PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 6 | 26038964 | 750 | | |
| 206 | SWITCH MOUNTING BRACKET | | | |
| | LOT# 34405 750 PCS BOX# | | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

TOTAL NO. OF PACKAGES ▶  206

TOTAL WEIGHT ▶

NUMERICAL FILE COPY

8-SC

HFO-22    REV. LVL. A   1/23/96

STRAIGHT BILL OF LADING — SHORT FORM — Original — Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER: | CHIEFTON CONTRACT SVCS    CFCN | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |

**From**     **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**     **ROCHESTER, MICHIGAN 48307**     **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| Consigned to | GM SAGINAW DIVISION<br>3900 HOLLAND RD<br>PLANT 06 | (Mail or street address of consignee -- For purposes of notification only.) |

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#          057015273      SID # | | | |
| 6  PCS71   CARTON          . | 64223 | 188   NET WT. | | |
| | | 18   TARE WT. | | |
| | | 206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |

================ T O T A L S ================
188    TOT NET     18   TOT TAR     206   TOT GRS

PCS71-6

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1300*

*130118*

| | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced: | **C.O.D. SHIPMENT** |
|---|---|---|---|---|---|

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
† Shipper's emphasis in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of this property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| | | | C.O.D. AMT. _____ |
| | | | Collection Fee _____ |
| $ | | | Total Charges |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____          Agent, Per _____

Permanent post office address of shipper

IFO 184 - REV. DATE 2/6/98 REV. LVL; A

1

| INVOICE NUMBER |
|---|
| SID 064224 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| S O L D T O | GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | S H I P T O | 23<br>DELPHI S PLANT 23 ATHENS<br>c/o INDIANAPOLIS DDC<br>ALVAN MOTOR FREIGHT<br>1235 TERMINAL ROAD<br>INDIANAPOLIS, IN 46247<br>United States |
|---|---|---|---|

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/06/05 | 064224 | ALVAN MOTOR FREIGHT | 88 | 28 | 72 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UOM | UNIT<br>PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 4,800 | EA | .0535 | $256.80 |
| | | | | Subtotal | $256.80 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $256.80 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
### Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| SOLD TO | SHIP TO |
|---|---|
| 1200<br>GMACG-DELPHI SAGINAW<br>NAO DISBURSEMETS<br>INVOICELESS SUPERVISOR<br>P.O. BOX 436040<br>PONTIAC, MI 483436040 | 0065356878<br>DELPHI-S- 44123,ATHENS AL.<br>C/O INDIANAPOLIS DDC.<br>% ALVAN MOTOR FREIGHT<br>1235 TERMINAL RD.<br>INDIANAPOLIS, IN 46247 |

| DATE | INVOICE NO./<br>PACKING SLIP NO. |
|---|---|
| 09/06/05 SID 64224 | BILL OF LADING<br>64224 |

| OUR NO. | PURCHASE ORDER NO. | SHIPPED VIA | TERMS |
|---|---|---|---|
| 159 | 443200 | ALVAN MOTOR FREIGHT | TEXAS 25TH PROX |

| ACCUM. SHIPPED | NO. OF PKGS.<br>GROSS WGT. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3409012235 | 106 | 07834482 | RETAINER, GREASE REV. 00 | 4800 | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 106 | |

HFO-22   REV. LVL A 1/23/96
8-SC

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

Classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| ALVAN MOTOR FREIGHT | ALVN | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |

**From**

## HAMLIN TOOL AND MACHINE COMPANY, INC.

**At**        **ROCHESTER, MICHIGAN 48307**        **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **Consigned to** | DELPHI-S- 44123,ATHENS AL.<br>c/o INDIANAPOLIS DDC.<br>% ALVAN MOTOR FREIGHT<br><br>1235 TERMINAL RD.<br>INDIANAPOLIS, IN    46247 | (Mail or street address of consignee — For purposes of notification only.) |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#        057015273    SID # | | | |
| 8 | PCS71  CARTON                64224 | 72   NET WT.<br>34   TARE WT.<br>106  GROSS WT. | | |
| | DELPHI-S- 44123,ATHENS AL. | | | |
| | ================ T O T A L S ================ | | | |
| | 72    TOT NET    34   TOT TAR    106   TOT GRS | | | |

PCS71-8

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS
42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368

Trailer#: _48187_

ShipTime: _2:00 PM_

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of Consignor ) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of charges on the property described hereon.<br><br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges the amounts prepaid) |

DT279246 4

| | Loads PCS (A) | Skids (B) | PCS On Skids | Skids ETC | TTL Handling Units (A+B) | EIC |
| | | | | 8 | | |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
‡ If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's express in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

**Shipper, Per** _____    **Agent, Per** _____

9/6/05

1

HFO 184 - REV. DATE 2/6/98 REV. LVL; A

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064243 |

S O L D T O
GMC1200
DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P T O
05
DELPHI S PLANT 5 FWD AXLES
3900 EAST HOLLAND RD.
CISCO: 44025 SAP#K905
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/07/05 | 064243 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
### Precision since 1952

167 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #0670/5273

| INVOICE NO./PACKING SLIP NO. | DATE | BILL OF LADING |
|---|---|---|
| 642243 | 09/07/05  SID 642243 | |

S  GMACO-DELPHI SAGINAW
O  NAO DISBURSEMETS
L  INVOICELESS SUPERVISOR
D  P.O. BOX 436040
T  PONTIAC, MI 48343-6040
O

S  005356878
H  DELPHI S PLANT 5 FWD AXLES
I  3900 HOLLAND RD.
P  CISCO: 44025 SAP#: K905
T  SAGINAW, MI 48601
O

| CUST. PO NO. 05701527J | SHIPPED VIA BAX GLOBAL | | TERMS 25TH PROX |

| OUR NO. | PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11159 | 5RAB9010256 | 1020000 | 3   93 | 073354482 RETAINER, GREASE, REV. 00 LOT 8E105 4000 PCS BOX# | 6000 | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

| 3-SC | TOTAL NO. OF PACKAGES | 93 | TOTAL WEIGHT |

HFO-22   REV. LVL. A  1/23/96

NUMERICAL FILE COPY

BAX GLOBAL
440 EXCHANGE
IRVINE CA 92602

ORIGIN: DFW
DESTINATION:

AIRBILL NUMBER
701 725 290

SHIPPER'S REFERENCE NO.

DATE: 5/9/05

SHIPPER'S ACCOUNT NO.: 2939745

ADDRESS: 4673 HAMLIN RD
HAMLIN TOOL & MACHINE
ROCHESTER
STATE MI ZIP 48307

BILLING INFORMATION
PREPAID
COLLECT
3RD PARTY
C.O.D.

RATE QUOTE NUMBER

701 725 290

CONSIGNEE'S REFERENCE NO.

AIRBILL NUMBER
701 725 290

CONSIGNEE'S ACCOUNT NO.

HANDLING INFORMATION (SPECIAL RATE MAY APPLY)

RECEIVED BY BAX GLOBAL DRIVER / AGENT

SHIPPER COPY

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Non Negotiable**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From** **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At** **ROCHESTER, MICHIGAN 48307** D-U-N-S #057015273

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry in its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a railwater shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| **Consigned to** | DELPHI S PLANT 5 FWD AXLES | (Mail or street address of consignee — For purposes of notification only.) |
| | 3900 HOLLAND RD. | |
| | CISCO: 44025 SAP#: K905 | |
| | | |
| | SAGINAW, MI 48601 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier# 057015273 SID # | | | |
| 3 PCS71 | CARTON 64243 | 90 NET WT. | | |
| | | 3 TARE WT. | | |
| | | 93 GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ══════════════ T O T A L S ══════════════ | | | |
| | 90 TOT NET 3 TOT TAR 93 TOT GRS | | | |

PCS71-3

CLASS RATE: 50 AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

*R. Greca*

Trailer#: 6149

ShipTime: 9/2/05
3 35 pm

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | **C.O.D. SHIPMENT** |
| | | Agent or Cashier | Agent or Cashier | | C.O.D. AMT. _____ |
| Per _____ (Signature of Consignor) | | Per _____ (The signature here acknowledges only the amount prepaid) | Per _____ (The signature here acknowledges only the amounts prepaid) | $ _____ | Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's weights in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| THIS SHIPMENT IS CORRECTLY DESCRIBED. |
| CORRECT WEIGHT IS _____ LBS. |

**HAMLIN**
**TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____     Agent, Per _____

Permanent post office address of shipper

1

IFO 184 - REV. DATE 2/6/96 REV. LVL; A

| | | INVOICE NUMBER |
|---|---|---|
| | | SID 064244 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| S O L D  T O | S H I P  T O |
|---|---|
| GMC1200 | 06 |
| DELPHI SAGINAW | DELPHI S PLANT 6 COLUMNS |
| NAO DISBURSEMENTS | 3900 EAST HOLLAND RD |
| INVOICELESS SUPERVISOR | CISCO: 44026 SAP#: K906 |
| PONTIAC, MI 48343-6040 | SAGINAW, MI 48601 |
| | United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/07/05 | 064244 | CHIEFTON CONTRACT | 129 | 19 | 125 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG9010236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 500 | EA | .994 | $497.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $497.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $497.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | |
|---|---|
| DATE | 09/07/05 |
| SHIP ID | 64244 |
| BILL OF LADING | 64244 |

INVOICE NO. / PACKING SLIP NO.

| | |
|---|---|
| S | GMACG-DELPHI SAGINAW |
| O | NAO DISBURSEMETS |
| L | INVOICELESS SUPERVISOR |
| D | P.O. BOX 4366040 |
| T | PONTIAC, MI 48364356040 |
| O | |

| | |
|---|---|
| S | 0053356878 |
| H | GM SAGINAW DIVISION |
| I | 3900 HOLLAND RD |
| P | PLANT 06 |
| T | SAGINAW, MI 48601 |
| O | |

PUBNO. 057015273

SHIPPED VIA: CHIEFTON CONTRACT SVCS

TERMS: 25TH PROX

| OUR NO. | PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. | GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38964 | SAG9010236 | 116625 | 4 | 137 | 260038964 | 500 | | |
| | | | | | SWITCH MOUNTING BRACKET | | | |
| | | | | | FOR 23605 500 PC's BOX # | | | |

4-SC

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 137 | |

MFG-22   REV LVL: A 1/23/96

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| | | | |
|---|---|---|---|
| CARRIER: | CHIEFTON CONTRACT SVCS | CFCN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**   **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**   **ROCHESTER, MICHIGAN 48307**   **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**   GM SAGINAW DIVISION   (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD
PLANT 06

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#        057015273     SID # | | | |
| 4   PCS71   CARTON | 64244 | 125   NET WT. | | |
| | | 12   TARE WT. | | |
| | | 137   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ========= T O T A L S ========= | | | |
| | 125   TOT NET    12 TOT TAR    137 TOT GRS | | | |

PCS71-4

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL.: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#:  _S84907_

ShipTime:  _1300_

_130217_

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br>Per _____<br>(The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br><br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

**Shipper, Per**                    **Agent, Per**  _P H With_

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/8/98 REV. LVL: A

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064245 |

| S O L D T O | | S H I P T O | |
| --- | --- | --- | --- |
| GMC1200 | | 23 | |
| DELPHI SAGINAW | | DELPHI S PLANT 23 ATHENS | |
| NAO DISBURSEMENTS | | c/o INDIANAPOLIS DDC | |
| INVOICELESS SUPERVISOR | | ALVAN MOTOR FREIGHT | |
| PONTIAC, MI 48343-6040 | | 1235 TERMINAL ROAD | |
| | | INDIANAPOLIS, IN 46247 | |
| | | United States | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/07/05 | 064245 | ALVAN MOTOR FREIGHT | 77 | 26 | 63 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 4,200 | EA | .0535 | $224.70 |
| | | | | Subtotal | $224.70 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $224.70 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
### Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6300
Fax: 248-651-0703
DUNS #057015273

| | DATE | INVOICE NO./<br>PACKING SLIP NO. |
|---|---|---|
| | 09/07/05 | SID 64245 |
| | | BILL OF LADING |
| | | 64245 |

**SUPPLIER NO.** 057015273

**SHIPPED TO:**
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

1200

**SHIPPED VIA:** ALVAN MOTOR FREIGHT

**SOLD TO:**
005356878
DELPHI-S- 44123, ATHENS AL.
c/o INDIANAPOLIS DDC-
% ALVAN MOTOR FREIGHT
1235 TERMINAL RD.
INDIANAPOLIS, IN 46247

**TERMS:** 25TH PROX

| PURCHASE ORDER NO. | CUR.INV NO. | NO. OF PKGS | PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SAU9010236<br>447400 | | | | | | |
| | ACCUM. SHIPPED<br>447400 | GROSS WGT.<br>93 | 07834482<br>RETAINER, GREASE REV. 00<br>IDENTIFY 9700. DESC 008 | 4200 | | |

**TOTAL NO. OF PACKAGES** 93

**TOTAL WEIGHT** 93

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

HFC-22 REV. LVL A 1/23/96

P-SC

NUMERICAL FILE COPY

STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER: | ALVAN MOTOR FREIGHT | ALVN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

| **From** | **HAMLIN TOOL AND MACHINE COMPANY, INC.** | |
| **At** | **ROCHESTER, MICHIGAN 48307** | **D-U-N-S #057015273** |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **Consigned to** | DELPHI-S- 44123, ATHENS AL. | (Mail or street address of consignee — For purposes of notification only.) |
| | c/o INDIANAPOLIS DDC. | |
| | % ALVAN MOTOR FREIGHT | |
| | | |
| | 1235 TERMINAL RD. | |
| | INDIANAPOLIS, IN   46247 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#           057015273     SID # | | | |
| 7  PCS71  CARTON | | 64245 | 63  NET WT. | |
| | | | 30  TARE WT. | |
| | | | 93  GROSS WT. | |
| | DELPHI-S- 44123, ATHENS AL. | | | |
| | ========== T O T A L S ========== | | | |
| | 63   TOT NET      30  TOT TAR     93  TOT GRS | | | |
| PCS71-7 | | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS | | | |
| | 42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368 | | | |

Trailer#:  48429

ShipTime:  7ᵒᵒPM

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor)

| If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of charges on the property described hereon. | C.O.D. SHIPMENT |
| | Agent or Cashier | Agent or Cashier. | |
| | Per _____ (The signature here acknowledges only the amount prepaid) | Per _____ (The signature here acknowledges only the amounts prepaid.) | DT279260 5 |

| | Loose PCS (A) | Skids (B) | PCS On Skids | Skids BTC | T/L Handling Units (A+B) | BLC |
|---|---|---|---|---|---|---|
| | 1 | | 7 | | | 5 |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

Shipper, Per _____   Agent, Per _____
9/7/05

IFO 184 - REV. DATE 2/6/98 REV. LVL: A

1

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064265 |

S O L D   T O
GMC1200
DELPHI SAGINAW

NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P   T O
23
DELPHI S PLANT 23 ATHENS
c/o INDIANAPOLIS DDC
ALVAN MOTOR FREIGHT
1235 TERMINAL ROAD
INDIANAPOLIS, IN 46247
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/08/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/08/05 | 064265 | ALVAN MOTOR FREIGHT | 77 | 26 | 63 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG9010236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 4,200 | EA | .0535 | $224.70 |
| | | | | Subtotal | $224.70 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $224.70 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | | DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|---|---|
| | | 09/08/05 | SID 64265 |
| | | | BILL OF LADING |
| | | | 64265 |

S | 0053356878
H | DELPHI-S 44123,ATHENS AL.
I | C/O INDIANAPOLIS DDC.
P | % ALVAN MOTOR FREIGHT
T | 1235 TERMINAL RD.
O | INDIANAPOLIS, IN  46247

1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 4360040
PONTIAC, MI  483436040

SHIP VIA
ALVAN MOTOR FREIGHT

TERMS
25TH PROX

| PURCHASE ORDER NO. | NO. OF PKGS | PART NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| ACCUM. SHIPPED | GROSS WGT. | DESCRIPTION | | | |
| SAG9010256 | 89 | 07834482 | 4200 | | |
| 451600 | | RETAINER, GREASE REV. 00 | | | |
| | | CALL ALVAN FOR PICK UP 1-800-VAN-4800 | | | |
| | | PRICE EFF. 1/1/05-12/31/05 | | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

PURCHASE ORDER NO.
SAG9010256
451600

NO. OF PKGS
GROSS WGT.
89

TOTAL NO. OF PACKAGES
89

TOTAL WEIGHT
7 SC

NUMERICAL FILE COPY

HFO-22  REV. LVL A  1/28/96

**STRAIGHT BILL OF LADING— SHORT FORM— Original— Not Negotiable**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | ALVAN MOTOR FREIGHT | AL.VN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

| From | **HAMLIN TOOL AND MACHINE COMPANY, INC.** | |
| At | **ROCHESTER, MICHIGAN 48307** | D-U-N-S #057015273 |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| Consigned to | DELPHI-S- 44123,ATHENS AL.. <br> c/o INDIANAPOLIS DDC. <br> % ALVAN MOTOR FREIGHT <br><br> 1235 TERMINAL RD.. <br> INDIANAPOLIS, IN   46247 | (Mail or street address of consignee — For purposes of notification only.) |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273      SID # | | | |
| 7   PCS71   CARTON | 64265 | 63    NET WT.. <br> 26    TARE WT. <br> 89    GROSS WT.. | | |
| | DELPHI-S- 44123,ATHENS AL.. | | | |
| | ════════════ T O T A L S ════════════ <br> 63    TOT NET    26  TOT TAR    89   TOT GRS | | | |

PCS71-7

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS
42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368

Trailer#: _C/8441_

ShipTime: _115PM_

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid".

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid)

Received $ _____ to apply in pre charges on the pr hereon.

Agent or ___
(The signature here the amounts prepai

DT279270 3

| | Loose PCS (A) | Skids (B) | PCS On Skids | Skids STC | TTL Handling Units (A+B) | SLC |
|---|---|---|---|---|---|---|
| | | | 7 | | 7 | |

CORRECT WEIGHT IS _____ LBS.

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN**
**TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

Shipper, Per _____ #722   Agent, Per

9/8/05

1

HFO 184 - REV. DATE 2/6/98 REV. LVL; A

| | INVOICE NUMBER |
|---|---|
| | SID 064266 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

S O L D T O

GMC1200
DELPHI SAGINAW

NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P T O

06
DELPHI S PLANT 6 COLUMNS

3900 EAST HOLLAND RD
CISCO: 44026 SAP#: K906
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/08/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/08/05 | 064266 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90\0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
~Established 1952~

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | DATE | |
|---|---|---|
| | 09/08/05 | SID 64266 |

| INVOICE NO./PACKING SLIP NO. | BILL OF LADING |
|---|---|
| | 64266 |

**SOLD TO**
GMACG-DELPHI SAGINAW          1200
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI  483436040

**SHIP TO**
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI  48601

| SHIP/JOB NO. 057015273 | | | | | | TERMS 25TH PROX | | | |
|---|---|---|---|---|---|---|---|---|---|
| YOUR NO. 39564 | PURCHASE ORDER NO. SAG90I0236 | SHIPPED VIA CHIEFTON CONTRACT SVCS | | NO. OF PKGS. 206 | PART NUMBER 26003B9564 | DESCRIPTION SWITCH MOUNTING BRACKET | QUANTITY SHIPPED 750 | UNIT PRICE | AMOUNT |
| | ACCUM. SHIPPED 1173575 | | | GROSS WGT. | | JOB 2040-1750 P.O. PXDTE | | | |
| | | | | | | PRICE VALID 12/01/05-12/31/05 | | | |
| | | | | | | DAILY MILK RUN 1:00 PM | | | |

**TOTAL NO. OF PACKAGES**  206

**TOTAL WEIGHT**  206

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

HFG-22  REV. LVL. A  1/23/96

NUMERICAL FILE COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | CHIEFTON CONTRACT SVCS | CFCN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From** **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At** **ROCHESTER, MICHIGAN 48307** D-U-N-S #057015273

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **Consigned to** | GM SAGINAW DIVISION<br>3900 HOLLAND RD<br>PLANT 06 | (Mail or street address of consignee — For purposes of notification only.) |

SAGINAW, MI 48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273      SID # | | | |
| 6   PCS71 | CARTON                         64266 | 188   NET WT.<br>18   TARE WT.<br>206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ======= T O T A L S ======= | | | |
| | 188   TOT NET    18   TOT TAR    206   TOT GRS | | | |

PCS71-6

```
CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362
```

Trailer#: *584907*

ShipTime: *1300*

*130310*

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid.) | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges only the amounts paid.) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are property described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

| | THIS SHIPMENT IS CORRECTLY DESCRIBED. |
| | CORRECT WEIGHT IS _____ LBS. |

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

**Shipper, Per** _____     **Agent, Per** _____

IFO 184 – REV. DATE 2/6/98 REV. LVL; A

1

| INVOICE NUMBER |
| --- |
| SID 064267 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

S   GMC1200
O   DELPHI SAGINAW
L
D   NAO DISBURSEMENTS
    INVOICELESS SUPERVISOR
    PONTIAC, MI 48343-6040
T
O

S   05
H   DELPHI S PLANT 5 FWD AXLES
I
P   3900 EAST HOLLAND RD.
    CISCO: 44025 SAP#K905
    SAGINAW, MI 48601
T   United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/08/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/08/05 | 064267 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM. | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# BAX GLOBAL

440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION ON THE
BAX OFFICE NEAREST YOU

AIRBILL NUMBER **701 725 301**

CONSIGNEE'S REFERENCE NO. **701 725 301**

ORIGIN **DTW**

DESTINATION

**BILLING INFORMATION**

SHIPPER'S REFERENCE NO.

HAMLIN TOOL & MACHINE

16771 HAMLIN RD

ROCHESTER

STATE **MI** ZIP **48307**

SHIPPER'S ACCOUNT NO. **292397652**

PREPAID ☐ COLLECT ☐ C.R.D.

RATE QUOTE NUMBER

**HANDLING INFORMATION**

HOLD ☐ AT BAX
DANGEROUS GOODS ☐

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION

NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT

DECLARED VALUE $

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

SHIPPER / REPRESENTATIVE SIGNATURE / SIGN NAME X

Print Name: BRAD CLARK

Signature: 

Pickup Time: 12:30

**FOR BAX GLOBAL USE ONLY**

CHARGES ADVANCED | PRO NUMBER | CARRIER NAME

**GUARANTEED SERVICES**
☐ LOCAL BAX STATION
☐ Guaranteed Airport-to-Airport (EMR 3)
☐ Guaranteed First-Arrival (EMR 1)
☐ Guaranteed 2nd Day (FED2)
☐ Overnight (GMR 2)

**STANDARD SERVICES**
☐ OVERNIGHT (NEXT BUSINESS DAY)
☐ SECOND DAY
☐ BAX SAVER
☐ NEXT FLIGHT AVAILABLE (NFA)
☐ OTHER

SHIPPER CO

STRAIGHT BILL OF LADING — SHORT FORM — Original — Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| | | |
|---|---|---|
| CARRIER: | BAX GLOBAL          BAXG | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |

| **From** | **HAMLIN TOOL AND MACHINE COMPANY, INC.** | |
|---|---|---|
| **At** | **ROCHESTER, MICHIGAN 48307** | **D-U-N-S #057015273** |

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **Consigned to** | DELPHI S PLANT 5 FWD AXLES<br>3900 HOLLAND RD.<br>CISCO: 44025 SAP#: K905 | (Mail or street address of consignee — For purposes of notification only.) |
|---|---|---|
| | SAGINAW, MI   48601 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273     SID # | | | |
| 3  PCS71   CARTON | | 64267 | 90   NET WT. | |
| | | | 3   TARE WT. | |
| | | | 93   GROSS WT. | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ======== T O T A L S ======== | | | |
| | 90   TOT NET    3   TOT TAR    93   TOT GRS | | | |
| PCS71-3 | | | | |
| | CLASS RATE: 50   AUTOMOTIVE METAL PARTS<br>3RD PARTY COLLECT<br>BILL: DELPHI S, 44025 SAGINAW MI c/o<br>DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: _6149_

ShipTime: _1220_

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>_____<br>(Signature of Consignor ) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges |
|---|---|---|---|---|---|

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weigh."
‡ Shipper's empivals in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

| | THIS SHIPMENT IS CORRECTLY DESCRIBED. |
|---|---|
| † The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification. | CORRECT WEIGHT IS _____ LBS. |

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per

_Fran Clark_ BAX
9/8/05  1220   TR# 6149
Agent, Per

Permanent post office address of shipper

1

IFO 184 - REV. DATE 2/8/98 REV. LVL; A

| | INVOICE NUMBER |
|---|---|
| | SID 064281 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

S  GMC1200
O  DELPHI SAGINAW
L
D  NAO DISBURSEMENTS
   INVOICELESS SUPERVISOR
   PONTIAC, MI 48343-6040
T
O

S  06
H  DELPHI S PLANT 6 COLUMNS
I
P  3900 EAST HOLLAND RD
   CISCO: 44026 SAP#: K906
   SAGINAW, MI 48601
T  United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/09/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/09/05 | 064281 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| | | | | DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|---|---|---|---|
| | | | | 09/09/05 | SID 64281 |
| | | | | | BILL OF LADING |
| | | | | | 64281 |

**S H I P**
GMACQ-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 4360040
PONTIAC, MI 483436040

**S H I P T O**
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

VENDOR NO.
067015273

SHIPPED VIA
CHIEFTON CONTRACT SVCS

TERMS
25TH PROX

| PURCHASE ORDER NO. | NO. OF PKGS | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG9010236 | 6 | 260038964 | | | |
| ACCUM. SHIPPED | GROSS WGT. | SWITCH MOUNTING BRACKET | | | |
| 1181.25 | 206 | PO# 23405 X 30 PCS BOX# | 750 | | |
| | | PRICE VARIANCE 12/05 | | | |
| | | DAILY MILK RUN 1:00 PM | | | |

TOTAL NO. OF PACKAGES
6 SC

TOTAL WEIGHT
206

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

HFO-22  REV. LVL. A  1/23/96

NUMERICAL FILE COPY



R<sup>e</sup>CEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | CHIEFTON CONTRACT SVCS CFCN | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |

**From**     **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**     **ROCHESTER, MICHIGAN 48307**     **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**     GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06         (Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 6   PCS71   CARTON | 64281 | 188   NET WT. | | |
| | | 18   TARE WT. | | |
| | | 206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ================ T O T A L S ================ | | | |
| | 188   TOT NET    18 TOT TAR    206   TOT GRS | | | |

PCS71-6

    CLASS RATE: 50   AUTOMOTIVE METAL PARTS
    3RD PARTY COLLECT
    BILL: DELPHI S, 44025 SAGINAW MI c/o
    DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1300*

*130493*

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ _____ | C.O.D. SHIPMENT<br><br>C.O.D. AMT. _____<br>Collection Fee $ _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the applicable regulations of the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| | | |
|---|---|---|
| THIS SHIPMENT IS CORRECTLY DESCRIBED. | | |
| CORRECT WEIGHT IS _____ LBS. | | |

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____       Agent, Per _____

Permanent post office address of shipper

1

IFO 184 - REV. DATE 2/6/88 REV. LVL; A