| | | INVOICE NUMBER |
|---|---|---|
| | REMIT TO: | SID 064283 |

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI  48307

```
S   GMC1200
O   DELPHI SAGINAW
L
D   NAO DISBURSEMENTS
    INVOICELESS SUPERVISOR
    PONTIAC, MI 48343-6040
T
O
```

```
S   23
H   DELPHI S PLANT 23 ATHENS
I   c/o INDIANAPOLIS DDC
P   ALVAN MOTOR FREIGHT
    1235 TERMINAL ROAD
    INDIANAPOLIS, IN 46247
T   United States
O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/09/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/09/05 | 064283 | ALVAN MOTOR FREIGHT | 22 | 16 | 18 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 1,200 | EA | .0535 | $64.20 |
| | | | | Subtotal | $64.20 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $64.20 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| INVOICE NO./ PACKING SLIP NO. | DATE | BILL OF LADING |
|---|---|---|
| SID  64283 | 09/09/05 | 64283 |

SUPPLIER NO.
067015273

| P.O. NO. 59 | ACCUM. SHIPPED | | | |
|---|---|---|---|---|

GMACS-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 48343-6040

| SHIPPED VIA ALVAN MOTOR FREIGHT | | | TERMS 25TH PROX |
|---|---|---|---|

S    005356878
H    DELPHI-S- 44123,ATHENS AL.
I    c/o INDIANAPOLIS DDC.
P    % ALVAN MOTOR FREIGHT
T    1235 TERMINAL RD.
O    INDIANAPOLIS, IN  46247

| PURCHASE ORDER NO. SAG90T0Z36 | NO. OF PKGS. 2 | GROSS WGT. 33 | PART NUMBER 078354482 | DESCRIPTION ·RETAINER, GREASE REV. 00 | QUANTITY SHIPPED 1,200 | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 452800 | | | | *LIST BELOW% SZ001DC% GOXSHE | | | |
| | | | | CALL ALVAN FOR PICK-UP 1-800-692-63+21 | | | |
| | | | | PRICE EFF. 1/1/05-12/31/05 | | | |

| 2-SC | TOTAL NO. OF PACKAGES → | 33 | TOTAL WEIGHT → |
|---|---|---|---|

HFD-02  REV. LVL A 1/23/96

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| | | | CARRIER'S NO.: |
|---|---|---|---|
| CARRIER | ALVAN MOTOR FREIGHT | ALVN | SHIPPER'S NO.: |

| From | **HAMLIN TOOL AND MACHINE COMPANY, INC.** |
|---|---|
| At | **ROCHESTER, MICHIGAN 48307**       D-U-N-S #057015273 |

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| Consigned to | DELPHI-S- 44123,ATHENS AL.<br>c/o INDIANAPOLIS DDC.<br>% ALVAN MOTOR FREIGHT<br><br>1235 TERMINAL RD.<br>INDIANAPOLIS, IN   46247 | (Mail or street address of consignee — For purposes of notification only.) |
|---|---|---|

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT SUBJECT TO CORRECTION | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|

```
        Supplier#          057015273     SID #

  2  PCS71  CARTON                64283      18   NET WT.
                                             15   TARE WT.
                                             33   GROSS WT.

        DELPHI-S- 44123,ATHENS AL.

=================== T O T A L S ===================
     18   TOT NET    15  TOT TAR   33   TOT GRS


PCS71-2
     CLASS RATE: 50  AUTOMOTIVE METAL PARTS
     3RD PARTY COLLECT
     DELPHI S., 44123, ATHENS, AL c/o DATA 2 LOGISTICS
     42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368



                              Trailer#:   48225
                              ShipTime:   3:45pm
```

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per_____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $_____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per_____<br>(The signature here acknowledges only the amount prepaid) | Received $_____ to apply in p_____ charges on the hereon.<br><br>Per_____<br>The signature he the amounts prep | ALVAN | SHIPMENT |

DT279363 1

|  | Loose PCS (A) | Skids (B) | PCS On Skids | Skids STC | TTL Handling Units (A+B) | SLC |
|---|---|---|---|---|---|---|
| Agent | | | | 2 | | |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
§ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding_____ per_____.

CORRECT WEIGHT IS _____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1871 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____  Agent, Per _____
9/9/05

Permanent post office address of shipper

1

IFO 164 - REV. DATE 2/8/98 REV. LVL; A

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
|---|
| SID 064309 |

S O L D T O
GMC1200
DELPHI SAGINAW

NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P T O
05
DELPHI S PLANT 5 FWD AXLES

3900 EAST HOLLAND RD.
CISCO: 44025 SAP#K905
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/13/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/13/05 | 064309 | ALVAN MOTOR FREIGHT | 204 | 24 | 180 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 12,000 | EA | .0535 | $642.00 |
| | | | | | $0.00 |

| | |
|---|---|
| Subtotal | $642.00 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $642.00 |
| Disc Available | $0.00 |
| Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO. PID 64309 |
| PACKING SLIP NO. | |
| DATE | 09/12/05 PID 64309 |
| BILL OF LADING | 64309 |

**SOLD TO:**
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

1200

**SHIP TO:**
S  003356878
H  DELPHI S PLANT 5 FWD AXLES
I  3900 HOLLAND RD.
P  CISCO: 44025 SAP#: K905
T  SAGINAW, MI 48601
O

| CUSTOMER NO. | PURCHASE ORDER NO. | SHIPPED VIA | TERMS |
|---|---|---|---|
| 057015273 | SAU901O256 | ALVAN MOTOR FREIGHT | 25TH PROX |

| ACCUM. SHIPPED | GROSS WGT. | NO. OF PKGS. | PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1044000 | 1.86 | 6 | 07834432 | 12.000 | | |
| | | | RETAINER, GREASE REV. 00 | | | |
| | | | LOT 7010. | | | |
| | | | CALL BLAIN FOR PICK UP 989-249-9936 | | | |
| | | | PRICE EFF. 1/1/05-12/31/05 | | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

| 6-SC | |
| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
| | 1.86 |

HFG 22  REV. LVL. A 1/23/96

NUMERICAL FILE COPY

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable.**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | ALVAN MOTOR FREIGHT | ALVN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

| From | **HAMLIN TOOL AND MACHINE COMPANY, INC.** | |
| At | **ROCHESTER, MICHIGAN 48307** | **D-U-N-S #057015273** |

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| Consigned to | DELPHI S PLANT 5 FWD AXLES | |
| | 3900 HOLLAND RD. | (Mail or street address of consignee — For purposes of notification only.) |
| | CISCO: 44025 SAP#: K905 | |
| | | |
| | SAGINAW, MI    48601 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#        057015273    SID # | | | |
| 6   PCS71   CARTON | | 64309        180    NET WT. | | |
| | | 6    TARE WT. | | |
| | | 186    GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ========== T O T A L S ========== | | | |
| | 180    TOT NET    6  TOT TAR    186    TOT GRS | | | |

PCS71-6

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

**ALVAN**

DT310620  3

| Loose PCS (A) | Skids (B) | PCS On Skids | Skids STC | TTL Handling Units (A+B) | SLC |
|---|---|---|---|---|---|
| | | | | | |

Trailer#: 53258 (1) SKID
ShipTime: 2 hrs 119
9-12-05

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | **C.O.D. SHIPMENT** |
| | | Agent or Cashier | Agent or Cashier | | C.O.D. AMT. _____ |
| | | Per _____ (The signature here acknowledges only the amount prepaid.) | Per _____ (The signature here acknowledges only the amounts prepaid.) | $ _____ | Collection Fee _____ |
| Per _____ (Signature of Consignor) | | | | | Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations oy the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's weights in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| THIS SHIPMENT IS CORRECTLY DESCRIBED. |
| CORRECT WEIGHT IS _____ LBS. |

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____          _____ Agent, Per _____

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/8/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064311 |

| S | GMC1200 |
|---|---|
| O | DELPHI SAGINAW |
| L | |
| D | NAO DISBURSEMENTS |
| | INVOICELESS SUPERVISOR |
| | PONTIAC, MI 48343-6040 |
| T | |
| O | |

| S | 06 |
|---|---|
| H | DELPHI S PLANT 6 COLUMNS |
| I | |
| P | 3900 EAST HOLLAND RD |
| | CISCO: 44026 SAP#: K906 |
| | SAGINAW, MI 48601 |
| T | United States |
| O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/12/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/12/05 | 064311 | CHIEFTON CONTRACT | 241 | 37 | 219 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90\0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 875 | EA | .994 | $869.75 |
| | | | | | $0.00 |

| | |
| --- | --- |
| Subtotal | $869.75 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $869.75 |
| Disc Available | $0.00 |
| Funds:  USD | |



Hamlin
Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| DATE | 6431.1 |
| 09/12/05 SID 6431.1 | |
| | BILL OF LADING |
| | 6431.1 |

S H I P   T O
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

SUPPLIER NO. 057015273

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 48343-6040

SHIPPED VIA: CHIEFTON CONTRACT SVCS

TERMS: 25TH PROX

| OUR NO. | PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. | GROSS WGT. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 64 | SAG901O236 | 119000 | 7 | 240 | 26038964 | SWITCH MOUNTING BRACKET | 875 | | |
| | | | | | | PIECES 875 PER BOX | | | |
| | | | | | | PRICE VALID 1/1/05 - 12/31/05 | | | |
| | | | | | | DAILY MILK RUN 1:00 PM | | | |

TOTAL NO. OF PACKAGES    7-SC

TOTAL WEIGHT    240

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFC-22 REV. LVL: A 1/23/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | CHIEFTON CONTRACT SVCS  CFCN | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |

**From**  **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**  **ROCHESTER, MICHIGAN 48307**  **D-U-N-S #057015273**

The property described below, so apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**  GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

(Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 7  PCS71  CARTON | | 64311    219  NET WT. | | |
| | | 21  TARE WT. | | |
| | | 240  GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |

============ T O T A L S ============

219  TOT NET    21  TOT TAR    240  TOT GRS

PCS71-7

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: _584907_
ShipTime: _1300_
_13179?_

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ ___ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ___
(The signature here acknowledges only the amount prepaid) | Received $ ___ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per ___
(The signature here acknowledges only the amounts prepaid.) | Charges advanced:

$ | C.O.D. SHIPMENT

C.O.D. AMT. ___
Collection Fee ___
Total Charges |

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    Agent, Per _____

Permanent post office address of shipper

FO 184 - REV. DATE 2/6/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064312 |

| S O L D T O | | S H I P T O | |
| --- | --- | --- | --- |
| GMC1200 | | 23 | |
| DELPHI SAGINAW | | DELPHI S PLANT 23 ATHENS | |
| | | c/o INDIANAPOLIS DDC | |
| NAO DISBURSEMENTS | | ALVAN MOTOR FREIGHT | |
| INVOICELESS SUPERVISOR | | 1235 TERMINAL ROAD | |
| PONTIAC, MI 48343-6040 | | INDIANAPOLIS, IN 46247 | |
| | | United States | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/12/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/12/05 | 064312 | ALVAN MOTOR FREIGHT | 132 | 36 | 108 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 7,200 | EA | .0535 | $385.20 |

| | |
| --- | --- |
| Subtotal | $385.20 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $385.20 |
| Disc Available | $0.00 |
| Funds:  USD | |



Hamlin
Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| DATE | BILL OF LADING |
| 09/12/05  $ID  64312 | 64312 |

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
0053356878
DELPHI-S. 44123, ATHENS AL.
c/o INDIANAPOLIS DDC,
% ALVAN MOTOR FREIGHT
1235 TERMINAL RD.
INDIANAPOLIS, IN 46247

SHIPPED VIA: ALVAN MOTOR FREIGHT

TERMS: 25TH PROX

| OUR NO. | PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS | GROSS WGT. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 159 | 4560000 | SA6970102236 | 12 | 372 | 078344482 | RETAINER, GREASE REV. 00 | 7200 | | |
| | | | | | | (0UROLOS PROGRAM USE: SQX4) | | | |
| | | | | | | CALL ALVAN FOR PICK UP 1-800-542-002 | | | |
| | | | | | | PRICE EFF. 1/1/05-12/31/05 | | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 12-SC | 372 |

FO-22 - REV LVL: A 1/29/96.

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| | | | CARRIER'S NO. | |
| CARRIER: | ALVAN MOTOR FREIGHT | ALVN | SHIPPER'S NO. | |

**From**    **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**    **ROCHESTER, MICHIGAN 48307**      **D-U-N-S #057015273**

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **Consigned to** | DELPHI-S- 44123,ATHENS AL. c/o INDIANAPOLIS DDC. % ALVAN MOTOR FREIGHT | (Mail or street address of consignee -- For purposes of notification only.) |

1235 TERMINAL RD.
INDIANAPOLIS, IN 46247

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 12 PCS71 | CARTON      64312 | 360 NET WT. 12 TARE WT. 372 GROSS WT. | | |
| | DELPHI-S- 44123,ATHENS AL. | | | |
| | ═══════════ T O T A L S ═══════════ | | | |
| | 360 TOT NET    12 TOT TAR    372 TOT GRS | | DT310621 2 | |
| PCS71-12 | | | | |
| | CLASS RATE: 50 AUTOMOTIVE METAL PARTS 3RD PARTY COLLECT DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS 42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368 | | | |

Trailer#: 53258 ( 1 ) 119

ShipTime: 0 mel

9-12-08

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Per _____ (Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier. Per _____ (The signature here acknowledges only the amounts prepaid.) | Charges advanced: $ | **C.O.D. SHIPMENT** C.O.D. AMT. _____ Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
§ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

| THIS SHIPMENT IS CORRECTLY DESCRIBED. |
| CORRECT WEIGHT IS _____ LBS. |

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____      Agent, Per _____

Permanent post office address of shipper

1

HFO 184 - REV. DATE 2/8/08 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
|---|
| SID 064329 |

S  GMC1200
O  DELPHI SAGINAW
L
D  NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040
T
O

S  05
H  DELPHI S PLANT 5 FWD AXLES
I
P  3900 EAST HOLLAND RD.
CISCO: 44025 SAP#K905
SAGINAW, MI 48601
T  United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/14/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/14/05 | 064329 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #05-7015273

| | DATE | |
|---|---|---|
| | 09/15/05 | |

| INVOICE NO./ PACKING SLIP NO. |
|---|
| STD  64329 |

| BILL OF LADING |
|---|
| 64329 |

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
005356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905
SAGINAW, MI 48601

SHIP VIA: BAX GLOBAL

TERMS: 25TH PROX

| OUR NO. L59 | PURCHASE ORDER NO. SAG90TU236 | "ACCUM. SHIPPED" 1050000 | NO. OF PKGS. 3 | GROSS WGT. 93 | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | 07354482 RETAINER, GREASE REV. 00 LOT 90105 50000 PCS/BOX CALL RUVAT FOR PICKUP PRICE EFF. 1/1/05-12/31/05 | .6000 | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

TOTAL NO. OF PACKAGES ➤ 3-SC

TOTAL WEIGHT ➤ 93

HFO-22  REV. LVL. A 1/23/96

NUMERICAL FILE COPY

**BAX GLOBAL**
440 EXCHANGE
IRVINE, CA 92602

AIRBILL NUMBER: 701 725 312

1-800-CALL-BAX
FOR INFORMATION ON THE BAX OFFICE NEAREST YOU

SERVICE REQUESTED
CALL YOUR LOCAL BAX STATION

GUARANTEED SERVICES
- Guaranteed First Arrival (EMR 1)
- Guaranteed Overnight (EMR 2)
- Guaranteed Airport-to-Airport (EMR 3)
- Guaranteed 2nd Day (EMR 2)

STANDARD SERVICES
- OVERNIGHT (NEXT BUSINESS DAY)
- SECOND DAY
- BAX SAVER
- NEXT FLIGHT AVAILABLE
- OTHER

**ORIGIN:** DTW
**DESTINATION:**

**FROM (YOUR NAME):** HAMLIN TOOL

**COMPANY:** HAMLIN TOOL & MACHINE

**SHIPPER'S REFERENCE NO.:** 14322 BI

**DEPT/FLOOR:**

**STREET ADDRESS:** 1673 HAMLIN RD

**CITY:** ROCHESTER   **STATE:** MI   **ZIP (REQUIRED):** 48307

**PHONE NO.:** 248-397-4582

**SHIPPER'S ACCOUNT NO.:**

**TO (CONSIGNEE NAME):**

**COMPANY:**

**CONSIGNEE'S REFERENCE NO.:**

**DEPT/FLOOR:**

**ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)**

**CITY:** SAGINAW   **STATE:** MI   **ZIP (REQUIRED):**

**PHONE NO.:**

### BILLING INFORMATION
- PREPAID (SHIPPER)
- COLLECT (CONSIGNEE)
- 3RD PARTY (ACCT. NO. REQ'D.)
- C.O.D.

**RATE QUOTE NUMBER**

ACCOUNT NO.: 14393 9513 1

COMPANY NAME:

### HANDLING INFORMATION (* SPECIAL RATE MAY APPLY)
- HOLD AT BAX
- DANGEROUS GOODS
- SATURDAY DELIVERY
- SPECIAL DELIVERY
- CONVENTION

**SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION**

| RMK 1 | | | | | | |
| RMK 2 | | | | | | |

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |

**DECLARED VALUE:** $

**RELEASE SIGNATURE X**

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

**SHIPPER / REPRESENTATIVE SIGNATURE/ SIGN NAME X**

**PRINT NAME X**

Shipper must sign this bill and produce the proper identification. One government-issued or photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

Driver Signature: K Garib
Print Name:
Pick Up Date: 1/15/05   Time:   Driver No.

**FOR BAX GLOBAL USE ONLY**

| | |
|---|---|
| OUTSIDE CARRIER | CHARGES ADVANCED $ |

PRO NUMBER

CARRIER NAME

**SHIPPER COPY**

Non-Negotiable Airbill
Conditions of Carriage On Reverse Side

QP 100 (04-04)

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**   **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**   **ROCHESTER, MICHIGAN 48307**   **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **Consigned to** | DELPHI S PLANT 5 FWD AXLES<br>3900 HOLLAND RD.<br>CISCO: 44025 SAP#: K905 | (Mail or street address of consignee — For purposes of notification only.) |

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#       057015273     SID # | | | |
| 3   PCS71   CARTON | 64329 | 90   NET WT.<br>3   TARE WT.<br>93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ======== T O T A L S ======== | | | |
| | 90   TOT NET     3   TOT TAR     93   TOT GRS | | | |

PCS71-3

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S. 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149
ShipTime: 9/13/05
4:05 p

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading must state whether it is "carrier's or shipper's weigh."

§ Shipper's weighs in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ Per _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| | THIS SHIPMENT IS CORRECTLY DESCRIBED. |
| | CORRECT WEIGHT IS _____ LBS. |

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____   _____ Agent, Per _____

Permanent post office address of shipper

IFO 104 - REV. DATE 2/6/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064330 |

S O L D — GMC1200
DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

T O

S H I P — 23
DELPHI S PLANT 23 ATHENS
c/o INDIANAPOLIS DDC
ALVAN MOTOR FREIGHT
1235 TERMINAL ROAD
INDIANAPOLIS, IN 46247
United States

T O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/14/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/14/05 | 064330 | ALVAN MOTOR FREIGHT | 77 | 26 | 63 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 4,200 | EA | .0535 | $224.70 |
| | | | | Subtotal | $224.70 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $224.70 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #05701273

| DATE | INVOICE NO./ PACKING SLIP NO. | BILL OF LADING |
|---|---|---|
| 09/13/05 | SID 64330 | 64330 |

SUPPLIER NO. 01273

SOLD TO:
GMACQ-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 48354356-040

SHIP TO: 005356878
DELPHI-S- 44125, ATHENS AL.
c/o INDIANAPOLIS DDC
% ALVAN MOTOR FREIGHT
1235 TERMINAL RD.
INDIANAPOLIS, IN 46247

SHIPPED VIA: ALVAN MOTOR FREIGHT

TERMS: 25TH PROX

| OUR NO. 59 | PURCHASE ORDER NO. SAG9431236 | NO. SHIPPED 464200 | NO. OF PKGS. 217 | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | 07834422 | 4200 | | |
| | | | | RETAINER, GREASE REV. 00 | | | |
| | | | | PRICE EFF. 1/1/05-12/31/05 | | | |

GROSS WGT. 217
1.200

| 7-SC | NO. OF PACKAGES | 217 TOTAL WEIGHT |
|---|---|---|

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

HFD-22   REV. LVL. A 1/23/96

NUMERICAL FILE COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | ALVAN MOTOR FREIGHT | ALVN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From** **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At** **ROCHESTER, MICHIGAN 48307** **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a railwater shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to** DELPHI-S- 44123,ATHENS AL.
c/o INDIANAPOLIS DDC.
% ALVAN MOTOR FREIGHT

(Mail or street address of consignee — For purposes of notification only.)

1235 TERMINAL RD.
INDIANAPOLIS, IN 46247

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273     SID # | | | |
| 7   PCS71 | CARTON                          64330 | 210   NET WT. | | |
| | | 7   TARE WT. | | |
| | | 217   GROSS WT. | | |
| | DELPHI-S- 44123,ATHENS AL. | | | |
| | ========== T O T A L S ========== | | | |
| | 210   TOT NET    7  TOT TAR    217   TOT GRS | | | |
| | PCS71-7 | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS | | | |
| | 42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368 | | | |

Trailer#: 48376

ShipTime: 1145 AM

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid".

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid)

Received $ to apply in charges on hereon.

Per _____
[The signatur the amounts

| | Loose/ PCS (A) | Skids (B) | PCS On Skids | Skids STC | TTL Handling Units (A+B) | BLC |
|---|---|---|---|---|---|---|
| At | 1 | | | 7 | | |

**DT279366 8**

D. SHIPMENT
MT.
n Foo
arges

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN**
**TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

Shipper, Per _____ Agent, Per _____
9/13/05

IFO 184 - REV. DATE 2/6/98 REV. LVL; A

1

**INVOICE NUMBER**

SID 064331

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

S  06    DELPHI S PLANT 6 COLUMNS
H
I  3900 EAST HOLLAND RD
P  CISCO: 44026 SAP#: K906
   SAGINAW, MI 48601
T  United States
O

S  GMC1200
O  DELPHI SAGINAW
L
D  NAO DISBURSEMENTS
   INVOICELESS SUPERVISOR
   PONTIAC, MI 48343-6040

T
O

| SUPPLIER CODE | TERMS | F.O.B. ROCHESTER, MI | INVOICE DATE 09/14/05 | | |
|---|---|---|---|---|---|
| 057015273 | 2nd day 2nd month | GROSS | TARE | NET | |
| SHIP DATE | SHIPPER NO. | SHIPPED VIA | 241 | 37 | 219 |
| 09/14/05 | 064331 | CHIEFTON CONTRACT | | | |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | | 875 | EA | .994 | $869.75 |
| | 26038964 | | | | $0.00 |
| | SWITCH MOUNTING BRACKET | | | | |
| | INTERNAL #: 8964 | | | Subtotal | $869.75 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $869.75 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| 09/13/05 | $ID 64331 |
| | BILL OF LADING |
| | 64331 |

SOLD TO
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO
005356878
GM SAGINAW DIVISION
5900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

| SHIPPED VIA | | |
|---|---|---|
| CHIEFTON CONTRACT SVCS | | TERMS |
| | | 25TH PROX |

| PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG9010236 | | DESCRIPTION | | | |
| 1119875 | | 26036964 | | | |
| | | SWITCH MOUNTING BRACKET | 875 | | |
| | | PRICE VALID 7-25-05 THRU 8-31-05 | | | |
| | | DAILY MILK RUN 1:00 PM | | | |

ACCUM. SHIPPED

GROSS WGT.
7

NO. OF PKGS.
240

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

TOTAL NO. OF PACKAGES
7—SC

TOTAL WEIGHT
240

NUMERICAL FILE COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

CARRIER'S NO.:
SHIPPER'S NO.:

CARRIER    CHIEFTON CONTRACT SVCS    CFCN

from    **HAMLIN TOOL AND MACHINE COMPANY, INC.**

t    **ROCHESTER, MICHIGAN 48307**    D-U-N-S #057015273

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

onsigned to    GM SAGINAW DIVISION    (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD
PLANT 06

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#        057015273      SID # | | | |
| 7  PCS71 | CARTON                          64331 | 219    NET WT. | | |
| | | 21    TARE WT. | | |
| | | 240    GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | = = = = = = = = T O T A L S = = = = = = = = = = | | | |
| | 219   TOT NET     21   TOT TAR    240   TOT GRS | | | |

PCS71-7

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1300*

*131891*

| | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ ___ to apply in prepayment of the charges on the property described hereon. | Received $ ___ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | C.O.D. SHIPMENT |
|---|---|---|---|---|---|
| ubject to Section 7 of conditions of icable bill of lading, if this shipment to be delivered to the consignee out recourse on the consignor, the signor shall sign the following ement. ne carrier shall not make delivery of shipment without payment of freight all other lawful charges | | | | | C.O.D. AMT. ___ |
| | | Agent or Cashier | Agent or Cashier | | Collection Fee ___ |
| (Signature of Consignor) | | Per ___ (The signature here acknowledges only the amount prepaid) | Per ___ (The signature here acknowledges only the amounts prepaid) | $ ___ | Total Charges ___ |

his is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation cording to regulations by the Interstate Commerce Commission.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
TE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___ per ___

CORRECT WEIGHT IS ___ LBS.

he fibre boxes used for this shipment conform to the specifications set forth in the box maker's tificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN
OL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per ___

Agent, Per ___

Permanent post office address of shipper

164 - REV. DATE 2/8/88 REV. LVL; A

1

| INVOICE NUMBER |
|---|
| SID 064347 |

**REMIT TO:**
Hamlin Tool & Machine Company
1671 East Hamlin Rd

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

Rochester, MI  48307

| S O L D T O | GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | S H I P T O | 06<br>DELPHI S PLANT 6 COLUMNS<br><br>3900 EAST HOLLAND RD<br>CISCO: 44026 SAP#: K906<br>SAGINAW, MI 48601<br>United States |
|---|---|---|---|

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/14/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/14/05 | 064347 | CHIEFTON CONTRACT | 129 | 19 | 125 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG9010236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 500 | EA | .994 | $497.00 |
| | | | | | $0.00 |
| | | | Subtotal | | $497.00 |
| | | | Sales Tax | | $0.00 |
| | | | Freight Charges | | $0.00 |
| | | | Invoice Total | | $497.00 |
| | | | Disc Available | | $0.00 |
| | | | Funds:  USD | | |



# Hamlin
## Tool and Machine Company, Inc.
### Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| DATE | 64347 |
| 09/14/05 | SID 64347 |
| BILL OF LADING | 64347 |

**S H I P T O**
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
P.O. BOX 456040
PONTIAC, MI 483456040

DUNS #057015273

| SHIPPED VIA CHIEFTON CONTRACT SVCS | PURCHASE ORDER NO. | NO. OF PKGS. | GROSS WGT. | | TERMS 25TH PROX. | | |
|---|---|---|---|---|---|---|---|
| REQUIN NO. 27654 | | | | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| QUAN. SHIPPED SR029010256 | 120375 | 4 | 137 | 260038964 SWITCH MOUNTING BRACKET LOT 25400 500 PCS/BOX PRICE VALID 7/1/05 - 6/31/06 DAILY MILK RUN 1:00 PM | 500 | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

4-SC          137

TOTAL NO. OF PACKAGES          TOTAL WEIGHT

HFB-22   REV. LVL A   1/23/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER: | CHIEFTON CONTRACT SVCS | CFCN | | CARRIER'S NO.: |
| | | | | SHIPPER'S NO.: |

**from** HAMLIN TOOL AND MACHINE COMPANY, INC.

**at** ROCHESTER, MICHIGAN 48307    D-U-N-S #057015273

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to** GM SAGINAW DIVISION    (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD
PLANT 06

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
| --- | --- | --- | --- | --- |
| | Supplier#       057015273     SID # | | | |
| 4  PCS71  CARTON | 64347 | 125   NET WT. | | |
| | | 12   TARE WT. | | |
| | | 137   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ========================= T O T A L S ========================= | | | |
| | 125   TOT NET     12  TOT TAR     137  TOT GRS | | | |

PCS71-4

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1300*

*131981*

| Subject to Section 7 of conditions of this bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amounts prepaid.) | Charges advanced:

$ | C.O.D. SHIPMENT

C.O.D. AMT. _____
Collection Fee _____
Total Charges _____ |

† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
**Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

Fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
AND MACHINE COMPANY, INC.
1871 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

Shipper, Per _____    Agent, Per _____

- REV. DATE 2/8/96 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064348 |

| | |
| --- | --- |
| S O L D T O | GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 |
| S H I P T O | 05<br>DELPHI S PLANT 5 FWD AXLES<br><br>3900 EAST HOLLAND RD.<br>CISCO: 44025 SAP#K905<br>SAGINAW, MI 48601<br>United States |

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | | ROCHESTER, MI | 09/14/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/14/05 | 064348 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UOM | UNIT<br>PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90/0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | Subtotal | | $321.00 |
| | | | Sales Tax | | $0.00 |
| | | | Freight Charges | | $0.00 |
| | | | Invoice Total | | $321.00 |
| | | | Disc Available | | $0.00 |
| | | | Funds:  USD | | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

167 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| INVOICE NO./ PACKING SLIP NO. | BILL OF LADING |
|---|---|
| 64348 | 64348 |

DATE: 09/14/05    SID 64348

**DUNS #067015273**

1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

S  005356878
H  DELPHI S PLANT 5 FWD AXLES
I  3900 HOLLAND RD.
P  CISCO: 44025 SAP#: K905
   SAGINAW, MI 48601
T
O

SHIPPED VIA: BAX GLOBAL

TERMS: 25TH PROX

| PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SAG9010236 1056.000 | | 3  93 | 0783342482 RETAINER, GREASE REV. 00 LOT:SO103 COOD CAST BOX# CALL NIVON FOR PICK UP 1 800714-2253 PRICE EFF. 1/1/05-12/31/05 | 6000 | | |

REMAR NO. 59

**SHIPPED FROM** 067015273

TOTAL NO. OF PACKAGES: 3-SC    93

TOTAL WEIGHT: 93

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

AMERICAN FLAG BOX

**BAX GLOBAL**
440 EXCHANGE
IRVINE, CA 92602

DATE 3/14/05

AIRBILL NUMBER  701 725 415

AIRBILL NUMBER  701 725 415

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

**SHIPPER'S REFERENCE NO.** 641304

FROM YOUR NAME
Paul W. Brehm

COMPANY NAME
HAMLIN TOOL & MACHINE

STREET ADDRESS
1673 HAMLIN RD.

CITY
ROCHESTER

STATE MI

ZIP (REQUIRED) 48307

SHIPPER'S ACCOUNT NO. 25439795P

PHONE NO.

DEPT./FLOOR

**BILLING INFORMATION**
- PREPAID (SHIPPER)
- COLLECT (CONSIGNEE)
- 3rd PARTY (ACCT. NO. REQ'D)
  3 3 9 9 3 3 1

RATE QUOTE NUMBER

**HANDLING INFORMATION** (if SPECIAL RATE MAY APPLY)
- HOLD AT BAX
- DANGEROUS GOODS
- SATURDAY DELIVERY
- SPECIAL DELIVERY

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION

RELEASE SIGNATURE X

DECLARED VALUE $

**TO (CONSIGNEE NAME)** VERPAS SPAN

ACCOUNT STREET ADDRESS BAX CANNOT DELIVER TO A P.O. BOX
4650 44025 Sonc
3900 medina RD

CITY SAGINAW

STATE MI   ZIP (REQUIRED) 47601

PHONE NO. 12905

**CONSIGNEE'S REFERENCE NO.**

NO. OF PCS.   WEIGHT   LENGTH   WIDTH   HEIGHT

TOTAL PCS   TOTAL WT   REWEIGH

**RECEIVED BY BAX AT**
- SHIPPER'S DOOR
- BAX TERMINAL

- OUTSIDE CARRIER
- BAX TERMINAL

**SERVICE REQUESTED**
GUARANTEED SERVICES
- Guaranteed First Arrival (EMR 1)
- Guaranteed Overnight (EMR 2)
- Guaranteed Airport-to-Airport (EMR 3)
- Guaranteed 2nd Day (EMR 2)

STANDARD SERVICES
- OVERNIGHT (NEXT BUSINESS DAY)
- SECOND DAY
- BAX SAVER
- NEXT FLIGHT AVAILABLE
- OTHER

**FOR BAX GLOBAL USE ONLY**

CHARGES ADVANCED $   PRO NUMBER   CARRIER NAME

1st personal ID reviewed:
2nd personal ID reviewed:

**RECEIVED BY BAX GLOBAL DRIVER/AGENT**

SHIPPER / REPRESENTATIVE SIGNATURE/SIGN NAME X

PRINT NAME X

SIGNS SAID TO CONTAIN

D- Signature:

Pro- Name: REBECK

Print Name:

Pick Up Date: 3/14/05   Time:

Driver No.

**SHIPPER COPY**

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

## HAMLIN TOOL AND MACHINE COMPANY, INC.

### ROCHESTER, MICHIGAN 48307          D-U-N-S #057015273

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**   DELPHI S PLANT 5 FWD AXLES        (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273    SID # | | | |
| 3   PCS71   CARTON | | 64348      90   NET WT. | | |
| | | 3   TARE WT. | | |
| | | 93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |

========================= T O T A L S =========================
90    TOT NET      3   TOT TAR     93   TOT GRS

PCS71-3

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149
ShipTime: 9/14/05
R. GREIG
4.5

| | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | C.O.D. SHIPMENT |
|---|---|---|---|---|---|
| ...ect to Section 7 of conditions of ...ble bill of lading. If this shipment ...e delivered to the consignee ...t recourse on the consignor, the ...ner shall sign the following ...gnor: The carrier shall not make delivery of ...pment without payment of freight ...other lawful charges | | Agent or Cashier | Agent or Cashier | | C.O.D. AMT. _____ |
| | | Per _____ (The signature here acknowledges only the amount prepaid.) | Per _____ (The signature here acknowledges only the amounts prepaid.) | $ _____ | Collection Fee _____ Total Charges _____ |
| _____ Signature of Consignor.) | | | | | |

†... to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation ...ing to regulations by the Interstate Commerce Commission
... shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
...er's segments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
...Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property
...ered or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
...fibre boxes used for this shipment conform to the specifications set forth in the box maker's
...cate thereon, and all other requirements of Consolidated Freight Classification.

| THIS SHIPMENT IS CORRECTLY DESCRIBED. |
| CORRECT WEIGHT IS _____ LBS. |

HAMLIN
... AND MACHINE COMPANY, INC.        Shipper, Per _____        _____ Agent, Per _____
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper _____

1

...4 - REV. DATE 2/6/00 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
|---|
| SID 064357 |

| S | GMC1200 |
|---|---|
| O | DELPHI SAGINAW |
| L | |
| D | NAO DISBURSEMENTS |
| | INVOICELESS SUPERVISOR |
| | PONTIAC, MI 48343-6040 |
| T | |
| O | |

| S | 05 |
|---|---|
| H | DELPHI S PLANT 5 FWD AXLES |
| I | |
| P | 3900 EAST HOLLAND RD. |
| | CISCO:: 44025 SAP#K905 |
| | SAGINAW, MI 48601 |
| T | United States |
| O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/16/05 |

| SHIP DATE | SHIPPER NO | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/16/05 | 064357 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG9010236 | 07834482 | 6,000 | EA | .0535 | $321.00 |
| | RETAINER, GREASE | | | | |
| | INTERNAL #: 1159 | | | | |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| DATE | 64357 |
| 09/15/05 | SID 64357 |
| | BILL OF LADING |
| | 64357 |

**SOLD TO:**
GMAOG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

**SHIP TO:**
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905
SAGINAW, MI 48601

005356878

| APPLIED P.O. | OUR NO. | PURCHASE ORDER NO. | SHIPPED VIA | | |
|---|---|---|---|---|---|
| 057015273 | 1159 | SAG9010236 | BAX GLOBAL | | 1200 |

| ACCUM. SHIPPED | NO. OF PKGS. | | |
|---|---|---|---|
| 1062000 | 3 | | |

| | GROSS WGT. | |
|---|---|---|
| | 93 | |

**TERMS:** 25TH PROX

| PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 07834482 | RETAINER, GREASE REV. 00 | 6000 | | |
| | LOT 291709, 69500 PCS IN 291709 | | | |
| | CALL ALAMIN FOR PICK UP 1-800-... | | | |
| | PRICE EFF. 1/1/05-12/31/05 | | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

**TOTAL NO. OF PACKAGES** ► 3~SC

**TOTAL WEIGHT** ► 93

**BAX GLOBAL**
440 EXCHANGE
IRVINE, CA 92602

**1-800-CALL-BAX**
FOR INFORMATION ON THE
BAX OFFICE NEAREST YOU

SHIPPER'S REFERENCE NO.
C4BIS7

ORIGIN: IDTW
DESTINATION:

COMPANY NAME:
HAMLIN TOOL & MACHINE

ACCURATE STREET ADDRESS:
12671 HAMLIN RD.

CITY: ROCHESTER
STATE: MI
ZIP REQUIRED: 48307

SHIPPER'S ACCOUNT NO.: 299347452-1

AIRBILL NUMBER: 701 725 430

**BILLING INFORMATION**
PREPAID (SHIPPER)
COLLECT (CONSIGNEE)
3RD PARTY (ACCT. NO. REQD)

139 75 131

RATE QUOTE NUMBER

TOTAL POS.
C.O.D.

**HANDLING INFORMATION**
HOLD AT BAX
DANGEROUS GOODS
SATURDAY DELIVERY
SPECIAL DELIVERY
CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION

RELEASE SIGNATURE X

DECLARED VALUE

NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION

TO CONSIGNEE NAME:
CISCO

COMPANY: 
ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)

CITY:
STATE: MO
ZIP REQUIRED:

AIRBILL NUMBER: 701 725 430

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

**FOR BAX GLOBAL USE ONLY**
CHARGES ADVANCED
PRO NUMBER

**GUARANTEED SERVICES**
CALL YOUR LOCAL BAX STATION
Guaranteed First Arrival (EMR 1)
Guaranteed Overnight (EMR 2)
Guaranteed Airport-to-Airport (EMR 3)
Guaranteed 2nd Day (EBA D)

**STANDARD SERVICES**
OVERNIGHT (NEXT BUSINESS DAY)
SECOND DAY
BAX SAVER
NEXT FLIGHT AVAILABLE
OTHER

**SHIPPER COPY**

STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

CARRIER: | BAX GLOBAL                    BAXG

CARRIER'S NO.:
SHIPPER'S NO.:

From | **HAMLIN TOOL AND MACHINE COMPANY, INC.**

## ROCHESTER, MICHIGAN 48307

**D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to | DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

(Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI    48601

| . PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#           057015273      SID # | | | |
| 3   PCS71   CARTON | 64357 | 90   NET WT. | | |
| | | 3   TARE WT. | | |
| | | 93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ========== T O T A L S ========== | | | |
| | 90   TOT NET      3   TOT TAR      93   TOT GRS | | | |

PCS71-3

    CLASS RATE: 50   AUTOMOTIVE METAL PARTS
    3RD PARTY COLLECT
    BILL: DELPHI S, 44025 SAGINAW MI c/o
    DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: _____

ShipTime: _____

| ...ct to Section 7 of conditions of ...e bill of lading, if this shipment ...delivered to the consignee ...ecourse on the and the consignee, the ...er shall sign the following ...n: | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | **C.O.D. SHIPMENT** |
|---|---|---|---|---|---|
| ...rier shall not make delivery of ...ment without payment of freight ...ther lawful charges | | Agent or Cashier. | Agent or Cashier. | | C.O.D. AMT. _____ |
| ...Signature of Consignor.) | | Per _____ (The signature here acknowledges only the amount prepaid) | Per _____ (The signature here acknowledges only the amounts prepaid.) | $ _____ | Collection Fee _____ Total Charges |

| ...to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation ...g to regulations of the Interstate Commerce Commission ...hipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." ...r's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission ...Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. ...or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per | THIS SHIPMENT IS CORRECTLY DESCRIBED. |
|---|---|
| ...bre boxes used for this shipment conform to the specifications set forth in the box maker's ...ate thereon, and all other requirements of Consolidated Freight Classification. | CORRECT WEIGHT IS _____ LBS. |

**HAMLIN**
AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    Agent, Per _____

Permanent post office address of shipper

1

- REV. DATE 2/8/08 REV. LVL; A

REMIT TO:

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
|---|
| SID 064358 |

| | |
|---|---|
| S | GMC1200 |
| O | DELPHI SAGINAW |
| L | |
| D | NAO DISBURSEMENTS |
| | INVOICELESS SUPERVISOR |
| | PONTIAC, MI 48343-6040 |
| T | |
| O | |

| | |
|---|---|
| S | 06 |
| H | DELPHI S PLANT 6 COLUMNS |
| I | |
| P | 3900 EAST HOLLAND RD |
| | CISCO: 44026 SAP#: K906 |
| | SAGINAW, MI 48601 |
| T | United States |
| O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/15/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/15/05 | 064358 | CHIEFTON CONTRACT | 241 | 37 | 219 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964 | 875 | EA | .994 | $869.75 |
| | SWITCH MOUNTING BRACKET | | | | |
| | INTERNAL #: 8964 | | | | |
| | | | | | $0.00 |
| | | | | Subtotal | $869.75 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $869.75 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
### Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #05/7015273

| | INVOICE NO./ PACKING SLIP No. |
|---|---|
| DATE: 09/15/05 | SID 64358 |
| | BILL OF LADING 64358 |

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

1200

S H I P   T O
S  005356878
H  GM SAGINAW DIVISION
I  3900 HOLLAND RD
P  PLANT 06
T  SAGINAW, MI 48601
O

SHIPPED VIA: CHIEFTON CONTRACT SVCS

TERMS: 25TH PROX

| PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SAG901D236 | 121250 | 240 | 26038964 SWITCH MOUNTING BRACKET FOR 23075 PCS BOXN PRICE VALID 1/05-12/31/05 DAILY MILK RUN 1:00 PM | 875 | | |

DUNS #05/7015273

CUST No. 05/7015273

7.-SC    TOTAL NO. OF PACKAGES    240    TOTAL WEIGHT

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

CARRIER'S NO.:

CHIEFTON CONTRACT SVCS    CFCN

SHIPPER'S NO.:

## HAMLIN TOOL AND MACHINE COMPANY, INC.

### ROCHESTER, MICHIGAN 48307    D-U-N-S #057015273

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to    GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

(Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI  48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273      SID # | | | |
| 7  PCS71 | CARTON                          64358 | 219  NET WT. | | |
| | | 21  TARE WT. | | |
| | | 240  GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ================ T O T A L S ================ | | | |
| | 219   TOT NET     21  TOT TAR     240  TOT GRS | | | |

PCS71-7

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: S84907

ShipTime: 1300

131072

| | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | C.O.D. SHIPMENT |
|---|---|---|---|---|---|
| ...ct to Section 7 of conditions or ...the bill of lading. if this shipment ...between the consignor ...recourse on the consignor, the ...or  shall  sign  the  following ...nt: ...arrier shall not make delivery of ...ment without payment of freight ...other lawful charges | | Agent or Cashier. | Agent or Cashier. | | C.O.D. AMT. _____ |
| _____ Signature of Consignor ) | | Per _____ (The signature here acknowledges only the amount prepaid) | Per _____ (The signature here acknowledges only the amounts prepaid) | $ _____ | Collection Fee _____ |
| | | | | | Total Charges _____ |

...e to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation
...ng to regulations by the Interstate Commerce Commission
...shipment requires between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
...r's imprints in lieu of stamp, not a part of bill of Lading approved by the Interstate Commerce Commission
Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
...ed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
...fibre boxes used for this shipment conform to the specifications set forth in the box maker's
...ate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
...AND MACHINE COMPANY, INC.
    1671 EAST HAMLIN ROAD
    ROCHESTER, MICHIGAN 48307

Shipper, Per _____

Agent, Per _____

Permanent post office address of shipper

1

...4 - REV. DATE 2/6/88 REV. LVL; A

| | | INVOICE NUMBER |
|---|---|---|
| | | SID 064378 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

S O L D T O
GMC1200
DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P T O
05
DELPHI S PLANT 5 FWD AXLES
3900 EAST HOLLAND RD.
CISCO: 44025 SAP#K905
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/16/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/16/05 | 064378 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| INVOICE NO./ PACKING SLIP NO. | DATE | BILL OF LADING |
|---|---|---|
| SID 64378 | 09/16/05 | 64378 |

S DELPHI S PLANT 5 FWD AXLES
H 3900 HOLLAND RD.
P CISCO: 44025 SAP#:
T SAGINAW, MI 48601 K905
O
005356878

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040
1200

SUPPLIER NO. 057015273

| PURCHASE ORDER NO. | ACCUM SHIPPED | NO. OF PKGS GROSS WGT. | SHIPPED VIA | TERMS |
|---|---|---|---|---|
| SAG9010256 | 1062000 | 3   93 | BAX GLOBAL | 25TH PROX |

| PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 07834482 RETAINER, GREASE REV. 00 LOT PRICE SG302 PER PIECE-BOX CALL ALT MGR FOR PICK UP $1000/000... PRICE EFF. 1/1/05-12/31/05 | 6000 | 00 | |



We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

3"-SC
059

TOTAL NO. OF PACKAGES    TOTAL WEIGHT
93

HF0-22   REV LVL A 1/23/96

# BAX GLOBAL

440 EXCHANGE
IRVINE, CA 92602

AIRBILL NUMBER 701 725 426

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

SHIPPER'S REFERENCE NO.

ORIGIN: DTW    DESTINATION:

**FROM (YOUR NAME)**
HAMLIN TOOL & MACHINE

STREET ADDRESS
1471 HAMLIN RD

CITY: ROCHESTER   STATE: MI   ZIP REQUIRED: 48307

SHIPPER'S ACCOUNT NO.

PHONE NO.

**TO (CONSIGNEE NAME)**
DELPHI SAGINAW

COMPANY

ACCOUNT/STREET ADDRESS
3700 Holland

CITY: Saginaw   STATE: MI   ZIP REQUIRED: 48601

## BILLING INFORMATION
- [ ] PREPAID (SHIPPER)
- [ ] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY

RATE QUOTE NUMBER

## HANDLING INFORMATION (IF SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION

DECLARED VALUE $

NO. OF PCS    WEIGHT    LENGTH    WIDTH    HEIGHT

## GUARANTEED SERVICES
- [ ] Guaranteed Airport-to-Airport (EXA 1)
- [ ] Guaranteed First Arrival (EXR 1)
- [ ] Guaranteed Overnight (EXR 2)

## STANDARD SERVICES
- [ ] OVERNIGHT/NEXT BUSINESS DAY
- [ ] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

RECEIVED BY BAX GLOBAL DRIVER / AGENT

Driver Signature: R. Gregg
Pick Up Date: 3/16/05   Time: 1425
Driver No.

SHIPPER / REPRESENTATIVE SIGNATURE—SIGN NAME X

PRINT NAME X

RECEIVED BY BAX
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL
- [ ] OUTSIDE CARRIER

FOR BAX GLOBAL USE ONLY

**SHIPPER COPY**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| | | | |
|---|---|---|---|
| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**     **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**     **ROCHESTER, MICHIGAN 48307**     **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**     DELPHI S PLANT 5 FWD AXLES     (Mail or street address of consignee -- For purposes of notification only.)
                       3900 HOLLAND RD.
                       CISCO: 44025 SAP#: K905

                       SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#        057015273     SID # | | | |
| 3   PCS71   CARTON | 64378 | 90   NET WT. | | |
| | | 3   TARE WT. | | |
| | | 93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ===== T O T A L S ===== | | | |
| | 90   TOT NET     3   TOT TAR     93   TOT GRS | | | |
| PCS71-3 | | | | |
| | CLASS RATE: 50   AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: 6149

ShipTime: 9/16/05

Rob Greg

| | | | | | | |
|---|---|---|---|---|---|---|
| Subject to Section 7 of conditions of applicable Bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br><br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ | |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission

∗ If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

§ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1871 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____        _____ Agent, Per _____

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/6/98 REV. LVL: A

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI  48307

INVOICE NUMBER

SID 064379

| S O L D T O | GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | S H I P T O | 06<br>DELPHI S PLANT 6 COLUMNS<br><br>3900 EAST HOLLAND RD<br>CISCO: 44026 SAP#: K906<br>SAGINAW, MI 48601<br>United States |
|---|---|---|---|

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|
| 057015273 | 2nd day 2nd month | | ROCHESTER, MI | 09/16/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/16/05 | 064379 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:   USD | |



## Hamlin
### Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #05/7015273

**INVOICE NO./PACKING SLIP NO.** 64379

**BILL OF LADING** 64379

**DATE** 09/16/05   **SID** 64379

| | |
|---|---|
| **SUPPLIER NO.** 05/7015273 | |
| 1200 | |
| GMACG-DELPHI SAGINAW | S: GM SAGINAW DIVISION |
| NAO DISBURSEMETS | H: GM SAGINAW DIVISION |
| INVOICELESS SUPERVISOR | P: 3900 HOLLAND RD |
| P.O. BOX 436040 | PLANT 06 |
| PONTIAC, MI 483436040 | SAGINAW, MI 48601 |
| | O: |
| | T: |

005356878

**SHIPPED VIA** CHIEFTON CONTRACT SVCS

**TERMS** 25TH PROX

| PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| **P.O. NO.** SAG5010236<br>**ACCUM. SHIPPED** 122000 | 6<br>**GROSS WGT.** 206 | 26038964 SWITCH MOUNTING BRACKET<br>LOT#23405 PO#SAG5010236<br>BRIDGE VOL 15 11/05-12/31/05<br>DAILY MILK RUN 1:00 PM | 750 | | |

**TOTAL NO. OF PACKAGES** 6 — SC

**TOTAL WEIGHT** 206

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFG-22   REV. IVICA: 1/23/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| | | | CARRIER'S NO.: |
|---|---|---|---|
| CARRIER: | | | SHIPPER'S NO.: |
| | CHIEFTON CONTRACT SVCS | CFCN | |

**From**  **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**  **ROCHESTER, MICHIGAN 48307**  **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**  GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

(Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI  48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#  057015273  SID # | | | |
| 6  PCS71  CARTON | | 64379 | | |
| | | 188  NET WT. | | |
| | | 18  TARE WT. | | |
| | | 206  GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ========= T O T A L S ========= | | | |
| | 188  TOT NET  18  TOT TAR  206  TOT GRS | | | |

PCS71-6

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *S84907*

ShipTime: *1300*

*133159*

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ | C.O.D. SHIPMENT<br><br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
‡ If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"
‡ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

| THIS SHIPMENT IS CORRECTLY DESCRIBED. |
|---|
| CORRECT WEIGHT IS _____ LBS. |

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1871 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____       Agent, Per _____

Permanent post office address of shipper

1

IFO 184 - REV. DATE 2/6/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064398 |

| S O L D   T O | S H I P   T O |
| --- | --- |
| GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | 05<br>DELPHI S PLANT 5 FWD AXLES<br><br>3900 EAST HOLLAND RD.<br>CISCO: 44025 SAP#K905<br>SAGINAW, MI 48601<br>United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/19/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/19/05 | 064398 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | DATE | INVOICE NO./PACKING SLIP NO. |
|---|---|---|
| | 09/19/05 | $ID 64598 |
| | | BILL OF LADING |
| | | 64598 |

SUPPLIER 057015273

SOLD TO
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO
0053356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905
SAGINAW, MI 48601

| PURCHASE ORDER NO. | ACCOUNT SHIPPED | SHIPPED VIA | NO. OF PKGS. | GROSS WGT. | TERMS |
|---|---|---|---|---|---|
| SAP9010236 | 1074000 | BAX GLOBAL | 93 | 93 | 25TH PROX |

| LINE NO. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | 07834482 RETAINER, GREASE REV. 00 | 6000 | | |
| | PRICE EFF. 1/1/05-12/31/05 | | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

| 3-SC | | | |
|---|---|---|---|
| TOTAL NO. OF PACKAGES | 93 | | |
| TOTAL WEIGHT | | | |

HFO-22    REV. LVL. A 1/23/96

**BAX GLOBAL**
440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION ON THE
BAX OFFICE NEAREST YOU

AIRBILL NUMBER: 701 725 323

DATE: 6/19/06
ORIGIN: DTW
DESTINATION:

SHIPPER'S REFERENCE NO.

SHIPPER (FROM/YOUR NAME): HAMLIN TOOL & MACHINE
FROM ADDRESS: 2671 HAMLIN RD.
CITY: ROCHESTER
STATE: MI
ZIP: 48309
SHIPPER'S ACCOUNT NO.

CONSIGNEE (TO/COMPANY NAME): DELPHI STEERING SAGINAW
CITY: SAGINAW
STATE: MI

**BILLING INFORMATION**
- PREPAID (SHIPPER)
- COLLECT (CONSIGNEE)
- 3RD PARTY

RATE QUOTE NUMBER

**HANDLING INFORMATION**
- HOLD AT BAX
- DANGEROUS GOODS
- SATURDAY DELIVERY
- SPECIAL DELIVERY
- CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION

NO. OF PCS: 1
TOTAL WT:

DECLARED VALUE $

**FOR BAX GLOBAL USE ONLY**

**GUARANTEED SERVICES**
- Guaranteed First-Arrival (EMR 1)
- Guaranteed Overnight (EMR 2)
- Guaranteed Airport-to-Airport (EMR 3)

**STANDARD SERVICES**
- OVERNIGHT (NEXT BUSINESS DAY)
- SECOND DAY
- BAX SAVER
- NEXT FLIGHT AVAILABLE
- OTHER:

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X

RECEIVED BY BAX GLOBAL DRIVER / AGENT

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE

SHIPPER COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| | | CARRIER'S NO.: |
|---|---|---|
| CARRIER: | BAX GLOBAL          BAXG | SHIPPER'S NO.: |

**From**   **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**            **ROCHESTER, MICHIGAN 48307**            **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry in its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905          (Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273      SID # | | | |
| 3   PCS71  CARTON | 64398 | 90   NET WT. | | |
| | | 3   TARE WT. | | |
| | | 93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ═════════════ T O T A L S ═════════════ | | | |
| | 90   TOT NET      3  TOT TAR    93  TOT GRS | | | |
| PCS71-3 | | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: 6149

ShipTime: 9·19·05

R. GREG

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____
(The signature here acknowledges only the amounts prepaid.) | Charges advanced:

$ _____ | C.O.D. SHIPMENT

C.O.D. AMT. _____

Collection Fee _____

Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
* Shipper's express in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____          Agent, Per _____

Permanent post office address of shipper

1

IFO 104 - REV. DATE 2/6/00 REV. LVL: A

**INVOICE NUMBER**
SID 064399

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| S O L D T O | GMC1200 DELPHI SAGINAW NAO DISBURSEMENTS INVOICELESS SUPERVISOR PONTIAC, MI 48343-6040 | S H I P T O | 06 DELPHI S PLANT 6 COLUMNS 3900 EAST HOLLAND RD CISCO: 44026 SAP#: K906 SAGINAW, MI 48601 United States |
|---|---|---|---|

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/19/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/19/05 | 064399 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



**Hamlin**
Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

DATE: 09/19/05
INVOICE NO./ SID 64399
PACKING SLIP NO.
BILL OF LADING 64399

DUNS #067015273

GMAC G-DELPHI SAGINAW
NAO. DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

S  005356878
H  GM SAGINAW DIVISION
I  3900 HOLLAND RD
P  PLANT 06
T  SAGINAW, MI 48601
O

SHIPPED VIA: CHIEFTON CONTRACT SVCS

TERMS: 25TH PROX

| R/N. | PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|------|--------------------|--------------------|--------------------------|--------------------------|------------------|------------|--------|
| 888664 | SAG9010236 | 122750 | 6  206 | 260389964 SWITCH MOUNTING BRACKET  LOT 26105 750 PCS BOX#  PRICE VALID 11/1/05-12/31/05  DAILY MILK RUN 1:00 PM | 750 | | |

TOTAL NO. OF PACKAGES  6-SC

TOTAL WEIGHT  206

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22  REV LVL-A  1/25/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | CHIEFTON CONTRACT SVCS | CFCN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**     **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**     **ROCHESTER, MICHIGAN 48307**     **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment

Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**     GM SAGINAW DIVISION         (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD
PLANT 06

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#     057015273    SID # | | | |
| 6   PCS71   CARTON | 64399 | 188   NET WT. | | |
| | | 18   TARE WT. | | |
| | | 206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ═══════════ T O T A L S ═══════════ | | | |
| | 188   TOT NET    18   TOT TAR    206   TOT GRS | | | |

PCS71-6

     CLASS RATE: 50   AUTOMOTIVE METAL PARTS
     3RD PARTY COLLECT
     BILL: DELPHI S, 44025 SAGINAW MI c/o
     DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1330*

*134103*

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | **C.O.D. SHIPMENT** |
|---|---|---|---|---|---|
| The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | | Agent or Cashier | Agent or Cashier | | C.O.D. AMT. _____ |
| | | Per _____ | Per _____ | $ | Collection Fee _____ |
| Per _____ (Signature of Consignor ) | | (The signature here acknowledges only the amount prepaid) | (The signature here acknowledges only the amounts prepaid.) | | Total Charges |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
‡ If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
* Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property

| THIS SHIPMENT IS CORRECTLY DESCRIBED. |
|---|
| CORRECT WEIGHT IS _____ LBS. |

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ Per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
   1671 EAST HAMLIN ROAD
   ROCHESTER, MICHIGAN 48307

Shipper, Per _____      Agent, Per _____

Permanent post office address of shipper

1

HFO 184 - REV. DATE 2/6/98 REV. LVL; A

| INVOICE NUMBER |
|---|
| SID 064411 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

S  GMC1200
O  DELPHI SAGINAW
L
D  NAO DISBURSEMENTS
.   INVOICELESS SUPERVISOR
    PONTIAC, MI 48343-6040
T
O

S  23
H  DELPHI S PLANT 23 ATHENS
I   c/o INDIANAPOLIS DDC
P  ALVAN MOTOR FREIGHT
    1235 TERMINAL ROAD
    INDIANAPOLIS, IN 46247
T  United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/20/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/20/05 | 064411 | ALVAN MOTOR FREIGHT | 132 | 36 | 108 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG9000236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 7,200 | EA | .0535 | $385.20 |

Subtotal $385.20
Sales Tax $0.00
Freight Charges $0.00
Invoice Total $385.20
Disc Available $0.00
Funds:  USD



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| | | DATE | INVOICE NO. PACKING SLIP NO. |
|---|---|---|---|
| | | 09/20/05 | SID 64411 |
| | | | BILL OF LADING |
| | | | 64411 |

S  00535.6878
H  DELPHI-S- 44123, ATHENS AL.
I  C/O INDIANAPOLIS DDC.
P  % ALVAN MOTOR FREIGHT
T  1235 TERMINAL RD.
O  INDIANAPOLIS, IN 46247

| SUPPLIER NO. 067015273 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1200 | | | | | | | |
| GMACG-DELPHI SAGINAW | | | | | | | |
| NAO DISBURSEMEMTS | | | | | | | |
| INVOICELESS SUPERVISOR | | | | | | | |
| P.O. BOX 436040 | | | | | | | |
| PONTIAC, MI 483436040 | | | | | | | |

SHIPPED VIA: ALVAN MOTOR FREIGHT

TERMS: 25TH PROX

| PURCHASE ORDER NO. | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CUR. NO. | | | | | |
| 159 | | | | | |
| ACCUM. SHIPPED | 12 | 07835448Z | 7200 | | |
| SAG9010235 | | RETAINER, GREASE REV. 00 | | | |
| 471400 | 372 | | | | |
| | | PRICE EFF. 1/1/05-12/31/05 | | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT | |
|---|---|---|
| 12-SC | ► | 372 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22    REV LVL-A 1/23/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER: | ALVAN MOTOR FREIGHT | ALVN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From** | **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At** | **ROCHESTER, MICHIGAN 48307** | D-U-N-S #057015273

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a railwater shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to** | DELPHI-S~ 44123,ATHENS AL~
c/o INDIANPOLIS DDC~
% ALVAN MOTOR FREIGHT

1235 TERMINAL RD~
INDIANAPOLIS, IN    46247 | (Mail or street address of consignee — For purposes of notification only.)

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#         057015273      SID # | | | |
| 12  PCS71  CARTON | | 64411 | 360  NET WT~ | |
| | | | 12  TARE WT~ | |
| | | | 372  GROSS WT~ | |
| | DELPHI-S~ 44123,ATHENS AL~ | | | |
| | ═══════════ T O T A L S ═══════════ | | | |
| | 360   TOT NET    12  TOT TAR    372  TOT GRS | | | |
| PCS71-12 | | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS | | | |
| | 42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368 | | | |

Trailer#: _48646_

ShipTime: _130pm_

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

| If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.
Agent or Cashier
Per _____
(The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepa charges on the prop hereon.
Agent or Ca
Per _____
(The signature here at the amounts prepaid.) |

ALVAN motorfreight

DT279419 5

| | Loads PCS (A) | Skids (B) | PCS On Skids | Skids BTC | TTL Handling (A+B) Units | SLC |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's shipments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

CORRECT WEIGHT IS _____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
OOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

**Shipper, Per** _____  **Agent, Per** _____
9/20/05

FO 184 - REV. DATE 2/8/88 REV. LVL; A

1

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064412 |

| | | |
| --- | --- | --- |
| S O L D T O | GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | |
| S H I P T O | 06<br>DELPHI S PLANT 6 COLUMNS<br><br>3900 EAST HOLLAND RD<br>CISCO: 44026 SAP#: K906<br>SAGINAW, MI 48601<br>United States | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/20/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/20/05 | 064412 | CHIEFTON CONTRACT | 241 | 37 | 219 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 875 | EA | .994 | $869.75 |
| | | | | | $0.00 |
| | | | | Subtotal | $869.75 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $869.75 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-0703
Fax: 248-651-6302
DUNS #067015273

005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

DUNS NO. 067015273

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

1200

S  GM SAGINAW DIVISION
H  3900 HOLLAND RD
I  PLANT 06
P  SAGINAW, MI 48601
T
O

| PURCHASE ORDER NO. | ACCNT SHIPPED TO | SHIPPED VIA | | | | | DATE | INVOICE NO./ PACKING SLIP NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1236525 | | CHIEFTON CONTRACT SVCS | | | | | 08/30/05 | BILL OF LADING |

TERMS: 25TH PROX

| NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 240 | 266362604  SWITCH MOUNTING BRACKET  Lot 23405 875 pcs. Box#  PRICE VALID 01/01/05-12/31/05  DAILY BULK RUN 240 PIT | 875 | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

PURCHASE ORDER NO.
1236525

240

TOTAL NO. OF PACKAGES

TOTAL WEIGHT

HFO-22   REV. LVL. A  1/23/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

CARRIER:   CHIEFTON CONTRACT SVCS   CFCN

CARRIER'S NO.:
SHIPPER'S NO.:

From   **HAMLIN TOOL AND MACHINE COMPANY, INC.**

At   **ROCHESTER, MICHIGAN 48307**   D-U-N-S #057015273

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to   GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

(Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#   057015273   SID # | | | |
| 7   PCS71 | CARTON   64412 | 219   NET WT. | | |
| | | 21   TARE WT. | | |
| | | 240   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ======= T O T A L S ======= | | | |
| | 219   TOT NET   21   TOT TAR   240   TOT GRS | | | |

PCS71-7
CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: _584907_

ShipTime: _1245_

_134414_

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor ) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid) | Charges advanced:<br><br>$ | C.O.D. SHIPMENT<br><br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____   Agent, Per _____

Permanent post office address of shipper

FO 184 - REV. DATE 2/6/96 REV. LVL; A

1

INVOICE NUMBER

SID 064413

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

S O L D
T O
GMC1200
DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P
T O
05
DELPHI S PLANT 5 FWD AXLES
3900 EAST HOLLAND RD.
CISCO: 44025 SAP#K905
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/21/05 |

| SHIP DATE | SHIPPER NO | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/21/05 | 064413 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |

| | |
|---|---|
| Subtotal | $321.00 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $321.00 |
| Disc Available | $0.00 |
| Funds:  USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6802
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| DATE | 09/20/05   STD. 64413 |
| | BILL OF LADING |
| | 64413 |

**S H I P T O:**
0053356878
DELPHI'S PLANT 5, FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905
SAGINAW, MI 48601

**S O L D T O:**
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

1200

SHIPPED VIA: FAX GLOBAL

TERMS: 25TH. PROX

| LINE NO. 159 | PURCHASE ORDER NO. SAPJ010256 | ACCUM. SHIPPED 1080000 | NO. OF PKGS. 93 | GROSS WGT. 93 | PART NUMBER 0785544824 | DESCRIPTION RETAINER, GREASE REV . 00 LOT SIZ105 6000 PER BOX# CALL BEVAN FOR PICK UP 1-800-642-5895 PRICE EFF : 1/1/05-12/31/05 | QUANTITY SHIPPED 6000 | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|



TOTAL NO. OF PACKAGES → 3-SC
TOTAL WEIGHT → 93

HFO-22   REV. LVL. A  1/23/96

NUMERICAL FILE COPY

We hereby certify that these goods were produced in compliance with all
applicable requirements of Sections 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

**BAX GLOBAL**
440 EXCHANGE
IRVINE, CA 92602

DATE: 7/25/05

| ORIGIN | DESTINATION |
| --- | --- |
| PTW | |

COMPANY (SHIPPER NAME): HAMLIN TOOL & MACHINE
FROM (SHIPPER NAME): Paul A. Bailey
STREET ADDRESS: 1471 HAMLIN RD.
CITY: ROCHESTER   STATE: MI   ZIP REQUIRED: 48307
PHONE NO.: 248-147852

SHIPPER'S REFERENCE NO.

BILLING INFORMATION
- PREPAID (SHIPPER)
- COLLECT (CONSIGNEE)
- 3RD PARTY (ACCT. NO. REQ'D)
- C.O.D.

RATE QUOTE NUMBER:

SHIPPERS ACCOUNT NO.

Airbill Number: 701 725 371

**701 725 371**

COMPANY (CONSIGNEE NAME): JAGUAR S Plant's
TO (CONSIGNEE NAME):
CITY: JACKSON   STATE: MI   ZIP REQUIRED: 48601
PHONE NO.:

HANDLING INFORMATION / SPECIAL / RATE MAY APPLY:
- HOLD AT BAX
- DANGEROUS GOODS
- SATURDAY DELIVERY
- SPECIAL DELIVERY
- CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

TOTAL PCS.   TOTAL WT.

DECLARED VALUE $

RELEASE SIGNATURE X

RECEIVED BY BAX AT:
- SHIPPER'S DOOR
- BAX TERMINAL
- OUTSIDE CARRIER

FOR BAX GLOBAL USE ONLY

GUARANTEED SERVICES
- Guaranteed First Arrival (EMR 1)
- Guaranteed Overnight (EMR 1)
- Guaranteed 2nd Day (EMR 2)
- Guaranteed Airport-to-Airport (EMR 4)

STANDARD SERVICES
- OVERNIGHT (NEXT MORNING)
- SECOND DAY
- BAX SAVER
- NEXT FLIGHT AVAILABLE
- OTHER

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

RECEIVED BY BAX GLOBAL DRIVER / AGENT

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable.

SHIPPER / REPRESENTATIVE SIGNATURE: Sign Name X

Driver Signature: B. GREG
Print Name:
Pick Up Date: 9/20/05   Time: 4:15   Driver: PROUTY

**SHIPPER COPY**

STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable     SID#   64413

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

CARRIER:     BAX GLOBAL                                    BAX#                    CARRIER'S NO.:

                                                                                  SHIPPER'S NO.:

**From**     **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**            **ROCHESTER, MICHIGAN 48307**               **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
  Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **Consigned to** | DELPHI S PLANT 5 FWD AXLES | (Mail or street address of consignee — For purposes of notification only.) |
|---|---|---|
| | 3900 HOLLAND RD. | |
| | CISCO: 44025 SAP#: K905 | |
| | | |
| | SAGINAW, MI    48601 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#        057015273     SID # | | | |
| 3 | PCS71  CARTON              64413        90  NET WT. | | | |
| | 3  TARE WT. | | | |
| | 93  GROSS WT. | | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ═══════════ T O T A L S ═══════════ | | | |
| | 90  TOT NET      3  TOT TAR      93  TOT GRS | | | |

PCS71-3

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149

ShipTime: 9/20/05

R'OR GREAT BAX
4 15pm.

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____
(The signature here acknowledges only the amounts prepaid.) | Charges advanced:

$ _____ | **C.O.D. SHIPMENT**

C.O.D. AMT. _____

Collection Fee _____

Total Charges |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's express in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of this property is hereby specifically stated by the shipper to be not exceeding _____ per _____

| THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS. |

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN**
**TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____        _____ Agent, Per _____

Permanent post office address of shipper

1

IFO 184 - REV. DATE 2/8/96 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064431 |

S O L D
T O

GMC1200
DELPHI SAGINAW

NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P
T O

05
DELPHI S PLANT 5 FWD AXLES

3900 EAST HOLLAND RD.
CISCO: 44025 SAP#K905
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/21/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/21/05 | 064431 | BAX GLOBAL | 124 | 22 | 120 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM. | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90l0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 8,000 | EA | .0535 | $428.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $428.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $428.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| | | | INVOICE NO./ PACKING SLIP NO. | BILL OF LADING |
|---|---|---|---|---|
| DATE | | | | |
| 09/21/05  SID  64431 | | | 64431 | 64431 |

S — 005356878
H — DELPHI S PLANT 5 FWD AXLES
I — 3900 HOLLAND RD.
P — CISCO: 44025  SAP#: K905
T — SAGINAW, MI  48601
O

| CUST NO. 067015273 | SHIP TO 1200 GMACG-DELPHI SAGINAW NAO DISBURSEMENTS INVOICELESS SUPERVISOR P.O. BOX 436040 PONTIAC, MI  483436040 | | | | TERMS 25TH PROX | | |
|---|---|---|---|---|---|---|---|
| PURCHASE ORDER NO. SAB9010236 | SHIPPED VIA BAX GLOBAL | | | | | | |
| ACCUM. SHIPPED 1088000 | GROSS WGT. 124 | NO. OF PKGS 4 | PART NUMBER 07834432 | DESCRIPTION RETAINER, GREASE REV. 00 | QUANTITY SHIPPED 8000 | UNIT PRICE | AMOUNT |

LOT SHIP: 8010  case.Box*
LOT SHIP: Pal.Box*
CALL ALVAN FOR PICK UP 1-800-642-5826
PRICE EFF. 1/1/05-12/31/05

| 4-SC | | |
|---|---|---|
| TOTAL NO. OF PACKAGES | 124 | TOTAL WEIGHT |

HFO-22  REV. VOL. A 1/23/96

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

**BAX GLOBAL**
440 EXCHANGE
IRVINE CA 92602

AIRBILL NUMBER: **701 725 382**

CONSIGNEE'S REFERENCE NO.

**701 725 382**

DATE: 4/1/04
ORIGIN: DTW
DESTINATION:

SHIPPER'S REFERENCE NO.: CLASS

SHIPPER'S NAME: FENLIN TOOL & MACHINE
SHIPPER'S ADDRESS: 1475 HAMLIN RD.
CITY: ROCHESTER
STATE: MI
ZIP: 48307

TO (CONSIGNEE NAME): DELPHI SPLINES
ACCURATE STREET ADDRESS:
CITY: SYLACAUGA
STATE: AL

**BILLING INFORMATION**
☐ PREPAID (SHIPPER)
☐ COLLECT (CONSIGNEE)
☐ 3RD PARTY (ACCT. NO. REQ'D)

RATE QUOTE NUMBER

**HANDLING INFORMATION** ▼ 5

☐ HOLD AT BAX
☐ DANGEROUS GOODS
☐ SATURDAY DELIVERY
☐ SPECIAL DELIVERY
☐ CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

Driver Signature: K. Greg
Print Name: K. Greg
Pick Up Date:
Pick Up Time:
Driver No.: 4130

**FOR BAX GLOBAL USE ONLY**

PRO NUMBER
CARRIER NAME

**GUARANTEED SERVICES**
☐ OVERNIGHT First Arrival (EMR 1)
☐ Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)

**STANDARD SERVICES**
☐ OVERNIGHT (NEXT BUSINESS DAY)
☐ SECOND DAY
☐ NEXT FLIGHT AVAILABLE
☐ OTHER

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

SHIPPER COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**    **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**        **ROCHESTER, MICHIGAN 48307**        **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **Consigned to** | DELPHI S PLANT 5 FWD AXLES | (Mail or street address of consignee -- For purposes of notification only.) |
| | 3900 HOLLAND RD. | |
| | CISCO: 44025 SAP#: K905 | |
| | | |
| | SAGINAW, MI   48601 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#        057015273     SID # | | | |
| 4  PCS71  CARTON | | 64431 | 120  NET WT. | |
| | | | 4  TARE WT. | |
| | | | 124  GROSS WT. | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ====================== T O T A L S ====================== | | | |
| | 120    TOT NET | 4  TOT TAR | 124  TOT GRS | |
| PCS71-4 | | | | |
| | CLASS RATE: 50   AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: 6149

ShipTime: 9/21/05 ᵖᴬᵗ

R Garcia

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | **C.O.D. SHIPMENT** |
| | | | | | C.O.D. AMT. _____ |
| | | Agent or Cashier. | Agent or Cashier. | | Collection Fee _____ |
| Per _____ | | Per _____ | Per _____ | $ | Total Charges _____ |
| (Signature of Consignor) | | (The signature here acknowledges only the amount prepaid) | (This signature here acknowledges only the amounts prepaid) | | |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's shipments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| | THIS SHIPMENT IS CORRECTLY DESCRIBED. |
| | CORRECT WEIGHT IS _____ LBS. |

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____                    _____ Agent, Per _____

Permanent post office address of shipper

1

IFO 184 - REV. DATE 2/8/88 REV. LVL; A

| | INVOICE NUMBER |
|---|---|
| | SID 064432 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| S O L D T O | GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | S H I P T O | 06<br>DELPHI S PLANT 6 COLUMNS<br><br>3900 EAST HOLLAND RD<br>CISCO: 44026 SAP#: K906<br>SAGINAW, MI 48601<br>United States |
|---|---|---|---|

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|
| 057015273 | 2nd day 2nd month | | ROCHESTER, MI | 09/21/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/21/05 | 064432 | CHIEFTON CONTRACT | 97 | 18 | 94 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UOM | UNIT<br>PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 375 | EA | .994 | $372.75 |
| | | | | | $0.00 |
| | | | | Subtotal | $372.75 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $372.75 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| | DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|---|
| | 09/21/05 | SID  64432 |
| | | BILL OF LADING |
| | | 64432 |

**SOLD TO:**
GMACG-DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI  483436040

**SHIP TO:**
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI  48601

| SHIPPED VIA | PURCHASE ORDER NO. | TERMS |
|---|---|---|
| CHIEFTON CONTRACT SVCS | SAG9010256 | 25TH PROX |

| ACCUM. SHIPPED | NO. OF PKGS. | PART NUMBER/DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 124000 | 3 | 260538964  SWITCH MOUNTING BRACKET | 375 | | |
| | GROSS WGT. | LOT 23403  375 PCS BROCH | | | |
| | 103 | PRICE VALID 01/01/05-12/31/05 | | | |
| | | DAILY MILK RUN 1:00 PM | | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

**NUMERICAL FILE COPY**

| | PURCHASE ORDER NO. | TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|---|---|
| 3-SC | | 103 | |

FO-22  REV. LVL-A  1/28/96

| CARRIER: | CHIEFTON CONTRACT SVCS | CFCN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**     **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**     **ROCHESTER, MICHIGAN 48307**     **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**     GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06       (Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI     48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
| --- | --- | --- | --- | --- |
| | Supplier#    057015273    SID # | | | |
| 3 | PCS71 CARTON     64432    94   NET WT. | | | |
| |    9   TARE WT. | | | |
| |   103   GROSS WT. | | | |
| | GM SAGINAW DIVISION | | | |
| | ================== T O T A L S ================== | | | |
| | 94   TOT NET    9   TOT TAR   103   TOT GRS | | | |

PCS71-3

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1245*

*134618*

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br>Per _____<br>(The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br><br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
§ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**THIS SHIPMENT IS CORRECTLY DESCRIBED.**

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

**Shipper, Per** _____      **Agent, Per** _____

1

HFO 184 - REV. DATE 2/6/88 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064450 |

```
S   GMC1200
O   DELPHI SAGINAW
L
D   NAO DISBURSEMENTS
    INVOICELESS SUPERVISOR
    PONTIAC, MI 48343-6040
T
O
```

```
S   23
H   DELPHI S PLANT 23 ATHENS
I   c/o INDIANAPOLIS DDC
P   ALVAN MOTOR FREIGHT
    1235 TERMINAL ROAD
    INDIANAPOLIS, IN 46247
T   United States
O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/22/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/22/05 | 064450 | ALVAN MOTOR FREIGHT | 143 | 38 | 117 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90\0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 7,800 | EA | .0535 | $417.30 |

|  |  |
| --- | --- |
| Subtotal | $417.30 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $417.30 |
| Disc Available | $0.00 |
| Funds:  USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

**INVOICE NO./ PACKING SLIP NO.**  64450
**DATE** 09/22/05  **SID** 64450
**BILL OF LADING** 64450

005356873
DELPHI-S- 44123, ATHENS AL.
C/O INDIANAPOLIS DDC.
& ALVAN MOTOR FREIGHT
1235 TERMINAL RD.
INDIANAPOLIS, IN  46247

S
H
I
P

T
O

**SHIPPED VIA** ALVAN MOTOR FREIGHT

**TERMS** 25TH PROX

| LINE NO. | PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1-59 | 07015273 | | | | | | |
| | GMACG-DELPHI SAGINAW | | | | | | |
| | NAU DISBURSEMETS | | | | | | |
| | INVOICELESS SUPERVISOR | | | | | | |
| | P.O. BOX 436040 | | | | | | |
| | PONTIAC, MI 483436040 | | | | | | |

**PURCHASE ORDER NO.**  479200
**ITEM NO.**
**ACCUM. SHIPPED** SA67010236
**NO OF PKGS.** 1-3
**GROSS WGT.** 142

07834482   RETAINER, GREASE REV. 00   7800
LOT 7010 * /800 FOR PICK UP BOX *
PRICE ALVAN FOR PICK UP 00-342-8875
PRICE EFF. 1/1/05-12/31/05

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

**13-SC**   **TOTAL NO. OF PACKAGES** →   1.3   **TOTAL WEIGHT** →   142

HFC 22 REV. LVL: A 1/28/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | ALVAN MOTOR FREIGHT | ALVN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

| **From** | **HAMLIN TOOL AND MACHINE COMPANY, INC.** | |
| **At** | **ROCHESTER, MICHIGAN 48307** | **D-U-N-S #057015273** |

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the Shipper and accepted for himself and his assigns.

| **Consigned to** | DELPHI-S- 44123,ATHENS AL.. | (Mail or street address of consignee — For purposes of notification only.) |
| | c/o INDIANAPOLIS DDC.. | |
| | % ALVAN MOTOR FREIGHT | |
| | | |
| | 1235 TERMINAL RD.. | |
| | INDIANAPOLIS, IN   46247 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273     SID # | | | |
| 13  PCS71 | CARTON                      64450 | 117   NET WT.. | | |
| | | 25   TARE WT.. | | |
| | | 142   GROSS WT.. | | |
| | DELPHI-S- 44123,ATHENS AL.. | | | |
| | ==================== T O T A L S ==================== | | | |
| | 117   TOT NET   25  TOT TAR   142   TOT GRS | | | |
| PCS71-13 | | | | |
| | CLASS RATE: 50   AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS | | | |
| | 42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368 | | | |

Trailer#: 48410

ShipTime: 2:00 PM

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid".

| Received $ _____ to apply in prepayment of the charges on the property described hereon. | | Received $ _____ to apply in prepayment of charges on the property charged hereon. | | Charges advanced: | | C.O.D. SHIPMENT |

Agent or Cashier _____    Agent or Cashier _____

Per _____    Per _____
(The signature here acknowledges only the amount prepaid.)    (The signature here acknowledges the amounts prepaid.)

**DT279438 2**

| | Loose PCS (A) | State (B) | PCS Ca Skids | Skids STC | TTL Handling Units (A+B) | SLC |

*This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

*Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

*The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

| HAMLIN |
| OOL AND MACHINE COMPANY, INC. |
| 1671 EAST HAMLIN ROAD |
| ROCHESTER, MICHIGAN 48307 |

Permanent post office address of shipper

Shipper, Per _____    Agent, Per _____
                                      9/22/05

FO 184 - REV. DATE 2/6/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064451 |

| S O L D T O | GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | S H I P T O | 06<br>DELPHI S PLANT 6 COLUMNS<br><br>3900 EAST HOLLAND RD<br>CISCO: 44026 SAP#: K906<br>SAGINAW, MI 48601<br>United States |

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | | ROCHESTER, MI | 09/22/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/22/05 | 064451 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UOM | UNIT<br>PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90\0236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin

## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

DATE **09/22/05**

**INVOICE NO./ PACKING SLIP NO.** SID 64451

BILL OF LADING 64451

DUNS NO. 057015273

S
H | GM SAGINAW DIVISION
I | 3900 HOLLAND RD
P | PLANT 06
| SAGINAW, MI 48601
T
O

005356878

GMACG-DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483456040

1200

SHIP VIA: CHIEFTON CONTRACT SVCS

TERMS: 25TH PROX

| FRT NO. SIG34 | PURCHASE ORDER NO. ACCUM. SHIPPED SAG9U1U236 124750 | NO. OF PKGS. 6 | GROSS WGT. 206 | PART NUMBER DESCRIPTION 260089634 SWITCH MOUNTING BRACKET | QUANTITY SHIPPED 750 | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | LOT 23105 750 PER BOX PICK YOU D 9/22/05 12:51:09 DAILY MILK RUN 1:00 PM | | | |

6~SC

TOTAL NO. OF PACKAGES ➤ | 206 | TOTAL WEIGHT ➤

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

HFO-22  REV. LVL A 1/23/96

**NUMERICAL FILE COPY**

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307



INVOICE NUMBER
SID 064452

| S<br>O<br>L<br>D<br><br>T<br>O | GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | S<br>H<br>I<br>P<br><br>T<br>O | 05<br>DELPHI S PLANT 5 FWD AXLES<br><br>3900 EAST HOLLAND RD.<br>CISCO: 44025 SAP#K905<br>SAGINAW, MI 48601<br>United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/22/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/22/05 | 064452 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UOM | UNIT<br>PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #05701S273

| | INVOICE NO./<br>PACKING SLIP NO. |
|---|---|
| DATE | |
| 09/22/05 | SID 64452 |
| | BILL OF LADING |
| | 64452 |

SOLD TO:
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
005356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905
SAGINAW, MI 48601

1200

SHIPPED VIA: BAX GLOBAL

TERMS: 25TH PROX

| OUR NO. | PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. | GROSS WGT. | PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| F-59 | SFR0501023.06 | 1094000 | 93 | 07234482 | RETAINER, GREASE REV. 00 | 6000 | | |
| | | | | | FOR 90105 0000 USSA B30W | | | |
| | | | | | C ALL ALARM FOR PRICE OUT | | | |
| | | | | | PRICE EFF. 1/1/05-12/31/05 | | | |

3-SC

93

93

TOTAL NO. OF PACKAGES

TOTAL WEIGHT

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFC-22 REV. LVL A 1/23/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From** **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At** **ROCHESTER, MICHIGAN 48307** **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth [1] in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to** DELPHI S PLANT 5 FWD AXLES    (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#        057015273      SID # | | | |
| 3   PCS71   CARTON | 64452 | 90   NET WT. | | |
| | | 3   TARE WT. | | |
| | | 93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ============= T O T A L S ============= | | | |
| | 90   TOT NET      3   TOT TAR      93   TOT GRS | | | |

PCS71-3

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149

ShipTime: 9/22/05

R. Greco
330p

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignor ) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier _____ Per _____ (The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier _____ Per _____ (The signature here acknowledges only the amounts prepaid.) | Charges advanced: | C.O.D. SHIPMENT |
| | | | | | C.O.D. AMT. _____ |
| | | | | | Collection Fee _____ |
| | | | | $ | Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
‡ If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
§ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    Agent, Per _____

Permanent post office address of shipper

1

IFO 184 - REV. DATE 2/6/96 REV. LVL; A