**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064470 |

| S O L D T O | S H I P T O |
| --- | --- |
| GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | 05<br>DELPHI S PLANT 5 FWD AXLES<br><br>3900 EAST HOLLAND RD.<br>CISCO: 44025 SAP#K905<br>SAGINAW, MI 48601<br>United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/24/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/24/05 | 064470 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |

| | |
| --- | --- |
| Subtotal | $321.00 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $321.00 |
| Disc Available | $0.00 |
| Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| INVOICE NO./PACKING SLIP NO. | 64470 |
| --- | --- |
| DATE | 9/23/05 |
| SID | 64470 |
| BILL OF LADING | 64470 |

SHIP TO:
S  005356878
H  DELPHI S PLANT 5 FWD AXLES
I  3900 HOLLAND RD.
P  CISCO: 44025 SAP#: K905
T  SAGINAW, MI  48601
O

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI  483436040

SHIPPED VIA: ALVAN MOTOR FREIGHT

TERMS: 25TH PROX

| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| .59 | SA09010236 1100000 | 3 93 | 078344B2 RETAINER, GREASE REV. 00 | 6000 | | |
| | | | PRICE EFF. 1/1/05-12/31/05 | | | |

| | |
| --- | --- |
| TOTAL NO. OF PACKAGES | 3-SC |
| TOTAL WEIGHT | 93 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22  REV.LVL-A  1/23/96

BAX GLOBAL
440 EXCHANGE
IRVINE, CA 92602

SHIPPER'S REFERENCE NO. 9/23/05

ORIGIN DTW  DESTINATION

SHIPPER'S ACCOUNT NO. 64440

COMPANY HAMLIN TOOL & MACHINE

ADDRESS 1671 HAMLIN RD

CITY ROCHESTER  STATE MI  ZIP 48307

AIRBILL NUMBER 701 725 334

3RD PARTY (ACCT. NO./DEPT.)

ACCOUNT NO. 6 3 9 3 9 5 3 1

C.O.D.

BILLING INFORMATION
- PREPAID (SHIPPER) $
- COLLECT (CONSIGNEE) $
- 3RD PARTY (ACCT. NO./DEPT.)
- RATE QUOTE NUMBER

CONSIGNEE'S REFERENCE NO.

COMPANY DETROIT SPRING & CO

ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)

CITY SAGINAW  STATE MI  ZIP 48605

AIRBILL NUMBER 701 725 334

HANDLING INFORMATION (IF SPECIAL RATE MAY APPLY)
- HOLD AT BAX
- DANGEROUS GOODS
- SATURDAY DELIVERY
- SPECIAL DELIVERY
- CONVENTION

DECLARED VALUE $

RELEASE SIGNATURE X

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |

TOTAL PCS.  TOTAL WT. 145

RECEIVED BY BAX AT
- SHIPPER'S DOOR
- BAX TERMINAL

OUTSIDE CARRIER $

FOR BAX GLOBAL USE ONLY
CHARGES ADVANCED $  PRO NUMBER  CARRIER NAME

SERVICE REQUESTED
GUARANTEED SERVICES
- Guaranteed First Arrival (EMR 1)
- Guaranteed Overnight (EMR 2)
- Guaranteed Airport-to-Airport (EMR 8)
- Guaranteed 2nd Day (EMR D)

STANDARD SERVICES
- OVERNIGHT (NEXT BUSINESS DAY)
- SECOND DAY
- BAX SAVER
- NEXT FLIGHT AVAILABLE
- OTHER

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

RECEIVED BY BAX GLOBAL DRIVER / AGENT

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X

PRINT NAME X

DATE 9/19/05

SHIPPER COPY

09/23/0505-44481-rdd STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable Filed 03/14/07 Entered 03/19/07 15:43:12 Exhibit 470

Pg 4 of 80

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | ALVAN MOTOR FREIGHT | ALVN | | CARRIER'S NO.: |
| | | | | SHIPPER'S NO.: |

**From** | **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At** | **ROCHESTER, MICHIGAN 48307** | **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to** | DELPHI S PLANT 5 FWD AXLES | (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273      SID # | | | |
| 3  PCS71  CARTON | | 64470      90    NET WT. | | |
| | | 3    TARE WT. | | |
| | | 93    GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ================ T O T A L S ================ | | | |
| | 90   TOT NET      3 TOT TAR     93  TOT GRS | | | |
| | PCS71-3 | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: 6149

ShipTime: 9/23/05

ROBERT GREIG
BRY

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

| If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | **C.O.D. SHIPMENT** |
|---|---|---|---|---|
| | Agent or Cashier. | Agent or Cashier. | | C.O.D. AMT. _____ |
| | Per _____ (The signature here acknowledges only the amount prepaid) | Per _____ (The signature here acknowledges only the amounts prepaid.) | $ | Collection Fee _____ |
| | | | | Total Charges |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____        _____ Agent, Per _____

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/6/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

**REMIT TO:**
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064471 |

| S O L D | GMC1200 | S H I P | 06 |
| --- | --- | --- | --- |
| | DELPHI SAGINAW | | DELPHI S PLANT 6 COLUMNS |
| | NAO DISBURSEMENTS | | 3900 EAST HOLLAND RD |
| | INVOICELESS SUPERVISOR | | CISCO: 44026 SAP#: K906 |
| | PONTIAC, MI 48343-6040 | | SAGINAW, MI 48601 |
| T O | | T O | United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/23/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/23/05 | 064471 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90X0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin

## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | DATE | SID 64471 |
|---|---|---|
| | 09/23/05 | INVOICE NO./ PACKING SLIP NO. |
| | | BILL OF LADING |
| | | 64471 |

SOLD TO:
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

1200

SHIP TO:
005356878
GM SAGINAW DIVISION
PLANT 06
3900 HOLLAND RD
SAGINAW, MI 48601

| SHIPPED VIA | PURCHASE ORDER NO. | ACCUM. SHIPPED | GROSS WGT. | NO. OF PKGS. | PART NUMBER | DESCRIPTION | TERMS | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIEFTON CONTRACT SVCS | SAG7010296 | 125500 | 206 | 6 | 260583964 | SWITCH MOUNTING BRACKET | 25TH PROX | 750 | | |
| | | | | | | PRICE VALID 4 DAYS PRIOR DAILY MILK RUN 1:00 PM | | | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 6 - SC | 206 |

HFO-22  REV LVL-A 1/23/96

| CARRIER: | CHIEFTON CONTRACT SVCS    CFCN | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |

**From**    **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**    **ROCHESTER, MICHIGAN 48307**    **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| Consigned to | GM SAGINAW DIVISION<br>3900 HOLLAND RD<br>PLANT 06 | (Mail or street address of consignee — For purposes of notification only.) |

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT<br>(SUBJECT TO CORRECTION) | CLASS<br>RATE OR | CHECK<br>COL. |
|---|---|---|---|---|
| | Supplier#          057015273       SID # | | | |
| 6   PCS71 | CARTON                        64471 | 188   NET WT.<br>18   TARE WT.<br>206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ========= T O T A L S ========= | | | |
| | 188    TOT NET    18  TOT TAR    206   TOT GRS | | | |
| PCS71-6 | | | | |
| | CLASS RATE: 50   AUTOMOTIVE METAL PARTS<br>3RD PARTY COLLECT<br>BILL: DELPHI S, 44025 SAGINAW MI c/o<br>DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: _S84907_

ShipTime: _1245_

_134648_

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>_____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>_____<br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>_____<br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br><br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission
* If the shipment moves between two points by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"
‡ Shipper's shipments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN<br>TOOL AND MACHINE COMPANY, INC.<br>1871 EAST HAMLIN ROAD<br>ROCHESTER, MICHIGAN 48307

Shipper, Per _____

Agent, Per _____

Permanent post office address of shipper

1

IFO 184 - REV. DATE 2/6/08 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064495 |

S  GMC1200
O  DELPHI SAGINAW
L
D  NAO DISBURSEMENTS
    INVOICELESS SUPERVISOR
    PONTIAC, MI 48343-6040
T
O

S  05
H  DELPHI S PLANT 5 FWD AXLES
I
P  3900 EAST HOLLAND RD.
    CISCO: 44025 SAP#K905
    SAGINAW, MI 48601
T  United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/27/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/27/05 | 064495 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | Subtotal | | $321.00 |
| | | | Sales Tax | | $0.00 |
| | | | Freight Charges | | $0.00 |
| | | | Invoice Total | | $321.00 |
| | | | Disc Available | | $0.00 |
| | | | Funds:  USD | | |



Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| DATE | 09/26/05 |
| SID | 64495 |
| BILL OF LADING | 64495 |

S  005356878
H  DELPHI S PLANT 5 FWD AXLES
I  3900 HOLLAND RD.
P  CISCO: 44025  SAP#: K905
T  SAGINAW, MI 48601
O

GMACG-DELPHI SAGINAW          1200
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

| DP. NO. | 015273 | | | | | | |
|---|---|---|---|---|---|---|---|
| PURCHASE ORDER NO. | ACCTS SHIPPED | NO. OF PKGS. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| SAG9010236 | | | | | | | |

SHIPPED VIA: BAX GLOBAL.

| ACCTS SHIPPED | GROSS WGT. | NO. OF PKGS. | | | TERMS 25TH PROX | | |
|---|---|---|---|---|---|---|---|
| 1106000 | 93 | 3 | 07834482 | RETAINER, GREASE REV. 00 | 6000 | | |

07834482  RETAINER, GREASE REV. 00          6000
SIDE PISTON 36065 PC BOOK
SAIL ALKAN FOR PLEX UP
PRICE EFF. 1/1/05-12/31/05

NUMERICAL FILE COPY

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

| 3=SC | | 93 | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL NO. OF PACKAGES | | TOTAL WEIGHT | | | | | |

HF-0-22  REV LVL-A  1/23/96

BAX GLOBAL
440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

SERVICE
REQUESTED

**GUARANTEED SERVICES**
- CALL YOUR LOCAL BAX STATION
- Guaranteed First Arrival (EMR 1)
- Guaranteed Overnight (EMR 2)
- Guaranteed Airport-to-Airport (EMR 3)
- Guaranteed 2nd Day (EMR D)

**STANDARD SERVICES**
- OVERNIGHT / NEXT BUSINESS DAY
- SECOND DAY
- BAX SAVER
- NEXT FLIGHT AVAILABLE
- OTHER

AIRBILL NUMBER **701 725 345**

DATE

① SHIPPER
COUNTRY
ORIGIN: IDTW
DESTINATION:

SHIPPER'S REFERENCE NO. 644431

FROM YOUR NAME:

SHIPPER'S ACCOUNT NO.

SHIPPER NAME: HAMLIN TOOL & MACHINE
STREET ADDRESS: 1571 HAMLIN RD
CITY: ROCHESTER
STATE: MI
ZIP: 48307
PHONE NO. 248-897-7658

**BILLING INFORMATION**
- PREPAID (SHIPPER)
- COLLECT (CONSIGNEE)
- 3RD PARTY (ACCT. NO. REQ'D)

RATE QUOTE NUMBER

CONSIGNEE NO.

② CONSIGNEE'S REFERENCE NO.

AIRBILL NUMBER **701 725 345**

CONSIGNEE'S ACCOUNT NO.

COMPANY:
TO CONSIGNEE NAME: CISCO
ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)
CITY:
STATE:
ZIP REQUIRED:
PHONE NO.

**HANDLING INFORMATION**
- HOLD AT BAX
- DANGEROUS GOODS
- SATURDAY DELIVERY
- SPECIAL DELIVERY
- CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION

RMX 1
RMX 2

RELEASE SIGNATURE X

DECLARED VALUE

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |

TOTAL PCS.
TOTAL WT.

**FOR BAX GLOBAL USE ONLY**
CHARGES ADVANCED
PRO NUMBER
CARRIER NAME
NO. OF PIECES

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
- RECEIVED BY BAX AT:
  - SHIPPER'S DOOR
  - BAX TERMINAL
- DELIVER BY BAX TO:
  - OUTSIDE CARRIER $

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with any other shipping documents, will be retained on file for at least thirty days.

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

SHIPPER / REPRESENTATIVE SIGNATURE / SIGN NAME X

DRIVER SIGNATURE: R. Grzesik
PRINT NAME X

RECEIVED BY BAX GLOBAL DRIVER / AGENT

Driver Signature: R. Grzesik
Print Name:
Pick Up Date: 9/26/05
Pick Up Time: 3:00 pm

Non-Negotiable Airbill
Conditions of Carriage On Reverse Side

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE

SHIPPER COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**    **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**    **ROCHESTER, MICHIGAN 48307**    D-U-N-S #057015273

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**    DELPHI S PLANT 5 FWD AXLES    (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS OR RATE | CHECK COL. |
| --- | --- | --- | --- | --- |
| | Supplier#         057015273      SID # | | | |
| 3 | PCS71  CARTON                  64495 | 90   NET WT. | | |
| | | 3   TARE WT. | | |
| | | 93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ===== T O T A L S ===== | | | |
| | 90   TOT NET      3  TOT TAR     93  TOT GRS | | | |

PCS71-3

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149
ShipTime: 9/26/05
Rob GREG
BAX

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor ) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Per _____
(The signature here acknowledges only the amounts prepaid.) | Charges advanced:

$ | **C.O.D. SHIPMENT** C.O.D. AMT. _____ Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's signature in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

**HAMLIN**
**TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    Agent, Per _____

Permanent post office address of shipper

1

HFO 184 - REV. DATE 2/6/98 REV. LVL: A

INVOICE NUMBER

SID 064496

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI  48307

S  GMC1200
O  DELPHI SAGINAW
L
D  NAO DISBURSEMENTS
   INVOICELESS SUPERVISOR
T  PONTIAC, MI 48343-6040
O

S  06
H  DELPHI S PLANT 6 COLUMNS
I
P  3900 EAST HOLLAND RD
   CISCO: 44026 SAP#: K906
   SAGINAW, MI 48601
T  United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/26/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/26/05 | 064496 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG8000236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |

Subtotal        $745.50
Sales Tax        $0.00
Freight Charges  $0.00
Invoice Total   $745.50
Disc Available   $0.00
Funds:  USD



# Hamlin
## Tool and Machine Company, Inc.
Established 1932

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #05701527

| | INVOICE NO./<br>PACKING SLIP NO. |
|---|---|
| DATE: 09/26/05  SID-64496 | BILL OF LADING<br>64496 |

| S<br>H<br>I<br>P | 005356878<br>GM SAGINAW DIVISION<br>3900 HOLLAND RD<br>PLANT 06 |
|---|---|
| T<br>O | SAGINAW, MI 48601 |

| S<br>O<br>L<br>D | 1200<br>GMACG-DELPHI SAGINAW<br>NAO DISBURSEMETS<br>INVOICELESS SUPERVISOR<br>P.O. BOX 436040<br>PONTIAC, MI 483436040 |
|---|---|

| SHIPPED VIA | TERMS |
|---|---|
| CHIEFTON CONTRACT SVCS | 25TH PROX |

| OUR NO. | PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. | GROSS WGT. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 89364 | SA09010236 | 126250 | 6 | 206 | 260389964 | SWITCH MOUNTING BRACKET | 750 | | |
| | | | | | | LOT 23403 750 PCS BOX | | | |
| | | | | | | PRICE VALID 1/1/05-12/31/05 | | | |
| | | | | | | DAILY MILK RUN 1:00 PM | | | |

| BILL NO | |
|---|---|
| 05701527 | |

SHIPPED VIA
CHIEFTON CONTRACT SVCS

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 6-SC | 206 |

HFG-22   REV. LVL: A  1/23/96

STRAIGHT BILL OF LADING — SHORT FORM — Original — Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| | | | |
|---|---|---|---|
| CARRIER: | CHIEFTON CONTRACT SVCS        CFCN | CARRIER'S NO.: | |
| | | SHIPPER'S NO.: | |

**From**   **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**   **ROCHESTER, MICHIGAN 48307**   **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic. Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**   GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

(Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#            057015273      SID # | | | |
| 6   PCS71   CARTON | | 64496    188   NET WT. | | |
| | | 18   TARE WT. | | |
| | | 206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ========== T O T A L S ========== | | | |
| | 188   TOT NET    18  TOT TAR    206  TOT GRS | | | |

PCS71-6

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD. PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1245*

*135963*

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Per _____
(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amounts prepaid.) | Charges advanced:

$ | **C.O.D. SHIPMENT**
C.O.D. AMT. _____
Collection Fee _____
Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's shipments in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS. |

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

**Shipper, Per**        **Agent, Per**

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/6/08 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064503 |

| S O L D | GMC1200 | S H I | 23 |
|---|---|---|---|
| | DELPHI SAGINAW | | DELPHI S PLANT 23 ATHENS |
| | | | c/o INDIANAPOLIS DDC |
| | NAO DISBURSEMENTS | P | ALVAN MOTOR FREIGHT |
| | INVOICELESS SUPERVISOR | | 1235 TERMINAL ROAD |
| | PONTIAC, MI 48343-6040 | | INDIANAPOLIS, IN 46247 |
| T O | | T O | United States |

| SUPPLIER CODE | TERMS | P.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/27/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/27/05 | 064503 | ALVAN MOTOR FREIGHT | 132 | 36 | 108 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90/0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 7,200 | EA | .0535 | $385.20 |
| | | | | Subtotal | $385.20 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $385.20 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



**Hamlin**
**Tool and Machine Company, Inc.**
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | DATE | INVOICE NO./PACKING SLIP NO. |
|---|---|---|
| | 09/27/05 | SID 64503 |
| | | BILL OF LADING |
| | | 64503 |

S  GMACG-DELPHI SAGINAW
H  NAO DISBURSEMETS
I  INVOICELESS SUPERVISOR
P  P.E. BOX 436040
T  PONTIAC, MI 483436040
O

S  005356878
H  DELPHI-S- 44123,ATHENS AL.
I  C/o INDIANAPOLIS DDC.
P  % ALVAN MOTOR FREIGHT
T  1235 TERMINAL RD.
O  INDIANAPOLIS, IN 46247

| SEAL NO. 057015273 | SHIP VIA ALVAN MOTOR FREIGHT | | | | TERMS 25TH PROX | | |
|---|---|---|---|---|---|---|---|
| JOB NO. IT59 | PURCHASE ORDER NO. SAG7010236 | | | | | | |
| | ACCUM. SHIPPED 486400 | NO. OF PKGS. 12 | GROSS WGT. 372 | | | | |

| PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 07834482 | RETAINER, GREASE REV. 00 | 7200 | | |
| | CALL ALVAN FOR PICK UP 1-800-642-382? | | | |
| | 12 PKGS, 7200 PCS PER BOX | | | |
| | PRICE EFF. 1/1/05-12/31/05 | | | |

1,200

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

TOTAL NO. OF PACKAGES  12-SC

TOTAL WEIGHT  372

HFO-22  REV. LVL: A  1/23/06

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
|---|
| SID 064504 |

| S | GMC1200 |
|---|---|
| O | DELPHI SAGINAW |
| L | |
| D | NAO DISBURSEMENTS |
| | INVOICELESS SUPERVISOR |
| | PONTIAC, MI 48343-6040 |
| T | |
| O | |

| S | 06 |
|---|---|
| H | DELPHI S PLANT 6 COLUMNS |
| I | |
| P | 3900 EAST HOLLAND RD |
| | CISCO: 44026 SAP#: K906 |
| | SAGINAW, MI 48601 |
| T | United States |
| O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/27/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/27/05 | 064504 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG9010236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



## Hamlin Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

INVOICE NO./PACKING SLIP NO.

DATE: 09/27/05    S ID 64504

BILL OF LADING: 64504

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
005356878
GM SAGINAW DIVISION
PLANT 06
3900 HOLLAND RD
SAGINAW, MI 48601

SHIPPER NO: CHIEFTON CONTRACT SVCS
UPC NO: 057015273

TERMS: 25TH PROX

| PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS | GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| SAG9010236 | 127000 | 6 | 206 | Z60389864 SWITCH MOUNTING BRACKET | 750 | | |
| | | | | LOT 260389 750 PCS BOX# | | | |
| | | | | PRICE VALID 7/1/05 - 12/31/05 | | | |
| | | | | DAILY MILK RUN 1:00 PM | | | |

HFG-22    REV LVL: A 1/23/06
6-SC

TOTAL NO. OF PACKAGES
6

TOTAL WEIGHT
206

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

09/27/09 05-44481-rdd STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable 13:12 s Exhibit 4504
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading. Doc 4067-1 Filed 03/19/09 Entered 03/19/09 13:13:12 s Exhibit 4504
Pg 19 of 80

| CARRIER: | CHIEFTON CONTRACT SVCS    CFCN | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |

**From**      **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**          **ROCHESTER, MICHIGAN 48307**          D-U-N-S #057015273

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a railwater shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**      GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06          (Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273      SID # | | | |
| 6   PCS71   CARTON | 64504 | 188    NET WT. | | |
| | | 18    TARE WT. | | |
| | | 206    GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ============ T O T A L S ============ | | | |
| | 188    TOT NET      18  TOT TAR      206  TOT GRS | | | |

PCS71-6

CLASS RATE: 50    AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1245*

*136422*

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.          Shipper, Per _____          Agent, Per _____
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

1

IFO 184 - REV. DATE 2/6/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

**REMIT TO:**
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
|---|
| SID 064505 |

S O L D T O
GMC1200
DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P T O
05
DELPHI S PLANT 5 FWD AXLES
3900 EAST HOLLAND RD.
CISCO: 44025 SAP#K905
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/27/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/27/05 | 064505 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90/0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | Subtotal | | | | $321.00 |
| | Sales Tax | | | | $0.00 |
| | Freight Charges | | | | $0.00 |
| | Invoice Total | | | | $321.00 |
| | Disc Available | | | | $0.00 |
| | Funds:  USD | | | | |



Hamlin
Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-661-3302
Fax: 248-651-0703
DUNS #057015273

S  DELPHI S PLANT 5, FWD. AXLES
H  3900 HOLLAND RD.
I  CISCO: 44025  SAP#: K905
P  SAGINAW, MI 48601
T
O  005356878

S  GMACG-DELPHI SAGINAW
O  NAO DISBURSEMETS
L  INVOICELESS SUPERVISOR
D  P.O. BOX 436040
   PONTIAC, MI 48343-6040

DATE
09/27/05  SLD: 64505

INVOICE NO./
PACKING SLIP NO.
BILL OF LADING
64505

| NO. | PURCHASE ORDER NO. | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | TERMS  25TH PROX | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1200 | | | | | | | |
| | SAGP0I0236 | 3 | 073344832 | | | | |
| 1112.0000 | | 93 | RETAINER, GREASE REV. 00 | | 6000 | | |
| | | | LOT# 96103  6000 PCS-BOX# | | | | |
| | | | CALL ALYAN FOR PICK UP @ 810-643-6206 | | | | |
| | | | PRICE EFF. 1/1/05-12/31/05 | | | | |

SHIPPED VIA
BAX GLOBAL

HTO-22  REV. LVL: A  1/23/06

TOTAL NO. OF PACKAGES    3=SC

TOTAL WEIGHT    93

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

**BAX GLOBAL**
440 EXCHANGE
IRVINE, CA 92602

AIRBILL NUMBER
**701 725 404**

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

**GUARANTEED SERVICES**
☐ Guaranteed
☐ First Arrival (EMR 1)
☐ Guaranteed
☐ Overnight (EMR 2)
☐ Guaranteed
☐ Airport-to-Airport

**STANDARD SERVICES**
☐ OVERNIGHT
(NEXT BUSINESS DAY)
☐ SECOND DAY
☐ BAX SAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER

**FOR BAX GLOBAL USE ONLY**

| ORIGIN | DTW | DESTINATION |
|---|---|---|

**1 SHIPPER'S REFERENCE**

SHIPPER'S REFERENCE NO.

**FROM (COMPANY NAME)**
HAMLIN TOOL & MACHINE

STREET ADDRESS
1671 HAMLIN RD.

CITY
ROCHESTER

STATE MI ZIP 48307

PHONE NO.

SHIPPER'S ACCOUNT NO.

**2 CONSIGNEE'S REFERENCE NO.**

AIRBILL NUMBER **701 725 404**

**TO (CONSIGNEE NAME)**
DELPHI SAGINAW

STREET ADDRESS
3700 Holland

CITY
SAGINAW

STATE MI ZIP 48601

**BILLING INFORMATION**
☐ PREPAID (SHIPPER)
☐ COLLECT (CONSIGNEE)
☐ 3RD PARTY

RATE QUOTE NUMBER

**HANDLING INFORMATION**
☐ HOLD AT BAX
☐ DANGEROUS GOODS
☐ SATURDAY DELIVERY
☐ SPECIAL DELIVERY

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |

DECLARED VALUE $

**RECEIVED BY BAX GLOBAL DRIVER/AGENT**

Driver Signature
Print Name:
Pickup Date:
Time:

**SHIPPER / REPRESENTATIVE SIGNATURE SIGN NAME X**

PRINT NAME X

SHIPPER COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**     H..MLIN TOOL AND MACHINE COMPANY, INC.

**At**          ROCHESTER, MICHIGAN 48307          D-U-N-S #057015273

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| Consigned to | DELPHI S PLANT 5 FWD AXLES | (Mail or street address of consignee — For purposes of notification only.) |
| | 3900 HOLLAND RD. | |
| | CISCO: 44025 SAP#: K905 | |

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273      SID # | | | |
| 3 | PCS71  CARTON                     64505 | 90   NET WT. | | |
| | | 3   TARE WT. | | |
| | | 93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ═══════ T O T A L S ═══════ | | | |
| | 90   TOT NET      3  TOT TAR     93  TOT GRS | | | |

PCS71~3

DELPHI S PLANT 5 FWD AXLES CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *6149*

ShipTime: *9/27/05*

*RoA GRESE BAX*
*3 10 pm.*

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ | C.O.D. SHIPMENT<br><br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

| | |
|---|---|
| | THIS SHIPMENT IS CORRECTLY DESCRIBED. |
| | CORRECT WEIGHT IS _____ LBS. |

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____        _____ Agent, Per _____

Permanent post office address of shipper

1

HFO 104 - REV. DATE 2/8/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064528 |

| S O L D | GMC1200 |
| T O | DELPHI SAGINAW |
| | NAO DISBURSEMENTS |
| | INVOICELESS SUPERVISOR |
| | PONTIAC, MI 48343-6040 |

| S H I P | 05 |
| T O | DELPHI S PLANT 5 FWD AXLES |
| | 3900 EAST HOLLAND RD. |
| | CISCO: 44025 SAP#K905 |
| | SAGINAW, MI 48601 |
| | United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/28/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/28/05 | 064528 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90/0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



**Hamlin**
Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| INVOICE NO./ PACKING SLIP NO. | DATE | $ID | BILL OF LADING |
|---|---|---|---|
| 64528 | 09/28/05 | 64528 | 64528 |

| S | 005356878 |
|---|---|
| H | DELPHI S PLANT 5 FWD AXLES |
| I | 3900 HOLLAND RD. |
| P | CISCO: 44025  SAP#: K905 |
| T | SAGINAW, MI 48601 |
| O | |

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

1200

| SHIPPED VIA BAX GLOBAL | | | | | TERMS 25TH PROX |
|---|---|---|---|---|---|

| PURCHASE ORDER NO. | | NO. OF PKGS. | PART NUMBER | | | | |
|---|---|---|---|---|---|---|---|
| P.O. NO. | ACCUM. SHIPPED | GROSS WT. | DESCRIPTION | | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| SAG9010235 | | 3 | 078344482 RETAINER, GREASE REV. 00 | | | | |
| 1118000 | | 93 | PRICE EFF. 1/1/05-12/31/05 | | 6000 | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY.

| 3-SC | TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|---|
| 3-SC | 93 | |

HFC-22  REV. LVL. A 1/2/96

# BAX GLOBAL
440 EXCHANGE
IRVINE, CA 92602

**AIRBILL NUMBER** 701 725 393

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

SERVICES REQUESTED

GUARANTEED SERVICES
- Guaranteed Local BAX Station
- Guaranteed First Arrival (EMR 1)
- Guaranteed Overnight (EMR 2)
- Guaranteed Second Day (EMR 3)
- Guaranteed Airport-to-Airport (EMR 3)

STANDARD SERVICES
- OVERNIGHT (NEXT BUSINESS DAY)
- SECOND DAY
- BAX SAVER
- NEXT FLIGHT AVAILABLE
- OTHER

**ORIGIN** DTW  **DESTINATION**

SHIPPER'S REFERENCE NO.

**1** FROM COMPANY NAME: HAMILTON TOOL & MACHINE

STREET ADDRESS: 43771 HAMILTON RD.

CITY: ROCHESTER  STATE: MI  ZIP: 48307

PHONE NO.

**2** TO COMPANY / CONSIGNEE'S NAME: DOUGLAS PARTS

STREET ADDRESS: 44835 GRP LN

CITY: St. Louis  STATE: MI  ZIP:

**BILLING INFORMATION**
- PREPAID
- COLLECT

RATE QUOTE NUMBER

THIRD PARTY (ACCT NO. REQD)

**5** HANDLING INFORMATION
- H.D.G.
- DANGEROUS GOODS
- SATURDAY DELIVERY
- SPECIAL DELIVERY

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**DECLARED VALUE** $

LIMIT OF LIABILITY

FOR BAX GLOBAL USE ONLY
- RECEIVED BY BAX AT
- SHIPPER'S DOOR
- BAX TERMINAL
- OUTSIDE CARRIER: $
- CHARGES ADVANCED
- PRO NUMBER
- CARRIER NAME

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with our shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X

RECEIVED BY BAX GLOBAL DRIVER / AGENT

Driver Signature: _____
Print Name: Fran Clark
Date: 11/28/05  Pick Up Time: 11:30
Driver No. 1039

SHIPPER COPY

**STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**   **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**   **ROCHESTER, MICHIGAN 48307**   **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**   DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905   (Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273     SID # | | | |
| 3  PCS71  CARTON | | 64528 | | |
| | | 90   NET WT. | | |
| | | 3   TARE WT. | | |
| | | 93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |

======================= T O T A L S =======================
90   TOT NET      3  TOT TAR     93  TOT GRS

PCS71-3

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: _____

ShipTime: _____

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amounts prepaid) | Charges advanced: $ | **C.O.D. SHIPMENT** C.O.D. AMT. _____ Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's emprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

**THIS SHIPMENT IS CORRECTLY DESCRIBED.**

CORRECT WEIGHT IS _____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

TR# 6149

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

**Shipper, Per** _____

9/28/05   1/20
Agent, Per
Fran Clark BAX

Permanent post office address of shipper

1FO 184 - REV. DATE 2/8/99 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
| --- |
| SID 064529 |

| S O L D T O | GMC1200<br>DELPHI SAGINAW<br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | S H I P T O | 06<br>DELPHI S PLANT 6 COLUMNS<br>3900 EAST HOLLAND RD<br>CISCO: 44026 SAP#: K906<br>SAGINAW, MI 48601<br>United States |
| --- | --- | --- | --- |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/28/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/28/05 | 064529 | CHIEFTON CONTRACT | 161 | 20 | 156 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 625 | EA | .994 | $621.25 |
| | | | | | $0.00 |
| | | | | Subtotal | $621.25 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $621.25 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, inc.
*Established 1952*

1627 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| | |
|---|---|
| **INVOICE NO./ PACKING SLIP NO.** | SID 64529 |
| **DATE** | 09/28/05 |
| **BILL OF LADING** | 64529 |

**S H I P   T O**
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

**TERMS** 25TH PROX

| SHIPPED VIA | | | | |
|---|---|---|---|---|

CHIEFTON CONTRACT SVCS

| PURCHASE ORDER NO. | ACCNT SHIPPED | GROSS WGT. | NO OF PKGS. | PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| SHGP010235 | 127625 | 171 | 5 | 25038964 SWITCH MOUNTING BRACKET LOT 23005 625PCS BOX PRICE VALID 1/1/05-12/31/05 DAILY MILK RUN 1:00 PM | 625 | | |

| TOTAL NO. OF PACKAGES | 5—SC |
|---|---|
| **TOTAL WEIGHT** | 171 |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

FFG-22. REV. LVL. A. 1/23/96

NUMERICAL FILE COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | CHIEFTON CONTRACT SVCS CFCN | CARRIER'S NO.: |
|---|---|---|
| | | SHIPPER'S NO.: |

**From** HAMLIN TOOL AND MACHINE COMPANY, INC.

**At** ROCHESTER, MICHIGAN 48307                   D-U-N-S #057015273

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**   GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

(Mail or street address of consignee — For purposes of notification only.)

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|
| | Supplier#          057015273     SID # | | | |
| 5   PCS71   CARTON | 64529 | 156   NET WT. | | |
| | | 15   TARE WT. | | |
| | | 171   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | T O T A L S | | | |
| | 156   TOT NET    15   TOT TAR    171   TOT GRS | | | |
| PCS71-5 | | | | |
| | CLASS RATE: 50   AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: S84907

ShipTime: 1245

136609

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Per _____ (Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amounts prepaid.) | Charges advanced: $ _____ | **C.O.D. SHIPMENT** C.O.D. AMT. _____ Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
‡ If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

Shipper, Per _____

Agent, Per _____

IFO 184 - REV. DATE 2/6/98 REV. LVL: A

1

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064550 |

| S O L D T O | | S H I P T O | |
| --- | --- | --- | --- |
| GMC1200 | | 05 | |
| DELPHI SAGINAW | | DELPHI S PLANT 5 FWD AXLES | |
| NAO DISBURSEMENTS | | 3900 EAST HOLLAND RD. | |
| INVOICELESS SUPERVISOR | | CISCO: 44025 SAP#K905 | |
| PONTIAC, MI 48343-6040 | | SAGINAW, MI 48601 | |
| | | United States | |

| SUPPLIER CODE | TERMS | F.O.B | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/30/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/30/05 | 064550 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |

| | |
| --- | --- |
| Subtotal | $321.00 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $321.00 |
| Disc Available | $0.00 |
| Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #05/015273

| INVOICE NO./PACKING SLIP NO. | DATE | BILL OF LADING |
| --- | --- | --- |
| SID 64550 | 09/29/05 | 64550 |

GMACG-DELPHI SAGINAW
1200
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 48434-6040

S 0053568378
H DELPHI S PLANT 5 FWD AXLES
I 3900 HOLLAND RD.
P CISCO: 44025 SAP#: K905
  SAGINAW, MI 48601
T
O

TERMS: 25TH PROX

| SHIPPED VIA | PURCHASE ORDER NO. | ACCUM SHIPPED | NO. OF PKGS. | GROSS WGT. |
| --- | --- | --- | --- | --- |
| FAX GLOBAL | SAG901O535 | 1124000 | 5 | 93 |

| PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 07834482 RETAINER, GREASE REV. 00 FORD SUB'D GOOD JOBS BOX BILL FLYNN FOR PICK UP 11800-44152 PRICE EFF. 1/1/05-12/31/05 | 6000 | | |

TOTAL NO. OF PACKAGES 93

TOTAL WEIGHT

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

FO-22, REV. LVL: A 1/22/96

3-SC

GLOBAL
440 EXCHANGE
IRVINE CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

AIRBILL NUMBER  690 714 673

DATE 6/26/05
ORIGIN DTW

SHIPPER'S REFERENCE NO.

COMPANY
HAMLIN TOOL & MACHINE

STREET ADDRESS
171 HAMLIN RD

CITY
ROCHESTER

STATE MI   ZIP (REQUIRED) 48307

SHIPPER'S ACCOUNT NO. 292397655L

BILLING INFORMATION

PREPAID
COLLECT
3RD PARTY (ACCT. NO. REQD.)

C.O.D.

AMOUNT $

RATE QUOTE NUMBER

HANDLING INFORMATION (IF SPECIAL RATE MAY APPLY)
HOLD AT BAX
DANGEROUS GOODS
SATURDAY DELIVERY

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:

NO. OF PCS.   WEIGHT   LENGTH   WIDTH   HEIGHT   DESCRIPTION

DECLARED VALUE $

FOR BAX GLOBAL USE ONLY

GUARANTEED SERVICES REQUESTED

STANDARD SERVICES
BAX SAVER

RECEIVED BY BAX AT
SHIPPER'S DOOR
BAX TERMINAL
OUTSIDE CARRIER

RECEIVED BY BAX GLOBAL DRIVER / AGENT

PRINT NAME X  Carl Dziul

SHIPPER / REPRESENTATIVE SIGNATURE. SIGN NAME X

Driver Signature: K Green

Pick Up   Time

SHIPPER COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Original Bill of Lading,

CARRIER:   BAX GLOBAL                          BAXG                          CARRIER'S NO.:

SHIPPER'S NO.:

**From**   HAMLIN TOOL AND MACHINE COMPANY, INC.

**At**        ROCHESTER, MICHIGAN 48307                    **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment
Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**   DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905                    (Mail or street address of consignee -- For purposes of notification only.)

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS OR RATE | CHECK COL. |
|---|---|---|---|---|
| | Supplier#        057015273        SID # | | | |
| 3 | PCS71   CARTON                64550        90   NET WT. | | | |
| | | 3   TARE WT. | | |
| | DELPHI S PLANT 5 FWD AXLES        93   GROSS WT. | | | |
| | ══════ T O T A L S ══════ | | | |
| | 90   TOT NET        3   TOT TAR        93   TOT GRS | | | |

PCS71-3

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149
ShipTime: 9.29.05
R.GREG BAY

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor.)

| If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | **C.O.D. SHIPMENT** |
|---|---|---|---|---|
| | Agent or Cashier. | Agent or Cashier. | | C.O.D. AMT. _____ |
| | Per _____ (The signature here acknowledges only the amount prepaid) | Per _____ (The signature here acknowledges only the amounts prepaid) | $ _____ | Collection Fee _____ |
| | | | | Total Charges _____ |

This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"
Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

**Shipper, Per** _____          _____ **Agent, Per** _____

Permanent post office address of shipper

O 184 - REV. DATE 2/8/98 REV. LVL; A

1

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064551 |

| S O L D T O | |
| --- | --- |
| GMC1200 | |
| DELPHI SAGINAW | |
| NAO DISBURSEMENTS | |
| INVOICELESS SUPERVISOR | |
| PONTIAC, MI 48343-6040 | |

| S H I P T O | |
| --- | --- |
| 06 | |
| DELPHI S PLANT 6 COLUMNS | |
| 3900 EAST HOLLAND RD | |
| CISCO: 44026 SAP#: K906 | |
| SAGINAW, MI 48601 | |
| United States | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/29/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/29/05 | 064551 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90i0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |

# Hamlin

**Tool and Machine Company, Inc.**

Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| | INVOICE NO./PACKING SLIP NO. |
|---|---|
| DATE | BID 64551 |
| 09/29/05 | BILL OF LADING 64551 |

| | |
|---|---|
| VENDOR NO. 067015273 | |
| **S**OLD GMACG-DELPHI SAGINAW | **S**HIP GM SAGINAW DIVISION |
| **T**O NAO DISBURSEMENTS | **T**O 3900 HOLLAND RD |
| INVOICELESS SUPERVISOR | PLANT 06 |
| P.O. BOX 436040 | SAGINAW, MI 48601 |
| PONTIAC, MI 483436040 | |

| SHIPPED VIA | TERMS |
|---|---|
| CHIEFTON CONTRACT SVCS | 25TH PROX |

| PURCHASE ORDER NO. | ACCONT. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SAG9010236 | 128375 | 6 | 26038964 SWITCH MOUNTING BRACKET | 750 | | |
| | | 206 | LOT: 23505 10 PER BOX | | | |
| | | | RICH SALDU 09/28/05 06:27:44:05 | | | |
| | | | DAILY MILK RUN 1:00 PM | | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 6 | 206 |

FO-22   REV.IVL-A 1/23/96

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

| CARRIER: | CHIEFTON CONTRACT SVCS | CFCN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**    **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**    **ROCHESTER, MICHIGAN 48307**      **D-U-N-S #057015273**

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**    GM SAGINAW DIVISION      (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD
PLANT 06

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 6   PCS71 | CARTON | 64551    188   NET WT. | | |
| | | 18   TARE WT. | | |
| | | 206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |

========= T O T A L S =========
188    TOT NET     18   TOT TAR     206    TOT GRS

PCS71-6

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1245*

*136623*

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall make delivery of this shipment without payment of freight and all other lawful charges. _____ Per _____ (Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. _____ Agent or Cashier Per _____ (The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon. _____ Agent or Cashier Per _____ (The signature here acknowledges only the amounts prepaid.) | Charges advanced: $ | C.O.D. SHIPMENT C.O.D. AMT. _____ Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
§ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

**Shipper, Per** _____      **Agent, Per** _____

Permanent post office address of shipper

FO 184 - REV. DATE 2/6/98 REV. LVL; A

1

| | INVOICE NUMBER |
|---|---|
| | SID 064552 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

**REMIT TO:**
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| | |
|---|---|
| S | GMC1200 |
| O | DELPHI SAGINAW |
| L | |
| D | NAO DISBURSEMENTS |
| | INVOICELESS SUPERVISOR |
| | PONTIAC, MI 48343-6040 |
| T | |
| O | |

| | |
|---|---|
| S | 23 |
| H | DELPHI S PLANT 23 ATHENS |
| I | c/o INDIANAPOLIS DDC |
| P | ALVAN MOTOR FREIGHT |
| | 1235 TERMINAL ROAD |
| | INDIANAPOLIS, IN 46247 |
| T | United States |
| O | |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/29/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/29/05 | 064552 | ALVAN MOTOR FREIGHT | 154 | 40 | 126 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90X0238 | 07834482 | 8,400 | EA | .0535 | $449.40 |
| | RETAINER, GREASE | | | | |
| | INTERNAL #: 1159 | | | | |
| | | | | Subtotal | $449.40 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $449.40 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
### Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | DATE | BILL OF LADING |
|---|---|---|
| INVOICE NO./ PACKING SLIP NO. | 09/29/05  SID  64552 | 64552 |

GMACG-DELPHI SAGINAW
1200
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI  483436040

S 005356878
H DELPHI-S- 44123, ATHENS Al.
I c/o INDIANAPOLIS DDC.
P % ALVAN MOTOR FREIGHT
  1235 TERMINAL RD.
T INDIANAPOLIS, IN  46247
O

SHIPPER NO./ 057015273

| PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. | GROSS WGT. |
|---|---|---|---|
| SAGPO10206 | 494800 | 14 | 434 |

SHIPPED VIA  ALVAN MOTOR FREIGHT

TERMS  25TH PROX

| PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 078344AZ RETAINER, GREASE REV. 00 | 8400 | | |

101 0HE05 SA05 R BEGN
CAHL ALVAN FOR PICK UP DONT SHIP UPS
PRICE EFF - 1/1/05-12/31/05

TOTAL NO. OF PACKAGES  14
TOTAL WEIGHT  434

NO. 14-SC
S AGPO10206
494800

434

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

UFC 22   REV. LVL.A  1/23/96

| RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading. | | |
|---|---|---|
| CARRIER: | | CARRIER'S NO.: |
| ALVAN MOTOR FREIGHT ALVN | | SHIPPER'S NO.: |

**From**  HAMLIN TOOL AND MACHINE COMPANY, INC.

**At**  ROCHESTER, MICHIGAN 48307  **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**  DELPHI-S- 44123,ATHENS AL.  
c/o INDIANAPOLIS DDC.  
% ALVAN MOTOR FREIGHT  

(Mail or street address of consignee — For purposes of notification only.)

1235 TERMINAL RD.  
INDIANAPOLIS, IN  46247

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#          057015273     SID # | | | |
| 14  PCS71  CARTON | | 64552 | 420 NET WT. | |
| | | | 14 TARE WT. | |
| | | | 434 GROSS WT. | |
| | DELPHI-S- 44123,ATHENS AL. | | | |
| | T O T A L S | | | |
| | 420   TOT NET      14  TOT TAR      434  TOT GRS | | | |
| | PCS71-14 | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS | | | |
| | 42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368 | | | |



DT312589 8

| Loose PCS (A) | Skids (B) | PCS On Skids | Skids BTC | TTL Handling Units (A+B) | BLC |
|---|---|---|---|---|---|

Trailer#: 53224

ShipTime: _____

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ ____ to apply in prepayment of the charges on the property described hereon. | Received $ ____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | **C.O.D. SHIPMENT** |
|---|---|---|---|---|---|
| | | Agent or Cashier | Agent or Cashier | | C.O.D. AMT. _____ |
| _____ (Signature of Consignor ) | | Per ____ (The signature here acknowledges only the amount prepaid) | Per ____ (The signature here acknowledges only the amounts prepaid.) | $ ____ | Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to the applicable regulations of the Interstate Commerce Commission.  
† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."  
† Shipper's weight in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.  
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.  
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____ per ____  
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate of boxes, and all other requirements of Consolidated Freight Classification.

**THIS SHIPMENT IS CORRECTLY DESCRIBED.**

CORRECT WEIGHT IS _____ LBS.

HAMLIN  
TOOL AND MACHINE COMPANY, INC.  
1671 EAST HAMLIN ROAD  
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

**Shipper, Per** _Kevin Allen_   **Agent, Per** _Alvan_   9-29-00

1

IFO 184 - REV. DATE 2/6/98 REV. LVL; A

| | INVOICE NUMBER |
|---|---|
| | SID 064609 |

**REMIT TO:**
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI 48307

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

```
S   GMC1200
O   DELPHI SAGINAW
L
D   NAO DISBURSEMENTS
    INVOICELESS SUPERVISOR
    PONTIAC, MI 48343-6040
T
O
```

```
S   06
H   DELPHI S PLANT 6 COLUMNS
I
P   3900 EAST HOLLAND RD
    CISCO: 44026 SAP#: K906
    SAGINAW, MI 48601
T   United States
O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/30/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/30/05 | 064609 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | Subtotal | | $745.50 |
| | | | Sales Tax | | $0.00 |
| | | | Freight Charges | | $0.00 |
| | | | Invoice Total | | $745.50 |
| | | | Disc Available | | $0.00 |
| | | | Funds:  USD | | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| DATE | |
| 09/30/05  SID  64609 | BILL OF LADING  64609 |

**SOLD TO:**
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI  483436040

**SHIP TO:**
0053568878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI  48601

SHIPPED VIA: CHIEFTON CONTRACT SVCS.

TERMS: 25TH PROX

| QUP NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 85964 | SAG5010206  129125 | 6  206 | 26038964 SWITCH MOUNTING BRACKET | 750 | | |

DAILY MILK RUN 1:00 PM

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 6-SC | 206 |

HFC-22  REV. LVL: A  1/23/96

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

STRAIGHT BILL OF LADING — SHORT FORM — Original — Not Negotiable

09/30/05    64609

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| | | CARRIER'S NO.: |
|---|---|---|
| CARRIER: | CHIEFTON CONTRACT SVCS    CFCN | SHIPPER'S NO.: |

**From**    HAMLIN TOOL AND MACHINE COMPANY, INC.

**At**    ROCHESTER, MICHIGAN 48307    D-U-N-S #057015273

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| Consigned to | GM SAGINAW DIVISION<br>3900 HOLLAND RD<br>PLANT 06 | (Mail or street address of consignee — For purposes of notification only.) |
|---|---|---|
| | SAGINAW, MI    48601 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 6    PCS71    CARTON | | 64609    188    NET WT.<br>18    TARE WT.<br>206    GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ═══════ T O T A L S ═══════ | | | |
| | 188    TOT NET    18    TOT TAR    206    TOT GRS | | | |
| PCS71-6 | | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS<br>3RD PARTY COLLECT<br>BILL: DELPHI S, 44025 SAGINAW MI c/o<br>DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: *584907*

ShipTime: *1245*

*136637*

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>_____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $_____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br>Per_____<br>(The signature here acknowledges only the amount prepaid.) | Received $_____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br>Per $_____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced: | C.O.D. SHIPMENT<br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    Agent, Per _____

Permanent post office address of shipper

1

D 184 - REV. DATE 2/6/98 REV. LVL; A

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064629 |

| S O L D | GMC1200 |
| --- | --- |
| | DELPHI SAGINAW |
| | NAO DISBURSEMENTS |
| | INVOICELESS SUPERVISOR |
| T O | PONTIAC, MI 48343-6040 |

| S H I P | 05 |
| --- | --- |
| | DELPHI S PLANT 5 FWD AXLES |
| | 3900 EAST HOLLAND RD. |
| | CISCO: 44025 SAP#K905 |
| | SAGINAW, MI 48601 |
| T O | United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/03/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 10/03/05 | 064629 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482 | 6,000 | EA | .0535 | $321.00 |
| | RETAINER, GREASE | | | | |
| | INTERNAL #: 1159 | | | | |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
### Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| | INVOICE NO./PACKING SLIP NO. |
|---|---|
| DATE | SID 64629 |
| 10/03/05 | |
| | BILL OF LADING |
| | 64629 |

**S**  005356878
**H**  DELPHI S PLANT 5 FWD AXLES
**I**  3900 HOLLAND RD.
**P**  CISCO: 444025 SAP#: K905
**T**  SAGINAW, MI 48601
**O**

GMAC@-DELPHI SAGINAW
1200
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 4356040
PONTIAC, MI 4834436040

| SUPPLIER NO. 067015273 | | SHIPPED VIA BAX GLOBAL | | TERMS 25TH PROX | | | |
|---|---|---|---|---|---|---|---|
| PUR. INV. NO. 59 | PURCHASE ORDER NO. SAG9010236 | ACCUM. SHIPPED 1136000 | NO. OF PKGS. GROSS WGT. 3    93 | | | | |

| PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 07834482 RETAINER, GREASE REV. 00 | 6000 | | |
| ICT STTOS 6000 PCS REXT | | | |
| CALL DELYNN FOR PICK UP | | | |
| PRICE EFF. 1/1/05-12/31/05 | | | |

| 3-SC | | TOTAL NO. OF PACKAGES ➤ | 3 | TOTAL WEIGHT ➤ | 93 |
|---|---|---|---|---|---|

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFC-02    REV. LVL. A 1/23/96

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

**GLOBAL**  440 EXCHANGE
IRVINE CA 92602

AIRBILL NUMBER  **690 714 695**

DATE  10/13

ORIGIN  DTW

COMPANY (SHIPPER NAME)
HAMLIN TOOL & MACHINE

STREET ADDRESS
1671 HAMLIN RD

CITY
ROCHESTER

STATE  MI

ZIP (REQUIRED)  48307

SHIPPER'S REFERENCE NO.  21462

SHIPPER'S ACCOUNT NO.  293232765?

TO (CONSIGNEE NAME)

BILLING INFORMATION
☐ PREPAID (SHIPPER)
☐ COLLECT (CONSIGNEE)
☐ 3RD PARTY (ACCT. NO. REQ'D)

RATE QUOTE NUMBER

**690 714 695**

HANDLING INFORMATION (*SPECIAL RATE MAY APPLY)
☐ HOLD AT BAX
☐ DANGEROUS GOODS
☐ *SATURDAY DELIVERY
☐ *SPECIAL DELIVERY
☐ *CONVENTION

NO. OF PCS / WEIGHT / LENGTH / WIDTH / HEIGHT / DESCRIPTION

DECLARED VALUE $

RELEASE SIGNATURE X

RECEIVED BY BAX AT
☐ SHIPPER'S DOOR
☐ BAX TERMINAL

☐ OUTSIDE CARRIER:
☐ FOR BAX GLOBAL USE ONLY

GUARANTEED SERVICES
CALL YOUR LOCAL BAX STATION
☐ Guaranteed First Arrival (EMR 1)
☐ Guaranteed Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)
☐ Guaranteed 2nd Day (EMR D)

STANDARD SERVICES
☐ OVERNIGHT (NEXT BUSINESS DAY)
☐ SECOND DAY
☒ BAX SAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER

RECEIVED BY BAX GLOBAL DRIVER / AGENT

Driver Signature: K. Parks
Pick Up Date: 10/13
Pick Up Time: 1:05
Driver No. RR 6149

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X

SHIPPER COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| | | |
|---|---|---|
| CARRIER | BAX GLOBAL | BAXG |
| | | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |

**From**  **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**  **ROCHESTER, MICHIGAN 48307**    **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**    DELPHI S PLANT 5 FWD AXLES    (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 3  PCS71  CARTON | 64629 | 90  NET WT. | | |
| | | 3  TARE WT. | | |
| | | 93  GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ===== T O T A L S ===== | | | |
| | 90   TOT NET     3  TOT TAR    93  TOT GRS | | | |
| PCS71-3 | | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: 6149

ShipTime: 10/3/05

Rob GREIG BAY

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Per _____
(The signature here acknowledges only the amounts prepaid.) | Charges advanced:

$ | **C.O.D. SHIPMENT**

C.O.D. AMT. _____

Collection Fee _____

Total Charges _____ |
|---|---|---|---|---|---|

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
§ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
OOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____   _____ Agent, Per _____

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/6/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
|---|
| SID 064630 |

S O L D   GMC1200
T O

GMC1200
DELPHI SAGINAW

NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P   06
T O

06
DELPHI S PLANT 6 COLUMNS

3900 EAST HOLLAND RD
CISCO: 44026 SAP#: K906
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|
| 057015273 | 2nd day 2nd month | | ROCHESTER, MI | 10/03/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/03/05 | 064630 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | Subtotal | | | | $745.50 |
| | Sales Tax | | | | $0.00 |
| | Freight Charges | | | | $0.00 |
| | Invoice Total | | | | $745.50 |
| | Disc Available | | | | $0.00 |
| | Funds:  USD | | | | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #05701 5273

| | |
|---|---|
| DATE | 10/03/05 |
| INVOICE NO./ PACKING SLIP NO. | $ID 64630 |
| BILL OF LADING | 64630 |

**SOLD TO**
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 4366040
PONTIAC, MI 483436040

**SHIP TO**
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

**SHIPPED VIA** CHIEFTON CONTRACT SVCS

**TERMS** 25TH PROX

| PURCHASE ORDER NO. | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SA00910236 1.29875 | 6 206 | Z60389964 SWITCH MOUNTING BRACKET<br>P.O.# 23540S 554 PART BOX'E<br>PRICE VALID 1/21/05 12/31/05<br>DAILY MILK RUN 1:00 PM | 750 | | |

| B# | PURCHASE ORDER NO. | NO. OF PKGS. | | | |
|---|---|---|---|---|---|
| ORDER NO. | SA00910236 | | | | |

6-SC

TOTAL NO. OF PACKAGES ➤ 206

TOTAL WEIGHT ➤

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFG-22   REV. LVL A 1/23/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | CHIEFTON CONTRACT SVCS | CFCN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From** HAMLIN TOOL AND MACHINE COMPANY, INC.

**At** ROCHESTER, MICHIGAN 48307    D-U-N-S #057015273

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**    GM SAGINAW DIVISION    (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD
PLANT 06

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 6  PCS71  CARTON | 64630 | 188  NET WT. | | |
| | | 18  TARE WT. | | |
| | | 206  GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | T O T A L S | | | |
| | 188  TOT NET    18  TOT TAR    206  TOT GRS | | | |
| | PCS71-6 | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: *584807*

ShipTime: *1245*

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Per _____ [Signature of Consignor] | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amounts prepaid) | Charges advanced: $ | C.O.D. SHIPMENT C.O.D. AMT. _____ Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
* Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    Agent, Per _____

Permanent post office address of shipper

1

IFO 184 - REV. DATE 2/6/98 REV. LVL: A

| | INVOICE NUMBER |
|---|---|
| REMIT TO:<br>Hamlin Tool & Machine Company<br>1671 East Hamlin Rd<br><br>Rochester, MI  48307 | SID 064646 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

| S O L D T O | GMC1200<br>DELPHI SAGINAW<br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | S H I P T O | 05<br>DELPHI S PLANT 5 FWD AXLES<br>3900 EAST HOLLAND RD.<br>CISCO: 44025 SAP#K905<br>SAGINAW, MI 48601<br>United States |
|---|---|---|---|

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|
| 057015273 | 2nd day 2nd month | | ROCHESTER, MI | 10/04/05 |

| | | | GROSS | TARE | NET |
|---|---|---|---|---|---|
| SHIP DATE | SHIPPER NO. | SHIPPED VIA | 93 | 21 | 90 |
| 10/04/05 | 064646 | BAX GLOBAL | | | |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY<br>SHIPPED | UOM | UNIT<br>PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 6,000 | EA | .0535 | $321.00 |
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | | | | |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067018273

| DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| 10/04/05 | STD 64646 |
| | BILL OF LADING |
| | 64646 |

**S O L D** 
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

**S H I P T O**
0053356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905
SAGINAW, MI 48601

| OUR NO. | PURCHASE ORDER NO. | ACCUM SHIPPED | NO. OF PKGS. | GROSS WGT. | SHIP VIA | TERMS |
|---|---|---|---|---|---|---|
| 0570015273 | SAG9010255 | 1142000 1.59 | 93 | 93 | BAX GLOBAL | 25TH PROX |

| PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 07634482 RETAINER, GREASE REV. 00 | 6000 | | |
| Lot 901P5  6000 Pcs Cont | | | |
| CALL ALVAN FOR PICK UP (810-922-4421 CELL) | | | |
| PRICE EFF: 1/1/05-12/31/05 | | | |

TOTAL NO. OF PACKAGES ► 3-SC    93

TOTAL WEIGHT ►

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

HFO-22  REV. LVL. A  1/23/96

NUMERICAL FILE COPY

**BAX GLOBAL**
440 EXCHANGE
IRVINE, CA 92602

AIRBILL NUMBER **690 714 706**

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION |
|---|---|---|
| 12/6/05 | PTW | |

SHIPPER'S REFERENCE NO.

PROJECT NAME / OUR NAME
**HAMLIN TOOL & MACHINE**

SHIPPERS ACCOUNT NO.

STREET ADDRESS
**1671 HAMLIN RD**

CITY **ROCHESTER**   STATE **MI**   ZIP (REQUIRED) **48307**

CONSIGNEE'S REFERENCE NO.

TO (CONSIGNEE NAME)

COMPANY **DETAL SHARI**

ACCURATE STREET ADDRESS BAX CANNOT DELIVER TO A P.O. BOX

CITY **SASTWA**   STATE   ZIP (REQUIRED) **40601**

**BILLING INFORMATION**

| | |
|---|---|
| PREPAID (SHIPPER) | $ |
| COLLECT (CONSIGNEE) | |
| C.O.D. | $ |
| 3RD PARTY (ACCT. NO, REQ'D) | |
| ACCT. NO. **3 9 3 5 3 1** | |

RATE QUOTE NUMBER

**HANDLING INFORMATION** ( SPECIAL RATE MAY APPLY )

| | |
|---|---|
| HOLD AT BAX | DANGEROUS GOODS |
| | SATURDAY DELIVERY |
| | SPECIAL DELIVERY |
| | CONVENTION |

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| | 14 | 12 | 10 | 12 | MCHNE PARTS |
| TOTAL PCS | TOTAL WT. | | | | |

**FOR BAX GLOBAL USE ONLY**

| CHARGES ADVANCED | PRO NUMBER | CARRIER NAME |
|---|---|---|

GUARANTEED SERVICES
CALL YOUR LOCAL BAX STATION
[ ] Guaranteed First Arrival (EMR 1)
[ ] Guaranteed Overnight (EMR 2)
[ ] Guaranteed Airport-to-Airport (EMR 3)

STANDARD SERVICES
[ ] OVERNIGHT (NEXT BUSINESS DAY)
[ ] SECOND DAY
[X] BAX SAVER
[ ] NEXT FLIGHT AVAILABLE
[ ] OTHER

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE. SIGN NAME X

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

PRINT NAME X   DATE 12/6/05

Driver Signature: R. Geres   [ ] Driver

Print Name: MONDAY   Pick Up No.

Pick Up Time: B56 AM

SHIPPER COPY

| CARRIER | BAX GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From** HAMLIN TOOL AND MACHINE COMPANY, INC.

**At** ROCHESTER, MICHIGAN 48307     D-U-N-S #057015273

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**    DELPHI S PLANT 5 FWD AXLES      (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#      057015273     SID # | | | |
| 3   PCS71    CARTON | 64646 | 90   NET WT. | | |
| | | 3   TARE WT. | | |
| | | 93   GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | T O T A L S | | | |
| | 90   TOT NET     3   TOT TAR     93   TOT GRS | | | |

PCS71-3
    CLASS RATE: 50   AUTOMOTIVE METAL PARTS
    3RD PARTY COLLECT
    BILL 2: DELPHI S, 44025 SAGINAW MI c/o
    DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149

ShipTime: 10-4-05
3.40pm
R. GREIG BAY

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Charges advanced: | **C.O.D. SHIPMENT** |
| | | Agent or Cashier | Agent or Cashier | | C.O.D. AMT. _____ |
| Per _____ (Signature of Consignor) | | Per _____ (The signature here acknowledges only the amount prepaid) | Per _____ (The signature here acknowledges only the amounts prepaid) | $ | Collection Fee _____ Total Charges _____ |

‡ This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
* Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

‡ The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

| | | |
|---|---|---|
| **THIS SHIPMENT IS CORRECTLY DESCRIBED.** | | |
| CORRECT WEIGHT IS _____ LBS. | | |

HAMLIN
OOL AND MACHINE COMPANY, INC.      Shipper, Per _____      Agent, Per _____
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/6/98 REV. LVL: A

| INVOICE NUMBER |
|---|
| SID 064647 |

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI  48307

S GMC1200
O DELPHI SAGINAW
L
D NAO DISBURSEMENTS
  INVOICELESS SUPERVISOR
  PONTIAC, MI 48343-6040
T
O

S 06
H DELPHI S PLANT 6 COLUMNS
I
P 3900 EAST HOLLAND RD
  CISCO: 44026 SAP#: K906
  SAGINAW, MI 48601
T United States
O

| SUPPLIER CODE | TERMS | | F.O.B. | INVOICE DATE |
|---|---|---|---|---|
| 057015273 | 2nd day 2nd month | | ROCHESTER, MI | 10/04/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/04/05 | 064647 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | Subtotal | | | | $745.50 |
| | Sales Tax | | | | $0.00 |
| | Freight Charges | | | | $0.00 |
| | Invoice Total | | | | $745.50 |
| | Disc Available | | | | $0.00 |
| | Funds:  USD | | | | |



# Hamlin
## Tool and Machine Company, Inc.
### Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| DATE | BILL OF LADING |
| 10/04/05  SID 64647 | 64647 |

005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 05
SAGINAW, MI 48601

S
H
I
P
T
O

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 48434-36040

SHIP VIA CHIEFTON CONTRACT SVCS     TERMS 25TH PROX

| OUR NO. 2954 | PURCHASE ORDER NO. CACI4POG19226 | NO. OF PKGS. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | GROSS WGT. | | | | |
| | 1306625 | 206 | 266367354 | 750 | | |
| | | | SWITCH MOUNTING BRACKET | | | |
| | | | LOT 23405 TWO PCS SHORT | | | |
| | | | PRICE VALID 1/1/05 - 12/31/05 | | | |
| | | | DAILY MILK RUN 1:30 PM | | | |

6—SC     206.

TOTAL NO. OF PACKAGES     TOTAL WEIGHT

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

H-O-22   REV. LVL. A  1/23/06

10/04/05   Doc 3622-2   Filed 03/14/07

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

CARRIER'S NO.:

SHIPPER'S NO.:

CARRIER    CHIEFTON CONTRACT SVCS    CFCN

**From   HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At      ROCHESTER, MICHIGAN 48307**    D-U-N-S #057015273

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**    GM SAGINAW DIVISION    (Mail or street address of consignee — For purposes of notification only.)
                    3900 HOLLAND RD
                    PLANT 06

                    SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 6  PCS71  CARTON | 64647 | 188   NET WT. | | |
| | | 18   TARE WT. | | |
| | | 206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | T O T A L S | | | |
| 188   TOT NET | 18   TOT TAR | 206   TOT GRS | | |

PCS71-6

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL.: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1145*

*138500*

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per ___<br>(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ ___ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br>Per ___<br>(The signature here acknowledges only the amount prepaid) | Received $ ___ to apply in prepayment of the charges on the property described hereon.<br><br>Per ___<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ ___ | C.O.D. SHIPMENT<br><br>C.O.D. AMT. ___<br>Collection Fee ___<br>Total Charges |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
‡ If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___ Per ___

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS ___ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

Shipper, Per ___

Agent, Per ___

1

HFO 184 - REV. DATE 2/8/98 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
|---|
| SID 064648 |

S O L D T O
GMC1200
DELPHI SAGINAW

NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P T O
23
DELPHI S PLANT 23 ATHENS
c/o INDIANAPOLIS DDC
ALVAN MOTOR FREIGHT
1235 TERMINAL ROAD
INDIANAPOLIS, IN 46247
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/04/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/04/05 | 064648 | ALVAN MOTOR FREIGHT | 132 | 36 | 108 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 7,200 | EA | .0535 | $385.20 |

|  |  |
|---|---|
| Subtotal | $385.20 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $385.20 |
| Disc Available | $0.00 |
| Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | | DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|---|---|
| | | 10/04/05 | SID 64648 |
| | | | BILL OF LADING |
| | | | 64648 |

SHIP TO #057015273

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

1200

005356878
DELPHI-S- 44125,ATHENS AL
C/O INDIANAPOLIS DDC
& ALVAN MOTOR FREIGHT
1235 TERMINAL RD.
INDIANAPOLIS, IN  46247

S  0
H  I
P  N
T  O

SHIPPED VIA ALVAN MOTOR FREIGHT    TERMS 25TH PROX.

| PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| PURCHASE ORDER NO. 500510235 | GROSS WGT. | 07034482 | RETAINER, GREASE REV. 00 | | | |
| 502000 | | LOT 0A1105,7200 PCS PROD | 7200 | | |
| ACTUAL SHIPPED 372 | 372 | CALL ALVAN FOR PICK UP 1-800-641-5800 | | | |
| | | PRICE EFF. 1/1/05-12/31/05 | | | |

1.2-SC

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 372 | |

HFTO-82  REV. LVL A  1/23/96

NUMERICAL FILE COPY

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER: | ALVAN MOTOR FREIGHT | ALVN | CARRIER NO.: |
| | | | SHIPPER'S NO.: |

| From | **HAMLIN TOOL AND MACHINE COMPANY, INC.** | |
| At | **ROCHESTER, MICHIGAN 48307** | **D-U-N-S #057015273** |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment

Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| Consigned to | DELPHI-S- 44123, ATHENS AL. | (Mail or street address of consignee — For purposes of notification only.) |
| | c/o INDIANAPOLIS DDC. | |
| | % ALVAN MOTOR FREIGHT | |
| | | |
| | 1235 TERMINAL RD. | |
| | INDIANAPOLIS, IN 46247 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier# 057015273 SID # | | | |
| 12 PCS71 | CARTON | 64648 | 360 NET WT. | |
| | | | 12 TARE WT. | |
| | | | 372 GROSS WT. | |
| | DELPHI-S- 44123, ATHENS AL. | | | |
| | ═══════════ T O T A L S ═══════════ | | | |
| | 360 TOT NET 12 TOT TAR 372 TOT GRS | | | |
| PCS71-12 | | | | |
| | CLASS RATE: 50 AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS | | | |
| | 42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368 | | | |

Trailer#: _53259_

ShipTime: _315pm_

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor)

| If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges the amounts prepaid.) | ![ALVAN] **DT279398 O**

| | Loose PCS (A) | Skid (B) | PCS On Skid | Skid STC | Till Handling Units (A+B) | BLC |
| | 1 | | | 12 | | | |

*THIS SHIPMENT IS CORRECTLY DESCRIBED.* |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Conference Commission

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

‡ Shipper's improving in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

| CORRECT WEIGHT IS _____ LBS. |

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN**
**OOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____        Agent, Per _____
                                                         10/4/05

Permanent post office address of shipper _____

FO 184 - REV. DATE 2/5/98 REV. LVL; A

1

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064657 |

S O L D T O:
GMC1200
DELPHI SAGINAW

NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S H I P T O:
06
DELPHI S PLANT 6 COLUMNS

3900 EAST HOLLAND RD
CISCO: 44026 SAP#: K906
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/05/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 10/05/05 | 064657 | CHIEFTON CONTRACT | 129 | 19 | 125 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90\0236 | 26038964 SWITCH MOUNTING BRACKET INTERNAL #: 8964 | 500 | EA | .994 | $497.00 |
| | | | | | $0.00 |
| | | | Subtotal | | $497.00 |
| | | | Sales Tax | | $0.00 |
| | | | Freight Charges | | $0.00 |
| | | | Invoice Total | | $497.00 |
| | | | Disc Available | | $0.00 |
| | | | Funds:  USD | | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

**INVOICE NO./ PACKING SLIP NO.**
SID 64657

| DATE | BILL OF LADING |
|---|---|
| 10/05/05 | 64657 |

S H I P P E D   T O:
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI  48601

1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI  483436040

SHIP VIA: CHIEFTON CONTRACT SVCS
TERMS: 25TH PROX

| OUR NO. SAG9010236 | PURCHASE ORDER NO. ACCUM SHIPPED 131125 | NO. OF PKGS. GROSS WGT. 4  1.37 | PART NUMBER DESCRIPTION 26038964  SWITCH MOUNTING BRACKET | QUANTITY SHIPPED 500 | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|

DAILY MILK RUN 1:00 PM

---

| 4~SC | 1.37 |
|---|---|
| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |

OUR NO. 9764
PURCHASE ORDER NO. 131125

HFO-22  REV. LVL: A  1/23/96

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

**NUMERICAL FILE COPY**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER: | CHIEFTON CONTRACT SVCS | CFCN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**     **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**          **ROCHESTER, MICHIGAN 48307**      **D-U-N-S #057015273**

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| Consigned to | GM SAGINAW DIVISION<br>3900 HOLLAND RD<br>PLANT 06 | (Mail or street address of consignee — For purposes of notification only.) |

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#     057015273    SID # | | | |
| 4   PCS71   CARTON | 64657 | 125   NET WT.<br>12   TARE WT.<br>137   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ========== T O T A L S ========== | | | |
| | 125   TOT NET    12   TOT TAR    137   TOT GRS | | | |
| PCS71-4 | | | | |
| | CLASS RATE: 50   AUTOMOTIVE METAL PARTS<br>3RD PARTY COLLECT<br>BILL: DELPHI S, 44025 SAGINAW MI c/o<br>DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: *584907*

ShipTime: *1245*

*138645*

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor ) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br><br>$ | **C.O.D. SHIPMENT**<br><br>C.O.D. AMT. _____<br><br>Collection Fee _____<br><br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
‡ If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
§ Shipper's endorsement in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____      Agent, Per _____

Permanent post office address of shipper

IFO 184 - REV. DATE 2/6/88 REV. LVL: A

| | | INVOICE NUMBER |
|---|---|---|
| | | SID 064658 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

**REMIT TO:**
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| S O L D   T O | | S H I P   T O |
|---|---|---|
| GMC1200 DELPHI SAGINAW NAO DISBURSEMENTS INVOICELESS SUPERVISOR PONTIAC, MI 48343-6040 | | 05 DELPHI S PLANT 5 FWD AXLES 3900 EAST HOLLAND RD. CISCO: 44025 SAP#K905 SAGINAW, MI 48601 United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/06/05 | 064658 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | Subtotal | | $321.00 |
| | | | Sales Tax | | $0.00 |
| | | | Freight Charges | | $0.00 |
| | | | Invoice Total | | $321.00 |
| | | | Disc Available | | $0.00 |
| | | | Funds:  USD | | |



# Hamlin Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #05701273

GMACG-DELPHI SAGINAW          1200
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI  483436040

S  0053356878
H  DELPHI S PLANT 5 FWD AXLES
I  3900 HOLLAND RD.
P  CISCO: 44025 SAP#: K905
   SAGINAW, MI 48601
T
O

| DATE | INVOICE NO./ PACKING SLIP NO. | BILL OF LADING |
|---|---|---|
| 10/05/05 | SID 64558 | 64558 |

| SHIPPED NO. 05701273 | SHIPPED VIA BAX GLOBAL | | | TERMS 25TH PROX | | | |
|---|---|---|---|---|---|---|---|

| LINE NO. | PURCHASE ORDER NO. ACCUM.SHIPPED | GROSS WGT. | NO.OF PKGS. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9 | SAG70I0236 1148000 | 93 | 3 | 078344482 RETAINER, GREASE REV. 00 LOT 30105 6000 PCS RoHS CALL ALVIN FOR PICK-UP 1-800-632-4456 PRICE EFF. 1/1/05-12/31/05 | 6000 | | |

TOTAL NO. OF PACKAGES          TOTAL WEIGHT
3-SC                           93

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22 : REV LVL A 1/23/96

# BAX GLOBAL

440 EXCHANGE
IRVINE, CA 92602

| DATE | ORIGIN | DESTINATION |
|---|---|---|
| 3/15/05 | PTW | |

COMPANY (YOUR NAME)
HAMLIN TOOL & MACHINE

STREET ADDRESS
1671 HAMLIN RD

ROCHESTER

SHIPPER'S REFERENCE NO.
144SX

SHIPPER'S ACCOUNT NO.
29257726552

DEPT/FLOOR
PHONE NO.

STATE MI
ZIP REQUIRED
48307

**BILLING INFORMATION**

- [X] PREPAID (SHIPPER)
- [ ] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT.NO. REQ'D)
- [ ] C.O.D.

RATE QUOTE NUMBER

AIRBILL NUMBER
690 724 720

CONSIGNEE'S REFERENCE NO.

**HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)

- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:

TO CONSIGNEE'S NAME
DELPHI

ADDRESS STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)

CITY
STATE
ZIP REQUIRED

| NO. OF PCS | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |

TOTAL PCS | TOTAL WT.

DECLARED VALUE $

SIGNATURE X

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

Driver Signature: K. Gravel
Print Name: Driver
Pick Up Time: 345
Date:

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with any other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE SIGN NAME X

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

SHIPPER COPY

**FOR BAX GLOBAL USE ONLY**

| | CHARGES ADVANCED $ | PRO NUMBER | CARRIER NAME |
|---|---|---|---|

- [ ] RECEIVED BY BAX AT
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL
- [ ] OUTSIDE CARRIER

PRINT NAME X

DATE

**GUARANTEED SERVICES**
CALL YOUR LOCAL BAX STATION

- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (EMR 2)

**STANDARD SERVICES**

- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [ ] SECOND DAY
- [ ] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER: | BAY GLOBAL | BAXG | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

**From**  **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**  **ROCHESTER, MICHIGAN 48307**  **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

| **Consigned to** | DELPHI S PLANT 5 FWD AXLES<br>3900 HOLLAND RD.<br>CISCO: 44025 SAP#: K905 | (Mail or street address of consignee — For purposes of notification only.) |
| | SAGINAW, MI 48601 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#  057015273  SID # | | | |
| 3  PCS71  CARTON | 64658 | 90  NET WT.<br>3  TARE WT.<br>93  GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ============ T O T A L S ============ | | | |
| | 90  TOT NET  3  TOT TAR  93  TOT GRS | | | |

PCS71-3

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL.: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149
ShipTime: 10/5/05
Rob GREIG
BAX 3:45pm

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, ''To be Prepaid''. | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid.) | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier.<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br><br>$ | **C.O.D. SHIPMENT**<br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight "
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____  Agent, Per _____

Permanent post office address of shipper

1

FO 184 - REV. DATE 2/6/98 REV. LVL; A

REMIT TO:

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

| INVOICE NUMBER |
|---|
| SID 064680 |

| S O L D T O | GMC1200 | | | S H I P T O | 05 |
|---|---|---|---|---|---|
| | DELPHI SAGINAW | | | | DELPHI S PLANT 5 FWD AXLES |
| | NAO DISBURSEMENTS | | | | 3900 EAST HOLLAND RD. |
| | INVOICELESS SUPERVISOR | | | | CISCO: 44025 SAP#K905 |
| | PONTIAC, MI 48343-6040 | | | | SAGINAW, MI 48601 |
| | | | | | United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/06/05 | 064680 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | 6,000 | EA | .0535 | $321.00 |
| SAG9000236 | 07834482 | | | | |
| | RETAINER, GREASE | | | | |
| | INTERNAL #: 1159 | | | | $0.00 |

| | |
|---|---|
| Subtotal | $321.00 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $321.00 |
| Disc Available | $0.00 |
| Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #067015273

| INVOICE NO./ PACKING SLIP NO. | DATE | BILL OF LADING |
|---|---|---|
| SID 64680 | 10/06/05 | 64680 |

SOLD TO:
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 48343-6040

SHIP TO:
005356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905
SAGINAW, MI 48601

| CUST. ORDER NO. 7015273 | SHIPPED VIA DAX GLOBAL | | | | TERMS 25TH PROX | | |
|---|---|---|---|---|---|---|---|

| PURCHASE ORDER NO. / CUR. NO. | ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SAI990102359 36 | 11.154000 | 3 93 | 0783344832 RETAINER, GREASE REV. 00 | 6000 | | |
| | | | CUSTOMER TOOLING BUY# | | | |
| | | | CALL ADVANCED TOOL 810-632-5055 | | | |
| | | | PRICE EFF. 1/1/05-12/31/05 | | | |

S  H  I  P
T  O

3-SC                                                                       93

NUMERICAL FILE COPY

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

TOTAL NO. OF PACKAGES        TOTAL WEIGHT

HPO-22, REV. LVL-A, 1/23/98,

**BAX GLOBAL**
440 EXCHANGE
IRVINE, CA 92602

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

AIRBILL NUMBER **690 714 721**

CONSIGNEE'S REFERENCE NO.

**1** ORIGIN
DATE 1/16/05
ORIGIN PTW
DESTINATION

SHIPPER'S REFERENCE NO. C4L6X0

COMPANY
HAMLIN TOOL & MACHINE

STREET ADDRESS
8971 HAMLIN RD

CITY ROCHESTER
STATE MI
ZIP 48307

SHIPPER'S ACCOUNTING NO. 292497452

**2** COMPANY
ETSCO GLASS

STREET ADDRESS
44025 CAP W 16805

CITY SAGINAW
STATE MI
ZIP 48601

CONSIGNEE'S ACCOUNT NO.

**BILLING INFORMATION**
PREPAID (SHIPPER)
COLLECT (CONSIGNEE)
3RD PARTY (ACCT NO. REQ'D.)
C.O.D.
RATE QUOTE NUMBER

**HANDLING INFORMATION**
HOLD AT BAX
DANGEROUS GOODS
SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |
| 1 | 84 | 30 | 20 | 12 | Metal |
| | | | | | |

TOTAL PCS.
TOTAL WT.

DECLARED VALUE $

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

RECEIVED BY BAX AT
SHIPPER'S DOOR
BAX TERMINAL
OUTSIDE CARRIER $
CHARGES ADVANCED $

**FOR BAX GLOBAL USE ONLY**
PRO NUMBER
CARRIER NAME

**GUARANTEED SERVICES**
Guaranteed First Arrival (EMR 1)
Guaranteed Overnight (EMR 2)
Guaranteed Airport-to-Airport (EMR 3)
Guaranteed 2nd Day (EMR 2 D)

**STANDARD SERVICES**
BAX SAVER
OVERNIGHT (NEXT BUSINESS DAY)
SECOND DAY
NEXT FLIGHT AVAILABLE
OTHER

SHIPPER SIGNATURE X
PRINT NAME X

DATE 10/16/05

SHIPPER COPY

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading,

| CARRIER'S NO.: |
| SHIPPER'S NO.: |

**CARRIER:** BAX GLOBAL     BAXG

**From** HAMLIN TOOL AND MACHINE COMPANY, INC.

**At** ROCHESTER, MICHIGAN 48307     **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to** DELPHI S PLANT 5 FWD AXLES     (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE | OR | CHECK COL |
|---|---|---|---|---|---|
| | Supplier#    057015273   SID # | | | | |
| 3 PCS71 | CARTON    64680 | 90 NET WT. | | | |
| | | 3 TARE WT. | | | |
| | | 93 GROSS WT. | | | |
| | DELPHI S PLANT 5 FWD AXLES | | | | |
| | ════ T O T A L S ════ | | | | |
| | 90 TOT NET  3 TOT TAR  93 TOT GRS | | | | |

PCS71-3

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149

ShipTime: 10/6/05

*Rob Greg BAX*
*3 30*

| Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ Per _____ (Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of charges on the property described hereon. Agent or Cashier. Per _____ (The signature here acknowledges only the amounts prepaid.) | Charges advanced: $ | **C.O.D. SHIPMENT** C.O.D. AMT. _____ Collection Fee _____ Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"
† Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____     Agent, Per _____

Permanent post office address of shipper

1

BFO 184 - REV. DATE 2/8/88 REV. LVL: A

| INVOICE NUMBER |
|---|
| SID 064681 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

S  GMC1200
O  DELPHI SAGINAW
L
D  NAO DISBURSEMENTS
   INVOICELESS SUPERVISOR
   PONTIAC, MI 48343-6040
T
O

S  06
H  DELPHI S PLANT 6 COLUMNS
I
P  3900 EAST HOLLAND RD
   CISCO: 44026 SAP#: K906
   SAGINAW, MI 48601
T  United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/06/05 | 064681 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |



# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

**INVOICE NO./PACKING SLIP NO.**
SID 64481

**DATE**
10/06/05

**BILL OF LADING**
64481

**SOLD TO:**
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

**SHIP TO:**
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601-

**SHIPPED VIA**
CHIEFTON CONTRACT SVCS

**TERMS**
25TH PROX

| OUR NO. | PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. | GROSS WGT. | PART NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 964 | SAG9010236 | 131875 | 6 | 206 | 25036964 | SWITCH MOUNTING BRACKET | 750 | | |
| | | | | | | LET'S MAKE A DIFFERENCE | | | |
| | | | | | | PRICE VALID THRU 03/27/2006 | | | |
| | | | | | | DAILY MILK RUN 1:00 PM | | | |

**ORDER NO.** 057015273
**PURCHASE ORDER NO.** 1200

6-SC

**TOTAL NO. OF PACKAGES** 6
**TOTAL WEIGHT** 206

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22, REV. LVL: A 1/23/06

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

| CARRIER: | CHIEFTON CONTRACT SVCS    CFCN | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |

**From**    **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**    **ROCHESTER, MICHIGAN 48307**    **D-U-N-S #057015273**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| **Consigned to** | GM SAGINAW DIVISION<br>3900 HOLLAND RD<br>PLANT 06 | (Mail or street address of consignee — For purposes of notification only.) |

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT<br>SUBJECT TO CORRECTION | CLASS<br>RATE OR | CHECK<br>COL. |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 6  PCS71  CARTON | 64681 | 188   NET WT.<br>18   TARE WT.<br>206   GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ~~~~~~~~~~~ T O T A L S ~~~~~~~~~~~ | | | |
| | 188   TOT NET    18   TOT TAR    206   TOT GRS | | | |

PCS71~6

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: **584907**

ShipTime: **1245**

**138660**

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>Per _____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ | **C.O.D. SHIPMENT**<br>C.O.D. AMT. _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
§ Shipper's emphasis in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN**
**TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

**Shipper, Per** _____

**Agent, Per** _____

Permanent post office address of shipper

IFO 184 - REV. DATE 2/8/08 REV. LVL; A

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
|---|
| SID 064682 |

S
O  GMC1200
L  DELPHI SAGINAW
D
   NAO DISBURSEMENTS
   INVOICELESS SUPERVISOR
   PONTIAC, MI 48343-6040
T
O

S  23
H  DELPHI S PLANT 23 ATHENS
I  c/o INDIANAPOLIS DDC
P  ALVAN MOTOR FREIGHT
   1235 TERMINAL ROAD
   INDIANAPOLIS, IN 46247
T  United States
O

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/06/05 | 064682 | ALVAN MOTOR FREIGHT | 143 | 38 | 117 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG900236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 7,800 | EA | .0535 | $417.30 |

|  |  |
|---|---|
| Subtotal | $417.30 |
| Sales Tax | $0.00 |
| Freight Charges | $0.00 |
| Invoice Total | $417.30 |
| Disc Available | $0.00 |
| Funds:  USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | | |
|---|---|---|
| DATE | | |
| 10/06/05 | STD | 646682 |
| | | BILL OF LADING |
| INVOICE NO./ d | | 646682 |
| PACKING SLIP. NO | | |

**S** GMACG-DELPHI SAGINAW
**O** NAO DISBURSEMETS
**L** INVOICELESS SUPERVISOR
**D** P.O. BOX 436040
**T** PONTIAC, MI 483436040
**O**

1200

**S** 0055356878
**H** DELPHI-S- 44123, ATHENS AL.
**I** C/O INDIANAPOLIS DDC.
**P** & ALVAN MOTOR FREIGHT
**T** 1235 TERMINAL RD..
**O** INDIANAPOLIS, IN 46247

| SUPPLIER NO. 057015273 | SHIPPED VIA ALVAN MOTOR FREIGHT | | | PART NUMBER | DESCRIPTION | TERMS 25TH PROX | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| OUR NO. 1159 | PURCHASE ORDER NO. SAG9010236 | ACCUM. SHIPPED 509800 | NO. OF PKGS. 13 | 07834482 | RETAINER, GREASE REV. 00 | | 7800 | | |
| | | GROSS WGT. 403 | | | NOT SHOWS OUR PRESS ROOM | | | | |
| | | | | | CALL ALVAN FOR PICK UP 1-800-645-3836 | | | | |
| | | | | | PRICE EFF. 1/1/05-12/31/05 | | | | |

| 13-SC | 403 | |
|---|---|---|
| TOTAL NO. OF PACKAGES | | TOTAL WEIGHT |

HFQ-22  REV. LVL. A  1/23/96

We hereby certify that these goods were produced in compliance with all
applicable requirements of section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable

10/06/05

SID#   64682

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

CARRIER'S NO.:

CARRIER:   ALVAN MOTOR FREIGHT          ALVN

SHIPPER'S NO.:

From   **HAMLIN TOOL AND MACHINE COMPANY, INC.**

At   **ROCHESTER, MICHIGAN 48307**          D-U-N-S #057015273

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

Consigned to   DELPHI-S- 44123,ATHENS AL.
c/o INDIANAPOLIS DDC.
% ALVAN MOTOR FREIGHT                    (Mail or street address of consignee — For purposes of notification only.)

1235 TERMINAL RD.
INDIANAPOLIS, IN   46247

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#          057015273    SID # | | | |
| 13  PCS71  CARTON | | 64682     390  NET WT. | | |
| | | 13  TARE WT. | | |
| | | 403  GROSS WT. | | |
| | DELPHI-S- 44123,ATHENS AL. | | | |
| | ▬▬▬▬▬▬▬▬▬ T O T A L S ▬▬▬▬▬▬▬▬▬ | | | |
| | 390   TOT NET     13  TOT TAR     403   TOT GRS | | | |

PCS71-13

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS
42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368

Trailer#:   48502

ShipTime:

ALVAN

DT312656 6

| | | | TTL Handling (A+B) Units | SLC |
| Loose PCS (A) | Other (B) | PCS On Skids | SKIDS STD | |

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid".

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per _____
[The signature here acknowledges only the amounts prepaid.]

Charges advanced:

**C.O.D. SHIPMENT**

C.O.D. AMT. _____

Collection Fee _____

$ _____

Total Charges _____

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations oy the Interstate Commerce Commission.
† the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____          Agent, Per _____

Alvan
10-6-05

Permanent post office address of shipper

1

| | | INVOICE NUMBER |
|---|---|---|
| **Hamlin Tool & Machine, Inc.**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | REMIT TO:<br>**Hamlin Tool & Machine Company**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | SID 064693 |

```
S   GMC1200                          S   06
O   DELPHI SAGINAW                   H   DELPHI S PLANT 6 COLUMNS
L                                    I
D   NAO DISBURSEMENTS                P   3900 EAST HOLLAND RD
    INVOICELESS SUPERVISOR               CISCO: 44026 SAP#: K906
    PONTIAC, MI 48343-6040               SAGINAW, MI 48601
T                                    T   United States
O                                    O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/07/05 | 064693 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |

# Hamlin
## Tool and Machine Company, Inc.
### Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | | DATE | INVOICE NO./ PACKING SLIP NO. | BILL OF LADING |
|---|---|---|---|---|
| | | 10/07/05 | SID 64693 | 64693 |

S
H
I
P
T
O

005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

DUNS #057015273

GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

1200

| SHIP VIA | TERMS |
|---|---|
| CHIEFTON CONTRACT SVCS | 25TH PROX |

| PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 132625 | SRP9010295 | 6  206 | 26038964  SWITCH MOUNTING BRACKET  LOT 126005/750 PCS BOX#  PRICE VALID 10/05-12/31/05  DAILY MILK RUN 1:00 PM | 750 | | |

S-SC

TOTAL NO. OF PACKAGES    206

TOTAL WEIGHT

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

MHIO-02  REV. LVL A  1/23/96



RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | CHIEFTON CONTRACT SVCS | CFCN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |

From **HAMLIN TOOL AND MACHINE COMPANY, INC.**

At **ROCHESTER, MICHIGAN 48307** **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contra retaining any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uni Domestic Straight Bill of Lading set forth [1] in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are h agreed to by the shipper and accepted for himself and his assigns.

Consigned to

GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

SAGINAW, MI 48601

(Mail or street address of consignee --- For purposes of notification or

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OF |
| --- | --- | --- | --- |
| | Supplier# 057015273 SID # | | |
| 6 | PCS71 CARTON | 64693 | 188 NET WT. |
| | | | 18 TARE WT. |
| | | | 206 GROSS WT. |
| | GM SAGINAW DIVISION | | |

=========== T O T A L S ===========
188 TOT NET 18 TOT TAR 206 TOT GRS

PCS71-6

CLASS RATE: 50 AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: *584907*

ShipTime: *1245*

*138675*

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

_____
(Signature of Consignor.)

| If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. | Received $ _____ to apply in prepayment of the charges hereon. | Charges advanced: | C.O.D. SHIPMI |
| | Agent or Cashier | Agent or Cashier. | | C.O.D. AMT. _____ |
| | Per _____ (The signature here acknowledges only the amount prepaid) | Per _____ (The signature here acknowledges only the amounts prepaid.) | $ | Collection Fee _____ Total Charges |

This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRI

CORRECT WEIGHT IS _____

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____

Agent, Per *R.H. Wittmm*

Permanent post office address of shipper

184 - REV. DATE 2/6/00 REV. LVL: A

1