

# BEACON REEL CO.

19 Wells Rd.—P.O. Box 787
New Milford, CT  06776
860-354-4599  Fax 860-355-4174
Email-beacon.reel@snet.net

RECEIVED

USBC-SDNY
RDD

March 13, 2007

To Whom It May Concern:

Re: Notice of objection to claim response

Title of Objection: Subject to Modification

Claimant: Beacon Reel Company

## Claim number 5099

States basis of objection is wrong debtor in the amount of $14,940.00 Debtor's name should be Delphi Automotive Systems LLC as shown on the original purchase order  450160357 then changed to P1S51195 attached notice from Delphi, also enclosed is a copy of the proof of claim receipt dated May 8, 2006 and invoice #12695-1 billed to Delphi proving debt incurred. Also attached is the bill of lading showing proof of shipment.

## Claim number 5100

States basis of objection is wrong debtor in the amount of $4,305.00 Debtor's name should be Delphi Packard Electric Systems as shown on the original purchase order P1S50621 attached from Delphi, also enclosed is a copy of the proof of claim receipt dated May 8, 2006 and invoice #12689 billed to Delphi proving debt incurred. Also attached is the bill of lading showing proof of shipment.

## Claim number 5101

This claim in the amount of $4,520.00 as shown on the original purchase order P1S49472 attached from Delphi, also enclosed is a copy of the proof of claim receipt dated May 8, 2006 and invoice #12677 billed to Delphi proving debt incurred. Also attached is the bill of lading showing proof of shipment.  There was no mention of this item so I enclosed it to be checked on. I don't know if it was missed.

Thank you in advance for your consideration. I hope this was done properly. If you need any further information, please feel free to call 860-354-4599 attention Ronnie or Nancy.

Sincerely,


Ronnie Extance


The address the Debtors can reply to is as follows:

Beacon Reel Company
P.O. Box 787
New Milford, CT  06776

## Creditor Data for Claim Number 5099

| Creditor Name: Beacon Reel Co<br>Creditor Notice Name: | Date Claim Filed: 5/8/2006<br>Delphi Claim #: 5099<br>Court Claim #: 5099<br>Amend/Replace? No | | |
|---|---|---|---|
| Debtor Name: Delphi Corporation<br>Case Number: 05-44481 | | | |
| Claim Nature: General Unsecured<br>Amount of Claim: $14,940.00 | Creditor Info Altered? Y<br>Objection Filed? Y  Basis:  Wrong Debtor  Total Amount:<br>Objection History | | |
| Schedule:<br>Schedule Amt: | Basis | Status | Notes |
| | Wrong Debtor | Not resolved yet | |

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claim" are those Claims were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims for which (a) the Debtors have determined were overstated or were denominated in foreign currencies and the Debtors seek to modify to a fully liquidated, U.S.-denominated amount, and/or (b) the Debtors seek to appropriately re-classify the total amount of such remaining Claims, and/or (c) the Debtors seek to specify the appropriate Debtor by case number.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 5/8/2006 | 3099 | $14,940.00 | Claims Subject to Modification | 05-44640 | $14,940.00 | General Unsecured |
| 5/8/2006 | 5100 | $4,305.00 | Claims Subject to Modification | 05-44640 | $4,305.00 | General Unsecured |
| | | | | | | |
| | | | | | | |
| | | | | | | |

    If you wish to view the complete exhibits to the Ninth Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Ninth Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| Delphi Corporation | 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

Beacon Reel Co

Name and address where notices should be sent

Beacon Reel Co
19 Wells Rd
New Milford CT 967760787

Telephone number: 860 354 4599

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends          a previously filed claim, dated: _____

**1. Basis for Claim**

☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #:
Unpaid compensation for services performed
from _____ to _____
          (date)          (date)

**2. Date debt was incurred:**
Sept 30 2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 14,940.00

| (unsecured) | (secured) | (priority) | 14,940.00 |
|---|---|---|---|
| | | | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 14,940.00

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05, Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

MAY - 8 2006

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | Randall Watkins |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

05444810604101913140185530

# Beacon Reel Company



P.O. Box 787
New Milford, CT  06776
860-354-4599 Fax 860-355-4174
**E-mail-beacon.reel@snet.net**

INVOICE

**INVOICE NO: 12695-1**
**DATE:  November 21, 2005**

To: **Delphi Packard**
P.O. Box 431 Dept. 0950 Station 13-C
Warren, OH  44486

Ship to :

North River Rd. Plt 10 Dock
Warren, OH  44483

| OUR JOB # | YOUR P.O. # | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|-----------|-------------|--------------|-------------|--------------|-------|
| 12853 | 450160357 | | Central | New Milford, CT | Net 30 Days |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|-----------|--------|
| 60 | 36" new steel reels | 249.00 | 14,940.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |

| | |
|---|---|
| SUBTOTAL | 0.00 |
| SALES TAX | |
| SHIPPING & HANDLING | |
| TOTAL DUE | $14,940.00 |

**Make all checks payable to: Beacon Reel Company**
**If you have any questions concerning this invoice, call : Ronnie Extance  860-354-4599**

**THANK YOU FOR YOUR BUSINESS!**

DELPHI PACKARD ELECTRIC SYSTEMS
DELPHI PACKARD ELECTRIC SYSTEM

DELPHI PACKARD-OHIO OPERATIONS
DELPHI AUTOMOTIVE SYSTEMS

# PURCHASE ORDER

F1851195

WORLDWIDE PURCHASING
48 WALTER JONES BLVD.
EL PASO TX
79906

REC: DOCK PLANT 10
1265 NORTH RIVER ROAD
WARREN OH
44483
US

SHIP TO:

US

VENDOR NUMBER 08-962-9620

BEACON REEL CO
19 WELLS RD
PO BOX 787
NEW MILFORD CT
06776-0787

INVOICE TO:
PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SERVICES ONLY
BOX 431 STA. 13C
WARREN OH
44486
US

ORDER DATE: 09/08/05
REVISION DATE:

REFER TO P.O. CLAUSE BELOW

BUYER: M CHAVEZ
PHONE: 915-612-1132

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION/REFERENCES | BUYER NAME | DESCRIPTION | P.O.B. DESTINATION UNLESS OTHERWISE INDICATED | DATE REQUIRED | PRICE/UNIT/% | PUR UOM | NET PRICE | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| NET | | | | FOB NEW MILFORD, CT | | | | | |
| 2ND DAY OF 2ND MONTH | | | | US | | | | | |
| 00001 | 60 | PRX01578 001 | | NMC05670 36" STEEL REEL.<br>REFERENCE BEACON REEL DWG NBR 10312000<br>PAINT ENTIRE REEL WITH PRIMER AND OUTSIDE FLANGES<br>WITH BLACK PAINT<br>WHO ORDERED: E. FRANTZ X3468 | | 09/19/05 | 3 | 0.00% | 249.0000 | FCB |

**THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USED DOLLAR (UNITED STATES)**

****THIS IS A CONFIRMING ORDER, DO NOT DUPLICATE**
CONFIRMED WITH: JACK WATKINS

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

A003431    USER MYRIAM I CHAVEZ

CONTINUE PAGE 2

## STRAIGHT BILL OF LADING

### ORIGINAL – NOT NEGOTIABLE

Shipper No. B 332_

Carrier No. _____

Date 9/30/05

_Center Trucking_
(Name of Carrier)

FROM:

Shipper **DEACON REEL COMPANY**

Delphi Packard _____

Rec Dock Plant 10 1265 N River Rd   Street 19 Wells Road P.O. Box 787

Destination Warren OH   Zip Code YYY#3   Origin New Milford, Connecticut 06776

| No. Shipping Units | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to correction) | Rate | Vehicle Number CHARGES |
|---|---|---|---|---|---|
| 60 | | 36" new steel reels | 7800 | | |
| | | G6# 9155/195 | | | |

Driver's Signature Only Acknowledges Receipt of Freight

**064-591682-0**

SHIPPER LABEL

collect      collect

REMIT C.O.D. TO: ADDRESS

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

Title is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_____ Signature

**COD**   Amt. $ _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

C.O.D. FEE: PREPAID ☐   COLLECT ☐ $ _____

TOTAL CHARGES $ _____

FREIGHT CHARGES: FREIGHT PREPAID   Check box if charges are to be collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER **DEACON REEL COMPANY**

PER _____

CARRIER

PER _F Nett_ 10/3/05

DATE _____

60 Reels

PRODUCT 3001 **(NEBS)** Inc. Groton, Mass. 01471. To Order PHONE TOLL FREE 1 • 800 225-6380

Date Completed

Address

## Page 2 of MA

Column C = Which is the Country of Origin

* The other columns are not required.

Delphi
Packard Electric Systems
PO Box 431
Warren, OH 44486

BEACON REEL CO
19 WELLS RD
NEW MILFORD          CT      06776-5605

Dear    BEACON REEL, CO

Effective November 7th, Delphi Packard will be converting its purchasing of indirect materials and services from OLIMPIC to SAP.
In this conversion, the open balance as of October 31, 2005 of all purchase orders will be created in SAP with a new purchase
order number.   According to our records, the following purchase orders are open with you and have been converted to SAP as the
following new order number:

| New Order Number | Old Order Number | Buyer Name |
| --- | --- | --- |
| 450160357 | P1661195 | Chavez, Myriam |
| 450160745 | P1S52127 | Reagan, Edward |

Delphi Packard  is requesting that you update your system with the new order number if you do not plan to ship prior to October 30,
2005. Please note that transmission of Purchase Orders is also being implemented in this conversion and any change orders will be
communicated to EDI certified suppliers using the new purchase order number. Additionally, remittance of payment will reference the
new purchase order number and application of payment will be facilitated for your receivables department if you can update our purchase
order reference in your records.

If your records show the order as closed, please contact your buyer.

Should you have an open contract (blanket order) with Delphi Packard, copies of the new contract will be mailed separately.

Thank you for your support during this transition.

## Creditor Data for Claim Number 5100

| Creditor Name: Beacon Reel Co | Date Claim Filed: 5/8/2006 |
| Creditor Notice Name: | Delphi Claim #:  5100 |
| | Court Claim #:  5100 |
| | Amend/Replace? No |

Debtor Name: Delphi Corporation
Case Number: 05-44481

| Claim Nature: General Unsecured | Creditor Info Altered? N |
| Amount of Claim: $4,305.00 | Objection Filed? Y  Basis:  Wrong Debtor  Total Amount: |
| | Objection History |

| Schedule: | Basis | Status | Notes |
| Schedule Amt: | --- | --- | --- |
| | Wrong Debtor | Not resolved yet | |

Claims identified as having a Basis For Objection of "Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records.

Claims identified as having a Basis For Objection of "Untimely Books and Records Claim" are those Claims that assert liabilities or dollar amounts that the Debtors have determined are not owing pursuant to the Debtors' books and records and were also not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Untimely Claim" are those Claims were not timely filed pursuant to the Bar Date Order.

Claims identified as having a Basis For Objection of "Claims Subject to Modification" are those Claims for which (a) the Debtors have determined were overstated or were denominated in foreign currencies and the Debtors seek to modify to a fully liquidated, U.S.-denominated amount, and/or (b) the Debtors seek to appropriately re-classify the total amount of such remaining Claims, and/or (c) the Debtors seek to specify the appropriate Debtor by case number.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Modified Debtor | Modified Amount | Modified Nature |
| 5/8/2006 | 5099 | $14,940.00 | Claims Subject to Modification | 05-44640 | $14,940.00 | General Unsecured |
| 5/8/2006 | 5100 | $4,305.00 | Claims Subject to Modification | 05-44640 | $4,305.00 | General Unsecured |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you wish to view the complete exhibits to the Ninth Omnibus Objection, you can do so on www.delphidocket.com. If you have any questions about this notice or the Ninth Omnibus Objection to your claim, please contact Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a claim or the filing of a claim should be directed to Claims Agent at

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated or is denominated in a foreign currency.

UNITED STATES BANKRUPTCY COURT   Southern   District of   New York    **PROOF OF CLAIM**

| Name of Debtor | Case Number |
|---|---|
| Delphi Corporation | 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | |
|---|---|
| Beacon Reel Co | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent: | ☒ Check box if you have never received any notices from the bankruptcy court in this case. |
| Beacon Reel Co 19 Wells Rd New Milford CT 067760787 | ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Telephone number: 860-354-4579 | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces a previously filed claim, dated: ☐ amends |
|---|---|

**1. Basis for Claim**
- ☒ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #:
  Unpaid compensation for services performed
  from _____ to _____
  (date)          (date)

**2. Date debt was incurred:** August 31 2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 4305.00

| (unsecured) | (secured) | (priority) | 4305.00 (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
- ☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 4305.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | X _Randall Watkins_ |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191314018530



# Beacon Reel Company

P.O. Box 787
New Milford, CT 06776
860-354-4599 Fax 860-355-4174
E-mail-beacon.reel@snet.net

**INVOICE NO: 12689**
**DATE: August 31, 2005**

**To: Delphi Packard**
P.O. Box 431 Dept. 0950 Station 13-C
Warren, OH 44486

**Ship to :**
North River Rd. Plt 49 Dock
Warren, OH 44483

| OUR JOB # | YOUR P.O. # | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| 12652 | P1S50621 | 8-31-05 | Central | New Milford, CT | Net 30 Days |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 24 | 800 Din reels reconditioned | 150.00 | 3600.00 |
| 3 | Arbors machined and repaired | 235.00 | 705.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | | 0.00 |
| | | SUBTOTAL | 0.00 |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | **TOTAL DUE** | **$4,305.00** |

**Make all checks payable to: Beacon Reel Company**
**If you have any questions concerning this invoice, call : Ronnie Extance  860-354-4599**

**THANK YOU FOR YOUR BUSINESS!**

# PURCHASE ORDER

DELPHI PACKARD-OHIO OPERATIONS

DELPHI PACKARD ELECTRIC SYSTEMS

P1556631

PAGE

**SHIP TO:**
REC. DOCK PLANT 13
1255 NORTH RIVER ROAD
WARREN OH
44482
US

PACKARD ELECTRIC SYSTEMS
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SERVICES ONLY
BOX 431
STA. 13C
WARREN OH
44485
US

**VENDOR NUMBER** 08-962-9620

DELPHI PACKARD ELECTRIC SYSTEMS
PO BOX 431
WARREN OH
44486

BEACON REEL CO
19 WELLS RD
PO BOX 787
NEW MILFORD CT
06776-0787

**INVOICE TO:**

CORPORATE

08/18/05

**REFER TO P.O. CLAUSE BELOW**

**PHONE:** 330-373-7411

E KELGRAN
REA
BUYER

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | PO NUMBER | DATE REQUIRED | TAX DESIGNATION | ALTERNATE PRICE/QUANTITY DATE | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | 24 | PTRX9574X 001 | | MEASURE(S). STANDARD CAN BE ACCESSED THROUGH WEBSITE WWW.IPPC.INT. EACH WOOD PALLET MUST BE STAMPED WITH THE HEAT-TREAT MARK OR FUMIGATION WITH METHYL BROMIDE AS DESIGNATED IN THE STANDARD. ************************************************** 24 DIM 800 MULTIDREW REELS FOR REWORK PAYMENT # 0134652 WHO ORDERED: PIETRE-10A 2711 TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | 09/27/05 | 3 0.00% | | 150.0000 | 00 | PCS |

B003419    USER EVELYN L OLIVARES

SUPPLIER

CONTINUE PAGE  5

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND CONSTITUTES BUYER'S ACCEPTANCE

ORIGINAL - NOT NEGOTIABLE

Shipper No.

Shipper No. B 3318

Carrier No.

Date 3/31/05

**To:**
Consignee Delphi Packard

Street North House Rd RT 49 Dock

Destination Warren OH          Zip Code 44486

Route

**FROM:**
Shipper  BEACON REEL COMPANY

Street  19 Wells Road   P.O. Box 787

Origin  New Milford, Connecticut 06776

(Name of Carrier)

| No. Shipping Units | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Rate | CHARGES | Vehicle Number |
|---|---|---|---|---|---|---|
| 24 | | 8Pc Dia Reel Corrugated | 13,200 | | | |
| | | PO# 0550621 | | | | |

SEND FREIGHT BILL TO
DELPHI P LOOM WARREN OH
C/O DATA 2 LOGISTICS
PO BOX 9055
NORWOOD, MA 02062

Collect                    Collect

064-589509-9

Driver's Signature Only Acknowledges Receipt of Freight

Shipper Label

REMIT C.O.D. TO: ADDRESS

COD   Amt: $

| C.O.D. FEE: | |
|---|---|
| PREPAID | |
| COLLECT | $ |
| TOTAL CHARGES | $ |

SHIPPER BEACON REEL COMPANY

PER

CARRIER  Carbon Transport

PER  Roger Leear

DATE  8/-05        24 Skids

---

DELPHI PACKARD ELECTRIC SYSTEMS
DELPHI
PACKARD ELECTRIC SYSTEMS
PO BOX 431
WARREN OH
44485
US

VENDOR NUMBER 08-962-9620

BEACON REEL CO
19 WELLS RD
PO BOX 787
NEW MILFORD CT
06776-0787

2ND DAY OF 2ND MONTH
NCUN NAME
### SPO
THIS OF
USD IX
*******
REVISI
TO PUR
ALL OT
*******
### TI
ARBOR:
WHO O

PRX9574# 002

(8)

00002

00002

PAYMENT TERMS
NET

USER EVELYN L OLIVARES

000743

Delphi
Packard Electric Systems
PO Box 431
Warren, OH 44486

BEACON REEL CO
19 WELLS RD
NEW MILFORD            CT    06776-0005

Dear    BEACON REEL CO

Effective November 7th, Delphi Packard will be converting its purchasing of indirect materials and services from OLIMPIC to SAP. In this conversion, the open balance as of October 31, 2005 of all purchase orders will be created in SAP with a new purchase order number.   According to our records, the following purchase orders are open with you and have been converted to SAP as the following new order number:

| New Order Number | Old Order Number | Buyer Name | |
|---|---|---|---|
| 450160357 | P1S51195 | Chavez, Myriam | *new number* |
| 450100745 | P1S52127 | Reagan, Edward | *(illegible)* |

Delphi Packard  is requesting that you update your system with the new order number if you do not plan to ship prior to October 30, 2005. Please note that transmission of Purchase Orders is also being implemented in this conversion and any change orders will be communicated to EDI certified suppliers using the new purchase order number. Additionally, remittance of payment will reference the new purchase order number and application of payment will be facilitated for your receivables department if you can update our purchase order reference in your records.

If your records show the order as closed, please contact your buyer.

Should you have an open contract (blanket order) with Delphi Packard, copies of the new contract will be mailed separately.

Thank you for your support during this transition.



## Creditor Data for Claim Number 5101

| | |
|---|---|
| Creditor Name: Beacon Reel Co<br>Creditor Notice Name: | Date Claim Filed: 5/8/2006<br>Delphi Claim #: 5101<br>Court Claim #: 5101<br>Amend/Replace? No |
| Debtor Name: Delphi Automotive Systems LLC<br>Case Number: 05-44640 | |
| Claim Nature: General Unsecured<br>Amount of Claim: $4,520.00 | Creditor Info Altered? N<br>Objection Filed? N |
| Schedule:<br>Schedule Amt: | |

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| Delphi Automotive Systems LLC | 05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br> Beacon Reel Co <br> Name and address where notices should be sent <br> Beacon Reel Co <br> 19 Wells Rd <br> New Milford CT 06776-0787 <br><br> Telephone number: 860 354 4599 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br> ☒ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. <br><br> THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim**

- ☒ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred:** July 14 2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 4520.00 (unsecured) _____ (secured) 4520.00 (priority) _____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 4520.00

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:

- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

MAY - 8 2008

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br> X Randall Watkins |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544640060410165004014974



# Beacon Reel Company

P.O. Box 787
New Milford, CT  06776
860-354-4599 Fax 860-355-4174
E-mail-beacon.reel@snet.net

**INVOICE NO: 12677**
**DATE: July 14, 2005**

To: Delphi Packard
P.O. Box 431 Dept. 0950 Station 13-C
Warren, OH  44486

Ship to :

North River Rd. Plt 49 Dock
Warren, OH  44483

| OUR JOB # | YOUR P.O. # | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|-----------|-------------|--------------|-------------|--------------|-------|
| 12634 | P1S49472 | 7-14-05 | Central | New Milford, CT | Net 30 Days |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|------------|--------|
| 27 | 800 Din reels reconditioned | 150.00 | 4,050.00 |
| 2 | Arbors machined and repaired | 235.00 | 470.00 |
|  |  |  | 0.00 |
|  |  |  | 0.00 |
|  |  |  | 0.00 |
|  |  |  | 0.00 |
|  |  |  | 0.00 |
|  |  | SUBTOTAL | 0.00 |
|  |  | SALES TAX |  |
|  |  | SHIPPING & HANDLING |  |
|  |  | TOTAL DUE | $4,520.00 |

**Make all checks payable to: Beacon Reel Company**
**If you have any questions concerning this invoice, call : Ronnie Extance  860-354-4599**

### THANK YOU FOR YOUR BUSINESS!

# PURCHASE ORDER

P1849472

DELPHI PACKARD-OHIO OPERATIONS

DELPHI PACKARD ELECTRIC SYSTEMS

DELPHI
REC. DOCK PLANT 13
1265 NORTH RIVER ROAD
WARREN OH
44483
US

SHIP TO:

PACKARD ELECTRIC SYSTEMS US
DO NOT INVOICE FOR MATERIAL
INVOICE FOR SERVICES ONLY
BOX 431 STE. 13C
WARREN OH
44486
US

INVOICE TO:

VENDOR NUMBER 08-952-9620

BEACON REEL CO
19 WELLS RD
PO BOX 787
NEW MILFORD CT
06776-0787

| PAYMENT TERMS | | | | | |
|---|---|---|---|---|---|
| NET | | | | ORDER DATE | 06/28/05 |
| 2ND DAY OF 2ND MONTH | | | | ALTERATION EFFECTIVE DATE | |

PHONE: 330-373-7411

REFER TO P.O. CLAUSE BELOW

REA E REAGAN

| REQUISITIONER | ITEM IDENTIFICATION NUMBER | NOUN NAME | F.O.B. DESCRIPTION | DATE RECEIVED | TAX CODE 1% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| 00001 | 27 | PRX9573E 001 | | | | | | |

CPPC

ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO:
DELPHI MESBURSEMENTS--CUSTOMER CENTER
PHONE: (248)874-4616.

*********** HARD WOOD PALLET SPECIFICATIONS ***********
ALL PRODUCTS SHIPPED TO ANY DELPHI PACKARD ELECTRIC
SYSTEMS WORLD-WIDE MUST USE PACKAGING MATERIAL
TREATED IN ACCORDANCE WITH THE INTERNATIONAL PLANT
PROTECTION CONVENTION (IPPC). THE STANDARD IS ISPM
#15 (INTERNATIONAL STANDARDS FOR PHYTOSANITARY
MEASURES) - STANDARDS CAN BE ACCESSED THROUGH
WEBSITE WWW.IPPC.INT. EACH WOOD PALLET MUST BE
STAMPED WITH THE HEAT-TREAT MARK AS DESIGNATED IN THE
STANDARD.
****************************************************

27 DIN 300 MULTIDRAW REELS FOR REWORK          07/25/05   3     0.00%
BAILMENT # 0134225
WHO ORDERED: PIETRA-10R 2711

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

150.000%

$ 4250.00

CONTINUE PAGE    6

PCS

A003251    USER EVELYN L OLIVARES                    SUPPLIER

# STRAIGHT BILL OF LADING

## ORIGINAL – NOT NEGOTIABLE

Shipper No. B  3306

Carrier No.

Date  7/14/05

(Name of Carrier) — Central

| TO: Consignee | Delphi Packard | FROM: Shipper | BEACON REEL COMPANY |
|---|---|---|---|
| Street | North River Rd PLT 49 Dock | Street | 19 Wells Road    P.O. Box 787 |
| Destination | Warren  OH | Zip Code  44483 | Origin    New Milford, Connecticut 06776 |

Route

Vehicle Number

| No. Shipping Units | HM* | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| 27 | | 800    Dia reels reconditioned | 15100 | | |
| | | Po# P1549472 | | | |
| | | | | Collect | Collect    Collect |

REMIT C.O.D. TO ADDRESS

COD    Amt: $

C.O.D. FEE: PREPAID [ ]  $
COLLECT [ ]
TOTAL CHARGES  $

Driver's Signature Only Acknowledges Receipt of Freight

064-586455-8
SHIPPER LABEL

SHIPPER  BEACON REEL COMPANY

PER

CARRIER

PER

DATE

* Hazardous Materials

DELPHI PACKARD ELECTRIC SYSTEMS

DELPHI
PACKARD ELECTRIC SYSTEMS
PO BOX 431
WARREN OH
44486

VENDOR NUMBER 08-962-9620
BEACON REEL CO
19 WELLS RD
PO BOX 787
NEW MILFORD CT
06776-0787

| PAYMENT TERMS NET | 2ND DAY OF 2ND MONTH | | | | | |
|---|---|---|---|---|---|---|
| ITEM SEQUENCE | QTY ORDERED | ITEM IDENTIFICATION NUMBER | NET | THI USE *** REV TO 9-2 *** ### ARE WHC | | |
| 00002 | 2 | PRX5573K  002 | | | | |

0003743  USER EVELYN L OLIVARES