# Woods Oviatt Gilman LLP

*Attorneys*
700 Crossroads Building
2 State Street
Rochester, New York 14614

Tel: 585.987.2800
Fax: 585.454.3968
www.woodsoviatt.com

Writer's Direct Dial Number: 585.987.2831
Writer's Direct Fax Number: 585.987.2931
Email: esolimano@woodsoviatt.com

March 13, 2007

**FEDERAL EXPRESS**

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

*No Disk*

    Re:    **Delphi Corporation, et al.**
             **Case No. 05-16436**

Dear Court Clerk:

    Enclosed please find the Response of Zeller Electric of Buffalo, Inc. to the Ninth Omnibus Claims Objection together with proof of service and a diskette containing the Response and proof of service in PDF format.

    By way of copy of this letter, I am serving copies of the Response in paper format to Delphi Corporation, debtors' counsel and to the Honorable Robert D. Drain, United States Bankruptcy Judge.

    Please return a time-stamped copy of the Response to me in the prepaid envelope enclosed

    Thank you for your consideration.

                      Very truly yours,

                      WOODS OVIATT GILMAN LLP

                      Eileen A. Solimano
                      Paralegal

EAS/plm
Enclosures

[RECEIVED MAR 1 USBC-SDNY RDD]

*The art of representing people* ®

{774029:}

March 13, 2007
Page 2

cc: Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: John William Butler, Jr., Esq.,
John K. Lyons, Esq., Joseph N. Wharton, Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11

Case No. 05-16436

### RESPONSE TO NINTH OMNIBUS CLAIMS OBJECTION

Creditor, Zeller Electric of Buffalo, Inc., by and through its attorneys, Woods Oviatt Gilman LLP, for its Response to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification ("Ninth Omnibus Claims Objection"), alleges as follows:

1. On or about October 8, 2005, Delphi Corporation and other captioned debtors (collectively referred to as "Debtors") filed a petition in bankruptcy under Chapter 11 of the Bankruptcy Code.

2. Prior to October 8, 2005, Zeller Electric of Buffalo, Inc. (Zeller of Buffalo) sold certain goods to Delphi Automotive Systems LLC. These goods were never paid for by Debtors.

3. On or about July 27, 2006, Zeller of Buffalo filed its Proof of Claim against Delphi Automotive Systems LLC in the amount of $994.04. This Proof of Claim included copies of invoices for goods sold by Zeller of Buffalo and is annexed hereto as *Exhibit A*.

4. On or about February 15, 2007, Debtors filed the Ninth Omnibus Claims Objection.

5. In the Ninth Omnibus Claims Objection, Debtors argue Zeller of Buffalo's claim should be reduced to $252.00.

{773728:}

6. Debtors provide no specific reason for modifying Zeller of Buffalo's claim. Rather, Debtors merely state in the Ninth Omnibus Claims Objection that the claim is a claim subject to modification and provide six generic reasons applicable to hundreds of claims objected to.

7. Debtors' have offered no proof or even any specific allegation to substantiate or support their allegation that Zeller of Buffalo's claim is subject to modification. The Debtors' unsubstantiated and general allegations are insufficient to provide any basis for a determination that the claim of Zeller of Buffalo is subject to modification as alleged by the Debtors.

8. Zeller of Buffalo has, in contrast, offered as evidence three unpaid invoices to support its claim for $994.04 (see attachment to Proof of Claim annexed hereto as *Exhibit A*). The three invoices supporting the claim of Zeller of Buffalo remain unpaid and were all debts of Delphi Automotive Systems, LLC (the debtor in Case No. 05-44640).

9. Therefore, Zeller of Buffalo requests the full amount of its claim in the sum of $994.04 be allowed.

DATED:  March 13, 2007
        Rochester, New York

John K. McAndrew, Esq.
WOODS OVIATT GILMAN LLP
*Attorneys for Zeller Electric of Buffalo, Inc.*
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800
jmcandrew@woodsoviatt.com

{773728:}

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
PROOF OF CLAIM

| *NAME OF DEBTOR:* DELPHI AUTOMOTIVE SYSTEMS LLC | *CASE NO.:* 05-44640 |
|---|---|
| *CHAPTER 11* | |

Check here if this claim ( ) replaces or ( ) amends a previously filed claim dated:

Check here if: ( ) address differs from the address on the envelope sent by Court; ( ) you never received any notice from the Court on this case; ( ) you are aware of anyone else filing a proof of claim relating to your claim (attach copy of statement giving particulars)

### CREDITOR INFORMATION

Name Creditor:        ZELLER ELECTRIC OF BUFFALO, INC.

Name and Address of Where Notices Should be Sent:
WOODS OVIATT GILMAN LLP
Attn: John K. McAndrew, Esq.
700 Crossroads Building
2 State Street
Rochester, New York 14614

Telephone Number:    585.987.2800

### CLAIM INFORMATION

1. Basis for Claim: goods sold

2. Date Debt Incurred: 4/4/05 – 9/13/05
   If court judgment, date obtained:   n/a

3. Classification of Claim:

   Unsecured Nonpriority Claim        $994.04

4. **Total Amount of Claim at Time Case Filed:**        $994.04

5. Attached to this claim: Schedule of Unpaid Invoices with copies of invoices

### CERTIFICATION

The undersigned certifies under penalty of perjury that the debtor named above is indebted to the claimant in the amount shown, that there is no security for the debt other than stated above or in an attachment to this form, that no unmatured interest is included, that all payments on this claim have been credited and deducted for the purpose of making this proof of claim and that the undersigned is authorized to make this claim.

Dated: July 27, 2006                    ZELLER ELECTRIC OF BUFFALO, INC.

                                        By: _____
                                            John K. McAndrew, as agent

{711165:}

## ZELLER ELECTRIC OF BUFFALO, INC.
## SCHEDULE OF UNPAID INVOICES

| Invoice No.: | Purchase Order No.: | Goods Delivered: | Amount Due: |
|---|---|---|---|
| 510221 | LPS90615 | 4/4/05 | $337.04 |
| 516979 | LPB01468 | 5/24/05 | $405.00 |
| 532073 | LPS98848 | 9/13/05 | $252.00 |
| **Total Due** | | | **$994.04** |

{711165:}

# Zeller Electric of Buffalo
*a division of Zeller Corporation*

1675 Niagara Street, Buffalo, NY 14207-3106
Ph: (716) 873-1300 Fax (716) 873-8623 www.zellercorp.com
REMIT TO: PO Box 13436, Rochester, NY 14613

# INVOICE

| Invoice#: | 510221 |
|---|---|
| Taker: | DBM |
| Page: | 1 |
| Invoice Date: | 04/04/05 |

**SOLD-TO**
B00216
DELPHI HARRISON THERMAL
AUTOMOTIVE COMPONENTS GROUP
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**
PL2B7
DELPHI HARRISON THERMAL
PLANT 2, BLDG 7, S.E. DOCK#5
200 UPPER MOUNTAIN RD
LOCKPORT, NY 14094

If Zeller Buffalo can be of any further service please call us at (716) 873-1300

Thank you,
DAN MCDONALD

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| LPS90615 | TOM Z - PAT L. | | 1% 10 NET 30 | COLLECT | 387187 | 04/04/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 2 | 2 | 2 | 0 | 774730<br>PNOZX4/24VDC<br>SPECIAL PRICE TO<br>MATCH WRONG PART ON SO #<br>374439 LN #2<br>SEE CRS # 15060<br>FOR OFF SETTING CREDIT<br>PAT TO HAND DEL. TO JIM<br>JACKETT 439-2297 | PILZ | | 168.52 | E | 337.04 |
| 002 | | | | | | | | | | |
| 003 | | | | | | | | | | |
| 004 | | | | | | | | | | |
| 005 | | | | | | | | | | |
| 006 | | | | | | | | | | |
| 007 | | | | | | | | | | |
| 008 | | | | | | | | | | |

Your Account Salesperson is: PAT LOCKWOOD

| | SUBTOTAL | 337.04 |
|---|---|---|
| | INVOICE TOTAL | 337.04 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

INV001 Rev E                                                                                                                07/24/06 12:11 LDH

# Zeller Electric of Buffalo
*a division of Zeller Corporation*

1675 Niagara Street, Buffalo, NY 14207-3106
Ph: (716) 873-1300  Fax (716) 873-8623  www.zellercorp.com

**REMIT TO: PO Box 13436, Rochester, NY 14613**

## INVOICE

| | |
|---|---|
| Invoice#: | 516979 |
| Taker: | SKB |
| Page: | 1 |
| Invoice Date: | 05/23/05 |

**SOLD-TO**

B00216
DELPHI HARRISON THERMAL
AUTOMOTIVE COMPONENTS GROUP
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**

PL2B7
DELPHI HARRISON THERMAL
PLANT 2, BLDG 7, S.E. DOCK#5
200 UPPER MOUNTAIN RD
LOCKPORT, NY 14094

If Zeller Buffalo can be of any further service please call us at (716) 873-1300
Thank you,
SCOTT BUDDE

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| LPB01468 | UPS CONSIGNEE | LPS94871 | 1% 10 NET 30 | COLLECT | 387386 | 05/23/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | 1 | 1 | 0 | GJL36040<br>DE2, MOLDED CASE CIRCUIT BREAK<br>* UPS TRACKING # *<br>1Z1246020347977887  05/23/05 | SQD | | 405.00 | E | 405.00 |
| 002 | | | | | | | | | | |
| 003 | | | | | | | | | | |

Your Account Salesperson is: PAT LOCKWOOD

| | |
|---|---|
| SUBTOTAL | 405.00 |
| INVOICE TOTAL | 405.00 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

INV001 Rev E          07/24/06 12:11 LDH



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 124 602 03 4797 788 7
**Service Type:** GROUND
**Delivered on:** 05/24/2005 9:14 A.M.
**Delivered to:** BLDG 7 DELPHI HTS
200 UPPER MOUNTAIN RD
LOCKPORT, NY, US 14094
**Signed by:** HEWITSON

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:28 P.M. Eastern Time (USA)

# Zeller Electric of Buffalo
*a division of Zeller Corporation*

1675 Niagara Street, Buffalo, NY 14207-3106
Ph: (716) 873-1300  Fax (716) 873-8623  www.zellercorp.com

REMIT TO: PO Box 13436, Rochester, NY 14613

## INVOICE

| Invoice#: | 532073 |
|---|---|
| Taker: | SKB |
| Page: | 1 |
| Invoice Date: | 09/12/05 |

**SOLD-TO**
CODE B00216
DELPHI HARRISON THERMAL
AUTOMOTIVE COMPONENTS GROUP
PO BOX 1550
FLINT, MI 48501-1550

**SHIP-TO**
CODE5
DELPHI HARRISON THERMAL SYSTEM
PLANT 5, DEPT.733, BLDG.8
200 UPPER MOUNTAIN RD
LOCKPORT, NY 14094

If Zeller Buffalo can be of any further service please call us at (716) 873-1300
Thank you,
SCOTT BUDDE

| Customer PO# | Ship Via | Job Number | Terms | Freight | Confirm# | Ship Date | Requested |
|---|---|---|---|---|---|---|---|
| LPS9848 | UPS-CONSIGNEE | | 1% 10 NET 30 | COLLECT | 401427 | 09/12/05 | ASAP |

| Ln | Total Ordered | Qty Curr | Qty Ship | Qty B/O | Item & Description | Vendor | Promise | Price | Um | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 12 | 12 | 12 | 0 | A9.25 CP1, THERMAL UNIT PR730574/001 | SQD | | 14.00 | E | 168.00 |
| 002 | | | | | | | | | | |
| 003 | 6 | 6 | 6 | 0 | A1.86 CP1, THERMAL UNIT PR730574/002 | SQD | | 14.00 | E | 84.00 |
| 004 | | | | | * UPS TRACKING # * | | | | | |
| 005 | | | | | 1Z124602034797272702  09/12/05 | | | | | |
| 006 | | | | | | | | | | |

Your Account Salesperson is: PAT LOCKWOOD

| | SUBTOTAL | 252.00 |
|---|---|---|
| | INVOICE TOTAL | 252.00 |

A penalty of 1 1/2% per month will be charged on any invoices not paid within 30 days

INV001 Rev E                                                              07/24/06 12:11 LDH



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 124 602 03 4797 270 2
**Service Type:** GROUND
**Delivered on:** 09/13/2005 9:19 A.M.
**Delivered to:** BLDG 8 HARRISON 37003
200 UPPER MOUNTAIN RD
LOCKPORT, NY, US 14094
**Signed by:** UHRICH

**Location:** RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 07/24/2006 12:28 P.M. Eastern Time (USA)

https://wwwapps.ups.com/WebTracking/processRequest                                7/24/2006