To Honorable Robert D. Drain
U.S. Bankruptcy Judge
U.S. Bankruptcy Court

RECEIVED
MAR 15 2007
USBC-SDNY
RDD

To be served upon
Delphi Corp.
5725 Delphi Dr.
Troy, Mi. 48098
Counsel to the Debtors, Skadden, Arps,
State, Meagher & Flom LLP. 33 W.
Wacker Dr., Suite 2100.
Chicago Il. 60606

My response is directed to the
"Claims subject to modification" My
name is Carmen J. Mandato. The basis
for the amount of the claim is
that I've sent in documentation
indicating the asserted claim
amount. The claim was voided
for an unknown reason and it
should be definitely allowed.
Along with this I'm sub-
mitting copies of share dividend
checks that I was going to
reinvest, but for a long period
of time, I was unable to find

Cont.

thing, when I did find them to reinvest, Delphi went into Bankruptcy and it became an obstacle in taking action. These checks amount to $12.57 in which I've worked hard for and I'm entitled too. In essence I strongly contend that this claim should be allowed and additionally that I will receive the sum of $17.57 pertinent to the share dividend checks that I'm submitting copies of and the value of all my shares that I'm entitled too.

Thank you

Respectfully yours,

Carmen J. Mandato
2645 E. 112 St.
Cleveland, Ohio 44104

**DELPHI**

C/O THE BANK OF NEW YORK
P.O. BOX 230
NEWARK, NJ 07101-0239

0003298215
0014197821

50-828
219

THIRTY-FIVE CENTS

PAY

PAY
TO

************AUTO**3-DIGIT 441
CARMEN J MANDATO
2645 EAST 112 STREET
CLEVELAND OH 44104-2665-45

| 5.0000 | $0.0700 | 10/19/04 |
|---|---|---|
| SHARES | RATE | PAYABLE DATE |

Amount

$**********0.35

PAYABLE AT
THE BANK OF NEW YORK
DIVIDEND DISBURSING AGENT

AUTHORIZED SIGNATURE

PLEASE
INDICATE
CHANGE OF
ADDRESS
▶ STREET _____ ◀ AND PUSH OUT CIRCLE ONLY IF CHANGE IS MADE   CITY _____ STATE _____ ZIP _____

⑊ O 14197821 ⑊ ⑊021908288⑊   56701346⑊

---

**DELPHI**

C/O THE BANK OF NEW YORK
P.O. BOX 230
NEWARK, NJ 07101-0239   0013208215

0003298213

50-828
219

THIRTY-FIVE CENTS

PAY

PAY
TO

************AUTO**3-DIGIT 441
CARMEN J MANDATO
2645 EAST 112 STREET
CLEVELAND OH 44104-2665-45

| 5.0000 | $0.0700 | 08/03/04 |
|---|---|---|
| SHARES | RATE | PAYABLE DATE |

Amount

$**********0.35

PAYABLE AT
THE BANK OF NEW YORK
DIVIDEND DISBURSING AGENT

AUTHORIZED SIGNATURE

PLEASE
INDICATE
CHANGE OF
ADDRESS
▶ STREET _____ ◀ AND PUSH OUT CIRCLE ONLY IF CHANGE IS MADE   CITY _____ STATE _____ ZIP _____

⑊ O 13208215 ⑊ ⑊021908288⑊   56701346⑊

# DELPHI

50-828
219

0003298213
Account No.

05/02/05
Payable Date

FIFTEEN CENTS

| Amount |
|---|
| $*********0.15 |

To The
Order
Of
CARMEN J MANDATO
2645 EAST 112 STREET
CLEVELAND OH 44104-2665-45

Payable at
**The Bank of New York**
Disbursing Agent

PLEASE INDICATE
CHANGE OF ADDRESS
AND PUSH OUT CIRCLED
AREA BELOW IF
CHANGE IS MADE.

Street _____
City _____ State _____ Zip _____

Authorized Signature

▼

⑩ 16185755 ⑈⑈021908288⑈    56701346⑈

/2

# DELPHI

0005271422

50-828
219

0003298213
Account No.

08/05/02
Payable Date

1-800-818-6599

THIRTY-FIVE CENTS

| Amount |
|---|
| $*********0.35 |

To The
Order
Of
CARMEN J MANDATO
2645 EAST 112 STREET
CLEVELAND OH 44104-2665-45

Payable at
**The Bank of New York**
Disbursing Agent

PLEASE INDICATE
CHANGE OF ADDRESS
AND PUSH OUT CIRCLED
AREA BELOW IF
CHANGE IS MADE.

Street _____
City _____ State _____ Zip _____

Authorized Signature

▼

⑩ 05271422 ⑈⑈021908288⑈    56701346⑈

**DELPHI**
Automotive Systems
CHECK NO.
2459786

PAYABLE DATE
07/25/00

52-153
112

PAY TO THE ORDER OF

PAY
*********$0.35

********************* 3-DIGIT 441
2-0150-000
CARMEN J MANDATO
2645 EAST 112 STREET
CLEVELAND OH 44104-2665

Acct.
No.   1115-2175

John E. Morgan
AUTHORIZED OFFICIAL
EquiServe Trust Company, N.A.
Disbursing Agent

TO THE    BANKBOSTON MAINE, N.A.
SOUTH PORTLAND, ME

Please punch hole below if address has changed. Write new address on check.

⑆011201539⑆ 8006506 5⑈002459786

**DELPHI**
Automotive Systems
CHECK NO.
2890596

PAYABLE DATE
10/16/00

52-153
112

PAY TO THE ORDER OF

PAY
*********$0.35

********************* 3-DIGIT 441
2-0143-000
CARMEN J MANDATO
2645 EAST 112 STREET
CLEVELAND OH 44104-2665

Acct.
No.   1115-2175

John E. Morgan
AUTHORIZED OFFICIAL
EquiServe Trust Company, N.A.
Disbursing Agent

TO THE    BANKBOSTON MAINE, N.A.
SOUTH PORTLAND, ME

Please punch hole below if address has changed. Write new address on check.

⑆011201539⑆ 8006506 5⑈002890596

**DELPHI**

C/O THE BANK OF NEW YORK
CHURCH STREET STATION
P.O. BOX 11002
NEW YORK, NY 10286-1002

0003298213

50-828
219

0012219454

THIRTY-FIVE CENTS

PAY

| | | 5.0000 | $0.0700 | 04/12/04 |
|---|---|---|---|---|
| | | SHARES | RATE | PAYABLE DATE |

PAY
TO

**************AUTO**3-DIGIT 441
CARMEN J MANDATO
2645 EAST 112 STREET
CLEVELAND OH 44104-2665-45

| Amount |
|---|
| $***********0.35 |

PAYABLE AT
THE BANK OF NEW YORK
DIVIDEND DISBURSING AGENT

PLEASE
INDICATE
CHANGE OF
ADDRESS
▶

STREET _____ CITY _____ STATE ____ ZIP _____   AUTHORIZED SIGNATURE

◀——— AND PUSH OUT CIRCLE ONLY IF CHANGE IS MADE

⑈" 0⁄12219454⑈" ⑆021908288⑆:   5670134⑈"

---

**DELPHI**

Automotive Systems

00101270   5-39
110

101270

| COMPANY NUMBER | ACCOUNT NUMBER | |
|---|---|---|
| 4103 | 1115-2175 | |

DATE  05/28/99

PAY TO THE
ORDER OF

****************** 3-DIGIT 441
C2-1002-000
CARMEN J MANDATO
2645 EAST 112 STREET
CLEVELAND OH 44104-2665

| PAY   *********$14.89 |
|---|

AUTHORIZED OFFICIAL
**BankBoston, N.A.**
Disbursing Agent

To BankBoston, N.A., Boston, MA

⑆011000390⑆:575 09763⑈" 00101270

# DELPHI

50-828
219

0003298213
Account No.

08/02/05
Payable Date

EIGHT CENTS

| Amount |
| --- |
| $**********0.08 |

Payable at
**The Bank of New York**
Disbursing Agent

To The
Order
Of

CARMEN J MANDATO
2645 EAST 112 STREET
CLEVELAND OH 44104-2665-45

PLEASE INDICATE
CHANGE OF ADDRESS
AND PUSH OUT CIRCLED
AREA BELOW IF
CHANGE IS MADE.

Street _____
City _____ State _____ Zip _____

Authorized Signature

⑈ (0) ⑈171812011⑈ ⑆021908288⑆    56701346⑈

# DELPHI
Automotive Systems

CHECK NO.
1476709

PAYABLE DATE
01/13/00

BANKBOSTON MAINE, N.A.
SOUTH PORTLAND, ME

52-153
112

PAY TO THE ORDER OF

****************** 3-DIGIT 441
2-0248-000
CARMEN J MANDATO
2645 EAST 112 STREET
CLEVELAND OH 44104-2665

Acct.
No.    1115-2175

Please punch hole below if address has changed. Write new address on check.

*IMPORTANT TAX RETURN DOCUMENT ATTACHED

AUTHORIZED OFFICIAL
EquiServe Trust Company, N.A.
Disbursing Agent

⑈(⑈⑈) ⑈⑆011201539⑆ 80065065⑈001476709