

G O O D I N G   CO. INC.

March 13th, 2007

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
Room 610
New York, NY 10004

Re: Delphi Bankruptcy
    Case No. 04-4481 (RDD)

Gooding Company Inc. would like to contest the Claims Objection, due to "Insufficient
Documented Claim"

Attached to this letter is the supporting documentation in regards to our Proof of Claim:
- Copy of the "received" Proof of Claim
- detailed Accounts Receivable Statement for the period covered by the
  bankruptcy. Totaling $4,502.50
- corresponding copies of each invoice listed on the Statement
- Delphi/Harrison Thermal Purchase Orders for each invoice
- Copies of the BOL/Delivery Receipt for each invoice

As we are a small Printing Company located in Lockport, NY, the sum of $4,502.50 is
quite substantial. We would appreciate that our claim be considered for full payment.

If you have any questions pertaining to this letter or the attached documentation, please
contact me directly.

Regards,
GOODING CO INC

Colleen M. Pedder  x103
Accounting Manager
cmp@goodingcoinc.com

encl.
    Delphi Corp, Troy, MI
    Madden, Arps, Slate, Meagher & Flom LLP



5568 DAVISON ROAD
LOCKPORT, NY  14094
716/434-5501
800/769-7768
FAX 716/434-9778
www.goodingcoinc.com
www.goodingpackaging.com

INTEGRATED SOLUTIONS IN **PRINT**

# UNITED STATES BANKRUPTCY COURT    Southern    DISTRICT OF    New York    PROOF OF CLAIM

| Name of Debtor<br>Delphi Corporation | Case Number<br>05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Gooding Co Inc | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and address where notices should be sent:<br><br>Gooding Co Inc<br>5568 Davison Rd<br>Lockport NY 14094-2856 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. |
| | ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Telephone number: | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br>DELPHI. | Check here ☐ replaces a previously filed claim, dated:_____<br>if this claim ☐ amends |
|---|---|

**1. Basis for Claim**

| | | |
|---|---|---|
| ☒ Goods Sold / Services Performed | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Customer Claim | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Taxes | Last four digits of SS #: _____ |
| ☐ Money Loaned | Unpaid compensation for services performed |
| ☐ Personal Injury | from _____ to _____ |
| ☐ Other _____ | (date)          (date) |

| **2. Date debt was incurred:**<br>9/7/05 – 10/7/05 | **3. If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ 3613⁵¹ _____ _____ _____
(unsecured)      (secured)      (priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security ... , and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are ... explain. If the documents are voluminous, attach a summary.

... d Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self- ... nd copy of this proof of claim

... Sign and print the name and title, if any, of the creditor or other person authorized to file ... claim (attach copy of power of attorney, if any):

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUN 1 2 2006
CLAIMS PROCESSING CENTER
USBC, SDNY
1

... ent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
05444810604101915132072521



G   O   O   D   I   N   G          CO. INC.

# STATEMENT

| Account Number | Statement Date |
|---|---|
| Delphi. | 10-07-2005 |

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550
**Attention:**

| Number | P.O. | Inv Date | BOL# | Amount | SC Amt | Total | Balance |
|---|---|---|---|---|---|---|---|
| 57726 | D0550036176 | 9/1/2005 | 2S13578 | 585.00 | | | 585.00 |
| 57724 | D0550036122 | 9/6/2005 | 2S13473 | 635.00 | | | 1220.00 |
| 57747 | D0550036269 | 9/7/2005 | 2S13632 | 127.00 | | | 1347.00 |
| 57760 | D0550036179 | 9/9/2005 | 2S13633 | 635.00 | | | 1982.00 |
| 57788 | D0550034292 | 9/19/2005 | 2S13495A | 39.60 | | | 2021.60 |
| 57813 | D0550034292 | 9/21/2005 | 2S13705 | 39.60 | | | 2061.20 |
| 57847 | D0550036269 | 9/26/2005 | 2S13744 | 127.00 | | | 2188.20 |
| 57834 | D0550034292 | 9/27/2005 | 2S13705B | 79.20 | | | 2267.40 |
| 57879 | D0550059876 | 9/30/2005 | 2S13747 | 765.00 | | | 3032.40 |
| 57878 | D0550054423 | 9/30/2005 | 2S13748 | 107.00 | | | 3139.40 |
| 57867 | D0550034292 | 10/3/2005 | 2S13705A | 39.60 | | | 3179.00 |
| 57904 | D0550056319 | 10/4/2005 | 2S13749 | 635.00 | | | 3814.00 |
| 57927 | D0550036179 | 10/7/2005 | 2S13811 | 635.00 | | | 4449.00 |
| 57926 | D0550075879 | 10/7/2005 | 2S13810 | 53.50 | | | 4502.50 |
| | | | | 4502.50 | 0.00 | 0.00 | 4502.50 |

| Current | 30 Days | 60 Days | 90 Days | SCA | COA | Balance |
|---|---|---|---|---|---|---|
| 1328.50 | 3179.00 | | | | | 4502.50 |

5568 DAVISON ROAD
LOCKPORT, NY 14094
716/ 434-5501
800/ 769-7768
FAX 716/ 434-9778
www.goodingcoinc.com

INTEGRATING CREATIVE SOLUTIONS IN **PRINT**



G O O D I N G    CO. INC.
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800)769-7768
FAX (716) 434-9778

***** **INVOICE** *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI / PLANT CODE: J201
BLDG. 9 - JCC
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094

**Invoice:**    57724
**Cust No:**    DELPHI.

**Date:**    09-07-2005
**Job No:**    13473

**Sales Rep:** TAMURA L. STRATTON
**Ship Via:**    GOODING

**Terms:**    net 30
**Cust PO:**    0550036122

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 5000 | #52494110 INSTRUCTION SHEET (REV. 04) | 0.127 | EA | 635.00 |

| | |
|---|---|
| Sub-Total | 635.00 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 635.00 |

## Supplier JIT Schedule

### Supplier

GOODING CO INC

### Schedule Information

Scheduling Agreement Number: 0550036122
Horizon Start Date: 2003-08-05
Horizon End Date: 2008-12-31
Vendor Number: 0001010468
Ship From Duns Number: 052116423

### Part Details

Part Release Number: 113
Part Release Date: 2005-08-02
Part Description: SHEET INSTRUCTION
Material Number: 52494110
Last ASN SID#: 2S13225
Last ASN Date: 2005-07-15
Cum Received Qty: 35000.000
Order Unit of Measure: PCE

### Destination Plant Details

Ship To Plant Code: J201LKB8
Ship To Plant Name: DELPHI HARRISON THERMAL - B9 D743
Contact Person: M. MINARCIN
Telephone: 716.439.3642
Ship To Dock Code: J201LKB8
Storage Location: 0001

### Bar Code Label Data

Bar Code Text:

| Ship Date | Scheduled Qty |
|---|---|
| 2005-09-06 | 5000 |
| 2005-09-28 | 0 |

Via GOODING CO INC
2 Boxes @ 2500 = 5,000 ( 20 pkgs @ 250)
JOB# 2S13473
9/06/05

## Packing Slip

**Ship To:**    **Delphi Harrison Thermal Systems**
Plant Code J201
Building 9 - JCC
200 Upper Mountain Road
Lockport, NY 14094
ATTN: Bill Kanski

**SID #**
(2s)    2S13473

**Ship From:    Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

| **Part Number** | **Qty** |
|---|---|
| 52494110 | 5,000 |

Customer signature _R. Gillette_    Date _9-6-05_ Time _10:35_



**CO. INC.**
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800) 769-7768
FAX (716) 434-9778

***** **INVOICE** *****

BILL TO:                                          SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS              DELPHI / PLANT CODE: J201
EAG DISBURSEMENT SERVICES              BLDG. 9 - JCC
PO BOX 1550                            200 UPPER MOUNTAIN ROAD
FLINT, MI 48501-1550                   LOCKPORT, NY 14094

**Invoice:**   57726                   **Sales Rep:** TAMURA L. STRATTON
**Cust No:** DELPHI.                   **Ship Via:**  GOODING

**Date:**   09-07-2005                 **Terms:**    net 30
**Job No:**   13578                    **Cust PO:**  0550036176

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 5000 | #52498949 INSTRUCTION SHEET | 0.117 | EA | 585.00 |

| | |
|---|---|
| Sub-Total | 585.00 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 585.00 |

Via GOODING CO INC
2 Boxes @ 2500 = 5,000
9/01/05

JOB# 2S13578

# Packing Slip

**SID #**
(2s)

2S13578

**Ship To:**   **Delphi Harrison Thermal Systems**
Plant Code J201
Building 9 - JCC
200 Upper Mountain Road
Lockport, NY 14094
ATTN: Bill Kanski

**Ship From:**   **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

| **Part Number** | **Qty** |
|---|---|
| 52498949 | 5,000 |

Customer signature _____   Date _9-1-05_   Time _11:50_

## Supplier JIT Schedule

### Supplier
**GOODING CO INC**

### Schedule Information

Scheduling Agreement Number: 0550036176
Horizon Start Date: 2003-08-06
Horizon End Date: 2008-12-31
Vendor Number: 0001010468
Ship From Duns Number: 052116423

### Part Details

Part Release Number: 14
Part Release Date: 2005-08-23
Part Description: SHEET-INSTRUCTION
Material Number: 52498949
Last ASN SID#: 2S11165
Last ASN Date: 2004-08-12
Cum Received Qty: 0.000
Order Unit of Measure: PCE

### Destination Plant Details

Ship To Plant Code: J201LKB8
Ship To Plant Name: DELPHI HARRISON THERMAL - B9 D743
Contact Person: M. MINARCIN
Telephone: 716.439.3642
Ship To Dock Code: J201LKB8
Storage Location: 0001

### Bar Code Label Data

Bar Code Text:

| Ship Date | Scheduled Qty |
|---|---|
| 2005-09-01 | 5000 |

1116



CO. INC.
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800)769-7768
FAX (716) 434-9778

***** **INVOICE** *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
PLANT CODE: 201; BLDG 7 EAST
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094

**Invoice:**   57747
**Cust No:**  DELPHI.

**Date:**   09-08-2005
**Job No:**  13632

**Sales Rep:** TAMURA L. STRATTON
**Ship Via:**  GOODING

**Terms:**   net 30
**Cust PO:**  0550036269

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 1000 | P/N 52491926 INSTRUCTION SHEET (REV.04) | 0.127 | EA | 127.00 |

| | |
|---|---|
| Sub-Total | 127.00 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 127.00 |

## Supplier JIT Schedule

### Supplier
GOODING CO INC

### Schedule Information
Scheduling Agreement Number: 0550036269
Horizon Start Date: 2003-08-07
Horizon End Date: 2008-12-31
Vendor Number: 0001010468
Ship From Duns Number: 052116423

### Part Details
Part Release Number: 6
Part Release Date: 2005-08-30
Part Description: SHEET-INSTRUCTION
Material Number: 52491926
Last ASN SID#: 2S10407
Last ASN Date: 2004-04-20
Cum Received Qty: 0.000
Order Unit of Measure: PCE

### Destination Plant Details
Ship To Plant Code: J201LK7E
Ship To Plant Name: DELPHI HARRISON THERMAL - 7 EAST
Contact Person: D. POTCKI
Telephone: 716.439.2551
Ship To Dock Code: J201LK7E
Storage Location: 0001

### Bar Code Label Data
Bar Code Text:

| Ship Date | Scheduled Qty |
|-----------|---------------|
| 2005-08-29 | 1000 |
| 2005-09-09 | 0 |

*1 0407*

Via **GOODING CO INC**
1 Boxes @ 1000 (4 PKGS @ 250)
JOB# 2S13632
9/07/05

## Packing Slip

Ship To:    **Delphi Harrison Thermal Systems**
Plant Code J201
Building 7 - East
200 Upper Mountain Road
Lockport, NY 14094
ATTN: Diana Potcki

Ship From:    **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

**SID #**
**(2s)**
2S13632

| Part Number | Qty |
|---|---|
| 52491926 | 1,000 |

Customer signature _____    Date 9/7/05 Time _____



**G O O D I N G**   **CO. INC.**
5568 Davison Road
Lockport, NY 14094
(716) 434-5591
(800) 769-7768
FAX (716) 434-9778

***** INVOICE *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI / PLANT CODE: J201
BLDG. 9 - JCC
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094

**Invoice:**   57760
**Cust No:**   DELPHI.

**Date:**   09-12-2005
**Job No:**   13633

**Sales Rep:** TAMURA L. STRATTON
**Ship Via:**  GOODING

**Terms:**   net 30
**Cust PO:** 0550036179

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 5000 | #52498865 INSTRUCTION SHEET REV 001 | 0.127 | EA | 635.00 |

| | |
|---|---|
| Sub-Total | 635.00 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 635.00 |

## Supplier JIT Schedule

### Supplier
**GOODING CO INC**

### Schedule Information

Scheduling Agreement Number: 0550036179
Horizon Start Date: 2003-08-06
Horizon End Date: 2008-12-31
Vendor Number: 0001010468
Ship From Duns Number: 052116423

### Part Details

Part Release Number: 48
Part Release Date: 2005-08-30
Part Description: SHEET-INSTRUCTION
Material Number: 52498865
Last ASN SID#: 2S12758
Last ASN Date: 2005-04-18
Cum Received Qty: 30000.000
Order Unit of Measure: PCE

### Destination Plant Details

Ship To Plant Code: J201LKB8
Ship To Plant Name: DELPHI HARRISON THERMAL - B9 D743
Contact Person: M. MINARCIN
Telephone: 716.439.3642
Ship To Dock Code: J201LKB8
Storage Location: 0001

### Bar Code Label Data

Bar Code Text:

| Ship Date | Scheduled Qty |
|---|---|
| 2005-09-09 | 5000 |

12758

Via GOODING CO INC
2 Boxes @ 2500 (20 PKGS @ 250)
9/09/05        JOB# 2S13633

**Packing Slip**

**SID #**
(2s)    2S13633

**Ship To:**    **Delphi Harrison Thermal Systems**
Plant Code J201
Building 9 - JCC
200 Upper Mountain Road
Lockport, NY 14094
ATTN: Bill Kanski

**Ship From:**    **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

**Part Number**        **Qty**
52498865              5,000

Customer signature _R. Gilbert_        Date _7-9-05_    Time _6:50_



GOODING CO. INC.
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800) 762-7768
FAX (716) 434-9778

##### ***** INVOICE *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI
DOCK 6 PLANT CODE J301
3535 S KETTERING BLVD
MORAINE, OH 45439

**Invoice:**   57788
**Cust No:**   DELPHI.

**Date:**   09-15-2005
**Job No:**   13651

**Sales Rep:** TAMURA L. STRATTON
**Ship Via:**  BAX GLOBAL COLLECT

**Terms:**   net 30
**Cust PO:**   0550034292

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 500 D2724955 INSTRUCTION SHEET | | 79.200 | /M | 39.60 |

| | |
|---|---|
| Sub-Total | 39.60 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 39.60 |

**BAX GLOBAL**
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

**1-800-CALL-BAX**
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

AIRBILL NUMBER **687 774 905**

DATE 9/13/05

**BILLING INFORMATION**
- [ ] PREPAID (SHIPPER)
- [X] COLLECT (CONSIGNEE)
- [ ] 3RD PARTY (ACCT. NO. REQ'D.)

**HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)

**GUARANTEED SERVICES**
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

**STANDARD SERVICES**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [ ] SECOND DAY
- [X] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

TOTAL WT. 74

DESCRIPTION: Printed Material

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

PRINT NAME X John Navarro   DATE 9/13/05

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**

**SHIPPER COPY**

Via Bax Global Collect
1 Boxes @ 500
9/14/05

JOB# 2S13495A



**Packing Slip**

SID # 2S13495A
(2s)

**Ship To:** **Delphi Harrison Thermal Systems**
Dock 6
3535 S. Kettering Blvd.
Moraine, Ohio 45439
Att: Sherri Smith

**Ship From:** **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

**Part Number**
2724955

**Qty**
500

Customer signature _____    Date _____    Time _____



CO. INC.
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800)769-7768
FAX (716) 434-9778

***** **INVOICE** *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI
DOCK 6 PLANT CODE J301
3535 S KETTERING BLVD
MORAINE, OH 45439

**Invoice:**  57867
**Cust No:**  DELPHI.

**Date:**    09-29-2005
**Job No:**  13651

**Sales Rep:** TAMURA L. STRATTON
**Ship Via:**  BAX GLOBAL COLLECT

**Terms:**   net 30
**Cust PO:** 0550034292

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 500 D2724955 | INSTRUCTION SHEET | 79.200 | /M | 39.60 |

| | |
|---|---|
| Sub-Total | 39.60 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 39.60 |

BAX GLOBAL

CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

AIRBILL NUMBER: 698 529 075

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

**SERVICE REQUESTED**

**GUARANTEED SERVICES**
CALL YOUR LOCAL BAX STATION
- Guaranteed First Arrival (EMR 1)
- Guaranteed Overnight (EMR 2)
- Guaranteed Airport-to-Airport (EMR 3)
- Guaranteed 2nd Day (EMR 2)
- OTHER

**STANDARD SERVICES**
- OVERNIGHT (NEXT BUSINESS DAY)
- SECOND DAY
- BAX SAVER
- NEXT FLIGHT AVAILABLE

CARRIER NAME

**BILLING INFORMATION**
- PREPAID (SHIPPER)
- COLLECT (CONSIGNEE)
- 3RD PARTY (ACCT. NO. REQ'D.)
- C.O.D.

RATE QUOTE NUMBER

**HANDLING INFORMATION** (* SPECIAL RATE MAY APPLY)
- HOLD AT BAX
- DANGEROUS GOODS
- SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION
- SATURDAY DELIVERY
- SPECIAL DELIVERY
- CONVENTION

DECLARED VALUE

RELEASE SIGNATURE X

**RECEIVED BY BAX GLOBAL DRIVER / AGENT**
- RECEIVED BY BAX AT
- SHIPPER'S DOOR
- BAX TERMINAL
- OUTSIDE CARRIER

**FOR BAX GLOBAL USE ONLY**
CHARGES ADVANCED    PRO NUMBER

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Driver Signature:
Print Name:
Pick Up
Date:    Time:    Driver    No.

DATE

ORIGIN    DESTINATION

SHIPPER'S REFERENCE NO.

COMPANY

FROM/YOUR NAME

STREET ADDRESS

CITY    STATE    ZIP (REQUIRED)

COMPANY/NAME

ACCOUNT NO.

AIRBILL NUMBER

SHIPPER'S ACCOUNT NO.

DEPT/FLOOR

PHONE NO.

CONSIGNEE'S REFERENCE NO.

TO (CONSIGNEE NAME)

COMPANY

CONSIGNEE'S ACCOUNT NO.

DEPT/FLOOR

PHONE NO.

ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX)

CITY    STATE    ZIP (REQUIRED)

NO. OF PCS    WEIGHT    LENGTH    WIDTH    HEIGHT    DESCRIPTION

TOTAL PCS.    TOTAL WT.

GOODS SAID TO CONTAIN    NO. OF PIECES

PRINT NAME X    DATE

Via Bax Global Collect
1 Boxes @ 500
9/28/05                                    JOB# 2S13705A

## Packing Slip

SID # (2s)                    2S13705A

**Ship To:**    Delphi Harrison Thermal Systems
Dock 6
3535 S. Kettering Blvd.
Moraine, Ohio 45439
Att: Sherri Smith

**Ship From:**  Gooding Co. Inc.
5568 Davison Road
Lockport, NY 14094

**Part Number**                              **Qty**
2724955                                      500

Customer signature _____    Date _____    Time _____



**G O    O    D  I  N  G**

CO. INC.
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800) 769-7768
FAX (716) 434-9778

##### ***** INVOICE *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI
DOCK 6 PLANT CODE J301
3535 S KETTERING BLVD
MORAINE, OH 45439

| | | | |
|---|---|---|---|
| **Invoice:** | 57834 | **Sales Rep:** | TAMURA L. STRATTON |
| **Cust No:** | DELPHI. | **Ship Via:** | BAX GLOBAL COLLECT |
| | | | |
| **Date:** | 09-23-2005 | **Terms:** | net 30 |
| **Job No:** | 13651 | **Cust PO:** | 0550034292 |

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 1000 D2724955 | INSTRUCTION SHEET | 79.200 | /M | 79.20 |

| | |
|---|---|
| Sub-Total | 79.20 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 79.20 |

Via Bax Global Collect
1 Boxes @ 1000
9/22/05

JOB# 2S13705B

## Packing Slip

**SID #**
(2s)

2S13705B

Ship To:  **Delphi Harrison Thermal Systems**
Dock 6
3535 S. Kettering Blvd.
Moraine, Ohio 45439
Att: Sherri Smith

Ship From:  **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

| Part Number | Qty |
| --- | --- |
| 2724955 | 1000 |

Customer signature _____   Date _____   Time _____



G O O D I N G **CO. INC.**
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800) 769-7768
FAX (716) 434-9778

***** **INVOICE** *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI
DOCK 6 PLANT CODE J301
3535 S KETTERING BLVD
MORAINE, OH 45439

**Invoice:**   57813
**Cust No:**   DELPHI.

**Date:**   09-21-2005
**Job No:**   13705

**Sales Rep:** TAMURA L. STRATTON
**Ship Via:**  BAX GLOBAL COLLECT

**Terms:**   net 30
**Cust PO:**  0550034292

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 500 | 2724955 INSTRUCTION SHEET | 79.200 | /M | 39.60 |

| | |
|---|---|
| Sub-Total | 39.60 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 39.60 |

## Supplier JIT Schedule

### Supplier
**GOODING CO INC**

### Schedule Information

Scheduling Agreement Number: 0550034292
Horizon Start Date: 2003-06-25
Horizon End Date: 2008-12-31
Vendor Number: 0001010468
Ship From Duns Number: 052116423

### Part Details

Part Release Number: 48
Part Release Date: 2005-09-13
Part Description: SHEET-INSTRUCTION
Material Number: 2724955
Last ASN SID#: 2S13495
Last ASN Date: 2005-08-18
Cum Received Qty: 16000.000
Order Unit of Measure: PCE

### Destination Plant Details

Ship To Plant Code: J301DK5-6
Ship To Plant Name: DELPHI THERMAL KETTERING
Contact Person: SHERRI SMITH
Telephone: 937-395-3160
Ship To Dock Code: J301DK5-6
Storage Location: 0001

### Bar Code Label Data

Bar Code Text:

| Ship Date | Scheduled Qty |
|---|---|
| 2005-09-12 | 500 |
| 2005-09-12 | 500 |

*Please print*

GLOBAL
CORPORATE SUPPORT GROUP
440 EXCHANGE
IRVINE, CA 92602

AIRBILL NUMBER  687 774 883

1-800-CALL-BAX
FOR INFORMATION OR THE
BAX OFFICE NEAREST YOU

SERVICE REQUESTED
GUARANTEED SERVICES
CALL YOUR LOCAL BAX STATION
☐ Guaranteed First Arrival (EMR 1)
☐ Guaranteed Overnight (EMR 2)
☐ Guaranteed Airport-to-Airport (EMR 3)

STANDARD SERVICES
☒ OVERNIGHT (NEXT BUSINESS DAY)
☐ SECOND DAY
☐ BAX SAVER
☐ NEXT FLIGHT AVAILABLE
☐ OTHER

BILLING INFORMATION
☐ PREPAID (SHIPPER)
☒ COLLECT (CONSIGNEE)
☐ 3RD PARTY (ACCT. NO. REQ'D.)

RATE QUOTE NUMBER

☐ C.O.D.

HANDLING INFORMATION
☐ HOLD AT BAX
☐ DANGEROUS GOODS

* SPECIAL RATE MAY APPLY)
☐ SATURDAY DELIVERY
☐ SPECIAL DELIVERY
☐ CONVENTION

RECEIVED BY BAX GLOBAL DRIVER / AGENT

FOR BAX GLOBAL USE ONLY

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE, SIGN NAME X

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE)

Via Bax Global Collect
1 Boxes @ 500
9/20/05

JOB# 2S13705

## Packing Slip

**SID #**
(2s)

**2S13705**

Ship To:    **Delphi Harrison Thermal Systems**
Dock 6
3535 S. Kettering Blvd.
Moraine, Ohio 45439
Att: Sherri Smith

Ship From:    **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

| Part Number | Qty |
|---|---|
| 2724955 | 500 |

Customer signature _____    Date _____    Time _____



G O O D I N G CO. INC.
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800)769-7768
FAX (716) 434-9778

***** **INVOICE** *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
PLANT CODE: 201; BLDG 7 EAST
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094

| | | | |
|---|---|---|---|
| **Invoice:** | 57847 | **Sales Rep:** | TAMURA L. STRATTON |
| **Cust No:** | DELPHI. | **Ship Via:** | GOODING |
| **Date:** | 09-27-2005 | **Terms:** | net 30 |
| **Job No:** | 13744 | **Cust PO:** | 0550036269 |

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 1000 | P/N 52491926 INSTRUCTION SHEET (REV.04) | 127.000 | /M | 127.00 |

| | |
|---|---|
| Sub-Total | 127.00 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 127.00 |

## Supplier JIT Schedule

### Supplier
**GOODING CO INC**

### Schedule Information

Scheduling Agreement Number: 0550036269
Horizon Start Date: 2003-08-07
Horizon End Date: 2008-12-31
Vendor Number: 0001010468
Ship From Duns Number: 052116423

### Part Details

Part Release Number: 12
Part Release Date: 2005-09-20
Part Description: SHEET-INSTRUCTION
Material Number: 52491926
Last ASN SID#: 2S13632
Last ASN Date: 2005-09-06
Cum Received Qty: 1000.000
Order Unit of Measure: PCE

### Destination Plant Details

Ship To Plant Code: J201LK7E
Ship To Plant Name: DELPHI HARRISON THERMAL - 7 EAST
Contact Person: D. POTCKI
Telephone: 716.439.2551
Ship To Dock Code: J201LK7E
Storage Location: 0001

### Bar Code Label Data

Bar Code Text:

| Ship Date | Scheduled Qty |
|---|---|
| 2005-09-23 | 1000 |

*mon*
*Tue er*

# Packing Slip

**SID #**
(2s)

2S13744

**Ship To:**  **Delphi Harrison Thermal Systems**
Plant Code J201
Building 7 East
200 Upper Mountain Road
Lockport, NY 14094
ATTN: Diana Potckii

**Ship From:**  **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

| Part Number | Qty |
|---|---|
| 52491926 | 1,000 |



C.O. INC.
5568 Davison Road
Lockport, NY 14094
(716) 434-5301
(800)769-7768
FAX (716) 434-9778

***** **INVOICE** *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI / PLANT CODE: J201
BLDG. 9 - JCC
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094

**Invoice:**   57879
**Cust No:**  DELPHI.

**Date:**      09-30-2005
**Job No:**   13747

**Sales Rep:** TAMURA L. STRATTON
**Ship Via:**  GOODING

**Terms:**    net 30
**Cust PO:**  0550059876

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 5000 | #52405814 INSTRUCTION SHEET (REV. 01) | 153.000 | /M | 765.00 |

| | |
|---|---|
| Sub-Total | 765.00 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 765.00 |

## Supplier JIT Schedule

### Supplier
**GOODING CO INC**

### Schedule Information

| | |
|---|---|
| Scheduling Agreement Number: | 0550059876 |
| Horizon Start Date: | 2004-09-21 |
| Horizon End Date: | 2006-12-31 |
| Vendor Number: | 0001010468 |
| Ship From Duns Number: | 052116423 |

### Part Details

| | |
|---|---|
| Part Release Number: | 29 |
| Part Release Date: | 2005-09-20 |
| Part Description: | SHEET-INSTRUCTION |
| Material Number: | 52405814 |
| Last ASN SID#: | 2S13549 |
| Last ASN Date: | 2005-08-29 |
| Cum Received Qty: | 40000.000 |
| Order Unit of Measure: | PCE |

### Destination Plant Details

| | |
|---|---|
| Ship To Plant Code: | J201 |
| Ship To Plant Name: | DELPHI T & I LOCKPORT |
| Contact Person: | M. MINARCIN |
| Telephone: | 716.439.3642 |
| Ship To Dock Code: | J201 |
| Storage Location: | 0001 |

### Bar Code Label Data

**Bar Code Text:**

| Ship Date | Scheduled Qty |
|---|---|
| 2005-09-19 | 5000 |

Via Gooding
5 Boxes @ 1000
9/30/05

JOB# 2S13747

# Packing Slip

**SID #**
(2s)

2S13747

Ship To: **Delphi Harrison Thermal Systems**
Plant Code J201
Building 9 - JCC
200 Upper Mountain Road
Lockport, NY 14094
ATTN: Bill Kanski

Ship From: **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

| **Part Number** | **Qty** |
|---|---|
| 52405814 | 5,000 |

Customer signature _L. Colbert_ Date _9-30-05_ Time _6:50_



**G O   O   D I   N G**
**CO. INC.**
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800) 769-7768
FAX (716) 434-9778

***** INVOICE *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI / PLANT CODE: J201
BLDG. 7 - EAST DOCK
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094

**Invoice:**   57878
**Cust No:**   DELPHI.

**Date:**   09-30-2005
**Job No:**   13748

**Sales Rep:** TAMURA L. STRATTON
**Ship Via:**  GOODING

**Terms:**   net 30
**Cust PO:**  0550054423

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 1000 | P/N 52402727 INSTRUCTION SHEET | 107.000 | /M | 107.00 |

| | |
|---|---|
| Sub-Total | 107.00 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 107.00 |

## Supplier JIT Schedule

### Supplier
**GOODING CO INC**

### Schedule Information
Scheduling Agreement Number: 0550054423
Horizon Start Date: 2004-04-01
Horizon End Date: 2006-12-31
Vendor Number: 0001010468
Ship From Duns Number: 052116423

### Part Details
Part Release Number: 12
Part Release Date: 2005-09-20
Part Description: SHEET-INSTRUCTION
Material Number: 52402727
Last ASN SID#: 2S11179
Last ASN Date: 2004-08-24
Cum Received Qty: 0.000
Order Unit of Measure: PCE

### Destination Plant Details
Ship To Plant Code: J201
Ship To Plant Name: DELPHI T & I LOCKPORT
Contact Person: D. POTCKI
Telephone: 716.439.2551
Ship To Dock Code: J201
Storage Location: 0001

### Bar Code Label Data
Bar Code Text:

| Ship Date | Scheduled Qty |
|---|---|
| 2005-09-30 | 1000 |

Via GOODING CO INC
1 Boxes @ 1000 ( 2 PKGS @ 500)
9/30/05                                   JOB# 2S13748

## Packing Slip

SID #
(2s)

2S13748

**Ship To:**   Delphi Harrison Thermal Systems
Plant Code J201
Building 7 - East Dock
200 Upper Mountain Road
Lockport, NY 14094
ATTN: Diana Potocki

**Ship From:**   **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

| **Part Number** | **Qty** |
|---|---|
| 52402727 | 1,000 |

Customer signature _____   Date _____   Time _____



GOODING CO. INC.
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800) 769-7768
FAX (716) 434-9778

***** INVOICE *****

BILL TO:

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

SHIP TO:

DELPHI / PLANT CODE: J201
BLDG. 9 / JCC
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094

Invoice:  57904
Cust No: DELPHI.

Date:    10-05-2005
Job No:   13749

Sales Rep: TAMURA L. STRATTON
Ship Via:  GOODING

Terms:   net 30
Cust PO: 0550056319

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 5000 | #52410250 INSTRUCTION SHEET | 127.000 | /M | 635.00 |

| | |
|---|---|
| Sub-Total | 635.00 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 635.00 |

CO. INC.
G   O   O   D   I   N   G
5568 Davison Road
Lockport, NY 14094
(716) 434-5591
(800) 769-7768
FAX (716) 434-9778

***** **INVOICE** *****

BILL TO:                                          SHIP TO:

DELPHI AUTOMOTIVE SYSTEMS                DELPHI / PLANT CODE: J201
EAG DISBURSEMENT SERVICES               BLDG. 9 / JCC
PO BOX 1550                             200 UPPER MOUNTAIN ROAD
FLINT, MI 48501-1550                    LOCKPORT, NY 14094

ice:    57904                    **Sales Rep:** TAMURA L. STRATTON
**Cust No:** DELPHI.             **Ship Via:**  GOODING

**Date:**    10-05-2005          **Terms:**    net 30
**Job No:**    13749             **Cust PO:**  0550056319

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 5000 #52410250 INSTRUCTION SHEET | | 127.000 | /M | 635.00 |

| | | |
|---|---|---|
| Sub-Total | | 635.00 |
| Freight | | |
| Tax | | |
| Deposit | | |
| Total | | 635.00 |

## Supplier JIT Schedule

### Supplier

**GOODING CO INC**

### Schedule Information

Scheduling Agreement Number: 0550056319
Horizon Start Date: 2004-06-11
Horizon End Date: 2006-12-31
Vendor Number: 0001010468
Ship From Duns Number: 052116423

### Part Details

Part Release Number: 28
Part Release Date: 2005-09-20
Part Description: SERVICE KIT-INSTRUCTION SHEET
Material Number: 52410250
Last ASN SID#: 2S13144
Last ASN Date: 2005-06-20
Cum Received Qty: 30000.000
Order Unit of Measure: PCE

### Destination Plant Details

Ship To Plant Code: J201
Ship To Plant Name: DELPHI T & I LOCKPORT
Contact Person: M. MINARCIN
Telephone: 716.439.3642
Ship To Dock Code: J201
Storage Location: 0001

### Bar Code Label Data

**Bar Code Text:**

| Ship Date | Scheduled Qty |
|---|---|
| 2005-10-04 | 5000 |

Via Gooding
1 Boxes @ 3750 AND 1 Box @ 1250 = 5000
JOB# 2S13749
10/4/05

**Packing Slip**

SID #
(2s)

2S13749

**Ship To:** **Delphi Harrison Thermal Systems**
Plant Code J201
Building 9 - JCC
200 Upper Mountain Road
Lockport, NY 14094
ATTN: Bill Kanski

**Ship From:** Gooding Co. Inc.
5568 Davison Road
Lockport, NY 14094

| Part Number | Qty |
|---|---|
| 52410250 | 5,000 |

Customer signature _R. Culbert_    Date _10-4-05_ Time _7:10_

**G O O D I N G** **CO. INC.**
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800) 769-7768
FAX (716) 434-9778

##### ***** INVOICE *****

**BILL TO:**

DELPHI AUTOMOTIVE SYSTEMS
EAG DISBURSEMENT SERVICES
PO BOX 1550
FLINT, MI 48501-1550

**SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS
PLANT CODE: J201 BLDG 2 BLDG 7
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094

**Invoice:**   57926
**Cust No:**  DELPHI.

**Date:**    10-07-2005
**Job No:**   13810

**Sales Rep:** TAMURA L. STRATTON
**Ship Via:**  GOODING

**Terms:**   net 30
**Cust PO:**  0550075879

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 500 | #52413961 INSTRUCTION SHEET (REV. 1) | 117.000 | /M | 58.50 |

| | |
|---|---|
| Sub-Total | 58.50 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 58.50 |

| Supplier JIT Schedule | |
| --- | --- |
| **Supplier** | **Schedule Information** |
| GOODING CO INC | |

**Supplier**

GOODING CO INC

**Schedule Information**

Scheduling Agreement Number: 0550075879
Horizon Start Date: 2005-06-21
Horizon End Date: 2006-12-31
Vendor Number: 0001010468
Ship From Duns Number: 052116423

**Part Details**

Part Release Number: 4
Part Release Date: 2005-09-26
Part Description: INSTRUCTION SHEET
Material Number: 52413961
Last ASN SID#: 2S13281
Last ASN Date: 2005-07-15
Cum Received Qty: 500.000
Order Unit of Measure: PCE

**Destination Plant Details**

Ship To Plant Code: J201
Ship To Plant Name: DELPHI T & I LOCKPORT
Contact Person: M. RANDAZZO    *Margaret*
Telephone: 716.439.2194
Ship To Dock Code: J201
Storage Location: 0001

**Bar Code Label Data**

Bar Code Text:

| Ship Date | Scheduled Qty |
| --- | --- |
| 2005-09-25 | 500 |

*13281*

oding
_es @ 500
7/05

JOB# 2S13810



**Packing Slip**

SID #
(2s)    2S13810

**Ship To:**    **Delphi Harrison Thermal Systems**
Plant Code J201 Plant 2
Building 7
200 Upper Mountain Road
Lockport, NY 14094
ATTN: Bill Kemski- Steve Sikiski

**Ship From:**    **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

**Qty**
500

**Part Number**
52413961

Customer signature _____ Date 10/17/05  Time 6:45 A



**G O O D I N G**
**C O. INC.**
5568 Davison Road
Lockport, NY 14094
(716) 434-5501
(800)769-7768
FAX (716) 434-9778

##### ***** INVOICE ***** 

**BILL TO:**                                                      **SHIP TO:**

DELPHI AUTOMOTIVE SYSTEMS                    DELPHI / PLANT CODE: J201
EAG DISBURSEMENT SERVICES                    BLDG. 9 - JCC
PO BOX 1550                                  200 UPPER MOUNTAIN ROAD
FLINT, MI 48501-1550                         LOCKPORT, NY 14094

**Invoice:**  57927                    **Sales Rep:** TAMURA L. STRATTON
**Cust No:** DELPHI.                   **Ship Via:** GOODING

**Date:**  10-07-2005                  **Terms:**  net 30
**Job No:**  13811                     **Cust PO:** 0550036179

| Quantity | Description | Cost | UM | Total |
|---|---|---|---|---|
| 5000 | #52498865 INSTRUCTION SHEET REV 001 | 127.000 | /M | 635.00 |

| | |
|---|---|
| Sub-Total | 635.00 |
| Freight | |
| Tax | |
| Deposit | |
| Total | 635.00 |

---

## Supplier JIT Schedule

### Supplier

**GOODING CO INC**

### Schedule Information

**Scheduling Agreement Number:** 0550036179
**Horizon Start Date:** 2003-08-06
**Horizon End Date:** 2008-12-31
**Vendor Number:** 0001010468
**Ship From Duns Number:** 052116423

### Part Details

**Part Release Number:** 51
**Part Release Date:** 2005-09-26
**Part Description:** SHEET-INSTRUCTION
**Material Number:** 52498865
**Last ASN SID#:** 2S13633
**Last ASN Date:** 2005-09-08
**Cum Received Qty:** 35000.000
**Order Unit of Measure:** PCE

### Destination Plant Details

**Ship To Plant Code:** J201LKB8
**Ship To Plant Name:** DELPHI THERMAL & INTERIOR
**Contact Person:** M. MINARCIN
**Telephone:** 716.439.3642
**Ship To Dock Code:** J201LKB8
**Storage Location:** 0001

### Bar Code Label Data

**Bar Code Text:**

| Ship Date | Scheduled Qty |
|---|---|
| 2005-10-07 | 5000 |

---

https://webedi.delphi.com/webedi/go

9/27/05

Via Gooding
1 Boxe @ 3000 and 1 Box @ 2000
10/7/05                    JOB# 2S13811

# Packing Slip

**SID #**
(2s)

2S13811

**Ship To:** **Delphi Harrison Thermal Systems**
Plant Code J201
Building 9 - JCC
200 Upper Mountain Road
Lockport, NY 14094
ATTN: Bill Kanski

**Ship From:** **Gooding Co. Inc.**
5568 Davison Road
Lockport, NY 14094

| Part Number | Qty |
|---|---|
| 52498865 | 5,000 |

Customer signature _____    Date 10-7-05 Time _____