# SOTIROFF & ABRAMCZYK, P.C.

COUNSELORS AT LAW

30400 TELEGRAPH, SUITE 444

BINGHAM FARMS, MICHIGAN 48025-4541

PHILIP SOTIROFF
LAWRENCE R. ABRAMCZYK
LAWRENCE A. TOWER
ROBERT B. GOLDI
KEITH A. SOTIROFF
MATTHEW J. BOUFFORD

TELEPHONE
(248) 642-6000

FACSIMILE
(248) 642-9001

RECEIVED MAR 16 2007 USBC-SDNY RDD

March 12, 2007

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P.O. Box 5058
New York, New York 10274-5058

In re:  Delphi Corporation, et al, Debtors
        Chapter 11; Case No. 05-44481 (RDD)

Dear Sir/Madam:

    Enclosed for filing, please find Response of Creditor Michigan Heritage Bank to Debtor's Ninth Omnibus Objection to Certain Claims (3.5 inch disk included for Bankruptcy Clerk) relative to the above-referenced matter. Once filed, please return a time-stamped acknowledgement copy to the undersigned in the self-addressed stamped envelope provided.

    Thank you for your cooperation.

Very truly yours,

Robert B. Goldi

RBG/plb
enclosure
cc:  Anthony S. Albanese
     Honorable Robert D. Drain
     Delphi Corporation (attn: General Counsel)
     John Wm. Butler, Jr., John K. Lyons and Joseph N. Wharton (counsel to Debtors)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                          Chapter 11

DELPHI CORPORATION, ET AL,                                      Case No. 05-44481 (RDD)

　　　　Debtor,
_____/

# RESPONSE OF CREDITOR MICHIGAN HERITAGE BANK
# TO NINTH OMNIBUS OBJECTION

**NOW COMES**, Creditor Michigan Heritage Bank, a Michigan banking corporation, by and through its attorneys, Sotiroff & Abramczyk, P.C., and for its response to Debtor's Ninth Omnibus Objection, states as follows:

1. Creditor Michigan Heritage Bank ("MHB") is the Lessor under Equipment Schedule No. 007 dated October 7, 2003 to Master Lease Agreement dated as of March 30, 2001, wherein Delphi Corporation is the Lessee (the "Lease").

2. Debtor is currently utilizing the subject Equipment under the Lease and the Lease has not been assumed.

3. MHB filed a Proof of Claim on or about May 30, 2006 (copy attached) in the amount of $766,355.00 representing the balance due under the Lease as of such date.

4. MHB objects to the proposed modification of its claim as the amount due MHB is in excess of the proposed modification.

**WHEREFORE**, Michigan Heritage Bank requests that its filed Proof of Claim be allowed in full without modification.

Dated: March 6, 2007

SOTIROFF & ABRAMCZYK, P.C.

By: _____
   Robert B. Goldi (P39286)
Attorneys for Michigan Heritage Bank
30400 Telegraph Road, Suite 444
Bingham Farms, Michigan 48025
(248) 642-6000

| UNITED STATES BANKRUPTCY COURT  Southern  DISTRICT OF  New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Michigan Heritage ~~Bancorpinc~~ Bank

Name and address where notices should be sent:
Michigan Heritage ~~Bancorpinc~~ Bank
283400 Orchard Lake Rd
Farmington Hills MI 48334

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (248) 538-2510

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
Lease Number 00025-001

Check here ☐ replaces ☐ amends if this claim _____ a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☒ Other  Lease of personal property
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:** October 7, 2003

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ _____ (unsecured)  $766,355.00 (secured)  _____ (priority)  _____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☒ Other  Personal property

Value of Collateral: $912,565.00 (10/07/2003)

Amount of arrearage and other charges at time case filed included in secured claim, if any: $766,355.00

**6. Unsecured Nonpriority Claim** $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.  See attached Summary

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date: 5/23/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Robert B. Goldi, Attorney-in-Fact

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191652120261

## SUPPLEMENT TO PROOF OF CLAIM FILED BY MICHIGAN HERITAGE BANK
## DELPHI CORPORATION; CASE NO. 05-44481

**Lessor:** MICHIGAN HERITAGE BANK (Assignee of KENSINGTON CAPITAL CORPORATION), 28300 Orchard Lake Road, Suite 200, Farmington Hills, Michigan 48334
**Lessee:** DELPHI CORPORATION (F/K/A DELPHI AUTOMOTIVE SYSTEMS CORPORATION), 32 Celebrity Wagon, El Paso, Texas 79906-5315
**Lease Agreement:** EQUIPMENT SCHEDULE NO. 007 DATED OCTOBER 7, 2003 TO MASTER LEASE AGREEMENT NO. 1137 DATED AS OF MARCH 30, 2001
**Equipment Cost:** $912,565
**Monthly Rent:** $11,178.92
**Term:** 72 months in arrears
**Equipment Location:** DELPHI ENERGY & ENGINE MANAGEMENT SYSTEMS, 32 Celebrity Wagon, El Paso, Texas 79906-5315 (El Paso County)
**Equipment Description; Machine Type:** Vanguard, si2SLS System

- 1-BDS Celebrity Vanguard HS Option with Celebrity Beam Delivery System
- 1-Application Software
- 1-Opti-Scale Software
- 1-One Year Warranty
- 1-Installation & Calibration
- 1-Four Day On-Site Operations and Quick Start
- 1-Pentium Processor, 1.0 GHz-Windows 2000 Software
- 1-17" Computer Monitor
- 1-Lytron Chiller Assembly
- 1-Materialise Magics RP Version 6.x
- 1-Break Out Station
- 1-BOS Tool Kit consisting of two knife sets, one file set, sculpting & cleaning tools, brush
- 1-Bead Blaster Cabinet with Gloves
- 3-Bead Blaster Media
- 1-Vacuum Cleaner with Attachments, 115v, 60Hz, 1 Phase
- 6-DuraForm PA (Polyamide) 22 lb. (10 Kg.) drums
- 6-DuraForm CF (Glass-Filled) 33 lb. (15 Kg.) drums
- 5-Somos 20122 lb. (10 Kg.) drums
- 1-Materialise Rapid Tooling Module for Creating Cores & Cavities
- 1-Laser Form Oven Assembly
- 1-5 Year Full Warranty-Laserform Oven
- 1-LaserForm Oven Installation & Calibration
- 1-Three (3) Day On-Site Customer Training
- 1-LaserForm Start Up Kit – Air Duster Assembly
- 8-LaserForm ST-100 Powder-44 lb. (20 Kg.) Drums
- 2-Bronze Infiltrant-Large
- 2-Bronze Infiltrant-Small
- 4-Premier Vanguard 4 Yr. Maintenance Agreement
- 1-Viper si2 Stereolithography Apparatus
- 4-Premier Viper 4 Yr. Maintenance Agreement
- 1-Laser Replacement for Viper si2 SLAS System