Estate of Virginia A. Haass, Deceased
Lighthouse Point, FL 33074-5700
telephone (954) 785-8240
facsimile (954) 946-1334

February 28, 2007

United States Bankruptcy Court
Delphi Corporation Claims
Bowling Green Station, P.O. Box 5058
New York, NY 10274-5058

in re: Chapter 11, Case No. 05-44481 (RDD)
Claim No. 14828, of Virginia A. Haass, filed 7/31/2006
in the amount of $2,109.20

Ladies and Gentlemen:

Pursuant to the distribution of the Estate of Virginia A. Haass, would you please assign the above referenced claim of Virginia A. Haass as follows:

19.00382251% to the Virginia A. Haass Exempt Marital Trust
under agreement dated August 7, 1989, EIN 76-6221433

16.91836661% to the Virginia A. Haass QTIP Marital Trust under
agreement dated August 7, 1989, EIN 78-6221434

64.04340888% to the Virginia A. Haass Non-Exempt Marital Trust
under agreement dated August 7, 1989, EIN 76-6221435

The address, telephone and facsimile numbers, for all three Trusts is identical to that of the Estate, at the top of this page.

There are enclosed executed Forms W-9 for each Trust.

Would you please acknowledge receipt of this correspondence on the enclosed copy of this letter, and return it to us in the envelope provided.

There is also enclosed, as evidence of our authority, photocopies of AMENDED LETTERS OF ADMINISTRATION which confirm our appointment as Personal Representatives of the Estate of Virginia A. Haass.

If there are any questions, or if there is anything further that you require of us, would you please immediately contact us at our address, telephone, or facsimile numbers above.

Very truly yours,

Frederick E. Haass                    Robert O. Haass

Stephen A. Haass                      Susan H. Klonowski
        Co-Personal Representatives
encl.            & Co-Trustees
certified mail
return receipt requested

Estate of Virginia A. Haass, Deceased    Acknowledgement Copy
P.O. Box 5700
Lighthouse Point, FL 33074-5700
telephone (954) 785-8240
facsimile (954) 946-1334

February 28, 2007

United States Bankruptcy Court
Delphi Corporation Claims
Bowling Green Station, P.O. Box 5058
New York, NY  10274-5058

in re: Chapter 11, Case No. 05-44481 (RDD)
    Claim No. 14828, of Virginia A. Haass, filed 7/31/2006
    in the amount of $2,109.20

Ladies and Gentlemen:

   Pursuant to the distribution of the Estate of Virginia A. Haass, would you please assign the above referenced claim of Virginia A. Haass as follows:

19.00382251% to the Virginia A. Haass Exempt Marital Trust
    under agreement dated August 7, 1989, EIN 76-6221433

16.9183661% to the Virginia A. Haass QTIP Marital Trust under
    agreement dated August 7, 1989, EIN 78-6221434

64.0434088% to the Virginia A. Haass Non-Exempt Marital Trust
    under agreement dated August 7, 1989, EIN 76-6221435

   The address, telephone and facsimile numbers, for all three Trusts is identical to that of the Estate, at the top of this page.

   There are enclosed executed Forms W-9 for each Trust.

   Would you please acknowledge receipt of this correspondence on the enclosed copy of this letter, and return it to us in the envelope provided.

   There is also enclosed, as evidence of our authority, photocopies of AMENDED LETTERS OF ADMINISTRATION which confirm our appointment as Personal Representatives of the Estate of Virginia A. Haass.

   If there are any questions, or if there is anything further that you require of us, would you please immediately contact us at our address, telephone, or facsimile numbers above.

                                        Very truly yours,

        Frederick E. Haass                 Robert O. Haass

        Steven A. Haass                    Susan H. Klonowski
              Co-Personal Representatives
encl.              & Co-Trustees
certified mail
return receipt requested

Estate of Virginia A. Haass, Deceased
P.O. Box 5700
Lighthouse Point, FL 33074-5700
telephone (954) 785-8240
facsimile (954) 946-1334

March 16, 2007

Kurtzman Carson Consultants
12910 Culver Boulevard, Suite 1
Los Angeles, CA 90066

ATTN: Delphi Claims Processing

in re: Chapter 11, Case No. 05-44481 (RDD)
       Claim No. 14828, of Virginia A. Haass, filed 7/31/2006
       in the amount of $2,109.20

Ladies and Gentlemen:

    We are filing today, a letter with the Bankruptcy Court to re-assign the above referenced claim of Virginia A. Haass from her Estate, by percentage, to each of her three Trusts.

    Please note that her Trustees are identical to her Personal Representatives.

    Pursuant to our conversation with Amber Cerveny on February 28th, there is enclosed a duplicate of that filing, bearing original signatures, together with all enclosures and an extra copy of the letter of assignment.

    Would you please acknowledge receipt of this correspondence on the extra copy of the letter of assignment and return it to us in the envelope provided.

    If there are any questions, or if there is anything further that you require of us, would you please immediately contact us at our address, telephone, or facsimile numbers above.

                                        Very truly yours,

                                        Stephen A. Haass
                                        Co-Personal Representative
                                        and Co-Trustee

encl.
copy    Bankruptcy Court with assignment

RECEIVED 2007 CLAIMS PROCESSING CENTER USBC, SDNY

IN THE CIRCUIT COURT FOR BROWARD COUNTY, FLORIDA

IN RE: ESTATE OF

VIRGINIA A. HAASS,

Deceased.

PROBATE DIVISION

FILE NUMBER: 93-7503

DIVISION:

## AMENDED LETTERS OF ADMINISTRATION
(Multiple Personal Representatives)

**TO ALL WHOM IT MAY CONCERN**

**WHEREAS**, Virginia A. Haass, a resident of Broward County, Florida died on October 6, 1993, owning assets in the State of Florida, and

**WHEREAS**, Stephen A. Haass, Frederick E. Haass, Robert O. Haass and Susan H. Klonowski have been appointed Personal Representatives of the Estate of the Decedent and have performed all acts prerequisite to issuance of Letters of Administration in the Estate.

**NOW THEREFORE,** I, the undersigned Circuit Judge, declare Stephen A. Haass, Frederick E. Haass, Robert O. Haass and Susan H. Klonowski to be duly qualified under the laws of the State of Florida to act as Personal Representatives of the Estate of Virginia A. Haass, deceased, with full power to administer the Estate according to law; to ask, demand, sue for, recover and receive the property of the Decedent; to pay the debts of the Decedent as far as the assets of the Estate will permit and the law directs; and to make distribution of the Estate according to law.

**WITNESS** my hand and the seal of this Court this __1__ day of __July__, 19 __99__.

_____
CIRCUIT JUDGE
Judge Fred Berman for Judge MARK A. SPEISER

| Form **W-9**<br>(Rev. January 2003)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |

Name: Virginia A. Haass Exempt Marital Trust u/a/d August 7, 1989

Business name, if different from above:

Check appropriate box: ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership   ☒ Other ▶ Trust   ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.): P.O. Box 5700

Requester's name and address (optional):

City, state, and ZIP code: Lighthouse Point, FL 33074-5700

List account number(s) here (optional):

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For Individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: _ _ _ - _ _ - _ _ _ _

or

Employer identification number: 76-6221433

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here — Signature of U.S. person ▶ Stephen A. Haass, Co-Trustee   Date ▶ March 16, 2007

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X                                              Form **W-9** (Rev. 1-2003)

| Form **W-9** (Rev. January 2003) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |
|---|---|---|

Name: Virginia A. Haass QTIP Marital Trust u/a/d August 7, 1989

Business name, if different from above:

Check appropriate box: ☐ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☒ Other ▶ Trust    ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.): P.O. Box 5700

City, state, and ZIP code: Lighthouse Point, FL 33074-5700

Requester's name and address (optional):

List account number(s) here (optional):

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: ☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number: 76-6221434

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here — Signature of U.S. person ▶ [signature]  Stephen A. Haass, Co-Trustee   Date ▶ March 16, 2007

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see **Pub. 515**, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X    Form **W-9** (Rev. 1-2003)

| Form **W-9** (Rev. January 2003) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

**See Specific Instructions on page 2.**
**Print or type**

Name
Virginia A. Haass Non-Exempt Marital Trust u/a/d August 7, 1989

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor   ☐ Corporation   ☐ Partnership   ☒ Other ▶ ...Trust......   ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
P.O. Box 5700

City, state, and ZIP code
Lighthouse Point, FL  33074-5700

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 3.

Note: *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

Social security number
| | | – | | – | | | | |

or

Employer identification number
| 7 | 6 | – | 2 | 2 | 1 | 4 | 3 | 5 |

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here   Signature of U.S. person ▶  *[signature]*  Stephen A. Haass, Co-Trustee   Date ▶ March 16, 2007

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see **Pub. 515,** Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
4. The type and amount of income that qualifies for the exemption from tax.
5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X                                                          Form **W-9** (Rev. 1-2003)

Estate of Virginia A. Haass
P.O. Box 5700
Lighthouse Point, FL 33074-5700

United States Bankruptcy Court
Delphi Corporation Claims
Bowling Green Station, P.O. Box 5058
New York, NY 10274-5058



RECEIVED 2007
CLAIMS PROCESSING CENTER
USBC, SDNY



U.S. POSTAGE PAID
LIGHTHOUSE POIN, FL
33064
MAR 17 '07
AMOUNT $0.63
00098613-11