UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                            :

In re:                                                         :        Chapter 11

DELPHI CORPORATION, *et al.*,                             :        Case No. 05-44481 (RDD)
                                                          :        (Jointly Administered)
                         Debtors.                      :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007 I caused a true and correct copy of the **Objection of UAW to Debtors' Second Supplement to KECP Motion [Docket No. 7200] Seeking Authority to Continue AIP for First Half of 2007** [Docket No. 7325] to be duly served on the Master Service List parties by overnight mail and the 2002 Service List parties by Email (to those parties with an email address) or First-Class mail on the remaining parties, which were downloaded on March 19, 2007.

                                                           /s/ Babette Ceccotti
                                                        Babette A. Ceccotti (BC 2690)
                                                        COHEN, WEISS and SIMON LLP
                                                        330 West 42nd Street
                                                         New York, New York  10036
                                                         (212) 563-4100

**Master Service List**

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Robert J. Stark | Brown Rudnick Berlack Israels LLP | Seven Times Square | | New York | NY | 10036 |
| Steven J. Reisman | Curtis, Mallet-Prevost, Colt & mosle LLP | 101 Park Avenue | | New York | NY | 10178-0061 |
| Donald Bernstein Brian Resnick | Davis, Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 |
| Sean Corcoran Karen Craft | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 |
| Michael Nefkens | Electronic Data Systems Corp. | 5505 Corporate Drive MSIA | | Troy | MI | 48098 |
| Carrie L. Schiff | Flextronics International | 305 Interlocken Parkway | | Broomfield | CO | 80021 |
| Paul W. Anderson | Flextronics International USA, Inc. | 2090 Fortune Drive | | San Jose | CA | 95131 |
| Richard Lee Chambers, III | Freescale Semiconductor, Inc. | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 |
| Brad Eric ShelerBonnie SteingartVivek MelwaniJennifer L RodburgRichard J Slivinski | Fried, Frank, Harris, Shriver & Jacobson | One New York Plaza | | New York | NY | 10004 |
| Randall S. Eisenberg | FTI Consulting, Inc. | 3 Times Square | 11th Floor | New York | NY | 10036 |
| Valerie Venable | General Electric Company | 9930 Kincey Avenue | | Huntersville | NC | 28078 |
| Lonie A. Hassel | Groom Law Group | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| Stephen H. Gross | Hodgson Russ LLP | 152 West 57th Street | 35th Floor | New York | NY | 10019 |
| Frank L. Gorman, Esq. | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Robert B. Weiss, Esq. | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Attn: Insolvency Department, Maria Valerio | Internal Revenue Service | 290 Broadway | 5th Floor | New York | NY | 10007 |
| Attn: Insolvency Department | Internal Revenue Service | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 |
| Conference Board Chairman | IUE-CWA | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 |
| William Q. Derrough | Jefferies & Company, Inc, | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| Thomas F. Maher, Richard Duker, Gianni Russello Maritza Ramos | JPMorgan Chase Bank, N.A. | 270 Park Avenue | | New York | NY | 10017 |
| Vilma Francis | JPMorgan Chase Bank, N.A. | 270 Park Avenue | | New York | NY | 10017 |
| Gordon Z. Novod | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Thomas Moers Mayer | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | | New York | NY | 10036 |
| James Le Sheryl Betance | Kurtzman Carson Consultants | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 |
| Robert J. Rosenberg | Latham & Watkins LLP | 885 Third Avenue | | New York | NY | 10022 |

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Patrick J. Healy | Law Debenture Trust of New York | 767 Third Ave. | 31st Floor | New York | NY | 10017 |
| Daniel R. Fisher | Law Debenture Trust of New York | 767 Third Ave. | 31st Floor | New York | NY | 10017 |
| David D. Cleary | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| Jason J. DeJonker | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| Mohsin N. Khambati | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| Peter A. Clark | McDermott Will & Emery LLP | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| J. Brian McTigue | McTigue Law Firm | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Cornish F. Hitchcock | McTigue Law Firm | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Leon Szlezinger | Mesirow Financial | 666 Third Ave | 21st Floor | New York | NY | 10017 |
| Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | Milbank Tweed Hadley & McCloy LLP | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 |
| Joseph T. Moldovan, Esq. | Morrison Cohen LLP | 909 Third Avenue | | New York | NY | 10022 |
| Mark Schonfeld, Regional Director | Northeast Regional Office | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Attorney General Eliot Spitzer | Office of New York State | 120 Broadway | | New York City | NY | 10271 |
| Robert Siegel | O'Melveny & Myers LLP | 400 South Hope Street | | Los Angeles | CA | 90071 |
| Tom A. Jerman, Rachel Janger | O'Melveny & Myers LLP | 1625 Eye Street, NW | | Washington | DC | 20006 |
| Ralph L. Landy | Pension Benefit Guaranty Corporation | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 |
| Jeffrey Cohen | Pension Benefit Guaranty Corporation | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 |
| Sandra A. Riemer | Phillips Nizer LLP | 666 Fifth Avenue | | New York | NY | 10103 |
| David L. Resnick | Rothchild Inc. | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Robert W. Dremluk | Seyfarth Shaw LLP | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 |
| Douglas Bartner, Jill Frizzley | Shearman & Sterling LLP | 599 Lexington Avenue | | New York | NY | 10022 |
| Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 |
| John Wm. Butler, John K. Lyons, Ron E. Meisler | Skadden, Arps, Slate, Meagher & Flom LLP | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 |
| Kayalyn A. Marafioti, Thomas J. Matz | Skadden, Arps, Slate, Meagher & Flom LLP | 4 Times Square | P.O. Box 300 | New York | NY | 10036 |
| Daniel D. Doyle | Spencer Fane Britt & Browne LLP | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Nicholas Franke | Spencer Fane Britt & Browne LLP | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Chester B. Salomon, Constantine D. Pourakis | Stevens & Lee, P.C. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| Albert Togut | Togut, Segal & Segal LLP | One Penn Plaza | Suite 3335 | New York | NY | 10119 |

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| MaryAnn Brereton, Assistant General Counsel | Tyco Electronics Corporation | 60 Columbia Road | | Morristown | NJ | 7960 |
| Alicia M. Leonhard | United States Trustee | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Michael D. Warner | Warner Stevens, L.L.P. | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Jeffrey L. Tanenbaum, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Martin J. Bienenstock, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Michael P. Kessler, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Harvey R. Miller, Esq. | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Steven M. Cimalore | Wilmington Trust Company | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |

**2002 Service List**
(Non-Email Service)

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | John V. Gorman<br>Professional Technologies Services<br>PO Box #304<br>Frankenmuth, MI 48734 |
| United States Trustee<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Avenue, Mail Stop 15<br>Detroit, MI 48226 |
| Gregory J. Jordan<br>Dykema Gossett PLLC<br>10 Wacker, Suite 2300<br>Chicago, IL 60606 | Conference Board Chairman<br>IUE-CWA<br>2360 West Dorothy Lane, Suite 201<br>Dayton, OH 45439 |
| Beth Klimczak, General Counsel<br>Jason, Inc.<br>411 East Wisconsin Avenue, Suite 2120<br>Milwaukee, WI 53202 | MaryAnn Brereton, Asst. General Counsel<br>Tyco Electronics Corporation<br>60 Columbia Road<br>Morristown, NJ 7960 |
| Metro-Dade Paralegal Unit<br>Miami-Dade County Tax Collector<br>140 West Flagler Street, Suite 1403<br>Miami, FL 33130 | |