UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                                                Chapter 11

DELPHI CORP, et al.,                                  Case No. 05-44481 (RDD)

                                                                      Jointly Administered
                          Debtors

# MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, John J. Marquess, a member in good standing of the bar in the State of New Jersey and Commonwealth of Pennsylvania and the bar of the U.S. District Court for the District of New Jersey, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Legal Cost Control, Inc., (on behalf of the Delphi Fee and Expense Review Committee), in the above referenced case.

Mailing address: Legal Cost Control, Inc., 255 Kings Highway East, Haddonfield, NJ 08033;
E-mail address: JJM@Legalcost.com; telephone number (856) 216-0800.
The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: March 1, 2007
Haddonfield, New Jersey                        /s/_____
                                                               John J. Marquess, Esquire

# ORDER

**ORDERED**
That John J. Marquess, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: March 19, 2007
New York, New York                        /s/Robert D. Drain_____
                                                        UNITED STATES BANKRUPTCY JUDGE