BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:   (317) 236-1313
Facsimile:   (317) 231-7433
Mark R. Owens (MO 9742)

*Attorneys for Clarion Corporation of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481(RDD)
                                                          :
                         Debtors.                         :    (Jointly Administered)
———————————————————— x

MOTION PURSUANT TO
RULE 2090-1(b) OF THE LOCAL RULES
OF THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOR ADMISSION *PRO HAC VICE*

Mark R. Owens ("Movant"), an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and an associate at Barnes & Thornburg LLP ("Barnes & Thornburg"), hereby submits this Motion (the "Motion") for an order permitting Michael J. Hulka, an associate at Barnes & Thornburg, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York and to appear and represent Clarion Corporation of America ("Clarion"), a creditor in the above-captioned chapter 11 cases, under Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

In support of the Motion, the Movant states as follows:

1. Michael J. Hulka is an associate at Barnes & Thornburg and has appeared regularly in federal and state jurisdictions across the country. Based on the certification below, Mr. Hulka is admitted, practicing, and in good standing as a member of the bars of the States of Illinois and Indiana and admitted to practice before the United States District Court for the Northern and Southern Districts of Indiana, the United States District Court of the Northern District of Illinois, and the Seventh Circuit Court of Appeals.

2. Mr. Hulka has been practicing law since 2001.

3. To the best of my knowledge, there are no disciplinary proceedings pending against Mr. Hulka.

4. The Movant requests that this Court grant this Motion so that Mr. Hulka may file pleadings and appear and be heard at hearings in the above-captioned chapter 11 cases.

5. Pursuant to the certification below, Mr. Hulka submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of these cases. In addition, as indicated on the certification below, Mr. Hulka has acquired or has access to a copy of the Local Rules and is generally familiar with such rules.

6. Mr. Hulka will submit a fee of $25 after the filing of this Motion.

## Memorandum Of Law

7. Because the legal points and authorities upon which this Motion relies are incorporated herein, the Movant respectfully requests that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) be deemed satisfied.

WHEREFORE, the Movant respectfully requests that this Court enter an order (a) permitting Michael J. Hulka to appear *pro hac vice* as counsel for Clarion in these chapter 11 cases and (b) granting such other and further relief as is just.

Dated:   Indianapolis, Indiana
         March 19, 2007

/s/ Mark R. Owens
Mark R. Owens (MO 9742)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:   (317) 236-1313
Facsimile:   (317) 231-7433

Attorneys for Clarion Corporation
of America

## CERTIFICATION

The undersigned certifies that he is eligible for admission to this Court, is admitted to practice, and is in good standing in the jurisdictions set forth in the Motion, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that arises in the course of these chapter 11 cases pursuant to the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and has acquired or has access to a copy of such rules and is generally familiar with such rules.

Dated:   Indianapolis, Indiana
         March 19, 2007

Michael J. Hulka
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:   (317) 236-1313
Facsimile:   (317) 231-7433