UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                    Chapter 11

DELPHI CORPORATION, et al.,                               Case No. 05-44481 (RDD)

        Debtors.                                      Jointly Administered

------------------------------------------------------------x

## ORDER UNDER LOCAL BANKRUPTCY RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

Upon the motion of Mark R. Owens, dated March 19, 2007, for admission *pro hac vice* of Michael J. Hulka in the above-captioned chapter 11 cases; it is hereby

ORDERED, that Michael J. Hulka is admitted to practice *pro hac vice* in the above-captioned chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
March ____, 2007

_____
UNITED STATES BANKRUPTCY COURT JUDGE

INDS01 KSTREED 856180v1