IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-44481-RDD |
| Delphi Corporation, *et al.*, ) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

### ORDER GRANTING W. CLARK WATSON'S APPLICATION TO APPEAR PRO HAC VICE

Upon the Motion for Admission *pro hac vice* of W. Clark Watson to appear and practice in the above-styled bankruptcy case, and it appearing that approval of said motion is warranted; it is therefore

ORDERED, that W. Clark Watson is admitted to practice, pro hac vice, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York provide that the filing fee has been paid.

Dated: March 19, 2007
New York, New York

/s/Robert D. Drain
United States Bankruptcy Judge