UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
In re:                                          :
                                                :    Chapter 11 Case
DELPHI CORPORATION, et al.,                     :    05-44481-RDD
                    Debtors.                    :
                                                :    (Jointly Administered)
---------------------------------------------------------------

# ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Rebecca H. Simoni, a member in good standing of the bar in the State of Wisconsin and the bar of the U.S. District Court for the Eastern District of Wisconsin, having requested admission, ***pro hac vice,*** to represent Rotaform, LLC, a creditor and party-in-interest in the above referenced bankruptcy proceeding.

**ORDERED,**

that Rebecca H. Simoni, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: March 19, 2007
      New York, New York        /s/Robert D. Drain
                                             United States Bankruptcy Judge