**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**
(Manhattan)

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 05-44481-rdd |
|  | ) |  |
| DELPHI CORP., | ) |  |
|  | ) | Chapter 11 |
| Debtor. | ) |  |

-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Jean L. Guerrier, hereby certify that:

1. I am over 18 years of age, and reside in Nassau County, New York.

2. On March 19, 2007, true and correct copies of the following were caused to be served on the parties listed on the attached Service List via first class mail:
   *(i.) (Full Transfer) Transfer of claim #9105 (clm. amt.:$277,159.38) Brush Wellman Inc. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD,*
   *(ii.) (Full Transfer) Transfer of claim #9106 (clm. amt.:$407,748.06) Technical Materials, Inc. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD,* **and**
   *(iii.) (Full Transfer) Transfer of claim #9107 (clm. amt.:$98,067.90) from Zentrix Technologies, Inc. to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, LTD*

        **Dreier LLP**

        By: _/s/Jean L. Guerrier____
        **Jean L. Guerrier**

**Sworn to before me this**
**19th day of March, 2007.**

 _/s/ Lori Rudolph_
**Notary Public**

**Lori Rudolph - Notary Public, State of New York**
**No. 01RU4883588**
**Qualified in Richmond County**
**Commission Expires January 26, 2007**

{00236867.DOC;}

## Service List

**Delphi Corporation**
5725 Delphi Drive
Troy, MI 48098


**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022-6069
Attn: Douglas P. Bartner


**Kurtzman Carson Consultants LLC**
1180 Avenue of the Americas
Suite 1140
New York, NY 10036


**Brush Engineering Materials Inc.**
17876 St. Clair Avenue
Cleveland, OH 44110
Attn: Gary W. Schiavoni

{00236867.DOC;}