Amy Williams-Derry
Lynn Lincoln Sarko
KELLER ROHRBACK LLP
1201 3rd Avenue, Suite 3200
Seattle, WA  98101
(206) 623-1900

Gary A. Gotto
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012
(602) 248-0088

Attorneys for the Claimants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION et al., ) | NO. 05-44481 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Adversary Proceeding |
| DELPHI CORPORATION, ) | NO. 07-01435 (RDD) |
| ) | |
| Plaintiff, ) | |
| ) | |
| - against – ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Amy Williams-Derry, a member in good standing of the bar in the State of Washington

and the bar of the United States District Court for the Western District of Washington, request

admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the ERISA Class

Creditors (Proof of Claim #1797 filed Feb. 6, 2006 on behalf of claimants Thomas Kessler, Neal

1  Folck, Greg Bartell, Donald McEvoy, and Irene Polito and a class of persons similarly situated),

2  in the above-referenced case and an interested third-party in the above-referenced adversary

3  proceeding.

4  Mailing Address:    Amy Williams-Derry, Esq. Keller Rohrback LLP, 1201 3rd Avenue,

5                      Suite 3200, Seattle, WA 98101

6

7  E-Mail Address:    awilliams-derry@kellerrohrback.com

8       The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

9       DATED this 19th day of March, 2007.

10

11

12                              KELLER ROHRBACK L.L.P.

13

14                              By /s/ Amy Williams-Derry
                                    Lynn Lincoln Sarko
15                                  Amy Williams-Derry
                                    Attorneys for Claimants
16

17

18

19

20

21

22

23

24

25

26

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing has been served upon the following parties set out below via the Court's electronic filing system, the 19th day of March, 2007:

/s/ Amy Williams-Derry
Amy Williams-Derry

| | | |
|---|---|---|
| Wallace A. Showman | Ajamie LLP | wshowman@ajamie.com |
| Peter J. Gurfein | Akin Gump Strauss Hauer & Feld, LLP | pgurfein@akingump.com |
| Michael S. Greger | Allen Matkins Leck Gamble & Mallory LLP | mgreger@allenmatkins.com |
| Monica S. Blacker | Andrews Kurth LLP | mblacker@andrewskurth.com |
| Matthew Hamilton | APS Clearing, Inc. | mhamilton@ampn.com |
| Robert M. Hirsh | Arent Fox PLLC | Hirsh.Robert@arentfox.com |
| Darryl S. Laddin | Arnall Golden Gregory LLP | dladdin@agg.com |
| William J. Barrett | Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | william.barrett@bfkpn.com |
| John T. Gregg | Barnes & Thornburg LLP | john.gregg@btlaw.com |
| Michael K. McCrory Wendy D. Brewer | Barnes & Thornburg LLP | wendy.brewer@btlaw.com michael.mccrory@btlaw.com |
| Patrick E. Mears | Barnes & Thornburg LLP | pmears@btlaw.com |
| Alan K. Mills | Barnes & Thornburg LLP | alan.mills@btlaw.com |
| James P. Murphy | Berry Moorman P.C. | murph@berrymoorman.com |
| Patrick M. Costello, Esq. | Bialson, Bergen & Schwab | pcostello@bbslaw.com |
| Thomas M. Gaa | Bialson, Bergen & Schwab | tgaa@bbslaw.com |
| Bonnie Glantz Fatell | Blank Rome LLP | fatell@blankrome.com |
| Marc E. Richards | Blank Rome LLP | mrichards@blankrome.com |
| Ralph E. McDowell | Bodman LLP | rcmcdowell@bodmanllp.com |
| David S. Lefere | Bolhouse, Vander Hulst, Risko & Baar P.C. | davidl@bolhouselaw.com |
| Stephen A. Donato | Bond, Schoeneck & King, PLLC | sdonato@bsk.com |
| Jeannette Eisan Hinshaw | Bose McKinney & Evans LLP | jhinshaw@boselaw.com |
| Roger G. Jones | Boult, Cummings, Conners & Berry, PLC | rjones@bccb.com |
| Austin L. McMullen | Boult, Cummings, Conners & Berry, PLC | amcmullen@bccb.com |

| | | | |
|---|---|---|---|
| 1 | Donald K. Ludman | Brown & Connery, LLP | dludman@brownconnery.com |
| 2 | Michael Leo Hall | Burr & Forman LLP | mhall@burr.com |
| | Robert Usadi | Cahill Gordon & Reindel LLP | rusadi@cahill.com |
| 3 | Dorothy H. Marinis-Riggio | Calinoff & Katz, LLp | driggio@candklaw.com |
| 4 | Aaron R. Cahn | Carter Ledyard & Milburn LLP | cahn@clm.com |
| 5 | Seth A. Drucker | Clark Hill PLC | sdrucker@clarkhill.com |
| 6 | Joel D. Applebaum | Clark Hill PLC | japplebaum@clarkhill.com |
| 7 | Robert D. Gordon | Clark Hill PLLC | rgordon@clarkhill.com |
| 8 | Deborah M. Buell | Cleary Gottlieb Steen & Hamilton LLP | maofiling@cgsh.com |
| 9 | James L. Bromley | Cleary, Gottlieb, Steen & Hamilton LLP | maofiling@cgsh.com |
| 10 | Joseph J. Vitale | Cohen, Weiss & Simon LLP | jvitale@cwsny.com |
| 11 | Scott D. Rosen, Esq. | Cohn Birnbaum & Shea P.C. | srosen@cb-shea.com |
| 12 | Amy Wood Malone | Colbert & Winstead, P.C. | amalone@colwinlaw.com |
| | Bruce N. Elliott | Conlin, McKenney & Philbrick, P.C. | Elliott@cmplaw.com |
| 13 | Jeffrey C. Wisler, Esq. | Connolly Bove Lodge & Hutz LLP | jwisler@cblh.com |
| 14 | Sylvie J. Derrien | Coolidge, Wall, Womsley & Lombard Co. LPA | derrien@coollaw.com |
| 15 | Robert  Szwajkos | Curtin & Heefner, LLP | rsz@curtinheefner.com |
| 16 | Daniel P. Mazo | Curtin & Heefner, LLP | dpm@curtinheefner.com |
| 17 | William F. Savino | Damon & Morey LLP | wsavino@damonmorey.com |
| 18 | Jay Selanders | Daniels & Kaplan, P.C. | selanders@danielsandkaplan.com |
| 19 | Gerard DiConza, Esq. | DiConza Law, P.C. | gdiconza@dlawpc.com |
| 20 | Maria Ellena Chavez-Ruark | DLA Piper Rudnick Gray Cary US LLP | richard.kremen@dlapiper.com |
| 21 | Andrew C. Kassner | Drinker Biddle & Reath LLP | andrew.kassner@dbr.com |
| 22 | David B. Aaronson | Drinker Biddle & Reath LLP | david.aaronson@dbr.com |
| 23 | Joseph H. Lemkin | Duane Morris LLP | jhlemkin@duanemorris.com |
| 24 | Earle I. Erman | Erman, Teicher, Miller, Zucker & Freedman, P.C. | eerman@ermanteicher.com |
| 25 | David H. Freedman | Erman, Teicher, Miller, Zucker & Freedman, P.C. | dfreedman@ermanteicher.com |
| 26 | Gary E. Green | Fagel Haber LLC | ggreen@fagelhaber.com |
| | Lauren Newman | Fagel Haber LLC | lnewman@fagelhaber.com |

| | | | |
|---|---|---|---|
| 1 | Ted J. Donovan | Finkel Goldstein Rosenbloom & Nash LLP | tdonovan@finkgold.com |
| 2 | Jill L. Murch | Foley & Lardner LLP | jmurch@foley.com |
| 3 | Eric Wainer | Gazes LLC | office@gazesllc.com |
| 4 | Craig P. Rieders, Esq. | Genovese Joblove & Battista, P.A. | crieders@gjb-law.com |
| 5 | David N. Crapo | Gibbons, Del Deo, Dolan, Griffinger & Vecchione | dcrapo@gibbonslaw.com |
| 6 | Allan S. Brilliant | Goodwin Proctor LLP | abrilliant@goodwinproctor.com |
| | Barbara S. Mehlsack | Gorlick, Kravitz & Listhaus, P.C. | bmehlsack@gkllaw.com |
| 7 | Jill M. Hartley | Gratz, Miller & Brueggeman, S.C. | jh@previant.com |
| 8 | Matthew R. Robbins | Gratz, Miller & Brueggeman, S.C. | mrr@previant.com |
| 9 | Timothy C. Hall | Gratz, Miller & Brueggeman, S.C. | tch@previant.com |
| 10 | Alan D. Halperin | Halperin Battaglia Raicht, LLP | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net |
| 11 | Harris D. Leinwand | Harris D. Leinwand | hleinwand@aol.com |
| 12 | J. Eric Charlton | Hiscock & Barclay, LLP | echarlton@hiscockbarclay.com |
| 13 | Stephen H. Gross, Esq. | Hodgson Russ LLP | sgross@hodgsonruss.com |
| 14 | Audrey Moog | Hogan & Hartson L.L.P. | amoog@hhlaw.com |
| 15 | Donald T. Baty, Jr. | Honigman, Miller, Schwartz and Cohn, LLP | dbaty@honigman.com |
| 16 | E. Todd Sable | Honigman, Miller, Schwartz and Cohn, LLP | tsable@honingman.com |
| 17 | Thomas J. Schank | Hunter & Schank Co. LPA | tomschank@hunterschank.com |
| | John J. Hunter | Hunter & Schank Co. LPA | jrhunter@hunterschank.com |
| 18 | Ben T. Caughey | Ice Miller | Ben.Caughey@icemiller.com |
| 19 | Ronald R. Peterson | Jenner & Block LLP | rpeterson@jenner.com |
| 20 | Scott J. Friedman | Jones Day | sjfriedman@jonesday.com |
| | John P. Sieger, Esq. | Katten Muchin Rosenman LLP | john.sieger@kattenlaw.com |
| 21 | Thomas Kennedy | Kennedy, Jennick & Murray | tkennedy@kjmlabor.com |
| 22 | Susan M. Jennik | Kennedy, Jennick & Murray | sjennik@kjmlabor.com |
| 23 | Geoffrey A. Richards | Kirkland & Ellis LLP | grichards@kirkland.com |
| 24 | Edward M. Fox | Kirkpatrick & Lockhart Nicholson Graham LLP | efox@klng.com |
| 25 | Sam O. Simmerman | Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | sosimmerman@kwgd.com |
| 26 | Susan M. Cook | Lambert. Leser, Isackson, Cook & Guinta, P.C. | smcook@lambertleser.com |

| | | |
|---|---|---|
| Mark A. Broude | Latham & Watkins | mark.broude@lw.com |
| Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | austin.bankruptcy@publicans.com |
| Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@publicans.com |
| John P. Dillman | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| William M. Hawkins | Loeb & Loeb LLP | whawkins@loeb.com |
| Timothy W. Brink | Lord, Bissel & Brook | tbrink@lordbissel.com |
| Michael S. Etikin | Lowenstein Sandler PC | metkin@lowenstein.com |
| Ira M. Levee | Lowenstein Sandler PC | ilevee@lowenstein.com |
| Scott Cargill | Lowenstein Sandler PC | scargill@lowenstein.com |
| Vincent A. D'Agostino | Lowenstein Sandler PC | vdagostino@lowenstein.com |
| Bruce S. Nathan | Lowenstein Sandler PC | bnathan@lowenstein.com |
| Erik G. Chappell | Lyden, Liebenthal & Chappell, Ltd. | egc@leydenlaw.com |
| Richard J. Parks | MacDonald, Illig, Jones & Britton LLP | rparks@mijb.com |
| Jeffrey M. Levinson, Esq. | Margulies & Levinson, LLP | jml@ml-legal.com lmc@ml-legal.com |
| James M. Sullivan | McDermott Will & Emery LLP | jmsullivan@mwe.com |
| Jean R. Robertson, Esq. | McDonald Hopkins Co., LPA | jrobertson@mcdonaldhopkins.com |
| Jeffrey Bernstein, Esq. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | jbernstein@mdmc-law.com |
| Lowell Peterson, Esq. | Meyer, Suozzi, English & Klein, P.C. | lpeterson@msek.com |
| Dennis J. Raternink | Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | |
| Timothy A. Fusco | Miller, Canfield, Paddock and Stone, P.L.C. | fusco@millercanfield.com |
| Jonathan S. Green | Miller, Canfield, Paddock and Stone, P.L.C. | greenj@millercanfield.com |
| Michael L. Schein | Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | mlschein@mintz.com |
| Stephanie K. Hoos | Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | skhoos@mintz.com |
| William C. Heuer, Esq. | Morgan, Lewis & Bockius LLP | wheuer@morganlewis.com |
| Menachem O. Zelmanovitz | Morgan, Lewis & Bockius LLP | mzelmanovitz@morganlewis.com |

| 1 | Leslie Ann Berkoff | Moritt Hock Hamroff & Horowitz LLP | lberkoff@moritthock.com |
|---|---|---|---|
| 2 | Robert J. Dehney | Morris, Nichols, Arsht and Tunnell | rdehney@mnat.com |
| 3 | Michael G. Busenkell | Morris, Nichols, Arsht and Tunnell | mbusenkell@mnat.com |
| 4 | | | |
| 5 | Joseph T. Moldovan Michael R. Dal Lago | Morrison Cohen LLP | jmoldovan@morrisoncohen.com mdallago@morrisoncohen.com |
| 6 | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | Munsch Hardt Kopf & Harr, P.C. | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com |
| 7 | | | |
| 8 | George B. Cauthen | Nelson Mullins Riley & Scarborough | george.cauthen@nelsonmullins.com |
| 9 | Elizabeth L. Abdelmasieh, Esq | Norris, McLaughlin & Marcus | eabdelmasieh@nmmlaw.com |
| 10 | Jay W. Hurst | Office of the Texas Attorney General | jay.hurst@oag.state.tx.us |
| 11 | Alyssa Englund, Esq. | Orrick, Herrington & Sutcliffe LLP | aenglund@orrick.com |
| 12 | | | |
| 13 | Stephen J. Shimshak | Paul, Weiss, Rifkind, Wharton & Garrison | sshimshak@paulweiss.com |
| 14 | Douglas R. Davis | Paul, Weiss, Rifkind, Wharton & Garrison | ddavis@paulweiss.com |
| 15 | Charles J. Filardi, Jr., Esq. | Pepe & Hazard LLP | cfilardi@pepehazard.com |
| 16 | Anne Marie Aaronson | Pepper, Hamilton LLP | aaronsona@pepperlaw.com |
| 17 | Linda J. Casey | Pepper, Hamilton LLP | caseyl@pepperlaw.com |
| 18 | Sandra A. Riemer, Esq. | Phillips Nizer LLP | sriemer@phillipsnizer.com |
| 19 | Jacob A. Manheimer | Pierce Atwood LLP | jmanheimer@pierceatwood.com |
| 20 | Karen B. Dine | Pillsbury Winthrop Shaw Pittman LLP | karen.dine@pillsburylaw.com |
| 21 | Richard L. Epling | Pillsbury Winthrop Shaw Pittman LLP | richard.epling@pillsburylaw.com |
| 22 | Ronald S. Beacher | Pitney Hardin LLP | rbeacher@pitneyhardin.com |
| 23 | Richard M. Meth | Pitney Hardin LLP | rmeth@pitneyhardin.com |
| 24 | Brett S. Moore, Esq. | Porzio, Bromberg & Newman, P.C. | bsmoore@pbnlaw.com |
| 25 | John S. Mairo, Esq. | Porzio, Bromberg & Newman, P.C. | jsmairo@pbnlaw.com |
| 26 | A. Scott Mandelup, Kenneth A. Reynolds | Pryor & Mandelup, LLP | asm@pryormandelup.com kar@pryormandelup.com |

| | | | |
|---|---|---|---|
| 1 | Scott R. Goldberg | Quarles & Brady Streich Lang LLP | sgoldber@quarles.com |
| 2 | Kasey C. Nye | Quarles & Brady Streich Lang LLP | knye@quarles.com |
| 3 | Elena Lazarou | Reed Smith | elazarou@reedsmith.com |
| 4 | Joseph E. Shickich, Jr. | Riddell Williams P.S. | jshickich@riddellwilliams.com |
| 5 | Mark S. Scott | Riemer & Braunstein LLP | mscott@riemerlaw.com |
| 6 | Thomas R. Slome | Rosen Slome Marder LLp | |
| 7 | Charles E. Boulbol, P.C. | Russell Reynolds Associates, Inc. | rtrack@msn.com |
| 8 | Charles S. Schulman, Arlene N. Gelman | Sachnoff & Weaver, Ltd | cschulman@sachnoff.com agelman@sachnoff.com |
| 9 | Christopher R. Belmonte | Satterlee Stephens Burke & Burke LLP | cbelmonte@ssbb.com |
| 10 | Ryan Heilman | Schafer and Weiner PLLC | rheilman@schaferweiner.com |
| 11 | Robert W. Dremluk, Esq. | Seyfarth Shaw LLP | rdremluk@seyfarth.com |
| 12 | William J. Hanlon | Seyfarth Shaw LLP | whanlon@seyfarth.com |
| 13 | Sheldon S. Toll | Sheldon S. Toll PLLC | lawtoll@comcast.net |
| | Jennifer L. Adamy | Shipman & Goodwin LLP | bankruptcy@goodwin.com |
| 14 | Andrew H. Sherman | Sills, Cummis Epstein & Gross, P.C. | asherman@sillscummis.com |
| 15 | Jack M. Zackin | Sills, Cummis Epstein & Gross, P.C. | jzackin@sillscummis.com |
| 16 | Chaim J. Fortgang | Silver Point Capital, L.P. | cfortgang@silverpointcapital.com |
| 17 | Kenneth S. Ziman, Esq. | Simpson Thacher & Bartlett LLP | cfox@stblaw.com |
| 18 | Barbara Ellis-Monro | Smith, Gambrell & Russell, LLP | bellis-monro@sgrlaw.com |
| 19 | Kathleen M. Miller | Smith, Katzenstein & Furlow LLP | kmiller@skfdelaware.com |
| 20 | Jeffrey S. Posta | Sterns & Weinroth, P.C. | jposta@sternslaw.com |
| 21 | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | Stevens & Lee, P.C. | cs@stevenslee.com cp@stevenslee.com |
| 22 | | | |
| 23 | Mark A. Shaiken | Stinson Morrison Hecker LLP | mshaiken@stinsonmoheck.com |
| | Madison L.Cashman | Stites & Harbison PLLC | robert.goodrich@stites.com |
| 24 | Robert C. Goodrich, Jr. | Stites & Harbison PLLC | madison.cashman@stites.com |
| 25 | W. Robinson Beard, Esq. | Stites & Harbison, PLLC | wbeard@stites.com |
| 26 | | | |

| 1 | Kristopher M. Hansen | Stroock & Stroock & Lavan, LLP | khansen@stroock.com |
| 2 | Richard L .Ferrell | Taft, Stettinius & Hollister LLP | ferrell@taftlaw.com |
| 3 | Jonathan D. Forstot | Thacher Proffitt & Wood LLP | jforstot@tpw.com |
| | Daniel A. Lowenthal | Thelen Reid & Priest LLP | dlowenthal@thelenreid.com |
| 4 | Ed Phillips, Jr. | Thurman & Phillips, P.C. | ephillips@thurman-phillips.com |
| 5 | Jill Levi, Esq. | Todd & Levi, LLP | jlevi@toddlevi.com |
| 6 | Albert Togut, Esq. | Togut, Segal & Segal LLP | bmcdonough@teamtogut.com |
| | W. Joe Wilson | Tyler, Cooper & Alcorn, LLP | jwilson@tylercooper.com |
| 7 | Helen Zamboni | Underberg & Kessler, LLP | hzamboni@underbergkessler.com |
| 8 | Robert J. Sidman, Esq. | Vorys, Sater, Seymour and Pease LLP | rjsidman@vssp.com |
| 9 | Tiffany Strelow Cobb | Vorys, Sater, Seymour and Pease LLP | tscobb@vssp.com |
| 10 | Richard G. Mason | Wachtell, Lipton, Rosen & Katz | RGMason@wlrk.com |
| 11 | David E. Lemke, Esq. | Waller Lansden Dortch & Davis, PLLC | david.lemke@wallerlaw.com |
| 12 | Robert J. Welhoelter, Esq. | Waller Lansden Dortch & Davis, PLLC | robert.welhoelter@wallerlaw.com |
| 13 | Gordon J. Toering | Warner Norcross & Judd LLP | gtoering@wnj.com |
| 14 | Michael G. Cruse | Warner Norcross & Judd LLP | mcruse@wnj.com |
| 15 | Stephen B. Grow | Warner Norcross & Judd LLP | growsb@wnj.com |
| 16 | Michael D. Warner | Warner Stevens, L.L.P. | bankruptcy@warnerstevens.com |
| 17 | Geoffrey J. Peters | Weltman, Weinberg & Reis Co., L.P.A. | gpeters@weltman.com |
| 18 | R. Michael Farquhar | Winstead Sechrest & Minick P.C. | mfarquhar@winstead.com |
| 19 | Sean A. O'Keefe | Winthrop Couchot Professional Corporation | sokeefe@winthropcouchot.com |
| 20 | Stuart Krause | Zeichner Ellman & Krause LLP | skrause@zeklaw.com |
| | Peter Janovsky | Zeichner Ellman & Krause LLP | pjanovsky@zeklaw.com |

21

22   And to the parties below via Regular U.S. Mail.

23   
| 3V Capital Management LLC<br>3V Capital Management LLC<br>1 Greenwich Office Park N<br>51 E Weaver St<br>Greenwich, CT 06831 | A. Schulman, Inc.<br>c/o Carrie M. Caldwell<br>Vorys, Sater, Seymour and Pease LLP<br>2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, OH 44114 |

24

25

26

| | |
|---|---|
| AFI, LLC<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | Akerman Senterfitt<br>Akerman Senterfitt, Esqs.<br>Las Olas Centre II, Ste 1600<br>350 East Las Olas Blvd.<br>Ft. Lauderdale, Fl 33301-2229 |
| Harvey Altus<br>30500 Northwestern Hwy., Ste 500<br>Farmington Hills, MI 48334 | Manda L. Anagnost<br>1024 N. Michigan Avenue<br>P.O. Box 3197<br>Saginaw, MI 48605-3197 |
| Mark I Bane<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>mark.bane@ropesgray.com | Thomas M. Beeman<br>Attorney at Law<br>33 West 10th Street<br>Suite 200<br>Anderson, IN 46016 |
| Howard S. Beltzer<br>Morgan, Lewis & Bockius LLP<br>101 Parke Avenue<br>New York, ! NY 10178<br>hbeltzer@morganlewis.com | Glenn P. Berger<br>Jaffe & Asher LLP<br>600 Third Avenue<br>New York, NY 10016 |
| Neil Berger<br>Togut, Segal & Segal LLP<br>1 Penn Plaza, Ste., 3335<br>New York, NY 10119 | Bond, Schoeneck & King, PLLC<br>Attn: Stephen A. Donato, Esq.<br>One Lincoln Center<br>18th Floor<br>Syracuse, NY 13202 |
| Robert F. Brown<br>Rendigs, Fry, Kiely & Dennis, L.L.P.<br>One West Fourth Street<br>Suite 900Cincinnati, OH 45202-3688 | Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 |
| Cadwalader, Wickersham & Taft, LLP<br>1201 F Street, N.W. Suite 1100<br>Washington, D.C., 20004 | Barbara Lee Caldwell<br>Hebert Schenk P.C.<br>4742 N. 24th Street<br>Suite 100<br>Phoenix, AZ 85016 |
| Thomas R. Califano<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>29th Floor<br>New York, NY 10020-1104 | Joseph A. Carbone<br>Joseph A. Carbone Co., L.P.A.<br>1370 Ontario Street<br>Suite 800<br>Cleveland, OH 44113 |

| | |
|---|---|
| thomas.califano@dlapiper.com, | |
| Jeffrey G. Carl<br>6597 Parkwood Dr.<br>Lockport, NY 14094 | James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York,! NY 1017 8<br>BankruptcyCourt@kelleydrye.com |
| Central Transport International, Inc.<br>c/o Mark H. Shapiro<br>24901 Northwestern Highway<br>Suite 611<br>Southfield, MI 48075 | Brad A. Chalker<br>Law Offices of Brad A. Chalker, LLC.<br>848-C East Franklin St.<br>Centerville, OH 45459 |
| Chi-Hau Chen<br>415 Bradford Place<br>N. Dartmouth, MA 02747 | Wanda W. Chen<br>415 Bradford Place<br>N. Dartmouth, MA 02747 |
| Matthew W. Cheney<br>Orrick, Herrington, & Sutcliffe LLP<br>3050 K Street, N.W.<br>Washington, DC 20007 | Cherry Corporation<br>McDermott Will & Emery LLP<br>340 ! Madison Avenue<br>New York, NY 10173-1922 |
| Cherry Corporation<br>McDermott Will & Emery LLP<br>340 ! Madison Avenue<br>New York, NY 10173-1922 | Megan E. Clark<br>Freking & Betz<br>525 Vine Street<br>Sixth Street<br>Cincinnati, OH 45202 |
| Michael L! . Cook<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Martin E. Crandall<br>Clark Hill PLC<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226 |
| Maureen A. Cronin<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022<br>macronin@debevoise.com | Gary H. Cunningham<br>Kramer Mellen, P.C.<br>3000 Town Center, Ste. 1700<br>Southfield, MI 48075-1277 |
| John K. Cunningham<br>White & Case, LLP<br>200 South Biscayne Boulevard<br>Suite 4900 | Andrew Currie<br>WilmerHale, LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 |

| | |
|---|---|
| Miami, FL 33131 | |
| Raniero D'Aversa<br>Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019-5820 | Craig Alan Damast<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>cadamast@blankrom! e.com |
| Richard L Darst8888 K eystone Crossing Blvd<br>Suite 800<br>Indianapolis, IN 46240 | Tracy Hope Davis<br>United States Trustee Office<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| Dayton Supply & Tool Company<br>Attn: Dwight Woessner<br>507 East First Street<br>Dayton, OH 45402 | Gail DeCaire<br>1714 Delaware<br>Saginaw, MI 48602 |
| J. Michael Debbeler<br>Graydon, Head & Ritchey LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202 | Debt Acquisition Company of America V,<br>LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| Dept Of Revenue<br>Compliance Division<br>Bankruptcy Section<br>P.O. Box 161108<br>Atlanta, GA 30321 | Deutsche Bank Securities Inc.<br>60 Wall Street, 3rd Floor<br>New York, NY |
| Devco Corporation<br>300 Lanidex Plaza<br>Parsippany, NJ 07054 | Larry R. Dorning<br>Attorney! at Law, P.C.<br>111 West Main Street<br>Hohenwalk, TN 38462 |
| Christie Lyman Dowling<br>Balch & Bingham, LLP<br>1901 Sixth Avenue N.<br>Suite 2600<br>Birmingham, AL 35209 | Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103 |
| Frank L. Eaton<br>WHITE & CASE LLP<br>1155 Avenue of the Americas | Douglas Ellmann<br>Ellmann & Ellmann, P.C.<br>308 West Huron |

| | |
|---|---|
| New York, NY 10036-2787 | Ann Arbor, MI 48103-4204 |
| Energy Engineering & Consulting Services, LLC<br>2137 South 800 West<br>Swayzee, IN 46986 | Michael S. Etkin<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas 18th Floor<br>New York, NY 10019 |
| Gary Ettelman<br>Ettelman & Hochheiser, P.C.<br>100 Quentin Roosevelt Blvd.<br># 401<br>Garden City, NY 11530 | Fair Harbor Capital, LLC<br>875 Avenue of the Americas<br>Suite 2305<br>New York, NY 10001 |
| Michael D. Fishman<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, MI 48304 | Elizabeth K. Flaagan<br>HOLME ROBERTS & OWEN LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203 |
| Mark T. Flewelling<br>Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP<br>199 South Los Robles Avenue<br>Suite 600<br>Pasadena, CA 91101 | Flow Dry Technology, Ltd.<br>379 Albert Road<br>Brookville, OH 45309 |
| Glenn D. Forbis<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, MI 48304 | Lorna J. Foster<br>P.O. Box 245<br>Plainwell, MI 49080 |
| Joseph D. Frank<br>Frank/Gecker LLP<br>325 N. LaSalle<br>Suite 625<br>Chicago, IL 60610 | David Garland<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>2829 Old Dawson Road<br>Albany, GA 31707 |
| Ira P. Goldberg<br>Di Monte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068-5738 | Robert B. Goldi<br>Sotiroff & Abramczyk, P.C.<br>30400 Telegraph Road<br>Suite 444<br>Bingham Farms, MI 48025 |
| Andrew D. Gottfried<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 | David M. Grogan<br>Shumaker Loop & Kendrick<br>128 South Tryon Street<br>Suite 1800 |

| | |
|---|---|
| | Charlotte, NC 28202 |
| Holly G. Gydus<br>Regen Capital<br>2109 Broadway<br>New York, NY 10023 | Hain Capital Group, LLC<br>301 Route 17<br>6th Floor<br>Rutherford, NJ 07070 |
| Tara Hannon<br>Mandel Katz M! anna & B rosnan, LLP<br>210 Route 303<br>Valley Cottage, NY 10989 | Harco Brake Systems, Inc.<br>PO Box 335<br>Englewood, OH 45322 |
| Harco Industries, Inc.<br>PO Box 335<br>Englewood, OH 45322 | Daniel J. Harlan<br>1360 S. Fifth Street<br>Suite 204<br>St. Charles, MO 63301 |
| Larry D. Harvey<br>Larry D. Harvey P.C.<br>5290 DTC Parkway<br>Suite 150<br>Englewood, CO 80111 | Bruce A. Harwood<br>1000 Elm Street<br>PO Box 3701<br>Manchester, NH 03105-3701 |
| Mark C. Haut<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>46th Floor<br>New York, NY 10178 | Dion W. Hayes<br>McGuireWoods LLP<br>901 East Cary Street<br>Richmond, VA 23219-403! 0 |
| Heraeus Amersil, Inc.<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173-1922 | Patricia L. Hill<br>Statman, Harris & Eyrich, LLC<br>110 North Main Street<br>Suite 1520<br>Dayton, OH 45402 |
| Marc E. Hirschfield<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | David A. Hodges<br>212 Center Street<br>Fifth Floor<br>Little Rock, AR 72201 |
| Evan C.! Holland er<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | Peggy Ann Housner<br>Michigan Department of Attorney General<br>First Floor, Treasury Building<br>430 West Allegan Street<br>Lansing, MI 48922 |

| | |
|---|---|
| Patrick B. Howell<br>Whyte Hirschboeck Dudek S.C.<br>555 East Wells Street<br>Suite 1900<br>Milwaukee, WI 53202 | Jay R. Indyke<br>Cooley Godward Kronish LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>jindyke@cooley.com |
| Intec Group, Inc.<br>c/o Vedder, Price, Kaufman & Kammholz,PC<br>222 North LaSalle Street<br>Suite 2200<br>Chicago, IL 60601 | Kurt Jacobs<br>Sidley Austin LLP<br>1501 K Street NW<br>Washington, DC 20005 |
| Helen Jarmakowicz<br>201 Browertown Rd<br>West Paterson, NJ 07424-2609 | William H. Jeffress<br>Baker Botts LLP<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004-2400 |
| KS Capital Partners, L.P.<br>11 West 42nd Street, 30th Floor<br>New York, NY 10036 | Kardex Systems Inc.<br>25 Industrial Blvd<br>Paoli, PA 19301 |
| William Kerscher<br>1321 Kings Carriage<br>Grand Blanc, MI 48439 | Thomas H. Keyse<br>1700 Lincoln Street<br>Suite 4000<br>Denver, CO 80203 |
| Steve Kieselste! in<br>Kieselstein LawFirm, PLLC<br>43 British American Boulevard<br>Latham, NY 12110 | Evelyn M. Kiresen<br>St. Andrews-South Life Care Community<br>6065 S Verde Trail<br>Apt # G-321<br>Boca Raton, FL 33433 |
| Susheel Kirpalani<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Joseph B. Koczko<br>Thompson Hine LLP<br>One Chase Manhattan Plaza<br>58th Floor<br>New York, NY 10005 |
| Hanan B. Kolko<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway<br>Suite 501<br>New York, NY 10018 | Laurie Krepto<br>Montgomery, McCracken Walker & Rhoads<br>123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109 |

| | |
|---|---|
| Kelly A. Kruse<br>4190 Telegraph Rd.<br>Ste 3500<br>Bloomfield Hills, MI 48302 | Diane V. Kuenzel<br>Kuenzel & Lutes, P.A.<br>4111 Land O' Lakes Boulevard<br>Suite 302-D<br>Land O' Lakes, FL 34639 |
| Kurtzman Carson Consultants LLC<br>12910 Culver Blvd<br>Suite I<br>Los Angeles, CA 90066 | Edwa! rd D. Kutchin<br>Kutchin & Rufo, P.C.<br>155 Federal St! reet, 17 th Floor<br>Boston, MA 02110-1727 |
| Denise K. LaRue<br>HASKIN LAUTER LaRUE & GIBBONS<br>255 North Alabama Street<br>Indianapolis, IN 46204 | Andrew Ladika<br>3951 River Lane<br>Rocky River, OH 44116 |
| James Michael Lawniczak<br>Calfee, Halter & Griswold, LLP<br>1400 McDonald Investment Center<br>800 Superior Avenue<br>Cleveland, OH 44114-2688 | Anna C. Lee<br>Mandel, Katz, Manna & Brosnan, LLP<br>210 Route 303<br>Valley Cottage, NY 10989 |
| David S. Leinwand<br>Amroc Investments, LLC<br>535 Madison Avenue<br>15th Floor<br>New York, NY 10017 | Clifford Leong<br>3616 Garner Pl.<br>Encinitas, CA 92024 |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Ira M. Levee<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas 18th Floor<br>New York, NY 10019 |
| Madison Investment Trust - Series (1-50)<br>6310 Lamar Ave<br>Suite 120<br>Overland Park, KS 66202 | Larry Magarik<br>Kennedy, Jennik & Murray, P.C.<br>113 University Place, 7th Floor<br>New York, NY 10003 |
| Neal S. Mann<br>New York State Attorney General's O<br>120 Broadway<br>24th Floor<br>New York, NY 10271 | Wendy G. Marcari<br>Dreier LLP<br>499 Park Avenue<br>14th Floor<br>New York, NY 10022 |

| | |
|---|---|
| Alan E. Marder<br>Rosen Slome Marder LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 | John J. Marquess<br>225 Kings Highway East<br>Haddonfield, NJ 08033 |
| Jil Mazer! -Marino<br>Rosen Slome Marder LLP<br>333 Earle Ovington! Bouleva rd<br>Suite 901<br>Uniondale, NY 11553 | John K. McAndrew<br>Woods Oviatt Gilman LLP<br>700 Crossroads Building<br>2 State Street<br>Rochester, NY 14614 |
| John K. McAndrew<br>Woods Oviatt Gilman LLP<br>700 Crossroads Building<br>2 State Street<br>Rochester, NY 14614 | McDemott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173-1922 |
| Timothy S. McFadden<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL 60603 | Daniel A. McLaughlin<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| John P. McNicholas<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Patrick E. Mears<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW<br>Suite 500<br>Grand Rapids, MI 49503 |
| Richard G. Menaker<br>Menaker & Herrmann, LLP<br>10 E. 40th Street<br>New York, NY 10016 | Methode Electronics, Inc., and its Affiliates<br>115 South LaSalle Street<br>Chicago, IL 60603 |
| Moraine Maintenance Co, Inc<br>2611 Nordic Rd<br>Dayton, OH 45414 | Larren M. Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Newstart Factors, Inc<br>281 Tresser Blvd<br>Suite 1501<br>Stamford, CT 06901 | Thomas R. Noland<br>Stratman, Harris & Eyrich, LLC<br>110 North Main Street<br>Suite 1520<br>Dayton, OH 45402 |

| | |
|---|---|
| Ore Hill Hub Fund, LTD.<br>650 FIFTH AVENUE 9TH FL<br>NEW YORK, NY 10019 | PML FLIGHTLINK LTD.<br>NEWMAN LANE<br>ALTON, HAMPSHIRE<br>UNITED KINGDOM 0X16 1SG |
| Stephen M. Packman<br>Archer & Greiner<br>One Centennial Square<br>Haddonfield, NJ 08033 | George Panters<br>Hayt, Hayt & Landau<br>600 Northern Blvd.<br>Great Neck, NY 11021 |
| Nova! k, Robenalt, Pavlik<br>Skylight Office Tower, Suite 270<br>16! 60 West Second Street<br>Cleveland, OH 44113 | Anne M. Peterson<br>Phillips Lytle Hitchcock Blaine & Huber<br>3400 HSBC Center<br>Buffalo, NY 14203 |
| A. Robert Pietrzak<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Marc A. Pifko<br>Kirkpatrick & Lockhart Preston Gates<br>599 Lexington Avenue<br>New York, NY 10022 |
| Steven D. Pohl<br>Brown Rudnick Berlack Israels, LLP<br>One Financial Center<br>Boston, MA 02111 | Alan B. Posner<br>Kelman Loria, PLLC<br>660 Woodward Ave.<br>Suite 1420<br>Detroit, MI 48226 |
| Amy Wallace Potter<br>DLI Piper US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303 | Michael Potter<br>N.38 W.26876 Glacier Rd.<br>Pewaukee, WI 53072 |
| Thomas B. Prickett, II<br>215 Second Avenue East<br>P.O. Box 1200<br>Oneonta, AL 35121 | Redrock Capital Partners, LLC<br>111 S. Main Street<br>Suite C11<br>PO Box 9095<br>Breckenridge, CO 80424 |
| Jo Christine Reed<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Ira A. Reid<br>Baker & McKenzie<br>805 Third Avenue<br>New York,! NY 10022 |
| S andra A. Reimer<br>666 Fifth Avenue<br>New York, NY 10103 | Donald P. Renaldo<br>Sidley Austin LLP<br>787 Seventh Avenue |

| | |
|---|---|
| | New York, NY 10019 |
| Republic Engineered Products, Inc.<br>c/o Shawn M. Riley, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114 | Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Kenneth A. Reynolds<br>Pryor & Madelup, LLP<br>675 Old Country Road<br>Westbury, NY 11590 | Vincent E. Rhynes<br>1514 W. Manchester Ave # 5<br>Los Angeles, CA 90047 |
| Michael P. Richman<br>F! oley & Lardner, LLP<br>90 Park Avenue<br>37th Floor<br>New York, NY 10016 | Harold Ritvo<br>Harold Ritvo, P.C.<br>One University Plaza<br>Hackensack, NJ 07601 |
| Terri A. Roberts<br>32 North Stone Ave<br>Suite 2100<br>Tucson, AZ 85701 | Caroline Rogus<br>WilmerHale, LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| Andrew Neil Rosenberg<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP<br>1285 Avenue of! the Americas<br>New York, NY 10019 | Risa M. Rosenberg<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413 |
| Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Richard A. Rossman<br>Pepper Hamilton LLP<br>100 Renaissance Center<br>36th Floor<br>Detroit, MI 48243 |
| Gregory T. Roth<br>2288 Major Lane<br>Davison, MI 48423 | Paul J.N. Roy<br>Mayer, Brown, Rowe & Maw LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 |
| Paul Rubin<br>Herrick, Feinstein LLP<br>Two Park Avenue | Laurent A. Ruessmann<br>Sidley Austin LLP<br>Square de Meeus, 35 |

| | |
|---|---|
| New York, NY 10016 | B-1000 Brussels, Belgium |
| Leon R. Russell<br>3102 Oak Lawn<br>Suite 600, LB 164<br>Dallas, TX 75219 | Maura I. Russell<br>Dreier LLP<br>499 Park Avenue<br>14th Floor<br>New York, NY 10022 |
| Lawrence M. Schwab<br>BIALSON, BERGEN & SCHWAB, Esq.<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA 94306 | Peter Gregory Schwed<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154 |
| Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Lesley Shore<br>110 W College St<br>Hagerstown, IN 47346 |
| Sierra Liquidity Fund<br>2699 White Road #255<br>Irvine, CA 92614 | John D. Silk<br>Rothschild, Barry & Myers<br>55 West Monroe Street<br>Suite 3900<br>Chicago, IL 60603-5017 |
| Rebecca H. Simoni<br>von Brie! sen & Ro per, s.c.<br>411 E. Wisconsin Avenue<br>Ste. 700<br>Milwaukee, WI 53202 | Rick L. Sizemore<br>6595 Westminster Drive<br>East Amherst, NY 14051 |
| R. Michael Sment<br>Law Offices of Michael R. Sment<br>770 County Square Drive<br>Suite 210<br>Ventura, CA 93003-5407 | Mary Beth Smith<br>7339 Bedford Rd.<br>Hubbard, OH 44425 |
| Wendy W. Smith<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Michael J. Sobieray<br>Stewart & Stewart<br>Attorneys at Law<br>931 S. Rangeline Road<br>Carmel, IN 46032 |
| Solvay Fluorides Inc.<br>3500 Missouri Ave.<br>East Saint Louis, IL 60055-0236 | Mark R. Somerstein<br>Ropes & Gray LLP<br>1211 Avenue of the Americas |

| | |
|---|---|
| | New York, NY 10036-8704 |
| Thomas St. George<br>729 Clifton Dr. Ne.<br>Warren, OH 44484 | Andrew Stern<br>Sidley Austin LLP<br>787 Seventh<br>New York, NY 10019 |
| Stonehill Institutional Partners, L.P.<br>c/o Stonehill Capital Management<br>885 Third Avenue<br>30th Floor<br>New York, NY 10022 | Leigh C Taggart<br>39533 Woodward Avenue<br>Suite 140<br>Bloomfield Hills, MI 48304 |
| Thermotech Company<br>1302 South 5th Street<br>Hopkins, MN 55343-7877 | Seth P. Tompkins<br>1000 Maccab! ees Center<br>25800 Northwestern Highway<br>Southfield, MI 48075-1000 |
| Trade-Debt.net<br>P.O Box 1487<br>West Babylon, NY 11704 | Douglas M. Trout<br>301 West Third Street<br>PO Box 972<br>Dayton, OH 45422 |
| TypeWrite Word Processing Service<br>356 Eltingville Boulevard<br>Staten Island, NY 10312 | United States District Court<br>500 Pearl Street<br>New York, NY 10007 |
| Universal Am-Can, Ltd.<br>! c/o Mark H. Shapiro<br>24901 Northwestern Highway<br>Suite 611<br>Southfield, MI 48075 | Versatile Engineering<br>1559 West 135th Street<br>Gardena, CA 90249 |
| VonWin Capital, L.P.<br>60 Madison Avenue<br>2nd Floor<br>New York, NY 10010 | Timothy W. Walsh<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| Jeffrey H. Weir, II<br>Colella & Kolczun, P.L.L.<br>6055 Park Square Drive<br>Lorain, OH 44053 | Evelyn R. Williams<br>4861 Kinghurst Dr.<br>San Jose, CA 95124 |
| Wireless Matrix Corporation<br>c/o Cooley Godward LLP | |

1
2
3

101 California Street
5th Floor
San Francisco, CA 94111-5800

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26