1  Amy Williams-Derry
   Lynn Lincoln Sarko
2  KELLER ROHRBACK LLP
3  1201 3rd Avenue, Suite 3200
   Seattle, WA  98101
4  (206) 623-1900

5  Gary A. Gotto
   KELLER ROHRBACK P.L.C.
6  National Bank Plaza
7  3101 North Central Avenue, Suite 900
   Phoenix, AZ  85012
8  (602) 248-0088

9  Attorneys for the Claimants

10 **UNITED STATES BANKRUPTCY COURT**
11 **SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| 12 | In Re: ) | Chapter 11 |
| | ) | |
| 13 | DELPHI CORPORATION et al., ) | NO. 05-4448 1 (RDD) |
| | ) | |
| 14 | Debtors. ) | (Jointly Administered) |
| 15 | ) | |
| | ) | Adversary Proceeding |
| 16 | DELPHI CORPORATION, ) | NO. 07-01435 (RDD) |
| | ) | |
| 17 | Plaintiff, ) | |
| | ) | |
| 18 | - against – ) | |
| 19 | ) | |
| | NATIONAL UNION FIRE INSURANCE ) | |
| 20 | COMPANY OF PITTSBURGH, PA, ) | |
| | ) | |
| 21 | Defendant. ) | |

22              **ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

23          Amy Williams-Derry, a member in good standing of the bar in the State of Washington

24 and the bar of the United States District Court for the Western District of Washington, having

25 requested admission, *pro hac vice*, to represent the ERISA Class, a creditor (Proof of Claim

26 #1797 filed Feb. 6, 2006 on behalf of claimants Thomas Kessler, Neal Folck, Greg Bartell,

1    Donald McEvoy, and Irene Polito and a class of persons similarly situated) in the above-

2    referenced case, and an interested third-party in the above-referenced adversary proceeding,

3    **ORDERED**, that Amy Williams-Derry, Esq., is admitted to practice, *pro hac vice*, in the

4    above-referenced case and the above-referenced adversary proceeding in the United States

5    Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

6

7    Dated: New York, New York
            March

8

9    _____
            HONORABLE ROBERT D. DRAIN
10          UNTIED STATES BANKRUPTCY JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

## **CERTIFICATE OF SERVICE**

3

4
I hereby certify that a copy of the foregoing has been served upon the following parties

5
set out below via the Court's electronic filing system, the 19th day of March, 2007:

6
/s/ Amy Williams-Derry
Amy Williams-Derry

7

8

| | | |
|---|---|---|
| Wallace A. Showman | Ajamie LLP | wshowman@ajamie.com |
| Peter J. Gurfein | Akin Gump Strauss Hauer & Feld, LLP | pgurfein@akingump.com |
| Michael S. Greger | Allen Matkins Leck Gamble & Mallory LLP | mgreger@allenmatkins.com |
| Monica S. Blacker | Andrews Kurth LLP | mblacker@andrewskurth.com |
| Matthew Hamilton | APS Clearing, Inc. | mhamilton@ampn.com |
| Robert M. Hirsh | Arent Fox PLLC | Hirsh.Robert@arentfox.com |
| Darryl S. Laddin | Arnall Golden Gregory LLP | dladdin@agg.com |
| William J. Barrett | Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | william.barrett@bfkpn.com |
| John T. Gregg | Barnes & Thornburg LLP | john.gregg@btlaw.com |
| Michael K. McCrory Wendy D. Brewer | Barnes & Thornburg LLP | wendy.brewer@btlaw.com michael.mccrory@btlaw.com |
| Patrick E. Mears | Barnes & Thornburg LLP | pmears@btlaw.com |
| Alan K. Mills | Barnes & Thornburg LLP | alan.mills@btlaw.com |
| James P. Murphy | Berry Moorman P.C. | murph@berrymoorman.com |
| Patrick M. Costello, Esq. | Bialson, Bergen & Schwab | pcostello@bbslaw.com |
| Thomas M. Gaa | Bialson, Bergen & Schwab | tgaa@bbslaw.com |
| Bonnie Glantz Fatell | Blank Rome LLP | fatell@blankrome.com |
| Marc E. Richards | Blank Rome LLP | mrichards@blankrome.com |
| Ralph E. McDowell | Bodman LLP | rcmcdowell@bodmanllp.com |
| David S. Lefere | Bolhouse, Vander Hulst, Risko & Baar P.C. | davidl@bolhouselaw.com |
| Stephen A. Donato | Bond, Schoeneck & King, PLLC | sdonato@bsk.com |
| Jeannette Eisan Hinshaw | Bose McKinney & Evans LLP | jhinshaw@boselaw.com |

| 1 | Roger G. Jones | Boult, Cummings, Conners & Berry, PLC | rjones@bccb.com |
|---|---|---|---|
| 2 | Austin L. McMullen | Boult, Cummings, Conners & Berry, PLC | amcmullen@bccb.com |
| 3 | Donald K. Ludman | Brown & Connery, LLP | dludman@brownconnery.com |
| 4 | Michael Leo Hall | Burr & Forman LLP | mhall@burr.com |
| 5 | Robert Usadi | Cahill Gordon & Reindel LLP | rusadi@cahill.com |
|  | Dorothy H. Marinis-Riggio | Calinoff & Katz, LLp | driggio@candklaw.com |
| 6 | Aaron R. Cahn | Carter Ledyard & Milburn LLP | cahn@clm.com |
| 7 | Seth A. Drucker | Clark Hill PLC | sdrucker@clarkhill.com |
| 8 | Joel D. Applebaum | Clark Hill PLC | japplebaum@clarkhill.com |
| 9 | Robert D. Gordon | Clark Hill PLLC | rgordon@clarkhill.com |
| 10 | Deborah M. Buell | Cleary Gottlieb Steen & Hamilton LLP | maofiling@cgsh.com |
| 11 | James L. Bromley | Cleary, Gottlieb, Steen & Hamilton LLP | maofiling@cgsh.com |
| 12 | Joseph J. Vitale | Cohen, Weiss & Simon LLP | jvitale@cwsny.com |
| 13 | Scott D. Rosen, Esq. | Cohn Birnbaum & Shea P.C. | srosen@cb-shea.com |
| 14 | Amy Wood Malone | Colbert & Winstead, P.C. | amalone@colwinlaw.com |
| 15 | Bruce N. Elliott | Conlin, McKenney & Philbrick, P.C. | Elliott@cmplaw.com |
| 16 | Jeffrey C. Wisler, Esq. | Connolly Bove Lodge & Hutz LLP | jwisler@cblh.com |
| 17 | Sylvie J. Derrien | Coolidge, Wall, Womsley & Lombard Co. LPA | derrien@coollaw.com |
| 18 | Robert  Szwajkos | Curtin & Heefner, LLP | rsz@curtinheefner.com |
| 19 | Daniel P. Mazo | Curtin & Heefner, LLP | dpm@curtinheefner.com |
| 20 | William F. Savino | Damon & Morey LLP | wsavino@damonmorey.com |
|  | Jay Selanders | Daniels & Kaplan, P.C. | selanders@danielsandkaplan.com |
| 21 | Gerard DiConza, Esq. | DiConza Law, P.C. | gdiconza@dlawpc.com |
| 22 | Maria Ellena Chavez-Ruark | DLA Piper Rudnick Gray Cary US LLP | richard.kremen@dlapiper.com |
| 23 | Andrew C. Kassner | Drinker Biddle & Reath LLP | andrew.kassner@dbr.com |
| 24 | David B. Aaronson | Drinker Biddle & Reath LLP | david.aaronson@dbr.com |
| 25 | Joseph H. Lemkin | Duane Morris LLP | jhlemkin@duanemorris.com |
| 26 | Earle I. Erman | Erman, Teicher, Miller, Zucker & Freedman, P.C. | eerman@ermanteicher.com |

| | | | |
|---|---|---|---|
| 1 | David H. Freedman | Erman, Teicher, Miller, Zucker & Freedman, P.C. | dfreedman@ermanteicher.com |
| 2 | Gary E. Green | Fagel Haber LLC | ggreen@fagelhaber.com |
| 3 | Lauren Newman | Fagel Haber LLC | lnewman@fagelhaber.com |
| 4 | Ted J. Donovan | Finkel Goldstein Rosenbloom & Nash LLP | tdonovan@finkgold.com |
| 5 | Jill L. Murch | Foley & Lardner LLP | jmurch@foley.com |
| 6 | Eric Wainer | Gazes LLC | office@gazesllc.com |
| | Craig P. Rieders, Esq. | Genovese Joblove & Battista, P.A. | crieders@gjb-law.com |
| 7 | David N. Crapo | Gibbons, Del Deo, Dolan, Griffinger & Vecchione | dcrapo@gibbonslaw.com |
| 8 | Allan S. Brilliant | Goodwin Proctor LLP | abrilliant@goodwinproctor.com |
| 9 | Barbara S. Mehlsack | Gorlick, Kravitz & Listhaus, P.C. | bmehlsack@gkllaw.com |
| 10 | Jill M. Hartley | Gratz, Miller & Brueggeman, S.C. | jh@previant.com |
| 11 | Matthew R. Robbins | Gratz, Miller & Brueggeman, S.C. | mrr@previant.com |
| | Timothy C. Hall | Gratz, Miller & Brueggeman, S.C. | tch@previant.com |
| 12 | Alan D. Halperin | Halperin Battaglia Raicht, LLP | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net |
| 13 | Harris D. Leinwand | Harris D. Leinwand | hleinwand@aol.com |
| 14 | J. Eric Charlton | Hiscock & Barclay, LLP | echarlton@hiscockbarclay.com |
| 15 | Stephen H. Gross, Esq. | Hodgson Russ LLP | sgross@hodgsonruss.com |
| 16 | Audrey Moog | Hogan & Hartson L.L.P. | amoog@hhlaw.com |
| 17 | Donald T. Baty, Jr. | Honigman, Miller, Schwartz and Cohn, LLP | dbaty@honigman.com |
| 18 | E. Todd Sable | Honigman, Miller, Schwartz and Cohn, LLP | tsable@honingman.com |
| 19 | Thomas J. Schank | Hunter & Schank Co. LPA | tomschank@hunterschank.com |
| 20 | John J. Hunter | Hunter & Schank Co. LPA | jrhunter@hunterschank.com |
| 21 | Ben T. Caughey | Ice Miller | Ben.Caughey@icemiller.com |
| 22 | Ronald R. Peterson | Jenner & Block LLP | rpeterson@jenner.com |
| | Scott J. Friedman | Jones Day | sjfriedman@jonesday.com |
| 23 | John P. Sieger, Esq. | Katten Muchin Rosenman LLP | john.sieger@kattenlaw.com |
| 24 | Thomas Kennedy | Kennedy, Jennick & Murray | tkennedy@kjmlabor.com |
| 25 | Susan M. Jennik | Kennedy, Jennick & Murray | sjennik@kjmlabor.com |
| | Geoffrey A. Richards | Kirkland & Ellis LLP | grichards@kirkland.com |
| 26 | Edward M. Fox | Kirkpatrick & Lockhart Nicholson Graham LLP | efox@klng.com |

| | | | |
|---|---|---|---|
| 1 | Sam O. Simmerman | Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | sosimmerman@kwgd.com |
| 2 | Susan M. Cook | Lambert. Leser, Isackson, Cook & Guinta, P.C. | smcook@lambertleser.com |
| 3 | Mark A. Broude | Latham & Watkins | mark.broude@lw.com |
| 4 | Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | austin.bankruptcy@publicans.com |
| 5 | Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@publicans.com |
| 6 | John P. Dillman | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| 7 | William M. Hawkins | Loeb & Loeb LLP | whawkins@loeb.com |
| 8 | Timothy W. Brink | Lord, Bissel & Brook | tbrink@lordbissel.com |
| 9 | Michael S. Etikin | Lowenstein Sandler PC | metkin@lowenstein.com |
| 10 | Ira M. Levee | Lowenstein Sandler PC | ilevee@lowenstein.com |
| 11 | Scott Cargill | Lowenstein Sandler PC | scargill@lowenstein.com |
| 12 | Vincent A. D'Agostino | Lowenstein Sandler PC | vdagostino@lowenstein.com |
| 13 | Bruce S. Nathan | Lowenstein Sandler PC | bnathan@lowenstein.com |
| 14 | Erik G. Chappell | Lyden, Liebenthal & Chappell, Ltd. | egc@leydenlaw.com |
| 15 | Richard J. Parks | MacDonald, Illig, Jones & Britton LLP | rparks@mijb.com |
| 16 | Jeffrey M. Levinson, Esq. | Margulies & Levinson, LLP | jml@ml-legal.com lmc@ml-legal.com |
| 17 | James M. Sullivan | McDermott Will & Emery LLP | jmsullivan@mwe.com |
| 18 | Jean R. Robertson, Esq. | McDonald Hopkins Co., LPA | jrobertson@mcdonaldhopkins.com |
| 19 | Jeffrey Bernstein, Esq. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | jbernstein@mdmc-law.com |
| 20 | Lowell Peterson, Esq. | Meyer, Suozzi, English & Klein, P.C. | lpeterson@msek.com |
| 21 22 | Dennis J. Raternink | Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | |
| 23 | Timothy A. Fusco | Miller, Canfield, Paddock and Stone, P.L.C. | fusco@millercanfield.com |
| 24 | Jonathan S. Green | Miller, Canfield, Paddock and Stone, P.L.C. | greenj@millercanfield.com |
| 25 | Michael L. Schein | Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | mlschein@mintz.com |
| 26 | Stephanie K. Hoos | Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | skhoos@mintz.com |

| | | | |
|---|---|---|---|
| 1 | William C. Heuer, Esq. | Morgan, Lewis & Bockius LLP | wheuer@morganlewis.com |
| 2 | Menachem O. Zelmanovitz | Morgan, Lewis & Bockius LLP | mzelmanovitz@morganlewis.com |
| 3 | Leslie Ann Berkoff | Moritt Hock Hamroff & Horowitz LLP | lberkoff@morithock.com |
| 4 | Robert J. Dehney | Morris, Nichols, Arsht and Tunnell | rdehney@mnat.com |
| 5 | Michael G. Busenkell | Morris, Nichols, Arsht and Tunnell | mbusenkell@mnat.com |
| 6 | Joseph T. Moldovan Michael R. Dal Lago | Morrison Cohen LLP | jmoldovan@morrisoncohen.com mdallago@morrisoncohen.com |
| 7 | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | Munsch Hardt Kopf & Harr, P.C. | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com |
| 8 | | | |
| 9 | George B. Cauthen | Nelson Mullins Riley & Scarborough | george.cauthen@nelsonmullins.com |
| 10 | Elizabeth L. Abdelmasieh, Esq | Norris, McLaughlin & Marcus | eabdelmasieh@nmmlaw.com |
| 11 | Jay W. Hurst | Office of the Texas Attorney General | jay.hurst@oag.state.tx.us |
| 12 | Alyssa Englund, Esq. | Orrick, Herrington & Sutcliffe LLP | aenglund@orrick.com |
| 13 | Stephen J. Shimshak | Paul, Weiss, Rifkind, Wharton & Garrison | sshimshak@paulweiss.com |
| 14 | Douglas R. Davis | Paul, Weiss, Rifkind, Wharton & Garrison | ddavis@paulweiss.com |
| 15 | Charles J. Filardi, Jr., Esq. | Pepe & Hazard LLP | cfilardi@pepehazard.com |
| 16 | Anne Marie Aaronson | Pepper, Hamilton LLP | aaronsona@pepperlaw.com |
| 17 | Linda J. Casey | Pepper, Hamilton LLP | caseyl@pepperlaw.com |
| 18 | Sandra A. Riemer, Esq. | Phillips Nizer LLP | sriemer@phillipsnizer.com |
| 19 | Jacob A. Manheimer | Pierce Atwood LLP | jmanheimer@pierceatwood.com |
| 20 | Karen B. Dine | Pillsbury Winthrop Shaw Pittman LLP | karen.dine@pillsburylaw.com |
| 21 | Richard L. Epling | Pillsbury Winthrop Shaw Pittman LLP | richard.epling@pillsburylaw.com |
| 22 | Ronald S. Beacher | Pitney Hardin LLP | rbeacher@pitneyhardin.com |
| 23 | Richard M. Meth | Pitney Hardin LLP | rmeth@pitneyhardin.com |
| 24 | Brett S. Moore, Esq. | Porzio, Bromberg & Newman, P.C. | bsmoore@pbnlaw.com |

| | | |
|---|---|---|
| John S. Mairo, Esq. | Porzio, Bromberg & Newman, P.C. | jsmairo@pbnlaw.com |
| A. Scott Mandelup, Kenneth A. Reynolds | Pryor & Mandelup, LLP | asm@pryormandelup.com kar@pryormandelup.com |
| Scott R. Goldberg | Quarles & Brady Streich Lang LLP | sgoldber@quarles.com |
| Kasey C. Nye | Quarles & Brady Streich Lang LLP | knye@quarles.com |
| Elena Lazarou | Reed Smith | elazarou@reedsmith.com |
| Joseph E. Shickich, Jr. | Riddell Williams P.S. | jshickich@riddellwilliams.com |
| Mark S. Scott | Riemer & Braunstein LLP | mscott@riemerlaw.com |
| Thomas R. Slome | Rosen Slome Marder LLp | |
| Charles E. Boulbol, P.C. | Russell Reynolds Associates, Inc. | rtrack@msn.com |
| Charles S. Schulman, Arlene N. Gelman | Sachnoff & Weaver, Ltd | cschulman@sachnoff.com agelman@sachnoff.com |
| Christopher R. Belmonte | Satterlee Stephens Burke & Burke LLP | cbelmonte@ssbb.com |
| Ryan Heilman | Schafer and Weiner PLLC | rheilman@schaferweiner.com |
| Robert W. Dremluk, Esq. | Seyfarth Shaw LLP | rdremluk@seyfarth.com |
| William J. Hanlon | Seyfarth Shaw LLP | whanlon@seyfarth.com |
| Sheldon S. Toll | Sheldon S. Toll PLLC | lawtoll@comcast.net |
| Jennifer L. Adamy | Shipman & Goodwin LLP | bankruptcy@goodwin.com |
| Andrew H. Sherman | Sills, Cummis Epstein & Gross, P.C. | asherman@sillscummis.com |
| Jack M. Zackin | Sills, Cummis Epstein & Gross, P.C. | jzackin@sillscummis.com |
| Chaim J. Fortgang | Silver Point Capital, L.P. | cfortgang@silverpointcapital.com |
| Kenneth S. Ziman, Esq. | Simpson Thacher & Bartlett LLP | cfox@stblaw.com |
| Barbara Ellis-Monro | Smith, Gambrell & Russell, LLP | bellis-monro@sgrlaw.com |
| Kathleen M. Miller | Smith, Katzenstein & Furlow LLP | kmiller@skfdelaware.com |
| Jeffrey S. Posta | Sterns & Weinroth, P.C. | jposta@sternslaw.com |
| Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | Stevens & Lee, P.C. | cs@stevenslee.com cp@stevenslee.com |
| Mark A. Shaiken | Stinson Morrison Hecker LLP | mshaiken@stinsonmoheck.com |
| Madison L.Cashman | Stites & Harbison PLLC | robert.goodrich@stites.com |

| | | |
|---|---|---|
| Robert C. Goodrich, Jr. | Stites & Harbison PLLC | madison.cashman@stites.com |
| W. Robinson Beard, Esq. | Stites & Harbison, PLLC | wbeard@stites.com |
| Kristopher M. Hansen | Stroock & Stroock & Lavan, LLP | khansen@stroock.com |
| Richard L .Ferrell | Taft, Stettinius & Hollister LLP | ferrell@taftlaw.com |
| Jonathan D. Forstot | Thacher Proffitt & Wood LLP | jforstot@tpw.com |
| Daniel A. Lowenthal | Thelen Reid & Priest LLP | dlowenthal@thelenreid.com |
| Ed Phillips, Jr. | Thurman & Phillips, P.C. | ephillips@thurman-phillips.com |
| Jill Levi, Esq. | Todd & Levi, LLP | jlevi@toddlevi.com |
| Albert Togut, Esq. | Togut, Segal & Segal LLP | bmcdonough@teamtogut.com |
| W. Joe Wilson | Tyler, Cooper & Alcorn, LLP | jwilson@tylercooper.com |
| Helen Zamboni | Underberg & Kessler, LLP | hzamboni@underbergkessler.com |
| Robert J. Sidman, Esq. | Vorys, Sater, Seymour and Pease LLP | rjsidman@vssp.com |
| Tiffany Strelow Cobb | Vorys, Sater, Seymour and Pease LLP | tscobb@vssp.com |
| Richard G. Mason | Wachtell, Lipton, Rosen & Katz | RGMason@wlrk.com |
| David E. Lemke, Esq. | Waller Lansden Dortch & Davis, PLLC | david.lemke@wallerlaw.com |
| Robert J. Welhoelter, Esq. | Waller Lansden Dortch & Davis, PLLC | robert.welhoelter@wallerlaw.com |
| Gordon J. Toering | Warner Norcross & Judd LLP | gtoering@wnj.com |
| Michael G. Cruse | Warner Norcross & Judd LLP | mcruse@wnj.com |
| Stephen B. Grow | Warner Norcross & Judd LLP | growsb@wnj.com |
| Michael D. Warner | Warner Stevens, L.L.P. | bankruptcy@warnerstevens.com |
| Geoffrey J. Peters | Weltman, Weinberg & Reis Co., L.P.A. | gpeters@weltman.com |
| R. Michael Farquhar | Winstead Sechrest & Minick P.C. | mfarquhar@winstead.com |
| Sean A. O'Keefe | Winthrop Couchot Professional Corporation | sokeefe@winthropcouchot.com |
| Stuart Krause | Zeichner Ellman & Krause LLP | skrause@zeklaw.com |
| Peter Janovsky | Zeichner Ellman & Krause LLP | pjanovsky@zeklaw.com |

And to the parties below via Regular U.S. Mail.

| | |
|---|---|
| 3V Capital Management LLC 3V Capital Management LLC 1 Greenwich Office Park N | A. Schulman, Inc. c/o Carrie M. Caldwell Vorys, Sater, Seymour and Pease LLP |

| | |
|---|---|
| 51 E Weaver St<br>Greenwich, CT 06831 | 2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, OH 44114 |
| AFI, LLC<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 | Akerman Senterfitt<br>Akerman Senterfitt, Esqs.<br>Las Olas Centre II, Ste 1600<br>350 East Las Olas Blvd.<br>Ft. Lauderdale, Fl 33301-2229 |
| Harvey Altus<br>30500 Northwestern Hwy., Ste 500<br>Farmington Hills, MI 48334 | Manda L. Anagnost<br>1024 N. Michigan Avenue<br>P.O. Box 3197<br>Saginaw, MI 48605-3197 |
| Mark I Bane<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>mark.bane@ropesgray.com | Thomas M. Beeman<br>Attorney at Law<br>33 West 10th Street<br>Suite 200<br>Anderson, IN 46016 |
| Howard S. Beltzer<br>Morgan, Lewis & Bockius LLP<br>101 Parke Avenue<br>New York, ! NY 10178<br>hbeltzer@morganlewis.com | Glenn P. Berger<br>Jaffe & Asher LLP<br>600 Third Avenue<br>New York, NY 10016 |
| Neil Berger<br>Togut, Segal & Segal LLP<br>1 Penn Plaza, Ste., 3335<br>New York, NY 10119 | Bond, Schoeneck & King, PLLC<br>Attn: Stephen A. Donato, Esq.<br>One Lincoln Center<br>18th Floor<br>Syracuse, NY 13202 |
| Robert F. Brown<br>Rendigs, Fry, Kiely & Dennis, L.L.P.<br>One West Fourth Street<br>Suite 900Cincinnati, OH 45202-3688 | Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 |
| Cadwalader, Wickersham & Taft, LLP<br>1201 F Street, N.W. Suite 1100<br>Washington, D.C., 20004 | Barbara Lee Caldwell<br>Hebert Schenk P.C.<br>4742 N. 24th Street<br>Suite 100<br>Phoenix, AZ 85016 |
| Thomas R. Califano | Joseph A. Carbone |

| | |
|---|---|
| DLA Piper US LLP<br>1251 Avenue of the Americas<br>29th Floor<br>New York, NY 10020-1104<br>thomas.califano@dlapiper.com, | Joseph A. Carbone Co., L.P.A.<br>1370 Ontario Street<br>Suite 800<br>Cleveland, OH 44113 |
| Jeffrey G. Carl<br>6597 Parkwood Dr.<br>Lockport, NY 14094 | James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York,! NY 1017 8<br>BankruptcyCourt@kelleydrye.com |
| Central Transport International, Inc.<br>c/o Mark H. Shapiro<br>24901 Northwestern Highway<br>Suite 611<br>Southfield, MI 48075 | Brad A. Chalker<br>Law Offices of Brad A. Chalker, LLC.<br>848-C East Franklin St.<br>Centerville, OH 45459 |
| Chi-Hau Chen<br>415 Bradford Place<br>N. Dartmouth, MA 02747 | Wanda W. Chen<br>415 Bradford Place<br>N. Dartmouth, MA 02747 |
| Matthew W. Cheney<br>Orrick, Herrington, & Sutcliffe LLP<br>3050 K Street, N.W.<br>Washington, DC 20007 | Cherry Corporation<br>McDermott Will & Emery LLP<br>340 ! Madison Avenue<br>New York, NY 10173-1922 |
| Cherry Corporation<br>McDermott Will & Emery LLP<br>340 ! Madison Avenue<br>New York, NY 10173-1922 | Megan E. Clark<br>Freking & Betz<br>525 Vine Street<br>Sixth Street<br>Cincinnati, OH 45202 |
| Michael L! . Cook<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Martin E. Crandall<br>Clark Hill PLC<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226 |
| Maureen A. Cronin<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022<br>macronin@debevoise.com | Gary H. Cunningham<br>Kramer Mellen, P.C.<br>3000 Town Center, Ste. 1700<br>Southfield, MI 48075-1277 |

| | |
|---|---|
| John K. Cunningham<br>White & Case, LLP<br>200 South Biscayne Boulevard<br>Suite 4900<br>Miami, FL 33131 | Andrew Currie<br>WilmerHale, LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| Raniero D'Aversa<br>Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019-5820 | Craig Alan Damast<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>cadamast@blankrom! e.com |
| Richard L Darst8888 K eystone Crossing Blvd<br>Suite 800<br>Indianapolis, IN 46240 | Tracy Hope Davis<br>United States Trustee Office<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| Dayton Supply & Tool Company<br>Attn: Dwight Woessner<br>507 East First Street<br>Dayton, OH 45402 | Gail DeCaire<br>1714 Delaware<br>Saginaw, MI 48602 |
| J. Michael Debbeler<br>Graydon, Head & Ritchey LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202 | Debt Acquisition Company of America V,<br>LLC<br>1565 Hotel Circle South<br>Suite 310<br>San Diego, CA 92108 |
| Dept Of Revenue<br>Compliance Division<br>Bankruptcy Section<br>P.O. Box 161108<br>Atlanta, GA 30321 | Deutsche Bank Securities Inc.<br>60 Wall Street, 3rd Floor<br>New York, NY |
| Devco Corporation<br>300 Lanidex Plaza<br>Parsippany, NJ 07054 | Larry R. Dorning<br>Attorney! at Law, P.C.<br>111 West Main Street<br>Hohenwalk, TN 38462 |
| Christie Lyman Dowling<br>Balch & Bingham, LLP<br>1901 Sixth Avenue N.<br>Suite 2600<br>Birmingham, AL 35209 | Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Frank L. Eaton<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 | Douglas Ellmann<br>Ellmann & Ellmann, P.C.<br>308 West Huron<br>Ann Arbor, MI 48103-4204 |
| Energy Engineering & Consulting Services, LLC<br>2137 South 800 West<br>Swayzee, IN 46986 | Michael S. Etkin<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas 18th Floor<br>New York, NY 10019 |
| Gary Ettelman<br>Ettelman & Hochheiser, P.C.<br>100 Quentin Roosevelt Blvd.<br># 401<br>Garden City, NY 11530 | Fair Harbor Capital, LLC<br>875 Avenue of the Americas<br>Suite 2305<br>New York, NY 10001 |
| Michael D. Fishman<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, MI 48304 | Elizabeth K. Flaagan<br>HOLME ROBERTS & OWEN LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203 |
| Mark T. Flewelling<br>Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP<br>199 South Los Robles Avenue<br>Suite 600<br>Pasadena, CA 91101 | Flow Dry Technology, Ltd.<br>379 Albert Road<br>Brookville, OH 45309 |
| Glenn D. Forbis<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, MI 48304 | Lorna J. Foster<br>P.O. Box 245<br>Plainwell, MI 49080 |
| Joseph D. Frank<br>Frank/Gecker LLP<br>325 N. LaSalle<br>Suite 625<br>Chicago, IL 60610 | David Garland<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>2829 Old Dawson Road<br>Albany, GA 31707 |
| Ira P. Goldberg<br>Di Monte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068-5738 | Robert B. Goldi<br>Sotiroff & Abramczyk, P.C.<br>30400 Telegraph Road<br>Suite 444<br>Bingham Farms, MI 48025 |

| | |
|---|---|
| Andrew D. Gottfried<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 | David M. Grogan<br>Shumaker Loop & Kendrick<br>128 South Tryon Street<br>Suite 1800<br>Charlotte, NC 28202 |
| Holly G. Gydus<br>Regen Capital<br>2109 Broadway<br>New York, NY 10023 | Hain Capital Group, LLC<br>301 Route 17<br>6th Floor<br>Rutherford, NJ 07070 |
| Tara Hannon<br>Mandel Katz M! anna & B rosnan, LLP<br>210 Route 303<br>Valley Cottage, NY 10989 | Harco Brake Systems, Inc.<br>PO Box 335<br>Englewood, OH 45322 |
| Harco Industries, Inc.<br>PO Box 335<br>Englewood, OH 45322 | Daniel J. Harlan<br>1360 S. Fifth Street<br>Suite 204<br>St. Charles, MO 63301 |
| Larry D. Harvey<br>Larry D. Harvey P.C.<br>5290 DTC Parkway<br>Suite 150<br>Englewood, CO 80111 | Bruce A. Harwood<br>1000 Elm Street<br>PO Box 3701<br>Manchester, NH 03105-3701 |
| Mark C. Haut<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>46th Floor<br>New York, NY 10178 | Dion W. Hayes<br>McGuireWoods LLP<br>901 East Cary Street<br>Richmond, VA 23219-403! 0 |
| Heraeus Amersil, Inc.<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173-1922 | Patricia L. Hill<br>Statman, Harris & Eyrich, LLC<br>110 North Main Street<br>Suite 1520<br>Dayton, OH 45402 |
| Marc E. Hirschfield<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | David A. Hodges<br>212 Center Street<br>Fifth Floor<br>Little Rock, AR 72201 |
| Evan C.! Holland er | Peggy Ann Housner |

| | |
|---|---|
| White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | Michigan Department of Attorney General<br>First Floor, Treasury Building<br>430 West Allegan Street<br>Lansing, MI 48922 |
| Patrick B. Howell<br>Whyte Hirschboeck Dudek S.C.<br>555 East Wells Street<br>Suite 1900<br>Milwaukee, WI 53202 | Jay R. Indyke<br>Cooley Godward Kronish LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>jindyke@cooley.com |
| Intec Group, Inc.<br>c/o Vedder, Price, Kaufman & Kammholz,PC<br>222 North LaSalle Street<br>Suite 2200<br>Chicago, IL 60601 | Kurt Jacobs<br>Sidley Austin LLP<br>1501 K Street NW<br>Washington, DC 20005 |
| Helen Jarmakowicz<br>201 Browertown Rd<br>West Paterson, NJ 07424-2609 | William H. Jeffress<br>Baker Botts LLP<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004-2400 |
| KS Capital Partners, L.P.<br>11 West 42nd Street, 30th Floor<br>New York, NY 10036 | Kardex Systems Inc.<br>25 Industrial Blvd<br>Paoli, PA 19301 |
| William Kerscher<br>1321 Kings Carriage<br>Grand Blanc, MI 48439 | Thomas H. Keyse<br>1700 Lincoln Street<br>Suite 4000<br>Denver, CO 80203 |
| Steve Kieselste! in<br>Kieselstein LawFirm, PLLC<br>43 British American Boulevard<br>Latham, NY 12110 | Evelyn M. Kiresen<br>St. Andrews-South Life Care Community<br>6065 S Verde Trail<br>Apt # G-321<br>Boca Raton, FL 33433 |
| Susheel Kirpalani<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Joseph B. Koczko<br>Thompson Hine LLP<br>One Chase Manhattan Plaza<br>58th Floor<br>New York, NY 10005 |
| Hanan B. Kolko<br>Meyer, Suozzi, English & Klein, P.C. | Laurie Krepto<br>Montgomery, McCracken Walker & Rhoads |

| | |
|---|---|
| 1350 Broadway<br>Suite 501<br>New York, NY 10018 | 123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109 |
| Kelly A. Kruse<br>4190 Telegraph Rd.<br>Ste 3500<br>Bloomfield Hills, MI 48302 | Diane V. Kuenzel<br>Kuenzel & Lutes, P.A.<br>4111 Land O' Lakes Boulevard<br>Suite 302-D<br>Land O' Lakes, FL 34639 |
| Kurtzman Carson Consultants LLC<br>12910 Culver Blvd<br>Suite I<br>Los Angeles, CA 90066 | Edwa! rd D. Kutchin<br>Kutchin & Rufo, P.C.<br>155 Federal St! reet, 17 th Floor<br>Boston, MA 02110-1727 |
| Denise K. LaRue<br>HASKIN LAUTER LaRUE & GIBBONS<br>255 North Alabama Street<br>Indianapolis, IN 46204 | Andrew Ladika<br>3951 River Lane<br>Rocky River, OH 44116 |
| James Michael Lawniczak<br>Calfee, Halter & Griswold, LLP<br>1400 McDonald Investment Center<br>800 Superior Avenue<br>Cleveland, OH 44114-2688 | Anna C. Lee<br>Mandel, Katz, Manna & Brosnan, LLP<br>210 Route 303<br>Valley Cottage, NY 10989 |
| David S. Leinwand<br>Amroc Investments, LLC<br>535 Madison Avenue<br>15th Floor<br>New York, NY 10017 | Clifford Leong<br>3616 Garner Pl.<br>Encinitas, CA 92024 |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Ira M. Levee<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas 18th Floor<br>New York, NY 10019 |
| Madison Investment Trust - Series (1-50)<br>6310 Lamar Ave<br>Suite 120<br>Overland Park, KS 66202 | Larry Magarik<br>Kennedy, Jennik & Murray, P.C.<br>113 University Place, 7th Floor<br>New York, NY 10003 |
| Neal S. Mann<br>New York State Attorney General's O | Wendy G. Marcari<br>Dreier LLP |

| | |
|---|---|
| 120 Broadway<br>24th Floor<br>New York, NY 10271 | 499 Park Avenue<br>14th Floor<br>New York, NY 10022 |
| Alan E. Marder<br>Rosen Slome Marder LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 | John J. Marquess<br>225 Kings Highway East<br>Haddonfield, NJ 08033 |
| Jil Mazer! -Marino<br>Rosen Slome Marder LLP<br>333 Earle Ovington! Bouleva rd<br>Suite 901<br>Uniondale, NY 11553 | John K. McAndrew<br>Woods Oviatt Gilman LLP<br>700 Crossroads Building<br>2 State Street<br>Rochester, NY 14614 |
| John K. McAndrew<br>Woods Oviatt Gilman LLP<br>700 Crossroads Building<br>2 State Street<br>Rochester, NY 14614 | McDemott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173-1922 |
| Timothy S. McFadden<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL 60603 | Daniel A. McLaughlin<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| John P. McNicholas<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | Patrick E. Mears<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW<br>Suite 500<br>Grand Rapids, MI 49503 |
| Richard G. Menaker<br>Menaker & Herrmann, LLP<br>10 E. 40th Street<br>New York, NY 10016 | Methode Electronics, Inc., and its Affiliates<br>115 South LaSalle Street<br>Chicago, IL 60603 |
| Moraine Maintenance Co, Inc<br>2611 Nordic Rd<br>Dayton, OH 45414 | Larren M. Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Newstart Factors, Inc<br>281 Tresser Blvd | Thomas R. Noland<br>Stratman, Harris & Eyrich, LLC |

| | |
|---|---|
| Suite 1501<br>Stamford, CT 06901 | 110 North Main Street<br>Suite 1520<br>Dayton, OH 45402 |
| Ore Hill Hub Fund, LTD.<br>650 FIFTH AVENUE 9TH FL<br>NEW YORK, NY 10019 | PML FLIGHTLINK LTD.<br>NEWMAN LANE<br>ALTON, HAMPSHIRE<br>UNITED KINGDOM 0X16 1SG |
| Stephen M. Packman<br>Archer & Greiner<br>One Centennial Square<br>Haddonfield, NJ 08033 | George Panters<br>Hayt, Hayt & Landau<br>600 Northern Blvd.<br>Great Neck, NY 11021 |
| Nova! k, Robenalt, Pavlik<br>Skylight Office Tower, Suite 270<br>16! 60 West Second Street<br>Cleveland, OH 44113 | Anne M. Peterson<br>Phillips Lytle Hitchcock Blaine & Huber<br>3400 HSBC Center<br>Buffalo, NY 14203 |
| A. Robert Pietrzak<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Marc A. Pifko<br>Kirkpatrick & Lockhart Preston Gates<br>599 Lexington Avenue<br>New York, NY 10022 |
| Steven D. Pohl<br>Brown Rudnick Berlack Israels, LLP<br>One Financial Center<br>Boston, MA 02111 | Alan B. Posner<br>Kelman Loria, PLLC<br>660 Woodward Ave.<br>Suite 1420<br>Detroit, MI 48226 |
| Amy Wallace Potter<br>DLI Piper US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303 | Michael Potter<br>N.38 W.26876 Glacier Rd.<br>Pewaukee, WI 53072 |
| Thomas B. Prickett, II<br>215 Second Avenue East<br>P.O. Box 1200<br>Oneonta, AL 35121 | Redrock Capital Partners, LLC<br>111 S. Main Street<br>Suite C11<br>PO Box 9095<br>Breckenridge, CO 80424 |
| Jo Christine Reed<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Ira A. Reid<br>Baker & McKenzie<br>805 Third Avenue<br>New York,! NY 10022 |

| | |
|---|---|
| S andra A. Reimer<br>666 Fifth Avenue<br>New York, NY 10103 | Donald P. Renaldo<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| Republic Engineered Products, Inc.<br>c/o Shawn M. Riley, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114 | Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Kenneth A. Reynolds<br>Pryor & Madelup, LLP<br>675 Old Country Road<br>Westbury, NY 11590 | Vincent E. Rhynes<br>1514 W. Manchester Ave # 5<br>Los Angeles, CA 90047 |
| Michael P. Richman<br>F! oley & Lardner, LLP<br>90 Park Avenue<br>37th Floor<br>New York, NY 10016 | Harold Ritvo<br>Harold Ritvo, P.C.<br>One University Plaza<br>Hackensack, NJ 07601 |
| Terri A. Roberts<br>32 North Stone Ave<br>Suite 2100<br>Tucson, AZ 85701 | Caroline Rogus<br>WilmerHale, LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| Andrew Neil Rosenberg<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP<br>1285 Avenue of! the Americas<br>New York, NY 10019 | Risa M. Rosenberg<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413 |
| Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Richard A. Rossman<br>Pepper Hamilton LLP<br>100 Renaissance Center<br>36th Floor<br>Detroit, MI 48243 |
| Gregory T. Roth<br>2288 Major Lane<br>Davison, MI 48423 | Paul J.N. Roy<br>Mayer, Brown, Rowe & Maw LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 |

| | |
|---|---|
| Paul Rubin<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016 | Laurent A. Ruessmann<br>Sidley Austin LLP<br>Square de Meeus, 35<br>B-1000 Brussels, Belgium |
| Leon R. Russell<br>3102 Oak Lawn<br>Suite 600, LB 164<br>Dallas, TX 75219 | Maura I. Russell<br>Dreier LLP<br>499 Park Avenue<br>14th Floor<br>New York, NY 10022 |
| Lawrence M. Schwab<br>BIALSON, BERGEN & SCHWAB, Esq.<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA 94306 | Peter Gregory Schwed<br>Loeb & Loeb, LLP<br>345 Park Avenue<br>New York, NY 10154 |
| Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Lesley Shore<br>110 W College St<br>Hagerstown, IN 47346 |
| Sierra Liquidity Fund<br>2699 White Road #255<br>Irvine, CA 92614 | John D. Silk<br>Rothschild, Barry & Myers<br>55 West Monroe Street<br>Suite 3900<br>Chicago, IL 60603-5017 |
| Rebecca H. Simoni<br>von Brie! sen & Ro per, s.c.<br>411 E. Wisconsin Avenue<br>Ste. 700<br>Milwaukee, WI 53202 | Rick L. Sizemore<br>6595 Westminster Drive<br>East Amherst, NY 14051 |
| R. Michael Sment<br>Law Offices of Michael R. Sment<br>770 County Square Drive<br>Suite 210<br>Ventura, CA 93003-5407 | Mary Beth Smith<br>7339 Bedford Rd.<br>Hubbard, OH 44425 |
| Wendy W. Smith<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Michael J. Sobieray<br>Stewart & Stewart<br>Attorneys at Law<br>931 S. Rangeline Road<br>Carmel, IN 46032 |

| | |
|---|---|
| Solvay Fluorides Inc.<br>3500 Missouri Ave.<br>East Saint Louis, IL 60055-0236 | Mark R. Somerstein<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| Thomas St. George<br>729 Clifton Dr. Ne.<br>Warren, OH 44484 | Andrew Stern<br>Sidley Austin LLP<br>787 Seventh<br>New York, NY 10019 |
| Stonehill Institutional Partners, L.P.<br>c/o Stonehill Capital Management<br>885 Third Avenue<br>30th Floor<br>New York, NY 10022 | Leigh C Taggart<br>39533 Woodward Avenue<br>Suite 140<br>Bloomfield Hills, MI 48304 |
| Thermotech Company<br>1302 South 5th Street<br>Hopkins, MN 55343-7877 | Seth P. Tompkins<br>1000 Maccab! ees Center<br>25800 Northwestern Highway<br>Southfield, MI 48075-1000 |
| Trade-Debt.net<br>P.O Box 1487<br>West Babylon, NY 11704 | Douglas M. Trout<br>301 West Third Street<br>PO Box 972<br>Dayton, OH 45422 |
| TypeWrite Word Processing Service<br>356 Eltingville Boulevard<br>Staten Island, NY 10312 | United States District Court<br>500 Pearl Street<br>New York, NY 10007 |
| Universal Am-Can, Ltd.<br>! c/o Mark H. Shapiro<br>24901 Northwestern Highway<br>Suite 611<br>Southfield, MI 48075 | Versatile Engineering<br>1559 West 135th Street<br>Gardena, CA 90249 |
| VonWin Capital, L.P.<br>60 Madison Avenue<br>2nd Floor<br>New York, NY 10010 | Timothy W. Walsh<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| Jeffrey H. Weir, II<br>Colella & Kolczun, P.L.L.<br>6055 Park Square Drive | Evelyn R. Williams<br>4861 Kinghurst Dr.<br>San Jose, CA 95124 |

| | |
|---|---|
| Lorain, OH 44053 | |
| Wireless Matrix Corporation<br>c/o Cooley Godward LLP<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800 | |
| Robert J. Stark<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY 10036 | Michelle Robson<br>Capital Research and Management Company<br>11100 Santa Monica Blvd<br>15th Floor<br>Los Angeles, CA 90025 |
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W. 42nd Street<br>New York, NY 10036 | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 |
| Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Sean Corcoran, Karen Craft<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Michael Nefkens<br>Electronic Data Systems Corp.<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 | Carrie L. Schiff<br>Flextronics International<br>6328 Monarch Park Place<br>Niwot, CO 80503 |
| Terry Zale<br>Flextronics International<br>6328 Monarch Park Place<br>Niwot, CO 80503 | Richard Lee Chambers, III<br>Freescale Semiconductor, Inc.<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX 78735 |
| Randall S. Eisenberg<br>FTI Consulting, Inc.<br>3 Times Square<br>11th Floor<br>New York, NY 10036 | Valerie Venable<br>General Electric Company<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Lonie A. Hassel<br>Groom Law Group<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 | Stephen H. Gross<br>Hodgson Russ LLP<br>152 West 57th Street<br>35th Floor<br>New York, NY 10019 |
| Frank L. Gorman, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 |

| | | |
|---|---|---|
| 1 | Attn: Insolvency Department, Mario Valerio<br>Internal Revenue Service<br>290 Broadway<br>5th Floor<br>New York, NY 10007 | Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 |
| 2 | | |
| 3 | | |
| 4 | Henry Reichard<br>IUE-CWA<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH 45439 | William Q. Derrough<br>Jefferies & Company, Inc,<br>520 Madison Avenue<br>12th Floor<br>New York, NY 10022 |
| 5 | | |
| 6 | | |
| 7 | Thomas F. Maher,<br>Richard Duker,<br>Gianni Russello<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017 | Vilma Francis<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017 |
| 8 | | |
| 9 | | |
| 10 | Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| 11 | | |
| 12 | | |
| 13 | James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd.<br>Suite I<br>Los Angeles, CA 90066 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| 14 | | |
| 15 | | |
| 16 | Patrick J. Healy<br>Law Debenture Trust of New York<br>767 Third Ave.<br>31st Floor<br>New York, NY 10017 | Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Ave.<br>31st Floor<br>New York, NY 10017 |
| 17 | | |
| 18 | | |
| 19 | David D. Cleary<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606 | Mohsin N. Khambati<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606 |
| 20 | | |
| 21 | J. Brian McTigue<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 |
| 22 | | |
| 23 | | |
| 24 | Melissa Knolls<br>Mesirow Financial<br>321 N. Clark St.<br>13th Floor<br>Chicago, IL 60601 | Joseph T. Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 |
| 25 | | |
| 26 | | |
| | Mark Schonfeld, Regional Director | Attorney General Eliot Spitzer |

| | |
|---|---|
| Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 | Office of New York State<br>120 Broadway<br>New York City, NY 10271 |
| Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope Street<br>Los Angeles, CA 90071 | Tom A. Jerman,<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye Street, NW<br>Washington, DC 20006 |
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC 20005 | Ralph L. Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC 20005-4026 |
| Sandra A. Riemer<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY 10103 | David L. Resnick<br>Rothchild Inc.<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| Robert W. Dremluk<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, NY 10020-1801 | Douglas Bartner,<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr.<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | John Wm. Butler,<br>John K. Lyons,<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr.<br>Suite 2100<br>Chicago, IL 60606 |
| Kayalyn A. Marafioti,<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>P.O. Box 300<br>New York, NY 10036 | Daniel D. Doyle<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 |
| Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Chester B. Salomon,<br>Constantine D. Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Avenue<br>20th Floor<br>New York, NY 10022 |
| Albert Togut<br>Togut, Segal & Segal LLP<br>One Penn Plaza | Alicia M. Leonard<br>United States Trustee<br>33 Whitehall Street |

| | |
|---|---|
| Suite 3335<br>New York, NY  10119 | 21st Floor<br>New York, NY  10004-2112 |
| Deirdre A. Martini<br>United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004 | Michael D. Warner<br>Warner Stevens, L.L.P.<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX  76102 |
| Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Martin J. Bienenstock, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Michael P. Kessler, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Steven M. Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 |