**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                        Chapter 11

                                                                                                       Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                          Jointly Administered

                                Debtors

---------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

      UPON the motion of Mark S. Frankel, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that Mark S. Frankel, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  March 20, 2007
         New York, New York

                                                /s/Robert D. Drain_____
                                                UNITED STATES BANKRUPTCY JUDGE