UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :          Case No.   05-44481 (RDD)
**DELPHI CORPORATION, et al.,**                     :          (Jointly Administered)
                                                    :
                                                    :          Chapter 11
         Debtors.                                   :
------------------------------------------------------------x

## ORDER

ORDERED, that Shari L. Heyen, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  March 20, 2007
        New York, New York


                                                    /s/Robert D. Drain
                                                    UNITED STATES BANKRUPTCY JUDGE