SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FIFTH CLAIMS HEARING AGENDA

Location Of Hearing:      United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton Custom House, Room 610, 6th Floor,
One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

A.     Introduction

B.     Continued Or Adjourned Omnibus Claims Objection Matters (3 Matters)

C.     Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters (9 Matters)

    1)     Third Omnibus Claims Objection Matters (6 Matters)

    2)     Fourth Omnibus Claims Objection Matters (1 Matter)

    3)     Sixth Omnibus Claims Objection Matters (1 Matter)

    4)     Seventh Omnibus Claims Objection Matters (1 Matters)

D.     Contested Omnibus Claims Objection Matters (1 Matter)

**B.     Continued Or Adjourned Omnibus Claims Objection Matters**

    1.     **"Claims Objection Hearing Regarding Claims Of Autoliv ASP, Inc."** – Claims Objection Hearing Regarding Claims Of Bank Of Autoliv ASP, Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

        *Response Filed:*     *Response Of Autoliv ASP, Inc. To The Debtors' Third Omnibus Objection To Claims (Docket No. 5768)*

        *Reply Filed:*     *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)*

        *Related Filings:*     *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books*

2

*And Records, (II) Modifying Certain Claims, And
(III) Adjourning Hearing On Certain Contingent
And Unliquidated Claims Pursuant To 11 U.S.C. §
502(c) Identified In Third Omnibus Claims
Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect
To Debtors' Objection To Proofs Of Claim Nos.
15579-15583 (Autoliv ASP, Inc.) (Docket No. 6588)*

*Debtors' Statement Of Disputed Issues Regarding
Debtors' Objection To Proofs Of Claim Nos.
15579-15583 (Autoliv ASP, Inc.) (Docket No. 6912)*

*Notice Of Adjournment Of Claims Objection
Hearing With Respect To Debtors' Objection To
Proofs Of Claim Nos. 15579-15583 (Autoliv ASP,
Inc.) (Docket No. 7092)*

*Status:*        *This matter is being adjourned to a future claims
hearing to be determined.*

2.    **"Claims Objection Hearing Regarding Claim Of Eva Orlik"** – Claims
Objection Hearing Regarding Claim Of Eva Orlik As Objected To On The Debtors'
(I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And
Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B)
Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject
To Modification And (II) Motion To Estimate Contingent And Unliquidated
Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses Filed:*    *Response Of Eva Orlik to Debtors' Second And Third
Omnibus Objection To Claims (Docket No. 5789)*

*Supplemental Response Of Eva Orlik To Debtors'
Third Omnibus Objection To Proof of Claim No.
12163 (Docket No. 6989)*

*Replies Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I)
Third Omnibus Objection (Substantive) Pursuant To
11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Claims With Insufficient Documentation,
(B) Claims Unsubstantiated By Debtors' Books And
Records, And (C) Claims Subject To Modification
And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)
(Docket No. 5944)*

3

*Debtors' Supplemental Reply With Respect To Proof*

*Of Claim No. 12163 (Eva Orlik) (Docket No. 7008)*

Related Filings:    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.*
*Bankr. P. 3007 (I) Disallowing And Expunging*
*Certain (A) Claims With Insufficient Documentation*
*And (B) Claims Unsubstantiated By Debtors' Books*
*And Records, (II) Modifying Certain Claims, And*
*(III) Adjourning Hearing On Certain Contingent*
*And Unliquidated Claims Pursuant To 11 U.S.C. §*
*502(c) Identified In Third Omnibus Claims*
*Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect*
*To Debtors' Objection To Proof Of Claim No. 12389*
*(Eva Orlik) (Docket No. 6288)*

*Amended Notice Of Claims Objection Hearing With*
*Respect To Debtors' Objection To Proof Of Claim*
*No. 12163 (Eva Orlik) (Docket No. 6328)*

*Debtors' Statement Of Disputed Issues With Respect*
*To Proof Of Claim Number 12163 (Eva Orlik)*
*(Docket No. 6406)*

*Notice Of Adjournment Of Claims Objection*
*Hearing With Respect To Debtors' Objection To*
*Proof Of Claim No. 12163 (Eva Orlik) (Docket No.*
*6801)*

*Notice Of Adjournment Of Claims Objection*
*Hearing With Respect To Debtors' Objection To*
*Proof Of Claim No. 12163 (Eva Orlik) (Docket No.*
*7201)*

Status:    *This matter is being adjourned to the April 13, 2007*
*claims hearing.*

3.    **"Claims Objection Hearing Regarding Claim Of HB Performance Systems,**
**Inc."** – Claims Objection Hearing Regarding Claim Of HB Performance Systems,
Inc. Objected To On The Debtors' (I) Third Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims
With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books
And Records, And (C) Claims Subject To Modification And (II) Motion To

4

Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)
(Docket No. 5452)

|  |  |
|---|---|
| *Responses Filed:* | *HB Performance Systems, Inc.'s Response to Debtors Third Omnibus Objection (Substantive)* |
| | *Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5858)* |
| | *HB Performance Systems, Inc.'s Motions To I) Require Debtors To Initiate An Adversary Proceeding And II) To Dismiss With Prejudice Debtors' Affirmative Claim For Money Damages Against Claimant; Alternatively, HB Performance Systems, Inc.'s Supplemental Response To Debtors' Objections To Claim No. 14012 (HB Performance Systems, Inc.) (Docket No. 6978)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14012 (HB Performance Systems, Inc.) (Docket No. 6579)* |

5

*Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 14012 (HB Performance Systems LLC) (Docket No. 6689)*

*Affidavit Of Rand McNally In Support Of HB Performance Systems, Inc.'s Supplemental Response (Docket No. 6979)*

*Declaration Of Russell A. Dudan In Support Of HB Performance Systems, Inc.'s Supplemental Response (Docket No. 6980)*

*Notice Of Withdrawal Of HB Performance Systems, Inc.'s Motions To I) Require Debtors To Initiate An Adversary Proceeding And II) To Dismiss With Prejudice Debtors' Affirmative Claim For Money Damages Against Claimant (Docket No. 6978) (Docket No. 7040)*

*Amended Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim 14012 (HB Performance Systems, Inc.) (Docket No. 7228)*

*Status:*          *This matter is being adjourned to the May 10, 2007 claims hearing.*

## C.    Uncontested, Agreed, Or Settled Omnibus Claims Objection Matters

### 1)    Third Omnibus Claims Objection Matters

4.    **"Claims Objection Hearing Regarding Claim Of Moraine Maintenance Co., Inc."** – Claims Objection Hearing Regarding Claim Of Moraine Maintenance Co., Inc. As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses Filed:*          *Moraine Maintenance Co., Inc.'s Objection To Debtors' Third Omnibus Claims Objection (Docket No. 5565)*

*Supplemental Letter Response Of Moraine Maintenance Co., Inc. To Debtors' Third Omnibus Claims Objection (Docket Nos. 7150 and 7215)*

6

|                    |                                                                                                                                                                                                                                                                                                                                                                                                                                    |
|--------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| *Reply Filed:*     | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|                    | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 447 (Moraine Maintenance Company (Docket No. 7253)* |
| *Status:*          | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

5. **"Claims Objection Hearing Regarding Claim Of Bank Of Lincolnwood"** – Claims Objection Hearing Regarding Claim Of Bank Of Lincolnwood As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5452)

|                     |                                                                                                                                                                                                                                                                  |
|---------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| *Response Filed:*   | *Opposition Of Creditor Bank Of Lincolnwood To Debtors' Third Omnibus Claims Objection (Docket No. 5611)* |
| *Reply Filed:*      | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And* |

|  | *Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
|---|---|
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
|  | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 7090 (Bank Of Lincolnwood) (Docket No. 6578)* |
|  | *Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 7090 (Bank Of Lincolnwood) (Docket No. 6690)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

6. **"Claims Objection Hearing Regarding Claim Of McDermott Will & Emery LLP"** – Claims Objection Hearing Regarding Claim Of McDermott Will & Emery LLP As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| *Response Filed:* | *Response Of McDermott Will & Emery LLP To The Debtors' Third Omnibus Objection To Claims (Docket No. 5654)* |
|---|---|
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And* |

8

*Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)*

| | |
|---|---|
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10275 (McDermott, Will & Emery) (Docket No. 7254)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

7. **"Claims Objection Hearing Regarding Claim Of Gulf Coast Bank & Trust Company" –** Claims Objection Hearing Regarding Claim Of Bank Of Gulf Coast Bank & Trust Company As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Response To Notice Of Objection To Claim And Debtors' Third Omnibus Objection Regarding Claim Number 2141 (Docket No. 5696)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation* |

9

*And (B) Claims Unsubstantiated By Debtors' Books
And Records, (II) Modifying Certain Claims, And
(III) Adjourning Hearing On Certain Contingent
And Unliquidated Claims Pursuant To 11 U.S.C. §
502(c) Identified In Third Omnibus Claims
Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect
To Debtors' Objection To Proof Of Claim No. 2141
(Gulf Coast Bank & Trust) (Docket No. 6293)*

*Debtors' Statement Of Disputed Issues With Respect
To Proof Of Claim Number 2141 (Gulf Coast Bank
& Trust Company) (Docket No. 6409)*

| | |
|---|---|
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

8.   **"Claims Objection Hearing Regarding Claim Of Karl Kuefner"** – Claims
     Objection Hearing Regarding Claim Of Karl Kuefner, KG As Objected To On The
     Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
     And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient
     Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And
     (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And
     Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Response Filed:* | *Response of Karl Kuefner, KG To Debtors' Third Omnibus Claim Objection (Docket No. 5760)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)* |
| *Related Filings:* | *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. §* |

10

*502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 503 (Karl Kuefner KG) (Docket No. 7252)*

*Status:*          *A joint stipulation and agreed order will be submitted for consideration by the Court.*

9.    **"Claims Objection Hearing Regarding Claim Of Massachusetts Department of Revenue"** – Claims Objection Hearing Regarding Claim Of Commissioner Of Massachusetts Department Of Revenue As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Response Filed:*          *Commissioner of Massachusetts Department of Revenue's Opposition To Debtors' Objection To Allowance Of The Proof Of Claim Of Massachusetts Department Of Revenue (Claim No. 3092) (Docket No. 6614)*

*Reply Filed:*          *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5944)*

*Related Filings:*          *Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated By Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

11

*The Commonwealth Of Massachusetts Department of Revenue's Notice Of Withdrawal Of Claim (Docket No. 7146)*

*The Commonwealth Of Massachusetts Department of Revenue's Notice Of Withdrawal Of Claim (Docket No. 7153)*

*Notice Of Presentment Of Joint Stipulation And Agreed Order Disallowing And Expunging Claim Numbers 1214 And 3092 (Commissioner Of Revenue For The Commonwealth Of Massachusetts (Docket No. 7256)*

*Status:*    *A joint stipulation and agreed order will be submitted for consideration by the Court.*

## 2)    Fourth Omnibus Claims Objection Matters

10.    **"Claims Objection Hearing Regarding Claim Of DBM Technologies, LLC"**– Claims Objection Hearing Regarding Claim Of DBM Technologies, LLC As Objected To On The Debtors' Fourth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims  (Docket No. 6099)

*Response Filed:*    *DBM Technologies, LLC's Response To Debtors' Objection To Proof Of Claim 12387 (Docket No. 6436)*

*Reply Filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Duplicate And Amended Claims (Docket No. 6537)*

*Related Filing:*    *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Duplicate And Amended Claims Identified In Fourth Omnibus Claims Objection (Docket No. 6683)*

*Status:*    *An agreement in principle has been reached and an agreed order is being prepared for submission to the Court.*

## 3)    Sixth Omnibus Claims Objection Matters

11.    **"Claims Objection Hearing Regarding Claims Of Constellation NewEnergy**" - Claims Objection Hearing Regarding Claims Of Constellation NewEnergy, Inc.

12

and Constellation NewEnergy – Gas Division, LLC As Objected To On The
Debtors' Sixth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And
(B) Equity Claims (Docket No. 6571)

| | |
|---|---|
| *Response Filed:* | *Response Of Constellation NewEnergy, Inc. And Constellation NewEnergy – Gas Division, LLC To Debtors' Sixth Omnibus Objection To Claims (Docket No. 6898)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Sixth Debtors' Sixth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 6952)* |
| *Related Filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate And Amended Claims And (B) Equity Claims Identified In Sixth Omnibus Claims Objection (Docket No. 7051)* |
| | *Notice Of Presentment Of Joint Stipulation And Agreed Order Disallowing And Expunging Claim Numbers 2299 And 2300 (Constellation NewEnergy – Gas Division, LLC And Constellation NewEnergy, Inc.) (Docket No. 7250)* |
| *Status:* | *A joint stipulation and agreed order will be submitted for consideration by the Court.* |

4)    **Seventh Omnibus Claims Objection Matters**

12.    **"Claims Objection Hearing Regarding Claim Of G.P. Reeves Inc."** – Claims
Objection Hearing Regarding Claim Of G.P. Reeves Inc. As Objected To On The
Debtors' Seventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And Records, And (C) Untimely Claims
(Docket No. 6953)

| | |
|---|---|
| *Response Filed:* | *Letter Response Of G.P. Reeves Inc. To Debtors' Seventh Omnibus Objections To Claims (Docket No. 6906)* |
| *Reply Filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Seventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To* |

13

*Certain (A) Insufficiently Documented Claims, (B)
Claims Not Reflected On Debtors' Books And
Records, And (C) Untimely Claims (Docket No.
6953)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On
Debtors' Books And Records, And (C) Untimely
Claims As Identified In Seventh Omnibus Claims
Objection (Docket No. 7050)*

*Notice Of Presentment Of Joint Stipulation And
Agreed Order Disallowing And Expunging Claim
Number 5506 (G.P. Reeves, Inc.) (Docket No. 7255)*

*Status:*          *A joint stipulation and agreed order will be
submitted for consideration by the Court.*

**D.    Contested Omnibus Claims Objection Matters**

13.    **"Claims Objection Hearing Regarding Claim Of Joseph Reno"** – Claims
Objection Hearing Regarding Claim Of Joseph Reno As Objected To On The
Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient
Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And
(C) Claims Subject To Modification And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses Filed:*          *Claimant Joseph Reno's Response To Debtors'
Objection To Claim #9956 (Docket No. 5920)*

*Motion For Leave To File Claimant Joseph Reno's
Trial Brief And Declaration (Docket No. 7103)*

*Response To Debtors' First Set Of Interrogatories
(Docket No. 7122)*

*Response To Debtors' First Requests For
Admissions (Docket No. 7123)*

*Replies Filed:*          *Debtors' Omnibus Reply In Support Of Debtors' (I)
Third Omnibus Objection (Substantive) Pursuant To
11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Claims With Insufficient Documentation,
(B) Claims Unsubstantiated By Debtors' Books And
Records, And (C) Claims Subject To Modification*

14

*And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c)
(Docket No. 5944)*

*Debtors' Supplemental Reply With Respect To Proof
Of Claim No. 9956 (Joseph Reno) (Docket No. 7006)*

*Related Filings:*          *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 (I) Disallowing And Expunging
Certain (A) Claims With Insufficient Documentation
And (B) Claims Unsubstantiated By Debtors' Books
And Records, (II) Modifying Certain Claims, And
(III) Adjourning Hearing On Certain Contingent
And Unliquidated Claims Pursuant To 11 U.S.C. §
502(c) Identified In Third Omnibus Claims
Objection (Docket No. 6224)*

*Notice Of Claims Objection Hearing With Respect
To Debtors' Objection To Proof Of Claim No. 9956
(Joseph Reno) (Docket No. 6287)*

*Debtors' Statement Of Disputed Issues With Respect
To Proof Of Claim Number 9956 (Joseph Reno)
(Docket No. 6414)*

*Notice Of Adjournment Of Claims Objection
Hearing With Respect To Debtors' Objection To
Proof Of Claim No. 9956 (Joseph Reno) (Docket No.
6800)*

Status:     *The hearing with respect to this matter will be proceeding.*

Dated:  New York, New York
         March 20, 2007

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

     - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

16