**Hearing Date: March 22, 2007 at 10:00 A.M.**
**Objections Deadline: March 15, 2007 at 4:00 P.M.**

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 857-0620
Lonie A. Hassel
Special Employee Benefits Counsel for Debtors and Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** : | **Case No. 05-44481 (RDD)** |
| **Debtors.** : | **(Jointly Administered)** |

---------------------------------------------------------------x

### NOTICE OF THIRD INTERIM APPLICATION OF GROOM LAW GROUP, CHARTERED, AS SPECIAL EMPLOYEE BENEFITS COUNSEL FOR THE DEBTORS, SEEKING ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006

PLEASE TAKE NOTICE that on November 30, 2006, Groom Law Group, Chartered ("Groom") filed the Third Interim Application of Groom Law Group, Chartered, as Special Employee BenefitsCounsel for Debtors, Seeking Allowance of Fees for Professional Services Rendered and Disbursements Incurred for the Period from June 1, 2006 through September 30, 2006 (the "Third Interim Fee Application").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of Groom's Third Interim Fee Application will be held on **March 22, 2007** at **10:00 A.M.** (Prevailing Eastern Standard Time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that responses to Groom's Third Interim Fee

Application, if any, must (a) be in writing, (b) conform to all applicable Rules and Orders, (c) be

filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) –

registered users of the Bankruptcy Court's case filing system must file electronically, and all

other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Documents Format

(PDF), Word Perfect, or any other Windows-based word processing format, (d) be submitted in

hard copy form directly to the chambers of the Honorable Robert D. Drain, United States

Bankruptcy Court Judge, and (e) be served upon (i) Groom Law Group, Chartered, 1701

Pennsylvania Avenue, NW, Washington, D.C. 20006 (Att'n: Lonie A. Hassel, Esq.), (ii) Delphi

Corporation, 5725 Delphi Drive, Troy Michigan 48098 (Att'n: David M. Sherbin, Vice President

and General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP,

333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iv)

counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett

LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman and

Marissa Wesley), (v) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (vi)

counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third

Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii)

counsel for the Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson,

LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (viii) the

following members of the Joint Fee Review Committee: Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: John D. Sheehan, Vice President & Chief Restructuring Officer)

and GE Plastics, Americas, 9930 Kincey Avenue, Huntersville, NC 28078 (Att'n: Valeria

Venable, Credit Manager), and (ix) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:

Alicia M. Leonhard), in each case so as to be **received** no later then **4:00 P.M.** (Prevailing

Eastern Standard Time) on **March 15, 2007**.

       PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein

and in accordance with the Case Management Order will be considered by the Bankruptcy Court

at the Hearing.  If no objections to Groom's Third Interim Fee Application are timely filed and

served in accordance with the procedures set forth herein and in the Case Management Order, the

Bankruptcy Court may enter an order granting the Third Interim Fee Application without further

notice.

Dated: Washington, D.C.
     November 30, 2006

                        Respectfully submitted,

                        Lonie A Hassel
                        GROOM LAW GROUP, CHARTERED
                        1701 Pennsylvania Avenue N.W., Suite 1200
                        Washington, D.C. 20006
                        Telephone: (202) 857-0620
                        Facsimile: (202) 659-4503

                        SPECIAL EMPLOYEE BENEFITS COUNSEL
                        FOR THE DEBTORS AND DEBTORS-IN-
                        POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, a true and correct copy of the foregoing Notice of Third Interim Fee Application of Groom Law Group, Chartered was served via overnight delivery service on:

David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

**Delphi Corporation**

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom,
LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606

**Counsel for Debtors**

Alicia M. Leonhard
The Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall, Ste. 2100
New York, NY 10004

**United States Trustee**

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson,
LLP
One New York Plaza
New York, NY 10004

**Counsel for the Committee of Equity
Security Holders**

Kenneth S. Ziman  and Marissa Wesley
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, New York 10017

**Counsel for the Agent Under the Debtors'
Prepetition Credit Facility**

John D. Sheehan
Vice President & Chief
Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Valeria Venable
GE Plastics, Americas Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC 28078

**Members of the Joint Fee Review
Committee**

Robert J. Rosenberg and Mark A. Broude
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4802

**Counsel for the Official Committee of
Unsecured Creditors**

Marlene Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

**Counsel for the Agent Under the Debtors'
Postpetition Credit Facility**

I hereby certify that on November 30, 2006, a notice of the foregoing Notice of Third Interim Fee Application of Groom Law Group, Chartered was served via electronic notice on the persons listed on the Delphi Corporation Master Service List and the Delphi Corporation 2002 List.

Lonie A. Hassel, Esq.
GROOM LAW GROUP, CHARTERED

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 857-0620
Lonie A. Hassel
Special Employee Benefits Counsel for Debtors and Debtors-in-Possession


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | : | **Case No. 05-44481 (RDD)** |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x


### THIRD INTERIM APPLICATION OF GROOM LAW GROUP, CHARTERED, AS SPECIAL EMPLOYEE BENEFITS COUNSEL FOR THE DEBTORS, SEEKING ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006

Name of Applicant: Groom Law Group, Chartered

Authorized to Provide Professional Services to: Delphi Corporation and the Affiliate Debtors

Date of Retention Order: November 4, 2005

Period for Which Compensation and Reimbursement are Sought: June 1, 2006 through September 30, 2006

Amount of Compensation Sought in Third Interim Application Period: $108,328.29[1]

Amount of Expense Reimbursement Sought in Third Interim Application Period: $7,125.03[2]

Amount of Compensation Paid: $81,264.60

Amount of Expense Reimbursement Paid: $5,777.49

-------------------------------------

[1] This amount is lower than the compensation previously requested from Debtors but higher than the amount Debtors have already paid because Groom has reduced its requested compensation for services related to fee applications to 3% of the total requested compensation.

[2] This amount is lower than the expense reimbursement previously requested from Debtors but higher than the amount Debtors have already paid because Groom has reduced its requested expense reimbursement for photocopies to $0.10 per page.

Total Amount Sought for Compensation and Expense in Third Interim Application Period: <u>$115,264.04</u>[3]

This is an:        <u>X</u> Interim   __Final Application.

Prior Interim Fee Applications: First Interim Fee Application filed April 27, 2006 for $127,500.30 in compensation and $5,087.96 in expenses incurred October 8, 2005 through January 31, 2006. To date, $102,000.24 in compensation and $5,087.96 in expenses have been paid.

Second Interim Fee Application filed September 31, 2006 for $241,278.30 in compensation and $10,591.75 in expenses incurred February 1, 2006 through May 31, 2006.  To date, $193,022.64 in compensation and $10,591.75 in expenses have been paid.

---

[3] This amount is lower than the amount Groom previously requested from Debtors for the reasons stated in footnotes 1 and 2.

## INTRODUCTION

1.        Groom Law Group, Chartered ("Groom"), special employee benefits counsel for

Delphi Corporation and certain of its direct and indirect subsidiaries, as debtors and debtors-in-

possession (collectively, the "Debtors"), for its third interim fee application (the "Third Interim

Fee Application"), pursuant to sections 330 and 331 of title 11, United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), for the interim allowance of compensation for professional services

performed by Groom for the period commencing June 1, 2006 through and including September

30, 2006 (the "Third Interim Period"), and for reimbursement of its actual and necessary

expenses incurred during theThird Interim Period, respectfully represents:

## BACKGROUND

2.        On October 8, 2005 (the "Petition Date"), each of the Debtors filed with this

Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Each of the

Debtors is continuing to operate its business and manage its properties as a debtor in possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.        On October 17, 2005, pursuant to section 1102 of the Bankruptcy Code, the

United States Trustee for the Southern District of New York ("The United States Trustee")

appointed the Official Committee of Unsecured Creditors ("Creditors' Committee").  On May 11,

2006 the United States Trustee appointed the Committee of Equity Security Holders ("Equity

Committee").

4.        On May 5, 2006, the Court established a Joint Fee Review Committee ("Fee

Committee").

5.        On the Petition Date, the Debtors filed an application with this Court to retain

Groom as their special employee benefits counsel.  On October 14, 2005, this Court entered an

3

interim order authorizing the Debtors' retention of Groom as their special employee benefits

counsel.  By Order dated November 4, 2005, this Court authorized, on a final basis, the Debtors'

retention of Groom as their special employee benefits counsel to render legal services related to

the prosecution of their chapter 11 cases.

   6. This Third Interim Fee Application has been prepared in accordance with the

Amended Guidelines for Fees and Disbursements for Professionals in Southern District of

New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"),

the United States Trustee Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed Under 11 U.S.C. § 330 dated January 30, 1996 (the "UST

Guidelines"), and the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Committee Members (the "Administrative Order," collectively with the

Local Guidelines and UST Guidelines, the "Guidelines").  Pursuant to the Local Guidelines, a

certification regarding compliance with same is attached hereto as Exhibit A.

**SUMMARY OF PRIOR INTERIM FEE APPLICATIONS**

   7. On April 27, 2006, Groom filed its first interim fee application ("First Interim Fee

Application") for the interim allowance of compensation for professional services performed by

Groom for the period commencing October 5, 2005 through January 31, 2006 (the "First

Interim Period") and for reimbursement of its actual and necessary expenses incurred during

the First Interim Period.  Groom sought allowance of fees for services to the Debtors during the

First Interim Period in the aggregate amount of $127,500.30 and for reimbursement of

expenses incurred in connection with such services in the amount of $5,087.96.  Groom has

been paid $102,000.24 in compensation for professional serviced rendered and $5,087.96 for

reimbursement of expenses.

8.     On July 31, 2006, Groom filed its second interim fee application ("Second Interim

Fee Application") for the interim allowance of compensation for professional services

performed by Groom for the period commencing February 1, 2006 through May 31, 2006 (the

"Second Interim Period") and for reimbursement of its actual and necessary expenses incurred

during the Second Interim Period.  Groom sought allowance of fees for services to the Debtors

during the Second Interim Period in the aggregate amount of $241,278.30 and for

reimbursement of expenses incurred in connection with such services in the amount of

$10,591.75.  Groom has been paid $193,022.64 in compensation for professional serviced

rendered and $10,591.75 for reimbursement of expenses.

## SUMMARY OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED

9.     Groom seeks allowance of interim compensation for professional services

rendered to the Debtors during the Third Interim Period in the aggregate amount of

$108,328.29 and for reimbursement of expenses incurred in connection with the rendition of

such services in the aggregate amount of $7,125.03.  During the Third Interim Period, Groom

attorneys and paraprofessionals expended a total of 276.2 hours for which compensation is

requested.

10.     Groom has provided the Debtors, the United States Trustee, counsel for the

Creditors' Committee and Equity Committee, and members of the Fee Committee with monthly

fee statements for professional services rendered and expenses incurred on behalf of the Debtors,

including detailed reports of time entries and expenses.  On November 9, 2006, the Fee

Committee expressed certain concerns about Groom's requested compensation and expense

reimbursements.  Groom has reduced its requested compensation and expense reimbursements in

response.  No interested person has objected to any of Groom's statements.  As demonstrated in

Schedule A, the Debtors have paid Groom certain of its fees for professional services and certain accompanying expenses. By this Third Interim Fee Application, Groom respectfully requests interim approval of these payments, and interim authorization of payment of the remainder of the fees for professional services rendered and expenses incurred during the Third Interim Period.[4]

11.    During the Third Interim Period, Groom has received no payment (other than the payments made pursuant to the Administrative Order) nor has it received any promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Third Interim Fee Application. There is no agreement or understanding between Groom and any other person, other than members of the Groom firm, for the sharing of compensation to be received for services rendered in these cases.

12.    The fees charged by Groom in these cases are billed in accordance with its existing billing rates and procedures in effect during the Third Interim Period. The rates Groom charges for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are the standard rates that Groom charges for professional and paraprofessional services rendered in comparable nonbankruptcy related matters, with a 10% discount applied. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable nonbankruptcy cases in a competitive national legal market.

13.    Annexed to this Third Interim Fee Application is:

a.    A schedule, attached as Schedule B, setting forth all Groom professionals and paraprofessionals who have performed services in this Chapter 11 case during the Third Interim Period; the capacities in which each such individual is employed by Groom; the hourly billing rate charged by Groom for services performed by such individual; the aggregate number of hours expended during

---

[4]    The requested release of funds for the Compensation Period will not affect the holdback for any subsequent periods.

the engagement and fees billed; and the year in which each
professional was first licensed to practice law;

b.    A schedule, attached as Schedule C, specifying the categories of
expenses for which Groom is seeking reimbursement and the total
amount for each such expense category; and

c.    A summary of Groom's time records, attached as Schedule D,
billed during the Third Interim Period, including the use of discrete
matters as hereinafter described.

14.    Groom has prepared monthly invoices detailing the time all Groom attorneys and

paraprofessionals expended providing professional services to the Debtors as their special

employee benefits counsel.  Subject to redaction for the attorney-client privilege where necessary

to protect the Debtors' estate, copies of these monthly invoices have been furnished to Debtors,

the attorneys for the Creditors Committee, the Equity Committee, the Agent Under the

Postpetition Credit Facility, the members of the Fee Committee, and the United States Trustee, in

the format specified by the UST Guidelines.  Copies of Groom's monthly invoices applicable to

the Third Interim Fee Period are attached as Exhibit B.

15.    To the extent that time or disbursement charges for services rendered or

disbursements incurred relate to the Third Interim Period, but were not processed prior to the

preparation of this Third Interim Fee Application, Groom reserves the right to request additional

compensation for such services, and reimbursement of such expenses in a future application.

## SUMMARY OF SERVICES

16.    During the Third Interim Period, Groom rendered substantial professional

services in furtherance of the Debtors' reorganization efforts and chapter 11 cases.  In its

capacity as special employee benefits counsel, Groom provided Debtors with timely, accurate

and useful advice and counsel on a wide range of employee benefits issues, including assistance

in analyzing the Debtors' benefit obligations under federal law, complying with reporting

requirements, and drafting filings concerning Delphi's benefit plans.

17.     The principal in charge of Groom's engagement is Lonie A. Hassel. Ms. Hassel

has more than 25 years of private and public sector experience in the employee benefits area.

Her experience includes representation of debtor-employers, benefit plan creditors, and creditor

committees on employee benefit issues in a number of major Chapter 11 reorganization cases.

Ms. Hassel has been assisted by certain other Groom attorneys, each of whom has substantial

experience directly relevant to their work here for the Debtors.

18.     The following is a summary of the professional services rendered by Groom

during the Third Interim Period.  This summary is organized in accordance with Groom's

internal system of project codes.

     a.    **0004: General Employee Benefits Issues**:  During the Third
Interim Period, Groom professionals devoted significant time to
advising the Debtors with respect to a wide variety of employee
benefits issues, including but not limited to, plan qualification and
the relevant statutory and regulatory requirements related thereto,
severance issues, matters relating to employee benefit plans in the
1113/1114 hearing, pension plan funding obligations, and the
impact of Debtors' Chapter 11 cases on its employee benefits
plans.

     b.    **0005:  Bankruptcy Administration**:  During the Third Interim Period,
Groom professionals ensured compliance with the Bankruptcy Court's
rules, orders and procedure, as well as applicable sections of the
Bankruptcy Code and applicable Bankruptcy Rules, in conjunction with its
retention as special employee benefits counsel to Debtors, including, but
not limited to, preparation and filing of the Second Interim Fee
Application.

19.     The foregoing professional services performed by Groom were necessary,

appropriate and were in the best interests of the Debtors and the other parties in interest.

Compensation for the foregoing services, as requested, is commensurate with the complexity,

importance and nature of the problems, issues or tasks involved.  The professional services were performed in an expeditious and efficient manner.

20.     The professional services performed by Groom on behalf of the Debtors during the Third Interim Period required an aggregate expenditure of 276.2 recorded hours by Groom's principals, counsel, associates and paraprofessionals.  Of the aggregate time expended, 169.4 recorded hours were expended by principals of Groom, 1.5 recorded hours were expended by a counsel of Groom, 96.9 recorded hours were expended by associates, and 8.4 recorded hours were expended by paraprofessionals of Groom.  Groom achieved cost efficiencies by using attorneys in the firm only to the extent that their knowledge and prior experience made their participation in this engagement cost-effective for the Debtors, and minimizing the use of junior associates without relevant experience.

21.     During the Third Interim Period, Groom's hourly billing rates for attorneys ranged from $285 to $735 per hour.  The rates Groom charges for the services rendered by its professionals and paraprofessionals in these chapter 11 cases are the standard rates that Groom charges for professional and paraprofessional services rendered in comparable nonbankruptcy related matters, with a 10% discount applied.  As noted, Schedule B lists each Groom professional and paraprofessional who performed services in these cases during the Third Interim Period, the hourly rate charged by Groom for services performed by each such individual, and the aggregate number of hours and charges by each such individual.

## ACTUAL AND NECESSARY DISBURSEMENTS OF GROOM

22.     As set forth in Schedule C, Groom has disbursed $7,125.03, as expenses incurred in providing professional services during the Third Interim Period.  With respect to internal photocopying expenses, Groom charges all of its clients $.15 per page.  However, Groom has reduced its charge to Debtors to $.10 per page in accordance with the Guidelines.  With respect

9

to facsimile expenses, in compliance with the Guidelines, Groom does not charge more than

$1.25 per page.  Each of these categories of expenses does not exceed the maximum rate set by

the Guidelines.  These charges are intended to cover Groom's direct operating costs, which costs

are not incorporated into the Groom hourly billing rates.  Only clients who actually use services

of the types set forth in Schedule C are separately charged for such services.  The effect of

including such expenses as part of the hourly billing rates would impose that cost upon clients

who do not require extensive photocopying and other facilities and services.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

23.    Section 331 of the Bankruptcy Code provides for interim compensation of

professionals and incorporates the substantive standards of section 330 to govern the Court's

award of such compensation.  11 U.S.C. § 331.  Section 330 of the Bankruptcy Code provides

that a court may award a professional employed under section 327 of the Bankruptcy Code

"reasonable compensation for actual necessary services rendered . . . and reimbursement for

actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 of the Bankruptcy Code also

sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to
> be awarded, the court shall consider the nature, the extent,
> and the value of such services, taking into account all
> relevant factors, including --

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

24.     In the instant case, Groom respectfully submits that the services for which it seeks compensation in this Third Interim Fee Application were necessary for, and beneficial in the Debtors' efforts to reorganize their estates. In its capacity as special employee benefits counsel, Groom provided Debtors with timely, accurate and useful advice and counsel on a wide range of employee benefits issues. Such services were necessary and beneficial to the Debtors' estates. Accordingly, Groom further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates and all parties in interest.

25.     In sum, the professional services rendered by Groom as special employee benefits counsel to Debtors were necessary and beneficial to the Debtors' estates, and were consistently performed in a timely manner, commensurate with the complexity, importance, and nature of the issues involved; and approval of the compensation sought herein is therefore warranted.

## MEMORANDUM OF LAW

26.    Groom submits that the relevant legal authorities are set forth herein, and that the

requirement pursuant to Local Bankruptcy Rule 9013-1 – that Groom file a memorandum of law

in support of this Third Interim Fee Application – is satisfied.

## CONCLUSION

WHEREFORE, Groom respectfully requests (i) interim allowance of compensation for

professional services rendered during the Third Interim Period in the amount of $108,328.29 and

reimbursement for actual and necessary expenses Groom incurred during the Third Interim

Period in the amount of $7,125.03 (ii) the allowance of such compensation for professional

services rendered and reimbursement of actual and necessary expenses incurred be without

prejudice to Groom's right to seek such further compensation for the full value of services

performed and expenses incurred; and (iii) the Court grant Groom such other and further relief as

is just.


Dated:      Washington, D.C.
            November, 30 2006

                              Respectfully submitted,


                              Lonie A. Hassel
                              GROOM LAW GROUP, CHARTERED
                              1701 Pennsylvania Avenue N.W., Suite 1200
                              Washington, D.C. 20006
                              Telephone: (202) 857-0620
                              Facsimile: (202) 659-4503

                              SPECIAL EMPLOYEE BENEFITS COUNSEL
                              FOR THE DEBTORS AND DEBTORS-IN-
                              POSSESSION

SCHEDULE A

CUMULATIVE SUMMARY OF ALL MONTHLY FEE STATEMENTS
GROOM LAW GROUP, CHARTERED
JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006

| Submission/ Filing Date | Period Covered | Total Fees Requested | Total Expenses Requested | Total Expenses That Should Have Been Requested[5] | Amount of Fees Paid (80%) | Expenses Paid (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| | 6/1/06 – 6/30/06 | 28,360.80 | 3,181.37 | 25,130.51 | 22,688.64 | 3,181.37 | 2,441.87 |
| | 7/1/06 – 7/31/06 | 47,718.90 | 1,340.59 | 43,618.13 | 38,175.12 | 1,340.59 | 5,443.01 |
| | 8/1/06 – 8/31/06 | 25,501.05 | 1,255.53 | 24,311.50 | 20,400.84 | 1,255.53 | 3,910.66 |
| | 9/1/06 – 9/30/06 | 18,456.75 | 1,408.89 | 15,268.15 | 0.00 | 0.00 | 502.75 |
| TOTALS | | $120,037.50 | $7,186.38 | $108,328.29 | $81,264.60 | $5,777.49 | $12,298.29 |

---

[5] These amounts reflect a reduction in the amounts originally billed to comply with the 3% limit on fees for services related to fee applications.

**SCHEDULE B**

**SERVICES RENDERED BY GROOM LAW GROUP, CHARTERED
COMMENCING JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006[6]**

| NAME | YEAR OF ADMISSION | RATE[7] | HOURS[8] | AMOUNT |
|------|------------------|---------|----------|--------|
| **PARTNERS** | | | | |
| Gary M. Ford | 1977 | $735 | 0.60 | 441.00 |
| Lou T. Mazawey | 1975 | $665 | 0.20 | 133.00 |
| Lonie A. Hassel | 1980 | $565 | 135.00 | 76,275.00 |
| Roberta J. Ufford | 1994 | $550 | 0.30 | 165.00 |
| Thomas S. Gigot | 1984 | $565 | 5.40 | 3,051.00 |
| William M. Evans | 1986 | $550 | 23.50 | 12,925.00 |
| Brigen L. Winters | 1994 | $530 | 0.50 | 265.00 |
| John F. McGuiness | 1993 | $520 | 1.60 | 832.00 |
| Mark L. Lofgren | 1992 | $550 | 0.30 | 165.00 |
| Christine L. Keller | 1996 | $495 | 2.00 | 990.00 |
| **TOTAL PARTNERS** | | | **169.40** | **$95,242.00** |
| | | | | |
| **OF COUNSEL** | | | | |
| Kendall W. Daines | 1987 | $485 | 1.50 | 727.50 |
| **TOTAL OF COUNSEL** | | | **1.50** | **727.50** |
| | | | | |
| | | | | |
| **ASSOCIATES** | | | | |
| Christy A. Tinnes | 1998 | $460 | 4.30 | 1,978.00 |
| Ellen M. Goodwin | 1999 | $460 | 5.70 | 2,622.00 |
| Anna A. Driggs | 2000 | $425 | 16.50 | 7,012.50 |
| Sarah A. Huck | 2000 | $415 | 28.30 | 11,744.50 |
| Eric M. Cotts | 1994 | $415 | 2.70 | 1,120.50 |

[6] This table shows figures before reduction for services related to fee applications.

[7] These rates are the hourly professional and paraprofessional fee rates used in the rate structure described herein under Summary of Professional Compensation and Reimbursement of Expenses Requested.

[8] Time summaries of the charges attributable to each professional and paraprofessional for each matter during the Third Interim Period are included with the Monthly Fee Statements attached hereto as Exhibit B.

14

| | | | | |
|---|---|---|---|---|
| Shannon N. Salinas | 2002 | $355 | 3.30 | 1,171.50 |
| Jason H. Lee | 2006 | $285 | 10.20 | 2,907.00 |
| Christina M. Crockett | 2004 | $285 | 18.60 | 5,301.00 |
| Heather E. Meade | 2006 | $285 | 7.30 | 2,080.50 |
| | | | | |
| | **TOTAL ASSOCIATES** | | **96.90** | **$35,937.50** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Mark Theby | N/A | $195 | 5.00 | 975.00 |
| Danielle E. Collins | N/A | $145 | 2.90 | 420.50 |
| Miller Cochran | N/A | $145 | 0.50 | 72.50 |
| **TOTAL PARA- PROFESSIONALS** | | | **8.40** | **$1,468.00** |
| | | | | |
| | | **TOTAL** | **276.20** | **$133,375.00** |
| **TOTAL FEES AFTER 10% DISCOUNT** | | | | **$120,037.50** |
| **80% OF FEES AFTER DISCOUNT** | | | | **$96,030.00** |

## SCHEDULE C

## ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY
## GROOM LAW GROUP, CHARTERED
## COMMENCING JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006[9]

| Disbursements | Amount |
|---|---|
| | |
| DUPLICATION | 122.70 |
| POSTAGE | 3.66 |
| TELEPHONE (SPRINT TELECOM) | 15.35 |
| OUTSIDE OFFICE TELEPHONE | 189.28 |
| SHIPPING[10] | 963.16 |
| FOOD ORDERED FOR PBGC MEETING | 167.55 |
| CAB | 25.50 |
| TRAVEL | 2,255.64 |
| FILING FEES[11] | 31.49 |
| RESEARCH SERVICES | 189.70 |
| FEES FOR ACCESSING TAX LIEN RECORDS | 561.00 |
| QUALIFIED PLANS NEWSLETTER | 2,600.00 |
| **TOTAL** | **$7,125.03** |

---

[9] This table reflects a reduction in duplication expenses to $0.10 per page. Groom bills clients for reasonable charges and disbursements incurred in connection with an engagement. Clients are billed for external charges at the actual cost billed by vendors or, in the case of telephone calls, at the approximate tariff rate. The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Due to normal bookkeeping procedures, many charges and disbursements are not recorded until later periods. Groom reserves the right to amend the amounts listed herein to include such previously unbilled disbursements.

[10] Express shipping is used only when expressly required by the Bankruptcy Court or when first class mail is impracticable and the exigencies of time require this form of delivery.

[11] This amount was erroneously charged and has been credited back to the Debtors on their October 2006 bill.

**SCHEDULE D**

**SUMMARY OF SERVICES BY MATTER CODE**
**FOR SERVICES RENDERED COMMENCING JUNE 1, 2006 THROUGH**
**SEPTEMBER 30, 2006**

| MATTER CODE | DESCRIPTION | HOURS | AMOUNT | AMOUNT LESS REDUCTION[12] | AMOUNT LESS 10% DISCOUNT |
|---|---|---|---|---|---|
| 00004 | Debtor Representation | 234.40 | 116,859.00 | 116,859.00 | 105,173.10 |
| 00005 | Bankruptcy Administration | 41.80 | 16,516.00 | 3,505.77 | 3,155.19 |
| **TOTAL** | | **276.20** | **$133,375.00** | **$120,364.77** | **$108,328.29** |

---

[12] The fees for Bankruptcy Administration have been reduced to comply with the 3% limit on fees for services related to fee applications.

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, a true and correct copy of the foregoing Third Interim Fee Application of Groom Law Group, Chartered was served via overnight delivery service on:

David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

**Delphi Corporation**

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606

**Counsel for Debtors**

Alicia M. Leonhard
The Office of the U.S. Trustee for the Southern District of New York
33 Whitehall, Ste. 2100
New York, NY 10004

**United States Trustee**

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

**Counsel for the Committee of Equity Security Holders**

Kenneth S. Ziman  and Marissa Wesley
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, New York 10017

**Counsel for the Agent Under the Debtors' Prepetition Credit Facility**

John D. Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Valeria Venable
GE Plastics, Americas Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC 28078

**Members of the Joint Fee Review Committee**

Robert J. Rosenberg and Mark A. Broude
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4802

**Counsel for the Official Committee of Unsecured Creditors**

Marlene Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

**Counsel for the Agent Under the Debtors' Postpetition Credit Facility**

I hereby certify that on November 30, 2006, a notice of the foregoing Third Interim Fee Application of Groom Law Group, Chartered was served via electronic notice on the persons listed on the Delphi Corporation Master Service List and the Delphi Corporation 2002 List.

Lonie A. Hassel, Esq.
GROOM LAW GROUP, CHARTERED

# EXHIBIT A

# EXHIBIT A

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 857-0620
Facsimile: (202) 659-4503
Lonie A. Hassel
Special Employee Benefits Counsel for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | :    **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | :    **Case No. 05-44481 (RDD)** |
|            **Debtors.** | :    **Jointly Administered** |

-------------------------------------------------------------------x

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SUPPORT OF THIRD INTERIM FEE APPLICATION OF GROOM LAW GROUP, CHARTERED FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Lonie A. Hassel, hereby certify that:

1.      I am a principal with the applicant firm, Groom Law Group, Chartered ("Groom"), and I am the attorney with responsibility for the engagement of Groom as special employee benefits counsel to Delphi Corporation and certain of its direct and indirect subsidiaries, as debtors-and-debtors-in-possession (collectively, the "Debtors"), and, in that capacity, I am responsible for compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), and the Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Committee Members (the

"Administrative Order," collectively with the Local Guidelines and UST Guidelines, the

"Guidelines").

2.      This certification is made in respect of Groom's Third Interim Fee Application,

dated November 30, 2006 (the "Third Interim Fee Application"), for interim compensation and

reimbursement of expenses for the period commencing June 1, 2006, through and including

September 30, 2006 (the "Third Interim Period") in accordance with the Guidelines.

3.      In respect of section B.1 of the Local Guidelines, I certify that:

    a.  I have read the Third Interim Fee Application;

    b.  to the best of my knowledge, information, and belief formed after reasonable
       inquiry, the fees and disbursements sought fall within the Guidelines;

    c.  the fees and disbursements sought are billed at rates in accordance with
       practices customarily employed by Groom and generally accepted by
       Groom's clients; and

    d.  in providing a reimbursable service, Groom does not make a profit on that
       service, whether the service is performed by Groom in-house or through a
       third party.

4.      In respect of section B.2 of the Local Guidelines, and as required by the

Administrative Order, I certify that Groom has complied with these provisions requiring it to

provide the Debtors, counsel appointed for the statutory committee of unsecured creditors (the

"Creditors Committee"), counsel appointed for the Committee of the Equity Security holders

("Equity Committee"), the members of the Joint Fee Review Committee ("Fee Committee") and

the United States Trustee for the Southern District of New York (the "United States Trustee")

with, on a monthly basis, a statement of Groom's fees and disbursements accrued during the

previous month.

5.    In respect of section B.3 of the Local Guidelines, I certify that the Debtors,

counsel for the Creditors Committee, counsel for the Equity Committee, members of the Fee

Committee, and the United States Trustee are each being provided with a copy of the Third

Interim Fee Application.

Dated:    Washington, D.C.
          November 30, 2006

Respectfully submitted,

Lonie A. Hassel
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 857-0620
Facsimile: (202) 659-4503

SPECIAL EMPLOYEE BENEFITS COUNSEL
FOR THE DEBTORS AND DEBTORS-IN-
POSSESSION

# EXHIBIT B

# GROOM LAW GROUP

Lonie A. Hassel
(202) 861-6634
lah@groom.com

July 26, 2006

**VIA FEDERAL EXPRESS**

David Sherbin, General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098

      Re:    Statement for Professional Services Rendered During
            the Period Ending June 30, 2006

Dear Mr. Sherbin:

      Enclosed is our statement for professional services rendered to Delphi Corporation ("Delphi") from June 1, 2006 through June 30, 2006.  Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees ($22,688.64) and 100% of the expenses ($3,181.37) in this monthly statement to which no objection has been served in accordance with paragraph 2(d) of the Order.

      I would be happy to discuss any questions you may have about the bill.

                                Sincerely,

                                Lonie A. Hassel

Enclosures

cc:    John Wm. Butler, Jr., Esq.
       Alicia M. Leonhard, Esq.
       Robert J. Rosenberg, Esq.
       Marissa Wesley, Esq.
       Marlane Melican, Esq.
       Bonnie Steingart, Esq.
       John Sheehan, Esq.
       Valeria Venable

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., N.W. • Washington, D.C. 20006-5811
202-857-0620 • Fax: 202-659-4503 • www.groom.com

O:\LAH\BILLS\DELPHI AUTOMOTIVE SYSTEMS.DOC

## GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006-5811**
FEI #52-1219029

July 21, 2006

Bill Number 10031614
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Professional services rendered for the period ending June 30, 2006.

| | | |
|---|---:|---:|
| DEBTOR REPRESENTATION | $ 27,109.50 | |
| Less 10 Percent | $ -2,710.95 | |
| BANKRUPTCY ADMINISTRATION | $ 4,402.50 | |
| Less 10 Percent | $ -440.25 | |
| Total Fees | | $ 28,360.80 |
| | | |
| DEBTOR REPRESENTATION | $ 2,382.21 | |
| BANKRUPTCY ADMINISTRATION | $ 149.16 | |
| QUALIFIED PLANS | $ 650.00 | |
| Total Disbursements | | $ 3,181.37 |
| Total | | $ 31,542.17 |

| Payment may be made by wire transfer or ACH to: | Remittance address: |
|---|---|
| Groom Law Group, Chartered<br>PNC Financial Services Group, Inc.<br>Washington, D.C.  20006<br>ABA Transit Number 054000030 (ACH)<br>ABA Transit Number 031000053 (WIRE)<br>Account Number 5300759951 | Groom Law Group, Chartered<br>Department # 0589<br>Washington, DC  20073-0589 |

⌐ROOM LAW GROUP, CHARTER⌐ ⌐
1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

July 21, 2006

Bill Number 10031614
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

FOR PROFESSIONAL SERVICES

Re:    DEBTOR REPRESENTATION

File Number 013580-00004

Through June 30, 2006

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/01/06 | LAH | Review and respond to e-mail from F. Kuplicki regarding reportable event issue. | 0.50 Hrs |
| 06/01/06 | LAH | Research regarding status of PBGC lien filings. | 0.30 Hrs |
| 06/01/06 | LAH | Telephone call with F. Kuplicki regarding reportable event, contribution issues. | 0.30 Hrs |
| 06/01/06 | LAH | E-mail to F. Kuplicki regarding excise tax. | 0.20 Hrs |
| 06/01/06 | WME | Telephone call with K. Cobb re: 401(a)(33) issue. | 0.50 Hrs |
| 06/01/06 | MT | Research re: status of PBGC lien filings. | 0.50 Hrs |
| 06/02/06 | LAH | Assist at 1113/1114 hearing re: benefits issues. | 6.00 Hrs |
| 06/02/06 | LAH | Telephone call and e-mails with F. Kuplicki regarding attrition programs. | 0.50 Hrs |
| 06/02/06 | LAH | Review memorandum regarding distress termination for hearing. | 0.30 Hrs |
| 06/05/06 | LAH | Prepare for and attend 1113/1114 hearing. | 2.30 Hrs |
| 06/05/06 | LAH | Telephone call to F. Kuplicki regarding 1113/1114 hearing. | 0.20 Hrs |
| 06/05/06 | MT | Research re: PBGC lien filings. | 4.00 Hrs |
| 06/06/06 | LAH | E-mail from and telephone call to F. Kuplicki regarding notice issue. | 0.20 Hrs |
| 06/06/06 | LAH | Review PBGC lien filing information. | 0.50 Hrs |
| 06/06/06 | LAH | Draft e-mail to Skadden regarding PBGC lien filing information. | 0.30 Hrs |
| 06/06/06 | LAH | E-mails from K. Marafioti regarding Compass information request. | 0.10 Hrs |
| 06/06/06 | MT | Follow-up with LAH re: lien filings and duplicate submissions. | 0.50 Hrs |
| 06/07/06 | GMF | Research and review document room question. | 0.30 Hrs |
| 06/07/06 | LAH | Review e-mails regarding document request from Compass. | 0.20 Hrs |
| 06/07/06 | LAH | Analyze issues regarding PBGC document request. | 0.50 Hrs |
| 06/07/06 | LAH | Telephone calls with F. Kuplicki regarding conference call, PBGC request. | 0.20 Hrs |
| 06/08/06 | LAH | Analyze PBGC lien information. | 1.00 Hrs |
| 06/08/06 | LAH | E-mails to K. Marafioti regarding PBGC lien filings, Compass information request. | 0.30 Hrs |
| 06/08/06 | LAH | Telephone call with F. Kuplicki regarding participant notice issues. | 0.30 Hrs |

# ROOM LAW GROUP, CHARTER.
### 1701 Pennsylvania Avenue, N.W.
### Suite 1200
### Washington, D.C.  20006
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 06/08/06 | LAH | Telephone call with K. Marafioti, Rothschild regarding Compass information request. | 0.30 Hrs |
| 06/08/06 | LAH | Conference call regarding PBGC issues. | 1.00 Hrs |
| 06/08/06 | LAH | Meet and conference call regarding 1113/1114 scheduling. | 0.70 Hrs |
| 06/08/06 | LAH | Research regarding SERP, severance issues. | 0.70 Hrs |
| 06/08/06 | JFM | Discuss treatment of SERP with LAH. | 0.30 Hrs |
| 06/09/06 | LAH | Review draft order regarding benefits issues. | 0.30 Hrs |
| 06/09/06 | AAD | Research and analysis re severance benefits. | 0.50 Hrs |
| 06/13/06 | AAD | Research and analysis re severance issues. | 2.00 Hrs |
| 06/14/06 | AAD | Research and analysis re severance plan issues. | 2.00 Hrs |
| 06/15/06 | LAH | Review and revise pension plan filing timeline. | 0.30 Hrs |
| 06/15/06 | LAH | Review information for telephone call regarding Form 5330. | 0.30 Hrs |
| 06/15/06 | LAH | Telephone call with K. Cobb, W. Sollee regarding contribution issues. | 0.30 Hrs |
| 06/15/06 | AAD | Research and analysis re severance plan issues. | 2.50 Hrs |
| 06/16/06 | LAH | Telephone call with F. Kuplicki regarding attrition program issue. | 0.20 Hrs |
| 06/16/06 | LAH | Discuss severance research with AAD | 0.30 Hrs |
| 06/16/06 | LAH | Review severance plan research. | 0.70 Hrs |
| 06/16/06 | AAD | Research and analysis re severance plan issues. | 1.00 Hrs |
| 06/19/06 | LAH | Review e-mail regarding PBGC request and draft comments to K. Marafioti. | 0.50 Hrs |
| 06/19/06 | LAH | Telephone call with F. Kuplicki regarding attrition plan, reporting, other plan issues. | 0.50 Hrs |
| 06/19/06 | LAH | Research regarding and review material for reportable event filing. | 1.00 Hrs |
| 06/20/06 | LAH | E-mails from and to K. Cobb regarding pension plan issue. | 0.30 Hrs |
| 06/21/06 | LAH | Review and analyze equity committee request for information regarding benefit plans. | 0.50 Hrs |
| 06/21/06 | LAH | E-mails from and to K. Marafioti regarding equity committee request for actuarial information. | 0.30 Hrs |
| 06/23/06 | LAH | Prepare materials for PBGC Form 200 filings. | 0.20 Hrs |
| 06/23/06 | LAH | Telephone call with equity committee et al. regarding actuarial questions. | 1.50 Hrs |
| 06/26/06 | LAH | Analyze issues regarding information requests from Compass. | 0.50 Hrs |
| 06/26/06 | LAH | Telephone call with client, advisors regarding Compass information requests. | 0.50 Hrs |
| 06/26/06 | LAH | Final review and arrange for filing PBGC Form 200. | 0.50 Hrs |
| 06/26/06 | LAH | Research regarding business sale issues. | 1.00 Hrs |
| 06/26/06 | LAH | Telephone calls with F. Kuplicki regarding business sale issues. | 0.30 Hrs |
| 06/26/06 | MLL | Telephone call from LAH re: possible options for pension service crediting after sale of division. | 0.30 Hrs |
| 06/26/06 | AAD | Research and analysis re severance plan issues. | 1.50 Hrs |
| 06/26/06 | AAD | Work on the chart re: severance plan issues. | 1.50 Hrs |
| 06/26/06 | DEC | Prepare documents for filing with PBGC. | 0.50 Hrs |
| 06/27/06 | LAH | Review and respond to e-mail regarding Compass information request. | 0.20 Hrs |
| 06/28/06 | AAD | Prepare chart summarizing severance plan research. | 3.00 Hrs |
| 06/29/06 | LAH | Research regarding severance plan issue. | 0.30 Hrs |
| 06/29/06 | AAD | Revise the chart summary re severance plans. | 1.00 Hrs |
| 06/29/06 | AAD | Follow up research re severance plans. | 1.00 Hrs |

# GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006**
**FEI #52-1219029**

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 06/30/06 | LAH | Revise chart regarding severance plan issues. | 1.30 Hrs |
| 06/30/06 | LAH | Research regarding severance plan issues. | 2.00 Hrs |
| 06/30/06 | WME | Prepare salaried plan memo on supplements. | 2.00 Hrs |

$ 27,109.50

| | | | |
|---|---|---|---|
| GARY M. FORD - Principal | 0.30 Hrs | 735/hr | $ 220.50 |
| LONIE A. HASSEL - Principal | 30.70 Hrs | 565/hr | $ 17,345.50 |
| WILLIAM M. EVANS - Principal | 2.50 Hrs | 550/hr | $ 1,375.00 |
| MARK L. LOFGREN - Principal | 0.30 Hrs | 550/hr | $ 165.00 |
| JOHN F. McGUINESS - Principal | 0.30 Hrs | 520/hr | $ 156.00 |
| ANNA A. DRIGGS - Associate | 16.00 Hrs | 425/hr | $ 6,800.00 |
| MARK  . THEBY - Paralegal | 5.00 Hrs | 195/hr | $ 975.00 |
| DANIELLE E. COLLINS - Paralegal | 0.50 Hrs | 145/hr | $ 72.50 |
| | 55.60 Hrs | | $ 27,109.50 |

## DISBURSEMENTS
Through June 30, 2006

| | |
|---|---|
| Duplication Services | $ 129.30 |
| Meals & Entertainment | $ 167.55 |
| Miscellaneous | $ 561.00 |
| Postage | $ 3.66 |
| Research Services | $ 0.80 |
| Shipping | $ 112.54 |
| Sprint Telecom | $ 8.41 |
| Travel | $ 1,398.95 |

TOTAL DISBURSEMENTS THIS MATTER          $ 2,382.21

Re:    BANKRUPTCY ADMINISTRATION

File Number 013580-00005

Through June 30, 2006

| | | | |
|---|---|---|---|
| 06/12/06 | SAH | Analyze modification to interim fee orders. | 0.50 Hrs |
| 06/12/06 | SAH | Revise monthly bill. | 0.50 Hrs |
| 06/12/06 | SAH | Confer with CJR regarding changes to draft motion to dismiss and begin revising draft. | 2.30 Hrs |
| 06/15/06 | LAH | Telephone call from Skadden regarding March and April fee filings. | 0.10 Hrs |
| 06/15/06 | LAH | Discuss changes to fee filings with SAH. | 0.20 Hrs |
| 06/15/06 | SAH | Review Delphi orders. | 0.70 Hrs |
| 06/15/06 | SAH | Prepare amended fee statements. | 1.00 Hrs |
| 06/20/06 | SAH | Review and revise monthly bill to conform to bankruptcy court orders. | 0.50 Hrs |
| 06/22/06 | SAH | Revise monthly bill to conform with court orders. | 0.20 Hrs |
| 06/22/06 | SAH | Analyze issues relating to amended notice of filing of fee | 0.40 Hrs |

# GROOM LAW GROUP, CHARTERED

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

| | | | | |
|---|---|---|---|---|
| | | application and service if same. | | |
| 06/23/06 | SAH | Prepare amended notices regarding fee application. | 0.80 Hrs | |
| 06/27/06 | SAH | Prepare monthly bills. | 0.70 Hrs | |
| 06/27/06 | SAH | Review fee summary charts with accounting personnel. | 0.60 Hrs | |
| 06/28/06 | SAH | Finalize May bill to conform with bankruptcy order. | 0.50 Hrs | |
| 06/29/06 | SAH | Analyze Fee Protocol and Fee Committee memorandum. | 1.50 Hrs | |

$ 4,402.50

| | | | |
|---|---|---|---|
| LONIE A. HASSEL - Principal | 0.30 Hrs | 565/hr | $ 169.50 |
| SARAH A. HUCK - Associate | 10.20 Hrs | 415/hr | $ 4,233.00 |
| | 10.50 Hrs | | $ 4,402.50 |

DISBURSEMENTS
Through June 30, 2006

| | |
|---|---|
| Duplication Services | $ 0.45 |
| Shipping | $ 148.71 |

TOTAL DISBURSEMENTS THIS MATTER                 $ 149.16

Re:   QUALIFIED PLANS

File Number 013580-02000

Through June 30, 2006

$ 650.00

| | |
|---|---|
| TOTAL FEES | $ 31,512.00 |
| FEES DISCOUNTED UNDER BILLING ARRANGEMENT | $ - 3,151.20 |
| TOTAL DISBURSEMENTS | $ 3,181.37 |
| TOTAL DUE THIS STATEMENT | $ 31,542.17 |

PREVIOUS BILLS OUTSTANDING

| | | |
|---|---|---|
| 10027562 | 11/10/05 | 5,360.31 |
| 10028076 | 12/9/05 | 10,497.06 |
| 10028570 | 1/11/06 | 2,866.95 |
| 10029062 | 2/13/06 | 6,775.74 |
| 10029490 | 3/13/06 | 11,315.16 |
| 10029913 | 04/25/06 | 14,694.93 |
| 10030673 | 05/24/06 | 8,820.81 |
| 10031122 | 06/16/06 | 73,951.52 |

## CROOM LAW GROUP, CHARTERED
**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006**
FEI #52-1219029

DELPHI CORPORATION

TOTAL A/R              $ 134,282.48

                                 TOTAL DUE          $ 165,824.65

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone:    (202) 857-0620
Facsimile:    (202) 659-4503
Special Employee Benefits Counsel for Debtors


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :
In re:                                               :
                                                     :          Chapter 11
DELPHI CORPORATION, et al.,                          :          Case No. 05-44481 (RDD)
                                                     :
          Debtors.                                   :          Jointly Administered
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


### SUMMARY OF PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED BY GROOM LAW GROUP, CHARTERED, SPECIAL EMPLOYEE BENEFITS COUNSEL FOR THE DEBTORS, FOR THE PERIOD FROM JUNE 1, 2006 THROUGH JUNE 30, 2006

By Order dated November 4, 2005, the Bankruptcy Court authorized the employment

and retention of Groom Law Group, Chartered ("Groom") as special employee benefits counsel

to Debtors in the above-captioned action. Pursuant to that Order and in accordance with the

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Committee

Members in the above-captioned action, Groom hereby provides certain summary information

regarding the professional services provided to Debtors by Groom for the period June 1, 2006

through and including June 30, 2006 (the "Compensation Period"). Additional detailed

information regarding the professional services rendered and disbursements incurred is contained

in the attached fee statements for the Compensation Period.

## BRIEF DESCRIPTION OF PROFESSIONAL SERVICES RENDERED

The following is a summary of the professional services rendered by Groom during the Compensation Period.  This summary is organized in accordance with Groom's internal system of project or work codes.

▪    **0004 – Debtor Representation:**  During the Compensation Period, Groom provided Debtors with analysis and advice regarding plan contribution and funding, the 1113/1114 motion, PBGC liens, and severance plan matters, among other issues.

▪    **0005 – Bankruptcy Administration:**  During the Compensation Period, Groom professionals ensured compliance with the Bankruptcy Court's rules, orders and procedures, as well as applicable sections of the Bankruptcy Code and applicable Bankruptcy Rules, in conjunction with its retention as special employee benefits counsel to Debtors.

### SERVICES RENDERED BY GROOM LAW GROUP, CHARTERED
### COMMENCING JUNE 1, 2006 THROUGH JUNE 30, 2006

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Gary M. Ford | 1977 | $735 | .30 | 220.50 |
| Lonie A. Hassel | 1980 | $565 | 31.00 | 17,515.00 |
| William M. Evans | 1986 | $550 | 2.50 | 1,375.00 |
| Mark L. Lofgren | 1992 | $550 | .30 | 165.00 |
| John F. McGuiness | 1993 | $520 | .30 | 156.00 |
| | | **TOTAL PARTNERS** | **34.40** | **$19,431.50** |
| | | | | |
| **ASSOCIATES** | | | | |
| Anna A. Driggs | 2000 | $425 | 16.00 | 6,800.00 |
| Sarah A. Huck | 2000 | $415 | 10.20 | 4,233.00 |
| | | **TOTAL ASSOCIATES** | **26.20** | **$11,033.00** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Mark Theby | N/A | $195 | 5.00 | 975.00 |
| Danielle E. Collins | N/A | $145 | .80 | 72.50 |
| | **TOTAL PARA- PROFESSIONALS** | | **5.80** | **$1,047.50** |
| | | | | |
| | | **TOTAL** | 66.10 | **$31,512.00** |
| | **TOTAL FEES AFTER 10% DISCOUNT** | | | **$28,360.80** |
| | **80% OF FEES AFTER DISCOUNT** | | | **$22,688.64** |

ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY
GROOM LAW GROUP, CHARTERED
COMMENCING JUNE 1, 2006 THROUGH JUNE 30, 2006

| Disbursements | Amount |
|---|---|
| MEALS & ENTERTAINMENT | 167.55 |
| DUPLICATION | 129.75 |
| SHIPPING | 261.25 |
| RESEARCH SERVICES | .80 |
| POSTAGE | 3.66 |
| TELEPHONE (SPRINT TELECOM) | 8.41 |
| TRAVEL | 1,398.95 |
| MISCELLANEOUS | 561.00 |
| QUALIFIED PLANS | 650.00 |
| **TOTAL** | **$3,181.37** |

SUMMARY OF SERVICES BY MATTER CODE
FOR SERVICES RENDERED COMMENCING JUNE 1, 2006 THROUGH JUNE 30, 2006

| MATTER CODE | DESCRIPTION | HOURS | AMOUNT | AMOUNT LESS 10% DISCOUNT |
|---|---|---|---|---|
| 00004 | Debtor Representation | 55.60 | 27,109.50 | 24,398.55 |
| 00005 | Bankruptcy Administration | 10.50 | 4,402.50 | 3,962.25 |
| **TOTAL** | | **66.10** | **$31,512.00** | **$28,360.80** |

3



# Travel Expense Statement

| TRAVELER: | DATE(S) OF TRAVEL: |
|---|---|
| Lonie A. Hassel | June 2, 2006 |

| TRAVEL TO: | TRAVEL FROM: | CLIENT/MATTER NO.: |
|---|---|---|
| New York, NY | Reagan National | 13580-4 |

| REASON FOR TRAVEL: | BUSINESS TEAM: |
|---|---|
| Attend Delphi 1113/1114 hearing | Litigation |

**EXPENSES INCURRED DIRECTLY BY TRAVELER**          Attach receipt if $25.00 or more.

| Date | Description of Expense | Transportation | Lodging | Client Meals and Entertainment* | Personal Meals | Misc. |
|---|---|---|---|---|---|---|
| 6/2/06 | Airfare | 628.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/2/06 | Taxi to Courthouse | 46.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/2/06 | Tip for car | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/2/06 | Parking at DCA | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EXPENSE TOTALS | | $ 684.60 | $ 0.00 | $ 0.00 | $ 0.00 | $ 15.00 |

\* **Meals and Entertainment Expense Statements required for client meals and entertainment expenses.**

$ 699.60

## FOR NON-CLIENT CHARGEABLE EXPENSES

Guidelines for Principals
- $201 to $2000: Approval by Practice Group Leader Coordinator ("PGLC")
- Over $2000: EC Majority Concurrence
  PGLC _____
  EC Concurrence _____

Guidelines for Non-Principals
- Up to $200: Approval by a Principal
- $201 to $2000: Approval by a Principal and PGLC
- Over $2000: EC Majority Concurrence
  Principal Approval _____
  PGLC _____
  EC Concurrence _____

I hereby certify that the foregoing expenses were incurred by me.

SIGNATURE: _____          DATE: 6/6/06

**Hassel, Lonie**

| | |
|---|---|
| **From:** | US Airways [reservations@myusairways.com] |
| **Sent:** | Sunday, June 04, 2006 8:21 PM |
| **To:** | Hassel, Lonie |
| **Subject:** | US Airways Travel Confirmation |



## US AIRWAYS — Travel Confirmation
### Fly with US.

**Save Airport Time:**
- Web Check-in
- Airport Kiosk
- Baggage Policies
- International Travel

**Quick Links:**
- Purchase Tickets
- Car Reservation
- Hotel Reservation
- Travel Protection

**Dividend Miles:**
- Enroll
- View My Account
- Preferred Program
- Earn More Miles
- Use My Miles
- Purchase/Gift Miles
- Program Details
- Credit Cards
- Star Alliance
- US Airways Club
- Upgrades



## Travel Confirmation: VAEOH3

Thank you for flying US Airways. Your purchase is now complete and your reservation has been electronically ticketed. No paper tickets will be sent. For customer assistance, please call 800-428-4322.

| CONFIRMATION | VAEOH3 |
|---|---|
| Date Issued | 06/04/06 at 05:13 PM |
| Form of Payment | American Express ***********1008 |
| Grand Total | $628.60 |



FREE UPGRADE plus 1,000 miles! GO AVIS

**Cancellation/Interruption Protection**
Access America can help protect you from losing prepaid deposits and paying additional expenses caused by unexpected cancellations or trip interruptions. Put your mind at ease - buy your coverage now!

### Passenger Information

| Party of 1 | Dividend Miles # | Ticket # | Seat # |
|---|---|---|---|
| LONIE HASSEL | 700K6P6 | 40121788959000 | **, ** |

### Special Needs

| Passenger | Special Needs |
|---|---|
| | |

### Flight Itinerary

| Depart | Flight # | From | To | Arrive | Details |
|---|---|---|---|---|---|
| 07:00 AM Mon, Jun 05 | 2160 | Washington, DC (Reagan) Airbus A319 | New York, NY (Laguardia) | 08:05 AM Mon, Jun 05 | Meal: Snack Class: Coach |
| 05:00 PM Mon, Jun 05 | 2183 | New York, NY (Laguardia) Airbus A319 | Washington, DC (Reagan) | 06:10 PM Mon, Jun 05 | Meal: None Class: Coach |

| | |
|---|---|
| 1 Passenger(s) | |
| Fare | $565.58 |
| Taxes & Fees | $63.02 |
| **Grand Total** | **$628.60** |

LANCE BURTON MASTER MAGICIAN APPERING ONLY at Monte Carlo LAS VEGAS



REAGAN NATIONAL
AIRPORT

For Questions or Comments: 703/417-4300

Entrance: 05:49 06/05/06 Lane # 06
Exit   : 14:17 06/05/06 Lane # 35

License Plate VA JZL2521

Cashier : 010          Seq # 0489

Length of stay  0/000 08h. 28min.

Amount Paid  $ 15.00 Cash

*****  Thank You for Flying  *****
***** Reagan National Airport *****

```
MED #          9K79
06/05/06 TR 7764
START  END MILES
08:00 08:39 15.5
FARE :  $   34.50
EXTRA:  $    0.00
TOTAL:  $   34.50
   THANKS
TO CONTACT TLC
DIAL 3-1-1
```

+ toll + tip = 46.00



# GROOM LAW GROUP

# Travel Expense Statement



| TRAVELER: | DATE(S) OF TRAVEL: |
|---|---|
| Lonie A. Hassel | June 5, 2006 |

| TRAVEL TO: | TRAVEL FROM: | CLIENT/MATTER NO.: |
|---|---|---|
| New York, NY | Reagan National | 13580-4 |

| REASON FOR TRAVEL: | BUSINESS TEAM: |
|---|---|
| Attend Delphi 1113/1114 hearing | Litigation |

**EXPENSES INCURRED DIRECTLY BY TRAVELER**          Attach receipt if $25.00 or more.

| Date | Description of Expense | Transportation | Lodging | Client Meals and Entertainment* | Personal Meals | Misc. |
|---|---|---|---|---|---|---|
| 6/5/06 | Airfare | 628.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/5/06 | Taxi to Courthouse | 46.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/5/06 | Tip for dial car | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6/5/06 | Parking at DCA | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 6/5/06 | Lunch | 0.00 | 0.00 | 0.00 | 4.75 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EXPENSE TOTALS | | $ 684.60 | $ 0.00 | $ 0.00 | $ 4.75 | $ 15.00 |

**\* Meals and Entertainment Expense Statements required for client meals and entertainment expenses.**          | $ 699.35 |

### FOR NON-CLIENT CHARGEABLE EXPENSES

Guidelines for Principals
- $201 to $2000: Approval by Practice Group Leader Coordinator ("PGLC")
- Over $2000: EC Majority Concurrence
  PGLC          _____
  EC Concurrence          _____

Guidelines for Non-Principals
- Up to $200: Approval by a Principal
- $201 to $2000: Approval by a Principal and PGLC
- Over $2000: EC Majority Concurrence
  Principal Approval          _____
  PGLC          _____
  EC Concurrence          _____

I hereby certify that the foregoing expenses were incurred by me.

SIGNATURE: _____          DATE: 6/6/06

# ☰ U·S AIRWAYS

## Confirmation

Thank you for making your reservation on usairways.com. Your new reservation is now complete and your reservation has been electronically ticketed. No paper tickets will be sent.

| | |
|---|---|
| **Confirmation** | **1YMTL0** |
| **Date Issued** | 6/1/2006 |
| **Form of Payment** | AMEX ****-****-***1-008 |
| **Amount** | $628.60 |

### Passenger Information

| **Party of (1)** | **Frequent Flyer #** | **Ticket #** | **Seats** |
|---|---|---|---|
| LONIE HASSEL | 700K6P6 | 40121787528605 | **, ** |

If you have selected an exit row, please view Emergency exit row/Airport check in kiosk notice

### Contact Information

| **Contact Name** | **Day Phone** | **Destination Phone** |
|---|---|---|
| LONIE HASSEL | (703) 548-5345 | (703) 732-3688 |

### Itinerary and Fare Information

| Depart | Arrive | Flight # and Details | | |
|---|---|---|---|---|
| **7:00 AM 02 Jun 2006** | **8:04 AM 02 Jun 2006** | **Flight:** 2160 | Airbus A319 | **Meal:** Snack |
| Washington, DC (Reagan) | New York, NY (Laguardia) | **Class:** Coach | **On-Time:** 90-100% | **Travel Time:** 1 h 4 m |

| Return | Arrive | Flight # and Details | | |
|---|---|---|---|---|
| **8:00 PM 02 Jun 2006** | **9:07 PM 02 Jun 2006** | **Flight:** 2189 | Airbus A319 | **Meal:** None |
| New York, NY (Laguardia) | Washington, DC (Reagan) | **Class:** Coach | **On-Time:** 80-90% | **Travel Time:** 1 h 7 m |

| Summary (1 Passenger) | |
|---|---|
| Base Fare | $608.00 |
| Taxes and Fees | $20.60 |
| **Grand Total**  Hide Details | **$628.60** |

| **Passenger Type** | **Adult** |
|---|---|
| Base Fare | |
| DCA to LGA - Fare Basis U | $282.79 |
| LGA to DCA - Fare Basis U | $282.79 |
| Adjusted Base Fare | $565.58 |
| Tax: US Domestic Percentage | $42.42 |
| **Fare** | **$608.00** |
| Tax: US Domestic Segment | $6.60 |
| Fee: US Passenger Facility Charge | $9.00 |
| September 11 Security Fee | $5.00 |
| **Total Per Passenger** | **$628.60** |
| Number of Passengers | 1 |
| **Total by Passenger Type** | **$628.60** |

## Terms and Conditions

* Ticket is non-transferable.

```
MED #          2B28
06/02/06 TR 5077
START  END MILES
08:23 08:57  16.0
FARE :  $   35.30
EXTRA:  $    0.00
TOTAL:  $   35.30
        THANKS
   TO CONTACT TLC
   DIAL 3-1-1 %#
```

+toll and tip =
46.00

```
REAGAN NATIONAL
    AIRPORT
For Questions or Comments: (703)417-4300
  Entrance: 06:01 06/02/06 Lane # 06
  Exit  : 19:21 06/02/06 Lane # 02
  License Plate VA JZL2521
  Cashier : 051          Seq. # 0721
  Length of stay 0/000 13h. 20m.
  Amount paid  $  15.00 Cash
    *****  Thank You for Flying  *****
    ***** Reagan National Airport *****
```

June 2, 2006  Delphi 1113/1114 hearing
Travel to New York
plane: 628.60
cab to courthouse: 46.00
tip for dial car: 10.00
parking at National: 15.00


June 5, 2006  Delphi 1113/1114 hearing
Travel to New York
plane: 628.60
cab to courthouse: 46.00
tip for dial car: 5.00
parking at Nat'l: 15.00
lunch: 4.75

 

**La PRIMA Via Cucina**

**Invoice #:** 6060738
**Date:** 5/2/2006
**Cust Billing Ref:** 371257

Lafayette Center
Phone  (202) 463-4221
Fax  (202) 463-0210

**Delivery:** Tue 05/02/06
# of Guests: 9
11:00 - 11:15 AM

**Type:** Delivery
**Utensils:** Disposable
**Taken By:** Jason Meck
**Taken On:** 05/01/06
3:45 PM
**Ordered By:** Sheron Fletcher
**Phone:** 202-861-5419

| Quantity | Item # | Description | | Price | Amount |
|---|---|---|---|---|---|
| 9 | 4010 | Masterpiece #1 | | $11.99 | $107.91 |
| 9 | 2010 | Sandwich Tray | DRY!! | $0.00 | $0.00 |
| 9 | 7010 | Sweet Tooth | | $0.00 | $0.00 |
| 9 | LS102 | Field Greens | | $0.00 | $0.00 |
| 1 | 1091 | Fruit Tray - small | | $29.99 | $29.99 |

13580-4 ✓ A 5/2/06

Celebrate Cinco De Mayo With An Appetizer Party!! Ask Craig Or Jason For Ideas

**Deliver To:** Sheron Fletcher
**Company:** Groom Law
**Address:** 1701 Penn Ave NW (Loading Dock in Back)

City/State/Zip: Washington, DC 10022
Phone: 202-861-5419

**On Account**

| Subtotal: | $137.90 |
|---|---|
| Delivery: | $12.50 |
| Tax: | $14.51 |

| Total: | $164.91 |
|---|---|
| Payments: | $0.00 |
| Balance Due: | $164.91 |

**Bill To:**
**Company:** Osmio
**Address:** 437 Madison Ave 33rd fl
City/State/Zip: New York, NY 10022

**Customer PO Nbr:**
**Credit Card Auth. Nbr:**

**Customer #:** 100215

**Received By:**
Person: _____ Company: _____ P.O.#: _____

Terms: Net 10 Days  **PLEASE PAY FROM THIS INVOICE**  Finance Charge: 1.5% Per Month
Make checks payable to 1001 Restaurant Corp.
Please return the remittance copy with your payment to:
1001 Restaurant Corp., 5105 Berwyn Rd. Ste 101, College Park MD 20740
(301) 220-1001, FAX (301) 220-4489

100215

Remittance Copy
Page 1 of 1

**6060738**

# GROOM LAW GROUP

Lonie A. Hassel
(202) 861-6634
lah@groom.com

August 30, 2006

**VIA FEDERAL EXPRESS**

David Sherbin, General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098

> Re:    Statement for Professional Services Rendered During
>          the Period Ending July 31, 2006

Dear Mr. Sherbin:

Enclosed is our statement for professional services rendered to Delphi Corporation ("Delphi") from July 1, 2006 through July 31, 2006.  Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees ($38,175.12) and 100% of the expenses ($1,340.59) in this monthly statement to which no objection has been served in accordance with paragraph 2(d) of the Order.

I would be happy to discuss any questions you may have about the bill.

Sincerely,

Lonie A. Hassel

Enclosures

cc:    John Wm. Butler, Jr., Esq.
       Alicia M. Leonhard, Esq.
       Robert J. Rosenberg, Esq.
       Marissa Wesley, Esq.
       Marlane Melican, Esq.
       Bonnie Steingart, Esq.
       John Sheehan, Esq.
       Valeria Venable

O:\LAH\BILLS\DELPHI AUTOMOTIVE SYSTEMS.DOC

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone:    (202) 857-0620
Facsimile:    (202) 659-4503
Special Employee Benefits Counsel for Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
In re:                              :
                                    :        Chapter 11
DELPHI CORPORATION, et al.,         :        Case No. 05-44481 (RDD)
                                    :
        Debtors.                    :        Jointly Administered
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

## SUMMARY OF PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED BY GROOM LAW GROUP, CHARTERED, SPECIAL EMPLOYEE BENEFITS COUNSEL FOR THE DEBTORS, FOR THE PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006

By Order dated November 4, 2005, the Bankruptcy Court authorized the employment

and retention of Groom Law Group, Chartered ("Groom") as special employee benefits counsel

to Debtors in the above-captioned action. Pursuant to that Order and in accordance with the

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Committee

Members in the above-captioned action, Groom hereby provides certain summary information

regarding the professional services provided to Debtors by Groom for the period July 1, 2006

through and including July 31, 2006 (the "Compensation Period"). Additional detailed

information regarding the professional services rendered and disbursements incurred is contained

in the attached fee statements for the Compensation Period.

## BRIEF DESCRIPTION OF PROFESSIONAL SERVICES RENDERED

The following is a summary of the professional services rendered by Groom during the Compensation Period. This summary is organized in accordance with Groom's internal system of project or work codes.

- **0004 – Debtor Representation:** During the Compensation Period, Groom provided Debtors with analysis and advice regarding plan contribution and funding, the 1113/1114 motion, PBGC liens, and pension liability matters, among other issues.

- **0005 – Bankruptcy Administration:** During the Compensation Period, Groom professionals ensured compliance with the Bankruptcy Court's rules, orders and procedures, as well as applicable sections of the Bankruptcy Code and applicable Bankruptcy Rules, in conjunction with its retention as special employee benefits counsel to Debtors.

### SERVICES RENDERED BY GROOM LAW GROUP, CHARTERED
### COMMENCING JULY 1, 2006 THROUGH JULY 31, 2006

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------|------|------|------|
| **PARTNERS** | | | | |
| Gary M. Ford | 1977 | $735 | .30 | 220.50 |
| Lonie A. Hassel | 1980 | $565 | 45.30 | 25,594.50 |
| Thomas S. Gigot | 1984 | $565 | 5.40 | 3,051.00 |
| William M. Evans | 1986 | $550 | 21.00 | 11,550.00 |
| Brigen L. Winters | 1994 | $530 | .50 | 265.00 |
| **TOTAL PARTNERS** | | | **72.50** | **$40,681.00** |
| | | | | |
| **ASSOCIATES** | | | | |
| Christy A. Tinnes | 1998 | $460 | 4.30 | 1,978.00 |
| Sarah A. Huck | 2000 | $415 | 13.70 | 5,685.50 |
| Christina M. Crockett | 2004 | $285 | 15.90 | 4,531.50 |
| **TOTAL ASSOCIATES** | | | **33.90** | **$12,195.00** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Danielle E. Collins | N/A | $145 | 1.00 | 145.00 |
| **TOTAL PARA- PROFESSIONALS** | | | **1.00** | **$145.00** |
| | | | | |
| **TOTAL** | | | **107.40** | **$53,021.00** |
| **TOTAL FEES AFTER 10% DISCOUNT** | | | | **$47,718.90** |
| **80% OF FEES AFTER DISCOUNT** | | | | **$38,175.12** |

ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY
GROOM LAW GROUP, CHARTERED
COMMENCING JULY 1, 2006 THROUGH JULY 31, 2006

| Disbursements | Amount |
|---|---|
| OUTSIDE OFFICE TELEPHONE | 6.18 |
| DUPLICATION | 54.30 |
| SHIPPING | 192.00 |
| RESEARCH SERVICES | 20.95 |
| CAB | 25.50 |
| TELEPHONE (SPRINT TELECOM) | 6.94 |
| TRAVEL | 384.72 |
| QUALIFIED PLANS | 650.00 |
| **TOTAL** | **$1,340.59** |

SUMMARY OF SERVICES BY MATTER CODE
FOR SERVICES RENDERED COMMENCING
JULY 1, 2006 THROUGH JULY 31, 2006

| MATTER CODE | DESCRIPTION | HOURS | AMOUNT | AMOUNT LESS 10% DISCOUNT |
|---|---|---|---|---|
| 00004 | Debtor Representation | 93.20 | 47,053.00 | 42,347.70 |
| 00005 | Bankruptcy Administration | 14.20 | 5,968.00 | 5,371.20 |
| **TOTAL** | | **107.40** | **$53,021.00** | **$47,718.90** |

H:\013580\00005\JULY FEE SUMMARY.DOC

# GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006-5811**
FEI #52-1219029

August 25, 2006

Bill Number 10032122
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Professional services rendered for the period ending July 31, 2006.

| | | |
|---|---:|---:|
| DEBTOR REPRESENTATION | $ 47,053.00 | |
| Less 10 Percent | $ -4,705.30 | |
| BANKRUPTCY ADMINISTRATION | $ 5,968.00 | |
| Less 10 Percent | $ -596.80 | |
| Total Fees | | $ 47,718.90 |
| | | |
| DEBTOR REPRESENTATION | $ 690.59 | |
| QUALIFIED PLANS | $ 650.00 | |
| Total Disbursements | | $ 1,340.59 |
| Total | | $ 49,059.49 |

| Payment may be made by wire transfer or ACH to: | Remittance address: |
|---|---|
| Groom Law Group, Chartered<br>PNC Financial Services Group, Inc.<br>Washington, D.C.  20006<br>ABA Transit Number 054000030 (ACH)<br>ABA Transit Number 031000053 (WIRE)<br>Account Number 5300759951 | Groom Law Group, Chartered<br>Department # 0589<br>Washington, DC  20073-0589 |

# GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C. 20006**
FEI #52-1219029

August 25, 2006

Bill Number 10032122
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

FOR PROFESSIONAL SERVICES

Re:   DEBTOR REPRESENTATION

File Number 013580-00004

Through July 31, 2006

| | | | |
|---|---|---|---|
| 07/03/06 | WME | B200.B220 - 103 Prepare memo re: salaried plan supplements. | 2.00 Hrs |
| 07/05/06 | LAH | B200.B220 - 106 Communicate (with client): E-mails from and to F. Kuplicki regarding Forms 200. | 0.10 Hrs |
| 07/05/06 | LAH | B200.B220 - 106 Communicate (with client): E-mails from and to N. Hennessy regarding PBGC Forms 200. | 0.10 Hrs |
| 07/05/06 | LAH | B200.B220 - 102 Research: Research regarding PBGC Forms 200 for independent fiduciary. | 0.10 Hrs |
| 07/05/06 | WME | B200.B220 - 103 Prepare memo re: salaried plan supplements. | 6.00 Hrs |
| 07/06/06 | LAH | B200.B220 - 106 Communicate (with client): E-mails from and to F. Kuplicki regarding COBRA issues. | 0.20 Hrs |
| 07/06/06 | CAT | B200.B220 - 104 Review COBRA chart. | 0.80 Hrs |
| 07/07/06 | LAH | B400.B410 - 104 Review/analyze: Review and analyze COBRA chart, issues. | 1.80 Hrs |
| 07/07/06 | LAH | B200.B220 - 106 Communicate (with client): Telephone call with F. Kuplicki, CAT regarding COBRA chart, issues. | 1.00 Hrs |
| 07/07/06 | CAT | B200.B220 - 104 Review COBRA issues and chart. | 2.00 Hrs |
| 07/07/06 | CAT | B200.B220 - 106 Communicate (with client) conference call with LAH and F. Kuplicki re: COBRA issues and chart. | 1.00 Hrs |
| 07/07/06 | CAT | B200.B220 - 104 Review revised chart. | 0.50 Hrs |
| 07/10/06 | WME | B200.B220 - 103 Draft/revise - Prepare memo re: Salaried Plan benefits. | 7.50 Hrs |
| 07/11/06 | WME | B200.B220 - 103 Draft/revise - Prepare memo re: Salaried Plan benefits (and email draft to K. Cobb). | 5.50 Hrs |
| 07/13/06 | LAH | B400.B410 - 106 Communicate (with client): E-mails from and to J. Sheehan, K. Marafioti, F. Kuplicki regarding independent fiduciary request, PBGC information request. | 0.20 Hrs |
| 07/13/06 | LAH | B400.B410 - 104 Review/analyze: Review/analyze PBGC information request. | 0.20 Hrs |
| 07/14/06 | LAH | B400.B410 - 107 Communicate (other outside counsel): Conference call with Skadden, O'Melveny, B. Sax regarding 1113/1114 issues. | 1.70 Hrs |
| 07/17/06 | LAH | B200.B220 - 102 Research: Research regarding reportable event issues. | 0.30 Hrs |
| 07/17/06 | LAH | B200.B220 - 103 Draft/revise: Draft/revise memorandum | 1.50 Hrs |

# GROOM LAW GROUP, CHARTERED
**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C. 20006**
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| | | regarding pension liability issue. | |
| 07/17/06 | LAH | B200.B220 - 106 Communicate (with client): Telephone call with F. Kuplicki regarding pension plan issue. | 0.50 Hrs |
| 07/17/06 | LAH | B200.B220 - 103 Draft/revise: Draft/revise bench memorandum regarding pension plan issue. | 0.50 Hrs |
| 07/17/06 | LAH | B200.B220 - 107 Communicate (other outside counsel): Telephone call from M. Perl (Skadden) regarding excise tax issue. | 0.20 Hrs |
| 07/17/06 | CMC | B400.B410 - 105 Communicate (in firm) with LAH re: pension plan liability research. | 0.30 Hrs |
| 07/17/06 | CMC | B400.B410 - 102 Research and review ERISA pension plan liability issue. | 0.30 Hrs |
| 07/18/06 | LAH | B200.B220 - 104 Review/analyze:  Review proposed stipulation from FCI. | 0.30 Hrs |
| 07/18/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise language regarding excise tax. | 0.50 Hrs |
| 07/18/06 | TSG | B100.B110 - A103:  Review and revise bench memorandum re: pension issue. | 0.50 Hrs |
| 07/18/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze DIP facility checklist regarding benefit issues. | 0.70 Hrs |
| 07/18/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with F. Kuplicki regarding DIP checklist, reportable events. | 0.30 Hrs |
| 07/19/06 | TSG | B100.B110 - A106 Communicate (with client):  Conference call with co-counsel re: contribution issue. | 2.00 Hrs |
| 07/19/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise bench memorandum regarding pension issue. | 0.80 Hrs |
| 07/19/06 | CMC | B400.B410 - 102 Research regulations, regulation preambles, PBGC materials, applicable commentary re: pension plan liability issue. | 2.00 Hrs |
| 07/19/06 | CMC | B400.B410 - 102 Research committee reports, House and Senate documents, and various legislative history databases re: pension plan liability issues. | 1.90 Hrs |
| 07/20/06 | LAH | B200.220 - 107 Communicate (other outside counsel): Telephone call with M. Perl regarding contribution issues. | 1.00 Hrs |
| 07/20/06 | LAH | B200.B220 - 102 Research:  Research regarding contribution issues. | 0.50 Hrs |
| 07/20/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone calls and e-mails from and to K. Cobb regarding Form 200. | 0.30 Hrs |
| 07/20/06 | CMC | B400.B410 - 103 Draft/revise research memorandum re: pension plan liability issues. | 2.20 Hrs |
| 07/20/06 | CMC | B400.B410 - 102 Research and review Senate labor committee hearing transcripts and PBGC opinion letters on pension plan liability issues. | 3.00 Hrs |
| 07/21/06 | GMF | B400.B420 - 102 Research and review excise tax issue. | 0.30 Hrs |
| 07/21/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise bench memorandum regarding pension plan issue. | 0.30 Hrs |
| 07/21/06 | LAH | B200.B220 - 102 Research:  Research regarding section 4971 issues. | 1.70 Hrs |
| 07/21/06 | LAH | B200.B220 - 107 Communicate (other outside counsel): Telephone calls with M. Perl regarding section 4971 issues. | 0.70 Hrs |
| 07/21/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise Form 200 responses for HRP, SRP, PHI plan. | 0.70 Hrs |

# GROOM LAW GROUP, CHARTERED
**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C. 20006**
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 07/21/06 | LAH | B200.B220 - 102 Research:  Research regarding reportable event issues. | 1.00 Hrs |
| 07/21/06 | LAH | B200.B220 - 102 Research:  Research regarding plan freeze issue. | 0.30 Hrs |
| 07/21/06 | LAH | B200.B220 - 106 Communicate (with client):  E-mail and telephone call to F. Kuplicki regarding plan freeze issue. | 0.30 Hrs |
| 07/21/06 | TSG | B100.B110 - 105 Communicate (in firm):  Conference with LAH regarding § 4971 issue. | 0.50 Hrs |
| 07/21/06 | CMC | B400.B410 - 102 Research re: application of ERISA section 4062 in bankruptcy. | 2.20 Hrs |
| 07/21/06 | CMC | B400.B410 - 103 Draft/revise research memorandum re: application of ERISA section 4062 in bankruptcy. | 1.00 Hrs |
| 07/21/06 | DEC | B100.B110 - 101 - Plan and prepare for Form 200 CD filing with PBGC by downloading SEC filings. | 0.50 Hrs |
| 07/24/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise Form 200 filings. | 1.00 Hrs |
| 07/24/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise memorandum regarding pension plan liability. | 4.00 Hrs |
| 07/24/06 | LAH | B200.B220 – 102 Research re: plan liability issues. | 4.00 Hrs |
| 07/24/06 | TSG | B100.B110 - 104 Review/analyze:  Review/analyze draft memorandum on pension plan liability. | 0.40 Hrs |
| 07/24/06 | CMC | B400.B410 - 102 Research and review PBGC opinion letters and legislative history re: pension plan liability issues. | 3.00 Hrs |
| 07/24/06 | DEC | B100.B110 - 101 - Prepare documents for filing with PBGC. | 0.50 Hrs |
| 07/25/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise memorandum regarding plan funding. | 0.30 Hrs |
| 07/26/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise memorandum regarding pension plan funding issues. | 5.50 Hrs |
| 07/26/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone calls with K. Cobb regarding plan funding issue. | 0.50 Hrs |
| 07/26/06 | TSG | B100.B110 - 103 Draft/revise:  Review and revise memorandum regarding funding. | 1.00 Hrs |
| 07/27/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone calls and e-mails with K. Cobb regarding pension contribution issues. | 0.50 Hrs |
| 07/27/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone calls with F. Kuplicki regarding pension strategy issues, July 31 meeting. | 1.00 Hrs |
| 07/27/06 | LAH | B200.B220 - 103 Draft/revise: Draft/revise memoranda regarding pension plan liability, contribution issues. | 2.00 Hrs |
| 07/27/06 | TSG | B100.B110 - 103 Draft/revise:  Revise memorandum on funding and pension liability. | 1.00 Hrs |
| 07/27/06 | BLW | B200.B220 -104 Review/analyze memo re: pension reform legislation and effect on plan contribution requirements. | 0.50 Hrs |
| 07/28/06 | LAH | B200.B220 - 104 Review/analyze:  Review materials for labor strategy meeting. | 0.50 Hrs |
| 07/30/06 | LAH | B200.B220 - 104 Review/analyze:  Review House bill provisions regarding contributions to SRP, HRP. | 0.50 Hrs |
| 07/31/06 | LAH | B200.B220 - 104 Review/analyze:  Review meeting materials, House bill for strategy meeting. | 3.50 Hrs |
| 07/31/06 | LAH | B200.B220 - 109 Appear for/attend:  Attend labor strategy meeting regarding 1113/1114 issues. | 3.00 Hrs |
| 07/31/06 | LAH | B200.B220 - 106 Communicate (with client):  Discuss 1113/1114 meeting issues, next steps with F. Kuplicki. | 0.70 Hrs |

## GROOM LAW GROUP, CHARTERED
### 1701 Pennsylvania Avenue, N.W.
### Suite 1200
### Washington, D.C.  20006
### FEI #52-1219029

DELPHI CORPORATION

$ 47,053.00

| | | | |
|---|---|---|---|
| GARY M. FORD - Principal | 0.30 Hrs | 735/hr | $ 220.50 |
| THOMAS S. GIGOT - Principal | 5.40 Hrs | 565/hr | $ 3,051.00 |
| LONIE A. HASSEL - Principal | 44.80 Hrs | 565/hr | $ 25,312.00 |
| WILLIAM M. EVANS - Principal | 21.00 Hrs | 550/hr | $ 11,550.00 |
| BRIGEN L. WINTERS - Principal | 0.50 Hrs | 530/hr | $ 265.00 |
| CHRISTY A. TINNES - Associate | 4.30 Hrs | 460/hr | $ 1,978.00 |
| CHRISTINA M. CROCKETT - Associate | 15.90 Hrs | 285/hr | $ 4,531.50 |
| DANIELLE E. COLLINS - Paralegal | 1.00 Hrs | 145/hr | $ 145.00 |
| | 93.20 Hrs | | $ 47,053.00 |

DISBURSEMENTS
Through July 31, 2006

| | |
|---|---|
| Cab service | $ 25.50 |
| Duplication Services | $ 54.30 |
| Outside-Office Telephone | $ 6.18 |
| Research Services | $ 20.95 |
| Shipping | $ 192.00 |
| Sprint Telecom | $ 6.94 |
| Travel | $ 384.72 |

TOTAL DISBURSEMENTS THIS MATTER          $ 690.59

Re:    BANKRUPTCY ADMINISTRATION

File Number 013580-00005

Through July 31, 2006

| | | | |
|---|---|---|---|
| 07/10/06 | SAH | B100.B110 - 104 Review LCC requirements. | 0.40 Hrs |
| 07/12/06 | SAH | B100.B110 - 104 Review monthly bill. | 0.20 Hrs |
| 07/17/06 | SAH | B100.B110 - 104 Review/Analyze- Analyze issues relating to Fee Protocol requirements, LCC memorandums and submissions of First Fee Application. | 1.50 Hrs |
| 07/24/06 | SAH | B100.B110 - 103 Draft/Revise - Revise monthly bill in accordance with Bankruptcy Court orders and fee protocol. | 0.50 Hrs |
| 07/25/06 | SAH | B100.B110 - 103 Begin preparation of Second Interim Fee Application. | 0.80 Hrs |
| 07/26/06 | SAH | B100.B110 - 104 Review/Analyze - Finalize June bill. | 0.70 Hrs |
| 07/27/06 | SAH | B100.B110 - 101 Plan and prepare for - Prepare Second Interim Fee Application.. | 1.80 Hrs |
| 07/28/06 | LAH | B100.B160 - 103 Draft/revise:  Draft/revise 2d interim fee application. | 0.50 Hrs |
| 07/28/06 | SAH | B100.B110 - 101 Plan and prepare for - Prepare Second Interim Fee Application. | 3.80 Hrs |
| 07/31/06 | SAH | B100.B110 - 111 Other - Finalize, file and serve Second Interim | 4.00 Hrs |

# GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C. 20006**
FEI #52-1219029

DELPHI CORPORATION

Fee Application.

$ 5,968.00

| | | | |
|---|---|---|---|
| LONIE A. HASSEL - Principal | 0.50 Hrs | 565/hr | $ 282.50 |
| SARAH A. HUCK - Associate | 13.70 Hrs | 415/hr | $ 5,685.50 |
| | 14.20 Hrs | | $ 5,968.00 |

Re:   QUALIFIED PLANS

File Number 013580-02000

Through July 31, 2006

$ 650.00

| | |
|---|---|
| TOTAL FEES | $ 53,021.00 |
| FEES DISCOUNTED UNDER BILLING ARRANGEMENT | $ - 5,302.10 |
| TOTAL DISBURSEMENTS | $ 1,340.59 |
| TOTAL DUE THIS STATEMENT | $ 49,059.49 |

PREVIOUS BILLS OUTSTANDING

| | | |
|---|---|---|
| 10027562 | 11/10/05 | 2,680.16 |
| 10028076 | 12/09/05 | 5,248.53 |
| 10028570 | 1/11/06 | 1,433.48 |
| 10029062 | 2/13/06 | 3,387.87 |
| 10029490 | 3/13/06 | 5,657.58 |
| 10029913 | 04/25/06 | 7,347.47 |
| 10030673 | 05/24/06 | 4,410.41 |
| 10031122 | 06/16/06 | 6,712.36 |
| 10031614 | 07/21/06 | 31,542.17 |
| TOTAL A/R | | $ 68,420.03 |

TOTAL DUE                              $ 117,479.52



# GROOM LAW GROUP

# Travel Expense Statement

| TRAVELER:<br>Lonie A. Hassel | | DATE(S) OF TRAVEL:<br>July 31, 2006 |
|---|---|---|

| TRAVEL TO:<br>Detroit, MI | TRAVEL FROM:<br>Reagan National | CLIENT/MATTER NO.:<br>13580-4 |
|---|---|---|

| REASON FOR TRAVEL:<br>Attend Delphi 1113/1114 meeting | BUSINESS TEAM:<br>Litigation |
|---|---|

### EXPENSES INCURRED DIRECTLY BY TRAVELER
*Attach receipt if $25.00 or more.*

| Date | Description of Expense | Transportation | Lodging | Client Meals and Entertainment* | Personal Meals | Misc. |
|---|---|---|---|---|---|---|
| 7/31/06 | Airfare | 248.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/31/06 | Rental car | 121.12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/31/06 | Parking at DCA | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EXPENSE TOTALS | | $ 369.72 | $ 0.00 | $ 0.00 | $ 0.00 | $ 15.00 |

**\* Meals and Entertainment Expense Statements required for client meals and entertainment expenses.**

| $ 384.72 |
|---|

## FOR NON-CLIENT CHARGEABLE EXPENSES

Guidelines for Principals
- $201 to $2000:  Approval by Practice Group Leader Coordinator ("PGLC")
- Over $2000:  EC Majority Concurrence
  PGLC _____
  EC Concurrence _____

Guidelines for Non-Principals
- Up to $200:  Approval by a Principal
- $201 to $2000:  Approval by a Principal and PGLC
- Over $2000:  EC Majority Concurrence
  Principal Approval _____
  PGLC _____
  EC Concurrence _____

I hereby certify that the foregoing expenses were incurred by me.

SIGNATURE: _____        DATE: _8/1/06_

## Hassel, Lonie

**From:**     Northwest Airlines [webuser@lists.nwa.com]
**Sent:**     Thursday, July 27, 2006 3:36 PM
**To:**       Hassel, Lonie
**Subject:**  Northwest Airlines Trip Summary and Receipt 31JUL #L44MCE



## Trip Summary and Receipt



Thank you for choosing Northwest Airlines! Below are the flight and
E-Ticket details for your confirmed reservation.

within 24 hours of your flight.

Sign up for My NWA Info to receive check-in and flight status alerts.
Use View / Change Reservations on nwa.com before or during your trip to:
- Request or change seats for each flight on your trip.
- Update frequent flyer information in your reservation.
- View special reservation requests for this itinerary.
- Make changes to any flight in this itinerary.

| NWA Confirmation Number: | L44MCE | |
|---|---|---|
| **Passenger Name** | **E-Ticket Number** | **Frequent Flyer Number** |
| HASSEL/LONIE.A | 0122136122354 | NW220042034 |

**The following flights are confirmed:**

| Date: July 31 | Flight: NW 257 |
|---|---|
| **Departs:** Washington-Reagan National, DC (DCA) at 7:40AM | |
| **Arrives:** Detroit-Wayne County Int'l, MI (DTW) at 9:13AM | |
| **Class of Service:** Economy Class (T) | **Seat:** 06-D |
| **Flight Duration:** 1 hour 33 minutes | **Miles:** 391 |
| **Meal Service:** None | **Aircraft:** 32R |

| Date: July 31 | Flight: NW 226 |
|---|---|
| **Departs:** Detroit-Wayne County Int'l, MI (DTW) at 7:15PM | |
| **Arrives:** Washington-Reagan National, DC (DCA) at 8:40PM | |
| **Class of Service:** Economy Class (T) | **Seat:** 06-D |
| **Flight Duration:** 1 hour 25 minutes | **Miles:** 391 |
| **Meal Service:** None | **Aircraft:** 32R |

**The following E-Tickets have been issued:**
**Passenger Name:** HASSEL/LONIE.A
Receipt Information for your E-Ticket Number(s): 0122136122354
E-Ticket Issue Date: July 27, 2006

| Flight | Origin-Destination | Date | Fare Basis Code | Status |
|---|---|---|---|---|
| NW 0257 | DCA-DTW | 31Jul2006 | TR3QKN | Available |
| NW 0226 | DTW-DCA | 31Jul2006 | TR3QKN | Available |

Base Fare: USD212.09          Tax: 14.00
Tax: 15.91          Tax: 6.60          E-Ticket Total:USD248.60
Method of Payment:  American Express************1008
Fare Calculation: 7 WAS NW DTT106.05NW WAS106.04 USD212.09END NW ZPDCADTW XT
5.00AY9.00XF DCA4.5DTW4.5
Other Restrictions: NON-REFUNDABLE PENALTY FOR CHANGES

7/27/2006



**LONIE HASSEL**
VEHICLE  01598 / 8826919
CLS YD   NVL Y      07SNSX   LIC: MI  ACD5555

CDP:   00099

RES  D3570397305/WEBD   /D
PREPARED BY: 3076/MIDAP13
COMPLETED BY: 3090/MIDAP13
**RENTED: 07/31/06 09:29 @ DETROIT METROPOLITAN A/P**
**RETURN: 07/31/06 17:50 @ DETROIT METROPOLITAN A/P**

| PLAN IN: | WEBD | RATE CLASS: | D |
| PLAN OUT: | WEBD | | |

| MILEAGE IN | 3263 | TR-X MILES | |
| MILEAGE OUT | 3187 | MILES ALLOWED | |
| MILES DRIVEN | 76 | MILES CHARGED | |

| | | | | |
|---|---|---|---|---|
| DAYS | 1 @ $  64.99 / DAY | | $ | 64.99 |
| VEHICLE UPGRADE | $  11 / DY   5.50 / HR | | $ | 11.00 |
| SUBTOTAL | | | T$ | 75.99 |
| CONCESSION FEE RECOVERY | | 11.10% | T$ | 11.13 |
| LDW | DECLINED | | | |
| LIS | DECLINED | | | |
| PAI, PEC | DECLINED | | | |
| FUEL & SERVICE $  .320 PER MILE | $ 6.39 PER GAL | | T$ | 24.32 |
| VLF RECOVERY | | | T$ | .70 |
| TAX    8.000 % ON TAXABLE TTL OF $ | 112.14 | | $ | 8.98 |
| **CHARGED ON AMX** | XXXXXXXXXXX1008 | | $ | 121.12 |
| RENT FP AMX | XXXXXXXXXXX1008 | | | |

#01RN   RR 582011360
CC

REAGAN NATIONAL
AIRPORT

For Questions or Comments: (703)417-4909
Entrance 06:29 07/31/06  Lane # 12
Exit  : 20:51 07/31/06  Lane # 40
License Plate NO  321251
Cashier : 025            Sta # 7414
Length of stay  0:000 14h. 22m.
Amount Paid : $  15.00 Cash
***** Thank You for Flying *****
***** Reagan National Airport *****

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

7/31/06   Delphi 1113/1114 meeting
13580/14

plane: 248.60
rental car: 121.12
parking at DCA: 15.00

# GROOM LAW GROUP

Lonie A. Hassel
(202) 861-6634
lah@groom.com

September 28, 2006

**VIA FEDERAL EXPRESS**

David Sherbin, General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098

      Re:    Statement for Professional Services Rendered During
             the Period Ending August 31, 2006

Dear Mr. Sherbin:

Enclosed is our statement for professional services rendered to Delphi Corporation ("Delphi") from August 1, 2006 through August 31, 2006.  Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees ($20,400.84) and 100% of the expenses ($1,255.53) in this monthly statement to which no objection has been served in accordance with paragraph 2(d) of the Order.

I would be happy to discuss any questions you may have about the bill.

Sincerely,

Lonie A. Hassel

Enclosures

cc:    John Wm. Butler, Jr., Esq.
       Alicia M. Leonhard, Esq.
       Robert J. Rosenberg, Esq.
       Marissa Wesley, Esq.
       Marlane Melican, Esq.
       Bonnie Steingart, Esq.
       John Sheehan, Esq.
       Valeria Venable

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone:    (202) 857-0620
Facsimile:    (202) 659-4503
Special Employee Benefits Counsel for Debtors


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :
                                          :      Chapter 11
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 (RDD)
                                          :
        Debtors.                          :      Jointly Administered
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


### SUMMARY OF PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED BY GROOM LAW GROUP, CHARTERED, SPECIAL EMPLOYEE BENEFITS COUNSEL FOR THE DEBTORS, FOR THE PERIOD FROM AUGUST 1, 2006 THROUGH AUGUST 31, 2006

By Order dated November 4, 2005, the Bankruptcy Court authorized the employment

and retention of Groom Law Group, Chartered ("Groom") as special employee benefits counsel

to Debtors in the above-captioned action. Pursuant to that Order and in accordance with the

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Committee

Members in the above-captioned action, Groom hereby provides certain summary information

regarding the professional services provided to Debtors by Groom for the period August 1, 2006

through and including August 31, 2006 (the "Compensation Period"). Additional detailed

information regarding the professional services rendered and disbursements incurred is contained

in the attached fee statements for the Compensation Period.

## BRIEF DESCRIPTION OF PROFESSIONAL SERVICES RENDERED

The following is a summary of the professional services rendered by Groom during the

Compensation Period.  This summary is organized in accordance with Groom's internal system

of project or work codes.

- **0004 – Debtor Representation:**  During the Compensation Period, Groom
provided Debtors with analysis and advice regarding plan contribution and funding, plan
reporting and disclosure, the 1113/1114 motion, and negotiations concerning benefits,
among other issues.

- **0005 – Bankruptcy Administration:**  During the Compensation Period, Groom
professionals ensured compliance with the Bankruptcy Court's rules, orders and
procedures, as well as applicable sections of the Bankruptcy Code and applicable
Bankruptcy Rules, in conjunction with its retention as special employee benefits counsel
to Debtors.

### SERVICES RENDERED BY GROOM LAW GROUP, CHARTERED
### COMMENCING AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Louis T. Mazawey | 1975 | $665 | .20 | 133.00 |
| Lonie A. Hassel | 1980 | $565 | 35.20 | 19,888.00 |
| John F. McGuiness | 1993 | $520 | 1.30 | 676.00 |
| Christine L. Keller | 1996 | $495 | 2.00 | 990.00 |
| | **TOTAL PARTNERS** | | **38.70** | **$21,687.00** |
| | | | | |
| **COUNSEL** | | | | |
| Kendall W. Daines | 1987 | $485 | 1.50 | 727.50 |
| | **TOTAL COUNSEL** | | **1.50** | **$727.50** |
| | | | | |
| **ASSOCIATES** | | | | |
| Shannon N. Salinas | 2002 | $355 | 3.30 | 1,171.50 |
| Sarah A. Huck | 2000 | $415 | 4.40 | 1,826.00 |
| Heather E. Meade | 2005 | $285 | 7.30 | 2,080.50 |
| Christina M. Crockett | 2004 | $285 | 2.70 | 769.50 |
| | **TOTAL ASSOCIATES** | | **17.70** | **$5,847.50** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| A. Miller Cochran | N/A | $145 | .50 | 72.50 |
| **TOTAL PARA- PROFESSIONALS** | | | **.50** | **$72.50** |
| | | | | |
| | | **TOTAL** | 58.40 | $28,334.50 |
| **TOTAL FEES AFTER 10% DISCOUNT** | | | | $25,501.05 |
| **80% OF FEES AFTER DISCOUNT** | | | | $20,400.84 |

ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY
GROOM LAW GROUP, CHARTERED
COMMENCING AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| Disbursements | Amount |
|---|---|
| | |
| OUTSIDE OFFICE TELEPHONE | 59.07 |
| SHIPPING | 378.51 |
| RESEARCH SERVICES | 167.95 |
| QUALIFIED PLANS | 650.00 |
| **TOTAL** | **$1,255.53** |

SUMMARY OF SERVICES BY MATTER CODE
FOR SERVICES RENDERED COMMENCING
AUGUST 1, 2006 THROUGH AUGUST 31, 2006

| MATTER CODE | DESCRIPTION | HOURS | AMOUNT | AMOUNT LESS 10% DISCOUNT |
|---|---|---|---|---|
| 00004 | Debtor Representation | 53.50 | 26,226.00 | 23,603.40 |
| 00005 | Bankruptcy Administration | 4.90 | 2,108.50 | 1,897.65 |
| **TOTAL** | | **58.40** | **$28,334.50** | **$25,501.05** |

# ℓ ℓOOM LAW GROUP, CHARTERE⅃

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006-5811**
FEI #52-1219029

September 25, 2006

Bill Number 10032617
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Professional services rendered for the period ending August 31, 2006.

| | | |
|---|---|---|
| DEBTOR REPRESENTATION | $ 26,226.00 | |
| Less 10 Percent | $ -2,622.60 | |
| BANKRUPTCY ADMINISTRATION | $ 2,108.50 | |
| Less 10 Percent | $ -210.85 | |
| Total Fees | | $ 25,501.05 |
| | | |
| DEBTOR REPRESENTATION | $ 294.25 | |
| BANKRUPTCY ADMINISTRATION | $ 311.28 | |
| QUALIFIED PLANS | $ 650.00 | |
| Total Disbursements | | $ 1,255.53 |
| Total | | $ 26,756.58 |

| Payment may be made by wire transfer or ACH to: | Remittance address: |
|---|---|
| Groom Law Group, Chartered<br>PNC Financial Services Group, Inc.<br>Washington, D.C.  20006<br>ABA Transit Number 054000030 (ACH)<br>ABA Transit Number 031000053 (WIRE)<br>Account Number 5300759951 | Groom Law Group, Chartered<br>Department # 0589<br>Washington, DC  20073-0589 |

# C. .OOM LAW GROUP, CHARTEREⅬ

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006**
FEI #52-1219029

September 25, 2006

Bill Number 10032617
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

FOR PROFESSIONAL SERVICES

Re:    DEBTOR REPRESENTATION

File Number 013580-00004

Through August 31, 2006

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/01/06 | LAH | B200.B220 - 104 Review/analyze:  Review outline GM benefit guarantee issues for conference call. | 1.20 Hrs |
| 08/01/06 | LAH | B200.B220 - 109 Appear for/attend:  Appear for/attend conference call with A. Pasricha et al. regarding GM guarantee issues. | 1.70 Hrs |
| 08/01/06 | CMC | B400.B410 - 102 Research section 4062 issue re: pension plan. | 2.70 Hrs |
| 08/02/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze issues regarding excise tax for conference call with client, advisors. | 0.50 Hrs |
| 08/02/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with K. Cobb, J. Whitson et al. regarding excise tax issue. | 0.30 Hrs |
| 08/04/06 | LAH | B200.B220 - 107 Communicate (other outside counsel):  Join "meet and confer" telephone call regarding 1113/1114 issues. | 1.30 Hrs |
| 08/06/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze Supplemental Millstein declaration for 1113/1114 hearing. | 0.30 Hrs |
| 08/07/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze revised 113/1114 exhibits regarding attrition program. | 0.50 Hrs |
| 08/07/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze memorandum regarding legislation effect on HRP, SRP funding. | 0.50 Hrs |
| 08/07/06 | LAH | B200.B220 - 102 Research:  Research regarding 204(h) notice for proposed plan freeze. | 0.50 Hrs |
| 08/08/06 | LAH | B200.B220 - 106 Communicate (with client):  Conference call with F. Kuplicki, S. Dameron-Clark, T. Jerman regarding OPEB and pension funding issues for 1113/1114 hearing. | 1.00 Hrs |
| 08/08/06 | KWD | B100.B110 - 104 Review/analyze - review 204(h) notice for compliance with legal requirements. | 1.50 Hrs |
| 08/09/06 | LAH | B200.B220 - 106 Communicate (with client):  E-mail to F. Kuplicki regarding section 204(h) analysis. | 0.50 Hrs |
| 08/09/06 | LAH | B200.B220 - 102 Research:  Research regarding reportable event issues. | 0.50 Hrs |
| 08/09/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise reportable event documents. | 0.50 Hrs |
| 08/09/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with F. Kuplicki et al. regarding OPEB arguments for 1113/1114 hearing. | 1.20 Hrs |

( OOM LAW GROUP, CHARTERE.
**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C. 20006**
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 08/09/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise bench memorandum regarding pension plan issues. | 0.80 Hrs |
| 08/09/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with F. Kuplicki regarding benefit payment issues, 1113/1114 exhibits. | 0.50 Hrs |
| 08/09/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze funding waiver issues. | 0.50 Hrs |
| 08/09/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise e-mail note to T. Jerman regarding funding waiver issues. | 0.50 Hrs |
| 08/10/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise supplemental declaration of K. Williams for 1113/1114 hearing. | 2.00 Hrs |
| 08/10/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise bench memorandum regarding pension plan for 1113/1114 hearing. | 0.70 Hrs |
| 08/10/06 | LAH | B200.B220 - 107 Communicate (other outside counsel):  E-mails from and to L. Wilson regarding 1113/1114 documents. | 0.30 Hrs |
| 08/10/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze documents in preparation for 1113/1114 hearing. | 0.30 Hrs |
| 08/14/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise Form 10 filing for PHI Bargaining Plan. | 0.50 Hrs |
| 08/14/06 | LAH | B200.B220 - 108 Communicate (other external):  Telephone call and e-mails with PHI plan actuary regarding contribution information. | 0.30 Hrs |
| 08/14/06 | LAH | B200.B220 - 107 Communicate (other outside counsel):  Prepare for telephone call regarding 1113/1114 hearing. | 1.30 Hrs |
| 08/14/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise bench memorandum regarding plan termination for 1113/1114 hearing. | 0.50 Hrs |
| 08/14/06 | AMC | B200.B220 - 104 Cite check bench memorandum. | 0.50 Hrs |
| 08/16/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise bench memorandum regarding plan termination. | 1.00 Hrs |
| 08/16/06 | LAH | B200.B220 - 108 Communicate (other external):  Telephone call to C. Thrower regarding actuarial issues regarding pension, OPEB. | 0.30 Hrs |
| 08/16/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze pension and OPEB issues for 1113/1114 hearing. | 2.00 Hrs |
| 08/17/06 | LAH | B200.B220 - 107 Communicate (other outside counsel):  E-mails from Skadden et al. regarding 1113/1114 hearing. | 0.30 Hrs |
| 08/18/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze e-mail from C. Thrower regarding OPEB, pension costs. | 0.30 Hrs |
| 08/21/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze letters to retirees regarding COBRA coverage. | 0.30 Hrs |
| 08/21/06 | HEM | B100.B110 - 104 Review/analyze notices for retiree plan. | 2.00 Hrs |
| 08/22/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise COBRA notice and correspondence. | 2.50 Hrs |
| 08/22/06 | LAH | B200.B220 - 106 Communicate (with client):  E-mails from and to F. Kuplicki regarding COBRA correspondence. | 0.50 Hrs |
| 08/22/06 | CLK | B300.B320 - 105 Communicate (in firm) w/ LAH and HEM re: Delphi COBRA coverage notices. | 2.00 Hrs |
| 08/22/06 | HEM | B100.B110 - 102 Research COBRA rights for retirees. | 3.00 Hrs |
| 08/22/06 | HEM | B100.B110 - 104 Review COBRA notices. | 0.30 Hrs |
| 08/22/06 | HEM | B100.B110 - 103 Draft changes to COBRA materials. | 2.00 Hrs |
| 08/23/06 | LTM | B100.B110 - 105 Communicate (in firm) - conversation with LAH re: plan spinoff and timing issues. | 0.20 Hrs |

# G  OOM LAW GROUP, CHARTEREI

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006**
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 08/23/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze issues regarding  liability transfer. | 2.00 Hrs |
| 08/24/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze cases regarding date of transfer for conference call. | 0.30 Hrs |
| 08/24/06 | LAH | B200.B220 - 106 Communicate (with client):  Conference call with A. Pasricha et al. regarding liability transfer issues. | 1.00 Hrs |
| 08/24/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with F. Kuplicki regarding liability transfer issue, COBRA issue. | 0.30 Hrs |
| 08/24/06 | SNS | B200.B220 - 102 Research caselaw and IRS guidance re: the effective date of transfer of liabilities. | 3.30 Hrs |
| 08/25/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with F. Kuplicki, K. Cobb, S. Gebbia, J. DeMarco, JFM regarding plan design issues and options. | 0.70 Hrs |
| 08/25/06 | LAH | B200.B220 - 103 Draft/revise: Draft/revise chart regarding plan freeze. | 1.00 Hrs |
| 08/25/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze memorandum regarding spin-off issues. | 0.30 Hrs |
| 08/25/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze J. Drain decision regarding plan contributions. | 0.50 Hrs |
| 08/25/06 | JFM | B200.B220 - 106 Communicate (with client) - calls with LAH, F. Kuplicki and client personnel on SERP and DC issues. | 0.80 Hrs |
| 08/25/06 | JFM | B200.B220 - 104 Review/analyze materials on SERPs and freezes. | 0.50 Hrs |
| 08/30/06 | LAH | B200.B220 - 106 Communicate (with client) Telephone call with A. Pasricha, et al. regarding plan contribution issues. | 1.00 Hrs |
| 08/30/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with F. Kuplicki regarding plan contribution issues, 1113/1114 negotiations. | 0.30 Hrs |
| 08/30/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze materials regarding  UAW settlement of 1113/1114 in auto parts bankruptcy case. | 0.30 Hrs |
| 08/30/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze memorandum and spreadsheet for telephone call with cllient regarding plan contribution issues. | 0.30 Hrs |
| 08/31/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze plan transfer regarding prohibited transaction issues. | 0.50 Hrs |
| 08/31/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze bullet points for discuss with J. Sheehan. | 0.30 Hrs |

$ 26,226.00

| | | | |
|---|---|---|---|
| LOUIS T. MAZAWEY - Principal | 0.20 Hrs | 665/hr | $ 133.00 |
| LONIE A. HASSEL - Principal | 34.70 Hrs | 565/hr | $ 19,605.50 |
| JOHN F. McGUINESS - Principal | 1.30 Hrs | 520/hr | $ 676.00 |
| CHRISTINE L. KELLER - Principal | 2.00 Hrs | 495/hr | $ 990.00 |
| KENDALL W. DAINES - Of Counsel | 1.50 Hrs | 485/hr | $ 727.50 |
| SHANNON N. SALINAS - Associate | 3.30 Hrs | 355/hr | $ 1,171.50 |
| CHRISTINA M. CROCKETT - Associate | 2.70 Hrs | 285/hr | $ 769.50 |
| HEATHER E. MEADE - Associate | 7.30 Hrs | 285/hr | $ 2,080.50 |
| A. MILLER  . COCHRAN - Paralegal | 0.50 Hrs | 145/hr | $ 72.50 |

## C  OOM LAW GROUP, CHARTEREI

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006**
**FEI #52-1219029**

DELPHI CORPORATION

|  |  |
|---|---|
| 53.50 Hrs | $ 26,226.00 |

DISBURSEMENTS
Through August 31, 2006

| | |
|---|---|
| Outside-Office Telephone | $ 59.07 |
| Research Services | $ 86.47 |
| Shipping | $ 148.71 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS THIS MATTER | $ 294.25 |

Re:    BANKRUPTCY ADMINISTRATION

File Number 013580-00005

Through August 31, 2006

| 08/01/06 | SAH | B100.B110 - 104 Review/analyze - Follow-up regarding service of Second Interim Fee Application. | 0.80 Hrs |
|---|---|---|---|
| 08/14/06 | SAH | B100.B110 - 104 Review/analyze - Review submission to LCC to comply with provisions of Fee Committee Fee Protocol. | 0.50 Hrs |
| 08/16/06 | SAH | B100.B110 - 104 Review/analyze - Review LCC communications and billing codes. | 0.30 Hrs |
| 08/21/06 | SAH | B100.B110 - 104 Review/analyze - Revise July bill. | 0.50 Hrs |
| 08/21/06 | SAH | B100.B110 - 106 Communicate (with client) - Correspond with J. Sykes re: fee protocol requirements. | 0.50 Hrs |
| 08/29/06 | SAH | B100.B110 - 103 Draft/revise - Revise monthly bill. | 0.80 Hrs |
| 08/30/06 | LAH | B100.B160 - 103 Draft/revise:  Draft/revise bill and related filing for July. | 0.50 Hrs |
| 08/30/06 | SAH | B100.B110 - 103 Draft/revise - Finalize monthly billing. | 1.00 Hrs |

|  |  |
|---|---|
|  | $ 2,108.50 |

| | | | |
|---|---|---|---|
| LONIE A. HASSEL - Principal | 0.50 Hrs | 565/hr | $ 282.50 |
| SARAH A. HUCK - Associate | 4.40 Hrs | 415/hr | $ 1,826.00 |
| | 4.90 Hrs | | $ 2,108.50 |

DISBURSEMENTS
Through August 31, 2006

| | |
|---|---|
| Research Services | $ 81.48 |
| Shipping | $ 229.80 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS THIS MATTER | $ 311.28 |

## C...OOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

Re:    QUALIFIED PLANS

File Number 013580-02000

Through August 31, 2006

$ 650.00

| | |
|---|---|
| TOTAL FEES | $ 28,334.50 |
| FEES DISCOUNTED UNDER BILLING ARRANGEMENT | $ - 2,833.45 |
| TOTAL DISBURSEMENTS | $ 1,255.53 |
| TOTAL DUE THIS STATEMENT | $ 26,756.58 |

PREVIOUS BILLS OUTSTANDING

| | | |
|---|---|---|
| 10027562 | 11/10/05 | 2,680.16 |
| 10028076 | 12/9/05 | 5,248.53 |
| 10028570 | 1/11/06 | 1,433.48 |
| 10029062 | 2/13/06 | 3,387.87 |
| 10029490 | 3/13/06 | 5,657.58 |
| 10029913 | 04/25/06 | 7,347.47 |
| 10030673 | 05/24/06 | 4,410.41 |
| 10031122 | 06/16/06 | 6,712.36 |
| 10031614 | 07/21/06 | 5,672.16 |
| 10032122 | 08/25/06 | 49,059.49 |
| TOTAL A/R | | $ 91,609.51 |

TOTAL DUE     $118,366.09



# Travel Expense Statement

| TRAVELER: | | DATE(S) OF TRAVEL: |
|---|---|---|
| LAH | | 8/14/06 |

| TRAVEL TO: | TRAVEL FROM: | CLIENT/MATTER NO.: |
|---|---|---|
| New York City, NY | Washington, DC | 13580-4 |

| REASON FOR TRAVEL: | BUSINESS TEAM: |
|---|---|
| Hearing in Bankruptcy Court | |

### EXPENSES INCURRED DIRECTLY BY TRAVELER
Attach receipt if $25.00 or more.

| Date | Description of Expense | Transportation | Lodging | Client Meals and Entertainment* | Personal Meals | Misc. |
|---|---|---|---|---|---|---|
| 8/14/06 | Reimbursement for expenses charged to credit card relating to travel (see attached) - change fee for US Airways - (trip cancelled) | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/14-15/06 | Hotel - nonrefundable charge; hearing cancelled | 0.00 | 371.97 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EXPENSE TOTALS | | $ 100.00 | $ 371.97 | $ 0.00 | $ 0.00 | $ 0.00 |

**\* Meals and Entertainment Expense Statements required for client meals and entertainment expenses.**

$ 471.97

## FOR NON-CLIENT CHARGEABLE EXPENSES

Guidelines for Principals
- $201 to $2000:  Approval by Practice Group Leader Coordinator ("PGLC")
- Over $2000:  EC Majority Concurrence
  PGLC
  EC Concurrence

Guidelines for Non-Principals
- Up to $200:  Approval by a Principal
- $201 to $2000:  Approval by a Principal and PGLC
- Over $2000:  EC Majority Concurrence
  Principal Approval  _____
  PGLC  _____
  EC Concurrence  _____

I hereby certify that the foregoing expenses were incurred by me.

SIGNATURE: _____     DATE: __10/12/06__

**AMERICAN EXPRESS**

| Prepared For | Account Number | Closing Date | Page 3 of 10 |
|---|---|---|---|
| LONIE A HASSEL | XXXX-XXXXXX5-01008 | 09/18/06 | |

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 0.00 |
| Payment Activity | 0.00 |
| FINANCE CHARGE | 0.00 |
| New Charges/Adjustments | 0.00 |
| New Balance | 0.00 |

## Sign & Travel® / Extended Payment Option

### New Activity for LONIE A HASSEL
Card XXXX-XXXXXX5-01008

| Date | Description | | Amount |
|---|---|---|---|
| 08/19/06 | AMERICAN EAGLE000209ARLINGTON      VA<br>MEN'S/WOMEN'S CLOTHING | | -59.00<br>Credit |
| 08/24/06 | CALYX & COROLLA    800-877-0998    VT<br>FLOWERS<br>ROC No. 0065318050 | | -15.95<br>Credit |
| 09/06/06* | Payment Received - Thank You | | -4,120.38<br>Credit |
| 08/17/06 | US AIRWAYS      PHONE SALE  NC<br>US AIRWAYS | | 163.00 |
| | From:                 To:<br>WASHINGTON NAT'L D    LAGUARDIA INTL A/P<br>                       WASHINGTON NAT'L D<br>Ticket Number: 03721638329662<br>Passenger Name: HASSEL/LONIE<br>Document Type: PASSENGER TICKET | Carrier:        Class:<br>US              U<br>US              LQ<br>Date of Departure: 09/18 | |
| 08/18/06 | TAVERNA CRETECOU   ALEXANDRIA     VA<br>EATING PLACE RESTAURANT<br>FOOD-BEV                   208.88<br>TIP | | 208.88 |
| 08/18/06 | TARGET STORES      ALEXANDRIA     VA<br>GENERAL MERCHANDISE<br>ROC No. 0997 | | 62.97 |
| 08/19/06 | MICHAELANGELO HOTEL NEW YORK      NY | | 371.97 |
| | Arrival Date        Departure Date        No of Nights<br>08/17/06             08/18/06              1<br>00000000 | | |
| 08/19/06 | J.CREW - PENTAGON CIARLINGTON     VA<br>NON APPAREL ACCESSORIES<br>ROC No. 001024934 | | 496.65 |
| 08/20/06 | DIGITAL BASEMENT LLCMARIETTA      GA<br>MEN'S/BOYS' CLOTHING<br>ROC No. 1174825655 | | 22.15 |
| 08/20/06 | BALDUCCI'S 103 BALDUUS           VA<br>2404032440<br>Description        Price<br>GENERAL MERCHANDISE 83.68 | | 83.68 |
| 08/22/06 | CALYX & COROLLA    800-877-0998    VT<br>FLOWERS<br>ROC No. 0064407748 | | 114.95 |
| 08/22/06 | STAPLES        POTOMAC YARD: ALE VA<br>OFFICE SUPPLIES | | 175.80 |
| 08/23/06 | KINKEAD'S       WASHINGTON     DC<br>FOOD-BEV<br>FOOD-BEV                  105.60<br>TIP                       21.00 | | 126.60 |
| 08/25/06 | EXXONMOBIL8304755658CHESTER      MD<br>PAY AT PUMP8304755658 | | 45.01 |

*(handwritten: $ 100.)*

R01NNR11A 02215

11430

*Continued on reverse*



► MY RESERVATIONS

Step Step Step Step
1    2    3    4

► **Languages**

## Your reservation has been cancelled

**Confirmation**

**Confirmation Number:** 1085584725
**Cancellation Number:** 2040386794

**Guest Information**

Guest:    LONIE HASSEL
1701 Pennsylvania Ave., N.W.
Suite 1200
Washington
District of Columbia - 20006
United States
202 861-6634
lah@groom.com

**Click here to return to My Reservations**



© 2005 Pegasus Solutions, Inc.

COPYRIGHT © 2006 SUMMIT HOTELS & RESORTS ALL RIGHTS RESERVED

Sharon – I was billed for this (see attached Amex bill) as well as a $100 change fee for US Airway (also on Amex bill). These charges should be billed to Delphi Tebes.

Lonie

## Hassel, Lonie

**From:**  Preferred Hotel Group Reservations [info@preferredhotelgroup.com]
**Sent:**  Wednesday, August 09, 2006 2:39 PM
**To:**  Hassel, Lonie
**Subject:** Summit Hotels Reservation Confirmation



Thank-you for choosing a member of Summit Hotels & Resorts. Please note we do not send postal confirmations for yo
save a copy of this confirmation as proof of your reservation. To view, change, or cancel your reservation at any time,

### NEW RESERVATION CONFIRMATION
Thank you for booking with MICHELANGELO HOTEL.

**Booking Summary**
**Confirmation Number :  1085584725**
**Arrive :** Monday August 14th, 2006
**Depart :** Tuesday August 15th, 2006

Length-of-Stay              : 1 Night(s
Adults                      : 1 (per ro
Children                    : 0 (per ro
Rooms                       : 1

**Guest Information**
**Lonie Hassel**
Groom Law Group Chtd
1701 Pennsylvania Ave., N.W.
Suite 1200
Washington District of Columbia 20006
United States

**Property Information**
**MICHELANGELO HOTEL**
152 WEST 51ST STREET
NEW YORK New York 10019
United States

**Travel Agent ID:**
**Corporate ID:**

**Telephone :** 202 861-6634
**Email :** lah@groom.com

Telephone                   : 1 212 76
Facsimile                   : 1 212 58

**Product Description**
**Rate Plan :**  Corporate Rate
Designed for the Business Traveler

**Room Type :** Executive King/425 sq ft/Neoclassic decor/
Empire cherry furniture/Boudoir chairs/Marble bath w/color TV and
55 gallon tub

**Cost Information (Actual tax rates m**
**Rates Exclude Tax and Service**
**First Night Rate:**
**Avg. Nightly Rate**
**Approximate total for stay (per room)**

**Guest Preferences**
**Preferences :** No Bedding Type Preference, Non Smoking. Your preferences were forwarded to the property with yc
note your preferences cannot be guaranteed and are only on a request basis.

**Guarantee Policy**
**Policy :** Credit card is required for guarantee
**Credit Card Type :** American Express
**Card Number :** ********1008
**Expires :** September 2006

**Cancellation Policy**
Cancellations must be received 24 hours prior tc
local hotel time to avoid penalty charges to your
of deposit. Additional fees may apply, please se
policy text for details.

8/10/2006

# GROOM LAW GROUP

Lonie A. Hassel
(202) 861-6634
lah@groom.com

October 30, 2006

**VIA FEDERAL EXPRESS**

David Sherbin, General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098

      Re:    Statement for Professional Services Rendered During
              the Period Ending September 30, 2006

Dear Mr. Sherbin:

      Enclosed is our statement for professional services rendered to Delphi Corporation
("Delphi") from September 1, 2006 through September 30, 2006.  Pursuant to the Order
Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and
Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees
($14,765.40) and 100% of the expenses ($1,408.89) in this monthly statement to which
no objection has been served in accordance with paragraph 2(d) of the Order.

      I would be happy to discuss any questions you may have about the bill.

                            Sincerely,

                            Lonie A. Hassel

Enclosures

cc:     John Wm. Butler, Jr., Esq.
        Alicia M. Leonhard, Esq.
        Robert J. Rosenberg, Esq.
        Marissa Wesley, Esq.
        Marlane Melican, Esq.
        Bonnie Steingart, Esq.
        John Sheehan, Esq.
        Valeria Venable

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone:    (202) 857-0620
Facsimile:    (202) 659-4503
Special Employee Benefits Counsel for Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

In re:                                                :
                                                      :    Chapter 11
DELPHI CORPORATION, et al.,                           :    Case No. 05-44481 (RDD)
                                                      :
            Debtors.                                  :    Jointly Administered
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SUMMARY OF PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED BY GROOM LAW GROUP, CHARTERED, SPECIAL EMPLOYEE BENEFITS COUNSEL FOR THE DEBTORS, FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

By Order dated November 4, 2005, the Bankruptcy Court authorized the employment

and retention of Groom Law Group, Chartered ("Groom") as special employee benefits counsel

to Debtors in the above-captioned action. Pursuant to that Order and in accordance with the

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Committee

Members in the above-captioned action, Groom hereby provides certain summary information

regarding the professional services provided to Debtors by Groom for the period September 1,

2006 through and including September 30, 2006 (the "Compensation Period"). Additional

detailed information regarding the professional services rendered and disbursements incurred is

contained in the attached fee statements for the Compensation Period.

## BRIEF DESCRIPTION OF PROFESSIONAL SERVICES RENDERED

The following is a summary of the professional services rendered by Groom during the

Compensation Period.  This summary is organized in accordance with Groom's internal system

of project or work codes.

- **0004 – Debtor Representation:**  During the Compensation Period, Groom
provided Debtors with analysis and advice regarding plan contribution and funding,
including negotiations with federal agencies, plan reporting and disclosure, the
1113/1114 motion, and negotiations concerning benefits, among other issues.

- **0005 – Bankruptcy Administration:**  During the Compensation Period, Groom
professionals ensured compliance with the Bankruptcy Court's rules, orders and
procedures, as well as applicable sections of the Bankruptcy Code and applicable
Bankruptcy Rules, in conjunction with its retention as special employee benefits counsel
to Debtors.

## SERVICES RENDERED BY GROOM LAW GROUP, CHARTERED
## COMMENCING SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Lonie A. Hassel | 1980 | $565 | 23.50 | 13,277.50 |
| Roberta J. Ufford | 1994 | $550 | .30 | 165.00 |
| **TOTAL PARTNERS** | | | **23.80** | **$13,442.50** |
| | | | | |
| **ASSOCIATES** | | | | |
| Ellen M. Goodwin | 1999 | $460 | 5.70 | 2,622.00 |
| Eric M. Cotts | 1994 | $415 | 2.70 | 1,120.50 |
| Anna A. Driggs | 2000 | $425 | .50 | 212.50 |
| Jason H. Lee | 2004 | $285 | 10.20 | 2,907.00 |
| **TOTAL ASSOCIATES** | | | **19.10** | **$6,862.00** |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| Danielle E. Collins | N/A | $145 | 1.40 | 203.00 |
| **TOTAL PARA- PROFESSIONALS** | | | **1.40** | **$203.00** |
| | | | | |
| | | **TOTAL** | **44.30** | **$20,507.50** |
| **TOTAL FEES AFTER 10% DISCOUNT** | | | | **$18,456.75** |
| **80% OF FEES AFTER DISCOUNT** | | | | **$14,765.40** |

2

ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY
GROOM LAW GROUP, CHARTERED
COMMENCING SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| Disbursements | Amount |
|---|---|
| OUTSIDE OFFICE TELEPHONE | 124.03 |
| SHIPPING | 131.40 |
| TRAVEL | 471.97 |
| FILING FEES | 31.49 |
| QUALIFIED PLANS | 650.00 |
| **TOTAL** | **$1,408.89** |

SUMMARY OF SERVICES BY MATTER CODE
FOR SERVICES RENDERED COMMENCING
SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| MATTER CODE | DESCRIPTION | HOURS | AMOUNT | AMOUNT LESS 10% DISCOUNT |
|---|---|---|---|---|
| 00004 | Debtor Representation | 32.10 | 16,470.50 | 14,823.45 |
| 00005 | Bankruptcy Administration | 12.20 | 4,037.00 | 3,633.30 |
| **TOTAL** | | **44.30** | **$20,507.50** | **$18,456.75** |

# GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006-5811**
FEI #52-1219029

October 25, 2006

Bill Number 10033072
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Professional services rendered for the period ending September 30, 2006.

| | | |
|---|---|---|
| DEBTOR REPRESENTATION | $ 16,470.50 | |
| Less 10 Percent | $ -1,647.05 | |
| BANKRUPTCY ADMINISTRATION | $ 4,037.00 | |
| Less 10 Percent | $ -403.70 | |
| Total Fees | | $ 18,456.75 |
| DEBTOR REPRESENTATION | $ 758.89 | |
| QUALIFIED PLANS | $ 650.00 | |
| Total Disbursements | | $1,408.89 |
| Total | | $ 19,865.64 |

| Payment may be made by wire transfer or ACH to: | Remittance address: |
|---|---|
| Groom Law Group, Chartered<br>PNC Financial Services Group, Inc.<br>Washington, D.C.  20006<br>ABA Transit Number 054000030 (ACH)<br>ABA Transit Number 031000053 (WIRE)<br>Account Number 5300759951 | Groom Law Group, Chartered<br>Department # 0589<br>Washington, DC  20073-0589 |

# GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C. 20006**
FEI #52-1219029

October 25, 2006

Bill Number 10033072
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

FOR PROFESSIONAL SERVICES

Re:    DEBTOR REPRESENTATION

File Number 013580-00004

Through September 30, 2006

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/01/06 | LAH | B200.B220 - 106 Communicate (with client): E-mail to S. Dameron-Clark et al. regarding PBGC talking points. | 0.30 Hrs |
| 09/01/06 | LAH | B200.B220 - 104 Review/analyze: Review/analyze PBGC talking points and calculations regarding same. | 0.20 Hrs |
| 09/05/06 | LAH | B200.B220 - 104 Review/analyze: Review/analyze Tower settlement, VEBA provisions regarding 1113/1114 negotiations. | 1.20 Hrs |
| 09/05/06 | LAH | B200.B220 - 104 Review/analyze: Review/analyze revised talking points for PBGC meeting. | 0.20 Hrs |
| 09/05/06 | LAH | B200.B220 - 107 Communicate (other outside counsel): Telephone call regarding 1113/1114 planning for trial resumption. | 1.00 Hrs |
| 09/05/06 | LAH | B200.B220 - 107 Communicate (other outside counsel): Follow up e-mail to J. Furfaro regarding 1113/1114 issues. | 0.20 Hrs |
| 09/06/06 | LAH | B200.B220 - 106 Communicate (with client): Conference call with J. Sheehan, A. Pasricha et al. regarding meeting with PBGC. | 0.50 Hrs |
| 09/06/06 | LAH | B200.B220 - 106 Communicate (with client): Draft note to F. Kuplicki regarding revised 1113/1114 bench memorandum. | 0.10 Hrs |
| 09/06/06 | LAH | B200.B220 - 104 Review/analyze: Review/analyze 1113/1114 bench memorandum regarding additional changes. | 0.20 Hrs |
| 09/06/06 | LAH | B200.B220 - 103 Draft/revise: Draft/revise supplemental declaration of K. Williams for 1113/1114 hearing. | 1.00 Hrs |
| 09/06/06 | LAH | B200.B220 - 104 Review/analyze: Review/analyze e-mail from J. Sheehan, proposed talking points and chart for telephone call with client regarding PBGC meeting. | 0.30 Hrs |
| 09/06/06 | LAH | B200.B220 - 104 Review/analyze: Review/analyze Tower settlement with UAW, USW regarding pension and OPEB obligations. | 0.70 Hrs |
| 09/06/06 | LAH | B200.B220 - 104 Review/analyze: Review/analyze equity committee motion regarding GM plan spin-off, OPEB transfer. | 0.30 Hrs |
| 09/07/06 | LAH | B200.B220 - 106 Communicate (with client): Telephone call with F. Kuplicki regarding 1113/1114 bench memorandum, equity committee motion, pension plan coverage. | 0.50 Hrs |
| 09/07/06 | LAH | B200.B220 - 107 Communicate (other outside counsel): E-mail | 0.10 Hrs |

# GROOM LAW GROUP, CHARTERED
### 1701 Pennsylvania Avenue, N.W.
### Suite 1200
### Washington, D.C.  20006
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| | | to labor group regarding 1113/1114 bench memorandum regarding pension plan. | |
| 09/11/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze memorandum regarding contribution scenarios. | 0.20 Hrs |
| 09/11/06 | LAH | B200.B220 - 108 Communicate (other external):  E-mail to K. Williams regarding contribution scenario memorandum. | 0.10 Hrs |
| 09/12/06 | LAH | B200.B220 - 109 Appear for/attend:  Meet and confer for 1113/1114 motion. | 1.30 Hrs |
| 09/12/06 | LAH | B200.B220 - 106 Communicate (with client):  E-mails from and to K. Cobb, J. Sheehan regarding pension contributions. | 0.20 Hrs |
| 09/12/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with F. Kuplicki regarding potential claims for liquidation analysis. | 0.30 Hrs |
| 09/12/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze benefit claims for liquidation analysis. | 0.50 Hrs |
| 09/13/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise analysis regarding pension and OPEB claims for liquidation analysis. | 3.70 Hrs |
| 09/13/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with F. Kuplicki regarding liquidation analysis. | 0.10 Hrs |
| 09/14/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with F. Kuplicki regarding union pension proposal. | 0.30 Hrs |
| 09/14/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze memorandum and charts from K. Williams regarding plan contributions. | 0.50 Hrs |
| 09/19/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze letter from IRS regarding excise tax and case law regarding same. | 0.50 Hrs |
| 09/19/06 | LAH | B200.B220 - 106 Communicate (with client):  Conference call with K. Cobb, F. Kuplicki, W. Sollee regarding excise tax. | 0.50 Hrs |
| 09/20/06 | LAH | B200.B220 - 106 Communicate (with client):  E-mail to F. Kuplicki regarding reportable event issue. | 0.10 Hrs |
| 09/20/06 | LAH | B200.B220 - 102 Research:  Research regarding waiver requirements for reportable event. | 0.20 Hrs |
| 09/20/06 | LAH | B200.B220 - 102 Research:  Research regarding excise tax issue. | 0.30 Hrs |
| 09/21/06 | LAH | B300.B220 - 104 Review/analyze:  Review/analyze treatment of section 4971 assessment in bankrutpcy. | 0.50 Hrs |
| 09/21/06 | LAH | B200.B220 - 107 Communicate (other outside counsel):  Telephone call with K. Marafioti regarding pension plan contribution issues. | 0.20 Hrs |
| 09/22/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze issues regarding plan audit and Form 5500. | 0.80 Hrs |
| 09/22/06 | LAH | B200.B220 - 107 Communicate (other outside counsel):  Telephone call with L. Wilson, T. Matz regarding OPEB and pension update. | 0.20 Hrs |
| 09/22/06 | RJU | B200.B220 - 105 Communicate (in firm): Conference with EMG re: Form 5500 issues. | 0.30 Hrs |
| 09/22/06 | EMG | B200.B220 - 104 Review/analyze issues re: auditor's opinion for Delphi pension plans, DOL administrative process re: same. | 0.50 Hrs |
| 09/22/06 | EMG | B200.B220 - 102 Research re: auditor's opinion and administrative process re: same. | 1.50 Hrs |
| 09/25/06 | LAH | B200.B220 - 105 Communicate (in firm):  Telephone calls with EMG, EMC regarding Form 5500 issues. | 0.20 Hrs |

# GROOM LAW GROUP, CHARTERED
**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006**
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 09/25/06 | EMG | B200.B220 - 106 Communicate (with client): with K. Cobb and EMC regarding call with Grant Thornton. | 0.30 Hrs |
| 09/25/06 | EMG | B200.B220 - 104 Review/analyze: materials provided by Grant Thornton re: auditor's opinion. | 1.00 Hrs |
| 09/25/06 | EMG | B200.B220 - 106 Communicate (with client): call with K. Cobb, representatives of Grant Thornton, EMC, et. al. re: auditor's opinion. | 1.00 Hrs |
| 09/25/06 | EMC | B200.B220 - 105 Communicate (in firm) - telephone conference with LAH and EMG re: Form 5500 audit report. | 0.20 Hrs |
| 09/25/06 | EMC | B200.B220 - 105 Communicate (in firm) - conference with EMG re: 5500 audit issue. | 0.30 Hrs |
| 09/25/06 | EMC | B200.B220 - 106 Communicate (with client) - conference call with client preliminary to afternoon call with auditors and business side clients re: plan audit. | 0.30 Hrs |
| 09/25/06 | EMC | B200.B220 - 108 Communicate (other external) - participate in conference call with client and Grant Thornton auditors re: plan audit. | 1.00 Hrs |
| 09/25/06 | DEC | B100.B110 - 103 Draft/revise: draft and send email to MRW requesting billing information for audit letter. | 0.30 Hrs |
| 09/26/06 | LAH | B200.B220 - 108 Communicate (other external):  Telephone call with Grant Thornton regarding Form 5500. | 0.20 Hrs |
| 09/26/06 | LAH | B200.B220 - 106 Communicate (with client):  E-mail and telephone call with K. Cobb regarding request to DOL regarding Form 5500. | 0.10 Hrs |
| 09/26/06 | EMG | B200.B220 - 105 Communicate (in firm): with LAH regarding auditor's report and DOL inquiry. | 0.20 Hrs |
| 09/26/06 | EMG | B200.B220 - 106 Communicate (with client): with K. Cobb and EMC regarding call to DOL re: Form 5500 filing. | 0.50 Hrs |
| 09/26/06 | EMG | B200.B220 - 103 Draft/revise: revise letter to DOL regarding 5500 filing. | 0.50 Hrs |
| 09/26/06 | EMG | B200.B220 - 105 Communicate (in firm): Discuss letter to DOL regarding 5500 filing with EMC. | 0.20 Hrs |
| 09/26/06 | EMC | B200.B220 - 106 Communicate (with client): Telephone conference with client and EMG regarding 5500 audit issue. | 0.50 Hrs |
| 09/26/06 | EMC | B200.B220 - 104 Review/analyze: review client letter to DOL re: 5500 filing. | 0.20 Hrs |
| 09/26/06 | EMC | B200.B220 - 105 Communicate (in firm) - conference with EMG re: 5500 audit issue. | 0.20 Hrs |
| 09/26/06 | DEC | B100.B110 - 103 Draft/revise: draft and send loss contingency memo to professionals. | 0.30 Hrs |
| 09/26/06 | DEC | B100.B110 - 103 Draft/revise: draft audit letter and forward to AAD for review. | 0.50 Hrs |
| 09/27/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise audit response letter for hourly and salaried pension plans. | 0.70 Hrs |
| 09/27/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze treatment of PBGC lien, jurisdiction. | 0.80 Hrs |
| 09/27/06 | AAD | B200.B220 - 103 Draft/revise: Draft audit letter response. | 0.50 Hrs |
| 09/27/06 | DEC | B100.B110 - 103 Draft/revise: Revise audit letter and forward to LAH for finalization. | 0.30 Hrs |
| 09/28/06 | LAH | B200.B220 - 106 Communicate (with client):  Telephone call with F. Kuplicki regarding pension plan issue in GM negotiation. | 0.50 Hrs |

# GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006**
FEI #52-1219029

DELPHI CORPORATION

| Date | | Description | Hours |
|---|---|---|---|
| 09/28/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze issues regarding  GM proposal regarding pension plan. | 0.50 Hrs |
| 09/29/06 | LAH | B200.B220 - 103 Draft/revise:  Draft/revise outline regarding GM negotiation arguments regarding benefit guarantee, pension plan. | 1.00 Hrs |
| 09/30/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze case regarding  enforcement of PBGC lien against non-US company. | 0.20 Hrs |

$ 16,470.50

| | | | |
|---|---|---|---|
| LONIE A. HASSEL - Principal | 21.50 Hrs | 565/hr | $ 12,147.50 |
| ROBERTA J. UFFORD - Principal | 0.30 Hrs | 550/hr | $ 165.00 |
| ELLEN M. GOODWIN - Associate | 5.70 Hrs | 460/hr | $ 2,622.00 |
| ANNA A. DRIGGS - Associate | 0.50 Hrs | 425/hr | $ 212.50 |
| ERIC M. COTTS - Associate | 2.70 Hrs | 415/hr | $ 1,120.50 |
| DANIELLE E. COLLINS - Paralegal | 1.40 Hrs | 145/hr | $ 203.00 |
| | 32.10 Hrs | | $ 16,470.50 |

DISBURSEMENTS
Through September 30, 2006

| | |
|---|---|
| Outside-Office Telephone | $ 124.03 |
| Research Services | $ 31.49 |
| Shipping | $ 131.40 |
| Travel | $ 471.97 |

TOTAL DISBURSEMENTS THIS MATTER                     $ 758.89

Re:    BANKRUPTCY ADMINISTRATION

File Number 013580-00005

Through September 30, 2006

| Date | | Description | Hours |
|---|---|---|---|
| 09/12/06 | LAH | B200.B220 - 105 Communicate (in firm):  Review upcoming billing and budget requirements with SAH. | 0.20 Hrs |
| 09/18/06 | JHL | B100.B160 - 101 Plan and prepare for - fee applications and bill review. | 0.20 Hrs |
| 09/22/06 | LAH | B200.B220 - 104 Review/analyze:  Review/analyze rules regarding  quarterly budget, due date. | 0.30 Hrs |
| 09/22/06 | JHL | B100.B160 - 104 Review/analyze - documents regarding fee applications, budgets, and monthly bills. | 3.10 Hrs |
| 09/25/06 | JHL | B100.B170 - 101 Plan and prepare for - fee statement and budget. | 3.40 Hrs |
| 09/26/06 | LAH | B100.B160 - 103 Draft/revise:  Draft/revise budget pursuant to LCC  requirements. | 1.00 Hrs |
| 09/26/06 | JHL | B100.B170 - 101 Plan and prepare for - fee statement and budget. | 0.60 Hrs |
| 09/26/06 | JHL | B100.B170 - 104 Review/analyze - review monthly billing | 0.60 Hrs |

# GROOM LAW GROUP, CHARTERED
### 1701 Pennsylvania Avenue, N.W.
### Suite 1200
### Washington, D.C.  20006
### FEI #52-1219029

DELPHI CORPORATION

| | | | | |
|---|---|---|---|---|
| | | statement. | | |
| 09/26/06 | JHL | B100.B170 - 105 Communicate (in firm) - with LAH regarding monthly statement and budget. | 0.20 Hrs | |
| 09/26/06 | JHL | B100.B170 - 105 Communicate (in firm) - with MRW and JJS regarding monthly statement and budget. | 0.20 Hrs | |
| 09/27/06 | LAH | B100.B160 - 103 Draft/revise:  Draft/revise monthly fee materials, four month budget. | 0.50 Hrs | |
| 09/27/06 | JHL | B100.B170 - 105 Communicate (in firm) - with LAH regarding fee statement and budget. | 0.20 Hrs | |
| 09/27/06 | JHL | B100.B170 - 103 Draft/revise - draft fee summary and cover letters. | 1.00 Hrs | |
| 09/27/06 | JHL | B100.B170 - 103 Draft/revise - revise fee summary and budget. | 0.70 Hrs | |

$ 4,037.00

| | | | |
|---|---|---|---|
| LONIE A. HASSEL - Principal | 2.00 Hrs | 565/hr | $ 1,130.00 |
| JASON H. LEE - Associate | 10.20 Hrs | 285/hr | $ 2,907.00 |
| | 12.20 Hrs | | $ 4,037.00 |

Re:   QUALIFIED PLANS

File Number 013580-02000

Through September 30, 2006

$ 650.00

| | |
|---|---|
| TOTAL FEES | $ 20,507.50 |
| FEES DISCOUNTED UNDER BILLING ARRANGEMENT | $ - 2,050.75 |
| TOTAL DISBURSEMENTS | $ 1,408.89 |
| TOTAL DUE THIS STATEMENT | $ 19,865.64 |

PREVIOUS BILLS OUTSTANDING

| | | |
|---|---|---|
| 10027562 | 11/10/05 | 2,680.16 |
| 10028076 | 12/9/05 | 5,248.53 |
| 10028570 | 1/11/06 | 1,433.48 |
| 10029062 | 2/13/06 | 3,387.87 |
| 10029490 | 3/13/06 | 5,657.58 |

# GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006**
FEI #52-1219029

DELPHI CORPORATION

| | | |
|---|---|---|
| 10029913 | 04/25/06 | 7,347.47 |
| 10030673 | 05/24/06 | 4,410.41 |
| 10031122 | 06/16/06 | 6,712.36 |
| 10031614 | 07/21/06 | 5,672.16 |
| 10032122 | 08/25/06 | 49,059.49 |
| 10032617 | 09/25/06 | 26,756.58 |

TOTAL A/R          $ 118,366.09

TOTAL DUE          $138,231.73