**Exhibit C**

**Delphi Corporation**

**Executive Financial Planning Program**

**2006 2nd Quarter Fees**

| Participant | Total Fees | Initial Year Installment |
|---|---|---|
| Mark Weber | $ 2,000 | |
| Karen Healy | $ 2,000 | |
| Atul Pasricha | $ 1,500 | |
| David Knill | $ 1,500 | |
| William Lloyd | $ 2,750 | 4 of 4 |
| Mark Hester | $ 2,750 | 1 of 4 |
| Current Fees | $ 12,500 | |

**PricewaterhouseCoopers provides the following services to the Delphi Executives Each Quarter:**

Tax Planning Services
. Assistance with income tax projections
. Modeling tax impact of company benefits
. Modeling tax impact of life events
. Withholding and estimated tax payment sufficiency analyses

Personal Financial Planning Services
. Cash flow and debt management
. Stock options
. Educational funding
. Retirement planning
. Retirement distributions
. Investment strategies
. Estate tax minimization
. Wealth distribution