**Delphi Corporation (Case No. 05-44481)**                                                                                                        Exhibit D

**Summary Time Report for PricewaterhouseCoopers LLP**

**Hourly Services - Sarbanes-Oxley 404 Services and Foreign Affiliate Reporting**

**By Position and Professional - First Interim Period (February 1, 2006 through May 31, 2006)**

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---:|---:|---:|
| **Sarbanes-Oxley 404 Services** | | | | | |
| Partner | Bucrek, James | United States | 3.80 | $390.00 | $1,482.00 |
| | **Total - Bucrek, James For First Interim Period** | | **3.80** | **$390.00** | **$1,482.00** |
| Partner | Busch, Kelly | United States | 2.00 | $390.00 | $780.00 |
| | **Total - Busch, Kelly For First Interim Period** | | **2.00** | **$390.00** | **$780.00** |
| Partner | Decker, Brian | United States | | $390.00 | ($10,920.00) |
| | Decker, Brian | United States | 255.75 | $390.00 | $110,662.50 |
| | **Total - Decker, Brian For First Interim Period** | | **255.75** | **$390.00** | **$99,742.50** |
| Partner | Erickson, Dave | United States | 16.00 | $390.00 | $6,240.00 |
| | **Total - Erickson, Dave For First Interim Period** | | **16.00** | **$390.00** | **$6,240.00** |
| Partner | Fairchild, Simon | United Kingdom | 7.10 | $400.00 | $2,840.00 |
| | **Total - Fairchild, Simon For First Interim Period** | | **7.10** | **$400.00** | **$2,840.00** |
| Partner | Fitzgerald, Patrick | China | 3.80 | $400.00 | $1,520.00 |
| | **Total - Fitzgerald, Patrick For First Interim Period** | | **3.80** | **$400.00** | **$1,520.00** |
| Partner | Haas, Megan | Australia | 1.10 | $400.00 | $440.00 |
| | **Total - Haas, Megan For First Interim Period** | | **1.10** | **$400.00** | **$440.00** |
| Partner | Ramirez, Adolfo | Mexico | 12.20 | $325.00 | $3,965.00 |
| | **Total - Ramirez, Adolfo For First Interim Period** | | **12.20** | **$325.00** | **$3,965.00** |
| **Total - Partner For First Interim Period** | | | **301.75** | **$387.77** | **$117,009.50** |
| Director | Brown, Stasi | United States | | $260.00 | ($6,370.00) |
| | Brown, Stasi | United States | 477.40 | $260.00 | $130,494.00 |
| | **Total - Brown, Stasi For First Interim Period** | | **477.40** | **$260.00** | **$124,124.00** |
| Director | Gates, Jason | United States | 8.00 | $260.00 | $2,080.00 |
| | **Total - Gates, Jason For First Interim Period** | | **8.00** | **$260.00** | **$2,080.00** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---:|---:|---:|
| Director | Jones, Douglas | United States | 131.50 | $260.00 | $34,190.00 |
| | **Total - Jones, Douglas For First Interim Period** | | **131.50** | **$260.00** | **$34,190.00** |
| Director | Osterman, Scott | United States - SOD | 104.80 | $260.00 | $27,248.00 |
| | Osterman, Scott | United States | 51.65 | $260.00 | $13,429.00 |
| | **Total - Osterman, Scott For First Interim Period** | | **156.45** | **$260.00** | **$40,677.00** |
| Director | Perkins, Daniel | United States | 4.00 | $260.00 | $1,040.00 |
| | **Total - Perkins, Daniel For First Interim Period** | | **4.00** | **$260.00** | **$1,040.00** |
| Director | Peterson, Michael | United States | 159.00 | $260.00 | $41,340.00 |
| | **Total - Peterson, Michael For First Interim Period** | | **159.00** | **$260.00** | **$41,340.00** |
| Director | Powell, Thomas | United States | 46.30 | $260.00 | $12,038.00 |
| | **Total - Powell, Thomas For First Interim Period** | | **46.30** | **$260.00** | **$12,038.00** |
| Director | Roberts, Blanche | United States | 4.50 | $260.00 | $1,170.00 |
| | **Total - Roberts, Blanche For First Interim Period** | | **4.50** | **$260.00** | **$1,170.00** |
| Director | Schmitz, Karin | United States | 3.50 | $260.00 | $910.00 |
| | **Total - Schmitz, Karin For First Interim Period** | | **3.50** | **$260.00** | **$910.00** |
| Director | Szuldrzyński, Krzysztof | Poland | 4.00 | $250.00 | $1,000.00 |
| | **Total - Szuldrzyński, Krzysztof For First Interim Period** | | **4.00** | **$250.00** | **$1,000.00** |
| Director | Wojdyla, Dennis | United States - IT | | $260.00 | ($6,500.00) |
| | Wojdyla, Dennis | United States - IT | 326.90 | $260.00 | $91,494.00 |
| | **Total - Wojdyla, Dennis For First Interim Period** | | **326.90** | **$260.00** | **$84,994.00** |
| **Total - Director For First Interim Period** | | | **1,321.55** | **$259.97** | **$343,563.00** |
| Senior Manager | Hinchliffe, Debbie | United Kingdom | 99.50 | $300.00 | $29,850.00 |
| | **Total - Hinchliffe, Debbie For First Interim Period** | | **99.50** | **$300.00** | **$29,850.00** |
| Senior Manager | Medina, Rui | Portugal | 7.10 | $250.00 | $1,775.00 |
| | **Total - Medina, Rui For First Interim Period** | | **7.10** | **$250.00** | **$1,775.00** |
| Senior Manager | Muñoz, Alberto | Mexico | 10.80 | $225.00 | $2,430.00 |
| | **Total - Muñoz, Alberto For First Interim Period** | | **10.80** | **$225.00** | **$2,430.00** |
| Senior Manager | Pavlousek, Roman | Czech Republic | 30.30 | $250.00 | $7,575.00 |
| | **Total - Pavlousek, Roman For First Interim Period** | | **30.30** | **$250.00** | **$7,575.00** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---|---|---|
| Senior Manager | Renner, Josef | Austria | 12.90 | $300.00 | $3,870.00 |
| | **Total - Renner, Josef For First Interim Period** | | **12.90** | **$300.00** | **$3,870.00** |
| Senior Manager | Ricárdez, Elvira | Mexico | 25.40 | $225.00 | $5,715.00 |
| | **Total - Ricárdez, Elvira For First Interim Period** | | **25.40** | **$225.00** | **$5,715.00** |
| Senior Manager | Sayah, Kamal | Morocco | 16.00 | $180.00 | $2,880.00 |
| | **Total - Sayah, Kamal For First Interim Period** | | **16.00** | **$180.00** | **$2,880.00** |
| Senior Manager | Wild, Travis | Australia | 45.90 | $300.00 | $13,770.00 |
| | **Total - Wild, Travis For First Interim Period** | | **45.90** | **$300.00** | **$13,770.00** |
| Senior Manager | Xu, Jasper | China | 86.00 | $300.00 | $25,800.00 |
| | **Total - Xu, Jasper For First Interim Period** | | **86.00** | **$300.00** | **$25,800.00** |
| **Total - Senior Manager For First Interim Period** | | | **333.90** | **$280.52** | **$93,665.00** |
| Manager | Ahuja, Manpreet Singh | India | 12.70 | $120.00 | $1,524.00 |
| | **Total - Ahuja, Manpreet Singh For First Interim Period** | | **12.70** | **$120.00** | **$1,524.00** |
| Manager | Arif, Hafiz | United Kingdom | 15.55 | $200.00 | $3,110.00 |
| | **Total - Arif, Hafiz For First Interim Period** | | **15.55** | **$200.00** | **$3,110.00** |
| Manager | Bajo, Inés | Spain | 13.00 | $200.00 | $2,600.00 |
| | **Total - Bajo, Inés For First Interim Period** | | **13.00** | **$200.00** | **$2,600.00** |
| Manager | Baldysiak, Guenther | Germany | 40.00 | $200.00 | $8,000.00 |
| | **Total - Baldysiak, Guenther For First Interim Period** | | **40.00** | **$200.00** | **$8,000.00** |
| Manager | Barbu, Carmen | Romania | 32.15 | $175.00 | $5,626.25 |
| | **Total - Barbu, Carmen For First Interim Period** | | **32.15** | **$175.00** | **$5,626.25** |
| Manager | Cushman, Ronald | United States | 47.90 | $165.00 | $7,903.50 |
| | **Total - Cushman, Ronald For First Interim Period** | | **47.90** | **$165.00** | **$7,903.50** |
| Manager | Damiano, Cinzia | Italy | 16.00 | $200.00 | $3,200.00 |
| | **Total - Damiano, Cinzia For First Interim Period** | | **16.00** | **$200.00** | **$3,200.00** |
| Manager | Ferreira, Sandra | Portugal | 165.90 | $175.00 | $29,032.50 |
| | **Total - Ferreira, Sandra For First Interim Period** | | **165.90** | **$175.00** | **$29,032.50** |
| Manager | Goh, Bernard | Singapore | 5.70 | $200.00 | $1,140.00 |
| | **Total - Goh, Bernard For First Interim Period** | | **5.70** | **$200.00** | **$1,140.00** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---:|---:|---:|
| Manager | Herbst, Shannon | United States | | $165.00 | ($3,630.00) |
| | Herbst, Shannon | United States | 505.75 | $165.00 | $87,078.75 |
| | **Total - Herbst, Shannon For First Interim Period** | | **505.75** | **$165.00** | **$83,448.75** |
| Manager | Hetterich, Susanne | Germany | 5.50 | $200.00 | $1,100.00 |
| | **Total - Hetterich, Susanne For First Interim Period** | | **5.50** | **$200.00** | **$1,100.00** |
| Manager | Jilka, Nehal | United Kingdom | 139.95 | $200.00 | $27,990.00 |
| | **Total - Jilka, Nehal For First Interim Period** | | **139.95** | **$200.00** | **$27,990.00** |
| Manager | Kus, Vitezslav | Czech Republic | 99.20 | $175.00 | $17,360.00 |
| | **Total - Kus, Vitezslav For First Interim Period** | | **99.20** | **$175.00** | **$17,360.00** |
| Manager | Lindner, Hannes | Austria | 9.75 | $200.00 | $1,950.00 |
| | **Total - Lindner, Hannes For First Interim Period** | | **9.75** | **$200.00** | **$1,950.00** |
| Manager | Lovins, Yvonne | United States | 3.00 | $165.00 | $495.00 |
| | **Total - Lovins, Yvonne For First Interim Period** | | **3.00** | **$165.00** | **$495.00** |
| Manager | Parakh, Siddarth | United States | 397.60 | $165.00 | $65,604.00 |
| | **Total - Parakh, Siddarth For First Interim Period** | | **397.60** | **$165.00** | **$65,604.00** |
| Manager | Pascu, Hedy | Romania | 77.15 | $175.00 | $13,501.25 |
| | **Total - Pascu, Hedy For First Interim Period** | | **77.15** | **$175.00** | **$13,501.25** |
| Manager | Rangarajan, Sukanya | United States | 41.60 | $165.00 | $6,864.00 |
| | **Total - Rangarajan, Sukanya For First Interim Period** | | **41.60** | **$165.00** | **$6,864.00** |
| Manager | Rogge, Horst | Germany | 63.70 | $200.00 | $12,740.00 |
| | **Total - Rogge, Horst For First Interim Period** | | **63.70** | **$200.00** | **$12,740.00** |
| Manager | Rohrbach, Hans-Dirk | Germany | 107.60 | $200.00 | $21,520.00 |
| | **Total - Rohrbach, Hans-Dirk For First Interim Period** | | **107.60** | **$200.00** | **$21,520.00** |
| Manager | Rozier, Evens | United States | 81.75 | $165.00 | $13,488.75 |
| | **Total - Rozier, Evens For First Interim Period** | | **81.75** | **$165.00** | **$13,488.75** |
| Manager | Sadaghiyani, Jamshid | United States - IT | 389.10 | $165.00 | $64,201.50 |
| | Sadaghiyani, Jamshid | United States | 8.00 | $165.00 | $1,320.00 |
| | **Total - Sadaghiyani, Jamshid For First Interim Period** | | **397.10** | **$165.00** | **$65,521.50** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---|---|---|
| Manager | Smeyers, Rafael | United States | 28.20 | $165.00 | $4,653.00 |
| | Smeyers, Rafael | United States - SoD | 319.20 | $165.00 | $52,668.00 |
| | **Total - Smeyers, Rafael For First Interim Period** | | **347.40** | **$165.00** | **$57,321.00** |
| Manager | Smith, Andrea | United States - Bankruptcy | 35.90 | $360.00 | $12,924.00 |
| | **Total - Smith, Andrea For First Interim Period** | | **35.90** | **$360.00** | **$12,924.00** |
| Manager | Stevens, Charles | United States | 69.20 | $165.00 | $11,418.00 |
| | **Total - Stevens, Charles For First Interim Period** | | **69.20** | **$165.00** | **$11,418.00** |
| Manager | Taylor, Todd | United States | 146.20 | $165.00 | $24,123.00 |
| | **Total - Taylor, Todd For First Interim Period** | | **146.20** | **$165.00** | **$24,123.00** |
| Manager | Urban, Piotr | Poland | 29.00 | $175.00 | $5,075.00 |
| | **Total - Urban, Piotr For First Interim Period** | | **29.00** | **$175.00** | **$5,075.00** |
| Manager | VanGorder, Kimberly | United States | 254.30 | $165.00 | $41,959.50 |
| | VanGorder, Kimberly | United States - SoD | 2.20 | $165.00 | $363.00 |
| | **Total - VanGorder, Kimberly For First Interim Period** | | **256.50** | **$165.00** | **$42,322.50** |
| **Total - Manager For First Interim Period** | | | **3,162.75** | **$172.92** | **$546,903.00** |
| Senior Associate | Bailey, Jonafel | United States | 227.90 | $120.00 | $27,348.00 |
| | Bailey, Jonafel | United States - SoD | 6.00 | $130.00 | $780.00 |
| | **Total - Bailey, Jonafel For First Interim Period** | | **233.90** | **$120.26** | **$28,128.00** |
| Senior Associate | Barbos, Alexandru | Romania | 95.05 | $90.00 | $8,554.50 |
| | **Total - Barbos, Alexandru For First Interim Period** | | **95.05** | **$90.00** | **$8,554.50** |
| Senior Associate | Beaver, William | United States - IT | 393.10 | $130.00 | $63,596.00 |
| | Beaver, William | United States - IT | | $130.00 | ($12,493.00) |
| | **Total - Beaver, William For First Interim Period** | | **393.10** | **$130.00** | **$51,103.00** |
| Senior Associate | Chan, Alice | China | 33.00 | $160.00 | $5,280.00 |
| | **Total - Chan, Alice For First Interim Period** | | **33.00** | **$160.00** | **$5,280.00** |
| Senior Associate | Cohen, Aaron | United States - IT | 152.80 | $130.00 | $19,864.00 |
| | **Total - Cohen, Aaron For First Interim Period** | | **152.80** | **$130.00** | **$19,864.00** |
| Senior Associate | Dada, Kolade | United States | 134.20 | $120.00 | $16,104.00 |
| | **Total - Dada, Kolade For First Interim Period** | | **134.20** | **$120.00** | **$16,104.00** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---|---|---|
| Senior Associate | Dauner, Andras | Hungary | 68.50 | $135.00 | $9,247.50 |
| | **Total - Dauner, Andras For First Interim Period** | | **68.50** | **$135.00** | **$9,247.50** |
| Senior Associate | Egan, Michael | United States | 117.70 | $120.00 | $14,124.00 |
| | **Total - Egan, Michael For First Interim Period** | | **117.70** | **$120.00** | **$14,124.00** |
| Senior Associate | Fernandez, Jorge | Mexico | 72.40 | $95.00 | $6,878.00 |
| | **Total - Fernandez, Jorge For First Interim Period** | | **72.40** | **$95.00** | **$6,878.00** |
| Senior Associate | Frank, Lisa | United States | 40.50 | $120.00 | $4,860.00 |
| | **Total - Frank, Lisa For First Interim Period** | | **40.50** | **$120.00** | **$4,860.00** |
| Senior Associate | Franklin, Stephanie | United States | 135.40 | $120.00 | $16,248.00 |
| | **Total - Franklin, Stephanie For First Interim Period** | | **135.40** | **$120.00** | **$16,248.00** |
| Senior Associate | Godyń, Marcin | Poland | 13.00 | $135.00 | $1,755.00 |
| | **Total - Godyń, Marcin For First Interim Period** | | **13.00** | **$135.00** | **$1,755.00** |
| Senior Associate | Gutierrez, Jaime | United States | 295.80 | $120.00 | $58,788.00 |
| | Gutierrez, Jaime | United States | | $120.00 | ($23,292.00) |
| | **Total - Gutierrez, Jaime For First Interim Period** | | **295.80** | **$120.00** | **$35,496.00** |
| Senior Associate | Hermann, Lisa | United States | 92.20 | $120.00 | $11,064.00 |
| | **Total - Hermann, Lisa For First Interim Period** | | **92.20** | **$120.00** | **$11,064.00** |
| Senior Associate | Kok, Janet | Australia | 50.30 | $160.00 | $8,048.00 |
| | **Total - Kok, Janet For First Interim Period** | | **50.30** | **$160.00** | **$8,048.00** |
| Senior Associate | Koszegi, Maria | Hungary | 11.50 | $135.00 | $1,552.50 |
| | **Total - Koszegi, Maria For First Interim Period** | | **11.50** | **$135.00** | **$1,552.50** |
| Senior Associate | Kröchert, Carola | Germany | 7.50 | $160.00 | $1,200.00 |
| | **Total - Kröchert, Carola For First Interim Period** | | **7.50** | **$160.00** | **$1,200.00** |
| Senior Associate | Krummenerl, Stefanie | Germany | 39.65 | $160.00 | $6,344.00 |
| | **Total - Krummenerl, Stefanie For First Interim Period** | | **39.65** | **$160.00** | **$6,344.00** |
| Senior Associate | Laforest, Randy | United States | 440.00 | $120.00 | $52,800.00 |
| | **Total - Laforest, Randy For First Interim Period** | | **440.00** | **$120.00** | **$52,800.00** |
| Senior Associate | Lakrissa, Mehdi | Morocco | 16.00 | $100.00 | $1,600.00 |
| | **Total - Lakrissa, Mehdi For First Interim Period** | | **16.00** | **$100.00** | **$1,600.00** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---|---|---|
| Senior Associate | Leiger, Steven | United States | 4.20 | $120.00 | $504.00 |
| | **Total - Leiger, Steven For First Interim Period** | | **4.20** | **$120.00** | **$504.00** |
| Senior Associate | Mangan, Lisa | United States | 45.00 | $120.00 | $5,400.00 |
| | **Total - Mangan, Lisa For First Interim Period** | | **45.00** | **$120.00** | **$5,400.00** |
| Senior Associate | Mayerhofer, Maria | Austria | 2.00 | $160.00 | $320.00 |
| | **Total - Mayerhofer, Maria For First Interim Period** | | **2.00** | **$160.00** | **$320.00** |
| Senior Associate | Mayr, Christian | Germany | 136.70 | $160.00 | $21,872.00 |
| | **Total - Mayr, Christian For First Interim Period** | | **136.70** | **$160.00** | **$21,872.00** |
| Senior Associate | McColl, Lori | United States | 330.50 | $120.00 | $39,660.00 |
| | **Total - McColl, Lori For First Interim Period** | | **330.50** | **$120.00** | **$39,660.00** |
| Senior Associate | Meekins, Curtis | United States | 38.00 | $120.00 | $4,560.00 |
| | **Total - Meekins, Curtis For First Interim Period** | | **38.00** | **$120.00** | **$4,560.00** |
| Senior Associate | Meyer, Berit | Germany | 24.50 | $160.00 | $3,920.00 |
| | **Total - Meyer, Berit For First Interim Period** | | **24.50** | **$160.00** | **$3,920.00** |
| Senior Associate | Navarro, Paola | United States | 535.50 | $120.00 | $64,260.00 |
| | **Total - Navarro, Paola For First Interim Period** | | **535.50** | **$120.00** | **$64,260.00** |
| Senior Associate | Ong, Joo Yin | Australia | 42.00 | $160.00 | $6,720.00 |
| | **Total - Ong, Joo Yin For First Interim Period** | | **42.00** | **$160.00** | **$6,720.00** |
| Senior Associate | Potter, William | United States | 133.50 | $120.00 | $16,020.00 |
| | **Total - Potter, William For First Interim Period** | | **133.50** | **$120.00** | **$16,020.00** |
| Senior Associate | Rankin, Rebecca | United States | 9.10 | $120.00 | $1,092.00 |
| | **Total - Rankin, Rebecca For First Interim Period** | | **9.10** | **$120.00** | **$1,092.00** |
| Senior Associate | Reed, Brian | United States | 159.00 | $120.00 | $19,080.00 |
| | **Total - Reed, Brian For First Interim Period** | | **159.00** | **$120.00** | **$19,080.00** |
| Senior Associate | Ronyecz, Andrea | Hungary | 69.00 | $135.00 | $9,315.00 |
| | **Total - Ronyecz, Andrea For First Interim Period** | | **69.00** | **$135.00** | **$9,315.00** |
| Senior Associate | Roy Choudhury, Adity | United Kingdom | 7.10 | $140.00 | $994.00 |
| | **Total - Roy Choudhury, Adity For First Interim Period** | | **7.10** | **$140.00** | **$994.00** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---|---|---|
| Senior Associate | Schmidt, Adrian | Romania | 38.80 | $90.00 | $3,492.00 |
| | **Total - Schmidt, Adrian For First Interim Period** | | **38.80** | **$90.00** | **$3,492.00** |
| Senior Associate | Seguro, Nuno | Portugal | 138.40 | $135.00 | $18,684.00 |
| | **Total - Seguro, Nuno For First Interim Period** | | **138.40** | **$135.00** | **$18,684.00** |
| Senior Associate | Siansi, Cleberson | United States - IT | 194.10 | $130.00 | $25,233.00 |
| | **Total - Siansi, Cleberson For First Interim Period** | | **194.10** | **$130.00** | **$25,233.00** |
| Senior Associate | Singh, Prithvi | India | 12.70 | $60.00 | $762.00 |
| | **Total - Singh, Prithvi For First Interim Period** | | **12.70** | **$60.00** | **$762.00** |
| Senior Associate | Smaller, Neil | United States | 0.20 | $120.00 | $24.00 |
| | Smaller, Neil | United States - IT | 251.70 | $130.00 | $32,721.00 |
| | **Total - Smaller, Neil For First Interim Period** | | **251.90** | **$129.99** | **$32,745.00** |
| Senior Associate | Stefanik, Peter | Czech Republic | 101.55 | $135.00 | $13,709.25 |
| | **Total - Stefanik, Peter For First Interim Period** | | **101.55** | **$135.00** | **$13,709.25** |
| Senior Associate | Suarez, Jose | United States | 43.25 | $120.00 | $5,190.00 |
| | **Total - Suarez, Jose For First Interim Period** | | **43.25** | **$120.00** | **$5,190.00** |
| Senior Associate | Tee, Alvin | China | 197.80 | $160.00 | $31,648.00 |
| | **Total - Tee, Alvin For First Interim Period** | | **197.80** | **$160.00** | **$31,648.00** |
| Senior Associate | Underwood, Billy | United Kingdom | 38.00 | $140.00 | $5,320.00 |
| | **Total - Underwood, Billy For First Interim Period** | | **38.00** | **$140.00** | **$5,320.00** |
| Senior Associate | Velazquez, Jorge | Mexico | 6.30 | $95.00 | $598.50 |
| | **Total - Velazquez, Jorge For First Interim Period** | | **6.30** | **$95.00** | **$598.50** |
| Senior Associate | Voelker, Kelly | United States | 113.60 | $120.00 | $13,632.00 |
| | **Total - Voelker, Kelly For First Interim Period** | | **113.60** | **$120.00** | **$13,632.00** |
| Senior Associate | Wong, Yin Yin | Singapore | 5.70 | $160.00 | $912.00 |
| | **Total - Wong, Yin Yin For First Interim Period** | | **5.70** | **$160.00** | **$912.00** |
| Senior Associate | Yuan, Nora | China | 138.20 | $160.00 | $22,112.00 |
| | **Total - Yuan, Nora For First Interim Period** | | **138.20** | **$160.00** | **$22,112.00** |
| Senior Associate | Zuccaro, Serafina | Italy | 16.00 | $160.00 | $2,560.00 |
| | **Total - Zuccaro, Serafina For First Interim Period** | | **16.00** | **$160.00** | **$2,560.00** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---:|---:|---:|
| **Total - Senior Associate For First Interim Period** | | | **5,274.90** | **$127.12** | **$670,565.25** |
| Associate | Al-Hilli, Tala | Australia | 1.10 | $130.00 | $143.00 |
| | **Total - Al-Hilli, Tala For First Interim Period** | | **1.10** | **$130.00** | **$143.00** |
| Associate | Altahami, Yunis | United States | 16.00 | $95.00 | $1,520.00 |
| | **Total - Altahami, Yunis For First Interim Period** | | **16.00** | **$95.00** | **$1,520.00** |
| Associate | Arackal, Sonia | United States | 28.00 | $95.00 | $2,660.00 |
| | **Total - Arackal, Sonia For First Interim Period** | | **28.00** | **$95.00** | **$2,660.00** |
| Associate | Baysdell, Joseph | United States | 29.00 | $95.00 | $2,755.00 |
| | **Total - Baysdell, Joseph For First Interim Period** | | **29.00** | **$95.00** | **$2,755.00** |
| Associate | Bieterman, Caren | United States | | $95.00 | ($4,845.00) |
| | Bieterman, Caren | United States | 98.80 | $95.00 | $14,231.00 |
| | **Total - Bieterman, Caren For First Interim Period** | | **98.80** | **$95.00** | **$9,386.00** |
| Associate | Bollaert, Sarah | United States | 38.50 | $95.00 | $3,657.50 |
| | **Total - Bollaert, Sarah For First Interim Period** | | **38.50** | **$95.00** | **$3,657.50** |
| Associate | Budzynski, Joseph | United States - IT | 32.40 | $110.00 | $3,564.00 |
| | Budzynski, Joseph | United States | 8.70 | $95.00 | $826.50 |
| | **Total - Budzynski, Joseph For First Interim Period** | | **41.10** | **$106.82** | **$4,390.50** |
| Associate | Byrne, William | United States | 108.60 | $95.00 | $10,317.00 |
| | **Total - Byrne, William For First Interim Period** | | **108.60** | **$95.00** | **$10,317.00** |
| Associate | Cadariu, Andreea | Romania | 60.10 | $60.00 | $3,606.00 |
| | **Total - Cadariu, Andreea For First Interim Period** | | **60.10** | **$60.00** | **$3,606.00** |
| Associate | Conroy, Georgia | United States | 74.65 | $95.00 | $7,091.75 |
| | **Total - Conroy, Georgia For First Interim Period** | | **74.65** | **$95.00** | **$7,091.75** |
| Associate | Czerney, Kevin | United States | 64.10 | $95.00 | $6,089.50 |
| | **Total - Czerney, Kevin For First Interim Period** | | **64.10** | **$95.00** | **$6,089.50** |
| Associate | D'Esterno, Maxime | Belgium | 28.30 | $130.00 | $3,679.00 |
| | **Total - D'Esterno, Maxime For First Interim Period** | | **28.30** | **$130.00** | **$3,679.00** |
| Associate | Diez, Alexander | Germany | 62.30 | $130.00 | $8,099.00 |
| | **Total - Diez, Alexander For First Interim Period** | | **62.30** | **$130.00** | **$8,099.00** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---|---|---|
| Associate | Dosa, Dora | Hungary | 55.50 | $105.00 | $5,827.50 |
| | **Total - Dosa, Dora For First Interim Period** | | **55.50** | **$105.00** | **$5,827.50** |
| Associate | Escandon, Leopoldo | Mexico | 60.40 | $75.00 | $4,530.00 |
| | **Total - Escandon, Leopoldo For First Interim Period** | | **60.40** | **$75.00** | **$4,530.00** |
| Associate | Garvey, Paul | Australia | 46.50 | $130.00 | $6,045.00 |
| | **Total - Garvey, Paul For First Interim Period** | | **46.50** | **$130.00** | **$6,045.00** |
| Associate | Gonzalez-Baez, Marco | United States | 87.00 | $95.00 | $8,265.00 |
| | Gonzalez-Baez, Marco | United States - SOD | | $110.00 | ($2,103.00) |
| | Gonzalez-Baez, Marco | United States - SOD | 307.40 | $110.00 | $35,917.00 |
| | **Total - Gonzalez-Baez, Marco For First Interim Period** | | **394.40** | **$106.69** | **$42,079.00** |
| Associate | Harper, Alison | United States | 8.00 | $95.00 | $760.00 |
| | **Total - Harper, Alison For First Interim Period** | | **8.00** | **$95.00** | **$760.00** |
| Associate | Haselhof, Joachim | Germany | 112.00 | $130.00 | $14,560.00 |
| | **Total - Haselhof, Joachim For First Interim Period** | | **112.00** | **$130.00** | **$14,560.00** |
| Associate | Hosnofsky, Christian | Germany | 61.90 | $130.00 | $8,047.00 |
| | **Total - Hosnofsky, Christian For First Interim Period** | | **61.90** | **$130.00** | **$8,047.00** |
| Associate | Keener, Stuart | United States | 20.00 | $95.00 | $1,900.00 |
| | **Total - Keener, Stuart For First Interim Period** | | **20.00** | **$95.00** | **$1,900.00** |
| Associate | Lenz, Alexander | Germany | 88.00 | $130.00 | $11,440.00 |
| | **Total - Lenz, Alexander For First Interim Period** | | **88.00** | **$130.00** | **$11,440.00** |
| Associate | Li, Monica | China | 48.00 | $130.00 | $6,240.00 |
| | **Total - Li, Monica For First Interim Period** | | **48.00** | **$130.00** | **$6,240.00** |
| Associate | Lu, Wei | United States | 104.75 | $95.00 | $9,951.25 |
| | **Total - Lu, Wei For First Interim Period** | | **104.75** | **$95.00** | **$9,951.25** |
| Associate | Mcgowan, Jason | United States | 36.00 | $95.00 | $3,420.00 |
| | **Total - Mcgowan, Jason For First Interim Period** | | **36.00** | **$95.00** | **$3,420.00** |
| Associate | Montroy, Jessica | United States | 42.00 | $95.00 | $3,990.00 |
| | **Total - Montroy, Jessica For First Interim Period** | | **42.00** | **$95.00** | **$3,990.00** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---|---|---|
| Associate | Ornsby, Linda | United States | 47.90 | $95.00 | $4,550.50 |
| | **Total - Ornsby, Linda For First Interim Period** | | **47.90** | **$95.00** | **$4,550.50** |
| Associate | Pack, Brian | United States | 16.50 | $95.00 | $1,567.50 |
| | **Total - Pack, Brian For First Interim Period** | | **16.50** | **$95.00** | **$1,567.50** |
| Associate | Paniccia, Anthony | United States | 72.00 | $95.00 | $6,840.00 |
| | **Total - Paniccia, Anthony For First Interim Period** | | **72.00** | **$95.00** | **$6,840.00** |
| Associate | Patel, Amish | United States | 72.10 | $95.00 | $6,849.50 |
| | **Total - Patel, Amish For First Interim Period** | | **72.10** | **$95.00** | **$6,849.50** |
| Associate | Perez, Rosaana | United States - IT | 29.00 | $110.00 | $3,190.00 |
| | **Total - Perez, Rosaana For First Interim Period** | | **29.00** | **$110.00** | **$3,190.00** |
| Associate | Pierce, Stephanie | United States | 170.90 | $95.00 | $16,235.50 |
| | **Total - Pierce, Stephanie For First Interim Period** | | **170.90** | **$95.00** | **$16,235.50** |
| Associate | Polorotoff, Nina | Australia | 28.40 | $130.00 | $3,692.00 |
| | **Total - Polorotoff, Nina For First Interim Period** | | **28.40** | **$130.00** | **$3,692.00** |
| Associate | Santa Rosa, William | United States | 97.00 | $95.00 | $9,215.00 |
| | **Total - Santa Rosa, William For First Interim Period** | | **97.00** | **$95.00** | **$9,215.00** |
| Associate | Scott, Shamika | United States | 63.70 | $95.00 | $6,051.50 |
| | **Total - Scott, Shamika For First Interim Period** | | **63.70** | **$95.00** | **$6,051.50** |
| Associate | Shehi, Renis | United States - IT | 60.90 | $110.00 | $6,699.00 |
| | Shehi, Renis | United States | 78.20 | $95.00 | $7,429.00 |
| | **Total - Shehi, Renis For First Interim Period** | | **139.10** | **$101.57** | **$14,128.00** |
| Associate | Singh, Gundeep | United States | 34.80 | $95.00 | $3,306.00 |
| | **Total - Singh, Gundeep For First Interim Period** | | **34.80** | **$95.00** | **$3,306.00** |
| Associate | Skarpa, Radim | Czech Republic | 83.05 | $105.00 | $8,720.25 |
| | **Total - Skarpa, Radim For First Interim Period** | | **83.05** | **$105.00** | **$8,720.25** |
| Associate | Skrycki, Derrick | United States | 51.50 | $95.00 | $4,892.50 |
| | **Total - Skrycki, Derrick For First Interim Period** | | **51.50** | **$95.00** | **$4,892.50** |
| Associate | Sun, Xuelin | United States | 34.50 | $95.00 | $3,277.50 |
| | **Total - Sun, Xuelin For First Interim Period** | | **34.50** | **$95.00** | **$3,277.50** |

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---|---|---|
| Associate | Uher, Peter | United States | 185.50 | $95.00 | $17,622.50 |
| | **Total - Uher, Peter For First Interim Period** | | **185.50** | **$95.00** | **$17,622.50** |
| Associate | Valenta, Robert | Austria | 38.15 | $130.00 | $4,959.50 |
| | **Total - Valenta, Robert For First Interim Period** | | **38.15** | **$130.00** | **$4,959.50** |
| Associate | Ward, Richard | United Kingdom | 31.55 | $95.00 | $2,997.25 |
| | **Total - Ward, Richard For First Interim Period** | | **31.55** | **$95.00** | **$2,997.25** |
| Associate | Weiss, Matthew | United States | 140.20 | $95.00 | $13,319.00 |
| | **Total - Weiss, Matthew For First Interim Period** | | **140.20** | **$95.00** | **$13,319.00** |
| Associate | Williams, Jim | United States | 142.50 | $95.00 | $13,537.50 |
| | **Total - Williams, Jim For First Interim Period** | | **142.50** | **$95.00** | **$13,537.50** |
| Associate | Williams, Ross | United States | 266.20 | $95.00 | $25,289.00 |
| | **Total - Williams, Ross For First Interim Period** | | **266.20** | **$95.00** | **$25,289.00** |
| **Total - Associate For First Interim Period** | | | **3,472.55** | **$101.49** | **$352,424.50** |
| Paraprofessional | Foran, Rachel | United States | 17.90 | $80.00 | $1,432.00 |
| | **Total - Foran, Rachel For First Interim Period** | | **17.90** | **$80.00** | **$1,432.00** |
| Paraprofessional | Washko, Mary | United States | 4.50 | $80.00 | $360.00 |
| | **Total - Washko, Mary For First Interim Period** | | **4.50** | **$80.00** | **$360.00** |
| **Total - Paraprofessional For First Interim Period** | | | **22.40** | **$80.00** | **$1,792.00** |

**Total - Sarbanes-Oxley 404 Services For First Interim Period**    13,889.80    $2,125,922.25

Blended Rate For First Interim Period  $153.06

| Position | Name | Service Category | Hours | Rate | Total |
|---|---|---|---|---|---|
| **Tax Compliance - Foreign Affiliate Reporting** | | | | | |
| Senior Associate | Lawler, Curt | United States | 525.00 | $110.00 | $57,750.00 |
| | **Total - Lawler, Curt For First Interim Period** | | **525.00** | **$110.00** | **$57,750.00** |
| Senior Associate | Van Arsdalen, Donald | United States | 586.70 | $155.00 | $90,938.50 |
| | **Total - Van Arsdalen, Donald For First Interim Period** | | **586.70** | **$155.00** | **$90,938.50** |
| **Total - Senior Associate For First Interim Period** | | | **1,111.70** | **$133.75** | **$148,688.50** |
| Associate | Shuler, Michael | United States | 518.70 | $110.00 | $57,057.00 |
| | **Total - Shuler, Michael For First Interim Period** | | **518.70** | **$110.00** | **$57,057.00** |
| **Total - Associate For First Interim Period** | | | **518.70** | **$110.00** | **$57,057.00** |

**Total - Tax Compliance - Foreign Affiliate Reporting For First Interim Period**     1,630.40     $205,745.50

Blended Rate For First Interim Period   $126.19

**Grand Totals For First Interim Period**     15,520.20     $2,331,667.75

Blended Rate For First Interim Period   $150.23