**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------

### FIRST INTERIM FEE APPLICATION FOR PRICEWATERHOUSECOOPERS LLP
### FOR THE PERIOD FEBRUARY 1, 2006 THROUGH MAY 31, 2006

## SUMMARY OF EXHIBITS

Exhibit A -- Certification of Brian D. Decker.

Exhibit B -- Retention Order dated June 21, 2006 authorizing the employment and retention of PricewaterhouseCoopers LLP to provide certain Sarbanes-Oxley Compliance, Tax and Financial Planning and Other General Tax Consulting Services to the Debtors; Supplemental Retention Order dated January 18, 2007 expanding the scope of retention for the due diligence project.

### Fixed Fee Services

Exhibit C -- Invoice and summary schedule for the Fixed Fee - Executive Personal Financial Planning Services

### Hourly Fee Services

Exhibit D -- Summary of Hours, Billing Rate and Fees by Professional

Exhibit E -- Project Category Fees, Subcategories and Task Codes

Exhibit F -- Daily Time Detail by Category and Professional

Exhibit G -- Summary and Details of Expenditures by Professional