**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------
                                                )
In re                                           )    Chapter 11
                                                )
DELPHI CORPORATION, et al                       )    Case No. 05-44481 (RDD)
                                                )
Debtors.                                        )    Jointly Administered
                                                )
------------------------------------------------------------

**SUMMARY OF FIRST INTERIM FEE APPLICATION FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED BY PRICEWATERHOUSECOOPERS LLP TO PROVIDE CERTAIN SARBANES-OXLEY COMPLIANCE, TAX AND FINANCIAL PLANNING, AND OTHER GENERAL TAX CONSULTING SERVICES TO DELPHI CORPORATION, et al., FOR THE PERIOD FEBRUARY 1, 2006 THROUGH MAY 31, 2006**

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | The above captioned debtors and debtors in possession |
| Date of Retention: | June 21, 2006 (nunc pro tunc as of January 1, 2006) |
| Period for which compensation and reimbursement is sought: | February 1, 2006 through May 31, 2006 |
| Amount of Compensation requested: | $2,344,167.75 |
| Amount of Expense Reimbursement requested: | $298,544.27 |
| Total Compensation and Expense Reimbursement requested: | $2,642,712.02 |
| Blended Hourly Rate during this period | $150.23 |
| Compensation previously requested: | $0.00 |
| Compensation previously awarded: | $0.00 |
| Expenses previously requested: | $0.00 |
| Expenses previously awarded: | $0.00 |

This is a:    __X__ interim  __ final Application.

The total time expended for fee application preparation is approximately 30.6 hours and the corresponding compensation requested is approximately $7,227.00.

## PRIOR INTERIM APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| | | | | | |

## MONTHLY INVOICES SUBMITTED:

The fees and expenses requested during the First Interim Fee Application Period are shown below, as well as adjustments requested in subsequent Monthly Fee Statements, combined total the *Total Compensation and Expense Reimbursement* requested.

| | FEES | EXPENSES | TOTAL |
|---|---|---|---|
| **FEES AND EXPENSES REQUESTED IN INTERIM PERIOD'S MONTHLY APPLICATIONS:** | | | |
| **MONTHLY FEES - TOTAL** | **$2,414,307.75** | **$208,672.03** | **$2,622,979.78** |
| Feb-2006 | $89,162.50 | $602.97 | $89,765.47 |
| Mar-2006 | $518,769.00 | $43,260.82 | $562,029.82 |
| Apr-2006 | $477,869.00 | $37,582.64 | $515,451.64 |
| May-2006 | $1,328,507.25 | $127,225.60 | $1,455,732.85 |
| **FEES AND EXPENSES ADJUSTMENTS - ALREADY REQUESTED IN SUBSEQUENT MONTHLY APPLICATIONS (NO ADDITIONAL ADJUSTMENT NEEDED):** | | | |
| **SUBSEQUENT MONTHLY FEES - TOTAL** | **($70,140.00)** | **$89,872.24** | **$19,732.24** |
| Jun-2006 | ($70,153.00) | $62,281.06 | ($7,871.94) |
| Jul-2006 | | $6,820.10 | $6,820.10 |
| Aug-2006 | | $20,771.08 | $20,771.08 |
| Dec-2006 | $13.00 | $0.00 | $13.00 |
| **RECONCILED FEES AND EXPENSE REQUEST (FIRST INTERIM PERIOD (2/1/06 - 5/31/06):** | | | |
| **TOTAL FEES AND EXPENSES** | **$2,344,167.75** | **$298,544.27** | **$2,642,712.02** |

## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY

| Project | Location | Hours | Fees |
|---|---|---|---|
| Sarbanes-Oxley 404 Services | U.S. | 10,507.95 | $1,581,039.50 |
|  | Intl | 3,381.85 | $544,882.75 |
| **Sarbanes-Oxley 404 Services Total** |  | **13,889.80** | **$2,125,922.25** |
| Tax Compliance - Foreign Affiliate Reporting | U.S. | 1,630.40 | $205,745.50 |
| **Tax Compliance - Foreign Affiliate Reporting Total** |  | **1,630.40** | **$205,745.50** |
| Executive Personal Financial Planning Services | U.S. |  | $12,500.00 |
| **Executive Personal Financial Planning Services Total** |  |  | **$12,500.00** |
| **Grand Total** |  | **15,520.20** | **$2,344,167.75** |

### FIXED FEE SERVICES - $12,500.00

**EXECUTIVE FINANCIAL PLANNING STATEMENT OF WORK**

As stated in PricewaterhouseCoopers retention application, these services are Fixed Fee by Delphi Executive.  Listed below are the total fees for the Second Quarter of 2006, the quarterly invoice is annexed hereto as **Exhibit C**.

**Executive Financial Planning Program**

**2006 2nd Quarter Fees**

| Participant | Total Fees | Initial Year Installment |
|---|---|---|
| **Mark Weber** | $ 2,000 |  |
| **Karen Healy** | $ 2,000 |  |
| **Atul Pasricha** | $ 1,500 |  |
| **David Knill** | $ 1,500 |  |
| **William Lloyd** | $ 2,750 | 4 of 4 |
| **Mark Hester** | $ 2,750 | 1 of 4 |
| **Current Fees** | $ 12,500 |  |

## HOURLY FEE SERVICES - 15,520.20 HOURS, $2,331,667.75

PricewaterhouseCoopers professionals provided hourly advisory services associated with the various tax advisory services and other professional services associated with the bankruptcy. The professionals who performed these services are listed below:

## PROJECT CATEGORY

| Project | Location | Hours | Fees |
|---|---|---|---|
| Sarbanes-Oxley 404 Services | U.S. | 10,507.95 | $1,581,039.50 |
|  | Intl | 3,381.85 | $544,882.75 |
| **Sarbanes-Oxley 404 Services Total** |  | **13,889.80** | **$2,125,922.25** |
| Tax Compliance - Foreign Affiliate Reporting | U.S. | 1,630.40 | $205,745.50 |
| **Tax Compliance - Foreign Affiliate Reporting Total** |  | **1,630.40** | **$205,745.50** |
| **Grand Total** |  | **15,520.20** | **$2,331,667.75** |

## SUMMARY OF PROFESSIONALS

### SARBANES-OXLEY 404 SERVICES - HOURS AND COMPENSATION

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Partner | Bucrek, James | United States | 3.80 | $390.00 | $1,482.00 |
|  | Busch, Kelly | United States | 2.00 | $390.00 | $780.00 |
|  | Decker, Brian | United States |  | $390.00 | ($10,920.00) |
|  | Decker, Brian | United States | 255.75 | $390.00 | $110,662.50 |
|  | Erickson, David | United States | 16.00 | $390.00 | $6,240.00 |
|  | Fairchild, Simon | United Kingdom | 7.10 | $400.00 | $2,840.00 |
|  | Fitzgerald, Patrick | China | 3.80 | $400.00 | $1,520.00 |
|  | Haas, Megan | Australia | 1.10 | $400.00 | $440.00 |
|  | Ramirez, Adolfo | Mexico | 12.20 | $325.00 | $3,965.00 |
| **Total - Partner For First Interim Period** |  |  | **301.75** | **$387.77** | **$117,009.50** |
| Director | Brown, Stasi | United States |  | $260.00 | ($6,370.00) |
|  | Brown, Stasi | United States | 477.40 | $260.00 | $130,494.00 |
|  | Gates, Jason | United States | 8.00 | $260.00 | $2,080.00 |
|  | Jones, Douglas | United States | 131.50 | $260.00 | $34,190.00 |
|  | Osterman, Scott | United States - SOD | 104.80 | $260.00 | $27,248.00 |
|  | Osterman, Scott | United States | 51.65 | $260.00 | $13,429.00 |
|  | Perkins, Daniel | United States | 4.00 | $260.00 | $1,040.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Director | Peterson, Michael | United States | 159.00 | $260.00 | $41,340.00 |
| | Powell, Thomas | United States | 46.30 | $260.00 | $12,038.00 |
| | Roberts, Blanche | United States | 4.50 | $260.00 | $1,170.00 |
| | Schmitz, Karin | United States | 3.50 | $260.00 | $910.00 |
| | Szułdrzyński, Krzysztof | Poland | 4.00 | $250.00 | $1,000.00 |
| | Wojdyla, Dennis | United States - IT | 326.90 | $260.00 | $91,494.00 |
| | Wojdyla, Dennis | United States - IT | | $260.00 | ($6,500.00) |
| **Total - Director For First Interim Period** | | | **1,321.55** | **$259.97** | **$343,563.00** |
| Senior Manager | Hinchliffe, Debbie | United Kingdom | 99.50 | $300.00 | $29,850.00 |
| | Medina, Rui | Portugal | 7.10 | $250.00 | $1,775.00 |
| | Muñoz, Alberto | Mexico | 10.80 | $225.00 | $2,430.00 |
| | Pavlousek, Roman | Czech Republic | 30.30 | $250.00 | $7,575.00 |
| | Renner, Josef | Austria | 12.90 | $300.00 | $3,870.00 |
| | Ricardez, Elvira | Mexico | 25.40 | $225.00 | $5,715.00 |
| | Sayah, Kamal | Morocco | 16.00 | $180.00 | $2,880.00 |
| | Wild, Travis | Australia | 45.90 | $300.00 | $13,770.00 |
| | Xu, Jasper | China | 86.00 | $300.00 | $25,800.00 |
| **Total - Senior Manager For First Interim Period** | | | **333.90** | **$280.52** | **$93,665.00** |
| Manager | Ahuja, Manpreet Singh | India | 12.70 | $120.00 | $1,524.00 |
| | Arif, Hafiz | United Kingdom | 15.55 | $200.00 | $3,110.00 |
| | Bajo, Inés | Spain | 13.00 | $200.00 | $2,600.00 |
| | Baldysiak, Guenther | Germany | 40.00 | $200.00 | $8,000.00 |
| | Barbu, Carmen | Romania | 32.15 | $175.00 | $5,626.25 |
| | Cushman, Ronald | United States | 47.90 | $165.00 | $7,903.50 |
| | Damiano, Cinzia | Italy | 16.00 | $200.00 | $3,200.00 |
| | Ferreira, Sandra | Portugal | 165.90 | $175.00 | $29,032.50 |
| | Goh, Bernard | Singapore | 5.70 | $200.00 | $1,140.00 |
| | Herbst, Shannon | United States | | $165.00 | ($3,630.00) |
| | Herbst, Shannon | United States | 505.75 | $165.00 | $87,078.75 |
| | Hetterich, Susanne | Germany | 5.50 | $200.00 | $1,100.00 |
| | Hetterich, Susanne | United States - IT | 0.00 | $165.00 | $0.00 |
| | Jilka, Nehal | United Kingdom | 139.95 | $200.00 | $27,990.00 |
| | Kus, Vitezslav | Czech Republic | 99.20 | $175.00 | $17,360.00 |
| | Lindner, Hannes | Austria | 9.75 | $200.00 | $1,950.00 |
| | Lovins, Yvonne | United States | 3.00 | $165.00 | $495.00 |
| | Parakh, Siddarth | United States | 397.60 | $165.00 | $65,604.00 |
| | Pascu, Hedy | Romania | 77.15 | $175.00 | $13,501.25 |
| | Rangarajan, Sukanya | United States | 41.60 | $165.00 | $6,864.00 |
| | Rogge, Horst | Germany | 63.70 | $200.00 | $12,740.00 |
| | Rohrbach, Hans-Dirk | Germany | 107.60 | $200.00 | $21,520.00 |
| | Rozier, Evens | United States | 81.75 | $165.00 | $13,488.75 |
| | Sadaghiyani, Jamshid | United States - IT | 389.10 | $165.00 | $64,201.50 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---:|---:|---:|
| Manager | Sadaghiyani, Jamshid | United States | 8.00 | $165.00 | $1,320.00 |
| | Smeyers, Rafael | United States - SoD | 319.20 | $165.00 | $52,668.00 |
| | Smeyers, Rafael | United States | 28.20 | $165.00 | $4,653.00 |
| | Smith, Andrea | United States - | 35.90 | $360.00 | $12,924.00 |
| | Stevens, Charles | United States | 69.20 | $165.00 | $11,418.00 |
| | Taylor, Todd | United States | 146.20 | $165.00 | $24,123.00 |
| | Urban, Piotr | Poland | 29.00 | $175.00 | $5,075.00 |
| | VanGorder, Kimberly | United States - SoD | 2.20 | $165.00 | $363.00 |
| | VanGorder, Kimberly | United States | 254.30 | $165.00 | $41,959.50 |
| **Total - Manager For First Interim Period** | | | **3,162.75** | **$172.92** | **$546,903.00** |
| Senior Associate | Bailey, Jonafel | United States | 227.90 | $120.00 | $27,348.00 |
| | Bailey, Jonafel | United States - SoD | 6.00 | $130.00 | $780.00 |
| | Barbos, Alexandru | Romania | 95.05 | $90.00 | $8,554.50 |
| | Beaver, William | United States - IT | | $130.00 | ($12,493.00) |
| | Beaver, William | United States - IT | 393.10 | $130.00 | $63,596.00 |
| | Chan, Alice | China | 33.00 | $160.00 | $5,280.00 |
| | Cohen, Aaron | United States - IT | 152.80 | $130.00 | $19,864.00 |
| | Dada, Kolade | United States | 134.20 | $120.00 | $16,104.00 |
| | Dauner, Andras | Hungary | 68.50 | $135.00 | $9,247.50 |
| | Egan, Michael | United States | 117.70 | $120.00 | $14,124.00 |
| | Fernandez, Jorge | Mexico | 72.40 | $95.00 | $6,878.00 |
| | Frank, Lisa | United States | 40.50 | $120.00 | $4,860.00 |
| | Franklin, Stephanie | United States | 135.40 | $120.00 | $16,248.00 |
| | Godyń, Marcin | Poland | 13.00 | $135.00 | $1,755.00 |
| | Gutierrez, Jaime | United States | 295.80 | $120.00 | $58,788.00 |
| | Gutierrez, Jaime | United States | | $120.00 | ($23,292.00) |
| | Hermann, Lisa | United States | 92.20 | $120.00 | $11,064.00 |
| | Kok, Janet | Australia | 50.30 | $160.00 | $8,048.00 |
| | Koszegi, Maria | Hungary | 11.50 | $135.00 | $1,552.50 |
| | Kröchert, Carola | Germany | 7.50 | $160.00 | $1,200.00 |
| | Krummenerl, Stefanie | Germany | 39.65 | $160.00 | $6,344.00 |
| | Laforest, Randy | United States | 440.00 | $120.00 | $52,800.00 |
| | Lakrissa, Mehdi | Morocco | 16.00 | $100.00 | $1,600.00 |
| | Leiger, Steven | United States | 4.20 | $120.00 | $504.00 |
| | Mangan, Lisa | United States | 45.00 | $120.00 | $5,400.00 |
| | Mayerhofer, Maria | Austria | 2.00 | $160.00 | $320.00 |
| | Mayr, Christian | Germany | 136.70 | $160.00 | $21,872.00 |
| | McColl, Lori | United States | 330.50 | $120.00 | $39,660.00 |
| | Meekins, Curtis | United States | 38.00 | $120.00 | $4,560.00 |
| | Meyer, Berit | Germany | 24.50 | $160.00 | $3,920.00 |
| | Navarro, Paola | United States | 535.50 | $120.00 | $64,260.00 |
| | Ong, Joo Yin | Australia | 42.00 | $160.00 | $6,720.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Senior Associate | Potter, William | United States | 133.50 | $120.00 | $16,020.00 |
| | Rankin, Rebecca | United States | 9.10 | $120.00 | $1,092.00 |
| | Reed, Brian | United States | 159.00 | $120.00 | $19,080.00 |
| | Ronyecz, Andrea | Hungary | 69.00 | $135.00 | $9,315.00 |
| | Roy Choudhury, Adity | United Kingdom | 7.10 | $140.00 | $994.00 |
| | Schmidt, Adrian | Romania | 38.80 | $90.00 | $3,492.00 |
| | Seguro, Nuno | Portugal | 138.40 | $135.00 | $18,684.00 |
| | Siansi, Cleberson | United States - IT | 194.10 | $130.00 | $25,233.00 |
| | Singh, Prithvi | India | 12.70 | $60.00 | $762.00 |
| | Smaller, Neil | United States - IT | 251.70 | $130.00 | $32,721.00 |
| | Smaller, Neil | United States | 0.20 | $120.00 | $24.00 |
| | Stefanik, Peter | Czech Republic | 101.55 | $135.00 | $13,709.25 |
| | Suarez, Jose | United States | 43.25 | $120.00 | $5,190.00 |
| | Tee, Alvin | China | 197.80 | $160.00 | $31,648.00 |
| | Underwood, Billy | United Kingdom | 38.00 | $140.00 | $5,320.00 |
| | Velazquez, Jorge | Mexico | 6.30 | $95.00 | $598.50 |
| | Voelker, Kelly | United States | 113.60 | $120.00 | $13,632.00 |
| | Wong, Yin Yin | Singapore | 5.70 | $160.00 | $912.00 |
| | Yuan, Nora | China | 138.20 | $160.00 | $22,112.00 |
| | Zuccaro, Serafina | Italy | 16.00 | $160.00 | $2,560.00 |
| **Total - Senior Associate For First Interim Period** | | | **5,274.90** | **$127.12** | **$670,565.25** |
| Associate | Al-Hilli, Tala | Australia | 1.10 | $130.00 | $143.00 |
| | Altahami, Yunis | United States | 16.00 | $95.00 | $1,520.00 |
| | Arackal, Sonia | United States | 28.00 | $95.00 | $2,660.00 |
| | Baysdell, Joseph | United States | 29.00 | $95.00 | $2,755.00 |
| | Bieterman, Caren | United States | 98.80 | $95.00 | $14,231.00 |
| | Bieterman, Caren | United States | | $95.00 | ($4,845.00) |
| | Bollaert, Sarah | United States | 38.50 | $95.00 | $3,657.50 |
| | Budzynski, Joseph | United States | 8.70 | $95.00 | $826.50 |
| | Budzynski, Joseph | United States - IT | 32.40 | $110.00 | $3,564.00 |
| | Byrne, William | United States | 108.60 | $95.00 | $10,317.00 |
| | Cadariu, Andreea | Romania | 60.10 | $60.00 | $3,606.00 |
| | Conroy, Georgia | United States | 74.65 | $95.00 | $7,091.75 |
| | Czerney, Kevin | United States | 64.10 | $95.00 | $6,089.50 |
| | D'Esterno, Maxime | Belgium | 28.30 | $130.00 | $3,679.00 |
| | Diez, Alexander | Germany | 62.30 | $130.00 | $8,099.00 |
| | Dosa, Dora | Hungary | 55.50 | $105.00 | $5,827.50 |
| | Escandon, Leopoldo | Mexico | 60.40 | $75.00 | $4,530.00 |
| | Garvey, Paul | Australia | 46.50 | $130.00 | $6,045.00 |
| | Gonzalez-Baez, Marco | United States - SOD | 307.40 | $110.00 | $35,917.00 |
| | Gonzalez-Baez, Marco | United States - SOD | | $110.00 | ($2,103.00) |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Associate | Gonzalez-Baez, Marco | United States | 87.00 | $95.00 | $8,265.00 |
| | Harper, Alison | United States | 8.00 | $95.00 | $760.00 |
| | Haselhof, Joachim | Germany | 112.00 | $130.00 | $14,560.00 |
| | Hosnofsky, Christian | Germany | 61.90 | $130.00 | $8,047.00 |
| | Keener, Stuart | United States | 20.00 | $95.00 | $1,900.00 |
| | Lenz, Alexander | Germany | 88.00 | $130.00 | $11,440.00 |
| | Li, Monica | China | 48.00 | $130.00 | $6,240.00 |
| | Lu, Wei | United States | 104.75 | $95.00 | $9,951.25 |
| | Mcgowan, Jason | United States | 36.00 | $95.00 | $3,420.00 |
| | Montroy, Jessica | United States | 42.00 | $95.00 | $3,990.00 |
| | Ornsby, Linda | United States | 47.90 | $95.00 | $4,550.50 |
| | Pack, Brian | United States | 16.50 | $95.00 | $1,567.50 |
| | Paniccia, Anthony | United States | 72.00 | $95.00 | $6,840.00 |
| | Patel, Amish | United States | 72.10 | $95.00 | $6,849.50 |
| | Perez, Rosaana | United States - IT | 29.00 | $110.00 | $3,190.00 |
| | Pierce, Stephanie | United States | 170.90 | $95.00 | $16,235.50 |
| | Polorotoff, Nina | Australia | 28.40 | $130.00 | $3,692.00 |
| | Santa Rosa, William | United States | 97.00 | $95.00 | $9,215.00 |
| | Scott, Shamika | United States | 63.70 | $95.00 | $6,051.50 |
| | Shehi, Renis | United States | 78.20 | $95.00 | $7,429.00 |
| | Shehi, Renis | United States - IT | 60.90 | $110.00 | $6,699.00 |
| | Singh, Gundeep | United States | 34.80 | $95.00 | $3,306.00 |
| | Skarpa, Radim | Czech Republic | 83.05 | $105.00 | $8,720.25 |
| | Skrycki, Derrick | United States | 51.50 | $95.00 | $4,892.50 |
| | Sun, Xuelin | United States | 34.50 | $95.00 | $3,277.50 |
| | Uher, Peter | United States | 185.50 | $95.00 | $17,622.50 |
| | Valenta, Robert | Austria | 38.15 | $130.00 | $4,959.50 |
| | Ward, Richard | United Kingdom | 31.55 | $95.00 | $2,997.25 |
| | Weiss, Matthew | United States | 140.20 | $95.00 | $13,319.00 |
| | Williams, Jim | United States | 142.50 | $95.00 | $13,537.50 |
| | Williams, Ross | United States | 266.20 | $95.00 | $25,289.00 |
| **Total - Associate For First Interim Period** | | | **3,472.55** | **$101.49** | **$352,424.50** |
| Paraprofessional | Foran, Rachel | United States | 17.90 | $80.00 | $1,432.00 |
| | Washko, Mary | United States | 4.50 | $80.00 | $360.00 |
| **Total - Paraprofessional For First Interim Period** | | | **22.40** | **$80.00** | **$1,792.00** |

**Total - Sarbanes-Oxley 404 Services For First Interim Period**  **13,889.80**  **$2,125,922.25**

**Blended Rate For First Interim Period**  **$153.06**

### TAX COMPLIANCE - FOREIGN AFFILIATE REPORTING - HOURS AND COMPENSATION

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Senior Associate | Lawler, Curt | United States | 525.00 | $110.00 | $57,750.00 |
|  | Van Arsdalen, Donald | United States | 586.70 | $155.00 | $90,938.50 |
| **Total - Senior Associate For First Interim Period** | | | **1,111.70** | **$133.75** | **$148,688.50** |
| Associate | Shuler, Michael | United States | 518.70 | $110.00 | $57,057.00 |
| **Total - Associate For First Interim Period** | | | **518.70** | **$110.00** | **$57,057.00** |

**Total - Tax Compliance - Foreign Affiliate Reporting For First Interim Period**        **1,630.40**           **$205,745.50**

**Blended Rate For First Interim Period    $126.19**

## SUMMARY OF EXPENDITURES

### SARBANES-OXLEY 404 SERVICES - EXPENDITURES

The disbursements of PricewaterhouseCoopers for the Compensation Period are as follows:

| Disbursement | Amount |
|---|---|
| Airfare | $153,706.33 |
| Lodging | $6,9804.64 |
| Meals while Traveling | $19,721.55 |
| Parking | $2,220.95 |
| Personal Car Mileage | $11,384.61 |
| Public Transportation | $12,140.74 |
| Rental Car | $20,120.36 |
| Sundry - Other (e.g. computer equipment while at client location, telecommunications, copies) | $9,445.09 |
| **TOTAL** | **$298,544.27** |