**Delphi Corporation (Case No. 05-44481)**  Exhibit E
**Summary of Services for PricewaterhouseCoopers LLP**
**Hourly Services - Sarbanes-Oxley 404 Services and Foreign Affiliate Reporting**
**By Project Category and Task Code - First Interim Period (February 1, 2006 through May 31, 2006)**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Sarbanes-Oxley 404 Services* | | | |
| **Bankruptcy Employment Application and Other Court Filings** | | | |
| Bankruptcy Employment Application | United States | 4.80 | $489.50 |
| Bankruptcy Employment Application | United States - Bankruptcy | 21.50 | $7,740.00 |
| Relationship Check Process and Review | United States | 17.90 | $1,432.00 |
| Relationship Check Process and Review | United States - Bankruptcy | 2.50 | $900.00 |
| **Total - Bankruptcy Employment Application and Other Court Filings** | | **46.70** | **$10,561.50** |
| **Monthly and Interim Fee Applications** | | | |
| Documentation of time detail | United States | 18.70 | $2,943.00 |
| Preparation of fee application | United States - Bankruptcy | 11.90 | $4,284.00 |
| **Total - Monthly and Interim Fee Applications** | | **30.60** | **$7,227.00** |
| **Non-Working Travel Time** | | | |
| Delphi - Travel | Australia | 17.00 | $3,840.00 |
| Delphi - Travel | Austria | 8.90 | $1,279.50 |
| Delphi - Travel | China | 5.30 | $1,408.00 |
| Delphi - Travel | Czech Republic | 50.50 | $7,547.00 |
| Delphi - Travel | Germany | 19.35 | $3,169.00 |
| Delphi - Travel | India | 11.20 | $1,008.00 |
| Delphi - Travel | Mexico | 3.90 | $1,007.50 |
| Delphi - Travel | Morocco | 12.00 | $1,520.00 |
| Delphi - Travel | Poland | 6.00 | $930.00 |
| Delphi - Travel | Portugal | 32.40 | $5,030.00 |
| Delphi - Travel | Romania | 58.75 | $7,103.00 |
| Delphi - Travel | Spain | 3.00 | $600.00 |
| Delphi - Travel | United Kingdom | 37.95 | $8,625.25 |
| Delphi - Travel | United States | 210.55 | $33,493.50 |
| **Total - Non-Working Travel Time** | | **476.80** | **$76,560.75** |
| **Validation and Remediation Services** | | | |
| Engagement management (US staff use only) | United States | 67.20 | $10,789.00 |
| Foreign coordination (US use only) | United States | 196.60 | $55,565.00 |
| Other  (US use only) | United States | 372.10 | $39,932.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Other (US staff use only) | United States | 17.50 | $3,395.00 |
| Planning (Foreign staff use only) | Australia | 55.90 | $14,439.00 |
| Planning (Foreign staff use only) | Austria | 25.60 | $5,105.00 |
| Planning (Foreign staff use only) | China | 123.30 | $28,760.00 |
| Planning (Foreign staff use only) | Czech Republic | 77.40 | $14,762.50 |
| Planning (Foreign staff use only) | Germany | 86.20 | $14,999.00 |
| Planning (Foreign staff use only) | India | 14.20 | $1,278.00 |
| Planning (Foreign staff use only) | Mexico | 71.80 | $13,186.00 |
| Planning (Foreign staff use only) | Morocco | 12.00 | $2,160.00 |
| Planning (Foreign staff use only) | Poland | 40.00 | $6,900.00 |
| Planning (Foreign staff use only) | Portugal | 67.60 | $11,926.50 |
| Planning (Foreign staff use only) | Romania | 38.90 | $4,377.00 |
| Planning (Foreign staff use only) | Spain | 10.00 | $2,000.00 |
| Planning (Foreign staff use only) | United Kingdom | 109.40 | $28,540.00 |
| Planning (US staff use only) | United States | 228.90 | $32,057.50 |
| Planning (US staff use only) | United States - IT | 1.00 | $260.00 |
| Project management (US use only) | United States | 3,034.80 | $506,157.00 |
| Remediation (Foreign staff use only) | Australia | 8.30 | $1,328.00 |
| Remediation (US staff use only) | United States | 53.30 | $5,063.50 |
| Review of B process documentation (Foreign staff use only) | United Kingdom | 3.30 | $313.50 |
| Validation (Foreign staff use only) | Australia | 32.40 | $4,212.00 |
| Validation (Foreign staff use only) | Germany | 11.20 | $1,591.00 |
| Validation (US staff use only) | United States | 138.00 | $21,313.50 |
| **Total - Validation and Remediation Services** | | **4,896.90** | **$830,410.00** |
| **Process Walkthroughs** | | | |
| DTI - Walkthroughs (US staff use only) | United States | 7.90 | $1,047.00 |
| GMFSS - Walkthroughs (US staff use only) | United States | 67.00 | $6,842.50 |
| Medical - Walkthroughs (US staff use only) | United States | 59.80 | $7,417.00 |
| Walkthroughs (Foreign staff use only) | Australia | 100.30 | $14,839.00 |
| Walkthroughs (Foreign staff use only) | Belgium | 28.30 | $3,679.00 |
| Walkthroughs (Foreign staff use only) | China | 356.10 | $57,076.00 |
| Walkthroughs (Foreign staff use only) | Czech Republic | 186.20 | $25,055.00 |
| Walkthroughs (Foreign staff use only) | Germany | 562.40 | $85,665.00 |
| Walkthroughs (Foreign staff use only) | Hungary | 204.50 | $25,942.50 |
| Walkthroughs (Foreign staff use only) | Mexico | 111.80 | $9,923.00 |
| Walkthroughs (Foreign staff use only) | Portugal | 181.30 | $27,707.50 |
| Walkthroughs (Foreign staff use only) | Romania | 171.50 | $18,655.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Walkthroughs (Foreign staff use only) | United Kingdom | 187.40 | $35,433.00 |
| Walkthroughs (US staff use only) | United States | 1,456.50 | $178,121.50 |
| WHQ - Walkthroughs (US staff use only) | United States | 22.50 | $2,700.00 |
| **Total - Process Walkthroughs** | | **3,703.50** | **$500,103.00** |

### IT Validation and Remediation Services

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Employee Cost | United States | 84.90 | $14,008.50 |
| Expenditure | United States | 183.60 | $24,372.00 |
| Financial Reporting | United States | 170.80 | $23,207.00 |
| Fixed Assets | United States | 144.40 | $20,446.50 |
| Grundig Manager Review | United States - IT | 41.00 | $5,330.00 |
| Grundig Testing | United States - IT | 60.00 | $8,684.00 |
| Inventory | United States | 253.10 | $36,465.00 |
| Packard Testing | United States - IT | 52.60 | $8,546.00 |
| Paris Manager Review | United States - IT | 11.90 | $1,547.00 |
| Paris Testing | United States - IT | 52.90 | $6,934.00 |
| Project Administration (IT) | United States - IT | 964.50 | $169,913.00 |
| Project Management | United States | 138.70 | $26,320.00 |
| Project Management | United States - IT | 432.00 | $58,435.00 |
| Project Management | United States - SOD | 164.30 | $25,099.50 |
| Revenue | United States | 210.30 | $28,317.50 |
| Security Analysis & Testing | United States - SoD | 575.30 | $89,773.50 |
| Test Planning | United States - IT | 214.10 | $31,920.50 |
| **Total - IT Validation and Remediation Services** | | **3,754.40** | **$579,319.00** |

### eTBR Services

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| eTBR (US use only) | United States | 742.60 | $79,778.00 |
| **Total - eTBR Services** | | **742.60** | **$79,778.00** |

### Contract Administration

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Other (Foreign staff use only) | Australia | 1.40 | $200.00 |
| Other (Foreign staff use only) | Austria | 28.30 | $4,715.00 |
| Other (Foreign staff use only) | China | 22.10 | $5,356.00 |
| Other (Foreign staff use only) | Germany | 62.70 | $11,918.00 |
| Other (Foreign staff use only) | Italy | 32.00 | $5,760.00 |
| Other (Foreign staff use only) | Morocco | 8.00 | $800.00 |
| Other (Foreign staff use only) | Portugal | 30.10 | $4,827.50 |
| Other (Foreign staff use only) | Romania | 34.10 | $4,645.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Other (Foreign staff use only) | Singapore | 11.40 | $2,052.00 |
| Other (Foreign staff use only) | United Kingdom | 0.70 | $189.50 |
| Test of One (Foreign staff use only) | Germany | 7.50 | $1,500.00 |
| **Total - Contract Administration** | | **238.30** | **$41,963.00** |
| **Total - Sarbanes-Oxley 404 Services** | | **13,889.80** | **$2,125,922.25** |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|

### *Tax Compliance - Foreign Affiliate Reporting*

**Tax Compliance - Foreign Affiliate Reporting**

| | | | |
|---|---|---:|---:|
| ITS Compliance Assistance | United States | 1,630.40 | $205,745.50 |
| **Total - Tax Compliance - Foreign Affiliate Reporting** | | **1,630.40** | **$205,745.50** |
| **Total - Tax Compliance - Foreign Affiliate Reporting** | | **1,630.40** | **$205,745.50** |
| **Grand Totals For First Interim Period** | | **15,520.20** | **$2,331,667.75** |

**Blended Rate For First Interim Period   $150.23**