**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                                          In Proceedings For A
                                                                                                   Reorganization Under
         **DELPHI CORPORATION, et al,**                    Chapter 11
                                                                                                   Case No.: 05-44481
                                                                                                   Jointly Administered

         Delphi Automotive Systems
                                                    Debtors.                          Case No.: 05-44640

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

         Amroc Investments, LLC
         535 Madison Avenue, 15th Floor
         New York, New York 10022
         Attention: David S. Leinwand, Esq.

A transfer in the amount of **$21,177.80** from:
         CHECKSUM, INC. (Transferor)
         P.O. BOX 3279
         ARLINGTON, WA  98223
         ATTN:  JOHN VAN NEWKIRK

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                     Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                                      Deputy Clerk