**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:  In Proceedings For A
 Reorganization Under
**DELPHI CORPORATION, et al,**  Chapter 11
 Case No.: 05-44481
 Jointly Administered

Delphi Automotive Systems
 Debtors.  Case No.: 05-44640

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$20,827.00** from:
    CIMTEK, LTD. (Transferor)
    DEPT CH 17928
    PALATINE, IL 60055-7298
    ATTN: PHIL FERGUSON

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

    Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

    Deputy Clerk