

March 2, 2007

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Reference: Case no. 05-44481 (RDD)
           Delphi Corporation, et al
           Claim Number: 9521 7/14/2006

The Mapes Piano String has been notified that there has been an asserted claim to modify our claim amount of $45,568.56 to $37,191.66. Resulting in a decreased amount of $8376.90.

To follow are the items in question:

Invoice# 55785 - $3349.79
See attached proof of delivery

Invoice #103255  $4037.87  ($3215.88)  balance due $821.99
Invoice #104148  $3513.30  ($2764.57)  balance due $748.73
Both invoices were paid short – see copy of remittance advise and invoices

Therefore, the total amount requested to be reviewed is $4,920.51 which would result in a total claim of $42,112.17.

Thanking you in advance.

The Mapes Piano String Company

Robert L. Schaff
CEO

RLS:rsh
Enclosures

THE MAPES PIANO STRING COMPANY
#1 WIRE MILL ROAD, P.O. BOX 700, ELIZABETHTON, TENNESSEE 37644-0700 • 423-543-3195 • FAX 423-543-7738



THE MAPES PIANO STRING CO.
# 1 WIRE MILL ROAD
P.O. BOX 700
ELIZABETHTON, TENNESSEE 37644-0700
TEL. (423) 543-3195
FAX (423) 543-7738

| INVOICE DATE | PAGE | INVOICE NO. |
|---|---|---|
| 07/24/01 | 1 | 0055785 |

Please Refer to this No. when making pymt. or inquiry.

DUPLICATE **INVOICE**

000001

SOLD TO
DELPHI AUTOMOTIVE SYSTEMS
NAO DISBURSEMENTS ANALYS
P.O. BOX 2069
WARREN, MI 48090

SHIP TO
DELPHI AUTOMOTIVE SYSTEMS
2100 BURLINGAME SW
GRAND RAPIDS, MI 49509

| CUSTOMER ORDER NO. | CUSTOMER ACC. NO. | SHIP VIA | REFERENCE NUMBER | TERMS |
|---|---|---|---|---|
| 8DB00008 | W02976 | USF HOLL | 0000180 | NET 30 DAYS |

| QUANTITY SHIPPED | U/M | BALANCE DUE | SIZE | DESCRIPTION | PRODUCT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 4728.00 | LB | 0 | .045 | CHEROKEE MUSIC WIRE<br>+-.0004<br><br>30" REELS - LIGHT GRAY FINISH<br>LIGHT PHOS - SEE ORDER !!!!!!<br><br>309,000/342,000 PSI TENSILE<br>PART NO: 22840 DUNS NO: 003383452<br>CERTIFY TO: GM-58M (REV. 9/88)<br>& MS-7185(X) REV. 8/11/98<br>CAST 24/36"<br>FLAT UNIFORM CAST & HELIX<br>DO NOT OVERSHIP-ON BOL- REELS<br>MUST ARRIVE STANDING - DO NOT<br>LAY ON SIDES -COATING CRITICAL<br>SPC CHARTS TO CHRIS POST<br>SEE ATTACHED CERTIFICATIONS<br>PARTIAL SHIPMENT<br>KANBAN #A01292-813 LBS. A01293-807 LBS.<br>A01294-788 LBS. A01295-757 LBS.<br>A01296-785 LBS. A01297-778 LBS. | CHERK.045 | .7085 | 3349.79 |
| | | | | | | | 3349.79 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | Freight | | 0.00 |

TERMS: SERVICE CHARGE OF 1½% PER MONTH ON ANY PAST DUE BALANCE

TOTAL INVOICE AMOUNT DUE 3349.79

... ALL REELS AND TUBULAR CARRIERS WHEN RETURNED IN GOOD CONDITION-PREPAID. SALES OR USE TAXES ARE CUSTOMER LIABILITY.

**USF Holland**

USF Holland Inc.
750 E. 40th St.
Holland, MI 49423
Telephone (616) 395-5000

**STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – Not Negotiable**

(HMES)

SHIPPER NO. ____

DATE 7-24-01 CARRIER NO. ____

| | | | |
|---|---|---|---|
| **TO:** CONSIGNEE | DELPHI AUTOMOTIVE SYSTEMS | **FROM:** SHIPPER | THE MAPES PIANO STRING COMPANY |
| (On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1) | | | |
| STREET | 2100 BURLINGAME SW | STREET | # 1 WIREMILL ROAD |
| DESTINATION | GRAND RAPIDS, MI ZIP 49509 | ORIGIN | ELIZABETHTON, TN 37643 |

ROUTE: ____ VEHICLE NUMBER ____

**(COD)**
**COLLECT ON DELIVERY $** ____

**COD FEE TO BE PAID BY:** SHIPPER ☐ CONSIGNEE ☐

☐ **CHECK HERE IF COMPANY CHECK IS ACCEPTABLE**

If charges are to be prepaid, write or stamp here. "To be Prepaid."

| NO. SHIPPING UNITS | HAZARDOUS MATERIAL * MARK WITH X | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS (Subject to Correction) | WEIGHT (lbs.) (Subject to Corrections) | (For Information Purposes Only) CLASS |
|---|---|---|---|---|
| | | COLLECT | | 107480 50 |
| 3 | | CARTONS OF STEEL WIRE | 75 LBS. | |
| 6 | | METAL REELS OF STEEL WIRE (30T) | 5488 LBS. | |
| 9 PCS. | | DUNS # 003383452 | 5563 LBS. | |
| | | CERTIFICATIONS INCLUDED WITH SHIPMENT | | |
| | | KANBAN # A01085, A00326, A00520 A01292-A01297 | | |

55782-85

NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property. Where no value shown, shipment is subject to the Inadvertence Clause.
The ag... to be not exceeding
$

USF Holland SHIPPER'S B/L COPY
82270755

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
[signature]
(Signature of Consignor)

REC... of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, cons... understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of deli... route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any ... under shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

THI... PERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION, ACC... OF TRANSPORTATION.

Ship... ons in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | |
|---|---|
| SHIPPER | CARRIER HMES |
| PER | PER Randall T (9) Total |
| | DATE 7-24-01 |

1

* "X" to designate Hazardous Material as defined in the Department of Transportation Regulations Governing Transportation of Hazardous Materials. The use of this column is an optional method of designating hazardous materials on bills of lading per Section 172.201 and 172.202(b) of the regulations governing the transportation of such materials.

U-1003

*THANK YOU FOR SHIPPING USF HOLLAND!*





Find a USF company Go

## Advanced Tracking

RESOURCES

Trucking Service Guide

Online Tools

Back to

| | | | |
|---|---|---|---|
| Status: | Del Clear on 07/26/01 | | |
| Pro: | 82270755 | | |
| Pick-up Date: | 07/24/01 | Shipper: | ELIZABETHT |
| Service Type: | Premier | Zip/Postal Code: | 37644 |
| | | Origin Terminal: | KNOXVILLE |
| Bill of Lading: | | Consignee: | GRAND RAPI |
| Purchase Order: | | Zip/Postal Code: | 49509 |
| | | Dest Terminal: | GRAND RAPI |
| Pieces: | 9 | | |
| Weight: | 5563 | 3rd Party Billed: | N/A |
| | | Zip/Postal Code: | |
| Receiver's Signature: | | | |

USF NET LOGIN

Username

Go

Forgot your password >
New User Registration >

Did you know you can use USF Net to get more detailed tra information for all of your USF shipments?
Click here to register!

Copyright © 2001 USFreightways Corporation. All rights reserved.



THE MAPES PIANO STRING CO.
# 1 WIRE MILL ROAD
P.O. BOX 700
ELIZABETHTON, TENNESSEE 37644-0700
TEL. (423) 543-3195
FAX (423) 543-7738

| INVOICE DATE | PAGE | INVOICE NO. |
|---|---|---|
| 05/21/04 | 1 | 0103255 |

Please Refer to this No. when making pymt. or inquiry.

DUPLICATE **INVOICE**

000001

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
NAO DISBURSEMENTS ANALYS
P.O. BOX 2069
WARREN, MI 48090

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
2100 BURLINGAME SW
GRAND RAPIDS, MI 49509

| CUSTOMER ORDER NO. | CUSTOMER ACC. NO. | SHIP VIA | REFERENCE NUMBER | TERMS |
|---|---|---|---|---|
| 550005788 | W02976 | CENTRAL 3P | 0000180 | NET 30 DAYS |

| QUANTITY SHIPPED | U/M | BALANCE DUE | SIZE | DESCRIPTION | PRODUCT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 4539.00 | LB | 1789 | .045 | CHEROKEE MUSIC WIRE<br>+-.0004<br>30" REELS - LIGHT GRAY FINISH<br>LIGHT PHOS - SEE ORDER !!!!!!<br><br>309,000/342,000 PSI TENSILE<br>PART NO: 22840 DUNS NO: 003383452<br>CERTIFY TO: GM-58M (REV. 9/88)<br>& MS-7185(X) REV. 8/11/98<br>CAST 24/36"<br>FLAT UNIFORM CAST & HELIX<br>DO NOT OVERSHIP-ON BOL- REELS<br>MUST ARRIVE STANDING - DO NOT<br>LAY ON SIDES -COATING CRITICAL<br>SPC CHARTS TO CHRIS POST<br>CHANGE #3-PURCHASE ORDER NUMBER 10/20/03 | CHERK.045 | .8235 | 3737.87 |
| 6.00 | EA | 0 | | REELS (DEPOSIT ONLY)<br>SEE ATTACHED CERTIFICATION<br>801 LBS A09169 051204RKW045001<br>872 LBS A09170 051204WKW045001<br>759 LBS A09171 051204BKW045001<br>776 LBS A09172 051104BKW045002<br>530 LBS A09173 051204BKW045003<br>801 LBS A09174 051204BKW045002<br>PARTIAL SHIPMENT | REELS | 50.0000 | 300.00 |
| | | | | | | | 4037.87 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | Freight | | 0.00 |

TERMS: SERVICE CHARGE OF 1½% PER MONTH ON ANY PAST DUE BALANCE

TOTAL INVOICE AMOUNT DUE 4037.87



THE MAPES PIANO STRING CO.
# 1 WIRE MILL ROAD
P.O. BOX 700
ELIZABETHTON, TENNESSEE 37644-0700
TEL. (423) 543-3195
FAX (423) 543-7738

| INVOICE DATE | PAGE | INVOICE NO. |
|---|---|---|
| 06/11/04 | 1 | 0104148 |

Please Refer to this No. when making pymt. or inquiry.

DUPLICATE **INVOICE**

000001

SOLD TO:
DELPHI AUTOMOTIVE SYSTEMS
NAO DISBURSEMENTS ANALYS
P.O. BOX 2069
WARREN, MI 48090

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
2100 BURLINGAME SW
GRAND RAPIDS, MI 49509

| CUSTOMER ORDER NO. | CUSTOMER ACC. NO. | SHIP VIA | REFERENCE NUMBER | TERMS |
|---|---|---|---|---|
| 550005788 | W02976 | CENTRAL 3P | 0000180 | NET 30 DAYS |

| QUANTITY SHIPPED | U/M | BALANCE DUE | SIZE | DESCRIPTION | PRODUCT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 3902.00 | LB | 6098 | .045 | CHEROKEE MUSIC WIRE<br>+-.0004<br>30" REELS - LIGHT GRAY FINISH<br>LIGHT PHOS - SEE ORDER !!!!!!<br><br>309,000/342,000 PSI TENSILE<br>PART NO: 22840 DUNS NO: 003383452<br>CERTIFY TO: GM-58M (REV. 9/88)<br>& MS-7185(X) REV. 8/11/98<br>CAST 24/36"<br>FLAT UNIFORM CAST & HELIX<br>DO NOT OVERSHIP-ON BOL- REELS<br>MUST ARRIVE STANDING - DO NOT<br>LAY ON SIDES -COATING CRITICAL<br>SPC CHARTS TO CHRIS POST<br>CHANGE #3-PURCHASE ORDER NUMBER 10/20/03 | CHERK.045 | .8235 | 3213.30 |
| 6.00 | EA | 0 | | REELS (DEPOSIT ONLY)<br>SEE ATTACHED CERTIFICATIONS<br>450 LBS A09182 051204RKW045002<br>776 LBS A09182 051104RKW045002<br>737 LBS A09183 052804WKW045001<br>604 LBS A09184 052804RKW045002<br>558 LBS A09185 052804WKW045003<br>777 LBS A09186 053104BKW045001<br>PARTIAL SHIPMENT | REELS | 50.0000 | 300.00 |
| | | | | | | | 3513.30 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | Freight | | 0.00 |

TERMS: SERVICE CHARGE OF 1½% PER MONTH ON ANY PAST DUE BALANCE

TOTAL INVOICE AMOUNT DUE 3513.30

VENDOR DUNS NO. RD 003383452 2

DELPHI Automotive Systems

Delphi
Disbursement Services
PO Box 62530
Phoenix, AZ 85082-2530

CHECK NO. 900454951

VENDOR NAME MAPES PIANO STRING CO

PAYMENT DATE 08/02/04

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 9000026827035 | 06/15/04 | F8 5003148335001 | 00.0000 | 69.86 | .00 | 69.86 |
| D0550005788 104319<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 28.000 UOM: | LB U/P: | 2.49500 | EXT: | 69.86 |
| 9000026827036 | 06/15/04 | F8 5003148339001 | 00.0000 | 67.28 | .00 | 67.28 |
| D0550005788 104318<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22795 | QTY: | 22.000 UOM: | LB U/P: | 3.05818 | EXT: | 67.28 |
| 9000026843406 | 06/16/04 | F8 5003153569001 | 00.0000 | 59.88 | .00 | 59.88 |
| D0550005788 104146<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 24.000 UOM: | LB U/P: | 2.49500 | EXT: | 59.88 |
| 9000026843407 | 06/16/04 | F8 5003153588001 | 00.0000 | 377.66 | .00 | 377.66 |
| D0550005788 104147<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22800 | QTY: | 418.000 UOM: | LB U/P: | 0.90349 | EXT: | 377.66 |
| 9000026843408 | 06/16/04 | F8 5003153598001 | 00.0000 | 921.14 | .00 | 921.14 |
| D0550005788 104143<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22775 | QTY: | 22.000 UOM: | LB U/P: | 41.87000 | EXT: | 921.14 |
| 9000026843409 | 06/16/04 | F8 5003153613001 | 00.0000 | 62.02 | .00 | 62.02 |
| D0550005788 104144<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22780 | QTY: | 20.000 UOM: | LB U/P: | 3.10100 | EXT: | 62.02 |
| 9000026843410 | 06/16/04 | F8 5003153623001 | 00.0000 | 70.33 | .00 | 70.33 |
| D0550005788 104145<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22795 | QTY: | 23.000 UOM: | LB U/P: | 3.05783 | EXT: | 70.33 |
| 9000026843411 | 06/16/04 | F8 5003153639001 | 00.0000 | Underpd 2,764.57 | .00 | 2,764.57 |
| D0550005788 104148<br>PLT: DELPHI E&C GRAND RAPIDS | | | ~~overpd~~ | +748.73 | Bal = 1601.53 | |
| P/N: 22840 | QTY: | 3,902.000 UOM: | LB U/P: | 0.70850 | EXT: | 2,764.57 |
| 9000026843412 | 06/15/04 | F8 5003153673001 | 00.0000 | 65.12 | .00 | 65.12 |
| D0550005788 104317<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22780 | QTY: | 21.000 UOM: | LB U/P: | 3.10095 | EXT: | 65.12 |
| 9000026888195 | 06/22/04 | F8 5003178796001 | 00.0000 | 62.38 | .00 | 62.38 |
| D0550005788 104369<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 25.000 UOM: | LB U/P: | 2.49520 | EXT: | 62.38 |
| 9000026888196 | 06/22/04 | F8 5003178798001 | 00.0000 | 628.05 | .00 | 628.05 |
| D0550005788 104368<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22775 | QTY: | 15.000 UOM: | LB U/P: | 41.87000 | EXT: | 628.05 |
| 9000026888197 | 06/22/04 | F8 5003178819001 | 00.0000 | 293.09 | .00 | 293.09 |
| D0550005788 104494<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22775 | QTY: | 7.000 UOM: | LB U/P: | 41.87000 | EXT: | 293.09 |
| 9000026888198 | 06/22/04 | F8 5003178822001 | 00.0000 | 130.23 | .00 | 130.23 |
| D0550005788 104495<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22780 | QTY: | 42.000 UOM: | LB U/P: | 3.10071 | EXT: | 130.23 |
| 9000026888199 | 06/22/04 | F8 5003178829001 | 00.0000 | 79.51 | .00 | 79.51 |
| D0550005788 104496<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22795 | QTY: | 26.000 UOM: | LB U/P: | 3.05808 | EXT: | 79.51 |
| 9000026888200 | 06/22/04 | F8 5003178830001 | 00.0000 | 59.88 | .00 | 59.88 |
| D0550005788 104497<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 24.000 UOM: | LB U/P: | 2.49500 | EXT: | 59.88 |
| 9000026899337 | 06/22/04 | F8 5003187787001 | 00.0000 | 59.88 | .00 | 59.88 |
| D0550005788 104555<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 24.000 UOM: | LB U/P: | 2.49500 | EXT: | 59.88 |
| 9000026899338 | 06/22/04 | F8 5003187789001 | 00.0000 | 52.71 | .00 | 52.71 |
| D0550005788 104629<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22780 | QTY: | 17.000 UOM: | LB U/P: | 3.10059 | EXT: | 52.71 |
| 9000026913916 | 06/22/04 | F8 5003195793001 | 00.0000 | 73.39 | .00 | 73.39 |
| D0550005788 104630<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22795 | QTY: | 24.000 UOM: | LB U/P: | 3.05792 | EXT: | 73.39 |
| 9000026913917 | 06/22/04 | F8 5003195800001 | 00.0000 | 293.09 | .00 | 293.09 |
| D0550005788 104628<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22775 | QTY: | 7.000 UOM: | LB U/P: | 41.87000 | EXT: | 293.09 |
| 9000026913918 | 06/22/04 | F8 5003195905001 | 00.0000 | 62.38 | .00 | 62.38 |
| D0550005788 104631<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 25.000 UOM: | LB U/P: | 2.49520 | EXT: | 62.38 |
| 9000026928567 | 06/24/04 | F8 5003205061001 | 00.0000 | 54.89 | .00 | 54.89 |
| D0550005788 104690<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 22.000 UOM: | LB U/P: | 2.49500 | EXT: | 54.89 |
| 9000026928568 | 06/24/04 | F8 5003205068001 | 00.0000 | 47.41 | .00 | 47.41 |
| D0550005788 104750<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 19.000 UOM: | LB U/P: | 2.49526 | EXT: | 47.41 |
| 9000026961587 | 06/25/04 | F8 5003216168001 | 00.0000 | 52.40 | .00 | 52.40 |
| D0550005788 104809<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 21.000 UOM: | LB U/P: | 2.49524 | EXT: | 52.40 |
| 9000026961588 | 06/25/04 | F8 5003216173001 | 00.0000 | 334.96 | .00 | 334.96 |
| D0550005788 104806<br>PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22775 | QTY: | 8.000 UOM: | LB U/P: | 41.87000 | EXT: | 334.96 |

TOTAL

ap02ro

Delphi
Disbursement Services
PO Box 62530
Phoenix, AZ 85082-2530

DETACH BEFORE DEPOSITING CHECK

VENDOR DUNS NO. RD 003383452 1

CHECK NO. 900454951

PAYMENT DATE 08/02/04

VENDOR NAME MAPES PIANO STRING CO

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 9000026648240 | 06/01/04 | F8 5003057256001 | 00.0000 | 62.38 | .00 | 62.38 |
| D0550005788 103358 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 25.000 UOM: | LB U/P: | 2.49520 | EXT: | 62.38 |
| 9000026648241 | 06/01/04 | F8 5003057259001 | 00.0000 | 207.75 | .00 | 207.75 |
| D0550005788 103356 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22780 | QTY: | 67.000 UOM: | LB U/P: | 3.10075 | EXT: | 207.75 |
| 9000026648242 | 06/01/04 | F8 5003057814001 | 00.0000 | 54.89 | .00 | 54.89 |
| D0550005788 103430 | | | | | Bal = 54.89 | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 22.000 UOM: | LB U/P: | 2.49500 | EXT: | 54.89 |
| 9000026664605 | 06/03/04 | F8 5003064328001 | 00.0000 | 52.40 | .00 | 52.40 |
| D0550005788 0103463 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 21.000 UOM: | LB U/P: | 2.49524 | EXT: | 52.40 |
| 9000026664607 | 06/01/04 | F8 5003066863001 | 00.0000 | 212.08 | .00 | 212.08 |
| D0550005788 103664 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 85.000 UOM: | LB U/P: | 2.49506 | EXT: | 212.08 |
| 9000026681243 | 06/01/04 | F8 5003074354001 | 00.0000 | 52.40 | .00 | 52.40 |
| D0550005788 103562 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 21.000 UOM: | LB U/P: | 2.49524 | EXT: | 52.40 |
| 9000026681244 | 06/04/04 | F8 5003074365001 | 00.0000 | 65.12 | .00 | 65.12 |
| D0550005788 103560 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22780 | QTY: | 21.000 UOM: | LB U/P: | 3.10095 | EXT: | 65.12 |
| 9000026681245 | 06/01/04 | F8 5003074369001 | 00.0000 | 3,225.80 | .00 | 3,225.80 |
| D0550005788 103568 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22840 | QTY: | 4,553.000 UOM: | LB U/P: | 0.70850 | EXT: | 3,225.80 |
| 9000026728862 | 06/01/04 | F8 5003097700001 | 00.0000 | 3,215.88 | .00 | 3,215.88 |
| D0550005788 103255 | | 2914.82 - Overpd 301.06 | | | Bal = 3215.88 | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22840 | QTY: | 4,539.000 UOM: | LB U/P: | 0.70850 | EXT: | 3,215.88 |
| 9000026728863 | 06/08/04 | F8 5003097746001 | 00.0000 | 52.40 | .00 | 52.40 |
| D0550005788 103803 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 21.000 UOM: | LB U/P: | 2.49524 | EXT: | 52.40 |
| 9000026742299 | 06/08/04 | F8 5003106255001 | 00.0000 | 58.92 | .00 | 58.92 |
| D0550005788 103924 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22780 | QTY: | 19.000 UOM: | LB U/P: | 3.10105 | EXT: | 58.92 |
| 9000026759790 | 06/08/04 | F8 5003114212001 | 00.0000 | 73.39 | .00 | 73.39 |
| D0550005788 103925 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22795 | QTY: | 24.000 UOM: | LB U/P: | 3.05792 | EXT: | 73.39 |
| 9000026759791 | 06/08/04 | F8 5003114224001 | 00.0000 | 711.79 | .00 | 711.79 |
| D0550005788 103923 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22775 | QTY: | 17.000 UOM: | LB U/P: | 41.87000 | EXT: | 711.79 |
| 9000026759792 | 06/10/04 | F8 5003116302001 | 00.0000 | 54.89 | .00 | 54.89 |
| D0550005788 103975 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 22.000 UOM: | LB U/P: | 2.49500 | EXT: | 54.89 |
| 9000026777737 | 06/10/04 | F8 5003126114001 | 00.0000 | 62.38 | .00 | 62.38 |
| D0550005788 104022 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 25.000 UOM: | LB U/P: | 2.49520 | EXT: | 62.38 |

TOTAL

ap02ck 08/02

DELPHI Automotive Systems

Delphi
Disbursement Services
PO Box 62530
Phoenix, AZ 85082-2530

VENDOR DUNS NO. RD 003383452 3

CHECK NO. 900454951

VENDOR NAME MAPES PIANO STRING CO

PAYMENT DATE 08/02/04

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 9000026961589 | 06/25/04 | F8 5003216180001 | 00.0000 | 79.51 | .00 | 79.51 |
| D0550005788 104807 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22795 | QTY: | 26.000 UOM: | LB U/P: | 3.05808 | EXT: | 79.51 |
| 9000026961590 | 06/25/04 | F8 5003216181001 | 00.0000 | 65.12 | .00 | 65.12 |
| D0550005788 104808 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22780 | QTY: | 21.000 UOM: | LB U/P: | 3.10095 | EXT: | 65.12 |
| 9000026961591 | 06/22/04 | F8 5003218403001 | 00.0000 | 54.89 | .00 | 54.89 |
| D0550005788 104431 | | | | | | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 22.000 UOM: | LB U/P: | 2.49500 | EXT: | 54.89 |
| 9000026678678 | 06/04/04 | F8 DMP5003074659001 | 00.0000 | 54.89- | .00 | 54.89 |
| D05500057880182349667 | | | | | Balon 103430 ✓ | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22714 | QTY: | 22.000- UOM: | LB U/P: | 2.49500 | EXT: | 54.89- |
| 9000026740821 | 06/10/04 | F8 DMP5003106548001 | 00.0000 | 3,215.88- | .00 | 3,215.88 |
| D05500057880182402666 | | | | | Balon 103255 ✓ | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: 22840 | QTY: | 4,539.000- UOM: | LB U/P: | 0.70850 | EXT: | 3,215.88- |
| 9000026727300 | 06/09/04 | F8 ESD5003100569001 | 00.0000 | 1,601.53- | .00 | 1,601.53 |
| D0550005788896823 | | | | | Balon 104148 | |
| PLT: DELPHI E&C GRAND RAPIDS | | | | | | |
| P/N: FREIGHT | QTY: | 1.000- UOM: | PC U/P: | 31.40000 | EXT: | 31.40- |
| P/N: 22775 | QTY: | 37.500- UOM: | LB U/P: | 41.87013 | EXT: | 1,570.13- |

FOR PMT INFO USE E-DACOR HTTP://DELPHI.COVISINT.COM / ISSUES(PRICING CALL BUYER)(QTY CALL PLANT)OTHER ISSUES(CUSTSERV:248-874-4636

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL** | | 10,231.80 | .00 | 10,231.8 |