Marianne Goldstein Robbins
Previant, Goldberg, Uelmen,
 Gratz, Miller, & Brueggeman, s.c.
1555 N. RiverCenter Drive - Suite 202
Milwaukee, WI    53212
Telephone:    (414)   271-4500
Facsimile:     (414)   271-6308

Attorneys for IBEW Local 663 and
IAMAW District 10

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | **Case No. 05-44481 (RDD)** |
| Debtors. | **(Jointly Administered)** |

### AMENDED CERTIFICATE OF SERVICE

    I hereby certify that on March 21, 2007, I caused a true and correct copy of the OBJECTIONS AND MEMORANDUM OF LAW IN SUPPORT OF OBJECTIONS OF IBEW LOCAL 663, IAM DISTRICT 10 AND IUOE LOCALS 18S AND 832S TO SECOND SUPPLEMENT TO KECP MOTION SEEKING AUTHORITY TO CONTINUE AIP FOR FIRST HALF OF 2007 to be served by e-mail on all parties on the attached list.

    s/ Marianne Goldstein Robbins
    Marianne Goldstein Robbins
    Previant, Goldberg, Uelmen,
     Gratz, Miller, & Brueggeman, s.c.
    1555 N. RiverCenter Drive - Suite 202
    P.O. Box 12993
    Milwaukee, WI    53212
    Telephone:    (414) 271-4500
    Facsimile:     (414)  271-6308
    mgr@previant.com
    Attorneys for IBEW Local 663 and
    IAMAW District 10

Alicia N. Leonhard
U.S. Trustee
alicia.m.leonhard@usdoj.gov

Sean Corcoran
Delphi Corporation
sean.p.corcoran@delphi.com

Karen Craft
Delphi Corporation
karen.j.craft@delphi.com

John Wm. Butler
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
jbutler@skadden.com

Kayalyn A. Marafloti
Thomas J. Matz
Louis Wilson
Skadden, Arps, Slate, Meagher & Flom LLP
kmarafio@skadden.com

Donald Bernstein
Davis Polk & Wardwell
donald.bernstein@dpw.com

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
kziman@stblaw.com

Honigman Miller Schwartz and Cohn LLP
Attn: Robert B. Weiss
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
rweiss@honigman.com

Thomas Kennedy
Susan M. Jennik
Larry Magarik
Kennedy, Jennick & Murray
tkennedy@kjmlabor.com

Lowell Peterson
Meyer, Suozzi, English & Klein, P.C.
lpeterson@msek.com

Bruce Simon
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY  10036
bsimon@cwsny.com

Barbara S. Mehlsack
Michael Vollbrecht
Gorlick, Kravitz & Listhaus, P.C.
bmehlsack@gkllaw.com

Niraj Ganatra
UAW
nganatra@uaw.net

Lonie A. Hassel
Groom Law Group
lhassel@groom.com

Tom A. Jerman
Rachel Janger
O'Melveny & Meyer LLP
tjerman@omm.com

| | |
|---|---|
| Edward M. Fox<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>*Counsel for Wilmington Trust Company*<br>efox@klng.com | Jonathan P. Guy<br>Orrick, Herrington & Sutcliffe LLP<br>*Counsel for the Ad Hoc Committee of Trade Claimants*<br>jguy@orrick.com |
| Frank L. Eaton<br>White & Case LLP<br>*Counsel to Appaloosa Management L.P., Wexford Capital LLC, Pardus Capital Management L.P., and Lampe Conway & Co., LLC*<br>featon@whitecase.com | Michael Leo Hall<br>Burr & Forman LLP<br>*Counsel for Mercedes-Benz U.S. Int'l, Inc.*<br>mhall@burr.com |
| Robert J. Rosenberg<br>Mitchell A. Seider<br>Latham & Watkins LLP<br>*Counsel for the Official Committee of Unsecured Creditors*<br>robert.rosenberg@lw.com | |