**Robert M. Sigler**

March 13, 2007

United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Customs House
Attn: James M. Millerman, III, Senior Law Clerk
One Bowling Green
New York, NY 10004-1408

Dear Mr. Millerman:

Please file the attached Affidavit of Legal Ordinary Course Professional (including
Affidavit of Service) on Delphi's Docket in the case In re DELPHI CORPORATION,
Case Number 05-44481 (RDD).

Robert M. Sigler

3560 Eastbourne
Troy, MI 48084
(248) 643-0868



RECEIVED

MAR 1 9 2007

USBC-SDNY
RDD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                     :

In re                             :          Chapter 11
                                       :

DELPHI CORPORATION, et al.,     :          Case No. 05-44481 (RDD)
                                     :

                     Debtors.    :          (Jointly Administered)
                                     :

-------------------------------------------------------x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN    )
                          ) ss:
COUNTY OF OAKLAND   )

Robert M. Sigler, being duly sworn, deposes and says:

1.     I am the principal of the law office of Robert M. Sigler ("the Sigler law office") which maintains an office at 3560 Eastbourne Drive, Troy, Michigan.

2.     Neither I, the Sigler law office, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit, except in connection with my past employment by General Motors Corporation, past employment by or current retirement from Delphi, Inc. or past or current legal services provided to the Debtors or General Motors Corporation.

3.     The Sigler law office has represented and advised the Debtors with respect to intellectual property aspects of the Debtors' business.

4.     The Debtors have requested, and the Sigler law office has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and the Sigler law office proposes, to render legal services to the Debtors related to intellectual property matters.

5.     The Sigler law office's current fees arrangement is a fee of $175 per hour.

6.     Except as set forth herein, no promises have been received by the Sigler law office or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of

this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.    The Sigler law office has no agreement with any entity to share with such entity any compensation received by the Sigler law office.

8.    The Sigler law office and its partners, auditors and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. The Sigler law office does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.    Neither I, the Sigler law office, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which the Sigler law office is to be engaged.

10.    The foregoing constitutes the statement of the Sigler law office pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

Robert M. Sigler

Subscribed and sworn before me
this *13th* day of January, 2007 March, 2007

Notary Pubic

<u>CERTIFICATE OF SERVICE</u>

I, Robert M. Sigler, Esq., Attorney, hereby certify that on March 13, 2007, I served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring
Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Dated: March 13, 2007

Robert M. Sigler
3560 Eastbourne
Troy, MI 48084
(248) 643-0868

Sworn before me this 13th
day of March , 2007.

Notary Public

KATHLEEN E. FINLEY
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Aug 13, 2010
ACTING IN COUNTY OF