# TUF-TUG®
## PRODUCTS & ACCESSORIES

March 12, 2007

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Re: Delphi Corporation
Case No. 05-44481

Regarding Claim # 4191, from Ohio Hoist & Puller/ TUF-TUG Products Invoice # 32672. Delphi objected to this claim.

The invoice in question was issued for parts delivered to Delphi per the attached supplier forecast from Delphi requesting these parts. These parts were delivered as requested to Delphi and Ohio Hoist & Puller expected full payment upon receipt of this invoice. We have attached a copy of the Invoice and Bill of Lading for this shipment for your review.

We would like to see payment of this invoice.

Best regards,

Joey Deuer
President

XC: Delphi
    Skadden, Arps, Slate, Meagher & Flom LLP


RECEIVED
MAR 19 2007
USBC-SDNY
RDD

**Ohio Hoist & Puller**                                         *A Division of Deuer Developments, Inc.*
3434 ENCRETE LANE, MORAINE, OHIO 45439                          (937) 299-1213   FAX: (937) 299-0120
*"Quality is long remembered after the price has been forgotten."*



**TUF-TUG®**
PRODUCTS
Ohio Hoist & Puller, Inc.
A Division of Deuer Developments, Inc.
3434 Encrete Lane, Moraine, Ohio 45439
(937)299-1213 • fax (937)299-0120

# Invoice

| Date | Invoice # |
|---|---|
| 9/6/2005 | 32672 |

**Bill To**
Delphi
Energy and Chassis Systems
5820 Delphi Dr.
Troy, MI 48098

**Ship To**
Delphi Chassis
W 3rd & Abbey St
Dock 11A
Dayton, OH 45401

| P.O. Number | Terms | Rep | Ship | Via |
|---|---|---|---|---|
| 550000176 | Net 30 | JJ | 9/6/2005 | |

**TUF-TUG PRODUCTS**

Ohio Hoist & Puller, Inc.
A Division of Deuer Developments, Inc.
3434 Encrete Lane, Moraine, Ohio 45439
(937)299-1213  ○ Fax (937)299-0120

# Invoice

| Date | Invoice # |
|---|---|
| 9/6/2005 | 32672 |

**Bill To**
Delphi
Energy and Chassis Systems
5820 Delphi Dr.
Troy, MI 48098

**Ship To**
Delphi Chassis
W 3rd & Abbey St
Dock 11A
Dayton, OH 45401

| P.O. Number | Terms | Rep | Ship | Via |
|---|---|---|---|---|
| 550000176 | Net 30 | JJ | 9/6/2005 | Wright Bros Tra |

| Quantity | Item Code | Description | Job # | PO # | Price Ea... | Amount |
|---|---|---|---|---|---|---|
| 30 | 21010822 | Cable Assm<br>Release #59, Item #10<br>Vendor #1000598<br>Shipper #32241<br>DUNS Number 607688496 | | | 7.70 | 231.00 |

**Total** $231.00

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."



**TUF-TUG PRODUCTS**
Ohio Hoist & Puller, Inc.
A Division of Deuer Developments, Inc.
3434 Encrete Lane, Moraine, Ohio 45439
(937)299-1213 • fax (937)299-0120

# Bill of Lading

| Date | Bill of Lading Number |
|---|---|
| 8/29/2005 | 32572 |

**Ordered By**
Delphi Chassis

**Ship To**
Delphi Chassis
W 3rd & Abbey St
Dock 11A
Dayton, OH 45401

| P.O. No. | Ship | Carrier | Service | Freight Terms | No Shipping Units/ Weight |
|---|---|---|---|---|---|
| 550000176 | 8/29/2005 | Wright Bros Transportation | | Collect | 10 cs 30# |

| Quantity | Item Code | Description | Class | Job # | PO # |
|---|---|---|---|---|---|
| 30 | 21010822 | Cable Assm<br>Release #59, Item #10<br>Vendor #1000598<br>Shipper #32241<br>DUNS Number 607688496 | 50 | | |

Shipper: TUF-TUG Products
Packed By:
Date:

Carrier:
Per:
Date:

Please Acknowledge Count
Pallets    Cartons    Other

# DELPHI

Energy & Chassis Systems

Page 2 of 2

ELEMENTIS PIGMENTS INC
ELEMENTIS PIGMENTS
2001 LYNCH
EAST SAINT LOUIS IL 62205-1717

**Supplier Forecast Schedule**

| | |
|---|---|
| Scheduling Agreement Number | Date |
| 550000176 | 09/06/2005 |
| Contact Person | Telephone |
| | |
| Vendor Number | 1007590 |
| Duns Number | 001603404 |

Release Number: 000000061
Material: 21010822   Item: 00010
CABLE ASM-ENG HYDRAULIC MNT
Rel. Auth.: 09/19/2005  Material Auth.: 10/03/2005
Shipper Number: 32241
Last receipt Date: 07/29/2005  Qty: 35.000
Cum Received Qty: 35.000
MRP Controller: L. PROSSER  (513)
Telephone: 937-455-3598
Agreed annual quantity: 3,500.000 Piece
Reconciliation date: 12/24/2004

**Please deliver to Plant:** H401
DELPHI CHASSIS--HOME AVENUE
BLDG J1A
W. THIRD AND INLAND AVE
DAYTON OH 45417

| Ship date | Scheduled Qty | Cum Scheduled Qty | Other Unit of Measure |
|---|---|---|---|
| P 43/2005 | 30.000 | 35.000 | PC |

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT** Southern **DISTRICT OF** New York

| | |
|---|---|
| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Ohio Hoist & Puller Inc

Name and address where notices should be sent:
Ohio Hoist & Puller Inc
Tuff Tug Products Div
3454 Encrete Lane
Dayton OH 45439-198

Telephone number: 937-299-1213

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   - ☒ Goods Sold / Services Performed
   - ☐ Customer Claim
   - ☐ Taxes
   - ☐ Money Loaned
   - ☐ Personal Injury
   - ☐ Other
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS # _____
     Unpaid compensation for services performed
     from _____ to _____

2. **Date debt was incurred:** 9/6/05

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 331.09 (unsecured)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim** $ _____
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05, Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 2/25/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Janel Mowen — Janel Mowen, Receiver

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# DELPHI

Energy & Chassis Systems

Page 1 of 3

**Buyer:**
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & CHASSIS DIV
5820 DELPHI DR
TROY MI 48098

**Deliver to:**
DELPHI CHASSIS--HOME AVENUE
BLDG 11A
W. THIRD AND INLAND AVE
DAYTON OH 45417

OHIO HOIST & PULLER INC
TUF-TUG PRODUCTS DIV
3314 ENCRETE LANE
DAYTON OH 45439-1984

## Requirements Contract

PO Number: 550000176
Date Issued: 02-Jun-1999
Version: 21-Sep-2006 17:29:29

Vendor No: 1000598
DUNS No: 607688496

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 21010822 CABLE ASM-ENG HYDRAULIC MNT MT CABLE ASSEMBLY ***THIS AMENDMENT CHANGES PRICE*** | H401 DELPHI E & C    HOME AVENUE |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 21-Oct-1996 | 31-Dec-1996 | USD | 1,000.00 | 1,000 | PC |
| 01-Jan-1997 | 31-Dec-1999 | USD | 6,950.00 | 1,000 | PC |
| 01-Jan-2000 | 31-Aug-2006 | USD | 7,700.00 | 1,000 | PC |
| 01-Sep-2006 | 31-Dec-2007 | USD | 8,360.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
5/6/06-Buyer code updated per request from Tony Screven.
4/11/06 - update buyer code via macro express from request by J. Oemcke. Jdb

This Contract replaces previous contract # 0185700.
*********************

Purchasing Contact: Cournoyer, Phil
Phone: 248-813-3807
Fax: 248-813-4599

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed: 21-Sep-2006 17:29:29

**DELPHI**
_____ Energy & Chassis Systems

Page 2 of 3

| OHIO HOIST & PULLER INC<br>TUF-TUG PRODUCTS DIV<br>3314 ENCRETE LANE<br>DAYTON OH 45439-1984 | **Requirements Contract**<br><br>PO Number              Date Issued<br>550000176             02-Jun-1999<br>Version<br>21-Sep-2006 17:29:29 |
|---|---|

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

*******************
As a supplier to Delphi Energy & Chassis you must use a Delphi approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433 or 810-341-0096. Failure to follow these instructions could result in a charge back to your company.
*******************


*******************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************

DELPHI AUTOMOTIVE SYSTEMS REQUIRES SUPPLIERS OF PRODUCTIVE
MATERIAL BE CAPABLE OF COMMUNICATING MATERIAL FORECASTS,
MATERIAL SCHEDULES, SHIPPING NOTICES AND ASSOCIATED INFORMATION
THROUGH ELECTRONIC DATA INTERCHANGE (EDI). TO INSURE THAT
EDI COMMUNICATIONS ARE ACCURATE AND EFFECTIVE, EACH PRODUCTIVE
MATERIAL SUPPLIER WILL BE REQUIRED TO BECOME EDI CERTIFIED BY
EXHIBITING THEIR ABILITY TO SEND AND/OR RECEIVE THE APPROPRIATE
EDI MESSAGES IN ACCORDANCE WITH APPLICABLE STANDARDS
PRIOR TO PROVIDING PRODUCTIVE MATERIAL. EDI CERTIFICATION WILL
BE CONDUCTED AND COORDINATED BY THE EDI COMPETENCY ORGANIZATION.

AN INTERNET ELECTRONIC FORM ALTERNATIVE SOLUTION IS INTENDED TO
PROVIDE RELIEF IN SITUATIONS WHERE ESTABLISHING AN IN-HOUSE EDI
CAPABILITY IS A HARDSHIP FOR A SUPPLIER PROVIDING LIMITED MATERIAL.

PLEASE REFER TO DELPHI'S WEBSITE: www.delphiauto.com THEN SUPPLIERS/
PROJECT VEGA/SUPPLIER REQUIREMENTS, FOR ADDITIONAL INFORMATION.

THE ATTACHED TERMS AND CONDITIONS DATED 6/24/99 APPLY TO THIS DOCUMENT.
IF THEY ARE NOT ATTACHED, CONTACT THE BUYER.

12/21/99 - Attached is a complete reprint of your existing
Requirement Contract. Please note the TERMS &
CONDITIONS date has been revised (content has
not been changed) and copy is enclosed.

4/11/00 - Alteration to extend Requirements Contract and change price
on Material No. 21010822 (Item 10).

3/26/01 - Alteration to change Payment Terms from Z025/Net 25th Prox
to ZMN2/MNS2 (Payment 2nd day of 2nd month following
Receipt of Goods).

**DELPHI**

Energy & Chassis Systems

Page 3 of 3

| OHIO HOIST & PULLER INC<br>TUF-TUG PRODUCTS DIV<br>3314 ENCRETE LANE<br>DAYTON OH 45439-1984 | **Requirements Contract** |
|---|---|
| | PO Number: 550000176  Date Issued: 02-Jun-1999 |
| | Version: 21-Sep-2006 17:29:29 |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

01/23/02 - Alteration to extend Requirements Contract.

12/20/02 - Alteration to extend Requirements Contract. kam

09/08/03 - Alteration to extend REQUIREMENTS CONTRACT. dmp

02/02/04 - Alteration to change buyer from (006) Brigette Shepherd to (126) Michael Fanfair. dmp

10/11/04 - Alteration to extend Requirements Contract. pjs

10/19/05- Alteration to extend Requirements Contract. lmw

06/16/06 - Alteration to extend REQUIREMENTS CONTRACT. cap

09/21/06 - Alteration to change price on Material No. 21010822 (Item 10). jtw