**Hearing Date: March 22, 2007**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED SIXTEENTH OMNIBUS HEARING AGENDA

Location Of Hearing:       United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton Custom House, Room 610, 6th Floor,
One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.      Introduction

    B.      Continued Or Adjourned Matters (7 Matters)

    C.      Uncontested, Agreed, Or Settled Matters (2 Matter)

    D.      Contested Matters (4 Matters)

    E.      Adversary Proceeding (1 Matter)

**B.    Continued Or Adjourned Matters\***

    1.    **"Thompson Hine LLP Interim Fee Applications"**– First Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From October 8, 2005 Through January 31, 2006 (Docket No. 3467)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)* |
| | *Second Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses* |

---

\*    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4778, 4912, 5153, 6273 and 6723 (KECP Emergence Incentive Program, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, and Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Kyocera Industrial Ceramics Corporation Motion For Relief From Automatic Stay To Exercise Setoff And/Or Recoupment Rights, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: Delphi Medical Systems Colorado Corporation Adv. Pro. No. 06-01677, Docket No. 2 (Summons with Notice of Pre-Trial Conference) and NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment)

*Advanced From February 1, 2006 Through May 31, 2006 (Docket No. 4731)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Third Interim Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From June 1, 2006 Through September 30, 2006 (Docket No. 5977)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

Status:          *By agreement of the parties this matter is being adjourned to the June 26, 2007 omnibus hearing.*

2.     **"Creditors' Committee GM Claims And Defenses Motion"** – Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)

3

| | |
|---|---|
| *Response Filed:* | *Debtors' Preliminary Objection To Motion For Order Authorizing Official Committee Of Unsecured Creditors To Prosecute Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of Debtors (Docket No. 4859)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4689)* |
| | *Affidavit In Support Of Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4690)* |
| | *Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4691)* |
| | *Exhibits A & B To Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4738)* |
| | *Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4831)* |

*So Ordered Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4837)*

*Proposed Second Stipulation and Agreed Order Amending Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal Exhibits to the Committee's Motion for an Order Authorizing it to Prosecute the Debtor's Claims and Defenses Against General Motors Corporation and Certain Former Officers of the Debtors (Docket No. 4902)*

*Second Stipulation And Agreed Order Amending Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4928)*

*Objection Of The Official Committee Of Equity Security Holders Of The Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

*Status:*          *This matter is being adjourned to the April 20, 2007 omnibus hearing.*

3.    **"Ex Parte Motion To File Supplemental Objection Under Seal"**– Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection In Further Support Of The Equity Committee's Objection To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5229)

*Response Filed:*          *Comment Of The Official Committee Of Unsecured Creditors To Ex Parte Motion For Order Authorizing The Official Committee Of Equity*

*Security Holders To File Under Seal A Supplemental Objection To Motion For Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5230)*

*Reply Filed:*        *None.*

*Related Filings:*        *Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 4718)*

*Objection Of The Official Committee Of Equity Security Holders To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors (Docket No. 5070)*

*Status:*        *By agreement of the parties this matter is being adjourned to the April 20, 2007 omnibus hearing.*

4.    **"Wachovia Bank's Relief From Stay"**– Wachovia Bank, National Association's Motion Pursuant To 11 U.S.C. §§ 362 For Relief From The Automatic Stay, If Applicable, To Proceed With Litigation Against Larry Graves, A Non-Debtor Delphi Employee, In The Circuit Court Of The Second Judicial District Of Hinds County, Mississippi (Docket No. 5951)

*Response Filed:*        *None.*

*Reply Filed:*        *None.*

*Related Filings:*        *None.*

*Status:*        *By agreement of the parties this matter is being adjourned to the April 20, 2007 omnibus hearing.*

5.    **"Houlihan Lokey Interim Fee Application"**- First Interim Application Of Houlihan Lokey Howard & Zukin Capital For Allowance Of Compensation And Reimbursement Of Expenses (Docket No. 5987)

*Response Filed:*        *None.*

*Reply Filed:*        *None.*

*Related Filings:*        *Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 4545)*

*Fifth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 5310)*

*Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursements Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006 And Request That The Court Resolve Dispute With Respect To The Fee Committee (Docket No. 5559)*

*Supplemental Report Of The Delphi Joint Fee Review Committee Regarding Applications For Award Of Compensation And Reimbursement Of Expenses For The Periods From October 8, 2005 Through January 31, 2006 And February 1 Through May 31, 2006, And Request That The Court Resolve Dispute With Respect To The Fee Committee Statements (Docket No. 5887)*

*Sixth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 6145)*

*Status:*        *By agreement of the parties this matter is being adjourned to the June 26, 2007 omnibus hearing.*

6.    **"DLA Piper Interim Fee Applications"**- DLA Piper US LLP, Corporate, Employment And Intellectual Property Counsel For Debtor MobileAria, Inc.'s First Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses For the Second Interim Fee Period From May 1, 2006 Through May 31, 2006 Under 11 U.S.C. §§ 330 And 331 (Docket No. 6030)

*Response Filed:*        *None.*

7

*Reply Filed:*          *None.*

*Related Filings:*      *Fourth Supplemental Order Under 11 U.S.C. § 331*
                        *Establishing Procedures For Interim Compensation*
                        *And Reimbursement Of Expenses Of Professionals*
                        *(Docket No. 4545)*

                        *Fifth Supplemental Order Under 11 U.S.C. § 331*
                        *Establishing Procedures For Interim Compensation*
                        *And Reimbursement Of Expenses Of Professionals*
                        *(Docket No. 5310)*

                        *Report Of The Delphi Joint Fee Review Committee*
                        *Regarding Applications For Award Of*
                        *Compensation And Reimbursements Of Expenses*
                        *For The Periods From October 8, 2005 Through*
                        *January 31, 2006 And February 1 Through May 31,*
                        *2006 And Request That The Court Resolve Dispute*
                        *With Respect To The Fee Committee (Docket No.*
                        *5559)*

                        *Supplemental Report Of The Delphi Joint Fee*
                        *Review Committee Regarding Applications For*
                        *Award Of Compensation And Reimbursement Of*
                        *Expenses For The Periods From October 8, 2005*
                        *Through January 31, 2006 And February 1 Through*
                        *May 31, 2006, And Request That The Court Resolve*
                        *Dispute With Respect To The Fee Committee*
                        *Statements (Docket No. 5887)*

                        *DLA Piper US LLP, Corporate, Employment, And*
                        *Intellectual Property Counsel For Debtor*
                        *MobileAria, Inc.'s Second Interim Application For*
                        *Allowance And Payment Of Compensation And*
                        *Reimbursement Of Expenses For The Third Interim*
                        *Period From June 1, 2006 Through September 30,*
                        *2006 Under 11 U.S.C. §§ 330 And 331 (Docket No.*
                        *6031)*

                        *Sixth Supplemental Order Under 11 U.S.C. § 331*
                        *Establishing Procedures For Interim Compensation*
                        *And Reimbursement Of Expenses Of Professionals*
                        *(Docket No. 6145)*

*Status:*               *By agreement of the parties this matter is being*
                        *adjourned to the June 26, 2007 omnibus hearing.*

8

7.    **"ATEL Leasing Corporation"**– Motion Of ATEL Leasing Corporation
(A) For Allowance And Payment Of Outstanding Post-Petition Amounts
As An Administrative Expense Claim; (B) To Compel Assumption Or
Rejection Of Unexpired Lease; And (C) For Immediate Turnover Of
Equipment Upon Rejection (Docket No. 6990)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *None.* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the April 20, 2007 omnibus hearing.* |

**C.    Uncontested, Agreed, Or Settled Matters**

8.    **"Lease Transaction Motion"**–Motion For Order Under 11 U.S.C. §§
363(b), 365(a), And 365(d) And Fed. R. Bankr. P. 6004 And  6006
Authorizing Debtors To (A) Enter Into And Assign Purchase Agreement,
(B) Enter Into Lease Agreement , And (C) Reject Certain Unexpired Leases
Of Non Residential Real Property (Docket No. 7111)

| | |
|---|---|
| *Responses Filed:* | *Objection Of Landlord, Milwaukee Investment Company, To Debtors' Motion To Reject Shelby Lease (Docket No. 7207)* |
| *Reply Filed:* | *A reply will be filed.* |
| *Related Filings:* | *None.* |
| *Status:* | *The objection of Milwaukee Investment Company will be withdrawn at the hearing. A revised order will be submitted for consideration by the Court.* |

9.    **"Brake Hose Business Sale Motion"**– Motion For Orders Under 11 U.S.C.
§§ 363 And 365 And Fed. R. Bankr. P. 2002. 6004, 6006, And 9014 (A)
Approving (I) Bidding Procedures, (II) Certain Bid Protections, (III) Form
And Manner Of Sale Notices, And (IV) Sale Hearing Date And (B)
Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets
Comprising Assets Exclusively Used In Debtors' Brake Hose Business Free
And Clear Or Liens, Claims, And Encumbrances, (I) Assumption And
Assignment Of Certain Executory Contracts And Unexpired Leases, And
(III) Assumption Of Certain Liabilities (Docket No. 6742)

*Responses Filed:*      *Maricopa County's Notice Of Perfected Lien; And Objection To The Debtor's Motion For Order Authorizing The Sale Of Certain Of The Debtor's Assets Free And Clear Of All Lien, Claims, Interests And Encumbrances (Docket No. 7016)*

*Withdrawal Of Maricopa County's Notice Of Perfected Lien; And Objection To The Debtor's Motion For Order Authorizing The Sale Of Certain Of Debtor's Assets Free And Clear Of All Lien, Claims, Interests And Encumbrances (Docket No. 7170)*

*Pima County's Objection To Motion For Orders Under 11 U.S.C.§§ 363 And 365 And Fed. R. Bankr. P. 2002, 6004, 6006 And 9014 (A) Approving (I) Bidding Procedures, (II) Certain Bid Protections , (III) Form And Manner Of Sale Notices, And (IV) Sale Hearing Date And (B) Authorizing And Approving (I) Sale Of Certain Sale Of Certain Of Debtors' Assets Comprising Assets Exclusively Used In Debtors' Brake Hose Business Free And Clear Or Liens, Claims, And Encumbrances, (I) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities (Docket No. 7197)*

*Pima County's Notice Of Withdrawal Of Objection (Docket No. 7249)*

*Reply Filed:*      *None.*

*Related Filings:*      *Order Under 11 U.S.C. § 105(a) And Fed. Bankr. P. 2002 And 9014 Approving (I) Bidding Procedures, (II) Certain Bid Protections, (III) Form And Manner Of Sale Notices, And (IV) Setting Of Sale Hearing In Connection With Sale Of Brake Hose Business (Docket No. 6988)*

*Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And/Or Assigned With Respect To The Sale Of The Brake Hose Business (Docket No. 7029)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To*

*Purchaser With Respect To Brake Hose Business
(Docket No. 7030)*

*Notice Of Cure Amount With Respect To Additional
Executory Contract Or Unexpired Lease To Be
Assume And/Or Assigned With Respect To The Sale
Of Brake Hose Business (Docket No. 7107)*

*Notice Of Assumption And/Or Assignment Of
Additional Executory Contract Or Unexpired Lease
To Purchaser With Respect To Brake Hose Business
(Docket No. 7018)*

*Status:*        *A revised order will be submitted for consideration
by the Court.*

**D.    Contested Matters**

10.    **"Eighth Omnibus Claims Objection"**– Debtors' Eighth Omnibus
Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr.P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims
Duplicative Of Consolidated Trustee Claim, (C) Equity Claims, And (D)
Protective Claims (Docket No. 6962)

*Responses Filed:*        *Alliance Plastics Corporation's Response To
Debtors' Eighth Omnibus Objection (Procedural)
Pursuant To 11 U.S.C. § 502(b) &Federal Rules Of
Bankruptcy Procedure 3007 To Certain (A)
Duplicative And Amended Claims (Docket No. 7125)*

*Mr. and Mrs. Sweeton's Response To Debtors'
Eighth Omnibus Objection To Claims (Docket No.
7130)*

*Hyundai Motor America's Response To Ninth
Omnibus Claims Objection (Docket No. 7214)†*

*Hyundai Motor Company's Response To Ninth
Omnibus Claims Objection (Docket No. 7217)†*

*Response Of Contrarian Funds, LLC To Debtors'
Eighth And Ninth Omnibus Claims Objection
(Docket No. 7276)*

---

†    Although the Response references the Ninth Omnibus Claims Objection, Hyundai Motor America's claims
were the subject of the Eighth Omnibus Claims Objection.

*Response Of Internet Corporation And SPCP Group LLC As Assignee Of Internet Corporation, To Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claims, (C) Equity Claims, And (D) Protective Claims (Docket No. 7280)*

*Reply Filed:*        *An omnibus reply will be filed.*

*Related Filings:*    *None.*

*Status:*            *The hearing will proceed with respect to claims for which no responses have been filed. The hearing will be adjourned with respect to all other responses to future claims hearing dates upon service of applicable notices of adjournment in accordance with this Court's Order Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

11.    **"Ninth Omnibus Claims Objection"**– Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

*Responses Filed:*    *Response Of Doosan Infracore America Corp. To Debtors' Ninth Omnibus Claims Objection (Docket No. 7000)*

*Sealy RG Valley Buildings, L.P.'s Response To The Debtors' Ninth Omnibus Claims Objection (Docket No. 7045)*

*Response Of Clark, Thomas & Winters, PC In Opposition To Debtors' Ninth Omnibus Claims Objection (Docket No. 7115)*

*Response To Ninth Omnibus Objection From The Growing Concern (Docket No. 7149)*

*Response To Ninth Omnibus Objection From Hollingsworth Sawmill, Inc. (Docket No. 7151)*

*Greer Stop Nut, Inc.'s Response To Debtors' Ninth Omnibus Claims Objection (Docket No. 7158)*

*Response Of Doshi Prettl International, LLC To Debtors' Ninth Omnibus Claims Objection (Docket No. 7188)*

*Behr Industries Corp.'s Response To Ninth Omnibus Claims Objection (Docket No. 7191)*

*Letter In Response To Ninth Omnibus Objection To Claims From PCB Piezotronics (Docket No. 7194)*

*Response Of Versatile Engineering, Inc. To The Ninth Omnibus Objection (Docket No. 7204)*

*TPO Displays USA, Inc.'s Response To The Debtors' Ninth Omnibus Claims Objection Dated February 15, 2007 (Docket No. 7212)*

*Response Of Thomas Engineering And Survering Co. To The Ninth Omnibus Objection (Docket No. 7213)*

*CTP Carrera, Inc.'s Response To Debtors' Ninth Omnibus Claims Objection (Docket No. 7218)*

*Devco Corporation's Response To Debtors' Ninth Omnibus Claims Objection (Docket No. 7219)*

*Response Of Liquidity Solutions, Inc., As Assignee To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr.P. 3007 To Certain (A) Insufficiently Documented Claim , (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And (D) Claims Subjection To Modification (Docket No. 7220)*

*Response Of Zeller Electric To Ninth Omnibus Claims Objection (Docket No. 7223)*

*Response Of MarTek, Inc. To Ninth Omnibus Objection Order (Docket No. 7224)*

13

*Letter In Response To Ninth Omnibus Objection To Claims From Dobmeier Janitor Supply Inc. (Docket No. 7225)*

*Response Of PolyOne Corporation To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subjection To Modification (Docket No. 7226)*

*Response Of Optical Cable Operation (OCC) To Notice Of Objection To Claim (Docket No. 7227)*

*Response Of KDS Controls To Ninth Omnibus Objection (Docket No. 7229)*

*SPCP Group LLC As Assignee Of Solution Recovery Services Inc.'s Response To Debtor In Possession's Objection To Claims Subjection To Modification (Docket No. 7230)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); Abco Fire Protection, Inc. (Assignor), Claim No. 2647 (Docket No. 7231)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); Alexandria Extrusion Co. (Assignor), Claim No. 1246 (Docket No. 7232)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); Applied Tech Industries, Inc. (Assignee), Claim No. 2440 (Docket No. 7233)*

*Response Of Borg Indak To Ninth Omnibus Objection To Claims (Docket No. 7234)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); Dexport Tool Mfg. (Assignor), Claim No. 2747 (Docket No. 7235)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); El Paso Heater & Supply Company (Assignor), Claim No. 2641 (Docket No. 7236)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); FairRite Products Corporation (Assignor), Claim No. 14663 (Docket No. 7237)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); HTT, Inc. (Assignor), Claim No. 15984 (Docket No. 7238)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); Lakeshore Graphic, Ind. (Assignor), Claim No. 2589 (Docket No. 7239)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); Mayville Engineering Co., Inc. (Assignor), Claim No. 15983 (Docket No. 7240)*

*Itautec America, Inc.'s Response To The Debtors' Ninth Omnibus Claims Objection (Docket No. 7241)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); Metric Equipment Sales Inc. (Assignor), Claim No. 15976 (Docket No. 7243)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); Precision Wire Technologies (Assignor), Claim No. 2442 (Docket No. 7244)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity Fund, LLC (Assignee); PVI Industrial Washing (Assignor), Claim No. 14692 (Docket No. 7245)*

*Response To 9th Omnibus Objection To Claims By Delphi Corporation et al; Sierra Liquidity*

*Fund, LLC (Assignee); SkyWorld Interactive (Assignor), Claim No. 15978 (Docket No. 7246)*

*Response To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documents Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Untimely Claims, And (d) Claims Subjection To Modification (Docket No. 7247)*

*Samtech Corporation's Response To Debtors' Request To Modify Claim No. 12221 Filed By Mtronics As Set Forth In Debtors' Ninth Omnibus Objection (Docket No. 7248)*

*Response Of Solvay Fluorides, LLC To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subjection To Modification (Docket No. 7251)*

*Letter In Response To Ninth Omnibus Objection To Claims From Control And Power, Inc. (Docket No. 7261)*

*Response To Ninth Omnibus Objection For Claims Subjection To Modification From Stephenson & Lawyer, Inc. (Docket No. 7262)*

*Admiral Tool & Manufacturing Co. Of Illinois' Response To The Debtor's Ninth Omnibus Claims Objection (Docket No. 7263)*

*Reply Of Claimant Carolyn Needham To Debtors' Ninth Omnibus Claims Objection (Docket No. 7264)*

*Response Of Longacre Master Fund Ltd. To Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7266)*

*American Recycling & Manufacturing Co.,
Response To Eighth Omnibus Claims Objection
(Docket No. 7267)\*\**

*Objection Of Magnesium Electron, Inc. To Debtors'
Ninth Omnibus Objection To Claims (Docket No.
7274)*

*Response Of Contrarian Funds, LLC To Debtors'
Eighth And Ninth Omnibus Claims Objection
(Docket No. 7276)*

*Georgia Department Of Revenue's Response To
Debtors' Ninth Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Untimely Claims, And (D) Claims
Subject To Modification (Docket No. 7278)*

*Response Of TCS America, A Division Of Tata
America International Corporation, To Debtors'
Ninth Omnibus Claims Objection (Docket No. 7283)*

*SBC Global Services' Response To Debtors' Ninth
Omnibus Claims Objections Pursuant To 11 U.S.C.
§ 502(b) And Fed. R. Bankr. P. 3007 (Docket No.
7284)*

*Response Of Public Utilities Commission Of Ohio
To Debtors' Ninth Omnibus Objection (Docket No.
7285)*

*BASF Corporation's Response To Debtors' Ninth
Omnibus Objection (Substantive) (Docket No. 7286)*

*Response To Objection To Claim By Edwin B.
Stimpson Co., Inc., (Docket No. 7287)*

*Response To Notice Of Objection To Claim By Root
International (Docket No. 7292)*

***Response Of Creditor Michigan Heritage Bank To
Ninth Omnibus Objection (Docket No. 7293)*** ‡

---

\*\*      Although the Response references the Eighth Omnibus Claims Objection , American Recycling &
Manufacturing Co.'s claims were the subject of the Ninth Omnibus Claims Objection.

17

*Response To Debtors' Ninth Omnibus Claims Objection (Docket No. 7294)*

*Letter From Leicester Die & Tool Inc.'s Objection To The Ninth Omnibus (Docket No. 7295)*

*Response To Notice Of Objection To Claim From Minco Tool & Mold (Docket No. 7296)*

*Letter From Kringeta Design & Drafting (Docket No. 7297)*

*Rotaform, LLC's Response To The Debtors' Ninth Omnibus Claims Objection (Docket No. 7308)*

***Parlex Corporation's Response To The Debtors' Ninth Omnibus Claims Objection (Docket No. 7317)*** *‡*

*Notice Of Objection To Ninth Omnibus Objection To Claims (Docket No. 7318)*

*Riverside Claims, LLC's Response To Debtors' Ninth Omnibus Objections (Docket No. 7319)*

*Notice Of Objection To Claim By Korten Quality Systems Ltd. (Docket No. 7320)*

*Klash Inc.'s Response To The Ninth Omnibus Objection (Docket No. 7321)*

*Hamlin Tool & Machine Co., Inc.'s Response To The Ninth Omnibus Claims Objection (Docket No. 7322)*

*Lift Medic LLC's Response To The Ninth Omnibus Claims Objection (Docket No. 7323)*

*Beacon Reel Co.'s Response To The Ninth Omnibus Claims Objection (Docket No. 7326)*

---

‡    Responses listed in bold were filed after the March 15, 2007 4:00 p.m. (Prevailing Eastern Time) objection deadline.

|  |  |
|---|---|
|  | *Response In Form Of A Letter From Carmen J. Mandato To The Ninth Omnibus Claims Objection (Docket No. 7329)* |
|  | *Response Of Gooding Company, Inc. To The Ninth Omnibus Claims Objection (Docket No. 7332)* |
|  | *Letter From SGS (Docket No. 7348)* |
| *Reply Filed:* | *An omnibus reply will be filed.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed.  The hearing will be adjourned with respect to all other responses to future claims hearing dates upon service of applicable notices of adjournment in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

12.  **"Lead Plaintiffs' Motion For Modification Of The Automatic Stay"**– Lead Plaintiffs' Supplemental Pleading In Further Support Of The Motion (Docket No. 1063) For A Limited Modification Of The Automatic Stay (Docket No. 7128)

|  |  |
|---|---|
| *Response Filed:* | *Debtors' Supplemental Objection To Lead Plaintiffs' Supplemental Pleading In Further Support Of Motion For Limited Modification Of Automatic Stay (Docket No. 7344)* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Lead Plaintiffs' Motion For A Limited Modification Of The Automatic Stay (Docket No. 1063)* |
|  | *Debtors' Objection To Lead Plaintiffs' Motion for Limited Modification Of Automatic Stay (Docket No. 1667)* |
|  | *Order Modifying Automatic Stay (Docket No. 1883)* |

*Status:*         The hearing with respect to this matter will be
                  proceeding.

13.   **"KECP Second Supplement"-**   Second Supplement To KECP Motion
      (Docket No. 213) Seeking Authority To Continue AIP For First Half Of
      2007 (Docket No. 7200)

*Responses Filed:*      *Objections And Memorandum Of Law In Support Of
                        Objections Of IBEW Local 663, IAM District 10 And
                        IUOE Locals 18S And 832S To Second Supplement
                        To KECP Motion Seeking Authority To Continue
                        AIP For First Half Of 2007 (Docket No. 7324)*

                        *Objection Of UAW To Debtors' Second Supplement
                        To KECP Motion [Docket No. 7200] Seeking
                        Authority To Continue AIP For First Half Of 2007
                        (Docket No. 7325)*

                        *Objections Of USW To Debtors' Second Supplement
                        To KECP Motion Seeking Authority To Continue
                        AIP For First Half Of 2007 (Docket No. 7327)*

                        *Objection By IUE-CWA To Second Supplemental
                        KECP Motion (Docket No. 7335)*

*Reply Filed:*          *An omnibus reply will be filed.*

*Related Filings:*      *Motion For Order Under 11 U.S.C. §§ 105 And 363
                        Authorizing The Debtors To Implement A Key
                        Employee Compensation Program (Docket No. 213)
                        ("KECP Motion")*

                        *Objection To KECP Motion By Wilmington Trust
                        Company, As Indenture Trustee (Docket No. 1133)*

                        *Objection To KECP Motion By USW (Docket No.
                        1134)*

                        *Objection To KECP Motion By UAW (Docket No.
                        1135)*

                        *Objection To KECP Motion By Pension Benefit
                        Guaranty Corporation (Docket No. 1141)*

                        *Objection To KECP Motion By IBEW and IAM
                        (Docket No. 1156)*

*Limited Objection To KECP Motion By Prepetition Agent (Docket No. 1157)*

*Objection To KECP Motion By IUOE (Docket No. 1159)*

*Objection To KECP Motion By Securities Class Action Lead Plaintiffs (Docket No. 1161)*

*Objection To KECP Motion By IUE-CWA (Docket No. 1164)*

*Objection To KECP Motion By United States Trustee (Docket No. 1288)*

*Debtors' Omnibus Response To Objections To Their Motion For Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 2210)*

*Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To Implement A Short-Term Annual Incentive Program (Docket No. 2441)*

*Supplement To KECP Motion (Docket No. 213) Seeking Authority To:  (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4419) ("Supplement")*

*Objection To Supplement By IUE-CWA (Docket No. 4524)*

*Objection To Supplement By USW (Docket No. 4526)*

*Response To Supplement By Securities Class Action Lead Plaintiffs (Docket No. 4528)*

*Objection To Supplement By IBEW, IAM, and IUOE (Docket Nos. 4529-4531)*

*Objection To Supplement By UAW (Docket No. 4556)*

*Debtors Omnibus Response To Objections To Supplement To KECP Motion (Docket No. 213)*

21

*Seeking Authority To:  (A) Fix Second Half 2006 AIP Targets And Continue AIP Programs And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4586)*

*Order Under 11 U.S.C. §§ 105 And 363 Authorizing The Debtors To:  (A) Fix Second Half 2006 AIP Targets And Continue AIP Program And (B) Further Adjourn KECP Emergence Incentive Program Hearing (Docket No. 4660)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

E.    **Adversary Proceeding**

14.    **"National Union Fire Insurance Company Of Pittsburgh, PA, Declaratory Judgement"**– Complaint For Declaratory Judgment
Adversary Proceeding No. 07-01435 (Docket  No. 1)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filings:* | *Summons And Notice of Pretrial Conference In An Adversary Proceeding (Docket No. 2)* |
|  | *Stipulation Extending Time To Answer Or Move (Docket No. 4)* |
| *Status:* | *By agreement of the parties this matter is being adjourned to the April 20, 2007 omnibus hearing.* |

Dated:  New York, New York
March 21, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By:/s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession