UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on March 21, 2007 I caused to be served by email and first class mail, a copy of the Letter Regarding Judge Rosen's Memorandum Opinion And Order Denying Motions For Reconsideration Of The Court's Order Partially Lifting PSLRA Discovery Stay upon the parties listed on the Attached Service List and by facsimile and first class mail upon Alicia M. Leonhard, Esq., United States Trustee. A copy of the foregoing was provided to the Court by email.

Dated: March 21, 2007

/s/ Ira M. Levee
Ira M. Levee

Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
973.597.2480 (Telephone)
973.597.2481 (Facsimile)

*Bankruptcy Counsel to Lead
Plaintiffs and the Prospective Class*

18692/2
03/21/2007 2136851.01

## SERVICE LIST

John W. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
Fax : (312) 407-0411
*Attorneys for the Debtor*

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY  10036
Fax: 212-735-2000
*Attorneys for the Debtor*

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Fax: (212) 848-4387
*Attorneys for the Debtor*

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Fax: (212) 455-2502
*Attorneys for JP Morgan Chase Bank N.A.*

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Fax: (212) 751-4864
*Attorneys for The Official Committee Of Unsecured Creditors*

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax : (212) 668-2255
*U.S. Trustee*