

**Concepts in Progress...Materials in Motion**

March 20, 2007

Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Response to Ninth Omnibus Claims Objection:  Delphi Corporation, et al, Debtors
Chapter 11 Case No. 05-44481 (RDD)

    A.  Title of the Claims Objection - Claims Subject to Modification
          Claim # 14795 filed 07/31/2006

    B.  Name and description of claim - Creative Techniques, Inc.
          $23040.60 for goods provided as follows:

| Invoice# 25761 | dated 09/21/05 | $5850.00 | PO# CVS40744 |
|---|---|---|---|
| Invoice# 25653 | dated 09/02/05 | $1460.00 | PO# RPS47456 |
| Invoice# 25672 | dated 09/09/05 | $4896.00 | PO# RPS47456 |
| Invoice# 25712 | dated 09/13/05 | $1844.00 | PO# RPS47456 |
| Invoice# 25718 | dated 09/14/05 | $1195.60 | PO# AES36880 |
| Invoice# 25872 | dated 10/06/05 | $3325.00 | PO# S2S54864 |
| Invoice# 25188 | dated 06/22/05 | $4670.00 | PO# DYS81876 |

    C.  Statement why claim should not be disallowed:

        Delivered goods subject to Purchase Orders as specified above.  Claims were
        not overstated or in foreign currency.

    D.  Proof of claim previously filed.

    E.  Amount of Claim - $23040.60

    F.  Address to return reply:  Creative Techniques, Inc. 2441 N Opdyke Rd.
        Auburn Hills, MI  48326

Sincerely,

Bob Nyquist
Chief Financial Officer



RECEIVED
MAR 21 2007
USBC-SDNY
RDD

NOTE: Title to the goods and Materials being delivered or sold here under does not pass to the Purchaser until payment of the amount has been made in full for the goods delivered.

REMIT TO:
CREATIVE TECHNIQUES, INC.
P.O. BOX 7091
TROY, MI. 48007-7091

# INVOICE

**CREATIVE TECHNIQUES, INC.**
2441 NORTH OPDYKE RD.
AUBURN HILLS, MI. 48326-2442
248-373-3050 PHONE
248-373-3458 FAX
DUNS 10-917-9952

| | |
|---|---|
| **INVOICE NUMBER:** | 25718 |
| **INVOICE DATE:** | 9/14/05 |
| **PAGE:** | 1 |

| SOLD TO: | 279950<br>DELPHI<br>INVOICELESS PURCHASE ORDE<br>DO NOT MAIL | SHIP TO: | DELPHI E & E FLINT EAST<br>DELPHI AUTOMOTIVE SYSTEMS<br>2926 DAVISON RD.; 411 REC<br>FLINT, MI          48556 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| SHIP VIA....... | INVOICE ONLY-PER LARRY WESTPHA | CUST. I.D. ............ | DELPERS |
| SHIP DATE ... | 9/14/05 | P.O. NUMBER ....... | AES36880 |
| TERMS.......... | 2ND DAY OF 2ND MONTH | OUR ORDER NO.... | 8399 |
| | | SALESPERSON ..... | LARRY WESTP |

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET |
|---|---|---|---|---|---|
| CT-1129-001<br>LINE# 000001<br>PART NUMBER PRA10397 001<br>GMPT 3670 SPARK PLUG TRAY<br>WHO ORDERED: 1788/HARRISON/<br>70893 | 500.00 | 70.00 | PC | 17.08000 | 1195.60 |

|  | (U.S. FUNDS) | TOTAL: | $1195.60 |
|---|---|---|---|



Creative Techniques, Inc.
Concepts in Progress ...Materials in Motion
2441 N. Opdyke Rd.
Auburn Hills, MI 48326

BILL OF LADING     B.O.L. #:     25718

DATE:                9/14/05
PAGE:                1
PURCHASE ORDER #:    AES36880
CUSTOMER ORDER #:    008399
SUPPLIER CODE:       279950

BILL TO:

DELPHI
INVOICELESS PURCHASE ORDE
DO NOT MAIL

SHIP TO:

DELPHI E & E FLINT EAST
DELPHI AUTOMOTIVE SYSTEMS
2926 DAVISON RD.; 411 REC
FLINT, MI
48556

| PART NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED |
|---|---|---|
| CT-1129-001 | 500.00 PC | 70.00 PC |
| LINE# 000001 | | |
| PART NUMBER PRA10397 001 | | |
| GMPT 3670 SPARK PLUG TRAY | | |
| WHO ORDERED: 1788/HARRISON/ | | |
| 70893 | | |

```
J COM SERVICES
GM PURCHASE ORDER - 850 (-XUS/CNQ - AES36880)
Date: 08/05/05   Time: 02:10
Page:  1
```

#8399

```
**********************   GM PURCHASE ORDER   **********************

PO TYPE              PO NUMBER        RELEASE                  DATE
-- ---------------   -------------    -------------------      --------
00 Original          AES36880                                  08/04/05


          CURRENCY TYPE        CURRENCY CODE
          -------------------  ---
          Selling Party        USD


------------------------         FOB INSTRUCTIONS   ----------------------
SHIPMENT
METHOD OF PAYMENT  LOCATION TYPE   DESCRIPTION          ROUTING
--                 -------------   -------------------  -------------------
CC                 Origin (Shippin FOB ORIGIN - SHIP FR DELPHI E&EM CALL 800


                   PART NUMBER
                   -------------------
                   AES36880


FREE-FORM MESSAGE TEXT
-----------------------------------------------------------------
************ATTENTION ALL SUPPLIERS***************
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR.
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.
CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN
IMMEDIATE CONTACT FOR YOUR BUSINESS,"  FILL OUT THE
FORM AND FOLLOW THE INSTRUCTIONS.
SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S
GENERAL TERMS AND CONDITIONS ARE INCORPORATED
IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE
ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION, AND OTHER DOCUMENTS
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS
CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED
TO AS THIS "CONTRACT").  A COPY OF BUYER'S
GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT
DELPHI'S WEBSITE, WWW.DELPHI.COM.  SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
```

J COM SERVICES
GM PURCHASE ORDER - 850 (-XUS/CNQ - AES36880)
Date: 08/05/05   Time: 02:10
Page:   2

FREE-FORM MESSAGE TEXT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND
BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR
ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS
TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS
OF THIS CONTRACT (INCLUDING BUYER'S GENERAL
TERMS AND CONDITIONS) WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH
PROPOSALS IN WRITING.  PLEASE IGNORE THE NOTE
BELOW ON TERMS AND CONDITIONS DATED SEPTEMBER
2004.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

PART NUMBER
- - - - - - - - - - - - - - - - - - - -
AES36880

| TYPE | NAME | CCDE |
|------|------|------|
| Selling Party | CREATIVE TECHNIQUES INC | 109179952 |
| | 2441 N OPDYKE RD | |
| | AUBURN HILLS    MI    48326 | |

| TYPE | NAME | CCDE |
|------|------|------|
| Buying Party (Purchaser) | DELPHI CORPORATION ENERGY & CHASSIS SYSTEMS-PURCH | 31014AE2 |
| | 5820 DELPHI DRIVE BLDG D | |
| | TROY    MI    480982815 | |

| CONTACT TYPE | NAME | NUMBER |
|------|------|------|
| Buyer Name | P  DE PERRO | 248-813-4348 |

| TYPE | NAME | CODE |
|------|------|------|
| Ship To | DELPHI E C E RHINL EAST | 31014411 |

J COM SERVICES
GM PURCHASE ORDER - 850 (-XUS/CNQ - AES36880)
Date: 08/05/05    Time: 02:10
Page:    3

DELPHI AUTOMOTIVE SYSTEMS

2926 DAVISON ROAD
411 RECEIVING AREA
FLINT                   MI    48556

| TYPE | NAME | CODE |
|------|------|------|
| Bill-to-Party | DELPHI E 15 ON PAY ON RECEIPT. FORWARD ANY WORK COMPLETED | 31014I01 |

INVOICE PAPERWORK TO YOUR
DELPHI CONTACT FOR PRECEIPT
ENTRY FOR PAYMENT

************************     LINE ITEM DATA     ************************

| LINE# | QTY OPDEPED | U/M | PRICE | PART NUMBER |
|-------|-------------|-----|-------|-------------|
| 000 | 500 | EA | 17.08 | PRA1039P 001 |

PART DESC.
-------------------------------------------------------------
ITEM ID CT-1129-001 GMFT 3670 SPARK PLUG TRAY

| QUANTITY | U/M | DATE TYPE | DATE |
|----------|-----|-----------|------|
| 500 | EA | Delivery Requested | 08/04/05 |

PART NUMBER
----------------------
PRA1039P 001

FREE-FORM MESSAGE TEXT
-------------------------------------------------------------
TAX CODE: F     TAX PERCENT:     0.00%
WHO ORDERED  TBY HARRISON/70893

*** END OF REPORT ***

CREATIVE TECHNIQUES, INC.
P.O. BOX 7091
TROY, MI. 48007-7091

NOTE: Title to the goods and materials being delivered or sold here under does not pass to the Purchaser until payment of the amount has been made in full for the goods delivered.

# INVOICE

**CREATIVE TECHNIQUES, INC.**
2441 NORTH OPDYKE RD.
AUBURN HILLS, MI. 48326-2442
248-373-3050 PHONE
248-373-3458 FAX
DUNS 10-917-9952

| | |
|---|---|
| **INVOICE NUMBER:** | 25188 |
| **INVOICE DATE:** | 6/22/05 |
| **PAGE:** | 1 |

| SOLD TO: | 10-917-9952 DELPHI HARRISON-THERMAL SYSTEM 3535 KETTERING BLVD. MORAINE, OH 45439-2014 | SHIP TO: | WHITE EQUIPMENT CO. ATTN MR. DON WHITE 100 TECHNECENTRE CR.(STE. MILFORD, OH 45150 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| SHIP VIA....... | UPS GROUND | CUST. I.D. ........... | DELP3535 |
| SHIP DATE ... | 6/22/05 | P.O. NUMBER ....... | DYS81876 |
| TERMS.......... | 2ND DAY OF 2ND MONTH | OUR ORDER NO.... | 8155 |
| | | SALESPERSON ..... | WHITE EQUIP |

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET |
|---|---|---|---|---|---|
| CT-1488-PRO ITEM ID #PR166114 002 PROTOTPYE WOOD MODELS OF WASH BASKETS WHO ORDERED: P. KEARNEY | 2.00 | 2.00 | PC | 2335.00000 | 4670.00 |

| | | |
|---|---|---|
| (U.S. FUNDS) | TOTAL: | $4670.00 |



**Creative Techniques, Inc.**
Concepts in Progress....Materials in Motion
2441 N. Opdyke Rd.
Auburn Hills, MI 48326

BILL   OF   LADING        B.O.L. #:      25188

DATE:                    6/22/05
PAGE:                    1
PURCHASE ORDER #:        DYS81876
CUSTOMER ORDER #:        008155
SUPPLIER CODE:           10-917-9952

BILL TO:                          SHIP TO:

                    

| PART NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED |
|---|---|---|
| CT-1488-PRO | 2.00 PC | 2.00 PC |

ITEM ID #PR166114 002
PROTOTPYE WOOD MODELS OF WASH
BASKETS
WHO ORDERED: P. KEARNEY

1-Box
UPS Ground

# DELPHI
Automotive Systems

## PURCHASE ORDER

VENDOR NUMBER 10-917-9952
CREATIVE TECHNIQUES INC
2441 N OPDYKE RD
AUBURN HILLS MI
48326

DELPHI AUTOMOTIVE SYSTEMS
DELPHI THERMAL SYSTEMS
3535 KETTERING BLVD
MORAINE OH
45439

US

SHIP TO:
DELPHI HARRISON THERMAL SYSTEM
DELPHI CORPORATION
3535 KETTERING BLVD
MORAINE, OH
45439
US

INVOICE TO:
DELPHI HARRISON THERMAL SYSTEM
DELPHI CORPORATION
3535 KETTERING BLVD
MORAINE, OH
45439
US

PAYMENT TERMS
2ND DAY OF 2ND MONTH

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | P.O. NUMBER | DATE REQUIRED | F.O.B. CODE | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|
| | | AT 716-439-2572 | | | | | |

F.O.B. DESTINATION UNLESS OTHERWISE BE INDICATED
SHIPPING POINT FREIGHT COLLECT

SHIP VIA: AS DIRECTED

ORDER DATE: 04/06/05

THE GENERAL TERMS AND CONDITIONS THAT APPEAR ON THE
REVERSE SIDE OF THIS PURCHASE ORDER ARE NULL AND VOID
AND REPLACED BY DELPHI'S GENERAL TERMS AND CONDITIONS
DATED MARCH 2004 FOUND ON WWW.DELPHI.COM/SUPPLIERS.

TERMS AND CONDITIONS, SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

REMIT PAYMENT TO:
**CREATIVE TECHNIQUES, INC.**
P.O. BOX 7091
TROY, MI. 48007-7091

NOTE: Title to the goods and Materials being delivered or sold here under does not pass to the Purchaser until payment of the amount has been made in full for the goods delivered.

# INVOICE

**CREATIVE TECHNIQUES, INC.**
2441 NORTH OPDYKE RD.
AUBURN HILLS, MI. 48326-2442
248-373-3050 PHONE
248-373-3458 FAX
DUNS 10-917-9952

| INVOICE NUMBER: | 25872 |
|---|---|
| INVOICE DATE: | 10/06/05 |
| PAGE: | 1 |

| SOLD TO: | DELPHI STEERING INVOICELESS PURCHASE ORDE DO NOT MAIL | SHIP TO: | DELPHI SAGINAW STEERING (70I) PLANT 7 3900 HOLLAND RD. SAGINAW, MI      48601 |
|---|---|---|---|

| SHIP VIA....... | ALVAN MOTOR FRT | CUST. I.D. ........... | DELPINVO |
|---|---|---|---|
| SHIP DATE ... | 10/06/05 | P.O. NUMBER ....... | S2S54864 |
| TERMS.......... | 2ND DAY OF 2ND MONTH | OUR ORDER NO.... | 8520 |
| | | SALESPERSON ..... | LARRY WESTP |

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET |
|---|---|---|---|---|---|
| CT-354-003 | 100.00 | 100.00 | PC | 33.25000 | 3325.00 |
| LINE #000001 | | | | | |
| PART NUMBER: PR429489 001 | | | | | |
| VALVE BODY BASKET | | | | | |
| WHO ORDERED: LIPSCOMB/757-3305 | | | | | |

|  | (U.S. FUNDS) | TOTAL: | **$3325.00** |
|---|---|---|---|



**Creative Techniques, Inc.**
Concepts in Progress...Materials in Motion
2441 N. Opdyke Rd.
Auburn Hills, MI 48326

DELPHI STEERING
INVOICELESS PURCHASE ORDE
DO NOT MAIL

DELPHI SAGINAW STEERING
(701) PLANT ?
3900 HOLLAND RD.
SAGINAW, MI
48601

| PART NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED |
|---|---|---|

CT-354-003
LINE #000001
PART NUMBER: PP424489-001
VALVE BODY BASKET
WHO ORDERED: LPS, CAR/CST-354

shipped 4 extra @ N/C

*1-Skid*

*ALVAN*

NAME OF CARRIER

SHIPPER'S NO.

CARRIER'S NO. **53259**

DATE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

FROM:
SHIPPER
(ORIGIN)

## CREATIVE TECHNIQUES, INC.
2441 NORTH OPDYKE
AUBURN HILLS, MI   48326-2442

EMERGENCY RESPONSE PHONE NO.

TO:
CONSIGNEE

STREET

DESTINATION                                    ZIP

DELIVERING CARRIER

ROUTE

VEHICLE NUMBER

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | √ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | 4.2                    150 | | | | |
| | | Po# 52554864        shipped | | | | |
| | | CT-354-003          100 pcs. | | | | |
| | | PART NUMBER : PR429489 001 | | | | |
| | | VALVE BODY BASKET | | | | |
| | | Requisitioner : Bob Lipscomb (989) 757-3305 | | | | |

DT312067 9

| Loose PCS (A) | Skids (B) | PCS On Skids | Skids STC | TTL Handling (A+B) Units | STC |
|---|---|---|---|---|---|
| | | | | | |

NEED POD
PLEASE FAX SIGNED POD TO:
Missy McComas of Creative
Techniques at 248-340-0231

ALVAN 53259
Walbush  ① 169  10-6-05

REMIT C.O.D. TO:

C.O.D. FEE:
☐ Prepaid
☐ Collect $

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight'.

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

**C.O.D.**  Amt $

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

TOTAL
CHARGES $

Freight charges are PREPAID unless marked collect.

☒ Check box if charges are Collect

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

CREATIVE TECHNIQUES, INC.

Permanent post office address of shipper

Shipper, Per

Agent, Per

+ MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

When transporting hazardous materials include the technical or chemical name for n.o.s. (not otherwise specified) or generic description of material with appropriate UN or NA number as defined in US DOT Emergency Response Communication Standard (HM-126C). Provide emergency response phone number in case of incident or accident.

1

J COM SERVICES

GM PURCHASE ORDER - 850 (~XUS/CNQ - S2S54864)
Date: 09/12/05   Time: 02:10
Page:  1

#8530

*************************   GM PURCHASE ORDER   *************************

PO TYPE              PO NUMBER         RELEASE                DATE
-- --------------   --------------   --------------------   --------
00 Original          S2S54864                                09/09/05

                     CURRENCY TYPE    CURRENCY CODE
                     -----------------   ---
                     Selling Party    USD

-------------------------   FOB INSTRUCTIONS   -------------------------
SHIPMENT
METHOD OF PAYMENT   LOCATION TYPE    DESCRIPTION            ROUTING
--                  --------------   --------------------   --------------
CC                  Origin (Shippin  SHIPPING POINT         SEE BELOW

                    PART NUMBER
                    --------------------

FREE-FORM MESSAGE TEXT
------------------------------------------------------------------
FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER
CONTACT SUPPLIER RELATIONS AT (248) 874-4636.  DO NOT
CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN-
STRUCTS YOU TO DO SO.  YOU WILL NEED YOUR INVOICE
NUMBER AS WELL AS THE PURCHASE ORDER NUMBER.  (DC)
CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
DELIVERY AND LEAD TIME WHETHER INITIATED BY SUPPLIER
OR SAGINAW PURCHASING MUST NOT BE MADE WITHOUT PRIOR
APPROVAL VIA A PURCHASE ORDER ALTERATION.
PAYMENT WILL BE GENERATED TO YOUR COMPANY UPON
RECEIPT OF MATERIAL AND PRICED PACKING SLIP. DO NOT
MAIL INVOICES FOR MATERIAL.      FOR SERVICE ITEMS
PAYMENT WILL BE MADE UPON APPROVAL AND RECEIPT INTO
OUR SYSTEM OF YOUR PRICED PACKING SLIP (OR INVOICE).
PLEASE MAIL THE ABOVE DIRECTLY TO THE DELPHI PERSON
RESPONSIBLE FOR ORDERING THIS SERVICE WHO IS LISTED
UPON THE PO WITHIN THE "WHO ORDERED" FIELD.
TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO
THE FOLLOWING GUIDELINES:
1.  ADVISE THE BUYER OF ANY DISCREPANCIES ON THE
PURCHASE ORDER PRIOR TO SHIPMENT. REFER
TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER
2.  THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER
NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS OR

J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - S2S54864)
Date: 09/12/05    Time: 02:10
Page:    2

FREE-FORM MESSAGE TEXT
--------------------------------------------------------------
~~INVOICES~~
3.    THE UNIT OF MEASURE ON THE PACKING SLIP OR
INVOICE MUST BE THE SAME AS THE PO UNIT OF MEASURE.
~~DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED~~
~~RECEIPT RECORDS.~~
5.    IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND
MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL
THE PERSON DESIGNATED AS "WHO ORDERED" OR THE
"DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN
ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE
TO BEGIN.
6.    IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL"DISBURSEMENT SERVICE" TO CHECK
ON THE STATUS OF THE PAYMENT.    YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
***************************************************
DISBURSEMENT SERVICE PHONE (248) 874-4636
***************************************************
ANY SUBSTITUTIONS OR DEVIATIONS FROM ENCLOSED
PRINT(S) REQUIRE PRIOR WRITTEN APPROVAL BY REQUESTING
ENGINEER.
TERMS AND CONDITIONS SEPTEMBER 30, 1998, APPLY,
OF WHICH SUPPLIER HAS RECEIVED A COPY.
*RIGHT TO AUDIT*                        (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
******************SALES TAX CODES***************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM.    BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX.
SALES TAX EXEMPTION CERTIFICATES
ALABAMA    805          OHIO 9S-002667
GEORGIA    300-45870-B    TEXAS 1-38-3431131-1
INDIANA    1018702130011  WISCONSIN WDP-99-01-010037
KANSAS     98-003A        MICHIGAN 38-3431131
MISSISSIPPI APPLIED FOR  NEW JERSEY APPLIED FOR
NEW YORK DP-3487
**ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE

J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - S2S54864)
Date: 09/12/05   Time: 02:10
Page:   3


FREE-FORM MESSAGE TEXT

------------------------------------------------------------------
LINE ITEM DETAIL OF THIS CONTRACT, OR IF NOT STATED,
SHALL BE THE DATE ESTABLISHED BY THE BUYER'S MULTI-
LATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON
AVERAGE, THAT PAYMENT SHALL BE MADE ON THE SECOND DAY
OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE
BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT
DATE OF GOODS OR DATE OF SERVICES, AND, FOR ALL OF
BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF THE
GOODS OR DATE OF SERVICES. BUYER MAY WITHHOLD PAYMENT
PENDING RECEIPT OF EVIDENCE, IN SUCH FORM AND
DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY
LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR
SERVICES UNDER THIS CONTRACT

*****SHIPPING INSTRUCTIONS FOR INDIRECT MATERIAL*****
LESS THAN 150# THE CONSIGNEE BILLING IS HOW THE
SHIP
PREPAID. ALL PACKAGES SHOULD WEIGH NO MORE THAN 150#
FOR ITEMS COLLECTIVELY

IF SHIPPING FROM---USE THESE CARRIERS:

WI, MN, IA, KY, WV, KY,   CENTRAL TRANSPORT
TN, NC, SC, GA, AL, ONT.  CENTRAL TRANSPORT
ALL OTHERS                CENTRAL TRANSPORT
ALVAN 1-800-632-4172, CENTRAL 1-800-635-0064


--------------------

TYPE                      NAME                                  CODE
------------------------  ------------------------------------  ---------
Selling Party             CREATIVE TECHNIQUES INC               109179952

                          2441 N OPDYKE RD

                          AUBURN HILLS      MI    48326

TYPE                      NAME                                  CODE
------------------------  ------------------------------------  ---------
Buying Party (Purchaser)  DELPHI SAGINAW STEERING SYSTEM        44001S12

                          3900 HOLLAND RD,

```
J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - S2S54864)
Date: 09/12/05   Time: 02:10
Page:   4
```

```
                          SAGINAW          MI    48601

CONTACT TYPE              NAME                         NUMBER
------------------------  ---------------------------  ---------------
Buyer Name                W. RUSTIC                    989-757-4117

TYPE                      NAME                         CODE
------------------------  ---------------------------  ---------
Ship-to                   DELPHI SAGINAW STEERING SYS  4400170I
                          (70I) PLANT 7
                          2000 FORREST RD.
                          SAGINAW          MI    48601

TYPE                      NAME                         CODE
------------------------  ---------------------------  ---------
Bill-to-Party             DELPHI                       44001I01
                          SEE INVOICE
                          INSTRUCTIONS      00    00000

************************    LINE ITEM DATA    ************************

   LINE#        QTY ORDERED   U/M    PRICE      PART NUMBER
   ----------   -----------   ---    ---------  -------------------
   000001       100           PC

   PART DESC.
   ----------------------------------------------------------------
   VALVE BODY BASKET

   QUANTITY     U/M   DATE TYPE            DATE
   -----------  --    -------------------  --------
   100          PC    Delivery Requested   10/15/05

                      PART NUMBER
                      --------------------
                      PR429489 001

   FREE-FORM MESSAGE TEXT
   ----------------------------------------------------------------
   TAX CODE: B     TAX PERCENT:     0.00%
   WHO ORDERED: LIBSCOMB/757-3305
```

```
*** END OF REPORT ***
```

REMIT PAYMENT TO:
CREATIVE TECHNIQUES, INC.
P.O. BOX 7091
TROY, MI. 48007-7091

NOTE: Title to the Goods and Materials being delivered or sold here under does not pass to the Purchaser until payment of the amount has been made in full for the goods delivered.

# INVOICE

**CREATIVE TECHNIQUES, INC.**
2441 NORTH OPDYKE RD.
AUBURN HILLS, MI. 48326-2442
248-373-3050 PHONE
248-373-3458 FAX
DUNS 10-917-9952

| | |
|---|---|
| INVOICE NUMBER: | 25672 |
| INVOICE DATE: | 9/09/05 |
| PAGE: | 1 |

| | |
|---|---|
| **SOLD TO:** 279950 DELPHI INVOICELESS PURCHASE ORDE DO NOT MAIL | **SHIP TO:** PVI WASH 2886 CLYDON WYOMING, MI 49509 |

| | | | |
|---|---|---|---|
| SHIP VIA....... | DELPHI- C/O ACE FORWARDING | CUST. I.D. ............ | DELPERS |
| SHIP DATE ... | 9/08/05 | P.O. NUMBER ....... | RPS47456 |
| TERMS........... | 2ND DAY OF 2ND MONTH | OUR ORDER NO.... | 8429 |
| | | SALESPERSON ..... | STEVE SCHWA |

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET |
|---|---|---|---|---|---|
| CT-1315-003 | 4000.00 | 2448.00 | PC | 2.00000 | 4896.00 |
| LINE #000001 | | | | | |
| PART NUMBER PR118828 001 | | | | | |
| CPS-785 TRAYS - NATURAL | | | | | |
| WHO ORDERED: SUHR/03978/7068 | | | | | |
| 3RD | 12.00 | 1.00 | PC | .00000 | .00 |
| THIRD PARTY BILLING | | | | | |
| DELPHI COOPERSVILLE | | | | | |
| 999 RANDALL ST. | | | | | |
| COOPERSVILLE, MI 49404 | | | | | |

| | | |
|---|---|---|
| (U.S. FUNDS) | TOTAL: | $4896.00 |



**Creative Techniques, Inc.**
Concepts in Progress...Materials in Motion
2441 N. Opdyke Rd.
Auburn Hills, MI 48326

BILL OF LADING   INVOICE #   25472

DATE:
PAGE:                              1
PURCHASE ORDER #:   EPS47456
CUSTOMER ORDER #:   008420
SUPPLIER CODE:   279950

BILL TO:

DELPHI
INVOICELESS PURCHASE ORDE
DO NOT MAIL

SHIP TO:

PVI WASH
2886 CLYDON
WYOMING, MI

49509

| PART NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED |
|---|---|---|
| CT-1315-003 | 4000.00 PC | 2448.00 PC |
| LINE #000001 | | |
| PART NUMBER PR118328 001 | | |
| CPS-785 TRAYS - NATURAL | | |
| WHO ORDERED: SUHR/03978/7068 | | |
| | | |
| 3RD | 12.00 PC | 1.00 PC |
| THIRD PARTY BILLING | | |
| DELPHI COOPERSVILLE | | |
| 999 RANDALL ST. | | |
| COOPERSVILLE, MI 49404 | | |

2 - SKids

DELPHI

Pg 19 of 47

NAME OF CARRIER  ─ ¾ ACE Forwarding   CARRIER'S NO. 5511   DATE   SHIPPER'S NO.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: SHIPPER (ORIGIN) | **CREATIVE TECHNIQUES, INC.**<br>2441 NORTH OPDYKE<br>AUBURN HILLS, MI  48326-2442 | TO: CONSIGNEE  PCI WASH |
|---|---|---|
| | EMERGENCY RESPONSE PHONE NO. | STREET  2986 TYDON<br>WYOMING, MI |
| | | DESTINATION                         ZIP |

DELIVERING CARRIER | | ROUTE | | VEHICLE NUMBER |

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | √ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| | | 2  SKIDS PLASTIC MOLDED PARTS | | | | |
| | | Net | 1506 | | | |
| | | Gross | 1642 | | | |
| | | Tare | 136 | | | |
| | | PCI: 15.2          CLASS: 40 | | | | |
| | | THIRD PARTY BILLING<br>DELPHI COOPERSVILE<br>999 RANDALL ST.<br>COOPERSVILLE, MI 49404 | | | | |
| | | PO# RPS 47456<br>CT-1315-003<br>Part # PR 118828 001<br>CPS-785 Trays | Shipped<br>2448 pcs. | | | |

**NEED POD**
**Please fax signed POD to:**
Paula Joachim of Creative
Techniques at 248-340-0231

REMIT C.O.D. TO:

| | C.O.D. FEE: |
|---|---|
| | ☐ Prepaid |
| | ☐ Collect $ |

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. **The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding**

**C.O.D.** Amt $

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**TOTAL CHARGES $**   3rd Party
Freight charges are PREPAID unless marked collect.
☐ *Check box if charges are Collect,

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.                $                    per

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

CREATIVE TECHNIQUES, INC.

Permanent post office address of shipper

Shipper, Per _____      Agent, Per _____

+ MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

In transporting hazardous materials include the technical or chemical name for n.o.s. (not otherwise specified) or generic description of material with appropriate UN or NA number as defined in US DOT Emergency Response Communication Standard (HM-126C). Provide emergency response phone number in case of incident or accident.

# ACE FORWARDING

**AIRBILL**

451898

**AIR FREIGHT**
**CRATING**
**EXPEDITING**

Local: (734) 955-1000 • Fax: (734) 955-1111

**Toll Free: (800) 971-0070**

DATE 9-8-05

**SHIPPER**

COMPANY NAME: Creative Tech.
ADDRESS: 2441 North Opdyke
CITY: Auburn Hills    STATE: MI    ZIP: 48326
ORIGIN:
ATTENTION:    PHONE (Area Code First):

**CONSIGNEE**

COMPANY NAME: PUI WASH
ADDRESS: 2886 CLydon
CITY: Wyoming    STATE: MI    ZIP: 49509
DESTINATION:
ATTENTION:    PHONE: (Area Code First):

| AIR | CRATING | EXPEDITING |
|---|---|---|
| ☐ SAME DAY OTC   ☐ NEXT DAY PM   ☐ 3-4 DAY | ☐ FULL CRATE   ☐ REPACK   ☐ BOXES | ☐ DIRECT DRIVE   ☐ NEXT DAY PM   ☐ 2ND DAY |
| ☐ NEXT DAY AM   ☐ 2ND DAY   ☐ 4-5 DAY | ☐ SLAT CRATE   ☐ FOAM PACK   ☐ SKIDS | ☐ NEXT DAY AM   ☐ ROUND TRIP   ☐ LIFTGATE |

| PIECES | WEIGHT | DIM WEIGHT | |
|---|---|---|---|
| 2 PLts | 1642 | | DIMENSIONS L_____xW_____xH_____ = DW_____ |
| | | | DIMENSIONS L_____xW_____xH_____ = DW_____ |
| | | | DIMENSIONS L_____xW_____xH_____ = DW_____ |

L" x W" x H" ÷ 194 = DOMESTIC DIM. WT.    L" x W" x H" ÷ 168 = INTERNATIONAL DIM.

SHIPPER REFERENCE NUMBER: 10217

BILL OF LADING NUMBER:

DESCRIPTION:

☐ PREPAID    ☐ COLLECT    ☐ OTHER *FILL IN BELOW*    ☐ C.O.D.

SPECIAL INSTRUCTIONS / BILL TO

DECLARED VALUE
$

Unless a greater value is declared herein, the shipper agrees and declares that the value of the property is released to an amount not exceeding $50.00 for any shipment of 100 pounds or less and not exceeding 50 cents per pound for shipments weighing in excess of 100 pounds, for that part of the consignment lost or damaged.

| | NAME (Please Print) | SIGNATURE | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| SHIPPER | Walton Kevin D | Kevin D Watts | 9-8 | 1830 | 1845 |
| PICK UP DRIVER | | | 9-8 | 1830 | 1845 |
| DELIVERY DRIVER | | | | | |
| NAME (Please Print) | | SIGNATURE | DATE | TIME IN | TIME OUT |

451898

**SHIPPER COPY**

J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05   Time: 02:10
Page:   4

*CWS 8929*

AS INDICATED BELOW

*****                    **     *****

| TYPE | NAME | CODE |
| --- | --- | --- |
| ------------------------- | ------------------------------------------ | --------- |
| Bill-to-Party | ~PAY ON RECEIPT | 58001I01 |

MAIL REQUESTED INVOICES TO:
    PO BOX 92700
ROCHESTER            NY    14692

************************    LINE ITEM DATA    ************************

| LINE# | QTY ORDERED | U/M | PRICE | PART NUMBER |
| --- | --- | --- | --- | --- |
| ------------ | ------------ | --- | --------- | ------------ |
|  | 4000 | EA | 2 | PR118 |

PART DESC.
------------------------------------------------------------
CPS-785 TRAYS - NATURAL
REF QUOTE P-0405-11754A DATED 08/02/05

| QUANTITY | U/M | DATE TYPE | DATE |
| --- | --- | --- | --- |
| ------------ | --- | -------------------- | -------- |
| 4000 | EA | Delivery Requested | 08/25/05 |

            PART NUMBER
            --------------------
            PR118828 001

FREE-FORM MESSAGE TEXT
------------------------------------------------------------
TAX CODE: B    TAX PERCENT:    0.00%

*** END OF REPORT ***

J COM SERVICES
GM PURCHASE ORDER - 850 (-XUS/CNQ - RPS47456)                    *CMS 8429*
Date: 08/18/05    Time: 02:10
Page:   1

```
***********************      GM PURCHASE ORDER      ***********************

PO TYPE                 PO NUMBER         RELEASE                    DATE
-- --------------       ---------------   --------------------       --------
00 Original             *RPS47456*                                   08/16/05

                        CURRENCY TYPE     CURRENCY CODE
                        --------------------   ---
                        Selling Party     USD

--------------------------      FOB INSTRUCTIONS      -------------------------
SHIPMENT
METHOD OF PAYMENT   LOCATION TYPE    DESCRIPTION          ROUTING
--                  --------------------   --------------------   --------------------
CC                  Origin (Shippin  FOB ORIGIN *CODE* DELPHI E&M CALL 800*

                        PART NUMBER
                        --------------------
                        RPS47456

FREE-FORM MESSAGE TEXT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S
GENERAL TERMS AND CONDITIONS ARE INCORPORATED
IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE
ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION, AND OTHER DOCUMENTS
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS
CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED
TO AS THIS "CONTRACT").  A COPY OF BUYER'S
GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT
DELPHI'S WEBSITE, WWW.DELPHI.COM.  SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND
BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR
ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS
TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS
OF THIS CONTRACT (INCLUDING BUYER'S GENERAL
```

J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05     Time: 02:10
Page:   2

FREE-FORM MESSAGE TEXT
------------------------------------------------------------
TERMS AND CONDITIONS) WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH
PROPOSALS IN WRITING.  PLEASE IGNORE THE NOTE
BELOW ON TERMS AND CONDITIONS DATED SEPTMBER
2004.

------------------------------------------------------------
IF EFT AGREEMENTS AREN'T IN PLACE, DELPHI MAY DEFER
PAYMENT BY CHECK DURING ANY RECOGNIZED HOLIDAY
UNTIL THE NEXT BUSINESS DAY WITHOUT DEFAULTING OR
LOSING CASH DISCOUNTS.
PAYMENT INQUIRIES 248 874-4636
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS
DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIER. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR
IF THIS REPRESENTATION IS INCORRECT.
OVERSHIPMENTS MAY BE RETURNED AT SELLERS EXPENSE
.
SALES TAX FOR NON"DIRECT PAY" STATES ARE TO BE
BILLED TO: C/O AFFILIATED COMPUTER SYSTEMS, INC.
              PO BOX 62530
              PHOENIX, AZ 85082-2530
              ATT: P.O. SUPPORTED SALES TAX
DIRECT PAY STATES AND SALES TAX LICENSE #'S FOLLOW:
AL-805, GA-300-45870-8, IN-1018702130011 KS 98-003A
MI-38-3431131,NJ-APPLIED FOR, WI-WDP99-01-0010037
NY-DP-3487 OH-98-002667,TX-1-38-3431131-1, MS-APPLIED
FOR.

TERMS & CONDITIONS OR INSURANCE CLAUSE
******* ATTENTION  SUPPLIERS ****************
YOU CAN VIEW PAYMENT STATUS ONLINE USING E-DACOR
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION
CLICK ON REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST
AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL
OUT THE FORM AND FOLLOW INSTRUCTIONS.

3 COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05    Time: 02:10
Page:   3

FREE-FORM MESSAGE TEXT

------------------------------------------------------------------
********** ~~~~~~~~~~~~~~~~ ****
DELPHI IS IN THE PROCESS OF TRANSITIONING FROM
OLIMPIC TO SAP FOR THE PROCUREMENT OF INDIRECT AND
M&E GOODS AND SERVICES.  THE SAP "GO-LIVE" DATE FOR
DELPHI E&C, NORTH AMERICA (EXCLUDING MEXICO SITES)
IS SEPTEMBER 6, 2005.  THERE WILL BE A "QUIET PERIOD"
PRIOR TO THE CHANGEOVER.
ANY QUESTIONS REGARDING THIS TRANSITION SHOULD BE
DIRECTED TO THE SITE INDIRECT MATERIAL MANAGER, MARK
MCKEOWN, AT 585-647-7400 OR THE BUYER.
***********************************************
REF: QUOTE# P-0405-11754A DATED 8/2/05.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

PART NUMBER
------------------------
RPS47456

| TYPE | NAME | CODE |
| --- | --- | --- |
| Selling Party | CREATIVE TECHNIQUES INC | 109179952 |
| | 2441 N OPDYKE RD | |
| | AUBURN HILLS    MI    48325 | |

| TYPE | NAME | CODE |
| --- | --- | --- |
| Buying Party (Purchaser) | DELPHI AUTOMOTIVE SYSTEMS DELPHI-E | 58001JG1 |
| | 8750 HAGUE RD. | |
| | INDIANAPOLIS    IN    46256 | |

| CONTACT TYPE | NAME | NUMBER |
| --- | --- | --- |
| Buyer Name | T DODD | 317-579-2931 |

| TYPE | NAME | CODE |
| --- | --- | --- |
| Ship | ***** | 58001S04 |
| | SHIP MATERIAL TO LOCATION | |

J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05   Time: 02:10
Page:   4

CWS 8929

                        AS INDICATED BELOW

                        *****           **     *****

TYPE                   NAME                              CODE
----------             --------------------              ---------
Bill-to-Party          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬              58001I01
                       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

                       MAIL REQUESTED INVOICES TO:
                          PO BOX 92700
                       ROCHESTER        NY    14692

************************        LINE ITEM DATA        ************************

       LINE#           QTY ORDERED    U/M    PRICE     PART NUMBER
       --------        -----------    ---    ------    ----------
                           4000       EA       2       PR118▬▬▬
                                                              - 785-003
       PART DESC.      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
       --------------------------------------------------------------------
       CPS-785 TRAYS - NATURAL
       REF QUOTE P-0405-11754A DATED 08/02/05
       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

       QUANTITY        U/M   DATE TYPE              DATE
       -----------     --    --------------------   ---------
           4000        EA    Delivery Requested     08/25/05

                       PART NUMBER
                       --------------------
                       PR118828 001

       FREE-FORM MESSAGE TEXT
       ------------------------------------------------------------------
       TAX CODE: B    TAX PERCENT:     0.00%
       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

*** END OF REPORT ***

REMIT PAYMENT TO:
CREATIVE TECHNIQUES, INC.
P.O. BOX 7091
TROY, MI. 48007-7091

NOTE: Title to the goods and Materials being delivered or sold here under does not pass to the Purchaser until payment of the amount has been made in full for the goods delivered.

# INVOICE

**CREATIVE TECHNIQUES, INC.**
2441 NORTH OPDYKE RD.
AUBURN HILLS, MI. 48326-2442
248-373-3050 PHONE
248-373-3458 FAX
DUNS 10-917-9952

INVOICE NUMBER:        25653

INVOICE DATE:        9/02/05

PAGE:        1

| SOLD TO: | 279950 DELPHI INVOICELESS PURCHASE ORDE DO NOT MAIL | SHIP TO: | PVI WASH 2886 CLYDON WYOMING, MI          49509 |
|---|---|---|---|

SHIP VIA.......   E.L. HOLLINGSWORTH

SHIP DATE ...   9/02/05

TERMS..........   2ND DAY OF 2ND MONTH

CUST. I.D. ...........   DELPERS

P.O. NUMBER .......   RPS47456

OUR ORDER NO....   8429

SALESPERSON .....   STEVE SCHWA

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET |
|---|---|---|---|---|---|
| CT-1315-003 | 4000.00 | 730.00 | PC | 2.00000 | 1460.00 |
| LINE #000001 | | | | | |
| PART NUMBER PR118828 001 | | | | | |
| CPS-785 TRAYS - NATURAL | | | | | |
| WHO ORDERED: SUHR/03978/7068 | | | | | |

(U.S. FUNDS)        TOTAL:        $1460.00



**Creative Techniques, Inc.**
Concepts in Progress...Materials in Motion
2441 N. Opdyke Rd.
Auburn Hills, MI 48326

BILL OF LADING     B/L #:

DATE:
PAID:
PURCHASE ORDER #:
CUSTOMER ORDER #:
SUPPLIER CODE:     250050

BILL TO:

DELPHI
INVOICELESS PURCHASE ORDE
DO NOT MAIL

SHIP TO:

PVI WASH
2886 CLYDON
WYOMING, MI

49509

| PART NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED |
|---|---|---|
| CT-1315-003 | 4000.00 PC | 730.00 PC |
| LINE #000001 | | |
| PART NUMBER PR113828 001 | | |
| CPS-785 TRAYS - NATURAL | | |
| WHO ORDERED: SUHR/0397S/7008 | | |

*1-skid*

*Hollingsworth*

NAME OF CARRIER

CARRIER'S NO.

DATE

209

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| FROM: SHIPPER (ORIGIN) | **CREATIVE TECHNIQUES, INC.**<br>2441 NORTH OPDYKE<br>AUBURN HILLS, MI  48326-2442<br><br>EMERGENCY RESPONSE PHONE NO. | TO: CONSIGNEE<br><br>STREET<br><br>DESTINATION                    ZIP |

DELIVERING CARRIER

ROUTE

VEHICLE NUMBER

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | √ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| | | PLASTIC MOLDED PARTS | | | | |
| | | Net           449 | | | | |
| | | Gross         509 | | | | |
| | | Tare          60 | | | | |
| | | PCS: 9.0      CLASS: 70 | | | | |
| | | PO# RPS47456 | | | | |
| | | CT-1315-003 | shipped 730 PCS | | | |
| | | PART# PR118828 001 | | | | |
| | | CPS 785 Trays- NATURAL | | | | |
| | | Requisitioner: Paul Suhr @ PH (585) 647-7068 | | | | |

**NEED POD**
**Please fax signed POD to:**
Paula Joachim of Creative
Techniques at 248-340-0231

PERMIT C.O.D. TO:

C.O.D. FEE:
☐ Prepaid
☐ Collect $

**C.O.D.** Amt $

**TOTAL CHARGES $**

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight'.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ ____ per ____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

Freight charges are PREPAID unless marked collect.

☒ Check box if charges are Collect

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$ ____ per ____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

**CREATIVE TECHNIQUES, INC.**

Permanent post office address of shipper

Shipper, Per

Agent, Per

+ MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

When transporting hazardous materials include the technical or chemical name for p o s. (not otherwise specified) or generic description of material with appropriate UN or NA number as defined in US DOT Emergency Response Communication Standard (HM-126C). Provide emergency response phone number in case of incident or accident.

1

J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05   Time: 02:10
Page:  1

*Cms 8429*

```
*********************       GM PURCHASE ORDER      *********************

PO TYPE                 PO NUMBER           RELEASE                  DATE
-- ---------------       ---------------     ---------------------    --------
00 Original             RPS47456                                     08/16/05

             CURRENCY TYPE            CURRENCY CODE
             -------------------      ---
             Selling Party            USD

----------------------------       FOB INSTRUCTIONS     --------------------------
SHIPMENT
METHOD OF PAYMENT   LOCATION TYPE    DESCRIPTION         ROUTING
--                  ---------------  ------------------  ---------------------
CC                  Origin (Shippin  FOB ORIGIN          DELPHI TERM CALL 800

             PART NUMBER
             ---------------------
             RPS47456
```

FREE-FORM MESSAGE TEXT
------------------------------------------------------------------
SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S
GENERAL TERMS AND CONDITIONS ARE INCORPORATED
IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE
ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION, AND OTHER DOCUMENTS
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS
CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED
TO AS THIS "CONTRACT").  A COPY OF BUYER'S
GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT
DELPHI'S WEBSITE, WWW.DELPHI.COM.  SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND
BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR
ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS
TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS
OF THIS CONTRACT (INCLUDING BUYER'S GENERAL

J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05    Time: 02:10
Page:   2

FREE-FORM MESSAGE TEXT
----------------------------------------------------------------
TERMS AND CONDITIONS) WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH
PROPOSALS IN WRITING.  PLEASE IGNORE THE NOTE
BELOW ON TERMS AND CONDITIONS DATED SEPTMBER
2004.

~~CONSULT SHIPPING INSTRUCTIONS OR TRAFFIC DEPT. LETTER.~~
~~800-005~~
~~DELPHI CUSTOMER SERVICE 800-742-5877 FOR~~
~~INQUIRAGES~~
----------------------------------------------------------------
IF EFT AGREEMENTS AREN'T IN PLACE, DELPHI MAY DEFER
PAYMENT BY CHECK DURING ANY RECOGNIZED HOLIDAY
UNTIL THE NEXT BUSINESS DAY WITHOUT DEFAULTING OR
LOSING CASH DISCOUNTS.
PAYMENT INQUIRIES 248 874-4636
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS
DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIER. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR
IF THIS REPRESENTATION IS INCORRECT.
OVERSHIPMENTS MAY BE RETURNED AT SELLERS EXPENSE
.
SALES TAX FOR NON"DIRECT PAY" STATES ARE TO BE
BILLED TO: C/O AFFILIATED COMPUTER SYSTEMS, INC.
                PO BOX 62530
                PHOENIX, AZ 85082-2530
                ATT: P.O. SUPPORTED SALES TAX
DIRECT PAY STATES AND SALES TAX LICENSE #'S FOLLOW:
AL-805, GA-300-45870-8, IN-1018702130011 KS 98-003A
MI-38-3431131,NJ-APPLIED FOR, WI-WDP99-01-0010037
NY-DP-3487 OH-98-002667,TX-1-38-3431131-1, MS-APPLIED
FOR.

~~TERMS & CONDITIONS OR INSURANCE CLAUSE~~
******** ATTENTION  SUPPLIERS *******************
YOU CAN VIEW PAYMENT STATUS ONLINE USING E-DACOR
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION
CLICK ON REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST
AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL
OUT THE FORM AND FOLLOW INSTRUCTIONS.

O COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05    Time: 02:10
Page:    3

FREE-FORM MESSAGE TEXT
-------------------------------------------------------------------------
    *********              ****
DELPHI IS IN THE PROCESS OF TRANSITIONING FROM
OLIMPIC TO SAP FOR THE PROCUREMENT OF INDIRECT AND
M&E GOODS AND SERVICES.  THE SAP "GO-LIVE" DATE FOR
DELPHI E&C, NORTH AMERICA (EXCLUDING MEXICO SITES)
IS SEPTEMBER 6, 2005.  THERE WILL BE A "QUIET PERIOD"
PRIOR TO THE CHANGEOVER.
ANY QUESTIONS REGARDING THIS TRANSITION SHOULD BE
DIRECTED TO THE SITE INDIRECT MATERIAL MANAGER, MARK
MCKEOWN, AT 585-647-7400 OR THE BUYER.
*************************************************
REF: QUOTE# P-0405-11754A DATED 8/2/05.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

                    PART NUMBER
                    --------------------
                    RPS47456

| TYPE | NAME | CODE |
|------|------|------|
| Selling Party | CREATIVE TECHNIQUES INC | 109179952 |
|  | 2441 N OPDYKE RD |  |
|  | AUBURN HILLS    MI    48325 |  |

| TYPE | NAME | CODE |
|------|------|------|
| Buying Party (Purchaser) | DELPHI AUTOMOTIVE SYSTEMS DELPHI-E | 58001JG1 |
|  | 8750 HAGUE RD. |  |
|  | INDIANAPOLIS    IN    46256 |  |

| CONTACT TYPE | NAME | NUMBER |
|------|------|------|
| Buyer Name | T DODD | 317-579-2931 |

| TYPE | NAME | CODE |
|------|------|------|
|  | ***** | 58001S04 |
|  | SHIP MATERIAL TO LOCATION |  |

REMIT PAYMENT TO:
CREATIVE TECHNIQUES, INC.
P.O. BOX 7091
TROY, MI. 48007-7091

NOTE: Title to the goods and/or services being delivered or sold here under does not pass to the Purchaser until payment of the amount has been made in full for the goods delivered.

# INVOICE

**CREATIVE TECHNIQUES, INC.**
2441 NORTH OPDYKE RD.
AUBURN HILLS, MI. 48326-2442
248-373-3050 PHONE
248-373-3458 FAX
DUNS 10-917-9952

| | |
|---|---|
| INVOICE NUMBER: | 25712 |
| INVOICE DATE: | 9/13/05 |
| PAGE: | 1 |

| SOLD TO: | 279950 DELPHI INVOICELESS PURCHASE ORDE DO NOT MAIL | SHIP TO: | PVI WASH 2886 CLYDON WYOMING, MI 49509 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| SHIP VIA....... | CENTRAL TRANSPORT | CUST. I.D. ............ | DELPERS |
| SHIP DATE ... | 9/13/05 | P.O. NUMBER ....... | RPS47456 |
| TERMS........... | 2ND DAY OF 2ND MONTH | OUR ORDER NO.... | 8429 |
| | | SALESPERSON ..... | STEVE SCHWA |

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET |
|---|---|---|---|---|---|
| CT-1315-003 | 4000.00 | 822.00 | PC | 2.00000 | 1644.00 |
| LINE #000001 | | | | | |
| PART NUMBER PR118828 001 | | | | | |
| CPS-785 TRAYS - NATURAL | | | | | |
| WHO ORDERED: SUHR/03978/7068 | | | | | |
| 3RD | 12.00 | 11.00 | PC | .00000 | .00 |
| THIRD PARTY BILLING | | | | | |
| DELPHI COOPERSVILLE | | | | | |
| 999 RANDALL ST. | | | | | |
| COOPERSVILLE, MI 49404 | | | | | |

(U.S. FUNDS)        TOTAL:        $1644.00

**Creative Techniques, Inc.**
Concepts in Progress...Materials in Motion
2441 N. Opdyke Rd.
Auburn Hills, MI 48326

BILL OF LADING     B.O.L. #:    25712

DATE:                9/13/05
PAGE:                1
PURCHASE ORDER #:     RPS47456
CUSTOMER ORDER #:     008429
SUPPLIER CODE:        279950

BILL TO:

DELPHI
INVOICELESS PURCHASE ORDE
DO NOT MAIL

SHIP TO:

PVI WASH
2886 CLYDON
WYOMING, MI

49509

| PART NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED |
|---|---|---|
| CT-1315-003 | 4000.00 PC | 822.00 PC *shipped 19 extra @ N/c* |
| LINE #000001 | | |
| PART NUMBER PR11882S 001 | | |
| CPS-785 TRAYS - NATURAL | | |
| WHO ORDERED: SUHR/03978/7068 | | |
| | | |
| 3RD | 12.00 PC | 11.00 PC |
| THIRD PARTY BILLING | | |
| DELPHI COOPERSVILLE | | |
| 999 RANDALL ST. | | |
| COOPERSVILLE, MI 49404 | | |

*1-Skid*

*CENTRAL TRANSPORT*

AME OF CARRIER
CENTRAL TRANSPORT

CARRIER'S NO.
**S4-0340**

DATE
9/13/05

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

e property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being underst
oughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the rou
id destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any said property, that every service to be perfor
hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applic
otor carrier classification or tariff if this is a motor carrier shipment.
hipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions
ereby agreed to by the shipper and accepted for himself and his assigns.

ROM:
SHIPPER
(ORIGIN)

**CREATIVE TECHNIQUES, INC.**
2441 NORTH OPDYKE
AUBURN HILLS, MI  48326-2442

EMERGENCY RESPONSE PHONE NO.

TO:
CONSIGNEE      PVT WASH
2886 CLYDON
STREET         WYOMING, MI

DESTINATION                    ZIP

DELIVERING
CARRIER

ROUTE

VEHICLE
NUMBER

| NO.<br>PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES,<br>SPECIAL MARKS AND EXCEPTIONS | *WEIGHT<br>(SUBJECT TO CORR.) | CLASS<br>OR RATE | √ | CHARGES<br>(FOR CARRIER USE ONL |
|---|---|---|---|---|---|---|
| | | 1  SKIDS PLASTIC MOLDED PARTS | | | | |
| | | Driver's Signature Only Acknowledges Receipt of Freight | Net | | | |
| | | **505-145622-7** | Gross | | | |
| | | SHIPPER LABEL | Tare | | | |
| | | PCF: 15.8          CLASS: 70 | | | | |
| | | THIRD PARTY BILLING<br>DELPHI COOPERSVILLE<br>999 RANDALL ST.<br>COOPERSVILLE, MI 49404 | | | | |

PO# RPS 47456          shipped
CT-1315-003                    822 pcs
Part# PR 118828 001
CPS-785 Trays - NATURAL

**NEED POD**
**Please fax signed POD to:**
Paula Joachim of Creative
Techniques at 248-340-0231

MIT C.O.D. TO:

**C.O.D.  Amt $**

Subject to Section 7 of conditions, if this shipment is to be
delivered to the consignee without recourse on the consignor, the
consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without
payment of freight and all other lawful charges.

_____
(Signature of Consignor)

C.O.D. FEE:
Prepaid
Collect $

**TOTAL
CHARGES $**              3rd party

Freight charges are
PREPAID unless
marked collect.

Check box
if charges are Collect.

he shipment moves between two ports by a carrier by
er, the law requires that the bill of lading shall state
ether it is 'carrier's or shipper's weight'.

NOTE: Where the rate is dependent on value, shippers are
required to state specifically in writing the agreed or declared
value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding

$ _____ per _____

hipper's imprint in lieu of stamp; not a part of bill of
ng approved by the Interstate Commerce Commission.

is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transporta...

**CREATIVE TECHNIQUES, INC.**

Shipper, Per _____              Agent, Per _____
9-13-

nanent post office address of shipper        **+ MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.**

n transporting hazardous materials include the technical or chemical name for n.o.s. (not otherwise specified) or generic description of material with appropriate UN or NA number as defined in US DOT Emergency Response
munication Standard (HM-126C). Provide emergency response phone number in case of incident or accident.

1

*J* COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05    Time: 02:10
Page:    1

*C m S  8429*

```
************************       GM PURCHASE ORDER       ************************

PO TYPE                  PO NUMBER            RELEASE                 DATE
-- ----------------      ----------------     --------------------    --------
00 Original              RPS47456                                     08/16/05

                         CURRENCY TYPE        CURRENCY CODE
                         --------------------   ---
                         Selling Party        USD

------------------------            FOB  INSTRUCTIONS    -------------------------
SHIPMENT
METHOD OF PAYMENT    LOCATION TYPE     DESCRIPTION           ROUTING
--                   ---------------   --------------------   --------------------
CC                   Origin (Shippin   FOB ORIGIN
```

                                    PART NUMBER
                                    --------------------
                                    RPS47456

         FREE-FORM MESSAGE TEXT
         --------------------------------------------------------------------
         SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S
         GENERAL TERMS AND CONDITIONS ARE INCORPORATED
         IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE
         ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING
         INSTRUCTION, SPECIFICATION, AND OTHER DOCUMENTS
         ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
         WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
         DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
         SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS
         CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED
         TO AS THIS "CONTRACT").  A COPY OF BUYER'S
         GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON
         WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT
         DELPHI'S WEBSITE, WWW.DELPHI.COM.  SELLER
         ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
         UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
         IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
         COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
         THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
         DEEMED TO HAVE ACCEPTED THIS CONTRACT AND
         BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR
         ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS
         TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS
         OF THIS CONTRACT (INCLUDING BUYER'S GENERAL

J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05   Time: 02:10
Page:   2

FREE-FORM MESSAGE TEXT
-------------------------------------------------------------
TERMS AND CONDITIONS) WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH
PROPOSALS IN WRITING.  PLEASE IGNORE THE NOTE
BELOW ON TERMS AND CONDITIONS DATED SEPTMBER
2004.

-------------------------------------------------------------
IF EFT AGREEMENTS AREN'T IN PLACE, DELPHI MAY DEFER
PAYMENT BY CHECK DURING ANY RECOGNIZED HOLIDAY
UNTIL THE NEXT BUSINESS DAY WITHOUT DEFAULTING OR
LOSING CASH DISCOUNTS.
PAYMENT INQUIRIES 248 874-4636
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS
DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIER. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR
IF THIS REPRESENTATION IS INCORRECT.
OVERSHIPMENTS MAY BE RETURNED AT SELLERS EXPENSE
.
SALES TAX FOR NON"DIRECT PAY" STATES ARE TO BE
BILLED TO: C/O AFFILIATED COMPUTER SYSTEMS, INC.
                PO BOX 62530
                PHOENIX, AZ 85082-2530
                ATT: P.O. SUPPORTED SALES TAX
DIRECT PAY STATES AND SALES TAX LICENSE #'S FOLLOW:
AL-805, GA-300-45870-8, IN-1018702130011 KS 98-003A
MI-38-3431131,NJ-APPLIED FOR, WI-WDP99-01-0010037
NY-DP-3487 OH-98-002667,TX-1-38-3431131-1, MS-APPLIED
FOR.

******** ATTENTION  SUPPLIERS ******************
YOU CAN VIEW PAYMENT STATUS ONLINE USING E-DACOR
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION
CLICK ON REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST
AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL
OUT THE FORM AND FOLLOW INSTRUCTIONS.

J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05   Time: 02:10
Page:   3


FREE-FORM MESSAGE TEXT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*********** ****
DELPHI IS IN THE PROCESS OF TRANSITIONING FROM
OLIMPIC TO SAP FOR THE PROCUREMENT OF INDIRECT AND
M&E GOODS AND SERVICES.  THE SAP "GO-LIVE" DATE FOR
DELPHI E&C, NORTH AMERICA (EXCLUDING MEXICO SITES)
IS SEPTEMBER 6, 2005.  THERE WILL BE A "QUIET PERIOD"
PRIOR TO THE CHANGEOVER.
ANY QUESTIONS REGARDING THIS TRANSITION SHOULD BE
DIRECTED TO THE SITE INDIRECT MATERIAL MANAGER, MARK
MCKEOWN, AT 585-647-7400 OR THE BUYER.
************************************************
REF: QUOTE# P-0405-11754A DATED 8/2/05.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

                          PART NUMBER
                          - - - - - - - - - - - - - - - - - - - -
                          RPS47456

TYPE                      NAME                                    CODE
- - - - - - - - - - - - - - - - -  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   - - - - - - - - - -
Selling Party             CREATIVE TECHNIQUES INC                 109179952

                          2441 N OPDYKE RD

                          AUBURN HILLS       MI     48325

TYPE                      NAME                                    CODE
- - - - - - - - - - - - - - - - -  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   - - - - - - - - - -
Buying Party (Purchaser)  DELPHI AUTOMOTIVE SYSTEMS               58001JG1
                          DELPHI-E

                          8750 HAGUE RD.

                          INDIANAPOLIS       IN     46256

CONTACT TYPE              NAME                                    NUMBER
- - - - - - - - - - - - - - - - -  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   - - - - - - - - - - - -
Buyer Name                T DODD                                  317-579-2931

TYPE                      NAME                                    CODE
- - - - - - - - - - - - - - - - -  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   - - - - - - - - - -
                          *****                                   58001S04
                          SHIP MATERIAL TO LOCATION

CWS 8929

```
J COM SERVICES
GM PURCHASE ORDER - 850 (~XUS/CNQ - RPS47456)
Date: 08/18/05   Time: 02:10
Page:   4
```

AS INDICATED BELOW

*****            **    *****

| TYPE | NAME | CODE |
| --- | --- | --- |
| Bill-to-Party | | 58001I01 |

```
MAIL REQUESTED INVOICES TO:
    PO BOX 92700
ROCHESTER          NY    14692
```

************************   LINE ITEM DATA   *************************

| LINE# | QTY ORDERED | U/M | PRICE | PART NUMBER |
| --- | --- | --- | --- | --- |
| | 4000 | EA | 2 | PR118828 |

PART DESC.
----------------------------------------------------------------
CPS-785 TRAYS - NATURAL
REF QUOTE P-0405-11754A DATED 08/02/05

| QUANTITY | U/M | DATE TYPE | DATE |
| --- | --- | --- | --- |
| 4000 | EA | Delivery Requested | 08/25/05 |

```
                PART NUMBER
                --------------------
                PR118828 001
```

FREE-FORM MESSAGE TEXT
----------------------------------------------------------------
TAX CODE: B    TAX PERCENT:    0.00%

*** END OF REPORT ***

CREATIVE TECHNIQUES, INC.
P.O. BOX 7091
TROY, MI. 48007-7091

NOTE: Title to the goods and Materials being delivered or sold here under does not pass to the Purchaser until payment of the amount has been made in full for the goods delivered.

# INVOICE

**CREATIVE TECHNIQUES, INC.**
2441 NORTH OPDYKE RD.
AUBURN HILLS, MI. 48326-2442
248-373-3050 PHONE
248-373-3458 FAX
DUNS 10-917-9952

INVOICE NUMBER: 25761

INVOICE DATE: 9/21/05

PAGE: 1

| SOLD TO: | 279950 DELPHI INVOICELESS PURCHASE ORDE DO NOT MAIL | SHIP TO: | PVI WASH 2886 CLYDON WYOMING, MI 49509 |
|---|---|---|---|

SHIP VIA....... CENTRAL TRANSPORT

SHIP DATE ... 9/21/05

TERMS.......... 2ND DAY OF 2ND MONTH

CUST. I.D. ............ DELPERS

P.O. NUMBER ....... 450123768

OUR ORDER NO.... 8327

SALESPERSON ..... STEVE SCHWA

| ITEM I.D. / DESC. | ORDERED | SHIPPED | UNIT | PRICE | NET |
|---|---|---|---|---|---|
| CT-1315-002 | 1000.00 | 1000.00 | PC | 5.85000 | 5850.00 |
| ITEM ID #PRW01990 002 | | | | | |

M3.5 POLE PIECE TRAY. DELPHI
PART #620120-F600. TRAYS ARE
TO BE MOLDED OF GREEN ABS. ALL
QUALIFICATIONS FROM PREVIOUS
ORDER APPLY. A QTY OF 6-PIECES
MUST BE PROVIDED PRIOR TO RUNN
ING ENTIRE ORDER TO ENSURE ALL
SPECS HAVE BEEN MET.
WHO ORDERED: DEA DANLY
3RD

| | 12.00 | 1.00 | PC | .00000 | .00 |
|---|---|---|---|---|---|

THIRD PARTY BILLING
DELPHI-COOPERSVILLE
999 RANDALL ST.
ATTN: PAUL SUHR
COOPERSVILLE, MI 49404

(U.S. FUNDS)     TOTAL:     $5850.00

**Creative Techniques, Inc.**
Concepts in Progress - Materials in Motion
2441 N. Opdyke Rd.
Auburn Hills, MI 48326

BILL OF L.....      B.O.L. #:

DATE:                    9/21/05
PAGE:                    1
PURCHASE ORDER #:        450123768
CUSTOMER ORDER #:        008327
SUPPLIER CODE:           279950

BILL TO:

DELPHI
INVOICELESS PURCHASE ORDE
DO NOT MAIL

SHIP TO:

PVI WASH
2886 CLYDON
WYOMING, MI

49509

| PART NUMBER | QUANTITY ORDERED | QUANTITY SHIPPED |
|---|---|---|
| CT-1315-002 | 1000.00 PC | 1000.00 PC  *shipped 27 extra@N/C* |
| ITEM ID #PRW01990 002 | | |
| M3.5 POLE PIECE TRAY. DELPHI | | |
| PART #620120-F600. TRAYS ARE | | |
| TO BE MOLDED OF GREEN ABS. ALL | | |
| QUALIFICATIONS FROM PREVIOUS | | |
| ORDER APPLY. A QTY OF 6-PIECES | | |
| MUST BE PROVIDED PRIOR TO RUNN | | |
| ING ENTIRE ORDER TO ENSURE ALL | | |
| SPECS HAVE BEEN MET. | | |
| WHO ORDERED: DEA BANEY | | |
| | | |
| 3RD | 72.00 PC | 1.00 PC |
| THIRD PARTY BILLING | | |
| DELPHI-COOPERSVILLE | | |
| 999 RANDALL ST. | | |
| ATTN: PAUL SUUR | | |
| COOPERSVILLE, MI 49404 | | |

*1-Skid*

*CENTRAL TRANSPORT*

NAME OF CARRIER                                    CARRIER'S NO.        DATE
                                                   47-0742

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM: | | TO: | |
|-------|--|-----|--|
| SHIPPER (ORIGIN) | **CREATIVE TECHNIQUES, INC.** 2441 NORTH OPDYKE AUBURN HILLS, MI  48326-2442 | CONSIGNEE | |
| | EMERGENCY RESPONSE PHONE NO. | STREET | |
| | | DESTINATION | ZIP |

DELIVERING CARRIER                        ROUTE                          VEHICLE NUMBER

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | √ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|
| | | SKD __ LSE CTN __ DRM __ BUN __ ☐ SWAC | | | | |
| | | CRTS __ PSKT __ PCK __ TOTE ☒ SL & C | | | | |
| | | SWG C/S __ CTN __ SWG STG __ CTN | | | | |
| | | OTHER __  SHIP INIT __ | | | | |

Subject to NMFC 100A 7B-110 and 49 U.S.C. 14706 and Part 49 CFR 370

19.4                          70

PO# 450123768                    Shipped
CT-1315-002 ————————            1,000 pcs
ITEM ID# PRW01990 002
M3.5 Pdle Piece tray DELPHI Part# 620120 -F600
Requisitioner: DEA DANLY @ PH: (616)837-7509

Driver's Signature Only Acknowledges Receipt of Freight

**505-148400-5**  SHIPPER LABEL

3R.P
THIRD PARTY BILLING
DELPHI - COOPERSVILLE
999 RANDALL ST,
ATTN: PAUL SUHR
COOPERSVILLE, MI 49404

**NEED POD**
**Please fax signed POD to:**
Paula Joachim of Creative
Techniques at 248-340-0231

REMIT C.O.D. TO:

| | C.O.D. FEE: |
|--|--|
| **C.O.D.** Amt $ | ☐ Prepaid ☐ Collect $ |

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_Keith Hopkins_
[Signature of Consignor]

| TOTAL CHARGES $ | 3rd Party |
|--|--|

Freight charges are PREPAID unless marked collect.   ☐ Check box if charges are Collect

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

**CREATIVE TECHNIQUES, INC.**

Shipper, Per _____                          Agent, Per _____

Permanent post office address of shipper.      + MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

When transporting hazardous materials include the technical or chemical name for m.o.s. (not otherwise specified) or generic description of material with appropriate UN or NA number as defined in US DOT Emergency Response Communication Standard (HM-126C). Provide emergency response phone number in case of incident or accident.

1

# DELPHI

**DELPHI AUTOMOTIVE SYSTEMS**

## PURCHASE ORDER

PAGE 1

DELPHI E&C - COOPERSVILLE

**BILL TO:**
DELPHI
999 RANDALL ROAD
COOPERSVILLE MI
49404
US

**SHIP TO:**
DELPHI E & E - COOPERSVILLE
IS PAY ON RECEIPT.
****DO NOT SEND INVOICE****
SUPPLIER WILL BE PAID THE
P.O PRICE.
P.O PRICE. MI
49404
US

**INVOICE TO:**

PHONE: 317-579-2931

| ORDER DATE | BUYER |
|---|---|
| 06/29/05 | T DODD |
| AUTHORIZATION ISSUE DATE | 3T |

PURCHASING AGENT

DELPHI E&M CALL 800-805-9433

**VENDOR NUMBER** 10-917-9952
CREATIVE TECHNIQUES INC
2441 N OPDYKE RD
AUBURN HILLS MI
48326

| PAYMENT TERMS | | | | |
|---|---|---|---|---|
| NBT | 2ND DAY OF 2ND MONTH | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | PO NUMBER | DATE RECEIVED | TAX CODE /% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 00000 | | USER TERRY K DODD | | DESTINATION (UNLESS OTHERWISE INDICATED) DESTINATION FREIGHT COLLECT | | | | | | SUPPLIER |
| 00004 | 2000 | PRW01990 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) **************************** * THIS IS A REPRINT DOCUMENT REQUESTED BY * T. DODD **************************** M3.5 VALVE TRAY 1215-001 AND DELPHI PART NUMBER 42600-F810. TRAYS TO BE MOLDED OF CYCOLAC MG47 NA100 ABS. ALL QA SPECIFICATIONS FROM PREVIOUS ORDER APPLY. A QUANTITY OF 6 SAMPLE TRAYS ARE TO BE SUBMITTED PRIOR TO RUNNING ORDERED QUANTITY TO ENSURE ALL SPECIFICATIONS ARE MET. PRICE PER EACH IS $6.75 AS PER CT QUOTE P-0605-11864 WHO ORDERED: DEA DANLY | | 07/27/05 A | 0.00% | 6.7500 | | PCS |
| 00005 | 1000 | PRW01990 002 | | M3.5 POLE PIECE TRAY. CREATIVE P/N CT1315-002 DELPHI P/N 620120-F600. TRAYS ARE TO BE MOLDED OF GREEN ABS. ALL QAIFICATIONS FROM PREVIOUS ORDERS APPLY. A QUANTITY OF 6 PIECES MUST BE PROVIDED PRIOR TO RUNNING ENTIRE ORDER TO ENSURE ALL SPECIFICATIONS HAVE BEEN MET. COST PER EACH IS $5.85 AS PER CT QUOTE P-0605-11864. | | 07/27/05 A | 0.00% | 5.8500 | | PCS |

CONTINUE

Post-It™ brand fax transmittal me
Fax # 248-373-3455

# DELPHI AUTOMOTIVE SYSTEMS

**DELPHI**

DELPHI E&C – COOPERSVILLE
DELPHI
999 RANDALL ROAD
COOPERSVILLE MI
49404
US

**PURCHASE ORDER**

PAGE 2

PHONE: 317-579-2991

ORDER DATE 06/29/05

ALTERATION EFFECTIVE DATE

SHIP VIA

T. DODD 31
BUYER

PURCHASING AGENT   DELPHI E&M CALL 800-805-9433

CVS40744

SHIP TO:
DELPHI
999 RANDALL ROAD
COOPERSVILLE MI
49404
US

INVOICE TO:
DELPHI E & E – COOPERSVILLE
*** DO NOT SEND INVOICE ***
SUPPLIER WILL BE PAID THE
P.O PRICE. MI
49404

IS PAY ON RECEIPT.

VENDOR NUMBER 10-917-9952
CREATIVE TECHNIQUES INC
2441 N OPDYKE RD
AUBURN HILLS MI
48326
US

DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256
US

| NET<br>PAYMENT TERMS<br>TERM<br>SEQUENCE | QUANTITY<br>ORDERED | ITEM IDENTIFICATION NUMBER | NICKNAME<br>ITEM/LINE NAME | DESCRIPTION | DESTINATION<br>F.O.B. | RFQ<br>NUMBER | DATE REQUIRED | TAX CODE L% | BASE UNIT PRICE | PRICE<br>MULTIPLE | UNIT OF<br>MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | | | | | | | |
| 00006 | 1 | PRW01991 001 | | WHO ORDERED: DEA DANLY | | | | | 5225.0000 | | PCS |
| | | | | CT-1315-PR NEW TOOLING INSERT SIMILAR TO<br>CT-1315-003 AS PER CREATIVE TECHNIQUES<br>PROPOSAL P-0605-11864<br>THIS INSERT SHOULD BE SIMILAR TO THE INSERT FOR<br>CT-1315-005 AND PRODUCE A TRAY WITH THE FEATURES<br>OF THE MACHINED TRAYS 25334854-F001 (SAMPLE PROVIDED)<br>WHO ORDERED: DEA DANLY | | | 07/08/05 A 0.00% | | | | |
| 00007 | 2000 | PRW01991 002 | | CT-1315-003 ORANGE ABS POLE PIECE TRAY, DELPHI<br>PART NUMBER 25334854 F001. 6 SAMPLE TRAYS MUST BE<br>SUBMITTED PRIOR TO RUNNING THE ORDERED QUANTITY<br>TO ENSURE PROPER FIT IN DELPHI EQUIPMENT. COST<br>PER EACH IS $2.50 AS PER CT QUOTE P-0605-11864<br>WHO ORDERED: DEA DANLY | | | 07/08/05 A 0.00% | | 2.5000 | | PCS |

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S
GENERAL TERMS AND CONDITIONS ARE INCORPORATED
IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE
ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION, AND OTHER DOCUMENTS
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC

SUPPLIER                CONTINUE PAGE   3

A0000000   USER TERRY K DODD

# DELPHI AUTOMOTIVE SYSTEMS

DELPHI E&C - COOPERSVILLE
DELPHI E-8
8750 HAGUE RD.
INDIANAPOLIS IN
46256

US

**PURCHASE ORDER**

PAGE 3

CV840744

| ORDER DATE | | |
|---|---|---|
| 06/29/05 | ALTERNATE SHIP DATE | |

SHIP VIA: DELPHI B&EM

ALTERNATE EFFECTIVE DATE

PHONE: 317-579-2931

PURCHASING AGENT: CALL 800-805-9433

BUYER: T DODD   3T

THIS NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, PACKING SLIPS AND BILLS OF LADING

REMIT TO: ACCOUNTS PAYABLE
DO NOT INCLUDE POLLUTION OF EXPRESS SHIPMENTS OR IN SAME PARCEL POST.

(2) COPIES OF YOUR PACKING SLIP MUST ACCOMPANY EACH SHIPMENT. THE IDENTIFICATION NUMBERS MUST BE SHOWN ON PACKING SLIPS AND INVOICES.

VENDOR NUMBER 10-917-9952
CREATIVE TECHNIQUES INC
2441 N OPDYKE RD
AUBURN HILLS MI
48326

SHIP TO:  DELPHI
999 RANDALL ROAD
COOPERSVILLE MI
49404
US

INVOICE TO: DELPHI B & E - COOPERSVILLE
IS PAY ON RECEIPT.
*** DO NOT SEND INVOICE ***
SUPPLIER WILL BE PAID THE
P.O. PRICE.
COOPERSVILLE MI
49404
US

| PAYMENT TERMS | | | | | F.O.B. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | DESTINATION UNLESS OTHERWISE INDICATED | | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NUMBER | NOM NAME | DESCRIPTION | P&O NUMBER | DATE REQUIRED | TAX CODE: 1% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DESTINATION FREIGHT COLLECT | | | | | | |

DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS
CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED
TO AS THIS "CONTRACT"). A COPY OF BUYER'S
GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT
DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND
BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR
ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS
TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS
OF THIS CONTRACT (INCLUDING BUYER'S GENERAL
TERMS AND CONDITIONS) WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH
PROPOSALS IN WRITING. PLEASE IGNORE THE NOTE
BELOW ON TERMS AND CONDITIONS DATED SEPTEMBER
2004.

FOLLOW "SHIP TO" INSTRUCTIONS & TRAFFIC DEPT. LETTER
800-805-9433 FOR ROUTING. UPS SHIPMENTS MUST BE VIA

A000000   USER TERRY K DODD

SUPPLIER

CONTINUE PAGE   4

**PURCHASE ORDER**

PAGE 4

CVS40744

Delphi

DELPHI AUTOMOTIVE SYSTEMS
DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256

VENDOR NUMBER 10-917-9952
CREATIVE TECHNIQUES INC
2441 N OPDYKE RD
AUBURN HILLS MI
48326

SHIP TO:
DELPHI E&C - COOPERSVILLE
999 RANDALL ROAD
COOPERSVILLE MI
49404                    US

INVOICE TO:
DELPHI E & E - COOPERSVILLE
IS PAY ON RECEIPT.
*** DO NOT SEND INVOICE ***
SUPPLIER WILL BE PAID THE
P.O PRICE. MI
49404                    US

US

| PAYMENT TERMS | ITEM SEQUENCE | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | FOB | ORDER DATE | SHIP VIA | PURCHASING AGENT | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET | | | | | DESTINATION FREIGHT COLLECT | 06/29/05 | DELPHI E&EM CALL 800-805-9433 | PHONE: 317-579-2931 | | |

2ND DAY OF 2ND MONTH

QTY ORDERED

ALTERATION EFFECTIVE DATE: T / 3T

BUYER: T DODD

| REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|

UPS/DELPHI CONSIGNEE AGREEMENT. 800 742-5877 FOR
INQUIRIES. DO NOT SHIP PREPAID & ADD.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
IF EFT AGREEMENTS AREN'T IN PLACE, DELPHI MAY DEFER
PAYMENT BY CHECK DURING ANY RECOGNIZED HOLIDAY
UNTIL THE NEXT BUSINESS DAY WITHOUT DEFAULTING OR
LOSING CASH DISCOUNTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS
DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIER. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR
IF THIS REPRESENTATION IS INCORRECT.
OVERSHIPMENTS MAY BE RETURNED AT SELLER'S EXPENSE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SALES TAX FOR NON"DIRECT PAY" STATES ARE TO BE
BILLED TO: C/O AFFILIATED COMPUTER SYSTEMS INC
            PO BOX 62530
            PHOENIX, AZ 85082-2530
            ATT: P.O. SUPPORTED SALES TAX
DIRECT PAY STATES AND SALES TAX LICENSE #'S FOLLOW:
AL-805, GA-300-45870-8, IN-1018702130011 KS 98-003A
MI-38-3431131, MO-APPLIED FOR, WI-WD99-01-0010037
NY-DP-3487 OH-98-002667,TX-1-38-3431131-1, MS-APPLIED
FOR. YOUR PACKING SLIP MUST MATCH P.O. U/M PRICE ETC.

A000000    USER TERRY K DODD

SUPPLIER

CONTINUE PAGE    5

# delphi

**DELPHI AUTOMOTIVE SYSTEMS**

DELPHI-E
8750 HAGUE RD.
INDIANAPOLIS IN
46256

SHIP TO:
DELPHI E&C - COOPERSVILLE
DELPHI
999 RANDALL ROAD
COOPERSVILLE MI
49404
US

VENDOR NUMBER 10-917-9952

CREATIVE TECHNIQUES INC
2441 N OPDYKE RD
AUBURN HILLS MI
48326
US

INVOICE TO:
DELPHI E & B - COOPERSVILLE
IS PAY ON RECEIPT.
*** DO NOT SEND INVOICE ***
SUPPLIER WILL BE PAID THE
P.O PRICE. MI
49404
US

## PURCHASE ORDER

PAGE    5

CVS40744

PHONE: 317-579-2931

| ORDER DATE | SHIP VIA | | BUYER |
|---|---|---|---|
| 06/29/05 | DELPHI E&RM | T DODD | |

| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |
|---|---|---|
| | | DELPHI E&RM CALL 800-805-9433 |

**DESCRIPTION**

| ITEM | ITEM IDENTIFICATION NUMBER | NOUN NAME | DESCRIPTION | FOB DESTINATION UNLESS OTHERWISE INDICATED DESTINATION FREIGHT COLLECT | DATE REQUIRED | TAX CODE/TAX | BASE UNIT PRICE | PRICE/ MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|

ANY ONSITE WORK REQUIRES INSURANCE COVERAGE SEE
TERMS & CONDITIONS OR INSURANCE CLAUSE
******* ATTENTION SUPPLIERS ***************
YOU CAN VIEW PAYMENT STATUS ONLINE USING E-DACOR
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION
CLICK ON REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST"
AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL
OUT THE FORM AND FOLLOW INSTRUCTIONS.

REF: QUOTE# P-0605-11864 & P-0605-11874 DATED 6/10/05

TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

PAYMENT TERMS

NET
2ND DAY OF 2ND MONTH

USER TERRY K DODD

SUPPLIER

CONTINUE PAGE 6

# PURCHASE ORDER TERMS AND CONDITIONS

1. ACCEPTANCE
[illegible]

2. SHIPPING AND BILLING
2.1 Shipping. [illegible]
2.2 Billing. [illegible]
2.3 Delivery Schedules. [illegible]
2.4 Premium Shipments. [illegible]

3. SPECIFICATION, DESIGN AND SCOPE CHANGES
[illegible]

4. QUALITY AND INSPECTION
[illegible]

5. NON-CONFORMING GOODS
[illegible]

6. FORCE MAJEURE
[illegible]

7. WARRANTY
7.1 General. [illegible]
7.2 Date and Time Processing. [illegible]
7.3 Warranty Period. [illegible]

8. INGREDIENTS AND HAZARDOUS MATERIALS
[illegible]

9. INSOLVENCY OF SELLER
[illegible]

10. TERMINATION FOR BREACH
[illegible]

11. TERMINATION FOR CONVENIENCE
[illegible]

12. TECHNICAL INFORMATION
12.1 Exchange of Information. [illegible]
12.2 Waiver of Claims. [illegible]
12.3 Repair and Rebuild. [illegible]
12.4 Computer Programs and Written Works. [illegible]

13. INDEMNIFICATION
13.1 Infringement. [illegible]
13.2 Activities on Buyer's Premises. [illegible]
13.3 Product Liability. [illegible]

14. COMPLIANCE WITH LAWS
[illegible]

15. INSURANCE
[illegible]

16. SELLER'S EQUIPMENT
[illegible]

17. BUYER'S PROPERTY
17.1 Bailment of Property. [illegible]
17.2 Seller's Duties with Respect to Buyer's Property. [illegible]
17.3 Return of Buyer's Property. [illegible]
17.4 Disclaimer of Warranties. [illegible]
17.5 Development. [illegible]

18. SERVICE AND REPLACEMENT PARTS
[illegible]

19. REMEDIES
[illegible]

20. CUSTOMS AND EXPORT CONTROLS
[illegible]

21. SETOFF AND RECOVERY
[illegible]

22. NO ADVERTISING
[illegible]

23. NO IMPLIED WAIVER
[illegible]

24. ASSIGNMENT
[illegible]

25. RELATIONSHIP OF PARTIES
[illegible]

26. GOVERNING LAW AND JURISDICTION
[illegible]

27. SEVERABILITY
[illegible]

28. RIGHT TO AUDIT
[illegible]

29. ENTIRE AGREEMENT
[illegible]

**JUNE 1999**

LAST PAGE