05-44481-rdd    Doc 7378-7    Filed 03/21/07    Entered 03/21/07 19:01:36    Exhibit E
Pg 1 of 3

In re Delphi Corporation, et al.                                                                                                    Eighth Omnibus Claims Objection

**EXHIBIT E - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| Claim To Be Expunged | Surviving Claim |
|---|---|
| Claim Number: 11575<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>ALLIANCE PRECISION PLASTICS CO<br>AS ATTYS FOR ALLIANCE PRECISION PLA<br>1500 TOWER I PO BOX 4976<br>SYRACUSE, NY 13221-4976<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $37,451.44<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $37,451.44 | Claim Number: 11574<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>ALLIANCE PRECISION PLASTICS CO<br>HANCOCK & ESTABROOK LLP<br>AS ATTYS FOR ALLIANCE PRECISION PLA<br>1500 TOWER I PO BOX 4976<br>SYRACUSE, NY 13221-4976<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $37,451.44<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $37,451.44 |
| Claim Number: 3972<br>Date Filed: 05/01/2006<br>Creditor's Name and Address:<br>CITY OF WYOMING MICHIGAN<br>1155 28TH ST SW<br>WYOMING, MI 49509<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $80,786.39<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $80,786.39 | Claim Number: 11267<br>Date Filed: 07/27/2006<br>Creditor's Name and Address:<br>CITY OF WYOMING MICHIGAN<br>1155 28TH ST SW<br>WYOMING, MI 49509<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured: $80,786.39<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $80,786.39 |
| Claim Number: 6991<br>Date Filed: 05/30/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $168,862.08<br>Total: $168,862.08 | Claim Number: 16386<br>Date Filed: 10/24/2006<br>Creditor's Name and Address:<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $168,862.08<br>Total: $168,862.08 |
| Claim Number: 14878<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,844.72<br>Total: $76,844.72 | Claim Number: 16447<br>Date Filed: 12/08/2006<br>Creditor's Name and Address:<br>WRIGHT PLASTIC PRODUCTS CO LLC<br>201 CONDENSERY RD<br>SHERIDAN, MI 48884<br>Debtor: DELPHI MECHATRONIC SYSTEMS, INC (05-44567)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,844.72<br>Total: $76,844.72 |
| Claim Number: 15593<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br>Debtor: DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15589<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |

**EXHIBIT E - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| Claim To Be Expunged | Surviving Claim |
|---|---|
| Claim Number: 15591<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br><br>Debtor: DELPHI ELECTRONICS (HOLDING) LLC (05-44547)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15589<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15594<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br><br>Debtor: DELPHI DIESEL SYSTEMS CORP (05-44612)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15589<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15590<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15589<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15584<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR COMPANY<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15585<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR COMPANY<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15588<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR COMPANY<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br><br>Debtor: DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15585<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR COMPANY<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |

05-44481-rdd    Doc 7378-7    Filed 03/21/07    Entered 03/21/07 19:01:36    Exhibit E
Pg 3 of 3

In re Delphi Corporation, et al.                                                                                    Eighth Omnibus Claims Objection

**EXHIBIT E - ADJOURNED DUPLICATE AND AMENDED CLAIMS**

| Claim To Be Expunged | | Surviving Claim | |
|---|---|---|---|
| Claim Number: 15595<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR COMPANY<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031 | Debtor: DELPHI DIESEL SYSTEMS CORP (05-44612)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15585<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR COMPANY<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15586<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR COMPANY<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031 | Debtor: DELPHI ELECTRONICS (HOLDING) LLC (05-44547)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | Claim Number: 15585<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>HYUNDAI MOTOR COMPANY<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 |
| Claim Number: 15770<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION<br>SILVER POINT CAPITAL<br>TWO GREENWICH PLAZA<br>GREENWICH, CT 06830 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,750,708.82<br>Total: $3,750,708.82 | Claim Number: 14489<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION<br>SILVER POINT CAPITAL<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,750,708.82<br>Total: $3,750,708.82 |
| Claim Number: 14107<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION<br>SILVER POINT CAPITAL<br>TWO GREENWICH PLAZA<br>GREENWICH, CT 06830 | Debtor: DELPHI ELECTRONICS (HOLDING) LLC (05-44547)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,750,708.82<br>Total: $3,750,708.82 | Claim Number: 14489<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION<br>SILVER POINT CAPITAL<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,750,708.82<br>Total: $3,750,708.82 |

**Total Claims to be Expunged:** 14

**Total Asserted Amount to be Expunged:** $7,865,362.27