**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AGUA PERFECT OF EL PASO<br>PO BOX 56<br>MOBERLY, MO 65270 | 904 | Secured: $3,712.35<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $3,712.35 | 11/28/2005 | DELPHI CORPORATION (05-44481) |
| AKSYS LTD<br>TWO MARRIOTT DR<br>LINCOLNSHIRE, IL 60069 | 15142 | Secured:<br>Priority:<br>Administrative: $93,393.28<br>Unsecured:<br>Total: $93,393.28 | 07/31/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| AKSYS LTD<br>TWO MARRIOTT DR<br>LINCOLNSHIRE, IL 60069 | 15143 | Secured: $2,867,337.05<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,867,337.05 | 07/31/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| AL SERRA CHEVROLET<br>G6167 S SAGINAW ST<br>GRAND BLANC, MI 48439 | 3347 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $79.39<br>Total: $79.39 | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| ALPHA 1 INDUCTION SERVICE CTR<br>1525 OLD ALUM CREEK DR<br>COLUMBUS, OH 43209-2712 | 9381 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $36,250.00<br>Total: $36,250.00 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| AM SHEET METAL INC<br>AM METAL SPECIALTIES<br>410 W 2ND AVE<br>S WILLIAMSPORT, PA 17702 | 2179 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $154,240.39<br>Total: $154,240.39 | 03/03/2006 | DELPHI CORPORATION (05-44481) |
| APPLIED INDUSTRIAL TECHNOLOGIES TX LP<br>ONE APPLIED PLAZA<br>E 36TH ST & EUCLID AVE<br>CLEVELAND, OH 44115-5056 | 10636 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,823.46<br>Total: $1,823.46 | 07/25/2006 | DELPHI CHINA LLC (05-44577) |
| ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 11532 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $22,832.95<br>Total: $22,832.95 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

05-44481-rdd    Doc 7380-3    Filed 03/21/07    Entered 03/21/07 20:21:07    Exhibit B-1
In re Delphi Corporation, et al.                Pg 1 of 7                   Ninth Omnibus Claims Objection

Page 1 of 7

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BALL SYSTEMS<br>622 S RANGE LINE RD STE 624 B<br>CARMEL, IN 46032 | 1769 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $34,000.00<br>$34,000.00 | 02/03/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| BERGQUIST CO THE<br>18930 W 78TH ST<br>CHANHASSEN, 55317 | 12447 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,047.09<br>$3,047.09 | 07/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| BERGQUIST COMPANY<br>18930 WEST 78TH ST<br>CHANHASSEN, MN 55317 | 12450 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,879.00<br>$6,879.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| BREMEN BEARINGS INC<br>2928 GARY DR<br>PLYMOUTH, IN 46563 | 5575 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,148.96<br>$25,148.96 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | 1903 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $48.94<br>$48.94 | 02/08/2006 | DELPHI CORPORATION (05-44481) |
| BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | 1906 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,039.00<br>$2,039.00 | 02/08/2006 | DELPHI CORPORATION (05-44481) |
| BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | 1904 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,957.60<br>$1,957.60 | 02/08/2006 | DELPHI CORPORATION (05-44481) |
| CANANWILL INC<br>1234 MARKET ST STE 340<br>PHILADELPHIA, PA 19107 | 261 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,688,465.33<br>$1,688,465.33 | 10/31/2005 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 267 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $214.75<br>Total: $214.75 | 11/01/2005 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| CHARLES HANEY<br>PROVOST UMPHREY LAW FIRM<br>490 PARK STEET<br>BEAUMONT, TX 77701 | 1603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 01/18/2006 | DELPHI CORPORATION (05-44481) |
| CINDY PALMER AS PR OF THE ESTATE OF MICHAEL PALMER DECEASED<br>1024 N MICHIGAN AVE<br>SAGINAW, MI 48605 | 848 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $0.00<br>Total: $0.00 | 11/28/2005 | DELPHI CORPORATION (05-44481) |
| COMMONWEALTH OF VIRGINIA<br>DEPARTMENT OF TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218 | 9643 | Secured:<br>Priority:<br>Administrative: $28,328.32<br>Unsecured:<br>Total: $28,328.32 | 07/17/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| CON WAY TRANSPORTATION<br>5555 RUFE SNOW DR STE 5515<br>N RICHLAND HILLS, TX 76180 | 2241 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $537.00<br>Total: $537.00 | 01/17/2006 | SPECIALTY ELECTRONICS, INC (05-44539) |
| DICKSON FINANCE GROUP INC<br>DICKSON ALLAN<br>2800 LIVERNOIS<br>TROY, MI 48083 | 7453 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000.00<br>Total: $20,000.00 | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| DJ PRODUCTS INC<br>1009 4TH ST NW<br>LITTLE FALLS, MN 56345 | 391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,677.50<br>Total: $5,677.50 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686 | 7340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,014.22<br>Total: $2,014.22 | 06/02/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ETAS INC<br>3021 MILLER RD<br>ANN ARBOR, MI 48103 | 9779 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,752.87<br>Total: $9,752.87 | 07/18/2006 | DELPHI CHINA LLC<br>(05-44577) |
| FERRO MAGNETICS SHANGHAI LTD<br>228 XIUYAN RD KANGQIAO INDUSTR<br>ZONE PUDONG NEW DISTRICT<br>SHANGHAI, 201315<br>CHINA | 9033 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,500.00<br>Total: $6,500.00 | 07/05/2006 | DELPHI CORPORATION<br>(05-44481) |
| FRENCH JL UK LTD FRENCHJL<br>16 FREEBOURNES RD<br>WITHAM ESSEX, CM8 3DX<br>UNITED KINGDOM | 4401 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,580.08<br>Total: $9,580.08 | 05/02/2006 | DELPHI CORPORATION<br>(05-44481) |
| FURNACE CONTROL CORP<br>5610 WEST FLORIST AVE<br>MILWAUKEE, WI 53218-1621 | 10241 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,119.78<br>Total: $3,119.78 | 07/21/2006 | DELPHI CORPORATION<br>(05-44481) |
| GLOBAL MANUFACTURING SOLUTIONS INC<br>9562 N DIXIE HWY<br>FRANKLIN, OH 45005 | 431 | Secured:<br>Priority: $15,510.00<br>Administrative:<br>Unsecured:<br>Total: $15,510.00 | 11/08/2005 | DELPHI CORPORATION<br>(05-44481) |
| GLOBAL SUPPORT SOFTWARE CORP<br>249 CENTRAL PARK AVE STE 200<br>VIRGINIA BEACH, VA 23462 | 2951 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,625.00<br>Total: $1,625.00 | 04/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| HELVEOT RUBBER & PLASTIC TECHNOLOGIES<br>158 N MAIN ST<br>PLYMOUTH, MI 48170 | 931 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $83,542.70<br>Total: $83,542.70 | 11/29/2005 | DELPHI CORPORATION<br>(05-44481) |
| HERITAGE ENVIRONMENTAL SERVICES INC<br>L 2419<br>COLUMBUS, OH 43260 | 5968 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,246.80<br>Total: $3,246.80 | 05/16/2006 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INDOFF INC<br>1508 A BELVIDERE ST<br>EL PASO, TX 79912 | 5576 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$131.25<br>$131.25 | 05/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| KAC HOLDINGS INC DBA KESTER<br>KESTER<br>515 E TOUHY AVE<br>DES PLAINES, IL 60018 | 15566 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,792.90<br>$2,792.90 | 07/31/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| KENNETH MASON PUBLICATIONS LTD<br>THE BOOK BARN<br>WESTBOURNE HAMPSHIRE<br>ENGLAND P010 8RS, UNITED KINGDOM | 3061 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$480.00<br>$480.00 | 04/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| KING COLLISION CENTER INC<br>2000 N RIVER RD<br>WARREN, OH 44483 | 1228 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,416.31<br>$2,416.31 | 12/21/2005 | DELPHI CORPORATION<br>(05-44481) |
| MAYER TOOL & ENGINEERING INC<br>1404 N CTRVILLE RD<br>STRUGIS, MI 49091 | 8648 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$18,550.00<br>$18,550.00 | 06/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| MODEL ELECTRONICS INC<br>615 E CRESCENT AVE<br>RAMSEY, NJ 07446 | 135 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$102,823.24<br>$102,823.24 | 10/27/2005 | DELPHI CORPORATION<br>(05-44481) |
| MONTGOMERY COUNTY TREASURER<br>PO BOX 817600<br>DAYTON, OH 45481 | 8538 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $80,205.43<br><br><br><br>$80,205.43 | 06/26/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| NATIONAL CITY COMMERCIAL CAPITAL CORPORATION<br>995 DALTON AVE<br>CINCINNATI, OH 45203 | 8717 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$20,035.86<br>$20,035.86 | 06/28/2006 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PARAMOUNT HEALTH CARE<br>337X<br>PO BOX 9566<br>TOLEDO, OH 43697 | 4432 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $175,705.00<br>Total: $175,705.00 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| PAUL C MALLIS AND MARY ANN MALLIS TRUSTEES FOR MALLIS FAMILY TRUST DTD 112583<br>1128 ARDEN RD<br>PASADENA, CA 91106-4148 | 10692 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,678.00<br>Total: $6,678.00 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| PRECISION PLASTIC INC<br>PO BOX 329<br>900 W CONNEX ION WAY<br>COLUMBIA CITY, IN 46725 | 7479 | Secured: $2,954.46<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $2,954.46 | 06/05/2006 | DELPHI MECHATRONIC SYSTEMS, INC (05-44567) |
| RIDGEWOOD USA LTD<br>2501 CHICAGO ST STE 2<br>VALPARAISO, IN 46383 | 5578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,504.54<br>Total: $7,504.54 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| ROBERT A DENTON INC<br>2967 WATERVIEW DR<br>ROCHESTER HILLS, MI 48309 | 561 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $54,240.20<br>Total: $54,240.20 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| RSA INC<br>ADD CHG 06 21 04 AH<br>525 TYLER RD UNIT S<br>SAINT CHARLES, IL 60174 | 3968 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,575.40<br>Total: $2,575.40 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| SCHENCK PEGASUS CORP<br>2890 JOHN R RD<br>TROY, MI 48093 | 1689 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,879.00<br>Total: $2,879.00 | 01/30/2006 | DELPHI CORPORATION (05-44481) |
| SECURITY CORPORATION<br>22325 ROETHEL DR<br>NOVI, MI 48375 | 6373 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $43,200.00<br>Total: $43,200.00 | 05/19/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B-1 - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SENSORDATA TECHNOLOGIES INC<br>43626 UTICA RD<br>STERLING HEIGHTS, MI 48314-235 | 6581 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,478.50<br>$10,478.50 | 05/22/2006 | DELPHI CORPORATION<br>(05-44481) |
| SUNNY METAL INC<br>1209 E DAYTON YELLOW SPRINGS RD 210<br>FAIRBORN, OH 45324 | 98 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$65,280.00<br>$65,280.00 | 10/25/2005 | DELPHI CORPORATION<br>(05-44481) |
| TAWAS INDUSTRIES COMPONENTS INC<br>905 CEDER ST<br>TAWAS, MI 48763 | 13504 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$519,815.68<br>$519,815.68 | 07/25/2006 | DELPHI CORPORATION<br>(05-44481) |
| TAX COLLECTOR SANTA CLARA COUNTY<br>COUNTY ADMINISTRATION BUILDING<br>70 W HEDDING ST<br>EAST WING 6TH FL<br>SAN JOSE, CA 95110-1767 | 9179 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$9,070.70<br><br>$9,070.70 | 07/10/2006 | DELPHI CORPORATION<br>(05-44481) |
| THE LEE COMPANY<br>PO BOX 424<br>WESTBROOK, CT 06498 | 11621 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$46,579.40<br>$46,579.40 | 07/27/2006 | DELPHI CORPORATION<br>(05-44481) |
| TREASURER STATE OF OHIO<br>OHIO DEPARTMENT OF HEALTH<br>161 SOUTH HIGH ST STE 400<br>AKRON, OH 44308 | 1476 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,326.00<br>$1,326.00 | 01/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| WOMENS BUSINESS ENTERPRISE NAT COUNCIL<br>1120 CONNECTICUT AVE NW STE 1000<br>WASHINGTON, DC 20036 | 11149 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$15,000.00<br>$15,000.00 | 07/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| Total: | 55 | $6,321,625.68 | | | |