**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ASSOCIATION OF INTERNATIONAL AUTOMOBILE MANUFACTURERS INC<br>2111 WILSON BLVD STE 1150<br>ARLINGTON, VA 22201 | 16016 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$17,500.00<br>$17,500.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MARICOPA COUNTY TREASURERS OFFICE<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16303 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,041.34<br><br><br><br>$6,041.34 | 09/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARICOPA COUNTY TREASURERS OFFICE<br>HERBERT SCHENK PC<br>4742 N 24TH ST STE 100<br>PHOENIX, AZ 85016 | 16302 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,041.34<br><br><br><br>$6,041.34 | 09/12/2006 | DELPHI CORPORATION (05-44481) |

**Total:** 3             **$29,582.68**