**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 3D SYSTEMS INC<br>459 S ANDERSON RD STE 10<br>ROCK HILL, SC 29730 | 16319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$109,872.00<br>$109,872.00 | 09/15/2006 | DELPHI CORPORATION (05-44481) |
| A J OSTER WEST INC<br>22833 LA PALMA AVE<br>YORBA LINDA, CA 92887 | 16356 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$241,489.11<br>$241,489.11 | 10/10/2006 | DELPHI CORPORATION (05-44481) |
| ACE ASPHALT & PAVING<br>9300 DIX AVE<br>DETROIT, MI 48209 | 16276 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $34,450.00<br><br><br><br>$34,450.00 | 08/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARCA XYTEC SYSTEMS INC EFT<br>PO BOX 99057<br>TACOMA, WA 98499 | 16253 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$92,379.68<br>$92,379.68 | 08/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASHLAND INCORPORATED<br>COLLECTION DEPARTMENT DS 3<br>PO BOX 2219<br>COLUMBUS, OH 43216 | 16350 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$278,378.06<br>$278,378.06 | 10/04/2006 | DELPHI CORPORATION (05-44481) |
| ASM CAPITAL AS ASSIGNEE FOR ROBINSON INDUSTRIES INC<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | 16390 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$263,968.02<br>$263,968.02 | 10/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AT&T CORP<br>1355 W UNIVERSITY DR<br>MESA, AZ 85021 | 16335 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,429,285.33<br>$4,429,285.33 | 09/25/2006 | DELPHI CORPORATION (05-44481) |
| CONTROL GAGING INC<br>5200 VENTURE DR<br>ANN ARBOR, MI 48108 | 16268 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$13,162.00<br>$13,162.00 | 08/25/2006 | DELPHI CORPORATION (05-44481) |

05-44481-rdd    Doc 7380-5    Filed 03/21/07    Entered 03/21/07 20:21:07    Exhibit C

In re Delphi Corporation, et al.                Pg 2 of 3                Ninth Omnibus Claims Objection

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ELRINGKLINGER AG<br>MAX EYTH STR 2<br>DETTINGEN ERMS, 72581<br>GERMANY | 16437 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$105,412.14<br>$105,412.14 | 12/01/2006 | DELPHI CORPORATION (05-44481) |
| ENGINEERED SINTERED COMPONENTS INC<br>250 OLD MURDOCK RD<br>TROUTMAN, NC 28166<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 16316 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$7,443.36<br>$69,471.36<br>$76,914.72 | 09/15/2006 | DELPHI CORPORATION (05-44481) |
| ERM MIDSTATES INC<br>DBA ERM MIDSTATES<br>1701 GOLF RD STE 1000<br>ROLLING MEADOWS, IL 60008 | 16380 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$76,030.69<br>$76,030.69 | 10/23/2006 | DELPHI CORPORATION (05-44481) |
| FA TECH CORP<br>9065 SUTTON PL<br>HAMILTON, OH 45011-9316 | 16215 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$65,785.00<br>$65,785.00 | 08/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 16145 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$11,070.00<br>$11,070.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| INDUCTOHEAT INC EFT<br>32251 N AVIS DR<br>MADISON HEIGHTS, MI 48071-1563 | 16314 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$27,746.07<br>$27,746.07 | 09/14/2006 | DELPHI CORPORATION (05-44481) |
| JAMES JOSEPH BATES II<br>400 N 10TH ST<br>ALBIA, IA 52531-1462 | 16389 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5.58<br>$5.58 | 10/27/2006 | DELPHI CORPORATION (05-44481) |
| MAGID GLOVE & SAFETY MFG CO LLC<br>2060 N KOLMAR AVE<br>CHICAGO, IL 60639 | 16291 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $115,905.47<br><br><br>$30,290.39<br>$146,195.86 | 09/08/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| OSCO INC EFT<br>2937 WATERVIEW DR<br>ROCHESTER HILLS, MI 48309 | 16399 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,750.00<br>$9,750.00 | 10/31/2006 | DELPHI CORPORATION (05-44481) |
| PITNEY BOWES CREDIT CORPORATION<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 16360 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,596.87<br>$5,596.87 | 10/10/2006 | DELPHI CORPORATION (05-44481) |
| PLASTICSOURCE INC<br>ADD CHG 01 10 05 AH<br>15 FOUNDERS BLVD<br>EL PASO, TX 79906 | 16279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $73,372.00<br>$73,372.00 | 08/31/2006 | DELPHI CORPORATION (05-44481) |
| QUALITY LOGISTICAL SERVICES INC<br>3525 CAPITAL CITY BLVD<br>LANSING, MI 48906 | 16373 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $108,222.83<br>$108,222.83 | 10/18/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| REMSTAR INTERNATIONAL INC<br>41 EISENHOWER DR<br>WESTBROOK, ME 04092 | 16448 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,516.38<br>$5,516.38 | 12/11/2006 | DELPHI CORPORATION (05-44481) |
| SBC LONG DISTANCE INC<br>PO BOX 769<br>ARLINGTON, TX 76004 | 16345 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,890.79<br>$4,890.79 | 10/02/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |

**Total:** 22    **$6,179,493.13**