**EXHIBIT F-2 - ADJOURNED UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE METRIC EQUIPMENT<br>SALES INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | 15976 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$991.00<br>$991.00 | 08/09/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$991.00** | | |