**In re Delphi Corporation, et al.**                                Pg 1 of 2                              **Ninth Omnibus Claims Objection**

## EXHIBIT G - ADJOURNED UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BASF CORPORATION<br>100 CAMPUS DR<br>FLORHAM PARK, NJ 07932 | 16200 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,015,234.23<br>$1,015,234.23 | 08/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CLARK THOMAS & WINTERS PC<br>300 W 6TH ST STE 1500<br>AUSTIN, TX 78701 | 16454 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,513.17<br>$20,513.17 | 12/14/2006 | DELPHI CORPORATION (05-44481) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF ETCO<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 16374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $170,899.32<br>$170,899.32 | 10/18/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DOOSAN INFRACORE AMERICA CORP<br>STERNS & WEINROTH PC<br>50 W STATE ST STE 1400<br>PO BOX 1298<br>TRENTON, NJ 08607-1298 | 16443 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $100,592.69<br>$100,592.69 | 12/04/2006 | DELPHI CORPORATION (05-44481) |
| DOSHI PRETTL INTERNATIONAL LLC<br>ERMAN TIECHER MILLER ZUCKER & FREED<br>400 GALLERIA OFFICENTRE STE 444<br>SOUTHFIELD, MI 48034 | 16427 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,130,675.71<br>$1,130,675.71 | 11/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | 16378 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $113,031.34<br>$113,031.34 | 10/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | 16395 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $655,686.82<br>$655,686.82 | 10/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RAWAC PLATING COMPANY<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 16334 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $398,139.37<br>$398,139.37 | 09/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT G - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TPO DISPLAYS USA INC FKA MOBILE DISPLAY SYSTEMS KIRKPATRICK & LOCKHART NICHOLSON GR 599 LEXINGTON AVE NEW YORK, NY 10022 | 16375 | Secured: Priority: Administrative: Unsecured: Total: | $595,386.02 $595,386.02 | 10/19/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **9** | **$4,200,158.67** | | | |