In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

## Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| **Claim: 2647**<br>Date Filed: 04/13/06<br>Docketed Total: $4,284.04<br>Filing Creditor Name and Address<br>ABCO FIRE PROTECTION INC &<br>SIERRA LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614 | Claim Holder Name and Address     Docketed Total     $4,284.04<br><br>ABCO FIRE PROTECTION INC & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $4,284.04<br>                                                  $4,284.04 | Modified Total     $3,398.89<br><br><br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $3,398.89<br>                                                  $3,398.89 |
| **Claim: 16406**<br>Date Filed: 11/06/06<br>Docketed Total: $149,294.92<br>Filing Creditor Name and Address<br>ADMIRAL TOOL & MFG CO OF<br>ILLINOIS<br>MERYL MORGAN<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY NY 11797 | Claim Holder Name and Address     Docketed Total     $149,294.92<br><br>ADMIRAL TOOL & MFG CO OF ILLINOIS<br>MERYL MORGAN<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY NY 11797<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                          $149,294.92<br>                                                  $149,294.92 | Modified Total     $127,228.74<br><br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $127,228.74<br>                                                  $127,228.74 |
| **Claim: 14256**<br>Date Filed: 07/31/06<br>Docketed Total: $38,397.95<br>Filing Creditor Name and Address<br>AMERICAN RECYCLING & MFG CO<br>INC<br>FKA UNLIMITED VENTURES INC OF<br>NORTH<br>58 MCKEE RD<br>ROCHESTER NY 14611 | Claim Holder Name and Address     Docketed Total     $38,397.95<br><br>AMERICAN RECYCLING & MFG CO INC<br>FKA UNLIMITED VENTURES INC OF<br>NORTH<br>58 MCKEE RD<br>ROCHESTER NY 14611<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $38,397.95<br>                                                  $38,397.95 | Modified Total     $33,759.16<br><br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                          $33,759.16<br>                                                  $33,759.16 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2440<br>Date Filed:03/28/06<br>Docketed Total: $3,690.68<br>Filing Creditor Name and Address<br>  APPLIED TECH INDUSTRIES &<br>  SIERRA LIQUIDITY FUND<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $3,690.68<br><br>APPLIED TECH INDUSTRIES & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Modified Total    $1,915.70 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $3,690.68<br>                                          $3,690.68 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $1,915.70<br>                                          $1,915.70 |
| Claim: 542<br>Date Filed:11/14/05<br>Docketed Total: $996.00<br>Filing Creditor Name and Address<br>  B & B MACHINING & GRINDING<br>  303 W EVANS AVE<br>  DENVER CO 80223-4102 | Claim Holder Name and Address    Docketed Total    $996.00<br><br>B & B MACHINING & GRINDING<br>303 W EVANS AVE<br>DENVER CO 80223-4102 | Modified Total    $996.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $996.00<br>                                          $996.00 | Case Number*    Secured    Priority    Unsecured<br>05-44507                                  $996.00<br>                                          $996.00 |
| Claim: 16377<br>Date Filed:10/20/06<br>Docketed Total: $93,339.39<br>Filing Creditor Name and Address<br>  BAKER & DANIELS LLP<br>  JAY JAFFE<br>  600 E 96TH ST STE 600<br>  INDIANAPOLIS IN 46240 | Claim Holder Name and Address    Docketed Total    $93,339.39<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Modified Total    $87,872.04 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44554                                  $93,339.39<br>                                          $93,339.39 | Case Number*    Secured    Priority    Unsecured<br>05-44554                                  $87,872.04<br>                                          $87,872.04 |
| Claim: 6253<br>Date Filed:05/18/06<br>Docketed Total: $29,618.30<br>Filing Creditor Name and Address<br>  BALCH & BINGHAM LLP<br>  C O W CLARK WATSON ESQ<br>  BALCH & BINGHAM LLP<br>  P O BOX 306<br>  BIRMINGHAM AL 35201 | Claim Holder Name and Address    Docketed Total    $29,618.30<br><br>BALCH & BINGHAM LLP<br>C O W CLARK WATSON ESQ<br>BALCH & BINGHAM LLP<br>P O BOX 306<br>BIRMINGHAM AL 35201 | Modified Total    $24,285.75 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $29,618.30<br>                                          $29,618.30 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                  $24,285.75<br>                                          $24,285.75 |

In re: Delphi Corporation, et al.                                                                                                    Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16439<br>Date Filed:12/01/06<br>Docketed Total:   $409,399.05<br>Filing Creditor Name and Address<br> BEHR INDUSTRIES CORP<br> STEPHEN B GROW<br> WARNER NORCROSS & JUDD LLP<br> 900 FIFTH THIRD CTR<br> 111 LYON NW<br> GRAND RAPIDS MI 49503 | Claim Holder Name and Address    Docketed Total    $409,399.05<br><br>BEHR INDUSTRIES CORP<br>STEPHEN B GROW<br>WARNER NORCROSS & JUDD LLP<br>900 FIFTH THIRD CTR<br>111 LYON NW<br>GRAND RAPIDS MI 49503<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                               $409,399.05<br>                                                        $409,399.05 | Modified Total    $59,399.05<br><br><br><br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                               $59,399.05<br>                                                        $59,399.05 |
| Claim: 4263<br>Date Filed:05/01/06<br>Docketed Total:   $7,210.00<br>Filing Creditor Name and Address<br> BISHOP CO<br> 1125 E MILHAM RD<br> KALAMAZOO MI 49002 | Claim Holder Name and Address    Docketed Total    $7,210.00<br><br>BISHOP CO<br>1125 E MILHAM RD<br>KALAMAZOO MI 49002<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                               $7,210.00<br>                                                        $7,210.00 | Modified Total    $5,890.00<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                               $5,890.00<br>                                                        $5,890.00 |
| Claim: 15722<br>Date Filed:07/31/06<br>Docketed Total:   $2.33<br>Filing Creditor Name and Address<br> CARMEN J MANDATO<br> 2645 EAST 112 ST<br> CLEVELAND OH 44104-2665 | Claim Holder Name and Address    Docketed Total    $2.33<br><br>CARMEN J MANDATO<br>2645 EAST 112 ST<br>CLEVELAND OH 44104-2665<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                            $2.33<br>                                   $2.33 | Modified Total    $2.33<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                               $2.33<br>                                                        $2.33 |
| Claim: 9790<br>Date Filed:07/18/06<br>Docketed Total:   $222,063.43<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF AG MACHINING &<br> INDUSTRIES INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $222,063.43<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>AG MACHINING & INDUSTRIES INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44507                                               $222,063.43<br>                                                        $222,063.43 | Modified Total    $218,795.52<br><br><br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44507                                               $218,795.52<br>                                                        $218,795.52 |

*See Exhibit I for a listing of debtor entities by case number          Page:   3 of 28

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

### Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9110<br>Date Filed: 07/07/06<br>Docketed Total: $112,891.80<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF ENA AMERICA INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $112,891.80<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>ENA AMERICA INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Modified Total    $112,725.80 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $112,891.80<br>                                        $112,891.80 | Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $112,725.80<br>                                        $112,725.80 |
| Claim: 9114<br>Date Filed: 07/07/06<br>Docketed Total: $134,050.00<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF OKMETIC INC<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $134,050.00<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>OKMETIC INC<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Modified Total    $126,674.00 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $134,050.00<br>                                        $134,050.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $126,674.00<br>                                        $126,674.00 |
| Claim: 9115<br>Date Filed: 07/07/06<br>Docketed Total: $259,872.00<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF OKMETIC OYJ<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $259,872.00<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>OKMETIC OYJ<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Modified Total    $235,679.69 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $259,872.00<br>                                        $259,872.00 | Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $235,679.69<br>                                        $235,679.69 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12697**
Date Filed: 07/28/06
Docketed Total:  $51,720.76
Filing Creditor Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF OMRON DUALTEC
  AUTOMOTIVE ELECTRONICS INC
  ALPA JIMENEZ
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $51,720.76

CONTRARIAN FUNDS LLC AS ASSIGNEE OF
OMRON DUALTEC AUTOMOTIVE
ELECTRONICS INC
ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

Modified Total    $48,471.13

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $51,720.76 | 05-44567 | | | $48,471.13 |
| | | | $51,720.76 | | | | $48,471.13 |

**Claim: 12668**
Date Filed: 07/28/06
Docketed Total:  $184,138.31
Filing Creditor Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF PLASTIC DECORATORS
  INC
  ALPA JIMENEZ
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $184,138.31

CONTRARIAN FUNDS LLC AS ASSIGNEE OF
PLASTIC DECORATORS INC
ALPA JIMENEZ
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

Modified Total    $9,252.30

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $184,138.31 | 05-44640 | | | $9,252.30 |
| | | | $184,138.31 | | | | $9,252.30 |

**Claim: 10387**
Date Filed: 07/24/06
Docketed Total:  $36,892.83
Filing Creditor Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF REGENCY MCALLEN
  ATTN ALPA JIMENEZ
  411 W PUTNAM AVE STE 225
  GREENWICH CT 06830

Claim Holder Name and Address    Docketed Total    $36,892.83

CONTRARIAN FUNDS LLC AS ASSIGNEE OF
REGENCY MCALLEN
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

Modified Total    $33,640.76

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $36,892.83 | 05-44640 | | | $33,640.76 |
| | | | $36,892.83 | | | | $33,640.76 |

*See Exhibit I for a listing of debtor entities by case number                    Page:    5 of 28

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8029<br>Date Filed:06/15/06<br>Docketed Total: $48,333.03<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF SIDLER GMBH & CO<br> KG<br> ATTN ALPA JIMENEZ<br> CONTRARIAN FUNDS LLC<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $48,333.03<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>SIDLER GMBH & CO KG<br>ATTN ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $48,333.03<br>                                                    $48,333.03 | Modified Total    $43,620.00<br><br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $43,620.00<br>                                                    $43,620.00 |
| Claim: 9794<br>Date Filed:07/18/06<br>Docketed Total: $84,265.84<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF TRIUMPH LLC<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE  STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $84,265.84<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>TRIUMPH LLC<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE  STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $84,265.84<br>                                                    $84,265.84 | Modified Total    $81,800.77<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $81,800.77<br>                                                    $81,800.77 |
| Claim: 9116<br>Date Filed:07/07/06<br>Docketed Total: $291,859.33<br>Filing Creditor Name and Address<br> CONTRARIAN FUNDS LLC AS<br> ASSIGNEE OF WACKER CHEMICAL<br> CORPORATION<br> CONTRARIAN FUNDS LLC<br> ATTN ALPA JIMENEZ<br> 411 W PUTNAM AVE STE 225<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $291,859.33<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>WACKER CHEMICAL CORPORATION<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $291,859.33<br>                                                    $291,859.33 | Modified Total    $290,509.23<br><br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 _____ _____ _____ $290,509.23<br>                                                    $290,509.23 |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

### Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7372<br>Date Filed: 06/02/06<br>Docketed Total:  $100,861.90<br>Filing Creditor Name and Address<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF WESTWOOD<br>  ASSOCIATES INC<br>  ATTN ALPA JIMENEZ<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH CT 06830 | Claim Holder Name and Address  Docketed Total   $100,861.90<br><br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF<br>WESTWOOD ASSOCIATES INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | Modified Total   $28,255.92 | | |
| | **Case Number*** 05-44567 | **Secured** | **Priority** | **Unsecured** $100,861.90 $100,861.90 | **Case Number*** 05-44567 | **Secured** | **Priority** | **Unsecured** $28,255.92 $28,255.92 |
| Claim: 3990<br>Date Filed: 05/01/06<br>Docketed Total:   $18,185.18<br>Filing Creditor Name and Address<br>  CROWN PAPER BOX CORP<br>  DIV OF TENAX CORP<br>  1850 W OLIVER AVE<br>  INDIANAPOLIS IN 46221 | Claim Holder Name and Address  Docketed Total   $18,185.18<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | | | | Modified Total   $16,539.37 | | |
| | **Case Number*** 05-44481 | **Secured** | **Priority** | **Unsecured** $18,185.18 $18,185.18 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $16,539.37 $16,539.37 |
| Claim: 2938<br>Date Filed: 04/27/06<br>Docketed Total:   $3,445.73<br>Filing Creditor Name and Address<br>  DEVCO CORPORATION<br>  BILL DURNAN<br>  300 LANIDEX PLAZA<br>  2ND FL<br>  PARSIPPANY NJ 07054 | Claim Holder Name and Address  Docketed Total   $3,445.73<br><br>DEVCO CORPORATION<br>BILL DURNAN<br>300 LANIDEX PLAZA<br>2ND FL<br>PARSIPPANY NJ 07054 | | | | | Modified Total   $3,445.73 | | |
| | **Case Number*** 05-44481 | **Secured** | **Priority** | **Unsecured** $3,445.73 $3,445.73 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $3,445.73 $3,445.73 |
| Claim: 5596<br>Date Filed: 05/10/06<br>Docketed Total:   $8,730.29<br>Filing Creditor Name and Address<br>  DIGATRON FIRING CIRCUITS INC<br>  230 LONG HILL CROSS RD<br>  SHELTON CT 06484 | Claim Holder Name and Address  Docketed Total   $8,730.29<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | | | | Modified Total   $8,346.00 | | |
| | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $8,730.29 $8,730.29 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $8,346.00 $8,346.00 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 1625**<br>Date Filed: 01/23/06<br>Docketed Total:   $1,267.12<br>Filing Creditor Name and Address<br> DOBMEIER JANITOR SUPPLY INC<br> 354 ENGLEWOOD AVE<br> BUFFALO NY 14223 | Claim Holder Name and Address     Docketed Total     $1,267.12<br><br>DOBMEIER JANITOR SUPPLY INC<br>354 ENGLEWOOD AVE<br>BUFFALO NY 14223 | | | | | Modified Total     $679.70 | | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$1,267.12<br>$1,267.12 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$679.70<br>$679.70 |
| **Claim: 2641**<br>Date Filed: 04/13/06<br>Docketed Total:   $4,944.50<br>Filing Creditor Name and Address<br> EL PASO HEATER & SUPPLY &<br> SIERRA LIQUIDITY FUND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE ROAD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address     Docketed Total     $4,944.50<br><br>EL PASO HEATER & SUPPLY & SIERRA<br>LIQUIDITY FUND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE ROAD STE 255<br>IRVINE CA 92614 | | | | | Modified Total     $3,654.50 | | |
| | <u>Case Number*</u><br>05-44481 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$4,944.50<br>$4,944.50 | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$3,654.50<br>$3,654.50 |
| **Claim: 12024**<br>Date Filed: 07/28/06<br>Docketed Total:   $6,517,990.78<br>Filing Creditor Name and Address<br> FREESCALE SEMICONDUCTOR INC<br> C O SUSAN M FREEMAN<br> LEWIS AND ROCA LLP<br> 40 N CENTRAL AVE<br> PHOENIX AZ 85004 | Claim Holder Name and Address     Docketed Total     $6,517,990.78<br><br>FREESCALE SEMICONDUCTOR INC<br>C O SUSAN M FREEMAN<br>LEWIS AND ROCA LLP<br>40 N CENTRAL AVE<br>PHOENIX AZ 85004 | | | | | Modified Total     $6,517,990.78 | | |
| | <u>Case Number*</u><br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$6,517,990.78<br><br>$6,517,990.78 | <u>Case Number*</u><br>05-44567<br>05-44610<br>05-44640 | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u><br>$145,822.00<br>$8,401.34<br>$6,363,767.44<br>$6,517,990.78 |

In re: Delphi Corporation, et al.                                                                      Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 444<br>Date Filed:11/08/05<br>Docketed Total:   $46,469.32<br>Filing Creditor Name and Address<br> GENERAL PALLET<br> PO BOX 1000<br> READINGTON NJ 08870 | Claim Holder Name and Address<br><br>GENERAL PALLET<br>PO BOX 1000<br>READINGTON NJ 08870 | Docketed Total | | $46,469.32 | | Modified Total | | $46,062.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$46,469.32<br>$46,469.32 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$46,062.96<br>$46,062.96 |
| Claim: 7840<br>Date Filed:06/12/06<br>Docketed Total:   $3,613.21<br>Filing Creditor Name and Address<br> GOODING CO INC<br> 5568 DAVISON RD<br> LOCKPORT NY 14094-2856 | Claim Holder Name and Address<br><br>GOODING CO INC<br>5568 DAVISON RD<br>LOCKPORT NY 14094-2856 | Docketed Total | | $3,613.21 | | Modified Total | | $3,613.21 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,613.21<br>$3,613.21 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,613.21<br>$3,613.21 |
| Claim: 9798<br>Date Filed:07/18/06<br>Docketed Total:   $37,253.38<br>Filing Creditor Name and Address<br> GREER STOP NUT INC<br> CO ROBERT SZWAJKOS ESQ<br> CURTIN & HEEFNER LLP<br> 250 N PENNSYLVANIA AVE<br> MORRISVILLE PA 19067 | Claim Holder Name and Address<br><br>GREER STOP NUT INC<br>CO ROBERT SZWAJKOS ESQ<br>CURTIN & HEEFNER LLP<br>250 N PENNSYLVANIA AVE<br>MORRISVILLE PA 19067 | Docketed Total | | $37,253.38 | | Modified Total | | $28,772.36 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$37,253.38<br>$37,253.38 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$28,772.36<br>$28,772.36 |
| Claim: 2007<br>Date Filed:02/14/06<br>Docketed Total:   $24,006.70<br>Filing Creditor Name and Address<br> GREIF INC GCC DRUM<br> J R BUTLER<br> 366 GREIF PKWY<br> DELAWARE OH 43015 | Claim Holder Name and Address<br><br>GREIF INC GCC DRUM<br>J R BUTLER<br>366 GREIF PKWY<br>DELAWARE OH 43015 | Docketed Total | | $24,006.70 | | Modified Total | | $23,936.70 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$24,006.70<br>$24,006.70 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$23,936.70<br>$23,936.70 |

*See Exhibit I for a listing of debtor entities by case number          Page:   9 of 28

In re: Delphi Corporation, et al.                                                          Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6787<br>Date Filed:05/24/06<br>Docketed Total:   $344.50<br>Filing Creditor Name and Address<br> HOLLINGSWORTH LUMBER<br> DARIN<br> 6810 WEST 400 SOUTH<br> RUSSIAVILLE IN 46979 | Claim Holder Name and Address      Docketed Total      $344.50<br><br>HOLLINGSWORTH LUMBER<br>DARIN<br>6810 WEST 400 SOUTH<br>RUSSIAVILLE IN 46979<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $344.50<br>                                                                      $344.50 | Modified Total      $344.50<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                    $344.50<br>                                                                      $344.50 |
| Claim: 5563<br>Date Filed:05/10/06<br>Docketed Total:   $10,363.27<br>Filing Creditor Name and Address<br> INDAK MANUFACTURING CORP EFT<br> 1915 TECHNY RD<br> NORTHBROOK IL 60062-5382 | Claim Holder Name and Address      Docketed Total      $10,363.27<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $10,363.27<br>                                                                      $10,363.27 | Modified Total      $9,083.02<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                    $9,083.02<br>                                                                      $9,083.02 |
| Claim: 558<br>Date Filed:11/10/05<br>Docketed Total:   $29,984.01<br>Filing Creditor Name and Address<br> INDUSTRIAL COATING INC<br> JACK MAINE<br> PO BOX 1483<br> SAGINAW MI 48605 | Claim Holder Name and Address      Docketed Total      $29,984.01<br><br>INDUSTRIAL COATING INC<br>JACK MAINE<br>PO BOX 1483<br>SAGINAW MI 48605<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                    $29,984.01<br>                                                                      $29,984.01 | Modified Total      $29,387.66<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                    $29,387.66<br>                                                                      $29,387.66 |
| Claim: 10811<br>Date Filed:07/25/06<br>Docketed Total:   $233,753.69<br>Filing Creditor Name and Address<br> ITAUTEC AMERICA INC<br> ATTN EDUARDO ARCHER DE<br> CASTILHO GEN<br> 1935 NW 87TH AVE<br> DORAL FL 33172 | Claim Holder Name and Address      Docketed Total      $233,753.69<br><br>ITAUTEC AMERICA INC<br>ATTN EDUARDO ARCHER DE<br>CASTILHO GEN<br>1935 NW 87TH AVE<br>DORAL FL 33172<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640      $233,753.69<br>                      $233,753.69 | Modified Total      $118,136.73<br><br><br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                    $118,136.73<br>                                                                      $118,136.73 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 390**
Date Filed: 11/07/05
Docketed Total: $1,050.00
Filing Creditor Name and Address
JOHN B GLOVER P E
1312 13TH ST
WICHITA FALLS TX 76301

| Claim Holder Name and Address | | Docketed Total | $1,050.00 | | | Modified Total | $1,050.00 |
|---|---|---|---|---|---|---|---|
| JOHN B GLOVER P E | | | | | | | |
| 1312 13TH ST | | | | | | | |
| WICHITA FALLS TX 76301 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | $1,050.00 | | 05-44640 | | | $1,050.00 |
| | | $1,050.00 | | | | | $1,050.00 |

**Claim: 1309**
Date Filed: 12/27/05
Docketed Total: $27,038.00
Filing Creditor Name and Address
KDS CONTROLS INC
307 ROBBINS DR
TROY MI 48083-4561

| Claim Holder Name and Address | | Docketed Total | $27,038.00 | | | Modified Total | $23,270.00 |
|---|---|---|---|---|---|---|---|
| KDS CONTROLS INC | | | | | | | |
| 307 ROBBINS DR | | | | | | | |
| TROY MI 48083-4561 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $27,038.00 | 05-44640 | | | $23,270.00 |
| | | | $27,038.00 | | | | $23,270.00 |

**Claim: 8914**
Date Filed: 07/05/06
Docketed Total: $15,246.00
Filing Creditor Name and Address
KLASH INC
286 E 2ND AVE
ALEXANDRIA IN 46001

| Claim Holder Name and Address | | Docketed Total | $15,246.00 | | | Modified Total | $15,246.00 |
|---|---|---|---|---|---|---|---|
| KLASH INC | | | | | | | |
| 286 E 2ND AVE | | | | | | | |
| ALEXANDRIA IN 46001 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | $15,246.00 | | 05-44640 | | | $15,246.00 |
| | | $15,246.00 | | | | | $15,246.00 |

**Claim: 3640**
Date Filed: 05/01/06
Docketed Total: $47,083.50
Filing Creditor Name and Address
KORTEN QUALITY SYSTEMS LTD
ACCOUNTS PAYABLE
PO BOX 454
ROMEO MI 48065

| Claim Holder Name and Address | | Docketed Total | $47,083.50 | | | Modified Total | $46,673.70 |
|---|---|---|---|---|---|---|---|
| KORTEN QUALITY SYSTEMS LTD | | | | | | | |
| ACCOUNTS PAYABLE | | | | | | | |
| PO BOX 454 | | | | | | | |
| ROMEO MI 48065 | | | | | | | |
| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 05-44481 | | | $47,083.50 | 05-44640 | | | $46,673.70 |
| | | | $47,083.50 | | | | $46,673.70 |

*See Exhibit I for a listing of debtor entities by case number                    Page:   11 of 28

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2589<br>Date Filed:04/10/06<br>Docketed Total:  $2,703.75<br>Filing Creditor Name and Address<br> LAKESHORE GRAPHIC IND<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br><br>LAKESHORE GRAPHIC IND<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $2,703.75 | Modified Total | | | $1,352.25 |
| | **Case Number\***<br>05-44567 | **Secured** | **Priority** | **Unsecured**<br>$2,703.75<br>$2,703.75 | **Case Number\***<br>05-44567 | **Secured** | **Priority** | **Unsecured**<br>$1,352.25<br>$1,352.25 |
| Claim: 6698<br>Date Filed:05/24/06<br>Docketed Total:  $137,048.00<br>Filing Creditor Name and Address<br> LEICESTER DIE & TOOL INC<br> LEICESTER DIE & TOOL INC<br> PO BOX 156<br> 1764 MAIN ST<br> LEICESTER MA 1524 | Claim Holder Name and Address<br><br>LEICESTER DIE & TOOL INC<br>PO BOX 156<br>1764 MAIN ST<br>LEICESTER MA 01524 | Docketed Total | | $137,048.00 | Modified Total | | | $137,048.00 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority**<br>$137,048.00<br>$137,048.00 | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$137,048.00<br>$137,048.00 |
| Claim: 6699<br>Date Filed:05/24/06<br>Docketed Total:  $10,248.00<br>Filing Creditor Name and Address<br> LEICESTER DIE & TOOL INC<br> PO BOX 156<br> 1764 MAIN ST<br> LEICESTER MA 01524 | Claim Holder Name and Address<br><br>LEICESTER DIE & TOOL INC<br>PO BOX 156<br>1764 MAIN ST<br>LEICESTER MA 01524 | Docketed Total | | $10,248.00 | Modified Total | | | $10,248.00 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority**<br>$10,248.00<br>$10,248.00 | **Unsecured** | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$10,248.00<br>$10,248.00 |
| Claim: 820<br>Date Filed:11/23/05<br>Docketed Total:  $6,683.30<br>Filing Creditor Name and Address<br> LIFT MEDIC LLC<br> 2010 CO HWY 42<br> ONEONTA AL 35121 | Claim Holder Name and Address<br><br>LIFT MEDIC LLC<br>2010 CO HWY 42<br>ONEONTA AL 35121 | Docketed Total | | $6,683.30 | Modified Total | | | $6,683.30 |
| | **Case Number\***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$6,683.30<br>$6,683.30 | **Case Number\***<br>05-44640 | **Secured** | **Priority** | **Unsecured**<br>$6,683.30<br>$6,683.30 |

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1524<br>Date Filed:01/13/06<br>Docketed Total:  $518,452.00<br>Filing Creditor Name and Address<br> MAGNESIUM ELEKTRON INC<br> C O JERROLD S KULBACK ESQ<br> ARCHER & GREINER PC<br> ONE CENTENNIAL SQ<br> HADDONFIELD NJ 08033 | Claim Holder Name and Address<br><br>MAGNESIUM ELEKTRON INC<br>C O JERROLD S KULBACK ESQ<br>ARCHER & GREINER PC<br>ONE CENTENNIAL SQ<br>HADDONFIELD NJ 08033 | Docketed Total | | $518,452.00 | | Modified Total | | $265,694.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$518,452.00<br>$518,452.00 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$265,694.00<br>$265,694.00 |
| Claim: 2013<br>Date Filed:02/14/06<br>Docketed Total:  $11,684.67<br>Filing Creditor Name and Address<br> MAHAR TOOL SUPPLY CO INC<br> PO BOX 1747<br> SAGINAW MI 48605 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $11,684.67 | | Modified Total | | $11,192.33 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,684.67<br>$11,684.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,192.33<br>$11,192.33 |
| Claim: 397<br>Date Filed:11/07/05<br>Docketed Total:  $2,829.60<br>Filing Creditor Name and Address<br> MARATHON ROOFING PRODUCTS INC<br> 367 NAGEL DR<br> BUFFALO NY 14225 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $2,829.60 | | Modified Total | | $2,620.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,829.60<br>$2,829.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,620.00<br>$2,620.00 |
| Claim: 4014<br>Date Filed:05/01/06<br>Docketed Total:  $767.50<br>Filing Creditor Name and Address<br> MATTESON RIDOLFI INC<br> 14450 KING RD<br> UPTD PER LTR 07 18 05 GJ<br> RIVERVIEW MI 48193 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $767.50 | | Modified Total | | $500.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$767.50<br>$767.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$500.00<br>$500.00 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

### Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7024<br>Date Filed: 05/30/06<br>Docketed Total:  $766,355.00<br>Filing Creditor Name and Address<br> MICHIGAN HERITAGE BANK<br> 283400 ORCHARD LAKE RD<br> FARMINGTON HILLS MI 48334 | Claim Holder Name and Address<br><br>MICHIGAN HERITAGE BANK<br>283400 ORCHARD LAKE RD<br>FARMINGTON HILLS MI 48334 | Docketed Total | | $766,355.00 | | Modified Total | | $11,178.92 |
| | Case Number*<br>05-44481 | Secured<br>$766,355.00<br>$766,355.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,178.92<br>$11,178.92 |
| Claim: 12221<br>Date Filed: 07/28/06<br>Docketed Total:  $377,283.79<br>Filing Creditor Name and Address<br> MTRONICS COM INC SUCCESSOR BY<br> MERGER TO MULTITRONICS INC<br> DUNS NO RD 183241454<br> MTRONICS COM INC<br> 325 ELECTRONICS BLVD STE C<br> HUNTSVILLE AL 35824 | Claim Holder Name and Address<br><br>MTRONICS COM INC SUCCESSOR BY<br>MERGER TO MULTITRONICS INC DUNS NO<br>RD 183241454<br>MTRONICS COM INC<br>325 ELECTRONICS BLVD STE C<br>HUNTSVILLE AL 35824 | Docketed Total | | $377,283.79 | | Modified Total | | $372,934.72 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$377,283.79<br>$377,283.79 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$372,934.72<br>$372,934.72 |
| Claim: 4583<br>Date Filed: 05/03/06<br>Docketed Total:  $102,059.47<br>Filing Creditor Name and Address<br> NN INC INDUSTRIAL MOLDING CORP<br> NN INC<br> NN BALL AND ROLLER INC<br> PO BOX 415000 MSC 30418<br> NASHVILLE TN 37241 | Claim Holder Name and Address<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | Docketed Total | | $102,059.47 | | Modified Total | | $32,815.98 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$102,059.47<br>$102,059.47 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$32,815.98<br>$32,815.98 |
| Claim: 4191<br>Date Filed: 05/01/06<br>Docketed Total:  $231.00<br>Filing Creditor Name and Address<br> OHIO HOIST & PULLER INC<br> TUF TUG PRODUCTS DIV<br> 3434 ENERETE LN<br> DAYTON OH 45439-198 | Claim Holder Name and Address<br><br>OHIO HOIST & PULLER INC<br>TUF TUG PRODUCTS DIV<br>3434 ENERETE LN<br>DAYTON OH 45439-198 | Docketed Total | | $231.00 | | Modified Total | | $231.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$231.00<br>$231.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$231.00<br>$231.00 |

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

## Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 742**
Date Filed: 11/21/05
Docketed Total:   $4,376.98
Filing Creditor Name and Address
  OPTICAL CABLE CORPORATION INC
  5290 CONCOURSE DR
  ROANOKE VA 24019

Claim Holder Name and Address    Docketed Total    $4,376.98

OPTICAL CABLE CORPORATION INC
5290 CONCOURSE DR
ROANOKE VA 24019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,376.98 |
| | | | $4,376.98 |

Modified Total    $2,579.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $2,579.97 |
| | | | $2,579.97 |

---

**Claim: 1892**
Date Filed: 02/08/06
Docketed Total:   $3,356.00
Filing Creditor Name and Address
  PACE ANALYTICAL SERVICES INC
  ATTN JASON BYERS
  1700 ELM STREET SE STE 200
  MINNEAPOLIS MN 55414

Claim Holder Name and Address    Docketed Total    $3,356.00

LIQUIDITY SOLUTIONS INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,356.00 |
| | | | $3,356.00 |

Modified Total    $2,378.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,378.00 |
| | | | $2,378.00 |

---

**Claim: 11191**
Date Filed: 07/26/06
Docketed Total:   $56,219.54
Filing Creditor Name and Address
  PARLEX CORPORATION
  EDWARD D KUTCHIN ESQ
  KUTCHIN & RUFO  PC
  155 FEDERAL ST 17TH FL
  BOSTON MA 02110

Claim Holder Name and Address    Docketed Total    $56,219.54

PARLEX CORPORATION
EDWARD D KUTCHIN ESQ
KUTCHIN & RUFO  PC
155 FEDERAL ST 17TH FL
BOSTON MA 02110

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $56,219.54 |
| | | | $56,219.54 |

Modified Total    $49,738.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $49,738.28 |
| | | | $49,738.28 |

---

**Claim: 15446**
Date Filed: 07/31/06
Docketed Total:   $13,221.00
Filing Creditor Name and Address
  PHOTOCIRCUITS CORP
  ATTN CONTROLLER
  31 SEA CLIFF AVE
  GLEN COVE NY 11542

Claim Holder Name and Address    Docketed Total    $13,221.00

CONTRARIAN FUNDS LLC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $13,221.00 |
| | | | $13,221.00 |

Modified Total    $13,209.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $13,209.12 |
| | | | $13,209.12 |

---

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claim: 13775<br>Date Filed:07/31/06<br>Docketed Total:   $188,727.41<br>Filing Creditor Name and Address<br> PLATING TECHNOLOGY INC<br> 800 FREBIS AVE<br> COLUMBUS OH 43206 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | Docketed Total | | $188,727.41 | | Modified Total | | | $184,726.19 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$188,727.41<br>$188,727.41 | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$184,726.19<br>$184,726.19 |
| Claim: 12002<br>Date Filed:07/28/06<br>Docketed Total:   $35,897.76<br>Filing Creditor Name and Address<br> POLYONE CORPORATION EM GROUP<br> 33587 WALKER RD<br> AVON LAKE OH 44012 | Claim Holder Name and Address<br><br>POLYONE CORPORATION EM GROUP<br>33587 WALKER RD<br>AVON LAKE OH 44012 | Docketed Total | | $35,897.76 | | Modified Total | | | $33,099.75 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$35,897.76<br>$35,897.76 | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$33,099.75<br>$33,099.75 |
| Claim: 2442<br>Date Filed:03/28/06<br>Docketed Total:   $1,229.76<br>Filing Creditor Name and Address<br> PRECISION WIRE TECHNOLOGIES<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address<br><br>PRECISION WIRE TECHNOLOGIES SIERRA<br>LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | Docketed Total | | $1,229.76 | | Modified Total | | | $872.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,229.76<br>$1,229.76 | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$872.30<br>$872.30 |
| Claim: 1107<br>Date Filed:12/12/05<br>Docketed Total:   $3,630.00<br>Filing Creditor Name and Address<br> PRODUCTION DEVICES<br> 53 ISLAND VIEW RD<br> HYANNIS MA 02601 | Claim Holder Name and Address<br><br>PRODUCTION DEVICES<br>53 ISLAND VIEW RD<br>HYANNIS MA 02601 | Docketed Total | | $3,630.00 | | Modified Total | | | $3,630.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,630.00<br>$3,630.00 | Case Number*<br>05-44640 | Secured | Priority | | Unsecured<br>$3,630.00<br>$3,630.00 |

In re: Delphi Corporation, et al.                                                                                              Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1935<br>Date Filed:02/09/06<br>Docketed Total:   $528,714.82<br>Filing Creditor Name and Address<br> QUASAR INDUSTRIES INC<br> DENISE HIGGINS<br> 1911 NORTHFIELD DR<br> ROCHESTER HILLS MI 48309 | Claim Holder Name and Address   Docketed Total   $528,714.82<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | | | | | | | Modified Total   $476,205.96 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640   $528,714.82<br>   $528,714.82 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640   $476,205.96<br>   $476,205.96 | | | |
| Claim: 2288<br>Date Filed:03/14/06<br>Docketed Total:   $10,665.56<br>Filing Creditor Name and Address<br> RAM METER INC<br> 1903 BARRETT DR<br> TROY MI 48084-5396 | Claim Holder Name and Address   Docketed Total   $10,665.56<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | | | | | | | Modified Total   $10,563.30 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481   $10,665.56<br>   $10,665.56 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640   $10,563.30<br>   $10,563.30 | | | |
| Claim: 2043<br>Date Filed:02/16/06<br>Docketed Total:   $57,116.60<br>Filing Creditor Name and Address<br> REVENUE MANAGEMENT AS ASSIGNEE<br> OF ADVANTECH PLASTICS LLC<br> ONE UNIVERSITY PLAZA STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address   Docketed Total   $57,116.60<br><br>REVENUE MANAGEMENT AS ASSIGNEE OF<br>ADVANTECH PLASTICS LLC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | | | | | | Modified Total   $56,927.98 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640   $57,116.60<br>   $57,116.60 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640   $56,927.98<br>   $56,927.98 | | | |
| Claim: 2549<br>Date Filed:04/04/06<br>Docketed Total:   $8,714.00<br>Filing Creditor Name and Address<br> REVENUE MANAGEMENT AS ASSIGNEE<br> OF CORNERSTONE DESIGN LTD<br> ONE UNIVERSITY PLZ STE 312<br> HACKENSACK NJ 07601 | Claim Holder Name and Address   Docketed Total   $8,714.00<br><br>REVENUE MANAGEMENT AS ASSIGNEE OF<br>CORNERSTONE DESIGN LTD<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | | | | | | | Modified Total   $5,075.20 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640   $8,714.00<br>   $8,714.00 | | | | Case Number*   Secured   Priority   Unsecured<br>05-44640   $5,075.20<br>   $5,075.20 | | | |

In re: Delphi Corporation, et al.                                                    Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 8863**
Date Filed: 06/30/06
Docketed Total:   $25,198.10
Filing Creditor Name and Address
  RIVERSIDE CLAIMS LLC AS
  ASSIGNEE FOR LAUREN
  MANUFACTURING
  RIVERSIDE CLAIMS LLC
  PO BOX 626 PLANETARIUM STATION
  NEW YORK NY 10024

Claim Holder Name and Address      Docketed Total      $25,198.10

RIVERSIDE CLAIMS LLC AS ASSIGNEE
FOR LAUREN MANUFACTURING
RIVERSIDE CLAIMS LLC
PO BOX 626 PLANETARIUM STATION
NEW YORK NY 10024

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $25,198.10 | 05-44640 | | | $23,290.40 |
| | | | $25,198.10 | | | | $23,290.40 |

Modified Total      $23,290.40

---

**Claim: 8860**
Date Filed: 06/30/06
Docketed Total:   $4,745.00
Filing Creditor Name and Address
  RIVERSIDE CLAIMS LLC AS
  ASSIGNEE FOR SA TECHNOLOGIES
  INC
  RIVERSIDE CLAIMS LLC
  PO BOX 626 PLANETARIUM STATION
  NEW YORK NY 10024

Claim Holder Name and Address      Docketed Total      $4,745.00

RIVERSIDE CLAIMS LLC AS ASSIGNEE
FOR SA TECHNOLOGIES INC
RIVERSIDE CLAIMS LLC
PO BOX 626 PLANETARIUM STATION
NEW YORK NY 10024

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $4,745.00 | 05-44507 | | | $1,655.00 |
| | | | $4,745.00 | | | | $1,655.00 |

Modified Total      $1,655.00

---

**Claim: 8865**
Date Filed: 06/30/06
Docketed Total:   $2,026.50
Filing Creditor Name and Address
  RIVERSIDE CLAIMS LLC AS
  ASSIGNEE FOR STANDARD SCALE &
  SUPPLY CO
  RIVERSIDE CLAIMS LLC
  PO BOX 626 PLANETARIUM STATION
  NEW YORK NY 10024

Claim Holder Name and Address      Docketed Total      $2,026.50

RIVERSIDE CLAIMS LLC AS ASSIGNEE
FOR STANDARD SCALE & SUPPLY CO
RIVERSIDE CLAIMS LLC
PO BOX 626 PLANETARIUM STATION
NEW YORK NY 10024

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,026.50 | 05-44640 | | | $1,976.50 |
| | | | $2,026.50 | | | | $1,976.50 |

Modified Total      $1,976.50

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8858<br>Date Filed:06/30/06<br>Docketed Total:  $12,982.30<br>Filing Creditor Name and Address<br> RIVERSIDE CLAIMS LLC AS<br> ASSIGNEE FOR VANEX FIRE<br> SYSTEMS<br> RIVERSIDE CLAIMS LLC<br> PO BOX 626 PLANETARIUM STATION<br> NEW YORK NY 10024 | Claim Holder Name and Address    Docketed Total    $12,982.30<br><br>RIVERSIDE CLAIMS LLC AS ASSIGNEE<br>FOR VANEX FIRE SYSTEMS<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK NY 10024 | | | | Modified Total    $11,923.00 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,982.30<br>$12,982.30 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,923.00<br>$11,923.00 |
| Claim: 2437<br>Date Filed:03/28/06<br>Docketed Total:  $12,687.09<br>Filing Creditor Name and Address<br> ROESSEL & CO INC<br> 199 LAGRANGE AVE<br> ROCHESTER NY 14613-1511 | Claim Holder Name and Address    Docketed Total    $12,687.09<br><br>KT TRUST<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601 | | | | Modified Total    $12,007.43 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,687.09<br>$12,687.09 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,007.43<br>$12,007.43 |
| Claim: 1641<br>Date Filed:01/23/06<br>Docketed Total:  $7,218.00<br>Filing Creditor Name and Address<br> ROOT INTERNATIONAL INC DBA<br> CASES2GO<br> 24650 STATE RD 54<br> LUTZ FL 33559 | Claim Holder Name and Address    Docketed Total    $7,218.00<br><br>ROOT INTERNATIONAL INC DBA CASES2GO<br>24650 STATE RD 54<br>LUTZ FL 33559 | | | | Modified Total    $7,218.00 | | | |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,218.00<br>$7,218.00 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$7,218.00<br>$7,218.00 |
| Claim: 11527<br>Date Filed:07/27/06<br>Docketed Total:  $45,258.00<br>Filing Creditor Name and Address<br> ROTAFORM LLC<br> C O REBECCA SIMONI ESQ<br> VON BRIESEN & ROPER<br> 411 E WISCONSIN AVE STE 700<br> MILWAUKEE WI 53202 | Claim Holder Name and Address    Docketed Total    $45,258.00<br><br>ROTAFORM LLC<br>C O REBECCA SIMONI ESQ<br>VON BRIESEN & ROPER<br>411 E WISCONSIN AVE STE 700<br>MILWAUKEE WI 53202 | | | | Modified Total    $43,242.00 | | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$45,258.00<br>$45,258.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$43,242.00<br>$43,242.00 |

*See Exhibit I for a listing of debtor entities by case number          Page:  19 of 28

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15600<br>Date Filed:07/31/06<br>Docketed Total:   $26,750.00<br>Filing Creditor Name and Address<br> SAISHA TECHNOLOGY AND CIRCUITS<br> INTERNATIONAL LC<br> 2921 W CYPRESS CREEK RD<br> FORT LAUDERDALE FL 33309 | Claim Holder Name and Address    Docketed Total    $26,750.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $26,750.00<br>                                                $26,750.00 | Modified Total    $25,950.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $25,950.00<br>                                                $25,950.00 |
| Claim: 233<br>Date Filed:10/31/05<br>Docketed Total:   $1,186.74<br>Filing Creditor Name and Address<br> SAMTEC INC<br> ATTN CHERI NOON<br> 520 PARK E BLVD<br> NEW ALBANY IN 47151 | Claim Holder Name and Address    Docketed Total    $1,186.74<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $1,186.74<br>                                                $1,186.74 | Modified Total    $1,068.12<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $1,068.12<br>                                                $1,068.12 |
| Claim: 1246<br>Date Filed:12/21/05<br>Docketed Total:   $11,497.74<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND<br> ALEXANDRIA EXTRUSION CO<br> SIERRA LIQUIDITY FUND LLC<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $11,497.74<br><br>SIERRA LIQUIDITY FUND ALEXANDRIA<br>EXTRUSION CO<br>SIERRA LIQUIDITY FUND LLC<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                        $11,497.74<br>                                                $11,497.74 | Modified Total    $10,655.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $10,655.00<br>                                                $10,655.00 |
| Claim: 14663<br>Date Filed:07/31/06<br>Docketed Total:   $16,275.01<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE FAIR RITE PRODUCTS<br> CORPORATION ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $16,275.01<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>FAIR RITE PRODUCTS CORPORATION<br>ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                        $16,275.01<br><br>                                                $16,275.01 | Modified Total    $11,550.56<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                        $2,912.00<br>05-44640                                        $8,638.56<br>                                                $11,550.56 |

In re: Delphi Corporation, et al.                                                                Ninth Omnibus Objection

### Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 15984**
Date Filed: 08/09/06
Docketed Total:   $28,239.07
Filing Creditor Name and Address
  SIERRA LIQUIDITY FUND LLC
  ASSIGNEE HTT INC ASSIGNOR
  SIERRA LIQUIDITY FUND
  2699 WHITE RD STE 255
  IRVINE CA 92614

Claim Holder Name and Address     Docketed Total     $28,239.07

SIERRA LIQUIDITY FUND LLC ASSIGNEE
HTT INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Modified Total     $26,385.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $28,239.07 | 05-44567 | | | $26,385.28 |
| | | | $28,239.07 | | | | $26,385.28 |

**Claim: 15983**
Date Filed: 08/09/06
Docketed Total:   $31,187.22
Filing Creditor Name and Address
  SIERRA LIQUIDITY FUND LLC
  ASSIGNEE MAYVILLE ENGINEERING
  CO INC ASSIGNOR
  SIERRA LIQUIDITY FUND
  2699 WHITE RD STE 255
  IRVINE CA 92614

Claim Holder Name and Address     Docketed Total     $31,187.22

SIERRA LIQUIDITY FUND LLC ASSIGNEE
MAYVILLE ENGINEERING CO INC
ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Modified Total     $29,987.45

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $31,187.22 | 05-44507 | | | $29,987.45 |
| | | | $31,187.22 | | | | $29,987.45 |

**Claim: 14692**
Date Filed: 07/31/06
Docketed Total:   $75,027.43
Filing Creditor Name and Address
  SIERRA LIQUIDITY FUND LLC
  ASSIGNEE PVI INDUSTRIAL
  WASHING ASSIGNOR
  SIERRA LIQUIDITY FUND
  2699 WHITE RD STE 255
  IRVINE CA 92614

Claim Holder Name and Address     Docketed Total     $75,027.43

SIERRA LIQUIDITY FUND LLC ASSIGNEE
PVI INDUSTRIAL WASHING ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE CA 92614

Modified Total     $69,372.55

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $75,027.43 | 05-44640 | | | $69,372.55 |
| | | | $75,027.43 | | | | $69,372.55 |

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

## Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15978<br>Date Filed:08/09/06<br>Docketed Total:  $16,709.43<br>Filing Creditor Name and Address<br> SIERRA LIQUIDITY FUND LLC<br> ASSIGNEE SKYWORLD INTERACTIVE<br> INC ASSIGNOR<br> SIERRA LIQUIDITY FUND<br> 2699 WHITE RD STE 255<br> IRVINE CA 92614 | Claim Holder Name and Address    Docketed Total    $16,709.43<br><br>SIERRA LIQUIDITY FUND LLC ASSIGNEE<br>SKYWORLD INTERACTIVE INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE CA 92614<br><br>_Case Number*_ _Secured_ _Priority_ _Unsecured_<br>05-44481                                                    $16,709.43<br>                                                              $16,709.43 | Modified Total    $16,250.00<br><br><br><br><br><br><br>_Case Number*_ _Secured_ _Priority_ _Unsecured_<br>05-44612                                                    $16,250.00<br>                                                              $16,250.00 |
| Claim: 7089<br>Date Filed:05/30/06<br>Docketed Total:  $673,732.61<br>Filing Creditor Name and Address<br> SOLVAY FLUORIDES LLC<br> 3333 RICHMOND AVE<br> HOUSTON TX 77098-3007 | Claim Holder Name and Address    Docketed Total    $673,732.61<br><br>SOLVAY FLUORIDES LLC<br>3333 RICHMOND AVE<br>HOUSTON TX 77098-3007<br><br>_Case Number*_ _Secured_ _Priority_ _Unsecured_<br>05-44481                                                    $673,732.61<br>                                                              $673,732.61 | Modified Total    $550,066.96<br><br><br><br><br>_Case Number*_ _Secured_ _Priority_ _Unsecured_<br>05-44640                                                    $550,066.96<br>                                                              $550,066.96 |
| Claim: 14143<br>Date Filed:07/31/06<br>Docketed Total:  $338,650.56<br>Filing Creditor Name and Address<br> SPCP GROUP LLC AS ASSIGNEE OF<br> SOLUTION RECOVERY SERVICES INC<br> ATTN BRIAN JARMAIN<br> TWO GREENWICH PLZ 1ST FL<br> GREENWICH CT 06830 | Claim Holder Name and Address    Docketed Total    $338,650.56<br><br>SPCP GROUP LLC AS ASSIGNEE OF<br>SOLUTION RECOVERY SERVICES INC<br>ATTN BRIAN JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>_Case Number*_ _Secured_ _Priority_ _Unsecured_<br>05-44640                                                    $338,650.56<br>                                                              $338,650.56 | Modified Total    $279,156.30<br><br><br><br><br><br>_Case Number*_ _Secured_ _Priority_ _Unsecured_<br>05-44640                                                    $279,156.30<br>                                                              $279,156.30 |
| Claim: 26<br>Date Filed:10/17/05<br>Docketed Total:  $162.00<br>Filing Creditor Name and Address<br> SPERRY & RICE MFG CO LLC<br> 9146 US 52<br> BROOKVILLE IN 47012 | Claim Holder Name and Address    Docketed Total    $162.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601<br><br>_Case Number*_ _Secured_ _Priority_ _Unsecured_<br>05-44481                                                    $162.00<br>                                                              $162.00 | Modified Total    $81.00<br><br><br><br><br>_Case Number*_ _Secured_ _Priority_ _Unsecured_<br>05-44640                                                    $81.00<br>                                                              $81.00 |

*See Exhibit I for a listing of debtor entities by case number                    Page:   22 of 28

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

## Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15607<br>Date Filed:07/31/06<br>Docketed Total:  $3,603.60<br>Filing Creditor Name and Address<br> STIMPSON EDWIN B CO INC<br> STIMPSON CO<br> 900 SYLVAN AVE<br> BAYPORT NY 11705-1012 | Claim Holder Name and Address    Docketed Total    $3,603.60<br><br>STIMPSON EDWIN B CO INC<br>STIMPSON CO<br>900 SYLVAN AVE<br>BAYPORT NY 11705-1012<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $3,603.60<br>                                                 $3,603.60 | Modified Total    $2,184.00<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                         $2,184.00<br>                                                 $2,184.00 |
| Claim: 12828<br>Date Filed:07/28/06<br>Docketed Total:  $2,696,313.72<br>Filing Creditor Name and Address<br> TCS AMERICA A DIV OF TATA<br> AMERICA INTERNATIONAL<br> CORPORATION<br> ATTN SATYANARAYAN S HEDGE SR<br> VICE P<br> TCS AMERICA<br> 101 PK AVE 26TH FL<br> NEW YORK NY 10178 | Claim Holder Name and Address    Docketed Total    $2,696,313.72<br><br>SPCP GROUP LLC AS AGENT FOR SILVER<br>POINT CAPITAL FUND LP AND SILVER<br>POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH CT 06830<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $2,696,313.72<br><br>                                                 $2,696,313.72 | Modified Total    $2,671,979.95<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $2,671,979.95<br><br>                                                 $2,671,979.95 |
| Claim: 1507<br>Date Filed:01/10/06<br>Docketed Total:  $1,039.50<br>Filing Creditor Name and Address<br> THE GROWING CONCERN<br> JENNIFER JONES<br> 1918 BASSETT<br> EL PASO TX 79901 | Claim Holder Name and Address    Docketed Total    $1,039.50<br><br>THE GROWING CONCERN<br>JENNIFER JONES<br>1918 BASSETT<br>EL PASO TX 79901<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $1,039.50<br>                                                 $1,039.50 | Modified Total    $1,039.50<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                         $1,039.50<br>                                                 $1,039.50 |

*See Exhibit I for a listing of debtor entities by case number                    Page:   23 of 28

In re: Delphi Corporation, et al.

Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| CLAIM TO BE MODIFIED | | CLAIM AS DOCKETED | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 2980**

Claim: 2980
Date Filed: 04/27/06
Docketed Total:   $575.00
Filing Creditor Name and Address
 THOMAS ENGINEERING & SURVEY CO
 PO BOX 28098
 COLUMBUS OH 43228-0098

Claim Holder Name and Address    Docketed Total    $575.00

THOMAS ENGINEERING & SURVEY CO
PO BOX 28098
COLUMBUS OH 43228-0098

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $575.00 |
| | | | $575.00 |

Modified Total    $575.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $575.00 |
| | | | $575.00 |

---

**Claim: 2638**

Claim: 2638
Date Filed: 04/13/06
Docketed Total:   $2,012.50
Filing Creditor Name and Address
 TINNERMAN PALNUT ENG PRODS
 TONY PRESIDENT SALES SERV COO
 PO BOX 10
 BRUNSWICK OH 44212-2344

Claim Holder Name and Address    Docketed Total    $2,012.50

LIQUIDITY SOLUTIONS INC
DBA CAPITAL MARKETS
ONE UNIVERSITY STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $2,012.50 |
| | | | $2,012.50 |

Modified Total    $1,012.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,012.50 |
| | | | $1,012.50 |

---

**Claim: 2625**

Claim: 2625
Date Filed: 04/13/06
Docketed Total:   $202,626.18
Filing Creditor Name and Address
 TINNERMAN PALNUT ENGINEERED
 PRODUCTS
 PO BOX 10
 BRUNSWICK OH 44212

Claim Holder Name and Address    Docketed Total    $202,626.18

LIQUIDITY SOLUTIONS INC
DBA CAPITAL MARKETS
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $202,626.18 |
| | | | $202,626.18 |

Modified Total    $197,348.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $197,348.89 |
| | | | $197,348.89 |

---

**Claim: 2626**

Claim: 2626
Date Filed: 04/13/06
Docketed Total:   $1,174.50
Filing Creditor Name and Address
 TINNERMAN PALNUT ENGINEERED
 PRODUCTS
 PO BOX 10
 BRUNSWICK OH 44212

Claim Holder Name and Address    Docketed Total    $1,174.50

LIQUIDITY SOLUTIONS INC
DBA CAPITAL MARKETS
ONE UNIVERSITY PLZ STE 312
HACKENSACK NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,174.50 |
| | | | $1,174.50 |

Modified Total    $1,110.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,110.83 |
| | | | $1,110.83 |

---

*See Exhibit I for a listing of debtor entities by case number

In re: Delphi Corporation, et al.                                                                                    Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2627<br>Date Filed:04/13/06<br>Docketed Total:   $1,923.00<br>Filing Creditor Name and Address<br> TINNERMAN PALNUT ENGINEERED<br> PRODUCTS<br> PO BOX 10<br> BRUNSWICK OH 44212-2344 | Claim Holder Name and Address    Docketed Total    $1,923.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44547                                          $1,923.00<br>                                                  $1,923.00 | Modified Total    $651.88<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44547                                          $651.88<br>                                                  $651.88 |
| Claim: 2636<br>Date Filed:04/13/06<br>Docketed Total:   $4,770.00<br>Filing Creditor Name and Address<br> TINNERMAN PALNUT ENGINEERED<br> PRODUCTS<br> PO BOX 10<br> BRUNSWICK OH 44212-2344 | Claim Holder Name and Address    Docketed Total    $4,770.00<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                          $4,770.00<br>                                                  $4,770.00 | Modified Total    $4,759.91<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                          $4,759.91<br>                                                  $4,759.91 |
| Claim: 8341<br>Date Filed:06/22/06<br>Docketed Total:   $15,840.26<br>Filing Creditor Name and Address<br> TWOSON TOOL COMPANY<br> PO BOX 591<br> MUNCIE IN 47308 | Claim Holder Name and Address    Docketed Total    $15,840.26<br><br>TWOSON TOOL COMPANY<br>PO BOX 591<br>MUNCIE IN 47308<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                          $15,840.26<br>                                                  $15,840.26 | Modified Total    $14,280.26<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                          $14,280.26<br>                                                  $14,280.26 |
| Claim: 1880<br>Date Filed:02/06/06<br>Docketed Total:   $60,748.63<br>Filing Creditor Name and Address<br> VALMARK INDUSTRIES<br> WAYNE THOMAS XT 134<br> 7900 NATIONAL DR<br> LIVERMORE CA 94550 | Claim Holder Name and Address    Docketed Total    $60,748.63<br><br>LIQUIDITY SOLUTIONS INC<br>DBA CAPITAL MARKETS<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK NJ 07601<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $60,748.63<br>                                                  $60,748.63 | Modified Total    $60,577.03<br><br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44507                                          $60,577.03<br>                                                  $60,577.03 |

In re: Delphi Corporation, et al.                                                                 Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | CLAIM AS MODIFIED | |
|---|---|---|---|---|
| Claim: 3840<br>Date Filed:05/01/06<br>Docketed Total:   $37,740.00<br>Filing Creditor Name and Address<br> VERSATILE ENGINEERING<br> ADOLF WEISS<br> 1559 W 135TH ST<br> GARDENA CA 90249 | Claim Holder Name and Address    Docketed Total    $37,740.00<br><br>VERSATILE ENGINEERING<br>ADOLF WEISS<br>1559 W 135TH ST<br>GARDENA CA 90249 | | Modified Total    $35,053.59 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44539                                            $37,740.00<br>                                                      $37,740.00 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44539                                            $35,053.59<br>                                                      $35,053.59 | |
| Claim: 8894<br>Date Filed:07/05/06<br>Docketed Total:   $6,484.00<br>Filing Creditor Name and Address<br> W W G INC<br> 5602 ELMWOOD AVE STE 222<br> INDIANAPOLIS IN 46203 | Claim Holder Name and Address    Docketed Total    $6,484.00<br><br>W W G INC<br>5602 ELMWOOD AVE STE 222<br>INDIANAPOLIS IN 46203 | | Modified Total    $4,964.00 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                            $6,484.00<br>                                                      $6,484.00 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                            $4,964.00<br>                                                      $4,964.00 | |
| Claim: 7205<br>Date Filed:05/31/06<br>Docketed Total:   $26,066.24<br>Filing Creditor Name and Address<br> WALCO CORPORATION<br> PO BOX 9<br> GLENSHAW PA 15116 | Claim Holder Name and Address    Docketed Total    $26,066.24<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | Modified Total    $26,027.56 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                            $26,066.24<br>                                                      $26,066.24 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                            $26,027.56<br>                                                      $26,027.56 | |
| Claim: 5970<br>Date Filed:05/16/06<br>Docketed Total:   $78,321.60<br>Filing Creditor Name and Address<br> WARNER ELECTRIC LLC<br> 802 E SHORT ST<br> COLUMBIA CITY IN 46725 | Claim Holder Name and Address    Docketed Total    $78,321.60<br><br>LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | | Modified Total    $74,592.00 | |
| | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44481                                            $78,321.60<br>                                                      $78,321.60 | | <u>Case Number*</u>    <u>Secured</u>    <u>Priority</u>    <u>Unsecured</u><br>05-44640                                            $74,592.00<br>                                                      $74,592.00 | |

In re: Delphi Corporation, et al.                                                                          Ninth Omnibus Objection

## Exhibit H - Adjourned Claims Subject to Modification

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5784<br>Date Filed:05/12/06<br>Docketed Total:   $3,603.73<br>Filing Creditor Name and Address<br> WILHELM KACHELE GMBH<br> POSH 1121 73231 WEILHEIM/TECK<br> JAHNSTR 9 73235 WEILHEIM/TECK<br><br> GERMANY | Claim Holder Name and Address    Docketed Total    $3,603.73<br><br>WILHELM KACHELE GMBH<br>POSH 1121 73231 WEILHEIM/TECK<br>JAHNSTR 9 73235 WEILHEIM/TECK<br><br>GERMANY<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $3,603.73<br>                                          $3,603.73 | Modified Total    $270.05<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $270.05<br>                                         $270.05 |
| Claim: 1047<br>Date Filed:12/06/05<br>Docketed Total:   $415,675.19<br>Filing Creditor Name and Address<br> WISCONSIN ELECTRIC POWER<br> COMPANY<br> ATTN ELAINE BERONJA<br> WE ENERGIES<br> 333 W EVERETT ST RM A130<br> MILWAUKEE WI 53203 | Claim Holder Name and Address    Docketed Total    $415,675.19<br><br>WISCONSIN ELECTRIC POWER COMPANY<br>ATTN ELAINE BERONJA<br>WE ENERGIES<br>333 W EVERETT ST RM A130<br>MILWAUKEE WI 53203<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $415,675.19<br>                                          $415,675.19 | Modified Total    $405,194.95<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $405,194.95<br>                                         $405,194.95 |
| Claim: 16447<br>Date Filed:12/08/06<br>Docketed Total:   $76,844.72<br>Filing Creditor Name and Address<br> WRIGHT PLASTIC PRODUCTS CO LLC<br> MARVID SCHNEIDER<br> 201 CONDENSERY RD<br> SHERIDAN MI 48884 | Claim Holder Name and Address    Docketed Total    $76,844.72<br><br>WRIGHT PLASTIC PRODUCTS CO LLC<br>MARVID SCHNEIDER<br>201 CONDENSERY RD<br>SHERIDAN MI 48884<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                                  $76,844.72<br>                                          $76,844.72 | Modified Total    $72,148.40<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                                 $72,148.40<br>                                         $72,148.40 |
| Claim: 12433<br>Date Filed:07/28/06<br>Docketed Total:   $994.04<br>Filing Creditor Name and Address<br> ZELLER ELECTRIC OF BUFFALO INC<br> ATTN JOHN K MCANDREW ESQ<br> WOODS OVIATT GILMAN LLP<br> 700 CROSSROADS BLDG<br> 2 STATE ST<br> ROCHESTER NY 14614 | Claim Holder Name and Address    Docketed Total    $994.04<br><br>ZELLER ELECTRIC OF BUFFALO INC<br>ATTN JOHN K MCANDREW ESQ<br>WOODS OVIATT GILMAN LLP<br>700 CROSSROADS BLDG<br>2 STATE ST<br>ROCHESTER NY 14614<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $994.04<br>                                          $994.04 | Modified Total    $252.00<br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $252.00<br>                                         $252.00 |

*See Exhibit I for a listing of debtor entities by case number                Page:   27 of 28

In re: Delphi Corporation, et al.                                                                    Ninth Omnibus Objection

**Exhibit H - Adjourned Claims Subject to Modification**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| | | Total Count of Claims:   100 |
| | | Total Amount as Docketed:        $17,108,055.79 |
| | | Total Amount as Modified:        $14,857,768.10 |