**In re: Delphi Corporation, et. al.**                                  **Ninth Omnibus Objection**

**Exhibit I - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44484 | ASEC SALES GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44529 | DELPHI MEDICAL SYSTEMS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC |
| 05-44567 | DELPHI TECHTRONIC SYSTEMS, INC |
| 05-44570 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP |
| 05-44573 | EXHAUST SYSTEMS CORPORATION |
| 05-44580 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 05-44596 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP |
| 05-44618 | ASPIRE, INC |
| 05-44623 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44626 | PACKARD HUGHES INTERCONNECT COMPANY |
| 05-44632 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC |
| 05-44639 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47474 | MOBILE ARIA, INC. |