IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) Jointly Administered |
| ("the Debtors") | |
| | Schedule No.: <u>15205</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, FRIMO, INC., IN THE AMOUNT OF $541,789.00, TO STONEHILL INSTITUTIONAL PARTNERS, L.P.

**To Transferor:** Frimo, Inc.
Attn: H.G. Bayer, CEO
50685 Century Court
Wixom, MI 48393
USA

PLEASE TAKE NOTICE that the transfer of $541,789.00 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:** Stonehill Institutional Partners, L.P.
Attn: Steve Nelson
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022
Phone: 212-739-7474

The evidence of transfer of claim is attached hereto. An excerpt from the claims agent website listing the attached.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Automotive Systems LLC

Debtor

Case No. 05-44640

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Frimo, Inc. ("Assignor") that are scheduled by the Debtor(s) and/or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Claim No. |
|---|---|
| $541,789.00 | 15205 |

have been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

ASSIGNEE: Stonehill Institutional Partners, L.P.
Address:    Re: Delphi Auto Sys claim
            c/o Stonehill Capital Management
            885 Third Avenue, 30th Floor
            New York, NY 10022
Signature:  _____
            Authorized Signatory

ASSIGNOR: Frimo, Inc.
Address:    50685 Century Court
            Wixom, MI 48393
Signature:  _____
Name:       G. Bayer
Title:      CEO
Date:       20. March 2007

## Creditor Data for Claim Number 15205

| | |
|---|---|
| Creditor Name: Frimo Inc<br>Creditor Notice Name: | Date Claim Filed: 7/31/2006<br>Delphi Claim #: 15205<br>Court Claim #: 15205<br>Amend/Replace? No |
| Debtor Name: Delphi Corporation<br>Case Number: 05-44481 | |
| Claim Nature: Secured<br>Amount of Claim: $300,142.00 | Creditor Info Altered? N<br>Objection Filed? Y  Basis: Wrong Debtor  Total Amount: $0.00<br>Objection History |
| Schedule:<br>Schedule Amt: | Basis \| Status \| Notes<br>Wrong Debtor \| Not resolved yet \| |

## Creditor Data for Claim Number 15205

| | |
|---|---|
| Creditor Name: Frimo Inc<br>Creditor Notice Name: | Date Claim Filed: 7/31/2006<br>Delphi Claim #: 15205<br>Court Claim #: 15205<br>Amend/Replace? No |
| Debtor Name: Delphi Corporation<br>Case Number: 05-44481 | |
| Claim Nature: General Unsecured<br>Amount of Claim: $241,647.00 | Creditor Info Altered? N<br>Objection Filed? Y  Basis: Books and Records  Total Amount: ($285,746.00)<br>Objection History |
| Schedule:<br>Schedule Amt: | Basis | Status | Notes |
| | Books and Records | Not resolved yet | |