IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
  In re                        :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
              Debtors.         :   (Jointly Administered)
                               :
------------------------------ x

NOTICE OF CHANGE OF FIRM ADDRESS

TO THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective March 26, 2007, Kurtzman Carson Consultants LLC ("KCC") will have relocated to:

2335 Alaska Avenue
El Segundo, California 90245
Telephone:   (310) 823-9000
Facsimile:   (310) 823-9133

Dated: 3.22.07, 2007

KURTZMAN CARSON CONSULTANTS LLC

By: _____
Christopher R. Schepper
Vice President, Restructuring
2335 Alaska Avenue
El Segundo, California 90245
Telephone: (310) 823-9000
Facsimile: (310) 823-9133