User Date: 3/13/2007

AGED TRIAL BALANCE WITH OPTIONS - DETAIL
Hamlin Tool & Machine Company, Inc.
Receivables Management

Page: 1
User ID: MMCSWAIN

**Ranges:**
Customer ID: GMC1200 - GMC1200
Customer Class: First - Last
Salesperson ID: First - Last
Sales Territory: First - Last

User-Defined 1: First - Last
Customer Name: First - Last
Short Name: First - Last
Posting Date:

ZIP Code: First - Last
State: First - Last
Telephone: First - Last

**Account Type:** All
**Customer:** by Customer ID
**Document:** by Document Number
**Exclude:** Zero Balance, No Activity, Fully Paid Documents, Multicurrency Info

* - Indicates an unposted credit document that has been applied.

**Customer:** GMC1200    **Name:** DELPHI SAGINAW    **Account Type:** Open Item    **Aged As of:** 2/12/2007
User-Defined 1:    Salesperson:    Credit: Unlimited
Contact:    Territory:
Phone: (248) 874-4636 Ext. 0000    Terms: 2nd day 2nd month

| Document Number | Type | Date | Amount | Amt Open | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 063581 | SLS | 6/30/2005 | $994.00 | $994.00 | | | | | $994.00 |
| 064175 | SLS | 8/31/2005 | $428.00 | $428.00 | | | | | $428.00 |
| 064183 | SLS | 9/1/2005 | $745.50 | $745.50 | | | | | $745.50 |
| 064184 | SLS | 9/1/2005 | $321.00 | $321.00 | | | | | $321.00 |
| 064185 | SLS | 9/1/2005 | $428.00 | $428.00 | | | | | $428.00 |
| 064216 | SLS | 9/2/2005 | $428.00 | $428.00 | | | | | $428.00 |
| 064219 | SLS | 9/2/2005 | $745.50 | $745.50 | | | | | $745.50 |
| 064222 | SLS | 9/6/2005 | $321.00 | $321.00 | | | | | $321.00 |
| 064223 | SLS | 9/6/2005 | $745.50 | $745.50 | | | | | $745.50 |
| 064224 | SLS | 9/6/2005 | $256.80 | $256.80 | | | | | $256.80 |
| 064243 | SLS | 9/7/2005 | $321.00 | $321.00 | | | | | $321.00 |
| 064244 | SLS | 9/7/2005 | $497.00 | $497.00 | | | | | $497.00 |
| 064245 | SLS | 9/7/2005 | $224.70 | $224.70 | | | | | $224.70 |
| 064265 | SLS | 9/8/2005 | $224.70 | $224.70 | | | | | $224.70 |
| 064266 | SLS | 9/8/2005 | $745.50 | $745.50 | | | | | $745.50 |
| 064267 | SLS | 9/8/2005 | $321.00 | $321.00 | | | | | $321.00 |
| 064281 | SLS | 9/9/2005 | $745.50 | $745.50 | | | | | $745.50 |
| 064283 | SLS | 9/9/2005 | $64.20 | $64.20 | | | | | $64.20 |
| 064309 | SLS | 9/13/2005 | $642.00 | $642.00 | | | | | $642.00 |
| 064311 | SLS | 9/12/2005 | $869.75 | $869.75 | | | | | $869.75 |
| 064312 | SLS | 9/12/2005 | $385.20 | $385.20 | | | | | $385.20 |

User Date: 3/13/2007

## AGED TRIAL BALANCE WITH OPTIONS - DETAIL
### Hamlin Tool & Machine Company, Inc.

Page: 2
User ID: MMCSWAIN

| ID | Type | Date | Amount | Amount |
|---|---|---|---|---|
| 064329 | SLS | 9/14/2005 | $321.00 | $321.00 |
| 064330 | SLS | 9/14/2005 | $224.70 | $224.70 |
| 064331 | SLS | 9/14/2005 | $869.75 | $869.75 |
| 064347 | SLS | 9/14/2005 | $497.00 | $497.00 |
| 064348 | SLS | 9/14/2005 | $321.00 | $321.00 |
| 064357 | SLS | 9/16/2005 | $321.00 | $321.00 |
| 064358 | SLS | 9/15/2005 | $869.75 | $869.75 |
| 064378 | SLS | 9/16/2005 | $321.00 | $321.00 |
| 064379 | SLS | 9/16/2005 | $745.50 | $745.50 |
| 064398 | SLS | 9/19/2005 | $321.00 | $321.00 |
| 064399 | SLS | 9/19/2005 | $745.50 | $745.50 |
| 064411 | SLS | 9/20/2005 | $385.20 | $385.20 |
| 064412 | SLS | 9/20/2005 | $869.75 | $869.75 |
| 064413 | SLS | 9/21/2005 | $321.00 | $321.00 |
| 064431 | SLS | 9/21/2005 | $428.00 | $428.00 |
| 064432 | SLS | 9/21/2005 | $372.75 | $372.75 |
| 064450 | SLS | 9/22/2005 | $417.30 | $417.30 |
| 064451 | SLS | 9/22/2005 | $745.50 | $745.50 |
| 064452 | SLS | 9/22/2005 | $321.00 | $321.00 |
| 064470 | SLS | 9/24/2005 | $321.00 | $321.00 |
| 064471 | SLS | 9/23/2005 | $745.50 | $745.50 |
| 064495 | SLS | 9/27/2005 | $321.00 | $321.00 |
| 064496 | SLS | 9/26/2005 | $745.50 | $745.50 |
| 064503 | SLS | 9/27/2005 | $385.20 | $385.20 |
| 064504 | SLS | 9/27/2005 | $745.50 | $745.50 |
| 064505 | SLS | 9/27/2005 | $321.00 | $321.00 |
| 064528 | SLS | 9/28/2005 | $321.00 | $321.00 |
| 064529 | SLS | 9/28/2005 | $621.25 | $621.25 |
| 064550 | SLS | 9/30/2005 | $321.00 | $321.00 |
| 064551 | SLS | 9/29/2005 | $745.50 | $745.50 |

User Date: 3/13/2007

# AGED TRIAL BALANCE WITH OPTIONS - DETAIL
## Hamlin Tool & Machine Company, Inc.

Page: 3
User ID: MMCSMAIN

| Doc # | Type | Date | Amount | Amount | Amount | Amount |
|---|---|---|---|---|---|---|
| 064552 | SLS | 9/29/2005 | $449.40 | $449.40 | | $449.40 |
| 064609 | SLS | 9/30/2005 | $745.50 | $745.50 | | $745.50 |
| 064629 | SLS | 10/3/2005 | $321.00 | $321.00 | | $321.00 |
| 064630 | SLS | 10/3/2005 | $745.50 | $745.50 | | $745.50 |
| 064646 | SLS | 10/4/2005 | $321.00 | $321.00 | | $321.00 |
| 064647 | SLS | 10/4/2005 | $745.50 | $745.50 | | $745.50 |
| 064648 | SLS | 10/4/2005 | $385.20 | $385.20 | | $385.20 |
| 064657 | SLS | 10/5/2005 | $497.00 | $497.00 | | $497.00 |
| 064658 | SLS | 10/6/2005 | $321.00 | $321.00 | | $321.00 |
| 064680 | SLS | 10/6/2005 | $321.00 | $321.00 | | $321.00 |
| 064681 | SLS | 10/6/2005 | $745.50 | $745.50 | | $745.50 |
| 064682 | SLS | 10/6/2005 | $417.30 | $417.30 | | $417.30 |
| 064693 | SLS | 10/7/2005 | $745.50 | $745.50 | | $745.50 |
| 066237 | SLS | 2/16/2006 | $1,615.25 | $1,615.25 | | $1,615.25 |
| PMT000391 | | 4/3/2006 | | | | -$869.75 |
| 070265 | SLS | 1/31/2007 | | | | |
| 070288 | SLS | 2/1/2007 | $214.00 | $214.00 | $214.00 | |
| 070289 | SLS | 2/1/2007 | $353.10 | $353.10 | $353.10 | |
| 070307 | SLS | 2/2/2007 | $321.00 | $321.00 | $321.00 | |
| 070308 | SLS | 2/2/2007 | $214.00 | $214.00 | $214.00 | |
| 070313 | SLS | 2/5/2007 | $124.25 | $124.25 | $124.25 | |
| 070314 | SLS | 2/5/2007 | $214.00 | $214.00 | $214.00 | |
| 070329 | SLS | 2/6/2007 | $124.25 | $124.25 | $124.25 | |
| 070338 | SLS | 2/6/2007 | $214.00 | $214.00 | $214.00 | |
| 070353 | SLS | 2/7/2007 | $160.50 | $160.50 | $160.50 | |
| 070365 | SLS | 2/8/2007 | $214.00 | $214.00 | $214.00 | |
| 070366 | SLS | 2/8/2007 | $321.00 | $321.00 | $321.00 | |
| 070385 | SLS | 2/9/2007 | $417.30 | $417.30 | $417.30 | |
| 070388 | SLS | 2/12/2007 | $214.00 | $214.00 | $214.00 | |
| 070406 | SLS | 2/13/2007 | $321.00 | $321.00 | $321.00 | |
| 070407 | SLS | 2/13/2007 | $160.50 | $160.50 | $160.50 | |
| 070408 | SLS | 2/13/2007 | $124.25 | $124.25 | $124.25 | |
| | | | $321.00 | $321.00 | $321.00 | |

*handwritten: $32,225.40*

Page: 4
User ID: MMCSWAIN

## AGED TRIAL BALANCE WITH OPTIONS - DETAIL
### Hamlin Tool & Machine Company, Inc.

Date: 3/13/2007

| Invoice | Type | Date | Amount | Amount | Amount |
|---|---|---|---|---|---|
| 070435 | SLS | 2/14/2007 | $321.00 | $321.00 | $321.00 |
| 070436 | SLS | 2/14/2007 | $124.25 | $124.25 | $124.25 |
| 070449 | SLS | 2/15/2007 | $321.00 | $321.00 | $321.00 |
| 070450 | SLS | 2/15/2007 | $124.25 | $124.25 | $124.25 |
| 070451 | SLS | 2/15/2007 | $385.20 | $385.20 | $385.20 |
| 070468 | SLS | 2/16/2007 | $321.00 | $321.00 | $321.00 |
| 070469 | SLS | 2/16/2007 | $124.25 | $124.25 | $124.25 |
| 070487 | SLS | 2/19/2007 | $124.25 | $124.25 | $124.25 |
| 070488 | SLS | 2/19/2007 | $321.00 | $321.00 | $321.00 |
| 070505 | SLS | 2/20/2007 | $224.70 | $224.70 | $224.70 |
| 070506 | SLS | 2/20/2007 | $124.25 | $124.25 | $124.25 |
| 070507 | SLS | 2/20/2007 | $214.00 | $214.00 | $214.00 |
| 070512 | SLS | 2/21/2007 | $124.25 | $124.25 | $124.25 |
| 070513 | SLS | 2/21/2007 | $214.00 | $214.00 | $214.00 |
| 070539 | SLS | 2/22/2007 | $385.20 | $385.20 | $385.20 |
| 070540 | SLS | 2/22/2007 | $124.25 | $124.25 | $124.25 |
| 070541 | SLS | 2/22/2007 | $321.00 | $321.00 | $321.00 |
| 070546 | SLS | 2/23/2007 | $321.00 | $321.00 | $321.00 |
| 070547 | SLS | 2/23/2007 | $124.25 | $124.25 | $124.25 |
| 070575 | SLS | 2/26/2007 | $248.50 | $248.50 | $248.50 |
| 070590 | SLS | 2/27/2007 | $124.25 | $124.25 | $124.25 |
| 070591 | SLS | 2/27/2007 | $160.50 | $160.50 | $160.50 |
| 070613 | SLS | 3/1/2007 | $417.30 | $417.30 | $417.30 |
| 070614 | SLS | 3/1/2007 | $124.25 | $124.25 | $124.25 |
| 070631 | SLS | 3/2/2007 | $124.25 | $124.25 | $124.25 |
| 070654 | SLS | 3/5/2007 | $124.25 | $124.25 | $124.25 |
| 070676 | SLS | 3/6/2007 | $214.00 | $214.00 | $214.00 |
| 070681 | SLS | 3/7/2007 | $321.00 | $321.00 | $321.00 |
| 070697 | SLS | 3/8/2007 | $214.00 | $214.00 | $214.00 |
| 070720 | SLS | 3/9/2007 | $321.00 | $321.00 | $321.00 |

User Date: 3/13/2007

AGED TRIAL BALANCE WITH OPTIONS - DETAIL

Hamlin Tool & Machine Company, Inc.

Page: 5
User ID: MMCSWAIN

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 070729 | SLS | 3/12/2007 | $214.00 | | $214.00 | | | |
| 64610 | SLS | 9/30/2005 | $321.00 | | | | | $321.00 |

| | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|
| Totals: | $10,982.55 | $0.00 | $0.00 | $33,291.90 | $44,274.45 |

| Customer(s) | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|
| Grand Totals: 1 | $10,982.55 | $0.00 | $0.00 | $33,291.90 | $44,274.45 |