# DELPHI

ORIGINAL COPY

| PURCHASING LOCATION | PURCHASE ORDER | SAG9OI0236 |
|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

DECEMBER 4, 1992

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN:    ACCOUNTS PAYABLE

VENDOR 346463    DUNS 057015273

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                    48307

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| AS RELEASED | | NET  MNS-2 | | UA |

| INCOTERM NAMED PLACE | FOB BUYERS PLANT, FREIGHT COLLECT ROCHESTER, MI     US | TITLE TRANSFER TERM TITLE TRANSFER OUR PLANT |
|---|---|---|

STATE & LOCAL SALES, USE TAX CODES     4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  1/01/93 AND EXPIRES 12/31/07. | | |

ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE LINE ITEM DETAIL OF THIS
CONTRACT, OR IF NOT STATED, SHALL BE THE DATE ESTABLISHED BY THE BUYER'S
MULTILATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON AVERAGE, THAT PAYMENT
SHALL BE MADE ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE
BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT DATE OF GOODS OR DATE OF
SERVICES, AND, FOR ALL OF THE BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF
THE GOODS OR DATE OF SERVICES. BUYER MAY WITHOLD PAYMENT PENDING RECEIPT OF
EVIDENCE, IN SUCH FORM AND DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY
LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR SERVICES UNDER THIS CONTRACT.

THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER. DO NOT SEND AN INVOICE.
PAYMENT WILL BE BASED ON RECEIPT RECORDS. ANY QUESTIONS CONCERNING PAYMENT SHOULD
BE DIRECTED TO SUPPLIER RELATIONS AT PH. (248) 874-4636.

                COATING SPEC..CHANGE PER B/P LEVEL
                18
                REF CR  58436

(1159)
7834482    RETAINER, GREASE
           PURCHASED COMPLETE
           TO BLUEPRINT REV. 05C DATED 2/17/04                  .0535 PC
           PER CHART         REV. 05C DTD  2/17/04
           ACTIVE
           ACT 2400  75000                    TAX 4F

ENTERED

CONTINUED ON PAGE    2

SANBORN J.
PHONE  BUYER
              (989) 757-9857 EXT: 985

PAGE

4046

**DELPHI**

| PURCHASE ORDER | SAG9OI0236 |

PURCHASING LOCATION
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

DECEMBER 4, 1992

VENDOR 346463    DUNS 057015273

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN:     ACCOUNTS PAYABLE

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                    48307

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES JAR |
|---|---|---|---|---|

| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |
|---|---|---|---|---|

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | (8964) 26038964 | WEEKLY CAP.  85000    MIN LOT SIZE<br>PERCENT OF BUSINESS    100%<br>BRACKET, SWITCH MOUNT<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 065 DATED  2/15/96<br>PER CHART        REV. 065 DTD  2/15/96<br>ACTIVE<br>ACT 2400   75000                TAX 4B<br>WEEKLY CAP     12000    MIN LOT SIZE<br>PERCENT OF BUSINESS    100%<br><br>ORIENT PARTS FOR SHIPMENT TO ALIEVE<br>QUALITY PROBLEM WITH BULK SHIPMENT | .994 PC<br>oK<br>ENTERED<br>ds | |
| | 26040478 | BRACKET, CABLE SUPPORT<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 007 DATED 11/05/96<br>PER CHART        REV. 007 DTD 11/05/96<br>ACTIVE<br>ACT 2400   75000                TAX 4B<br>WEEKLY CAP      7000    MIN LOT SIZE<br>PERCENT OF BUSINESS    100%<br><br>PART WENT INTO SERVICE DECEMBER 2002;<br>BASED ON OUR TERMS & CONDITIONS SERVICE<br>PRICE CAN BE GRANTED 12/01/05 | 2.718 PC<br><br><br><br><br>1000 | |
| | (1018) 26043048 | STRAP, FLEXIBLE COUPLING | oK<br>1.992 PC<br>ENTERED<br>ds | |

CONTINUED ON PAGE    3

SANBORN J.
BUYER
PHONE: (989) 757-9857 EXT: 985

PAGE    2

PU165C-1R

# DELPHI

**PURCHASING LOCATION**
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

**PURCHASE ORDER**  SAG90I0236

DECEMBER 4, 1992

VENDOR 346463   DUNS 057015273

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN:    ACCOUNTS PAYABLE

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                        48307

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | |

INCOTERM NAMED PLACE
STATE & LOCAL SALES, USE TAX CODES

TITLE TRANSFER TERM

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | PURCHASED COMPLETE<br>TO BLUEPRINT REV. 021 DATED  2/03/97<br>PER CHART      REV. 021 DTD  2/03/97<br>ACTIVE<br>ACT 2400  75000            TAX 4B<br>WEEKLY CAP    8640   MIN LOT SIZE   500<br>PERCENT OF BUSINESS   100%<br><br>SERVICE PART; WENT TO SERVICE 5/31/96;<br>BASED ON TERMS & CONDITIONS, SERVICE<br>PRICE CAN BE GRANTED | | |
| (1147) | 26056731 | BRACKET HYD PUMP<br>TO BLUEPRINT REV. 039 DATED  1/29/96<br>ACTIVE<br>ACT 2400  75000            TAX 4B<br>WEEKLY CAP   6000   MIN LOT SIZE  750<br>PERCENT OF BUSINESS   100%<br><br>SERVICE PART;BASED ON TERMS & CONDITIONS<br>SERVICE PRICE CAN BE GRANTED | 2.788 ENTERED  6K | PC |
| | 26061694 | BRACKET, PWR TELE<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 058 DATED  5/08/97<br>PER CHART      REV. 058 DTD  5/08/97<br>ACTIVE<br>ACT 2400  75000            TAX 4B | 1.611 | PC |

CONTINUED ON PAGE    4

SANBORN J.
BUYER
PHONE: (989) 757-9857 EXT: 98

PAGE  4

PU165C-1R

# DELPHI

| PURCHASE ORDER | SAG90I0236 |

PURCHASING LOCATION
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

DECEMBER 4, 1992

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN:       ACCOUNTS PAYABLE

VENDOR 346463    DUNS 057015273

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI               48307

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|

INCOTERM NAMED PLACE                              TITLE TRANSFER TERM

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | WEEKLY CAP    2000    MIN LOT SIZE    500 | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | CHANGE PRICING FROM PRODUCTION TO SERVICE. 6 WEEK LEAD TIME | | |
| | | REF CR D-59240 | | |
| | | REF CR D-59240 | | |
| | | ++++++++++++++++++++++++++++++++++++++++++ | | |
| | | ++SHIPPING AND ROUTING INSTRUCTIONS+++++ | | |
| | | +++CALL 888-303-0033 FOR CARRIER ASSIGNMENT+++++++++++++++++++++++++++++ | | |
| | | ++++++++++++++++++++++++++++++++++++++++++ | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN- | | |

CONTINUED ON PAGE 5

SANBORN J.
BUYER
PHONE: (989) 757-9857 EXT: 985

PAGE 4

PII165C-1R

# DELPHI

| PURCHASING LOCATION | | | | PURCHASE ORDER | SAG9010236 |
|---|---|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

DECEMBER 4, 1992

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN:  ACCOUNTS PAYABLE

VENDOR 346463    DUNS 057015273

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                48307

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | CORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF | | |

CONTINUED ON PAGE   6

SANBORN J.
BUYER
PHONE: (989) 757-9857 EXT: 98

PAGE

PU165C-1R

# DELPHI

| PURCHASE ORDER | SAG90I0236 |

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

DECEMBER  4, 1992

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN:   ACCOUNTS PAYABLE

VENDOR 346463   DUNS 057015273

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI                        48307

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL TERMS AND CONDITIONS ON THE INTERNET. 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIERS 3) CLICK ON DELPHI SUPPLIER COMMUNITY PORTAL 4) CLICK ON GENERAL TERMS AND CONDITIONS 5) CLICK ON YOUR PERFERRED LANGUAGE VERSION OF THE GENERAL TERMS AND CONDITIONS<br><br>DIRECTIONS TO FIND DELPHI'S CUSTOMER SPECIFIC REQUIREMENTS ON THE INTERNET 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIER'S 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL 4) CLICK ON SUPPLIER STANDARDS 5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

CONTINUED ON PAGE   7

SANBORN J.
BUYER
PHONE: (989) 757-9857 EXT: 985

PAGE   6

PU165C-1R

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER SAG9010236 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI 48601-9494 | | DECEMBER 4, 1992 |

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN: ACCOUNTS PAYABLE

VENDOR 346463   DUNS 057015273

HAMLIN TOOL & MACHINE CO INC (EFT)
1671 EAST HAMLIN ROAD
ROCHESTER MI        48307

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | | | |

SANBORN J.
BUYER
PHONE: (989) 757-9857 EXT: 985

LAST
PAGE   7

PU165C-1R