

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| 06/30/05 | SID 63581 |
| | BILL OF LADING |
| | 63581 |

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 48436040

SHIP TO:
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

| SUPPLIER NO. 15273 | SHIPPED VIA CHIEFTON CONTRACT SVCS | | | TERMS 25TH PROX | | |
|---|---|---|---|---|---|---|
| OUR NO. | PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER | | QUANTITY SHIPPED | AMOUNT |
| | ACCUM. SHIPPED | GROSS WGT. | DESCRIPTION | | | UNIT PRICE |
| 63764 | SAG90102J6 | 8 | 26038964 | | 1000 | |
| | 91500 | 274 | SWITCH MOUNTING BRACKET | | | |
| | | | Lot L5205 1000 pcs Box# 15 | | | |
| | | | PRICE VALID 1/1/05 12/31/05 | | | |
| | | | DAILY MILK RUN 1:00 PM | | | |

| 8-SC | | 274 | | | | |
|---|---|---|---|---|---|---|
| TOTAL NO. OF PACKAGES | | TOTAL WEIGHT | | | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22    REV. LVL: A    1/23/96

# STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable

06/30/05　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SID# 63581

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| | | |
|---|---|---|
| CARRIER: | CHIEFTON CONTRACT SVCS　　CFCN | CARRIER'S NO.: |
| | | SHIPPER'S NO.: |
| From | HAMLIN TOOL AND MACHINE COMPANY, INC. | |
| At | ROCHESTER, MICHIGAN 48307 | D-U-N-S #057015273 |

**Consigned to**　GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

SAGINAW, MI　48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#　　　057015273　　SID # | | | |
| 8 | PCS71　CARTON　　　　　　　　　　　63581 | 250　NET WT. | | |
| | | 24　TARE WT. | | |
| | | 274　GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ================== T O T A L S ================== | | | |
| | 250　TOT NET　　24　TOT TAR　　274　TOT GRS | | | |
| PCS71-8 | CLASS RATE: 50　AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: _399715_

ShipTime: _1300_

_113299_

| | | | | | |
|---|---|---|---|---|---|
| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Per _____ (Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon Agent or Cashier Per _____ (The signature here acknowledges only the amounts prepaid.) | Charges advanced: $ _____ | C.O.D. SHIPMENT C.O.D. AMT _____ Collection Fee _____ Total Charges |

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS _____ LBS

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____　　Agent, Per _____

Permanent post office address of shipper

HFO 184 - REV DATE 2/6/98 REV LVL; A