# Hamlin Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | |
|---|---|
| INVOICE NO./PACKING SLIP NO. | 64175 |
| DATE | 08/31/05 |
| BILL OF LADING | 64175 |

**SOLD TO:**
GMACG-DELPHI SAGINAW 1200
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 48343-6040

**SHIP TO:**
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
C'SCO: 44025   SAP#: K905
SAGINAW, MI 48601

| SUPPLIER NO. | SHIPPED VIA | TERMS |
|---|---|---|
| 057015273 | BAX GLOBAL | 25TH PROX |

| OUR NO. | PURCHASE ORDER NO. | ACCUM. SHIPPED | NO. OF PKGS. | GROSS WGT. | PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1159 | SAG9010236 | 998000 | 4 | 124 | 07834482 RETAINER, GREASE REV. 00 CALL ALVAN FOR PICK UP 1-800-641-5826 PRICE EFF. 1/1/05-12/31/05 | 8000 | .0535 | 428.00 |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 4-SC | 124 |

| | |
|---|---|
| Sub: | 428.00 |
| Freight: | |
| Total: | 428.00 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

**ORIGINAL INVOICE/SHIPPER**

# hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|---|
| | 08/31/05 | SID 64175 |
| | | BILL OF LADING |
| | | 64175 |

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
005356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905
SAGINAW, MI 48601

TERMS: 25TH PROX

| SUPPLIER NO. | PURCHASE ORDER NO. | SHIPPED VIA | NO. OF PKGS. |
|---|---|---|---|
| 057015273 | SAG990102S6 | BAX GLOBAL | 4 |
| | ACCUM. SHIPPED | | GROSS WGT. |
| | 998000 | | 124 |

| OUR NO. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1159 | 07854482 RETAINER, GREASE REV. 00 | 8000 | | |
| | LOT SE105 8000 PCS BOXE | | | |
| | CALL AL VAN FOR PICK UP 1-800-642-3826 | | | |
| | PRICE EFF. 1/1/05-12/31/05 | | | |

| | | TOTAL WEIGHT |
|---|---|---|
| 4-SC | | 124 |
| TOTAL NO. OF PACKAGES | | |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22 REV. LVL: A 1/23/96

[BAX Global airbill form — Shipper Copy]

BAX GLOBAL
440 Exchange, Irvine, CA 92602

AIRBILL NUMBER: 701 725 242

DATE: [illegible handwriting]
ORIGIN: [illegible]
DESTINATION: DTW

SHIPPER'S REFERENCE NO.: [illegible]
SHIPPER'S ACCOUNT NO.: [illegible]

1. FROM (YOUR NAME):
COMPANY: HAMLIN TOOL & MACHINE
STREET ADDRESS: 1671 HAMLIN RD
CITY: ROCHESTER
STATE: MI
ZIP: 48307

2. TO (CONSIGNEE NAME):
CONSIGNEE'S REFERENCE NO.: 44C215 RM05
CONSIGNEE'S ACCOUNT NO.: [illegible]
COMPANY: [illegible — "Parts"]
ACCURATE STREET ADDRESS: [illegible]
CITY: [illegible]
STATE: [illegible]
ZIP: 44601 [?]

3. SERVICE REQUESTED:
GUARANTEED SERVICES:
[ ] Call Your Local BAX Station
[ ] Guaranteed First Arrival (EMR 1)
[ ] Guaranteed Overnight (EMR 2)
[ ] Guaranteed Airport-to-Airport (EMR 3)
[ ] Guaranteed 2nd Day (ER2 D)

STANDARD SERVICES:
[ ] Overnight (Next Business Day)
[ ] Second Day
[X] BAX Saver
[ ] Next Flight Available
[ ] Other

4. BILLING INFORMATION:
[ ] PREPAID (Shipper)
[ ] COLLECT (Consignee)
[X] 3RD PARTY (Acct. No. Req'd)
ACCOUNT NO.: 043 939 531

C.O.D.: $

5. HANDLING INFORMATION:
[ ] Hold at BAX
[ ] Dangerous Goods
[ ] Saturday Delivery
[ ] Special Delivery
[ ] Convention

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1:
RMK 2:

NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION
TOTAL PCS. | TOTAL WT. | REWEIGH | SKID(S) SAID TO CONTAIN

DECLARED VALUE: $
RELEASE SIGNATURE X

LIMIT OF LIABILITY: Liability is agreed and understood to be $50.00 or $.50 per pound, whichever is greater, unless a higher value is declared and applicable charges paid. See reverse side of airbill, paragraph 8, for declared value limitations.

FOR BAX GLOBAL USE ONLY
RECEIVED BY BAX AT: [ ] Shipper's Door [ ] BAX Terminal
OUTSIDE CARRIER: $
CHARGES ADVANCED: $
PRO NUMBER:
CARRIER NAME:

1st personal ID reviewed: # appearing on ID ___ Matched photo on ID? [ ] YES [ ] NO
2nd personal ID reviewed: # appearing on ID ___ Matched photo on ID? [ ] YES [ ] NO

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X _____
PRINT NAME X _____
DATE: _____

RECEIVED BY BAX GLOBAL DRIVER / AGENT
Shipper must sign this bill and produce the proper identification. One government issued photo ID is acceptable. If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

Driver Signature: _____
Print Name: _____
Pick Up Date: 8/31/05  Pick Up Time: _____  Driver No.: _____

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)
NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

SHIPPER COPY

AIRBILL NUMBER: 701 725 242

? (04-04)

08/31/05     **STRAIGHT BILL OF LADING—SHORT FORM—Original, Not Negotiable**     SID# 64175

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO : |
|---|---|---|---|
| | | | SHIPPER'S NO.: |

**From**    HAMLIN TOOL AND MACHINE COMPANY, INC.

**At**    ROCHESTER, MICHIGAN 48307     D-U-N-S #057015273

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment  or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**

DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

(Mail or street address of consignee — For purposes of notification only)

SAGINAW, MI 48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|

Supplier#       057015273     SID #

4  PCS71  CARTON               64175    120  NET WT.
                                                                    4  TARE WT.
                                                                 124  GROSS WT.

DELPHI S PLANT 5 FWD AXLES

======================== T O T A L S ========================
120    TOT NET    4  TOT TAR    124  TOT GRS

PCS71-4

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149

ShipTime: 8/31/05

R GREIG BAX

| Subject to Section 7 of conditions of applicable bill of lading If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid" | Received $ _____ to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier _____<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier _____<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ _____ | C.O.D. SHIPMENT<br>COD AMT _____<br>Collection Fee _____<br>Total Charges _____ |
|---|---|---|---|---|---|

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight
† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN**
**TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____     _____ Agent, Per _____

Permanent post office address of shipper

HFO 184 - REV. DATE 2/6/98 REV LVL; A