| | | INVOICE NUMBER |
|---|---|---|
| **Hamlin Tool & Machine, Inc.**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | REMIT TO:<br>Hamlin Tool & Machine Company<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | SID 064184 |

```
S   GMC1200                        S   23
O   DELPHI SAGINAW                 H   DELPHI S PLANT 23 ATHENS
L                                  I   c/o INDIANAPOLIS DDC
D   NAO DISBURSEMENTS              P   ALVAN MOTOR FREIGHT
    INVOICELESS SUPERVISOR             1235 TERMINAL ROAD
    PONTIAC, MI 48343-6040             INDIANAPOLIS, IN 46247
T                                  T   United States
O                                  O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/01/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/01/05 | 064184 | ALVAN MOTOR FREIGHT | 110 | 32 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |

```
                                       Subtotal           $321.00
                                       Sales Tax           $0.00
                                       Freight Charges     $0.00
                                       Invoice Total     $321.00
                                       Disc Available      $0.00
                                       Funds:  USD
```

# hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|---|
| | 09/01/05 | SID 64184 |
| | | BILL OF LADING |
| | | 64184 |

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
005356878
DELPHI-S- 44123, ATHENS AL.
c/o INDIANAPOLIS DOC.
% ALVAN MOTOR FREIGHT
1235 TERMINAL RD.
INDIANAPOLIS, IN 46247

TERMS: 25TH PROX

| SUPPLIER NO. | SHIPPED VIA | | | | |
|---|---|---|---|---|---|
| 057015273 | ALVAN MOTOR FREIGHT | | | | |

| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1159 | SAG9010236 433400 | 10 110 | 07834482 RETAINER, GREASE REV. 00 LOT SE005 6000 PCS BOX# CALL ALVAN FOR PICK UP 1-800-422-9202 PRICE EFF. 1/1/05-12/31/05 | 6000 | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 10-SC | 110 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22   REV. LVL: A   1/23/96

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

09/01/05                                                                                      SID# 64184

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

CARRIER'S NO :
CARRIER:    ALVAN MOTOR FREIGHT        ALVN                              SHIPPER'S NO.:

From     **HAMLIN TOOL AND MACHINE COMPANY, INC.**

At          **ROCHESTER, MICHIGAN 48307**                                 **D-U-N-S #057015273**

Consigned to    DELPHI-S- 44123, ATHENS AL.        (Mail or street address of consignee — For purposes of notification only )
c/o INDIANAPOLIS DDC.
% ALVAN MOTOR FREIGHT

1235 TERMINAL RD.
INDIANAPOLIS, IN    46247

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#       057015273    SID # | | | |
| 10  PCS71 | CARTON                         64184 | 90 NET WT. | | |
| | | 20 TARE WT. | | |
| | | 110 GROSS WT. | | |
| | DELPHI-S- 44123, ATHENS AL. | | | |
| | ============== T O T A L S ============== | | | |
| | 90 TOT NET    20 TOT TAR    110 TOT GRS | | | |
| PCS71-10 | | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS | | | |
| | 42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368 | | | |

Trailer#: _48218_

ShipTime: _1:15PM_

| | Loose PCS (A) | Skids (B) | PCS On Skids | Skids STC | TTL Handling Units (A+B) | SLC |
|---|---|---|---|---|---|---|
| | 1 | | 10 | | | |

DT279226 8

CORRECT WEIGHT IS _____ LBS

Shipper, Per _signature_ #122     Agent, Per _signature_ 9/1/05

**HAMLIN
TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

HFO 184 - REV DATE 2/6/98 REV. LVL; A