| | | | INVOICE NUMBER |
|---|---|---|---|
| **Hamlin Tool & Machine, Inc.**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | REMIT TO:<br>**Hamlin Tool & Machine Company**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | | SID 064224 |

| S O L D T O | GMC1200<br>DELPHI SAGINAW<br><br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | S H I P T O | 23<br>DELPHI S PLANT 23 ATHENS<br>c/o INDIANAPOLIS DDC<br>ALVAN MOTOR FREIGHT<br>1235 TERMINAL ROAD<br>INDIANAPOLIS, IN 46247<br>United States |
|---|---|---|---|

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/06/05 | 064224 | ALVAN MOTOR FREIGHT | 88 | 28 | 72 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 4,800 | EA | .0535 | $256.80 |
| | | | | Subtotal | $256.80 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $256.80 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./PACKING SLIP NO. |
|---|---|
| DATE | SID 64224 |
| 10/06/06 | BILL OF LADING 64224 |

S O L D T O:
GMACG-DELPHI SAGINAW
1200
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

S H I P T O:
005356878
DELPHI-S- 44122 ATHENS AL.
C/O INDIANAPOLIS DOC.
% ALVAN MOTOR FREIGHT
1235 TERMINAL RD.
INDIANAPOLIS, IN 46247

SUPPLIER NO. 15273

| SHIPPED VIA | NO. OF PKGS. | | | | TERMS 25TH PROX | |
|---|---|---|---|---|---|---|
| ALVAN MOTOR FREIGHT | GROSS WGT. | | | | | |

| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | SMPG10102.00 | 5 | 05354482 | | | |
| | 443200 | 106 | RETAINER, GREASE REV. 00 | 4800 | | |
| | | | LOT SLIPS 4800 bars each | | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 5-50 | 106 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22   REV. LVL: A   1/23/96

# STRAIGHT BILL OF LADING — SHORT FORM — Original — Not Negotiable

SID# 64224

classifications and tariffs in effect on the date of issue of this Original Bill of Lading

CARRIER'S NO :
SHIPPER'S NO.:

ALVAN MOTOR FREIGHT    ALVN

**From** HAMLIN TOOL AND MACHINE COMPANY, INC.

**At** ROCHESTER, MICHIGAN 48307

D-U-N-S #057015273

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment
Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**    DELPHI-S- 44123, ATHENS AL.
c/o INDIANAPOLIS DDC.
% ALVAN MOTOR FREIGHT

1235 TERMINAL RD.
INDIANAPOLIS, IN    46247

(Mail or street address of consignee — For purposes of notification only)

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE | OR | CHECK COL |
|---|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | | |
| 8 PCS71 | CARTON | 64224    72 NET WT. | | | |
| | | 34 TARE WT. | | | |
| | | 106 GROSS WT. | | | |
| | DELPHI-S- 44123, ATHENS AL. | | | | |
| | ========================= T O T A L S ========================= | | | | |
| | 72 TOT NET    34 TOT TAR    106 TOT GRS | | | | |
| PCS71-8 | CLASS RATE: 50 AUTOMOTIVE METAL PARTS | | | | |
| | 3RD PARTY COLLECT | | | | |
| | DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS | | | | |
| | 42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368 | | | | |

Trailer#: 46187
ShipTime: 200 PM

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier<br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of charges on the property described hereon<br><br>Agent or Cashier<br>Per _____<br>(The signature here acknowledges the amounts prepaid.) | ALVAN MOTOR FREIGHT INC | DT279246 4 |

| Loose PCS (A) | Skids (B) | PCS On Skids | Skids STC | TTL Handling Units (A+B) | SLC |
|---|---|---|---|---|---|
| 1 | | | 8 | | |

CORRECT WEIGHT IS _____ LBS

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
† Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    Agent, Per _____
9/6/05

Permanent post office address of shipper

HFO 184 - REV. DATE 2/6/98 REV. LVL: A