| | | | INVOICE NUMBER |
|---|---|---|---|
| Hamlin Tool & Machine, Inc. | REMIT TO:<br>Hamlin Tool & Machine Company | | SID 064245 |
| 1671 East Hamlin Rd | 1671 East Hamlin Rd | | |
| Rochester, MI 48307 | Rochester, MI 48307 | | |

```
S   GMC1200                         S   23
O   DELPHI SAGINAW                  H   DELPHI S PLANT 23 ATHENS
L                                   I   c/o INDIANAPOLIS DDC
D   NAO DISBURSEMENTS               P   ALVAN MOTOR FREIGHT
    INVOICELESS SUPERVISOR              1235 TERMINAL ROAD
    PONTIAC, MI 48343-6040              INDIANAPOLIS, IN 46247
T                                   T   United States
O                                   O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/07/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/07/05 | 064245 | ALVAN MOTOR FREIGHT | 77 | 26 | 63 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 4,200 | EA | .0535 | $224.70 |
| | | | | Subtotal | $224.70 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $224.70 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | |
|---|---|
| DATE | INVOICE NO./ PACKING SLIP NO. |
| 09/07/05 | SID 64245 |
| | BILL OF LADING |
| | 64245 |

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
0053356878
DELPHI-S- 44123,ATHENS AL.
c/o INDIANAPOLIS DOC.
% ALVAN MOTOR FREIGHT
1235 TERMINAL RD.
INDIANAPOLIS, IN 46247

| SUPPLIER NO. | SHIPPED VIA | | | | TERMS | |
|---|---|---|---|---|---|---|
| 057015273 | ALVAN MOTOR FREIGHT | | | | 25TH PROX | |

| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1159 | SAG9010236 447400 | 7 93 | 07834452 RETAINER, GREASE REV. 00 LOT BE105 4200 pcs BOX | 4200 | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 7-SC | 93 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22  REV. LVL: A  1/23/96

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| | | | |
|---|---|---|---|
| CARRIER: | ALVAN MOTOR FREIGHT | ALVN | CARRIER'S NO.: |
| | | | SHIPPER'S NO.: |
| From | HAMLIN TOOL AND MACHINE COMPANY, INC. | | |
| At | ROCHESTER, MICHIGAN 48307 | | D-U-N-S #057015273 |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned to**  DELPHI-S- 44123, ATHENS AL.
c/o INDIANAPOLIS DDC.
% ALVAN MOTOR FREIGHT

1235 TERMINAL RD.
INDIANAPOLIS, IN    46247

(Mail or street address of consignee — For purposes of notification only.)

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|

```
        Supplier#          057015273       SID #

  7  PCS71   CARTON                        64245        63  NET WT.
                                                        30  TARE WT.
                                                        93  GROSS WT.

        DELPHI-S- 44123, ATHENS AL.

  ============================= T O T A L S =============================
        63    TOT NET       30    TOT TAR       93    TOT GRS

  PCS71-7
        CLASS RATE: 50   AUTOMOTIVE METAL PARTS
        3RD PARTY COLLECT
        DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS
        42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368
```

Trailer#: 48429
ShipTime: 2:00 pm

| | | | | |
|---|---|---|---|---|
| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier Per _____ (The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of charges on the property descri. hereon. Agent or Cashier Per _____ (The signature here acknowledges the amounts prepaid.) | Charges advanced: ALVAN MOTOR FREIGHT INC.   C.O.D. SHIPMENT   DT279260 5 |

Per _____ (Signature of Consignor)

Loose PCS (A): 1    Skids (B): 7    PCS On Skids: ___    Skids STC: ___    TTL Handling Units (A+B): 8    SLC: ___

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
† Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

CORRECT WEIGHT IS _____ LBS

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    Agent, Per _____
9/7/05

Permanent post office address of shipper

HFO 184 - REV. DATE 2/6/98 REV. LVL: A