Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI  48307

| INVOICE NUMBER |
| --- |
| SID 064283 |

S
O
L
D

T
O

GMC1200
DELPHI SAGINAW

NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

S
H
I
P

T
O

23
DELPHI S PLANT 23 ATHENS
c/o INDIANAPOLIS DDC
ALVAN MOTOR FREIGHT
1235 TERMINAL ROAD
INDIANAPOLIS, IN 46247
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
| --- | --- | --- | --- |
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/09/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
| --- | --- | --- | --- | --- | --- |
| 09/09/05 | 064283 | ALVAN MOTOR FREIGHT | 22 | 16 | 18 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SAG90I0236 | 07834482 RETAINER, GREASE INTERNAL #: 1159 | 1,200 | EA | .0535 | $64.20 |
| | | | | Subtotal | $64.20 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $64.20 |
| | | | | Disc Available | $0.00 |
| | | | | Funds:  USD | |

# Hamlin

**Tool and Machine Company, Inc.**
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| DATE | INVOICE NO./PACKING SLIP NO. |
|---|---|
| 09/09/05 | SID 64283 |
| | BILL OF LADING |
| | 64283 |

S
O  GMACG-DELPHI SAGINAW
L  NAO DISBURSEMETS
D  INVOICELESS SUPERVISOR
T  P.O. BOX 436040
O  PONTIAC, MI 483436040

005356878
S  DELPHI-S- 441123, ATHENS AL.
H  c/o INDIANAPOLIS DDC.
I  % ALVAN MOTOR FREIGHT
P  1235 TERMINAL RD.
T  INDIANAPOLIS, IN 46247
O

| SUPPLIER NO. 05 2015273 | SHIPPED VIA ALVAN MOTOR FREIGHT | | | TERMS 25TH PROX | | |
|---|---|---|---|---|---|---|

| OUR NO. | PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| | ACCUM SHIPPED | GROSS WGT. | DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 11159 | SAG9010256 | 2 | 07834432 | 1200 | | |
| | 4528000 | 33 | RETAINER, GREASE REV. 00 | | | |
| | | | LOT 8E105 1200 pcs Box#1 | | | |
| | | | CALL ALVAN FOR PICK UP 1 800-642-5826 | | | |
| | | | PRICE EFF. 1/1/05-12/31/05 | | | |

| 2~SC | | 33 | TOTAL WEIGHT | | | |
| TOTAL NO. OF PACKAGES | | | | | | |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6,7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22   REV. LVL. A  1/23/96

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

09/09/05

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading   SID# 64283

| CARRIER: | ALVAN MOTOR FREIGHT   ALVN | CARRIER'S NO : |
|---|---|---|
| | | SHIPPER'S NO.: |

**From**   **HAMLIN TOOL AND MACHINE COMPANY, INC.**

**At**   **ROCHESTER, MICHIGAN 48307**   **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| Consigned to | DELPHI-S- 44123,ATHENS AL. | |
|---|---|---|
| | c/o INDIANAPOLIS DDC. | (Mail or street address of consignee — For purposes of notification only ) |
| | % ALVAN MOTOR FREIGHT | |
| | 1235 TERMINAL RD. | |
| | INDIANAPOLIS, IN   46247 | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#   057015273   SID # | | | |
| 2   PCS71   CARTON | | 64283   18   NET WT. | | |
| | | 15   TARE WT. | | |
| | | 33   GROSS WT. | | |
| | DELPHI-S- 44123,ATHENS AL. | | | |

============================= T O T A L S =============================
18   TOT NET   15   TOT TAR   33   TOT GRS

PCS71-2

CLASS RATE: 50   AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS
42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368

Trailer#:   48225

ShipTime:   345m

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon | Received $ _____ to apply in p charges on the hereon | | SHIPMENT |
|---|---|---|---|---|---|

Per _____
(Signature of Consignor )

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid)

DT279363 1

| | Loose PCS (A) | Skids (B) | PCS On Skids | Skids STC | TTL Handling Units (A+B) | SLC |
|---|---|---|---|---|---|---|
| Agent · | 1 | | 2 | | | |

Per _____
(The signature here the amounts prec

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight

THIS SHIPMENT IS CORRECTLY DESCRIBED

‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

CORRECT WEIGHT IS _____ LBS

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN**
**TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

**Shipper, Per** _____   **Agent, Per** _____
9/9/05

Permanent post office address of shipper

HFO 184 - REV. DATE 2/6/98 REV. LVL; A