| | | INVOICE NUMBER |
|---|---|---|
| **Hamlin Tool & Machine, Inc.**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | REMIT TO:<br>**Hamlin Tool & Machine Company**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | SID 064312 |

```
S  GMC1200                              S  23
O  DELPHI SAGINAW                       H  DELPHI S PLANT 23 ATHENS
L                                       I  c/o INDIANAPOLIS DDC
D  NAO DISBURSEMENTS                    P  ALVAN MOTOR FREIGHT
   INVOICELESS SUPERVISOR                  1235 TERMINAL ROAD
   PONTIAC, MI 48343-6040                  INDIANAPOLIS, IN 46247
T                                       T  United States
O                                       O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/12/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/12/05 | 064312 | ALVAN MOTOR FREIGHT | 132 | 36 | 108 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG9010236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 7,200 | EA | .0535 | $385.20 |
| | Subtotal | | | | $385.20 |
| | Sales Tax | | | | $0.00 |
| | Freight Charges | | | | $0.00 |
| | Invoice Total | | | | $385.20 |
| | Disc Available | | | | $0.00 |
| | Funds: USD | | | | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | | DATE | INVOICE NO./PACKING SLIP NO. |
|---|---|---|---|
| | | 09/12/05 | SID 64312 |
| | | | BILL OF LADING |
| | | | 64312 |

**SOLD TO:**
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

**SHIP TO:**
005356878
DELPHI-S- 44123, ATHENS AL.
c/o INDIANAPOLIS DDC.
% ALVAN MOTOR FREIGHT
1235 TERMINAL RD.
INDIANAPOLIS, IN 46247

| SUPPLIER NO. | SHIPPED VIA | | | | TERMS | | |
|---|---|---|---|---|---|---|---|
| 057015273 | ALVAN MOTOR FREIGHT | | | | 25TH PROX | | |

| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1159 | SAG9010236 460000 | 12  372 | 078344B2 RETAINER, GREASE REV. 00 LOT 98105 7200 PCS BOX# CALL ALVAN FOR PICK UP 1-800-242-5395 PRICE EFF. 1/1/05-12/31/05 | 7200 | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 12-SC | 372 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

**NUMERICAL FILE COPY**

HFO-22  REV. LVL: A  1/23/96

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | ALVAN MOTOR FREIGHT | ALVN | CARRIER'S NO : |
|---|---|---|---|
| | | | SHIPPER'S NO.: |

From **HAMLIN TOOL AND MACHINE COMPANY, INC.**
At **ROCHESTER, MICHIGAN 48307**          D-U-N-S #057015273

Consigned to DELPHI-S- 44123, ATHENS AL.
c/o INDIANAPOLIS DDC.
% ALVAN MOTOR FREIGHT

1235 TERMINAL RD.
INDIANAPOLIS, IN  46247

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|

Supplier#       057015273       SID #

12  PCS71  CARTON                    64312      360  NET WT.
                                                12   TARE WT.
                                                372  GROSS WT.

DELPHI-S- 44123, ATHENS AL.

========================= T O T A L S ======================
360  TOT NET    12  TOT TAR    372  TOT GRS

PCS71-12
CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS
42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368

DT310621 2

Trailer#: 53258 (1) 119
ShipTime: (handwritten)
9-12-05

| | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ _____ | C.O.D. SHIPMENT<br><br>C O D AMT _____<br>Collection Fee _____<br>Total Charges _____ |
|---|---|---|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS _____ LBS

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____         _____ Agent, Per _____

Permanent post office address of shipper

HFO 184 - REV DATE 2/6/98 REV. LVL; A