| | | | INVOICE NUMBER |
|---|---|---|---|
| **Hamlin Tool & Machine, Inc.**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | REMIT TO:<br>Hamlin Tool & Machine Company<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | | SID 064357 |

```
S   GMC1200                              S   05
O   DELPHI SAGINAW                       H   DELPHI S PLANT 5 FWD AXLES
L                                        I
D   NAO DISBURSEMENTS                    P   3900 EAST HOLLAND RD.
    INVOICELESS SUPERVISOR                   CISCO: 44025 SAP#K905
    PONTIAC, MI 48343-6040                   SAGINAW, MI 48601
T                                        T   United States
O                                        O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/16/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/16/05 | 064357 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./PACKING SLIP NO. |
|---|---|
| DATE | SID 64357 |
| 09/15/05 | BILL OF LADING 64357 |

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
005356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025  SAP#: K905
SAGINAW, MI 48601

TERMS: 25TH PROX

| SUPPLIER NO. | SHIPPED VIA | | | | | |
|---|---|---|---|---|---|---|
| 057015273 | BAX GLOBAL | | | | | |
| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| 1159 | SAG9T0T0236 1062000 | 3 93 | 07834482 RETAINER, GREASE REV. 00 LOT S@LO: 6000 PER BOX CALL ALVIN FOR PICK UP 1-800-642-3624 PRICE EFF. 1/1/05-12/31/05 | 6000 | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 3-SC | 93 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22   REV. LVL. A   1/23/96

# BAX GLOBAL Airbill

**440 EXCHANGE, IRVINE, CA 92602**

**AIRBILL NUMBER:** 701 725 430

**1-800-CALL-BAX** — FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

**SHIPPER COPY**

## 1. Shipper Information
- DATE: 9/19/05
- ORIGIN: DTW
- DESTINATION: [blank]
- SHIPPER'S REFERENCE NO: 243557
- SHIPPER'S ACCOUNT NO: 2413913151
- COMPANY: HAMLIN TOOL & MACHINE
- FROM/YOUR NAME: [signature]
- DEPT./FLOOR: [blank]
- PHONE NO: [blank]
- STREET ADDRESS: 1671 HAMLIN RD
- CITY: ROCHESTER
- STATE: MI
- ZIP: 48307

## 2. Consignee Information
- CONSIGNEE'S REFERENCE NO: 24137450
- CONSIGNEE'S ACCOUNT NO: [blank]
- COMPANY: Delphi Saginaw S. P. O. S.
- DEPT./FLOOR: [blank]
- PHONE NO: [blank]
- TO (CONSIGNEE NAME): CISCO 44625 SAP 16903
- ACCURATE STREET ADDRESS: 3700 Holland Rd
- CITY: Saginaw
- STATE: MI
- ZIP: 48601

## 3. Service Requested
**GUARANTEED SERVICES:**
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

**STANDARD SERVICES:**
- [ ] Overnight (Next Business Day)
- [ ] Second Day
- [X] BAX Saver
- [ ] Next Flight Available
- [ ] Other

## 4. Billing Information
- [ ] PREPAID (Shipper)
- [ ] COLLECT (Consignee)
- [X] 3RD PARTY (Acct. No. Req'd): 2413913151
- COMPANY/NAME: Delphi
- [ ] C.O.D. $

RATE QUOTE NUMBER: [blank]

## 5. Handling Information
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
- RMK 1:
- RMK 2:

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 93 | | | | Machine parts |

TOTAL PCS: 1  TOTAL WT: 93  REWEIGH: [blank]
SKID(S) SAID TO CONTAIN: 1
RELEASE SIGNATURE: X

DECLARED VALUE: $ [blank]

## 6. For BAX Global Use Only
- RECEIVED BY BAX AT: [ ] SHIPPER'S DOOR [ ] BAX TERMINAL
- OUTSIDE CARRIER: $
- CHARGES ADVANCED: $
- PRO NUMBER: [blank]
- CARRIER NAME: [blank]

PRINT NAME X: [signature]
DATE: [signature]

## 7. Received by BAX Global Driver / Agent
- Driver Signature: [signature]
- Print Name: Russ
- Pick Up Time: [blank]  Pick Up Date: [blank]
- Driver No: BK9

AIRBILL NUMBER: 701 725 430

OP 100 (04-04)

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

09/15/05  SID# 64357

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

CARRIER: BAX GLOBAL  BAXG

CARRIER'S NO.:
SHIPPER'S NO.:

**From** HAMLIN TOOL AND MACHINE COMPANY, INC.
**At** ROCHESTER, MICHIGAN 48307     D-U-N-S #057015273

**Consigned to**
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI  48601

(Mail or street address of consignee — For purposes of notification only.)

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier# 057015273 SID # | | | |
| 3 PCS71 | CARTON                         64357 | 90 NET WT. | | |
| | | 3 TARE WT. | | |
| | | 93 GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ============== T O T A L S ============== | | | |
| | 90 TOT NET    3 TOT TAR    93 TOT GRS | | | |
| PCS71-3 | CLASS RATE: 50 AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: _____
ShipTime: _____

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid"

Received $ ___ to apply in prepayment of the charges on the property described hereon.
Agent or Cashier ___
Per ___ (The signature here acknowledges only the amount prepaid.)

Received $ ___ to apply in prepayment of the charges on the property described hereon.
Agent or Cashier ___
Per ___ (The signature here acknowledges only the amounts prepaid.)

Charges advanced: $ ___

**C.O.D. SHIPMENT**
C O D AMT ___
Collection Fee ___
Total Charges ___

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
† Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___ per ___
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS _____ LBS

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____     Agent, Per _____

Permanent post office address of shipper

HFO 184 - REV. DATE 2/6/98 REV. LVL; A