| INVOICE NUMBER |
|---|
| SID 064358 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI  48307

REMIT TO:
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI  48307

SOLD TO:
S  GMC1200
O  DELPHI SAGINAW
L
D  NAO DISBURSEMENTS
   INVOICELESS SUPERVISOR
   PONTIAC, MI 48343-6040

SHIP TO:
S  06
H  DELPHI S PLANT 6 COLUMNS
I
P  3900 EAST HOLLAND RD
   CISCO: 44026 SAP#: K906
   SAGINAW, MI 48601
T  United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/15/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/15/05 | 064358 | CHIEFTON CONTRACT | 241 | 37 | 219 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 875 | EA | .994 | $869.75 |
|  |  |  |  |  | $0.00 |
|  |  |  |  | Subtotal | $869.75 |
|  |  |  |  | Sales Tax | $0.00 |
|  |  |  |  | Freight Charges | $0.00 |
|  |  |  |  | Invoice Total | $869.75 |
|  |  |  |  | Disc Available | $0.00 |
|  |  |  |  | Funds:  USD |  |

# Hamlin®
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | |
|---|---|
| DATE | INVOICE NO./PACKING SLIP NO. |
| 09/15/05 | SID 64358 |
| | BILL OF LADING |
| | 64358 |

SOLD TO:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 48343-6040

SHIP TO:
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 46601

| PPLIER NO. 057015273 | SHIPPED VIA CHIEFTON CONTRACT SVCS | | | TERMS 25TH PROX | | |
|---|---|---|---|---|---|---|
| OUR NO. | PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| | ACCUM. SHIPPED | GROSS WGT. | DESCRIPTION | | | |
| 87954 | SAG9010236 | 7 | 26038964 | 875 | | |
| | 121250 | 240 | SWITCH MOUNTING BRACKET | | | |
| | | | Lot 23405  875 pcs box# | | | |
| | | | PRICE VALID 1/1/05-12/31/05 | | | |
| | | | DAILY MILK RUN 1:00 PM | | | |

TOTAL NO. OF PACKAGES  7-SC
TOTAL WEIGHT  240

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

O-22    REV. LVL: A  1/23/96

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**    SID# 64358

09/15/05

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

CARRIER'S NO.:

| CARRIER: | CHIEFTON CONTRACT SVCS | CFCN | SHIPPER'S NO.: |

| From | HAMLIN TOOL AND MACHINE COMPANY, INC. |
| At | ROCHESTER, MICHIGAN 48307 | D-U-N-S #057015273 |

**Consigned to**   GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

SAGINAW, MI  48601

(Mail or street address of consignee — For purposes of notification only)

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#         057015273      SID # | | | |
| 7 PCS71 CARTON | | 64358    219 NET WT. | | |
| | | 21 TARE WT. | | |
| | | 240 GROSS WT. | | |
| | GM SAGINAW DIVISION | | | |
| | ============== T O T A L S ============== | | | |
| | 219 TOT NET   21 TOT TAR   240 TOT GRS | | | |
| PCS71-7 | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: *S84907*

ShipTime: *1300*

*132072*

| Subject to Section 7 of conditions of applicable bill of lading If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges | If charges are to be prepaid, write or stamp here, "To be Prepaid" | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier _____ Per _____ (The signature here acknowledges only the amount prepaid.) | Received $ _____ to apply in prepayment of the charges on the property described hereon. Agent or Cashier _____ Per _____ (The signature here acknowledges only the amounts prepaid.) | Charges advanced: $ _____ | C.O.D. SHIPMENT C O D AMT _____ Collection Fee _____ Total Charges |
| Per _____ (Signature of Consignor.) | | | | THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS _____ LBS | |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight
† Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____           Agent, Per _____

Permanent post office address of shipper

1

HFO 184 - REV. DATE 2/6/98 REV. LVL; A