| | | | INVOICE NUMBER |
|---|---|---|---|
| **Hamlin Tool & Machine, Inc.** | REMIT TO:<br>Hamlin Tool & Machine Company | | SID 064378 |
| 1671 East Hamlin Rd | 1671 East Hamlin Rd | | |
| Rochester, MI 48307 | Rochester, MI 48307 | | |

```
S  GMC1200                              S  05
O  DELPHI SAGINAW                       H  DELPHI S PLANT 5 FWD AXLES
L                                       I
D  NAO DISBURSEMENTS                    P  3900 EAST HOLLAND RD
   INVOICELESS SUPERVISOR                  CISCO: 44025 SAP#K905
   PONTIAC, MI 48343-6040                  SAGINAW, MI 48601
T                                       T  United States
O                                       O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/16/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/16/05 | 064378 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | |
|---|---|
| DATE | INVOICE NO./PACKING SLIP NO. |
| 09/16/05 | SID 64378 |
| | BILL OF LADING |
| | 64378 |

S   1200
O   GMACo-DELPHI SAGINAW
L   NAO DISBURSEMENTS
D   INVOICELESS SUPERVISOR
    P.O. BOX 436040
T   PONTIAC, MI 48343-6040
O

S   005356878
H   DELPHI S PLANT 5 FWD AXLES
I   3900 HOLLAND RD.
P   CISCO: 44025 SAP#: K905
T   SAGINAW, MI 48601
O

| SUPPLIER NO. | | | | | | |
|---|---|---|---|---|---|---|
| 057015273 | | | | | | |
| OUR NO. | PURCHASE ORDER NO. | SHIPPED VIA | | | TERMS | 25TH PROX |
| 1159 | SAG9010236 | BAX GLOBAL | | | | |
| | ACCUM. SHIPPED | NO. OF PKGS. | GROSS WGT. | | | |
| | 1062000 | 5 | 93 | | | |

| PART NUMBER | | | | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| DESCRIPTION | | | | | | |
| 07834482 | | | | 6000 | | |
| RETAINER, GREASE REV. 00 | | | | | | |
| LOT #0105 6000 PCS BxxxII | | | | | | |
| CALL ALMAN FOR PICK UP 1-800-242-5026 | | | | | | |
| PRICE EFF. 1/1/05-12/31/05 | | | | | | |

TOTAL WEIGHT    93
TOTAL NO. OF PACKAGES    3-SC

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22  REV. LVL: A  1/23/96

# BAX GLOBAL Airbill

**440 EXCHANGE, IRVINE, CA 92602**
**1-800-CALL-BAX**
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

**AIRBILL NUMBER:** 701 725 426

**DATE:** [illegible]
**ORIGIN:** DTW
**DESTINATION:** [illegible]

**SHIPPER'S REFERENCE NO.:** 64130VII
**SHIPPER'S ACCOUNT NO.:** 2927745P

**FROM (YOUR NAME):** Ca [illegible] Sarry
**COMPANY:** HAMLIN TOOL & MACHINE
**PHONE NO.:** [illegible]
**STREET ADDRESS:** 1671 HAMLIN RD
**CITY:** ROCHESTER
**STATE:** MI
**ZIP:** 48307

**CONSIGNEE'S REFERENCE NO.:** [illegible]
**CONSIGNEE'S ACCOUNT NO.:** [illegible]
**COMPANY:** Delphi Saginaw Strg Sys
**TO (CONSIGNEE NAME):** Cisco 4625 Sopu K95
**PHONE NO.:** [illegible]
**STREET ADDRESS:** 3900 Holland
**CITY:** Saginaw
**STATE:** MI
**ZIP:** 48601

## SERVICE REQUESTED
### GUARANTEED SERVICES
- [ ] CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

### STANDARD SERVICES
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [ ] SECOND DAY
- [x] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

## BILLING INFORMATION
- [ ] PREPAID (SHIPPER)
- [ ] COLLECT (CONSIGNEE)  **RATE QUOTE NUMBER:**
- [x] 3RD PARTY (ACCT. NO. REQ'D)  **ACCOUNT NO.:** 6439 9531 **COMPANY/NAME:** Delphi
- [ ] C.O.D.

**AIRBILL NUMBER:** 701 725 426

## HANDLING INFORMATION (*SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

**SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:**
RMK 1:
RMK 2:

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | M2M Parts |

**TOTAL PCS.:** 1   **TOTAL WT.:** 93   **REWEIGH:**
**SKID(S) SAID TO CONTAIN:** 1

**DECLARED VALUE / RELEASE SIGNATURE X** [signature]

**LIMIT OF LIABILITY:** LIABILITY IS AGREED AND UNDERSTOOD TO BE $0.00 OR $0.50 PER POUND, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL, PARAGRAPH 4, FOR DECLARED VALUE LIMITATIONS.

## FOR BAX GLOBAL USE ONLY

**RECEIVED BY BAX AT:**
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL

**OUTSIDE CARRIER:** $
**CHARGES ADVANCED:** $
**PRO NUMBER:**
**CARRIER NAME:**

(SENDER AUTHORIZES BAX TO DELIVER SHIPMENT WITHOUT A DELIVERY SIGNATURE AS PER CONDITIONS ON REVERSE OF THIS PAGE.)

Shipper must sign this bill and produce the proper identification. **One government issued photo ID is acceptable.** If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

**SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X** [signature]   **PRINT NAME X** [illegible]   **DATE** 1/16/05

**1st personal ID reviewed:** # appearing on ID [illegible]   Matched photo on ID? ☐ YES ☐ NO
**2nd personal ID reviewed:** # appearing on ID                  Matched photo on ID? ☐ YES ☐ NO

## RECEIVED BY BAX GLOBAL DRIVER / AGENT

**Driver Signature:** R. Cruz
**Print Name:** [illegible]
**Pick Up Date:** 1/16/05  **Pick Up Time:** 1425  **Driver No.:** TR 6149

(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

**SHIPPER COPY**

P 100 (04-04)

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO : |
|---|---|---|---|
| | | | SHIPPER'S NO.: |

**From**    HAMLIN TOOL AND MACHINE COMPANY, INC.

**At**    ROCHESTER, MICHIGAN 48307      D-U-N-S #057015273

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**    DELPHI S PLANT 5 FWD AXLES     (Mail or street address of consignee — For purposes of notification only.)
3900 HOLLAND RD.
CISCO: 44025  SAP#: K905

SAGINAW, MI  48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|

```
        Supplier#              057015273         SID #

   3    PCS71   CARTON                           64378          90    NET WT.
                                                                 3    TARE WT.
                                                                93    GROSS WT.

        DELPHI S PLANT 5 FWD AXLES

======================================= T O T A L S =============================
        90    TOT NET          3    TOT TAR        93    TOT GRS

   PCS71-3
        CLASS RATE: 50   AUTOMOTIVE METAL PARTS
        3RD PARTY COLLECT
        BILL: DELPHI S, 44025 SAGINAW MI c/o
        DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362
```

Trailer#: 6149
ShipTime: 9/16/05
Rob GREG

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor ) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier _____<br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier _____<br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ _____ | C.O.D. SHIPMENT<br>C O D AMT _____<br>Collection Fee _____<br>Total Charges _____ |
|---|---|---|---|---|---|

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight
† Shipper's imprints in lieu of stamp not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____       _____ Agent, Per _____

Permanent post office address of shipper

HFO 184 - REV. DATE 2/6/98 REV. LVL; A