| | | INVOICE NUMBER |
|---|---|---|
| Hamlin Tool & Machine, Inc.<br>1671 East Hamlin Rd<br><br>Rochester, MI  48307 | REMIT TO:<br>Hamlin Tool & Machine Company<br>1671 East Hamlin Rd<br><br>Rochester, MI  48307 | SID 064431 |

| | | |
|---|---|---|
| S  GMC1200<br>O  DELPHI SAGINAW<br>L<br>D  NAO DISBURSEMENTS<br>    INVOICELESS SUPERVISOR<br>    PONTIAC, MI 48343-6040<br>T<br>O | | S  05<br>H  DELPHI S PLANT 5 FWD AXLES<br>I<br>P  3900 EAST HOLLAND RD.<br>    CISCO: 44025 SAP#K905<br>    SAGINAW, MI 48601<br>T  United States<br>O |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/21/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/21/05 | 064431 | BAX GLOBAL | 124 | 22 | 120 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 8,000 | EA | .0535 | $428.00 |
| | | | | | $0.00 |
| | | | | Subtotal<br>Sales Tax<br>Freight Charges<br>Invoice Total<br>Disc Available<br>Funds:  USD | $428.00<br>$0.00<br>$0.00<br>$428.00<br>$0.00 |



# Hamlin Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | | INVOICE NO./PACKING SLIP NO. | SID 64431 |
|---|---|---|---|
| | DATE | BILL OF LADING | 64431 |
| | 09/21/05 | | |

**SOLD TO:**
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

**SHIP TO:**
005356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905
SAGINAW, MI 48601

SUPPLIER NO. 057015273

| OUR NO. | PURCHASE ORDER NO. | SHIPPED VIA | NO. OF PKGS. | TERMS |
| --- | --- | --- | --- | --- |
| 1159 | SAG9010236 | BAX GLOBAL | 4 | 25TH PROX |
| | ACCUM. SHIPPED 1088000 | | GROSS WGT. 124 | |

| PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 07834482 RETAINER, GREASE REV. 00<br>Lot 9G105 2000 pcs Box#<br>Lot 9G105     pcs Box#<br>CALL ALVAN FOR PICK UP 1-800-542-5826<br>PRICE EFF. 1/1/05-12/31/05 | 8000 | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
| --- | --- |
| 4-SC | 124 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

**NUMERICAL FILE COPY**

HFO-22  REV. LVL: A  1/23/96

BAX GLOBAL — 440 EXCHANGE, IRVINE, CA 92602

AIRBILL NUMBER: 701 725 382

DATE: 9/21/06
ORIGIN: DTW
DESTINATION: DTW

SHIPPER'S REFERENCE NO.: CWB1
SHIPPER'S ACCOUNT NO.: [illegible]
CONSIGNEE'S REFERENCE NO.: CWB1
CONSIGNEE'S ACCOUNT NO.: [blank]

FROM (YOUR NAME): HAMLIN TOOL & MACHINE
DEPT./FLOOR: [blank]
PHONE NO.: [illegible]

TO (CONSIGNEE NAME): Delphi Saginaw Steering
COMPANY: [illegible]
DEPT./FLOOR: Dock 14625 Sh9 1C995
PHONE NO.: [illegible]

STREET ADDRESS: 1671 HAMLIN RD
ACCURATE STREET ADDRESS: 3900 Holland

CITY: ROCHESTER
STATE: MI
ZIP: 48307

CITY: Saginaw
STATE: MI
ZIP: 48601

### BILLING INFORMATION
- [ ] PREPAID (SHIPPER)
- [ ] COLLECT (CONSIGNEE)
- [X] 3RD PARTY
  - ACCOUNT NO.: 413-913-5131
  - COMPANY NAME: Delphi
- [ ] C.O.D.

RATE QUOTE NUMBER: [blank]

AIRBILL NUMBER: 701 725 382

### HANDLING INFORMATION
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1: [blank]
RMK 2: [blank]

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 124 | 32 | 30 | 17 | Mtrl/Parts |

TOTAL PCS.: 1
TOTAL WT.: 124
REWEIGH: [blank]
SKID(S) SAID TO CONTAIN: 1

DECLARED VALUE: $ [blank]
RELEASE SIGNATURE X: [signature]

### GUARANTEED SERVICES
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (EMR 2.D)

### STANDARD SERVICES
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [ ] SECOND DAY
- [X] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

### FOR BAX GLOBAL USE ONLY
RECEIVED BY BAX AT:
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL

OUTSIDE CARRIER: [blank]
CHARGES ADVANCED: $ [blank]
PRO NUMBER: [blank]
CARRIER NAME: [blank]

1st personal ID reviewed: [signature]
# appearing on ID: [blank]
Matched photo on ID? [ ] YES [ ] NO

2nd personal ID reviewed: [blank]
# appearing on ID: [blank]
Matched photo on ID? [ ] YES [ ] NO

DATE: 9/21/06

PRINT NAME X: [illegible]

RECEIVED BY BAX GLOBAL DRIVER / AGENT

Driver Signature: [signature]
Print Name: McCall
Pick Up Date: 9/21/06
Pick Up Time: [illegible]
Driver No.: 430

SHIPPER COPY

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU
CALL YOUR LOCAL BAX STATION

Form 100 (04-04)

09/21/05    STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable    SID# 64431

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO : |
| | | | SHIPPER'S NO.: |

From: **HAMLIN TOOL AND MACHINE COMPANY, INC.**

At: **ROCHESTER, MICHIGAN 48307**     D-U-N-S #057015273

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**     DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025  SAP#: K905

(Mail or street address of consignee — For purposes of notification only )

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|
| | Supplier#      057015273        SID # | | | |
| 4  PCS71  CARTON | | 64431     120  NET WT. | | |
| | | 4  TARE WT. | | |
| | | 124  GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | ================ T O T A L S ================= | | | |
| | 120  TOT NET    4  TOT TAR    124  TOT GRS | | | |
| PCS71-4 | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: 6149
ShipTime: 9/21/05 pAT

| Subject to Section 7 of conditions of applicable bill of lading If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of Consignor ) | If charges are to be prepaid, write or stamp here, "To be Prepaid". | Received $ _____ to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____ to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ _____ | **C.O.D. SHIPMENT**<br>C O D. AMT _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is  carrier s or shipper s weight
† Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS _____ LBS

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

**HAMLIN
TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

Shipper, Per _____     _____ Agent, Per _____

HFO 184 - REV DATE 2/6/98 REV. LVL; A