| | | INVOICE NUMBER |
|---|---|---|
| Hamlin Tool & Machine, Inc.<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | REMIT TO:<br>Hamlin Tool & Machine Company<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | SID 064471 |

| SOLD TO | SHIP TO |
|---|---|
| GMC1200<br>DELPHI SAGINAW<br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | 06<br>DELPHI S PLANT 6 COLUMNS<br>3900 EAST HOLLAND RD<br>CISCO: 44026 SAP#: K906<br>SAGINAW, MI 48601<br>United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/23/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/23/05 | 064471 | CHIEFTON CONTRACT | 209 | 21 | 188 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 26038964<br>SWITCH MOUNTING BRACKET<br>INTERNAL #: 8964 | 750 | EA | .994 | $745.50 |
| | | | | | $0.00 |
| | | | | Subtotal | $745.50 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $745.50 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | | DATE | INVOICE NO./PACKING SLIP NO. |
|---|---|---|---|
| | | 09/23/05 | SID 64471 |
| | | | BILL OF LADING |
| | | | 64471 |

SOLD TO:
1200
GMACQ-DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
005356878
GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06
SAGINAW, MI 48601

| SUPPLIER NO. | SHIPPED VIA | | | TERMS |
|---|---|---|---|---|
| 057015273 | CHIEFTON CONTRACT SVCS | | | 25TH PROX |

| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 8964 | SMG90102S6 125500 | 6 206 | 26038964 SWITCH MOUNTING BRACKET Lot 23405 750 pcs Bort PRICE VALID 1/1/05-12/31/05 DAILY MILK RUN 1:00 PM | 750 | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 6 ← SC | 206 ← |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22   REV. LVL: A   1/23/96

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable

SID# 64471

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | CHIEFTON CONTRACT SVCS    CFCN | CARRIER'S NO.: |
|---|---|---|
| | | SHIPPER'S NO.: |

| From | HAMLIN TOOL AND MACHINE COMPANY, INC. | |
|---|---|---|
| At | ROCHESTER, MICHIGAN 48307 | D-U-N-S #057015273 |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**  GM SAGINAW DIVISION
3900 HOLLAND RD
PLANT 06

SAGINAW, MI  48601

(Mail or street address of consignee — For purposes of notification only)

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|

```
          Supplier#         057015273       SID #

  6   PCS71   CARTON                  64471       188    NET WT.
                                                   18    TARE WT.
                                                  206    GROSS WT.

          GM SAGINAW DIVISION

=============================== T O T A L S ===========================
       188    TOT NET      18   TOT TAR     206   TOT GRS

  PCS71-6
          CLASS RATE: 50   AUTOMOTIVE METAL PARTS
          3RD PARTY COLLECT
          BILL: DELPHI S, 44025 SAGINAW MI c/o
          DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362
```

Trailer#: S84907
ShipTime: 1245

139648

| | If charges are to be prepaid, write or stamp here, "To be Prepaid" | Received $ _____ to apply in prepayment of the charges on the property described hereon | Received $ _____ to apply in prepayment of the charges on the property described hereon | Charges advanced: | **C.O.D. SHIPMENT** |
|---|---|---|---|---|---|
| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges  Per _____ (Signature of Consignor ) | | Agent or Cashier  Per _____ (The signature here acknowledges only the amount prepaid) | Agent or Cashier  Per _____ (The signature here acknowledges only the amounts prepaid.) | $ _____ | C O D AMT _____  Collection Fee _____  Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight
* Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS _____ LBS

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    Agent, Per _____

Permanent post office address of shipper

HFO 184 - REV DATE 2/6/98 REV. LVL; A