| | | INVOICE NUMBER |
|---|---|---|
| **Hamlin Tool & Machine, Inc.**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | REMIT TO:<br>Hamlin Tool & Machine Company<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | SID 064503 |

```
S  GMC1200                              S  23
O  DELPHI SAGINAW                       H  DELPHI S PLANT 23 ATHENS
L                                       I  c/o INDIANAPOLIS DDC
D  NAO DISBURSEMENTS                    P  ALVAN MOTOR FREIGHT
   INVOICELESS SUPERVISOR                  1235 TERMINAL ROAD
   PONTIAC, MI 48343-6040                  INDIANAPOLIS, IN 46247
T                                       T  United States
O                                       O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/27/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/27/05 | 064503 | ALVAN MOTOR FREIGHT | 132 | 36 | 108 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 7,200 | EA | .0535 | $385.20 |
| | | | | Subtotal | $385.20 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $385.20 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | |
|---|---|
| DATE | INVOICE NO./ PACKING SLIP NO. |
| 09/27/05 | SID 64503 |
| | BILL OF LADING |
| | 64503 |

SOLD TO:
1200
GMACa-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
005356878
DELPHI-S- 44123 ATHENS AL.
c/o INDIANAPOLIS DDC.
& ALVAN MOTOR FREIGHT
1235 TERMINAL RD.
INDIANAPOLIS, IN 46247

| SUPPLIER NO. | SHIPPED VIA | | TERMS | | |
|---|---|---|---|---|---|
| 057015273 | ALVAN MOTOR FREIGHT | | 25TH PROX | | |
| OUR NO. | PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
| 1159 | SAG9010236 | 12 | 07834482 | 7200 | | |
| | ACCUM. SHIPPED | GROSS WGT. | DESCRIPTION | | | |
| | 486400 | 372 | RETAINER, GREASE REV. 00 | | | |
| | | | Lot 9GL05 7200 pcs Box# | | | |
| | | | CALL ALVAN FOR PICK UP 1-800-642-6826 | | | |
| | | | PRICE EFF. 1/1/05-12/31/05 | | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 12—SC | 372 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22  REV. LVL: A  1/23/96