| | | | INVOICE NUMBER |
|---|---|---|---|
| **Hamlin Tool & Machine, Inc.**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | | REMIT TO:<br>**Hamlin Tool & Machine Company**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | SID 064528 |

| S O L D T O | | S H I P T O | |
|---|---|---|---|
| S | GMC1200 | S | 05 |
| O | DELPHI SAGINAW | H | DELPHI S PLANT 5 FWD AXLES |
| L | | I | |
| D | NAO DISBURSEMENTS | P | 3900 EAST HOLLAND RD. |
|   | INVOICELESS SUPERVISOR |   | CISCO: 44025 SAP#K905 |
|   | PONTIAC, MI 48343-6040 |   | SAGINAW, MI 48601 |
| T |   | T | United States |
| O |   | O |   |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/28/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/28/05 | 064528 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |

# hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| DATE | INVOICE NO./ PACKING SLIP NO. |
|---|---|
| 09/23/05 | SID 64528 |
| | BILL OF LADING |
| | 64528 |

**SOLD TO:**
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

**SHIP TO:**
00535687B
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025   SAP#: K905
SAGINAW, MI 48601

| SUPPLIER NO. | SHIPPED VIA |
|---|---|
| 057015273 | DAX GLOBAL |

**TERMS:** 25TH PROX

| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1159 | SAG9010256 1.118000 | 3   93 | 078344482 RETAINER, GREASE REV. 00 Lot 29105  6000 pcs Road Call ALVAN FOR PICK UP 1-800-242-5526 PRICE EFF. 1/1/05-12/31/05 | 6000 | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 3-SC | 93 |

We hereby certify that these goods were produced in compliance with all
applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards
Act, as amended, and of the regulations and orders of the United States
Department of Labor issued under Section 14 thereof.

**NUMERICAL FILE COPY**

HFO-22   REV. LVL. A   1/23/96

**BAX GLOBAL** — 440 EXCHANGE, IRVINE, CA 92602 — 1-800-CALL-BAX

FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

DATE: 9/28/05    ORIGIN: DTW    DESTINATION: [illegible]

AIRBILL NUMBER: 701 725 393

SHIPPER'S REFERENCE NO.: 6151211
SHIPPER'S ACCOUNT NO.: 2707745
COMPANY (FROM): HAMLIN TOOL & MACHINE
STREET ADDRESS: 1671 HAMLIN RD
CITY: ROCHESTER    STATE: MI    ZIP: 48307

CONSIGNEE'S REFERENCE NO.: [handwritten]
CONSIGNEE'S ACCOUNT NO.: [handwritten]
COMPANY (TO): Delphi Sports [illegible]
ACCURATE STREET ADDRESS: [illegible] 4405 Sop [illegible] 05
CITY: [illegible]    STATE: MI    ZIP: 4[illegible]

### SERVICE REQUESTED

**GUARANTEED SERVICES**
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER 2 D)

**STANDARD SERVICES**
- [ ] Overnight (Next Business Day)
- [ ] Second Day
- [x] BAX Saver
- [ ] Next Flight Available
- [ ] Other

### BILLING INFORMATION
- [ ] PREPAID (SHIPPER)
- [x] COLLECT (CONSIGNEE)
- [x] 3RD PARTY
- [ ] C.O.D.

ACCOUNT NO: 243 93 1531
AIRBILL NUMBER: 701 725 393

### HANDLING INFORMATION
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

NO. OF PCS: 1   WEIGHT: [illegible]   LENGTH: [illegible]   WIDTH: 30   HEIGHT: 10   DESCRIPTION: Machine Parts
TOTAL PCS: 1   TOTAL WT: [illegible]   1 SKID(S) SAID TO CONTAIN

RELEASE SIGNATURE X
DECLARED VALUE $

### FOR BAX GLOBAL USE ONLY
RECEIVED BY BAX AT: [x] SHIPPER'S DOOR / [ ] BAX TERMINAL
OUTSIDE CARRIER: $
CHARGES ADVANCED: $
PRO NUMBER:
CARRIER NAME:

RECEIVED BY BAX GLOBAL DRIVER / AGENT
Driver Signature: Fran Clark
Print Name: FRAN CLARK
Pick Up Date: 9/28/05   Time: 1120   Driver No: 1031

PRINT NAME X [signature]   DATE 9/28/05

1st personal ID reviewed: [signature]   # appearing on ID   Matched photo on ID? [ ] YES [ ] NO
2nd personal ID reviewed:   # appearing on ID   Matched photo on ID? [ ] YES [ ] NO

**SHIPPER COPY**

P-100 (04-04)

09/28/05 — **STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**    SID# 64528

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO.: |
|---|---|---|---|
| | | | SHIPPER'S NO.: |

**From** HAMLIN TOOL AND MACHINE COMPANY, INC.

**At** ROCHESTER, MICHIGAN 48307    D-U-N-S #057015273

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading including those on the back thereof set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**    DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI    48601

(Mail or street address of consignee — For purposes of notification only.)

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|

```
        Supplier#            057015273      SID #

  3  PCS71  CARTON                        64528        90  NET WT.
                                                        3  TARE WT.
                                                       93  GROSS WT.

        DELPHI S PLANT 5 FWD AXLES

============================== T O T A L S ==============================
        90  TOT NET      3  TOT TAR       93  TOT GRS

PCS71-3
        CLASS RATE: 50  AUTOMOTIVE METAL PARTS
        3RD PARTY COLLECT
        BILL: DELPHI S, 44025 SAGINAW MI c/o
        DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362
```

Trailer#: _____

ShipTime: _____

| Subject to Section 7 of conditions of applicable bill of lading If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor) | If charges are to be prepaid, write or stamp here, "To be Prepaid" | Received $ _____<br>to apply in prepayment of the charges on the property described hereon.<br><br>Agent or Cashier _____<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid.) | Received $ _____<br>to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier _____<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ _____ | C.O.D. SHIPMENT<br><br>C.O.D. AMT _____<br>Collection Fee _____<br>Total Charges _____ |

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations by the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS.

TR# 6149

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    9/28/05    Agent, Per 1130

_Fran Clark BAX_

Permanent post office address of shipper

1

HFO 184 - REV. DATE 2/6/98 REV. LVL: A