| INVOICE NUMBER |
|---|
| SID 064550 |

**Hamlin Tool & Machine, Inc.**
1671 East Hamlin Rd

Rochester, MI 48307

**REMIT TO:**
**Hamlin Tool & Machine Company**
1671 East Hamlin Rd

Rochester, MI 48307

SOLD TO:
GMC1200
DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

SHIP TO:
05
DELPHI S PLANT 5 FWD AXLES
3900 EAST HOLLAND RD.
CISCO: 44025 SAP#K905
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 09/30/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 09/30/05 | 064550 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | |
|---|---|
| DATE | INVOICE NO./ PACKING SLIP NO. |
| 09/29/05 | SID 64550 |
| | BILL OF LADING |
| | 64550 |

S O L D  T O:
1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

S H I P  T O:
005356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025   SAP#: K905
SAGINAW, MI 48601

PPLIER NO. 057015273

| SHIPPED VIA | | |
|---|---|---|
| BAX GLOBAL | | |

TERMS: 25TH PROX

| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1159 | SAG9010236  1124000 | 3  93 | 078344452 RETAINER, GREASE REV. 00 Lot 9GL05 6000 pcs Boxx CALL AL VAN FOR PICK UP 1-800-642-5826 PRICE EFF. 1/1/05-12/31/05 | 6000 | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 3-SC | 93 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

IFO-22   REV. LVL. A   1/23/96

# BAX GLOBAL Airbill

**1-800-CALL-BAX** — FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

440 EXCHANGE, IRVINE, CA 92602

**ORIGIN:** DTW
**DESTINATION:** [illegible]
**DATE:** 6/24/05
**SHIPPER'S REFERENCE NO.:** 64510
**SHIPPER'S ACCOUNT NO.:** 2923776502
**AIRBILL NUMBER:** 690 714 673
**CONSIGNEE'S REFERENCE NO.:** [blank]
**CONSIGNEE'S ACCOUNT NO.:** [blank]

**FROM (COMPANY):** HAMLIN TOOL & MACHINE
**YOUR NAME:** Carl Bailey
**PHONE NO.:** [blank]
**STREET ADDRESS:** 1671 HAMLIN RD
**CITY:** ROCHESTER **STATE:** MI **ZIP:** 48307

**TO COMPANY:** Delphi Saginaw Steering
**CONSIGNEE NAME:** Cisco 44025 Ship 4 #25 Dock
**ACCURATE STREET ADDRESS:** 3900 Holland
**CITY:** Saginaw **STATE:** MI **ZIP:** 48601
**PHONE NO.:** [illegible]

## SERVICE REQUESTED

**GUARANTEED SERVICES**
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

**STANDARD SERVICES**
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [ ] SECOND DAY
- [X] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

## HANDLING INFORMATION (*SPECIAL RATE MAY APPLY)
- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

**SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:**
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 32 | 30 | 2 | | MCM |

**TOTAL PCS:** 1  **TOTAL WT:** 32  **REWEIGH:** [blank]
SKID(S) SAID TO CONTAIN ___ NO. OF PIECES

**RELEASE SIGNATURE:** X
**DECLARED VALUE:** $

## BILLING INFORMATION
- [ ] PREPAID (SHIPPER)  $ _____ CASH RECEIVED (PAID IN ADVANCE)
- [ ] COLLECT (CONSIGNEE)  **RATE QUOTE NUMBER:** _____
- [X] 3RD PARTY (ACCT. NO. REQ'D.)
  **ACCOUNT NO.:** 6243919531
  **COMPANY NAME:** [illegible]
- [ ] C.O.D. $ _____

**AIRBILL NUMBER:** 690 714 673
**PRO NUMBER:** 145 6092

## FOR BAX GLOBAL USE ONLY

**RECEIVED BY BAX AT:**
- [ ] SHIPPER'S DOOR
- [ ] BAX TERMINAL

**OUTSIDE CARRIER:** $
**CHARGES ADVANCED:** $
**CARRIER NAME:** [blank]

**PRINT NAME:** Carl Bailey
**DATE:** 6/29/05

1st personal ID reviewed:
# appearing on ID _____
Matched photo on ID? [ ] YES [ ] NO

2nd personal ID reviewed:
# appearing on ID _____
Matched photo on ID? [ ] YES [ ] NO

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

**SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X** [signature]

## RECEIVED BY BAX GLOBAL DRIVER / AGENT

Shipper must sign this bill and produce the proper identification. **One government issued photo ID is acceptable.** If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

**Driver Signature:** R Green
**Print Name:** TRUAH
**Pick Up Date:** 6/29/05  **Pick Up Time:** 3:10 pm  **Driver No.:** _____

NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

**SHIPPER COPY**

OP 100 (04-04)

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO : |
|---|---|---|---|
| | | | SHIPPER'S NO.: |

From **HAMLIN TOOL AND MACHINE COMPANY, INC.**

At **ROCHESTER, MICHIGAN 48307**  **D-U-N-S #057015273**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**Consigned to**   DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

(Mail or street address of consignee — For purposes of notification only )

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#       057015273      SID # | | | |
| 3 PCS71 | CARTON | 64550    90 NET WT. | | |
| | | 3 TARE WT. | | |
| | | 93 GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | =================== T O T A L S =========================== | | | |
| | 90 TOT NET     3 TOT TAR     93 TOT GRS | | | |
| PCS71-3 | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: 6149
ShipTime: 9·29·05
R. GREG BAY

| Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges<br><br>Per _____<br>(Signature of Consignor.) | If charges are to be prepaid, write or stamp here, "To be Prepaid" | Received $ _____<br>to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier _____<br><br>Per _____<br>(The signature here acknowledges only the amount prepaid) | Received $ _____<br>to apply in prepayment of the charges on the property described hereon<br><br>Agent or Cashier _____<br><br>Per _____<br>(The signature here acknowledges only the amounts prepaid.) | Charges advanced:<br><br>$ _____ | C.O.D. SHIPMENT<br><br>C O D AMT _____<br>Collection Fee _____<br>Total Charges _____ |
|---|---|---|---|---|---|

† This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission
* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight
† Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS

**HAMLIN TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____     _____ Agent, Per _____

Permanent post office address of shipper

HFO 184 - REV. DATE 2/6/98 REV. LVL: A