| INVOICE NUMBER |
|---|
| SID 064629 |

Hamlin Tool & Machine, Inc.
1671 East Hamlin Rd

Rochester, MI 48307

REMIT TO:
Hamlin Tool & Machine Company
1671 East Hamlin Rd

Rochester, MI 48307

SOLD TO:
GMC1200
DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
PONTIAC, MI 48343-6040

SHIP TO:
05
DELPHI S PLANT 5 FWD AXLES
3900 EAST HOLLAND RD.
CISCO: 44025 SAP#K905
SAGINAW, MI 48601
United States

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/03/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/03/05 | 064629 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |



# Hamlin Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| DATE | INVOICE NO./PACKING SLIP NO. |
|---|---|
| 10/03/05 | SID 64629 |
| | BILL OF LADING |
| | 64629 |

SOLD TO:
GMACG-DELPHI SAGINAW   1200
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

SHIP TO:
005356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025  SAP#: K905
SAGINAW, MI 48601

TERMS: 25TH PROX

| SUPPLIER NO. | SHIPPED VIA |
|---|---|
| 057015273 | BAX GLOBAL |

| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. | GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1159 | SAG9010236  1136000 | 3 | 93 | 07834482 RETAINER, GREASE REV. 00 LOT 98105 6000 pcs 8x4 CALL AL VAN FOR PICK UP 1-800-242-5826 PRICE EFF. 1/1/05-12/31/05 | 6000 | | |

TOTAL NO. OF PACKAGES: 3-SC
TOTAL WEIGHT: 93

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22   REV. LVL: A   1/23/96

# BAX GLOBAL
440 EXCHANGE IRVINE, CA 92602

**SHIPPER COPY**

1-800-CALL-BAX
FOR INFORMATION OR THE BAX OFFICE NEAREST YOU

| DATE | ORIGIN | DESTINATION |
|---|---|---|
| 10/13/05 | SNA | DTW |

SHIPPER'S REFERENCE NO.: 64251

AIRBILL NUMBER: 690 714 695

SHIPPER'S ACCOUNT NO.: 291347650    DEPT./FLOOR:

**COMPANY:** HAMLIN TOOL & MACHINE
**FROM (YOUR NAME):** Ken Schell    PHONE NO.: 2485516332
**STREET ADDRESS:** 1671 HAMLIN RD
**CITY:** ROCHESTER    **STATE:** MI    **ZIP:** 48307

CONSIGNEE'S REFERENCE NO.:    CONSIGNEE'S ACCOUNT NO.:

**COMPANY:** Delphi Saginaw Plant 5 Bldg 8
**TO (CONSIGNEE NAME):** Cisco 44825 Sept 1295    PHONE NO.:
**ACCURATE STREET ADDRESS (BAX CANNOT DELIVER TO A P.O. BOX):** 3900 Holland
**CITY:** Saginaw    **STATE:** MI    **ZIP:** 44601

## BILLING INFORMATION

- [ ] PREPAID (SHIPPER) $
- [ ] COLLECT (CONSIGNEE)    CASH RECEIVED (PAID IN ADVANCE) / RATE QUOTE NUMBER
- [X] 3RD PARTY (ACCT. NO. REQ'D)
  ACCOUNT NO.: 6439753
  COMPANY/NAME:
- [ ] C.O.D. $    BAX GLOBAL WILL COLLECT CONSIGNEE'S CHECK MADE PAYABLE ONLY TO THE SHIPPER FOR THE VALUE OF THE GOODS IN THE AMOUNT SHOWN.

AIRBILL NUMBER: 690 714 695

## HANDLING INFORMATION  (*SPECIAL RATE MAY APPLY)

- [ ] HOLD AT BAX
- [ ] *DANGEROUS GOODS
- [ ] *SATURDAY DELIVERY
- [ ] *SPECIAL DELIVERY
- [ ] *CONVENTION

SPECIAL INSTRUCTIONS / ADDITIONAL REFERENCE INFORMATION:
RMK 1
RMK 2

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 95 | 32 | 30 | 12 | Nicad parts |

TOTAL PCS: 1    TOTAL WT.: 95    REWEIGH:
RELEASE SIGNATURE: X    SKID(S) SAID TO CONTAIN:

DECLARED VALUE $
LIMIT OF LIABILITY: LIABILITY IS AGREED AND UNDERSTOOD TO BE $50.00 OR $.50 PER POUND, WHICHEVER IS GREATER UNLESS A HIGHER VALUE IS DECLARED AND APPLICABLE CHARGES PAID. SEE REVERSE SIDE OF AIRBILL, PARAGRAPH 6, FOR DECLARED VALUE LIMITATIONS.

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least thirty days.

SHIPPER / REPRESENTATIVE SIGNATURE: SIGN NAME X ___    PRINT NAME X ___

## RECEIVED BY BAX GLOBAL DRIVER / AGENT

Driver Signature: R. Greig
Print Name:    TR 6149
Pick Up Date: 10/13/05    Pick Up Time: 2:20 pm    Driver No.:
(IN ORDER TO EXPEDITE, SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIER AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER INSTRUCTIONS HEREON.)
NON-NEGOTIABLE AIRBILL SUBJECT TO TERMS AND CONDITIONS OF CONTRACT ON REVERSE SIDE.

5T00 (04-04)

## SERVICE REQUESTED

### GUARANTEED SERVICES
- [ ] CALL YOUR LOCAL BAX STATION
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

### STANDARD SERVICES
- [ ] OVERNIGHT (NEXT BUSINESS DAY)
- [ ] SECOND DAY
- [X] BAX SAVER
- [ ] NEXT FLIGHT AVAILABLE
- [ ] OTHER

## FOR BAX GLOBAL USE ONLY

| RECEIVED BY BAX AT | CHARGES ADVANCED | PRO NUMBER | CARRIER NAME |
|---|---|---|---|
| [ ] SHIPPER'S DOOR  [ ] BAX TERMINAL | OUTSIDE CARRIER: $ | | |

Shipper must sign this bill and produce the proper identification. **One government issued photo ID is acceptable.** If this cannot be furnished, the FAA requires 2 forms of ID, one of which must be government-issued, non-photo.

Non Negotiable Airbill
Conditions of Carriage On Reverse Side

DATE: 10/13/05

1st personal ID reviewed:
# appearing on ID    Matched photo on ID?  [ ] YES  [ ] NO

2nd personal ID reviewed:
# appearing on ID    Matched photo on ID?  [ ] YES  [ ] NO

10/03/05    STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable    SID# 64629

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO : |
| | | | SHIPPER'S NO.: |

From: **HAMLIN TOOL AND MACHINE COMPANY, INC.**
At: **ROCHESTER, MICHIGAN 48307**    D-U-N-S #057015273

Consigned to:
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025 SAP#: K905

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#    057015273    SID # | | | |
| 3 PCS71 | CARTON    64629 | 90 NET WT. | | |
| | | 3 TARE WT. | | |
| | | 93 GROSS WT. | | |
| | DELPHI S PLANT 5 FWD AXLES | | | |
| | =============== T O T A L S =============== | | | |
| | 90 TOT NET    3 TOT TAR    93 TOT GRS | | | |
| PCS71-3 | CLASS RATE: 50 AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | BILL: DELPHI S, 44025 SAGINAW MI c/o | | | |
| | DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362 | | | |

Trailer#: 6149
ShipTime: 10/3/05
Rob Greig BAX

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

HFO 184 - REV DATE 2/6/98 REV. LVL: A