| | | INVOICE NUMBER |
|---|---|---|
| Hamlin Tool & Machine, Inc.<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | REMIT TO:<br>Hamlin Tool & Machine Company<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | SID 064658 |

```
S  GMC1200                              S   05
O  DELPHI SAGINAW                       H   DELPHI S PLANT 5 FWD AXLES
L                                       I
D  NAO DISBURSEMENTS                    P   3900 EAST HOLLAND RD.
   INVOICELESS SUPERVISOR                   CISCO: 44025 SAP#K905
   PONTIAC, MI 48343-6040                   SAGINAW, MI 48601
T                                       T   United States
O                                       O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/06/05 | 064658 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER<br>DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | | DATE | INVOICE NO./PACKING SLIP NO. |
|---|---|---|---|
| | | 10/05/05 | SID 64658 |
| | | | BILL OF LADING |
| | | | 64658 |

S O L D **1200**
GMACG-DELPHI SAGINAW
NAO DISBURSEMENTS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

S H I P   T O
005356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025  SAP#: K905
SAGINAW, MI 48601

| SUPPLIER NO. | SHIPPED VIA | | TERMS | | |
|---|---|---|---|---|---|
| 057015273 | BAX GLOBAL | | 25TH PROX | | |

| OUR NO. | PURCHASE ORDER NO. ACCUM. SHIPPED | NO. OF PKGS. GROSS WGT. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1159 | SAG9010236 | 3 | 07834482 | 6000 | | |
| | 1148000 | 93 | RETAINER, GREASE REV. 00 | | | |
| | | | Lot 9410S  6000 pcs Box#  |  |  |  |
| | | | CALL ALVAN FOR PICK UP 1-800-642-3826 | | | |
| | | | PRICE EFF. 1/1/05-12/31/05 | | | |

| TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|
| 3~SC | 93 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22  REV. LVL: A  1/23/96

# BAX GLOBAL — Airbill (Shipper Copy)

440 EXCHANGE, IRVINE, CA 92602

**Airbill Number:** 690 714 710

## 1. Shipper Information
- DATE: 10/5/05
- ORIGIN: DTW
- DESTINATION: (blank)
- SHIPPER'S REFERENCE NO.: GUSN
- SHIPPER'S ACCOUNT NO.: 297877658
- COMPANY: HAMLIN TOOL & MACHINE
- FROM (YOUR NAME): Cal D Backer
- STREET ADDRESS: 1671 HAMLIN RD
- CITY: ROCHESTER
- STATE: MI
- ZIP: 48307

## 2. Consignee Information
- CONSIGNEE'S REFERENCE NO.: (blank)
- CONSIGNEE'S ACCOUNT NO.: (blank)
- COMPANY: Delphi Saginaw
- TO (CONSIGNEE NAME): (illegible)
- ACCURATE STREET ADDRESS: 4405 Sn 2 Plant 4
- CITY: Saginaw
- STATE: MI
- ZIP: 48601

## 3. Service Requested
Guaranteed Services:
- [ ] Call Your Local BAX Station
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (ER2 D)

Standard Services:
- [ ] Overnight (Next Business Day)
- [ ] Second Day
- [X] BAX Saver
- [ ] Next Flight Available
- [ ] Other

- [ ] Convention

## 4. Billing Information
- [X] Prepaid (Shipper)
- [ ] Collect (Consignee)
- [ ] 3rd Party (Acct. No. Req'd.)
- [X] C.O.D.
- ACCOUNT NO.: 64D 937531
- COMPANY/NAME: Delphi

## 5. Handling Information
- [ ] Hold at BAX
- [ ] Dangerous Goods
- [ ] Saturday Delivery
- [ ] Special Delivery

Special Instructions / Additional Reference Information:
- RMK 1:
- RMK 2:

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 113 | 20 | 30 | 12 | Metal Parts |

- TOTAL PCS.: 1
- TOTAL WT.: 73
- REWEIGH: (blank)
- SKID(S) SAID TO CONTAIN: 1
- Release Signature X: (signed)

## 6. For BAX Global Use Only
- Received by BAX at: [ ] Shipper's Door  [ ] BAX Terminal
- Outside Carrier: (blank)
- Charges Advanced: $
- Pro Number: (blank)
- Carrier Name: (blank)
- Print Name X: Cal D Backer
- Date: 10/5/05

## 7. Received by BAX Global Driver / Agent
- Driver Signature: R. Greig
- Print Name: McCoy
- Pick Up Date: 10/5/05
- Pick Up Time: 1345

Alt. Number: 690 714 710

SHIPPER COPY

10/05/05    **STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**    SID# 64658

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | BAY GLOBAL | BAXG | CARRIER'S NO.: |
|---|---|---|---|
| | | | SHIPPER'S NO.: |

**From**    HAMLIN TOOL AND MACHINE COMPANY, INC.

**At**    ROCHESTER, MICHIGAN 48307    D-U-N-S #057015273

**Consigned to**    DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025  SAP#: K905

SAGINAW, MI    48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL. |
|---|---|---|---|---|

Supplier#    057015273    SID #

3  PCS71  CARTON                64658    90  NET WT.
                                          3  TARE WT.
                                         93  GROSS WT.

DELPHI S PLANT 5 FWD AXLES

================== T O T A L S ==================
    90   TOT NET      3  TOT TAR      93  TOT GRS

PCS71-3
    CLASS RATE: 50  AUTOMOTIVE METAL PARTS
    3RD PARTY COLLECT
    BILL: DELPHI S, 44025 SAGINAW MI c/o
    DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362


Trailer#: 6149
ShipTime: 10/5/05
Rob GREIG
BAY 3 45p

**HAMLIN**
**TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

HFO 184 - REV. DATE 2/6/98 REV. LVL: A