| | | |
|---|---|---|
| **Hamlin Tool & Machine, Inc.**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | **REMIT TO:**<br>Hamlin Tool & Machine Company<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | **INVOICE NUMBER**<br>SID 064680 |

```
S  GMC1200                              S   05
O  DELPHI SAGINAW                       H   DELPHI S PLANT 5 FWD AXLES
L                                       I
D  NAO DISBURSEMENTS                    P   3900 EAST HOLLAND RD.
   INVOICELESS SUPERVISOR                   CISCO: 44025 SAP#K905
   PONTIAC, MI 48343-6040                   SAGINAW, MI 48601
T                                       T   United States
O                                       O
```

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/06/05 | 064680 | BAX GLOBAL | 93 | 21 | 90 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 6,000 | EA | .0535 | $321.00 |
| | | | | | $0.00 |
| | | | | Subtotal | $321.00 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $321.00 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |

# Hamlin
## Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-6302
Fax: 248-651-0703
DUNS #057015273

| | INVOICE NO./PACKING SLIP NO. |
|---|---|
| DATE | SID 64680 |
| 10/06/05 | BILL OF LADING |
| | 64680 |

S O L D   1200
GMACG-DELPHI SAGINAW
NAO DISBURSEMETS
INVOICELESS SUPERVISOR
P.O. BOX 436040
PONTIAC, MI 483436040

S H I P   005356878
DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025  SAP#: K905
SAGINAW, MI 48601

TERMS: 25TH PROX

| SUPPLIER NO. | SHIPPED VIA |
|---|---|
| 057015273 | BAX GLOBAL |

| OUR NO. | PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | ACCUM. SHIPPED | GROSS WGT. | | | | |
| 1159 | SAG9010236 | 3 | 078344882 | 6000 | | |
| | 1154000 | 93 | RETAINER, GREASE REV. 00 | | | |
| | | | Lot 9010, 6000 pcs box# | | | |
| | | | CALL ALYAN FOR PICK UP 1-800-643-5826 | | | |
| | | | PRICE EFF. 1/1/05-12/31/05 | | | |

TOTAL NO. OF PACKAGES: 3-SC
TOTAL WEIGHT: 93

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

HFO-22   REV. LVL. A  1/23/96

# BAX GLOBAL Airbill

**440 EXCHANGE** IRVINE, CA 92602

| DATE | ORIGIN | DESTINATION |
|---|---|---|
| 10/16/05 | DTW | |

**AIRBILL NUMBER:** 690 714 721

## 1. Shipper Information
- SHIPPER'S REFERENCE NO.: C490
- SHIPPER'S ACCOUNT NO.: 291297452
- COMPANY: HAMLIN TOOL & MACHINE
- FROM (YOUR NAME): Al U Bsly
- STREET ADDRESS: 1671 HAMLIN RD
- CITY: ROCHESTER
- STATE: MI
- ZIP: 48307

## 2. Consignee Information
- CONSIGNEE'S REFERENCE NO.:
- CONSIGNEE'S ACCOUNT NO.:
- COMPANY: Delphi Glass
- TO (CONSIGNEE NAME): Cisco Div 4602s Car 1905
- ACCURATE STREET ADDRESS: 3700 Howard
- CITY: Saginaw
- STATE: MI
- ZIP: 48601

## 3. Service Requested
**GUARANTEED SERVICES**
- [ ] Guaranteed First Arrival (EMR 1)
- [ ] Guaranteed Overnight (EMR 2)
- [ ] Guaranteed Airport-to-Airport (EMR 3)
- [ ] Guaranteed 2nd Day (E2rd D)

**STANDARD SERVICES**
- [ ] Overnight (Next Business Day)
- [ ] Second Day
- [X] BAX Saver
- [ ] Next Flight Available
- [ ] Other

## 4. Billing Information
- [ ] PREPAID (SHIPPER)
- [ ] COLLECT (CONSIGNEE)
- [X] 3RD PARTY (ACCT. NO. REQ'D.)
- ACCOUNT NO.: 6113 913 931
- [ ] C.O.D.

## 5. Handling Information
- [ ] HOLD AT BAX
- [ ] DANGEROUS GOODS
- [ ] SATURDAY DELIVERY
- [ ] SPECIAL DELIVERY
- [ ] CONVENTION

RMK 1:
RMK 2:

| NO. OF PCS. | WEIGHT | LENGTH | WIDTH | HEIGHT | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | 913 | 32 | 30 | 12 | Metal Part |

TOTAL PCS: 1   TOTAL WT: (?)   REWEIGH:
SKID(S) SAID TO CONTAIN: 1
RELEASE SIGNATURE: X

DECLARED VALUE: $

## For BAX Global Use Only
RECEIVED BY BAX AT: [ ] Shipper's Door  [ ] BAX Terminal
OUTSIDE CARRIER: $    CHARGES ADVANCED: $    PRO NUMBER:    CARRIER NAME:

PRINT NAME X: Carl U Bsly   DATE 10/16/05

Matched photo on ID? [ ] YES [ ] NO
Matched photo on ID? [ ] YES [ ] NO

## 7. Received by BAX Global Driver/Agent
Driver Signature: R. Goese 786549
Print Name: BAX Driver
Pick Up Date: 10/16/05   Pick Up Time: 1105

AIRBILL NUMBER: 690 714 721

**SHIPPER COPY**

OP 100 (04-04)

10/06/05 **STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**   SID# 64680

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

| CARRIER: | BAX GLOBAL | BAXG | CARRIER'S NO : |
|---|---|---|---|
| | | | SHIPPER'S NO.: |

**From**

**At**   HAMLIN TOOL AND MACHINE COMPANY, INC.

ROCHESTER, MICHIGAN 48307   D-U-N-S #057015273

**Consigned to**   DELPHI S PLANT 5 FWD AXLES
3900 HOLLAND RD.
CISCO: 44025  SAP#: K905

(Mail or street address of consignee — For purposes of notification only )

SAGINAW, MI   48601

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|

Supplier#     057015273     SID #

3  PCS71  CARTON                    64680      90  NET WT.
                                               3  TARE WT.
                                              93  GROSS WT.

DELPHI S PLANT 5 FWD AXLES

========================= T O T A L S =========================
   90  TOT NET      3  TOT TAR      93  TOT GRS

PCS71-3

CLASS RATE: 50  AUTOMOTIVE METAL PARTS
3RD PARTY COLLECT
BILL: DELPHI S, 44025 SAGINAW MI c/o
DATA 2 LOGISTICS P/O BOX 9115 NORWOOD, MA 02362

Trailer#: 6149
ShipTime: 10/6/05
Rob GREG BAX
3:30 pm.

**HAMLIN
TOOL AND MACHINE COMPANY, INC.**
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Permanent post office address of shipper

HFO 184 - REV. DATE 2/6/98 REV. LVL; A