| | | INVOICE NUMBER |
|---|---|---|
| **Hamlin Tool & Machine, Inc.**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | **REMIT TO:**<br>**Hamlin Tool & Machine Company**<br>1671 East Hamlin Rd<br><br>Rochester, MI 48307 | SID 064682 |

| S O L D<br>T O | GMC1200<br>DELPHI SAGINAW<br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>PONTIAC, MI 48343-6040 | S H I P<br>T O | 23<br>DELPHI S PLANT 23 ATHENS<br>c/o INDIANAPOLIS DDC<br>ALVAN MOTOR FREIGHT<br>1235 TERMINAL ROAD<br>INDIANAPOLIS, IN 46247<br>United States |

| SUPPLIER CODE | TERMS | F.O.B. | INVOICE DATE |
|---|---|---|---|
| 057015273 | 2nd day 2nd month | ROCHESTER, MI | 10/06/05 |

| SHIP DATE | SHIPPER NO. | SHIPPED VIA | GROSS | TARE | NET |
|---|---|---|---|---|---|
| 10/06/05 | 064682 | ALVAN MOTOR FREIGHT | 143 | 38 | 117 |

| P.O. NUMBER | CUSTOMER PART NUMBER / DESCRIPTION | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SAG90I0236 | 07834482<br>RETAINER, GREASE<br>INTERNAL #: 1159 | 7,800 | EA | .0535 | $417.30 |
| | | | | Subtotal | $417.30 |
| | | | | Sales Tax | $0.00 |
| | | | | Freight Charges | $0.00 |
| | | | | Invoice Total | $417.30 |
| | | | | Disc Available | $0.00 |
| | | | | Funds: USD | |



# Hamlin Tool and Machine Company, Inc.
Established 1952

1671 East Hamlin Road
Rochester, Michigan 48307
Phone: 248-651-0703
Fax: 248-651-6302
DUNS #05701527S

| | |
|---|---|
| **SOLD TO** | **SHIP TO** |
| 1200<br>GMACG-DELPHI SAGINAW<br>NAO DISBURSEMENTS<br>INVOICELESS SUPERVISOR<br>P.O. BOX 436040<br>PONTIAC, MI 48343-6040 | 0053356878<br>DELPHI-S- 44123, ATHENS AL.<br>c/o INDIANAPOLIS DDC.<br>% ALVAN MOTOR FREIGHT<br>1235 TERMINAL RD.<br>INDIANAPOLIS, IN 46247 |

| SUPPLIER NO. | SHIPPED VIA | | TERMS | | |
|---|---|---|---|---|---|
| 05701527S | ALVAN MOTOR FREIGHT | | 25TH PROX | | |

| OUR NO. | PURCHASE ORDER NO. | NO. OF PKGS. | PART NUMBER | | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | ACCUM. SHIPPED | GROSS WGT. | DESCRIPTION | | | |
| 1159 | SAG9D10236 | 13 | 07834432 | | 7800 | | |
| | 509800 | 403 | RETAINER, GREASE REV. 00 | | | | |
| | | | Lot 96103 7800 pcs Box# | | | | |
| | | | CALL ALVAN FOR PICK UP 1-800-642-5826 | | | | |
| | | | PRICE EFF. 1/1/05-12/31/05 | | | | |

| | TOTAL NO. OF PACKAGES | TOTAL WEIGHT |
|---|---|---|
| 13-SC | | 403 |

HFO-22   REV. LVL: A  1/23/96

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of the regulations and orders of the United States Department of Labor issued under Section 14 thereof.

NUMERICAL FILE COPY

| DATE | INVOICE NO./PACKING SLIP NO. |
|---|---|
| 10/06/05 | SID 646682 |
| | BILL OF LADING |
| | 646682 |

**STRAIGHT BILL OF LADING**—SHORT FORM—Original—Not Negotiable

10/06/05                                                                                       SID# 64682

RECEIVED subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

CARRIER'S NO.:
CARRIER:  ALVAN MOTOR FREIGHT     ALVN
SHIPPER'S NO.:

From: **HAMLIN TOOL AND MACHINE COMPANY, INC.**

At: **ROCHESTER, MICHIGAN 48307**                          D-U-N-S #057015273

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

Consigned to    DELPHI-S- 44123,ATHENS AL.
                c/o INDIANAPOLIS DDC.          (Mail or street address of consignee — For purposes of notification only)
                % ALVAN MOTOR FREIGHT

                1235 TERMINAL RD.
                INDIANAPOLIS, IN    46247

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORRECTION) | CLASS RATE OR | CHECK COL |
|---|---|---|---|---|
| | Supplier#        057015273        SID # | | | |
| 13 | PCS71  CARTON                       64682 | 390 NET WT. | | |
| | | 13 TARE WT. | | |
| | | 403 GROSS WT. | | |
| | DELPHI-S- 44123,ATHENS AL. | | | |
| | ============================ T O T A L S ============================ | | | |
| | 390  TOT NET    13  TOT TAR    403  TOT GRS | | | |
| PCS71-13 | | | | |
| | CLASS RATE: 50  AUTOMOTIVE METAL PARTS | | | |
| | 3RD PARTY COLLECT | | | |
| | DELPHI S, 44123, ATHENS, AL c/o DATA 2 LOGISTICS | | | |
| | 42 THOMAS PATTERN DRIVE, RANDOLF, MA 02368 | | | |

ALVAN   DT312656 6

Trailer#: 48502

ShipTime: _____

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid".

Received $ _____ to apply in prepayment of the charges on the property described hereon
Agent or Cashier
Per _____
(The signature here acknowledges only the amount prepaid.)

Received $ _____ to apply in prepayment of the charges on the property described hereon.
Agent or Cashier
Per _____
(The signature here acknowledges only the amounts prepaid.)

Charges advanced: $ _____

**C.O.D. SHIPMENT**
C.O.D. AMT _____
Collection Fee _____
Total Charges _____

This is to certify that the above articles are properly described by name and are packed and marked and are in proper condition for transportation according to regulations of the Interstate Commerce Commission.
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight
Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____
The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED
CORRECT WEIGHT IS _____ LBS.

HAMLIN
TOOL AND MACHINE COMPANY, INC.
1671 EAST HAMLIN ROAD
ROCHESTER, MICHIGAN 48307

Shipper, Per _____    Agent, Per _____
                                    10-6-05

Permanent post office address of shipper

1