**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
)
In re                                  )      Chapter 11
)
DELPHI CORPORATION, et al              )      Case No. 05-44481 (RDD)
)
Debtors.                               )      Jointly Administered
)
---------------------------------------------------------

**SUMMARY OF SECOND INTERIM FEE APPLICATION FOR COMPENSATION OF**
**SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY**
**EXPENSES INCURRED BY PRICEWATERHOUSECOOPERS LLP TO PROVIDE CERTAIN**
**SARBANES-OXLEY COMPLIANCE, TAX AND FINANCIAL PLANNING, AND OTHER**
**GENERAL TAX CONSULTING SERVICES TO DELPHI CORPORATION, et al.,**
**FOR THE PERIOD JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006**

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP |
| Authorized to Provide Professional Services to: | The above captioned debtors and debtors in possession |
| Date of Retention: | June 21, 2006 (nunc pro tunc as of January 1, 2006) |
| Period for which compensation and reimbursement is sought: | June 1, 2006 through September 30, 2006 (the "Third Interim Fee Period") |
| Amount of Compensation requested: | $7,929,282.75 |
| Amount of Expense Reimbursement requested: | $906,500.55 |
| Total Compensation and Expense Reimbursement requested: | $8,835,783.30 |
| Blended Hourly Rate during this period:[1] | $149.12 |
| Compensation previously requested: | $2,344,167.75 |
| Compensation previously awarded: | $0.00 |
| Expenses previously requested: | $298,544.27 |
| Expenses previously awarded: | $0.00 |

This is a:       __X__ interim ___ final Application.

The total time expended for fee application preparation is approximately 736.60 hours and the corresponding compensation requested is approximately $171,722.00.

---

[1]     Blended hourly rate calculated for hourly professional services: Sarbanes-Oxley 404 Services and Tax Compliance-Foreign Affiliate Reporting.

## PRIOR INTERIM APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/15/2007 | 02/01/06 - 05/31/06 | $2,344,167.75 | $298,544.27 | n/a | n/a |

## MONTHLY INVOICES SUBMITTED:

The fees and expenses requested during the Third Interim Fee Period are shown below, as well as adjustments requested in subsequent Monthly Fee Statements, combined total the *Total Compensation and Expense Reimbursement* requested.

| | FEES | EXPENSES | TOTAL |
|---|---|---|---|
| **FEES AND EXPENSES REQUESTED IN INTERIM PERIOD'S MONTHLY APPLICATIONS:** | | | |
| **MONTHLY FEES - TOTAL** | **$7,628,300.00** | **$884,451.55** | **$8,512,751.55** |
| Jun-2006 | $1,992,735.00 | $265,456.95 | $2,258,191.95 |
| Jul-2006 | $2,692,086.25 | $263,577.29 | $2,955,663.54 |
| Aug-2006 | $1,750,600.75 | $282,986.06 | $2,033,586.81 |
| Sep-2006 | $1,192,878.00 | $72,431.25 | $1,265,309.25 |
| **FEES AND EXPENSES ADJUSTMENTS - ALREADY REQUESTED IN PRIOR INTERIM FEE APPLICATIONS (NO ADDITIONAL ADJUSTMENT NEEDED):** | | | |
| **PRIOR INTERIM FEE APPLICATIONS - TOTAL** | **$70,140.00** | **($89,872.24)** | **($19,732.24)** |
| Jun-2006 | $70,153.00 | ($62,281.06) | $7,871.94 |
| Jul-2006 | | ($6,820.10) | ($6,820.10) |
| Aug-2006 | | ($20,771.08) | ($20,771.08) |
| Dec-2006 | ($13.00) | | ($13.00) |
| **FEES AND EXPENSES ADJUSTMENTS - ALREADY REQUESTED IN SUBSEQUENT MONTHLY APPLICATIONS (NO ADDITIONAL ADJUSTMENT NEEDED):** | | | |
| **SUBSEQUENT MONTHLY FEES - TOTAL** | **$230,842.75** | **$111,921.23** | **$342,763.98** |
| Oct-2006 | $4,302.00 | $64,986.09 | $69,288.09 |
| Nov-2006 | $164,451.50 | $89,206.14 | $253,657.64 |
| Dec-2006 | $62,089.25 | ($42,271.00) | $19,818.25 |
| **RECONCILED FEES AND EXPENSE REQUEST (THIRD FEE PERIOD (6/1/06 - 9/30/06):** | | | |
| **TOTAL FEES AND EXPENSES** | **$7,929,282.75** | **$906,500.55** | **$8,835,783.30** |

## SUMMARY OF HOURS AND FEES BY PROJECT CATEGORY

| Project | Location | Hours | Fees |
|---|---|---|---|
| Executive Personal Financial Planning Services | US | | $17,250.00 |
| **Executive Personal Financial Planning Services Total** | | | **$17,250.00** |
| WNTS Project | US | | $15,000.00 |
| **WNTS Project Total** | | | **$15,000.00** |
| Sarbanes-Oxley 404 Services | US | 27,629.23 | $4,298,967.05 |
| | Intl | 24,603.62 | $3,495,522.70 |
| **Sarbanes-Oxley 404 Services Total** | | **52,232.85** | **$7,794,489.75** |
| Tax Compliance - Foreign Affiliate Reporting | US | 725.80 | $102,543.00 |
| **Tax Compliance - Foreign Affiliate Reporting Total** | | **725.80** | **$102,543.00** |
| **Grand Total** | | **52,958.65** | **$7,929,282.75** |

## FIXED FEE SERVICES - $32,250.00

---

### EXECUTIVE FINANCIAL PLANNING STATEMENT OF WORK, $17,250.00

As stated in PricewaterhouseCoopers retention application, these services are Fixed Fee by Delphi Executive.  Listed below are the total fees for the Third Quarter of 2006, the quarterly invoice is annexed hereto as **Exhibit C**.

**2006 3rd Quarter Fees**

| Participant | Total Fees | Initial Year Installment |
|---|---|---|
| Mark Weber | $    2,000 | |
| Karen Healy | $    2,000 | |
| Atul Pasricha | $    1,500 | |
| David Knill | $    1,500 | |
| William Lloyd | $    1,500 | |
| Mark Hester | $    2,750 | 2 of 4 |
| John Sheehan | $    3,250 | 1 of 4 |
| James Whitson | $    2,750 | 1 of 4 |
| **Current Fees** | **$    17,250** | |

**WNTS (WASHINGTON NATIONAL TAX SERVICES) ADVISORY SERVICES STATEMENT OF WORK**

As stated in PricewaterhouseCoopers retention application, these services are Fixed Fee advisory services billed to the Debtors through a monthly fixed fee, $5,000 per month, the monthly invoices are annexed hereto as **Exhibit D**.

| Project Category | Fees |
|---|---|
| WNTS Advisory Services | $15,000.00 |
| **Grand Total** | **$15,000.00** |

## HOURLY FEE SERVICES - 52,628.7 HOURS, $7,834,956.50

PricewaterhouseCoopers professionals provided hourly advisory services associated with the various tax advisory services and other professional services associated with the bankruptcy. The professionals who performed these services are listed below:

## PROJECT CATEGORY

| Project | Location | Hours | Fees |
|---|---|---|---|
| Sarbanes-Oxley 404 Services | US | 27,629.23 | $4,298,967.05 |
| | Intl | 24,603.62 | $3,495,522.70 |
| **Sarbanes-Oxley 404 Services Total** | | **52,232.85** | **$7,794,489.75** |
| Tax Compliance - Foreign Affiliate Reporting | US | 725.80 | $102,543.00 |
| **Tax Compliance - Foreign Affiliate Reporting Total** | | **725.80** | **$102,543.00** |
| **Grand Total** | | **52,958.65** | **$7,897,032.75** |

## SUMMARY OF PROFESSIONALS

### SARBANES-OXLEY 404 SERVICES - HOURS AND COMPENSATION

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Partner | Bartolucci, Dennis | United States | 5.00 | $390.00 | $1,950.00 |
| | Berera, Satyavati | India | 13.40 | $250.00 | $3,350.00 |
| | Bucrek, James | United States | 17.70 | $390.00 | $6,903.00 |
| | Bucrek, James | United States - Specialist | 41.40 | $540.00 | $22,356.00 |
| | Cenko, Michael | United States - Specialist | 28.20 | $470.00 | $13,254.00 |
| | Chang, On-gyun | Korea | 3.00 | $400.00 | $1,200.00 |
| | Decker, Brian | United States | 285.10 | $390.00 | $111,189.00 |
| | Erickson, Dave | United States | 11.50 | $390.00 | $4,485.00 |
| | Erickson, Dave | United States - SAP | 20.00 | $390.00 | $7,800.00 |
| | Fairchild, Simon | United Kingdom | 20.10 | $400.00 | $8,040.00 |
| | Ferreira, Luis | Portugal | 2.00 | $350.00 | $700.00 |
| | Fitzgerald, Patrick | China | 37.40 | $400.00 | $14,960.00 |
| | Garcia Ramos, Mar | Spain | 26.00 | $400.00 | $10,400.00 |
| | Gee, Theresa | United States - Specialist | 25.60 | $610.00 | $15,616.00 |
| | Haas, Megan | Australia | 9.20 | $400.00 | $3,680.00 |
| | Ramirez, Adolfo | Mexico | 105.05 | $325.00 | $34,141.25 |
| | Towhill, Brian | France | 97.00 | $400.00 | $38,800.00 |
| **Total - Partner For Third Interim Period** | | | **747.65** | **$399.68** | **$298,824.25** |
| Director | Brown, Stasi | United States | 434.80 | $260.00 | $113,048.00 |
| | Dostal, Mark | United States - Specialist | 91.30 | $475.00 | $43,367.50 |
| | Gates, Jason | United States | 2.00 | $260.00 | $520.00 |
| | Jones, Douglas | United States | 281.20 | $260.00 | $73,112.00 |
| | Lane, Christopher | United States - SoD | 13.00 | $260.00 | $3,380.00 |
| | Osterman, Scott | United States | 184.20 | $260.00 | $47,892.00 |
| | Osterman, Scott | United States - SAP | 46.80 | $260.00 | $12,168.00 |
| | Osterman, Scott | United States - SoD | 241.90 | $260.00 | $62,894.00 |
| | Perkins, Daniel | United States - Specialist | 161.60 | $360.00 | $58,176.00 |
| | Peterson, Martha | United States - Specialist | 58.80 | $590.00 | $34,692.00 |
| | Peterson, Michael | United States - Specialist | 510.90 | $320.00 | $163,488.00 |
| | Powell, Thomas | United States | 71.60 | $260.00 | $18,616.00 |
| | Roberts, Blanche | United States - Specialist | 236.30 | $360.00 | $85,068.00 |
| | Sanders, Nicholas | United States | 70.80 | $260.00 | $18,408.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Director (continued) | Schmitz, Karin | United States - IT | 0.80 | $260.00 | $208.00 |
| | Schmitz, Karin | United States - Specialist | 48.90 | $330.00 | $16,137.00 |
| | Schmitz, Karin | United States | 34.90 | $260.00 | $9,074.00 |
| | Sheehan, Brian | United States - Specialist | 13.00 | $320.00 | $4,160.00 |
| | Stevens, Charles | United States | 4.60 | $260.00 | $1,196.00 |
| | Szułdrzyński, Krzysztof | Poland | 54.05 | $250.00 | $13,512.50 |
| | Wojdyla, Dennis | United States - IT | 268.70 | $260.00 | $69,862.00 |
| | Wojdyla, Dennis | United States - SoD | 1.00 | $260.00 | $260.00 |
| | Wojdyla, Dennis | United States | 1.00 | $260.00 | $260.00 |
| **Total - Director For Third Interim Period** | | | **2,832.15** | **$299.95** | **$849,499.00** |
| Senior Manager | Bordas, Xavier | Spain | 6.00 | $300.00 | $1,800.00 |
| | Gnesin, Adam | United States | 246.35 | $260.00 | $64,051.00 |
| | GOH, Bernard | Singapore | 32.90 | $300.00 | $9,870.00 |
| | Hatfield, Richard | United Kingdom - Tax | 21.00 | $330.00 | $6,930.00 |
| | Hatfield, Richard | United Kingdom | 6.00 | $300.00 | $1,800.00 |
| | Hinchliffe, Debbie | United Kingdom | 365.45 | $300.00 | $109,635.00 |
| | Huang, Anna | China | 6.00 | $300.00 | $1,800.00 |
| | Medina, Rui | Portugal | 4.70 | $250.00 | $1,175.00 |
| | Muñoz, Alberto | Mexico | 31.95 | $225.00 | $7,188.75 |
| | Pavlousek, Roman | Czech Republic | 8.70 | $250.00 | $2,175.00 |
| | Pizzardi, Massimiliano | Italy | 8.00 | $300.00 | $2,400.00 |
| | Renner, Josef | Austria | 157.70 | $300.00 | $47,310.00 |
| | Ricárdez, Elvira | Mexico | 269.75 | $225.00 | $60,693.75 |
| | Stawiarski, Paweł | Poland | 12.55 | $250.00 | $3,137.50 |
| | Throup, Zoe | United Kingdom | 0.00 | $300.00 | $0.00 |
| | Throup, Zoe | United Kingdom - Tax | 37.40 | $330.00 | $12,342.00 |
| | Wild, Travis | Australia | 16.90 | $300.00 | $5,070.00 |
| | Xu, Jasper | China | 204.00 | $300.00 | $61,200.00 |
| **Total - Senior Manager For Third Interim Period** | | | **1,435.35** | **$277.69** | **$398,578.00** |
| Manager | Ahuja, Manpreet Singh | India | 174.40 | $120.00 | $20,928.00 |
| | Arif, Hafiz | United Kingdom | 236.10 | $200.00 | $47,220.00 |
| | Bajo, Inés | Spain | -13.00 | $200.00 | ($2,600.00) |
| | Baldysiak, Guenther | Germany | 26.30 | $200.00 | $5,260.00 |
| | Bellavia, Simona | Italy | 91.00 | $200.00 | $18,200.00 |
| | Bled, Romain | France | 12.25 | $200.00 | $2,450.00 |
| | Cepek, Michael | United States - Specialist | 220.50 | $340.00 | $74,970.00 |
| | Damiano, Cinzia | Italy | 17.00 | $200.00 | $3,400.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Manager (continued) | De Marneffe, Guy | France | 76.00 | $200.00 | $15,200.00 |
| | Ferreira, Sandra | Portugal | 317.30 | $175.00 | $55,527.50 |
| | Fisher, Tamara | United States - Specialist | 306.00 | $280.00 | $85,680.00 |
| | Galang, Jennifer | United States - Specialist | 256.90 | $230.00 | $59,087.00 |
| | GOH, Bernard | Singapore | 68.50 | $200.00 | $13,700.00 |
| | Herbst, Shannon | United States | 142.40 | $165.00 | $23,496.00 |
| | Herbst, Shannon | United States - | 495.13 | $260.00 | $128,733.80 |
| | Jang, Chang-uk | Korea | 108.00 | $200.00 | $21,600.00 |
| | Jilka, Nehal | United Kingdom | 465.51 | $200.00 | $93,102.00 |
| | Krech, Miklos | Hungary | 10.00 | $175.00 | $1,750.00 |
| | Kular, Kam | United Kingdom | 10.25 | $200.00 | $2,050.00 |
| | Kus, Vitezslav | Czech Republic | 312.30 | $175.00 | $54,652.50 |
| | Leigh, Mary Kay | United States - Specialist | 80.10 | $280.00 | $22,428.00 |
| | Lewis, Erik | United States - Specialist | 41.70 | $280.00 | $11,676.00 |
| | Orf, Darren | United States - Specialist | 277.55 | $280.00 | $77,714.00 |
| | Parakh, Siddarth | United States - SAP | 178.30 | $165.00 | $29,419.50 |
| | Parakh, Siddarth | United States | 522.70 | $165.00 | $86,245.50 |
| | Pardo, Fernando | Spain | 147.00 | $200.00 | $29,400.00 |
| | Pascu, Hedy | Romania | 38.15 | $175.00 | $6,676.25 |
| | Petit, Pierre | France | 485.00 | $200.00 | $97,000.00 |
| | Ramoser, Markus | Austria | 75.50 | $200.00 | $15,100.00 |
| | Rhodes, Carol | United States | 196.50 | $165.00 | $32,422.50 |
| | Rogge, Horst | Germany | 20.10 | $200.00 | $4,020.00 |
| | Rohrbach, Hans-Dirk | Germany | 46.00 | $200.00 | $9,200.00 |
| | Roller, Kelly | United States - Specialist | 66.30 | $230.00 | $15,249.00 |
| | Rozier, Evens | United States | 41.00 | $165.00 | $6,765.00 |
| | Sadaghiyani, Jamshid | United States | 9.75 | $165.00 | $1,608.75 |
| | Sadaghiyani, Jamshid | United States - IT | 491.40 | $165.00 | $81,081.00 |
| | Scalbert, Jean-max | France | 48.00 | $200.00 | $9,600.00 |
| | Shah, Neha | United States - Specialist | 28.60 | $280.00 | $8,008.00 |
| | Smeyers, Rafael | United States - SoD | 16.00 | $165.00 | $2,640.00 |
| | Smith, Andrea | United States - | 288.50 | $360.00 | $103,860.00 |
| | Stachowicz, Sławomir | Poland | 31.00 | $175.00 | $5,425.00 |
| | Stevens, Charles | United States | 105.50 | $165.00 | $17,407.50 |
| | Sydon, Marcus | Germany | 195.00 | $200.00 | $39,000.00 |
| | Taylor, Todd | United States | 365.40 | $165.00 | $60,291.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Manager (continued) | Throup, Zoe | United Kingdom | 1.00 | $200.00 | $200.00 |
| | Urban, Piotr | Poland | 296.60 | $175.00 | $51,905.00 |
| | Vangorder, Kimberly | United States | 700.90 | $165.00 | $115,648.50 |
| | Wadoux, Sophie | France | 2.00 | $200.00 | $400.00 |
| | Weir, Diane | United States | 372.60 | $165.00 | $61,479.00 |
| **Total - Manager For Third Interim Period** | | | **8,500.99** | **$203.07** | **$1,726,276.30** |
| Senior Associate | Alcantara, Carlos | Mexico | 56.60 | $95.00 | $5,377.00 |
| | Bailey, Jonafel | United States - SAP | 383.50 | $130.00 | $49,855.00 |
| | Bailey, Jonafel | United States | 186.70 | $120.00 | $22,404.00 |
| | Bajo, Inés | Spain | 254.50 | $125.00 | $31,812.50 |
| | Barbos, Alexandru | Romania | 76.20 | $90.00 | $6,858.00 |
| | Beaver, William | United States | 73.10 | $120.00 | $8,772.00 |
| | Beaver, William | United States - IT | 363.40 | $130.00 | $47,242.00 |
| | Brzózka, Magdalena | Poland | 151.70 | $135.00 | $20,479.50 |
| | Byrne, William | United States | 160.35 | $120.00 | $19,242.00 |
| | Caltagirone, Valeria | Italy | 10.00 | $160.00 | $1,600.00 |
| | Campos, Rocio | Mexico | 64.20 | $95.00 | $6,099.00 |
| | Carcenac, Helodie | France | 15.00 | $160.00 | $2,400.00 |
| | Casillas, Luis | Mexico | 102.00 | $95.00 | $9,690.00 |
| | Chan, Alice | China | 248.70 | $160.00 | $39,792.00 |
| | Chaturvedi, Shalini | Singapore | 20.00 | $160.00 | $3,200.00 |
| | Chee Sian, Victor Lim | Singapore | 74.50 | $160.00 | $11,920.00 |
| | Chigariro, Shungu | United States - Specialist | 61.10 | $215.00 | $13,136.50 |
| | Cho, Seung Jae | Korea | 96.00 | $160.00 | $15,360.00 |
| | Cohen, Aaron | United States - IT | 36.60 | $130.00 | $4,758.00 |
| | Conner, Katie | United States | 116.65 | $120.00 | $13,998.00 |
| | Contreras, Jorge | Mexico | 135.60 | $95.00 | $12,882.00 |
| | Dada, Kolade | United States | 632.55 | $120.00 | $75,906.00 |
| | Dauner, Andras | Hungary | 17.50 | $135.00 | $2,362.50 |
| | Dipplinger, Gerald | Austria | 11.00 | $160.00 | $1,760.00 |
| | Doherty, Lisa | United States | 45.80 | $120.00 | $5,496.00 |
| | Escrivá Rubert, Ignacio | Spain | 185.00 | $125.00 | $23,125.00 |
| | Fernandez, Jorge | Mexico | 492.35 | $95.00 | $46,773.25 |
| | Fleckenstein, Ralf | Germany | 157.60 | $160.00 | $25,216.00 |
| | Franklin, Stephanie | United States | 135.35 | $120.00 | $16,242.00 |
| | Franklin, Stephanie | United States - SAP | 208.45 | $130.00 | $27,098.50 |
| | Garcia-Reyero, Miquel | Spain | 73.00 | $125.00 | $9,125.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Senior Associate | Gatti, Carlo | Italy | 6.00 | $160.00 | $960.00 |
| (continued) | Glantschnig, Markus | Austria | 69.50 | $160.00 | $11,120.00 |
| | Godyń, Marcin | Poland | 204.40 | $135.00 | $27,594.00 |
| | Grimaldi, Anne Marie | United States | 38.80 | $120.00 | $4,656.00 |
| | Gutierrez, Jaime | United States | 199.50 | $120.00 | $23,940.00 |
| | Harding, Tanika | United States | 126.05 | $120.00 | $15,126.00 |
| | Hay, Brennan | United States - Specialist | 1.00 | $220.00 | $220.00 |
| | Hörmann, Andreas | Germany | 40.00 | $160.00 | $6,400.00 |
| | Huang, Abby | China | 62.00 | $160.00 | $9,920.00 |
| | Huang, Anna | China | 0.00 | $160.00 | $0.00 |
| | Humphreys, Ceri | United Kingdom | 13.80 | $140.00 | $1,932.00 |
| | Iszkuło, Małgorzata | Poland | 100.05 | $135.00 | $13,506.75 |
| | Jackson, Chris | United States | 60.25 | $120.00 | $7,230.00 |
| | Janjua, Imtiaz | United Kingdom | 342.90 | $140.00 | $48,006.00 |
| | Janousek, Petr | Czech Republic | 36.50 | $135.00 | $4,927.50 |
| | Juranova, Eva | Czech Republic | 232.25 | $135.00 | $31,353.75 |
| | Kiepert, Jörg | Germany | 43.00 | $160.00 | $6,880.00 |
| | Kochanek, Tomasz | Poland | 309.00 | $135.00 | $41,715.00 |
| | Kocourkova, Michaela | Czech Republic | 96.75 | $135.00 | $13,061.25 |
| | Koh, Molly | Singapore | 62.00 | $160.00 | $9,920.00 |
| | Kok, Janet | Australia | 11.50 | $160.00 | $1,840.00 |
| | Koszegi, Maria | Hungary | 51.50 | $135.00 | $6,952.50 |
| | Krummenerl, Stefanie | Germany | 110.85 | $160.00 | $17,736.00 |
| | Kumar, Manoj | India | 342.90 | $60.00 | $20,574.00 |
| | Laforest, Randy | United States | 648.15 | $120.00 | $77,778.00 |
| | Langone, Adriana | United Kingdom | 7.40 | $140.00 | $1,036.00 |
| | Langone, Adriana | United Kingdom - Tax | 61.90 | $155.00 | $9,594.50 |
| | Leblebijian, Michael | United States | 24.00 | $120.00 | $2,880.00 |
| | Leblebijian, Michael | United States - Specialist | 204.00 | $220.00 | $44,880.00 |
| | Leiger, Steven | United States | 57.40 | $120.00 | $6,888.00 |
| | Lyson, Krzysztof | Poland | 145.00 | $135.00 | $19,575.00 |
| | MacKenzie, Nicole | United States - Specialist | 21.30 | $260.00 | $5,538.00 |
| | Mayerhofer, Maria | Austria | 33.30 | $160.00 | $5,328.00 |
| | Mayr, Christian | Germany | 21.25 | $160.00 | $3,400.00 |
| | McColl, Lori | United States | 124.20 | $120.00 | $14,904.00 |
| | McIlvain, Bridget | United States | 5.00 | $120.00 | $600.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Senior Associate | Medhekar, Harish | United Kingdom | 72.55 | $140.00 | $10,157.00 |
| (continued) | Mengling, Lee | China | 40.50 | $160.00 | $6,480.00 |
| | Merkerson, Emerson | United States - Specialist | 24.00 | $155.00 | $3,720.00 |
| | Meyer, Berit | Germany | 17.50 | $160.00 | $2,800.00 |
| | Mikulik, Lubomir | Czech Republic | 108.45 | $135.00 | $14,640.75 |
| | Mondair, Rundeep | United Kingdom | 70.20 | $140.00 | $9,828.00 |
| | Moonasar, Satish | United States | 80.00 | $120.00 | $9,600.00 |
| | Naidoo, Ashley | United States | 151.00 | $120.00 | $18,120.00 |
| | Navarro, Paola | United States | 546.70 | $120.00 | $65,604.00 |
| | Nazim, Magdalena | Poland | 193.65 | $135.00 | $26,142.75 |
| | Nestor, David | United States | 93.00 | $120.00 | $11,160.00 |
| | Ng, Kin Cheong | Singapore | 14.00 | $160.00 | $2,240.00 |
| | Niemiec, Andrzej | Poland | 94.95 | $135.00 | $12,818.25 |
| | Ortega, Evelina | Mexico | 152.20 | $95.00 | $14,459.00 |
| | Ortiz, Ana | Mexico | 33.60 | $95.00 | $3,192.00 |
| | PACHECO, JOANA | Portugal | 148.70 | $135.00 | $20,074.50 |
| | Patel, Jasmina | United States | 20.00 | $120.00 | $2,400.00 |
| | Pearson, Tracy | United States | 69.50 | $120.00 | $8,340.00 |
| | Pedraza, Juan Luis | Mexico | 106.30 | $95.00 | $10,098.50 |
| | Perez, Mauricio | Mexico | 31.80 | $95.00 | $3,021.00 |
| | Pola, Marek | Poland | 4.50 | $135.00 | $607.50 |
| | Potter, William | United States | 382.00 | $120.00 | $45,840.00 |
| | Pretorius, Martin | United States | 104.50 | $120.00 | $12,540.00 |
| | Puig, Javier | Spain | 44.50 | $125.00 | $5,562.50 |
| | Radwanska, Monika | Poland | 367.30 | $135.00 | $49,585.50 |
| | Rankin, Rebecca | United States | 158.00 | $120.00 | $18,960.00 |
| | Rao, Vaishali | United States - SAP | 151.30 | $130.00 | $19,669.00 |
| | Reed, Brian | United States | 215.15 | $120.00 | $25,818.00 |
| | Reed, Brian | United States - Specialist | 402.95 | $165.00 | $66,486.75 |
| | Richmond, Lucy | United Kingdom | 290.60 | $140.00 | $40,684.00 |
| | Rios, Roberto | Mexico | 80.00 | $95.00 | $7,600.00 |
| | Roller, Kelly | United States - Specialist | 80.80 | $155.00 | $12,524.00 |
| | Ronyecz, Andrea | Hungary | 21.00 | $135.00 | $2,835.00 |
| | Rostek, Konrad | Poland | 471.90 | $135.00 | $63,706.50 |
| | Rowinski, Piotr | United Kingdom | 100.75 | $140.00 | $14,105.00 |
| | Roy Choudhury, Adity | United Kingdom | 198.75 | $140.00 | $27,825.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Senior Associate | Roy, Damien | France | 171.50 | $160.00 | $27,440.00 |
| (continued) | Ruff, Nic | United States | 164.80 | $120.00 | $19,776.00 |
| | Saldaña, Wendy | Mexico | 98.45 | $95.00 | $9,352.75 |
| | Sasaki, Miyoko | China | 127.80 | $160.00 | $20,448.00 |
| | Satorra, Marc Lazaro | Spain | 30.00 | $125.00 | $3,750.00 |
| | Seguro, Nuno | Portugal | 234.60 | $135.00 | $31,671.00 |
| | Shebay, David | United States | 163.30 | $120.00 | $19,596.00 |
| | Shim, Jung-Hun | Korea | 94.50 | $160.00 | $15,120.00 |
| | Siansi, Cleberson | United States - IT | 121.80 | $130.00 | $15,834.00 |
| | Silva, Gonçalo | Portugal | 78.10 | $135.00 | $10,543.50 |
| | Singh, Prithvi | India | 225.30 | $60.00 | $13,518.00 |
| | Skarpa, Radim | Czech Republic | 20.75 | $135.00 | $2,801.25 |
| | Smaller, Neil | United States - IT | 236.60 | $130.00 | $30,758.00 |
| | Smith, Anthony | United States | 323.30 | $120.00 | $38,796.00 |
| | Stefanik, Peter | Czech Republic | 379.55 | $135.00 | $51,239.25 |
| | Stowasser, Lothar | Germany | 76.50 | $160.00 | $12,240.00 |
| | Suarez, Jose | United States | 95.80 | $120.00 | $11,496.00 |
| | Tan, Pei tee | Singapore | 64.00 | $160.00 | $10,240.00 |
| | Tee, Alvin | China | 513.00 | $160.00 | $82,080.00 |
| | Underwood, Billy | United Kingdom | 0.70 | $140.00 | $98.00 |
| | Valenzuela, Jesus | Mexico | 79.10 | $95.00 | $7,514.50 |
| | Vasquez, Liliana | Mexico | 102.70 | $95.00 | $9,756.50 |
| | Velazquez, Jorge | Mexico | 67.35 | $95.00 | $6,398.25 |
| | Villalobos, Ruel | United States | 26.10 | $120.00 | $3,132.00 |
| | Voelker, Kelly | United States | 167.60 | $120.00 | $20,112.00 |
| | Voelker, Kelly | United States - SAP | 290.60 | $130.00 | $37,778.00 |
| | Wang, Jing | United States | 11.50 | $120.00 | $1,380.00 |
| | Wang, Ying | France | 8.00 | $160.00 | $1,280.00 |
| | Williams, Earle | United States | 20.00 | $120.00 | $2,400.00 |
| | Won, Jasmine | Singapore | 20.00 | $160.00 | $3,200.00 |
| | Wong, Yin Yin | Singapore | 172.10 | $160.00 | $27,536.00 |
| | Yuan, Nora | China | 262.00 | $160.00 | $41,920.00 |
| | Zuccaro, Serafina | Italy | 401.50 | $160.00 | $64,240.00 |
| **Total - Senior Associate For Third Interim Period** | | | **18,549.90** | **$130.49** | **$2,420,643.50** |

| Position | Name | Work Country | Hours | Rate | Total |
|----------|------|--------------|-------|------|-------|
| Associate | Abergel, Elise | France | 50.00 | $130.00 | $6,500.00 |
| | Abrman, Tomas | Czech Republic | 153.70 | $105.00 | $16,138.50 |
| | Adams, Deirdre | United States | 239.45 | $95.00 | $22,747.75 |
| | Aguado Bombin, Jorge | Spain | 36.50 | $80.00 | $2,920.00 |
| | Aguirre, Alejandro | Mexico | 64.90 | $75.00 | $4,867.50 |
| | Ahmad, Omar | United Kingdom | 83.00 | $95.00 | $7,885.00 |
| | Anderson, Thomas | United States | 36.80 | $95.00 | $3,496.00 |
| | Aslam, Safi | United States | 141.90 | $95.00 | $13,480.50 |
| | Ault, Andrew | United States | 375.30 | $95.00 | $35,653.50 |
| | Balland, Anthony | France | 17.50 | $130.00 | $2,275.00 |
| | Bann, Courtney | United States - IT | 77.90 | $110.00 | $8,569.00 |
| | Barnard, Zackary | United States | 106.20 | $95.00 | $10,089.00 |
| | Bastar, Michal | Czech Republic | 270.90 | $105.00 | $28,444.50 |
| | Bebar, Ivo | Germany | 69.35 | $130.00 | $9,015.50 |
| | Belcastro, Anthony | United States | 107.60 | $95.00 | $10,222.00 |
| | Bertcchini, Delphine | France | 405.00 | $130.00 | $52,650.00 |
| | Bieber, Chad | United States - Specialist | 8.20 | $120.00 | $984.00 |
| | Bieterman, Caren | United States | 264.05 | $95.00 | $25,084.75 |
| | Birkmane, Kristine | United States | 262.70 | $95.00 | $24,956.50 |
| | Blaha, Martin | Czech Republic | 23.60 | $105.00 | $2,478.00 |
| | Blischke, Björn | Germany | 249.65 | $130.00 | $32,454.50 |
| | Budzynski, Joseph | United States - IT | 46.80 | $110.00 | $5,148.00 |
| | Budzynski, Joseph | United States | 5.00 | $95.00 | $475.00 |
| | Byrne, William | United States | 333.95 | $95.00 | $31,725.25 |
| | Cadariu, Andreea | Romania | 25.90 | $60.00 | $1,554.00 |
| | Cadoux, Cyrille | France | 69.50 | $130.00 | $9,035.00 |
| | Cannon, Nathaniel | United States | 33.50 | $95.00 | $3,182.50 |
| | Casals Falco, Joan | Spain | 142.50 | $80.00 | $11,400.00 |
| | Chen, Monica | China | 387.60 | $130.00 | $50,388.00 |
| | Chmielewski, Bérengère | France | 77.00 | $130.00 | $10,010.00 |
| | Conrad, Sabine | United States | 101.40 | $95.00 | $9,633.00 |
| | Conroy, Georgia | United States | 0.60 | $95.00 | $57.00 |
| | Cuvillier, Stanislas | France | 73.75 | $130.00 | $9,587.50 |
| | Czerney, Kevin | United States | 192.40 | $95.00 | $18,278.00 |
| | Davong, Carine | France | 30.00 | $130.00 | $3,900.00 |
| | D'Esterno, Maxime | Belgium | 18.20 | $130.00 | $2,366.00 |
| | Diez, Alexander | Germany | 144.70 | $130.00 | $18,811.00 |
| | Diolot, Caroline | France | 25.00 | $130.00 | $3,250.00 |
| | Doherty, Aoife | United Kingdom | 0.60 | $95.00 | $57.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Associate (continued) | Donatella, Leigh | United States | 364.10 | $95.00 | $34,589.50 |
| | Dorner, Karin | Austria | 47.50 | $130.00 | $6,175.00 |
| | Douillard, Thomas | France | 41.00 | $130.00 | $5,330.00 |
| | Dreyfus-schmidt, Sarah | France | 68.00 | $130.00 | $8,840.00 |
| | Escandon, Leopoldo | Mexico | 424.35 | $75.00 | $31,826.25 |
| | Fabre, Frederic | France | 223.00 | $130.00 | $28,990.00 |
| | Farkar, Szabolcs | United States | 61.70 | $95.00 | $5,861.50 |
| | Farrell, Erica | United States | 0.00 | $95.00 | $0.00 |
| | Fingerhut, Mathias | Germany | 82.90 | $130.00 | $10,777.00 |
| | Fitoussi, Emmanuel | France | 1.00 | $130.00 | $130.00 |
| | Gamboa, Mauricio | Mexico | 21.70 | $75.00 | $1,627.50 |
| | Garcia Vega, Guadalupe | United States - IT | 83.90 | $110.00 | $9,229.00 |
| | Garvey, Paul | Australia | 9.00 | $130.00 | $1,170.00 |
| | Gavric, Marko | Italy | 53.00 | $130.00 | $6,890.00 |
| | Goerl, Sophie-Luise | Germany | 37.00 | $130.00 | $4,810.00 |
| | Goñi, Yaiza | Spain | 75.00 | $80.00 | $6,000.00 |
| | Gonzalez-Baez, Marco | United States | 9.00 | $95.00 | $855.00 |
| | Green, Stuart | United Kingdom | 33.80 | $95.00 | $3,211.00 |
| | Gupta, Sharad | India | 282.30 | $50.00 | $14,115.00 |
| | Hallahan, Timothy | United States | 68.00 | $95.00 | $6,460.00 |
| | Haque, Sakia | United States | 377.10 | $95.00 | $35,824.50 |
| | Haselhof, Joachim | Germany | 12.00 | $130.00 | $1,560.00 |
| | Holtsclaw, Dustin | United States | 257.30 | $95.00 | $24,443.50 |
| | Hoppesch, Christine | United States | 41.00 | $95.00 | $3,895.00 |
| | Hosnofsky, Christian | Germany | 105.85 | $130.00 | $13,760.50 |
| | Jelinkova, Hana | Czech Republic | 13.00 | $105.00 | $1,365.00 |
| | Jursic, Katharina | Austria | 122.75 | $130.00 | $15,957.50 |
| | Kallas, Stefanie | United States | 372.70 | $95.00 | $35,406.50 |
| | Kammer, Heather | United States | 110.70 | $95.00 | $10,516.50 |
| | Kapusniak, Wojciech | Poland | 6.20 | $105.00 | $651.00 |
| | Keener, Stuart | United States | 70.10 | $95.00 | $6,659.50 |
| | Kensinger, Erica | United States | 102.65 | $95.00 | $9,751.75 |
| | Khan, Usman | United States | 99.50 | $95.00 | $9,452.50 |
| | Kirschniak, Martin | Germany | 60.95 | $130.00 | $7,923.50 |
| | Kondo, Naozumi | United States | 35.50 | $95.00 | $3,372.50 |
| | Korn, Daniel | Germany | 56.00 | $130.00 | $7,280.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Associate (continued) | Krajewski, Bartosz | Poland | 54.45 | $105.00 | $5,717.25 |
| | Kreder, Lori | United States | 149.90 | $95.00 | $14,240.50 |
| | Kroeninger, Linda | Germany | 41.50 | $130.00 | $5,395.00 |
| | Kueppers, Birsel | Germany | 117.30 | $130.00 | $15,249.00 |
| | Lakshminarasimhan, Karpagam | United States | 82.00 | $95.00 | $7,790.00 |
| | Larson, Jared | United States | 18.00 | $95.00 | $1,710.00 |
| | Lenz, Alexander | Germany | 147.00 | $130.00 | $19,110.00 |
| | Li, Monica | China | 3.00 | $130.00 | $390.00 |
| | Lim, Jay | United States | 163.60 | $95.00 | $15,542.00 |
| | Lu, Wei | United States | 15.90 | $95.00 | $1,510.50 |
| | Lyson, Krzysztof | Poland | 43.10 | $105.00 | $4,525.50 |
| | MacKenzie, Nicole | United States | 141.90 | $95.00 | $13,480.50 |
| | Mackenzie, Nicole | United States - Specialist | 106.00 | $205.00 | $21,730.00 |
| | Małecki, Filip | Poland | 280.10 | $105.00 | $29,410.50 |
| | McGowan, Jason | United States | 39.00 | $95.00 | $3,705.00 |
| | Metz, Robert | United States - Specialist | 88.35 | $195.00 | $17,228.25 |
| | Molina, Roger | Spain | 86.00 | $80.00 | $6,880.00 |
| | Nicolosi, Manuela | France | 78.75 | $130.00 | $10,237.50 |
| | Ornsby, Linda | United States | 60.90 | $95.00 | $5,785.50 |
| | Pack, Brian | United States | 133.50 | $95.00 | $12,682.50 |
| | Pan, Chunyu | China | 151.70 | $130.00 | $19,721.00 |
| | Park, Moon | United States | 11.00 | $95.00 | $1,045.00 |
| | Park, Moon | United States - IT | 93.70 | $110.00 | $10,307.00 |
| | Paschek, Andrzej | Poland | 7.00 | $105.00 | $735.00 |
| | Perez, Rosaana | United States - IT | 26.50 | $110.00 | $2,915.00 |
| | Pickwick, Nathan | United States | 189.00 | $95.00 | $17,955.00 |
| | Pierce, Stephanie | United States | 139.40 | $95.00 | $13,243.00 |
| | Pistillo, Elena | Italy | 524.50 | $130.00 | $68,185.00 |
| | Piwkowska, Dorota | Poland | 140.30 | $105.00 | $14,731.50 |
| | Polito, Denisse | Mexico | 115.80 | $75.00 | $8,685.00 |
| | Rana, Ali | United States | 38.00 | $95.00 | $3,610.00 |
| | Rangel, Natalia | Mexico | 142.50 | $75.00 | $10,687.50 |
| | Rangosz, Katarzyna | Poland | 15.50 | $105.00 | $1,627.50 |
| | Ranjan, Ganesh | United States - IT | 72.00 | $110.00 | $7,920.00 |
| | Rao, Vaishali | United States - SAP | 301.70 | $110.00 | $33,187.00 |
| | Razo, Sergio | Czech Republic | 288.00 | $105.00 | $30,240.00 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Associate (continued) | Reece, Caroline | United States | 46.05 | $95.00 | $4,374.75 |
| | Riffi, Hicham | France | 34.50 | $130.00 | $4,485.00 |
| | Rininger, Luke | United States | 173.65 | $95.00 | $16,496.75 |
| | Romero, Edgar | Mexico | 118.30 | $75.00 | $8,872.50 |
| | Romero, Raquel | Mexico | 51.00 | $75.00 | $3,825.00 |
| | Ruehle, Alexander | Germany | 174.70 | $130.00 | $22,711.00 |
| | Ruiz, Silvia | Spain | 146.00 | $80.00 | $11,680.00 |
| | Sajnani, Sunil | United States | 93.20 | $95.00 | $8,854.00 |
| | Sandoval, David | United States | 288.00 | $95.00 | $27,360.00 |
| | Santa Rosa, William | United States | 466.95 | $95.00 | $44,360.25 |
| | Santa Rosa, William | United States - IT | 6.00 | $120.00 | $720.00 |
| | Schietinger, Timo | Germany | 134.25 | $130.00 | $17,452.50 |
| | Schmitt, Aurelie | France | 111.50 | $130.00 | $14,495.00 |
| | Scholz, Felix | Germany | 42.75 | $130.00 | $5,557.50 |
| | Seymour, Whitney | United States | 115.80 | $95.00 | $11,001.00 |
| | Shehi, Renis | United States | 55.60 | $95.00 | $5,282.00 |
| | Shehi, Renis | United States - IT | 445.20 | $110.00 | $48,972.00 |
| | Simon, Silvia | Spain | 36.50 | $80.00 | $2,920.00 |
| | Singh, Gundeep | United States | 2.00 | $95.00 | $190.00 |
| | Skarpa, Radim | Czech Republic | 196.45 | $105.00 | $20,627.25 |
| | Smiley, Nicholas | United States | 29.40 | $95.00 | $2,793.00 |
| | Smołka, Michał | Poland | 47.75 | $105.00 | $5,013.75 |
| | Soriano, Silvia | United States | 201.10 | $95.00 | $19,104.50 |
| | Stefańczyk-Zając, Renata | Poland | 258.75 | $105.00 | $27,168.75 |
| | Steffen, Gunnar | Austria | 90.00 | $130.00 | $11,700.00 |
| | Suga, Yukiyo | United States | 204.90 | $95.00 | $19,465.50 |
| | Szopa, Lubomira | Poland | 78.70 | $105.00 | $8,263.50 |
| | Teresi, Shannon | United States | 34.00 | $95.00 | $3,230.00 |
| | Thomas, Rance | United States | 29.50 | $95.00 | $2,802.50 |
| | Uher, Peter | United States | 40.60 | $95.00 | $3,857.00 |
| | Uribe, Alejandro | Mexico | 13.50 | $75.00 | $1,012.50 |
| | Valenta, Robert | Austria | 78.10 | $130.00 | $10,153.00 |
| | Vaughan, Veronica | United States | 124.05 | $95.00 | $11,784.75 |
| | Vidal, Amandine | France | 85.00 | $130.00 | $11,050.00 |
| | Volgarino, Antonietta | Italy | 219.50 | $130.00 | $28,535.00 |
| | Voytsekhivskyy, Igor | United States | 523.10 | $95.00 | $49,694.50 |

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Associate (continued) | Vranka, Miroslav | Czech Republic | 77.50 | $105.00 | $8,137.50 |
| | Wang, Jing | United States | 144.70 | $95.00 | $13,746.50 |
| | Wang, Wyn | China | 28.00 | $130.00 | $3,640.00 |
| | Ward, Richard | United Kingdom | 105.15 | $95.00 | $9,989.25 |
| | Watts, Christine | United States | 137.35 | $95.00 | $13,048.25 |
| | Welter, Victoria | United States | 104.20 | $95.00 | $9,899.00 |
| | Williams, Jim | United States | 519.70 | $95.00 | $49,371.50 |
| | Williams, Ross | United States | 392.55 | $95.00 | $37,292.25 |
| | Wootton, Simon | United Kingdom | 52.76 | $95.00 | $5,012.20 |
| | Xiu, Sophia | China | 24.00 | $130.00 | $3,120.00 |
| | Zaccheo, Anna Maria | Italy | 110.00 | $130.00 | $14,300.00 |
| | Zapiorkowska, Anna | Poland | 235.70 | $105.00 | $24,748.50 |
| | Zelinka, Lubos | Czech Republic | 48.75 | $105.00 | $5,118.75 |
| | Zhao, Wilson | United States | 406.30 | $95.00 | $38,598.50 |
| | Zhu, Angeline | China | 34.00 | $130.00 | $4,420.00 |
| | Zuazaga, David | Spain | 149.00 | $80.00 | $11,920.00 |
| **Total - Associate For Third Interim Period** | | | **20,055.01** | **$104.20** | **$2,089,816.20** |
| Paraprofessional | Foran, Rachel | United States | 47.90 | $80.00 | $3,832.00 |
| | Foran, Rachel | United States - Specialist | 34.70 | $135.00 | $4,684.50 |
| **Total - Paraprofessional For Third Interim Period** | | | **82.60** | **$103.11** | **$8,516.50** |
| Client Account Administrator | Bidigare, Colleen | United States | 0.90 | $80.00 | $72.00 |
| | Stendahl, Subashi | United States | 28.30 | $80.00 | $2,264.00 |
| **Total - Client Account Administrator For Third Interim Period** | | | **29.20** | **$80.00** | **$2,336.00** |

## Total - Sarbanes-Oxley 404 Services For Third Interim Period

| | Hours | Total |
|---|---|---|
| | 52,232.85 | $7,794,489.75 |
| Blended Rate For Third Interim Period | | $149.23 |

## Tax Compliance - Foreign Affiliate Reporting - hours and compensation

| Position | Name | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|
| Senior Associate | Van Arsdalen, Donald | United States | 295.00 | $120.00 | $35,400.00 |
| | Van Arsdalen, Donald | United States - ITS | 140.50 | $155.00 | $21,777.50 |
| | Van Arsdalen, Donald | United States | 71.50 | $155.00 | $11,082.50 |
| | Van Arsdalen, Donald | United States | | $120.00 | $10,325.00 |
| **Total - Senior Associate For Third Interim Period** | | | **507.00** | **$155.00** | **$78,585.00** |
| Associate | Shuler, Michael | United States | | $95.00 | $1,484.50 |
| | Shuler, Michael | United States | 106.30 | $95.00 | $10,098.50 |
| | Shuler, Michael | United States - ITS | 112.50 | $110.00 | $12,375.00 |
| **Total - Associate For Third Interim Period** | | | **218.80** | **$109.50** | **$23,958.00** |

## Total - Tax Compliance - Foreign Affiliate Reporting For Third Interim Period

| | Hours | Total |
|---|---|---|
| | 725.80 | $102,543.00 |
| Blended Rate For Third Interim Period | | $141.28 |

# SUMMARY OF EXPENDITURES

### SARBANES-OXLEY 404 SERVICES - EXPENDITURES

The disbursements of PricewaterhouseCoopers for the Compensation Period are as follows:

### SARBANES-OXLEY 404 SERVICES

| Disbursement | Amount |
|---|---|
| Airfare | $232,514.09 |
| Lodging | $287,363.24 |
| Meals while Traveling | $70,374.22 |
| Parking | $62,604.35 |
| Personal Car Mileage | $9,211.78 |
| Public Transportation | $43,677.06 |
| Rental Car | $64,582.17 |
| Sundry - Other (e.g. computer equipment while at client location, telecommunications, copies) | $136,173.65 |
| **TOTAL** | **$906,500.55** |