**Delphi Corporation**                                                                                   **Exhibit C**

**Executive Financial Planning Program**
**2006 3rd Quarter Fees**

| Participant | Total Fees | Initial Year Installment |
|---|---|---|
| Mark Weber | $ 2,000 | |
| Karen Healy | $ 2,000 | |
| Atul Pasricha | $ 1,500 | |
| David Knill | $ 1,500 | |
| William Lloyd | $ 1,500 | |
| Mark Hester | $ 2,750 | 2 of 4 |
| John Sheehan | $ 3,250 | 1 of 4 |
| James Whitson | $ 2,750 | 1 of 4 |
| **Current Fees** | $ 17,250 | |

**PricewaterhouseCoopers provides the following services to the Delphi Executives Each Quarter:**

Tax Planning Services
. Assistance with income tax projections
. Modeling tax impact of company benefits
. Modeling tax impact of life events
. Withholding and estimated tax payment sufficiency analyses

Personal Financial Planning Services
. Cash flow and debt management
. Stock options
. Educational funding
. Retirement planning
. Retirement distributions
. Investment strategies
. Estate tax minimization
. Wealth distribution