# PRICEWATERHOUSECOOPERS 🅿🆆

|  |  |
|---|---|
| August 29, 2006 | **INVOICE NUMBER : 1030617635-4**<br>**PAYMENT DUE UPON RECEIPT**<br><br>PwC TAX ID #: 134008324<br>PwC D&B #: 00-186-37-94 |
| Mr. James P. Whitson<br>Chief Tax Officer<br>Delphi Automotive<br>World Headquarters<br>5725 Delphi Drive<br>Troy, MI  48098-2815<br>USA | **SEND CHECK PAYMENT TO:**<br>PricewaterhouseCoopers LLP<br>P.O. Box 75647<br>Chicago, IL  60675-5647<br><br>**WIRE TRANSFER INSTRUCTIONS:**<br>Citibank NA, New York, NY<br>Account #: 30408437<br>ABA #: 021000089 or Swift #: CITIUS33<br>**To Credit: PricewaterhouseCoopers LLP** |

| | | |
|---|---|---:|
| For professional services rendered covering the period July, 2006 for Washington National Tax Services (WNTS) retainer activities. Specific services included meeting of the Tax Study Group (TSG), coalition conference call with respect to the Coalition for Analysis and Study of Territorial Taxation (CASTT), materials with respect to TSG and CASTT activities; materials with respect to the Washington Tax Service (WTS). | $ | 5,000.00 |
| **TOTAL INVOICE** | $ | 5,000.00 |

Billing Contact: Don Longano 202.414.1647

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030617635**
**Client Account Number: 3858**

# PRICEWATERHOUSECOOPERS

September 28, 2006

Mr. James P. Whitson
Chief Tax Officer
Delphi Automotive
World Headquarters
5725 Delphi Drive
Troy, MI  48098-2815
USA

INVOICE NUMBER : 1030637632-7
PAYMENT DUE UPON RECEIPT

PwC TAX ID #: 134008324
PwC D&B #: 00-186-37-94

**SEND CHECK PAYMENT TO:**
PricewaterhouseCoopers LLP
P.O. Box 75647
Chicago, IL  60675-5647

**WIRE TRANSFER INSTRUCTIONS:**
Citibank NA, New York, NY
Account #: 30408437
ABA #: 021000089 or Swift #: CITIUS33
**To Credit: PricewaterhouseCoopers LLP**

| | |
|---|---|
| For professional services rendered covering the period August, 2006 for Washington National Tax Services (WNTS) retainer activities. Specific services included membership, activities or materials with respect to the Tax Study Group (TSG), the Coalition for Analysis and Study of Territorial Taxation (CASTT), the Washington Tax Service (WTS), and the International Tax Policy Forum (ITPF). | $           5,000.00 |
| **TOTAL INVOICE** | $           5,000.00 |

Billing Contact: Don Longano 202.414.1647

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030637632**
**Client Account Number: 3858**

# PRICEWATERHOUSECOOPERS

|  |  |
|---|---|
| October 26, 2006 | **INVOICE NUMBER : 1030658302-1**<br>**PAYMENT DUE UPON RECEIPT**<br><br>PwC TAX ID #: 134008324<br>PwC D&B #: 00-186-37-94 |
| Mr. James P. Whitson<br>Chief Tax Officer<br>Delphi Automotive<br>World Headquarters<br>5725 Delphi Drive<br>Troy, MI  48098-2815<br>USA | **SEND CHECK PAYMENT TO:**<br>PricewaterhouseCoopers LLP<br>P.O. Box 75647<br>Chicago, IL  60675-5647<br><br>**WIRE TRANSFER INSTRUCTIONS:**<br>Citibank NA, New York, NY<br>Account #: 30408437<br>ABA #: 021000089 or Swift #: CITIUS33<br>**To Credit: PricewaterhouseCoopers LLP** |

| | |
|---|---:|
| For professional services rendered covering the period September, 2006 for Washington National Tax Services (WNTS) retainer activities. Specific services included membership, activities or materials with respect to the Tax Study Group (TSG), the Coalition for Analysis and Study of Territorial Taxation (CASTT), the Washington Tax Service (WTS) , and the International Tax Policy Forum (ITPF). | $    5,000.00 |
| **TOTAL INVOICE** | $    5,000.00 |

Billing Contact: Don Longano 202.414.1647

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030658302**
**Client Account Number: 3858**