**Delphi Corporation (Case No. 05-44481)**  **Exhibit F**
**Summary of Services for PricewaterhouseCoopers LLP**
**Hourly Services - Sarbanes-Oxley 404 Services and Foreign Affiliate Reporting**
**By Project Category and Task Code - Third Interim Period (June 1, 2006 through September 30, 2006)**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| *Sarbanes-Oxley 404 Services* | | | |
| **Monthly and Interim Fee Applications** | | | |
| Documentation of time detail | United States - Specialist | 8.60 | $2,428.00 |
| Manage foreign billing (US use only) | Austria | 2.00 | $600.00 |
| Manage foreign billing (US use only) | Czech Republic | 5.30 | $927.50 |
| Manage foreign billing (US use only) | Germany | 6.50 | $1,300.00 |
| Manage foreign billing (US use only) | Romania | 11.10 | $999.00 |
| Manage foreign billing (US use only) | United Kingdom | 6.40 | $1,920.00 |
| Manage foreign billing (US use only) | United States - Bankruptcy | 72.00 | $25,920.00 |
| Manage foreign billing (US use only) | United States - Specialist | 1.30 | $416.00 |
| Preparation of fee application | United States | 224.80 | $20,456.50 |
| Preparation of fee application | United States - Bankruptcy | 375.20 | $109,267.00 |
| Preparation of fee application | United States - Specialist | 23.40 | $7,488.00 |
| **Total - Monthly and Interim Fee Applications** | | **736.60** | **$171,722.00** |
| **Non-Working Travel Time** | | | |
| Delphi - Travel | Austria | 32.35 | $5,771.50 |
| Delphi - Travel | Czech Republic | 77.65 | $9,840.75 |
| Delphi - Travel | France | 111.75 | $16,725.00 |
| Delphi - Travel | Germany | 77.25 | $10,519.50 |
| Delphi - Travel | Hungary | 3.00 | $525.00 |
| Delphi - Travel | India | 4.60 | $414.00 |
| Delphi - Travel | Italy | 22.50 | $3,275.00 |
| Delphi - Travel | Korea | 19.50 | $3,480.00 |
| Delphi - Travel | Mexico | 81.05 | $14,899.25 |
| Delphi - Travel | Poland | 207.40 | $27,446.50 |
| Delphi - Travel | Portugal | 33.00 | $4,851.00 |
| Delphi - Travel | Romania | 10.85 | $1,205.75 |
| Delphi - Travel | Spain | 69.50 | $8,125.00 |
| Delphi - Travel | United Kingdom | 102.55 | $19,117.25 |
| Delphi - Travel | United Kingdom - Tax | 9.90 | $2,689.50 |
| Delphi - Travel | United States | 557.30 | $64,791.75 |
| Delphi - Travel | United States - IT | 5.90 | $649.00 |
| Delphi - Travel | United States - SAP | 56.25 | $7,142.50 |
| Delphi - Travel | United States - SoD | 5.00 | $1,110.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Delphi - Travel | United States - Specialist | 85.25 | $19,603.00 |
| **Total - Non-Working Travel Time** | | **1,572.55** | **$222,181.25** |

### Validation and Remediation Services

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Compliance with Korean regulation (Korea only) | Korea | 3.00 | $480.00 |
| DSC - Validation (US staff use only) | United States | 21.00 | $2,520.00 |
| DTI - Validation (US staff use only) | United States | 225.20 | $24,991.50 |
| Engagement management (US staff use only) | United States | 1,103.30 | $180,464.50 |
| Engagement management (US staff use only) | United States - Specialist | 8.40 | $2,772.00 |
| Foreign coordination (US use only) | United States | 75.20 | $19,552.00 |
| GMFSS - Review of B process documentation (US staff use only) | United States | 2.20 | $209.00 |
| GMFSS - Validation (US staff use only) | United States | 38.50 | $3,945.00 |
| Medical - Remediation (US staff use only) | United States | 7.50 | $712.50 |
| Medical - Validation (US staff use only) | United States | 874.30 | $83,478.50 |
| Medical - Validation (US staff use only) | United States - Specialist | 70.80 | $11,682.00 |
| Other (US use only) | United States | 147.90 | $14,838.00 |
| Other (US use only) | United States - Specialist | 54.70 | $15,316.00 |
| Other (US staff use only) | United States | 641.40 | $67,606.00 |
| Other (US staff use only) | United States - Specialist | 390.50 | $110,491.50 |
| Planning (Foreign staff use only) | Australia | 5.60 | $1,680.00 |
| Planning (Foreign staff use only) | Austria | 21.10 | $3,935.00 |
| Planning (Foreign staff use only) | China | 73.30 | $19,820.00 |
| Planning (Foreign staff use only) | Czech Republic | 25.20 | $3,872.00 |
| Planning (Foreign staff use only) | France | 9.00 | $1,800.00 |
| Planning (Foreign staff use only) | Germany | 48.90 | $7,980.00 |
| Planning (Foreign staff use only) | India | 34.70 | $3,801.00 |
| Planning (Foreign staff use only) | Italy | 1.00 | $200.00 |
| Planning (Foreign staff use only) | Korea | 69.00 | $12,800.00 |
| Planning (Foreign staff use only) | Poland | 168.10 | $23,607.00 |
| Planning (Foreign staff use only) | Portugal | 29.20 | $5,065.00 |
| Planning (Foreign staff use only) | Singapore | 13.00 | $2,200.00 |
| Planning (Foreign staff use only) | Spain | 41.00 | $9,372.50 |
| Planning (Foreign staff use only) | United Kingdom | 96.50 | $22,394.00 |
| Planning (US staff use only) | United States | 602.90 | $73,903.00 |
| Planning (US staff use only) | United States - Specialist | 47.00 | $16,005.00 |
| Project management (US use only) | United States | 2,336.20 | $461,002.00 |
| Project management (US use only) | United States - Bankruptcy | 3.30 | $625.50 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Project management (US use only) | United States - Specialist | 1,415.33 | $412,062.30 |
| Remediation (Foreign staff use only) | Australia | 2.50 | $325.00 |
| Remediation (Foreign staff use only) | China | 105.60 | $14,578.00 |
| Remediation (Foreign staff use only) | Germany | 11.00 | $2,200.00 |
| Remediation (US staff use only) | United States | 32.20 | $4,606.00 |
| Review of B process documentation (Foreign staff use only) | Germany | 33.50 | $6,700.00 |
| Review of B process documentation (Foreign staff use only) | Mexico | 242.20 | $21,517.00 |
| Review of B process documentation (Foreign staff use only) | Portugal | 17.60 | $3,080.00 |
| Review of B process documentation (Foreign staff use only) | Singapore | 72.70 | $17,550.00 |
| Review of B process documentation (Foreign staff use only) | United Kingdom | 23.80 | $4,485.00 |
| Review of B process documentation (US staff use only) | United States | 250.90 | $30,229.00 |
| Review of B process documentation (US staff use only) | United States - Specialist | 0.80 | $264.00 |
| Roll forward testing (Foreign staff use only) | Australia | 4.50 | $585.00 |
| Roll forward testing (Foreign staff use only) | France | 231.00 | $30,030.00 |
| Roll forward testing (Foreign staff use only) | India | 9.80 | $684.00 |
| Roll forward testing (US staff use only) | United States | 20.20 | $4,509.50 |
| Tax Specialist Assistance for Corporate | United States - Specialist | 49.50 | $10,699.00 |
| Validation (Foreign staff use only) | Australia | 4.00 | $640.00 |
| Validation (Foreign staff use only) | Austria | 380.80 | $64,765.00 |
| Validation (Foreign staff use only) | China | 933.70 | $145,362.00 |
| Validation (Foreign staff use only) | Czech Republic | 1,665.70 | $208,363.00 |
| Validation (Foreign staff use only) | France | 1,011.75 | $154,430.00 |
| Validation (Foreign staff use only) | Germany | 1,479.45 | $203,292.50 |
| Validation (Foreign staff use only) | Hungary | 7.00 | $1,225.00 |
| Validation (Foreign staff use only) | India | 580.40 | $41,223.00 |
| Validation (Foreign staff use only) | Italy | 998.50 | $142,820.00 |
| Validation (Foreign staff use only) | Korea | 23.00 | $3,680.00 |
| Validation (Foreign staff use only) | Mexico | 2,174.80 | $235,351.00 |
| Validation (Foreign staff use only) | Poland | 2,241.80 | $289,122.50 |
| Validation (Foreign staff use only) | Portugal | 458.50 | $67,136.50 |
| Validation (Foreign staff use only) | Romania | 30.50 | $3,000.00 |
| Validation (Foreign staff use only) | Singapore | 213.10 | $34,320.00 |
| Validation (Foreign staff use only) | Spain | 928.00 | $102,560.00 |
| Validation (Foreign staff use only) | United Kingdom | 1,724.80 | $288,948.50 |
| Validation (US staff use only) | United States | 10,046.70 | $1,093,396.00 |
| Validation (US staff use only) | United States - IT | 6.00 | $720.00 |
| Validation (US staff use only) | United States - Specialist | 587.30 | $127,711.00 |
| WHQ - Validation (US staff use only) | United States | 6.20 | $589.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| **Total - Validation and Remediation Services** | | **35,314.03** | **$4,981,879.30** |
| **Process Walkthroughs** | | | |
| DSC - Walkthroughs (US staff use only) | United States | 1.60 | $192.00 |
| DTI - Walkthroughs (US staff use only) | United States | 52.40 | $5,355.50 |
| GMFSS - Walkthroughs (US staff use only) | United States | 19.00 | $1,960.00 |
| Medical - Walkthroughs (US staff use only) | United States | 4.00 | $380.00 |
| Walkthroughs (Foreign staff use only) | Australia | 28.00 | $8,270.00 |
| Walkthroughs (Foreign staff use only) | Austria | 202.60 | $36,442.00 |
| Walkthroughs (Foreign staff use only) | Belgium | 18.20 | $2,366.00 |
| Walkthroughs (Foreign staff use only) | China | 477.00 | $76,825.00 |
| Walkthroughs (Foreign staff use only) | Czech Republic | 466.00 | $60,698.00 |
| Walkthroughs (Foreign staff use only) | France | 687.50 | $104,900.00 |
| Walkthroughs (Foreign staff use only) | Germany | 356.70 | $58,034.00 |
| Walkthroughs (Foreign staff use only) | Hungary | 90.00 | $12,150.00 |
| Walkthroughs (Foreign staff use only) | India | 338.30 | $22,625.00 |
| Walkthroughs (Foreign staff use only) | Italy | 400.50 | $58,415.00 |
| Walkthroughs (Foreign staff use only) | Korea | 187.00 | $32,840.00 |
| Walkthroughs (Foreign staff use only) | Mexico | 434.30 | $51,147.50 |
| Walkthroughs (Foreign staff use only) | Poland | 983.90 | $131,722.50 |
| Walkthroughs (Foreign staff use only) | Portugal | 123.80 | $18,777.00 |
| Walkthroughs (Foreign staff use only) | Romania | 78.40 | $8,296.00 |
| Walkthroughs (Foreign staff use only) | Singapore | 167.90 | $27,600.00 |
| Walkthroughs (Foreign staff use only) | Spain | 386.00 | $46,037.50 |
| Walkthroughs (Foreign staff use only) | United Kingdom | 368.60 | $72,504.50 |
| Walkthroughs (Foreign staff use only) | United Kingdom - Tax | 110.40 | $26,177.00 |
| Walkthroughs (US staff use only) | United States | 487.40 | $61,192.00 |
| Walkthroughs (US staff use only) | United States - Specialist | 668.60 | $223,106.00 |
| WHQ - Walkthroughs (US staff use only) | United States | 65.00 | $7,800.00 |
| **Total - Process Walkthroughs** | | **7,203.10** | **$1,155,812.50** |
| **IT Validation and Remediation Services** | | | |
| Expenditure | United States | 171.50 | $21,520.50 |
| Expenditure | United States - SAP | 282.20 | $42,471.50 |
| Financial Reporting | United States | 110.30 | $16,737.00 |
| Financial Reporting | United States - SAP | 360.70 | $45,278.50 |
| Fixed Assets | United States | 106.60 | $16,608.00 |
| Fixed Assets | United States - SAP | 129.10 | $15,243.00 |
| Grundig Manager Review | United States - IT | 18.20 | $3,297.50 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Grundig Remediation | United States - IT | 80.80 | $10,633.50 |
| Grundig Testing | United States - IT | 138.00 | $17,924.50 |
| Inventory | United States | 264.20 | $41,032.50 |
| Inventory | United States - SAP | 279.70 | $37,131.00 |
| Packard Manager Review | United States - IT | 12.30 | $2,444.00 |
| Packard Testing | United States - IT | 66.70 | $9,077.50 |
| Paris Manager Review | United States - IT | 14.60 | $1,898.00 |
| Paris Testing | United States - IT | 64.80 | $7,894.00 |
| Project Administration (IT) | United States - IT | 1,118.70 | $170,871.00 |
| Project Management | United States | 134.40 | $24,782.50 |
| Project Management | United States - IT | 75.70 | $11,661.00 |
| Project Management | United States - SAP | 53.50 | $10,358.50 |
| Project Management | United States - SoD | 34.00 | $7,510.00 |
| QA | United States - IT | 41.40 | $5,489.00 |
| Revenue | United States | 283.30 | $38,941.00 |
| Revenue | United States - SAP | 419.20 | $59,350.00 |
| Security Analysis & Testing | United States | 153.00 | $39,780.00 |
| Security Analysis & Testing | United States - IT | 11.90 | $3,094.00 |
| Security Analysis & Testing | United States - SoD | 232.90 | $60,554.00 |
| Special Requests | United States - IT | 218.50 | $29,049.00 |
| Steering Manager Review | United States - IT | 5.60 | $1,456.00 |
| Steering Testing | United States - IT | 141.80 | $20,923.00 |
| Test Planning | United States - IT | 249.30 | $33,262.50 |
| Testing Results Upload | United States - IT | 74.30 | $8,757.50 |
| **Total - IT Validation and Remediation Services** | | **5,347.20** | **$815,030.00** |
| **eTBR Services** | | | |
| eTBR (US use only) | United States | 7.60 | $772.00 |
| **Total - eTBR Services** | | **7.60** | **$772.00** |
| **Material Weakness Remediation** | | | |
| Account Reconciliation MW (US use only) | United States - Specialist | 102.60 | $29,264.00 |
| MW PMO (US use only) | United States - IT | 26.80 | $4,422.00 |
| MW PMO (US use only) | United States - Specialist | 287.20 | $80,416.00 |
| **Total - Material Weakness Remediation** | | **416.60** | **$114,102.00** |
| **Contract Administration** | | | |
| Contract Management - MW Remediation Assistance | United States | 21.50 | $5,590.00 |

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| Contract Management - MW Remediation Assistance | United States - Specialist | 57.90 | $29,316.00 |
| Other (Foreign staff use only) | Australia | 2.00 | $260.00 |
| Other (Foreign staff use only) | Austria | 46.50 | $13,090.00 |
| Other (Foreign staff use only) | China | 540.10 | $103,694.00 |
| Other (Foreign staff use only) | Czech Republic | 27.30 | $3,699.50 |
| Other (Foreign staff use only) | France | 254.25 | $67,450.00 |
| Other (Foreign staff use only) | Germany | 216.70 | $33,993.00 |
| Other (Foreign staff use only) | India | 70.50 | $3,738.00 |
| Other (Foreign staff use only) | Italy | 18.00 | $4,000.00 |
| Other (Foreign staff use only) | Mexico | 28.70 | $2,726.50 |
| Other (Foreign staff use only) | Poland | 3.00 | $405.00 |
| Other (Foreign staff use only) | Portugal | 123.30 | $20,782.00 |
| Other (Foreign staff use only) | Romania | 9.40 | $1,587.50 |
| Other (Foreign staff use only) | Singapore | 61.30 | $10,156.00 |
| Other (Foreign staff use only) | United Kingdom | 154.72 | $32,503.20 |
| **Total - Contract Administration** | | **1,635.17** | **$332,990.70** |
| **Total - Sarbanes-Oxley 404 Services** | | **52,232.85** | **$7,794,489.75** |

| Task Code | Work Country | Hours | Total |
|---|---|---|---|

## *Tax Compliance - Foreign Affiliate Reporting*

**Tax Compliance - Foreign Affiliate Reporting**

| | | | |
|---|---|---|---|
| ITS Compliance Assistance | United States | 472.80 | $68,390.50 |
| ITS Compliance Assistance | United States - ITS | 253.00 | $34,152.50 |
| **Total - Tax Compliance - Foreign Affiliate Reporting** | | **725.80** | **$102,543.00** |
| **Total - Tax Compliance - Foreign Affiliate Reporting** | | **725.80** | **$102,543.00** |
| **Grand Totals For Third Interim Period** | | **52,958.65** | **$7,897,032.75** |

**Blended Rate For Third Interim Period  $149.12**