**Delphi Corporation** **Exhibit H**

**Summary Expense Report for PricewaterhouseCoopers LLP (Sarbanes-Oxley 404 Team)**
**By Transaction Type For Third Interim Period (June 1, 2006 through September 30, 2006)**

| Transaction Type | Total |
|---|---|
| Airfare | $232,514.09 |
| Lodging | $287,363.24 |
| Meals | $70,374.22 |
| Mileage Allowance | $62,604.35 |
| Parking | $9,211.78 |
| Public/ground transportation | $43,677.06 |
| Rental Car | $64,582.17 |
| Sundry - Other | $136,173.65 |
| **Total Expenditures for Third Interim Period** | **$906,500.55** |