**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORPORATION, <u>et al</u> | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

--------------------------------------------------------

**SECOND INTERIM FEE APPLICATION FOR PRICEWATERHOUSECOOPERS LLP**
**FOR THE PERIOD JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006**

## SUMMARY OF EXHIBITS

Exhibit A -- Certification of Brian D. Decker.

Exhibit B -- Retention Order dated June 21, 2006 authorizing the employment and retention of PricewaterhouseCoopers LLP to provide certain Sarbanes-Oxley Compliance, Tax and Financial Planning and Other General Tax Consulting Services to the Debtors; Supplemental Retention Order dated January 17, 2007 expanding the scope of retention for the due diligence project.

**Fixed Fee Services**

Exhibit C -- Invoice and summary schedule for the Fixed Fee - Executive Personal Financial Planning Services

Exhibit D -- Invoices for the WNTS Services

**Hourly Fee Services**

Exhibit E -- Summary of Hours, Billing Rate and Fees by Professional

Exhibit F -- Project Category Fees, Subcategories and Task Codes

Exhibit G -- Daily Time Detail by Category and Professional

Exhibit H -- Summary and Details of Expenditures by Professional