**EXHIBIT B**

**DELPHI CORPORATION, *ET AL.***

**PROFESSIONAL SERVICES RENDERED
BY HOWARD & HOWARD ATTORNEYS, P.C.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
OCTOBER 1, 2006 THROUGH JANUARY 31, 2007**

*The top figure is the hourly rate charged before applicant's annual rate increase took effect on November 1, 2006; the second figure is the hourly rate charged after the annual rate increase took effect on November 1, 2006.*

**ATTORNEYS**

| Name | Year Admitted to Practice | Law School Class | Hourly Rate* | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Lisa S. Gretchko | 1979 | December 1978 | $315.00 $325.00 | 2.0 42.5 | $630.00 $13,812.50 |
| Samuel J. Haidle | 1998 | 1998 | $235.00 $250.00 | 37.4 85.0 | $8,789.00 $21,250.00 |
| David M. LaPrairie | 2000 | 1999 | $235.00 $250.00 | 3.9 19.9 | $916.50 $4,975.00 |
| Jeffrey A. Sadowski | 1977 | 1977 | $395.00 405.00 | 1.4 2.9 | $553.00 $1,174.50 |
| James R. Yee | 1995 | 1995 | $320.00 $330.00 | 5.3 5.0 | $1,696.00 $1,650.00 |
| | | | | | |
| **TOTAL (Partners)** | | | | **205.3** | **$55,446.50** |
| | | | | | |
| **Associates:** | | | | | |
| Sara C, MacWilliams | 2004 | 2004 | $155.00 $170.00 | 6.8 17.7 | $1,054.00 $3,009.00 |
| Trent K. English | 2004 | 2004 | $165.00 $180.00 | 10.7 17.9 | $1,765.50 $3,222.00 |
| Christopher S. Andrzejak | 2005 | 2005 | $155.00 | 29.6 | $4,588.00 |
| Lisa M. Muehleck | 2006 | 2005 | $150.00 | 74.2 | $11,130.00 |
| Suzanne K. Klein | 2003 | 2003 | $160.00 | 8.0 | $1,280.00 |
| David A. Burns | 1998 | 1998 | $230.00 $245.00 | 15.5 111.7 | $3,565.00 27,366.50 |
| Preston H. Smirman | 1996 | 1996 | $265.00 | 15.2 | $4,028.00 |
| Matthew Binkowski | 2006 | 2006 | $140.00 | 16.1 | $2,254.00 |
| Todd A. Pleiness | 2006 | 2006 | $140.00 | 17.6 | $2,464.00 |
| | | | | | |
| **TOTAL (Associates)** | | | | **341.00** | **$65,726.00** |

#250900

## PATENT AGENT

| Name | Year Admitted to Patent Bar | Law School Class | Hourly Rate* | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| Michael G. Shariff | 2006 | 2004 | $165.00 | **8.9** | **$1,468.50** |

## INTELLECTUAL PROPERTY PARAPROFESSIONALS

| Name | Hourly Rate* | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|
| **Interns:** | | | |
| Accounting - D. Witzak, K. Hill | $75.00 | 37.4 | $2,805.00 |
| Brian C. Andress | $105.00 | 95.0 | $9,975.00 |
|  | $115.00 | 65.8 | $7,567.00 |
| Christopher M. Francis | $105.00 | 2.1 | $220.50 |
| Julie Kapp | $85.00 | 144.8 | $12.308.00 |
| Steven J. Kontos | $100.00 | 46.7 | $4,670.00 |
| Michael E. McKee | $110.00 | 8.4 | $924.00 |
| Wyatt J. Istvan Mitchell | $85.00 | 4.0 | $340.00 |
| Jason Newton | $75.00 | 9.5 | $712.50 |
| Martha Sintz | $125.00 | 48.6 | $6,075.00 |
| | | | |
| **TOTAL (Paraprofessionals)** | | **462.3** | **$45,597.00** |

**Total (Attorneys, Patent Agent and IP Paraprofessionals):  1,017.5 hours - $168,238.00**

#250900