# EXHIBIT C

# DELPHI CORPORATION, *ET AL.*

## SUMMARY OF SERVICES RENDERED
## BY HOWARD & HOWARD ATTORNEYS, P.C. AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS FOR WHICH PAYMENT IS SOUGHT
## IN THIS OCTOBER 1, 2006 THROUGH JANUARY 31, 2007 COMPENSATION PERIOD

*The top figure is the hourly rate charged before applicant's annual rate increase took effect on November 1, 2006; the second figure is the hourly rate charged after the annual rate increase took effect on November 1, 2006.

| Matter | Name | Hourly Rate* † | Total Hours | Total Fees |
|---|---|---|---|---|
| Business Operations | James R. Yee | $320.00<br>$330.00 | 5.3<br>5.0 | $1,696.00<br>$1,650.00 |
| Business Operations | David A. Burns | $230.00<br>$245.00 | 15.5<br>111.7 | $3,565.00<br>$27,366.50 |
| Business Operations | David M. LaPrairie | $235.00<br>$250.00 | 3.9<br>19.9 | $916.50<br>$4,975.00 |
| Business Operations | Samuel J. Haidle | $235.00<br>$250.00 | 37.4<br>85.0 | $8,789.00<br>$21,250.00 |
| Business Operations | Jeffrey A. Sadowski | $395.00<br>$405.00 | 1.4<br>2.9 | $553.00<br>$1,174.50 |
| Business Operations | Lisa S. Gretchko | $315.00<br>$325.00 | 2.0<br>42.5 | $630.00<br>$13,812.50 |
| Business Operations | Preston H. Smirman | $265.00 | 15.2 | $4,028.00 |
| Business Operations | Christopher S. Andrzejak | $155.00 | 29.6 | $4,588.00 |
| Business Operations | Trent K. English | $165.00<br>$180.00 | 10.7<br>17.9 | $1,765.50<br>$3,222.00 |
| Business Operations | Sara C. MacWilliams | $155.00<br>$170.00 | 6.8<br>17.7 | $1,054.00<br>$,3,009.00 |
| Business Operations | Lisa M. Muehleck | $150.00 | 74.2 | $11,130.00 |
| Business Operations | Matthew Binkowski | $140.00 | 16.1 | $2,254.00 |
| Business Operations | Todd A. Pleiness | $140.00 | 17.6 | $2,464.00 |
| Business Operations | Suzanne K. Klein | $160.00 | 8.0 | $1,280.00 |
| Business Operations | Michael G. Shariff | $165.00 | 8.9 | $1,468.50 |
| Business Operations | Brian C. Andress | $105.00<br>$115.00 | 95.0<br>65.8 | $9,975.00<br>$7,567.00 |
| Business Operations | Christopher M. Francis | $105.00 | 2.1 | $220.50 |
| Business Operations | Julie Kapp | $85.00 | 144.8 | $12,308.00 |
| Business Operations | Wyatt J. Istvan Mitchell | $85.00 | 4.0 | $340.00 |
| Business Operations | Michael E. McKee | $110.00 | 8.4 | $924.00 |
| Business Operations | Steven J. Kontos | $100.00 | 46.7 | $4,670.00 |
| Business Operations | Jason Newton | $75.00 | 9.5 | $712.50 |
| Business Operations | Accounting - Witzak/Hill | $75.00 | 37.4 | $2,805.00 |
| Business Operations | Martha S. Sintz | $125.00 | 48.6 | $6,075.00 |
| Business Operations | **TOTAL** | | **1017.5** | **$168,238.00** |

†Services rendered during the Compensation Period for every matter number consisted of evaluation of inventions and drafting, filing and prosecuting of numerous patent applications, advice on trademark and copyright issues, and related services required to obtain payment for such services.

#249661-v1