# EXHIBIT D

## DELPHI CORPORATION, *ET AL.*

### ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY HOWARD & HOWARD ATTORNEYS, P.C. BY INTELLECTUAL PROPERTY COUNSEL
### OCTOBER 1, 2006 THROUGH JANUARY 31, 2007

| EXPENSES | AMOUNT |
|---|---:|
| Filing Fees | $8,360.00 |
| Photocopy Charges | $1,007.10 |
| Fax Charges | $33.00 |
| Patent Research | $1,151.06 |
| Drawing Fees | $3,140.00 |
| Travel Expense | $1,118.81 |
| Postage and Mailings | $317.31 |
|  |  |
| **TOTAL DISBURSEMENTS** | **$15,127.28** |

#252125-v1