HOWARD & HOWARD ATTORNEYS, P.C.
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI  48304-5151
(248) 723-0396
Jeffrey A. Sadowski (P28163)
Lisa S. Gretchko (P29881)

*Intellectual Property Counsel for Delphi Corporation, et al.,*
*Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

      In re                     :      Chapter 11
                        :

  DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)
                        :

             Debtors.    :      (Jointly Administered)
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING FOURTH INTERIM FEE APPLICATION OF
HOWARD & HOWARD ATTORNEYS, P.C., FOR ALLOWANCE OF
INTERIM COMPENSATION AND REIMBURSEMENT  OF EXPENSES**

**WHEREAS,** upon consideration of the Fourth Interim Application of Howard & Howard

Attorneys, P.C. For Allowance of Compensation For Services Rendered and Reimbursement of

Expenses (the "Howard & Howard Application"), incurred from the period commencing October

1, 2006 and ending January 31, 2007 (the "Compensation Period"), related to services provided

to the Debtors; and a hearing having been held before the Court on June 21, 2007, at 10:00 a.m.,

to consider the Howard & Howard Application; and notice having been given pursuant to Fed. R.

Bankr. P. 2002(a)(6) and (c)(2); and due consideration having been given to any responses

thereto; and sufficient cause having been shown therefore, it is hereby

**ORDERED** that the Howard & Howard Application is granted as set forth in

Schedule "A" and this Court approves interim compensation for professional services rendered

#251628-v1

**EXHIBIT E**

in the amount of $168,238.00, and interim reimbursement for actual and necessary expenses in the amount of $15,127.28 for a total award of fees and expenses on said fee application in the amount of $183,365.28.

**ORDERED** that the Debtors are authorized and directed to immediately pay to Howard & Howard, without any holdback, $183,365.28 on its Fourth Interim Fee Application, consisting of fees in the amount of $168,238.00 and expenses in the amount of $15,127.28, or, if applicable of, the difference between the amount allowed hereunder and the amounts, if any, previously paid to Howard & Howard pursuant to that certain Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005 and Fourth Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated July 12, 2006.


Dated: New York, New York
            _____, 2007


                                                        _____
                                                        UNITED STATES BANKRUPTCY JUDGE

#251628-v1

Case No.:      05-44481 (RDD)

Case Name:    In re Delphi Corporation, *et al.*

CURRENT FEE PERIOD:  October 1, 2006 through January 31, 2007

| Applicant | Date/Document No. of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Howard & Howard Attorneys, P.C. | 3/30/2007 | $168,238.00 | | $15,127.28 | |

SCHEDULE A(1)     DATE:_____          INITIALS:_____ (USBJ)

#251628-v1

Case No.:      05-44481 (RDD)
Case Name:   In re Delphi Corporation, *et al.*

SUMMARY:  All Fee Periods (First, Second, Third and Fourth Interim Fee Applications)

| Applicant | Total Fees Requested* | Fees Awarded To Date | Total Expenses Requested** | Expenses Awarded To Date |
|---|---|---|---|---|
| Howard & Howard Attorneys, P.C. | $651,045.00 | $482,807.00 | $55,092.40 | $39,965.12 |

SCHEDULE A(2)     DATE:_____                    INITIALS:_____ (USBJ)

* Breakdown of Total Fees Requested

| | |
|---|---|
| First Interim Application: | $      98,553.00 |
| Second Interim Application: | 197,421.00 |
| Third Interim Application: | 186,833.00 |
| Current (Fourth) Interim Application: | 168,238.00 |
| | $    651,045.00 |

** Breakdown of Total Expenses Requested

| | |
|---|---|
| First Interim Application: | $      19,710.70 |
| Second Interim Application: | 10,006.89 |
| Third Interim Application: | 10,247.53 |
| Current (Fourth) Interim Application: | 15,127.28 |
| | $      55,092.40 |

#251628-v1