FORM B10 (Official Form 10) (04/05)

| United States Bankruptcy Court  Southern  District Of  New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Automotive Systems, LLC | Case Number: 05-44481 (RDD) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Furukawa Electric North America APD, Inc. and
Furukawa Electric Company

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett, LLP
P.O. Box 352
Grand Rapids, MI 49503

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number: 616-336-6827

**Received AUG 0 5 2006 Kurtzman Carson**

THIS SPACE FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces  ☐ amends  a previously filed claim dated: ____
if this claim

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other  Breach of Contract Damages

☐ Retired benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS#: ____
   Unpaid compensation for services performed
   from _____ to _____
        (date)              (date)

**2. Date debt was incurred:** Prepetition/various dates

**3. If court judgment, date obtained:**

**Total Amount of Claim at Time Case Filed.**   $2,589,684.56 _____ _____ $2,589,684.56
                                                  (Unsecured)   (Secured)    (Priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at the time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim $ _____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $ _____
  Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SENT ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. SEE ATTACHED

**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclosed a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

Date: 7-27-06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Michael S. McElwee, Attorney for Furukawa  [signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# FURUKAWA ELECTRIC EPSILON SENSOR DAMAGE SUMMARY

| Category | Item | Cost in Japanese Yen | Cost in US Dollars |
|---|---|---|---|
| Legal Fees | | | $122,773.51 |
| Miscellaneous | | | $120,076.00 |
| Inventory | FENA | | $338,475.34 |
| | Furukawa Mie | 31,739,971.14 | $278,861.11 |
| | Tokyo Cosmos | 39,518,320.45 | $347,200.14 |
| Total Inventory | | | $964,536.59 |
| Investment | Furukawa Mie | 35,143,226.00 | $308,761.43 |
| | Tokyo Cosmos | 122,189,984.30 | $1,073,537.03 |
| Total Investment | | | $1,382,298.46 |

| TOTAL DAMAGES | $2,589,684.56 |
|---|---|

NOTE: $1 US = 113.82 Japanese Yen

## LEGAL FEES

| Item | Paid To | Date | Amount | Comments |
|---|---|---|---|---|
| Legal Fees | Varnum, Riddering, Schmidt & Howlett | 6/1/2004 | $1,747.50 | Invoice #649574 |
| | Varnum, Riddering, Schmidt & Howlett | 6/22/2004 | $2,718.41 | Invoice #651552 |
| | Varnum, Riddering, Schmidt & Howlett | 7/28/2004 | $282.50 | Invoice #653983 |
| | Varnum, Riddering, Schmidt & Howlett | 8/12/2004 | $198.75 | Invoice #655173 |
| | Varnum, Riddering, Schmidt & Howlett | 9/16/2004 | $1,267.00 | Invoice #657753 |
| | Varnum, Riddering, Schmidt & Howlett | 10/18/2004 | $5,306.75 | Invoice #660242 |
| | Varnum, Riddering, Schmidt & Howlett | 11/16/2004 | $26,057.15 | Invoice #662919 |
| | Varnum, Riddering, Schmidt & Howlett | 12/16/2004 | $14,220.40 | Invoice #665054 |
| | Varnum, Riddering, Schmidt & Howlett | 1/21/2005 | $2,892.00 | Invoice #667499 |
| | Varnum, Riddering, Schmidt & Howlett | 2/14/2005 | $10,123.30 | Invoice #669332 |
| | Varnum, Riddering, Schmidt & Howlett | 3/14/2005 | $7,542.50 | Invoice #671527 |
| | Varnum, Riddering, Schmidt & Howlett | 4/19/2005 | $7,735.00 | Invoice #674415 |
| | Varnum, Riddering, Schmidt & Howlett | 6/16/2005 | $11,552.00 | Invoice #678708 |
| | Varnum, Riddering, Schmidt & Howlett | 7/8/2005 | $4,238.75 | Invoice #679498 |
| | Varnum, Riddering, Schmidt & Howlett | 7/14/2005 | $122.00 | Invoice #680346 |
| | Varnum, Riddering, Schmidt & Howlett | 10/8/2005 | $26,769.50 | Invoice #687673 |

Legal Fees As of 10/8/2005                $122,773.51

## MISCELLANEOUS COSTS

| Item | Paid To/Charged By | Amount | Comments |
|---|---|---|---|
| Test Lab Fees | DTL | $11,990.00 | |
| Sample Parts | | $1,484.95 | J.Wade Purchase |
| Delphi Deduction | Delphi | $106,601.05 | 8/3/2004 GCN/PRR |
| | | | Parts Scrapped at Delphi |
| | | | Rework Fee at Delphi |

| Total Miscellaneous Costs | $120,076.00 |
|---|---|

# FENA INVENTORY

| Inventory Type | Quantity | Unit Price | Amount |
|---|---|---|---|
| Finished Goods | 27,881 | $12.14 | $338,475.34 |

## FURUKAWA MIE INVENTORY

| Inventory Type | Part Number | Part Name | Part Type | Unit Price | Qty | Amount |
|---|---|---|---|---|---|---|
| Finished Goods | Q030131000-M00 | DTS-04 STEERING SENSOR 26085186 | R2961 26085186 (DTS-04) | 1,120.00 | 18,000 | 20,160,000 |
| Components | | DTS-03 Stator | | 24.66 | 5,894 | 145,358 |
| | | DTS-03 Case | | 29.01 | 10,143 | 294,289 |
| | | DTS-03 Lower Rotor | | 30.88 | 10,018 | 309,396 |
| | | DTS-03 Geneva Dog | | 9.86 | 12,000 | 118,308 |
| Total Components | | | | | | 867,351 |
| Parts | P010366000-M30 | AVSS(W)(0.5F)(FAP) | R2087 AVSS0.5 White (W)FAP | 3.70 | 6,000 | 22,200 |
| | Q030015000-M00 | AVSS(V)(0.5F) | R2089 AVSS0.5F Purple (VI)FAP | 3.70 | 10,000 | 37,000 |
| | Q030003000-M00 | 15406142 | R2845 15406142(HSG)SENKO | 49.30 | 5,508 | 271,544 |
| | Q030004000-M00 | 15404970 | R2844 15404970(TPA)SENKO | 8.01 | 27,000 | 216,270 |
| | Q030005000-M00 | 15401440 | R2843 15401440(Terminal)SENKO | 5.70 | 49,500 | 282,150 |
| | Q030003000-M00 | 15406142 | R2845 15406142(HSG)SENKO | 49.30 | 60,800 | 2,997,440 |
| | Q030004000-M00 | 15404970 | R2844 15404970(TPA)SENKO | 8.01 | 80,000 | 640,800 |
| | Q030005000-M00 | 15401440 | R2843 15401440(Terminal)SENKO | 5.70 | 495,000 | 2,821,500 |
| | Q030136000-M00 | DTS-03 LOCKING PIN 1 | R2962 DTS-03 Locking Pin | 7.20 | 42,530 | 306,216 |
| | Q030136000-M00 | DTS-03 LOCKING PIN 1 | R2962 DTS-03 Locking Pin | 7.20 | 17,000 | 122,400 |
| | | | R2963 DTS-04 Harness ASSY | 80.00 | 29,951 | 2,396,080 |
| | | | Processing Cost | 20.00 | 29,951 | 599,020 |
| Total Parts | | | | | | 10,712,620 |

Total Furukawa Mie Inventory  31,739,971

NOTE: All amounts in Japanese Yen

## TOKYO COSMOS INVENTORY

| Inventory Type | Part Name | Part Number | Quantity | Units | Unit Price | Amount |
|---|---|---|---|---|---|---|
| Finished Goods | (Complete) | | 14,045 | | 1,120.00 | 15,730,400 |
| | (Bef. Torque Function Test) | | 471 | | 1,120.00 | 527,520 |
| | (Bef. Visual Inspection) | | 266 | | 1,120.00 | 297,920 |
| **Total Finished Goods** | | | | | | **16,555,840** |
| Components | Stator | DT01 | 4,180 | | 15.00 | 62,700 |
| | Case | DT02 | 5,392 | | 15.00 | 80,880 |
| | Lower Rotor | DT03 | 3,247 | | 16.00 | 51,952 |
| | Geneva Dog | DT04 | 7,445 | | 5.00 | 37,225 |
| | Harness Assy | DT05 | 10,000 | | 147.00 | 1,470,000 |
| | Upper Rotor Assy | DT06 | 12,247 | | 26.00 | 318,422 |
| | C Ring | DT07 | 18,000 | | 3.00 | 54,000 |
| | Push Ring (1) | DT08 | 17,000 | | 3.00 | 51,000 |
| | Leaf Spring | DT09 | 11,567 | | 1.00 | 11,567 |
| | Spacer Ring | DT10 | 4,851 | | 2.00 | 9,702 |
| | Push Ring (2) | DT11 | 10,521 | | 5.00 | 52,605 |
| | Band Clamp | R2960 | 7,000 | | 5.00 | 35,000 |
| | Rotation Stop Pin | R2962 | 6,133 | | 7.00 | 42,931 |
| **Total Components** | | | | | | **2,277,984** |
| Other Materials | PCB | | 5,695 | | 50.48 | 287,484 |
| | Element Substrate | | 7,992 | | 141.18 | 1,128,311 |
| | Brush T-2 | | 4,954 | | 11.82 | 58,556 |
| | Output Substrate | | 18,119 | | 43.57 | 789,445 |
| | Chip Resistor | | 74,436 | | 4.50 | 334,962 |
| | Eyelet (Port Storage) | | 920,000 | | 0.50 | 460,000 |
| | Eyelet (Raw Matl Storage) | | 220,000 | | 0.50 | 110,000 |
| | T-2 Holder | | 102,532 | | 1.33 | 136,368 |
| | P-A Holder | | 78,600 | | 2.71 | 213,006 |
| | P-B Holder | | 77,200 | | 2.71 | 209,212 |
| | Conductive Adhesive | | 0.2 | kg | 142.00 | 28 |
| | Adhesive E-108\ | | 6 | kg | 4,205.62 | 25,234 |
| | Grease Mori Coat HP300 | | 3.5 | kg | 33,243.00 | 116,351 |
| | 0.65 Solder | | 12 | kg | 4,640.00 | 55,680 |
| | Pkg Bar Code Label | | 2 | Rolls | 9,408.00 | 18,816 |
| | Polishing Cloth | | 30 | Rolls | 34,500.00 | 1,035,000 |
| **Total Other Materials** | | | | | | **4,978,451** |
| Subcontractor Inventory | Eyelet | | 300,000 | | 0.50 | 150,000 |
| | Output Board | | 15,687 | | 50.00 | 784,350 |
| | Output Board | | 21.9 | kg | 6,200.00 | 135,780 |
| | P-A Holder | | 72.1 | kg | 7,950.00 | 573,195 |
| | Element Substrate | | 65,408 | | 215.00 | 14,062,720 |
| **Total Subcontractor Inventory** | | | | | | **15,706,045** |
| **Total Tokyo Cosmos Inventory** | | | | | | **39,518,320** |

NOTE: All amounts in Japanese Yen

# FURUKAWA MIE INVESTMENT

| | Inventory | Part Number | Part Name | Qty | Amount |
|---|---|---|---|---|---|
| Equipment/Tooling | Furukawa | U31296 | Automatic Insert Press Machine | 1 | 8,165,203 |
| | Furukawa | U31296 | Plastic Parts Stocker 1021-26 | 1 | 1,460,100 |
| | Furukawa | U31297 | Electric Wiring 1021-28 | 1 | 6,591,052 |
| | Furukawa | U51767 | GM Contact Sensor Fixture 1021-29 | 1 | 331,127 |
| | Furukawa | U31326 | GM Contact Sensor Applicator 1021-30 | 1 | 177,606 |
| | Furukawa | U31327 | Function Checker 1021-31 | 1 | 16,944,788 |
| | Furukawa | U51666 | P Brush Tooling 1021-40 | 1 | 1,473,350 |

**Total Furukawa Mie Investment**     **35,143,226**

NOTE: All amounts in Japanese Yen

## TOKYO COSMOS INVESTMENT

| | Equipment Name | | Units | Value |
|---|---|---|---|---|
| 1 | 1st Stage Welder Brush | | 1 | 4,422,000 |
| 2 | 2nd Stage Welder Brush | | 1 | 15,400,000 |
| 3 | Element Substrate Auto Printing Machine | | 1 | 6,215,000 |
| 4 | Crimping Machine | | 2 | 4,004,006 |
| 5 | Weld Pressure Tester Brush | | 1 | 3,211,902 |
| 6 | Injection Machine Brush | | 1 | 1,791,010 |
| 7 | Weld Tester Brush | | 1 | 2,079,649 |
| 8 | Output Substrate Printing Machine | | 1 | 1,436,994 |
| 9 | Rotor Welder | | 2 | 2,452,938 |
| 10 | Thermal Welder | | 2 | 1,546,596 |
| 11 | Stator Injection Jig | | 1 | 251,321 |
| 12 | C Ring Hand Press | | 1 | 1,167,383 |
| 13 | Sound Tester | | 2 | 7,969,764 |
| 14 | Cleaning Machine Improvement | | 1 | 220,000 |
| 15 | Chip Resistor Mounter | | 1 | 2,947,195 |
| 16 | Element Substrate Trimming Machine | | 1 | 4,581,368 |
| 17 | Element Substrate Polishing Machine | | 1 | 2,200,000 |
| 18 | Ultrasonic & Air Cleaning Equipment | | 1 | 1,738,000 |
| 19 | Output Substrate Assembly Equipment | | 1 | 13,858,867 |
| 20 | Conductive Adhesive Applicator | | 1 | 2,088,987 |
| 21 | Harness Solder Applicator | | 1 | 6,138,763 |
| 22 | Grease Applicator | | 3 | 3,294,828 |
| 23 | Dispenser | | 4 | 219,450 |
| 24 | Belt Oven Auto Board Receiver | | 1 | 2,948,000 |
| 25 | Element Substrate In-circuit | | 1 | 1,650,000 |
| 26 | Function Checker No. 1 | | 1 | 7,000,000 |
| 27 | Torque Offset Checker No. 1 | | 1 | 3,800,000 |
| 28 | Bar Code Maker | | 1 | 650,000 |
| 29 | Bar Code Shipping System | | 1 | 1,939,300 |
| 30 | Trays | Brush Tray Air Gun | 1 | 2,474,876 |
| | | Brush Storage Box | 1 | |
| | | Low Humidity Storage Box | 2 | |
| | | PCB FG Inventory | 1 | |
| | | Completely Printed PCB | 20 | |
| | | Red Adhesive Hardening Tray | 20 | |
| 31 | Jigs and Cleaning Baskets | Output PCB Hand Carry Jig | 1 | 6,713,341 |
| | | Wire Clip Set Jig | 2 | |
| | | PCB Cleaning Board | 140 | |
| | | PCB Cleaning Set Color | 280 | |
| | | PCB Cleaing Dummy PCB | 120 | |
| | | After-Solder Shot Cleaning Basket | 50 | |
| | | PCB Cleaning Basket | 20 | |
| 32 | Other | Drying Machine Timer | 1 | 5,778,447 |
| | | Blue Tray L-Angle | 1 | |
| | | Glue Sensor | 1 | |
| | | Server PC | 1 | |
| | | Datalogger PC | 1 | |
| | | Durability Test Machine Conversion | 1 | |
| | | After-Drying Cooling Timer | 1 | |
| | | Adhesive Hardening Furnace Conversion | 1 | |
| | | PC Rack | 1 | |
| | | Mobile Rack Trays | 3 | |
| | | Racks | 1 | |
| | | Trays | 1 | |
| | | Linear Test Outlet | 1 | |
| | | Adhesive Table Setting | 1 | |
| | | Lighting/Magnifying Glass | 1 | |
| **Total Tokyo Cosmos Investment** | | | | **122,189,984** |

NOTE: All amounts in Japanese Yen