HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0396
Jeffrey A. Sadowski (P28163)
Lisa S. Gretchko (P29881)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
     In re                     :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
                    Debtors.   :   (Jointly Administered)
                               :
------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, I caused to be mailed, via First Class mail, a copy of 1) Notice of Filing and Notice of Hearing Regarding Fourth Interim Fee Application of Howard & Howard Attorneys, P.C., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses; (2) Fourth Interim Fee Application of Howard & Howard Attorneys, P.C., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Summary Sheet; 3) Fourth Interim Fee Application of Howard & Howard Attorneys, P.C., Intellectual Property Counsel to Debtors, for Interim Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2006 Through January 31, 2007 (with Exhibits A-E thereto, including a proposed Order Granting Application for Allowance of Interim

#251565-v1

Compensation and Reimbursement of Expenses of Howard & Howard Attorneys, P.C.); and

4) Certificate of Service, upon the following at their listed business addresses:

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel, (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard), (vii) the Joint Fee Review Committee appointed by the Court (CD format), to Legal Cost Control, Inc. (attention Joe Sykes), 255 Kings Highway East, Haddonfield, NJ 08033; 856 216-0800.

The Fourth Interim Fee Application of Howard & Howard Attorneys, P.C. was electronically filed on March 23, 2007 and is contained at Docket Number 7403.

    Respectfully submitted,

    **HOWARD AND HOWARD ATTORNEYS, P.C.**

    By:   */s/ Lisa S. Gretchko*
         Jeffrey A. Sadowski (P28163)
         Lisa S. Gretchko (P29881)
         39400 Woodward Avenue, Suite 101
         Bloomfield Hills, Michigan 48304-5151
         Phone: (248) 723-0396

Dated: March 23, 2007        Email: lsg@h2law.com