HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0396
Jeffrey A. Sadowski (P28163)
Lisa S. Gretchko (P29881)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
   In re                       :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
                    Debtors.   :   (Jointly Administered)
                               :
------------------------------ X

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, I caused to be mailed, via First Class mail, a copy of the Notice of Filing and Notice of Hearing Regarding Fourth Interim Fee Application of Howard & Howard Attorneys, P.C., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses seeking fees in the amount of $168,238,00 and expenses in the amount of $15,127.28, upon the persons listed on Exhibit A attached hereto at their addresses as set forth on Exhibit A.

Respectfully submitted,

**HOWARD AND HOWARD ATTORNEYS, P.C.**

By:  /s/ Lisa S. Gretchko
     Lisa S. Gretchko (P29881)
     39400 Woodward Avenue, Suite 101
     Bloomfield Hills, Michigan 48304-5151
     Phone: (248) 723-0396
Dated: March 23, 2007    Email: lsg@h2law.com

#251565-v1

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Thomas A. Ajamie
Ajamie LLP
711 Louisiana, Suite 2150
Houston, TX 77002

Alan Swiech
Akebono Corporation (North America)
34385 Twelve Mile Road
Farminton Hills, MI 48331

Peter J. Gurfein
Akin Gump Strauss Hauer & Feld, LLP
2029 Centure Park East
Suite 2400
Los Angeles, CA 90067

Michael S. Greger
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321

Craig E. Freeman
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016

Dennis J. Connolly, David A. Wender
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309

Brandon J. Kessinger
Ambrake Corporation
300 Ring Road
Elizabethtown, KY 42701

Steven R. Keyes
American Axle & Manufacturing, Inc.
One Dauch Drive, Mail Code 6E-2-42
Detroit, MI 48243

Gogi Malik
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten, LLP
199 S. Los Robles Ave., Suite 600
Pasadena, CA 91101-2459

Andy Leinhoff
APS Clearing, Inc.
1301 S. Capital of Texas Highway
Suite B-220
Austin, TX 78746

Matthew Hamilton
APS Clearing, Inc.
1301 S. Capital of Texas Highway
Suite B-220
Austin, TX 78746

Mitchell D. Cohen
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Robert M. Hirsch
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

Carl Galloway
ATS Automation Tooling Systems Inc.
250 Royal Oak Road
Cambridge, Ontario N3H 4R6
CANADA

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum
Perlman, & Nagelberg LLP
333 W. Wacker Drive, Suite 2700
Chicago, IL 60606

William J. Barrett
Barack, Ferrazzano, Kirschbaum
Perlman, & Nagelberg LLP
333 W. Wacker Drive, Suite 2700
Chicago, IL 60606

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

John T. Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Mark R. Owens
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Michael K. McCrory
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Frank G. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Thomas M. Beeman
Beeman Law Office
33 West 10th Street, Suite 200
Anderson, IN 46016

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

John P. Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Wallace A. Showman
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

James P. Murphy
Berry Moorman P.C.
535 Griswold, Suite 1900
Detroit, MI 48226

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Lawrence W. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

John E. Taylor, Michael J. Alerding,
Whitney L. Mosby
Bingham McHale LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204

Bonnie Glatz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Mark E. Richards
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Ralph E. McDowell
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, MI 48243

Camille W. Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202

Jeanette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
PO Box 34005
Nashville, TN 37203

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
PO Box 34005
Nashville, TN 37203

Massimilliano Cini
Brembo S.p.A.
Administration Department via Brembo 25
24035 Curno BG
Bergamo ITALY

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096

Shawn M. Christianson
Buchalter Nemer, A Professional
Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

Steven E. Abelman
Cage Williams & Abelman, P.C.
1433 Seventeenth Street
Denver, CO 80202

Johnathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Dorothy H. Marinis-Riggio
Calinoff & Katz, LLp
140 East 45th Street, 17th Floor
New York, NY 10017

Robert A. Weisberg
Carson Fischer, P.L.C.
300 East Maple Road, Third Floor
Birmingham, MI 48009-6317

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Douglas Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

Shannon Deeby
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

Robert D. Gordon
Clark Hill PLLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas D. Maxson
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319

Joseph J. Vitale, Babette Ceccotti
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Amy Wood Malone
Colbert & Winstead, P.C.
1812 Broadway
Nashville, TN 37203

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, MI 48104

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Mark Lee, Janice Stanton, Bill
 Raine, Seth Lax
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Ronald S. Pretekin
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street, Suite 600
Dayton, OH 45402

Steven M. Wachstein
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street, Suite 600
Dayton, OH 45402

Sylvie J. Derrien
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street, Suite 600
Dayton, OH 45402

Nancy H. Pagliaro
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Susan Power Johnson
Covington & Burling
1330 Avenue of the Americas
New York, NY 10019

Sean M. Walsh, Esq.
Cox, Hodgman & Giarmarco, P.C.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, MI 48084-5280

Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennsylvania Avenue
Morrisville, PA 19067

Robert Szwajkos
Curtin & Heefner, LLP
250 N. Pennsylvania Avenue
Morrisville, PA 19067

Andrew M. Thau
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

David S. Carp
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Kim Kolb
DaimlerChrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI 48326-2766

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

Richard M. Meth
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Ronald S. Beacher, Conrad K. Chiu
Day Pitney LLP
7 Times Square
New York, NY 10036

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield, MI 48086

Amina Maddox
Deputy Attorney General
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Gerald DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017

John Persiani
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Richard M. Kremen, Maria Ellena
 Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

| | | |
|---|---|---|
| Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>18th and Cherry Streets<br>Philadelphia, PA 19103 | David B. Aaronson<br>Drinker Biddle & Reath LLP<br>18th and Cherry Streets<br>Philadelphia, PA 19103 | Joseph H. Lemkin<br>Duane Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102 |
| Margery N. Reed, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | Wendy M. Simkulak, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | Gregory J. Jordan<br>Dykema Gossett PLLC<br>10 Wacker, Suite 2300<br>Chicago, IL 60606 |
| Michael G. Busenkell<br>Eckert Seamans Cherin & Mellott LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801 | Ayala Hassell<br>Electronic Data Systems Corporation<br>5400 Legacy Dr., Mail Stop H3-3A-05<br>Plano, TX 75024 | Alan H. Katz<br>Entergy Services, Inc.<br>639 Loyola Ave 26th Fl<br>New Orleans, LA 70113 |
| David H. Freedman<br>Erman, Teicher, Miller, Zucker & Freedman, P.C.<br>400 Galleria Officentre, Ste. 444<br>Southfield, MI 48034 | Gary Ettelman<br>Ettelman & Hochheiser, P.C.<br>c/o Premium Cadillac<br>77 Main Street<br>New Rochelle, NY 10801 | Gary E. Green<br>Fagel Haber LLC<br>55 East Monroe, 40th Floor<br>Chicago, IL 60603 |
| Lauren Newman<br>Fagel Haber LLC<br>55 East Monroe, 40th Floor<br>Chicago, IL 60603 | Charles J. Filardi, Esq.<br>Filardi Law Offices LLC<br>65 Trumbull Street, Second Floor<br>New Haven, CT 06510 | Ted J. Donovan<br>Finkel Goldstein Rosenbloom & Nash<br>26 Broadway, Suite 711<br>New York, NY 10004 |
| David G. Dragich<br>Foley & Lardner LLP<br>500 Woodward Ave Suite 2700<br>Detroit, MI 48226-3489 | Jill L. Murch<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610-4764 | John A. Simon<br>Foley & Lardner LLP<br>One Detroit Center<br>500 Woodward Ave Suite 2700<br>Detroit, MI 48226-3489 |
| Michael P. Richman<br>Foley & Lardner LLP<br>90 Park Avenue, 37th Floor<br>New York, NY 10016-1314 | Fred Stevens<br>Fox Rothschild LLP<br>13 East 37th Street, Suite 800<br>New York, NY 10016 | Michael J. Viscount, Jr.<br>Fox Rothschild LLP<br>1301 Atlantic Avenue, Suite 400<br>Atlantic City, NJ 08401-7212 |
| Frederick T. Rikkers<br>419 Venture Court<br>P.O. Box 930555<br>Verona, WI 53593 | David A. Rosenzweig<br>Fulbright & Jaworski LLP<br>666 Fifth Avenue<br>New York, NY 10103-3198 | Michael M. Parker<br>Fulbright & Jaworski LLP<br>300 Convent St Ste 2200<br>San Antonio, TX 78205 |
| Eric Wainer<br>Gazes LLC<br>32 Avenue of the Americas, Suite 1800<br>New York, NY 10013 | Ian J. Gazes<br>Gazes LLC<br>32 Avenue of the Americas<br>New York, NY 10013 | Craig P. Rieders, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 S.E. 2nd Street, Suite 4400<br>Miami, FL 33131 |
| David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 | Merle C. Meyers<br>Goldberg, Stinnett, Meyers & Davis<br>44 Montgomery Street, Suite 2900<br>San Francisco, CA 94104 | Allan S. Brilliant<br>Goodwin Proctor LLP<br>599 Lexington Avenue<br>New York, NY 10022 |

Craig P. Druehl
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY 10004

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-333

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
1201 North Market Street, Suite 2100
Wilmington, DE 19801

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

Sharan Nirmul
Grant & Eisenhofer P.A.
1201 North Market Street, Suite 2100
Wilmington, DE 19801

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI 53212

Timothy C. Hall
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI 53212

J. Michael Debbler, Susan M. Argo
Graydon Head & Ritchey LLP
511 Walnut Street
Cincinnati, OH 45202

Maria J. DiConza
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002

Cherie Macdonald, J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 200
St. Louis, MO 63102

Herb Reiner
Guaranty Bank
8333 Douglas Avenue
Dallas, TX 75225

Alan D. Halperin, Christopher J.
  Barttaglia, Julie D. Dyas
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

R. John Clark, Esq.
Hancock & Estabrook LLP
1500 Tower I, PO Box 4976
Syracuse, NY 13221-4976

Harris D. Leinwand
Harris D. Leinwand
350 Fifth Avenue, Suite 2418
New York, NY 10118

Judith Elkin
Haynes and Boone, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022

Lenard M. Parkins, Kenric D. Kattner
Haynes and Boone, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Carren Shulman, Timothy Mehok
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York, NY 10036

Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304

Kenneth G. Higman
Hewlett-Packard Company
2125 E. Katella Avenue, Suite 400
Anaheim, CA 92806

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

J. Eric Carlton
Hiscock & Barclay, LLP
300 South Salina Street, PO Box 4878
Syracuse, NY 13221-4878

Julia S. Kreher
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203

Stephen H. Gross, Esq.
Hodgson Russ LLP
230 Park Avenue, 17th Floor
New York, NY 10169

Audrey Moog
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Edward C. Dolan
Hogan & Hartson L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Scott A. Golden
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln, Suite 4100
Denver, CO 80203

Donald T. Baty, Jr.
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

E. Todd Sable
Honigman, Miller, Schwartz & Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Thomas J. Schank
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Michael P. Massad, Jr.
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201

Steven T. Holmes
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201

Ann E. Evanko
Hurwitz & Fine P.C.
1300 Liberty Building
Buffalo, NY 14202

Ben T. Caughey
Ice Miller
One American Square, Box 82001
Indianapolis, IN 46282-0200

Greg Bibbes
Infineon Technologies North America Corporation
1730 North First Street, M/S 11305
San Jose, CA 95112

Jeff Gillespie
Infineon Technologies North America Corporation
2529 Commerce Drive, Suite H
Kokomo, IN 46902

Heather Beshears
InPlay Technologies Inc
234 South Extension Road
Mesa, AZ 85201

Alan Miller
Intermet Corporation
301 Commerce Street, Ste 2901
Fort Worth, TX 76102

Richard Griffin
International Union of Operating Engineers
1125-17th Avenue, N.W.
Washington, DC 20036

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034

James R Scheuerle
Parmenter O'Toole
601 Terrace Street, PO Box 786
Muskegon, MI 49443-0786

Beth Klimczak, General Counsel
Jason, Inc.
411 E. Wisconsin Ave, Suite 2120
Milwaukee, WI 53202

Ronald R. Peterson
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

Jerry W. Gerde, Esq.
Johnston, Harris Gerde & Komarek, P.A.
239 E. 4th St.
Panama City, FL 32401

Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Richard G. Smolev
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
65 East State Street, Suite 1800
Columbus, OH 43215

Lynn Lincoln Sarko, Cari Campen
  Laufenberg, Erin M. Rily
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Gary A. Gotto
Keller Rohrback P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012

Mark I. Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Mark R. Somerstein
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Larry Magarik
Kennedy, Jennick & Murray
113 University Place, 7th Floor
New York, NY 10003

Susan M. Jennik
Kennedy, Jennick & Murray
113 University Place, 7th Floor
New York, NY 10003

Thomas Kennedy
Kennedy, Jennick & Murray
113 University Place, 7th Floor
New York, NY 10003

H. Slayton Dabney, Jr.
Bill Dimos
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

Geoffrey A. Richards
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Edward M. Fox
Kirkpatrick & Lockhart Nicholson
Graham LLP
599 Lexington Avenue
New York, NY 10022

Eric L. Schnabel, DeWitt Brown
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty
CO., L.P.A.
P.O. Box 36963
Canton, OH 44735-6963

Jay Selanders
Kutak Rock LLP
1010 Grand Blvd Ste 500
Kansas City, MO 64106

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727

Kerry R. Northrup
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727

Susan M. Cook
Lambert. Leser, Isackson, Cook & Guinta,
P.C.
309 Davidson Building, PO Box 835
Bay City, MI 48707-0835

Erika Ruiz
Latham & Watkins
885 Third Avenue
New York, NY 10022

Henry P. Baer, Jr.
Latham & Watkins
885 Third Avenue
New York, NY 10022

John W. Weiss
Latham & Watkins
885 Third Avenue
New York, NY 10022

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Michael J. Riela
Latham & Watkins
885 Third Avenue
New York, NY 10022

Mitchell A. Seider
Latham & Watkins
885 Third Avenue
New York, NY 10022

Michael O'Hayer, Esq.
Law Offices of Michael O'Hayer
22 N Walnut Street
West Chester, PA 19380

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street, Suite 700
Tucson, AZ 85701

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004-4429

John England, Esq.
General Counsel for Linear Technology
Corporation
1630 McCarthy Blvd.
Milpitas, CA 95035-7417

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760-7428

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

P. Gregory Schwed
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037

William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Timothy S. McFadden
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603

Timothy W. Brink
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603

Kevin J. Walsh
Lord, Bissel & Brook LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802

Rocco N. Covino
Lord, Bissel & Brook LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Fl.
New York, NY 10020

| | | |
|---|---|---|
| Kenneth A. Rosen<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Michael S. Etikin<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas, 18th Fl.<br>New York, NY 10020 | Scott Cargill<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Vincent A. D'Agostino<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Erik G. Chappell<br>Lyden, Liebenthal & Chappell, Ltd.<br>5565 Airport Highway, Suite 101<br>Toledo, OH 43615 | Richard J. Parks<br>MacDonald, Illig, Jones & Britton LLP<br>100 State Street, Suite 700<br>Erie, PA 16507-1459 |
| Joe Landen<br>Madison Capital Management<br>6143 South Willow Drive, Suite 200<br>Greenwood Village, CO 80111 | Jeffrey M. Levinson, Esq.<br>Leah M. Caplan, Esq.<br>Margulies & Levinson, LLP<br>30100 Chagrin Boulevard, Suite 250<br>Pepper Pike, OH 44124 | Victor J. Mastromarco, Jr.<br>Mastromarco & Jahn, P.C.<br>1024 North Michigan Avenue<br>P.O. Box 3197<br>Saginaw, MI 48605-3197 |
| Gary D. Santella<br>Masuda Funai Eifert & Mitchell, Ltd.<br>203 North LaSalle Street, Suite 2500<br>Chicago, IL 60601-1262 | Jeffrey G. Tougas<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019 | Raniero D'Aversa, Jr.<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019 |
| David J. Adler, Jr., Esq.<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | Eduardo J. Glas, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4096 | John J. Salmas, Lorne P. Salzman<br>McCarthy Tetrault LLP<br>66 Wellington Street West, Suite 4700<br>Toronto, Ontario M5K 1E6<br>CANADA |
| James M. Sullivan<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10017 | Stephen B. Selbst<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10017 | Jean R. Robertson, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, East, Suite 2100<br>Cleveland, OH 44114 |
| Scott N. Opincar, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, E., Suite 2100<br>Cleveland, OH 44114 | McDonald Hopkins Co., LPA<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114 | Jeffrey Bernstein, Esq.McElroy, Deutsch,<br>Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 |
| Elizabeth L. Gunn<br>McGuirewoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219-4030 | Hanan Kolko<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway, Suite 501<br>New York, NY 10018 | Lowell Peterson, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway, Suite 501<br>New York, NY 10018 |
| M. Evan Meyers<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, MD 20737-1385 | Robert H. Rosenbaum<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, MD 20737-1385 | Metro-Dade Paralegal Unit<br>Miami-Dade County Tax Collector<br>140 West Flagler Street, Suite 1403<br>Miami, FL 33130 |
| Michael Cox<br>Cadillac Place<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Dennis J. Raterink<br>Michigan Department of Labor and Economic Growth, Worker's Compensation Agency<br>PO Box 30736<br>Lansing, MI 48909-7717 | Michael Cox<br>Michigan Department of Labor and Economic Growth, Worker's Compensation Agency<br>PO Box 30736<br>Lansing, MI 48909-7717 |

Kerry Hopkins
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Thomas P. Sarb, Robert D. Wolford
Miller Johnson
PO Box 306
Grand Rapids, MI 49501-0306

Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
One Financial Center
Boston, MA 02111

Stephanie K. Hoos
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
666 Third Avenue
New York, NY 10017

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle, IL 60532

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA 90017

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY 11530

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Raymond J. Urbanik, Joseph J. Wielebinski, and Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza, 500 North Akard St.
Dallas, RX 75201-6659

Sandra S. Hamilton
Nantz, Litowich, Smith, Girard & Hamilton, P.C.
2025 East Beltline, S.E., Suite 600
Grand Rapids, MI 49546

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Hwy., Suite 260
Southfield, MI 48034

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH 45203

George B. Cauthen
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC 29201

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Elizabeth L. Abdelmasieh, Esq.
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876

David G. Heiman
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Michelle M. Harner
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202

Jay W. Hurst
Office of the Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Michael M. Zizza, Legal Manager
Orbotech, Inc.
44 Manning Road
Billerica, MA 01821

Michael C. Moody
O'Rourke Katten & Moody
161 N. Clark Street, Suite 2230
Chicago, IL 60601

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W.
Washington, DC 20007

Matthew W. Cheney
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W.
Washington, DC 20007

Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W.
Washington, DC 20007

Michael R. Seidl
Pachulski Stang Ziehl Young Jones & Weintraub LLP
P.O. Box 8705
Wilmington, DE 19899-8705

William P. Weintraub
Pachulski Stang Ziehl Young Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Andrew N. Rosenberg, Justin G. Brass
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Curtis J. Weidler
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Douglas R. Davis
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Peggy Housner
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Kristin B. Mayhew
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Anne Marie Aaronson
Pepper, Hamilton LLP
Two Logan Square #3000
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Francis J. Lawall
Pepper, Hamilton LLP
Two Logan Square #3000
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Henry Jaffe
Pepper, Hamilton LLP
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709

Linda J. Casey
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Jacob A. Manheimer
Pierce Atwood LLP
One Monument Square
Portland, ME 04101

Keith J. Cunningham
Pierce Atwood LLP
One Monument Square
Portland, ME 04101

Karen B. Dine
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Margot P. Erlich
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

Richard L. Epling
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Robin L. Spear
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07960

John S. Mairo, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07960

Jill M. Hartley, Marianne G. Robbins
Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI 53212

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive
Mt. Laurel, NJ 08054

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
375 Park Avenue, 14th Floor
New York, NY 10152

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

John A. Harris
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Kasey C. Nye
Quarles & Brady Streich Lang LLP
One South Church Street
Tucson, AZ 85701

Scott R. Goldberg
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Elena Lazarou
Reed Smith
599 Lexington Avenue
New York, NY 10022

Richard P. Norton
Reed Smith
One Riverfront Plaza, 1st Floor
Newark, NJ 07102

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave, Suite 4500
Seattle, WA 98154-1195

Jerome F. Crotty
Rieck and Crotty PC
55 West Monroe Street, Suite 3390
Chicago, IL 60603

Mark S. Scott
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Holly Rogers
Riverside Claims LLC
2109 Broadway, Suite 206
New York, NY 10023

Annemarie B. Mathews
Robinson, McFadden & Moore, P.C.
P.O. Box 944
Columbia, SC 29202

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
515 South Flower Street, Suite 1100
Los Angeles, CA 90071

Gregory O. Kaden
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Marc E. Hirschfield
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY 10111-0087

Thomas R. Slome
Rosen Slome Marder LLP
333 Earle Ovington Blvd., Suite 901
Uniondale, NY 11533

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York, NY 10004

Charles S. Schulman, Arlene N. Gelman
Sachnoff & Weaver, Ltd
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Daniel Weiner
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304

Howard Borin
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304

Max Newman
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304

Ryan Hellman
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304

Eugene J. Geekie, Jr.
Schiff Hardin LLP
7500 Sears Tower
Chicago, IL 60606

William I. Kohn
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60066

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

James T. Bentley
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Michael L. Cook
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Carol Weiner Levy
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

| | | |
|---|---|---|
| Paul M. Baisier, Esq.<br>Seyfarth Shaw LLP<br>1545 Peachtree Street, N.E., Suite 700<br>Atlanta, GA 30309-2401 | Robert W. Dremluk, Esq.<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas, Suite 2500<br>New York, NY 10020-1801 | William J. Hanlon<br>Seyfarth Shaw LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210 |
| Bruce A. Harwood<br>Sheehan Phinney Bass + Green PA<br>1000 Elm Street, P.O. Box 3701<br>Manchester, NH 03105-3701 | Sheldon S. Toll<br>Sheldon S. Toll PLLC<br>2000 Town Center, Suite 2550<br>Southfield, MI 48075 | Eric Waters<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza, 24th Floor<br>New York, NY 10112 |
| Malani J. Sternstein<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza, 24th Floor<br>New York, NY 10112 | Theodore A. Cohen<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071 | Theresa Wardle<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071 |
| Robert P. Thibeaux<br>Sher, Garner, Cahill, Richter, Klein &<br>Hilbert, LLC<br>5353 Essen Lane, Suite 650<br>Baton Rouge, LA 70809 | Robert P. Thibeau<br>Sher, Garner, Cahill, Richter, Klein &<br>Hilbert, LLC<br>909 Poydras Street, 28th Floor<br>New Orleans, LA 70112-1033 | Jennifer L. Adamy<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 |
| Andrew H. Sherman<br>Sills, Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Jack M. Zackin<br>Sills, Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Chaim J. Fortgang<br>Silver Point Capital, L.P.<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830 |
| Barbara Ellis-Monro<br>Smith, Gambrell & Russell, LLP<br>1230 Peachtree St., N.E., Suite 3100<br>Atlanta, GA 30309 | Kathleen M. Miller<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | D. Farrington Yates<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas, 24th Fl.<br>New York, NY 10020 |
| Robert E. Richards<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606 | Lloyd B. Sarakin<br>Sony Electronics Inc.<br>1 Sony Drive, MD #1 E-4<br>Park Ridge, NJ 07656 | Robert M. Gold<br>Sotiroff & Abramczyk, P.C.<br>30400 Telegraph Road, Suite 444<br>Bingham Farms, MI 48025 |
| Eric Marcks<br>Squire, Sanders & Dempsey L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492 | Penn Ayers Butler<br>Squire, Sanders & Dempsey L.L.P.<br>600 Hansen Way<br>Palo Alto, CA 94304 | Sara E. Morrison, Deputy Attorney General<br>California Office of the Attorney General<br>300 South Spring Street Ste 1702<br>Los Angeles, CA 90013 |
| Roland Hwang, Assistant Attorney General<br>Michigan Department of Labor & Economic<br>Growth, Unemployment Insurance Agency<br>3030 W. Grand Boulevard, Suite 9-600<br>Detroit, MI 48202 | John M. Baumann<br>Steel Technologies, Inc.<br>15415 Shelbyville Road<br>Louisville, KY 40245 | Robert F. Kidd<br>Stein, Rudser, Cohen & Magid LLP<br>825 Washington Street, Suite 200<br>Oakland, CA 94607 |
| Mark H. Shapiro<br>Steinberg Shapiro & Clark<br>24901 Northwestern Hwy., Suite 611<br>Southfield, MI 48075 | Jeffrey S. Posta<br>Sterns & Weinroth, P.C.<br>50 West State Street, Suite 1400<br>PO Box 1298<br>Trenton, NJ 08607-1298 | Chester B. Salomon, Esq.<br>Constantine D. Pourakis, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 |

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106

Madison L. Cashman
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville, TN 37219

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville, TN 37219

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202

Joseph G. Minias
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Kristopher M. Hansen
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Robert N. Steinwurtzel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Richard L. Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

W. Timothy Miller, Esq.
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

Marvin E. Clements, Jr.
Tennessee Department of Revenue
c/o TN Attorney General's Office,
 Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

David B. Draper
Terra Law LLP
60 S. Market Street, Suite 200
San Jose, CA 95113

Jonathan D. Forstot
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Louis A. Curcio
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Mr. Tetsuhiro Nizeki
The Furukawa Electric Co., Ltd.
6-1 Marunouchi
2-Chrome, Chiyoda-ku
Tokyo, Japan 100-8322

Robert Morris
The Timpken Corporation BIC - 08
1835 Dueber Ave. SW, PO Box 6927
Canton, OH 44706-0927

David A. Lowenthal
Thelen Reid Brown Raysman & Steiner LLP
875 Third Avenue
New York, NY 10022

Rhett G. Campbell
Thompson & Knight
333 Clay Street, Suite 3300
Houston, TX 77002

Ira L. Herman
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3915

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201-4693

Ed Phillips, Jr.
Thurman & Phillips, P.C.
8000 IH 10 West, Suite 1000
San Antonio, TX 78230

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York, NY 10022

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Maura I. Russell, Wendy G. Marcan
Traub, Bonaquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
City Place, 35th Floor
Hartford, CT 06103-3488

Helen Zamboni
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester, NY 14604

Mary Ann Kilgore
Union Pacific Railroad Company
1400 Douglas Street, MC 1580
Omaha, NE 68179

David Jury, Esq.
United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and
Service Workers, International Union (USW),
AFL-CIO
Five Gateway Center, Suite 807
Pittsburgh, PA 15222

Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Emil A. Kleinhaus
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075

Stephen B. Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Aram Ordubegian
Weinstein, Eisen & Weiss LLP
1925 Century Park East, #1150
Los Angeles, CA 90067

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
175 South Third Street, Suite 900
Columbus, OH 43215

Glenn Kurtz, Gerard Uzzi, and
  Douglas Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Thomas Lauria, Frank Eaton
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-4894

Berry D. Spears
Winstead Sechrest & Minick P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701

R. Michael Farquhar
Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Marc C. Winthrop
Winthrop Couchot PC
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Sean A. O'Keefe
Winthrop Couchot PC
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Oscar Iglesias
WL Ross & Co., LLC
600 Lexington Avenue, 19th Floor
New York, NY 10022

Lillian H. Pinto
Womble Carlyle Sandridge & Rice, PLLC
300 North Greene Street, Suite 1900
Greensboro, NC 27402

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

Bruce Simon
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Donald Bernstein and Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Sean Corcoran and Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

Carrie L. Schiff
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose CA 95131

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

Brad Eric Sheler, Bonnie Steingart,
 Vivek Melwani, Jennifer L. Rodburg,
 and Richard J. Slivinski
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York NY 10004

Jason J. DeJonker
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square, 11th Floor
New York, NY 10036

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street, 35th Floor
New York, NY 10019

Frank L. Gorman, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Attn: Insolvency Department,
Maria Valerio
Internal Revenue Service
290 Broadway, 5th Floor
New York, NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave., Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

William Q. Derrough
Jefferies & Company, Inc,
520 Madison Avenue, 12th Floor
New York, NY 10022

Thomas F. Maher, Richard Duker
 and Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Maritza Ramos
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

#252273-v2

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Sheryl Betance
Kurtzman Carson Consultants
12910 Culver Blvd., Suite I
Los Angeles, CA 90066

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Patrick J. Healy
Law Debenture Trust of New York
400 Madison Ave., Fourth Floor
New York, NY 10017

Daniel R. Fisher
Law Debenture Trust of New York
400 Madison Ave., Fourth Floor
New York, NY 10017

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC 20015

Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC 20015

Leon Szelzinger
Mesirow Financial
666 Third Street, 21st Floor
New York NY 10017

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

George A. Bray Esq., Thomas R. Kreller Esq., James E. Till Esq.
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles CA 90017

MaryAnn Brereton
Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown NJ 07960

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center, Room 4300
New York, NY 10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Robert Siegel
O'Melveny & Meyers LLP
400 South Hope Street
Los Angeles, CA 90071

Tom A. Jerman, Rachel Janger
O'Melveny & Meyers LLP
1625 Eye Street, NW
Washington, DC 20006

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY 10020

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Douglas Bartner, Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman, Robert H. Trust, and William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

John Wm.. Butler, John K. Lyons, and Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Dr., Suite 2100
Chicago, IL 60606

#252273-v2

| | | |
|---|---|---|
| Kayalyn A. Marafioti, Thomas J. Matz<br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>4 Times Square, P.O. Box 300<br>New York, NY 10036 | Daniel D. Doyle<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Blvd., Tenth Floor<br>St. Louis, MO 63105 | Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Blvd., Tenth Floor<br>St. Louis, MO 63105 |
| Chester B. Salomon,<br>Constantine D. Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | Albert Togut<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | Alicia M. Leonard<br>United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2112 |
| Michael D. Warner<br>Warner Stevens, L.L.P.<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX 76102 | Harvey R. Miller<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Martin J. Bienenstock, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Michael P. Kessler, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Steven M. Cimalore<br>Wilmington Trust Company<br>1100 North Market Street<br>Wilmington, DE 19890 |
| Brad Eric Sheler, Bonnie Steingart,<br>Vivek Melwani, Jennifer L. Rodburg,<br>and Richard J. Slivinski<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York NY 10004 | Frank L. Gorman, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 |
| Attn: Insolvency Department,<br>Maria Valerio<br>Internal Revenue Service<br>290 Broadway, 5th Floor<br>New York, NY 10007 | Thomas F. Maher, Richard Duker<br>and Gianni Russello<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017 | |

#252273-v2