# UNIVERSAL INSPECTION

# EXHIBIT 2

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Invoice Number: 260

Invoice Date: Mar 5, 2004

Page: 1

Voice: (989) 758-0950
Fax: (989) 758-0954

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG90I5094 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | Airborne |  | 4/4/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 |  | COST TO SORT PARTS AT EUCLID FOR SECURITY PLASTICS. 26075272 COLUMNS | 390.00 | 390.00 |

Subtotal: 390.00
Sales Tax:
Total Invoice Amount: 390.00
Payment/Credit Applied:
**TOTAL**: 390.00

Check/Credit Memo No:

# DELPHI
Automotive Systems

# PURCHASE ORDER: A2M22183

PAGE 1

| SHIP TO: | DELPHI SAGINAW STEERING SYSTEMS<br>231 PLANT 23 CISCO 44123<br>6275 U.S. HWY. 31 SOUTH<br>ATHENS AL<br>35611<br>US |
|---|---|
| INVOICE TO: | **** DELPHI<br>**** SEE INSTRUCTIONS ****<br>**** BELOW **** 00<br>00000<br>US |

VENDOR NUMBER 02-099-1696
UNIVERSAL INSPECTION DIV
THE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

ORDER DATE: 03/31/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 256-552-5214
B ALLEN
S34
Buyer
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

SHIP TO: DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611
US

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE |
|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | S/P FREIGHT COLLECT | | | SEE BELOW | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | PRICE MULTIPLE | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|
| 000830 | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |

**THIS IS A CONFIRMING ORDER DO NOT DUPLICATE**
CONFIRMED WITH: PARIS ROGERS
**************ATTENTION ALL SUPPLIERS**************
COMPLETE SHIP TO ADDRESS MUST BE ON ALL PACKING SLIPS
**************************************************

TERMS AND CONDITIONS PRINTED ON THE REVERSE
SIDE OF THE PURCHASE ORDER AND THE REFERENCE TO
TERMS AND CONDITIONS DATED JANUARY, 2001 ARE NOT
VALID.  DELPHI'S TERMS AND CONDITIONS CAN BE
FOUND ON THE WEB SITE LISTED BELOW:  SELLER
ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL
TERMS AND CONDITIONS ARE INCORPORATED IN, AND
A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER,
RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS
ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER,
WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC
DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO
THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY
REFERRED TO AS THIS "CONTRACT").  A COPY OF

USER SHERRY A LETSON                    CONTINUE PAGE 2

# DELPHI
Automotive Systems

## PURCHASE ORDER: A2M22183

PAGE 2

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611
US

**VENDOR NUMBER** 02-099-1696
UNIVERSAL INSPECTION DIV
THE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

**INVOICE TO:**
****        ****
**  INSTRUCTIONS  **
****    BELOW    ****
00000                00

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
DELPHI
US

**ORDER DATE:** 03/31/04
**ALTERATION ISSUE DATE:** S34
**Buyer:** B. ALLEN
**PHONE:** 256-552-5214
**PURCHASING AGENT**

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA | ALTERATION EFFECTIVE DATE |
|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | S/P FREIGHT COLLECT | | SEE BELOW | |

| ITEM SEQUENCE NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 000830 | 500 | PR401162 001 | USER SHERRY A LETSON | BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL", THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS, FORMS, AND ADDITIONAL INFORMATION", AND THEN "DGP SUPPLIER GUIDELINES ATTACHMENT C GENERAL TERMS AND CONDITIONS"). SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.<br><br>SHIPPING CHARGES TO GET/RETURN DEFECTIVE MATERIAL HOURLY RATE TO SORT THRU HOLE SIZE/FIX AS REQUIRED WHO ORDERED: R RUMRILL 552-5246 | | 05/01/04 | B    0.00% | 1.0000 | 3 | DOL |

CONTINUE PAGE

# DELPHI Automotive Systems

## PURCHASE ORDER: A2M22183

PAGE 3

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM | |
| U.S. HIGHWAY 31, SOUTH | |
| P.O. BOX 311 | |
| ATHENS AL | |
| 35611 | |
| US | |

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
US

**INVOICE TO:**
**** DELPHI ****
**** SEE INSTRUCTIONS **
**** BELOW ****  00
00000

**VENDOR NUMBER** 02-099-1696
UNIVERSAL INSPECTION DIV
HE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 03/31/04 | | |

| SHIP VIA | PHONE: 256-552-5214 |
|---|---|
| SEE BELOW | B ALLEN  S34 |
| | Buyer |
| | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| 2ND DAY OF 2ND MONTH | S/P FREIGHT COLLECT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 000830 | USER SHERRY A LETSON | | | | | | | | |

***ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE
LINE ITEM DETAIL OF THIS CONTRACT, OR IF NOT STATED,
SHALL BE THE DATE ESTABLISHED BY THE BUYER'S MULTI-
LATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON
AVERAGE, THAT PAYMENT SHALL BE MADE ON THE SECOND DAY
OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE
BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT
DATE OF GOODS OR DATE OF SERVICES, AND, FOR ALL OF
BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF THE
GOODS OR DATE OF SERVICES. BUYER MAY WITHHOLD PAYMENT
PENDING RECEIPT OF EVIDENCE, IN SUCH FORM AND
DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY
LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR
SERVICES UNDER THIS CONTRACT.
***

THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE
ORDER. YOUR COMPANY IS NO LONGER REQUIRED TO SEND
INVOICES TO RECEIVE PAYMENT (DO NOT SEND INVOICES).
DELPHI-S WILL GENERATE PAYMENTS TO YOUR COMPANY BASED
UPON RECEIPT OF MATERIAL AT OUR CURRENT PRICE AND PAY
MENT TERMS. TO ENSURE PROMPT PAYMENT YOU WILL NEED TO
ADHERE TO THE FOLLOWING GUIDELINES:
1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURC
HASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION
VIA BOTH PHONE AND FAX/LETTER. REFER TO BOTH THE PUR-
CHASE ORDER NUMBER AND THE ITEM NUMBER AND PUT ON

CONTINUE PAGE  4

# DELPHI
Automotive Systems

# PURCHASE ORDER: A2M22183

PAGE 4

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 03/31/04 | | |

SHIP VIA: SEE BELOW
B S34
PHONE: 256-552-5214
Buyer: B. ALLEN
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
US

INVOICE TO:
DELPHI
**** SEE ****
** INSTRUCTIONS **
**** BELOW ****
00000

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611
US

VENDOR NUMBER 02-099-1696
TO: UNIVERSAL INSPECTION DIV
HE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

PAYMENT TERMS: 2ND DAY OF 2ND MONTH

F.O.B.: DESTINATION UNLESS OTHERWISE INDICATED
S/P FREIGHT COLLECT

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which, including the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

THE FAX OR LETTER.
2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS SENT IN WITH SHIPMENTS. COPIES SHOULD ALSO BE MAILED TO THE "WHO ORDERED" PERSON REFERENCED ON THE ORDER.
*****IF PAYMENT DID NOT OCCUR 2ND DAY OF THE 2ND MONTH AFTER RECEIPT OF GOODS.
3. THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.
4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON RECEIPT RECORDS.
5. WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE 2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
6. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL THE PERSON DESIGNATED AS "WHO ORDERED".
PERSON TO CONFIRM IF A RECEIPT HAS BEEN ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE TO BEGIN.
7. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN ENTERED YOU CAN CALL "EAG DISBURSEMENTS" TO CHECK ON THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
***************************
EAG DISBURSEMENTS PHONE (248) 874-4636
***************************

USER SHERRY A LETSON
000830

CONTINUE PAGE 5

# DELPHI
## Automotive Systems

# PURCHASE ORDER: A2M22183

PAGE 5

| | |
|---|---|
| SHIP TO: | DELPHI SAGINAW STEERING SYSTEMS<br>231 PLANT 23 CISCO 44123<br>6275 U.S. HWY. 31 SOUTH<br>ATHENS AL<br>35611<br>US |
| | DELPHI SAGINAW STEERING SYSTEM<br>U.S. HIGHWAY 31, SOUTH<br>P.O. BOX 311<br>ATHENS AL<br>35611<br>US |
| INVOICE TO: | **** SEE **** <br>** INSTRUCTIONS **<br>**** BELOW ****<br>00000                00 |

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | PHONE: 256-552-5214 |
|---|---|---|
| 03/31/04 | B    S34 | ALLEN Buyer |
| | ALTERATION EFFECTIVE DATE | PURCHASING AGENT |
| | | |

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | S/P FREIGHT COLLECT | | SEE BELOW |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE | UNIT OF MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|
| 000830 | | USER SHERRY A LETSON | | CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR LEAD TIME, WHETHER INITIATED BY SUPPLIER OR SAGINAW MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY SAGINAW PURCHASING VIA A PURCHASE ORDER ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO THE BUYER WITH DETAILED EXPLANATION.<br>***<br>************NEW PROCESS EFFECTIVE 5-24-02****************<br>***SHIPPING INSTRUCTIONS FOR INDIRECT MATERIAL***<br>LESS THAN 40 #--UPS CONSIGNEE BILLING IS HOW THE SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT OR PREPAID.ALL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR LESS IF PRACTICAL.PLANT NUMBER MUST BE ON THE LABEL, FOR ITEMS COLLECTIVELY WEIGHING 40 #-12,000#. SEE BELOW.<br>IF SHIPPING FROM---USE THESE CARRIERS:<br>MI, IN, IL, WI, OH              U.S.F. HOLLAND<br>ON, (ONTARIO)                   U.S.F. HOLLAND<br>ALL OTHER STATES                CENTRAL TRANSPORT<br>OVER 12,000# ---- CALL DELPHI TRANSPORTATION DEPART- MENT FOR CARRIER DESIGNATION SEND COLLECT (989) 757- 3509. WHEN SENDING UPS CONSIGNEE BILLING (NOT COLLECT OR PREPAID) USE THE FOLLOWING UPS ACCOUNT NUMBERS FOR RESPECTIVE PLANT: DO NOT SEND PREPAID ONLY UPS | | | | | | |

CONTINUE PAGE     6

# DELPHI
Automotive Systems

# PURCHASE ORDER: A2M22183

PAGE 6

| | |
|---|---|
| SHIP TO: | DELPHI SAGINAW STEERING SYSTEMS<br>231 PLANT 23 CISCO 44123<br>6275 U.S. HWY. 31 SOUTH<br>ATHENS AL<br>35611<br>US |
| INVOICE TO: | **** DELPHI ****<br>**** SEE **** <br>**** INSTRUCTIONS **<br>**** BELOW **** 00<br>00000 |

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611
US

VENDOR NUMBER 02-099-1696
THE UNIVERSAL INSPECTION SERVICES CO DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

ORDER DATE: 03/31/04
ALTERATION ISSUE DATE: S34
ALTERATION EFFECTIVE DATE:
PHONE: 256-552-5214
Buyer: B ALLEN

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PAYMENT TERMS: 2ND DAY OF 2ND MONTH
F.O.B.: S/P FREIGHT COLLECT DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | CONSIGNEE.<br>PLT. 2101 ACCT. 333958<br>PLT. 2301 ACCT. 335998<br>SHIPPING AND ROUTING INSTRUCTIONS FOR DIRECT MATERIAL<br>*******CALL 888/303-0033 FOR INSTRUCTIONS DOMESTICALLY PLEASE<br>WHEN SHIPPING CAPITAL EQUIPMENT DOMESTICALLY******<br>CALL ARTISAN AND ASSOCIATES 800/338-6486.<br>SHIPMENTS THAT CROSS BORDERS, PLEASE CONTACT<br>989/757-3509 FOR DETAILED INSTRUCTIONS.<br>*****************SALES TAX CODES*********************<br>PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS<br>PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE<br>CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO<br>NOT CHARGE US SALES TAX WHERE IT IS NOT APPLICABLE.<br>SEE FOLLOWING CODES:<br>(A) NOT TAXABLE-EXPERIMENTAL ENGINEERING<br>(B) NOT TAXABLE-INDUSTRIAL PROCESSING<br>(C) NOT TAXABLE-FOR RESALE<br>(D) NOT TAXABLE - SALES PROMOTION AND CONSUMER INFLUENCE.<br>(E) NOT TAXABLE-VENDOR RESPONSIBLE FOR TAX.<br>(F) TAXABLE-POLLUTION CONTROL EQUIP.<br>(G) NOT TAXABLE-DO NOT BILL TAX. BUYER HAS DIRECT PAY PERMIT.<br>(H) NOT TAXABLE-DO NOT BILL-FOR CONSUMPTION IN MEXICO | | | | | | |

000830   USER SHERRY A LETSON

CONTINUE PAGE 7

PURCHASING AGENT

# DELPHI
Automotive Systems

## PURCHASE ORDER: A2M22183

PAGE 7

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611
US

**VENDOR NUMBER** 02-099-1696
UNIVERSAL INSPECTION DIV
THE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601
US

**SHIP TO:** DELPHI SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
US

**INVOICE TO:** DELPHI
**** SEE INSTRUCTIONS ****
**** BELOW ****
00000

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**ORDER DATE** 03/31/04
**ALTERATION ISSUE DATE**
**ALTERATION EFFECTIVE DATE**
**PHONE:** 256-552-5214
**B. ALLEN** S34
Buyer
PURCHASING AGENT

This order is not binding until accepted. Acceptance, should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in writing and signed by Buyer's authorized representative, will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS:** 2ND DAY OF 2ND MONTH
**F.O.B.** S/P FREIGHT COLLECT
DESTINATION UNLESS OTHERWISE INDICATED
**SHIP VIA** SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|

MATERIAL ONLY TAXABLE-CONSTRUCTION CONTRACT FOR
REAL PROPERTY. CONTRACTOR RESPONSIBLE FOR SALES
TAX ON MATERIAL.
*************ALABAMA ONLY*****************************
(I) NOT TAXABLE - INDUSTRIAL PROCESSING
   (REPLACES IDB PURCHASED EQUIPMENT)
(J) TAXABLE - INDUSTRIAL PROCESSING. DO NOT BILL
   TAX. BUYER HAS DIRECT PAY PERMIT (NEW M/E
   AND TOOLING)
(K) TAXABLE - INDUSTRIAL PROCESSING. DO NOT BILL
   TAX. BUYER HAS DIRECT PAY PERMIT (NEW M/E
   AND TOOLING)
(L) TAXABLE - INDUSTRIAL PROCESSING. DO NOT BILL
   TAX. BUYER HAS DIRECT PAY PERMIT. (NEW M/E AND
   TOOLING - ABATEMENT)
(M) NOT TAXABLE - RENTALS. SUPPLIER RESPONSIBLE
   FOR SALES TAX.
**************ATTENTION ALL SUPPLIERS*****************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON
HOW TO ACCESS THIS NEW FEATURE.

*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI CORPORATION FOR
                                        (ZH)
                                              CONTINUE PAGE 8

000830   USER SHERRY A LETSON

# DELPHI
## Automotive Systems

# PURCHASE ORDER: A2M22183

PAGE 8

SHIP TO:
DELPHI SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
US

INVOICE TO:
DELPHI
**** SEE ****
** INSTRUCTIONS **
**** BELOW ****
00000 00
US

VENDOR NUMBER 02-099-1696
UNIVERSAL INSPECTION DIV
THE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE 03/31/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 256-552-5214
B ALLEN S34
Buyer
PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT O MEASUR |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED S/P FREIGHT COLLECT | | | | SEE BELOW | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION |
|---|---|---|---|---|
| 000830 | USER SHERRY A LETSON | | | A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. (ZM)

*INVOICES*
THE SELLER'S INVOICE MUST INCLUDE THE FOLLOWING:
PURCHASE ORDER NUMBER - INVOICE/PACKING SLIP NO.
RELEASE NUMBER REQUIRED FOR ALL BLANKET ORDERS
DELIVER TO INFORMATION
REQUESTOR AND ROOM NUMBER OF REQUESTOR
ITEM SEQUENCE NUMBER AS SHOWN ON PURCHASE ORDER
ITEM IDENTIFICATION NUMBER (IF APPLICABLE)
DESCRIPTION
QUANTITY
PRICE
INVOICE APPROVAL NAME & ADDRESS (IAR), IF APPLICABLE
ACCOUNT CLASSIFICATION NUMBER AND PRR NUMBER FOR
CONTRACT LABOR OR ENGINEERING DESIGN.
*NOTICE*
*FOR SERVICES ONLY*
SUBMIT A DUPLICATE COPY TO REQUESTOR FOR APPROVAL
PLEASE MARK THIS COPY "RECEIVING SLIP" TO AVOID
CONFUSION. BOTH COPIES ARE REQUIRED TO PROCESS YOUR
INVOICE IN A TIMELY MANNER.

*COST-QUANTITY ON PO/RELEASE*
THE $1.00 UNIT PRICE DOES NOT REPRESENT COST, BUT
IS A MULTIPLIER. COST IS REPRESENTED BY QUANTITY (ZX)

CONTINUE PAGE 9 |

# DELPHI
Automotive Systems

## PURCHASE ORDER: A2M22183

PAGE 9

SHIP TO:
DELPHI SAGINAW STEERING SYSTEMS
231 PLANT 23 CISCO 44123
6275 U.S. HWY. 31 SOUTH
ATHENS AL
35611
US

DELPHI SAGINAW STEERING SYSTEM
U.S. HIGHWAY 31, SOUTH
P.O. BOX 311
ATHENS AL
35611
US

INVOICE TO:
**** DELPHI ****
**** SEE INSTRUCTIONS ****
**** BELOW **** 00
00000
US

VENDOR NUMBER 02-099-1696
THE UNIVERSAL INSPECTION DIV
HE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

ORDER DATE: 03/31/04
ALTERATION ISSUE DATE:
PHONE: 256-552-5214
Buyer: B ALLEN  S34

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ALTERATION EFFECTIVE DATE:

PURCHASING AGENT

PAYMENT TERMS: 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
S/P FREIGHT COLLECT

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEMS REQUIRED | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT O MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|---|---|
| | | ON PO/RELEASE. | | | | | | | |
| | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | | |

000830    USER SHERRY A LETSON

LAST PAGE

**H E Services/Universal Inspection Group**
**3870 E. Washington Rd.**
**Saginaw, MI  48601**
**USA**

# Invoice

Invoice Number:
351

Invoice Date:
Mar 26, 2004

Voice:   (989) 758-0950

Fax:     (989) 758-0954

Page:
1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | A2M22183 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 500.00 | SHIPPING CHARGES TO GET/RETURN DEFECTIVE MATERIAL HOURLY RATE TO SORT THRU HOLE SIZE/FIX AS REQUIRED | 1.00 | 500.00 | 8900910600 |

Check/Credit Memo No:

Total Invoice Amount        500.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

| DELPHI<br>Purchase Request | | Service | SB PO / REL No. | | Req. No. | 401162 |
|---|---|---|---|---|---|---|
| Yellow shaded areas are required fields | | Cap/Const. | MBO / BL PO No. | | | |
| | | Other | PO# / Alt. | A2M22183 | APA Rec'd | Required |
| Supplier | Universal | Duns No. | Date | 03/29/04 | | Promised |
| | | Fax No. | Ship to Dock | | FAX | Effective |
| Address | 3780 Washington Rd Saginaw Michigan | | Rec./Notify | R. Rumrill | | Expires |
| | | | Phone | 552-5246 | | |
| | | | Delivery To | Mail/Plt | | |
| Contact | Paris Rogers | Phone No. | 989-753-6221 | | | |
| Tax Code | | WO Type | Number | | | |
| Total Est. Cost | $500 | | Where Used / Remarks<br>Charges to sort approx 1,200 TC pump hsgs for thru hole size.<br>The date stamp sent a burr into opening of thru hole. 26082895's | | Clauses | |
| Must be Complete: Is a Substitute Material or Supplier Acceptable | | | | | Buyer | Date |
| Yes<br>No. | Must Provide Justification | | | | Purchasing Manager | Date |
| | | | | Quote No. | Shipper | |
| Invoice / Packing Slip | | | | | FOB | |
| Service Approved / Complete | | | | | Pay Terms | |
| APA Rec'd Services | | | Acct. Appr. | Approval Date | Approval | Date |
| Originator<br>R. Rumrill | Phone<br>256-552-5246 | | | | | |

| Qty | U/M | Est. Unit Cost | Actual Unit Cost | GC | GL | DEPT | SUB | CORP | LOC | PROD | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ea | $50 | | | | | | | | | Shipping charges to get / return defective material |
| 6 | hr | $126 | | | | | | | | | Hourly rate to sort thru hole size / fix as required |



3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax   (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

**018150**

SHIPPER NUMBER

S.O. NUMBER

| | |
|---|---|
| SHIPPED TO: Prince Manufacturing | DATE SHIPPED: 3·31·04 |
| ADDRESS: 6605 N. Lapeer Rd. | CUSTOMER'S ORDER NUMBER: |
| CITY: Oxford, MI 48371 | INVOICE NUMBER: |
| | SHIPPED VIA: Universal Inspection |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 1296 | 1296 | 26082895 Housing -3 @ 432 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

HOW PACKED: _____

RECD. BY: A. Green

# PURCHASE ORDER: S2S45150

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-4117
G KELCH   Buyer
S21
PURCHASING AGENT

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601    US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000    US

VENDOR NUMBER 02-099-1696
TO: UNIVERSAL INSPECTION DIV
HE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

ORDER DATE: 10/20/03
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA: SEE BELOW

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| 2ND DAY OF 2ND MONTH | SHIPPING POINT | |

| ITEM/REFERENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 2827.50 | PR361026 001 | | | | 10/27/03 | B 0.00% | | 1.0000 |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

QUALITY SORT FOR SHAFTS
WHO ORDERED: K.COLE/7557-4606

ALL INVOICES MUST BE SENT TO: K.COLE/757-4606
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*    (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*************SALES TAX CODES*****************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX.

CONTINUE PAGE 2

ORIGINAL

0800    USER SUZANNE J BEARDSLEY    SMDL03 01/15/2003

**SHIPPER/INVOICE**



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.
SAGINAW, MI 48601

ATTN.: STEVE CAIRD

P# #7
357-3123
PJT 3

INVOICE:           002492

HES CONTACT:   Lee Lambert

DATE:              9/5/03

PURCHASE ORDER #   52S45150

DESCRIPTION:            OFF-SITE
            JOB#      8900907000         SHIPPER#   99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS FOR SORTING PUMP ARMS 100% AT PR 361026001 PRINCE MANUFACTURING | 145 | $19.50 | $2,827.50 |
| | | TOTAL AMOUNT | $2,827.50 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000

Received By: _____

Date: _____

# UNIVERSAL INSPECTION

## 3870 E. WASHINGTON
## SAGINAW, MI 48601

*To:* Todd Hausbeck

*Company:* Delphi

*Fax #:* 757-4773

*Telephone #:* 757-4606

*Number of Pages:* 2

*From:* Elizabeth Stockwell

*Fax #* (989) 758-0954

*Telephone #* (989) 758-0950

*Today's Date* 10 / 08 / 03

*Message:*

This is the invoice I spoke with you about on the phone. This job was initiated on 8/15 & was closed on 8/22. Steve Caird is the contact I have in the folder. We were given a number of PR 361026-001 & were supposed to receive a P.O. # when we had pricing.

I need to get a P.O. for this invoice & have it receipted so that payment will be scheduled. If you still have questions after reviewing this invoice please contact me at 758-0950 or Paris Rogers at 753-6440.

Thanks for your help!

If you receive this message in error please call us collect at the above number and destroy documents.



FAX COVER SHEET



FAXED
10/8/03 3:45pm

# UNIVERSAL INSPECTION

### 3870 E. WASHINGTON
### SAGINAW, MI 48601

*To:* Greg Rovoll

*From:* Elizabeth Stockwell

*Company:* Delphi

*Fax #* (989) 758-0954

*Fax #:* 757-4911

*Telephone #* (989) 758-0950

*Telephone #:* 798-7822

*Today's Date* 01 /21/ 04
29

*Number of Pages:* 2

*Message:*

I just checked the payment system & invoice # 4980 11/07/03 for $9,169.88 P.O. S2S45240 is not in the system. All the other 9 invoices on that job are scheduled for payment, but this one must have gotten missed.

It is over 60 days so if you could please receipt it as soon as possible that would be great.

Give me a call if you have any questions.

If you receive this message in error please call us collect at the above number and destroy documents.



**FAXED**
1/29/04 11:32am

**FAXED**