# DELPHI

## PURCHASE ORDER: S2S45240

PAGE 1

DELPHI SAGINAW STEERING SYSTEM

**SHIP TO:** DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI 48601
US

**VENDOR NUMBER 02-099-1696**
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI 48601
US

**INVOICE TO:** DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PHONE: 989-757-4117 |
|---|---|---|---|
| 10/24/03 | | | G KELCH |
| | S21 | | Buyer |

PURCHASING AGENT

| PAYMENT TERMS | F.O.B. | DESCRIPTION | SHIP VIA |
|---|---|---|---|
| 2ND DAY OF 2ND MONTH | SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | SEE BELOW |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which, should be returned Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEA |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 60000 | PR326576 001 | | | 10/31/03 B | 0.00% | 1.0000 | | Dol |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

STRAIGHT TIME SORTING HOURS - 19.50/HR
OVERTIME SORTING HOURS - 25.35/HR
DOUBLE TIME SORTING HOURS - 35.10/HR
WHO ORDERED: G.ROVOLL/757-5951

ALL INVOICES MUST BE SENT TO: G.ROVOLL/757-5951
AT DELPHI SAGINAW TO INSURE (ZH)
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*************************SALES TAX CODES***************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE

CONTINUE PAGE 2

**SHIPPER/INVOICE**



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

ATTN.: GREG ROVOLL

INVOICE: 005714

HES CONTACT: Lee Lambert

DATE: 12/14/03

PURCHASE ORDER # S2S45240

DESCRIPTION: OFF-SITE
JOB# 890E906300    SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| (172.3 HRS) STR TIME SORTING HOURS-$19.50/HR | 3359.85 | $1.00 | $3,359.85 |
| (32.1 HRS) OVERTIME SORTING HOURS-$25.35/HR | 813.74 | $1.00 | $813.74 |
| (27.4) DOUBLE TIME SORTING HOURS-$35.10/HR PERIOD ENDING 12/14/03 | 961.74 | $1.00 | $961.74 |
| | | TOTAL AMOUNT | $5,135.33 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000

Received By: _____

Date: _____

**SHIPPER / INVOICE**



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

ATTN.: GREG ROVOLL

INVOICE: 0065930

HES CONTACT: Lee Lambert

DATE: 12/21/03

PURCHASE ORDER # S2S45240

DESCRIPTION: OFF-SITE
JOB# 890F906300     SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| (184.2 HRS) STR TIME SORTING HOURS-$19.50/HR | 3591.90 | $1.00 | $3,591.90 |
| (28 HRS) OVERTIME SORTING HOURS-$25.35/HR | 709.80 | $1.00 | $709.80 |
| (38 HRS) DOUBLE TIME SORTING HOURS-$35.10/HR | 1333.80 | $1.00 | $1,333.80 |
| PERIOD ENDING 12/21/03 | | | |
| | | TOTAL AMOUNT | $5,635.50 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000

Received By: _____

Date: _____

# SHIPPER/INVOICE



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>3900 HOLLAND AVE.<br><br>Saginaw, MI 48601<br><br>ATTN.: GREG ROVOLL | INVOICE: 005985<br><br>HES CONTACT: Lee Lambert<br><br>DATE: 12/28/03<br><br>PURCHASE ORDER # S2S45240 |

DESCRIPTION:    OFF-SITE
JOB# 890G906300    SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| (70.7 HRS) STR TIME SORTING HOURS-$19.50/HR | 1378.65 | $1.00 | $1,378.65 |
| (0 HRS) OVERTIME SORTING HOURS-$25.35/HR | 0.00 | $1.00 | $0.00 |
| (0 HRS) DOUBLE TIME SORTING HOURS-$35.10/HR<br>PERIOD ENDING 12/21/03 | 0.00 | $1.00 | $0.00 |
| | | TOTAL AMOUNT | $1,378.65 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000

Received By: _____

Date: _____

*H E Services/Universal Inspection Group*
*3870 E. Washington Rd.*
*Saginaw, MI 48601*
*USA*

Voice: (989) 758-0950
Fax:   (989) 758-0954

# Invoice

Invoice Number:
6319

Invoice Date:
Jan 9, 2004

Page:
1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45240 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | (206.8 hrs) Straight Time Sorting | 4,032.60 | 4,032.60 | 8900906300,Labor |
| 1.00 | (16.1 hrs) Over Time Sorting Hours | 408.14 | 408.14 | |
| 1.00 | (24.0 Hrs) Double Time Hours | 842.40 | 842.40 | |

W/E 1/11/04

Total Invoice Amount        5,283.14

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company

Received by:_____

## SHIPPER / INVOICE



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

|  |  |
|---|---|
| Invoice Number | 006540 |
| Invoice Date | January 16, 2004 |
| PO Number |  |
| Contract |  |
| Job Description: | 89-0-J9063-00 |
| Page | 1 of 2 |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Manager   LEE LAMBERT

Job Description:   On-Site Delphi Sort

|  | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Labor | 1.00 | 4,112.75 | 4,112.75 |
| Invoice Total |  |  | 4,112.75 |

Remit Payment To:
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

*H E Services/Universal Inspection Group*

*3870 E. Washington Rd.*

*Saginaw, MI 48601*

*USA*

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number:
121

Invoice Date:
Jan 23, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | (66.9) STRAIGHT TIME SORTING HOURS-$19.50  w/E 1/25/04 | 1,304.55 | 1,304.55 | 8900906300 |

Total Invoice Amount    1,304.55

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by:_____

Date:_____

# SHIPPER/INVOICE



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>3900 HOLLAND AVE.<br>Saginaw, MI 48601<br><br>ATTN.: GREG ROVOLL | INVOICE: 006103<br><br>HES CONTACT: Lee Lambert<br><br>DATE: 01/02/2004<br><br>PURCHASE ORDER # S2S45240 |

DESCRIPTION:   OFF-SITE
              JOB# 890H906300        SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| (12.6 HRS) STR TIME SORTING HOURS-$19.50/HR | 245.70 | $1.00 | $245.70 |
| (16.2 HRS) OVERTIME SORTING HOURS-$25.35/HR | 410.67 | $1.00 | $410.67 |
| (18 HRS) DOUBLE TIME SORTING HOURS-$35.10/HR<br>PERIOD ENDING 12/21/03 | 631.80 | $1.00 | $631.80 |
| | | TOTAL AMOUNT | $1,288.17 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company

Received By: _____

Date: _____

**HES**

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>3900 HOLLAND AVE.<br>Saginaw, MI 48601<br><br>ATTN.: GREG ROVOLL | INVOICE: 005198<br><br>HES CONTACT: Lee Lambert<br><br>DATE: 11/21/2003<br><br>PURCHASE ORDER # 82S45240 |

DESCRIPTION:    OFF-SITE
JOB# 890B906300    SHIPPER# 9999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| (187 HRS) STR TIME SORTING HOURS-$19.50/HR | 3646.50 | $1.00 | $3,646.50 |
| (32.5 HRS) OVERTIME SORTING HOURS-$25.35/HR | 823.88 | $1.00 | $823.88 |
| PERIOD ENDING 11/23/03 | | | |
| | | TOTAL AMOUNT | $4,470.38 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

# HES

**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>3900 HOLLAND AVE.<br>Saginaw, MI 48601<br>ATTN.: GREG ROVOLL | INVOICE: 005216<br><br>HES CONTACT: Lee Lambert<br>DATE: 11/28/2003<br><br>PURCHASE ORDER # S2845240 |

DESCRIPTION:  OFF-SITE  JOB# 890C906300   SHIPPER# 9999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| (94.4 HRS)  STR TIME SORTING HOURS-$19.50/HR | 1840.80 | $1.00 | $1,840.80 |
| (.5 HRS)  OVERTIME SORTING HOURS-$25.35/HR | 12.68 | $1.00 | $12.68 |
| (32.4)  DOUBLE TIME SORTING HOURS-$35.10/HR | 1137.24 | $1.00 | $1,137.24 |
| PERIOD ENDING 11/30/03 | | | |
| | | TOTAL AMOUNT | $2,990.72 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

ATTN.: GREG ROVOLL

| | |
|---|---|
| INVOICE: | 005454 |
| HES CONTACT: | Les Lambert |
| DATE: | 12/07/2003 |
| PURCHASE ORDER #: | S2S45240 |

DESCRIPTION:   OFF-SITE
JOB# 890D906300        SHIPPER# 9999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| (193 HRS) STR TIME SORTING HOURS-$19.50/HR | 3763.50 | $1.00 | $3,763.50 |
| (18.3 HRS) OVERTIME SORTING HOURS-$25.35/HR | 463.91 | $1.00 | $463.91 |
| (21) DOUBLE TIME SORTING HOURS-$35.10/HR | 737.10 | $1.00 | $737.10 |
| PERIOD ENDING 12/07/03 | | | |
| | | TOTAL AMOUNT | $4,964.51 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**SHIPPER / INVOICE**



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

|  |  |
|---|---|
| Invoice Number | 004169 |
| Invoice Date | October 31, 2003 |
| PO Number | S2B02595 |
| Contract |  |
| Job Description: | 89-0-09063-00 |
| Page | 1 of 1 |
| Manager | LEE LAMBERT |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Job Description:   Sort Brgs for Cracks-Delphi

|  | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Straight Time Sorting | 1.00 | 8,326.11 | 8,326.11 |
| Invoice Total |  |  | 8,326.11 |

**Remit Payment To:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

# SHIPPER/INVOICE



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

*10/27/03*

*Greg turned in*
*faxed copy*
*to purch.*

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.
SAGINAW, MI 48601

ATTN.: *Greg Rovoll*

INVOICE: (M99999)

HES CONTACT:    Lee Lambert

DATE:    10/27/03

PURCHASE ORDER #

DESCRIPTION:    OFF-SITE
JOB#   8900906300    SHIPPER#   99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 1063 | $19.50 | $20,724.60 |
| OVER TIME SORTING HOURS | 217.6 | $25.35 | $5,516.16 |
| DOUBLE TIME SORTING HOURS (REF. SORT BALL BRGS FOR CRACKS WITH MICROSCOPE @ DELPHI) | 90.3 | $35.10 | $3,169.53 |
| | | TOTAL AMOUNT | $29,410.29 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

# SHIPPER / INVOICE



**Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

|  |  |
|---|---|
| Invoice Number | 004168 |
| Invoice Date | October 31, 2003 |
| PO Number | S2B02595 |
| Contract |  |
| Job Description: | 89-0-09063-00 |
| Page | 1 of 1 |
| Manager | LEE LAMBERT |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Job Description:     Sort Brgs for Cracks-Delphi

|  | Current Qty | Rate | Current Amount |
|---|---|---|---|
| Straight Time Sorting | 1.00 | 29,410.29 | 29,410.29 |
| Invoice Total |  |  | 29,410.29 |

Remit Payment To:
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



## A Division of H.E. Services

3870 E. Washington Road, Saginaw, Michigan 48601
Bus. (989) 758-0950    Fax (989) 758-0954

TO: Delphi Automotive Systems

DATE: 9/03/03
QUOTE #: 2129
VALID FOR 30 DAYS

ATTN: Purchasing / Greg Rovoll

We are pleased to submit the following quote:

| Qty | Part # | Description | Unit Price | Total Price |
|---|---|---|---|---|
| TBD | N/A | Straight Time Sorting Hours | $19.50 | On-Going |
| TBD | N/A | Overtime Sorting Hours | $25.35 | On-Going |
| TBD | N/A | Double Time Sorting Hours | $35.10 | On-Going |

Grand Total: $TBD

Note: This Quote is for sorting Ball Bearings for cracks using microscopes.

Please reference our Quote # on your Purchase Order. By issuing a P.O., you are agreeing to the above listed terms.

Thank you for the opportunity to provide this quote.

Sincerely,

Lee Lambert
Vice President / Inspection Operations

QF-04-1
REV. 003
06/26/03
Page 1 of 1

#1000                                                                                09063

# Sorting Kick-off Sheet

P.O. #: _____

\* ☐ New Customers please check here
& fill in bottom of form

Company Name: _Delphi Saginaw Pt #1_

Contact Name: _Greg Ronvell_     Phone #: _757-3095_

Part #: _____     Part Name: _Ball Bearings_

Description: _Sort Balls for cracks - we are to supply 3 people (and two microscopes)._

_____

*Bill to Address: _____

Signature _Paris Rogers_           Date _7/28/03_

QF-68
REV.003
03/06/03
Page 1 of 1

Note: If the word CONTROLLED is not in red ink, this document is uncontrolled.



November 21, 2003

H.E. Services
5117 S. Dort Hwy
Flint, MI 48507



Dear Sir or Madam:

The following invoices were billed to Prince Manufacturing in error. See attached email from Stan Patterson dated November 10, 2003. According to this email and conversation, the lock module containment to check rotation, because of the short shots, is a Delphi responsibility. I am not positive of the billing address. However, you may start by sending them to:

Delphi
Attn: Dale Kowaleski
3900 Holland Rd
Saginaw, MI 48601-9494

Sincerely,

Douglas J. Brink

Corporate Controller

enclosure



19 W 8TH STREET, SUITE 200, HOLLAND, MI 49423
P.O. BOX 2519, HOLLAND, MI 49422-2519
PHONE: 616-494-0502   FAX: 616-494-9361

**Doug Brink**

| | |
|---|---|
| From: | Stan Patterson [SPatterson@princemanufacturing.com] |
| Sent: | Monday, November 10, 2003 12:04 PM |
| To: | Doug Brink |
| Subject: | Lock module containment |

Doug,

Per our conversation last Friday, we are not responsible to paying the containment costs. On Tuesday, October 21st, I spoke to Sybil Chernek, Delphi SQE, and Paris Rogers, HE Services, about sending the lock module containment bill to Delphi.

Stan Patterson
Prince Manufacturing - Oxford
Office: (248) 628-2778
Mobile: (248) 830-4008

1



**SHIPPER/INVOICE**

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400



RECEIVED OCT 20 2003 BY: _____

| | |
|---|---|
| Prince Manufacturing<br>19 W. 8th Street<br>HOLLAND, MI 49423<br>ATTN.: Accounts Payable | INVOICE: 003293 |
| | HES CONTACT: LEE LAMBERT |
| | DATE: 09/22/03 |
| | PURCHASE ORDER # 2038 |

*10/30 Blank PO*

DESCRIPTION:

JOB# 8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS<br>CHECK LOCK MODULES (SHORT SHOTS)<br>FOR ROTATION AT YOUR FACILITY<br>WEEKENDING 9/14/03 | 212.0 | $19.50 | $4,134.00 |
| | | TOTAL AMOUNT | $4,134.00 |



10/29 JB

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____