

# SHIPPER/INVOICE

**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

PRINCE MANUFACTURING
19 WEST 8TH ST

HOLLAND, MI 49423

ATTN.: ACCOUNTS PAYABLE

| | |
|---|---|
| INVOICE: | 003252 |
| HES CONTACT: | LEE LAMBERT |
| DATE: | 9/26/03 |
| PURCHASE ORDER # | 2038 |

*10/16 open*
*10/30 Blank PO*

DESCRIPTION:

JOB#  8900907200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS CHECK FOR ROTATION (SHORT SHOTS) AT YOUR FACILITY WEEKENDING 9/7] /03 | 241 | $19.50 | $4,699.50 |
| | | TOTAL AMOUNT | $4,699.50 |

*10/29*

**RECEIVED OCT 16 2003**
BY: --------------------

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



**SHIPPER/INVOICE**

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street
HOLLAND, MI 49423

   ATTN.: **Accounts Payable**

| | |
|---|---|
| INVOICE: | 003526 |
| HES CONTACT: | LEE LAMBERT |
| DATE: | 09/28/03 |
| PURCHASE ORDER # | 2038 |

*10/30*
*Blank PO*

DESCRIPTION:

   JOB#   8900907200   SHIPPER#   99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS CHECK LOCK MODULES (SHORT SHOTS) FOR ROTATION AT YOUR FACILITY WEEKENDING 9/28/03 | 161.0 | $19.50 | $3,139.50 |
| | | TOTAL AMOUNT | $3,139.50 |

**RECEIVED**
OCT 2 7 2003
BY:--------------------

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

   Date: _____

# SHIPPER/INVOICE



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: **Accounts Payable**

| | |
|---|---|
| INVOICE: | 003294 |
| HES CONTACT: | LEE LAMBERT |
| DATE: | 09/29/03 |
| PURCHASE ORDER # | 2038 |

*10/30  Blank P.O*

**DESCRIPTION:**

   JOB#   8900907200  **SHIPPER#**  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS<br>CHECK LOCK MODULES (SHORT SHOTS)<br>FOR ROTATION AT YOUR FACILITY<br>WEEKENDING 9/21/03 | 296.0 | $19.50 | $5,772.00 |
| | | TOTAL AMOUNT | $5,772.00 |

*10/29*



RECEIVED
OCT 22 2003
BY:---------------

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

# SHIPPER/INVOICE

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: **Accounts Payable**

**INVOICE:**      003527

**HES CONTACT:**    LEE LAMBERT

**DATE:**      10/05/03

**PURCHASE ORDER #**      2038

DESCRIPTION:

JOB#   8900907200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS<br>CHECK LOCK MODULES (SHORT SHOTS)<br>FOR ROTATION AT YOUR FACILITY<br>WEEKENDING 10/05/03 | 185.0 | $19.50 | $3,607.50 |
| | | TOTAL AMOUNT | $3,607.50 |

RECEIVED
NOV 03 2003
BY:

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** _____



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: Accounts Payable

INVOICE:       003527

HES CONTACT:    LEE LAMBERT

DATE:       10/05/03

PURCHASE ORDER #    2224

DESCRIPTION:

    JOB#   8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 185.0 | $19.50 | $3,607.50 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| WEEKENDING 10/05/03 | | | |
| | | TOTAL AMOUNT | $3,607.50 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

ATTN.: **Accounts Payable**

INVOICE:           003737

HES CONTACT:    LEE LAMBERT

DATE:           10/12/03

PURCHASE ORDER #           2038

RECEIVED
NOV 03 2003
BY:

DESCRIPTION:

JOB#   8900907200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 159.0 | $19.50 | $3,100.50 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| WEEKENDING 10/12/03 | | | |
| | | TOTAL AMOUNT | $3,100.50 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** _____

 H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| Prince Manufacturing<br>19 W. 8th Street<br><br>HOLLAND, MI 49423<br><br>ATTN.: Accounts Payable | **INVOICE:** 003737 |

**HES CONTACT:**   LEE LAMBERT

**DATE:**   10/12/03

**PURCHASE ORDER #**   2224

DESCRIPTION:

JOB#   8900907200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS<br>CHECK LOCK MODULES (SHORT SHOTS)<br>FOR ROTATION AT YOUR FACILITY<br>WEEKENDING 10/12/03 | 159.0 | $19.50 | $3,100.50 |
| | | TOTAL AMOUNT | $3,100.50 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** _____



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: **Accounts Payable**

INVOICE:                 003738

HES CONTACT:       LEE LAMBERT

DATE:            10/19/03

PURCHASE ORDER #          2038

DESCRIPTION:

JOB#     8900907200  SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|-----------|-------|-----------|--------|
| STRAIGHT TIME SORTING HOURS<br>CHECK LOCK MODULES (SHORT SHOTS)<br>FOR ROTATION AT YOUR FACILITY<br>WEEKENDING 10/19/03 | 187.0 | $19.50 | $3,646.50 |
|  |  | TOTAL AMOUNT | $3,646.50 |

RECEIVED
NOV 0 3 2003
BY: - - - - - - - - - - -

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



SHIPPER/INVOICE

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: Accounts Payable

INVOICE:       003736

HES CONTACT:    LEE LAMBERT

DATE:       10/19/03

PURCHASE ORDER #     2224

DESCRIPTION:

JOB#   8900907200 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS CHECK LOCK MODULES (SHORT SHOTS) FOR ROTATION AT YOUR FACILITY WEEKENDING 10/19/03 | 187.0 | $19.50 | $3,646.50 |
| | | TOTAL AMOUNT | $3,646.50 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400



RECEIVED
NOV 10 2003
BY: -------------------

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

ATTN.: Accounts Payable

INVOICE:            003965

HES CONTACT:   LEE LAMBERT

DATE:

PURCHASE ORDER #

DESCRIPTION:

JOB#    8900907200 SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|-----------|-------|------------|--------|
| STRAIGHT TIME SORTING HOURS | 202.0 | $19.50 | $3,939.00 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
| PERIOD ENDING 10/26/03 | | | |
| | | TOTAL AMOUNT | $3,939.00 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** _____



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: Accounts Payable

INVOICE:       003965

HES CONTACT:   LEE LAMBERT

DATE:     10/28/03

PURCHASE ORDER #     2224

DESCRIPTION:

JOB#   8900907200   SHIPPER#   99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 202.0 | $19.50 | $3,939.00 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
|    PERIOD ENDING 10/26/03 | | | |
| | | TOTAL AMOUNT | $3,939.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

# SHIPPER/INVOICE



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: Accounts Payable

| | |
|---|---|
| INVOICE: | 004171 |
| HES CONTACT: | LEE LAMBERT |
| DATE: | 10/31/03 |
| PURCHASE ORDER # | 2224 |

DESCRIPTION:

       JOB#   8900907200  SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS | 179.0 | $19.50 | $3,490.50 |
| CHECK LOCK MODULES (SHORT SHOTS) | | | |
| FOR ROTATION AT YOUR FACILITY | | | |
|    PERIOD ENDING 10/31/03 | | | |
| | | TOTAL AMOUNT | $3,490.50 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



S H I P P E R / I N V O I C E

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | | |
|---|---|---|
| Prince Manufacturing<br>19 W. 8th Street<br><br>HOLLAND, MI 49423<br><br>ATTN.: Accounts Payable | INVOICE: | 003740 |
| | HES CONTACT: | LEE LAMBERT |
| | DATE: | 10/12/03 |
| | PURCHASE ORDER # | 2165 |

DESCRIPTION:

JOB#   8900907700 SHIPPER#  99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS<br>VARIOUS PUMP ASM-VERIFY TORQUE<br>ON ASSEMBLIES ON LINE<br>    PERIOD ENDING 10/05/03 | 174.0 | $19.50 | $3,393.00 |
| | | TOTAL AMOUNT | $3,393.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

SHIPPER/INVOICE

 H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street

HOLLAND, MI 49423

   ATTN.: Accounts Payable

INVOICE:              003713

HES CONTACT:    LEE LAMBERT

DATE:             10/05/03

PURCHASE ORDER #         2165

DESCRIPTION:

JOB#    8900907700 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS VARIOUS PUMP ASM-VERIFY TORQUE ON ASSEMBLIES ON LINE     PERIOD ENDING 09/28/03 | 252.0 | $19.50 | $4,914.00 |
| | | TOTAL AMOUNT | $4,914.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

SHIPPER/INVOICE

 H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Prince Manufacturing
19 W. 8th Street
HOLLAND, MI 49423

   ATTN.: Accounts Payable

INVOICE:     003967

HES CONTACT:   LEE LAMBERT

DATE:    10/24/03

PURCHASE ORDER #   2165

DESCRIPTION:

    JOB#  8900907700 SHIPPER# 99999

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| STRAIGHT TIME SORTING HOURS VARIOUS PUMP ASM-VERIFY TORQUE ON ASSEMBLIES ON LINE PERIOD ENDING 10/26/03 | 255.0 | $19.50 | $4,972.50 |
| TOTAL AMOUNT | | | $4,972.50 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

# Invoice

**H E Services/Universal Inspection Group**
**3870 E. Washington Rd.**
**Saginaw, MI  48601**
**USA**

Invoice Number:
356

Invoice Date:
Mar 26, 2004

Page:
1

Voice:   (989) 758-0950

Fax:   (989) 758-0954

Sold To:
  Delphi Saginaw Steering Systems
  3900 E. Holland Ave.
  Saginaw, MI  48601
  USA

Ship to:
  Delphi Saginaw Steering Systems
  3900 E. Holland Ave.
  Saginaw, MI  48601
  USA
  *Joe Munger*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | *Credit Card- please use Attached form* | Net 30 Days | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | DIGITAL HEIGHT STAND - CALIBRATION | 65.00 | 65.00 | 8400718000 |

Check/Credit Memo No:

Total Invoice Amount                65.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

# UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

**017871**

SHIPPER NUMBER

S.O. NUMBER    870-7180

| SHIPPED TO | DELPHI SAGINAW DEPT. 16 | DATE SHIPPED | 3/09/2004 |
|---|---|---|---|

ADDRESS  3900 HOLLAND ROAD

CUSTOMER'S ORDER NUMBER

CITY  SAGINAW        MI   48601        INVOICE NUMBER

JOE MUNGER        SHIPPED VIA   PICK-UP

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 1 | 1 | 01  DSS-6205   0-18" DIGITAL HEIGHT GAGE |
|   |   | 02            CALIBRATION |
|   |   |  |
|   |   |  |
|   |   |  |
|   |   |  |
|   |   |  |
|   |   |  |
|   |   |  |
|   |   |  |

HOW PACKED

RECD. BY:

# H E Services/Universal Inspection Group
# 3870 E. Washington Rd.
# Saginaw, MI 48601
# USA

**Invoice**

Invoice Number:
355

Invoice Date:
Mar 26, 2004

Page:
1

Voice:   (989) 758-0950

Fax:     (989) 758-0954

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1,080.00 | GENERAL INSPECTION STRAIGHT TIME (REF. GAGES FOR THE MONTH OF MARCH) | 1.00 | 1,080.00 | 8400717400 |

Check/Credit Memo No:

Total Invoice Amount                1,080.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____