# DELPHI
## Purchase Request
Bold areas are required fields

Page 1 of 1
Req. No. 382719

| Field | Value |
|---|---|
| Service | X |
| Cap/Const. | |
| Other | |
| SB PO / REL No. | |
| MBO / BL PO No. | S260245w |
| PO# / Alt. | |
| Date | 4/1/04 |
| APA Rec'd | |
| Ship to Dock | 301 |
| Rec./Notify | Sean Ekelso |
| Phone | 7-2324 Mail/Plt. 09 |
| Fax | |
| Deliver To | |
| Required | |
| Promised | |
| Effective | |
| Expires | |

**Supplier:** Universal Inspection  
**Duns No.** 020091646  
**Address:** 3670 E. Washington Rd., Saginaw, MI 48601  
**Fax No.** 758-0450  

**Contact:** Lee Lambert  
**Phone No.** 758-0450  
**Tax Code** / WO Type / Number

| Qty | U/M | Est. Cost | Actual Cost | GC | GL | Dept | Sub Acct. | Corp. | Loc. | Prod. | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,080.00 | Dys | $100 | | 2 | 4 | 5 | 5 | 3 | 3 | 4 | General Inspection Straight Time (Ref. Bases for the month of March) |

**Where Used / Remarks**

Total Est. Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable  
Yes ___  
No ___ Must Provide Justification

Invoice / Packing Slip  
Service Approved / Completed  
APA Rec'd Services

| Originator | Phone | Haz'd Mat'l Appr. | Acct. Appr. | Date Approval | Clauses | Buyer | Date | Shipper | Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | FOB | |
| | | | | | | Purchasing Manager | Date | Pay Terms | |
| | | | | | | | | Approval | |

Quote No.

840-0717-00

DAS 2207 07/02

# DELPHI
## Purchase Request
Bold areas are required fields

Page 1 of 1

| Supplier | Universal Inspection | Duns No. 020991696 | Service X Cap/Const. Other | SB PO / REL No. | | | |
|---|---|---|---|---|---|---|---|
| | | Fax No. 75B-0250 | | MBO / BL PO No. S2BO2450ol | Req. No. 382719 | | |
| Address | 3870 E. Washington Rd. | | | PO# / Alt. | | | |
| | Saginaw, MI 48601 | | | Date 4/1/04 | APA Rec'd | | Required |
| Contact | Lee Lambert | Phone No. 75B-0250 | | Ship to Dock 301 | | | Promised |
| | | Number | | Rec./Notify Jean Erkelson | | | Effective |
| Tax Code | | WO Type | | Phone 7-3384 Mail/Plt. 99 Fax | | | Expires |

Deliver To

| Qty | U/M | Est. Cost | Actual Cost | GC | GL | Dept | Sub Acct. | Corp. | Loc. | Prod. | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 4 | 5 | 5 | 3 | 3 | 4 | |
| 1,080 | hrs | $1,080 | $100 | | | | | | | | General Inspection Straight Time (Ref. Gages for the month of March) |

Where Used / Remarks

Clauses

| Total Est. Cost | | Quote No. | | Buyer | Date |
|---|---|---|---|---|---|
| Must be Complete: Is a Substitute Material or Supplier Acceptable | | | | Purchasing Manager | Date |
| Yes ___ Must Provide Justification | | | | Shipper | |
| No ___ | | | | FOB | |
| Invoice / Packing Slip | | | | Pay Terms | |
| Service Approved / Completed | Haz'd Mat'l Appr. | Acct. Appr. | Date | Approval | Date |
| APA Rec'd Services | Phone | | | | |
| **Originator** | | | | | |

DAS 2207 07/02

840-01474-00

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Voice:  (989) 758-0950
Fax:    (989) 758-0954

# Invoice

Invoice Number:
273

Invoice Date:
Mar 5, 2004

Page:
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Greg Hover
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | S2S33587 001 *(handwritten)* | Net 30 Days | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | INSPECTION SERVICES FOR QS-4 (REF. ON-SITE CALIBRATION)<br>GL-018 MICROMETER<br>GA-291213 TEMPLATE GAGE<br>GA-291212 TEMPLATE GAGE<br>TL-289098 PLUG GAGE<br>GA-289885 SNAP RING<br>GA-289886<br>PR 329633 001 *(handwritten)* | 130.00 | 130.00 | 8400717500 |

Check/Credit Memo No:

Total Invoice Amount       130.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

05-44481-rdd    Doc 7418-5    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 2d
Universal Inspection    Pg 5 of 20

# Invoice

**H E Services/Universal Inspection Group**
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Voice: (989) 758-0950
Fax:   (989) 758-0954

*8900908800* (handwritten)

Invoice Number: .281
Invoice Date: Mar 12, 2004
Page: 1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 4/11/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | Sort Various Pieces | 7,618.15 | 7,618.15 |

Check/Credit Memo No:

Subtotal            7,618.15
Sales Tax
Total Invoice Amount 7,618.15
Payment/Credit Applied
**TOTAL**           7,618.15

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Invoice Number: 320

Invoice Date: Mar 19, 2004

Page: 1

Voice: (989) 758-0950
Fax:   (989) 758-0954

*89?? 908?00* (handwritten)

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | Airborne |  | 4/18/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 |  | SORT VARIOUS PCS (WEEKENDING 3/21/04) | 5,610.06 | 5,610.06 |

|  |  |
|---|---|
| Subtotal | 5,610.06 |
| Sales Tax |  |
| Total Invoice Amount | 5,610.06 |
| Payment/Credit Applied |  |
| **TOTAL** | 5,610.06 |

Check/Credit Memo No:

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Voice: (989) 758-0950
Fax:   (989) 758-0954

Invoice Number: 333
Invoice Date: Mar 26, 2004
Page: 1

*89009088800*

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | Airborne |  | 4/25/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 |  | SORT VARIOUS PIECES | 4,414.34 | 4,414.34 |

|  |  |
|---|---|
| Subtotal | 4,414.34 |
| Sales Tax |  |
| Total Invoice Amount | 4,414.34 |
| Payment/Credit Applied |  |
| **TOTAL** | **4,414.34** |

Check/Credit Memo No:

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Voice: (989) 758-0950
Fax:   (989) 758-0954

Invoice Number: 361
Invoice Date: Mar 26, 2004
Page: 1

*49009088cv* (handwritten)

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | Airborne |  | 4/25/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 |  | SORT VARIOUS PIECES | 9,342.51 | 9,342.51 |

Subtotal: 9,342.51
Sales Tax:
Total Invoice Amount: 9,342.51
Payment/Credit Applied:

Check/Credit Memo No:

TOTAL: 9,342.51



4985 needs $185.48 credit for shipper 17017
6819 pcs not sorted
9088



Problem Shippers

# SHIPPING ORDER

**UNIVERSAL INSPECTION**
3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax (989) 758-0954
A Division of H.E. Services

SHIPPER NUMBER: 017099
S.O. NUMBER: 9088

| SHIPPED TO | Delphi - Saginaw |
| ADDRESS | 3900 Holland Rd |
| CITY | Saginaw, MI 48601 |
| DATE SHIPPED | 11/26/03 |
| CUSTOMER'S ORDER NUMBER | 9075219 |
| INVOICE NUMBER | |
| SHIPPED VIA | Universal Insp |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 6512 | 6512 | 26015499 Rod Blank Inner Tie |
| | | 1@3397  1@3115 |
| 13768 | 13768 | corrected at Delphi |
| 13678 | 13678 | 26074400 Rod Blank Inner Tie |
| | | 1@3289  1@3755  1@3242  1@3482 |
| 2978 | 2978 | 26048635 Rod Blank Inner Tie |
| | | 1@2978 |
| 2831 | 2831 | *26057598 Worm Blanks* Rejects *N/* |

HOW PACKED:
RECD. BY:

# SHIPPING ORDER

**UNIVERSAL INSPECTION**
3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
A Division of H.E. Services

SHIPPER NUMBER: 016803
S.O. NUMBER: 9088

| | |
|---|---|
| SHIPPED TO | Delphi - Saginaw |
| ADDRESS | 3900 Holland Rd. |
| CITY | Saginaw, MI 48601  Plt. #6 |
| DATE SHIPPED | 11-4-03 |
| CUSTOMER'S ORDER NUMBER | 90I5220 |
| INVOICE NUMBER | |
| SHIPPED VIA | Universal Inspi. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 3442 | 3442 | 26069432 Shaft  1@1703", 1@1739 |

HOW PACKED _____
RECD. BY: _____

Delphi
Didn't
pay



3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.  (989) 758-0950
Fax  (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

**017245**

SHIPPER NUMBER

S.O. NUMBER  9088

SHIPPED TO: Delphi Saginaw
ADDRESS: 3900 Holland
CITY: Saginaw, MI 48601

DATE SHIPPED: 12/8/03
CUSTOMER'S ORDER NUMBER: 90I5219
INVOICE NUMBER:
SHIPPED VIA: Universal Insp

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 5928 | 5928 | 26017266 Housing Blk Tie Rod |
| 13721 | 13721 | 26015489 Rod Blank Inner Tie |
|  |  | 1@3748  1@3524  1@3361  1@3088 |
| 5004 | 5004 | M844992 Housing Blk Tie Rod |

HOW PACKED: 

RECD. BY: [signature]

# UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954

A Division of H.E. Services

# SHIPPING ORDER

**017245**

| SHIPPER NUMBER | |
|---|---|
| S.O. NUMBER | 9088 |

SHIPPED TO: Delphi Saginaw
ADDRESS: 3900 Holland
CITY: Saginaw, Mi 48601

DATE SHIPPED: 12/8/03
CUSTOMER'S ORDER NUMBER: 90I5219
INVOICE NUMBER:
SHIPPED VIA: Universal Insp

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 5928 | 5928 | 26017266  Housing Blk Tie Rod |
| 13721 | 13721 | 26015489  Rod Blank Inner Tie |
|  |  | 1 @ 3748   7 @ 3524   1 @ 3361   1 @ 3088 |
| 5004 | 5004 | 17844992  Housing Blk Tie Rod |

HOW PACKED:
RECD. BY: [signature]

# SHIPPING ORDER

**018119**

**UNIVERSAL INSPECTION**
3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.  (989) 758-0950
Fax   (989) 758-0954
A Division of H.E. Services

SHIPPER NUMBER: 

S.O. NUMBER: 9088

SHIPPED TO: Delphi Saginaw
ADDRESS: 3900 Holland Rd
CITY: Saginaw MI 48601

DATE SHIPPED: 4-8-04
CUSTOMER'S ORDER NUMBER: 90IS219
INVOICE NUMBER: 
SHIPPED VIA: Universal Insp

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 2000 | 2000 | 40705 Steering Shaft    2 @ 1000 |
| 3455 | 3455 | 40864 Shaft upper   1 @ 1248   1 @ 1013   1 @ 1194 |
| 6000 | 6000 | 26083145 Shaft Blank    2 @ 3000 |

RECD. BY: 

HOW PACKED:

Good

# DELPHI
Automotive Systems

## PURCHASE ORDER: S2S33236

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slip.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3GI) PLT 3 - CENTRAL GAGE LAB
3900 HOLLAND RD
SAGINAW MI
48601                      US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
SEE INVOICE
INSTRUCTIONS 00
00000                      US

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601                      US

| ORDER DATE | 517-757-4041 |
|---|---|
| 11/28/01 | J NICHOLS Buyer |
| ALTERATION ISSUE DATE | S01 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way, modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hareto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02306 | | | | | |
| 00001 | 2000 | PR319889 008 | | PLT 3 CALIBRATE & SERVICE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | | 12/07/01 | G   0.00% | 1.0000 | |
| 00002 | 2000 | PR319889 009 | | PLT 4 CALIBRATE&SERVICE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | | 12/07/01 | G   0.00% | 1.0000 | |
| 00003 | 2000 | PR319889 010 | | PLT 5 CALIBRATE&SERIVE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | | 12/07/01 | G   0.00% | 1.0000 | |
| 00004 | 2000 | PR319889 011 | | PLT 6 CALIBRATE&SERIVE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | | 12/07/01 | G   0.00% | 1.0000 | |
| 00005 | 2000 | PR319889 012 | | PLT 7-CALIBRATE & SERVICE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | | 12/07/01 | G   0.00% | 1.0000 | |
| 00006 | 2000 | PR319889 013 | | | | 12/07/01 | G   0.00% | 1.0000 | |

CONTINUE PAGE 2

ORIGINAL

000521  USER TIFFONY STINSON                                       SMDL03 11.

**H E Services/Universal Inspection Group**
3870 E. Washington Rd.
Saginaw, MI 48601
USA

**Invoice**

Invoice Number: 299
Invoice Date: Mar 12, 2004
Page: 1

Voice: (989) 758-0950
Fax:   (989) 758-0954

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

*Connie Huizar*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S33236 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 120.00 | PLANT #6 CALIBRATE PER T-099 *PR319889 011 (Ref. on-site Cal of Contour reader)* | 1.00 | 120.00 | 8400716300 |

Total Invoice Amount: 120.00

Check/Credit Memo No: _____

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____
Date: _____

05-44481-rdd    Doc 7418-5    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 2d
Universal Inspection    Pg 18 of 20

**DELPHI**

**memo**

Date:      6NO03
To:        Universal Gage
From:      David Reid
Subject:   Payment for gage calibration
cc.:       Lora Thrun

Please contact Lora Thrun for A card payment for calibration of the Omega load cell and Snap On torque wrench. Lora can be reached at (810) 257 5846.

Thanks

David Reid
(810) 341 0830

**SHIPPER / INVOICE**



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

|  |  |
|---|---|
| Invoice Number | 006527 |
| Invoice Date | January 09, 2004 |
| PO Number | Credit Card |
| Contract |  |
| Job Description: | 84-0-07066-00 |
| Page | 1 of 2 |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Manager   LEE LAMBERT

Job Description:      Cal-David Reid

|  | Current Qty | Rate | Current Amount |
|---|---|---|---|
| General Inspection Str Time | 1.00 | 369.00 | 369.00 |
| Invoice Total |  |  | 369.00 |

Remit Payment To:
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____