Elizabeth

Credit Card info

for David Reid - Delphi

UNIVERSAL GAGE

ATT: TERRY BOULTON

Terry

/DELPHI

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

VENDOR NUMBER 02-099-1696
THE SERVICES.CO
TO: UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD.
SAGINAW MI
48601

US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contain the complete and final agreement of Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Apply.

**PURCHASE ORDER:** S2S46508

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips & Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 989-757-4048 |
| 01/23/04 | S RUDZINSKI Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENCY |

SHIP VIA
SEE BELOW

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595

| 00001 | 160 | PR301074 001 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF | | S2B02595 | 02/27/04 G | 0.00% | 1.0000 |

2 PCS SPLINE RING GAGES)
WHO ORDERED: J.ESKELSON/757-3384

ALL INVOICES MUST BE SENT TO: J.ESKELSON/757-3384
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*                              (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
****************SALES TAX CODES************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS

CONTINUE PAGE 2

ORIGINAL

A000859    USER STEPHEN PARKS

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request
Bold areas are required fields

| Service | ✗ |
|---|---|
| Cap/Const. | |
| Other. | |

SB PO /REL No.
MBO / BL PO No. **SQB00505**
PO# / Alt.

Req. No. **301074**

Page **1** of **1**

Supplier: **Universal Inspection**

Duns No. **000-091660**

Cap/Const. ___

Date **9/10/58**  Required
Ship to Dock **351**  Promised
Rec/Notify **Jean Eskelson**  Effective
Phone **7-3384** / Mail/Pll. **07**  Expires
Fax

Address: **3890 E. Washington Rd.**
**Saginaw, MI 48601**

Contact **Lee Lambert**  Phone No. **758-0460**

Fax No. **758-3461**

| Qty | U/M | Est. Cost | Actual Cost | WO Type | GC 2 4 | GL 5 | Dept 5 | Sub Acct. 5 | Corp. 3 3 | Loc. 3 4 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $125 | | KA 8890 | 091601 | 07660 | 000 | 000 | 0000 | | Zeiss Prism cmm Inspection |
| | | | | | | | | | | | | Straight Time |
| | | | | | | | | | | | | (RE 8pcs Spline Ring Gear) |

Tax Code

Total Est. Cost

Est. Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable
_ Yes
_ No ____ Must Provide Justification

Where Used / Remarks

Deliver To

Clauses

Quote No.

| | Buyer | Date |
|---|---|---|
| | Purchasing Manager | Date |

Invoice / Packing Slip  Shipper
Service Approved / Completed  FOB
APA Rec'd Services  Pay Terms

| Originator | Phone | Haz'd Mat'l Appr. | Acct. Appr. | Date | Approval | Date | Approval | Date |
|---|---|---|---|---|---|---|---|---|
| Jean Eskelson | 751-3384 | | | | | | | |

**REQUISITIONER COPY**

 H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.

SAGINAW, MI 48601

   ATTN.: JEAN ESKELSON

INVOICE:                    002502

HES CONTACT:          Lee Lambert

DATE:                    9/12/03

PURCHASE ORDER #  S2S4L508

DESCRIPTION:          OFF-SITE
               JOB#   8400700100      SHIPPER#  16109, 16113

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 2 PCS SPLINE RING GAGES) | 160 | $1.00 | $160.00 |
| | | TOTAL AMOUNT | $160.00 |

PR 301074  001

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** 2/3/04

H E Services Company    **Invoice**

3870 E. Washington Rd.

Saginaw, MI 48601

USA

Voice:  (989) 758-0950
Fax:    (989) 758-0954

Invoice Number:
256

Invoice Date:
Mar 1, 2004

Page:
1

Sold To:

Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | To apply the rest of invoice #2502 | 30.50 | 30.50 | 8400700100 |

Total Invoice Amount           30.50

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan  48267-2742

Received by:_____

Date:_____

*H E Services Universal Inspection Group*

*3870 E. Washington Rd.*

*Saginaw, MI 48601*

*USA*

# Invoice

Voice: (989) 758-0950
Fax: (989) 758-0954

Invoice Number:
2502-1

Invoice Date:
Jan 23, 2004

Page:
1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | TO APPLY PAYMENT | 30.00 | 30.00 | |

Total Invoice Amount          30.00

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan  48267-2742

Received by:_____

Date:_____

# DELPHI
## Purchase Request
Bold areas are required fields

Page 1 of 1
Req. No. 382718

| | | |
|---|---|---|
| Service | | |
| Cap/Const. | | |
| Other | | |

SB PO / REL No. _____
MBO / BL PO No. 52B02545-00-1
PO# / Alt.

Supplier **Universal Inspection**
Address 3870 E. Washington Rd.
Saginaw MI 48601

Duns No. 020991946
Fax No. 758-0451

Date 2/19/07   APA Rec'd
Ship to Dock 301
Rec./Notify Tom Tighe
Phone 7-4978  Mail/Plt 90  Fax

Required / Promised / Effective / Expires

Contact Lee Lambert
Tax Code

Phone No. 758-0450
Number 1CASC3B635

Deliver To

Item ID / Description: Zeiss Prismo Cmm Inspection Straight Time (Ref. 4 pcs. 2161048174 Jack)

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct 5 | Corp. 3 | Loc. 3 | Prod. 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 5LUDE | Day | | $102 | | | | | | | |

WO Type  SC

Where Used / Remarks

Clauses

Total Est. Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ____
No ____  Must Provide Justification

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Quote No.

Buyer _____ Date
Purchasing Manager _____ Date
Shipper / FOB / Pay Terms
Approval _____ Date

Haz'd Mat'l Appr.   Acct. Appr.   Date   Approval

Originator _____  Phone

DAS 2207 07/02

870-05418-00

# H E Services/Universal Inspection Group
**3870 E. Washington Rd.**
**Saginaw, MI 48601**
**USA**

**Invoice**

Invoice Number:
315

Invoice Date:
Mar 19, 2004

Page:
1

Voice:  (989) 758-0950

Fax:  (989) 758-0954

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 560.00 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME | 1.00 | 560.00 | 8700541200 |
| | (REF. 4 PCS. 26104874 JACKET) | | | |

Total Invoice Amount          560.00

Check/Credit Memo No:

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

# DELPHI

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696

TO: UNIVERSAL INSPECTION DIV
HE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                    US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601                    US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

## PURCHASE ORDER: S3S26650

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip a Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | | | |
| --- | --- | --- | --- |
| 03/08/04 | | K. HAYDEN | 989-757-088 |
| ALTERATION ISSUE DATE | | Buyer | |
| | | S20 | |
| ALTERATION EFFECTIVE DATE | | | |

PURCHASING AGENT

SHIP VIA
SEE BELOW

| F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED |
| --- |
| SHIPPING POINT |

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PER UM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | | | |
| | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: LEE LAMBERT | | | | |
| | | | | **************ATTENTION ALL SUPPLIERS*****(ST) COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL WILL BE RETURNED. | | | | |
| 00001 | 20 | PR400189 001 | | 26095919 INNER RACE ZEISS INSPECTION (BALL GROOVES) WHO ORDERED: BISHOP/PAQUETTE | 03/22/04 | A  0.00% | 24.0000 | P |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | |

LAST PAGE

A000876   USER JAY R MIKOLEIZIK

ORIGINAL

**H E Services/Universal Inspection Group**
**3870 E. Washington Rd.**
**Saginaw, MI  48601**
**USA**

**Invoice**

Invoice Number:
288

Invoice Date:
Mar 12, 2004

Page:
1

Voice:   (989) 758-0950

Fax:   (989) 758-0954

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

*Karen Bishop*
*Rob Paquette*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | S3S26650 | Net 30 Days | |
| | | | |
| | | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 20.00 | 26095919 INNER RACE ZEISS INSPECTION (BALL GROOVES)   PR400189 001 | 24.00 | 480.00 | 8700540300 |

Check/Credit Memo No:

Total Invoice Amount          480.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____



3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax   (989) 758-0954
A Division of H.E. Services

**SHIPPING ORDER**

017867

SHIPPER NUMBER

870-5403

S.O. NUMBER

SHIPPED TO _____ DELPHI PROTOTYPE CENTER _____

DATE SHIPPED _____

ADDRESS _____ 2975 NODULAR DRIVE _____

CUSTOMER'S ORDER NUMBER _____

CITY _____ SAGINAW     MI    48601 _____

INVOICE NUMBER _____

_____ ROB PAQUETTE _____

SHIPPED VIA _____

| QUANTITY | | DESCRIPTION |
| --- | --- | --- |
| ORDERED | SHIPPED | |
| 20 | 20 | 01   26095619   CG INNERS |
| | | 02   INSPECTION |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RECD BY: *Dave Edinger*

HOW PACKED _____

DELPHI  5457

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

**PURCHASE ORDER:** S3S26691

PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parce
Post.

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

This order is and binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on face and reverse side hereof, contain the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. Where applicable
if Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| ORDER DATE | BUYER |
|---|---|
| 03/10/04 | 989-757-068 K HAYDEN |
| ALTERATION ISSUE DATE | S20 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

VENDOR NUMBER 02-099-1696
TO: HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | | | |
| | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: LEE LAMBERT | | | | |
| | | | | ***************ATTENTION ALL SUPPLIERS*****(ST) COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL WILL BE RETURNED. | | | | |
| 00001 | 1 | PR400365 001 | | 26115364 C/G OUTER RACE MODIFY ZEISS C/G OUTER PROGRM WHO ORDERED: BISHOP/PAQUETTE | | 03/24/04 | A -0.00% | 320.0000 |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | |

LAST PAGE

ORIGINAL

# Invoice

**H E Services/Universal Inspection Group**
**3870 E. Washington Rd.**
**Saginaw, MI 48601**
**USA**

Invoice Number:
291

Invoice Date:
Mar 12, 2004

Page:
1

Voice:   (989) 758-0950

Fax:   (989) 758-0954

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA
*Karen Bishop*
*Rob Paquette*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S3S26691 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | 26115364 C/G OUTER RACE MODIFY ZEISS C/G OUTER PROGRAM      PR400365  *DO1* | 320.00 | 320.00 | 8700540700 |

Check/Credit Memo No:

Total Invoice Amount               320.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

RECEIVED MAR 0 8

/DELPHI

PURCHASE
ORDER: S3S26596

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Numbers must be shown on Packing Slips & Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure. Free Post.

| ORDER DATE | 03/03/04 | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | K: HAYDEN | 989-757-0008 | Buyer | S20 | PURCHASING AGENT |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
TO: 3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

53075

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | QUANTITY ORDERED | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE |
|---|---|---|---|---|---|---|

PAYMENT TERMS NET 2ND DAY OF 2ND MONTH
F.O.B. SHIPPING POINT   DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA SEE BELOW

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595

**THIS IS A CONFIRMING ORDER DO NOT DUPLICATE**
CONFIRMED WITH: LEE
*************ATTENTION ALL SUPPLIERS*****(ST)
COMPLETE SHIP TO ADDRESS,INCLUDING PLANT # MUST BE ON
ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED.

| 00001 | PR400095-001 | 26090532 ZEISS CMM GAGE R&R WHO ORDERED: SCHAPER/PLANT 5 | 1 | 07/30/04 A | 0.00% | 1280.0000 |
| 00002 | PR400095 002 | 26090532 ZEISS AXLE BAR SET-UP (EACH TIME) WHO ORDERED: SCHAPER/PLANT 5 | 25 | 07/30/04 A | 0.00% | 80.0000 |
| 00003 | PR400095 003 | 26090532 ZEISS AXLE BAR INSPECTION (BOTH SPLINE ENDS WHO ORDERED: SCHAPER/PLANT 5 | 35 | 07/30/04 A | 0.00% | 52.0000 |

CONTINUE PAGE 2

A000873   USER JAY R MIKOLEIZIK     ORIGINAL