# H E Services/Universal Inspection Group
# 3870 E. Washington Rd.
# Saginaw, MI  48601
# USA

# Invoice

Invoice Number:
337

Invoice Date:
Mar 26, 2004

Page:
1

Voice:   (989) 758-0950

Fax:   (989) 758-0954

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S3S26596 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | 26090532 ZEISS CMM GAGE R&R  PR400095 001 | 1,280.00 | 1,280.00 | 8700539700 |
| 4.00 | 26090532 ZEISS AXLE BAR SET-UP  PR400095 002 | 80.00 | 320.00 | 8700539700 |
| 35.00 | 26090532 ZEISS AXLE BAR INSPECTION (BOTH SPLINE ENDS)  PR400095 003 | 52.00 | 1,820.00 | 8700539700 |

Check/Credit Memo No:

Total Invoice Amount            3,420.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

*H. E. Services Universal Inspection Group*

3870 E. Washington Rd.

Saginaw, MI 48601

USA

| | |
|---|---|
| Voice: | (989) 758-0950 |
| Fax: | (989) 758-0954 |

# Invoice

**Invoice Number:**
222

**Invoice Date:**
Feb 20, 2004

**Page:**
1

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
RAY BAKER
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 80.00 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 1 PC. 26109929 TRIPOT) | 1.00 | 80.00 | 8700538500 |

Total Invoice Amount           80.00

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by:_____

Date:_____

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Voice:   (989) 758-0950
Fax:     (989) 758-0954

*8700 536700*

Invoice Number:
197

Invoice Date:
Feb 13, 2004

Page:
1

Duplicate

Sold To:
    Delphi Saginaw Steering Systems
    3900 E. Holland Ave.
    Saginaw, MI  48601
    USA

Ship to:
    Delphi Saginaw Steering Systems
    3900 E. Holland Ave.
    Jeff Bender
    Saginaw, MI  48601
    USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 3/14/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 160.00 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 5 PC. UPPER JACKET) | 1.00 | 160.00 |

|  |  |
|---|---|
| Subtotal | 160.00 |
| Sales Tax | |
| Total Invoice Amount | 160.00 |
| Payment/Credit Applied | |
| **TOTAL** | 160.00 |

Check/Credit Memo No:

*H.E. Services Universal Inspection Group*
*3870 E. Washington Rd.*
*Saginaw, MI 48601*
*USA*

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number:
193

Invoice Date:
Feb 13, 2004

Page:
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
SEAN HEARN
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 204.00 | ZEISS ECLIPSE CMM INSPECTION STRAIGHT TIME (REF. 1 PC. GA-291771 FIXTURE GAGE) | 1.00 | 204.00 | 8700535400 |

Total Invoice Amount          204.00

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H.E. Services Company
P.O. Box 67000

Received by: _____

Date: _____

**DELPHI**
**Purchase Request**
Bold areas are required fields

Page 1 of 1
Req. No. **382717**

MBO / BL PO No. S2B0S645 004
PO# / Alt.

| | |
|---|---|
| Date 2/19/01 | APA Rec'd |
| Ship to Dock 301 | Required |
| Rec./Notify Patrick Pune | Promised |
| Phone 7-709 Mail/Plt.99   Fax | Effective |
| Deliver To | Expires |

Service
Cap/Const.
Other

Supplier **Universal Inspection**
Duns No. 020991616

Address **3800 E. Washington Rd.**
Fax No. **758-0451**

**Saginaw, MI 48601**

Contact **Lee Lambert**
Phone No. **758-0450**

Tax Code
WO Type **SE**
Number **KA56 00 809**

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3,440.00 | Dos | | $1.00 | | | | | | | | Zeiss Prismo CMM Inspection |
| | | | | | | | | | | | Straight Time |
| 211.00 | Dos | | $1.00 | | | | | | | | General Inspection Straight Time |
| | | | | | | | | | | | (Ref. 2pcs. 21,099,789 & 2 pcs. 21,099,? |

Where Used / Remarks

Total
Est.
Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ____
No ____ Must Provide Justification

Quote No.

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

| | Phone | Haz'd Mat'l Appr. | Acct. Appr. | Date Approval | Date |
|---|---|---|---|---|---|
| Originator | | | | | |

Clauses

Buyer                                    Date

Purchasing Manager                       Date

Shipper
FOB
Pay Terms
Date Approval                            Date

DAS 2207 07/02

870-0347-00

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Voice:    (989) 758-0950
Fax:      (989) 758-0954

**Invoice Number:**
307

**Invoice Date:**
Mar 19, 2004

**Page:**
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | | Payment Terms |
|---|---|---|---|
| Delphi | | | Net 30 Days |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/18/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3,440.00 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME | 1.00 | 3,440.00 |
| 216.00 | | GENERAL INSPECTION STRAIGHT TIME (REF. 2 PCS. 26099782 & 2 PCS. 26099788) | 1.00 | 216.00 |

|  |  |
|---|---|
| Subtotal | 3,656.00 |
| Sales Tax | |
| Total Invoice Amount | 3,656.00 |
| Payment/Credit Applied | |
| **TOTAL** | 3,656.00 |

Check/Credit Memo No:

DELPHI AUTOMOTIVE SYSTEMS
**Purchase Request**
Bold areas are required fields

Page 1 of 1
Req. No. 301081

Service X
Cap/Const.
Other

SB PO / REL No.
MBO / BL PO No. 528-28545
PO# / Alt.

Date 1 /23/01    APA Rec'd
Ship to Dock 30?
Rec./Notify Mark Andrus
Phone 1-4264 Mail/Plt.94  Fax
Deliver To

Supplier Universal Inspection    Duns No. 020991696
Address 3870 E Washington Rd.    Fax No. 758-0951
Saginaw MI 48601

Contact Lee Lambert    Phone No. 758-0430
Tax Code    WO Type SC    Number 69SC37845

Item ID / Description

Zeiss Prism Cmm Inspection
Straight Time
(Ref 40 pcs. 26107135 Bef EAF+ H.T.
& 9 pcs. 26106520 Upper Skt)

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct 5 | Corp. 3 | Loc. 3 | Prod. 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,000.00 pcs | | | $1.02 | | | | | | | |

Where Used / Remarks

Clauses

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes _____
No _____ Must Provide Justification

Quote No.

Buyer    Date
Purchasing Manager    Date

Invoice / Packing Slip    Shipper
Service Approved / Completed    FOB
APA Rec'd Services    Pay Terms

Total Est. Cost

Originator    Phone    Haz'd Mat'l Appr.    Acct. Appr.    Date    Approval    Date    Approval    Date

DAS 2207  0399

*H. E. Services Company*
*3870 E. Washington Rd.*
*Saginaw, MI 48601*
*USA*

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number:
107

Invoice Date:
Jan 23, 2004

Page:
1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
MARK ANDRUS
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46795 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 240.00 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 9 PCS. 26106522 UPPER JACKET)  PR301081 001 | 1.00 | 240.00 | 8700532300 |

Total Invoice Amount       240.00

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by:_____

Date:_____

# DELPHI

## PURCHASE ORDER: FDST3450

PAGE   1

This Number Must Appear On/All Invoices, Packing Slips, Packages and Bills of Lading.
Copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 01/08/04 | CA |

ALTERATION EFFECTIVE DATE

PHONE: 248-655-0681
S. WARD
Buyer

PURCHASING AGENT

---

DELPHI CORPORATION
DELPHI S&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084.

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
M/C 799 - MTC - 202
48 WALTER JONES BLVD.
BLDG. "B"        DOCK 87 & 88
EL PASO, TX
79906
US

INVOICE TO:
INVOICING NOT REQUIRED FOR
DELPHI T&I - DIV. OFFICE,
PAYMENTS ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER.
US

F.O.B.
DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING PT-FREIGHT COLLECT

| TERMS | SHIP VIA |
|---|---|
| NET 2ND DAY OF 2ND MONTH | CHEAPEST WAY |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE / UNIT OF MEAS |
|---|---|---|---|---|---|---|---|
| 42 | PRMTC074 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | 01/19/04 C | 0.00% | 62.4300 | OTC |

*************ATTENTION ALL SUPPLIERS*****************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS
ON HOW TO ACCESS THIS NEW FEATURE.

WRITE ZEISS GEAR NUT PROGRAM FOR CRITICAL DIMENSIONS
& GEAR DATA
WHO ORDERED: PATRICIA RAMIREZ

SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS OR-
DER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS. SELLER SHALL INDEMNIFY BUYER
AGAINST ANY LIABILITY BUYER MAY INCUR IF
THIS REPRESENTATION IS INCORRECT.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

---

A005225  USER ALYSON BOND

ORIGINAL

LAST PAGE

SMOLUS 01/15/2003

# DELPHI

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
M/C 799 - MTC - 202
48 WALTER JONES BLVD.
BLDG. "B"   DOCK 87 & 88
EL PASO, TX
79906                                    US
INVOICING NOT REQUIRED FOR

INVOICE TO:
DELPHI T&I - DIV. OFFICE.
PAYMENTS ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER.         US

DELPHI CORPORATION
DELPHI S&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084                                    US

VENDOR NUMBER 02-099-1696
TO: THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

## PURCHASE ORDER
### ALTERATION ###
FDS73450  001
### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item "Identification Number(s) must be shown on Packing Slips and
invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-655-0681

| ORDER DATE | 01/08/04 |
| ALTERATION ISSUE DATE | 01/09/04 |
| ALTERATION EFFECTIVE | 01/09/04 |

S  WARD                  CA
PURCHASING AGENT

PAYMENT TERMS  NET  2ND DAY OF 2ND MONTH

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING PT-FREIGHT COLLECT

SHIP VIA  CHEAPEST WAY

This order is not binding until accepted. Acceptance should be recorded on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Shall Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE | % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ### | SPOT BUY FDS73450 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | | OTC |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | | ADDED SEQUENCES AND CHANGED PRICING IN SEQ 001 PER REQUEST. 1/9/04 ALB | | | | | | | |
| 000001 | 42 | PRMTC074 001 | | ### THIS ITEM HAS BEEN CHANGED ### | | 01/19/04 | C | 0.00% | 22.8600 | 960 | |
| | | | | WRITE ZEISS GEAR NUT PROGRAM FOR CRITICAL DIMENSIONS & GEAR DATA WHO ORDERED: PATRICIA RAMIREZ | | | | | | | |
| 000002 | 1 | PRMTC074 002 | | ### THIS ITEM HAS BEEN ADDED ### | | 01/19/04 | C | 0.00% | 1050.0000 | | PCS |
| | | | | ZEISS GEAR NUT INSPECTION (CRITICAL CP AND CPK) (PART NUMBER 20160587) WHO ORDERED: PATRICIA RAMIREZ | | | | | | | |
| 000003 | 1 | PRMTC074 003 | | ### THIS ITEM HAS BEEN ADDED ### | | 01/19/04 | C | 0.00% | 612.0000 | | PCS |
| | | | | GEAR NUT 100% REMAINING MAPPED OUT PRINT DIMENSIONS WHO ORDERED: PATRICIA RAMIREZ | | | | | | | |

$ 26,272.14

LAST PAGE

0005016  USER ALYSON BOND          ORIGINAL          SWDU50 01/15/2003

*H E Services Universal Inspection Group*
*3870 E. Washington Rd.*
*Saginaw, MI 48601*
*USA*

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number:
166

Invoice Date:
Feb 6, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
ADAM COOK
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | FDS73450 001 | Net 30 Days |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 42.00 | WRITE ZEISS GEAR NUT PROGRAM FOR CRITICAL DIMENSIONS & GEAR DATA PRMTC074 001 | 22.86 | 960.12 | 8700532100 |
| 1.00 | ZEISS GEAR NUT INSPECTION (CRITICAL ONLY INCL. CP AND CPK) PRMTC074 002 | 1,050.00 | 1,050.00 | |
| 1.00 | GEAR NUT 100% MAPPED OUT PRINT DIMENSIONS PRMTC074 003 | 612.00 | 612.00 | |

Total Invoice Amount  2,622.12

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by:_____

Date:_____



3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.    (989) 758-0950
Fax    (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

SHIPPER NUMBER    017459

S.O. NUMBER    870-5321

| SHIPPED TO | DELPHI SAFETY & INTERIORS | DATE SHIPPED 1/30/04 |
| ADDRESS | 1401 CROOKS RD. | CUSTOMER'S ORDER NUMBER FDS 73450 |
| CITY TROY | MI 48084-7155 | INVOICE NUMBER |
| ADAM COOK | | SHIPPED VIA UPS |

| QUANTITY | | DESCRIPTION |
| ORDERED | SHIPPED | |
| --- | --- | --- |
| 30 | 30 | 01    20160587    GEAR NUT |
| | | 02    INSPECTION |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| HOW PACKED | RECD. BY: |



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.

SAGINAW, MI 48601

ATTN.: **TOM BARRETT**

INVOICE:         5978A

HES CONTACT:      Lee Lambert

DATE:            12/19/2003

PURCHASE ORDER #     S2S46146

DESCRIPTION:          OFF-SITE
                JOB#     8700530600     SHIPPER#   17425

| ITEM CODE | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ADVANCED CMM PROGRAMMING FOR LOW ANGLE QUADRASTEER DEVELOPMENT FOR HOUSING & BALL SCREW ACTUATOR PR3904879 001 | 128 | $1.00 | $128.00 |
| | | TOTAL AMOUNT | $128.00 |

OK to pay $128.

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _Tom Barrett_

Date: _11MRO 4_

SHIPPER/INVOICE



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>3900 E. HOLLAND AVE.<br><br>SAGINAW, MI 48601<br><br>ATTN.: **TOM BARRETT** | **INVOICE:**   5978B |

**HES CONTACT:**   Lee Lambert

**DATE:**   12/19/2003

**PURCHASE ORDER #**   S2846148

DESCRIPTION:          OFF-SITE
                    JOB#     8700530600     SHIPPER#  17425

| ITEM CODE | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CMM PROGRAMMING FOR ACTIVE FRONT STEER COMPONENTS GEARING & HOUSING TUBES | 192 | $1.00 | $192.00 |
| PR3904880 001 | | | |
| | | TOTAL AMOUNT | $192.00 |

*OK to pay $192.*

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _Tom Barrett_
Date: _11 MR∅4_