|  |  | Invoice Attachment | 005978 |
|---|---|---|---|
|  |  | Project/Wrk Ordr | 87-0-05306-00 |
| Delphi |  |  |  |
|  |  | Page | 1 of 1 |

## Invoice Attachment

| Project/Wrk Ordr | Inspect Ball Nut |
| --- | --- |
| Task | Zeiss Prismo CMM Inspection |

| | | | Current Hours | Rate | Current Amount |
|---|---|---|---|---|---|
| Labor: | | | | | |
| Inspection | DENNIS MORELL | 12/19/2003 | 4.00 | 80.00 | 320.00 |
| | Labor: | | 4.00 | | 320.00 |
| Subtotal Task | Zeiss Prismo CMM Inspection | | | | 320.00 |
| Subtotal Project/Wrk Ordr | Inspect Ball Nut | | | | 320.00 |

# UNIVERSAL INSPECTION

### 3870 E. WASHINGTON
### SAGINAW, MI  48601

| | |
|---|---|
| To: Ryszard Iskra / Accts. Payable | From: Elizabeth Stockwell |
| Company: Delphi Polska | Fax #  (989) 758-0954 |
| Fax #: 0048 32 32 910 82 | Telephone #  (989) 758-0950 |
| Telephone #: 0048 32 21 85 600 | Today's Date  03 / 03 / 04 |
| Number of Pages:  3 | |

Message: _____

Invoice # 006071  12/26/03  $6,400.00  P.O. # 4440001980
is over 60 days.

Please contact me with a payment date.
Phone: 989-758-0950
Fax: 989-758-0954
E-mail: estockwell@heservices.com

Thanks for your help!

If you receive this message in error please call us collect at the above number and destroy documents.





**FAXED** 3/3/04 10:07am

# DELPHI
Driving Tomorrow's Technology

Delphi Polska Automotive Systems Sp. z o.o.
ul. Towarowa 6,
43-100 Tychy,
POLAND
Tel : 0048 32 21 85 600, Fax : 0048 32 32 910 82
NIP : 646-21-01-342, REGON : 273332450

Proszę o przesłanie potwierdzonej kopii zamów.

Please send us confirmed copy of this PO

RECEIVED FEB 18

Page: 1 / 1

## Purchase Order

| PO number/date |
|---|
| 4440001980 / 15 Dec 2003 |
| Contact person / Telephone |

Universal Inspection
A Division of H.E. Services
3870 E. Washington Road
SAGINAW    48601
USA

Attention: Lee Lambert

Your vendor number : 1050000013
Y/ person responsible: Lee Lambert
Y/ Telephone : +1 989 758 0950
Y/ offer: 2237  dated 12 Dec 2003

Please deliver to:
Delphi Polska Automotive Systems
Sp. z o.o.
Towarowa 6
43-100 Tychy

TO MAKE A PAYMENT OUR
PURCHASE ORDER NUMBER
MUST BE ON THE INVOICE

Payment terms :   2ND DAY PROX, 2ND MONTH                                                   Curr : USD

| Item | P/N | Description | Del date | Qty | Unit | Unit Price |
|---|---|---|---|---|---|---|
|      |     | Rev Level   Valid From |      |      |      |           |
| 00010 |    | 26099788 Lower Shaft Zeiss | 23.12.2003 |      |      | 3.200,00  |
|       |    | .10 Program Devrlopment    |            | 3.200 | PU  | 1,00      |
| 00020 |    | 26099782 Upper Shaft Zeiss | 23.12.2003 |      |      | 3.200,00  |
|       |    | .10 Program Development    |            | 3.200 | PU  | 1,00      |

Purchasing Department
Karolina Cisek
Tel. +48322185692 Fax +48323291082

SPECJALISTA
ds. zakupów
*Karolina Cisek*

Signatures    TOTAL VAT ex.                                                      6.400,00

Niniejszym upoważniamy Waszą firmę do wystawiania faktury VAT bez naszego podpisu.

UWAGI / REMARKS



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI POLSKA AUTOMOTIVE SYSTEMS Sp. z o.o.
ul. Towarowa 6,
43-100 Tychy
POLAND

ATTN.: RYSZARD ISKRA

INVOICE: 006071

CONTACT: LEE LAMBERT

DATE: 12/26/03

PURCHASE ORDER # 4440001980

DESCRIPTION:

JOB #   8700530400   SHIPPER #99999

| ITEM  | DESCRIPTION                                      | DEL DATE | QTY      | UNIT | UNIT PRICE |
|-------|--------------------------------------------------|----------|----------|------|------------|
| 00010 | 26099788 LOWER SHAFT ZEISS 10 PROGRAM DEVELOPMENT | 23.12.03 | 3,200.00 | PU   | 3,200      |
| 00020 | 26099782 UPPER SHAFT ZEISS 10 PROGRAM DEVELOPMENT | 23.12.03 | 3,200.00 | PU   | 3,200      |
|       |                                                  |          |          | TOTAL AMOUNT | 6,400.00 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S45095

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

RECEIVED OCT 16 2003

**SHIP TO:** DELPHI SAGINAW STEERING SYS. (3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:** DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

5107

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | SHIP VIA | 989-757-4048 |
|---|---|---|---|---|
| 10/14/03 | | | SEE BELOW | S  RUDZINSKI |
| | | | | S12  Buyer |

PURCHASING AGENT

**VENDOR NUMBER** 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | 51 | PR300420 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY: USD DOLLAR (UNITED STATES) | | 10/31/03 | G 0.00% | 1.0000 | | Dol |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | | | | | |
| | | | | ZEISS ECLISPE CMM INSPECTION STRAIGHT TIME (4 PCS 26097871 SHIFT ACUTOR SHAFT) WHO ORDERED: M. BROWN/757-4717 | | | | | | |
| | | | | ALL INVOICES MUST BE SENT TO: M.BROWN/757-4717 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) | | | | | | |
| | | | | *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. *****************SALES TAX CODES**************(TX) PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS | | | | | | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# SHIPPER/INVOICE

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.

SAGINAW, MI 48601

ATTN.: Mike BROWN

INVOICE: 002021

HES CONTACT: Lee Lambert

DATE: 8/29/03

PURCHASE ORDER # S2545095

DESCRIPTION: OFF-SITE
JOB# 8700510700 SHIPPER# 16076

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ZEISS ECLIPSE CMM INSPECTION | 51 | $1.00 | $51.00 |
| STRAIGHT TIME | PR300420 001 | | |
| (REF. 4 PCS. 26097871 SHIFT ACTUATOR SHAFT) | | | |
| | TOTAL AMOUNT | | $51.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX [illegible]
DETROIT, MICHIGAN 48267-2742

**Received By:** ______________________

**Date:** ______________________

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request

Bold areas are required fields

| | |
|---|---|
| Supplier | Universal Inspection |
| Service | X |
| Cap/Const. | |
| Other | |

| | |
|---|---|
| Duns No. | 020941646 |
| Fax No. | 758-3454 |
| MBO / BL PO No. | SB2545 |
| SB PO / REL No. | |
| PO# / Alt. | |

Address: 3810 E. Washington Rd.
Saginaw, MI 48601

| | |
|---|---|
| Date | 8/8/03 |
| Ship to Dock | 30I |
| Rec./Notify | Mike Brown |
| Phone | 7-4717 |
| Mail/Plt. Cd | |
| Fax | |

| | |
|---|---|
| APA Rec'd | |
| Required | |
| Promised | |
| Effective | |
| Expires | |

Page 1 of 1
Req. No. 300420

| Contact | Lee Lambert | Phone No. 758-3450 |
|---|---|---|

| Tax Code | WO Type | Number | GC | GL | Dept | Sub | Acct. | Corp. | Loc. | Prod. |
|---|---|---|---|---|---|---|---|---|---|---|
| | SE | 1C45B01701 | 2 | 4 | 5 | 5 | 1C45B01701 | 3 | 3 | 4 |

| Qty | U/M | Est. Cost | Actual Cost | Item ID / Description |
|---|---|---|---|---|
| 1 | Das | | $100 | Zeiss Eclipse CMM Inspection Straight Time (4 pcs. 26047871 Shift Actuator Shaft) |

Where Used / Remarks

Quote No.

Clauses

| | |
|---|---|
| Must be Complete: Is a Substitute Material or Supplier Acceptable | |
| Yes ___ | |
| No ___ Must Provide Justification | |

| | |
|---|---|
| Invoice / Packing Slip | |
| Service Approved / Completed | |
| APA Rec'd Services | |

| Total Est. Cost | $100 |
|---|---|

| Originator | Michael Brow | Phone 2-4717 |
|---|---|---|
| Haz'd Mat'l Appr. | | |
| Acct. Appr. | [signature] | Date 10/3/03 |
| Approval | [signature] | Date 10/3/05 |

| Shipper | |
| FOB | |
| Pay Terms | |

Buyer | Date
Purchasing Manager | Date
Approval | Date

APA / BUYER

DAS 2207 0399

# SHIPPER/INVOICE

**H.E.S.**

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND AVE.
SAGINAW, MI 48601

ATTN.: TOM BARRETT

INVOICE: 2017

HES CONTACT: Lee Lambert

DATE: 8/29/2003

PURCHASE ORDER #: S2S44378

DESCRIPTION:   OFF-SITE
JOB#   8700505900   SHIPPER#   16136

| ITEM CODE | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ADVANCED CMM PROGRAMMING FOR LOW ANGLE QUADRASTEER DEVELOPMENT | 320 | $1.00 | $320.00 |
| PR390340 001 | | | |
| | | TOTAL AMOUNT | $320.00 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

05-44481-rdd    Doc 7418-8    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 2g
Universal Inspection    Pg 11 of 20

*H E Services Universal Inspection Group*
*3870 E. Washington Rd.*
*Saginaw, MI 48601*
*USA*

Voice:  (989) 758-0950
Fax:    (989) 758-0954

# Invoice

Invoice Number: 152
Invoice Date: Feb 6, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG9015173 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | 26101021 BUMPER SORT ($.0298/PC) 18,000 PCS> | 536.40 | 536.40 | 8900403800 |

Total Invoice Amount    536.40

Check/Credit Memo No:

Received by: _____

Date: _____

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan 48267-2742

**UNIVERSAL INSPECTION**
3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax   (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

**017753**

SHIPPER NUMBER

S.O. NUMBER  4038

| | |
|---|---|
| SHIPPED TO: Delphi Saginaw   PH.#6 | DATE SHIPPED: 2-3-04 |
| ADDRESS: 3900 Holland Rd. | CUSTOMER'S ORDER NUMBER: 90I 5173 |
| CITY: Saginaw  MI  48601 | INVOICE NUMBER: |
| | SHIPPED VIA: Universal Insp. |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 18,000 | 18,000 | 26101021  Bumpers |
| | | 6 @ 3000 |

RECEIVED
DELPHI SAGINAW
FEB 0 3 2004
PLANT NO. 6

BY:

HOW PACKED _____

RECD. BY: [signature]

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Voice:  (989) 758-0950
Fax:    (989) 758-0954

Invoice Number: 350

Invoice Date: Mar 26, 2004

Page: 1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG90I5173 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | Airborne |  | 4/25/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 |  | 26101021 BUMPER SORT (36,000 PCS. $.0298/PC.) | 1,072.80 | 1,072.80 |

Subtotal  1,072.80
Sales Tax
Total Invoice Amount  1,072.80
Payment/Credit Applied

Check/Credit Memo No:

TOTAL  1,072.80



**HES**

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

---

DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND AVE.

Saginaw, MI 48601

   ATTN.: **Joe Blaylock**

INVOICE: 002489
         002519

HES CONTACT: Lee Lambert

DATE: 9/12/2003

PURCHASE ORDER # SAG9015173

DESCRIPTION:         OFF-SITE
         JOB#    8900403800   SHIPPER#  15953, 15984, 16020

| ITEM CODE | QUNT. | UNIT PRICE | AMOUNT |
|---|---|---|---|
| P/N 26101021 BUMPER SORT | 27000 | $0.0298 | $804.60 |
|  |  | TOTAL AMOUNT | $804.60 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

# SHIPPING ORDER

**UNIVERSAL INSPECTION**
A Division of H.E. Services
3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.  (989) 758-0950
Fax   (989) 758-0954

SHIPPER NUMBER: 015953
S.O. NUMBER: 4038

| SHIPPED TO | Delphi Saginaw |
|---|---|
| ADDRESS | 3900 Holland Rd |
| CITY | Sag, MI 48605 Plant #6 |
| DATE SHIPPED | 8/27/03 |
| CUSTOMER'S ORDER NUMBER | 90I5173 |
| INVOICE NUMBER | |
| SHIPPED VIA | H.E. Services |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 9000 | 9000 | 26101021 Bumpers |

RECEIVED
DELPHI SAGINAW
AUG 2 7 2003
PLANT NO. 6
BY: [signature]

HOW PACKED: ___    RECD. BY: ___

**UNIVERSAL INSPECTION**

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus. (989) 758-0950
Fax (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

SHIPPER NUMBER: 015984

S.O. NUMBER: 4038

SHIPPED TO: Delphi - Saginaw
ADDRESS: 3900 Holland Rd.
CITY: Saginaw, MI 48601
Plant #6

DATE SHIPPED: 9-3-03
CUSTOMER'S ORDER NUMBER: 90J5173
INVOICE NUMBER:
SHIPPED VIA: H.E. Services

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 10000 | 10000 | 26101021 Bumpers 2 @ 3000 |

RECEIVED
DELPHI SAGINAW
SEP 0 3 2003
PLANT NO. 6
BY: [signature]

HOW PACKED:
RECD. BY:

# UNIVERSAL INSPECTION

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.  (989) 758-0950
Fax   (989) 758-0954
A Division of H.E. Services

# SHIPPING ORDER

**SHIPPER NUMBER:** 016020

**S.O. NUMBER:** 4038

**TO:** Delphi - Saginaw
3900 Holland Rd.
Saginaw, MI 48601
Plant #6

**DATE SHIPPED:** 9-9-03
**CUSTOMER'S ORDER NUMBER:**
**INVOICE NUMBER:**
**SHIPPED VIA:** H.E. Services

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 0 | 12000 | 26101021 Bumpers 4 @ 3000 |

RECEIVED
DELPHI SAGINAW
SEP 0 9 2003
PLANT NO. 6
BY: [signature]

PACKED _____    RECD. BY: _____

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Voice:  (989) 758-0950
Fax:    (989) 758-0954

Invoice Number: 262
Invoice Date: Mar 5, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/4/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | SORT VARIOUS PARTS | 661.32 | 661.32 |

Subtotal: 661.32
Sales Tax:
Total Invoice Amount: 661.32
Payment/Credit Applied:
Check/Credit Memo No:
**TOTAL**: 661.32