# DELPHI
## Purchase Request
Bold areas are required fields

| | |
|---|---|
| SB PO / REL No. | |
| MBO / BL PO No. SEB023.06-004 Req. No. 386291 | |
| PO# / Alt. | |

Page 1 of 1

| | |
|---|---|
| Date 4/5/02 | APA Rec'd — Required |
| Ship to Dock PLT #7 | Promised |
| Rec./Notify MIKE HOUERTON | Effective |
| Phone 7-5709 Mail/Plt. 7 Fax | Ex ines |

**Supplier** UNIVERSAL INSPECTION  Duns No. 02.0971696  Fax No. 758-0954

**Address** 3870 E. WASHINGTON
SAGINAW MI 48601

Service X
Cap/Const.
Other

**Contact** LEE LAMBERT   Phone No. 758-0950

Tax Code                WO Type      Number

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|-----|-----|-----------|-------------|------|------|--------|------------|---------|--------|---------|----------------------|
| 1,248* | DOL | | $1.25 | | | | | | | | 64 HR @ $19.50 SORTING STR. TIME |
| | | | | | | | | | | | (REF. 26063061 - SIDE COVER HSG.) |
| | | | | | | | | | | | SORT FOR EXCESS FLASH, CHAMFER |
| | | | | | | | | | | | BOLT HOLE, 8,100 PCS + ONSITE SORT |
| | | | | | | | | | | | AT PLT #7) |

Where Used / Remarks

Clauses

Total Est. Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ____
No ____ Must Provide Justification

Quote No.

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

| Originator | Phone | Haz'd Mat'l Appr. | Acct. Appr. | Date | Approval | Date |
|---|---|---|---|---|---|---|

Buyer _____ Date
Purchasing Manager _____ Date
Shipper
FOB
Pay Terms
Approval _____ Date

DAS 2207 07/02

# SHIPPER/INVOICE

 H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Delphi Saginaw Steering Systems
3900 Holland Rd.

Saginaw MI 48601
**ATTENTION:**   Mike Howerton

| | |
|---|---|
| **INVOICE:** | I0000029460-HES |
| **CONTACT:** | Lee Lambert |
| **DATE:** | 04/10/2002 |
| **P.O.:** | |

**DESCRIPTION:**

JOB# 687417000  SHIPER# 99999

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,248 | 64 HOURS @ $19.50 SORTING STR. TIME | $1.00 | $1,248.00 |
| | (REF. 26063061 SIDE COVER HSG. SORT FOR EX. FLASH, CHAMF BOLT HOLE 8,100 PCS.) | | |
| | **TOTAL AMOUNT** | | $1,248.00 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____

# SHIPPER/INVOICE



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:**   Mike Howerton

| | |
|---|---|
| **INVOICE:** | I0000035746-HES |
| **CONTACT:** | Lee Lambert |
| **DATE:** | 09/26/2002 |
| **P.O.:** | |

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 99999

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 99.4 | ON-SITE SORTING HOURS (REF. 26095346 | $19.50 | $1,938.30 |
| | SPOOL SHAFT AT DELPHI PLANT #7 | | |
| | (HOURS ACCUMULATED THRU 9/8/02) | | |
| | **TOTAL AMOUNT** | | $1,938.30 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

**Received By:** _____

**Date:** _____

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:** Mike Howerton

**INVOICE:** I0000036281-HES
**CONTACT:** Lee Lambert
**DATE:** 10/11/2002
**P.O.:**

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 12551

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 74.2 | STRAIGHT TIME SORTING HOURS | $19.50 | $1,446.90 |
| | PERIOD ENDING 9/29/02 | | |
| | **TOTAL AMOUNT** | | **$1,446.90** |

**INVOICE:** I0000036648-HES
**CONTACT:** Lee Lambert
**DATE:** 10/17/2002
**P.O.:**

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:** Mike Howerton

**DESCRIPTION:**

job# 687457200  shipper# 12563

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 25.5 | | $19.50 | $497.25 |
| | | **TOTAL AMOUNT** | **$497.25** |

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:**   Mike Howerton

| | |
|---|---|
| **INVOICE:** | I0000037371-HES |
| **CONTACT:** | Lee Lambert |
| **DATE:** | 10/30/2002 |
| **P.O.:** | |

**DESCRIPTION:**    For the Period: [10/20/2002 through 10/20/2002]

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 105.8 | STRAIGHT TIME SORTING HOURS | $19.50 | $2,063.10 |
| | **TOTAL AMOUNT** | | **$2,063.10** |

**INVOICE:**  I0000038416-HES
**CONTACT:**  Lee Lambert
**DATE:**  11/21/2002
**P.O.:**

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:**   Mike Howerton

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 14055

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 65 | STRAIGHT TIME SORTIN HOURS<br>WE 11/10/02 | $19.50 | $1,267.50 |
| | **TOTAL AMOUNT** | | **$1,267.50** |

**INVOICE:**  I0000039409-HES
**CONTACT:**  Lee Lambert
**DATE:**  12/12/2002
**P.O.:**

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:**   Mike Howerton

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 14234

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|----------|-------|-----------|--------|
| 45.2 | STRAIGHT TIME SORTING HOURS | $19.50 | $881.40 |
|  | WEEKENDING 12/8/02 |  |  |
|  | **TOTAL AMOUNT** |  | **$881.40** |

# SHIPPER/INVOICE

**HES**

**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

|  |  |
|---|---|
| **INVOICE:** | I0000040580-HES |
| **CONTACT:** | Lee Lambert |
| **DATE:** | 01/22/2003 |
| **P.O.:** | |

Delphi
3900 Holland Ave

Saginaw MI 48601
**ATTENTION:** Mike Howerton

**DESCRIPTION:**

JOB# 687457200  SHIPPER# 14159

| QUANTITY | NOTES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 81.7 | STRAIGHT TIME SORTING HOURS | $19.50 | $1,593.15 |
|  | PERIOD ENDING 1/15/03 (LAST BILL) | | |
|  | **TOTAL AMOUNT** | | **$1,593.15** |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

**Received By:** _____

**Date:** _____

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request
Bold areas are required fields

Service: X
Cap/Const.: ___
Other: ___

SB PO / REL No. ___
MBO / BL PO No. 53B00545   Page 1 of 1
PO# / Alt. ___   Req. No. 3011865

**Supplier** Universal Inspection   Duns No. 020491696
**Address** 3870 E. Washington Rd.   Fax No. 758-0031
Saginaw, MI 48601

Date 10/31/05   APA Rec'd   Required
Ship to Dock 301   Promised
Rec./Notify Brian Wendling   Effective
Phone 7-4893 Mail/Plt. 99   Fax   Expires
Deliver To

**Contact** Lee Lambert   Phone No. 758-0450
Tax Code ___   WO Type SC   Number 12ASC37245

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct 5 | Corp. 3 | Loc. 3 | Prod. 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.00ea | ea | $100 | $100 | | | | | | | |

Item ID / Description: Zeiss Prism CMM Inspection Straight Time (Ref. 10 pcs 26096731 Date)

Where Used / Remarks

Total Est. Cost: $1000.00

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___   No ___ Must Provide Justification

Quote No. ___
Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Clauses

Buyer ___ Date
Purchasing Manager ___ Date
Shipper / FOB / Pay Terms
Approval ___ Date

Originator   Phone   Haz'd Mat'l Appr.   Acct. Appr.   Approval   Date

DAS 2207  0399

870-05183-00

## SHIPPER / INVOICE

**HES**

Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

| | |
|---|---|
| Invoice Number | 004234 |
| Invoice Date | October 10, 2003 |
| PO Number | |
| Contract | |
| Job Description: | 87-0-05183-00 |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Page         1 of 2

Manager   LEE LAMBERT

Current
Amount

Job Description:      Inspect Upper Jacket

| | | | |
|---|---|---|---|
| 00000000001 | Zeiss Prismo CMM Inspection | | 160.00 |

Invoice Total                                    160.00

Remit Payment To:
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____