# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request
Bold areas are required fields

Page ___ of ___
Req. No. 301851

| | |
|---|---|
| SB PO / REL No. | |
| MBO / BL PO No. | S2B022515 |
| PO# / Alt. | |

**Supplier** Universal Inspection
Duns No. 020991686  Fax No. 758-0451

**Address** 3870 E. Washington Rd.
Saginaw MI 48601

Date 12/31/03  APA Rec'd
Ship to Dock 30I
Rec./Notify Mark Andrus
Phone 7-4234 (Mail/Plt.99) Fax

Required
Promised
Effective
Expires

**Contact** Lee Lambert   Phone No. 758-0450
Tax Code ___ WO Type SC  Number KASE8725

Deliver To

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $1.00 | | | | | | | | Zeiss Prismo CMM Inspection |
| | | | | | | | | | | | Straight Time |
| | | | | | | | | | | | (Ref. 7 pcs. 2010125 Jackets before & after heat treat) |

Where Used / Remarks

Clauses

Total Est. Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___  Must Provide Justification

Quote No.

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Haz'd Mat'l Appr.   Acct. Appr.   Date   Approval   Date

Buyer   Date
Purchasing Manager   Date
Shipper
FOB
Pay Terms
Approval   Date

Originator   Phone

870-05143-00

# SHIPPER / INVOICE



**Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

|  |  |
|---|---|
| Invoice Number | 004250 |
| Invoice Date | October 17, 2003 |
| PO Number | |
| Contract | |
| Job Description: | 87-0-05190-00 |
| | |
| Page | 1 of 2 |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Manager  LEE LAMBERT

Current
Amount

Job Description:    Inspect Upper Jacket

| 00000000001 | Zeiss Prismo CMM Inspection | 560.00 |
|---|---|---|

| Invoice Total | | 560.00 |
|---|---|---|

Remit Payment To:
Department # 274201
H.E. Services Company
BCX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

Page __1__ of _1_
Req. No. 301073

1-27
LEFT FO & SW
BY TRACEY DE HOFF

SW

SHAWN
WAITING ON
QUOTES
OR
INVOICE FROM
UNIVERSAL

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request
Bold areas are required fields

Service ___X___
Cap/Const. _____
Other _____

SB PO / REL No. _____
MBO / BL PO No. _____
PO# / Alt. _____

| | Required |
|---|---|
| | Promised |
| | Effective |
| | Expires |

**Supplier** Universal Inspection    Duns No. 020699696
**Address** 3570 E. Washington Rd.    Fax No. 758-0454
Saginaw, MI 48601

Date 10/31/03   APA Rec'd
Ship to Dock 301
Rec./Notify Shawn Hearn
Phone 758-0   Mail/Pit 99   Fax

**Contact** Lee Lambert    **Phone No.** 758-0450
**Tax Code** _____   WO Type SC   Number KASC37245

Deliver To 1143 B

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9500.00 hrs | | | $1.20 | | | | | | | | Various Gage Calibration |
| | | | | | | | | | | | (Ref. GA-291773, GA-291304 & 6000) |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Where Used / Remarks

Clauses

Total
Est.
Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes _____
No _____ Must Provide Justification

Quote No. _____

Buyer _____   Date

Purchasing Manager _____   Date

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Shipper
FOB
Pay Terms

**Originator** Shawn Hearn  1/27/04  **Phone** 7-5890

Haz'd Mat'l Appr.   Acct. Appr.   Date   Approval   Date   Approval   Date

00-59970-9/18
9/12

DAS 22



## SHIPPER / INVOICE

**Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

**H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400**

|  |  |
|---|---|
| Invoice Number | 004283 |
| Invoice Date | October 31, 2003 |
| PO Number | |
| Contract | |
| Job Description: | 84-0-07016-00 |
| | |
| Page | 1 of 2 |

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Manager   LEE LAMBERT

---

Job Description:    **In-House Cal-Delphi Shawn**

| | Current Qty | Rate | Current Amount |
|---|---|---|---|
| General Inspection Str Time | 1.00 | 350.00 | 350.00 |
| Invoice Total | | | 350.00 |

---

Remit Payment To:
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**DELPHI AUTOMOTIVE SYSTEMS**
**Purchase Request**
Bold areas are required fields

Page 1 of 1
Req. No. 301103

SB PO / REL No. _____
MBO / BL PO No. 52802515
PO# / Alt. _____

| | |
|---|---|
| Supplier: Universal Inspection | Service: X |
| | Cap/Const.: _____ |
| | Other: _____ |

Duns No. 020981666    APA Rec'd
Fax No. 758-0951
Address: 3876 E. Washington Rd.
Saginaw, MI 48601

Date: 8/1/03
Ship to Dock: 3D-1
Rec./Notify: Mark Andrus
Phone: 1-4884 Mail/Plt: 06 Fax

Contact: Lee Lambert
Phone No. 758-0950
Tax Code: WO Type SC    Number KASC37245

Deliver To

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Zeiss Prismo CMM Inspection |
| | | | $1.32 | | | | | | | | Straight Time |
| | | | | | | | | | | | General Inspection Straight Time |
| | | | $1.00 | | | | | | | | (Ref. 17pcs 86104972 & 15pcs |
| | | | | | | | | | | | 86104972) |

$4100 20 Duo
$1446 Duo

Where Used / Remarks

Clauses

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes _____
No _____ Must Provide Justification

Total Est. Cost

Quote No. _____

Buyer _____    Date _____
Purchasing Manager _____    Date _____

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Shipper _____
FOB _____
Pay Terms _____

Originator _____    Phone _____    Haz'd Mat'l Appr.    Acct. Appr.    Date    Approval    Date    Approval    Date

CO- 91650-91.0

DAS 2207 0399

## SHIPPER / INVOICE



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

|  |  |
|---|---|
| Invoice Number | 004277 |
| Invoice Date | October 31, 2003 |
| PO Number | |
| Contract | |
| Job Description: | 87-0-05216-00 |
| Page | 1 of 2 |

Delphi
3900 Holland Ave.
Saginaw, MI 48601
United States

Manager  LEE LAMBERT

| | | Current Amount |
|---|---|---|
| Job Description: | Inspect Upper Jackets-M Andrus | |
| 00000000001 | Zeiss Prismo CMM Inspection | 400.00 |
| 00000000003 | General Inspection Str Time | 144.00 |
| Invoice Total | | 544.00 |

Remit Payment To:
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**UNIVERSAL INSPECTION**

3870 E. Washington Road
Saginaw, Michigan 48601-9623
Bus.   (989) 758-0950
Fax    (989) 758-0954
**A Division of H.E. Services**

# SHIPPING
# ORDER

SHIPPER NUMBER

**016923**

S.O. NUMBER   870-5216

| SHIPPED TO | DELPHI SAGINAW STEERING SYSTEM | DATE SHIPPED | 10/28/03 |
|---|---|---|---|
| ADDRESS | 3900 HOLLAND ROAD | CUSTOMER'S ORDER NUMBER | |
| CITY | SAGINAW        MI    48601- | INVOICE NUMBER | |
| | MARK ANDRUS | SHIPPED VIA | |

| QUANTITY | | DESCRIPTION |
|---|---|---|
| ORDERED | SHIPPED | |
| 17 | 17 | 01  26104972    UPPER JACKETS |
| 15 | 15 | 02  26104972    UPPER JACKETS |
| | | 03              INSPECTION |
| | | |
| | | |
| | | |
| | | |
| | | |

HOW PACKED _____

RECD. BY: _Mark Andrus_

H E Services Universal Inspection Group

3870 E. Washington Rd.

Saginaw, MI 48601

USA

Voice:   (989) 758-0950
Fax:     (989) 758-0954

# Invoice

Invoice Number:
123

Invoice Date:
Jan 23, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | SORTING VARIOUS PIECES | 8,654.80 | 8,654.80 | 8900908800 |

Total Invoice Amount        8,654.80

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan  48267-2742

Received by:_____

Date:_____

H. E. Services Universal Inspection Group

3870 E. Washington Rd.

Saginaw, MI 48601

USA

Voice:    (989) 758-0950
Fax:       (989) 758-0954

# Invoice

Invoice Number:
159

Invoice Date:
Feb 6, 2004

Page:
1

Sold To:
    Delphi Saginaw Steering Systems
    3900 E. Holland Ave.
    Saginaw, MI  48601
    USA

Ship to:
    Delphi Saginaw Steering Systems
    3900 E. Holland Ave.
    Saginaw, MI  48601
    USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days | |
| | | | |
| | | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | SORT VARIOUS PIECES | 7,334.22 | 7,334.22 | 8900908800 |

Total Invoice Amount    7,334.22

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan  48267-2742

Received by:_____

Date:_____

*H. E. Services Universal Inspection Group*

*3870 E. Washington Rd.*

*Saginaw, MI 48601*

*USA*

Voice:    (989) 758-0950
Fax:       (989) 758-0954

# Invoice

Invoice Number:
217

Invoice Date:
Feb 20, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | SORT VARIOUS PIECES | 5,886.43 | 5,886.43 | |

Total Invoice Amount          5,886.43

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan  48267-2742

Received by:_____

Date:_____

H E Services Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

**Invoice**

Voice: (989) 758-0950
Fax: (989) 758-0954

Invoice Number:
232

Invoice Date:
Feb 27, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | SSG90I2519 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | SORT VARIOUS PIECES (WEEKENDING 2/29/04) | 6,989.33 | 6,989.33 | 8900908800 |

Total Invoice Amount          6,989.33

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000
Detroit, Michigan  48267-2742

Received by:_____

Date:_____

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

**Invoice Number:**
257

**Invoice Date:**
Mar 5, 2004

Voice:   (989) 758-0950
Fax:      (989) 758-0954

**Page:**
1

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5219 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/4/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | SORT VARIOUS PART NUMBERS | 5,836.50 | 5,836.50 |

| | | |
|---|---|---|
| | Subtotal | 5,836.50 |
| | Sales Tax | |
| | Total Invoice Amount | 5,836.50 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | 5,836.50 |