# DELPHI

RECEIVED APR 7

**PURCHASE ORDER:** S2S47841

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

989-757-4048
S RUDZINSKI    Buyer
S12

PURCHASING AGENT

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601    US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601    US

VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

ORDER DATE: 04/01/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
-If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ************************************ ** THIS IS A REPRINT DOCUMENT REQUESTED BY   * ** STEPHEN PARKS/EDI                          * ************************************ THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | | | | |
| 00001 | 640 | PR382701 001 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 8 PCS 26110611 AXLE BAR) WHO ORDERED: T. MEHL/7-3347 FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN- STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC) CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR DELIVERY AND LEAD TIME WHETHER INITIATED BY SUPPLIER OR SAGINAW PURCHASING MUST NOT BE MADE WITHOUT PRIOR APPROVAL VIA A PURCHASE ORDER ALTERATION. PAYMENT WILL BE GENERATED TO YOUR COMPANY UPON RECEIPT OF MATERIAL AND PRICED PACKING SLIP, DO NOT | | 04/30/04 | G 0.00% | 1.0000 | |

CONTINUE PAGE 2

A000000   USER STEPHEN PARKS                ORIGINAL                SMDL03 01/15/2003

# DELPHI

**PURCHASE ORDER:** S2S47841

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| | |
|---|---|
| ORDER DATE | 04/01/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
TO: THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

Buyer: 989-757-4048  S RUDZINSKI  S12

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | UNIT OF MEAS | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | PRICE MULTIPLE | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MAIL INVOICES FOR MATERIAL. FOR SERVICE ITEMS PAYMENT WILL BE MADE UPON APPROVAL AND RECEIPT INTO OUR SYSTEM OF YOUR PRICED PACKING SLIP (OR INVOICE). PLEASE MAIL THE ABOVE DIRECTLY TO THE DELPHI PERSON RESPONSIBLE FOR ORDERING THIS SERVICE WHO IS LISTED UPON THE PO WITHIN THE "WHO ORDERED" FIELD. TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES: 1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO SHIPMENT. REFER TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER 2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS OR INVOICES 3. THE UNIT OF MEASURE ON THE PACKING SLIP OR INVOICE MUST BE THE SAME AS THE PO UNIT OF MEASURE. 4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED RECEIPT RECORDS. 5. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL THE PERSON DESIGNATED AS "WHO ORDERED" OR THE "DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE TO BEGIN. 6. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN ENTERED YOU CAN CALL "DISBURSEMENT SERVICE" TO CHECK | | | | | |

CONTINUE PAGE 3

ORIGINAL

A000000   USER  STEPHEN PARKS

SMDL03 01/15/2003

# DELPHI

## PURCHASE ORDER: S2S47841

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
**TO:** HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 04/01/04 | | |

PURCHASING AGENT 989-757-4048
Buyer: S RUDZINSKI  S12

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED — SHIPPING POINT

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLIER | UNIT OF MEAS |
|---|---|---|---|---|---|---|---|---|---|---|

ON THE STATUS OF THE PAYMENT.  YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
*********************************************
DISBURSEMENT SERVICE PHONE (248) 874-4636
*********************************************
ANY SUBSTITUTIONS OR DEVIATIONS FROM ENCLOSED
PRINT(S) REQUIRE PRIOR WRITTEN APPROVAL BY REQUESTING
ENGINEER.
TERMS AND CONDITIONS SEPTEMBER 30, 1998, APPLY,
OF WHICH SUPPLIER HAS RECEIVED A COPY.    (ZH)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
***************SALES TAX CODES******************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM.  BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX.
SALES TAX EXEMPTION CERTIFICATES
ALABAMA   805          OHIO 9S-002667
GEORGIA   300-45870-B  TEXAS 1-38-3431131-1

CONTINUE PAGE 4

ORIGINAL

A000000  USER STEPHEN PARKS    SMDL03 01/15/2003

# DELPHI

**PURCHASE ORDER:** S2S47841

PAGE 4

SMDL03 01/15/2003

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(301) PLANT 3
3900 HOLLAND RD
SAGINAW MI    48601
US

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000

VENDOR NUMBER 02-099-1696
TO: UNIVERSAL INSPECTION DIV
HE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 04/01/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PURCHASING AGENT: 989-757-4048
S RUDZINSKI    Buyer
S12

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | PRICE UNIT MULTIPLE/MEAS | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | INDIANA    1018702130011    WISCONSIN WDP-99-01-010037 | | | | | |
| | | | | KANSAS    98-003A    MICHIGAN    38-3431131 | | | | | |
| | | | | MISSISSIPPI APPLIED FOR    NEW JERSEY APPLIED FOR | | | | | |
| | | | | NEW YORK DP-3487 | | | | | |
| | | | | ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE | | | | | |
| | | | | LINE ITEM DETAIL OF THIS CONTRACT, OR IF NOT STATED, | | | | | |
| | | | | SHALL BE THE DATE ESTABLISHED BY THE BUYER'S MULTI- | | | | | |
| | | | | LATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON | | | | | |
| | | | | AVERAGE, THAT PAYMENT SHALL BE MADE ON THE SECOND DAY | | | | | |
| | | | | OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE | | | | | |
| | | | | BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT | | | | | |
| | | | | DATE OF GOODS OR DATE OF SERVICES, AND, FOR ALL OF | | | | | |
| | | | | BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF THE | | | | | |
| | | | | GOODS OR DATE OF SERVICES. BUYER MAY WITHHOLD PAYMENT | | | | | |
| | | | | PENDING RECEIPT OF EVIDENCE, IN SUCH FORM AND | | | | | |
| | | | | DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY | | | | | |
| | | | | LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR | | | | | |
| | | | | SERVICES UNDER THIS CONTRACT | | | | | |
| | | | | ******NEW PROCESS EFFECTIVE 05-24-02*************** | | | | | |
| | | | | *****SHIPPING INSTRUCTIONS FOR INDIRECT MATERIAL***** | | | | | |
| | | | | LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE | | | | | |
| | | | | SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT OR | | | | | |
| | | | | PREPAID.ALL PACKAGES SHOULD WEIGH NO MORE THAN 150# | | | | | |
| | | | | (TOTAL WEIGHT OF ALL PACKAGES) AND LABEL WITH PLANT # | | | | | |
| | | | | FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW | | | | | |

CONTINUE PAGE 5

A000000 , USER STEPHEN PARKS    ORIGINAL

# DELPHI

**PURCHASE ORDER:** S2S47841
PAGE 5

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
TO: HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT: 989-757-4048  S RUDZINSKI  S12  Buyer

ORDER DATE: 04/01/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP VIA: SEE BELOW
TAX CODE/%:

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | PRICE MULTIPLE | UNIT MEAS | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | IF SHIPPING FROM---USE THESE CARRIERS: | | | | | |
| | | | | MI, IN, IL,OH          ALVAN MOTOR FREIGHT | | | | | |
| | | | | WI, MN, IA, KY, WV, KY, U.S.F. HOLLAND | | | | | |
| | | | | TN, NC, SC, GA, AL, ONT.  U.S.F. HOLLAND | | | | | |
| | | | | ALL OTHERS              CENTRAL TRANSPORT | | | | | |
| | | | | ALVAN 1-800-632-4172, CENTRAL 1-800-635-0064 | | | | | |
| | | | | OVER 12,000 # ---- CALL DELPHI TRANSPORTATION DEPART- | | | | | |
| | | | | MENNT FOR CARRIER DESIGNATION 989-757-3509 OR 3510 | | | | | |
| | | | | ALSO ANYTHING SHIPPING TO OTHER THAN SAGINAW MI. | | | | | |
| | | | | WHEN SENDING UPS CONSIGNEE BILLING (NOT COLLECT OR | | | | | |
| | | | | PREPAID) USE THE FOLLOWING UPS ACCOUNT NUMBERS FOR | | | | | |
| | | | | RESPECTIVE PLANT | | | | | |
| | | | | DO NOT SEND PREPAID ONLY UPS CONSIGNEE | | | | | |
| | | | | PLANT 10I ACCOUNT A8303E | | | | | |
| | | | | PLANT 30I ACCOUNT 452277 | | | | | |
| | | | | PLANT 40I ACCOUNT 58X893 | | | | | |
| | | | | PLANT 50I ACCOUNT 458526 | | | | | |
| | | | | PLANT 60I ACCOUNT 4X9195 | | | | | |
| | | | | PLANT 70I ACCOUNT 7954X4  ANY OTHERS A45F49 | | | | | |
| | | | | PLANT 23I ACCOUNT 335998 | | | | | |
| | | | | PLANT 21I ACCOUNT 333958 | | | | | |
| | | | | SHIPPING AND ROUTING INSTRUCTIONS FOR DIRECT MATERIAL | | | | | |
| | | | | *******CALL 888/303-0033 FOR INSTRUCTIONS******** | | | | | |
| | | | | WHEN R&R'S ARE REQUIRED WITH DOCUMENTATION, PARTS | | | | | |
| | | | | WILL BE PROVIDED | | | | | |

CONTINUE PAGE 6

ORIGINAL

A000000 USER STEPHEN PARKS          SMDL03 01/15/2003

# DELPHI

## PURCHASE ORDER: S2S47841

PAGE 6

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
TO: UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

ORDER DATE: 04/01/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

989-757-4048
S RUDZINSKI   Buyer
S12

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | PRICE MULTIPLE | UNIT OF MEAS | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|

TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY.

LAST PAGE

A000000 USER STEPHEN PARKS                ORIGINAL

SMDL03 01/15/2003

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Voice: (989) 758-0950
Fax: (989) 758-0954

Invoice Number: 133

Invoice Date: Feb 6, 2004

Page: 1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
TREVOR MEHL
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 3/7/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 640.00 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 8 PCS. 26110611 AXLE BAR) | 1.00 | 640.00 |

Subtotal 640.00
Sales Tax
Total Invoice Amount 640.00
Check/Credit Memo No: Payment/Credit Applied
TOTAL 640.00

# DELPHI

## PURCHASE ORDER: S2S47853

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:** DELPHI SAGINAW STEERING SYS.
(301) PLANT 3
3900 HOLLAND RD
SAGINAW MI 48601
US

**VENDOR NUMBER** 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI 48601
US

**INVOICE TO:** DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

**ORDER DATE:** 04/02/04
**ALTERATION ISSUE DATE:**
**ALTERATION EFFECTIVE DATE:**

**SHIP VIA:** SEE BELOW

**PHONE:** 989-757-4048
**Buyer:** S RUDZINSKI  S12
**PURCHASING AGENT**

**PAYMENT TERMS:** 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | 3 | PR382702 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) SX055526 SPIDER ZEISS INSPECTION (REF. QUOTE 2286 DATED 2/9/04) WHO ORDERED: T. MEHL/7-3347 | | 04/09/04 | G  0.00% | 107.0000 | | EA |

FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER
CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT
CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN-
STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE
NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC)
CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
DELIVERY AND LEAD TIME WHETHER INITIATED BY SUPPLIER
OR SAGINAW PURCHASING MUST NOT BE MADE WITHOUT PRIOR
APPROVAL VIA A PURCHASE ORDER ALTERATION.
PAYMENT WILL BE GENERATED TO YOUR COMPANY UPON
RECEIPT OF MATERIAL AND PRICED PACKING SLIP, DO NOT
MAIL INVOICES FOR MATERIAL. FOR SERVICE ITEMS
PAYMENT WILL BE MADE UPON APPROVAL AND RECEIPT INTO
OUR SYSTEM OF YOUR PRICED PACKING SLIP (OR INVOICE).
PLEASE MAIL THE ABOVE DIRECTLY TO THE DELPHI PERSON
RESPONSIBLE FOR ORDERING THIS SERVICE WHO IS LISTED
UPON THE PO WITHIN THE "WHO ORDERED" FIELD.
TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO

**F.O.B.** SHIPPING POINT   DESTINATION UNLESS OTHERWISE INDICATED

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

RECEIVED APR 7

533 1

CONTINUE PAGE 2

# DELPHI

## PURCHASE ORDER: S2S47853

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 04/02/04 | PHONE: 989-757-4048 |
|---|---|---|
| ALTERATION ISSUE DATE | | S RUDZINSKI |
| ALTERATION EFFECTIVE DATE | | S12 Buyer |
| | | PURCHASING AGENT |

SHIP TO: (30I) PLANT 3
DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA | SEE BELOW |
|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | SHIPPING POINT | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|

THE FOLLOWING GUIDELINES:
1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO SHIPMENT. REFER TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER.
2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS OR INVOICES.
3. THE UNIT OF MEASURE ON THE PACKING SLIP OR INVOICE MUST BE THE SAME AS THE PO UNIT OF MEASURE.
4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON RECEIPT RECORDS.
5. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL THE PERSON DESIGNATED AS "WHO ORDERED" OR THE "DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE TO BEGIN.
6. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN ENTERED YOU CAN CALL "DISBURSEMENT SERVICE" TO CHECK ON THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
********************************************
DISBURSEMENT SERVICE PHONE (248) 874-4636
********************************************
ANY SUBSTITUTIONS OR DEVIATIONS FROM ENCLOSED PRINT(S) REQUIRE PRIOR WRITTEN APPROVAL BY REQUESTING

CONTINUE PAGE 3

# DELPHI

**DELPHI SAGINAW STEERING SYSTEM**

SHIP TO: (30I) DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD.    PLANT 3
SAGINAW MI          3900 HOLLAND RD
48601               SAGINAW MI
US                  48601
                    US

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

## PURCHASE ORDER: S2S47853

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 04/02/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 989-757-4048
S RUDZINSKI   Buyer
S12
PURCHASING AGENT

| SEQUENCE | PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2ND DAY OF 2ND MONTH | | | | F.O.B. SHIPPING POINT | | DESTINATION UNLESS OTHERWISE INDICATED | (ZH) | SEE BELOW | | | |

ENGINEER.
TERMS AND CONDITIONS SEPTEMBER 30, 1998, APPLY,
OF WHICH SUPPLIER HAS RECEIVED A COPY.
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*******************SALES TAX CODES***************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM.  BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX.
SALES TAX EXEMPTION CERTIFICATES
ALABAMA                805
GEORGIA                300-45870-B
INDIANA                101870213 0011
KANSAS                 98-003A
MISSISSIPPI            APPLIED FOR
NEW YORK               DP-3487
ATTENTION***   THE PAYMENT DATE IS SET FORTH IN THE
LINE ITEM DETAIL OF THIS CONTRACT, OR IF NOT STATED,
SHALL BE THE DATE ESTABLISHED BY THE BUYER'S MULTI-

OHIO         98-002667
TEXAS        1-38-3431131-1
WISCONSIN    WDP-99-01-010037
MICHIGAN     38-3431131
NEW JERSEY   APPLIED FOR

# DELPHI

## PURCHASE ORDER: S2S47853

PAGE 4

| | |
|---|---|
| ORDER DATE | 04/02/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | SEE BELOW |
| BASE UNIT PRICE | |
| PRICE MULTIPLE | |
| UNIT MEAS | |

PHONE: 989-757-4048
S RUDZINSKI  Buyer
S12
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI INVOICE
SEE INSTRUCTIONS 00
00000
US

VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD.
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | SEQ NO | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | F.O.B. | DATE REQUIRED | TAX CODE/ % |
|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | | | SHIPPING POINT DESTINATION UNLESS OTHERWISE INDICATED | | |

LATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON
AVERAGE, THAT PAYMENT SHALL BE MADE ON THE SECOND DAY
OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE
BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT
DATE OF GOODS OR DATE OF SERVICES, AND, FOR ALL OF
BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF THE
GOODS OR DATE OF SERVICES. BUYER MAY WITHHOLD PAYMENT
PENDING RECEIPT OF EVIDENCE, IN SUCH FORM AND
DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY
LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR
SERVICES UNDER THIS CONTRACT
***********NEW PROCESS EFFECTIVE 05-24-02**************
***********SHIPPING INSTRUCTIONS FOR INDIRECT MATERIAL******
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT OR
PREPAID.ALL PACKAGES SHOULD WEIGH NO MORE THAN 150#
(TOTAL WEIGHT OF ALL PACKAGES) AND LABEL WITH PLANT #
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW
------------------------------------------------------
IF SHIPPING FROM---USE THESE CARRIERS:
MI, IN, IL,OH               ALVAN MOTOR FREIGHT
WI, MN, IA, KY, WV, KY,     U.S.F. HOLLAND
TN, NC, SC, GA, AL, ONT.    U.S.F. HOLLAND
ALL OTHERS                  CENTRAL TRANSPORT
ALVAN 1-800-632-4172, CENTRAL 1-800-635-0064
OVER 12,000 #----CALL DELPHI TRANSPORTATION DEPART-

# DELPHI

## PURCHASE ORDER: S2S47853

PAGE 5

| | |
|---|---|
| SHIP TO: | DELPHI SAGINAW STEERING SYS.<br>(30I) PLANT 3<br>3900 HOLLAND RD.<br>SAGINAW MI<br>48601<br>US |
| INVOICE TO: | DELPHI<br>SEE INVOICE INSTRUCTIONS 00<br>00000<br>US |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 04/02/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

PHONE: 989-757-4048
S RUDZINSKI  Buyer
S12
PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS: 2ND DAY OF 2ND MONTH

F.O.B.: SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|

MENNT FOR CARRIER DESIGNATION 989-757-3509 OR 3510
ALSO ANYTHING SHIPPING TO OTHER THAN SAGINAW MI.
WHEN SENDING UPS CONSIGNEE BILLING (NOT COLLECT OR
PREPAID) USE THE FOLLOWING UPS ACCOUNT NUMBERS FOR
RESPECTIVE PLANT
DO NOT SEND PREPAID ONLY UPS CONSIGNEE
PLANT 10I ACCOUNT A8303E
PLANT 30I ACCOUNT 452277
PLANT 40I ACCOUNT 58X893
PLANT 50I ACCOUNT 458526
PLANT 60I ACCOUNT 4X9195
PLANT 70I ACCOUNT 7954X4   ANY OTHERS A45F49
PLANT 23I ACCOUNT 335998
PLANT 21I ACCOUNT 333958
SHIPPING AND ROUTING INSTRUCTIONS FOR DIRECT MATERIAL
******CALL 888/303-0033 FOR INSTURCTIONS*******
WHEN R&R'S ARE REQUIRED WITH DOCUMENTATION, PARTS
WILL BE PROVIDED
TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

A000909   USER JACQUELINE LEWIS   ORIGINAL   LAST PAGE   SMDL03 01/15/2003

# Invoice

H'E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Voice:    (989) 758-0950
Fax:      (989) 758-0954

Invoice Number: 135
Invoice Date: Feb 6, 2004
Page: 1

Duplicate

Sold To:
   Delphi Saginaw Steering Systems
   3900 E. Holland Ave.
   Saginaw, MI  48601
   USA

Ship to:
   Delphi Saginaw Steering Systems
   3900 E. Holland Ave.
   TREVOR MEHL
   Saginaw, MI  48601
   USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 3/7/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | | SX055526 SPIDER ZEISS INSPECTION | 107.00 | 321.00 |

Subtotal: 321.00
Sales Tax:
Total Invoice Amount: 321.00

Check/Credit Memo No:
Payment/Credit Applied:

TOTAL: 321.00

# DELPHI

## PURCHASE ORDER: FDS73450

PAGE 1

SMDL03 01/15/2003

**DELPHI CORPORATION**
DELPHI S&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084
US

**VENDOR NUMBER** 02-099-1696
HE SERVICES CO
TO: UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

**SHIP TO:**
DELPHI THERMAL & INTERIOR SYS.
M/C 799 - MTC - 202
48 WALTER JONES BLVD.
BLDG. "B" DOCK 87 & 88
EL PASO, TX
79906
US

**INVOICE TO:**
INVOICING NOT REQUIRED FOR
DELPHI T&I - DIV. OFFICE.
PAYMENTS ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER.
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**ORDER DATE:** 01/08/04
**ALTERATION ISSUE DATE:**
**ALTERATION EFFECTIVE DATE:**

**PHONE:** 248-655-0681
**Buyer:** S WARD
CA

**PURCHASING AGENT:**

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED  SHIPPING PT-FREIGHT COLLECT
**SHIP VIA:** CHEAPEST WAY

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT/MULTI/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 42 | PRMTC074 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) **************ATTENTION ALL SUPPLIERS************ YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON HOW TO ACCESS THIS NEW FEATURE. WRITE ZEISS GEAR NUT PROGRAM FOR CRITICAL DIMENSIONS & GEAR DATA WHO ORDERED: PATRICIA RAMIREZ SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | 01/19/04 | C  0.00% | 62.4300 | |

LAST PAGE

A005225   USER ALYSON BOND   ORIGINAL

# DELPHI

**PURCHASE ORDER:** FDS73450 001  PAGE 1
### A L T E R A T I O N ###

RECEIVED JAN 16

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
M/C 799 - MTC - 202
48 WALTER JONES BLVD.
BLDG. "B"  DOCK 87 & 88
EL PASO, TX
79906  US

INVOICE TO:
INVOICING NOT REQUIRED FOR
DELPHI T&I - DIV. OFFICE.
PAYMENTS ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER.  US

DELPHI CORPORATION
DELPHI S&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084  US

VENDOR NUMBER 02-099-1696
TO: UNIVERSAL INSPECTION DIV
HE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

PHONE: 248-655-0681
S WARD  CA  Buyer

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 01/08/04 | 01/09/04 | 01/09/04 |

F.O.B. SHIPPING PT-FREIGHT COLLECT  DESTINATION UNLESS OTHERWISE INDICATED  SHIP VIA CHEAPEST WAY

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/MULT.MEAS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY FDS73450 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | ADDED SEQUENCES AND CHANGED PRICING IN SEQ 001 PER REQUEST. 1/9/04 ALB | | | | | |
| | | | | ### THIS ITEM HAS BEEN CHANGED ### | | | | | |
| 00001 | 42 | PRMTC074 001 | | WRITE ZEISS GEAR NUT PROGRAM FOR CRITICAL DIMENSIONS & GEAR DATA WHO ORDERED: PATRICIA RAMIREZ | | 01/19/04 | C 0.00% | 22.8600 | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | |
| 00002 | 1 | PRMTC074 002 | | ZEISS GEAR NUT INSPECTION (CRITICAL CP AND CPK) (PART NUMBER 20160587) WHO ORDERED: PATRICIA RAMIREZ | | 01/19/04 | C 0.00% | 1050.0000 | |
| | | | | ### THIS ITEM HAS BEEN ADDED ### | | | | | |
| 00003 | 1 | PRMTC074 003 | | GEAR NUT 100% REMAINING MAPPED OUT PRINT DIMENSIONS WHO ORDERED: PATRICIA RAMIREZ | | 01/19/04 | C 0.00% | 612.0000 | |

LAST PAGE

ORIGINAL

0005016  USER ALYSON BOND

SMDL03 01/15/2003

# Invoice

H. E. Services / Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Voice: (989) 758-0950
Fax: (989) 758-0954

Invoice Number: 166
Invoice Date: Feb 6, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
ADAM COOK
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | FDS73450.001 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 42.00 | WRITE ZEISS GEAR NUT PROGRAM FOR CRITICAL DIMENSIONS & GEAR DATA PRMTC074 001 | 22.86 | 960.12 | 8700532100 |
| 1.00 | ZEISS GEAR NUT INSPECTION (CRITICAL ONLY INCL. CP AND CPK) PRMTC074 002 | 1,050.00 | 1,050.00 | |
| 1.00 | GEAR NUT 100% MAPPED OUT PRINT DIMENSIONS PRMTC074 003 | 612.00 | 612.00 | |

Total Invoice Amount 2,622.12

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by: _____

Date: _____