**DELPHI** 5313 RECEIVED APR 5

PAGE 1

# PURCHASE ORDER: S2S47809

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
TO: UNIVERSAL INSPECTION DIV
HE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 989-757-4048 |
|---|---|
| 03/31/04 | Buyer S RUDZINSKI |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which, should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
- If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE/MEASURE |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | | | | |
| 00001 | 240 | PR382708 001 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME WHO ORDERED: S. HEARN/7-5890 | | 04/30/04 | B 0.00% | 1.0000 | DOLS |
| 00002 | 2550 | PR382708 002 | ZEISS ECLIPSE CMM INSPECTION STRAIGHT TIME WHO ORDERED: S. HEARN/7-5890 | | 04/30/04 | B 0.00% | 1.0000 | DOLS |
| 00003 | 288 | PR382708 003 | GENERAL INSPECTION STRAIGHT TIME (REF. 1 PC. 279789 & 1 PC. 279788 GAGES) WHO ORDERED: S. HEARN/7-5890 | | 04/30/04 | B 0.00% | 1.0000 | DOLS |
| | | | FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN- STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC) CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR DELIVERY AND LEAD TIME WHETHER INITIATED BY SUPPLIER OR SAGINAW PURCHASING MUST NOT BE MADE WITHOUT PRIOR | | | | | |

CONTINUE PAGE 2

ORIGINAL

AQ00907    USER STEPHEN PARKS    SMDL03 01/15/2003

# DELPHI

**PURCHASE ORDER:** S2S47809

PAGE 2

SMDL03 01/15/2003

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
TO: HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 989-757-4048 |
|---|---|
| 03/31/04 | S RUDZINSKI  Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE | LIMIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | APPROVAL VIA A PURCHASE ORDER ALTERATION. PAYMENT WILL BE GENERATED TO YOUR COMPANY UPON RECEIPT OF MATERIAL AND PRICED PACKING SLIP, DO NOT MAIL INVOICES FOR MATERIAL. FOR SERVICE ITEMS PAYMENT WILL BE MADE UPON APPROVAL AND RECEIPT INTO OUR SYSTEM OF YOUR PRICED PACKING SLIP (OR INVOICE). PLEASE MAIL THE ABOVE DIRECTLY TO THE DELPHI PERSON RESPONSIBLE FOR ORDERING THIS SERVICE WHO IS LISTED UPON THE PO WITHIN THE "WHO ORDERED" FIELD. TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES: 1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO SHIPMENT. REFER TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER 2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS OR INVOICES 3. THE UNIT OF MEASURE ON THE PACKING SLIP OR INVOICE MUST BE THE SAME AS THE PO UNIT OF MEASURE. 4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED RECEIPT RECORDS. 5. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL THE PERSON DESIGNATED AS "WHO ORDERED" OR THE "DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE | | | | | | |

CONTINUE PAGE 3

A000907    USER STEPHEN PARKS    ORIGINAL

# DELPHI

**PURCHASE ORDER:** S2S47809   PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(30I)  PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601  US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000  US

**TO:** VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | | | |
|---|---|---|---|---|---|
| 03/31/04 | | | 989-757-4048 | S RUDZINSKI | S12 |
| | | | Buyer | PURCHASING AGENT | |

**SHIP VIA:** SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED  SHIPPING POINT

**PAYMENT TERMS**
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | UNIT MEASU | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTI |
|---|---|---|---|---|---|---|---|---|---|---|

TO BEGIN.
6.  IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL"DISBURSEMENT SERVICE" TO CHECK
ON THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
******************************************************
DISBURSEMENT SERVICE PHONE (248) 874-4636
******************************************************
ANY SUBSTITUTIONS OR DEVIATIONS FROM ENCLOSED
PRINT(S) REQUIRE PRIOR WRITTEN APPROVAL BY REQUESTING
ENGINEER.
TERMS AND CONDITIONS SEPTEMBER 30, 1998, APPLY,
OF WHICH SUPPLIER HAS RECEIVED A COPY.    (ZH)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*******************SALES TAX CODES*******************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM.  BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX.

CONTINUE PAGE 4

ORIGINAL

# DELPHI

**PURCHASE ORDER:** S2S47809

PAGE 4

SMDL03 01/15/2003

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEM
DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI 48601
US

**INVOICE TO:**
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

VENDOR NUMBER 02-099-1696

**TO:** UNIVERSAL INSPECTION DIV
HE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI 48601

| ORDER DATE | 03/31/04 |
| --- | --- |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

Buyer: 989-757-4048
S RUDZINSKI
S12

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
| --- | --- | --- | --- |
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT MULTI MEASURE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | SALES TAX EXEMPTION CERTIFICATES | | | | | |
| | | | ALABAMA 805 | OHIO 9S-002667 | | | | |
| | | | GEORGIA 300-45870-B | TEXAS 1-38-3431131-1 | | | | |
| | | | INDIANA 101870213001 | WISCONSIN WDP-99-01-010037 | | | | |
| | | | KANSAS 98-003A | MICHIGAN 38-3431131 | | | | |
| | | | MISSISSIPPI APPLIED FOR | NEW JERSEY APPLIED FOR | | | | |
| | | | NEW YORK DP-3487 | | | | | |
| | | | ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE | | | | | |
| | | | LINE ITEM DETAIL OF THIS CONTRACT, OR IF NOT STATED, | | | | | |
| | | | SHALL BE THE DATE ESTABLISHED BY THE BUYER'S MULTI- | | | | | |
| | | | LATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON | | | | | |
| | | | AVERAGE, THAT PAYMENT SHALL BE MADE ON THE SECOND DAY | | | | | |
| | | | OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE | | | | | |
| | | | BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT | | | | | |
| | | | DATE OF GOODS OR DATE OF SERVICES, AND, FOR ALL OF | | | | | |
| | | | BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF THE | | | | | |
| | | | GOODS OR DATE OF SERVICES. BUYER MAY WITHHOLD PAYMENT | | | | | |
| | | | PENDING RECEIPT OF EVIDENCE, IN SUCH FORM AND | | | | | |
| | | | DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY | | | | | |
| | | | LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR | | | | | |
| | | | SERVICES UNDER THIS CONTRACT | | | | | |
| | | | *****NEW PROCESS EFFECTIVE 05-24-02************* | | | | | |
| | | | *****SHIPPING INSTRUCTIONS FOR INDIRECT MATERIAL***** | | | | | |
| | | | LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE | | | | | |
| | | | SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT OR | | | | | |
| | | | PREPAID.ALL PACKAGES SHOULD WEIGH NO MORE THAN 150# | | | | | |

CONTINUE PAGE 5

ORIGINAL

AQ00907 USER STEPHEN PARKS

# DELPHI

## PURCHASE ORDER: S2S47809

PAGE 5

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT
989-757-4048
S RUDZINSKI Buyer
S12

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | SHIP VIA | TAX CODE/ % | BASE UNIT PRICE | PRICE/MULTI MEASU |
|---|---|---|---|---|---|---|
| 03/31/04 | | | SEE BELOW | | | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B.** SHIPPING POINT
**DESTINATION UNLESS OTHERWISE INDICATED**

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED |
|---|---|---|---|---|---|---|

(TOTAL WEIGHT OF ALL PACKAGES) AND LABEL WITH PLANT #
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
IF SHIPPING FROM---USE THESE CARRIERS:
MI, IN, IL,OH                    ALVAN MOTOR FREIGHT
WI, MN, IA, KY, WV, KY,          U.S.F. HOLLAND
TN, NC, SC, GA, AL, ONT.         U.S.F. HOLLAND
ALL OTHERS                       CENTRAL TRANSPORT
ALVAN 1-800-632-4172, CENTRAL 1-800-635-0064
OVER 12,000 # ---- CALL DELPHI TRANSPORTATION DEPART-
MENNT FOR CARRIER DESIGNATION 989-757-3509 OR 3510
ALSO ANYTHING SHIPPING TO OTHER THAN SAGINAW MI.
WHEN SENDING UPS CONSIGNEE BILLING (NOT COLLECT OR
PREPAID) USE THE FOLLOWING UPS ACCOUNT NUMBERS FOR
RESPECTIVE PLANT
DO NOT SEND PREPAID ONLY UPS CONSIGNEE
PLANT 10I   ACCOUNT  A8303E
PLANT 30I   ACCOUNT  452277
PLANT 40I   ACCOUNT  58X893
PLANT 50I   ACCOUNT  458526
PLANT 60I   ACCOUNT  4X9195
PLANT 70I   ACCOUNT  7954X4        ANY OTHERS A45F49
PLANT 23I   ACCOUNT  335998
PLANT 21I   ACCOUNT  333958
SHIPPING AND ROUTING INSTRUCTIONS FOR DIRECT MATERIAL
*******CALL 888/303-0033 FOR INSTRUCTIONS*******

CONTINUE PAGE 6

ORIGINAL

# DELPHI

**PURCHASE ORDER:** S2S47809

PAGE 6

SMDL03 01/15/2003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment and Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 03/31/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA: SEE BELOW

989-757-4048
Buyer: S RUDZINSKI
S12

PURCHASING AGENT

BASE UNIT PRICE

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
TO: HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % |
|---|---|---|---|---|---|---|---|
| | | | WHEN R&R'S ARE REQUIRED WITH DOCUMENTATION, PARTS WILL BE PROVIDED | | | | |
| | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | |

LAST PAGE

ORIGINAL

AQ00907 USER STEPHEN PARKS

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Voice: (989) 758-0950
Fax:   (989) 758-0954

Invoice Number: 188
Invoice Date: Feb 13, 2004
Page: 1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Sean Hearn
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 3/14/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 240.00 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME | 1.00 | 240.00 |
| 2,550.00 | | ZEISS ECLIIPSE CMM INSPECTION STRAIGHT TIME | 1.00 | 2,550.00 |
| 288.00 | | GENERAL INSPECTION STRAIGHT TIME (1 PC. 279789, 1 PC. 279790, 1 PC. 279787 & 1 PC. 279788 GAGES) | 1.00 | 288.00 |

Check/Credit Memo No:

Subtotal: 3,078.00
Sales Tax:
Total Invoice Amount: 3,078.00
Payment/Credit Applied:
**TOTAL** 3,078.00

REQUISITIONER COPY

# DELPHI
## Purchase Request
Bold areas are required fields.

Page 1 of 1
Req. No. 382707

| Field | Value |
|---|---|
| Supplier | Universal Inspection |
| Address | 3396 E. Washington Rd. Saginaw MI 48601 |
| Contact | Lee Lambert |
| Phone No. | 758-0430 |
| Duns No. | 030941405 |
| Fax No. | 758-9454 |
| SB PO/REL No. | |
| MBO/BL PO No. | SB085152 |
| PO#/Alt | |
| Date | 2/13/01 |
| Ship to Dock | 807 |
| Rec./Notify | Sean Hearn |
| Phone | 7-5890 Mail/Pit.99 |
| Fax | |

Service: X
Cap/Const.:
Other:

Deliver To: M3B

Tax Code: — WO Type: SC — Number: KASC37845

| Qty | U/M | Est. Cost | Actual Cost | GC | GL | Dept | Sub Acct. | Corp. | Loc. | Prod. | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 204 | Dos | $204.00 | $1.00 | 2 | 4 | 5 | 5 | 3 | 3 | 4 | Zeiss Eclipse CMM Inspection Straight Time (Ref. 1 pc GA-291771 Fixture Gauge) |

Where Used / Remarks

Total Est. Cost: $204.00

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___ Must Provide Justification

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

Originator: [signature] Sean Hearn  Phone 7-5890
Haz'd Mat'l Appr.  Acct. Appr. Traib DeHoff 7-5894  Date  Approval

Clauses | Buyer | Date
Quote No. | Purchasing Manager | Date
Shipper | FOB | Pay Terms | Approval | Date

DAS 2207 07/02

H E Services Material Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Voice: (989) 758-0950
Fax: (989) 758-0954

**Invoice**

Invoice Number: 193
Invoice Date: Feb 13, 2004
Page: 1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
SEAN HEARN
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 204.00 | ZEISS ECLIPSE CMM INSPECTION STRAIGHT TIME (REF. 1 PC. GA-291771 FIXTURE GAGE) | 1.00 | 204.00 | 8700535400 |

Total Invoice Amount 204.00

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by:_____

Date:_____

REQUISITIONER COPY

# DELPHI
## Purchase Request

Bold areas are required fields

Page 1 of 1
Req. No. 382706

| Service | ✓ |
| Cap/Const. | |
| Other | |

| SB PO / REL No. | |
| MBO / BL PO No | S2B00545 |
| PO# / Alt. | |

| | | |
|---|---|---|
| Supplier | Universal Inspection | Duns No. 020991496 |
| | | Fax No. 758-0254 |
| Address | 3550 E. Washington Rd. | |
| | Saginaw, MI 48601 | |
| Contact | Lee Lambert | Phone No. 758-0450 |
| Tax Code | | WO Type Number |

| Date | 2/13/04 | APA Rec'd | | Required |
| Ship to Dock | 80I | | | Promised |
| Rec./Notify | Jeff Bender | | | Effective |
| Phone | 7-4277 Mail/Pit: | Fax | | Expires |

Deliver To: use a 1st pc. pmc. 9"MRC 1/26 PL Jeremy Benson

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | Pcs | | $100 | | | | | | | | Zeiss Prismo CMM Inspection Straight Time (Ref. 5 pcs. Upper Jacket) |

Where Used / Remarks

Clauses

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___
No ___ Must Provide Justification

Total Est. Cost

| Invoice / Packing Slip | | Quote No. | | Buyer | Date |
| Service Approved / Completed | | | | Purchasing Manager | Date |
| APA Rec'd Services | | | | Shipper | |
| | | | | FOB | |
| | | | | Pay Terms | |

| Originator | Phone 7-4277 | Haz'd Mat'l Appr. Date | Acct. Appr. Date | Approval 19MR04 | Approval Date |

DAS 2207 07/02

810-5369-B

H. E. Services Company Extended Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Voice: (989) 758-0950
Fax: (989) 758-0954

# Invoice

Invoice Number: 197

Invoice Date: Feb 13, 2004

Page: 1

Sold To:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

Ship to:
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Jeff Bender
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 160.00 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 5 PC. UPPER JACKET) | 1.00 | 160.00 | 8700536700 |

Total Invoice Amount    160.00

Check/Credit Memo No:

Remit Payment to:
Comerica
Department #274201
H. E. Services Company
P.O. Box 67000

Received by:_____

Date:_____

05-44481-rdd    Doc 7418-12    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 2k
Universal Inspection    Pg 14 of 20

# DELPHI

**PURCHASE ORDER:** S2S47867

PAGE 1

| | |
|---|---|
| SHIP TO: | DELPHI SAGINAW STEERING SYS. (3SI) SERVICE ORDERS 3900 HOLLAND RD SAGINAW MI 48601 US |
| INVOICE TO: | DELPHI SEE INVOICE INSTRUCTIONS 00 00000 US |

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI 48601
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 04/02/04 | | |

| | 989-757-4048 |
|---|---|
| S | Buyer |
| S12 | RUDZINSKI |
| | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |

| SEQ NO | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 2 | PR382712 001 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF: 3 PCS: 26106522 UPPER JACKET) WHO ORDERED: M. ANDRUS/7-4284 | | 04/03/04 G | 0.00% | 80.0000 | | HRS |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES)

THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595

ALL INVOICES MUST BE SENT TO: MARK ANDRUS/757-4284
AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES: (IN)

*RIGHT TO AUDIT*                                    (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*******************SALES TAX CODES*****************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS

CONTINUE PAGE 2

# DELPHI

## PURCHASE ORDER: S2S47867

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 04/02/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | SEE BELOW |
| | 989-757-4048 |
| | S RUDZINSKI  Buyer |
| | S12  PURCHASING AGENT |

SHIP TO: (3SI) SERVICE ORDERS
DELPHI SAGINAW STEERING SYS.
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

VENDOR NUMBER 02-099-1696
UNIVERSAL INSPECTION DIV
THE SERVICES CO
3870 E WASHINGTON RD
SAGINAW MI
48601
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | | | |
| ITEM SEQUENCE NO. | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED / SHIPPING POINT | DATE REQUIRED | TAX CODE / % | QUANTITY ORDERED |
| | | PURCHASE ORDER ITEM: BE AWARE OF THE NONTAXABLE CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO NOT CHARGE US SALES TAX. SALES TAX EXEMPTION CERTIFICATES ALABAMA 805 GEORGIA 300-45870-B TEXAS 1-38-3431131-1 INDIANA 1018702130011 WISCONSIN WDP-99-01-0100037 KANSAS 98-003A MICHIGAN 38-3431131 MISSISSIPPI APPLIED FOR NEW JERSEY APPLIED FOR NEW YORK DP-3487 *************NOTICE TO CONTRACTORS***********(CF) FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN- STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC) *****************************************(CF) THIS FACILITY HAS CONFINED SPACES WHICH REQUIRE A WRITTEN PERMIT PRIOR TO ENTRY IN ACCORDANCE WITH THE OSHA STANDARD FOR PERMIT-REQUIRED CONFINED SPACES (29 CFR1910.146) ENTRY PROCEDURES FOR THESE SPACES HAVE BEEN DEVELOPED AND ARE CONTAINED IN THE CONFIN- ED SPACE ENTRY PROGRAM DEVELOPED FOR THIS FACILITY AND MUST BE FOLLOWED. IF YOU HAVE ANY QUESTIONS ABOUT THIS INFORMATION CONTACT THE DELPHI SAGINAW HEALTH & SAFETY DEPT. AT (517) 757-4348. QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE | | | | | | |
| | | | | | | BASE UNIT PRICE | PRICE MULTIPLE / UNIT MEAS |

CONTINUE PAGE 3

A000909  USER STEPHEN PARKS                ORIGINAL                SMDL03  01/15/2003

# DELPHI

| | | | | **PURCHASE** | PAGE 3 |
|---|---|---|---|---|---|
| | | | | **ORDER:** S2S47867 | |

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | | 989-757-4048 |
|---|---|---|---|---|
| 04/02/04 | | | | S RUDZINSKI |
| | | | | S12 Buyer |
| | | | | PURCHASING AGENT |

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
US

| PAYMENT TERMS | | | SHIP VIA | | |
|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | SEE BELOW | | |

| SEGMENT/ITEM NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. SHIPPING POINT | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | DESTINATION UNLESS OTHERWISE INDICATED | | | (QO) | | | |

NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY
BUYER TO PURCHASE THESE QUANTITIES.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# Invoice

H&E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Invoice Number: 220

Invoice Date: Feb 20, 2004

Voice: (989) 758-0950
Fax: (989) 758-0954

Page: 1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
MARK ANDRUS
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 3/21/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 160.00 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 3 PCS. 26106522 UPPER JACKETS | 1.00 | 160.00 |

Check/Credit Memo No:

Subtotal: 160.00
Sales Tax:
Total Invoice Amount: 160.00
Payment/Credit Applied:
**TOTAL** 160.00

RECEIVED APR 1 ~~~~ 5381

# DELPHI

**PURCHASE ORDER:** S2S47762

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT 989-757-4048
Buyer S RUDZINSKI S-12

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
TO: THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

ORDER DATE 03/29/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/ MULT/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 255 | PR382711 001 | | | | 04/30/04 | B 0.00% | 1.0000 | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595

ZEISS ECLIPSE CMM INSPECTION STRAIGHT TIME
(REF. 2 PCS. 26105013 STRG. COLUMN SUPPORT)
WHO ORDERED: O. CAMACHO/7-3246

ALL INVOICES MUST BE SENT TO: OSCAR CAMACHO/757-3246
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT* (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*************SALES TAX CODES***************
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS **(TX)

CONTINUE PAGE 2

A000905 USER STEPHEN PARKS ORIGINAL SMDL03 01/15/2003