# DELPHI

**PURCHASE ORDER:** S2S47762

PAGE 2

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

VENDOR NUMBER 02-099-1696
HE SERVICES CO
TO: UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE 03/29/04

989-757-4048
S. RUDZINSKI  Buyer
S12

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
(If Government Contract Number is Shown Herein, additional Terms and Conditions Attached Hereto Apply.)

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

SHIP VIA
SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/UNIT MEAS MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | PURCHASE ORDER ITEM.  BE AWARE OF THE NONTAXABLE | | | | | | |
| | | | | CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO | | | | | |
| | | | | NOT CHARGE US SALES TAX. | | | | | |
| | | | | SALES TAX EXEMPTION CERTIFICATES | | | | | |
| | | | | ALABAMA  805          OHIO 95-002667 | | | | | |
| | | | | GEORGIA  300-45870-B     TEXAS 1-38-3431131-1 | | | | | |
| | | | | INDIANA  1018702130011   WISCONSIN WDP-99-01-010037 | | | | | |
| | | | | KANSAS  98-003A        MICHIGAN 38-3431131 | | | | | |
| | | | | MISSISSIPPI APPLIED FOR NEW JERSEY APPLIED FOR | | | | | |
| | | | | NEW YORK DP-3487 | | | | | |
| | | | | FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER | | | | | |
| | | | | CONTACT SUPPLIER RELATIONS AT (248) 874-4636.  DO NOT | | | | | |
| | | | | CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN- | | | | | |
| | | | | STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE | | | | | |
| | | | | NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC) | | | | | |
| | | | | ***************NOTICE TO CONTRACTORS****************(CF) | | | | | |
| | | | | THIS FACILITY HAS CONFINED SPACES WHICH REQUIRE A | | | | | |
| | | | | WRITTEN PERMIT PRIOR TO ENTRY IN ACCORDANCE WITH THE | | | | | |
| | | | | OSHA STANDARD FOR PERMIT- REQUIRED CONFINED SPACES | | | | | |
| | | | | (29 CFR1910.146) ENTRY PROCEDURES FOR THESE SPACES | | | | | |
| | | | | HAVE BEEN DEVELOPED AND ARE CONTAINED IN THE CONFIN- | | | | | |
| | | | | ED SPACE ENTRY PROGRAM DEVELOPED FOR THIS FACILITY | | | | | |
| | | | | AND MUST BE FOLLOWED. IF YOU HAVE ANY QUESTIONS ABOUT | | | | | |
| | | | | THIS INFORMATION CONTACT THE DELPHI SAGINAW HEALTH & | | | | | |
| | | | | SAFETY DEPT. AT (517) 757-4348. | | | | | |
| | | | | QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE | | | | | |

CONTINUE PAGE 3

A000905 USER STEPHEN PARKS

ORIGINAL

SMDL03 01/15/2003

# DELPHI

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

US

SHIP TO:

DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601

US

INVOICE TO:

DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

VENDOR NUMBER 02-099-1696
HE SERVICES CO
TO: UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

# PURCHASE
## ORDER: S2S47762

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment and Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 989-757-4048 |
|---|---|
| 03/29/04 | S. RUDZINSKI Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | |
| | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. | | | (QO) | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

A000905  USER STEPHEN PARKS                        ORIGINAL                    LAST PAGE

SMDL03 01/16/2003

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI 48601
USA

Invoice Number:
224

Invoice Date:
Feb 20, 2004

Voice:   (989) 758-0950
Fax:     (989) 758-0954

Page:
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
OSCAR CAMACHO
Saginaw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 3/21/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 255.00 | | ZEISS ECLIPSE CMM INSPECTION STRAIGHT TIME (REF. 2 PCS. 26105013 STRG COLUMN SUPPORT) | 1.00 | 255.00 |

| | |
|---|---|
| Subtotal | 255.00 |
| Sales Tax | |
| Total Invoice Amount | 255.00 |
| Payment/Credit Applied | |
| **TOTAL** | 255.00 |

Check/Credit Memo No:

RECEIVED APR 7

# DELPHI

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696

TO: HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3S1) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

## PURCHASE ORDER: S2S47865

PAGE 1

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | | |
|---|---|---|
| 04/02/04 | | |
| ALTERATION ISSUE DATE | | |
| ALTERATION EFFECTIVE DATE | | |

989-757-4018
S RUDZINSKI  Buyer
S12

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the reverse side hereof, constitutes the complete and final agreement between Buyer and Seller and on other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME ITEM IDENTIFICATION NO. | DESCRIPTION | RFQ NUMBER DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | | | |
| 00001 | 1326 | PR382710 001 | ZEISS ECLIPSE CMM INSPECTION STRAIGHT TIME (REF. VARIOUS GAGES - JANUARY) WHO ORDERED: J. ESKELSON/7-3384 | 04/30/04 S2B02595 G | 0.00% | 1.0000 | |
| | | | ALL INVOICES MUST BE SENT TO: JEAN ESKELSON/757-3384 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. ***************SALES TAX CODES***************(TX) PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS | | | | |

A000909  USER STEPHEN PARKS

ORIGINAL

CONTINUE PAGE 2

SMDL03 01/15/2003

**Ω DELPHI**

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3S) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

**PURCHASE**
**ORDER:** S2S47865

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 02-099-1696
HE SERVICES CO
TO: UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

| ORDER DATE | 04/02/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

S RUDZINSKI  989-757-4048
S12  Buyer
PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed an acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This purchase order and any attachments comprise the entire and complete agreement. This constitutes the final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If a "Complaint Input Number" is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS NET  2ND DAY OF 2ND MONTH

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA   SEE BELOW
SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO NOT CHARGE US SALES TAX. SALES TAX EXEMPTION CERTIFICATES ALABAMA 805 OHIO 9S-002267 GEORGIA 300-45870-B TEXAS 1-38-3431131-1 INDIANA 10187021300011 WISCONSIN WDP-99-01-010037 KANSAS 98-003A MICHIGAN 38-3431131 MISSISSIPPI APPLIED FOR NEW JERSEY APPLIED FOR NEW YORK DP-3487 FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN- STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC) *************NOTICE TO CONTRACTORS***********(CF) THIS FACILITY HAS CONFINED SPACES WHICH REQUIRE A WRITTEN PERMIT PRIOR TO ENTRY IN ACCORDANCE WITH THE OSHA STANDARD FOR PERMIT- REQUIRED CONFINED SPACES (29 CFR1910.146) ENTRY PROCEDURES FOR THESE SPACES HAVE BEEN DEVELOPED AND ARE CONTAINED IN THE CONFIN- ED SPACE ENTRY PROGRAM DEVELOPED FOR THIS FACILITY AND MUST BE FOLLOWED. IF YOU HAVE ANY QUESTIONS ABOUT THIS INFORMATION CONTACT THE DELPHI SAGINAW HEALTH & SAFETY DEPT. AT (517) 757-4348. QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE | | | | |

CONTINUE PAGE 3

A000909   USER STEPHEN PARKS   ORIGINAL   SMDL03 01/16/2003

**DELPHI**

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

VENDOR NUMBER 02-099-1696
HE SERVICES CO
TO: UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601

US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

## PURCHASE ORDER: S2S47865

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 989-757-4048 |
|---|---|
| 04/02/04 | S RUDZINSKI     Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENCY |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be referred to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| | F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| PAYMENT TERMS | SHIPPING POINT | SEE BELOW |
| NET   2ND DAY OF 2ND MONTH | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTI MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. | | (QO) | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

LAST PAGE

A000909   USER STEPHEN PARKS          ORIGINAL          SMDL03 01/15/2003

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

**Invoice Number:**
240

**Invoice Date:**
Feb 27, 2004

| Voice: | (989) 758-0950 |
|---|---|
| Fax: | (989) 758-0954 |

**Page:**
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 3/28/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,326.00 | | ZEISS ECLIPSE CMM INSPECTION STRAIGHT TIME (REF.VARIOUS GAGES-JANUARY) | 1.00 | 1,326.00 |

| | |
|---|---|
| Subtotal | 1,326.00 |
| Sales Tax | |
| Total Invoice Amount | 1,326.00 |
| Payment/Credit Applied | |
| **TOTAL** | 1,326.00 |

Check/Credit Memo No:

ORIGINAL COPY

PURCHASING LOCATION 05-44481-rdd   Doc 7413-13   Filed 03/2?/09   Entered 03/26/09 15:04:11   Exhibit 25094
DELPHI SAGINAW STEERING SYSTEMS Universal Inspection   Pg 10 of 20

**DELPHI**

DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

9103

MARCH 1, 2004

VENDOR 344874   DUNS 144230695

H E SERVICES CO
225 E MORLEY
SAGINAW MI                48601

| INVOICE TO |
| --- |
| INVOICELESS PURCHASE ORDER |
| DO NOT MAIL INVOICE |
| ATTN:        ACCOUNTS PAYABLE |

| SHIP TO |
| --- |
| EUCLID INDUSTRIES- PLT 37 |
| 3503 N. EUCLID AVE |
| BAY CITY, MI 48706 |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| 3/01/04 | | NET   MNS-2 | D.KOWALESKI/7-6009 | SA |

F.O.B.  BUYER'S PLANT FREIGHT COLLECT                    VIA

STATE & LOCAL SALES, USE TAX CODES      4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |

THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER, THE INDICATOR FOR YOU THE SUPPLIER IS THE "I" IN THE THIRD POSITION OF THE PURCHASE ORDER NUMBER. (EXAMPLE: SAGXX"I"XXXX) UNDER THE INVOICELESS PAYMENT PROGRAM, YOUR COMPANY IS NO LONGER REQUIRED TO SEND INVOICES TO RECEIVE PAYMENT. THE AUTOMOTIVE COMPONENTS GROUP WILL GENERATE PAYMENTS TO YOUR COMPANY BASED UPON RECEIPT OF MATERIAL AT THE CURRENT PRICE AND PAYMENT TERMS. TO EXPEDITE PAYMENT UNDER THE INVOICELESS PAYMENT PROGRAM, YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES: 1- ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO THE SHIPMENT OF THE MATERIAL. 2- DELPHI PART/ITEM CODE NO. MUST BE INCLUDED ON ALL PACKING SLIPS AND MAILED TO THE "RECEIVING NOTIFY" PERSON ON PO. 3- THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE. 4- DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON RECEIPT RECORDS. 5- A MONTHLY STATEMENT IS REQUIRED BY THE 10TH OF EACH MONTH. 6- CONTAINER CHARGES, SET-UP CHARGES, AND OTHER MISCELLANEOUS CHARGES MUST BE BILLED MONTHLY IN A SUMMARY BILLING WHICH CONTAINS THE FOLLOWING INFORMATION: A- COMPLETE PURCHASE ORDER NUMBER. B- BILL OF LADING OR PACKING SLIP NUMBER. C- RELEASE NUMBERS. D- SHIPMENT DATE FOR EACH ITEM. WHEN THE ABOVE IS NECESSARY, BILL TO "NAO DISBURSEMENT ANALYSIS", PO BOX 436040, PONTIAC, MI 48343-6040. PLEASE NOTE THAT SALES TAX SHOULD NOT BE BILLED IN A MONTHLY SUMMARY SINCE DELPHI SAGINAW HAS A DIRECT PAY PERMIT WITH THE FOLLOWING STATES: ALABAMA PAY PERMIT NO. 224 MICHIGAN PAY PERMIT NO. ME3800440 NEW YORK PAY PERMIT NO. DP000036 COMPLIANCE WITH THESE GUIDELINES WILL PROMOTE PROMPT PAYMENT.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| 20 HR | 395180-01 | COST TO SORT PARTS AT EUCLID FOR SECURITY PLASTICS. 26075272 COLUMNS ACT 2400  75120               TAX 4F | 390.00 | HR |

```
++++++++++++++++++++++++++++++++++++++++
++SHIPPING AND ROUTING INSTRUCTIONS+++++
```

CONTINUED ON PAGE   2

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

PAGE    1

PU165C-1

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

MARCH 1, 2004

VENDOR 344874    DUNS 144230695

| INVOICE TO |
|---|
| INVOICELESS PURCHASE ORDER |
| DO NOT MAIL INVOICE |
| ATTN:    ACCOUNTS PAYABLE |

H E SERVICES CO
225 E MORLEY
SAGINAW MI                    48601

| SHIP TO |
|---|
| EUCLID INDUSTRIES- PLT 37 |
| 3503 N. EUCLID AVE |
| BAY CITY, MI 48706 |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | +++CALL 888-303-0033 FOR CARRIER ASSIGNMENT++++++++++++++++++++++++++++ +++++++++++++++++++++++++++++++++++++++ | | |

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE
INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE,
REQUISITION, WORK ORDER, SHIP- PING INSTRUCTION, SPECIFICATION AND OTHER
DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN
WRITTEN FORM OR BY ELEC- TRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE
COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND
CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT
DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN
"SUPPLIER COMMUNITY PORTAL" THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS,
FORMS, & ADDITIONAL INFOR- MATION", & THEN "DGSM" SUPPLIER GUIDE- LINES
ATTACHMENT C GENERAL TERMS & CON- DITIONS"). SELLER ADKNOWLEDGES THAT IT HAS READ
AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS
CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE
SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT

CONTINUED ON PAGE    3

DALE KOWALESKI,
BUYER

PHONE:  (989) 757-6009

PU165C-1

PAGE    2

# DELPHI

DELPHI SAGINAW STEERING SYSTEMS Universal Inspection   Pg 12 of 20
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

MARCH  1, 2004

VENDOR 344874   DUNS 144230695

| INVOICE TO |
| --- |
| INVOICELESS PURCHASE ORDER |
| DO NOT MAIL INVOICE |
| ATTN:   ACCOUNTS PAYABLE |

H E SERVICES CO
225 E MORLEY
SAGINAW MI                        48601

| SHIP TO |
| --- |
| EUCLID INDUSTRIES- PLT 37 |
| 3503 N. EUCLID AVE |
| BAY CITY, MI 48706 |

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- | --- |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |

AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION.
ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT
(INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE
DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS- LY AGREES
TO ACCEPT ANY SUCH PROPOSALS IN WRITING.

THE DELPHI GLOBAL SUPPLIER GUIDELINES, ARE INCORPORATED, AND MADE PART OF THIS
PURCHASE ORDER. THE DELPHI GLOBAL SUPPLIER GUIDELINES MAY BE ACCESSED VIA THE
INTERNET ON DELPHI'S WEB SITE, WWW. DELPHI.COM, UNDER THE SUPPLIERS HEADER, AND
THEN UNDER SUPPLIER COMMU- NITY PORTAL AND THEN SUPPLIER STANDARDS.

ALL PARTS OR MATERIAL MUST BE PRODUCED IN ACCORDANCE W/GENERAL MOTORS' GENERAL
QUALITY STANDARDS FOR PURCHASED MATERIAL

WE WELCOME YOUR SUGGESTIONS ON ANY COST SAVINGS IDEAS. SPECIAL CONSIDERATION ON
FUTURE BUSINESS WILL BE GIVEN TO THOSE WHO HELP US REDUCE OUR COST.

MATERIAL SAFETY DATA SHEETS (MSDS) AND CORRESPONDING PURCHASE ORDER NUMBER,
APPLYING TO CHEMICALS AND/OR ARTICLES SUPPLIED TO DELPHI, SAGINAW, MI, MUST BE
INCLUDED WITH THE SHIPMENT AND A COPY SENT CERTIFIED MAIL TO THE DELPHI CHEMISTRY
DEPARTMENT - WASTE WATER TREATMENT PLANT, SAGINAW, MICHIGAN. MSDS ONLY REQUIRED
WITH FIRST SHIPMENT AND, THEREAFTER EVERY FIRST SHIPMENT AFTER CHANGES TO MSDS.

IN ACCEPTING THIS ORDER, IN ADDITION TO THESE TERMS AND CONDITIONS DESCRIBED ON
THIS DOCUMENT, THE SELLER AGREES TO PAYMENT IN ACCORDANCE WITH ITS CURRENT EFT
PAYMENT AGREEMENT, OR WHERE EFT IS NOT IN PLACE, THAT GM MAY DEFER MAKING PAYMENT
BY PAPER CHECK DURING ANY RECOGNIZED GM HOLIDAY UNTIL THE NEXT GM BUSINESS DAY
WITHOUT BEING IN DEFAULT OR LOSING ANY CASH DISCOUNT PRIVILEGES. FOR EXAMPLE,
DURING CHRISTMAS, A DELAY OF ONE WEEK FROM THE NORMAL PAYMENT DATE WILL OCCUR. IN

CONTINUED ON PAGE   4

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

PAGE   3

PU165C-1

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER

MARCH 1, 2004

VENDOR 344874   DUNS 144230695

H E SERVICES CO
225 E MORLEY
SAGINAW MI                           48601

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:      ACCOUNTS PAYABLE

**SHIP TO**
EUCLID INDUSTRIES- PLT 37
3503 N. EUCLID AVE
BAY CITY, MI 48706

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | |

| F.O.B. | | VIA | |
|---|---|---|---|
| | | | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| CONTRACT | | EFT PAYMENTS WILL BE MADE THE FIRST BANKING DAY FOLLOWING THE EFT DUE DATE, AND GOOD FUNDS WILL BE AVAILABLE ON THAT DATE. | | |

DALE KOWALESKI,
BUYER
PHONE: (989) 757-6009

LAST
PAGE   4

PU165C-1

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

**Invoice Number:**
260

**Invoice Date:**
Mar 5, 2004

**Page:**
1

Voice:    (989) 758-0950
Fax:      (989) 758-0954

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | SAG90I5094 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/4/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | COST TO SORT PARTS AT EUCLID FOR SECURITY PLASTICS. 26075272 COLUMNS | 390.00 | 390.00 |

| | |
|---|---|
| Subtotal | 390.00 |
| Sales Tax | |
| Total Invoice Amount | 390.00 |
| Payment/Credit Applied | |
| **TOTAL** | 390.00 |

Check/Credit Memo No:

**DELPHI**

5396

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

VENDOR NUMBER 02-099-1696
TO: HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

# PURCHASE
## ORDER: S2547866

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 989-757-4648 |
| 04/02/04 | S RUDZINSKI   Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. These terms and conditions and those contained on the face of this order constitute the sole and final agreement between Buyer and Seller and no other agreement in any way modifies any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If a Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | SHIP VIA |
| NET | DESTINATION UNLESS OTHERWISE INDICATED | SEE BELOW |
| 2ND DAY OF 2ND MONTH | SHIPPING POINT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ UNIT MULTI MEAS |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | | | | |
| 00001 | 800 | PR382714 001 | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 26097322 6 PCS. BEFORE & 6 PCS. AFTER HEAT TREAT) WHO ORDERED: D. HUBBARD/7-3734 | S2B02595 | 04/30/04 | G 0.00% | 1.0000 | |
| | | | ALL INVOICES MUST BE SENT TO: DAN HUBBARD/757-3734 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) | | | | | |
| | | | *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. ****************SALES TAX CODES***************(TX) | | | | | |

CONTINUE PAGE 2

A00909   USER STEPHEN PARKS           ORIGINAL                CONTINUE PAGE 2

SMDL03 01/15/2003

# DELPHI

**PURCHASE ORDER:** S2547866

┌ DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

VENDOR NUMBER 02-099-1696
HE SERVICES CO
TO: UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO: ┌ DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601

US

INVOICE TO: ┌ DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PURCHASING AGENT

| ORDER DATE | | | 989-757-4048 |
| 04/02/04 | | | S RUDZINSKI  Buyer |
| ALTERATION ISSUE DATE | | | S12 |
| ALTERATION EFFECTIVE DATE | | | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Herein, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

SHIP VIA
SEE BELOW

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ. NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLIER | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS | | | | | | |
| | | | | PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE | | | | | | |
| | | | | CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO | | | | | | |
| | | | | NOT CHARGE US SALES TAX. | | | | | | |
| | | | | SALES TAX EXEMPTION CERTIFICATES | | | | | | |
| | | | | ALABAMA  805            OHIO 9S-002667 | | | | | | |
| | | | | GEORGIA  300-45870-B    TEXAS 1-38-3431131-1 | | | | | | |
| | | | | INDIANA  1018702130011  WISCONSIN WDP-99-01-010037 | | | | | | |
| | | | | KANSAS  98-003A    MICHIGAN 38-3431131 | | | | | | |
| | | | | MISSISSIPPI APPLIED FOR NEW JERSEY APPLIED FOR | | | | | | |
| | | | | NEW YORK DP-3487 | | | | | | |
| | | | | FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER | | | | | | |
| | | | | CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT | | | | | | |
| | | | | CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN- | | | | | | |
| | | | | STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE | | | | | | |
| | | | | NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC) | | | | | | |
| | | | | ******************NOTICE TO CONTRACTORS****************(CF) | | | | | | |
| | | | | THIS FACILITY HAS CONFINED SPACES WHICH REQUIRE A | | | | | | |
| | | | | WRITTEN PERMIT PRIOR TO ENTRY IN ACCORDANCE WITH THE | | | | | | |
| | | | | OSHA STANDARD FOR PERMIT- REQUIRED CONFINED SPACES | | | | | | |
| | | | | (29 CFR1910.146) ENTRY PROCEDURES FOR THESE SPACES | | | | | | |
| | | | | HAVE BEEN DEVELOPED AND ARE CONTAINED IN THE CONFIN- | | | | | | |
| | | | | ED SPACE ENTRY PROGRAM DEVELOPED FOR THIS FACILITY | | | | | | |
| | | | | AND MUST BE FOLLOWED. IF YOU HAVE ANY QUESTIONS ABOUT | | | | | | |
| | | | | THIS INFORMATION CONTACT THE DELPHI SAGINAW HEALTH & | | | | | | |
| | | | | SAFETY DEPT. AT (517) 757-4348. | | | | | | |

CONTINUE PAGE  3

A000909   USER STEPHEN PARKS

ORIGINAL

SMDL03 01/16/2003

# DELPHI

## PURCHASE ORDER: S2S47866

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.

Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable

Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
HE SERVICES CO
TO: UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

| ORDER DATE | 989-757-4648 |
| 04/02/04 | Buyer |
| ALTERATION ISSUE DATE | S RUDZINSKI |
| | S12 |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

SHIP VIA
SEE BELOW

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME | ITEM IDENTIFICATION NO. | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/ MULTIPLE MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. (QO) | | | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

LAST PAGE

A000909 USER STEPHEN PARKS

ORIGINAL

SNDL03 01/15/2003

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

**Invoice Number:**
267

**Invoice Date:**
Mar 5, 2004

8 7.a~~[illegible]~~0

**Page:**
1

| | |
|---|---|
| Voice: | (989) 758-0950 |
| Fax: | (989) 758-0954 |

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 4/4/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 800.00 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. 26097322 STR RACK - 6 PCS BEFORE & 6 PCS. AFTER HEAT TREAT) | 1.00 | 800.00 |

| | | |
|---|---|---|
| | Subtotal | 800.00 |
| | Sales Tax | |
| | Total Invoice Amount | 800.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | 800.00 |