# H E Services/Universal Inspection Group

**Invoice**

3870 E. Washington Rd.
Saginaw, MI  48601
USA

Invoice Number:
273

Invoice Date:
Mar 5, 2004

Voice:   (989) 758-0950

Page:
1

Fax:   (989) 758-0954

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Greg Hover
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S33587 001 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1.00 | INSPECTION SERVICES FOR QS-4 (REF. ON-SITE CALIBRATION) | 130.00 | 130.00 | 8400717500 |
| | GL-018 MICROMETER | | | |
| | GA-291213 TEMPLATE GAGE | | | |
| | GA-291212 TEMPLATE GAGE | | | |
| | TL-289098 PLUG GAGE | | | |
| | GA-289885 SNAP RING | | | |
| | GA-289886 | | | |
| | PR 329633 001 | | | |

Check/Credit Memo No:

Total Invoice Amount                130.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

# ≥DELPHI

RECEIVED MAR 2 6

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

TO:

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601

US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

## PURCHASE
## ORDER: S2S47680

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 989-757-4048 |
| 03/23/04 | S RUDZINSKI      Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENCY |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions of this order. Its acceptance by the Seller and each shipment made hereunder, or the beginning of any work or service by Seller hereunder, shall constitute Seller's acceptance of this order as it now reads, which includes the terms and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. Any additional or different terms proposed by the Seller are objected to and hereby rejected.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
| PAYMENT TERMS | | 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |
| NET | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRINT/UNIT MULTIPLE/RELEASE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | 0.00% | | |
| | | | | REFERENCE S2B02595 | | | | | |
| 00001 | 1520 | PR382713 001 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. VARIOUS GAGES - FEBRUARY) WHO ORDERED: J. ESKELSON/7-3384 | | 03/31/04 G TO:JEAN ESKELSON/757-3384 | | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO:JEAN ESKELSON/757-3384 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN)    (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. *************************SALES TAX CODES*****************(TX) PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS | | | | | |

CONTINUE PAGE 2

A000901    USER JACQUELINE LEWIS

ORIGINAL

SMIDL03 01/15/2003

# DELPHI

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3S1) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601

US

VENDOR NUMBER 02-099-1696
HE SERVICES CO

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

**TO:** UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

## PURCHASE
## ORDER: S2S47680

PAGE 2

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 989-757-4048 |
| 03/23/04 | S. RUDZINSKI  Buyer |
| ALTERATION ISSUE DATE | S12 |
| | PURCHASING AGENT |
| ALTERATION EFFECTIVE DATE | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller, and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | SHIP VIA |
| NET   2ND DAY OF 2ND MONTH. | SHIPPING POINT | | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | PURCHASE ORDER ITEM.  BE AWARE OF THE NONTAXABLE | | | | |
| | | | | CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO | | | | |
| | | | | NOT CHARGE US SALES TAX. | | | | |
| | | | | SALES TAX EXEMPTION CERTIFICATES | | | | |
| | | | | ALABAMA  805            OHIO 9S-002667 | | | | |
| | | | | GEORGIA  300-45870-B    TEXAS 1-38-3431131-1 | | | | |
| | | | | INDIANA  101870213001l  WISCONSIN WDP-99-01-010037 | | | | |
| | | | | KANSAS  98-003A         MICHIGAN 38-3431131 | | | | |
| | | | | MISSISSIPPI APPLIED FOR NEW JERSEY APPLIED FOR | | | | |
| | | | | NEW YORK DP-3487 | | | | |
| | | | | FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER | | | | |
| | | | | CONTACT SUPPLIER RELATIONS AT (248) 874-4636.  DO NOT | | | | |
| | | | | CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN- | | | | |
| | | | | STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE | | | | |
| | | | | NUMBER AS WELL AS THE PURCHASE ORDER NUMBER.  (DC) | | | | |
| | | | | ************NOTICE TO CONTRACTORS************(CF) | | | | |
| | | | | THIS FACILITY HAS CONFINED SPACES WHICH REQUIRE A | | | | |
| | | | | WRITTEN PERMIT PRIOR TO ENTRY IN ACCORDANCE WITH THE | | | | |
| | | | | OSHA STANDARD FOR PERMIT- REQUIRED CONFINED SPACES | | | | |
| | | | | (29 CFR1910.146) ENTRY PROCEDURES FOR THESE SPACES | | | | |
| | | | | HAVE BEEN DEVELOPED AND ARE CONTAINED IN THE CONFIN- | | | | |
| | | | | ED SPACE ENTRY PROGRAM DEVELOPED FOR THIS FACILITY | | | | |
| | | | | AND MUST BE FOLLOWED. IF YOU HAVE ANY QUESTIONS ABOUT | | | | |
| | | | | THIS INFORMATION CONTACT THE DELPHI SAGINAW HEALTH & | | | | |
| | | | | SAFETY DEPT. AT (517) 757-4348. | | | | |
| | | | | QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE | | | | |

CONTINUE PAGE  3

A000901  USER JACQUELINE LEWIS            ORIGINAL                                           SMDL03 01/15/2003

# DELPHI

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 02-099-1696
TO:
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

**PURCHASE** PAGE

**ORDER:** S2S47680

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment and
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice. Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE 03/23/04 | PHONE: 989-757-4048 |
| | S. RUDZINSKI |
| ALTERATION ISSUE DATE | S12 Buyer |
| ALTERATION EFFECTIVE DATE | |
| | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement of both parties and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | | | SHIP VIA SEE BELOW | |
| NET 2ND DAY OF 2ND MONTH | | SHIPPING POINT | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTI MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. | | | (QO) | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

A000901  USER JACQUELINE LEWIS       ORIGINAL                    LAST PAGE

SMDL03 01/15/2003

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

Invoice Number:
277

Invoice Date:
Mar 5, 2004

Voice:   (989) 758-0950
Fax:     (989) 758-0954

Page:
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 4/4/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | ZEISS PRISMO CMM INSPECTION STRAIGHT TIME (REF. VARIOUS GAGES - FEBRUARY) | 1,520.00 | 1,520.00 |

| | |
|---|---|
| Subtotal | 1,520.00 |
| Sales Tax | |
| Total Invoice Amount | 1,520.00 |
| Payment/Credit Applied | |
| **TOTAL** | 1,520.00 |

Check/Credit Memo No:

# DELPHI

**PURCHASE ORDER:** S3S26650

PAGE 1

RECEIVED MAR 1 1

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601-

US

SHIP TO: (3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

US

| | | ORDER DATE | K HAYDEN |
|---|---|---|---|
| | | 03/08/04 | S20  Buyer |
| ALTERATION ISSUE DATE | | | |
| | | | 989-757-0687 |

This Number/Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown, on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

VENDOR NUMBER 02-099-1696
THE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

| PAYMENT TERMS | | | | ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |
|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | | |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE UNIT/MULTIPLE MEAS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | SEE BELOW | | |
| 20 | PR400189 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD  DOLLAR (UNITED STATES) | | 03/22/04 A | 0.00% | | 24.0000 | Pc |

THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595

**THIS IS A CONFIRMING ORDER DO NOT DUPLICATE**
CONFIRMED WITH: LEE LAMBERT

***************ATTENTION ALL SUPPLIERS*****(ST)
COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE ON
ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED.

26095919 INNER RACE ZEISS INSPECTION (BALL GROOVES)
WHO ORDERED: BISHOP/PAQUETTE
TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to the issuing office.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, which includes the terms and conditions set forth, and any attachment hereto, constitutes the final and
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Conflict occurs, Contract Number is Shown Herein, Additional Terms and Conditions
Attached Hereto Apply.

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

A000876   USER JAY R MIKOLEIZIK

ORIGINAL

LAST PAGE

A000001

5403

SMDL03 01/16/2003

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

**Invoice Number:**

288

**Invoice Date:**
Mar 12, 2004

| Voice: | (989) 758-0950 |
| Fax: | (989) 758-0954 |

**Page:**
1

Duplicate

*87008 00*

| Sold To: | Ship to: |
|---|---|
| Delphi Saginaw Steering Systems | Delphi Saginaw Steering Systems |
| 3900 E. Holland Ave. | 3900 E. Holland Ave. |
| Saginaw, MI  48601 | Saginaw, MI  48601 |
| USA | USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | S3S26650 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 4/11/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 20.00 | | 26095919 INNER RACE ZEISS INSPECTION (BALL GROOVES) PR400189 001 | 24.00 | 480.00 |

|  |  |
|---|---|
| Subtotal | 480.00 |
| Sales Tax | |
| Total Invoice Amount | 480.00 |
| Payment/Credit Applied | |
| **TOTAL** | 480.00 |

Check/Credit Memo No:

# DELPHI

## PURCHASE ORDER.

PAGE    1

NO. S3S26691

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 03/10/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

| SHIP VIA | SEE BELOW |

K   HAYDEN    989-757-0687
S20                  Buyer

PURCHASING AGENT

---

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601

US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                    US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601                    US

| PAYMENT TERMS | 2ND DAY OF 2ND MONTH |

This order is to be binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
This order, including the terms and conditions on its face and reverse side hereof, and the documents (if any) referred to on the face hereof, contain the complete and final agreement between Buyer and Seller, and no other agreement in any way modifying said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIPPING POINT |

| LINE/SEQ NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE MEAS |
|---|---|---|---|---|---|---|---|---|
| 0001 | 1 | PR400365 001 | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02595 | | 03/24/04   A   0.00% | | 320.0000 | PC |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD   DOLLAR (UNITED STATES)

**THIS IS A CONFIRMING ORDER DO NOT DUPLICATE**
CONFIRMED WITH: LEE LAMBERT

*************ATTENTION ALL SUPPLIERS*****(STI)
COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE ON
ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED.

26115364 C/G OUTER RACE MODIFY ZEISS C/G OUTER PROGRM
WHO ORDERED: BISHOP/PAQUETTE

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

---

A000878   USER JAY R MIKOLEIZIK          ORIGINAL          LAST PAGE

# Invoice

H E Services/Universal Inspection Group
3870 E. Washington Rd.
Saginaw, MI  48601
USA

**Invoice Number:**
291

**Invoice Date:**
Mar 12, 2004

Voice:   (989) 758-0950
Fax:     (989) 758-0954

**Page:**
1

Duplicate

$8700  $105.00

| Sold To: | Ship to: |
|---|---|
| Delphi Saginaw Steering Systems | Delphi Saginaw Steering Systems |
| 3900 E. Holland Ave. | 3900 E. Holland Ave. |
| Saginaw, MI  48601 | Saginaw, MI  48601 |
| USA | USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Delphi | S3S26691 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 4/11/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | 26115364 C/G OUTER RACE MODIFY | 320.00 | 320.00 |
| | | ZEISS C/G OUTER PROGRAM | | |
| | | PR400365 | | |

| | |
|---|---|
| Subtotal | 320.00 |
| Sales Tax | |
| Total Invoice Amount | 320.00 |
| Payment/Credit Applied | |
| **TOTAL** | 320.00 |

Check/Credit Memo No:

Good

# DELPHI
## Automotive Systems

SHIP TO:
```
DELPHI SAGINAW STEERING SYSTEM
(3GI) PLT 3 - CENTRAL GAGE LAB
3900 HOLLAND RD
SAGINAW MI
48601                          US
```

INVOICE TO:
```
DELPHI AUTOMOTIVE SYSTEMS
SEE INVOICE
INSTRUCTIONS 00
00000                          US
```

PAGE  1

# PURCHASE ORDER: S2S33236

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips, Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE 11/28/01 | 517-757-4141 |
|---|---|
| ALTERATION ISSUE DATE | J  NICHOLS  Buyer |
| ALTERATION EFFECTIVE DATE | S01 |
| | PURCHASING AGENT |

```
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
```

```
VENDOR NUMBER 02-099-1696
HE SERVICES CO
UNIVERSAL INSPECTION DIV
3870 E WASHINGTON RD
SAGINAW MI
48601
```

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
This order on reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between the parties and no other agreement or representative in any way modifying any of the terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

SHIP VIA SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B02306 | | | | | | |
| 00001 | 2000 | PR319889 008 | PLT 3 CALIBRATE & SERVICE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | | | 12/07/01 G | 0.00% | 1.0000 | |
| 00002 | 2000 | PR319889 009 | PLT 4 CALIBRATE&SERVICE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | | | 12/07/01 G | 0.00% | 1.0000 | |
| 00003 | 2000 | PR319889 010 | PLT 5 CALIBRATE&SERVICE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | | | 12/07/01 G | 0.00% | 1.0000 | |
| 00004 | 2000 | PR319889 011 | PLT 6 CALIBRATE&SERIVE PER T99-0097 WHO ORDERED: B. MACK/7-5399 | | | 12/07/01 G | 0.00% | 1.0000 | |
| 00005 | 2000 | PR319889 012 | PLT 7-CALIBRATE & SERVICE PERT99-0097 WHO ORDERED: B. MACK/7-5399 | | | 12/07/01 G | 0.00% | 1.0000 | |
| 00006 | 2000 | PR319889 013 | | | | 12/07/01 | 0.00% | | |

060521  USER TIFFONY STINSON

ORIGINAL

CONTINUE PAGE  2

SMDL03 11.

# H E Services/Universal Inspection Group

3870 E. Washington Rd.
Saginaw, MI 48601
USA

# Invoice

Invoice Number:
299

Invoice Date:
Mar 12, 2004

Page:
1

Voice:   (989) 758-0950

Fax:    (989) 758-0954

**Sold To:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA

**Ship to:**
Delphi Saginaw Steering Systems
3900 E. Holland Ave.
Saginaw, MI 48601
USA
*Connie Huizar*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S33236 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 120.00 | PLANT #6 CALIBRATE PER T-099 | 1.00 | 120.00 | 8400716300 |

*PR319889 011*
*(Ref. on-site Cal of Contour reader)*

Check/Credit Memo No:

Total Invoice Amount     120.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000

Authorized By: _____

Date: _____

# Invoice

**Staffing**
**H E Services**
**225 E Morley Dr**
**Saginaw, MI   48601**
**USA**
Voice:  (989) 753-9015

Fax:   (989) 753-7703

Invoice Number:
195

Invoice Date:
Mar 17, 2004

Page:   1

Sold To:
 Delphi
 3900Holland Ave
 Saginw, MI  48601
 USA

Ship to:
 Delphi
 3900Holland Ave
 Saginw, MI  48601
 USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45340 | Net 30 Days |
|  |  |  |

| Quantity | Item | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|---|
| 9.75 | Labor | Larry Wehner-Lead Desginer-Spine Helix and Rolling Head Design Improvements.   PR382566-001 | 42.00 | 409.50 | 20897 |
| 8.75 | Labor |  | 42.00 | 367.50 | 20897 |

Check/Credit Memo No:

Total Invoice Amount            777.00

**Remit Payment To:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____