# ANCON

# EXHIBIT 3

# DELPHI

| | | | PURCHASE ORDER: | S3S26758 /001 | PAGE 1 |
|---|---|---|---|---|---|

6713

DELPHI SAGINAW STEERING SYSTEM
SHIP TO: (3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
THE SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

| ORDER DATE | 03/15/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

Buyer: J SANBORN S18    989-757-3404
PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | SEE BELOW |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE MULTIPLE / UNI MULT ME/ |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | 20 | PR395938 001 | | 26100800-08B HOUSING, MALE TRIPOT MACHINE COMPLETE FROM BLANK WHO ORDERED: MIKOLEIZIK/757-5287 | | 03/30/04 A | 0.00% | 70.0000 | EA |
| 0002 | 20 | PR395938 002 | | 26100800-08B HOUSING, MALE TRIPOT MACHINE COMPLETE FROM BLANK WHO ORDERED: MIKOLEIZIK/757-5287 | | 03/30/04 A | 0.00% | 70.0000 | EA |

**THIS IS A CONFIRMING ORDER DO NOT DUPLICATE**
THIS IS A MATERIAL REQUEST AGAINST MBO S3B00038
CONFIRMED WITH: JOEL KARWAT

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

A000881    USER BRUCE WASLUSKY    ORIGINAL    LAST PAGE

No. 578

# Recovery Team Incorporated
1543 S. River Rd.
Bay City, MI. 48708
(989) 776-5000   Fax (989) 755-8000

Shipped To:

Delphi Saginaw Steering Systems
Plant 14

Attention: T. MIKOLEIZEK
757-5287

How Packed: 1 FLAT

Inventory Balance: 228

| | Inventory Code Number | SHIPPED VIA | DATE SHIPPED |
|---|---|---|---|
| | 7133 | Our Truck | 3-9-04 |

| ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 40 | 40 | PN 26106373 MALE TRIPOT HOUSING |

RECEIVED
DELPHI SAGINAW STEERING SYSTEMS
MAR 0 9 2004
PROTOTYPE CENTER
BY

Order Filled By  OV

RECEIVED BY _____

**Shipper / Packing**

# DELPHI

**DELPHI SAGINAW STEERING SYSTEM**

**PURCHASE ORDER:** S3S26758 001

**ALTERATION** ###

PAGE 1

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.

ORDER DATE: 03/15/04
ALTERATION ISSUE DATE: 03/16/04
ALTERATION EFFECTIVE DATE: 03/16/04

### ALTERATION ###

PHONE: 989-757-3404
Buyer: J SANBORN
S18

6773

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ### | SPOT BUY S3S26758 HAS BEEN ALTERED AS FOLLOWS ### | SHIPPING POINT DESTINATION UNLESS OTHERWISE INDICATED | | | | SEE BELOW | | | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

THIS IS A MATERIAL REQUEST AGAINST MBO S3B00038

ADD CLAUSES

TERMS AND CONDITIONS PRINTED ON THE REVERSE SIDE OF THE PURCHASE ORDER AND THE REFERENCE TO TERMS AND CONDITIONS DATED JANUARY, 2001 ARE NOT VALID. DELPHI'S TERMS AND CONDITIONS CAN BE FOUND ON THE WEB SITE LISTED BELOW; SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET

ORIGINAL                                                         CONTINUE PAGE 2

000137    USER MELISSA I KAJEYTA

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

# DELPHI

## PURCHASE ORDER: S3S26758 001
### ALTERATION ###

PAGE 2

| | |
|---|---|
| DELPHI SAGINAW STEERING SYS. | |
| SHIP TO: | DELPHI SAGINAW STEERING SYS. |
| | (3PI) PROTOTYPE OPERATIONS |
| | 2975 NODULAR DR |
| | SAGINAW MI |
| | 48601 |
| | US |
| VENDOR NUMBER 60-881-4059 | |
| H E SERVICES CO | |
| ANCON PROTOTYPE MACHINE | |
| 1755 WICCO RD | |
| SAGINAW MI | |
| 48601 | |
| | US |
| INVOICE TO: | DELPHI AUTOMOTIVE SYSTEMS |
| | PROTOTYPE OPERATIONS |
| | DEPT. 14 |
| | 3900 HOLLAND RD. |
| | SAGINAW MI |
| | 48601 |
| | US |

This order is not binding until accepted Acceptance should be executed on an acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | 03/15/04 |
|---|---|
| ALTERATION ISSUE DATE | 03/15/04 |
| ALTERATION EFFECTIVE DATE | 03/16/04 |

SHIP VIA: SEE BELOW

### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Invoice Attn: Accounts Payable
Item Identification Number(s) must be shown on Packing Slips an Invoices.
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3404
J SANBORN    Buyer
S18    PURCHASING AGENT

| PAYMENT TERMS | SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | SHIPPING POINT DESTINATION UNLESS OTHERWISE INDICATED | | | | | | | |

AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON
"SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER
COMMUNITY PORTAL", THEN CLICK ON "SUPPLIER STANDARDS"
THEN "ATTACHMENTS', FORMS', AND ADDITIONAL
INFORMATION", AND THEN "DGP SUPPLIER GUIDELINES
ATTACHMENT C' GENERAL TERMS AND CONDITIONS")
SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ
AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S
GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY
WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES
IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT
(INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS)
WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED
BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY
AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.

*********************ATTENTION ALL SUPPLIERS*****(ST)
COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE ON
ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED.

*TOOLS - PROPERTY OF & RIGHT TO AUDIT*

ORIGINAL    CONTINUE PAGE 3

# DELPHI

## PURCHASE ORDER: ALTERATION

PAGE 3

ORDER NUMBER: S3S26758 001 ### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 03/15/04 |
| --- | --- |
| ALTERATION ISSUE DATE | 03/16/04 |
| ALTERATION EFFECTIVE DATE | 03/16/04 |

PHONE: 989-757-3404
Buyer: S18 J SANBORN
PURCHASING AGENT

SHIP TO: (3PI) DELPHI SAGINAW STEERING SYS. PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS PROTOTYPE OPERATIONS
DEPT. 14
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

| PAYMENT TERMS | F.O.B. | SHIP VIA |
| --- | --- | --- |
| NET 2ND DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | SEE BELOW |

This order is not binding until accepted by Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order, returned to Buyer. This order, including the terms and conditions on the face and reverse side hereof, shall constitute the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | ANY TOOLS MANUFACTURED/PROCURED SPECIFICALLY FOR THE PROCESSING OF THE PARTS(S) ON THIS PURCHASE ORDER ARE PROPERTY OF DELPHI AND MUST BE PROPERLY IDENTIFIED AS SUCH. ALL PURCHASE ORDERS FOR PROTOTYPE TOOLING REQUIRE THAT BLUEPRINTS OF SAID TOOLING BE SUBMITTED TO THE BUYER IMMEDIATELY AFTER THE TOOLING IS COMPLETED (WHEN REQUESTED BY THE BUYER). TOOLS ARE TO BE HELD AT SELLER'S PLANT AND ARE NOT TO BE MOVED OR USED FOR ANY OTHER PURPOSE WITHOUT THE SPECIFIC AUTHORIZATION OF THE BUYER. SELLER HEREBY AGREES TO RETAIN THE TOOLS DESCRIBED ABOVE FOR A PERIOD OF FIVE (5) YEARS THEREAFTER TO RETURN, TRANSFER TO ANOTHER LOCATION, OR TO REMIT THE PROCEEDS OF THE SALE FOR SCRAP TO THE DIRECTOR OF PURCHASING AS SO INSTRUCTED BY THE BUYER." TO FACILITATE PROMPT PAYMENT, PLEASE INCLUDE SET-UP AND/OR TOOLING CHARGES ON YOUR PACKING SLIP WITH THEIR APPROPRIATE SEQUENCE/ITEM NUMBER WHEN MAKING THE FIRST SHIPMENT OF THE PARTS. DELPHI BUYER RESERVES THE RIGHT TO AUDIT ALL PERTINENT DOCUMENTS RELATING TO THE GOODS OR SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY. BUYER SHALL REIMBURSE SELLER THE LESSER OF (I) THE AMOUNT SPECIFIED IN THIS CONTRACT OR (II) SELLER'S ACTUAL COST FOR PURCHASED MATERIALS AND SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE | | | | | | |

ORIGINAL                                                    CONTINUE PAGE 4

# DELPHI

## PURCHASE ORDER ALTERATION

PAGE 4

**ALTERATION:** S3S26758 001 ###ALTERATION###

DELPHI SAGINAW STEERING SYS.
SHIP TO: (3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601
US

**This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.**
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 989-757-3404 |
| --- | --- |
| 03/15/04 | |
| ALTERATION ISSUE DATE | Buyer |
| 03/16/04 | J SANBORN |
| ALTERATION EFFECTIVE DATE | |
| 03/16/04 | S18 |
| | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. SHIPPING POINT | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA SEE BELOW | BASE UNIT PRICE | PRICE UNIT/ MULTIPLE MEA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

NET 2ND DAY OF 2ND MONTH

DESTINATION UNLESS OTHERWISE INDICATED

TOOLING BREAKDOWN:
SUCH DOCUMENTATION PROMPTLY.
WHEN QUOTING TOOLS, GAGES OR FIXTURES PLEASE
PROVIDE A COMPLETE BREAKDOWN OF TOOLS WITH ITEMIZED
COSTS. REQUIREMENTS FOR THE BREAKDOWN ARE AS
FOLLOWS: (1) ANY DESIGN/DEVELOPMENT COST MUST BE
ITEMIZED SEPARATE FROM TOOL COSTS. (2) ANY PROTOTYPE
TOOLS, GAGES OR FIXTURES THAT CAN BE USED IN
PRODUCTION LATER MUST BE IDENTIFIED AS PRODUCTION
INTENT TOOLS. THESE TOOLS WILL BE PAID BY PRODUCTION
AFTER PPAP. (3) QUOTES WITHOUT PROPER DOCUMENTATION
ARE SUBJECT TO NON-ACCEPTANCE. (4) PLEASE PROVIDE
A COPY OF THE PROPOSED TOOLING SOURCES' QUOTE(S) WITH
YOUR QUOTE. ANY DEVIATION FROM THE ABOVE
REQUIREMENTS WILL ULTIMATELY DELAY ISSUANCE OF A
PURCHASE ORDER.

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request

*Shaded areas are required fields*

| SB PO / REL No. | Sig | **S3SA6758** |
|---|---|---|
| MBO / BL PO No. | | |
| PO# / Alt. | S3B00038 | Req. No. **PR395938** |

| Supplier | ANCON TOOL & DIE INC | Duns No. 608814059 | Date 03/15/2004 | APA Rec'd | Require 03/30/2004 |
|---|---|---|---|---|---|
| Address | 1755 WICCO RD | Fax No. (989) 755-0330 | Ship To PO 3PI | | Promise 03/30/2004 |
| | SAGINAW    MI    48601 | Phone No. (989) 755-0328 | Rec./Notify Jay Mikolaizik | Mail/P# | Effective |
| Contact | JOEL KARWAT (QUOTES) | | Deliver To 99 14 1 | Fax | Expires |
| Tax Code: | | WO Type: Number: | | | |

| Qty | UM | Est Cost | Actual Cost | GC | G1 | Dept | Sub Acct | Corp | Loc | Prod | | Item ID/Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | EA | $ 70.00 | | 2 | 4 | 5 | 5 | 3 | 3 | 4 | | 26100800 - 08B |
| | | | | | | | | | | | | HOUSING, MALE TRIPOT, MACHINE COPLETE FROM BLANK |

Total Actual Cost  $ 2,800.00     ( USA - United State )   WO K9SE00390   100 % P

| Total Est Cost | | ( USA - United State ) |
|---|---|---|

**Must Be Complete:** Is a Substitute Material or Supplier Acceptable
- Yes ☐
- No ☑  Must Provide Justification

*Holder of Blanket Order*

| Inspection Requirement: | Road Mapped Dimensions with GP-11 Warrant | Quote No. | | |
|---|---|---|---|---|
| Technical Specification: | Multiple Supplier - Complete "Coded" Blueprint | | | |
| Tech Plan Details: | | Clauses | Buyer | Date |
| | | | Purchasing Manager | Date |
| | | | Shipper | FOB Destination |
| Program: GMX 381 | | | Pay Terms MNS-2 | |
| Service Approved / Completed | | | | |
| APA Rec'd Services | | | | |

| Originator | Phone | Haz'd Mat'l Appr. | Acc't Appr. | Date Approval | Date Approval | Date |
|---|---|---|---|---|---|---|
| SCHAPER, THOMAS W | (989) 757-9172 | | | | | |
| | 99-14-1 | | | | | |

Handwritten: **6773**

Handwritten: **P.O. # S352675B**

COPY - EXPEDITOR                              DAS 2207 0199

# PROTOTYPE OPERATIONS
# PART REQUEST AND ROUTING

**EXPEDITER TO COMPLETE APPLICABLE YELLOW FIELDS:**

| | | | |
|---|---|---|---|
| ALTERATION DATE: | | | |
| DATE: 03/08/2004 | | DATE REQUIRED: | 03/30/2004 |
| QUANTITY: 40 | | WORK ORDER #: | K9SE00390 |
| PART #: 26100800 | REV #: 08B | REV DATE: | 08/23/2003 |
| PROGRAM: GMX 381 | | DESCRIPTION: | HOUSING, MALE TRIPOT |
| EXPEDITER: J. MIKOLEIZIK | PHONE: 7-5287 | ENGINEER: TOM SCHAPER | PHONE: 7-9172 |

## PART PROCESS FLOW:

| OP | PROCESS | SUPPLIER / LOCATION | DUE DATE | REQUIRED DOCUMENTS | DOCUMENT VERIFICATION REQ'D AT PROTOTYPE OPERATIONS | PROTOTYPE QUALITY QTY | INDEX # | APPROVAL INITIAL / DATE |
|---|---|---|---|---|---|---|---|---|
| 10 | GREEN MACHINE FROM DELPHI SUPPLIED BLANK # 26106373 | ANCON | 7 DAYS | | ☐ NO ☐ YES  AT OP # | | | |
| 20 | ROLL SPLINES | COLD FORM | 3 DAYS | GP-11 ON SPLINE ROLLING | ☐ NO ☒ YES  AT OP # | | | |
| 30 | INDUCTION HARDEN | PLT 3 INDUCTION LAB | 3 DAYS | I REPORT | ☐ NO ☒ YES  AT OP # | | | |
| 40 | FINISH GRIND AND GRIND IN SNAP RING GROOVE | ANCON | 3 DAYS | FULL GP-11 | ☐ NO ☒ YES  AT OP # | | | |
| 50 | | | | | ☐ NO ☐ YES  AT OP # | | | |
| 60 | | | | | ☐ NO ☐ YES  AT OP # | | | |
| 70 | | | | | ☐ NO ☐ YES  AT OP # | | | |
| 80 | | | | | ☐ NO ☐ YES  AT OP # | | | |

**SPECIAL INSTRUCTIONS:** AXLE BAR SHOWN ON 26100214 BAR CHART

**ENGINEER REVIEW:**

SIGNATURE          DATE

# THIS SHEET MUST BE RETURNED WITH PARTS!

```
SHIPPED   CURRENT                                              INVOICE,
ATE:  03/09/04  03/09/04      SAGINAW STEERING SYSTEMS         SHIPPER &
IME:  13:01:23  13:01:23          DUNS 00-535-6878             BILL OF LADING
DTN:  01                                                         NO. 080072
                                                               PAGE  1    LF
HIP PLANT: 14 CISCO: 44001, PROTOTYPE OPER, 2975 NODULAR DR, SAGINAW, MI  48601

OLD TO:  VENDOR: 218675              SHIP TO:
NCON PROTOTYPE MACHINE               SAME
755 WICCO ROAD
AGINAW MI
8601


RODUCTION:  BULK           SHIPPED VIA:THEIR WAY              REC. INV.:
ERVICE   :  UNITIZED:      HOW PACKED :PALLETBOX              PAY. DEP.:
THER     :XX PREPAID       REFERENCE  :JAY MIKOLEIZIK         989-757-5287

        ATTEN: STEVE

 PO  |   ITEM    |        DESCRIPTION          |    QUANTITY
-----|-----------|-----------------------------|---------------
     | 26106573  | HOUSING, MALE TRIPOT (BLANK)|    40 PC
     |           | **** CONSIGNMENT ****       |
     |           | SERIAL  #: N/A              |
```

*New Job*

SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLES COVER-
ED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH THE PROVISIONS OF THE FAIR
LABOR STANDARDS ACT OF 1938, AS AMENDED.

# PURCHASE ORDER: S3S23710

PAGE 1

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI 48601 US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI 48601 US

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601

VENDOR NUMBER 60-881-4059
ANCON PROTOTYPE MACHINE
& SERVICES CO
1755 WICCO RD
SAGINAW MI 48601

PHONE: 989-757-3404
Buyer: J SANBORN  S18

ORDER DATE: 06/27/03

SHIP VIA: SEE BELOW
F.O.B.: SHIPPING POINT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/% | UNIT MEAS | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | COMPLETE GP-11 SUBMISSION REQUIRED TO ACCOMPANY SHIPMENT | | | | | | |
| 00001 | 100 Q | PR390130 001  12-7/23  22-7/31 | | 26108356-07D BALL OUTER TRIPOT SEE CHART # 2611238 MACHINE COMPLETE PER B/P USE SAE 52100 BEARING QUALITY STEEL WHO ORDERED: K.BISHOP/757-9166 | 08/01/03 | A | 0.00% | EA | 36.0000 | |
| 00002 | 52 O | PR390130 002  8/12 | | 26111239-07D BALL OUTER TRIPOT SEE CHART 26111238 GREEN IDENTIFICATION CODE WHO ORDERED: K.BISHOP/757-9166 | 08/01/03 | A | 0.00% | EA | 47.0000 | |
| 00003 | 52 B | PR390130 003  8/14 | | 26111240-07D BALL OUTER TRIPOT BLUE IDENTIFICATION CODE WHO ORDERED: K.BISHOP/757-9166 | 08/01/03 | A | 0.00% | EA | 47.0000 | |
| 00004 | 30 C | PR390130 004  8/14 | | 26111241-07D BALL OUTER TRIPOT PURPLE IDENTIFICATION CODE WHO ORDERED: K.BISHOP/757-9166 | 08/01/03 | A | 0.00% | EA | 59.0000 | |

CONTINUE PAGE 2

A000717    USER MELISSA L KALEYTA    ORIGINAL    SMDL03 01/15/2003

# DELPHI

## PURCHASE ORDER: S3S23710

PAGE 2

SMDL03 01/15/2003

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601    US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601    US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601    US

**TO:**
VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips, Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE: 989-757-3404**
**Buyer** J SANBORN    S18
PURCHASING AGENT

**ORDER DATE** 06/27/03
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

**SHIP VIA** SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

**F.O.B. DESTINATION UNLESS OTHERWISE INDICATED:** SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | UNIT PRICE MULTIPLE/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **********SHIPPING AND ROUTING INSTRUCTIONS**********  LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL, FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW  IF SHIPPING FROM---USE THESE CARRIERS:  MI,IN,IL,WI,OH         ALVAN MOTOR FRT ON,(ONTARIO)           U.S.F.HOLLAND ALL OTHER STATES       CENTRAL TRANSPORT  OVER 12,000 #      --- CALL DELPHI SAGINAW TRANSPORTA- TION DEPARTMENT FOR CARRIER DESIGNATION (517) 757-3509 LEAD TIME, WHETHER INITIATED BY SUPPLIER OR SAGINAW MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY SAGINAW PURCHASING VIA A PURCHASE ORDER ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO THE BUYER WITH DETAILED EXPLANATION. THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER. YOUR COMPANY IS NO LONGER REQUIRED TO SEND INVOICES TO RECEIVE PAYMENT (DO NOT SEND INVOICES). DELPHI-S WILL GENERATE PAYMENTS TO YOUR COMPANY BASED | | | | | |

CONTINUE PAGE 3

ORIGINAL

A000717    USER MELISSA L KALEYTA

# PURCHASE ORDER: S3S23710

PAGE 3

SMDL03 01/15/2003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slip.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE:** 989-757-3404
**Buyer:** J SANBORN    S18
**PURCHASING AGENT**

**ORDER DATE:** 06/27/03
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

**TO:**
VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED    SHIPPING POINT
**SHIP VIA:** SEE BELOW
**TAX CODE/%**
**BASE UNIT PRICE**
**PRICE MULTIPLE / UNIT MEA**

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ. NUMBER | DATE REQUIRED |
|---|---|---|---|---|---|---|
| | | | | UPON RECEIPT OF MATERIAL AT OUR CURRENT PRICE AND PAYMENT TERMS. TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES: | | |

1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION VIA BOTH PHONE AND FAX/LETTER. REFER TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER AND PUT ON THE FAX OR LETTER.
2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS SENT IN WITH SHIPMENTS. IF PAYMENT DID NOT OCCUR 2ND DAY 2ND MONTH AFTER RECEIPT OF GOODS, COPIES SHOULD BE MAILED TO THE "WHO ORDERED" PERSON AND THE "DELIVER TO" PERSON REFERENCED ON THE ORDER.
3. THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.
4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON RECEIPT RECORDS.
5. WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE 2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
6. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL THE PERSON DESIGNATED AS "WHO ORDERED" OR THE "DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE TO BEGIN.

CONTINUE PAGE 4

ORIGINAL

A000717    USER MELISSA L KALEYTA

# PURCHASE ORDER: S3S23710

PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slip an
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3404
Buyer: J SANBORN   S18

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 06/27/03 | | |

SHIP VIA: SEE BELOW

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

**TO:**
VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEA |
|---|---|---|---|---|---|---|---|---|---|

7. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL "EAG DISBURSEMENTS" TO CHECK ON
THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
*********************************************
EAG DISBURSEMENTS PHONE (248) 874-4636
*********************************************
IF IT BECOMES NECESSARY TO "BILL TO EAG DISBURSEMENT
ANALYSIS: P.O. BOX 1550, FLINT, MI. 48501-1550.
PLEASE DO NOT BILL SALES TAX AS WE HAVE OUR OWN
DIRECT PAY PERMITS. ALABAMA PERMIT NO. 224.
MICHIGAN PAY PERMIT ME3800440. NY. DP00036
ITEMS PRODUCED ON THIS ORDER TO BE IN COMPLIANCE
WITH DELPHI PROTOTYPE MATERIAL PROCEDURE - GP11.
GP-11 SUBMISSION REQUIREMENTS ARE AT LEVEL "B" AND
MANDATORY FOR THIS ORDER / RELEASE. FOR FURTHER
INFORMATION CONTACT GREG ROVOLL AT (517) 757-3095.

ITEMS PRODUCED ON THIS ORDER SHALL BE COMPLIANT TO
THE GUIDELINES OF THE GENERAL MOTORS PROCEDURE GP-11
"FOR SUPPLIERS OF MATERIAL FOR PRE-PROTOTYPE &
PROTOTYPE GP-11". HOWEVER, DELPHI SAGINAW STEERING
HAS SOME CUSTOMER SPECIFIC REQUIREMENTS THAT DIFFER
FROM THE GM PROCEDURE. THE DELPHI SAGINAW STEERING
CUSTOMER SPECIFIC REQUIREMENTS ARE: SUBMISSION LEVEL
"B" IS REQUIRED (WARRANT, ROADMAPPED PRINT, MATERIAL

CONTINUE PAGE 5

ORIGINAL

A000717 / USER MELISSA L KALEYTA

SMDL03 01/15/2003

# PURCHASE ORDER: S3S23710

PAGE: 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE:** 989-757-3404
**Buyer:** J SANBORN S18
PURCHASING AGENT

**ORDER DATE:** 06/27/03
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601 US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601 US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

**VENDOR NUMBER** 60-881-4059
TO:
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B.:** DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT
**SHIP VIA:** SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CERTIFICATION, INSPECTION SUMMARY, AND PART NUMBER/ REV LEVEL AND JULIAN DATE SERIALIZATION). | | | | | |

- MATERIAL CERTIFICATION(S) TO ACCOMPANY THE SHIPMENT WITH TEST DATA SHOWING COMPLIANCE.
- EACH PART REQUIRES THE PART NUMBER, REVISION LEVEL AND SERIALIZATION USING THE JULIAN DATE (I.E. 1145-001), NOT THE "S-001" METHOD DESCRIBED WITHIN THE GM PROCEDURE.
- NUMBER ALL DIMENSIONS ON THE PRINT, INCLUDING NOTES TO CORRELATE WITH THE DIMENSIONAL SUMMARY INSPECTION SHEET. THE INSPECTION SHALL BE CONDUCTED ON A 3 PIECE RANDOM SAMPLE FOR EACH SHIPMENT. FOR PLASTIC INJECTED, RUBBER INJECTED AND CASTINGS, A COMPLETE INSPECTION IS REQUIRED ON 1 PIECE FROM EACH CAVITY OR DIE FROM THE SAME RUN.
- IF THE PRINT REFERENCES A SPECIFICATION, A COPY OF THAT SPECIFICATION MUST BE INCLUDED WITH THE SUBMISSION.

COMMON REQUIREMENTS ARE:
- ALL KEY PRODUCT CHARACTERISTICS (KPC'S AND STARRED* DIMENSIONS) MUST BE MEASURED ON ALL PARTS. INSPECTION RESULTS MUST BE RECORDED. OUT OF TOLERANCE SPECIFICATION DIMENSION(S) MUST BE CIRCLED. THE SUPPLIER MUST COMPLETE THE CORRECTIVE ACTION ON THE BACK OF THE

CONTINUE PAGE 6

ORIGINAL

# PURCHASE ORDER: S3S23710

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slip.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT
PHONE: 989-757-3404
J SANBORN    S18    Buyer

ORDER DATE: 06/27/03
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601    US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601    US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601    US

VENDOR NUMBER 60-881-4059
TO: H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement, in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ. NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | UNIT PRICE MULTIPL. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | WARRANT AND FAX IT TO THE APPROPRIATE DELPHI ENGINEER FOR REVIEW. IF ACCEPTABLE, THE PROCURING DELPHI ENGINEER MUST SIGN OFF ON THE BACK OF THE WARRANT TO ACCEPT THE DEVIATION(S) PRIOR TO SUBMITTING THE PARTS FOR SHIPMENT. DELPHI SAGINAW STEERING REQUIREMENTS ARE SUMMARIZED IN A DOCUMENT TITLED "GP-11 MADE SIMPLE". THIS DOCUMENT MAY BE OBTAINED BY CONTACTING THE NUMBER BELOW. IF SUBMITTING A PPAP SUBMISSION IN PLACE OF A GP-11 SUBMISSION, THE PPAP MUST INCLUDE AN APPROVED WARRANT SIGNED BY THE CUSTOMER. YOU CANNOT SUBMIT A PPAP SUBMISSION THAT IS "PENDING APPROVAL" IN PLACE OF GP-11. PRODUCTION SUPPLIER MUST BE REGISTERED WITH COVISINT. ANY NON-COMPLIANCE TO THE REQUIREMENTS MAY RESULT IN THE ISSUANCE OF A PROBLEM REPORT AND RESOLUTION (PR & R). WHEN GP-11 LEVEL OF CERTIFICATION IS INDICATED, THE SUPPLIER MUST REVIEW THE STATUS OF GP-11 DOCUMENTATION WITH THE PROTOTYPE EXPEDITOR AND OBTAIN A RELEASE BEFORE MATERIAL IS SHIPPED. IF MATERIAL IS SHIPPED WITHOUT PROTOTYPE APPROVAL, THE SUPPLIER ACCEPTS RESPONSIBILITY FOR ALL TRANSPORTATION AND INSPECTION EXPENSES REQUIRED TO MEET THE ORIGINAL REQUIREMENT OF THE PURCHASE ORDER. IF THE ORDER IS FOR TOOLING, THE GP-11 REQUIREMENTS ARE NOT NECESSARY. IF YOU WOULD LIKE INFORMATION | | | | | |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

CONTINUE PAGE    7

ORIGINAL

A000717    USER MELISSA L KALEYTA

SMDL03 01/15/2003

# PURCHASE ORDER: S3S23710

PAGE 8

SMDL03 01/15/2003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip at Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3
Buyer J SANBORN S18
PURCHASING AGENT

ORDER DATE: 06/27/03
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601    US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601    US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601    US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
TO: ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. SHIPPING POINT    DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA SEE BELOW

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ. NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UN MULTIPLIER/ME |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CONCERNING THE GP-11 REQUIREMENTS, CONTACT TROY ROHN AT DELPHI SAGINAW STEERING PROTOTYPE OPERATIONS AT 989-757-3095. | | | | | |

TERMS AND CONDITIONS PRINTED ON THE REVERSE SIDE OF THE PURCHASE ORDER AND THE REFERENCE TO TERMS AND CONDITIONS DATED JANUARY, 2001 ARE NOT VALID. DELPHI'S TERMS AND CONDITIONS CAN BE FOUND ON THE WEB SITE LISTED BELOW. SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL", THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS, FORMS, AND ADDITIONAL

CONTINUE PAGE

ORIGINAL

A000717    USER MELISSA L KALEYTA

# DELPHI

## PURCHASE ORDER: S3S23710

PAGE 9

SMDL03 01/15/2003

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 60-881-4059
ANCON PROTOTYPE MACHINE
E SERVICES CO
1755 WICCO RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips & Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT

**ORDER DATE:** 06/27/03
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

**PHONE:** 989-757-3804
**Buyer:** J SANBORN  S18

PRICE UM MULTIPLE
BASE UNIT PRICE

**SHIP VIA:** SEE BELOW

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

**F.O.B.** SHIPPING POINT  **DESTINATION UNLESS OTHERWISE INDICATED**

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % |
|---|---|---|---|---|---|---|---|

INFORMATION", AND THEN "DGP SUPPLIER GUIDELINES
ATTACHMENT C, GENERAL TERMS AND CONDITIONS").
SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ
AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS.
IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE
THE SUBJECT OF THIS CONTRACT, SELLER WILL BE
DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S
GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY
WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES
IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT
(INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS)
WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED
BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY
AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.

*TOOLS - PROPERTY OF & RIGHT TO AUDIT*
ANY TOOLS MANUFACTURED/PROCURED SPECIFICALLY FOR THE
PROCESSING OF THE PARTS(S) ON THIS PURCHASE ORDER ARE
PROPERTY OF DELPHI AND MUST BE PROPERLY IDENTIFIED AS
SUCH. ALL PURCHASE ORDERS FOR PROTOTYPE TOOLING
REQUIRE THAT BLUEPRINTS OF SAID TOOLING BE SUBMITTED
TO THE BUYER IMMEDIATELY AFTER THE TOOLING IS
COMPLETED (WHEN REQUESTED BY THE BUYER). TOOLS ARE
TO BE HELD AT SELLER'S PLANT AND ARE NOT TO BE MOVED
OR USED FOR ANY OTHER PURPOSE WITHOUT THE SPECIFIC

CONTINUE PAGE

ORIGINAL

A000717   USER MELISSA L KALEYTA

# DELPHI

## PURCHASE ORDER: S3S23710

PAGE 9

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601    US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601    US

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 60-881-4059
ANCON PROTOTYPE MACHINE
E SERVICES CO
1755 WICCO RD
SAGINAW MI
48601

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 06/27/03 | | |

PHONE: 989-757-3404
Buyer: J SANBORN   S18

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEA |
|---|---|---|---|---|---|---|---|---|
| | | | AUTHORIZATION OF THE BUYER. "SELLER HEREBY AGREES TO RETAIN THE TOOLS DESCRIBED ABOVE FOR A PERIOD OF FIVE (5) YEARS THEREAFTER TO RETURN, TRANSFER TO ANOTHER LOCATION, OR TO REMIT THE PROCEEDS OF THE SALE FOR SCRAP TO THE DIRECTOR OF PURCHASING AS SO INSTRUCTED BY THE BUYER." TO FACILITATE PROMPT PAYMENT, PLEASE INCLUDE SET-UP AND/OR TOOLING CHARGES ON YOUR PACKING SLIP WITH THEIR APPROPRIATE SEQUENCE/ITEM NUMBER WHEN MAKING THE FIRST SHIPMENT OF THE PARTS. DELPHI BUYER RESERVES THE RIGHT TO AUDIT ALL PERTINENT DOCUMENTS RELATING TO THE GOODS OR SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY. BUYER SHALL REIMBURSE SELLER THE LESSER OF (I) THE AMOUNT SPECIFIED IN THIS CONTRACT OR (II) SELLER'S ACTUAL COST FOR PURCHASED MATERIALS AND SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY. TOOLING BREAKDOWN: WHEN QUOTING TOOLS, GAGES OR FIXTURES PLEASE PROVIDE A COMPLETE BREAKDOWN OF TOOLS WITH ITEMIZED COSTS. REQUIREMENTS FOR THE BREAKDOWN ARE AS FOLLOWS: (1) ANY DESIGN/DEVELOPMENT COST MUST BE ITEMIZED SEPARATE FROM TOOL COSTS. (2) ANY PROTOTYPE TOOLS, GAGES OR FIXTURES THAT CAN BE USED IN PRODUCTION LATER MUST BE IDENTIFIED AS PRODUCTION | | | | | |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

CONTINUE PAGE 10

ORIGINAL

A000717    USER MELISSA L KALEYTA

SMDL03 01/15/2003