# DELPHI

## PURCHASE ORDER: S3S23710

PAGE: LAST PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slip & Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**ORDER DATE:** 06/27/03
**ALTERATION ISSUE DATE:**
**ALTERATION EFFECTIVE DATE:**

**PHONE:** 989-757-3804
**Buyer:** J SANBORN
**S18**

PURCHASING AGENT

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

**F.O.B.** SHIPPING POINT
**DESTINATION UNLESS OTHERWISE INDICATED**
**SHIP VIA:** SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE UN/TIME |
|---|---|---|---|---|---|---|---|---|---|
| | | | INTENT TOOLS. | THESE TOOLS WILL BE PAID BY PRODUCTION AFTER PPAP. (3) QUOTES WITHOUT PROPER DOCUMENTATION ARE SUBJECT TO NON-ACCEPTANCE. (4) PLEASE PROVIDE A COPY OF THE PROPOSED TOOLING SOURCES' QUOTE(S) WITH YOUR QUOTE. ANY DEVIATION FROM THE ABOVE REQUIREMENTS WILL ULTIMATELY DELAY ISSUANCE OF A PURCHASE ORDER. TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

A000717  USER MELISSA L KALEYTA      ORIGINAL      SMDL03 01/15/200

**HES**  Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400


PROTOTYPE & MACHINE

5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

# INVOICE

| | |
|---|---|
| Invoice No. | 71I0000053 |
| Date | 7/31/2003 |
| Order No. | 71O0000079 |
| Shipper ID | 71S0000051 |

**BILL TO:**
Delphi
3900 Holland Ave
Saginaw, MI 48601

**SHIP TO:**
Delphi
3900 Holland Ave
Saginaw, MI 48601

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Will Call | KAREN BISHOP | S3S23710 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 7/10/2003 | NET 30 DAYS | | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 71-356001-00 | 100.0000 | EA | 100.0000 | 0.0000 | 36.000 | 0.00 | 3,600.000 |
| 26108356-07D  BALL OUTER TRIPOT | | | | | | | |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 3,600.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 3,600.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **3,600.00** |



**ANCON**
*A Division of H. E. Services*
➤ **PROTOTYPE & MACHINE**
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

SHIPPER NUMBER: **028941**
S.O. NUMBER: 710-6442

| SHIPPED TO | DELPHI AUTOMOTIVE SYSTEMS | DATE SHIPPED | 7/23/2003 |
|---|---|---|---|
| ADDRESS | 2975 NODULAR DRIVE | CUSTOMER'S ORDER NUMBER | S3S23710 |
| CITY | SAGINAW     MI   48601- | INVOICE NUMBER | |
|  | KAREN BISHOP | SHIPPED VIA | |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | |
|---|---|---|---|
| 100 | 12 | 390130 01  26108356  BALL OUTER TRIPOT | 36 |

RECEIVED
DELPHI SAGINAW STEERING SYSTEMS
JUL 24 2003
PROTOTYPE CENTER

HOW PACKED:
RECD. BY:

432

# SHIPPING ORDER

**Ancon**
PROTOTYPE & MACHINE
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

A Division of P.G.E. Services

SHIPPER NUMBER: 028980

S.O. NUMBER: 710-6442

SHIPPED TO: DELPHI AUTOMOTIVE SYSTEMS
ADDRESS: 2975 MODULAR DRIVE
CITY: SAGINAW    MI    48601
KAREN BISHOP

DATE SHIPPED: 7/31/2003
CUSTOMER'S ORDER NUMBER: S3S23710
INVOICE NUMBER: 
SHIPPED VIA: 

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | | |
|---|---|---|---|---|
| 100 | 88 | 390130 01   26108356-07D BALL OUTER TRIPOT | 36— | C |

RECEIVED
DELPHI SAGINAW STEERING SYSTEMS
JUL 3 1 2003
PROTOTYPE CENTER

HOW PACKED: 
RECD. BY: 

3168—



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400



5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

# INVOICE

| | |
|---|---|
| Invoice No. | 71I0000089 |
| Date | 8/14/2003 |
| Order No. | 71O0000079 |
| Shipper ID | 71S0000095 |

**BILL TO:**
Delphi
3900 Holland Ave
Saginaw, MI 48601

**SHIP TO:**
Delphi
3900 Holland Ave
Saginaw, MI 48601

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Will Call | KAREN BISHOP | S3S23710 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 7/10/2003 | NET 30 DAYS | | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 71-239002-00 | 52.0000 | EA | 52.0000 | 0.0000 | 47.000 | 0.00 | 2,444.000 |
| 26111239-07D  BALL OUTER TRIPOT | | | | | | | |
| 71-240003-00 | 52.0000 | EA | 52.0000 | 0.0000 | 47.000 | 0.00 | 2,444.000 |
| 26111240-07D  BALL OUTER TRIPOT | | | | | | | |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 4,888.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 4,888.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **4,888.00** |

# ANCON
## PROTOTYPE & MACHINE
*A Division of R.E.I Services*

1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER
**029019**

SHIPPER NUMBER: 710-6442

S.O. NUMBER:

SHIPPED TO: DELPHI AUTOMOTIVE SYSTEMS
ADDRESS: 2975 NODULAR DRIVE
CITY: SAGINAW    MI    48601-
KAREN BISHOP

DATE SHIPPED: 8/12/2003
CUSTOMER'S ORDER NUMBER: S3S23710
INVOICE NUMBER:
SHIPPED VIA:

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | |
|---|---|---|---|
| 52 | 52 | 390130 02   26111239-07D  BALL OUTER TRIPOT | 47- |

**RECEIVED**
DELPHI SAGINAW STEERING SYSTEMS
AUG 1 2 2003
PROTOTYPE CENTER
BY

HOW PACKED:
RECD. BY:

2444-

# ANCON
A Division of B. E. Services

→ PROTOTYPE & MACHINE

1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

**SHIPPING ORDER**

SHIPPER NUMBER: 029027

S.O. NUMBER: 710-6442 B

SHIPPED TO: DELPHI AUTOMOTIVE SYSTEMS
ADDRESS: 2975 NODULAR DRIVE
CITY: SAGINAW    MI  48601-
KAREN BISHOP

DATE SHIPPED: 8/14/2003
CUSTOMER'S ORDER NUMBER: S3S23710
INVOICE NUMBER: 
SHIPPED VIA: 

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 52 | 52 | 390130 03  26111240-07D BALL OUTER TRIPOT |

47-

RECEIVED
DELPHI SAGINAW STEERING SYSTEMS
AUG 14 2003
PROTOTYPE CENTER
BY

HOW PACKED:
RECD. BY:

2444-



**HES**
Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

**Ancon PROTOTYPE & MACHINE**

5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

## INVOICE

| | |
|---|---|
| Invoice No. | 71I0000090 |
| Date | 8/14/2003 |
| Order No. | 71O0000079 |
| Shipper ID | 71S0000096 |

| BILL TO: | SHIP TO: |
|---|---|
| Delphi<br>3900 Holland Ave<br>Saginaw, MI 48601 | Delphi<br>3900 Holland Ave<br>Saginaw, MI 48601 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| | Will Call | KAREN BISHOP | S3S23710 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 7/10/2003 | NET 30 DAYS | 29033 | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 71-241004-00 | 30.0000 | EA | 30.0000 | 0.0000 | 59.000 | 0.00 | 1,770.000 |
| 26111241-07D  BALL OUTER TRIPOT | | | | | | | |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 1,770.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 1,770.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **1,770.00** |



**ANCON**

→ *PROTOTYPE & MACHINE*

1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

SHIPPER NUMBER  **029033**

**710-6442**

S.O. NUMBER

| | |
|---|---|
| SHIPPED TO | DELPHI AUTOMOTIVE SYSTEMS |
| ADDRESS | 2975 NODULAR DRIVE |
| CITY | SAGINAW     MI    48601- |
| | KAREN BISHOP |

DATE SHIPPED  **8/14/2003**
CUSTOMER'S ORDER NUMBER  **S3S23710**
INVOICE NUMBER
SHIPPED VIA

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | |
|---|---|---|---|
| 30 | 30 | 390130 04   26111241-07D BALL OUTER TRIPOT | 59 |
| | | | |

RECEIVED
DELPHI SAGINAW STEERING SYSTEMS
AUG 1 4 2003
PROTOTYPE CENTER
BY
RECD BY

HOW PACKED

1770

# DELPHI Purchase Request

Bold areas are required fields

| Service: | Cap/Const. □   Other ☒ |
|---|---|
| Supplier | Falcon |
| SB PO / REL NO. | Req. No. 323595 |
| MBO / BLPO No. | 390130 |
| PO# / Att. | |
| Date | 7-18-03 |
| Ship to Dock | 19 |
| Rec./Notify | Karen Boyer |
| Phone 57.4166  Mail/Plt. 14 | Fax |

APA Rec'd: ☒

Contact: Fred Hostak   Phone No. 755-0731
Tax Code: —   WO Type   Number KASE01739

| Qty | U/M | Est. Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ea | | $150 | | | Add new item 005 | | | | | PN 24063856-010 Oil Catcher Number 2641283 M/P Ball Detent. Extra Set Up for Special Rope of Litre (was extra material on P.O. 5174) is early partial delivery |

Where Used / Remarks: SBS 23710 X-tre Set Up

Clauses: @ PC

Buyer: [signature]   Date 7/28/03
Purchasing Manager: [signature]   Date 7/28/03

Shipper:
FOB:
Pay Terms:

Quote No.:

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ___   Must Provide Justification
No ___

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

| | Haz'd Mat'l Appr. | Acct. Appr. | Approval |
|---|---|---|---|
| Originator | Phone | Date | Date | Approval Date |

DAS 2207 07/02

QF-57
REV. 004
3/1/99



**ANCON**
PROTOTYPE/MACHINE (A Division of H.E. Services)
1755 Wicco Rd. * Saginaw, MI 48601 * Phone: (989) 755-0328 * Fax: (989) 755-0330

FAXED 7-15-03 64473

TO:      Delphi Saginaw                              DATE: 07/15/03
         Prototype Center                            QUOTE # 5493
                                                     VALID FOR 30 DAYS

ATTN:    Karen Bishop
Fax:     989-757-3866

We are pleased to submit the following quote:

| Qty. | Part # | Part Name | Price | Delivery |
|---|---|---|---|---|
| 1 | 26111238 M/P | Outer Tripot Ball Chart | $150.00 | N/A |

Note: Karen, please alter P.O S3S23710 regarding one lot setup and additional heat treatment charge per Engineering request from Scott on 7-14-2003 for extra material left on part dimension 7.60 – 7.50 mm on 12 pieces. This will be an early partial batch build from the one hundred-piece order to be shipped on 7-25-2003.

Thank you for the opportunity to provide this quote.

Sincerely,

Joel Karwat
Operation Manager

05-44481-rdd    Doc 7418-16    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 3b
Ancon    Pg 15 of 20



H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400



5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

# INVOICE

| | |
|---|---|
| Invoice No. | 71I0000068 |
| Date | 8/22/2003 |
| Order No. | 71O0000207 |
| Shipper ID | 71S0000070 |

**BILL TO:** H.E. Testing

**SHIP TO:** Matt Burk

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Truck | Truck | MATT BURK | PR333446-006 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 8/19/2003 | NET 30 DAYS | 29070 | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO. | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 71-1119MP-00 | 1.0000 | EA | 1.0000 | 0.0000 | 565.000 | 0.00 | 565.000 |
| F-1620-1119 YOKE TORSION TEST | | | | | | | |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 565.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 565.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **565.00** |

39





Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
H.E. Services · 5117 S. Dort Hwy · Flint, MI 48507 · 810-743-4900 · Fax 810-743-8400

# INVOICE

5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

| | |
|---|---|
| Invoice No | 7110000068 |
| Date | 8/22/2003 |
| Order No | 7100000207 |
| Shipper ID | 71S0000070 |

**BILL TO**
Delphi
3900 Holland Ave
Saginaw, MI 48601

**SHIP TO**
Delphi
3900 Holland Ave
Saginaw, MI 48601

HES
Gerry Turk

PAGE 1

| FOB POINT | SHIP VIA | ORDERED BY | CUSTOMER PO # |
|---|---|---|---|
| FOB Truck | Truck | MATT BURK | PR333446-006 |

| ORDER DATE | TERMS | PARALLEL SHIPPER | SITE |
|---|---|---|---|
| 8/19/2003 | NET 30 DAYS | 29070 | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY B/O | PRICE | DISC % | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 71-1119MP-00 | 1.0000 | EA | 1.0000 | 0.0000 | 565.000 | 0.00 | 565.000 |
| F-1620-1119 YOKE TORSION TEST | | | | | | | |

Approval By _Gerald Burk_   Invoice Number _____

Vendor Number _____   Invoice Date _____

| Project Number | Account Number | Client | Cost Code | Amount |
|---|---|---|---|---|
| PR333446-006 | | | | 565.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | |

A/P Receive Date: _____

EPS
Per MATT Burk

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 565.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 565.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **565.00** |



**HES** Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
H.E. Services • 5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

**PROTOTYPE & MACHINE**

5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

### INVOICE

| | |
|---|---|
| Invoice No. | 7110000058 |
| Date | 8/22/2003 |
| Order No. | 7100000207 |
| Shipper ID | 71S0000070 |

**BILL TO:**
Delphi
3900 Holland Ave
Saginaw, MI 48601

**SHIP TO:**
Delphi
3900 Holland Ave
Saginaw, MI 48601

PAGE 1

| FOB POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO |
|---|---|---|---|
| FOB Truck | Truck | MATT BURK | PR333448-006 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 8/19/2003 | NET 30 DAYS | 29070 | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 71-1119MP-00 | 1.0000 | EA | 1.0000 | 0.0000 | 565.000 | 0.00 | 565.000 |
| F-1620-1119 YOKE TORSION TEST | | | | | | | |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 565.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 565.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **565.00** |

# SHIPPING ORDER

**ANCON** — A Division of H. E. Services
→ PROTOTYPE & MACHINE
1755 Wicoo Road
Saginaw, Michigan 48601
Phone: (989) 755-0820
Fax: (989) 755-0330

SHIPPER NUMBER: 029070

SHIPPED TO: H.E.S.
ADDRESS: 225 E. Morley Dr.
CITY: Saginaw MI 48601
          Matt Buck / Gerry Turke

DATE SHIPPED: 8/22/03
CUSTOMER'S ORDER NUMBER: PR33344-6-000

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 1 | 1 | F-1620-1119 Yoke Torsion Test |

HOW PACKED: SGS.

RECD BY: [signature]