Ancon Pg 1 of 20

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING CENTRO 3
PLUTARCO ELIAS CALLES 1210
COL FOVISSSTE CHAMIZAL
CD. JUAREZ CHIH

**SHIP TO :** DELPHI AUTOMOTIVE SYSTEMS S.A. DE C.V.
48 WALTER JONES BLVD.
BLDG. "B" DOCK 87 & 88
EL PASO,TX,
79906

**VENDOR :** DD 608814059
ANCON PROTOTYPE MACHINE
1755 WICCO
SAGINAW MI
48601 FAX (517) 755-0328

**INVOICE TO** DELPHI AUTOMOTIVE SYSTEMS S.A. DE C.V.
P.O. BOX 981012
EL PASO TX. 79998-1012

# ORDER : 57N11052

**REVISION** 00000

This Order Number must appear on all correspondence, invoices, packing slips, shipping papers and containers, in addition containers must indicate building to which delivery is to be made.

**BUYER**
Q5 ANGELICA CARBAJ 656 629 70 00
**REVISION DATE :** 11/18/2003
**AUTHORIZED :** Angelica Carbajal 11/18/03

| ORDER DATE : | REQ. ORDER: | SHIPMENT VIA | PAYMENT CONDITIONS | SEND TO : |
|---|---|---|---|---|
| 11/18/2003 | 00051910 | NO FREIGHT | 2ND DAY 2ND MONTH | LETICIA GONZALEZ 57962 |

| ITEM | QUANTITY ORDERED | M.U. | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE | PROM DATE |
|---|---|---|---|---|---|---|---|
| 0001 | 10.000 | PCS | | C/G OUTER RACE P/N SX084880 REV. 000 MACHINE WITH MILLING OPERATION ON BALL GROOVES ACCORDING DRAWING EX-CELLO (5 AXES) MACHINE. -MATERIAL PROVIDED BY DELPHI CTA. CONT : 5N8390007050943000000000000 | 228.0000 | 2280.0000 | 121003 |
| 0002 | 1.000 | PCS | | SET UP CHARGE CTA. CONT : 5N8390007050943000000000000 | 350.0000 | 350.0000 | 121003 |
| 0003 | 0.000 | | | GP-11 REQUIRED | 0.0000 | 0.0000 | |

* TAX EXEPTION NUMBER 3-82045-5708-6

DEAR SUPPLIER:
A PROPERLY COMPLETED CERTIFICATE OF ORIGIN, NAFTA CERTIFICATE (CUSTOMS FORM 434) IS REQUIRED TO BE INCLUDED WITH THE SHIPPING DOCUMENTS FOR THE MATERIAL ON THIS ORDER.

**GP-11 SUBMISSION IS REQUIRED**

A 7188000000
71CS017600

B 7138000002
7122006200

SUBTOTAL 2630.0000

DO NOT OVERSHIP, OVERSHIPMENTS WILL BE RETURNED AT SUPPLIER'S EXPENSE
HZ23Z2 COMP00 11/18/2003 01:14 PM P A G. 1/ 1 I.V.A.: 0.00000 T O T A L 2630.0000 USD

# Invoice

ANCON PROTOTYPE MACHINE
1755 WICCO ROAD
SAGINAW, MI 48601
SAGINAW

Voice: 989-755-0328
Fax: 989-755-0330

Invoice Number: 265

Invoice Date: Feb 18, 2004

Page: 1

Sold To:
DELPHI AUTOMOTIVE SYSTEMS, SA de cv
P.O. BOX 981012
EL PASO, TX 79998-1012

Ship to:
48 WALTER JONES BLVD
BLDG B - DOCK 87 & 88
EL PASO, TX 79906

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DELPHI MEXICO | 57N11052 | Net 30 Days | |
| **Ancon Job #** | **Shipper #** | **Ship Date** | |
| | | 12/19/03 | |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.00 | 02 NPN SET-UP CHARGE | 350.00 | 350.00 |
| 1.00 | 04 INSPECTION PROGRAM | 800.00 | 800.00 |

Total Invoice Amount 1,150.00

Check/Credit Memo No:

REMIT PAYMENT TO:
COMERICA
DEPT. 274201
H.E. SERVICES COMPANY
P.O. BOX 67000
DETROIT, MI 48267-2742



A Division of H. E. Services

# SHIPPING ORDER

PROTOTYPE & MACHINE
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

SHIPPER NUMBER 029490

S.O. NUMBER 710-6598

SHIPPED TO DELPHI AUTOMOTIVE SYSTEMS

DATE SHIPPED 12/19/2003

ADDRESS 32 CELERITY WAGON

CUSTOMER'S ORDER NUMBER 57N11052

CITY EL PASO TX 79906

INVOICE NUMBER

LETICIA GONZALEZ

SHIPPED VIA

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 1 | 1 | 01 NPN INSPECTION PROGRAM |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

HOW PACKED

RECD. BY



ANCON

# SHIPPING ORDER

*A Division of H. E. Services*

***PROTOTYPE & MACHINE***

1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

SHIPPER NUMBER 029469

S.O. NUMBER 710-6598

SHIPPED TO DELPHI AUTOMOTIVE SYSTEMS

DATE SHIPPED 12/17/2003

ADDRESS 32 CELERITY WAGON

CUSTOMER'S ORDER NUMBER 57N11052

CITY EL PASO TX 79906-

INVOICE NUMBER

LETICIA GONZALEZ

SHIPPED VIA

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 1 | 1 | 02 NPN SET-UP CHARGE |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

HOW PACKED

RECD. BY

# ANCON PROTOTYPE & MACHINE

(A DIVISION OF H.E. SERVICES)
1755 WICCO ROAD • SAGINAW, MI 48601
989-755-0328 • FAX 989-755-0330

FAXED 12-16-03 9:30 AM

# FAX

Date: 12-16-03
Number of Pages: 3

To: Leticia Gonzalez

Phone:

Fax: 915-612-7028

From: Rick Harrell

Phone: 989-755-0328

Fax: 989-755-0330

Remarks: Leticia,

Here is a copy of the Shipper and the UPS label with the tracking number for P.O.#57N11052 C/G Rack Outer.

Thank you for your order and have a Merry Christmas

Rick Harrell
Ancon





Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

PROTOTYPE & MACHINE

REPRINT

5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

# INVOICE

| | |
|---|---|
| Invoice No. | 71I0000149 |
| Date | 9/12/2003 |
| Order No. | 71O0000255 |
| Shipper ID | 71S0000150 |

| BILL TO: | SHIP TO: |
|---|---|
| Delphi<br>3900 Holland Ave<br>Saginaw, MI 48601 | Delphi<br>3900 Holland Ave<br>Saginaw, MI 48601 |

PAGE 1

| FOB POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Truck | Truck | | 9OI2401 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 9/11/2003 | NET 30 DAYS | 29134/47 | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 71-69706J-00<br>26061697-06J SHAFT, TUBE | 720.0000 | EA | 300.0000 | 420.0000 | 6.000 | 0.00 | 1,800.000 |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 1,800.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 1,800.00 |
| Less Paid Amount | 0.00 |
| TOTAL | 1,800.00 |



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

REPRINT

5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

# INVOICE

| | |
|---|---|
| Invoice No. | 71I0000166 |
| Date | 9/16/2003 |
| Order No. | 71O0000255 |
| Shipper ID | 71S0000171 |

| BILL TO: | SHIP TO: |
|---|---|
| Delphi<br>3900 Holland Ave<br>Saginaw, MI 48601 | Delphi<br>3900 Holland Ave<br>Saginaw, MI 48601 |

PAGE 1

| F.O.B POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Truck | Truck | | 9OI2401 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 9/11/2003 | NET 30 DAYS | 29154/61/7 | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 71-69706J-00<br>26061697-06J SHAFT, TUBE | 720.0000 | EA | 420.0000 | 0.0000 | 6.000 | 0.00 | 2,520.000 |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 2,520.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 2,520.00 |
| Less Paid Amount | 0.00 |
| TOTAL | 2,520.00 |

ANCON
A Division of H. E. Services
PROTOTYPE & MACHINE
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

SHIPPER NUMBER 029154

S.O. NUMBER 710-6483

SHIPPED TO DELPHI AUTOMOTIVE SYSTEMS

DATE SHIPPED 9/15/2003

ADDRESS 3900 HOLLAND RD

CUSTOMER'S ORDER NUMBER 9012401

CITY SAGINAW MI 48601-

INVOICE NUMBER

SUSAN BROWN

SHIPPED VIA Our Truck

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 300 | 86 | 01 26061697-06J SHAFT TUBES 6.00 |

RECEIVED
DELPHI SAGINAW
SEP 15 2003
PLANT NO. 6
BY: [signature]

HOW PACKED 1 Box

RECD. BY

516.00

ANCON — A Division of H. E. Services
PROTOTYPE & MACHINE
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

**SHIPPING ORDER**

SHIPPER NUMBER 029161

710-6483

S.O. NUMBER

SHIPPED TO: DELPHI-AUTOMOTIVE SYSTEMS
ADDRESS: 3900 HOLLAND AVE
CITY: SAGINAW MI 48601-
SUSAN BROWN

DATE SHIPPED: 9/16/2003
CUSTOMER'S ORDER NUMBER: 9012401
INVOICE NUMBER:
SHIPPED VIA: Our Truck

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 300 | 240 | 01 26061697-06J SHAFT TUBES 6.00 |

RECEIVED
DELPHI SAGINAW
SEP 16 2003
PLANT NO. 6
BY: [signature]

HOW PACKED: 1 Pallet

RECD. BY

1440

**ANCON** A Division of H. E. Services

**PROTOTYPE & MACHINE**

1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

SHIPPER NUMBER 029170

710-6483

S.O. NUMBER

SHIPPED TO: DELPHI AUTOMOTIVE SYSTEMS

ADDRESS: 2975 NODULAR DRIVE

CITY: SAGINAW MI 48601-

SUSAN BROWN

DATE SHIPPED: 9/16/2003

CUSTOMER'S ORDER NUMBER: 9012401

INVOICE NUMBER:

SHIPPED VIA:

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| | 94 | 26061697 SHAFT, TUBES 600 |

RECEIVED
DELPHI SAGINAW
SEP 17 2003
PLANT NO. 6
BY: [signature]

HOW PACKED

RECD. BY [signature] D Ebenhoeh

564

ANCON
A Division of H. E. Services
PROTOTYPE & MACHINE
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

SHIPPER NUMBER 029147

S.O. NUMBER 710-6483

SHIPPED TO DELPHI AUTOMOTIVE SYSTEMS

DATE SHIPPED 9/12/2003

ADDRESS 3900 HOLLAND RD

CUSTOMER'S ORDER NUMBER 90I2401

CITY SAGINAW MI 48601-

INVOICE NUMBER

SUSAN BROWN

SHIPPED VIA Our Truck

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 300 | 150 | 01 26061697-06J SHAFT TUBES |

HOW PACKED

REC'D. BY

ANCON *A Division of H. E. Services*

***PROTOTYPE & MACHINE***

1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

029134

SHIPPER NUMBER 710-6483

S.O. NUMBER

SHIPPED TO DELPHI AUTOMOTIVE SYSTEMS

ADDRESS ~~3975 [illegible] DRIVE~~ 3900 Holland

CITY SAGINAW MI 48601-

SUSAN BROWN

DATE SHIPPED 9/11/2003

CUSTOMER'S ORDER NUMBER 90I2401

INVOICE NUMBER

SHIPPED VIA

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 300 | 150 | 01 26061697-06J SHAFT TUBES |

D Ebenhoeh

Ebenhoeh

HOW PACKED

RECD. BY

6164

# DELPHI AUTOMOTIVE SYSTEMS
## Purchase Request
Shaded areas are required fields

SB PO / REL No. S3526209
MBO / BL PO No.
PO# / Alt.

Req. No. PR397781

Supplier ANCON TOOL & DIE INC — Duns No. 606814059 — Fax No. (989) 755-0330
Address 1755 WICCO RD
SAGINAW MI 48601
Contact JOEL KARWAT (QUOTES) — Phone No. (989) 755-0328
Tax Code: — WO Type: — Number:

Date 02/06/2004 — APA Rec'd
Ship To PO 3PI
Rec./Notify Kristine DuCharme
Phone (989) 757-1262 — Mail/Plt — Fax
Deliver To 99 14 1

Require 03/01/2004
Promise
Effective
Expires

| Qty | U/M | Est Cost | Actual Cost | GC 2 | GL 4 | Dept 5 | Sub Acct 5 | Comp 3 | Loc 3 | Prod 4 | Item ID/Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | PC | $ 164.25 | ( USA - United State ) | | | | WO K9SE01605 | | 50 % | E | 26115364 - 000 OUTER RACE |
| | | | | | | | WO K9SE01604 | | 50 % | P | |

GREEN MACHINE OD, ROUGH IN BALL TRACKS, MACHINE PRE-ROLL AND PRE-THREAD DIMS PER SPLINE SPEC. DELPHI TO ROLL SPLINES, THREADS AND HEAT TREAT. HARD TURN OD, FINISH GRIND BEARING SURFACES, MACHINE BALL GROOVES AND ZIESS INSPECT 3 PIECES

| Qty | U/M | Est Cost | Actual Cost | | | | Sub Acct | | Loc | Prod | Item ID/Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LT | $ 450.00 | ( USA - United State ) | | | | WO K9SE01605 | | 50 % | E | SET-UP - 000 SET-UP CHARGE |
| | | | | | | | WO K9SE01604 | | 50 % | P | |

Total Actual Cost $ 4,063.50 ( USA - United State )

S3526309

ENTERED FEB 1 2 2004

Total Est. Cost

Inspection Requirement: Full GP-11
Technical Specification: Single Supplier - Complete Blueprint
Tech Plan Details:

Clauses

Must Be Complete: Is a Substitute Material or Supplier Acceptable
Yes ☐
No ☑ Must Provide Justification

*BLANKET HOLDER - BLANKET DOES NOT ALLOW FOR RUSH DELIVERY COSTS*

Buyer — Date
Purchasing Manager — Date

Program: Chrysler — Quote No. — Shipper
Service Approved / Completed — FOB Destination
APA Rec'd Services — Pay Terms MNS-2

| Originator | Phone | Haz'd Mat'l Appr. | Acct. Appr. Date | Approval Date | Approval Date |
|---|---|---|---|---|---|
| PAQUETTE, ROBERT JR | (989) 757-9159<br>99181 | | | | |

DAS 2207 0199

COPY - EXPEDITOR



*A Division of H. E. Services*

***PROTOTYPE & MACHINE***

1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

SHIPPER NUMBER 029710

710-6726

S.O. NUMBER

SHIPPED TO DELPHI AUTOMOTIVE SYSTEMS

DATE SHIPPED 3/12/2004

ADDRESS 2975 NODULAR DRIVE

CUSTOMER'S ORDER NUMBER S3S26309

CITY SAGINAW MI 48601-

INVOICE NUMBER

KAREN BISHOP

SHIPPED VIA

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION |
|---|---|---|
| 22 | 8 | 397781 01 26115364-000 OUTER RACE |
| 1 | 1 | 397781 02 NPN-00 SET-UP CHARGE |

RECEIVED
DELPHI SAGINAW STEERING SYSTEMS
MAR 15 2004
PROTOTYPE CENTER
BY

HOW PACKED

RECD. BY

*ANCON PROTOTYPE MACHINE*
*1755 WICCO ROAD*
*SAGINAW, MI 48601*
*SAGINAW*

Voice: 989-755-0328

Fax: 989-755-0330

# Invoice

Invoice Number:
451

Invoice Date:
Mar 12, 2004

Page:
1

Sold To:
DELPHI PROTOTYPE OPERATIONS
3900 E. HOLLAND RD
SAGINAW, MI 48601
USA

Ship to:
2975 NODULAR DR.
SAGINAW, MI 48601
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| DELPHI | S3S26309 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | 3/12/04 | 4/11/04 |

| Quantity | Item | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|---|
| | | 6726 - 29710 | | | |
| 8.00 | | 01 .01 26115364 OUTER RACE | 164.25 | 1,314.00 | |
| 1.00 | | 02 NPN SET UP CHARGE | 450.00 | 450.00 | |

| | |
|---|---|
| Subtotal | 1,764.00 |
| Total Invoice Amount | 1,764.00 |
| Payment/Credit Applied | |
| **TOTAL** | 1,764.00 |

DELPHI

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601 US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000 US

# PURCHASE ORDER: S2S45116

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

7622089700 Plant 5

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | Buyer |
|---|---|
| 10/16/03 | 989-757-4048<br>S RUDZINSKI<br>S12 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY<br>USD DOLLAR (UNITED STATES) | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | |
| [illegible] | Amt Used | Invoice Date | | | | |
| 00001 | 9000 | PR393213 001 | 10/31/03 B 0.00% | 1.0000 | | DOL |
| 8688.89 | 310.11 | 4951 11-24-03 | LEAD DESIGNER - SPLINE HELIX ENDING ROLLING HEAD | | | |
| | | | DESIGN IMPROVEMENTS. | | | |
| 7944.39 | 745.5 | 5189 11-30-03 | WHO ORDERED: D.BRAUN/757-5544 | | | |
| 6675.99 | 1268.4 | 5436 12-7-03 | | | | |
| 6591.99 | 84.00 | 5697 12-14-03 | ALL INVOICES MUST BE SENT TO: D.BRAUN/757-5544<br>AT DELPHI SAGINAW TO INSURE | | | |
| 5898.99 | 693.00 | 5921 LW 12-21 12-21 | PAYMENT. FAILURE TO DO SO MAY RESULT<br>IN NON-PAYMENT OF INVOICES. PURCHASE ORDER | | | |
| 4680.99 | 1218.00 | LW 01-11 1-11-04 | NUMBER AND APPROPRIATE ITEM IDENTIFICATION<br>NUMBERS MUST APPEAR ON ALL INVOICES. (IN) | | | |
| 4155.99 | 525.00 | 6307 1-11-04 | *RIGHT TO AUDIT* (ZH) | | | |
| 3945.99 | 210.00 | 6517 1-18-04 | BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF<br>GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT | | | |
| 2769.99 | 1176.00 | 118 1-25-04 | ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING<br>CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | |
| 1803.99 | 966.00 | 125 2-1-04 | IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | |
| 543.99 | 1260.00 | 153 2-8-04 | AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR<br>A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. | | | |
| 18.99 | 525.00 | 163 2-15-04 | *****************SALES TAX CODES****************(TX)<br>PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS | | | |

A000798 USER STEPHEN PARKS ORIGINAL

CONTINUE PAGE 2