DELPHI

# PURCHASE ORDER: S2S45116

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601 US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000 US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 14-423-0695

TO:
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

ORDER DATE: 10/16/03
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

989-757-4048
S RUDZINSKI
S12
Buyer

PURCHASING AGENT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT
SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|
| | | | PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO NOT CHARGE US SALES TAX. | | | |

SALES TAX EXEMPTION CERTIFICATES
ALABAMA 805 OHIO 9S-002667
GEORGIA 300-45870-B TEXAS 1-38-3431131-1
INDIANA 1018702130011 WISCONSIN WDP-99-01-010037
KANSAS 98-003A MICHIGAN 38-3431131
MISSISSIPPI APPLIED FOR NEW JERSEY APPLIED FOR
NEW YORK DP-3487

FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT CONTACT THE BUYER UNLESS SUPPLIER RELATIONS INSTRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC)

**************NOTICE TO CONTRACTORS***********(CF)
THIS FACILITY HAS CONFINED SPACES WHICH REQUIRE A WRITTEN PERMIT PRIOR TO ENTRY IN ACCORDANCE WITH THE OSHA STANDARD FOR PERMIT- REQUIRED CONFINED SPACES (29 CFR1910.146) ENTRY PROCEDURES FOR THESE SPACES HAVE BEEN DEVELOPED AND ARE CONTAINED IN THE CONFINED SPACE ENTRY PROGRAM DEVELOPED FOR THIS FACILITY AND MUST BE FOLLOWED. IF YOU HAVE ANY QUESTIONS ABOUT THIS INFORMATION CONTACT THE DELPHI SAGINAW HEALTH & SAFETY DEPT. AT (517) 757-4348.

QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE

CONTINUE PAGE 3

DELPHI

# PURCHASE ORDER: S2S45116

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601 US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000 US

VENDOR NUMBER 14-423-0695

TO:
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 10/16/03
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

989-757-4048
S RUDZINSKI
S12 — Buyer

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|
| | | | NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. (QO) | | | |
| | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

A000798 USER STEPHEN PARKS

ORIGINAL

LAST PAGE

SMDL03 01/15/2003

# SHIPPER/INVOICE

HES
H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States
Attn: Dan Braun

**INVOICE:** LW 01-11

**P.O. Number** S2S45116

**HES CONTACT:** Amy Pumpera

**DATE:** 12/17/2003

**DESCRIPTION:**

For the Period: [01/05/2004 through 01/11/2004]

| ITEM CODE | PROJECT | AMOUNT |
|---|---|---|
| PR393213 001 | 7622089700 - T&M for Larry Wehner | $1,218.00 |
| | TOTAL AMOUNT | $1,218.00 |

FAXED 4/8/04

4/8/04 -
Jody - I haven't received payment as of 4/8/04
Can you please look into it for me -
Thank You - Amy Pumpera
8107434900
ext 203

**Remit Payment To:**

c/o Comerica
Department # 274201
PO BOX 67000
Detroit, MI 48267-2742
H.E. Services

**Received By:** ______________________

**Date:** 12/17/03

Staffing
H E Services
225 E Morley Dr
Saginaw, MI 48601
USA
Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 117
Invoice Date: Jan 19, 2004
Page: 1

Sold To:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

Ship to:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45116 | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|---|
| 2.00 | Labor | Lead Designer - Spline helix ending rolling head design improvements. PR393213-001 | 42.00 | 84.00 | 20897 |
| 8.00 | Labor | | 42.00 | 336.00 | 20897 |
| 8.00 | Labor | | 42.00 | 336.00 | 20897 |
| 8.00 | Labor | | 42.00 | 336.00 | 20897 |
| 8.00 | Labor | | 42.00 | 336.00 | 20897 |

Check/Credit Memo No:

Total Invoice Amount 1,428.00

**Remit Payment To:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: ______________________

Date: ______________________

# SHIPPER/INVOICE

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States
Attn: Dan Braun

INVOICE: 6517

P.O. Number S2S45116

HES CONTACT: Amy Pumpera

DATE: 01/21/2004

**DESCRIPTION:**
For the Period: [01/12/2004 through 01/18/2004]

| ITEM CODE | PROJECT | AMOUNT |
|---|---|---|
| PR393213 001 | 7622089700 - T&M for Larry Wehner | $210.00 |
| | TOTAL AMOUNT | $210.00 |

**Remit Payment To:**
H.E. Services
c/o Comerica
Department # 274201
PO BOX 67000
Detroit, MI 48267-2742

Received By: [signature]

Date: 2/2/04

Invoice Attachment 006517
Project/Wrk Ordr 76-2-20897-00

Delphi

Page 1 of 1

# Invoice Attachment

Project/Wrk Ordr Larry Wehner
Lead Designer - Spline helix ending rolling head design improvements

Task Lead Designer

| | | | Current Hours | Rate | Current Amount |
|---|---|---|---|---|---|
| Labor: | | | | | |
| Engineer IV | LARRY WEHNER<br>76 w/e 1/18/04 | 1/18/2004 | 34.00 | 42.00 | 1,428.00 |
| Labor: | | | 34.00 | | 1,428.00 |
| Subtotal Task | Lead Designer | | | | 1,428.00 |
| Subtotal Project/Wrk Ordr | Larry Wehner | | | | 1,428.00 |

**Staffing**
**H E Services**
**225 E Morley Dr**
**Saginaw, MI 48601**
**USA**
Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 116
Invoice Date: Jan 12, 2004
Page: 1

Sold To:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

Ship to:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45116 | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|---|
| 9.50 | Labor | Lead Designer - Spline helix ending rolling head design improvements. PR393213-001 | 42.00 | 399.00 | 20897 |
| 8.00 | Labor | | 42.00 | 336.00 | 20897 |
| 8.00 | Labor | | 42.00 | 336.00 | 20897 |
| 8.00 | Labor | | 42.00 | 336.00 | 20897 |
| 8.00 | Labor | | 42.00 | 336.00 | 20897 |

Check/Credit Memo No:

Total Invoice Amount 1,743.00

**Remit Payment To:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: ______________________

Date: ______________________

# SHIPPER/INVOICE

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States
Attn: Dan Braun

INVOICE: 6307

P.O. Number S2S45116

HES CONTACT: Amy Pumpera

DATE: 01/14/2004

**DESCRIPTION:**

For the Period: [01/05/2004 through 01/11/2004]

| ITEM CODE | PROJECT | AMOUNT |
|---|---|---|
| PR393213 001 | 7622089700 - T&M for Larry Wehner | $525.00 |
| | TOTAL AMOUNT | $525.00 |

**Remit Payment To:**
H.E. Services
c/o Comerica
Department # 274201
PO BOX 67000
Detroit, MI 48267-2742

Received By: [signature]

Date: 2-3-04

Ancon Pg 9 of 20

DELPHI

# PURCHASE ORDER: S2S45340

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601 US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000 US

VENDOR NUMBER 14-423-0695

TO: HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE 10/30/03 | S RUDZINSKI 989-757-4048 | S12 Buyer
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE
PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | |
| 00001 | 9000 | PR382566 001 | 11/28/03 B 0.00% | 1.0000 | | DOL |
| 7887 | 1113.00 | 164 2-15-04 | LEAD DESIGNER - SPLINE HELIX END ROLLING HEAD DESIGN IMPROVEMENTS | | | |
| 0228 | 1659.00 | 175 2-22-04 | WHO ORDERED: D.BRAUN/757-5544 | | | |
| 4506 | 1722.00 | 184 2-29-04 | ALL INVOICES MUST BE SENT TO: D.BRAUN/757-5544 | | | |
| | 1522.50 | 192 3-7-04 | AT DELPHI SAGINAW TO INSURE | | | |
| | 777.00 | 195 3-14-04 | PAYMENT. FAILURE TO DO SO MAY RESULT | | | |
| 527.00 | 1680.00 | 201 3-21-04 | IN NON-PAYMENT OF INVOICES. PURCHASE ORDER | | | |
| 153.00 | 1680.00 | 213 3-28-04 | NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) | | | |

*RIGHT TO AUDIT* (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*****************SALES TAX CODES****************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS

A000808 USER STEPHEN PARKS ORIGINAL

CONTINUE PAGE 2

DELPHI

# PURCHASE ORDER: S2S45340

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601 US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000 US

VENDOR NUMBER 14-423-0695

TO:
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | 10/30/03 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

989-757-4048
S RUDZINSKI
S12
Buyer
PURCHASING AGENT

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|
| | | | PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO NOT CHARGE US SALES TAX.<br>SALES TAX EXEMPTION CERTIFICATES<br>ALABAMA 805 OHIO 9S-002667<br>GEORGIA 300-45870-B TEXAS 1-38-3431131-1<br>INDIANA 1018702130011 WISCONSIN WDP-99-01-010037<br>KANSAS 98-003A MICHIGAN 38-3431131<br>MISSISSIPPI APPLIED FOR NEW JERSEY APPLIED FOR<br>NEW YORK DP-3487<br>FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT CONTACT THE BUYER UNLESS SUPPLIER RELATIONS INSTRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC)<br>**************NOTICE TO CONTRACTORS***********(CF)<br>THIS FACILITY HAS CONFINED SPACES WHICH REQUIRE A WRITTEN PERMIT PRIOR TO ENTRY IN ACCORDANCE WITH THE OSHA STANDARD FOR PERMIT- REQUIRED CONFINED SPACES (29 CFR1910.146) ENTRY PROCEDURES FOR THESE SPACES HAVE BEEN DEVELOPED AND ARE CONTAINED IN THE CONFINED SPACE ENTRY PROGRAM DEVELOPED FOR THIS FACILITY AND MUST BE FOLLOWED. IF YOU HAVE ANY QUESTIONS ABOUT THIS INFORMATION CONTACT THE DELPHI SAGINAW HEALTH & SAFETY DEPT. AT (517) 757-4348.<br>QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE | | | |

A000808 USER STEPHEN PARKS

ORIGINAL

CONTINUE PAGE 3

SMDL03 01/15/2003

DELPHI

# PURCHASE ORDER: S2S45340

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601 US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000 US

VENDOR NUMBER 14-423-0695

TO:
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 989-757-4048 |
|---|---|
| 10/30/03 | S RUDZINSKI |
| ALTERATION ISSUE DATE | S12 Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|
| | | | NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. (QO) | | | |
| | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | |

A000808 USER STEPHEN PARKS

ORIGINAL

LAST PAGE

SMDL03 01/15/2003

Staffing
H E Services
225 E Morley Dr
Saginaw, MI 48601
USA
Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 192

Invoice Date: Mar 10, 2004

Page: 1

Sold To:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

Ship to:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | s2s45340 | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|---|
| 8.75 | Labor | Larry Wehner-Lead Designer-Spine Helix and Rolling Head Design Improvements. PR382566-001 | 42.00 | 367.50 | 20897 |
| 9.00 | Labor | | 42.00 | 378.00 | 20897 |
| 9.00 | Labor | | 42.00 | 378.00 | 20897 |
| 9.50 | Labor | | 42.00 | 399.00 | 20897 |

Check/Credit Memo No:

Total Invoice Amount 1,522.50

Remit Payment To:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: ____________________

Date: ____________________

**Staffing**
**H E Services**
**225 E Morley Dr**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015

Fax: (989) 753-7703

# Invoice

Invoice Number: 200

Invoice Date: Mar 15, 2004

Page: 1

Sold To:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

Ship to:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45340 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| | Larry Wehner | | 777.00 | |

Check/Credit Memo No:

Total Invoice Amount 777.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: ______________________

Date: ______________________

Staffing
H E Services
225 E Morley Dr
Saginaw, MI 48601
USA
Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 195

Invoice Date: Mar 17, 2004

Page: 1

Sold To:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

Ship to:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45340 | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|---|
| 9.75 | Labor | Larry Wehner-Lead Desginer-Spine Helix and Rolling Head Design Improvements. PR382566-001 | 42.00 | 409.50 | 20897 |
| 8.75 | Labor | | 42.00 | 367.50 | 20897 |

Check/Credit Memo No:

Total Invoice Amount 777.00

**Remit Payment To:**
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: ____________________

Date: ____________________

Ancon Pg 16 of 20

# Invoice

**Staffing**
**H E Services**
**225 E Morley Dr**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

Invoice Number: 213
Invoice Date: Mar 29, 2004
Page: 1

Sold To:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

Ship to:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45166 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| | Larry Wehner-Lead Designer-Gear/Spline Development on Assis. Mech. PR 372733-001 | | 1,680.00 | 20897 |

Total Invoice Amount 1,680.00

Check/Credit Memo No:

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: ______________________

Date: ______________________

Staffing
H E Services
225 E Morley Dr
Saginaw, MI 48601
USA
Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 201

Invoice Date: Mar 24, 2004

Page: 1

Sold To:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

Ship to:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45166 | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|---|
| 9.00 | Labor | Larry Wehner-Lead Designer-Gear/Spline Development on Assist Mech. PR372733-001 | 42.00 | 378.00 | 20897 |
| 4.50 | Labor | | 42.00 | 189.00 | 20897 |
| 9.50 | Labor | | 42.00 | 399.00 | 20897 |
| 9.50 | Labor | | 42.00 | 399.00 | 20897 |
| 7.50 | Labor | | 42.00 | 315.00 | 20897 |

Check/Credit Memo No:

Total Invoice Amount 1,680.00

Remit Payment To:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: ____________________

Date: ____________________

**Staffing**
**H E Services**
**225 E Morley Dr**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015

Fax: (989) 753-7703

# Invoice

Invoice Number: 202

Invoice Date: Mar 22, 2004

Page: 1

Sold To:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

Ship to:
Delphi
3900Holland Ave
Saginw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45166 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| | Larry Wehner | | 1,680.00 | |

Check/Credit Memo No:

Total Invoice Amount 1,680.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: ______________________

Date: ______________________