# DELPHI

**PURCHASE ORDER:** S2S45533

PAGE 1

SMDL03 01/15/2003

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT: 989-757-4048
Buyer: S RUDZINSKI S12

ORDER DATE: 11/11/03
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP VIA: SEE BELOW

DELPHI SAGINAW STEERING SYSTEM

VENDOR NUMBER 14-423-0695
TO: THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

276-0148 (handwritten)

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | F.O.B. SHIPPING POINT | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | DESTINATION UNLESS OTHERWISE INDICATED | TAX CODE/ % | PRICE UNIT MULTIPLE/MEASURE | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00001 | 9000 -153.00 3847 (hw) | PR382567 001 213 3/30/04 (hw) | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES)  THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034  LEAD DESIGNER - SPLINE HELIX AND ROLLING HEAD DESIGN IMPROVEMENTS. WHO ORDERED: D.BRAUN/757-5544  ALL INVOICES MUST BE SENT TO: D.BRAUN/757-5544 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. ***************SALES TAX CODES***************(TX) PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS | | 11/28/03 | B | 0.00% | 1.0000 | |

CONTINUE PAGE 2

A000816 USER STEPHEN PARKS ORIGINAL

# DELPHI

**PURCHASE ORDER:** S2S45533

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

| ORDER DATE | 989-757-4048 |
|---|---|
| 11/11/03 | S RUDZINSKI Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 14-423-0695
TO: THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO NOT CHARGE US SALES TAX. SALES TAX EXEMPTION CERTIFICATES ALABAMA 805 OHIO 9S-002667 GEORGIA 300-45870-B TEXAS 1-38-3431131-1 INDIANA 101870213001 WISCONSIN WDP-99-01-010037 KANSAS 98-003A MICHIGAN 38-3431131 MISSISSIPPI APPLIED FOR NEW JERSEY APPLIED FOR NEW YORK DP-3487 FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN- STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC) **********NOTICE TO CONTRACTORS***********(CF) THIS FACILITY HAS CONFINED SPACES WHICH REQUIRE A WRITTEN PERMIT PRIOR TO ENTRY IN ACCORDANCE WITH THE OSHA STANDARD FOR PERMIT-REQUIRED CONFINED SPACES (29 CFR1910.146) ENTRY PROCEDURES FOR THESE SPACES HAVE BEEN DEVELOPED AND ARE CONTAINED IN THE CONFIN- ED SPACE ENTRY PROGRAM DEVELOPED FOR THIS FACILITY AND MUST BE FOLLOWED. IF YOU HAVE ANY QUESTIONS ABOUT THIS INFORMATION CONTACT THE DELPHI SAGINAW HEALTH & SAFETY DEPT. AT (517) 757-4348. QUANTITY SHOWN ON THIS ORDER IS APPROXIMATE AND ARE | | | | | |

CONTINUE PAGE 3

ORIGINAL

A000816 USER STEPHEN PARKS

SMDL03 01/15/2003

# DELPHI

**PURCHASE ORDER:** S2S45533

PAGE 3

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | |
|---|---|
| 11/11/03 | 989-757-4048 |
| ALTERATION ISSUE DATE | S RUDZINSKI  Buyer |
| | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 14-423-0695
TO: THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA | |
|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | NOT TO BE CONSTRUED AS REPRESENTING A COMMITMENT BY BUYER TO PURCHASE THESE QUANTITIES. (QO) | | | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

LAST PAGE

ORIGINAL

A000816 USER STEPHEN PARKS

SMDL03 01/15/2003

**Staffing**
**H E Services**
**225 E Morley Dr**
**Saginaw, MI  48601**
**USA**

Voice:  (989) 753-9015
Fax:    (989) 753-7703

# Invoice

Invoice Number:
  217

Invoice Date:
  Apr 4, 2004

Page:
  1

Duplicate

Sold To:
  Delphi
  3900Holland Ave
  Saginw, MI  48601
  USA

Ship to:
  Delphi
  3900Holland Ave
  Saginw, MI  48601
  USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45533 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 7.00 |  | 42.00 | 294.00 | 20897 |
| 5.75 |  | 42.00 | 241.50 | 20897 |
| 9.25 |  | 42.00 | 388.50 | 20897 |
| 8.50 |  | 42.00 | 357.00 | 20897 |
| 8.50 |  | 42.00 | 357.00 | 20897 |
|  | PR382567 001 |  |  |  |
|  | LARRY WEHNER - LEAD DESIGNER  - SPLINE HELIX AND ROLLING HEAD DESIGN IMPROVEMENTS. |  |  |  |

Check/Credit Memo No:

Total Invoice Amount       1,638.00

Authorized By: _____

Date: _____

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400



5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

# INVOICE

| | |
|---|---|
| Invoice No. | 71I0000131 |
| Date | 9/5/2003 |
| Order No. | 71O0000209 |
| Shipper ID | 71S0000138 |

| BILL TO: | SHIP TO: |
|---|---|
| Delphi<br>3900 Holland Ave<br>Saginaw, MI 48601 | Delphi<br>3900 Holland Ave<br>Saginaw, MI 48601 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Truck | Truck | MATT BURK | PR333446-001 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 8/19/2003 | NET 30 DAYS | 29117 | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 71-5501NA-00 | 1.0000 | EA | 1.0000 | 0.0000 | 6,537.000 | 0.00 | 6,537.000 |
| F-2675-501 NET ASSIST TEST | | | | | | | |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 6,537.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 6,537.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **6,537.00** |

# ANCON
### PROTOTYPE & MACHINE
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

**SHIPPER NUMBER** 029117

710-4344

**S.O. NUMBER**

**SHIPPED TO** H.E.S. - TECH CENTER
**ADDRESS** 225 E. MORLEY DR.
**CITY** SAGINAW    MI    48601-
MATT BURK

**DATE SHIPPED** 9/05/2003
**CUSTOMER'S ORDER NUMBER** PR333446-001
**INVOICE NUMBER**
**SHIPPED VIA**

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | |
|---|---|---|---|
| 1 | 1 | 01  F-2675-501  NET ASSIST TEST | 6537 |

**HOW PACKED**   [signature]       **RECD. BY**

6537


Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400



5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

**INVOICE**

| | |
|---|---|
| Invoice No. | 71I0000149 |
| Date | 9/12/2003 |
| Order No. | 71O0000255 |
| Shipper ID | 71S0000150 |

**BILL TO:**
Delphi
3900 Holland Ave
Saginaw, MI 48601

**SHIP TO:**
Delphi
3900 Holland Ave
Saginaw, MI 48601

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Truck | Truck | | 9OI2401 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 9/11/2003 | NET 30 DAYS | 29134/47 | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 71-69706J-00 | 720.0000 | EA | 300.0000 | 420.0000 | 6.000 | 0.00 | 1,800.000 |
| 26061697-06J SHAFT, TUBE | | | | | | | |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 1,800.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 1,800.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **1,800.00** |



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400



5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

# INVOICE

| | |
|---|---|
| Invoice No. | 71I0000166 |
| Date | 9/16/2003 |
| Order No. | 71O0000255 |
| Shipper ID | 71S0000171 |

| BILL TO: | SHIP TO: |
|---|---|
| Delphi<br>3900 Holland Ave<br>Saginaw, MI 48601 | Delphi<br>3900 Holland Ave<br>Saginaw, MI 48601 |

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Truck | Truck | | 9OI2401 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 9/11/2003 | NET 30 DAYS | 29154/61/7 | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 71-69706J-00 | 720.0000 | EA | 420.0000 | 0.0000 | 6.000 | 0.00 | 2,520.000 |
| 26061697-06J SHAFT, TUB | | | | | | | |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 2,520.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 2,520.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **2,520.00** |

DELPHI AUTOMOTIVE SYSTEMS
GLOBAL PURCHASING CENTRO 3
PLUTARCO ELIAS CALLES 1210
COL POVISSIR CHAMIZAL
CD. JUAREZ      CHIH
SAGINAW    MI
48601    FAX (517) 755-0328

SHIP TO : DELPHI AUTOMOTIVE SYSTEMS S.A.
DE C.V.
48 WALTER JONES BLVD.
BLDG. "B" DOCK 87 & 8B
EL PASO, TX.
79906

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS S.A.
DE C.V.
P.O. BOX 981012
EL PASO TX. 79998-1012

# ORDER :    57N11052

REVISION    00001
This Order Number must appear on all correspondence, invoices, packing slips, shipping papers and containers, in addition containers must indicate building to which delivery is to be made.

VENDOR : DD 608814059
ANCON PROTOTYPE MACHINE
1755 WICCO

BUYER
Q5 ANGELICA CARBAJ 656 629 70 00
REVISION DATE
AUTHORIZED:

SEND TO :
LETICIA GONZALEZ    57962

| ORDER DATE : 11/18/2003 | REQ. ORDER: 00051910 | SHIPMENT VIA NO FREIGHT | PAYMENT CONDITIONS 2ND DAY 2ND MONTH | | | |
|---|---|---|---|---|---|---|
| ITEM | QUANTITY ORDERED | M.U. | PART NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE | PROM DATE |
| 0001 | 10.000 | PCS | | C/G OUTER RACE P/N SX084880 REV. 000 MACHINE WITH MILLING OPERATION ON BALL GROOVES ACCORDING DRAWING EX-CELLO (5 AXES) MACHINE. -MATERIAL PROVIDED BY DELPHI CTA. CONT :    5N8390007050094300000000000 | 228.0000 | 2280.0000 | 121003 |
| 0002 | 1.000 | PCS | | SET UP CHARGE CTA. CONT :    5N8390007050094300000000000 | 350.0000 | 350.0000 | 121003 |
| 0003 | 0.000 | | | GP-11 REQUIRED INSPECTION PROGRAM, C/V OUTERRACE P/N SX084880 | 0.0000 | 0.0000 | |
| 0004 | 1.000 | PCS | | CTA. CONT :    5N8390007050094300000000000 * TAX EXEMPTION NUMBER   3-82045-5708-6 | 800.0000 | 800.0000 | 121803 |

DEAR SUPPLIER:
A PROPERLY COMPLETED CERTIFICATE OF ORIGIN, NAFTA CERTIFICATE (CUSTOMS FORM 434) IS REQUIRED TO BE INCLUDED WITH THE SHIPPING DOCUMENTS FOR THE MATERIAL ON THIS ORDER.

GP-11 SUBMISSION IS REQUIRED

SUBTOTAL    3430.0000
I.V.A.:    0.00000
TOTAL    3430.0000    USD

DO NOT OVERSHIP, OVERSHIPMENTS WILL BE RETURNED AT SUPPLIER'S EXPENSE
HZ23Z2    COMPQ0    12/15/2003 10:01 AM    P.A.G. 1/  1



Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400



5117 S. DORT HIGHWAY
FLINT, MI 48507
PHONE (810) 743-4900
FAX (810) 743-8400

# INVOICE

| | |
|---|---|
| Invoice No. | 71I0000393 |
| Date | 12/16/2003 |
| Order No. | 71O0000407 |
| Shipper ID | 71S0000403 |

**BILL TO:**
Delphi
3900 Holland Ave
Saginaw, MI 48601

**SHIP TO:**
Delphi
3900 Holland Ave
Saginaw, MI 48601

PAGE 1

| F.O.B. POINT | SHIP VIA | ORDERED BY | CUSTOMER P.O. NO. |
|---|---|---|---|
| FOB Truck | Truck | LETICIA GONZALEZ | 57N11052 |

| ORDER DATE | TERMS | PARADOX SHIPPER | SITE |
|---|---|---|---|
| 11/24/2003 | NET 30 DAYS | 29461 | 71MN |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | QTY BO | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|---|
| 71-880000-00 | 10.0000 | EA | 10.0000 | 0.0000 | 228.000 | 0.00 | 2,280.000 |
| SX084880-000 C/G OUTER RACE | | | | | | | |

**REMIT PAYMENT TO:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

| | |
|---|---|
| Sales Total | 2,280.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 2,280.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | **2,280.00** |

**ANCON**
*A Division of H. E. Services*

→ *PROTOTYPE & MACHINE*
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

SHIPPER NUMBER: 029461

S.O. NUMBER: 710-6598

SHIPPED TO: DELPHI AUTOMOTIVE SYSTEMS
ADDRESS: 32 CELERITY WAGON
CITY: EL PASO    TX   79906-
LETICIA GONZALEZ

DATE SHIPPED: 12/16/2003
CUSTOMER'S ORDER NUMBER: 57N11052
INVOICE NUMBER:
SHIPPED VIA: UPS RED

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | |
|---|---|---|---|
| 10 | 10 | .01  SX084880-000 C/G OUTER RACE P/N | 228.— |

HOW PACKED: 1 BOX
RECD. BY:

2280.—

6788

# DELPHI

# PURCHASE ORDER: S3S26879

PAGE 1

SMDL03 01/15/2003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on "Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

TO: VENDOR NUMBER 60-881-4059
ANCON PROTOTYPE MACHINE
E SERVICES CO
1755 WICCO RD
SAGINAW MI
48601

ORDER DATE: 03/25/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 989-757-3404
J SANBORN    S18
Buyer

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PURCHASING AGENT

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTI/UNIT MEAS |
| 00001 | 15 | PR400469 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES)<br><br>ROAD MAPPED DIMENSIONS WITH GP-11 WARRANT<br><br>SX085327-MP BALL TRIPOT REWORK FROM SX08532700MP WHO ORDERED: K.BISHOP/757-9166<br><br>*********SHIPPING AND ROUTING INSTRUCTIONS*********<br>LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR LESS IF PRACTICAL. PLANT NUMBER MUST BE ON LABEL, FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW<br><br>IF SHIPPING FROM---USE THESE CARRIERS:<br><br>MI,IN,IL,WI,OH      ALVAN MOTOR FRT<br>ON, (ONTARIO)        U.S.F.HOLLAND<br>ALL OTHER STATES     CENTRAL TRANSPORT<br><br>OVER 12,000 # --- CALL DELPHI SAGINAW TRANSPORTA-TION DEPARTMENT FOR CARRIER DESIGNATION (989)757-3509 OR (989)757-3510<br>LEAD TIME, WHETHER INITIATED BY SUPPLIER OR SAGINAW |  | 04/08/04 A | 0.00% | 33.0000 | EA |

CONTINUE PAGE 2

A000889  USER MELISSA L KALEYTA  ORIGINAL

# DELPHI

**PURCHASE ORDER:** S3S26879
PAGE 2
SMDL03 01/15/2003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3404
Buyer: J SANBORN
S18
PURCHASING AGENT

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

**VENDOR NUMBER** 60-881-4059
**TO:** ANCON PROTOTYPE MACHINE
H E SERVICES CO
1755 WICCO RD
SAGINAW MI
48601

**ORDER DATE:** 03/25/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

**SHIP VIA:** SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**F.O.B.** SHIPPING POINT — DESTINATION UNLESS OTHERWISE INDICATED

| PAYMENT TERMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTI/MEASURE |
|---|---|---|---|---|---|---|---|---|---|

MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY SAGINAW
PURCHASING VIA A PURCHASE ORDER ALTERATION.
ANY CHANGES IN DELIVERY DATE FOR ANY REASON
WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO
THE BUYER WITH DETAILED EXPLANATION.
THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE
ORDER. YOUR COMPANY IS NO LONGER REQUIRED TO SEND
INVOICES TO RECEIVE PAYMENT (DO NOT SEND INVOICES).
DELPHI-S WILL GENERATE PAYMENTS TO YOUR COMPANY BASED
UPON RECEIPT OF MATERIAL AT OUR CURRENT PRICE AND PAY
MENT TERMS. TO ENSURE PROMPT PAYMENT YOU WILL NEED TO
ADHERE TO THE FOLLOWING GUIDELINES:
1.  ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURC
HASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION
VIA BOTH PHONE AND FAX/LETTER. REFER TO BOTH THE PUR-
CHASE ORDER NUMBER AND THE ITEM NUMBER AND PUT ON
THE FAX OR LETTER.
2.  THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER
NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS SENT IN
WITH SHIPMENTS. IF PAYMENT DID NOT OCCUR 2ND DAY
2ND MONTH AFTER RECEIPT OF GOODS, COPIES SHOULD BE
MAILED TO THE "WHO ORDERED" PERSON AND THE "DELIVER
TO" PERSON REFERENCED ON THE ORDER.
3.  THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE
THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.
4.  DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON

CONTINUE PAGE 3

ORIGINAL

A000889  USER MELISSA L KALEYTA

# DELPHI

**PURCHASE ORDER:** S3S26879
PAGE 3

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601 US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601 US

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3404
J SANBORN
S18
Buyer
PURCHASING AGENT

ORDER DATE: 03/25/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA: SEE BELOW

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | PRICE MULTIPLE | UNIT MEAS | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | RECEIPT RECORDS. | | | | | | |

5. WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE 2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
6. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL THE PERSON DESIGNATED AS "WHO ORDERED" OR THE "DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE TO BEGIN.
7. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN ENTERED YOU CAN CALL "EAG DISBURSEMENTS" TO CHECK ON THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR OWN COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
*********************************************
EAG DISBURSEMENTS PHONE (248) 874-4636
*********************************************
IF IT BECOMES NECESSARY TO "BILL TO EAG DISBURSEMENT ANALYSIS: P.O. BOX 1550, FLINT, MI. 48501-1550.
PLEASE DO NOT BILL SALES TAX AS WE HAVE OUR OWN DIRECT PAY PERMITS. ALABAMA PERMIT NO. 224.
MICHIGAN PAY PERMIT ME3800440, NY. DP00036
ITEMS PRODUCED ON THIS ORDER TO BE IN COMPLIANCE WITH DELPHI PROTOTYPE MATERIAL PROCEDURE - GP11.
GP-11 SUBMISSION REQUIREMENTS ARE AT LEVEL "B" AND MANDATORY FOR THIS ORDER / RELEASE. FOR FURTHER INFORMATION CONTACT TROY ROHN AT (989) 757-3095.

CONTINUE PAGE 4

# DELPHI

**PURCHASE ORDER:** S3S26879

PAGE 4

| | |
|---|---|
| **SHIP TO:** | DELPHI SAGINAW STEERING SYS. (3PI) PROTOTYPE OPERATIONS<br>2975 NODULAR DR<br>SAGINAW MI 48601<br>US |
| **INVOICE TO:** | DELPHI AUTOMOTIVE SYSTEMS<br>PROTOTYPE OPERATIONS<br>3900 HOLLAND RD.<br>DEPT. 14<br>SAGINAW MI 48601<br>US |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601

VENDOR NUMBER 60-881-4059
TO: ANCON PROTOTYPE MACHINE
      E SERVICES CO
      1755 WICCO RD
      SAGINAW MI 48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE:** 989-757-3404
**Buyer:** J SANBORN  S18

**ORDER DATE:** 03/25/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

**SHIP VIA:** SEE BELOW

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number Is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**F.O.B.** SHIPPING POINT    DESTINATION UNLESS OTHERWISE INDICATED

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULT/UNIT OF MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ITEMS PRODUCED ON THIS ORDER SHALL BE COMPLIANT TO THE GUIDELINES OF THE GENERAL MOTORS PROCEDURE GP-11 "FOR SUPPLIERS OF MATERIAL FOR PRE-PROTOTYPE & PROTOTYPE GP-11". HOWEVER, DELPHI SAGINAW STEERING HAS SOME CUSTOMER SPECIFIC REQUIREMENTS THAT DIFFER FROM THE GM PROCEDURE. THE DELPHI SAGINAW STEERING CUSTOMER SPECIFIC REQUIREMENTS ARE: SUBMISSION LEVEL "B" IS REQUIRED (WARRANT, ROADMAPPED PRINT, MATERIAL CERTIFICATION, INSPECTION SUMMARY, AND PART NUMBER/ REV LEVEL AND JULIAN DATE SERIALIZATION).<br>  - MATERIAL CERTIFICATION(S) TO ACCOMPANY THE SHIPMENT WITH TEST DATA SHOWING COMPLIANCE.<br>  - EACH PART REQUIRES THE PART NUMBER, REVISION LEVEL AND SERIALIZATION USING THE JULIAN DATE (I.E. 1145-001), NOT THE "S-001" METHOD DESCRIBED WITHIN THE GM PROCEDURE. INSPECTION SHALL BE CONDUCTED ON A 3 PIECE RANDOM SAMPLE FOR EACH SHIPMENT. FOR PLASTIC INJECTED, RUBBER INJECTED AND CASTINGS, A COMPLETE INSPECTION IS REQUIRED ON 1 PIECE FROM EACH CAVITY OR DIE FROM THE SAME RUN.<br>  - IF THE PRINT REFERENCES A SPECIFICATION, A COPY OF THAT SPECIFICATION MUST BE INCLUDED WITH THE | | | | | |

CONTINUE PAGE 5