# DELPHI

## PURCHASE ORDER: S3S26309

PAGE 9

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE:** 989-757-3404
**Buyer:** J SANBORN    S18
PURCHASING AGENT

**ORDER DATE:** 02/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

**SHIP VIA:** SEE BELOW

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601    US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601    US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601    US

**TO:**
VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed an acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement made in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B.:** DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | UNIT MEAS | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|---|

PAYMENT, PLEASE INCLUDE SET-UP AND/OR TOOLING CHARGES ON YOUR PACKING SLIP WITH THEIR APPROPRIATE SEQUENCE/ITEM NUMBER WHEN MAKING THE FIRST SHIPMENT OF THE PARTS. DELPHI BUYER RESERVES THE RIGHT TO AUDIT ALL PERTINENT DOCUMENTS RELATING TO THE GOODS OR SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY. BUYER SHALL REIMBURSE SELLER THE LESSER OF (I) THE AMOUNT SPECIFIED IN THIS CONTRACT OR (II) SELLER'S ACTUAL COST FOR PURCHASED MATERIALS AND SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY. TOOLING BREAKDOWN: WHEN QUOTING TOOLS, GAGES OR FIXTURES PLEASE PROVIDE A COMPLETE BREAKDOWN OF TOOLS WITH ITEMIZED COSTS. REQUIREMENTS FOR THE BREAKDOWN ARE AS FOLLOWS: (1) ANY DESIGN/DEVELOPMENT COST MUST BE ITEMIZED SEPARATE FROM TOOL COSTS. (2) ANY PROTOTYPE TOOLS, GAGES OR FIXTURES THAT CAN BE USED IN PRODUCTION LATER MUST BE IDENTIFIED AS PRODUCTION INTENT TOOLS. THESE TOOLS WILL BE PAID BY PRODUCTION AFTER PPAP. (3) QUOTES WITHOUT PROPER DOCUMENTATION ARE SUBJECT TO NON-ACCEPTANCE. (4) PLEASE PROVIDE A COPY OF THE PROPOSED TOOLING SOURCES' QUOTE(S) WITH YOUR QUOTE. ANY DEVIATION FROM THE ABOVE REQUIREMENTS WILL ULTIMATELY DELAY ISSUANCE OF A

CONTINUE PAGE 10

ORIGINAL

A000859    USER MELISSA L KALEYTA

SMDL03 01/15/2003

# DELPHI

**PURCHASE ORDER:** S3S26309

PAGE 10

SMDL03 01/15/2003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601   US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601   US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601   US

VENDOR NUMBER 60-881-4059
TO: H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

PHONE: 989-757-3404
J SANBORN   Buyer
S18

ORDER DATE 02/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on an acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

SHIP VIA: SEE BELOW

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEA |
|---|---|---|---|---|---|---|---|---|---|
| | | | PURCHASE ORDER. TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

LAST PAGE

A000859   USER MELISSA L KALEYTA   ORIGINAL

**ANCON PROTOTYPE MACHINE**
**1755 WICCO ROAD**
**SAGINAW, MI 48601**
**SAGINAW**

Voice: 989-755-0328
Fax: 989-755-0330

# Invoice

Invoice Number:
512

Invoice Date:
Apr 11, 2004

Page:
1

Sold To:
DELPHI PROTOTYPE OPERATIONS
3900 E. HOLLAND RD
SAGINAW, MI 48601
USA

Ship to:
2975 NODULAR DR.
SAGINAW, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| DELPHI | S3S26309 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
|  | 6726 - 29772 |  |  |  |
| 5.00 | 01  26115364  OUTER RACE (GR MACH) | 164.25 | 821.25 |  |

Check/Credit Memo No:

Total Invoice Amount    821.25

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

6736

# DELPHI

**PURCHASE ORDER:** S3S26345 001
### ALTERATION ###

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

| ORDER DATE | 02/13/04 |
|---|---|
| ALTERATION ISSUE DATE | 03/29/04 |
| ALTERATION EFFECTIVE DATE | 03/29/04 |

**PHONE:** 989-757-3404
**Buyer:** J SANBORN S18

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

**VENDOR NUMBER** 60-881-4059
**TO:** H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B. DESTINATION UNLESS OTHERWISE INDICATED:** SHIPPING POINT
**SHIP VIA:** SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | UNIT MEAS | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | PRICE MULTIPLE | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY S3S26345 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S3B00059 | | | | | |
| | | | | REDUCE PRICE LINE ITEMS 001 THRU 003 TO $46.00 FROM $119.25 | | | | | |
| | | | | REDUCE PRICE LINE ITEM 004 TO $350 FROM $450 | | | | | |
| 00001 | 8 | Pc | PR397622 001 | ### THIS ITEM HAS BEEN CHANGED ### 26109488-02D INNER RACE WHO ORDERED: K.DUCHARME/757-1262 | | 03/10/04 | A 0.00% | | 46.0000 |
| 00002 | 8 | Pc | PR397622 002 | ### THIS ITEM HAS BEEN CHANGED ### 26109488-02D INNER RACE WHO ORDERED: K.DUCHARME/757-1262 | | 03/10/04 | A 0.00% | | 46.0000 |
| 00003 | 8 | Pc | PR397622 003 | ### THIS ITEM HAS BEEN CHANGED ### 26109488-02D INNER RACE WHO ORDERED: K.DUCHARME/757-1262 | | 03/10/04 | A 0.00% | | 46.0000 |

CONTINUE PAGE 2

0001146  USER MELISSA L KALEYTA  ORIGINAL  SMDL03 01/15/2003

# DELPHI

**PURCHASE ORDER:** S3S26345 001

PAGE: 2

### ALTERATION ###

### This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3404
J SANBORN  Buyer
S18
PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 02/13/04 | 03/29/04 | 03/29/04 |

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
TO: ANCON PROTOTYPE MACHINE
& SERVICES CO
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be on acknowledgment copy which should be returned to Buyer.
On the reverse side, hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 00004 | 1 | PR397622 004 | ### | THIS ITEM HAS BEEN CHANGED | ### | 03/10/04 | A 0.00% | 350.0000 | |
| | | | SET-UP-02D | SET-UP CHARGE | | | | | |
| | | | | WHO ORDERED: K.DUCHARME/757-1262 | | | | | |

LAST PAGE

ORIGINAL

0001146  USER MELISSA L KALEYTA

SMDL03 01/15/2003

**ANCON PROTOTYPE MACHINE**
**1755 WICCO ROAD**
**SAGINAW, MI 48601**
**SAGINAW**

Voice: 989-755-0328
Fax: 989-755-0330

# Invoice

Invoice Number: 513
Invoice Date: Apr 11, 2004
Page: 1

Sold To:
DELPHI PROTOTYPE OPERATIONS
3900 E. HOLLAND RD
SAGINAW, MI 48601
USA

Ship to:
2975 NODULAR DR.
SAGINAW, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| DELPHI | S3S26345 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
|  | 6736 - 29766 |  |  |  |
| 24.00 | 01-03 26109488 INNER RACE | 46.00 | 1,104.00 |  |
| 1.00 | 04 SET UP CHARGE | 350.00 | 350.00 |  |

Check/Credit Memo No:

Total Invoice Amount     1,454.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# ANCON
**A Division of P & B Services**
➤ PROTOTYPE & MACHINE
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

SHIPPER NUMBER: 029766

S.O. NUMBER: 710-6736

SHIPPED TO: DELPHI AUTOMOTIVE SYSTEMS
ADDRESS: 2975 NODULAR DRIVE
CITY: SAGINAW    MI    48601-
KRIS DUCHARME/CHRIS BENNER

DATE SHIPPED: 4/05/2004
CUSTOMER'S ORDER NUMBER: S3S26345
INVOICE NUMBER:
SHIPPED VIA:

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 8 | 8 | 397622 01   26109488-02D  INNER RACE |
| 8 | 8 | 397622 02   26109488-02D  INNER RACE |
| 8 | 8 | 397622 03   26109488-02D  INNER RACE |
| 1 | 1 | 397622 04   SET-UP-02D    SET-UP CHARGE |

HOW PACKED:
RECD. BY: Rec'd by Fax

6736

# DELPHI

## PURCHASE ORDER

PAGE 1

ORDER: S3S26346 001

### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

PHONE: 989-757-3404
Buyer: J SANBORN S18
PURCHASING AGENT

ORDER DATE: 02/13/04
ALTERATION ISSUE DATE: 03/29/04
ALTERATION EFFECTIVE DATE: 03/29/04

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

TO:
VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on an acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | UNIT OF MEASURE | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE PER MULTI |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ### | SPOT BUY S3S26346 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S3B00059 | | | | | |
| | | | | | REDUCE PRICE LINE ITEMS 001 THRU 003 TO $46.00 FROM $119.25 - PARTS HAVE BEEN SCRAPPED REDUCE PRICE LINE ITEM 004 TO $350 FROM $450 | | | | | |
| | | | | ### | THIS ITEM HAS BEEN CHANGED ### | | | | | |
| 00001 | 9 | PC | PR397623 001 | 26109489-06A OUTER RACE | MACHINE COMPLETE FROM DELPHI SUPPLIED SOLID MATERIAL (1050M) WHO ORDERED: K.DUCHARME/757-1262 | | 03/10/04 | A 0.00% | 46.0000 | C |
| | | | | ### | THIS ITEM HAS BEEN CHANGED ### | | | | | |
| 00002 | 9 | PC | PR397623 002 | 26109489-06A OUTER RACE | WHO ORDERED: K.DUCHARME/757-1262 | | 03/10/04 | A 0.00% | 46.0000 | C |
| | | | | ### | THIS ITEM HAS BEEN CHANGED ### | | | | | |
| 00003 | 7 | PC | PR397623 003 | 26109489-06A OUTER RACE | WHO ORDERED: K.DUCHARME/757-1262 | | 03/10/04 | A 0.00% | 46.0000 | PC |

CONTINUE PAGE 2

0001146   USER MELISSA L KALEYTA        ORIGINAL        SMDL03 01/15/2003

# DELPHI

**PURCHASE ORDER:** S3S26346 001
PAGE 2
### ALTERATION ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment and Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3404
J SANBORN  Buyer
S18
PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 02/13/04 | 03/29/04 | 03/29/04 |

SHIP VIA: SEE BELOW

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601    US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601    US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 60-881-4059
TO: H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE PER UNIT MULTI/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 00004 | 1 | PR397623 004 | | ### THIS ITEM HAS BEEN CHANGED ### SET-UP-06A SET-UP CHARGE WHO ORDERED: K.DUCHARME/757-1262 | | 03/10/04 | A 0.00% | 350.0000 | LT |

LAST PAGE

0001146  USER MELISSA L KALEYTA    ORIGINAL    SMDL03 01/15/2003

# ANCON PROTOTYPE MACHINE
**1755 WICCO ROAD**
**SAGINAW, MI 48601**
**SAGINAW**

Voice: 989-755-0328
Fax: 989-755-0330

# Invoice

Invoice Number: 514
Invoice Date: Apr 11, 2004
Page: 1

Sold To:
DELPHI PROTOTYPE OPERATIONS
3900 E. HOLLAND RD
SAGINAW, MI 48601
USA

Ship to:
2975 NODULAR DR.
SAGINAW, MI 48601
USA

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| DELPHI | S3S26346 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
|  | 6736 - 29767 |  |  |  |
| 25.00 | 001-003  26109489 - OUTER RACE | 46.00 | 1,150.00 |  |
| 1.00 | 004  SET UP CHARGE | 350.00 | 350.00 |  |

Check/Credit Memo No:

Total Invoice Amount: 1,500.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____
Date: _____



**A Division of H. E. Services**

**→ PROTOTYPE & MACHINE**
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

**029767**

SHIPPER NUMBER: 710-6736

S.O. NUMBER:

SHIPPED TO: DELPHI AUTOMOTIVE SYSTEMS
ADDRESS: 2975 NODULAR DRIVE
CITY: SAGINAW   MI   48601-
KRIS DUCHARME/CHRIS BENNER

DATE SHIPPED: 4/05/2004
CUSTOMER'S ORDER NUMBER: S3S26346
INVOICE NUMBER:
SHIPPED VIA:

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 9 | 9 | 397622 001 26109489-06A OUTER RACE |
| 9 | 9 | 397622 002 26109489-06A OUTER RACE |
| 7 | 7 | 397622 003 26109489-06A OUTER RACE |
| 1 | 1 | 397622 004 SET-UP-06A    SET-UP CHARGE |

HOW PACKED:
RECD. BY: Rec'd by Fax

# DELPHI

**PURCHASE ORDER:** S3S26379

PAGE 1

SMDL03 01/15/2003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3XI) PLT 3 - PROCUREMENT LAB
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

**VENDOR NUMBER** 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

6739

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 02/16/04 | | |

**PHONE:** 989-757-3404
**Buyer:** J SANBORN  S18
**PURCHASING AGENT**

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | UNIT OF MEASURE | PRICE MULTIPLIER | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| 00001 | 3 | PR392021 001 | F-1586-28 STUB SHAFT CLAMP WHO ORDERED: E.SAVAGE/757-3230 | | 03/31/04 | H  0.00% | pcs | | 391.0000 |

*********SHIPPING AND ROUTING INSTRUCTIONS*********
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL,
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW

IF SHIPPING FROM---USE THESE CARRIERS:

MI,IN,IL,WI,OH              ALVAN MOTOR FRT
ON, (ONTARIO)               U.S.F.HOLLAND
ALL OTHER STATES            CENTRAL TRANSPORT

OVER 12,000 #   --- CALL DELPHI SAGINAW TRANSPORTA-
TION DEPARTMENT FOR CARRIER DESIGNATION
(989)757-3509 OR (989)757-3510
LEAD TIME, WHETHER INITIATED BY SUPPLIER OR SAGINAW
MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY SAGINAW
PURCHASING VIA A PURCHASE ORDER ALTERATION.

CONTINUE PAGE 2

ORIGINAL

A000861  USER MELISSA L KALEYTA

# DELPHI

**PURCHASE ORDER:** S3S26379

PAGE 2

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3XI) PLT 3 - PROCUREMENT LAB
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

TO:
VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3404
Buyer: J SANBORN S18
PURCHASING AGENT

ORDER DATE: 02/16/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

SHIP VIA: SEE BELOW
F.O.B.: SHIPPING POINT
DESTINATION UNLESS OTHERWISE INDICATED

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTI/MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ANY CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO THE BUYER WITH DETAILED EXPLANATION. THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER. YOUR COMPANY IS NO LONGER REQUIRED TO SEND INVOICES TO RECEIVE PAYMENT (DO NOT SEND INVOICES). DELPHI-S WILL GENERATE PAYMENTS TO YOUR COMPANY BASED UPON RECEIPT OF MATERIAL AT OUR CURRENT PRICE AND PAYMENT TERMS. TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES: 1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION VIA BOTH PHONE AND FAX/LETTER. REFER TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER AND PUT ON THE FAX OR LETTER. 2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS SENT IN WITH SHIPMENTS. IF PAYMENT DID NOT OCCUR 2ND DAY 2ND MONTH AFTER RECEIPT OF GOODS, COPIES SHOULD BE MAILED TO THE "WHO ORDERED" PERSON AND THE "DELIVER TO" PERSON REFERENCED ON THE ORDER. 3. THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE. 4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON RECEIPT RECORDS. 5. WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE | | | | | |

CONTINUE PAGE 3

A000861    USER MELISSA L KALEYTA    ORIGINAL    SMDL03 01/15/2003

# DELPHI

**PURCHASE ORDER:** S3S26379

PAGE 3

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3X1) PLT 3 - PROCUREMENT LAB
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3404
J SANBORN — Buyer
S18
PURCHASING AGENT

ORDER DATE: 02/16/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTMEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED. | | | | | |

6. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND
MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL
THE PERSON DESIGNATED AS "WHO ORDERED" OR THE
"DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN
ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE
TO BEGIN.
7. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL "EAG DISBURSEMENTS" TO CHECK ON
THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR OWN
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
**********************************************************
EAG DISBURSEMENTS PHONE (248) 874-4636
**********************************************************
IF IT BECOMES NECESSARY TO "BILL TO EAG DISBURSEMENT
ANALYSIS: P.O. BOX 1550, FLINT, MI. 48501-1550.
PLEASE DO NOT BILL SALES TAX AS WE HAVE OUR OWN
DIRECT PAY PERMITS. ALABAMA PERMIT NO. 224.
MICHIGAN PAY PERMIT ME3800440, NY. DP00036
ITEMS PRODUCED ON THIS ORDER TO BE IN COMPLIANCE
WITH DELPHI PROTOTYPE MATERIAL PROCEDURE - GP11.
GP-11 SUBMISSION REQUIREMENTS ARE AT LEVEL "B" AND
MANDATORY FOR THIS ORDER / RELEASE. FOR FURTHER
INFORMATION CONTACT TROY ROHN AT (989) 757-3095.

ITEMS PRODUCED ON THIS ORDER SHALL BE COMPLIANT TO

CONTINUE PAGE 4

ORIGINAL

A000861 USER MELISSA L KALEYTA

SMDL03 01/15/2003

# DELPHI

## PURCHASE ORDER: S3S26379

PAGE 4

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3XI) PLT 3 - PROCUREMENT LAB
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3404
J SANBORN    Buyer
S18
PURCHASING AGENT

ORDER DATE: 02/16/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA: SEE BELOW

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
ANCON PROTOTYPE MACHINE
& SERVICES CO
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof is the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |

THE GUIDELINES OF THE GENERAL MOTORS PROCEDURE GP-11
"FOR SUPPLIERS OF MATERIAL FOR PRE-PROTOTYPE &
PROTOTYPE GP-11". HOWEVER, DELPHI SAGINAW STEERING
HAS SOME CUSTOMER SPECIFIC REQUIREMENTS THAT DIFFER
FROM THE GM PROCEDURE. THE DELPHI SAGINAW STEERING
CUSTOMER SPECIFIC REQUIREMENTS ARE: SUBMISSION LEVEL
"B" IS REQUIRED (WARRANT, ROADMAPPED PRINT, MATERIAL
CERTIFICATION, INSPECTION SUMMARY, AND PART NUMBER/
REV LEVEL AND JULIAN DATE SERIALIZATION).
- MATERIAL CERTIFICATION(S) TO ACCOMPANY THE
  SHIPMENT WITH TEST DATA SHOWING COMPLIANCE.
- EACH PART REQUIRES THE PART NUMBER, REVISION
  LEVEL AND SERIALIZATION USING THE JULIAN DATE
  (I.E. 1145-001), NOT THE "S-001" METHOD
  DESCRIBED WITHIN THE GM PROCEDURE.
- NUMBER ALL DIMENSIONS ON THE PRINT, INCLUDING
  NOTES TO CORRELATE WITH THE DIMENSIONAL SUMMARY
  INSPECTION SHEET. THE INSPECTION SHALL BE
  CONDUCTED ON A 3 PIECE RANDOM SAMPLE FOR EACH
  SHIPMENT. FOR PLASTIC INJECTED, RUBBER
  INJECTED AND CASTINGS, A COMPLETE INSPECTION
  IS REQUIRED ON 1 PIECE FROM EACH CAVITY OR DIE
  FROM THE SAME RUN.
- IF THE PRINT REFERENCES A SPECIFICATION, A COPY
  OF THAT SPECIFICATION MUST BE INCLUDED WITH THE
  SUBMISSION.

CONTINUE PAGE 5

ORIGINAL

# DELPHI

**PURCHASE ORDER:** S3S26379

PAGE 5

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3X1) PLT 3 - PROCUREMENT LAB
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

TO:
VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING AGENT

PHONE: 989-757-3404
J SANBORN  Buyer
S18

ORDER DATE: 02/16/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terrms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | PRICE UNIT MULTIPLIER MEASURE | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|

COMMON REQUIREMENTS ARE:
- ALL KEY PRODUCT CHARACTERISTICS (KPC'S AND STARRED* DIMENSIONS) MUST BE MEASURED ON ALL PARTS. INSPECTION RESULTS MUST BE RECORDED.
- OUT OF TOLERANCE SPECIFICATION DIMENSION(S) MUST BE CIRCLED. THE SUPPLIER MUST COMPLETE THE CORRECTIVE ACTION ON THE BACK OF THE WARRANT AND FAX IT TO THE APPROPRIATE DELPHI ENGINEER FOR REVIEW. IF ACCEPTABLE, THE PROCURING DELPHI ENGINEER MUST SIGN OFF ON THE BACK OF THE WARRANT TO ACCEPT THE DEVIATION(S) PRIOR TO SUBMITTING THE PARTS FOR SHIPMENT.
DELPHI SAGINAW STEERING REQUIREMENTS ARE SUMMARIZED IN A DOCUMENT TITLED "GP-11 MADE SIMPLE". THIS DOCUMENT MAY BE OBTAINED BY CONTACTING THE NUMBER BELOW. IF SUBMITTING A PPAP SUBMISSION IN PLACE OF A GP-11 SUBMISSION, THE PPAP MUST INCLUDE AN APPROVED WARRANT SIGNED BY THE CUSTOMER. YOU CANNOT SUBMIT A PPAP SUBMISSION THAT IS "PENDING APPROVAL" IN PLACE OF GP-11. PRODUCTION SUPPLIER MUST BE REGISTERED WITH COVISINT. ANY NON-COMPLIANCE TO THE REQUIREMENTS MAY RESULT IN THE ISSUANCE OF A PROBLEM REPORT AND RESOLUTION (PR & R). WHEN GP-11 LEVEL OF CERTIFICATION IS INDICATED, THE SUPPLIER MUST REVIEW THE STATUS OF GP-11 DOCUMENTATION WITH THE PROTOTYPE EXPEDITOR AND OBTAIN A RELEASE BEFORE

CONTINUE PAGE 6

ORIGINAL

# DELPHI

**PURCHASE ORDER:** S3S26379

PAGE 6

SMDL03 01/15/2003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable.
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3X1) PLT 3 - PROCUREMENT LAB
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

**VENDOR NUMBER** 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

| ORDER DATE | 02/16/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

**PHONE:** 989-757-3404
**Buyer,** J SANBORN  S18
**PURCHASING AGENT**

**SHIP VIA:** SEE BELOW
**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED  SHIPPING POINT

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ. NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTI / MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | MATERIAL IS SHIPPED. IF MATERIAL IS SHIPPED WITHOUT PROTOTYPE APPROVAL, THE SUPPLIER ACCEPTS RESPONSIBILITY FOR ALL TRANSPORTATION AND INSPECTION EXPENSES REQUIRED TO MEET THE ORIGINAL REQUIREMENT OF THE PURCHASE ORDER. IF THE ORDER IS FOR TOOLING, THE GP-11 REQUIREMENTS ARE NOT NECESSARY. IF YOU WOULD LIKE INFORMATION CONCERNING THE GP-11 REQUIREMENTS, CONTACT TROY ROHN AT DELPHI SAGINAW STEERING PROTOTYPE OPERATIONS AT 989-757-3095.<br><br>TERMS AND CONDITIONS PRINTED ON THE REVERSE SIDE OF THE PURCHASE ORDER AND THE REFERENCE TO TERMS AND CONDITIONS DATED JANUARY, 2001 ARE NOT VALID. DELPHI'S TERMS AND CONDITIONS CAN BE FOUND ON THE WEB SITE LISTED BELOW. SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY | | | | | |

CONTINUE PAGE 7

A000861   USER MELISSA L KALEYTA   ORIGINAL

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.