# DELPHI

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

TO:

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3X1) PLT 3 - PROCUREMENT LAB
3900 HOLLAND RD
SAGINAW MI
48601

US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

**PURCHASE**
**ORDER:** S3S26379

PAGE 7

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment). Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3404
J SANBORN
S18        Buyer

| ORDER DATE | |
| --- | --- |
| 02/16/04 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENCY

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement or understanding of any kind or in any manner relating to the subject matter hereof shall be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | SHIP VIA | | PRICE/UNIT MULT/MEAS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NET 2ND DAY OF 2ND MONTH | | | SHIPPING POINT | | | SEE BELOW | | |

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME | ITEM IDENTIFICATION NO. | DESCRIPTION | RFQ. NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL", THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS", FORMS, AND ADDITIONAL INFORMATION", AND THEN "DGP SUPPLIER GUIDELINES ATTACHMENT C, GENERAL TERMS AND CONDITIONS). SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.

*TOOLS - PROPERTY OF & RIGHT TO AUDIT*
ANY TOOLS MANUFACTURED/PROCURED SPECIFICALLY FOR THE PROCESSING OF THE PARTS(S) ON THIS PURCHASE ORDER ARE | | | | |

CONTINUE PAGE 8

A000861 USER MELISSA L KALEYTA          ORIGINAL

SMDL03 01/15/2003

# DELPHI

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

**PURCHASE ORDER:** S3S26379

PAGE 8

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips.
Invoice.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3XI) PLT 3 - PROCUREMENT LAB
3900 HOLLAND RD.
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

PHONE: 989-757-3404
J SANBORN Buyer
S18

| ORDER DATE | ALTERATION ISSUE DATE |
| --- | --- |
| 02/16/04 | |

| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |
| --- | --- |

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
TO: 1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
| --- | --- | --- | --- |
| NET 2ND DAY OF 2ND MONTH | | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE/LEASE | QUANTITY ORDERED |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | PROPERTY OF DELPHI AND MUST BE PROPERLY IDENTIFIED AS SUCH. ALL PURCHASE ORDERS FOR PROTOTYPE TOOLING REQUIRE THAT BLUEPRINTS OF SAID TOOLING BE SUBMITTED TO THE BUYER IMMEDIATELY AFTER THE TOOLING IS COMPLETED (WHEN REQUESTED BY THE BUYER). TOOLS ARE TO BE HELD AT SELLER'S PLANT AND ARE NOT TO BE MOVED OR USED FOR ANY OTHER PURPOSE WITHOUT THE SPECIFIC AUTHORIZATION OF THE BUYER. "SELLER HEREBY AGREES TO RETAIN THE TOOLS DESCRIBED ABOVE FOR A PERIOD OF FIVE (5) YEARS THEREAFTER TO RETURN, TRANSFER TO ANOTHER LOCATION, OR TO REMIT THE PROCEEDS OF THE SALE FOR SCRAP TO THE DIRECTOR OF PURCHASING AS SO INSTRUCTED BY THE BUYER." TO FACILITATE PROMPT PAYMENT, PLEASE INCLUDE SET-UP AND/OR TOOLING CHARGES, ON YOUR PACKING SLIP WITH THEIR APPROPRIATE SEQUENCE/ITEM NUMBER WHEN MAKING THE FIRST SHIPMENT OF THE PARTS. DELPHI BUYER RESERVES THE RIGHT TO AUDIT ALL PERTINENT DOCUMENTS RELATING TO THE GOODS OR SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY. BUYER SHALL REIMBURSE SELLER THE LESSER OF (I) THE AMOUNT SPECIFIED IN THIS CONTRACT OR (II) SELLER'S ACTUAL COST FOR PURCHASED MATERIALS AND SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY. TOOLING BREAKDOWN: | | | | | | |

CONTINUE PAGE 9

A000861 USER MELISSA L KALEYTA ORIGINAL

SMDL03 01/15/2003

# DELPHI

## PURCHASE
## ORDER: S3S26379

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

                                              US

DELPHI SAGINAW STEERING SYS.
(3XI) PLT 3 - PROCUREMENT LAB
3900 HOLLAND RD
SAGINAW MI
48601                       US

SHIP TO:

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 989-757-3404
J SANBORN                Buyer

DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601                       US

INVOICE TO:

| ORDER DATE | |
| 02/16/04 | S18 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

VENDOR NUMBER 60-881-4059
H E SERVICES CO
TO: ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

PURCHASING AGENT(S)

| F.O.B. | SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA SEE BELOW |

| PAYMENT TERMS | | | |
| NET | 2ND DAY OF 2ND MONTH | | |

| ITEM SEQUENCE | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE/ |
|---|---|---|---|---|---|---|---|---|
| | | | WHEN QUOTING TOOLS, GAGES OR FIXTURES PLEASE PROVIDE A COMPLETE BREAKDOWN OF TOOLS WITH ITEMIZED COSTS. REQUIREMENTS FOR THE BREAKDOWN ARE AS FOLLOWS: (1) ANY DESIGN/DEVELOPMENT COST MUST BE ITEMIZED SEPARATE FROM TOOL COSTS. (2) ANY PROTOTYPE TOOLS, GAGES OR FIXTURES THAT CAN BE USED IN PRODUCTION LATER MUST BE IDENTIFIED AS PRODUCTION INTENT TOOLS. THESE TOOLS WILL BE PAID BY PRODUCTION AFTER PPAP. (3) QUOTES WITHOUT PROPER DOCUMENTATION ARE SUBJECT TO NON-ACCEPTANCE. (4) PLEASE PROVIDE A COPY OF THE PROPOSED TOOLING SOURCES' QUOTE(S) WITH YOUR QUOTE. ANY DEVIATION FROM THE ABOVE REQUIREMENTS WILL ULTIMATELY DELAY ISSUANCE OF A PURCHASE ORDER.

TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

| QUANTITY ORDERED | | UNIT/ MEAS |

LAST PAGE

A000861    USER MELISSA L KALEYTA          ORIGINAL                                    SND103 01/15/2003

# ANCON PROTOTYPE MACHINE

**1755 WICCO ROAD**

**SAGINAW, MI  48601**

**SAGINAW**

Voice:   989-755-0328

Fax:     989-755-0330

**Invoice**

Invoice Number:
515

Invoice Date:
Apr 11, 2004

Page:
1

Sold To:
DELPHI PROTOTYPE OPERATIONS
3900 E. HOLLAND RD
SAGINAW, MI  48601
USA

Ship to:
2975 NODULAR DR.
SAGINAW, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| DELPHI | S3S26379 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
|  | 6739 - 29769 |  |  |  |
| 3.0001 | F-1586-28  STUB SHAFT CLAMP | 391.00 | 1,173.00 |  |

Check/Credit Memo No:

Total Invoice Amount            1,173.00

Remit Payment to:
**H. E. SERVICES**
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# ANCON

**A Division of H. E. Services**

**SHIPPING ORDER**

**PROTOTYPE & MACHINE**

1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

SHIPPER NUMBER    029769

710-6739

S.O. NUMBER

| | |
|---|---|
| SHIPPED TO DELPHI AUTOMOTIVE SYSTEMS | DATE SHIPPED 4/06/2004 |
| ADDRESS 2975 NODULAR DRIVE | CUSTOMER'S ORDER NUMBER S3S26379 |
| CITY SAGINAW        MI   48601- | INVOICE NUMBER |
| ED SAVAGE | SHIPPED VIA |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 3 | 3 | 392021 01  F-1586-28    STUB SHAFT CLAMP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**RECEIVED**
DELPHI SAGINAW STEERING SYSTEMS
APR 0 6 2004
PROTOTYPE CENTER

HOW PACKED

RECD. BY

# DELPHI

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
TO: 1755 WICCO RD
SAGINAW MI
48601

**PURCHASE ORDER:** S3S26557

PAGE 1

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 989-757-0887 Buyer |
| 03/01/04 | K HAYDEN |
| ALTERATION ISSUE DATE | S20 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of the terms and conditions hereof will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | SHIP VIA |
| SHIPPING POINT | SEE BELOW |

DESTINATION UNLESS OTHERWISE INDICATED

| PAYMENT TERMS | | | | | | | | |
| NET 2ND DAY OF 2ND MONTH | | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE UNIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S3B00048 | | | | | |
| | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: > | | | | | |
| 00001 | 55 | PR400006 001 | | SX073300-01E BAR, TORSION ACNON TO SHOT PEEN WHO ORDERED: R.SCHULTZ/757-5997 | | 03/19/04 | A 0.00% | 31.1900 | EA |
| | | | | TERMS AND CONDITIONS PRINTED ON THE REVERSE SIDE OF THE PURCHASE ORDER AND THE REFERENCE TO TERMS AND CONDITIONS DATED JANUARY, 2001 ARE NOT VALID. DELPHI'S TERMS AND CONDITIONS CAN BE FOUND ON THE WEB SITE LISTED BELOW; SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR | | | | | |

CONTINUE PAGE 2

A000871   USER BRUCE WASLUSKY

ORIGINAL

SMDL03 01/15/2002

# DELPHI

**PURCHASE**

**ORDER:** S3S26557

PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | | 989-757-0687 |
| 03/01/04 | | Buyer |
| ALTERATION ISSUE DATE | | K HAYDEN |
| | | S20 |
| ALTERATION EFFECTIVE DATE | | |
| | | PURCHASING AGENT |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059

TO:
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
This order and the reverse side terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Seller's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | F.O.B. | | SHIP VIA |
| NET  2ND DAY OF  2ND MONTH | | SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT") A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL", THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS, FORMS, AND ADDITIONAL INFORMATION", AND THEN "DGP SUPPLIER GUIDELINES ATTACHMENT C,GENERAL TERMS AND CONDITIONS'). SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. | | | | | |
| | | | | ****************ATTENTION ALL SUPPLIERS*****(ST) | | | | | |

A000871   USER BRUCE WASLUSKY

ORIGINAL

CONTINUE PAGE   3

SMDL03 01/15/200

# DELPHI

**PURCHASE**

PAGE

**ORDER:** S3S26557

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                                    US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                    US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

TO:

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601                    US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller, and no other agreement or modification in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

This Number Must Appear On All Invoices, Packing Slips
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoice...Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | | |
|---|---|---|
| 03/01/04 | 989-757-068 | |
| ALTERATION ISSUE DATE | K HAYDEN  Buyer | |
| | S20 | |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT | |

SHIP VIA
SEE BELOW

**PAYMENT TERMS**
NET   2ND DAY OF 2ND MONTH

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL WILL BE RETURNED. | | | | |
| | | | | *TOOLS - PROPERTY OF & RIGHT TO AUDIT* ANY TOOLS MANUFACTURED/PROCURED SPECIFICALLY FOR THE PROCESSING OF THE PARTS(S) ON THIS PURCHASE ORDER ARE PROPERTY OF DELPHI AND MUST BE PROPERLY IDENTIFIED AS SUCH. ALL PURCHASE ORDERS FOR PROTOTYPE TOOLING REQUIRE THAT BLUEPRINTS OF SAID TOOLING BE SUBMITTED TO THE BUYER IMMEDIATELY AFTER THE TOOLING IS COMPLETED (WHEN REQUESTED BY THE BUYER). TOOLS ARE TO BE HELD AT SELLER'S PLANT AND ARE NOT TO BE MOVED OR USED FOR ANY OTHER PURPOSE WITHOUT THE SPECIFIC AUTHORIZATION OF THE BUYER. "SELLER HEREBY AGREES TO RETAIN THE TOOLS DESCRIBED ABOVE FOR A PERIOD OF FIVE (5) YEARS THEREAFTER TO RETURN, TRANSFER TO ANOTHER LOCATION, OR TO REMIT THE PROCEEDS OF THE SALE FOR SCRAP TO THE DIRECTOR OF PURCHASING AS SO INSTRUCTED BY THE BUYER." TO FACILITATE PROMPT PAYMENT, PLEASE INCLUDE SET-UP AND/OR TOOLING CHARGES ON YOUR PACKING SLIP WITH THEIR APPROPRIATE SEQUENCE/ITEM NUMBER WHEN MAKING THE FIRST SHIPMENT OF THE PARTS. DELPHI BUYER RESERVES THE RIGHT TO AUDIT ALL PERTINENT DOCUMENTS RELATING TO THE GOODS | | | | |

CONTINUE PAGE

A000871   USER BRUCE WASLUSKY                    ORIGINAL

CONTINUE PAGE        4

SMDL03 01/15/20

# DELPHI

**PAGE** 4

## PURCHASE ORDER: S3S26557

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                                    US

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                                    US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
3900 HOLLAND RD.
SAGINAW MI
48601                                    US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment and
Item Identification Number(s) must be shown on Packing Slip and
Invoices.
Invoice, Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 03/01/04 | | |

Buyer: K. HAYDEN    989-757-0687
S20

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the terms and conditions set forth below, Seller agrees to sell and to furnish the goods and/or services described on the face hereof. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS**
NET    2ND DAY OF 2ND MONTH

**F.O.B.**
SHIPPING POINT

**DESTINATION UNLESS OTHERWISE INDICATED**

**SHIP VIA**
SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ UNIT MULTIPLE/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | OR SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY. BUYER SHALL REIMBURSE SELLER THE LESSER OF (I) THE AMOUNT SPECIFIED IN THIS CONTRACT OR (II) SELLER'S ACTUAL COST FOR PURCHASED MATERIALS AND SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY. TOOLING BREAKDOWN: WHEN QUOTING TOOLS, GAGES OR FIXTURES PLEASE PROVIDE A COMPLETE BREAKDOWN OF TOOLS WITH ITEMIZED COSTS. REQUIREMENTS FOR THE BREAKDOWN ARE AS FOLLOWS: (1) ANY DESIGN/DEVELOPMENT COST MUST BE ITEMIZED SEPARATE FROM TOOL COSTS. (2) ANY PROTOTYPE TOOLS, GAGES OR FIXTURES THAT CAN BE USED IN PRODUCTION LATER MUST BE IDENTIFIED AS PRODUCTION INTENT TOOLS. THESE TOOLS WILL BE PAID BY PRODUCTION AFTER PPAP. (3) QUOTES WITHOUT PROPER DOCUMENTATION ARE SUBJECT TO NON-ACCEPTANCE. (4) PLEASE PROVIDE A COPY OF THE PROPOSED TOOLING SOURCES' QUOTE(S) WITH YOUR QUOTE. ANY DEVIATION FROM THE ABOVE REQUIREMENTS WILL ULTIMATELY DELAY ISSUANCE OF A PURCHASE ORDER. | | | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

LAST PAGE

ORIGINAL

A000871    USER BRUCE WASLUSKY

SMDL03 01/15/2003

# ANCON PROTOTYPE MACHINE

**Invoice**

**1755 WICCO ROAD**
**SAGINAW, MI  48601**
**SAGINAW**

Invoice Number:
516

Invoice Date:
Apr 11, 2004

Voice:  989-755-0328

Fax:  989-755-0330

Page:
1

Sold To:
DELPHI PROTOTYPE OPERATIONS
3900 E. HOLLAND RD
SAGINAW, MI  48601
USA

Ship to:
2975 NODULAR DR.
SAGINAW, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| DELPHI | S3S26557 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| | 6762 - 29771 | | | |
| 55.0001 | SX073300  BAR, TORSION | 31.19 | 1,715.45 | |

Check/Credit Memo No:

Total Invoice Amount          1,715.45

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____



# SHIPPING ORDER

**PROTOTYPE & MACHINE**
*A Division of H. E. Services*

1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

SHIPPER NUMBER  029771

710-6762

S.O. NUMBER

| SHIPPED TO | DELPHI AUTOMOTIVE SYSTEMS | DATE SHIPPED | 4/06/2004 |
| ADDRESS | 2975 NODULAR DRIVE | CUSTOMER'S ORDER NUMBER | S3S26557 |
| CITY | SAGINAW      MI   48601- | INVOICE NUMBER | |
| | RON SCHULTZ | SHIPPED VIA | |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 55 | 55 | 400006 01  SX073300-01E BAR, TORSION |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**RECEIVED**
DELPHI SAGINAW STEERING SYSTEMS
APR 0 6 2004
PROTOTYPE CENTER
BY

HOW PACKED _____   RECD. BY _____

# DELPHI

**PURCHASE ORDER:** S3326900

PAGE 1

6793

┌─ DELPHI SAGINAW STEERING SYS.
│  (3P1) PROTOTYPE OPERATIONS
│  2975 NODULAR DR
│  SAGINAW MI
│  48601                                    US

SHIP TO:

┌─ DELPHI AUTOMOTIVE SYSTEMS
│  PROTOTYPE OPERATIONS
│  3900 HOLLAND RD.
│  DEPT. 14
│  SAGINAW MI
│  48601                                    US

INVOICE TO:

DELPHI SAGINAW STEERING SYSTEM        US

TO:
VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 989-757-3404 |
| 03/26/04 | J SANBORN    Buyer |
| ALTERATION ISSUE DATE | S18 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is set binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order and the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by an authorized representative of Buyer.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions
Attached Hereto Apply.

| F.O.B.          SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA   SEE BELOW |

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | 6 | PR400487 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | A   0.00% | 60.0000 | PC |
| | | | | COMPLETE GP-11 SUBMISSION IS REQUIRED TO ACCOMPANY SHIPMENT | | 04/02/04 | | | |
| | | | | SX087413-000 HUB, WORM WHO ORDERED: K.DUCHARME/757-4185 | | | | | |
| | | | | MAKE TO PRINT USING SAE 1010-1020 MATERIAL (BROACH DATA INCLUDED ON PRINT) | | | | | |
| | | | | ***********SHIPPING AND ROUTING INSTRUCTIONS*********** LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL, FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW | | | | | |
| | | | | IF SHIPPING FROM--USE THESE CARRIERS: | | | | | |
| | | | | MI,IN,IL,WI,OH       ALVAN MOTOR FRT ON,(ONTARIO)         U.S.F.HOLLAND ALL OTHER STATES      CENTRAL TRANSPORT | | | | | |

**CONTINUE PAGE** 2

A000890   USER MELISSA L KALEYTA           ORIGINAL

SMDL03 01/15/2003

# DELPHI

**PURCHASE ORDER:** S3326900

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 03/26/04 | | |

PHONE: 989-757-3704
J SANBORN    Buyer
S18

PURCHASING AGENT

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601    US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601    US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601    US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
TO:  ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledged copy which should be returned to Delphi.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the reverse side hereof contain the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be recognized. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLIER | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|

**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

**SHIP VIA** SEE BELOW

OVER 12,000 # ---- CALL DELPHI SAGINAW TRANSPORTA-
TION DEPARTMENT FOR CARRIER DESIGNATION
(989)757-3509 OR (989)757-3510
LEAD TIME, WHETHER INITIATED BY SUPPLIER OR SAGINAW
MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY SAGINAW
PURCHASING VIA A PURCHASE ORDER ALTERATION.
ANY CHANGES IN DELIVERY DATE FOR ANY REASON
WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO
THE BUYER WITH DETAILED EXPLANATION.
THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE
ORDER. YOUR COMPANY IS NO LONGER REQUIRED TO SEND
INVOICES TO RECEIVE PAYMENT (DO NOT SEND INVOICES).
DELPHI-S WILL GENERATE PAYMENTS TO YOUR COMPANY BASED
UPON RECEIPT OF MATERIAL AT OUR CURRENT PRICE AND PAY
MENT TERMS. TO ENSURE PROMPT PAYMENT YOU WILL NEED TO
ADHERE TO THE FOLLOWING GUIDELINES:
1. ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURC
HASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION
VIA BOTH PHONE AND FAX/LETTER. REFER TO BOTH THE PUR-
CHASE ORDER NUMBER AND THE ITEM NUMBER AND PUT ON
THE FAX OR LETTER.
2. THE DELPHI PART/ITEM NUMBER, THE PURCHASE ORDER
NUMBER MUST BE INCLUDED ON ALL PACKING SLIPS SENT IN
WITH SHIPMENTS. IF PAYMENT DID NOT OCCUR 2ND DAY,
2ND MONTH AFTER RECEIPT OF GOODS, COPIES SHOULD BE
MAILED TO THE "WHO ORDERED" PERSON AND THE "DELIVER

**PAYMENT TERMS**
NET    2ND DAY OF 2ND MONTH

CONTINUE PAGE    3

A000890    USER MELISSA L KALEYTA    ORIGINAL

# DELPHI

PAGE 3

## PURCHASE ORDER: S3S26900

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 60-881-4059
TO: H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slip and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE 03/26/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 989-757-3704
BUYER J SANBORN
S18

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to the buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order...
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | SHIP VIA SEE BELOW | |
| NET 2ND DAY OF 2ND MONTH | | | SHIPPING POINT | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEASURE |
|---|---|---|---|---|---|---|---|---|---|

TO" PERSON REFERENCED ON THE ORDER.
3. THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE
THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.
4. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON
RECEIPT RECORDS.
5. WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE
2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
6. IF PAYMENT HAS NOT OCCURED BY THE 2ND DAY 2ND
MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL
THE PERSON DESIGNATED AS "WHO ORDERED" OR THE
"DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN
ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE
TO BEGIN.
7. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL "EAG DISBURSEMENTS" TO CHECK ON
THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
*************************************************
EAG DISBURSEMENTS PHONE (248) 874-4636
*************************************************
IF IT BECOMES NECESSARY TO "BILL TO EAG DISBURSEMENT
ANALYSIS: P.O. BOX 1550, FLINT, MI. 48501-1550.
PLEASE DO NOT BILL SALES TAX AS WE HAVE OUR OWN
DIRECT PAY PERMITS. ALABAMA PERMIT NO. 224.
MICHIGAN PAY PERMIT ME3800440, NY. DP00036
ITEMS PRODUCED ON THIS ORDER TO BE IN COMPLIANCE

CONTINUE PAGE 4

A000890 USER MELISSA L KALEYTA ORIGINAL

SMDL03 01/15/2003

# DELPHI

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR.
SAGINAW MI
48601

US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601

US

## PURCHASE ORDER: S3S26900

PAGE 4

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 989-757-3904
J SANBORN   Buyer
S18

| ORDER DATE | |
|---|---|
| 03/26/04 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

VENDOR NUMBER 60-881-4059
TO:
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. Buyer, including but not limited to those terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| SHIPPING POINT | |

SHIP VIA
SEE BELOW

**PAYMENT TERMS**
NET   2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WITH DELPHI PROTOTYPE MATERIAL PROCEDURE - GP11. GP-11 SUBMISSION REQUIREMENTS ARE AT LEVEL "B" AND MANDATORY FOR THIS ORDER / RELEASE. FOR FURTHER INFORMATION CONTACT TROY ROHN AT (989) 757-3095. | | | | | | |
| | | | | ITEMS PRODUCED ON THIS ORDER SHALL BE COMPLIANT TO THE GUIDELINES OF THE GENERAL MOTORS PROCEDURE GP-11 "FOR SUPPLIERS OF MATERIAL FOR PRE-PROTOTYPE & PROTOTYPE GP-11". HOWEVER, DELPHI SAGINAW STEERING HAS SOME CUSTOMER SPECIFIC REQUIREMENTS THAT DIFFER FROM THE GM PROCEDURE. THE DELPHI SAGINAW STEERING CUSTOMER SPECIFIC REQUIREMENTS ARE: SUBMISSION LEVEL "B" IS REQUIRED (WARRANT ROADMAPPED PRINT, MATERIAL CERTIFICATION, INSPECTION SUMMARY, AND PART NUMBER/ REV LEVEL AND JULIAN DATE SERIALIZATION. | | | | | | |
| | | | | - MATERIAL CERTIFICATION(S) TO ACCOMPANY THE SHIPMENT WITH TEST DATA SHOWING COMPLIANCE. | | | | | | |
| | | | | - EACH PART REQUIRES THE PART NUMBER, REVISION LEVEL AND SERIALIZATION USING THE JULIAN DATE (I.E. 1145-001) NOT THE "S-001" METHOD DESCRIBED WITHIN THE GM PROCEDURE. | | | | | | |
| | | | | - NUMBER ALL DIMENSIONS ON THE PRINT, INCLUDING NOTES TO CORRELATE WITH THE DIMENSIONAL SUMMARY INSPECTION SHEET. THE INSPECTION SHALL BE CONDUCTED ON A 3 PIECE RANDOM SAMPLE FOR EACH SHIPMENT. FOR PLASTIC INJECTED, RUBBER | | | | | | |

CONTINUE PAGE 5

A000890   USER MELISSA L KALEYTA        ORIGINAL                        SMDL03 01/15/2003

DELPHI

PAGE 5

**PURCHASE**
**ORDER:** S3S26900

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                          US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601                          US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                          US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
TO: ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

| ORDER DATE | PHONE: 989-757-3704 |
| 03/26/04 | J SANBORN  Buyer |
| ALTERATION ISSUE DATE | S18 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA
SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to the Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions and specifications, if any, constitutes the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| SHIPPING POINT |

PAYMENT TERMS
NET  2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | INJECTED AND CASTINGS. A COMPLETE INSPECTION IS REQUIRED ON 1 PIECE FROM EACH CAVITY OR DIE FROM THE SAME RUN. | | | | | |

- IF THE PRINT REFERENCES A SPECIFICATION, A COPY
OF THAT SPECIFICATION MUST BE INCLUDED WITH THE
SUBMISSION.
COMMON REQUIREMENTS ARE:
- ALL KEY PRODUCT CHARACTERISTICS (KPC'S AND
STARRED* DIMENSIONS) MUST BE MEASURED ON ALL
PARTS. INSPECTION RESULTS MUST BE RECORDED.
- OUT OF TOLERANCE SPECIFICATION DIMENSION(S)
MUST BE CIRCLED. THE SUPPLIER MUST COMPLETE
THE CORRECTIVE ACTION ON THE BACK OF THE
WARRANT AND FAX IT TO THE APPROPRIATE DELPHI
ENGINEER FOR REVIEW. IF ACCEPTABLE, THE
PROCURING DELPHI ENGINEER MUST SIGN OFF ON THE
BACK OF THE WARRANT TO ACCEPT THE DEVIATION(S)
PRIOR TO SUBMITTING THE PARTS FOR SHIPMENT.
DELPHI SAGINAW STEERING REQUIREMENTS ARE SUMMARIZED
IN A DOCUMENT TITLED "GP-11 MADE SIMPLE". THIS
DOCUMENT MAY BE OBTAINED BY CONTACTING THE NUMBER
BELOW. IF SUBMITTING A PPAP SUBMISSION IN PLACE OF
A GP-11 SUBMISSION, THE PPAP MUST INCLUDE AN APPROVED
WARRANT SIGNED BY THE CUSTOMER. YOU CANNOT SUBMIT A
PPAP SUBMISSION THAT IS "PENDING APPROVAL" IN PLACE
OF GP-11. PRODUCTION SUPPLIER MUST BE REGISTERED

CONTINUE PAGE 6

A000890   USER MELISSA L KALEYTA            ORIGINAL

SMDL03 01/15/2003

# DELPHI

PAGE 6

**PURCHASE ORDER:** S3S26900

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                                US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601                                US

TO:
VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 989-757-3704 |
| 03/26/04 | J SANBORN        Buyer |
| ALTERATION ISSUE DATE | S18 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order and
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be recognized. This order with any attachments and documents referred herein constitutes the complete and final
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | SHIP VIA |
| NET   2ND DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | WITH COVISINT. ANY NON-COMPLIANCE TO THE REQUIREMENTS MAY RESULT IN THE ISSUANCE OF A PROBLEM REPORT AND RESOLUTION (PR & R). WHEN GP-11 LEVEL OF CERTIFICATION IS INDICATED, THE SUPPLIER MUST REVIEW THE STATUS OF GP-11 DOCUMENTATION WITH THE PROTOTYPE EXPEDITOR AND OBTAIN A RELEASE BEFORE MATERIAL IS SHIPPED. IF MATERIAL IS SHIPPED WITHOUT PROTOTYPE APPROVAL, THE SUPPLIER ACCEPTS RESPONSIBILITY FOR ALL TRANSPORTATION AND INSPECTION EXPENSES REQUIRED TO MEET THE ORIGINAL REQUIREMENT OF THE PURCHASE ORDER. IF THE ORDER IS FOR TOOLING, THE GP-11 REQUIREMENTS ARE NOT NECESSARY. IF YOU WOULD LIKE INFORMATION CONCERNING THE GP-11 REQUIREMENTS, CONTACT TROY ROHN AT DELPHI SAGINAW STEERING PROTOTYPE OPERATIONS AT 989-757-3095. | | | | |
| | | | | TERMS AND CONDITIONS PRINTED ON THE REVERSE SIDE OF THE PURCHASE ORDER AND THE REFERENCE TO TERMS AND CONDITIONS DATED JANUARY 2001 ARE NOT VALID. DELPHI'S TERMS AND CONDITIONS CAN BE FOUND ON THE WEB SITE LISTED BELOW. SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION,, WORK ORDER, SHIPPING | | | | |

CONTINUE PAGE 7

A000890   USER MELISSA L KALEYTA        ORIGINAL

SMD.I03 01/15/2003

**DELPHI**

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND RD.<br>SAGINAW MI<br>48601<br><br>US | **PURCHASE** PAGE 7<br>**ORDER:** S3S26900 |

**SHIP TO:** DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment and
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**INVOICE TO:** DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

| ORDER DATE<br>03/26/04 | PHONE: 989-757-3704<br>J SANBORN        Buyer<br>S18 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PURCHASING AGENT

VENDOR NUMBER 60-881-4059
TO: H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, when accepted by the Seller constitutes the final agreement constitutes the final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. Essential Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | SHIP VIA |
|---|---|
| NET 2ND DAY OF 2ND MONTH | SEE BELOW |

| F.O.B.<br>SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | |
|---|---|---|

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTI MEA |
|---|---|---|---|---|---|---|---|---|---|
| | | | | INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL", THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS", FORMS, AND ADDITIONAL INFORMATION", AND THEN "DGP SUPPLIER GUIDELINES ATTACHMENT C GENERAL TERMS AND CONDITIONS"). SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED | | | | | |

| | | | | CONTINUE PAGE 8 |
|---|---|---|---|---|

A000890   USER MELISSA L KALEYTA        ORIGINAL

SMDL03 01/15/2003

# DELPHI

## PURCHASE ORDER: S3S26900

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-3704
Buyer  J SANBORN
S18

ORDER DATE  03/26/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE
PURCHASING AGENT

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601                      US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
3900 HOLLAND RD.
SAGINAW MI
48601                      US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601            US

VENDOR NUMBER 60-881-4059
H E SERVICES CO
TO: ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side, constitutes the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER / UM |
|---|---|---|---|---|---|---|---|---|

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT
RFQ NUMBER
SHIP VIA  SEE BELOW

BASE UNIT PRICE  SEE BELOW

*TOOLS - PROPERTY OF & RIGHT TO AUDIT*
BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY
AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.
ANY TOOLS MANUFACTURED/PROCURED SPECIFICALLY FOR THE
PROCESSING OF THE PARTS(S) ON THIS PURCHASE ORDER ARE
PROPERTY OF DELPHI AND MUST BE PROPERLY IDENTIFIED AS
SUCH. ALL PURCHASE ORDERS FOR PROTOTYPE TOOLING
REQUIRE THAT BLUEPRINTS OF SAID TOOLING BE SUBMITTED
TO THE BUYER IMMEDIATELY AFTER THE TOOLING IS
COMPLETED (WHEN REQUESTED BY THE BUYER). TOOLS ARE
TO BE HELD AT SELLER'S PLANT AND ARE NOT TO BE MOVED
OR USED FOR ANY OTHER PURPOSE WITHOUT THE SPECIFIC
AUTHORIZATION OF THE BUYER. "SELLER HEREBY AGREES
TO RETAIN THE TOOLS DESCRIBED ABOVE FOR A PERIOD OF
FIVE (5) YEARS THEREAFTER TO RETURN, TRANSFER TO
ANOTHER LOCATION, OR TO REMIT THE PROCEEDS OF THE
SALE FOR SCRAP TO THE DIRECTOR OF PURCHASING AS SO
INSTRUCTED BY THE BUYER." TO FACILITATE PROMPT
PAYMENT, PLEASE INCLUDE SET-UP AND/OR TOOLING
CHARGES ON YOUR PACKING SLIP WITH THEIR APPROPRIATE
SEQUENCE/ITEM NUMBER WHEN MAKING THE FIRST SHIPMENT
OF THE PARTS. DELPHI BUYER RESERVES THE RIGHT TO
AUDIT ALL PERTINENT DOCUMENTS RELATING TO THE GOODS
OR SERVICES COVERED BY THIS PURCHASE ORDER AND IF
REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH

CONTINUE PAGE  9

A000890   USER MELISSA L KALEYTA              ORIGINAL

SMDL03 01/15/2003