# DELPHI

**PURCHASE ORDER:** S3S26900

PAGE 9

SMDL03 01/15/2003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

**TO:**
VENDOR NUMBER 60-881-4059
H E SERVICES CO
ANCON PROTOTYPE MACHINE
1755 WICCO RD
SAGINAW MI
48601

**PHONE:** 989-757-3404
**Buyer:** J SANBORN    S18

**ORDER DATE:** 03/26/04
**ALTERATION ISSUE DATE:**
**ALTERATION EFFECTIVE DATE:**

**SHIP VIA:** SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**F.O.B.** SHIPPING POINT — DESTINATION UNLESS OTHERWISE INDICATED

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

PURCHASING AGENT:

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLIER | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DOCUMENTATION PROMPTLY. BUYER SHALL REIMBURSE SELLER THE LESSER OF (I) THE AMOUNT SPECIFIED IN THIS CONTRACT OR (II) SELLER'S ACTUAL COST FOR PURCHASED MATERIALS AND SERVICES COVERED BY THIS PURCHASE ORDER AND IF REQUESTED BY THE BUYER, SELLER SHALL PROVIDE SUCH DOCUMENTATION PROMPTLY. TOOLING BREAKDOWN: WHEN QUOTING TOOLS, GAGES OR FIXTURES PLEASE PROVIDE A COMPLETE BREAKDOWN OF TOOLS WITH ITEMIZED COSTS. REQUIREMENTS FOR THE BREAKDOWN ARE AS FOLLOWS: (1) ANY DESIGN/DEVELOPMENT COST MUST BE ITEMIZED SEPARATE FROM TOOL COSTS. (2) ANY PROTOTYPE TOOLS, GAGES OR FIXTURES THAT CAN BE USED IN PRODUCTION LATER MUST BE IDENTIFIED AS PRODUCTION INTENT TOOLS. THESE TOOLS WILL BE PAID BY PRODUCTION AFTER PPAP. (3) QUOTES WITHOUT PROPER DOCUMENTATION ARE SUBJECT TO NON-ACCEPTANCE. (4) PLEASE PROVIDE A COPY OF THE PROPOSED TOOLING SOURCES' QUOTE(S) WITH YOUR QUOTE. ANY DEVIATION FROM THE ABOVE REQUIREMENTS WILL ULTIMATELY DELAY ISSUANCE OF A PURCHASE ORDER. | | | | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

LAST PAGE

A000890    USER MELISSA L KALEYTA    ORIGINAL

# ANCON PROTOTYPE MACHINE
**1755 WICCO ROAD**
**SAGINAW, MI 48601**
**SAGINAW**

Voice: 989-755-0328
Fax: 989-755-0330

**Invoice**

Invoice Number: 518
Invoice Date: Apr 11, 2004
Page: 1

Sold To:
DELPHI PROTOTYPE OPERATIONS
3900 E. HOLLAND RD
SAGINAW, MI 48601
USA

Ship to:
2975 NODULAR DR.
SAGINAW, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| DELPHI | S3S26900 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
|  | 6793 - 29768 |  |  |  |
| 6.00 | 01 SX087413 - HUB WORM | 60.00 | 360.00 |  |

Check/Credit Memo No:

Total Invoice Amount: 360.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

**ANCON**
*A Division of H. E. Services*

➤ PROTOTYPE & MACHINE
1755 Wicco Road
Saginaw, Michigan 48601
Phone (989) 755-0328
Fax: (989) 755-0330

# SHIPPING ORDER

SHIPPER NUMBER: 029768

S.O. NUMBER: 710-6793

SHIPPED TO: DELPHI PROTOTYPE CENTER
ADDRESS: 2975 NODULAR DRIVE
CITY: SAGINAW   MI   48601-
KRIS DUCHARME

DATE SHIPPED: 4/06/2004
CUSTOMER'S ORDER NUMBER: S3S26900
INVOICE NUMBER:
SHIPPED VIA:

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| 6 | 6 | 400487 01  SX087413-000 HUB, WORM |

RECEIVED
DELPHI SAGINAW STEERING SYSTEMS
APR 06 2004
PROTOTYPE CENTER
BY [signature]

HOW PACKED:
RECD. BY:

# DELPHI

**PURCHASE ORDER:** S2S46792

PAGE

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Instruct Parcel Post.

VENDOR NUMBER 14-423-0695
TO: HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | SHIP VIA | | |
|---|---|---|---|---|---|
| 02/10/04 | | | SEE BELOW | 989-757-40 | |
| | | | | S RUDZINSKI   S12 | |
| | | | | Buyer | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement made in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH    F.O.B. DESTINATION UNLESS OTHERWISE INDICATED    SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | PRICE MULTIPLE | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | | |
| | | | USD DOLLAR (UNITED STATES) | | | | | | |
| | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | | | |
| 00001 | 12002 | PR395229 001 | | SR. DESIGN II - 353 HRS. DESIGN JACKET CLAMP FIXTURES FOR GMX-245, P90 STRUCTURAL FATIGUE & TENSILE FIXTURE FOR ENFN - REF. HES #707-717-727. WHO ORDERED: P. FALLON/7-0218 | 02/27/04 | | G  0.00% | 1.0000 | |
| 00002 | 1765 | PR395229 002 | | AUTOCAD - 353 HRS. WHO ORDERED: P. FALLON/7-0218 | 02/27/04 | | G  0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0218 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | | |

CONTINUE PAGE

PA000871   BUYER STEPHEN PARKS                    ORIGINAL

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

Invoice Number: 132
Invoice Date: Feb 19, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS- P FALLON
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46792 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 4,410.00 | PR395229 001<br>PR395229 002<br>SR DESIGN I<br>AUTOCAD<br>DESIGN JACKET CLAMP FIXTURES FOR GMX-245,<br>P90 STRUCTURAL FATIGURE & TENSILE FIXTURE<br>FOR ENFN - REF HES #707-717-727 | 1.00 | 4,410.00 | 9017070000 |

Check/Credit Memo No:

Total Invoice Amount  4,410.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# DELPHI

PAGE

## PURCHASE ORDER: S2S46708

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Post.

989-75
Buyer
S RUDZINSKI
S12

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 02/05/04 | | |

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
TO: ANCON TOOL DIV
HE SERVICES CO
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

SHIP VIA: SEE BELOW

| PAYMENT TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
| 00001 | 9500 | PR395223 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES). | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | |
| | | | | LEAD ENGINEER @ 45/HR, SR. DESIGNER @ 38/HR, AUTOCAD @ 5/HR, UNIGRAPHICS @ 14/HR - LOW COST COLUMN DEVELOPMENT REF HES #70502 WHO ORDERED: X.LI/757-5855 | | 02/26/04 | A  0.00% | 1.00 |
| | | | | ALL INVOICES MUST BE SENT TO: X.LI/757-5855 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. ****************************SALES TAX CODES*****************(TX) | | | (ZH) | |

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax:   (989) 753-7703

# Invoice

Invoice Number: 138
Invoice Date: Feb 29, 2004
Page: 1

Sold To:
  Delphi Saginaw Steering Systems
  (3SI) SERVICE ORDERS
  3900 HOLLAND AVENUE
  SAGINAW, MI  48601
  US

Ship to:
  Delphi Saginaw Steering Systems
  (3SI) SERVICE ORDERS - X. LI
  3900 HOLLAND AVENUE
  SAGINAW, MI  48601
  US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 3,744.00 | PR395223 001<br>LEAD ENGINEER<br>SR. DESIGNER<br>AUTOCAD<br>UNIGRPAPHICS<br>LOW COST COLUMN DEVELOPMENT<br>REF HES #70502 | 1.00 | 3,744.00 | 9017050100,La |

Check/Credit Memo No:

Total Invoice Amount    3,744.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S45771

| | |
|---|---|
| SHIP TO: | DELPHI SAGINAW STEERING SYS. (3SI) SERVICE ORDERS<br>3900 HOLLAND RD<br>SAGINAW MI 48601  US |
| INVOICE TO: | DELPHI<br>SEE INVOICE INSTRUCTIONS 00<br>00000  US |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601  US

VENDOR NUMBER 14-423-0695

TO: ANCON TOOL DIV
THE SERVICES CO
5117 S DORT HWY
FLINT MI 48507

PAGE 
ORDER DATE: 11/25/03
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

Buyer: 989-757-40
S RUDZINSKI  S12

This Number Must Appear On All Invoices, Packing Slip, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insured Parcel Post.

This order is not binding until accepted. Acceptance should be on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT
SHIP VIA: SEE BELOW

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | |
| 00001 | 8816 | PR395288 001 | | ¢SR. DESIGN III - 232 HOURS REF HES #901-718<br>WHO ORDERED: T.BENNETT/757-4708 | | 12/22/03 G | 0.00% | 1.0000 |
| 00002 | 1160 | PR395288 002 | | AUTOCAD - 232 HOURS<br>WHO ORDERED: T.BENNETT/757-4708 | | 12/22/03 G | 0.00% | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: T.BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES.  PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN)     (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR | | | | |

CONTINUE PAGE

BUYER STEPHEN PARKS   ORIGINAL

A00826

# Engineering/Testing
# H E Services
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:  (989)753-9015
Fax:    (989)753-7703

# Invoice

Invoice Number:
139

Invoice Date:
Feb 29, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS - BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi |  | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 8,816.00 | PR395288 001 | 1.00 | 8,816.00 | 9017180000 |
|  | SR. DESIGN III |  |  |  |
| 1,160.00 | PR395288 002 | 1.00 | 1,160.00 | 9017180000 |
|  | AUTOCAD |  |  |  |
|  | REF HES #901-718 |  |  |  |
|  | PORTABLE SERVO CART |  |  |  |

Check/Credit Memo No:

Total Invoice Amount     9,976.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S46553

PAGE

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND RD.<br>SAGINAW MI<br>48601<br>US | SHIP TO: DELPHI SAGINAW STEERING SYS.<br>(3SI) SERVICE ORDERS<br>3900 HOLLAND RD<br>SAGINAW MI<br>48601<br>US |
| VENDOR NUMBER 14-423-0695<br>THE SERVICES CO<br>TO: ANCON TOOL DIV<br>5117 S DORT HWY<br>FLINT MI<br>48507 | INVOICE TO: DELPHI<br>SEE INVOICE<br>INSTRUCTIONS 00<br>00000 |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Packages Post.

| ORDER DATE | 989-757-40.. |
|---|---|
| 01/26/04 | Buyer S. RUDZINSKI |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED<br>SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY<br>USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | | |
| 00001 | 4160 | PR395213 001 | | SR. DESIGNER III @ 38/HR - DUAL TILT LOCK DEVELOPMENT<br>REF HES #736<br>WHO ORDERED: M.ANSPAUGH/757-9836 | | 02/27/04 | G  0.00% | 1.00000 | |
| | | | | ALL INVOICES MUST BE SENT TO: M.ANSPAUGH/757-9836<br>AT DELPHI SAGINAW TO INSURE<br>PAYMENT. FAILURE TO DO SO MAY RESULT<br>IN NON-PAYMENT OF INVOICES. PURCHASE ORDER<br>NUMBER AND APPROPRIATE ITEM IDENTIFICATION<br>NUMBERS MUST APPEAR ON ALL INVOICES. (IN)<br>*RIGHT TO AUDIT*                                (ZH)<br>BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF<br>GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT<br>ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING<br>CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-<br>IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE<br>AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR<br>A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.<br>***************SALES TAX CODES****************(TX)<br>PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS | | | | | |

CONTINUE PAGE

A000860   L..R STEPHEN PARKS                 ORIGINAL

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

Invoice Number: 144
Invoice Date: Feb 29, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS ANSPAUGH
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46553 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 4,160.00 | PR395213 001 SR. DESIGNER III DUAL TILT LOCK DEVELOPMENT REF HES #736 | 1.00 | 4,160.00 | 9017360000,La |

Check/Credit Memo No:

Total Invoice Amount    4,160.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____
Date: _____

# DELPHI

**PURCHASE ORDER:** S2S47019

PAGE

SHIP TO: DELPHI SAGINAW STEERING SYSTEM
DELPHI SAGINAW STEERING SYS. (3SI) SERVICE ORDERS
3900 HOLLAND RD.
SAGINAW MI 48601
US

INVOICE TO: DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

VENDOR NUMBER 14-423-0695
TO: ANCON TOOL DIV
THE SERVICES CO
5117 S DORT HWY
FLINT MI
48507

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 02/23/04 | |

ALTERATION EFFECTIVE DATE

989-757-40
S RUDZINSKI  Buyer
S12

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips.
Invoice. Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insured Parcel Post.

PURCHASING AGENT

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | |
| 00001 | 4160 | PR395220 001 | | SR. DESIGN III @ $38.00/HR UNIGRAPHICS @ $14.00/HR DUAL DIT LOCK DEVELOPMENT REF. HES. #73601 WHO ORDERED: M. ANSPAUGH/7-9836 | 03/31/04 G. | 0.00% | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: MIKE ANSPAUGH/757-9836 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. **********************SALES TAX CODES*****************(TX) (ZH) PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS | | | |

CONTINUE PAGE

STEPHEN PARKS

ORIGINAL

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax:   (989) 753-7703

**Invoice**

Invoice Number: 145

Invoice Date: Feb 29, 2004

Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS ANSPAUGH
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47019 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 4,160.00 | PR395220 001<br>SR. DESIGN III<br>UNIGRAPHICS<br>DUAL TILT LOCK DEVELOPMENT<br>REF HES #73601 | 1.00 | 4,160.00 | 9017360100,La |

Check/Credit Memo No:

Total Invoice Amount     4,160.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S47016

PAGE

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Packages. Insure Parcel Post.

| ORDER DATE | 989-757-4… |
|---|---|
| 02/23/04 | S RUDZINSKI |
| ALTERATION ISSUE DATE | Buyer |
| | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 14-423-0695
TO: THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on an acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number Is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/.% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | | |
| 00001 | 2080 | PR395226 001 | | SR. DESIGNER III @ $38.00/HR. UNIGRAPHICS @ $14.00/HR E/A STRAP RETAINER REF. HES #737 WHO ORDERED: L. GATZ/7-3186 | | 03/31/04 | G 0.00% | | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: LEROY GATZ/757-3186 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. ***************SALES TAX CODES*****************(TX) PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS | | | | | |

CONTINUE PAGE

ORIGINAL

STEPHEN PARKS