**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:  (989) 753-9015
Fax:    (989) 753-7703

# Invoice

Invoice Number: 146
Invoice Date: Feb 29, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS - L. GATZ
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47016 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1,976.00 | PR395226 001<br>SR. DESIGNER III<br>UNIGRAPHICS<br>E/A STRAP RETAINER REF HES #737 | 1.00 | 1,976.00 | 9017370000,La |

Check/Credit Memo No:        Total Invoice Amount        1,976.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# DELPHI

| | |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM<br>3900 HOLLAND RD.<br>SAGINAW MI<br>48601<br>US | **PURCHASE**<br>**ORDER:** S2S46297<br>PAGE |
| SHIP TO: DELPHI SAGINAW STEERING SYS.<br>(3SI) SERVICE ORDERS<br>3900 HOLLAND RD<br>SAGINAW MI<br>48601<br>US | This Number Must Appear On All Invoices, Packing<br>Packages and Bills of Lading.<br>(2) copies of your packing slip must accompany each shipment<br>Item Identification Number(s) must be shown on Packing slip<br>Invoices.<br>Invoice Attn: Accounts Payable<br>Do not Declare Valuation of Express Shipments or Insure Post. |
| VENDOR NUMBER 14-423-0695 | |
| INVOICE TO: DELPHI<br>SEE INVOICE<br>INSTRUCTIONS 00<br>00000<br>US | |
| TO: ANCON TOOL DIV<br>HE SERVICES CO<br>5117 S DORT HWY<br>FLINT MI<br>48507 | Buyer 989-757-<br>S RUDZINSKI S12<br>PURCHASING AGENT |

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 01/08/04 | | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE/UNIT TIP |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY<br>USD DOLLAR (UNITED STATES) | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | |
| 00001 | 4692 | PR395210 001 | | SR. DESIGN II - 138 HOURS - DESIGN IGNITION SWITCH<br>ACTUATOR REF HES #901-739<br>WHO ORDERED: P.FALLON/757-0218 | 01/30/04 | G 0.00% | | 1.0000 |
| 00002 | 690 | PR395210 002 | | AUTOCAD - 138 HOURS<br>WHO ORDERED: P.FALLON/757-0218 | 01/30/04 | G 0.00% | | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: P.FALLON/757-0218<br>AT DELPHI SAGINAW TO INSURE<br>PAYMENT. FAILURE TO DO SO MAY RESULT<br>IN NON-PAYMENT OF INVOICES. PURCHASE ORDER<br>NUMBER AND APPROPRIATE ITEM IDENTIFICATION<br>NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH)<br>*RIGHT TO AUDIT*<br>BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF<br>GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT<br>ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING<br>CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-<br>IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | |

CONTINUE PAGE

A000848  B_ER STEPHEN PARKS                    ORIGINAL

**Engineering/Testing
H E Services
225 E. Morley Drive
Saginaw, MI 48601
USA**

Voice: (989) 753-9015
Fax:   (989) 753-7703

# Invoice

Invoice Number: 147
Invoice Date: Feb 29, 2004
Page: 1

Sold To:
　Delphi Saginaw Steering Systems
　(3SI) SERVICE ORDERS
　3900 HOLLAND AVENUE
　SAGINAW, MI  48601
　US

Ship to:
　Delphi Saginaw Steering Systems
　(3SI) SERVICE ORDERS - FALLON
　3900 HOLLAND AVENUE
　SAGINAW, MI  48601
　US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46297 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 4,692.00 | PR395210 001 SR. DESIGN II | 1.00 | 4,692.00 | 9017390000,Ma |
| 690.00 | PR395210 002 AUTOCAD DESIGN IGNITION SWITCH ACTUATOR REF HES #901-739 | 1.00 | 690.00 | 9017390000 |

Check/Credit Memo No:

Total Invoice Amount    5,382.00

Authorized By: _____

Date: _____

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

# DELPHI

## PURCHASE ORDER: S2S46298

PAGE

**SHIP TO:** DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601 US

**INVOICE TO:** DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000 US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
TO: HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Invoices:
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Post.

| ORDER DATE | 989-757- |
|---|---|
| 01/08/04 | RUDZINSKI Buyer |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**F.O.B.** DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | |
| 00001 | 5100 | PR395209 001 | | SR. DESIGN II - 150 HOURS - ACTUATOR DESIGN FOR IGNITION SWITCH REF HES #739 WHO ORDERED: P.FALLON/757-0218 | 01/30/04 G | 0.00% | 1.0000 |
| 00002 | 750 | PR395209 002 | | AUTOCAD - 150 HOURS WHO ORDERED: P.FALLON/757-0218 | 01/30/04 G | 0.00% | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: P.FALLON/757-0218 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | |

CONTINUE PAGE

A000848 JR STEPHEN PARKS ORIGINAL

Engineering/Testing
# H E Services
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 148

Invoice Date: Feb 29, 2004

Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS - FALLON
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46298 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 5,100.00 | PR395209 001 SR. DESIGN II | 1.00 | 5,100.00 | 9017390000 |
| 750.00 | PR395209 002 AUTOCAD | 1.00 | 750.00 | 9017390000 |

Total Invoice Amount  5,850.00

Check/Credit Memo No:

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE ORDER:** S2S46300

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 01/08/04 | | |

| 989-757-4048 | |
|---|---|
| S RUDZINSKI | Buyer |
| S12 | |

PURCHASING AGENT

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601   US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000   US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601   US

VENDOR NUMBER 14-423-0695
TO: HE SERVICES CO
ANCON TOOL DIV
5117 S.DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shawn Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|
| SHIPPING POINT | SEE BELOW |

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | UNIT MEAS | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | | |
| 00001 | 8568 | DOL | PR395207 001 | SR. DESIGN II - 252 HOURS - IGNITION SWITCH ACTUATOR DEVELOPMENT REF HES #734-739 WHO ORDERED: P.FALLON/757-0218 | | 01/30/04 G | 0.00% | 1.0000 | |
| 00002 | 1260 | DOL | PR395207 002 | AUTOCAD - 252 HOURS WHO ORDERED: P.FALLON/757-0218 | | 01/30/04 G | 0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: P.FALLON/757-0218 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | | |

CONTINUE PAGE

1030848   R STEPHEN PARKS   ORIGINAL

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989)753-9015
Fax: (989)753-7703

# Invoice

Invoice Number: 149

Invoice Date: Feb 29, 2004

Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS - FALLON
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46300 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 2,379.00 | PR395207 001 PR395207 002 SR. DESIGN II AUTOCAD IGNITION SWITCH ACTUATOR DEVELOPMENT REF HES #734-739 | 1.00 | 2,379.00 | 9017390000 |

Check/Credit Memo No:

Total Invoice Amount    2,379.00

**Remit Payment to:**
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

05-44481-rdd Doc 7418-24 Filed 03/26/07 Entered 03/26/07 15:47:11 Exhibit 3j Ancon Pg 12 of 20

# DELPHI

**PURCHASE ORDER:** S2S46300

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 01/08/04 | | |

| | Buyer | PURCHASING AGENT |
|---|---|---|
| 989-757-4048 | S RUDZINSKI | S12 |

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

VENDOR NUMBER 14-423-0695
HE SERVICES CO
TO: ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED — SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | UNIT MEAS | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | PRICE UNIT MULT | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | | |
| 00001 | 8568 | DOL | PR395207 001 | SR. DESIGN II - 252 HOURS - IGNITION SWITCH ACTUATOR DEVELOPMENT REF HES #734-739 WHO ORDERED: P.FALLON/757-0218 | | 01/30/04 G | 0.00% | | 1.0000 |
| 00002 | 1260 | DOL | PR395207 002 | AUTOCAD - 252 HOURS WHO ORDERED: P.FALLON/757-0218 | | 01/30/04 G | 0.00% | | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: P.FALLON/757-0218 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | | |

CONTINUE PAGE

R STEPHEN PARKS

ORIGINAL

000848

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

Invoice Number: 150
Invoice Date: Feb 29, 2004
Page: 1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS - FALLON
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46300 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 6,903.00 | PR395207 001<br>PR395207 002<br>SR DESIGN II<br>AUTOCAD<br>IGNITION SWITCH ACTUATOR DEVELOPMENT REF<br>HES #734-739 | 1.00 | 6,903.00 | 9016790000,La |

Check/Credit Memo No:

Total Invoice Amount: 6,903.00

**Remit Payment to:**
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE ORDER:** S2S46548
**PAGE**

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
517 S DORT HWY
FLINT MI
48507

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PURCHASING AGENT | Buyer |
|---|---|---|---|---|
| 01/26/04 | | | 989-757-4048 S RUDZINSKI S12 | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | SHIP VIA |
|---|---|
| SHIPPING POINT - DESTINATION UNLESS OTHERWISE INDICATED | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|
| 00001 | 10000 | PR399158.001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 COMPLETE LIST OF STACKS FOR THE QUADRASTEER ACTUATOR ASSY FOR NISSAN WZW SUV APPLICATION. STACKS TO BE SIMILAR IN FORMAT TO GMT 800 AND GMT 900 STACKS PREVIOUSLY COMPLETED BY HES. WHO ORDERED: B.MCNALLEY/757-3665 ALL INVOICES MUST BE SENT TO: B.MCNALLEY/757-3665 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. | | 03/01/04 | G 0.00% | 1.0000 | |

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

CONTINUE PAGE

A000860  BUYER STEPHEN PARKS   ORIGINAL

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:  (989)753-9015
Fax:    (989)753-7703

Invoice Number: 153
Invoice Date: Feb 29, 2004
Page: 1

Sold To:
   Delphi Saginaw Steering Systems
   (3SI) SERVICE ORDERS
   3900 HOLLAND AVENUE
   SAGINAW, MI  48601
   US

Ship to:
   Delphi Saginaw Steering Systems
   (3SI) SERVICE ORDERS MCNALLEY
   3900 HOLLAND AVENUE
   SAGINAW, MI  48601
   US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46548 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 9,823.00 | PR399158 001 COMPLETE LIST OF STACKS FOR THE QUADRASTEER ACTUATOR ASSY FOR NISSAN WZW SUV APPLICATION. STACKS TO BE SIMILAR IN FORMAT TO GMT 800 AND GMT 900 STACKS PREVIOUSLY COMPLETED BY HES. | 1.00 | 9,823.00 | 9017650000,La |

Check/Credit Memo No:

Total Invoice Amount    9,823.00

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S46932

PAGE

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

DELPHI SAGINAW STEERING SYS.
(30I) PLANT 3
3900 HOLLAND RD
SAGINAW MI
48601 US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000 US

VENDOR NUMBER 14-423-0695
TO: ANCON TOOL DIV
THE SERVICES CO
5117 S DORT HWY
FLINT MI
48507

PHONE: 517-757-40
Buyer G. FRAHM
S29

ORDER DATE: 02/18/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips, Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PURCHASING

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B. DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | PRICE MULTIPLE | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 00001 | 2280 | PR399454 001 | | SR. DESIGN III-60 HOURS WHO ORDERED: M.WIECK/7-4283 | | 02/25/04 | H 0.00% | 1.0000 | |
| 00002 | 300 | PR399454 002 | | AUTOCAD-60 HOURS DESIGN OF COMPOSITE FENDER RET. HES# 608 WHO ORDERED: M.WIECK/7-4283 | | 02/25/04 | H 0.00% | 1.0000 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*ATTENTION ALL SUPPLIERS\*\*\*\*(ST)
COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE
ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED.
FOR INVOICING PROBLEMS UNDER THIS PURCHASE ORDER
CONTACT SUPPLIER RELATIONS AT (248) 874-4636. DO NOT
CONTACT THE BUYER UNLESS SUPPLIER RELATIONS IN-
STRUCTS YOU TO DO SO. YOU WILL NEED YOUR INVOICE
NUMBER AS WELL AS THE PURCHASE ORDER NUMBER. (DC)
\*\*\*\*\*\*NEW PROCESS EFFECTIVE 05-24-02\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*SHIPPING INSTRUCTIONS FOR INDIRECT MATERIAL\*\*\*\*\*
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE

CONTINUE PAGE

BUYER ALICE ROGERS          ORIGINAL

A000877

# Invoice

**Engineering/Testing**
**H E Services**
225 E. Morley Drive
Saginaw, MI 48601
USA

Voice: (989)753-9015
Fax: (989)753-7703

Invoice Number: 173
Invoice Date: Apr 4, 2004
Page: 1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-M. WIECK
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46932 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1,368.00 | PR399454 001 SR. DESIGN III | 1.00 | 1,368.00 | 9010060800,La |
| 180.00 | PR399454 002 AUTOCAD | 1.00 | 180.00 | 9010060800 |
| | DESIGN OF COMPOSITE FENDER REF HES #608 | | | |

Check/Credit Memo No:

**Total Invoice Amount  1,548.00**

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____