# DELPHI

## PURCHASE ORDER: S2S47549

This Number Must Appear On All Invoices, Packages and Bills of Lading.
(2) copies of your packing slip must accompany
Item Identification Number(s) must be shown on Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments
Post.

PHONE: 989-
S. RUDZINSKI
S12

| SHIP TO: | DELPHI SAGINAW STEERING SYS. (3SI) SERVICE ORDERS 3900 HOLLAND RD SAGINAW MI 48601 US |
|---|---|
| INVOICE TO: | DELPHI SEE INVOICE INSTRUCTIONS 00 00000 US |

VENDOR NUMBER 14-423-0695
TO: ANCON TOOL DIV
HE SERVICES CO
5117 S DORT HWY
FLINT MI
48507

| ORDER DATE | 03/17/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | REFERENCE S2B00034 | | | | |
| 00001 | 12616 | PR376550 001 | | SR. DESIGN III - 332 HOURS - REVISE DESIGN FOR ALL CMS PANELS TO INCLUDE SINGLE AXIS SERVO AND DESIGN CONTROLS FOR SPRING & BUMPER. REF. HES#618-709-738 WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 | G  0.00% | |
| 00002 | 1660 | PR376550 002 | | AUTOCAD - 332 HOURS WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 | G  0.00% | 1.000 |
| | | | | ALL INVOICES MUST BE SENT TO: TIM BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | |

CONTINUE PAGE 2

A000897  USER JACQUELINE LEWIS  ORIGINAL

# Invoice

Engineering/Testing
H E Services
225 E. Morley Drive
Saginaw, MI 48601
USA
Voice: (989)753-9015
Fax: (989)753-7703

Invoice Number: 174

Invoice Date: Apr 4, 2004

Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47549 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 7,030.00 | PR376550 001 SR. DESIGN III | 1.00 | 7,030.00 | 9010061800,La |
| 925.00 | PR376550 002 AUTOCAD | 1.00 | 925.00 | 9010061800 |
| | REVISE DESIGN FOR ALL CMS PANELS TO INCLUDE SINGLE AXIS SERVO AND DESIGN CONTROLS FOR SPRING & BUMPER REF. HES #618-638-709-738 | | | |

Check/Credit Memo No:

Total Invoice Amount: 7,955.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

05-44481-rdd    Doc 7418-25    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 3k
Ancon    Pg 3 of 12

# DELPHI

## PURCHASE ORDER: S2S47549

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI 48601
US

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

VENDOR NUMBER 14-423-0695
THE SERVICES CO
TO: ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

PHONE: 989- 
S RUDZINSK
S12

ORDER DATE: 03/17/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP VIA: SEE BELOW

This Number Must Appear On All Invoices, Packages and Bills of Lading.
(2) copies of your packing slip must accompany Item Identification Number(s) must be shown on Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments Post.

This order is not binding until accepted. Acceptance should be executed as acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. SHIPPING POINT  DESTINATION UNLESS OTHERWISE INDICATED

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | REFERENCE S2B00034 | | | | |
| 00001 | 12616 | PR376550 001 | SR. DESIGN III - 332 HOURS - REVISE DESIGN FOR ALL CMS PANELS TO INCLUDE SINGLE AXIS SERVO AND DESIGN CONTROLS FOR SPRING & BUMPER REF. HES#618-709-738 WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 | G 0.00% | .000 |
| 00002 | 1660 | PR376550 002 | AUTOCAD - 332 HOURS WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 | G 0.00% | 1.000 |
| | | | ALL INVOICES MUST BE SENT TO: TIM BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) | | | | |
| | | | BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | CONTINUE |

ORIGINAL  USER JACQUELINE LEWIS

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice: (989)753-9015
Fax:   (989)753-7703

Invoice Number: 175
Invoice Date: Apr 4, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS - BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47549 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 2,850.00 | PR376550 001 SR. DESIGN III | 1.00 | 2,850.00 | 9010063800,La |
| 375.00 | PR376550 002 AUTOCAD REVISE DESIGN FOR ALL CMS PANELS TO INCLUDE SINGLE AXIS SERVO AND DESIGN CONTROLS FOR SPRING & BUMPER REF HES #618-638-709-738 | 1.00 | 375.00 | 9010063800,La |

Check/Credit Memo No:

Total Invoice Amount: 3,225.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S47549

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
TO: THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

PHONE: 989- S RUDZINSK S12

ORDER DATE: 03/17/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP VIA: SEE BELOW

This Number Must Appear On All Invoices, Packages and Bills of Lading.
(2) copies of your packing slip must accompany Item Identification Number(s) must be shown on invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments Post.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. SHIPPING POINT   DESTINATION UNLESS OTHERWISE INDICATED

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | REFERENCE S2B00034 | | | | |
| 00001 | 12616 | PR376550 001 | | SR. DESIGN III - 332 HOURS - REVISE DESIGN FOR ALL CMS PANELS TO INCLUDE SINGLE AXIS SERVO AND DESIGN CONTROLS FOR SPRING & BUMPER REF. HES#618-638-709-738 WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 | G 0.00% | |
| 00002 | 1660 | PR376550 002 | | AUTOCAD - 332 HOURS WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 | G 0.00% | |
| | | | | ALL INVOICES MUST BE SENT TO: TIM BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL RECORDS SUPPORTING ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | |

CONTINUE PAGE

ORIGINAL

# Invoice

**Engineering/Testing**
**H E Services**
225 E. Morley Drive
Saginaw, MI 48601
USA

Voice: (989)753-9015
Fax: (989)753-7703

Invoice Number: 186
Invoice Date: Apr. 4, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47549 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1,900.00 | PR376550 001 SR. DESIGN III | 1.00 | 1,900.00 | 9017090000 |
| 250.00 | PR376550 002 AUTOCAD REVISE DESIGN FOR ALL CMS PANELS TO INCLUDE SINGLE AXIS SERVO AND DESIGN CONTROLS FOR SPRING & BUMPER REF HES #618-638-709-738 | 1.00 | 250.00 | 9017090000 |

Check/Credit Memo No:

Total Invoice Amount: 2,150.00

Authorized By: _____

Date: _____

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

# PURCHASE ORDER: S2S47549

PAGE

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Post.

PHONE: 989-757-4044
Buyer: S RUDZINSKI
S12

PURCHASING AGENT

ORDER DATE: 03/17/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B.: DESTINATION UNLESS OTHERWISE INDICATED — SHIPPING POINT

SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTI |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 12616 | PR376550 001 | | SR. DESIGN III - 332 HOURS - REVISE DESIGN FOR ALL CMS PANELS TO INCLUDE SINGLE AXIS SERVO AND DESIGN CONTROLS FOR SPRING & BUMPER REF. HES#618-638-709-738 WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 | G  0.00% | 1.0000 | 1.0000 |
| 00002 | 1660 | PR376550 002 | | AUTOCAD - 332 HOURS WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 | G  0.00% | 1.0000 | 1.0000 |

ALL INVOICES MUST BE SENT TO: TIM BENNETT/757-4708
AT DELPHI-SAGINAW TO INSURE PURCHASE ORDER
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IW)
*RIGHT TO AUDIT* (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-

CONTINUE PAGE

R JACQUELINE LEWIS

ORIGINAL

A000897

# Engineering/Testing
## H E Services
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 199

Invoice Date: Apr 14, 2004

Page: 1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

**Ship to:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47549 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 836.00 | PR376550 001 SR DESIGN III | 1.00 | 836.00 | 9017380000 |
| 110.00 | PR376550 002 AUTOCAD | 1.00 | 110.00 | 9017380000 |
| | REVISE DESIGN FOR ALL CMS PANELS TO INCLUDE SINGLE AXIS SERVO AND DESIGN CONTROLS FOR SPRING & BUMPER REF HES #618-638-709-738 | | | |

Check/Credit Memo No:

**Total Invoice Amount**    946.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____