# H.E.S.
# ENGINEERING

# EXHIBIT 4

SHIPPER/INVOICE

# HES

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

CUSTOMER: DELPHI SAGINAW STEERING SYSTEMS
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW, MI 48601

ATTN.:    P. FALLAN

INVOICE:        132-133-134-133a

HES CONTACT:   RUSS LAFRENIERE

DATE:           19-Feb-04

PO#             S2S46792

PROJECT #:      707-717-727

DESCRIPTION:
DESIGN JACKET CLAMP FIXTURES FOR GMX-245, P90 STRUCTURAL FATIGUE
AND TENSILE FIXUTRE

| ITEM CODE | DESCRIPTION | UNITS | RATE | AMOUNT |
|-----------|-------------|-------|------|--------|
| PR395229 001 | SR. DESIGN II | 8160 | $1.00 | $8,160.00 |
| PR395229 002 | AUTOCAD | 1200 | $1.00 | $1,200.00 |
| | | | TOTAL: | $9,360.00 |

Remit Payment To:

H.E.Services
c/o Comerica
Department# 274201
PO BOX 67000
Detroit, MI 48267-2742

Received By: _____

Date: _____

CUSTOMER: DELPHI SAGINAW STEERING SYSTEMS
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW, MI 48601

ATTN.:    PAT FALLON

INVOICE:         132-133-134

HES CONTACT:   RUSS LAFRENIERE

DATE:          19-Feb-04

PO#            S2S46792

PROJECT #:     707-717-727

DESCRIPTION:
DESIGN JACKET CLAMP FIXTURES FOR GMX-245, P90 STRUCTURAL FATIGUE
AND TENSILE FIXTURE

| ITEM CODE | DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| PR395229 001 | SR DESIGN II | 12002 | $1.00 | $12,002.00 |
| PR395229 002 | AUTOCAD | 1765 | $1.00 | $1,765.00 |

TOTAL:    $13,767.00

# DELPHI
## Automotive Systems

**PURCHASE ORDER:** S3S21425

PAGE   1

PHONE: 517-757-4050
G  FRAHM
S29                    Buyer

PURCHASING AGENT

| | |
|---|---|
| ORDER DATE | 01/16/03 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | 01/01/03 |

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695

TE SERVICES CO
RANCON TOOL DIV
1117 S DORT HWY
FLINT MI
48507

**SHIP TO:**
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

**INVOICE TO:**
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
DEPT. 14
3900 HOLLAND RD.
SAGINAW MI
48601
US

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer. ...
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order ... Additional Terms and Conditions Attached Hereto Apply.

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|
| | | **F.O.B.** SHIPPING POINT | | | | |
| | | **DESTINATION UNLESS OTHERWISE INDICATED** | | | | |
| | | **SHIP VIA** SEE BELOW | | | | |
| 1 | PR367150 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | 01/23/03 H | 0.00% | 6500.0000 | Lot |
| | | DELIVER TO: DELPHI-S C/O NEIL BEYERSDORF 757-3056 | | | | |
| | | DESIGN/PROCURE RACK & COLUMN TEST FIXTURES FOR GEN III AFS WHO ORDERED: PHIL GIBSON | | | | |
| | | ITEMS PRODUCED ON THIS ORDER SHALL BE COMPLIANT TO THE GUIDELINES OF THE GENERAL MOTORS PROCEDURE GP-11 "FOR SUPPLIERS OF MATERIAL FOR PRE-PROTOTYPE & PROTOTYPE GP-11". HOWEVER, DELPHI SAGINAW STEERING HAS SOME CUSTOMER SPECIFIC REQUIREMENTS THAT DIFFER FROM THE GM PROCEDURE. THE DELPHI SAGINAW STEERING CUSTOMER SPECIFIC REQUIREMENTS ARE: SUBMISSION LEVEL "B" IS REQUIRED (WARRANT, ROADMAPPED PRINT, MATERIAL CERTIFICATION, INSPECTION SUMMARY, AND PART NUMBER/ REV LEVEL AND JULIAN DATE SERIALIZATION).| | | | |
| | | - MATERIAL CERTIFICATION(S) TO ACCOMPANY THE SHIPMENT WITH TEST DATA SHOWING COMPLIANCE.| | | | |
| | | - EACH PART REQUIRES THE PART NUMBER, REVISION LEVEL AND SERIALIZATION USING THE JULIAN DATE (I.E. 1145-001), NOT THE "S-001" METHOD DESCRIBED WITHIN THE GM PROCEDURE.| | | | |

**2ND DAY OF 2ND MONTH**

CONTINUE  PAGE   2

**-HES** H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

CUSTOMER: **DELPHI SAGINAW STEERING SYSTEMS**
**(3PI) PROTOTYPE OPERATIONS**
**2975 NODULAR DRIVE**
**SAGINAW, MI 48601**

INVOICE: **45011**

HES CONTACT: **RUSS LAFRENIERE**

ATTN.: **PHIL GIBSON**

DATE: **24-Apr-04**

PO# **S3S21425**

PROJECT #: **690-0580-00**

DESCRIPTION:
**DESIGN/PRODUCRE RACK & COLUMN TEST FIXTURES FOR GEN III AFS**

| ITEM CODE | DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| PR367150 001 | DESIGN | 1 | $6,500.00 | $6,500.00 |

TOTAL: **$6,500.00**

**Remit Payment To:**

H.E. Services
c/o Comerica
Department# 274201
PO BOX 67000
Detroit, MI 48267-2742

Received By: _____

Date: _____

**SHIPPER/INVOICE**

225 E. Morley Dr.
Saginaw, MI 48601
H.E.S. Engineering
517-753-9015
Fax 517-753-7673

| CUSTOMER: | Delphi Saginaw Steering Systems | | INVOICE: | I0000045011-HES |
|---|---|---|---|---|
| | 3900 Holland Rd. | | CONTACT: | Russ LaFreniere |
| | | | DATE: | 04/24/2003 |
| | Saginaw MI 48601 | | PO. NO.: | S3S21425 |
| ATTENTION: | N. Bemersdorf | | | |

Client: Delphi

| Project | Description | Activity | Amount |
|---|---|---|---|
| 690058000 | 690058000 - Convert From Job#672-7904-00 | LABOR | $3,972.03 |
| 690058000 | 690058000 - Convert From Job#672-7904-00 | MATERIALS | $2,527.97 |
| | | Total: | $6,500.00 |

**SHIPPER/INVOICE**

225 E. Morley Dr.
Saginaw, MI 48601
517-753-9015
Fax 517-753-7673

| CUSTOMER: | Delphi Saginaw Steering Systems |
|---|---|
| | 3900 Holland Rd. |
| | Saginaw MI 48601 |
| ATTENTION: | N. Bemersdorf |

| INVOICE: | I0000045011-HES |
|---|---|
| CONTACT: | Russ LaFreniere |
| DATE: | 04/24/2003 |
| PO. NO.: | S3S21425 |

Project: 690058000 - Convert From Job#672-7904-00

Transaction Type: LABOR

| Date | Employee/Vendor | Service Description | Time/Units | Amount |
|---|---|---|---|---|
| 11/26/2002 | BILLINGSLEY, STEVEN E | Straight Time Billable | 2.00 | $114.91 |
| 11/27/2002 | BILLINGSLEY, STEVEN E | Straight Time Billable | 4.00 | $229.82 |
| 12/03/2002 | BILLINGSLEY, STEVEN E | Straight Time Billable | 4.00 | $229.82 |
| 12/11/2002 | BILLINGSLEY, STEVEN E | Straight Time Billable | 3.00 | $172.36 |
| 01/08/2003 | BILLINGSLEY, STEVEN E | Straight Time Billable | 8.00 | $459.64 |
| 11/27/2002 | DAVENPORT, ERIC A | Straight Time Billable | 8.00 | $388.14 |
| 12/03/2002 | DAVENPORT, ERIC A | Straight Time Billable | 6.00 | $291.10 |
| 12/04/2002 | DAVENPORT, ERIC A | Straight Time Billable | 7.00 | $339.62 |
| 12/09/2002 | DAVENPORT, ERIC A | Straight Time Billable | 7.00 | $339.62 |
| 12/11/2002 | DAVENPORT, ERIC A | Straight Time Billable | 7.00 | $339.62 |
| 12/12/2002 | DAVENPORT, ERIC A | Straight Time Billable | 8.00 | $388.14 |
| 12/13/2002 | DAVENPORT, ERIC A | Straight Time Billable | 7.00 | $339.62 |
| 01/08/2003 | DAVENPORT, ERIC A | Straight Time Billable | 7.00 | $339.62 |
| 02/28/2003 | H.E. Services | Interdivisional Materials | 1.00 | $2,527.97 |

|  |  |  | Service Total: | $6,500.00 |
|---|---|---|---|---|
|  |  |  | Project Total: | $6,500.00 |

**Pre-Billing Worksheet**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Biller | Bill 672 | | | | | | Bill as of | 04/24/2003 |
| Location | Default Billing Location | | | | | | | |
| Client | Delphi | | | Client Code | 1000 | | | |
| Project | 690058000 - Convert From Job#672-7904-00 | | | Bill To | Sag Steering Sy | | | |

### Labor

| Cost Code | Date | Employee | Hours | Rate | Total | Amt Remaining | Bill | Adjust | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| Straight Time Billable | 11/26/2002 | BILLINGSLEY, STEVEN | 2.00 | $45.00 | $90.00 | $90.00 | 114.91 | 24.91 | |
| | 11/27/2002 | | 4.00 | $45.00 | $180.00 | $180.00 | 229.82 | 49.82 | |
| | | DAVENPORT, ERIC | 8.00 | $38.00 | $304.00 | $304.00 | 388.14 | 84.14 | |
| | 12/03/2002 | BILLINGSLEY, STEVEN | 4.00 | $45.00 | $180.00 | $180.00 | 229.82 | 49.82 | |
| | | DAVENPORT, ERIC | 6.00 | $38.00 | $228.00 | $228.00 | 291.10 | 63.10 | |
| | 12/04/2002 | | 7.00 | $38.00 | $266.00 | $266.00 | 339.62 | 73.62 | |
| | 12/09/2002 | | 7.00 | $38.00 | $266.00 | $266.00 | 339.62 | 73.62 | |
| | 12/11/2002 | BILLINGSLEY, STEVEN | 3.00 | $45.00 | $135.00 | $135.00 | 172.36 | 37.36 | |
| | | DAVENPORT, ERIC | 7.00 | $38.00 | $266.00 | $266.00 | 339.62 | 73.62 | |
| | 12/12/2002 | | 8.00 | $38.00 | $304.00 | $304.00 | 388.14 | 84.14 | |
| | 12/13/2002 | | 7.00 | $38.00 | $266.00 | $266.00 | 339.62 | 73.62 | |
| | 01/08/2003 | BILLINGSLEY, STEVEN | 8.00 | $45.00 | $360.00 | $360.00 | 459.64 | 99.64 | |
| | | DAVENPORT, ERIC | 7.00 | $38.00 | $266.00 | $266.00 | 339.62 | 73.62 | |
| | | Total For Straight Time Billable | | | | $3,111.00 | 3,972.03 | 861.03 | |

| Total: Labor | | | | | | $3,111.00 | 3,972.03 | 861.03 |
|---|---|---|---|---|---|---|---|---|

### Material

| Cost Code | Date | Employee | Units | Rate | Total | Amt Remaining | Bill | Adjust | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| Interdivisional Materials | 02/28/2003 | ACCOUNTING 1, PROJE( | 1.00 | $1,650.00 | $1,980.00 | $1,980.00 | 2,527.97 | 547.97 | E |
| | | Total For Interdivisional Materials | | | | $1,980.00 | 2,527.97 | 547.97 | |

| Total: Material | | | | | | $1,980.00 | 2,527.97 | 547.97 |
|---|---|---|---|---|---|---|---|---|

| | | Project Total | | | | $5,091.00 | 6,500.00 | 1,409.00 |
|---|---|---|---|---|---|---|---|---|
| | | Invoice Total | | | | $5,091.00 | 6,500.00 | 1,409.00 |

# PURCHASE ORDER: S2S44042

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insular Parcel Post.

| ORDER DATE | Buyer |
|---|---|
| 08/05/03 | S RUDZINSKI 989-757-240 |
| ALTERATION ISSUE DATE | S12 |
| ALTERATION EFFECTIVE DATE | PURCHASING DEPT |

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

TO:
VENDOR NUMBER 14-423-0695
THE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

| PAYMENT TERMS | | | |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | |

SHIP VIA: SEE BELOW

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | |
| 00001 | 60000 | PR339528 001 | | LEAD ENGINEER @ 45/HR, LEAD DESIGNER @ 42/HR, SR. DESIGNER II @ 38/HR, SR.DESIGNER I @ 30/HR, UNIGRAPHICS @ 14/HR, AUTOCAD @ 5/HR - UPDATE EXISTING R&P STACKBOOKS WITH DESIGN CHANGES SINCE 1999. CREATE STACKBOOK FOR T900 WHO ORDERED: HOUGHTALING/757-4274 | | 08/29/03  G  0.00% | | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: HOUGHTALING/757-4274 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN)  (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR | | | | |

CONTINUE PAGE

BUYER STEPHEN PARKS

ORIGINAL

A000747

# Engineering/Testing

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989)753-9015

Fax:     (989)753-7703

# Invoice

Invoice Number:
126

Invoice Date:
Feb 19, 2004

Page:
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
 (3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

**Ship to:**
Delphi Saginaw Steering Systems
3SI SERVICE ORDERS-HOUGHTALING
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S44042 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 22,184.00 | PR339528 001 | 1.00 | 22,184.00 | 9016710100,La |
|  | LEAD ENGINEER |  |  |  |
|  | LEAD DESIGNER |  |  |  |
|  | SR. DESIGNER II |  |  |  |
|  | SR. DESIGNER I |  |  |  |
|  | UNIGRAPHICS |  |  |  |
|  | AUTOCAD |  |  |  |
|  | UPDATE EXISTING R & P STACKBOOKS WITH |  |  |  |
|  | DESIGN CHANGES SINCE 1999.  CREATE |  |  |  |
|  | STACKBOOK FOR T900 |  |  |  |

Check/Credit Memo No:

Total Invoice Amount          22,184.00

**Remit Payment to:**
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# H.E.S. Engineering

## SHIPPER / INVOICE

Ancon Prototype & Machine | Universal Tool | Universal Inspection | Universal Manufacturing

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

HOUGHTALING
DELPHI SAGINAW STEERING SYS
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW, MI 48601

| | |
|---|---|
| Invoice Number | 005449 |
| Invoice Date | December 10, 2003 |
| PO Number | S2S44042 |
| Contract | |
| Job Description: | 90-1-67100-00 |
| Page | 1 of 2 |

Manager   RUSSELL LAFRENIERE

UPDATE EXISTING R&P STACKBOOKS WITH DESIGN CHANGES SINCE 1999.   CREATE STACKBOOK FOR T900

| | | Current Qty | Rate | Current Amount |
|---|---|---|---|---|
| PR339528001 | Lead Eng/Dsgnr/Sr Dsgnr/Unigrp | 20,962.00 | 1.00 | 20,962.00 |
| Invoice Total | | | | 20,962.00 |

Remit Payment To:
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

**Invoice**

Engineering/Testing
H E Services
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989) 753-9015

Fax:    (989) 753-7703

Invoice Number:
144

Invoice Date:
Feb 29, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

**Ship to:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS ANSPAUGH
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46553 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 4,160.00 | PR395213 001 | 1.00 | 4,160.00 | 9017360000,La |
|  | SR. DESIGNER III |  |  |  |
|  | DUAL TILT LOCK DEVELOPMENT |  |  |  |
|  | REF HES #736 |  |  |  |

Total Invoice Amount          4,160.00

Check/Credit Memo No:

Authorized By: _____

Date: _____

Remit Payment to:
**H. E. SERVICES**
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

CUSTOMER: DELPHI SAGINAW STEERING SYSTEMS      INVOICE:      149/150/164
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW, MI 48601

HES CONTACT: RUSS LAFRENIERE

ATTN.:      P. FALLON

DATE:      29-Feb-04

PO#      S2S42283

PROJECT #:      9016790000
9017390000

DESCRIPTION:      9017410000
IGNITION SWITCH ACTUATOR DEVELOPMENT REF HES #734-739

| ITEM CODE | DESCRIPTION | UNITS | RATE | AMOUNT |
|-----------|-------------|-------|------|--------|
| PR395207 001 | SR. DESIGN II | 8568 | $1.00 | $8,568.00 |
| PR395207 002 | AUTOCAD | 1260 | $1.00 | $1,260.00 |

TOTAL:      $9,828.00

**HES**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| **CUSTOMER:** DELPHI SAGINAW STEERING SYSTEMS<br>(3SI) SERVICE ORDERS<br>3900 HOLLAND RD<br>SAGINAW, MI 48601 | **INVOICE:**   181-182 |
| **ATTN.:**   P. FALLON | **HES CONTACT:**   RUSS LAFRENIERE |
| | **DATE:**   4-Apr-04 |
| | **PO#**   S2S47552 |
| | **PROJECT #:**   687-729-742 |

**DESCRIPTION:**
DESIGN RAKE MECH/TILT MECH WEAR FIXTURES

| ITEM CODE | DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| PR376544 001 | SR. DESIGN II | 5168 | $1.00 | $5,168.00 |
| PR376544 002 | AUTOCAD | 760 | $1.00 | $760.00 |
| | | | **TOTAL:** | **$5,928.00** |

<u>**Remit Payment To:**</u>

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S46281

PAGE

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3S1) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slips
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parc
Post.

ORDER DATE 01/07/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

S RUDZINSKI  S12  Buyer
989-757-40

PURCHASING AGENT

| SEQUENCE NO. | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| | | | F.O.B. SHIPPING POINT | DESTINATION UNLESS OTHERWISE INDICATED | | SEE BELOW | | |

PAYMENT TERMS 2ND DAY OF 2ND MONTH

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

00 11016  PR395204 001  THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034
SR. DESIGN II - 324 HOURS - RAKE MECH WEAR AND
TILT MECH WEAR FIXTURES, STATIC STIFFNESS FOR
COLUMN OF THE FUTURE. REF HES #687-713-716-719-721-
730-733
WHO ORDERED: P.FALLON/757-0218
01/30/04 G  0.00%  1.0000  1

00 1620  PR395204 002  AUTOCAD - 324 HOURS
WHO ORDERED: P.FALLON/757-0218  01/30/04 G  0.00%  1.0000  1

ALL INVOICES MUST BE SENT TO: P.FALLON/757-0218
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)
*RIGHT TO AUDIT*  (ZH)
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING