**H.E.S. Engineering**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| CUSTOMER: DELPHI<br>SAGINAW STEERING SYSTEMS<br>(3SI) SERVICE ORDERS<br>3900 HOLLAND RD<br>SAGINAW, MI 48601 | INVOICE: 106-07-08-09-10-11-12<br><br>HES CONTACT: R. LAFRENIERE |
| ATTN.: PAT FALLON | DATE: 1/29/04 |
| | PO# S2S46281 |
| DESCRIPTION:<br>RAKE MECH WEAR AND TILT MECH WEAR FIXTURES,<br>STATIC STIFFNESS FOR COLUMN OF THE FUTURE.<br>REF HES #687-713-716-719-721-730-733 | PROJECT #: 90-68700-00<br>90-71300-00<br>90-71600-00<br>90-71900-00<br>90-72100-00<br>90-73000-00<br>90-73300-00 |

| ITEM # | DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| PR395204 001 | SR. DESIGNER II | 11016 | $1.00 | $11,016.00 |
| PR395204 002 | AUTOCAD | 1620 | $1.00 | $1,620.00 |
| | | | TOTAL: | $12,636.00 |

Remit Payment To:

H.E.Services
c/o Comerica
Department# 274201
PO BOX 67000
Detroit, MI 48267-2742

Received By: _____

Date: _____

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989)753-9015
Fax: (989)753-7703

Invoice Number: 106
Invoice Date: Jan 29, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46281 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 5,460.00 | PR395204001 - Senior Design II - 324 Hours<br>PR395204002 - AutoCad - 324 hours | 1.00 | 5,460.00 | 9016870000,La |

Total Invoice Amount    5,460.00

Check/Credit Memo No:

Authorized By: _____

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Date: _____

05-44481-rdd    Doc 7418-27    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4b
H.E.S. Engineering    Pg 3 of 20

# DELPHI

# PURCHASE ORDER: S3S23584

This Number Must Appear On All Invoices, Packing Packages and Bills of Lading.
(2) copies of your packing slip must accompany Item Identification Number(s) must be shown on Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments Post.

PHONE: 51?-G FRAHM S29

| ORDER DATE | 06/23/03 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |
| SHIP VIA | SEE BELOW |

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
TO: HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order, contains the complete and final agreement between Buyer and Seller and no other agreement and/or modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| | SHIPPING POINT |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|
| 00001 | 2880 | PR387966 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | 06/30/03 | A 0.00% | |

MODEL AND DETAILING FOR COMPOSITE REINFORCED AXLE
WITH HYBRID AIR SPRING BRACKETS
SR DEIGNER 11 @ $34/HR
UNIGRAPHICS @ $14/HR
(ESTIMATED 60HRS)
WHO ORDERED: D.WITUCKI/7-4984

ITEMS PRODUCED ON THIS ORDER SHALL BE COMPLIANT TO
THE GUIDELINES OF THE GENERAL MOTORS PROCEDURE GP-11
"FOR SUPPLIERS OF MATERIAL FOR PRE-PROTOTYPE &
PROTOTYPE GP-11". HOWEVER, DELPHI SAGINAW STEERING
HAS SOME CUSTOMER SPECIFIC REQUIREMENTS THAT DIFFER
FROM THE GM PROCEDURE. THE DELPHI SAGINAW STEERING
CUSTOMER SPECIFIC REQUIREMENTS ARE: SUBMISSION LEVEL
"B" IS REQUIRED (WARRANT, ROADMAPPED PRINT, MATERIAL
CERTIFICATION, INSPECTION SUMMARY, AND PART NUMBER/
REV LEVEL AND JULIAN DATE SERIALIZATION).
- MATERIAL CERTIFICATION(S) TO ACCOMPANY THE
  SHIPMENT WITH TEST DATA SHOWING COMPLIANCE.
- EACH PART REQUIRES THE PART NUMBER, REVISION
  LEVEL AND SERIALIZATION USING THE JULIAN DATE
  (I.E. 1145-001), NOT THE "S-001" METHOD

CONTINUE PAGE

# PURCHASE ORDER: S3S23392

PAGE

This Number Must Appear On All Invoices, Packing Slips Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Post.

| ORDER DATE | PHONE: 517-757- |
|---|---|
| 06/10/03 | G FRAHM  Buyer |
| ALTERATION ISSUE DATE | S29 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA: SEE BELOW

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601   US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601   US

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
HES SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MUL/TTL |
|---|---|---|---|---|---|---|---|---|
| 00001 | 1520 | PR382194 001 | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) REF: S2B00034 SR. DESIGN III-40 HRS WHO ORDERED: M.WIECK/7-4283 | | 06/17/03 | H  0.00% | 1.0000 | |
| 00002 | 560 | PR382194 002 | UNIGRAPHICS-40 HRS DESIGN OF COMPOSITE SHIFT LEVER REF. HES# 690-0606-00 WHO ORDERED: M.WIECK/7-4283 | | 06/17/03 | H  0.00% | 1.0000 | |

ITEMS PRODUCED ON THIS ORDER SHALL BE COMPLIANT TO THE GUIDELINES OF THE GENERAL MOTORS PROCEDURE GP-11 "FOR SUPPLIERS OF MATERIAL FOR PRE-PROTOTYPE & PROTOTYPE GP-11". HOWEVER, DELPHI SAGINAW STEERING HAS SOME CUSTOMER SPECIFIC REQUIREMENTS THAT DIFFER FROM THE GM PROCEDURE. THE DELPHI SAGINAW STEERING CUSTOMER SPECIFIC REQUIREMENTS ARE: SUBMISSION LEVEL "B" IS REQUIRED (WARRANT, ROADMAPPED PRINT, MATERIAL CERTIFICATION, INSPECTION SUMMARY, AND PART NUMBER/ REV LEVEL AND JULIAN DATE SERIALIZATION).

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989)753-9015
Fax: (989)753-7703

# Invoice

Invoice Number: 125
Invoice Date: Feb 19, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-M. WIECK
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S3S23392 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 1,520.00 | PR382194 001 SR DESIGN | 1.00 | 1,520.00 | 9010060600,La |
| 560.00 | PR382194 002 UNIGRAPHICS DESIGN OF COMPOSITE SHIFT LEVER REF HES # 690-0606-00 | 1.00 | 560.00 | 9010060600,La |

Total Invoice Amount    2,080.00

Check/Credit Memo No:

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

CUSTOMER: DELPHI SAGINAW STEERING SYSTEMS  
           (3SI) SERVICE ORDERS  
           3900 HOLLAND RD  
           SAGINAW, MI 48601  

ATTN.: DAVE WITUCKI  

INVOICE: 120-121-122-123  

HES CONTACT: RUSS LAFRENIERE  

DATE: 19-Feb-04  

PO#: S3S23584  

PROJECT #: 519-546-606-682  

DESCRIPTION:  
MODEL AND DETILING FOR COMPOSITE REINFORCED AXLE WITH HYBRID AIR SPRING BRACKETS  

| ITEM CODE | DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| PR3987966 001 | SR DESIGNER UNIGRAPHICS | 2256 | $1.00 | $2,256.00 |

TOTAL: $2,256.00

| | | |
|---|---|---|
| CUSTOMER: DELPHI SAGINAW STEERING SYSTEMS (3SI) SERVICE ORDERS 3900 HOLLAND RD SAGINAW, MI 48601 | INVOICE: | 177-184 |
| ATTN.: T. BENNETT | HES CONTACT: | RUSS LAFRENIERE |
| | DATE: | 4-Apr-04 |
| | PO# | S2S46157 |
| | PROJECT #: | 637-704 |

DESCRIPTION:
DESIGN POWER SPLITTER BOX

| ITEM CODE | DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| PR395294 001 | SR. DESIGN II | 5282 | $1.00 | $5,282.00 |
| PR395294 002 | AUTOCAD | 695 | $1.00 | $695.00 |
| | | | TOTAL: | $5,977.00 |



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | | | |
|---|---|---|---|
| CUSTOMER: | DELPHI SAGINAW STEERING SYSTEMS<br>(3SI) SERVICE ORDERS<br>3900 HOLLAND RD<br>SAGINAW, MI 48601 | INVOICE: | 149/150/164 |
| ATTN.: | P. FALLON | HES CONTACT: | RUSS LAFRENIERE |
| | | DATE: | 29-Feb-04 |
| | | PO# | S2S42283 |
| | | PROJECT #: | 9016790000<br>9017390000<br>9017410000 |

DESCRIPTION:
IGNITION SWITCH ACTUATOR DEVELOPMENT REF HES #734-739

| ITEM CODE | DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| PR395207 001 | SR. DESIGN II | 8568 | $1.00 | $8,568.00 |
| PR395207 002 | AUTOCAD | 1260 | $1.00 | $1,260.00 |
| | | | TOTAL: | $9,828.00 |

**Remit Payment To:**

H.E. Services
c/o Republic Bank
120 E. Silver Lake Rd.
Fenton, MI 48430

Received By: _____

Date: _____



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

SHIPPER/INVOICE

| | | | |
|---|---|---|---|
| CUSTOMER: | DELPHI SAGINAW STEERING SYSTEMS (3SI) SERVICE ORDERS 3900 HOLLAND RD SAGINAW, MI 48601 | INVOICE: | 132-133-134-133a |
| ATTN.: | P. FALLAN | HES CONTACT: | RUSS LAFRENIERE |
| | | DATE: | 19-Feb-04 |
| | | PO# | S2S46792 |
| | | PROJECT #: | 707-717-727 |

DESCRIPTION:
DESIGN JACKET CLAMP FIXTURES FOR GMX-245, P90 STRUCTURAL FATIGUE AND TENSILE FIXUTRE

| ITEM CODE | DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| PR395229 001 | SR. DESIGN II | 8160 | $1.00 | $8,160.00 |
| PR395229 002 | AUTOCAD | 1200 | $1.00 | $1,200.00 |
| | | | TOTAL: | $9,360.00 |

Remit Payment To:

Received By: _____

H.E.Services
c/o Comerica
Department# 274201
PO BOX 67000

Date: _____

| CUSTOMER: | DELPHI SAGINAW STEERING SYSTEMS | INVOICE: | 132-133-134 |
|---|---|---|---|
| | (3SI) SERVICE ORDERS | | |
| | 3900 HOLLAND RD | | |
| | SAGINAW, MI 48601 | HES CONTACT: | RUSS LAFRENIERE |
| ATTN.: | PAT FALLON | | |
| | | DATE: | 19-Feb-04 |
| | | PO# | S2S46792 |
| | | PROJECT #: | 707-717-727 |

DESCRIPTION:
DESIGN JACKET CLAMP FIXTURES FOR GMX-245, P90 STRUCTURAL FATIGUE AND TENSILE FIXTURE

| ITEM CODE | DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| PR395229 001 | SR DESIGN II | 12002 | $1.00 | $12,002.00 |
| PR395229 002 | AUTOCAD | 1765 | $1.00 | $1,765.00 |
| | | | TOTAL: | $13,767.00 |

# PURCHASE ORDER: S2S45183

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 10/21/03 | | |

SHIP VIA: SEE BELOW

PURCHASING AGENT: 989-757-404  S RUDZINSKI  S12

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof, are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED  SHIPPING POINT

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE / PRICE MULTIPLE |
| 00001 | 8118 | PR3890054 001 | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | 11/28/03 | G 0.00% | 1.0000 |

THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034

LEAD ENGINEER @ 45/HR, AUTOCAD @ 5/HR, SR. DESIGNER I
@ 30/HR, - SECONDARY LOCK DEVELOPMENT AND PIVOT PIN
DEVELOPMENT REF HES #90-1-65800
WHO ORDERED: X.LI/757-5855

ALL INVOICES MUST BE SENT TO: X.LI/757-5855
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN)          (ZH)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
*****************************SALES TAX CODES********************(TX)

CONTINUE PAGE

ORIGINAL

IR STEPHEN PARKS

A000801



# SHIPPER/INVOICE

H.E. Services - 5117 S. Dort Hwy - Flint, MI 48507 - 810-743-4900 - Fax 810-743-8400

Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

X. LI
DELPHI SAGINAW STEERING SYS
(3SI) SERVICE ORDERS
3900 HOLLAND ROAD
SAGINAW, MI 48601

| | |
|---|---|
| Invoice Number | 005448 |
| Invoice Date | December 10, 2003 |
| PO Number | S2S45183 |
| Contract | |
| Job Description: | 90-1-00658-00 |
| Page | 1 of 2 |
| Manager | RUSSELL LAFRENIERE |

SECONDARY LOCK DEVELOPMENT AND PIVOT PIN DEVELOPMENT REF HES #90-1-65800

| | | Current Qty | Rate | Current Amount |
|---|---|---|---|---|
| PR389054001 | Lead Engineer/ACAD/Sr Designer | 8,118.00 | 1.00 | 8,118.00 |
| Invoice Total | | | | 8,118.00 |

Remit Payment To:
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

# DELPHI
## Purchase Request

Bold areas are required fields

Page ___ of ___
Req. No. 389054

| | | |
|---|---|---|
| SB PO / REL No. | | |
| MBO / BL PO No. | 5280034 | |
| PO# / Alt. | | |

| Supplier | H.E. Services | Duns No. 144230695 | Required |
| --- | --- | --- | --- |
| Service ✓ | | Fax No. 989-753-7703 | Promised |
| Cap/Const. | | | Effective |
| Other | | | Expires |
| Address | 5117 S. Door Hwy. | | |
| | Flint, MI 48507 | | |
| Contact | Russ Gierzentic | Phone No. 989-753-9015 | |
| | | Date 10-17-03   APA Rec'd | |
| Tax Code | | Ship to Dock | |
| | | Rec./Notify D. Riess | |
| | | Phone 7-584  Mail/Pit.   Fax | |
| | | Deliver To | |

| Qty | U/M | Est. Cost | Actual Cost | WO Type | GC | GL | Dept | Sub Acct. | Corp. | Loc. | Prod. | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 per Doz | 1 | | | | 2 | 4 | 5 | 5 | 3 | 3 | 4 | CAD Engineer @ $45/HR |
| | | | | | | | | | | | | Avinead Spidal |
| | | | | | | | | | | | | S.E. Designed to $30/HR |
| | | | | | | | | | | | | Secondary Lock Development |
| | | | | | | | | | | | | Pivot Pin Development AND |
| | | | | | | | | | | | | Ref. HES # 90-1-6580 |

Total Est. Cost  $8118⁰⁰

Must be Complete: Is a Substitute Material or Supplier Acceptable
___ Yes ___ No  Must Provide Justification

| Invoice / Packing Slip | Quote No. | Buyer | Date |
|---|---|---|---|
| Service Approved / Completed | | | |
| APA Rec'd Services | Clauses | Purchasing Manager | Date |
| | | Shipper | |
| | | FOB | |
| | | Pay Terms | |

Where Used / Remarks

| Originator | Phone | Haz'd Mat'l Appr. | Acct. Appr. | Date | Approval | Date | Approval | Date |

05-44481-rdd    Doc 7418-27    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4b
H.E.S. Engineering    Pg 19 of 20

05-44481-rdd    Doc 7418-27    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4b
H.E.S. Engineering    Pg 19 of 20



## SHIPPER / INVOICE

Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

H.E. Services – 5117 S. Dort Hwy – Flint, MI 48507 – 810-743-4900 – Fax 810-743-8400

Delphi
3900 Holland Ave
Saginaw, MI 48601
United States

Invoice Number     005188   005188
Invoice Date       November 30, 2003
PO Number          52344646
Contract
Job Description:   76-2-20897-00

Page               1 of 2

Manager

Current
Amount

Job Description:   Larry Wehner
Lead Designer – Spline helix ending rolling head design improvements

PR382565001   Lead Designer                               84.00

Invoice Total                                             84.00  $84.–

Remit Payment To:
Department # 27-4201
H.E. Services Company
P.O. Box 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____
Date: 12/17/03

FAXED 4/8/04

4/8/04

Jody – I haven't received payment as of 4/8/04
Can you please look into this for me –
Thank you
Amy Pumpera
810 743 4900 ext 203