SHIPPER/INVOICE



H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing
5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | | | |
|---|---|---|---|
| CUSTOMER: | DELPHI CHASSIS DIVISION | INVOICE: | 236-246 |
| | SAGINAW OPERATIONS | | |
| | 2328 EAST GENESEE | | |
| | SAGINAW, MI 48601 | | |
| | | HES CONTACT: | AMY PUMPERA |
| ATTN.: | RYAN WENDLING | | |
| | | DATE: | 14-Apr-04 |
| | | PO# | SMS78147 |

DESIGN GAGES FOR GMT 100 SALTILLO, MEXICO

| ITEM CODE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| PR153734 001 | 444 | $43.00 | $19,092.00 |
| | | TOTAL INVOICE AMOUNT | $19,092.00 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| CUSTOMER: DELPHI SAGINAW STEERING SYSTEMS<br>DEVELOPMENT LAB DEPT 26<br>3900 HOLLAND RD<br>SAGINAW, MI 48601 | INVOICE: 202-203-204-205 |
| | HES CONTACT: AMY PUMPERA |
| ATTN.: T BENNETT | DATE: 14-Apr-04 |
| | PO#: S2S47553 |

DESIGN THERMAL CHAMBER AND FIXTURES FOR SVSU PROJECT
REF HES #769-786-788-799

| ITEM CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| PR376545 001 | SR DESIGN II | $11,492.00 |
| PR376545 002 | AUTOCAD | $1,690.00 |
| | TOTAL INVOICE AMOUNT | $13,182.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

05-44481-rdd    Doc 7418-28    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4c
H.E.S. Engineering    Pg 5 of 20



**SHIPPER/INVOICE**

H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| **CUSTOMER:** DELPHI SAGINAW STEERING SYSTEMS<br>DEVELOPMENT LAB DEPT 26<br>3900 HOLLAND RD<br>SAGINAW, MI  48601 | **INVOICE:** 185-190-191 |
| **ATTN.:** T BENNETT | **HES CONTACT:** AMY PUMPERA |
| | **DATE:** 14-Apr-04 |
| | **PO#** S2S46158 |

DEVELOP CONCEPT FOR LASER LOAD/LASH FIXTURE & DESIGN VOLTMETER BOX
REF HES #708-724-724

| ITEM CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| PR395295 001 | SR DESIGN III | $8,702.00 |
| PR395295 002 | AUTOCAD | $1,145.00 |
| | **TOTAL INVOICE AMOUNT** | **$9,847.00** |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

05-44481-rdd    Doc 7418-28    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4c
H.E.S. Engineering    Pg 7 of 20



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy. • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | | | |
|---|---|---|---|
| **CUSTOMER:** | DELPHI SAGINAW STEERING SYSTEMS<br>DEVELOPMENT LAB DEPT 26<br>3900 HOLLAND RD<br>SAGINAW, MI 48601 | **INVOICE:** | 207-208-209-210 |
| | | **HES CONTACT:** | AMY PUMPERA |
| **ATTN.:** | T. BENNETT | **DATE:** | 14-Apr-04 |
| | | **PO#** | S2S47556 |

DESIGN FIELD POINT ENCLOSURE FOR DURABILITY TESTING
REF HES #718-773-782-785

| ITEM CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| PR376538 001 | SR DESIGN III | $8,930.00 |
| PR376538 002 | AUTOCAD | $1,175.00 |
| | **TOTAL INVOICE AMOUNT** | **$10,105.00** |

**Remit Payment To:**
Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

**Received By:** _____

**Date:** _____

05-44481-rdd    Doc 7418-28    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4c
H.E.S. Engineering    Pg 9 of 20

**H.E.S.** H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | |
|---|---|
| CUSTOMER: DELPHI SAGINAW STEERING SYSTEMS<br>DEVELOPMENT LAB DEPT 26<br>3900 HOLLAND RD<br>SAGINAW, MI 48601<br><br>ATTN.: T. BENNETT | INVOICE: 174-175-186-199<br><br>HES CONTACT: AMY PUMPERA<br><br>DATE: 14-Apr-04<br><br>PO# S2S47549 |

REVISE DESIGN FOR ALL CMS PANELS TO INCLUDE SINGLE AXIS SERVO
AND DESIGN CONTROLS FOR SPRING & BUMPER REF HES #618-638-709-738

| ITEM CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| PR376550 001 | SR DESIGN III | $12,616.00 |
| PR376550 002 | AUTOCAD | $1,660.00 |
| | TOTAL INVOICE AMOUNT | $14,276.00 |

Remit Payment To:

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____



**H.E. Services / Ancon Prototype & Machine / Universal Tool / Universal Inspection / Universal Manufacturing**

5117 S. Dort Hwy • Flint, MI 48507 • 810-743-4900 • Fax 810-743-8400

| | | |
|---|---|---|
| CUSTOMER: | DELPHI CHASSIS DIVISION | INVOICE: 219-235 |
| | SAGINAW OPERATIONS | |
| | 2328 EAST GENESEE | |
| | SAGINAW, MI 48601 | |
| | | HES CONTACT: AMY PUMPERA |
| ATTN.: | RYAN WENDLING | |
| | | DATE: 14-Apr-04 |
| | | PO# SMS78357 |

DESIGN ALL GAGES FOR 211/222/231/272 ROTOR PER QUOTE #690-0172

| ITEM CODE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| PR153738 001 | 234 | $43.00 | $10,062.00 |
| | TOTAL INVOICE AMOUNT | | $10,062.00 |

**Remit Payment To:**

Comerica
Department # 274201
H.E. Services Company
P.O. BOX 67000
DETROIT, MICHIGAN 48267-2742

Received By: _____

Date: _____

05-44481-rdd    Doc 7418-28    Filed 03/26/07    Entered 03/26/07 15:47:11    Exhibit 4c
H.E.S. Engineering    Pg 13 of 20

# H.E. SERVICES CO.

**Engineering/Testing Division**
C/O Mctevia & Associates, Inc.
18161 E. Eight Mile Road
Eastpointe, MI 48021
Phone (586) 774-5580  Fax (586) 774-7098

*[handwritten: Ancon / ~~peaterson~~ / Follow up / #226 $837.50]*

# INVOICE

**NUMBER:**
20050106

**DATE:**
January 6, 2005

**P.O. NUMBER:**
S2S48822

**Bill To:**
Delphi Saginaw Steering Systems
3900 Holland Avenue
Saginaw, MI 48601

| DESCRIPTION | | AMOUNT |
|---|---|---|
| For Engineering Services | $ | 11,395.00 |
| | TOTAL  $ | 11,395.00 |

**Make Payment to H.E. Services Co. via electronic payment
or mail to the following address:**
H.E. Services
c/o Comerica Bank
Department #274201
P.O. Box 67000
Detroit, MI 48267-2742

## Ken Nenninger

**From:** stephen.parks [stephen.parks@delphi.com]
**Sent:** Tuesday, January 04, 2005 10:37 AM
**To:** Ken Nenninger
**Subject:** RE: H.E. Services Update

Mr. Nenninger:

Could you please provide me with an invoice for Purchase Order number S2S48822 for $11,395. It is not on your list, but I have an engineer with documentation saying the work has been done and we need to pay this amount. Thank you.

Stephen Parks

> -----Original Message-----
> **From:** Ken Nenninger [mailto:knenninger@mctevia.com]
> **Sent:** Tuesday, December 21, 2004 4:30 PM
> **To:** Parks, Stephen
> **Subject:** H.E. Services Update
>
> Can you provide an update on the H.E. Services invoices since last we spoke? Was the information that I sent you useful in tracking down further information?
>
> Please advise.
>
> Sincerely,
>
> Kenneth R. Nenninger
> McTevia & Associates, Inc.
> 18161 East Eight Mile Road
> Eastpointe, MI 48021
> Phone-(586)774-5580
> Fax-(586)774-7098
> www.mctevia.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: The information contained in this message may be privileged and confidential and thus protected f disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsibl delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in erroi please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1/6/2005

Staffing
H E Services
225 E Morley Dr
Saginaw, MI  48601
USA
Voice:  (989) 753-9015
Fax:    (989) 753-7703

# Invoice

Invoice Number: 201

Invoice Date: Mar 24, 2004

Page: 1

Sold To:
Delphi
3900 Holland Ave
Saginw, MI  48601
USA

Ship to:
Delphi
3900 Holland Ave
Saginw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45166 | Net 30 Days |

| Quantity | Item | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|---|
| 9.00 | Labor | Larry Wehner-Lead Designer-Gear/Spline Development on Assist Mech.  PR372733-001 | 42.00 | 378.00 | 20897 |
| 4.50 | Labor | | 42.00 | 189.00 | 20897 |
| 9.50 | Labor | | 42.00 | 399.00 | 20897 |
| 9.50 | Labor | | 42.00 | 399.00 | 20897 |
| 7.50 | Labor | | 42.00 | 315.00 | 20897 |

Check/Credit Memo No:

Total Invoice Amount     1,680.00

Remit Payment To:
**H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

**Staffing**
**H E Services**
**225 E Morley Dr**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015
Fax: (989) 753-7703

# Invoice

Invoice Number: 217
Invoice Date: Apr 4, 2004
Page: 1

Duplicate

Sold To:
Delphi
3900 Holland Ave
Saginw, MI 48601
USA

Ship to:
Delphi
3900 Holland Ave
Saginw, MI 48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45533 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 7.00 | | 42.00 | 294.00 | 20897 |
| 5.75 | | 42.00 | 241.50 | 20897 |
| 9.25 | | 42.00 | 388.50 | 20897 |
| 8.50 | | 42.00 | 357.00 | 20897 |
| 8.50 | | 42.00 | 357.00 | 20897 |
| | PR382567 001 <br><br> LARRY WEHNER - LEAD DESIGNER - SPLINE HELIX AND ROLLING HEAD DESIGN IMPROVEMENTS. | | | |

Check/Credit Memo No:

Total Invoice Amount: 1,638.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____