# Invoice

**Staffing**
**H E Services**
**225 E Morley Dr**
**Saginaw, MI  48601**
**USA**

Voice:   (989) 753-9015

Fax:     (989) 753-7703

Invoice Number:
213

Invoice Date:
Mar 29, 2004

Page:
1

Sold To:
Delphi
3900Holland Ave
Saginw, MI  48601
USA

Ship to:
Delphi
3900Holland Ave
Saginw, MI  48601
USA

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S45166 | Net 30 Days |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| | Larry Wehner-Lead Designer-Gear/Spline Development on Assis. Mech.  PR 372733-001 | | 1,680.00 | 20897 |

Total Invoice Amount        1,680.00

Check/Credit Memo No:

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

DELPHI

**PURCHASE ORDER:** S2546197

PAGE 1

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601        US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000        US

VENDOR NUMBER 14-423-0695
TO:
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on an acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. These conditions together with the terms and conditions on the face and reverse side hereof, contain the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. Where a Delphi Contract or Purchase Order Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE 12/19/03
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

989-757-4048
S RUDZINSKI  Buyer
S12
PURCHASING AGENT

SHIP VIA SEE BELOW

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | |
| 00001 | 8400 | PR395298 001 | | LEAD ENGINEER @ 45/HR, SR. DESIGNER I @ 30/HR, AUTOCAD @ 5/HR - SECONDARY LOCK DEVELOPMENT AND PIVOT PIN DEVELOPMENT REF HEA #901-658 WHO ORDERED: E.SAVAGE/757-3230 | 01/30/04  G 0.00% | | | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: E.SAVAGE/757-3230 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. *****************SALES TAX CODES****************(TX) | | | | |

CONTINUE PAGE

000842   R STEPHEN PARKS        ORIGINAL

# Engineering/Testing

**Invoice**

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989)753-9015

Fax:    (989)753-7703

Invoice Number:
105

Invoice Date:
Jan 29, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

**Ship to:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46197 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 8,288.00 | PR395298 001 | 1.00 | 8,288.00 | 9016580100,La |
| | LEAD ENGINEER/SENIOR DESIGNER/AUTOCAD | | | |
| | SECONDARY LOCK DEVELOPMENT AND PIVOT PIN | | | |
| | DEVELOPMENT.  REF HES #901-658 | | | |

Check/Credit Memo No:

Total Invoice Amount          8,288.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #27420**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

_____

# DELPHI

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

US

VENDOR NUMBER 14-423-0695
TO:
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601

US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00.
00000

US

# PURCHASE ORDER: S2S46221

PAGE

This Number Must Appear On All Invoices, Packing Slips
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips as well as on invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PURCHASING AGENT |
|---|---|
| 12/22/03 | 989-757-1704 |
| ALTERATION ISSUE DATE | S RUDZINSKI Buyer |
| | S12 |
| ALTERATION EFFECTIVE DATE | |

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order constitutes an offer and such terms and conditions can be varied only by, subject, cancels the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be recognized unless the same made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereto, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS**
NET    2ND DAY OF 2ND MONTH

**F.O.B.**   DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

**SHIP VIA**
SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | |
| 00001 | 9500 | PR395300 001 | | LEAD ENGINEER @ 45/HR, SR DESIGNER III @ 38/HR, AUTOCAD @ 5/HR, UNIGRAPHICS @ 14/HR - LOW COST COLUMN DEVELOPMENT REF HES #70501 WHO ORDERED: E.SAVAGE/757-3230 | 01/30/04 G 0.00% | | | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: E.SAVAGE/757-3230 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. ****************SALES TAX CODES***************(TX) | | | | |

#7050?

A000843      _R STEPHEN PARKS

ORIGINAL

# Engineering/Testing

**Invoice**

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

| | |
|---|---|
| Voice: | (989)753-9015 |
| Fax: | (989)753-7703 |

Invoice Number:
130

Invoice Date:
Feb 19, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-E. SAVAGE
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46221 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 9,336.00 | PR395300 001 | 1.00 | 9,336.00 | 9017050100 |
| | LEAD ENGINEER | | | |
| | SR. DESIGNER III | | | |
| | AUTOCAD | | | |
| | UNIGRAPHICS | | | |
| | LOW COST COLUMN DEVELOPMENT REF HES #70501 | | | |

Check/Credit Memo No:

Total Invoice Amount          9,336.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# Invoice

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989)753-9015

Fax:      (989)753-7703

Invoice Number:
132a

Invoice Date:
Feb 19, 2004

Page:
1

Duplicate

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46792 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 933.00 | PR395229 001 | 1.00 | 933.00 | 9017070000 |
|  | PR395229 002 |  |  |  |
|  | SR DESIGN I |  |  |  |
|  | AUTOCAD |  |  |  |
|  | DESIGN JACKET CLAMP FIXTURES FOR GMX-245, |  |  |  |
|  | P90 STRUCTURAL FATIGUE & TENSILE FIXTURE |  |  |  |
|  | FOR ENFN - REF HES #707-717-727 |  |  |  |

Check/Credit Memo No:

Total Invoice Amount        933.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# DELPHI

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

**PURCHASE**
**ORDER:** S2S46792

PAGE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip,
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

VENDOR NUMBER 14-423-0695
HE SERVICES CO
TO: ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

| ORDER DATE | | |
|---|---|---|
| 02/10/04 | | |
| ALTERATION ISSUE DATE | | |
| ALTERATION EFFECTIVE DATE | | |

989-757-40
S RUDZINSKI     Buyer
S12

PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on an acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller, and no other agreement or understanding of any nature concerning same
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
This order is subject to Contract Number is Shown Herein, additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | | F.O.B. | | DESTINATION UNLESS OTHERWISE INDICATED | | SHIP VIA |
|---|---|---|---|---|---|---|
| NET | 2ND DAY OF 2ND MONTH | | SHIPPING POINT | | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | |
| 00001 | 12002 | PR395229 001 | | SR. DESIGN II - 353 HRS. DESIGN JACKET CLAMP FIXTURES FOR GMX-245 P90 STRUCTURAL FATIGUE & TENSILE FIXTURE FOR ENFN - REF. HES #707-717-727. WHO ORDERED: P. FALLON/7-0218 | | 02/27/04 | G  0.00% | 1.0000 |
| 00002 | 1765 | PR395229 002 | | AUTOCAD - 353 HRS. WHO ORDERED: P. FALLON/7-0218 | | 02/27/04 | G  0.00% | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0218 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | |

BUYER STEPHEN PARKS          ORIGINAL          CONTINUE PAGE

A000871

# Engineering/Testing

**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989) 753-9015

Fax: (989) 753-7703

# Invoice

Invoice Number:
133

Invoice Date:
Feb 19, 2004

Page:
1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS- P FALLON
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46792 | Net 30 Days |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 5,070.00 | PR395229 001 | 1.00 | 5,070.00 | 9017170000,La |
| | PR395229 002 | | | |
| | SR DESIGN II | | | |
| | AUTOCAD | | | |
| | DESIGN JACKET CLAMP FIXTURES FOR GMX-245, | | | |
| | P90 STRUCTURAL FATIGUE & TENSILE FIXTURE | | | |
| | FOR ENFN - REF HES #707-717-727 | | | |

Check/Credit Memo No:

Total Invoice Amount          5,070.00

**Remit Payment to:**
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI 48267-2742**

Authorized By: _____

Date: _____

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

Voice:   (989)753-9015

Fax:    (989)753-7703

Invoice Number:
134

Invoice Date:
Feb 19, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46792 | Net 30 Days |
|  |  |  |
|  |  |  |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 3,354.00 | PR395229 001 | 1.00 | 3,354.00 | 9017270000 |
|  | PR395229 002 |  |  |  |
|  | SR DESIGN II |  |  |  |
|  | AUTOCAD |  |  |  |

Check/Credit Memo No:

Total Invoice Amount        3,354.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# PURCHASE

PAGE

## ORDER: S3S20950 004

### A L T E R A T I O N ###

### ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown, on Packing Slips,
Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Prepaid.

**PHONE: 517-757-405**

G FRAHM        Buyer

S29

| ORDER DATE | 11/22/02 |
| ALTERATION ISSUE DATE | 12/19/03 |
| ALTERATION EFFECTIVE DATE | 12/19/03 |

PURCHASING AGENT

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD
DEPT. 14
SAGINAW MI
48601
US

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S. DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On its reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order constitutes the entire agreement and there are no other terms or conditions on the face and reverse side hereof, outside the complete and final agreement between Buyer and Seller and Seller and Buyer agree in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Covenant contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA | SEE BELOW |
| NET 2ND DAY OF 2ND MONTH | | SHIPPING POINT | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PROD. FILE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY S3S20950 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | CHANGED QUANTITIES PER PR395644 | | | | | |
| 00001 | 1785 | PR377667 001 | | ### THIS ITEM HAS BEEN CHANGED ### | | 11/27/02 | A   0.00% | 42.0000 | |
| | | | | LEAD DESIGNER-BUDDY WHO ORDERED: T.FAUNCE/7-4590 | | | | | |
| 00003 | 1785 | PR377667 003 | | ### THIS ITEM HAS BEEN CHANGED ### | | 04/09/03 | A   0.00% | 5.0000 | |
| | | | | AUTOCAD PR377667 003 WHO ORDERED: T.FAUNCE/7-4590 | | | | | |

BUYER SUZANNE J BEARDSLEY

ORIGINAL                    LAST PAGE

001089

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI  48601**
**USA**

| | |
|---|---|
| Voice: | (989)753-9015 |
| Fax: | (989)753-7703 |

Invoice Number:

Invoice Date:
Feb 29, 2004

Page:
1

Sold To:
    Delphi Saginaw Steering Systems
    (3SI) SERVICE ORDERS
    3900 HOLLAND AVENUE
    SAGINAW, MI  48601
    US

Ship to:
    Delphi Saginaw Steering Systems
    (3SI) SERVICE ORDERS - FAUNCE
    3900 HOLLAND AVENUE
    SAGINAW, MI  48601
    US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 222.50 | PR377667 001 | 42.00 | 9,345.00 | 9015830200,La |
| | LEAD DESIGNER - BUDDY | | | |
| 222.50 | PR377667 003 | 5.00 | 1,112.50 | 9015830300,La |
| | AUTOCAD | | | |

Check/Credit Memo No:

Total Invoice Amount          10,457.50

Remit Payment to:
**H. E. SERVICES**
**c/o COMERICA**
**DEPARTMENT #274201**
**P.O. BOX 67000**
**DETROIT, MI  48267-2742**

Authorized By: _____

Date: _____

# DELPHI
## Purchase Request
Bold areas are required fields

Page ____ of ____
Req. No. 395294

| Field | Value |
|---|---|
| Supplier | HE Squicus |
| Address | 5112 S. Dort Hwy. Flint, MI 48507 |
| Contact | Russ Cartwright |
| Tax Code | |

Duns No. 14-420-0495
Fax No. 989-753-7203
Phone No. 989-753-9015
Number

**Service** ✓
**Cap/Const.**
**Other**

SB PO / REL No. ____
MBO / BL PO No. 5280034
PO# / Alt. ____

| | |
|---|---|
| Date 12-2-03 | APA Rec'd |
| Ship to Dock | |
| Rec./Notify T. Bonnot | |
| Phone 7-47203 Mail/Plt. | Fax |
| Deliver To | |

| | Required |
|---|---|
| | Promised |
| | Effective |
| | Expires |

5254657

| Qty | U/M | Est. Cost | Actual Cost | WO Type | GC 2 | GL 4 | Dept 5 | Sub Acct. 5 | Corp. 3 | Loc. 3 | Prod. 4 | Item ID / Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6726 | Dos 1 | $7,011 | | | | | | | | | | SZ Design III - 177 HES |
| 1285 | Dos 1 | | | | | | | | | | | AutoCAD - 177 HES |
| | | | | | | | | | | | | Design Drive Suntec Box |
| | | | | | | | | | | | | Ref. HES # 637-704 |

12 hrs.
3815

Where Used / Remarks

Total Est. Cost

Must be Complete: Is a Substitute Material or Supplier Acceptable
Yes ____
No ____ Must Provide Justification

Invoice / Packing Slip
Service Approved / Completed
APA Rec'd Services

**Originator**   Phone

| | |
|---|---|
| Quote No. | |
| Acct. Appr. | Date |
| Haz'd Mat'l Appr. | |
| Approval | Date |

| | |
|---|---|
| Buyer | Date |
| Purchasing Manager | Date |
| Clauses | |
| Shipper | |
| FOB | |
| Pay Terms | |
| Approval | Date |

**Engineering/ Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989)753-9015

Fax: (989)753-7703

# Invoice

Invoice Number:
177

Invoice Date:
Apr 4, 2004

Page:
1

Duplicate

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S46157 | Net 30 Days |
| | | |
| | | |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 4,788.00 | PR395294 001 | 1.00 | 4,788.00 | 9010063700,La |
| | SR. DESIGN II | | | |
| 630.00 | PR395294 002 | 1.00 | 630.00 | 9010063700,La |
| | AUTOCAD | | | |
| | DESIGN POWER SPLITTER BOX | | | |

Check/Credit Memo No:

Total Invoice Amount                    5,418.00

**Remit Payment to:**
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____