# DELPHI

## PURCHASE ORDER: S2S44042

PAGE 1

| | |
|---|---|
| SHIP TO: | DELPHI SAGINAW STEERING SYS.<br>(3SI) SERVICE ORDERS<br>3900 HOLLAND RD<br>SAGINAW MI 48601<br>US |
| INVOICE TO: | DELPHI<br>SEE INVOICE INSTRUCTIONS 00<br>00000<br>US |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695

TO: H E SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PURCHASING AGENT | 989-757-4048 |
|---|---|---|
| 08/05/03 | S RUDZINSKI | Buyer |
| ALTERATION ISSUE DATE | S12 | |
| ALTERATION EFFECTIVE DATE | | PRICE MULTIPLIER/BASIS |

This order is not binding until accepted. Acceptance should be on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY<br>USD DOLLAR (UNITED STATES) | | | | |
| | | | | THIS IS A MATERIAL REQUEST AGAINST MBO S2B00034 | | | | |
| 00001 | 60000 | PR339528 001 | | LEAD ENGINEER @ 45/HR, LEAD DESIGNER @ 42/HR, SR.<br>DESIGNER II @ 38/HR, SR.DESIGNER I @ 30/HR,<br>UNIGRAPHICS @ 14/HR, AUTOCAD @ 5/HR - UPDATE EXISTING<br>R&P STACKBOOKS WITH DESIGN CHANGES SINCE 1999. CREATE<br>STACKBOOK FOR T900<br>WHO ORDERED: HOUGHTALING/757-4274 | | 08/29/03 | G 0.00% | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: HOUGHTALING/757-4274<br>AT DELPHI SAGINAW TO INSURE PURCHASE ORDER<br>PAYMENT. FAILURE TO DO SO MAY RESULT<br>IN NON-PAYMENT OF INVOICES. PURCHASE ORDER<br>NUMBER AND APPROPRIATE ITEM IDENTIFICATION<br>NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH)<br>*RIGHT TO AUDIT*<br>BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF<br>GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT<br>ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING<br>CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-<br>IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE<br>AVAILABLE FOR AUDIT BY DELPHI AUTOMOTIVE FOR | | | | |

CONTINUE PAGE

\_\_R STEPHEN PARKS

ORIGINAL

000747

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989)753-9015
Fax: (989)753-7703

# Invoice

Invoice Number: 178
Invoice Date: Apr 4, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-HOUGHTALI
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S44042 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 9,274.00 | PR339528 001 LEAD ENGINEER/LEAD DESIGNER/SR. DESIGNER II/ SR. DESIGNER I/ UNIGRAPHICS/AUTOCAD UPDATE EXISTING R & P STACKBOOKS WITH DESIGN CHANGES SINCE 1999. CREATE STACKBOOK FOR T900 | 1.00 | 9,274.00 | 9016710100,La |

Check/Credit Memo No:

Total Invoice Amount    9,274.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# DELPHI

| | | |
|---|---|---|
| PAGE | | |
| PURCHASE ORDER: | S2S47547 | |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packlist Slip.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Packages.
Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 03/17/04 | | |

| PHONE: 989-757-4( |
| S RUDZINSKI |
| S12 |

Buyer
PURCHASING AGEN

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
TO: HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
In the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 7904 | PR376535 001 | | SR. DESIGN III - 208 HOURS - CMS GMX-295 CABLE DESIGN AND BI-DIRECTIONAL DURABILITY SHAKER DESIGN REF. HES #672 WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 | G 0.00% | 1.0000 | |
| 00002 | 1040 | PR376535 002 | | AUTOCAD - 208 HOURS WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 | G 0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: TIM BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH) *RIGHT TO AUDIT* BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- | | | | | |

CONTINUE PAGE 2

A000897 USER JACQUELINE LEWIS ORIGINAL

# Invoice

**Engineering/Testing**
**H. E. Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989)753-9015
Fax: (989)753-7703

Invoice Number: 179
Invoice Date: Apr 4, 2004
Page: 1

Sold To:
   Delphi Saginaw Steering Systems
   (3SI) SERVICE ORDERS
   3900 HOLLAND AVENUE
   SAGINAW, MI 48601
   US

Ship to:
   Delphi Saginaw Steering Systems
   (3SI) SERVICE ORDERS-BENNETT
   3900 HOLLAND AVENUE
   SAGINAW, MI 48601
   US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47547 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 7,904.00 | PR376535 001 SR. DESIGN III | 1.00 | 7,904.00 | 9016720000,La |
| 1,040.00 | PR376535 002 AUTOCAD | 1.00 | 1,040.00 | 9016720000 |
| | CMS GMX-295 CABLE DESIGN AND | | | |
| | BI-DIRECTIONAL DURABILITY SHAKER DESIGN | | | |
| | REF: HES #672 | | | |

Check/Credit Memo No:

Total Invoice Amount    8,944.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S47555

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-40..
S RUDZINSKI  Buyer
S12
PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 03/17/04 | | |

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601                    US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                    US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                    US

1145  /595

VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse sides hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | PRICE MULTIPLE | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 8474 | PR376536 001 | | SR. DESIGN III - 223 HOURS - CMS GMT-610 & GMT-345 CABLE DESIGN REF.; HES #673 WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 G | 0.00% | | 1.0000 |
| 00002 | 1115 | PR376536 002 | | AUTOCAD - 223 HOURS WHO ORDERED: T. BENNETT/7-4708 | | 03/31/04 G | 0.00% | | 1.0000 |
| | | | | ALL INVOICES MUST BE SENT TO: TIM BENNETT/757-4708 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN) *RIGHT TO AUDIT* (ZH) BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL- IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | | |

CONTINUE PAGE 2

ORIGINAL

A000897  USER JACQUELINE LEWIS

# Invoice

**Engineering/Testing**
**H E Services**
**225 E. Morley Drive**
**Saginaw, MI 48601**
**USA**

Voice: (989)753-9015
Fax: (989)753-7703

Invoice Number: 180
Invoice Date: Apr 4, 2004
Page: 1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-BENNETT
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47555 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 8,474.00 | PR376536 001<br>SR. DESIGN III | 1.00 | 8,474.00 | 9016730000,La |
| 1,115.00 | PR376536 002<br>AUTOCAD<br>CMS GMT-610 & GMT-345 CABLE DESIGN REF.<br>HES #673 | 1.00 | 1,115.00 | 9016730000,La |

Check/Credit Memo No:

Total Invoice Amount: 9,589.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# DELPHI

## PURCHASE ORDER: S2S47552

PAGE

**SHIP TO:** DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW, MI
48601
US

**INVOICE TO:** DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 14-423-0695
TO: HE SERVICES CO
ANCON TOOL DIV
5517 S DORT HWY
FLINT MI
48507

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**PHONE:** 989-757-4
S. RUDZINSKI    Buyer
S12

**ORDER DATE:** 03/17/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

**SHIP VIA:** SEE BELOW

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

**F.O.B.** SHIPPING POINT   DESTINATION UNLESS OTHERWISE INDICATED

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD - DOLLAR (UNITED STATES)

REFERENCE S2B00034

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPL |
|---|---|---|---|---|---|---|---|---|
| 00001 | 13192 | PR376544 001 | SR. DESIGN II - 388 HOURS - DESIGN RAKE MECH/TILT MECH WEAR FIXTURES REF. HES #687-729-742 WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | 1.0000 | |
| 00002 | 1940 | PR376544 002 | AUTOCAD - 388 HOURS WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | 1.0000 | |

ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0218
AT DELPHI SAGINAW TO INSURE
PAYMENT. FAILURE TO DO SO MAY RESULT
IN NON-PAYMENT OF INVOICES. PURCHASE ORDER
NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL INVOICES. (IN) (ZH)
*RIGHT TO AUDIT*
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF
GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT
ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-
IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE

CONTINUE PAGE 2

ORIGINAL

A000897    USER JACQUELINE LEWIS

Engineering/Testing
# H E Services
## 225 E. Morley Drive
Saginaw, MI  48601
USA

Voice:  (989)753-9015

Fax:    (989)753-7703

# Invoice

Invoice Number:
181

Invoice Date:
Apr 4, 2004

Page:
1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-FALLON
3900 HOLLAND AVENUE
SAGINAW, MI  48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47552 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 5,369.00 | PR376544 001<br>SR DESIGN II<br><br>PR376544 002<br>AUTOCAD<br>DESIGN RAKE MECH/TILT MECH WEAR FIXTURES<br>REF HES #687-729-742 | 1.00 | 5,369.00 | 9016870000 |

Check/Credit Memo No:

Total Invoice Amount       5,369.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI  48267-2742

Authorized By: _____

Date: _____

# DELPHI

**PURCHASE ORDER:** S2S47552

PAGE

This Number Must Appear On All Invoices, Packing slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slip Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| | |
|---|---|
| SHIP TO: | DELPHI SAGINAW STEERING SYS.<br>(3SI) SERVICE ORDERS<br>3900 HOLLAND RD<br>SAGINAW, MI 48601 US |
| INVOICE TO: | DELPHI<br>SEE INVOICE INSTRUCTIONS 00<br>00000 US |

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601 US

VENDOR NUMBER 14-423-0695
TO: HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 03/17/04 | | |

PHONE: 989-757-4
Buyer S. RUDZINSKI
S12

PURCHASING AGENT

SHIP VIA: SEE BELOW

| PAYMENT TERMS | F.O.B. | |
|---|---|---|
| NET 2ND. DAY OF 2ND MONTH | DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY<br>USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 13192 | PR376544 001 | | SR. DESIGN II - 388 HOURS - DESIGN RAKE MECH/TILT<br>MECH WEAR FIXTURES REF. HES #687-729-742<br>WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 G | 0.00% | 1.0000 | |
| 00002 | 1940 | PR376544 002 | | AUTOCAD - 388 HOURS<br>WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 G | 0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0218<br>AT DELPHI SAGINAW TO INSURE<br>PAYMENT. FAILURE TO DO SO MAY RESULT<br>IN NON-PAYMENT OF INVOICES. PURCHASE ORDER<br>NUMBER AND APPROPRIATE ITEM IDENTIFICATION<br>NUMBERS MUST APPEAR ON ALL INVOICES. (IN)<br>*RIGHT TO AUDIT* (ZH)<br>BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF<br>GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT<br>ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING<br>CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-<br>IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | | |

CONTINUE PAGE 2

A000897 USER JACQUELINE LEWIS ORIGINAL

Engineering/Testing
H E Services
225 E. Morley Drive
Saginaw, MI 48601
USA

Voice: (989)753-9015
Fax: (989)753-7703

# Invoice

Invoice Number: 182
Invoice Date: Apr 4, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-FALLON
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47552 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 559.00 | PR376544 001 SR. DESIGN II  PR376544 002 AUTOCAD DESIGN RAKE MECH/TILT MECH WEAR FIXTURES REF HES #687-729-742 | 1.00 | 559.00 | 9017030000,La |

Check/Credit Memo No:

Total Invoice Amount  559.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# PURCHASE ORDER: S2S47552

SHIP TO:
DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment Item Identification Number(s) must be shown on Packing Slips.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

TO:
VENDOR NUMBER 14-423-0695
HE SERVICES CO
ANCON TOOL DIV
5117 S DORT HWY
FLINT MI
48507

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 03/17/04 | | |

PHONE: 989-757-404
S. RUDZINSKI  Buyer
S12
PURCHASING AGENT

SHIP VIA: SEE BELOW

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED: SHIPPING POINT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | REFERENCE S2B00034 | | | | | |
| 00001 | 13192 | PR376544 001 | | SR. DESIGN II - 388 HOURS - DESIGN RAKE MECH/TILT MECH WEAR FIXTURES REF. HES#68 729-742 WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | 1.0000 | |
| 00002 | 1940 | PR376544 002 | | AUTOCAD - 388 HOURS WHO ORDERED: P. FALLON/7-0218 | | 03/31/04 | G 0.00% | 1.0000 | |

ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0218 AT DELPHI SAGINAW TO INSURE PAYMENT. FAILURE TO DO SO MAY RESULT IN NON-PAYMENT OF INVOICES. PURCHASE ORDER NUMBER AND APPROPRIATE ITEM IDENTIFICATION NUMBERS MUST APPEAR ON ALL INVOICES. (IN)

BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFIL-IATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE

CONTINUE PAGE

ORIGINAL

000897 LOWER JACQUELINE LEWIS

# Invoice

**Engineering/Testing**
**H E Services**
225 E. Morley Drive
Saginaw, MI 48601
USA

Voice: (989) 753-9015
Fax: (989) 753-7703

Invoice Number: 200
Invoice Date: Apr 14, 2004
Page: 1

Sold To:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

Ship to:
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-FALLON
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47552 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 4,046.00 | PR376544 001 SR DESIGN II | 1.00 | 4,046.00 | 9017290000 |
| 595.00 | PR376544 002 AUTOCAD DESIGN RAKE MECH/TILT MECH WEAR FIXTURES REF HES #687-729-742 | 1.00 | 595.00 | 9017290000 |

Check/Credit Memo No:

Total Invoice Amount: 4,641.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____

# PURCHASE ORDER: S2S47552

PAGE

This number must appear on All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips, Invoices.
Invoice Acc Accounts Payable

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

DELPHI SAGINAW STEERING SYS.
(3SI) SERVICE ORDERS
3900 HOLLAND RD
SAGINAW MI
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS OF

VENDOR NUMBER 1A-423-0595
HE SERVICES
TO: BACON POOL DIV
5117 S DORT HWY
FLINT MI 48507

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PHONE: 989-757-0 | |
|---|---|---|---|---|
| 03/17/04 | | | S RUDZINSKI S12 | Buyer |
| | | | PURCHASING AGENT | |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT
SHIP VIA: SEE BELOW

| NEW SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | RFQ NUMBER/DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY: USD DOLLAR (UNITED STATES) | | | | |
| | | | | REFERENCE S2B00034 | | | | |
| 00001 | 13192 | PR376544 001 | | SR. DESIGN II - 388 HOURS - DESIGN RAKE MECH/TILT MECH WEAR FIXTURES REF. HES #687-729-742 WHO ORDERED: P. FALLON/7-0218 | 03/31/04 G | 0.00% | 1.0000 | |
| 00002 | 1940 | PR376544 002 | | AUTOCAD - 388 HOURS WHO ORDERED: P. FALLON/7-0218 | 03/31/04 G | 0.00% | 1.0000 | |
| | | | | ALL INVOICES MUST BE SENT TO: PATRICK FALLON/757-0218 | | | | |

NUMBER AND APPROPRIATE ITEM IDENTIFICATION
NUMBERS MUST APPEAR ON ALL

BY ACCEPTANCE OF THIS PURCHASE ORDER, THE SELLER OF GOODS AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL CHARGES AND AGREES THAT ALL RECORDS SUPPORTING CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AFFILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE

000897 JACQUELINE LEWIS ORIGINAL

# Invoice

**Engineering/Testing**
**H E Services**
225 E. Morley Drive
Saginaw, MI 48601
USA

Voice: (989) 753-9015
Fax: (989) 753-7703

Invoice Number: 201
Invoice Date: Apr. 14, 2004
Page: 1

**Sold To:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

**Ship to:**
Delphi Saginaw Steering Systems
(3SI) SERVICE ORDERS-FALLON
3900 HOLLAND AVENUE
SAGINAW, MI 48601
US

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Delphi | S2S47552 | Net 30 Days |

| Quantity | Description | Unit Price | Extension | Job ID |
|---|---|---|---|---|
| 3,978.00 | PR376544 001 SR DESIGN II | 1.00 | 3,978.00 | 9017420000 |
| 585.00 | PR376544 002 AUTOCAD | 1.00 | 585.00 | 9017420000 |

Check/Credit Memo No:

**Total Invoice Amount** 4,563.00

Remit Payment to:
H. E. SERVICES
c/o COMERICA
DEPARTMENT #274201
P.O. BOX 67000
DETROIT, MI 48267-2742

Authorized By: _____

Date: _____